# RIVERSIDE COUNTY – SAN DIEGO SYSTEM



**RIVERSIDE COUNTY – SAN DIEGO SYSTEM**

**FEATURE CODE INDEX DESIGNATIONS**

CURRENT TITLES NO.
ORIGINAL TITLES

1. COLORADO RIVER AQUEDUCT
2. COLORADO RIVER AQUEDUCT – CASA LOMA SIPHON, FIRST BARREL
3. COLORADO RIVER AQUEDUCT – CASA LOMA SIPHON, SECOND BARREL
4. CASA LOMA CANAL
5. SAN JACINTO PIPELINE
6. SAN DIEGO PIPELINE NO. 2
7. SAN DIEGO PIPELINE NO. 3
8. SAN DIEGO CANAL
9. SAN DIEGO PIPELINE NO. 4
10. SAN DIEGO PIPELINE NO. 4

11. LAKE MATHEWS
12. LAKEVIEW PIPELINE
13. LAKE SKINNER
14. R.A. SKINNER FILTRATION PLT.
15. UPPER FEEDER
16. LOWER FEEDER
17. BOX SPRINGS FEEDER
18. RIVERSIDE FILTRATION PLANT

1. COLORADO RIVER AQUEDUCT
2. COLORADO RIVER AQUEDUCT, FIRST CASA LOMA SIPHON
3. COLORADO RIVER AQUEDUCT, SECOND CASA LOMA SIPHON
4. CASA LOMA CANAL
5. FIRST SAN DIEGO AQUEDUCT
6. FIRST SAN DIEGO AQUEDUCT, FIRST BARREL
7. FIRST SAN DIEGO AQUEDUCT, SECOND BARREL
8. SECOND SAN DIEGO AQUEDUCT, FIRST PIPELINE
9. SECOND SAN DIEGO AQUEDUCT, SECOND PIPELINE
10. SAN JACINTO, SAN VICENTE RESERVOIR
11. CAJALCO RESERVOIR
12. PIPELINE (PERRIS CONTROL FACILITY TO SAN DIEGO CANAL)
13, 14, 16, 17, 18 (ORIGINAL, AND CURRENT TITLES ARE THE SAME

NOT TO SCALE

#9