

LAKE SKINNER FACILITIES