# WILSON CREEK WATERSHED OWNERSHIP AND GEOLOGY MAP

OFFICE OF GROUND WATER RESOURCES
MARINE CORPS BASE
CAMP PENDLETON, CALIFORNIA

| | |
|---|---|
| DRAWN BY: N.G.C. | SCALE 1/24,000 |
| CHECKED BY: G.E. WALKER | 1/3/59 |
| APPROVED BY: A.C. BOWEN | DRWG. NO. W-105-A |

## LEGEND

Qyal — Younger alluvium

Qtoal — Older alluvium

bc — Basement complex

Fault

Fault approximate

Contacts approximate

All contacts in areas where 7 ½' USGS quadrangle maps are lacking

Perimeter of Pauba, Murrieta, Aguanga Ground Water Basin

(Ex 211-C)

Interlocutory Judgment #33A
Exhibit A

MARGINAL MAP A
MARGINAL MAP B
T.7 S.
T.8 S.
3E. 4E.
LEGEND
Qyal
Younger alluvium
Qtoal
Older alluvium
bc
Basement complex
Fault
Fault approximate
Contacts approximate
All contacts in areas where 7 1/2' USGS quadrangle maps are lacking
Ground Water Basin

MARGINAL MAP A
Qyal
Qtoal
bc
Creek
T.7S.
T.8S.
1E. 2E.

MARGINAL MAP B
1" = 400'

T.6 S.
T.7 S.

R.1 W. | R.1 E.

VAIL RANCH

VAIL LAKE

VAIL RANCH

T.7 S.
T.8 S.

Qtoal
Qyal
bc