V A I L   R A N C H

CAMP PENDLETON

### LEGEND

Qal - Alluvium          Qr - Residuum

bc - Basement complex   ⊙ - Camp supply, domestic, and/or irrigation well

○ - Test or unused well

— Known contact        ⌐ ⌐ Approximate contact

## SANDIA CREEK
## WATERSHED

## GEOLOGY

Office of Ground Water Resources

Marine Corps Base

**Camp Pendleton**      **California**

| Drawn by: MCB | Scale: 1/24,000 |
| Checked by: SWC, GEW | June 1958 |
| Approved by: A.C. Bowen | Drwg. No.  G/S-1 |

Sandia Creek Findings
USAE x 69
15944