Feb - 13 - 1950

FILED
FEB 15 1951
EDMUND L. SMITH, Clerk
By ........................ DEPUTY CLERK

RECEIVED
FEB 14 1951
U. S. ATTORNEY
SAN DIEGO, CALIF.

Ernest A. Tolin, U.S. Atty.
325 - West "F" St
Rm. 224
San Diego, Calif.

Dear Sir;

In answer to the complaint which has been served upon us. We furnish you with the following information:

We haven't any farming land on which we could use water out of the S. Margarita River. The only water we use is for domestic use which comes from a spring on the side of the hill.

As you know water is very low every where. We have less water then last year. But it isn't noticed much as we don't use much water.

Hope we have furnished some information. If you have to know more or if we haven't given the right information write & let us know. And explain.

Sincerely yours
Mary Medran
J. R. Medran 7273
(by wife)

P.S. My husband could not get home, before 20 days. So I gave his signature.)