RECEIVED
FEB 6 - 1951
Lands Division
Los Angeles, California

Los Angeles, Cal.
Feb. 5, 1951

Mr. McPherson, Clerk of court;

Land Division of Dept. of Justice.
United States District Court
Southern Division. No. 1247.

"Gentlemen:" We hereby enter the appearance of E. H. Heydenreich as defendant in United State District Court.

E. H. Heydenreich
Daisy M. Heydenreich

**FILED**
FEB 15 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

7272