(SPACE BELOW FOR FILING STAMP ONLY)

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

FILED
FEB 16 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

Attorneys for Defendants,
Fallbrook Public Utility District,
a public service corporation of
the State of California, A. F.
Borel, and Felix R. Garnsey, et al.

UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                          )
           Plaintiff,     )   No. 1247 - Civ.
                          )
     -vs-                 )   STIPULATION AND ORDER
                          )   EXTENDING TIME FOR
FALLBROOK PUBLIC UTILITY DISTRICT, )   MAKING APPEARANCES BY
a public service corporation of the )   DEFENDANTS
State of California, et al.,       )
                          )
           Defendants.    )
_____)

WHEREAS, the defendants in the above entitled action are numerous and reside in widely scattered places and the service of the Summons and Complaint on a number of said defendants remains yet to be made, and the granting of a reasonable extension of time to those defendants already served will not delay the trial and adjudication of the action on its merits, but will simplify the pleadings and motions to be made herein,

IT IS HEREBY STIPULATED that the time of the above named defendants, FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, A. F. BOREL, ERNEST LOUIS BARBEY, ESSIE B UELAH BARBEY, RUTH WENTWORTH, H. McC. HOSSEIN, FELIX R. GARNSEY, and A. H. BUCKLEY, each to appear and defend this action is hereby extended an additional twenty (20) days, and said defendants are not and will not be required to appear

- 1 -

25

<1001>

and defend within twenty (20) days after being served with summons herein, but each may make such appearance and answer or otherwise move with respect to the complaint herein, within forty (40) days after being served herein.

A. DEVITT VANECH
Assistant Attorney General
    Washington, D. C.

ERNEST A. TOLIN
United States Attorney
    Los Angeles, California

BETTY MARSHALL GRAYDON
Assistant United States Attorney
    General, Washington, D. C.

WILLIAM H. VEEDER
Special Assistant to the Attorney
    General, Washington, D. C.

Attorneys for Plaintiff

By _Betty Marshall Graydon_

SWING, SCHARNIKOW & STANIFORTH

By _Philip D. Swing_
Attorneys for defendants,
Fallbrook Public Utility District,
a public service corporation of
the State of California, A. F.
Borel, Felix R. Garnsey, Ernest
Louis Barbey, Essie Buelah Barbey,
Ruth Wentworth, H. McC. Hossein,
and A. H. Buckley

APPROVED AND SO ORDERED, this 16 day of February, 1951.

_Jacob Weinberger_
J U D G E

26