(SPACE BELOW FOR FILING STAMP ONLY)

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

Defendants
Attorneys for M. M. Lloyd and E. M. Lloyd

FILED

FEB 20 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　-vs-<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>　　　　Defendants. | No. 1247 - Civ.<br><br>STIPULATION AND ORDER EXTENDING TIME FOR MAKING APPEARANCES BY DEFENDANTS |

　　　　WHEREAS, the defendants in the above entitled action are numerous and reside in widely scattered places and the service of the Summons and Complaint on a number of said defendants remains yet to be made, and the granting of a reasonable extension of time to those defendants already served will not delay the trial and adjudication of the action on its merits, but will simplify the pleadings and motions to be made herein.

　　　　IT IS HEREBY STIPULATED that the time of the above named defendants, M. M. LLOYD and E. M. LLOYD, each to appear and defend this action, is hereby extended an additional twenty (20) days, and said defendants are not and will not be required to appear and defend within twenty (20) days after being served with summons herein, but each may make

Copy red file

33

such appearance and answer or otherwise move with respect to the complaint herein, within forty (40) days after being served herein.

        A. DEVITT VANECH
        Assistant Attorney General
           Washington, D. C.

        ERNEST A. TOLIN
        UNITED STATES Attorney
           Los Angeles, California

        BETTY MARSHALL GRAYDON
        Assistant United States Attorney
           General, Washington, D. C.

        WILLIAM H. VEEDER
        Special Assistant to the Attorney
           General, Washington, D. C.

Attorneys for Plaintiff

By *Betty Marshall Graydon*

SWING, SCHARNIKOW & STANIFORTH

By *Philip W. Swing*
Attorneys for defendants,
M. M. Lloyd and E. M. Lloyd

APPROVED AND SO ORDERED, this ___20___ day of February, 1951.

*Jacob Weinberger*
JUDGE

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

34