1247-Civ.

FILED
FEB 21 1951
EDMUND L. SMITH, Clerk
By ...............
DEPUTY CLERK

UNITED STATES DISTRICT COURT.
for the
SOUTHERN DISTRICT OF CALIFORNIA.
SOUTHERN DIVISION.

Civil Action  File # 1247 -- Civ.

RECEIVED
FEB 19 1951
U. S. ATTORNEY
SAN DIEGO, CALIF.

Mrs. Gus Weber of Palomar Mt. Calif., having been duly served with summons (Feb. 8,'51), in the above matter, begs to submit as follows --

That -- She (with husband, Gus Weber) has resided on their Palomar Mt. ranch since 1920.

That -- They have, thru that period of time used water from the springs on the ranch, for domestic needs, for the stock and until recent years for a small amount of gardening (for own use only).

That -- Height of lift or water ( 450 ft. ) precluded use of water for commercial production irrigation.

That -- In 1929 filing was made with the State Water Commission for use of 10 gal. per minute but for the reason above stated, only a small part of this amount has ever been used.

That -- This spring and others emerge from the ground only to sink out of sight in the distance of 100 yds or less, and only once more and only for a similar distance, in the six mile drop to Temecula Canyon; This to the best knowledge and belief of the petitioner.

That -- Except for this and other springs there is no water available for domestic or other use on the Weber ranch.

7276

That -- The Weber ranch, together with its occupants, Mr. & Mrs. Gus Weber, its U.S. Forestry Service telephone, its water in storage and water available by pumping constitute a valuable and valued adjunct to the U.S. Forestry Service set-up on this Mt. (unofficial).

That-the Weber ranch is a central part of the forest area comprising what is probably the most valuable forest area in the watershed of the Temecula - Santa Margarita River.

That -- Mrs Gus Weber's husband Gus Weber is a forester of long experience and a firefighter highly regarded by the U.S. Forestry Service.

That -- Based on the findings of the State (of Cal) Utilities Commission on the matter of sub-surface travel of water, it it is expert and experienced opinion that in excess of 12 yrs time would be required for water to travel from the Weber ranch to the crossing of Highway 395 (just above the head of Temecula Canyon gorge) (18 to 20 miles). It is 8 to 9 miles further to the east boundary of Camp Pendleton.

That -- Never in the recorded history of this region has there been a sustained drouth of such a time as 15 yrs.

That -- Therefore it is not concievable the the small amount of water used on the Weber ranch could have any effect whatever on the water supply of Camp Pendleton at the present or any future time.

Petitioner therefore requests that this action against her be dismissed and that she be notified of such action by mail.

Signed - *Mrs. Gus Weber*, 7277

Witness - *Philip J. Perkins, Palomar Mt.*