Aguanga Feb. 15th, 1951.

Ernest A. Tolin,
U. S. Attorney,
325 W. "F" St., Room ___
San Diego, Calif.

Dear Mr. Tolin:—

Received your summons, and in reply to mail I will make my statement:—

Water that rises in my land I am using and need very badly, and I understand from the constitution of the United States, that any water that rises in my land is vested in my title, and I claim any water rising in my land.

Very truly yours,

Gilbert V. Studer
7274

A. V. Studer

FILED
FEB 21 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

RECEIVED
FEB 19 1951
U. S. ATTORNEY
SAN DIEGO, CALIF.