```
 1  Kenneth K. Wright
    215 West 7th Street
 2  Los Angeles 14, California
    Trinity 8404
 3
 4  Attorney for defendants
    Katharine C. Gibbon, Madeliene
 5  Thurber and Packard Thurber
```

FILED

FEB 27 1951

EDMUND L. SMITH, Clerk
By _____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Civil Action File No. 1247-Civ. |
| vs. ) | |
| FALLBROOK PUBLIC UTILITY ) | **S T I P U L A T I O N** |
| DISTRICT, a Public service ) | |
| corporation of the State of ) | **EXTENDING TIME TO PLEAD** |
| California, et al., ) | |
| Defendants. ) | |

It is hereby stipulated by and between the plaintiff and the defendants Katharine C. Gibbon, sued herein as Katharine C. Gibbons; Madeliene Thurber; and Packard Thurber, sued herein as Doe Twenty-five, through their respective counsel, that said defendants may have to and including the 26th day of March, 1951, within which to plead.

Dated this 19th day of February, 1951.

A. DEVITT VANECH, Assistant Attorney General
WILLIAM E. VEEDER, Special Assistant to the
          Attorney General
ERNEST A. TOLIN, UNITED STATES ATTORNEY
BETTY MARSHALL GRAYDON, Assistant U.S. Attorney

By _Betty Marshall Graydon_
          Attorneys for Plaintiff

It is so ordered.
Date: 2/27, 1951

_____          _Kenneth K. Wright_
          Judge.                    Kenneth K. Wright, Attorney for said
                                    defendants

KENNETH K. WRIGHT
215 WEST SEVENTH STREET
TR-8404

35