COSGROVE, CRAMER, DIETHER & RINDGE
1031 ROWAN BUILDING
458 SOUTH SPRING STREET
LOS ANGELES 13, CALIFORNIA
MADISON 9-1457

**FILED**

MAR 9 – 1951

EDMUND L. SMITH, Clerk

_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
)
           Plaintiff, ) No. 1247
)
  vs. )
) STIPULATION
FALLBROOK PUBLIC UTILITY )
DISTRICT, a public service )
corporation of the State )
of California, et al. )
)
           Defendants. )

    IT IS STIPULATED between the plaintiff UNITED STATES OF AMERICA, and the defendant JAMES OVIATT, by and through their respective attorneys, that said defendant JAMES OVIATT may have to and including March 20, 1951, in which to answer or otherwise plead to the complaint herein.

    DATED: 2/23/51.

UNITED STATES OF AMERICA

By _Betty Marshall Graydon_
BETTY MARSHALL GRAYDON,
Asst. U.S. Attorney.
for U.S. Attorney

COSGROVE, CRAMER, DIETHER & RINDGE

IT IS SO ORDERED:

By _____
    T. B. Cosgrove
_Jacob Weinberger_
UNITED STATES DISTRICT JUDGE.

Attorneys for defendant James Oviatt

36