1247-Civil

Aguanga, Calif.

Ernest A. Tolin
Betty Marshall Graydon
U. S. Attorneys,

RECEIVED
FEB 28 1951
U. S. ATTORNEY
SAN DIEGO, CALIF.

In answer I have never used any water on my property or taken any from it. So can not see how I could be of any part of this. I own the 40 acres and hope to some time have a home built there and would then need water but up till now have never had any water.

Thank you

Dorothy G. Veazey
Dodge Valley?

FILED
MAR 12 1951
EDMUND L. SMITH, Clerk
BY _____ DEPUTY CLERK

7280