RECEIVED
FEB 5 - 1951
U. S. ATTORNEY
SAN DIEGO, CALIF.

Dear Sir:-

I don't know what this is all about so please tell me what you want. I will corporate with you to the fullest. I have 10 ac but live in a 16 ft trailer & haul my water to drink & wash dishes etc. From the park east of hwy 79 are about 15 to 25 ac & ich never used a drop of water from Temecula creek, am 900 to 1000 ft from creek & my land don't go to within 200 to 800 ft of creek, have never cut any brush or trees or cleared off land since I bought it 7 yrs ago, only been living here 3 yrs in trailer. My Dr. says I can't live in L.A. on account I have a blood clot & my heart won't stand the smog & carbon monoxide gases in L.A. from a million of cars. I have to live here & if I can't haul some water I will have to leave here. Am 79 years old and this is the only home I got. If I have to move in it town many Enemies I will be an old age pensioner before long, but if I can stick it out here the Dr. says I might live several years. Now I am not looking for sympathy & don't want any. Those poor Indians could have all the water they want at least. You can send your inspector up & I will not have anything & tell him everything he wants to know.

Ex nurse in army during World war was 7278

over-

Dont think I am crying on Uncle Sams shoulder, you just have to tell me what you want and I will do it. I can prove all I have said & can prove it to you. The climate is so clear & nice & I am all alone no fog, smog, or gases I can't stand them although I am getting thin & never have a ache or pain dont even feel old, so am very happy here. I dug a well 21 ft deep but no water the U.S. said I mustnt go any more that I had strained my heart swinging a 5 lb double jack & windlassing the dirt up so if I ever have water I will have to hire the rest dug no more climbing ladder he say we take it easy. And I shure am. I shure am not to blame for water shortage. There natives are always fighting each other over water rights & Ovists just tapped a big spring up Temecula creek & takes a lot of water from creek. has it piped clear to two reservoirs on his place, I hope this will clean up the issue once & for all.

Yours Truly
Chas A Kline
Oak Grove
Calif

P.O. Aguanga
Calif
Star Rt

FILED
MAR 12 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK