E.L.Betts
1044 E. Howard St.
Pasadena, Calif.

Feb 22, 1951

Ernest A Tolin,
U.S. Attorney

325 West F St
Room 221 San Diego, Calif

Dear sir:-

Replying to your summons in which you request the amount of Water we need to serve ourselves and tenants.

We have 28 sleeping rooms and can accomodate some 50 to sixty guests. When full we require 2100 to 2400 gallons of water daily for domestic use not including a swimming pool.

We also have a garden and some live stock.

Respectfully Yours

E.L.Betts

RECEIVED
FEB 26 1951
U. S. ATTORNEY
SAN DIEGO, CALIF.

FILED
MAR 12 1951
EDMUND L. SMITH, Clerk
DEPUTY CLERK

7281