At a stated term, to wit: The January Term. A. D. 19 51 of the District Court of the United States of America, within and for the Southern Division of the Southern District of California, held at the Court Room thereof, in the City of San Diego on Monday the 12th day of March in the year of our Lord one thousand nine hundred and fifty-one.

Present:

The Honorable: JACOB WEINBERGER, District Judge

U.S.A.  )
vs  ) No. 1247-Civil
Fallbrook Public Utility District,  )
etc., et al.  )

For hearing on motion of defendant Santa Margarita Mutual Water Co., a corp., to dismiss, to strike, and for an order directing plaintiff to file a more definite statement, pursuant to notice thereof filed Feb. 19, 1951;

On motion of Betty M. Graydon, Ass't U.S. Att'y, appearing as counsel for Gov't, it is ordered that cause is continued to April 9, 1951, 10 AM, for hearing and that Gov't have its brief filed by March 25, 1951, and that Attorney Dennis amplify his brief by a supplemental brief.

29/33

48