Kenneth K. Wright
215 West 7th Street
Los Angeles 14, California
Trinity 8404

Attorney for Defendant
William W. Cottle

**FILED**

MAR 12 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a Public service corporation of the State of California, et al.,<br><br>　　　　　Defendants. | Civil Action File No. 1247-Civ.<br><br>S T I P U L A T I O N<br><br>EXTENDING TIME TO PLEAD |

It is hereby stipulated by and between the plaintiff and the defendant, William W. Cottle, through their respective counsel, that said defendant may have to and including the 26th day of March, 1951, within which to plead.

Dated this 2nd day of March, 1951.

　　　　　A. DEVITT VANECH, Assistant Attorney General
　　　　　WILLIAM E. VEEDER, Special Assistant to the
　　　　　　　　　　Attorney General
　　　　　ERNEST A. TOLIN, United States Attorney
　　　　　BETTY MARHSALL GRAYDON, Assistant U.S.
　　　　　　　　　　Attorney

　　　　　By _____
　　　　　　　Attorneys for Plaintiff

　　　　　_____
　　　　　Kenneth K. Wright, Attorney for
　　　　　defendant, William W. Cottle

IT IS SO ORDERED 3-9-51.

_____
　　　　　Judge.

KENNETH K. WRIGHT
215 WEST SEVENTH STREET
TR-8404

47