```
SWING, SCHARNIKOW & STANIFORTH
       ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
     SAN DIEGO 1, CALIFORNIA
          FRANKLIN 9-1131
```

Attorneys for Defendants named below



FILED
MAR 12 1951
EDMUND L. SMITH, Clerk
By /s/ Jmsa
      DEPUTY CLERK

UNITED STATES DISTRICT COURT

For The

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff ) | No. 1247 - Civ. |
| -vs- ) | MOTION TO STRIKE |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) a public service corporation of the ) State of California, et al., ) | |
| Defendants ) | |

  Comes now the Defendants, FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California; ERNEST LOUIS BARBEY; ESSIE BUELAH BARBEY; RUTH WENTWORTH; A. F. BOREL; FELIX R. GARNSEY; H. McC. HOSSEIN; M. M. LOYD and E. M. LLOYD and move to strike from Plaintiff's Complaint on file herein the following:

           I.

  Strike from Paragraph II, page 2, beginning with the line, "The site for the establishment of Camp Joseph H. Pendleton" down to the bottom of said page and the first three lines at the top of page 3.

          II.

  Strike from Paragraph II, page 4, the first five lines at

58

1 top of said page.

### III

Strike from Paragraph IV, page 4, the language "highly significant in regard to the claim which the United States of America states against the named defendants is the fact that,"

### IV

Strike from Paragraph V, page 5, the language "tried over a period of three years and actually consuming 44 court days,"

### V

Strike from Paragraph V, the first ten lines of page 6 and that part of line 11 as follows: "court when the matter was on appeal before it."

### VI

Strike from Paragraph VII, page 6, the following: "for later assignment to combat forces of the United States Marine Corps now engaged in warfare in the Far East. In order that the warfare may be successfully prosecuted".

### VII

Strike out of Paragraph VII, page 7, the first five lines at the top of said page.

### VIII

Strike out of Paragraph VIII, page 7, the following: "adopting the findings of the Supreme Court of the State of California,"

### IX

Strike from the Prayer on page 8, the following: " in contemplation of the threatened destruction, by the diversions and

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

1  adverse claims of the defendants named, of the military instal-
2  lations above described so essential to our Nation's welfare,"

4      Said Motion is made on the grounds that the matters
5  proposed to be stricken are redundant, immaterial and impertinent.
6      Dated this 10th day of March, 1951.

SWING, SCHARNIKOW & STANIFORTH

BY _____

Attorneys for Defendants, FALLBROOK PUBLIC UTILITY DISTRICT, ERNEST LOUIS BARBEY; ESSIE BUELAH BARBEY; RUTH WENTWORTH; A.F. BOREL; FELIX R. GARNSEY; H. McC. HOSSEIN; M.M. LLOYD and E. M. LLOYD.

Received copy this 12th day of March, 1951
Betty Marshall Snyder
Asst. U.S. Atty

-3-

60