SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

Attorneys for Defendants named below

(SPACE BELOW FOR FILING STAMP ONLY)

FILED
MAR 12 1951
EDMUND L. SMITH, Clerk
By ........................
DEPUTY CLERK

UNITED STATES DISTRICT COURT

For The

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
          Plaintiff )
    -vs- )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al., )
          Defendants )

No. 1247 - Civ.

NOTICE OF HEARING ON MOTIONS

TO

    A. DEVITT VANECH, Assistant Attorney General, Washington, D.C.; ERNEST A. TOLIN, United States Attorney, Los Angeles, California; BETTY MARSHALL GRAYDON, Asst. U. S. Attorney, San Diego, California; WILLIAM H. VEEDER, Special Assistant to the Attorney General, Washington, D.C.; DAVID W. AGNEW, Attorney, Department of the Navy, Washington D. C. Attorneys for the Plaintiff above-named:

    YOU AND EACH OF YOU will please take notice that the undersigned will bring the attached Motion for a More Definite Statement by the Plaintiff and the Motion to Strike Portions of the Complaint, on for hearing before the above entitled Court at the Court room in the U. S. Custom and Court House Building at 325 West "F" Street, San Diego, California, on Monday the 23rd

37