Charles B. DeLong,
Attorney at Law,
507 Harbor Insurance Bldg.,
San Diego 1, California.
    M 0121

Attorney for Defendant,
Hildagard B. Dubner.

FILED
MAR 16 1951
EDMUND L. SMITH, CLERK
By John A. White
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION.

No. 1247

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
        v.                )
                          )
FALLBROOK PUBLIC UTILITY DISTRICT, a )
  public service corporation of the  )
  State of California;               )
SANTA MARGARITA MUTUAL WATER COMPANY, a )   ANSWER OF
  public service corporation of the  )
  State of California;               )   HILDEGARD B. DUBNER
VAIL COMPANY, a corporation, MARY VAIL )
  WILKINSON, MAHLON VAIL, EDWARD N.  )
  VAIL, MARGARET VAIL WISE, and NITA )
  M. VAIL, Trustees;                 )
PRATT MUTUAL WATER COMPANY, a corporation, )
  and H. S. PRATT, DON C. PORTER and )
  FLORENCE CLEMENS;                  )
ERNEST LOUIS BARBEY, ESSIE BUELAH BARBEY; )
JAMES OVIATT; ANNIE E. BERGMAN, A.K.A. )
A. E. BERGMAN; HAROLD BRINKERHOFF;   )
HILDEGARD B. DUBNER, AKA H. B. DUBNER; )
EDWARD F. TYRRELL; JOHN C. TYLER,    )
JOHN H. RICHIE; MARIE L. RICHIE; FRANK )
L. JOHNSON; N. L. LOWMAN; J. C. PATTEN; )
WILLIAM W. COTTLE; KATHERINE C. GIBBONS; )
JOHN BARTON; IRENE BARTON; O. A. BERGLAN; )
JAMES F. BERGMAN; MINNIE BERGMAN; FRANK )
A. PAYNE; DORIS A. PAYNE; MADELINE   )
THURBER; CARL FELLER; RUTH WENTWORTH; )
A. H. BUCKLEY; DOWNTOWN PROPERTIES, INC., )
a corporation; ERNEST P. BURLEY; FRANK )
CAPRA; A. F. BOREL; FELIX R. GARNSEY; )
ISRAEL WANETICK and JAINE PORTENY;   )
VICTORIA M. BARNES and FLORA COX;    )
VICTORIA M. TOOK; EVERT L. BARNEY;   )
RUTH E. BARRE; HARRIETT PAYNE;       )
E. H. HEYDENREICH; D. G. VEAZEY; ET AL, )
                          )
            Defendants.   )

    B. Dubner,
Comes now Hildegard, one of the defendants in the above-

entitled action filed herein by the United States of America,

-1-

7314

and in answer to said complaint makes the following answer.

I.

That this defendant owns real property described as:

    Lots 3, 6, 9, 10, 11, 14, 15 and 16 and that portion of Lot 7 which lies on the West side of the highway; also Lots 4 and 5, excepting therefrom approximately five (5) acres on the East side of the highway of Lot 4; Lots 11, 13 and 14 in Section 27; all of the foregoing being in township 9, South, Range 2, East S.B.M.

II.

Further answering said complaint, this defendant alleges that there arises on her said property certain water from certain springs which this defendant alleges is not a portion of Temecula Creek or the Santa Margarita River; and further alleges that said water is not a part of any underground reservoir to which the plaintiff has any rights.

III.

That said defendant claims the right to use such water as arises upon her said property for domestic purposes and for such irrigation as may be necessary for the raising of such garden produce and other crops which she may plant.

IV.

Said defendant further alleges that she was not a party to any action by the Rancho Santa Margarita, a corporation, N. R. Vail, or any of the other defendants named therein, and is not bound by any judgment consented to or otherwise entered in said proceedings.

WHEREFORE, this defendant prays that plaintiff take nothing by reason of its complaint; and that she may go hence with her costs.

                                *Charles B. DeLong*
                                Attorney for defendant, Hildegard B. Dubner.

STATE OF CALIFORNIA, } ss.
COUNTY OF SAN DIEGO,

............Hildegard B. Dubner............
being duly sworn, deposes and says: That ..She is.... one of the defendants
................................................................................................................
................................in the within and above entitled action; that ..she has....
read the within and foregoing............ Answer of Hildegard B. Dubner
................................................................................and knows the contents thereof;
that the same is true of............her............own knowledge, except as to the matters which
are therein stated on............her............information and belief, and as to those matters that ..She
believes it to be true.

SUBSCRIBED AND SWORN TO before me, this
5 day of ........March........, 19 51.

*Hildegarde B. Dubner*

*Charles B. de Long*
Notary Public in and for the County of San Diego, State of California

Page 3.

7316

CHARLES B. DELONG
SUITE 507 HARBOR INSURANCE BLDG.
SAN DIEGO, CALIFORNIA
MAIN 0121

**AFFIDAVIT OF SERVICE BY MAIL (C.C.P. 1013)**
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO } SS.
STATE OF CALIFORNIA }

No. 1247

Merle M. Lynch, being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of San Diego County and not a party to the within action

That affiant's ~~residence~~ business address is 507 Harbor Insurance Bldg., San Diego 1;

That affiant served the attached ANSWER OF HILDEGARD B. DUBNER

by placing a true copy thereof in an envelope addressed to Ernest A. Tolin, United States Attorney,

at ~~his residence~~ ~~their~~ ~~her office~~ address, which is Federal Building, Los Angeles, California;

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on March 5, 1951, deposited in the United States ~~Post Office~~ Mail at 1st & Broadway, San Diego, California; That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me
March 5, 19 51

Merle M Lynch

Charles B. Wing
Notary Public in and for the County of San Diego, State of California
(SEAL)

7317

Plaza Press, 623 Third Avenue, San Diego