ERNEST A. TOLIN
United States Attorney

BETTY MARSHALL GRAYDON
Assistant U. S. Attorney
325 West "F" Street
San Diego 1, California
Telephone: Franklin 9-4101

Attorneys for Plaintiff

FILED

MAR 16 1951
EDMUND L. SMITH, Clerk
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants. | No. 1247 (Civil) AMENDMENT TO COMPLAINT |

Plaintiff hereby amends the complaint on file herein by adding as parties defendant the following named persons:

LOUIS R. SCHIRMER
GLADYS S. SCHIRMER
CLARA M. BOYER
SERENA P. CHRISTENSEN
CARL J. CHRISTENSEN
ALBERT R. CHRISTENSEN
JOHN W. DAY
KATHARYNE HARRIS
WILBURG G. BUCKNER
BEULAH B. BUCKNER
JOHN R. EASTON
ELLEN MARY EASTON

61

U. S. GOVERNMENT PRINTING OFFICE 16—63317-1

RICHARD BRAY

CORA B. BRAY

LAWRENCE A. LENFERS

NELL A. LENFERS

ROBERT H. BAKER

NORA T. ORMSBY

ROBERT TAUNER ORMSBY

LORETTA MAE ORMSBY

FRANK CRABTREE

RUTH KELLUM

JULIUS HEYLMANN

GEORGE J. H. HEYLMANN

BENNIE R. MOSHER

LURA G. MOSHER

ROSE AMELIA EVERETT

LORAINNE WESTON

ROBERT H . HUTSON

GEORGE DONALD HUTSON

RUTH L. STONER

ELLIS I. KIRTLEY

ROBERT D. GILL

BETTY E. GILL

NEWTON T. BRYANT

WILLIE MAE BRYANT

JOSEPH W. LITTLEFIELD

RICHARD W. COSSAR

MILDRED A. COSSAR

LAWRENCE WILLIAM BUTLER

MARY C. BUTLER

CARL CHRIS SEYERSDAH L

FRANK SMITH

ALFRED HOLSWORTH

U. S. GOVERNMENT PRINTING OFFICE 16—63317-1

HELEN E. HOLSWORTH

F. S. MacDONALD

PEARL A. MacDONALD

NELLIE C. SMITH

ELEANORE SMITH

ALFRED D. SMITH

NELLIE M. SMITH

L. A. BRYAN

ELIZABETH S. BRYAN

ALBERT H. SMITH

WILMA A. SMITH

ROBERT M. MORSE

GRACE L. MORSE

JAMES O. TURNBULL

BETTY LUCILLE TURNBULL

MAVIS L. MOUNTS

ESTATE OF JACK C. MOUNTS

Blanche B. Stubblefield

CHARLES E. STUBBLEFIELD

DORA R. STUBBLEFIELD

FRITZ GREUB

JOHN VRUWINK

DOLORES C. VRUWINK

REGAL DISTRIBUTORS, INC.

C. CARL JOHNSON

FRANCES H. JOHNSON

VIOLET G. JOHNSON

O. C. HUBBARD

MARY E. HUBBARD

MILTON P. MARTIN

MAGGIE E. MARTIN

BRUCE L. SIKKING

63

U. S. GOVERNMENT PRINTING OFFICE 10—83317-1

VIOLET A. SIKKING

ZADE GREEN

GERTRUDE A. GREEN

DAISY WHITE SCOVOLI

HARRY J. SCOVOLI

FRANCIS A. JENEWEIN

VIRGINIA MAE JENEWEIN

GEORGE M. FRANCIS

MARGARET E. FRANCIS

HARRY E. HELD

DORA V. HELD

ERNEST T. McDONALD

H. ENDICOTT HANSON

ALICE S. HANSON

W. HORACE HANSON

BERNADEAN HANSON

JOHN KELMAN CHALMERS

MINNIE F. CHALMERS

C. LEONARDT IMPROVEMENT COMPANY

JAMES C. ALDRICH

MARY E. ALDRICH

MIKE A. SEERY

MABEL S. SEERY

GEORGE A. GROEBLI

PAUL KOCH

E. JEAN KOCH

CHARLES C. NEWMAN

DORIS L. NEWMAN

A. S. RICHARDSON

EILEEN RICHARDSON

CYRIL M. EWING

J. L. TAYLOR

NELLIE D. TAYLOR

ADELBERT NELSON

64

U. S. GOVERNMENT PRINTING OFFICE 16—83317-1

GEORGIA F. JAVE
DANIEL W. ECKERMAN
GLADYS M. ECKERMAN
O. EUGENE C. PREHODA
VALLETTA PREHODA
SAMUEL F. FRAKES
FRANCIS FRAKES
RICHARD R. GAULDIN
GLADYS R. GAULDIN
RICHARD A. PETERSON
MABEL A. PETERSON
GEORGE S. FOSNAUGH
AILEEN ISABELL FOSNAUGH
EARL L. ANDERSON
FRANKIE N. ANDERSON
ARTHUR C. SCHWARTZ
ISABELLE A. BERGER
GEORGE A. GROEBLI
JAMES C. ALDRICH
ISABELLE A. BERGER
RUDOLPH C. FOSS
JOHN C. BAXTER
CHLOE L. BAXTER
FELIZ R. GARNSEY
LOUIS F. GARNSEY
DOE TWENTY-SIX to DOE ONE THOUSAND, both inclusive.

A. DEVITT VANECH,
Assistant Attorney General
ERNEST A. TOLIN,
United States Attorney
BETTY MARSHALL GRAYDON,
Assistant U. S. Attorney
WILLIAM H. VEEDER,
Special Assistant to the Attorney General

BY Betty Marshall Graydon
BETTY MARSHALL GRAYDON

U. S. GOVERNMENT PRINTING OFFICE 16—33317-1