1 MABEL CLAUSEN
2 ATTORNEY AT LAW
3 320 FIRST TRUST BUILDING
4 PASADENA 1, CALIFORNIA
5 SYcamore 2-1903

FILED
MAR 21 1951
EDMUND L. SMITH, Clerk
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of
the State of California;
SANTA MARGARITA MUTUAL WATER COMPANY,
a public service corporation of
the State of California;
VAIL COMPANY, a corporation, MARY VAIL
WILKINSON, MAHLON VAIL, EDWARD N.
VAIL, MARGARET VAIL WISE, and NITA
M. VAIL, Trustees;
PRATT MUTUAL WATER COMPANY, a corporation, and H. S. PRATT, DON C. PORTER
and FLORENCE CLEMENS;
ERNEST LOUIS BARBEY; ESSIE BUELAH BARBEY;
JAMES OVIATT; ANNIE E. BERGMAN, A.K.A.
A. E. BERGMAN; HAROLD BRINKEROFF;
HILDEGARD B. DUBNER; A.KA. H. B. DUBNER;
EDWARD F. TYRRELL; JOHN C. TYLER;
JOHN H. RICHIE; MARIE L. RICHIE;
FRANK L. JOHNSON; N. L. LOWMAN;
J. C. PATTEN; et al,

    Defendants.

No. 1247

STIPULATION FOR

EXTENSION.

    It is hereby stipulated by and between Ernest A. Tolin, United States Attorney, and Betty Marshall Graydon, Assistant United States Attorney, Attorneys for the United States of America, plaintiff in the above-captioned action, and Mabel Clausen, attorney for J. C. Patten, defendant in the above-captioned action, that the defendant, J. C. Patten, may have to and including March 26, 1951, being an additional twenty-(20) days after the expiration of twenty

MABEL CLAUSEN
ATTORNEY AT LAW
320 FIRST TRUST BLDG.
PASADENA 1, CALIF.

-1-

80

```
 1  days from date of service of complaint on said defendant, in which
 2  to appear in the above entitled action.
 3         Dated: March  9   , 1951.
 4
 5                                    ERNEST A. TOLIN
                                    United States Attorney
 6
 7                                    BETTY MARSHALL GRAYDON
 8                                 Assistant United States Attorney
 9
10                          By /s/ Betty Marshall Graydon
11                             BETTY MARSHALL GRAYDON
                                Assistant United States Attorney
12
13                          ATTORNEYS FOR THE UNITED STATES OF AMERICA,
                            PLAINTIFF
14
15
                                ATTORNEY FOR J. C. PATTEN, DEFENDANT
16
17
18  IT IS SO ORDERED: 3-20-51
19       /s/ Jacob Weinberger
20                  Judge
```

-2-

MABEL CLAUSEN
ATTORNEY AT LAW
820 FIRST TRUST BLDG.
PASADENA 1, CALIF.

81