COURTNEY LACEY
Attorney for Defendant, Irene Barton,
408 E. Florida Avenue, Tel: 5931
Hemet, Calif.


FILED
MAR 22 1951
EDMUND L. SMITH, Clerk
by John A. Clarke
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                     Plaintiff,     )<br>          vs.                        )<br>FALLBROOK PUBLIC UTILITY DISTRICT,   )<br>et als.,                              )<br>                     Defendants.    ) | No. 1247<br>ANSWER OF DEFENDANT,<br>IRENE BARTON |

Now comes defendant, Irene Barton, and as and for her answer to plaintiff's complaint on file herein:

I

Denies that any encroachment by this defendant threatens the destruction of the Santa Margarita River Basin, or that any activity of this defendant, through encroachments, or otherwise, has reduced the quantities of water available therefrom to the United States of America, or to any person, firm, or corporation, as alleged in paragraph IV of said complaint, or otherwise, or at all.

II

Denies, generally and specifically, each and every allegation contained in paragraph VIII of said complaint.

7353

III

 Denies, generally and specifically, each and every allegation contained in paragraph IX of said complaint.

 AND AS A FURTHER AFFIRMATIVE AND SEPARATE DEFENSE TO PLAINTIFF'S COMPLAINT, this defendant alleges:

I

 That this defendant is the owner of certain lands within the said Santa Margarita River Basin, also sometimes known as the Temecula River Basin, and its tributaries, and defendant claims rights in and to the surface and underground waters of said stream and its tributaries, to wit, riparian rights and rights of overlying lands as hereinafter set forth. Said lands being situate in the County of Riverside, State of California, more particularly described as:

> The East half ($E\frac{1}{2}$) of the Northwest quarter ($NW\frac{1}{4}$), the Southwest quarter ($SW\frac{1}{4}$), and the Southwest quarter ($SW\frac{1}{4}$) of the Southeast quarter ($SE\frac{1}{4}$) of Section 29, Township 8 South, Range 1 East, San Bernardino Base and Meridian. Also, all that portion of the Southeast quarter ($SE\frac{1}{4}$) of the Southwest quarter ($SE\frac{1}{4}$) of Section 20, Township 8 South, Range 1 East, San Bernardino Base and Meridian, as shown by United States Government Survey, which lies Southerly of the Southerly line of the County Highway, as granted to County of Riverside by deed recorded October 28, 1931 in Book 55 page 45, Official Records of Riverside County, California. Said property is also shown on Licensed Land Surveyor's Map on file in Book 10 page 34 of Records of Survey, records of Riverside County, California.

## II

That the aforesaid lands of this defendant are improved with buildings and structures and the same are used by this defendant as a ranch and a home. That a large portion of said lands is arable and suitable for cultivation and is fertile and capable of producing valuable agricultural crops when irrigated. That ever since the year 1850, this defendant, her grantors and predecessors in interest, entered into and upon said Santa Margarita River by means of ditches, dams and other works and took and appropriated from said stream for the use and benefit of her aforesaid lands thirty-five (35.00) miners of water, measured under a four (4) inch pressure, and applied the same to the irrigation of her said lands, the watering of stock, domestic use and other beneficial uses, all in accordance with and as permitted by the laws of the State of California. And ever since said year 1850 this defendant and her grantors and predecessors in interest have continuously, uninterruptedly, under a lawful claim of right, adversely to the plaintiff herein, as well as to any and all other parties to this action, and to all the world, taken, appropriated, diverted and used said water so appropriated, and the whole thereof, and all of the same has been, and still is, being applied by this defendant to such aforesaid beneficial uses, and this defendant is now the owner of the right to so take, appropriate and use the said amount of water aforesaid as against the plaintiff and all other parties herein and as against the whole world.

WHEREFORE, this defendant prays:

1. That all parties hereto, and each of them, be required to set forth the nature and extent of their claims in and to the waters of the Santa Margarita River Basin and its tributaries;

2. That this Court determine and declare the respective

rights and duties of the parties hereto; and that this Court declare that this defendant and the plaintiff, as well as this defendant's co-defendants herein have correlative rights to the reasonable use of said waters as this Court may find riparian thereto.

3. That such other and further orders, decrees and relief may be herein made and granted as are proper.

4. That this defendant do have and recover her costs of suit herein.

_____
Attorney for Defendant, Irene Barton

-4-

7356

STATE OF CALIFORNIA,
County of Riverside, } ss.

IRENE BARTON

being by me first duly sworn, deposes and says: That S he is one of the defendants
in the foregoing and above entitled action; that S he has read the foregoing Answer
and knows the contents thereof; and that the same is true of her own knowledge, except as to the matters which are therein stated upon her information or belief, and as to those matters that she believes it to be true.

SUBSCRIBED AND SWORN to before me this
17th day of March, 19 51.

Irene Barton
IRENE BARTON

R. R. Harris
Notary Public in and for said County and State.

[NOTARIAL SEAL]

(AFFIDAVIT OF SERVICE BY MAIL—1013a, C.C.P.)

STATE OF CALIFORNIA,
County of Riverside, } ss.

MARY ROBINSON being first duly sworn, says: That affiant is a citizen of the United States and a resident of the county of Riverside; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is 408 E. Florida Ave., Hemet, Calif.
that on the 21st day of March, 19 51 affiant served the within Answer of Defendant, Irene Barton
on the Plaintiff in said action, by placing a true copy thereof in an envelope, addressed to the attorney of record for said Plaintiff at the office address of said attorney as follows: Ernest A. Tolin, United States Attorney, Federal Building, Los Angeles, Calif.
and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States Post Office at Hemet, California, where is located the office of the attorney for the person by and for whom said service was made. That there is delivery service by the United States mail at the place so addressed or there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 21st day of March, 19 51.

R. R. Harris
Notary Public in and for the County of Riverside, State of California.
(SEAL)

Mary Robinson
Mary Robinson

*Here quote from envelope name and address of addressee.
**When the letter is addressed to a post office other than "Hemet" strike out "and"; when addressed to "Hemet" strike out "or."

735