```
                    IN THE UNITED STATES DISTRICT COURT
                  IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
                              SOUTHERN DIVISION
```

UNITED STATES OF AMERICA,            )
                                     )
                 Plaintiff,    )
                                     )
     vs.                             )    No. 1247 – Civil
                                     )
FALLBROOK PUBLIC UTILITY DISTRICT, et al., )  AFFIDAVIT OF SERVICE BY MAIL
                                     )
                 Defendants.   )

UNITED STATES OF AMERICA        )
                                ) ss.
SOUTHERN DISTRICT OF CALIFORNIA )

        Oma J. Maki, being first duly sworn, deposes and says:

        That she is a citizen of the United States and a resident of San Diego County, California; that her business address is 325 West "F" Street, San Diego 1, California; that she is over the age of eighteen years, and is not a party to the above-entitled action;

        That on March 26, 1951, she deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of MEMORANDUM OF THE UNITED STATES OF AMERICA IN OPPOSITION TO THE MOTION OF DEFENDANT TO DISMISS; MOTION TO STRIKE AND FOR AN ORDER TO FILE A MORE DEFINITE STATEMENT, addressed to W. B. Dennis, Esq., Attorney at Law, Route #1, Box 58, Fallbrook, California, his last known address, at which place there is a regular delivery service of mail by United States Post Office.

                                              /s/ Oma J. Maki

SUBSCRIBED and SWORN to before me, this 27 day of March, 1951.

Clerk, U. S. District Court
Southern District of California

By /s/ _____
                     Deputy.

**FILED**

MAR 27 1951

EDMUND L. SMITH, Clerk
By /s/ _____
            DEPUTY CLERK

109