```
 1                IN THE DISTRICT COURT OF THE UNITED STATES
 2              IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
 3                              SOUTHERN DIVISION
 4
 5   UNITED STATES OF AMERICA,      )
 6                      Plaintiff,  )      No. 1247 Civil
 7             vs.                  )      AFFIDAVIT OF SERVICE BY MAIL
 8   FALLBROOK PUBLIC UTILITY DISTRICT,)
     a public service corporation of the)
 9   State of California, et al,    )
                            Defendants)                FILED
10   UNITED STATES OF AMERICA       )
                                    ) ss.            MAR 26 1951
11   SOUTHERN DISTRICT OF CALIFORNIA)
                                                 EDMUND L. SMITH, Clerk
12                                                   By /s/ J. M. Horn
                                                        DEPUTY CLERK
13        RUTH M. JOHNSON  , being first duly sworn, deposes and says:
14             That (s)he is a citizen of the United States and a resident of
     San Diego
15   ~~Los Angeles~~ County, California; that (his)(her) business address is ~~800 Post Office~~
     325 West "F" St., San Diego,
16   ~~and Court House, Los Angeles,~~ California; that (s)he is over the age of eighteen
17   years, and is not a party to the above-entitled action;
18             That on  March 26, 1951,     (s)he deposited in the United States Mails
                                   at San Diego,
19   ~~in the Post Office at 312 Mar Spring Street, Los Angeles,~~ California, in the
20   above-entitled action, in an envelope bearing the requisite postage, a copy of
21                                   Complaint
22   addressed to  Harry W. Horton, Attorney at Law, 111 N. 6th, El Centro, California,
23
24   his last known address, at which place there is a delivery service by United
25   States Mails from ~~said~~ post office.
26                                                /s/ Ruth M. Johnson
                                                    Ruth M. Johnson
27   SUBSCRIBED and SWORN to before me,
28   this 26th day of March, 1951.
29   Clerk, U.S. District Court, Southern District of California,
30   By
31   /s/ J. M. Horn                   Deputy.
32
                                                                      93
```