At a stated term, to wit: The _____January_____Term. A. D. 19 51,

of the District Court of the United States of America, within and for the_____

Southern _Division of the Southern District of California, held at the Court Room

thereof, in the City of ___San Diego_____on __Friday_____

the ___30th_____day of ____March_____in the year of our Lord

one thousand nine hundred and __fifty-one____

Present:

      The Honorable:____JACOB WEINBERGER_____, District Judge

U.S.A.                     )
vs.                       )No. 1247-Civil
Fallbrook Public Utility District,)
etc., et al.              )

    On motion of Betty M. Graydon, Ass't U.S. Att'y, appearing as counsel for

Gov't, and good cause appearing therefor, it is ordered that the hearings here-

in scheduled for April 9, 1951, and April 23, 1951, are continued to May 8,

1951, 10 AM..

29/107

111