IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION.

UNITED STATES OF AMERICA, Plaintiff )
vs. ) No. 1247, Civ.
FALLBROOK PUBLIC UTILITY DISTRICT, )
etc., et al )
                              Defendants. )

Minute Order, Judge Weinberger's Calendar, April 2, 1951

    Good cause appearing therefor, IT IS ORDERED that the motions heretofore filed in the above entitled matter including those of defendants:

    Santa Margarita Mutual Water Company, Fallbrook Public Utility District, Ernest Louis Barbey, Essie Beulah Barbey, Rith Wentworth, A. F. Borel, Felix H. Garnsey, H. McC. Hossein, M. M. Loyd, E. M. Lloyd and James Oviatt, be heard on May 9, 1951 at 10:00 A. M.

copies to counsel

110