At a stated term, to wit: The \_\_\_\_\_January_____Term. A. D. 19 51, of the District Court of the United States of America, within and for the_____ Southern Division of the Southern District of California, held at the Court Room thereof, in the City of \_\_\_San Diego_____on \_\_Monday_____ the \_\_\_\_\_2nd_____day of \_\_\_\_April_____in the year of our Lord one thousand nine hundred and\_\_fifty-one.\_\_\_.

Present:

The Honorable:\_\_\_\_\_JACOB WEINBERGER_____, District Judge

U.S.A.                          )
vs                              )No. 1247-Civil
Fallbrook Public Utility District,)
etc., et al.                    )

Good cause appearing therefor, it is ordered that the motions heretofore filed in the above-entitled matter, including those of defendants Santa Margarita Mutual Water Co., Fallbrook Public Utility District, Ernest Louis Barbey, Essie Beulah Barbey, Rith Wentworth, A. F. Borel, Felix H. Garnsey, H. McC. Hossein, M. M. Loyd, E. M. Lloyd and James Oviatt be heard on May 9, 1951, 10 AM.

Copies to counsel.

29/121