(SPACE BELOW FOR FILING STAMP ONLY)

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1181

# FILED

APR 24 1951

EDMUND L. SMITH, Clerk

by

DEPUTY CLERK

Attorneys for Defendants Haley F. Jones
and Ruth B. Jones

UNITED STATES DISTRICT COURT

For The

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff<br><br>          -vs-<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>                    Defendants | No. 1247 - Civ.<br><br>MOTION TO STRIKE AND<br><br>MOTION FOR MORE DEFINITE<br>STATEMENT. |

Comes now the Defendants HALEY F. JONES, Sued herein as DOE 170, and RUTH B. JONES, sued herein as DOE 171, and move to strike from Plaintiff's Complaint on file herein those several portions specified and referred to in the Motion to Strike filed herein by Defendants, Fallbrook Public Utility District, a public service corporation of the State of California; Ernest Louis Barbey; Essie Beulah Barbey; Ruth Wentworth, A.F. Borel, Felix R. Garnsey; H. McC. Hossâân; M. M. Lloyd and E. M. Lloyd and adopt the said Motion to Strike of said last named Defendants and make reference to said motion for the details and particulars thereof, and for the grounds on which said motion is made.

Furthermore, these Defendants HALEY F. JONES and RUTH B. JONES move this Honorable Court for an Order requiring Plaintiff to make a more definite statement of the nature of its claim or

113

1  provide these defendants with a bill of particulars as to certain

2  matters in the complaint in the respects more particularly set

3  forth in the Motion for More Definite Statement of the Defendants

4  Fallbrook Public Utility District, a public service corporation of

5  the State of California; Ernest Louis Barbey; Essie Beulah Barbey;

6  Ruth Wentworth; A. F. Borel; Felix R. Garnsey; H. McC. Hossein;

7  M. M. Lloyd and E. M. Lloyd and adopt said motion of said last named

8  defendants, and makes reference to said Motion for the details and

9  particulars thereof and for the grounds on which said motion is

10 made.

11        And further adopts the Points and Authorities filed herein

12 by Defendants, Fallbrook Public Utility District, a Public service

13 corporation of the State of California; Ernest Louis Barbey; Essie

14 Beulah Barbey; Ruth Wentworth; A. F. Borel; Felix R. Garnsey;

15 H. McC. Hossein; M. M. Lloyd and E.  M. Lloyd in support of their

16 motions for a more definite statement and to strike out portions

17 of Complaint.

18        And these  Defendants HALEY F. JONES and RUTH B. JONES

19 request that their said Motions be heard and decided at the same

20 time and place that the said motions of Defendants, Fallbrook Public

21 Utility District, a public service corporation of the State of Cali-

22 fornia; Ernest Louis Barbey; Essie Beulah Barbey; Ruth Wentworth;

23 A. F. Borel; Felix R. Garnsey; H. McC. Hossein; M. M. Lloyd and

24 E.  M. Lloyd are heard and decided.

25        Dated this 24th day of April, 1951.

26

27                          SWING, SCHARNIKOW & STANIFORTH

28                          BY *Phil D. Swing*

29                          Attorneys for Defendants Haley F.
                            Jones and Ruth B. Jones.

30  Received copy of Motion to
    Strike, etc. this 24th day
31  of April, 1951
    *[signature]*
    Asst. U. S. Attorney

32                          -2-

                                                     114