```
                                              (SPACE BELOW FOR FILING STAMP ONLY)
 1   SWING, SCHARNIKOW & STANIFORTH
            ATTORNEYS AT LAW
 2   604 SAN DIEGO TRUST & SAVINGS BUILDING          FILED
         SAN DIEGO 1, CALIFORNIA
              FRANKLIN 9-1131
 3
                                                    APR 25 1951
 4
                                                EDMUND L. SMITH, Clerk
 5   Attorneys for Defendants Pratt Mutual Water Co.
         a corporation; H. S. Pratt, Don C.         By /s/
 6       Porter and Florence Clemmens                      DEPUTY CLERK
 7
 8                    UNITED STATES DISTRICT COURT
 9                             For The
10              SOUTHERN DISTRICT OF CALIFORNIA
11                      SOUTHERN DIVISION
12   UNITED STATES OF AMERICA,      )
                                    )   No. 1247 - Civ.
13                 Plaintiff        )
                                    )   MOTION TO STRIKE AND
14        -vs-                      )
                                    )   MOTION FOR MORE DEFINITE
15   FALLBROOK PUBLIC UTILITY DISTRICT, )
     a public service corporation of the )  STATEMENT.
16   State of California, et al.,   )
                                    )
17                 Defendants       )
                                    )
18   ───────────────────────────────
19        Comes now the Defendants PRATT MUTUAL WATER COMPANY, a
20   Corporation, H. S. PRATT, DON C. PORTER and FLORENCE CLEMMENS, and
21   move to strike from Plaintiff's Complaint on file herein those
22   several portions specified and referred to in the Motion to Strike
23   filed herein by Defendants, Fallbrook Public Utility District, a
24   public service corporation of the State of California; Ernest
25   Louis Barbey; Essie Beulah Barbey; Ruth Wentworth; A.F. Borel;
26   Felix R. Garnsey; H. McC. Hossein; M. M. Lloyd and E. M. Lloyd
27   and adopt the said Motion to Strike of said last named Defendants
28   and make reference to said motion for the details and particulars
29   thereof, and for the grounds on which said motion is made.
30        Furthermore, these Defendants PRATT MUTUAL WATER COMPANY,
31   a  Corporation, H. S. PRATT, DON C. PORTER and FLORENCE CLEMMENS
32   move this Honorable Court for an Order requiring Plaintiff to make
```




a more definite statement of the nature of its claim or provide these defendants with a bill of particulars as to certain matters in the complaint in the respects more particularly set forth in the Motion for More Definite Statement of the Defendants Fallbrook Public Utility District, a public service corporation of the State of California; Ernest Louis Barbey; Essie Beulah Barbey; Ruth Wentworth; A. F. Borel; Felix R. Garnsey; H. McC. Hossein; M. M. Lloyd and E. M. Lloyd and adopt said motion of said last named defendants, and makes reference to said Motion for the details and particulars thereof and for the grounds on which said motion is made.

And these Defendants PRATT MUTUAL WATER COMPANY, a Corporation, H. S. PRATT, DON C. PORTER and FLORENCE CLEMMENS further adopt the Points and Authorities filed herein by Defendants, Fallbrook Public Utility District, a public service corporation of the State of California; Ernest Louis Barbey; Essie Beulah Barbey; Ruth Wentworth; A. F. Borel; Felix R. Garnsey; H. McC. Hossein; M. M. Lloyd and E. M. Lloyd in support of their motions for a more definite statement and to strike out portions of Complaint.

And these defendants PRATT MUTUAL WATER COMPANY, a Corporation, H. S. PRATT, DON C. PORTER and FLORENCE CLEMMENS request that their said Motions be heard and decided at the same time and place that the said motions of Defendants, Fallbrook Public Utility District, a public service corporation of the State of California; Ernest Louis Barbey; Essie Beulah Barbey; Ruth Wentworth; A.F. Borel; Felix R. Garnsey; H. McC. Hossein; M. M. Lloyd and E. M. Lloyd are heard and decided.

Dated this 25th day of April, 1951.

SWING, SCHARNIKOW & STANIFORTH

BY _Philip D. Swing_
Attorneys for Defendants Pratt Mutual Water Co. a Corporation; H. S. Pratt; Don C. Porter and Florence Clemmens

Rec'd copy of above motions this 25th day of April 1951
Betty Marshall Drayton
Asst U S Atty

-2-

116