IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, ETC.,<br>ET AL.,<br><br>　　　　　　Defendants. | No. 1247 Civil<br><br>AFFIDAVIT OF SERVICE BY MAIL<br><br>FILED<br>MAY 3 - 1951<br>EDMUND L. SMITH, Clerk<br>　　　　　　　DEPUTY CLERK |

UNITED STATES OF AMERICA　　)
　　　　　　　　　　　　　　) ss.
SOUTHERN DISTRICT OF CALIFORNIA　)

　　Oma J. Maki, being first duly sworn, deposes and says:

　　That she is a citizen of the United States and a resident of San Diego County, California; that her business address is 325 West "F" Street, U. S. Custom House and Court House, San Diego, California; that she is over the age of eighteen years, and is not a party to the above-entitled action;

　　That on May 1, 1951, she deposited in the United States Mails, San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of RESPONSE OF UNITED STATES TO MOTION FOR MORE DEFINITE STATEMENT OR FOR BILL OF PARTICULARS; MOTION TO STRIKE; MOTION FOR A MORE DEFINITE STATEMENT; MOTION TO DISMISS, MOTION TO STRIKE, AND FOR AN ORDER DIRECTING PLAINTIFF TO FILE A MORE DEFINITE STATEMENT, addressed to

> Jesse R. O'Malley, Esquire
> Firm of Cosgrove, Cramer, Diether & Rindge
> 1031 Rowan Building
> 458 South Spring Street
> Los Angeles 13, California,

his last known address, at which place there is a regular delivery service by United States Mails.

SUBSCRIBED and SWORN to before me, this 2nd day of May, 1951

CLERK, U.S. District Court, Southern District of California,

　　　　　　By　　　　　　　　　Deputy

207

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

**FILED**
MAY 3 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, ETC.,<br>ET AL.,<br><br>        Defendants. | No. 1247 Civil<br><br>AFFIDAVIT OF SERVICE BY MAIL |

UNITED STATES OF AMERICA )
                            ) ss.
SOUTHERN DISTRICT OF CALIFORNIA )

        Oma J. Maki, being first duly sworn, deposes and says:

        That she is a citizen of the United States and a resident of San Diego County, California; that her business address is 325 West "F" Street, U. S. Custom House and Court House, San Diego, California; that she is over the age of eighteen years, and is not a party to the above-entitled action;

        That on May 2, 1951, she deposited in the United States Mails, San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of RESPONSE OF UNITED STATES TO MOTION FOR MORE DEFINITE STATEMENT OR FOR BILL OF PARTICULARS; MOTION TO STRIKE; MOTION FOR A MORE DEFINITE STATEMENT; MOTION TO DISMISS, MOTION TO STRIKE, AND FOR AN ORDER DIRECTING PLAINTIFF TO FILE A MORE DEFINITE STATEMENT, addressed to

                W. B. Dennis, Esquire
                Route 1, Box 58
                Fallbrook, California,

his last known address, at which place there is a regular delivery service by United States Mails.

SUBSCRIBED AND SWORN to before me,

this ___3rd___ day of May, 1951

CLERK, U.S. District Court, Southern District of California.

By _____
             Deputy.

         Oma J. Maki

208

U. S. GOVERNMENT PRINTING OFFICE   16—36317-1