(SPACE BELOW FOR FILING STAMP ONLY)

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131



FILED
MAY 7 - 1951
EDMUND L. SMITH, Clerk
DEPUTY CLERK

Attorneys for Defendants Daniel K. Smyth and Lucy K. Smyth

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff

-vs-

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.

        Defendants

No. 1247 Civil

MOTION TO STRIKE AND
MOTION FOR MORE DEFINITE
STATEMENT

    Comes now the Defendants, DANIEL K. SMYTH, sued herein as DOE 243, and LUCY K. SMYTH, sued herein as DOE 244, JOSEPH H. HAYES, sued herein as DOE 153 and LYDIA C. HAYES, sued herein as DOE 154, LINCOLN J. M. HOFFMAN, sued herein as DOE 162 and EVELYN R. HOFFMAN, sued herein as DOE 163, STEPHEN A. SEATON, sued herein as DOE 233 and NAN F. SEATON, sued herein as DOE 234, and STEPHEN A. SEATON, JR., sued herein as DOE 235, and move to strike from Plaintiff's Complaint on file herein those several portions specified and referred to in the Motion to Strike filed herein by Defendants, Fallbrook Public Utility District, a public service corporation of the State of California; Ernest Louis Barbey; Essie Beulah Barbey; Ruth Wentworth; A. F. Borel; Felix R. Garnsey; H. McC. Hossein; M. N. Lloyd and E. M. Lloyd and adopt the said Motion to Strike of said last named Defendants and make reference to said motion for the details and particulars

- 1 -

229

1  thereof, and for the grounds on which said motion is made.
2       Furthermore, these Defendants, DANIEL K. SMYTH, LUCY K.
3  SMYTH, JOSEPH H. HAYES, LYDIA C. HAYES, LINCOLN J. M. HOFFMAN,
4  EVELYN R. HOFFMAN, STEPHEN A SEATON, NAN F. SEATON and STEPHEN A.
5  SEATON, JR, move this Honorable Court for an Order requiring
6  Plaintiff to make a more definite statement of the nature of its
7  claim or provide these defendants with a bill of particulars as
8  to certain matters in the complaint in the respects more particu-
9  larly set forth in the Motion for More Definite Statement of the
10 Defendants Fallbrook Public Utility District, a public service
11 corporation of the State of California;  Ernest Louis Barbey;
12 Essie Beulah Barbey; Ruth Wentworth; A. F. Borel;  Felix R. Garnsey;
13 H. McC. Hossein;  M. M. Lloyd and E. M. Lloyd and adopt said
14 motion of said last named defendants, and makes reference to said
15 Motion for the details and particulars thereof and for the grounds
16 on which said motion is made.
17      And these Defendants, DANIEL K. SMYTH, LUCY K. SMYTH,
18 JOSEPH H. HAYES, LYDIA C. HAYES, LINCOLN J. M. HOFFMAN, EVELYN R.
19 HOFFMAN, STEPHEN A. SEATON, NAN F. SEATON and STEPHEN A. SEATON,
20 JR., further adopt the Points and Authorities filed herein by
21 Defendants Fallbrook Public Utility District, a public service
22 corporation of the State of California;  Ernest Louis Barbey;  Essie
23 Beulah Barbey;  Ruth Wentworth;  A. F. Borel;  Felix R. Garnsey;
24 H. McHossein;  M. M. Lloyd and E. M. Lloyd in support of their
25 motions for a more definite statement and to strike out portions
26 of Complaint.
27      And these Defendants, DANIEL K. SMYTH, LUCY K. SMYTH,
28 JOSEPH H. HAYES, LYDIA C. HAYES, LINCOLN J. M. HOFFMAN, EVELYN R.
29 HOFFMAN, STEPHEN A. SEATON, NAN F. SEATON and STEPHEN A. SEATON,
30 JR., request that their said Motions be heard and decided at the
31 same time and place that the said motions of Defendants Fallbrook
32 Public Utility District, a public service corporation of the State

1 of California; Ernest Louis Barbey; Essie Beulah Barbey; Ruth
2 Wentworth; A. F. Borel; Felix R. Garnsey; H. McC Hossein; M. M.
3 Lloyd and E. M. Lloyd are heard and decided.
    Dated this 4th day of May, 1951.

                              SWING, SCHARNIKOW & STANIFORTH

                              By _____
                              Attorneys for Defendants
                              Daniel K. Smyth, Lucy K. Smyth,
                              Joseph H. Hayes, Lydia C. Hayes,
                              Lincoln J. M. Hoffman, Evelyn
                              R. Hoffman, Stephen A. Seaton,
                              Nan F. Seaton and Stephen A.
                              Seaton, Jr.

Read Copy of foregoing Motions
this 4th day of May 1951

By _____
    Attorney for Dft