1  ERNEST A. TOLIN
   United States Attorney
2
3  BETTY MARSHALL GRAYDON
   Assistant United States Attorney
   325 West "F" Street
4  San Diego 1, California
       Telephone: F 9-4101
5
6  Attorneys for Plaintiff



FILED

MAY 7 - 1951

EDMUND L. SMITH, Clerk

By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                           )
              Plaintiff,   )   Civil No. 1247
                           )
        v.                 )
                           )
FALLBROOK PUBLIC UTILITY DISTRICT, a )  ACKNOWLEDGMENT OF SERVICE
    public service corporation of the )
    State of California;              )
ET AL;                                )
                                      )
JAMES OVIATT;                         )
                                      )
SANTA MARGARITA MUTUAL WATER COMPANY, )
    a public service corporation of the )
    State of California,              )
                                      )
              Defendants.             )

Receipt of service of copy of Response of United States to Motion for More Definite Statement or for Bill of Particulars; Motion to Strike; Motion for a More Definite Statement; Motion to Dismiss, Motion to Strike, and for an Order Directing Plaintiff to File a More Definite Statement is hereby acknowledged this __1st__ day of __May__, 1951.

_____
By _____
Attorney for Fallbrook
Pub. Utility Dist. et al.

228