SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

Attorneys for Defendants named below

(SPACE BELOW FOR FILING STAMP ONLY)

FILED
MAY 7 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

For The

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff )
    -vs- )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al., )
        Defendants )

No. 1247 - Civ.

MOTION TO STRIKE AND
MOTION FOR MORE DEFINITE
STATEMENT

    Comes now the Defendants, CHARLES RAYMOND COBB, sued herein as Doe 100; WINIFRED CHERRY COBB, sued herein as Doe 101; WILLIAM V. DERBY, sued herein as Doe 107; HARRIET W. DERBY, sued herein as Doe 108; WILLIAM L. FARMER, sued herein as Doe 118; ELSIE L. FARMER, sued herein as Doe 119; REX L. LOOP, sued herein as Doe 181; and LOIS E. LOOP, sued herein as Doe 182; and move to strike from Plaintiff's Complaint on file herein those several portions specified and referred to in the Motion to Strike filed herein by Defendants, Fallbrook Public Utility District, a public service corporation of the State of California; Ernest Louis Barbey; Essie Beulah Barbey; Ruth Wentworth; A. F. Borel; Felix H. Garnsey; H. McC. Hossein; M. M. Lloyd and E. M. Lloyd and adopt the said Motion to Strike of said last named Defendants and make reference to said motion for the details and particulars thereof,

223

/3

1  and for the grounds on which said motion is made.
2      Furthermore, these defendants, CHARLES RAYMOND COBB, WINI-
3  FRED CHERRY COBB, WILLIAM V. DERBY, HARRIET W. DERBY, WILLIAM L.
4  FARMER, ELSIE L. FARMER, REX L. LOOP and LOIS E. LOOP move this
5  Honorable Court for an Order requiring Plaintiff to make a more
6  definite statement of the nature of its claim or provide these
7  defendants with a bill of particulars as to certain matters in the
8  complaint in the respects more particularly set forth in the Motion
9  for More Definite Statement of the Defendants Fallbrook Public
10 Utility District, a public service corporation of the State of
11 California; Ernest Louis Barbey; Essie Beulah Barbey; Ruth Went-
12 worth; A. F. Borel;  Felix R. Garnsey; H. McC. Hossein; M.M. Lloyd;
13 and E. M. Lloyd and adopt said motion of said last named defendants
14 and makes reference to said Motion for the details and particulars
15 thereof and for the grounds on which said motion is made.
16     And these Defendants, CHARLES RAYMOND COBB, WINIFRED
17 CHERRY COBB, WILLIAM V. DERBY, HARRIET W. DERBY, WILLIAM L. FARMER,
18 ELSIE L. FARMER, REX L. LOOP and LOIS E. LOOP, further adopt the
19 Points and Authorities filed herein by Defendants Fallbrook Public
20 Utility District, a public service corporation of the State of
21 California; Ernest Louis Barbey; Essie Beulah Barbey; Ruth Went-
22 worth; A.F. Borel; Felix R. Garnsey; H. McC. Hossein; M. M. Lloyd;
23 and E. M. Lloyd in support of their motions for a more definite
24 statement and to strike out portions of Complaint.
25     And these Defendants, CHARLES RAYMOND COBB, WINIFRED
26 CHERRY COBB, WILLIAM V. DERBY, HARRIET W. DERBY, WILLIAM L. FARMER,
27 ELSIE L. FARMER, REX L. LOOP and LOIS E. LOOP request that their
28 said Motions be heard and decided at the same time and place that
29 the said motions of Defendants Fallbrook Public Utility District,
30 a public service corporation of the State of California; Ernest
31 Louis Barbey; Essie Beulah Barbey; Ruth Wentworth; A. F. Borel;
32

-2-

224

1  Felix R. Garnsey; H. McC. Hossein; M. M. Lloyd and E. M. Lloyd
2  are heard and decided.
3      Dated this 7th day of May, 1951.

                                    SWING, SCHARNIKOW & STANIFORTH

                                    By _____
                                    Attorneys for Defendants Charles
                                    Raymond Cobb, Winifred Cherry Cobb,
                                    William V. Derby, Harriet W. Derby,
                                    William L. Farmer, Elsie L. Farmer,
                                    Rex L. Loop and Lois E. Loop

RECEIVED COPY THIS 7th Day of May, 1951.

    A. DEVITT VANECH
    Assistant Attorney General
    Washington, D. C.

    ERNEST A. TOLIN
    United States Attorney
    Los Angeles, California

    BETTY MARSHALL GRAYDON
     Asst. U. S. Attorney
    San Diego, California

    WILLIAM H. VEEDER
    Special Assistant to the Attorney General
    Washington, D. C.

    BY _____
    BETTY MARSHALL GRAYDON, Asst. U.S. Attorney
    San Diego, California

-3-

225

13