A. DEVITT VANECH
Assistant Attorney General

ERNEST A. TOLIN
United States Attorney

BETTY MARSHALL GRAYDON
Assistant U. S. Attorney
325 West "F" Street
San Diego 1, California
   Telephone: F 9-4101

WILLIAM H. VEEDER
Special Assistant to the Attorney General

Attorneys for Plaintiff



FILED
MAY 7 - 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of<br>the State of California, et al.,<br><br>          Defendants. | No. 1247 (Civil)<br><br>RESPONSE TO MEMORANDUM OF<br>JUDGE'S NOTES USED AT CONFERENCE<br>IN FALLBROOK MATTER MAY 2, 1951 |

THE UNITED STATES OF AMERICA by A. DEVITT VANECH, Assistant Attorney General, ERNEST A. TOLIN, United States Attorney, BETTY MARSHALL GRAYDON, Assistant United States Attorney, and WILLIAM H. VEEDER, Special Assistant to the Attorney General, has considered the above mentioned memorandum in this cause and respectfully states:

      1. The United States of America does not wish to amplify or to in any way revise the Complaint which it has filed in this cause on January 25, 1951;

      2. The brief filed with this Court on the 2nd day of May, 1951, in response to the motions referred to in this Court's Memorandum was not intended to be and is not an amendment to the Complaint of the United States of America, and referred to in the paragraph

- 1 -

226

immediately preceding;

RATHER, the United States of America respectfully requests this Court to deny the motions referred to in its Memorandum of May 2, 1951, to which reference has been made all in accordance with the brief now before this Court.

A. DEVITT VANECH
Assistant Attorney General
    Washington, D.C.

ERNEST A. TOLIN
United States Attorney
    Los Angeles, California

BETTY MARSHALL GRAYDON
Assistant U. S. Attorney
    San Diego, California

WILLIAM H. VEEDER
Special Assistant to the Attorney General
    Washington, D.C.

*/s/ Betty Marshall Graydon*
BETTY MARSHALL GRAYDON

*/s/ William H. Veeder*
WILLIAM H. VEEDER

WHV:OJM
5-7-51

- 2 -

227