LAW OFFICES
W. B. DENNIS
RT. 1, BOX 40 58
FALLBROOK, CALIFORNIA
PHONE 587

ATTORNEY FOR Defendants Roscoe L. Warren, Iris D. Warren, Paul P. Yakes, Daisy P. Yakes and Laura Howell Traylor



FILED
MAY 8 - 1951
EDMUND L. SMITH, Clerk
                DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF CALIFORNIA,

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
)
        Plaintiff,
)
vs.
)
FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, SANTA MARGARITA MUTUAL WATER COMPANY, a public service corporation of the State of California, et al,
)
        Defendants.
)

No. 1247 - Civil

MOTION TO DISMISS, MOTION TO STRIKE, AND FOR AN ORDER DIRECTING PLAINTIFF TO FILE A MORE DEFINITE STATEMENT, BY DEFENDANTS ROSCOE L. WARREN, IRIS D. WARREN, PAUL P. YAKES, DAISY P. YAKES, AND LAURA HOWELL TRAYLOR

MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF DEFENDANTS ROSCOE L. WARREN, IRIS D.
WARREN, PAUL P. YAKES, DAISY P. YAKES AND LAURA
HOWELL TRAYLOR'S MOTION TO DISMISS, MOTION TO
STRIKE AND MOTION TO ORDER A MORE DEFINITE
STATEMENT.

I.

A riparian owner's right to water in a stream is determined by three factors: first, the land upon which the water is to be used must lie within the water shed of the stream; second, the land upon which the water is to be used must be contiguous to or abut upon the stream; third, said land must have remained riparian to the stream through its entire chain of title.  (<u>Anaheim Mutual Water Co. vs.</u>

236

/- 0

Fuller, 150 Cal. 327; Holmes vs. Nay, 186 Cal. 231; Rancho Santa Margarita vs. Vail, 11 Cal. 2, 501.)

### II.

The riparian owner must be able to put the waters to a beneficial use upon his lands which are riparian. (Sec. 3, Article 14 of the Constitution of the State of California; Peabody vs. City of Vallejo, 2 Cal. 2, 351.)

### III.

The plaintiff must describe the lands which are riparian to the stream with particularity. (Title Insurance vs. Miller & Lux, 183 Cal. 01; Heinlen vs. Helbron, 71 Cal. 557.)

### IV.

The plaintiff must by appropriate allegations allege sufficient facts to justify the requirement of the law that the lands described in the complaint are riparian lands. (Silver Creek Etc. Co. vs. Hayes, 113 Cal. 142)

### V.

The plaintiff must allege a definite quantity or amount of water which plaintiff is putting or can put to a reasonable use on lands which are riparian. (Riverside vs. Gage, 89 Cal. 410)

### VI.

A party to an action is not bound by a judgment in a prior proceeding, and the doctrine of res judicata does not operate as an estoppel unless he was a party or privy to such action and the identical issues raised in the subsequent proceeding were determined therein. (Whitney vs. City Etc. of San Francisco, 52 Cal.Ap.2, 363).

Respectfully submitted,

*W B Dennis*
W. B. Dennis
Attorney for Defendants Roscoe L. Warren, Iris D. Warren, Paul P. Yakes Daisy P. Yakes and Laura Howell Traylor.

```
 1  STATE OF CALIFORNIA )
                        )SS.
 2  COUNTY OF SAN DIEGO )
```

3      Raymond WAYMAN, being first duly sworn, deposes and says:
4  That affiant is a citizen of the United States and a resident of the
5  County of San Diego; that affiant is over the age of eighteen years,
6  and is not a party to the within and above entitled action. That
7  affiant's business address is Post Office Box 698, Fallbrook, California,
8  and that on the 7th day of May, 1951, affiant served the within
9  Motion to Dismiss, Motion to Strike, and Order Directing a More
10 Definite Statement on the plaintiff herein by placing a true copy
11 thereof, addressed to the attorney of record for said plaintiff, at
12 the office residence of said attorney, to-wit: A. DEVITT VANECH,
13 ERNEST A. TOLIN, BETTY MARSHALL GRADON, WILLIAM H. VEEDER, DAVID W.
14 AGNEW, 325 West F Street, San Diego 1, California, and by then seal-
15 ing said envelope and depositing same, with postage thereon fully
16 prepaid, in the United States Post Office at Fallbrook, California,
17 where is located the office of the attorney for the persons by and
18 for whom said service was made; and that there is delivery service
19 by United States mail at the place so addressed, or there is regular
20 communication by mail between the place of mailing and the place so
21 addressed.

                                        /s/ Raymond Wayman
                                            Raymond Wayman

Subscribed and sworn to before me
this 7th day of May, 1951.

    /s/ Dorothy C. Cathrey
Notary Public in and for said
    County and State.

W. B. DENNIS                                            232

3-D