At a stated term, to wit: The January Term. A. D. 19 51 of the District Court of the United States of America, within and for the Southern Division of the Southern District of California, held at the Court Room thereof, in the City of San Diego on Wednesday the 9th day of May in the year of our Lord one thousand nine hundred and fifty-one.

Present:

The Honorable: JACOB WEINBERGER, District Judge

U.S.A.  )
vs      ) No. 1247-Civil
Fallbrook Public Utility District, )
etc., et al.  )

For hearing on motion of Santa Margarita Mutual Water Co., a corp., to dismiss, to strike and for an order directing plaintiff to file a more definite statement, pursuant to notice thereof filed Feb. 19, 1951;

For hearing on motion of defendants Fallbrook Public Utility District, a public service corporation of the State of California; Ernest Louis Barbey; Essie Buelah Barbey; Ruth Wentworth; A. F. Borel; Felix R. Garnsey; H. McC. Hossein; M. M. Lloyd and E. M. Lloyd for a more definite statement or for a Bill of Particulars and to strike, pursuant to notice thereof filed March 12, 1951;

For hearing on motion of defendant James Oviatt for a more definite statement, pursuant to notice thereof filed March 19, 1951;

For hearing on motion of defendants Haley F. and Ruth B. Jones to strike and for a more definite statement, pursuant to notice thereof filed Apr. 24, 1951;

For hearing on motion of defendants Pratt Mutual Water Co., a corp.; H.S. Pratt; Don C. Porter and Florence Clemmens to strike and for a more definite statement; pursuant to notice thereof filed April 25, 1951;

For hearing on motion of defendants Thomas W. and Dora M. Crego, Carolinea J. Lythner, Mark and Margaret Laurette Gallacher to dismiss, to strike and for an order directing plaintiff to file a more definite statement, pursuant to notice thereof filed April 30, 1951;

For hearing on motion of defendants Frederick W. and Addie J. Freese, Theodore and Janice B. Jennings, Ray G. and Gladys P. Peters, and Leon P. and Tracy W. Ludgate to dismiss, to strike, and for an order directing plaintiff to file a more definite statement, pursuant to notice thereof filed Apr. 30, 1951;

For hearing on motion of defendants Carl W. and Christine M. Olsen, Harry

(No. 1247-Civil, 5/9/51, continued:)    -2-

I. and Mabel B. Field, Edward G. and Lottie L. Helms, Paul D. and Olive M. Mortz, Robert L. and Frank A. Freeman, Norma Freeman, Herman C. and Alma C. Pankonien and Ethel Russel to dismiss, to strike and for a more definite statement, pursuant to notice thereof filed May 3, 1951;

For hearing on motion of defendants Chas. A. and Zela T. Weaver and E.J. and Edna M. Durkan to dismiss, to strike and for an order directing the plaintiff to file a more definite statement, pursuant to notice thereof filed May 3, 1951;

For hearing on motion of Daniel K. and Lucy K. Smith, et al. to strike and for a more definite statement, pursuant to notice thereof filed May 7, 1951;

For hearing on motion of defendants Roscoe L. and Iris D. Warren, et al., to dismiss, to strike and for an order directing plaintiff to file a more definite statement, pursuant to notice thereof filed May 8, 1951;

Betty M. Graydon, Ass't U.S. Att'y, and Wm H. Veeder, Spec. Ass't to Att'y Gen'l, appearing as counsel for Gov't;

Phil D. Swing, Esq., appearing as counsel for defendant Fallbrook Public Utility District; Jesse R. O'Malley, Esq., appearing as counsel for said defendant, and also for one of the moving parties, James Oviatt;

W. B. Dennis, Esq., appearing as counsel for Santa Margarita Mutual Water Co., et al.;

L. M. Wright, Esq., of Messrs O'Melveny & Wright, appearing as counsel for the Vails, et al.;

Cornelius G. Waldo, Esq., appearing as counsel for Richard W. Calloway;

At 11:18 AM court convenes herein. Court makes a statement.

Motions to strike and to dismiss are ordered submitted without argument. Court makes a statement re motions to make more definite and certain.

At 11:50 AM court recesses to 2 PM today. At 2 PM court reconvenes herein

and all being present as before, including said counsel for both sides;

Attorney Swing argues to the Court on motion to make more definite and certain Paragraph 8 of the Complaint.

At 2:21 PM Attorney O'Malley argues motion to make more definite and certain Paragraph 8 of the Complaint; and, each of Attorneys Dennis and Waldo, respectively, makes a statement.

At 2:32 PM Attorney Veeder argues to the Court for Gov't. Attorney O'Malley argues further. At 2:59 PM court recesses for thirty minutes.

At 3:39 PM court reconvenes herein and all being present as before, including said counsel for both sides, except Attorney Graydon, who comes in later at 3:42 PM;

Court makes a statement and all motions of defendants to make more definite and certain which have been filed up to this time are denied.

The motions to strike and the motions to dismiss, likewise considered with the briefs of counsel, are denied without prejudice, and the parties who filed the motions are ordered to answer within twenty days, and counsel for Gov't will prepare proper order for signature of the Court with reference to the denial of the motions naming each of defendant's motion within a week from today, and copies will be served upon all counsel.

29/263   No. 1247-Civil, 5/9/51.