1
2
3  WALTER GOULD LINCOLN, Esq.,
   Suite 1113, 742 Hill St.,
4  Los Angeles 14, California
5  Attorney for Certain Defendants.

**FILED**

MAY 9 - 1951

EDMUND L. SMITH, Clerk

By _____
              Deputy Clerk

6
7
8              UNITED    STATES    DISTRICT    COURT
9                             for the
10         SOUTHERN   DISTRICT   OF   CALIFORNIA
11                      Southern Division.
12                         *  *  *  *
13

14  UNITED STATES OF AMERICA,              )
15                          Plaintiff,     )     Civil Action File No. 1247-Civ.
16              vs.                        )
17  FALLBROOK PUBLIC UTILITY DISTRICT,     )     A N S W E R
    etc., et als.,                        )
18                                         )            of
19                          Defendants.    )     CERTAIN TRUSTEES OF THE ESTATE OF
    - - - - - - - - - - - - - - - - - - - )         MURRAY SCHLOSS, dec.
20

21
22          NOW comes M. W. BEALE, herein sued as Doe No. 83; Robert DeLuce,
23  herein sued as Doe No. 184; Walter Gould Lincoln, herein sued as Doe No. 180,
24  and Otto Witchner, herein sued as Doe No. 261, and not appearing as individuals,
25  but appearing in their capacity as Trustees of the Estate of Murray Schloss, dec'd.,
26  as will be hereinafter more fully set out, and answering for themselves alone
27  and for none of their codefendants, deny, admit and allege as follows:
28                                 1.
29          That during the lifetime of one Murray Schloss he was the owner
30  of certain lands situate in the Counties of Riverside and San Diego in the State
31  of California, namely, Sections 26 and the South 1/2 of Section 27; the fractional
32  South 1/2 of Section 28; and the East 1/2 of Section 33; the North 1/2 of Section

                              -1-

34; all in Township 8 South, Range 3 West, and Lots 1 and 2 in Section 3;
and Lot 1 in Section 4, Township 9 South, Range 3 West.

11.

That all of said lands have been at all times since 1926 and now are
riparian to the Temecula and Santa Marguerita River.

111.

That thereafter Murray Schloss died and his estate was administered
and is still being administered in Riverside County, California, and therein
certain proceedings were had by which the Court appointed certain persons as
trustees to take title to, and thereafter to hold under the instructions and
powers of the Court, all of the real and personal property to which said Murray
Schloss had title at the time of his decease, and that these answering defendants
are four of such trustees.

1V.

That none of the defendants herein appearing has any personal inter-
est in any of the matters or things contained in the complaint herein, but, on
the contrary each of said defendants named herein appears in his capacity as
trustee for the uses and purposes hereinafter to be set out, and not otherwise.

V.

These defendants have not sufficient information or belief with which
to answer certain allegations of the complaint herein, and basing their denial
upon that ground, deny, generally and specifically, each and every allegation
contained in paragraphs 11 and 111, all the allegations of paragraph 1V,
except the admissions hereinafter made.

V1.

These answering defendants deny, generally and specifically, each
and every allegation contained in paragraphs V1, V11, V111 and particularly
assert that such denial is not an admission of any paramount right to 35,000
acre feet of water only from the Santa Marguerita River, nor any other quantity
of water, nor any quantity of water at all.

-2-

7381

1

2                           Vll.

3          Deny, generally and specifically, each and every allegation of

4    paragraph lX.

5                           Vlll.

6          Deny particularly that the activities of these answering defendants

7    have in any manner reduced the quantity of water available to the United States

8    of America from any source, or in any manner whatsoever, or that they, or

9    either of them, has reduced the surface flow, or any surface flow of the

10   Santa Margarita River, either by, or thru their encroachments, or otherwise.

11                          lX.

12         Admit that Exhibit "A" is a copy of the stipulated judgment

13   alleged in paragraph V, but deny that these defendants, as such trustees and

14   successors of Murray Schloss, deceased, are bound by that judgment, or any

15   portion thereof, since they neither personally, nor in their trustee capacities,

16   were parties to such judgment.

17                          X.

18         That neither Murray Schloss, deceased, nor these answering defendants

19   as Trustees, have at any time waived their claim or right to claim their

20   riparian rights herein asserted, but have constantly asserted, and do still assert

21   such rights, as well as similar rights to a tributary of said streams, which

22   tributary enters the so-called Santa Margarita River from the east and

23   approximately in, on and thru the lands herein described in San Diego County,

24   California, and is known as Stone Creek.

25                          Xl.

26         That the said lands in this Answer described are now and have been

27   for many years prior to 1926 and continuously thereafter and still are, conti-

28   guous and riparian to the waters and streams herein referred to, and said lands

29   lie on both sides of said streams.

30

31

32                           -3-

                                                                    7382

XII.

These answering defendants have no criticism of the desire of the United States Government to receive the quantity of water which it was designated the Government's predecessor in interest should be entitled to receive by reason of the stipulated judgment Exhibit "A", but these answering defendants ask that in any judgment herein the Court shall set out that the lands to which these answering defendants have title have riparian rights on said premises described in said Exhibit "A" and that such riparian rights are superior and paramount to whatever rights the United States Government might be entitled to by reason of said stipulated judgment.

WHEREFORE these defendants pray that in any judgment entered in this case the Court desree that these defendants as Trustees of the Estate of Murray Schloss, deceased, have riparian rights in and to the lands described in this Answer, and are contiguous to the water course described in the complaint hereof, by whatever name it may be called, and which rights are superior and adverse to the rights of the United States Government as its position is also upon said stream, and for general relief.

Attorney for these Answering Defendants.

STATE OF CALIFORNIA,

County of __Los Angeles__ } ss.

__M. W. BEALE__

being by me first duly sworn, deposes and says: That __S__ he is __one of the answering defendants__

in the foregoing and above entitled action; that __S__ he has __read the foregoing__

__answer__

and knows the contents thereof, and that the same is true of h__er__ own knowledge, except as to the matters which are therein

stated upon h__er__ information or belief, and as to those matters that __S__ he believes it to be true.

SUBSCRIBED AND SWORN to before me this

__8th__ day of __May__ 19 5 1

M W Beale

Notary Public in and for the County of __Los Angeles__
State of California.

[NOTARIAL SEAL]

*(AFFIDAVIT OF SERVICE BY MAIL—1013a, C. C. P.)*

STATE OF CALIFORNIA,

County of __Los Angeles__ } ss.

__WALTER GOULD LINCOLN__ being first duly sworn, says: That affiant is a citizen of the

United States and a resident of the county of __Los Angeles__ that affiant is over the age of eighteen years and is not a

party to the within above entitled action; that affiant's __business__ address; __Suite 1113, 742 Hill St., Los Angeles__

__11, California__

that on the __8th__ day of __May__ 19 5 1 affiant served

the within __Plaintiff__

on the __plaintiff__ in said action, by placing a true copy thereof in an envelope

addressed to the attorney__s__ of record for said __plaintiff__ at the

office address of said attorney as follows: __BETTY MARSHALL GRAYDON, Attorney,__
__325 West "F" Street, San Diego, 1, Cal.__

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States Post Office
at __Los Angeles__ California, where is located the office of the attorney for the persons by and for whom
said service was made. That there is delivery service by United States mail at the place so addressed and/or there is a regular communication by
mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __8th__

day of __May__ 19 5 1

Notary Public in and for the County of __Los Angeles__
State of California.

(SEAL)

7382