J. U. HEMMI, ATTORNEY

FOR _____

OCEANSIDE, CAL.
TEL. 2647

Rec'd copy of Answer
May 10, 1951
Billy Marshall
for R. M. Johnson

**FILED**
MAY 10 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
of the
SOUNTHERN DISTRICT OF CALIFORNIA

No. ~~1045~~ 1247 Civil

UNITED STATES OF AMERICA,        )
              Plaintiff          )
                                 )
         vs                      )     ANSWER OF
                                 )
FALLBROOK UTILITY DISTRICT),     )     Paul C. Burdick and
ET AL.        Defendants         )     Lucy J. Burdick, his wife
                                 )
_____)

Comes now Paul C. Burdick and Lucy J. Burdick, his wife, and for answer to the complaint in this action, they jointly and severally admit, deny, and allege as follows :

I.

These defendants deny each and every allegation in said complaint, except as the same are admitted or qualified herein.

II.

These defendant allege that they are husband and wife. That they are the owners of the following described real property :

The SW¼ of the SE¼ of the NW¼ of Section 7 in township 9 S. of range 3 W., and the NE¼ of the SW¼ of Section 7 in township 9 S. of range 3 W. , except therefrom the East ten (10) acres of the said NE¼ of the SW¼ of said Section 7, being a total of 40 acres, more or less, all in San Diego County, California.

III.

These defendants specifically deny any infringement or encroachment with the normal flow of the Santa Margarita River or any tributary thereof.

IV.

These defendants assert that the reduced flow of said River is due to several years of short rainfall, and lack of forsight in the management of water after it enters Camp Pendleton.
That a proper spreading of the water overflow of the water into the Ocean sixxx would have prevented the loss of water in the wells .

- 1 -

A

7394

J. U. HEMMI, ATTORNEY
FOR
OCEANSIDE, CAL.
TEL. 2647

V.

We assert that the use of said water in Camp Pendleton outside of the 38,739 riparian acres to said stream creates a shortage that we cannot be charged with. We asser riparian rights to and for the 40 acres heretofore described herein. The estimated irrigatible acres is only five acres, and the right to store, either above or in the ground for the use of the above 40 acres 25 per cent of the annual rainfall is necessary.

VI.

We assert that the granting of the plaintiff's claims in this action, without compensation to the damage to our said property, would be unlawful and unconstitutional.

Dated May 8, 1951.

*Paul C. Burdick*
*Lucy Jn Burdick*
                                                           plaintiff

State of California
County of San Diego-ss

Paul C. Burdick, being duly sworn, says that he is one of the defendants in the foregoing entitled action, and he makes this verification for himself and his said wife; that he has read the foregoing answer and knows the contents theref, and tht the same is true of his own knowledge, except the matters stated on information and belief, and as to those matters, he believes that same are true.

*Paul C. Burdick*

Subscribed and sworn to before me this 8 day of Maym 1951.

*J. U. Hemmi*
Notary Public, San Diego Co., Cal.

- 2 -