FILED

MAY 11 1951

EDMUND L. SMITH, Clerk
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,

          Defendants.

No. 1247 (Civil)

ORDER DENYING MOTIONS

      The following motions came on for hearing on May 9, 1951, plaintiff being represented by WILLIAM H. VEEDER, Special Assistant to the Attorney General, CLYDE C. DOWNING, and BETTY MARSHALL GRAYDON, Assistant United States Attorneys, and the moving defendants being represented by counsel as hereinafter set forth:

      Motion of defendant SANTA MARGARITA MUTUAL WATER COMPANY, a corporation, to dismiss, to strike, and for an order directing plaintiff to file a more definite statement, W.B. Dennis, Esq., appearing;

      Motion of defendants THOMAS H. and DORA M. CREGO, CAROLINA J. LYTHNER, MARK and MARGARET LAURETTE GALLACHER to dismiss, to strike, and for an order directing plaintiff to file a more definite statement, W.B. Dennis, Esq., appearing;

- 1 -

1    Motion of defendants FREDERICK W. and ADDIE J. FREESE, THEODORE and
2  JANICE B. JENNINGS, RAY G. and GLADYS P. PETERS, and LEON P. and TACY W. LUDGATE
3  to dismiss, to strike, and for an order directing plaintiff to file a more
4  definite statement, W.B. Dennis, Esq., appearing;
5    Motion of defendants CARL W. and CHRISTINE M. OLSEN, HARRY I. and
6  MABEL B. FIELD, EDWARD G. and LOTTIE L. HELMS, PAUL D. and OLIVE M. MORTZ,
7  ROBERT L. and FRANK A. FREEMAN, NORMA FREEMAN, HERMAN C. and ALMA C. PANKONIEN,
8  and ETHEL RUSSEL to dismiss, to strike, and for a more definite statement,
9  W.B. Dennis, Esq., appearing;
10   Motion of defendants CHAS. A. and ZELA T. WEAVER and E. J. and EDNA M.
11 BURKAN to dismiss, to strike, and for an order directing the plaintiff to file a
12 more definite statement, W.B. Dennis, Esq., appearing;
13   Motion of defendants ROSCOE L. and IRIS D. WARREN, PAUL P. and DAISY
14 P. YAKES, and LAURA HOWELL TRAYLOR to dismiss, to strike, and for an order
15 directing plaintiff to file a more definite statement, W.B. Dennis, Esq.,
16 appearing;
17   Motion of defendant JAMES OVIATT for a more definite statement,
18 J.R. O'Malley, Esq., of Cosgrove, Cramer, Diether, and Rindge, appearing;
19   Motion of defendants FALLBROOK PUBLIC UTILITY DISTRICT, a public
20 service corporation of the State of California, ERNEST LOUIS BARBEY, ESSIE
21 BUELAH BARBEY, RUTH WENTWORTH, A. F. BOREL, FELIX R. GARNSEY, H. McC. HOSSEIN,
22 M. M. LLOYD and E. M. LLOYD for a more definite statement or for a Bill of
23 Particulars and to strike, Phil D. Swing, Esq., of Swing, Scharnikow, and
24 Staniforth, appearing;
25   Motion of defendants HALEY F. and RUTH B. JONES to strike, and for a
26 more definite statement, Phil D. Swing, Esq., of Swing, Scharnikow, and
27 Staniforth, appearing;
28   Motion of defendants PRATT MUTUAL WATER COMPANY, a corporation,
29 H. S. PRATT, DON C. PORTER and FLORENCE CLEMMENS to strike, and for a more
30 definite statement, Phil D. Swing, Esq., of Swing, Scharnikow, and Staniforth,
31 appearing;

Motion of DANIEL K. and LUCY K. SMITH, JOSEPH H. and LYDIA C. HAYES, LINCOLN J. M. and EVELYN R. HOFFMAN, STEPHEN A. and NAN P. SEATON, and STEPHEN A. SEATON, JR., to strike, and for a more definite statement, Phil D. Swing, Esq., of Swing, Scharnikow, and Staniforth, appearing;

Motion of defendants CHARLES RAYMOND and WINIFRED CHERRY COBB, WILLIAM V. and HARRIETT W. DERBY, WILLIAM L. and ELSIE L. FARMER, REX L. and LOIS E. LOOP to strike, and for more definite statement, Phil D. Swing, Esq., of Swing, Scharnikow, and Staniforth, appearing; and also the

Motion for a more definite statement made in open court at the hearing hereof by Cornelius T. Waldo, Esq., on behalf of defendant RICHARD W. CALLOWAY and WIFE;

And the Court having submitted without argument all of said motions except the motions to make more definite and certain filed by the following defendants: FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, ERNEST LOUIS BARBEY, ESSIE BUELAH BARBEY, RUTH WENTWORTH, A. F. BOREL, FELIX R. GARNSEY, H. McC. HOSSEIN, M. M. LLOYD and E. M. LLOYD; JAMES OVIATT; and SANTA MARGARITA MUTUAL WATER COMPANY, a corporation;

And argument on said motions last mentioned having been had,

IT IS ORDERED:

The motions to dismiss are denied without prejudice;

The motions to make more definite and certain are denied;

The motions to strike are denied.

All moving defendants will answer within twenty days from May 9-1951.

DATED: This 11 day of May, 1951.

Jacob Weinberger
United States District Judge

- 3 -