1
2
3
4
5
6
7

FILED

MAY 16 1951

EDMUND L. SMITH, Clerk

By _____

DEPUTY CLERK

8
9

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

10   UNITED STATES OF AMERICA,

11                      Plaintiff,              No.  1247 (Civil)

12          vs.

13   FALLBROOK PUBLIC UTILITY DISTRICT,          AFFIDAVIT OF SERVICE BY MAIL
     a public service corporation of
14   the State of California, et al.,

15                      Defendants.

16   UNITED STATES OF AMERICA      )
                                   )   ss.
17   Southern District of California )

18          Oma J. Maki, being first duly sworn, deposes and says:

19          That she is a citizen of the United States and a resident of San Diego

20   County, California;  that her business address is U. S. Custom House and Court

21   House, 325 West "F" Street,  San Diego, California;  that she is over the age

22   of eighteen years, and not a party to the above-entitled action;

23          That on May 11, 1951, she deposited in the United States Mails, San

24   Diego, California, in the above-entitled action, six envelopes each bearing the

25   requisite postage, each containing a copy of ORDER DENYING MOTIONS, addressed to

26                      W. B. Dennis, Esquire
                        Route 1, Box 58
27                      Fallbrook, California;

28                      J. R. O'Malley, Esquire
                        Cosgrove, Cramer, Diether, and Rindge
29                      1031 Rowan Building
                        458 South Spring Street,
30                      Los Angeles 13, California;

31                      Phil D. Swing, Esquire
                        Swing, Scharnikow, and Staniforth
32                      604 San Diego Trust & Savings Bldg.
                        San Diego 1, California;

— 1 —

245

1
2
                    Cornelius T. Waldo, Esquire
                    7106 Foothill Boulevard
                    Tujunga, California;

3                   John O'Melveny, Esquire
4                   O'Melveny & Myers
                    900 Title Insurance Bldg.
5                   Los Angeles, California;   and

6                   Kenneth K. Wright, Esquire
                    215 West 7th Street
7                   Los Angeles 14, California,

8    the last known address of each, at which place there is a regular delivery

9    service by United States Mails.

10
11
12   SUBSCRIBED and SWORN to before me,

13   this 16th day of May, 1951.

14   CLERK, U.S. District Court
15   Southern District of California
16   By                          Deputy
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

U. S. GOVERNMENT PRINTING OFFICE   16—33317-1