NOTICE OF THE DECLARATION OF WATER RIGHTS ON LAND

P.O.B 502
Fallbrook, California
May 15, 1951

FILED
MAY 16 1951
EDMUND L. SMITH, Clerk
By.................................
DEPUTY CLERK

TO WHOM IT MAY CONCERN:

Notice is hereby given pertaining to the following land lying within the basin of the Santa Margarita River Water Shed, stating the conditions pertaining to water already developed and now being used on the following described land:

The Southeast Quarter of the Southwest Quarter of Section 6, Township 9 South, Range 3 West, San Bernardino Meridian, San Diego County, California.

The above described land being a Homestead, together with all timber, water and Mineral rights according to the United States Homestead Laws, said Homestead being entry No. 1014364, granted to Howard V. Harrison by Calvin Coolidge, President of the United States, on April 5, 1928, and same recorded in the Office of the County Recorder of San Diego County, California.

I, Howard V. Harrison, do hereby declare and state that in the year of 1927 I sunk a well upon the above described property and the same at the time of development had a capacity of 39 gallons per minute. The Well at the present time has a 4 H.P. Motor and pump with a capacity of 23 gallons per minute. Said water is now being pumped to a 9000 gallon storage resevoir on my property and is being used for irrigation and domestic purposes at my residence on the said property.

Of the above land owned by me 18 acres of same lies above the damaging frost line and is suitable to raising of citrus fruits and Avacados, and when in the future all of this land will be developed, said land will require a minimim of 35 acre feet of water per year.

In consideration of the above stated facts, I hereby declare the rights for the use of the above water already developed on my land together with whatever more water that may be required for the future development of this land, up to 35 acre feet per year, provided that other wells can be sunk and water developed on said property to deliver the above amount of water for future use on the above described land.

Witness my hand and seal this 15th day of May, 1951.

Witness:

_D H Budock_                         _Howard V. Harrison_

State of California)
County of San Diego)

On this 15th day of May 1951, before me, Mark E. Taylor, a Notary Public, in and for the said County and State, personally appeared Howard V. Harrison, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same.

Witness my hand and Official Seal this 15th day of May, 1951.

_Mark E. Taylor_
Notary Public

My commission expires Feb. 14, 1953.

7387