IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>　　　　　Defendants. | No. 1247 - Civil<br>Answer of Charles L.<br>and Lenora G. Krafft,<br>doe One hundred and<br>seventy five. |

FILED
MAY 16 1951
EDMUND L. SMITH, Clerk
By /s/ [signature]
　　DEPUTY CLERK

In reply to the alleged actual controversy between the United States of America and the defendants named in the summons, Civil Action File No. 1247 - Civ., of which Charles L. Krafft and Lenora G. Krafft are defendants in part, we claim, as legal owners of real property described as follows; viz: S. 990 ft. of E. 600 ft. of NE 1/4 of SW 1/4 SEC 9, T9, R3W; S. 840 ft. of W. 660 ft. of NE 1/4 of SW 1/4 SEC. 9-9-3W., all Riparian water rights of said land, due to the fact that an all-year creek runs through the NE portion of said property for approximately one-half mile, known as "Rainbow Creek." Said creek is dry before entering property during the dry parts of some years, but arises from underground immediately after entering property, as "springs." Property is mostly made up of ravines, and about ten (10 acres of the 28.28 acres are hill-top, and considered good for avocado and citrus growing. All of said land is virgin and covered with sage brush, etc. In the bottom land are oak and sycamore trees. There is a concrete dam on property, about twenty (20) feet wide, damming up said creek, which was built in 1892, according to Tax Accessor's Office, San Diego County. The improvements on property consists of a 4-room cabin and small shed. Public utilities are solely electricity. Todate the only water pumped from creek is used domestically. It is our intention to develope property into an avocado grove on land suitable for growing this type of tree, but on account of our present financial standing we are unable to commence such a project, as our sole income is derived from a rooming house in Fallbrook, Calif., and my retired pay from the United

7385

-1-

States Marine Corps, having served in that branch of the armed service for over twenty-four years, and placed on the retired list during World War II, on account of disability received in the line of duty.

The reason we moved in this locality was on account of my health, and the closeness to Camp Pendleton, as retired personnel have certain privledges, i.e., purchasing commisseries, medical treatment, and hospitalization, etc., and then I like to be close to the Marines, as - "once a Marine, always a Marine."

Therefore we pray that this Court allow us enough water to use to develope said real property, but we would be willing to give up all rights to said water claim if it is urgently needed by the United States of America, as we would not want to jepardize our Country.

                    Charles L. and Lenora C. Krafft,

By: *Charles L. Krafft*
                    Charles L. Krafft,
                    Sergeant-Major, USMC(Ret).

Date: May 15, 1951.

7386