A. B. BIANCHI,
901 Kohl Building,
(Telephone- EXbrook 2-3325),
San Francisco, California,
Attorney for defendant,
Verlie L. Bayle.



FILED
MAY 21 1951
EDMUND L. SMITH, C...
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA,

SOUTHERN DIVISION.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et. al.,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) | No. 1247 (Civil) |

STIPULATION EXTENDING TIME.

IT IS HEREBY STIPULATED by and between plaintiff and defendant, VERLIE L. BAYLE, that said defendant Verlie L. Bayle may have to and including the 9th day of June, 1951, within which to plead.

DATED: May 10, 1951.

      ERNEST A. TOLIN
      UNITED STATES ATTORNEY

      Betty Marshall Graydon
      Assistant United States Attorney

      Attorneys for Plaintiff.

      A. B. Bianchi
      Attorney for Defendant, Verlie L. Bayle.

IT IS SO ORDERED: 5-21-51

Jacob Weinberger
    Judge.

247