1 | Allen G. Mahurin, et ux
2 | 679 Grand Avenue
3 | Long Beach, California
4 | Telephone LB 9-5840
5 | In Propria Personna



FILED
MAY 22 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) No. 1247 (Civil)
)
           Plaintiff, )
)
    v. ) ANSWER
)
FALLBROOK PUBLIC UTILITY DISTRICT, )
et al., )
)
           Defendants. )

    Now come codefendants ALLEN G. MAHURIN sued as DOE ONE HUNDRED NINETY, and MARY G. MAHURIN sued as DOE ONE HUNDRED NINETY-ONE, and, answering the Complaint on file herein, admit, deny and allege as follows:

I

    That these answering defendants are owners in fee simple of the following described real property in the County of San Diego, State of California, to wit:

        The South one-half ($\frac{1}{2}$) of the Southeast one-fourth ($\frac{1}{4}$) of the Northwest one-fourth ($\frac{1}{4}$) of Section 18, Township nine (9) South, Range three (3) West, San Bernardino Base and Meridian.

    That said property consists of 20 acres, more or less.

7388

## II

That from time immemorial these answering defendants and their predecessors in said fee simple ownership, have had and owned the right to use for domestic and irregation purposes thereon, in reasonable quantities, the surface and subterranean waters pertinent to said 20 acre parcel of real property, and that although these defendants are not using said acreage for agricultural purposes at the present time, they may decide to do so at any time and that in such event they will need to develop and use at least five (5) miner's inches of water pertinent to said land.

That said land has a reasonable market value of $300.00 per acre or a total value of $6000.00 but that if it is deprived of all water rights, said land will become substantially valueless.

## III

These defendants have no information or belief upon the subjects mentioned in the last three sentences of paragraph IV on page 5 of the complaint herein sufficient to enable them to answer any of the allegations therein contained, and, placing their denials on that ground, deny each and every allegation set forth therein.

## IV

By way of answering the allegations in paragraph V of the complaint herein, these defendants deny that either they or their predecessors in title in and to said 20 acres of real property were parties to the litigation therein referred to and are not bound by said litigation or by the alleged stipulated judgment therein referred to as Exhibit A.

## V

By way of answering the allegations in paragraph IX of the complaint herein, these defendants generally and specifically deny each and every allegation therein contained insofar as they may include or refer to these answering defendants.

FOR A FURTHER AND SEPARATE DEFENSE DEFENDANTS ALLEGE:

I

These defendants here reallege the allegations in paragraphs I and II of this answer.

II

That plaintiff is seeking and threatening, by its above entitled action and the allegations therein contained, to destroy the said water rights of these defendants pertinent to said 20 acres of real property without due process of law and without offering any compensation whatsoever for the resulting damage to the value of said property and that plaintiff should be estopped from bringing any other action in the premises against these defendants except that of a proper action in eminent domain.

III

FOR A SECOND AND SEPARATE AND FURTHER DEFENSE DEFENDANTS ALLEGE:

I

These defendants here reallege the allegations in paragraphs I and II of this answer.

II

That by reason of the terms of Sections 102 to 106, inclusive, of the Water Code of the State of California, and all other pertinent sections of said Code pertaining to the ownership and appropriation of, and use of, water and water rights, within the jurisdiction of the State of California, it is imperative that the State of California be made a party at interest in the matters involved in the complaint herein and that the rights and duties and procedures set forth in said Water Code be properly adhered to.

WHEREFORE, these defendants pray that plaintiff take nothing by its complaint without proper compensation to these defendants; that these defendants go hence with their costs and for such other and further relief as is just and proper.

*Allen G. Mahurin*
Mahurin

*Mary G. Mahurin*
Mahurin

7390

Page 3

STATE OF CALIFORNIA, } ss.
COUNTY OF LOS ANGELES

ALLEN G. MAHURIN

being by me first duly sworn, deposes and says: That ___he is one of the answering defendants

in the foregoing and above entitled action; that ___he has _____ read the foregoing

Answer

and knows the contents thereof; and that the same is true of h__is__ own knowledge, except as to the matters which are therein stated upon h__is__ information or belief, and as to those matters that ___he believes it to be true.

SUBSCRIBED AND SWORN to before me this
21st day of May, 19 51.

Allen G. Mahurin
Allen G. Mahurin

EDWIN H. RICHARDS  *Edwin H. Richards*

Notary Public in and for the County of LOS ANGELES
State of California

[NOTARIAL SEAL]

(AFFIDAVIT OF SERVICE BY MAIL—1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES } ss.

AGNES SHAILER being first duly sworn, says: That affiant is a citizen of the United States and a resident of the county of Los Angeles; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's ~~residence~~ business address is 2727 West 7th Street, Long Beach 4, California

that on the _____ day of May, 19 51, affiant served the within Answer

on the plaintiff in said action, by placing a true copy thereof in an envelope addressed to the attorney_s of record for said plaintiff at the ~~residence~~ office address of said attorney_s, as follows:* EARNEST A. TOLIN, United States Attorney and BETTY MARSHALL GRAYDON, Assistant U. S. Attorney, 325 West "F" Street, San Diego 1, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States Post Office at Long Beach, California, where is located ~~the office of the attorney~~ for the persons___ by and for whom said service was made.
That there is delivery service by United States mail at the place so addressed and/or there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 21st day of May, 19 51.

*Edwin H. Richards*                    *Agnes Shailer*
Notary Public in and for the County of Los Angeles, State of California.
(SEAL)
* Here quote from envelope name and address of addressee.
WOLCOTTS FORM 816

7391