(SPACE BELOW FOR FILING STAMP ONLY)

**SWING, SCHARNIKOW & STANIFORTH**
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

Attorneys for  Defendants named below



FILED
MAY 28 1951
EDMUND L. SMITH, Clerk
_____
DEPUTY CLERK

UNITED STATES   DISTRICT COURT

For The

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1247 - Civ. |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR CERTAIN DEFENDANTS TO ANSWER |
| -vs- | |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | |
| Defendants. | |

    WHEREAS, the above entitled court, Honorable Jacob Weinberger, U. S. District Judge presiding, made an Order dated the 11th day of May, 1951, ruling upon certain Motions of certain defendants and requiring all moving defendants herein to answer within twenty (20) days from May 9, 1951; and

    WHEREAS, SWING, SCHARNIKOW & STANIFORTH are attorneys for and appear herein for the defendants FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California; ERNEST LOUIS BARBEY; ESSIE BEULAH BARBEY; RUTH WENTWORTH; A. F. BOREL; FELIX R. GARNSEY; H. McC. HOSSEIN; M. M. LLOYD; E. M. LLOYD PRATT MUTUAL WATER COMPANY, a Corporation; H. S. PRATT; DON C. PORTER; FLORENCE CLEMMENS; WILLIAM V. DERBY, sued herein as DOE ONE HUNDRED SEVEN; HARRIET W. DERBY, sued herein as DOE ONE HUNDRED EIGHT; WILLIAM L. FARMER, sued herein as DOE ONE HUNDRED

EIGHTEEN; ELSIE L. FARMER, sued herein as DOE ONE HUNDRED NINETEEN; WILLIAM T. GILLILAND, sued herein as DOE ONE HUNDRED THIRTY-SIX; GRACE I. GILLILAND, sued herein as DOE ONE HUNDRED THIRTY-SEVEN; HALEY F. JONES, sued herein as DOE ONE HUNDRED SEVENTY;  RUTH B. JONES, sued herein as DOE ONE HUNDRED SEVENTY-ONE; REX L. LOOP, sued herein as DOE ONE HUNDRED EIGHTY-ONE; LOIS E. LOOP, sued herein as DOE ONE ONE HUNDRED EIGHTY-TWO; ARTHUR R. MERICKLE, sued herein as ARTHUR B. MERICKLE, sued herein as DOE TWO HUNDRED FOUR; GEORGIA I. MERICKLE, sued herein as  GEORGIE I. MERICKLE, sued herein as DOE TWO HUNDRED FIVE: WILLIAM A. MITCHELL, sued herein as DOE TWO HUNDRED SIX; MARY BERNICE MITCHELL, sued herein as DOE TWO HUNDRED SEVEN; STEPHEN A. SEATON, sued herein as DOE TWO HUNDRED THIRTY-THREE; NAN F. SEATON, sued herein as DOE TWO HUNDRED THIRTY-FOUR; STEPHEN A. SEATON, JR., sued herein as DOE TWO HUNDRED THIRTY-FIVE; DANIEL K. SMYTH, sued herein as DOE TWO HUNDRED FORTY-THREE; LUCY K. SMYTH, sued herein as DOE TWO HUNDRED FORTY-FOUR; and

WHEREAS, the Honorable Judge Jacob Weinberger at the time of the ruling on said Motions and the making of the above mentioned Order, suggested that the attorneys for the respective parties forthwith confer with each other with reference to the future proceedings herein and in accordance with such suggestion, Phil D. Swing of SWING, SCHARNIKOW & STANIFORTH, did confer with the attorneys representing Plaintiff herein and presented the problem of his preparing the Answers for the defendants whom he represented and those who thereafter might call upon him to represent them, within the twenty (20) day limit prescribed in said Order.  And said attorneys recognized that in proceedings of this nature, an attorney could not file a single general answer for all of the defendants whom he represented but that each defendant would be required to affirmatively set forth his claims and allege the facts as to his individual property, water uses and water rights

-2-

249

and that such work would take a great deal of time, interviewing the several defendants, investigating the records and physical facts involved in the case of each defendant, while at the same time taking care of other cases and carrying on the other day to day business which comes into an attorney's office and it was agreed that if the Answer of the Defendant FALLBROOK PUBLIC UTILITY DISTRICT would be filed within the twenty (20) days specified in the Order, no objection would be made by the Government attorneys to a reasonable extension of time for the remaining defendants represented by SWING, SCHARNIKOW & STANIFORTH to file their Answers; and

WHEREAS there are many defendants in the above entitled action who have not yet been served with Summons and Complaint herein and the granting of a twenty (20) day extension of time to the said defendants represented by SWING, SCHARNIKOW & STANIFORTH to answer herein will not delay the trial and adjudication of the action on its merits;

IT IS THEREFORE STIPULATED that all of the defendants represented by SWING, SCHARNIKOW & STANIFORTH mentioned above, except FALLBROOK PUBLIC UTILITY DISTRICT, shall have an extension of twenty (20) days from the date hereof in which to answer the complaint herein; and it is agreed that an Order of Court may be entered upon this Stipulation granting Twenty (20) days from the date hereof for the filing of answers for and on behalf of the following defendants: ERNEST LOUIS BARBEY; ESSIE BEULAH BARBEY; RUTH WENTWORTH; A. F. BOREL; FELIX R. GARNSEY; H. McC. HOSSEIN; M. M. LLOYD; E. M. LLOYD; PRATT MUTUAL WATER COMPANY, a Corporation; H. S. PRATT; DON C. PORTER; FLORENCE CLEMMENS; WILLIAM V. DERBY, sued herein as DOE ONE HUNDRED SEVEN; HARRIET W. DERBY, sued herein as DOE ONE HUNDRED EIGHT; WILLIAM L. FARMER, sued herein as DOE ONE HUNDRED EIGHTEEN; ELSIE L. FARMER, sued herein as DOE ONE HUNDRED NINETEEN; WILLIAM T. GILLILAND, sued herein as

```
 1  DOE ONE HUNDRED THIRTY-SIX; GRACE I. GILLILAND, sued herein as
 2  DOE ONE HUNDRED THIRTY-SEVEN; HALEY F. JONES, sued herein as DOE
 3  ONE HUNDRED SEVENTY; RUTH B. JONES, sued herein as DOE ONE HUNDRED
 4  SEVENTY-ONE; REX L. LOOP, sued herein as DOE ONE HUNDRED EIGHTY-
 5  ONE; LOIS E. LOOP, sued herein as DOE ONE HUNDRED EIGHTY-TWO;
 6  ARTHUR R. MERICKLE, sued herein as ARTHUR B. MERICKLE, sued herein
 7  as DOE TWO HUNDRED FOUR; GEORGIA I. MERICKLE, sued herein as
 8  GEORGIE I. MERICKIE, sued herein as DOE TWO HUNDRED FIVE; WILLIAM
 9  A. MITCHELL, sued herein as DOE TWO HUNDRED SIX; MARY BERNICE
10  MITCHELL, sued herein as DOE TWO HUNDRED SEVEN; STEPHEN A. SEATON,
11  sued herein as DOE TWO HUNDRED THIRTY-THREE; NAN F. SEATON, sued
12  herein as DOE TWO HUNDRED THIRTY-FOUR; STEPHEN A. SEATON, JR.,
13  sued herein as DOE TWO HUNDRED THIRTY-FIVE; DANIEL K. SMYTH, sued
14  herein as DOE TWO HUNDRED FORTY-THREE; LUCY K. SMYTH, sued herein
15  as DOE TWO HUNDRED FORTY-FOUR.
```

A. DEVITT VANECH
Assistant Attorney General
   Washington D.C.

ERNEST A. TOLIN
United States Attorney
   Los Angeles, California

WILLIAM H. VEEDER
Special Assistant to the Attorney
General, Washington, D.C.

BETTY MARSHALL GRAYDON
Assistant United States Attorney
   San Diego, California

X _____
   Attorneys for Plaintiff

SWING, SCHARNIKOW & STANIFORTH

BY _____
   Attorneys for Defendants named above

APPROVED AND SO ORDERED this 28 day of May, 1951.

_____
JUDGE, U.S. DISTRICT COURT

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1151