1 COSGROVE, CRAMER, DIETHER & RINDGE
2 1031 ROWAN BUILDING
3 458 SOUTH SPRING STREET
4 LOS ANGELES 13, CALIFORNIA
5 MADISON 9-1457

FILED
MAY 28 1951
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.<br><br>               Defendants. | NO. 1247 - Civil<br><br>STIPULATION |

IT IS STIPULATED between the plaintiff UNITED STATES OF AMERICA, and the defendant JAMES OVIATT, by and through their respective attorneys, that said defendant JAMES OVIATT may have to and including June 8, 1951, in which to answer the complaint herein.

This stipulation is upon the ground that counsel for defendant, JAMES OVIATT, expects to be in trial in the Superior Court of California for a period extending beyond May 29, 1951, and because of said trial commitments and the complexities of the issues raised by the complaint herein, said period of time is reasonably required to answer said complaint.

1.

252

DATED: May 23-1951.

UNITED STATES OF AMERICA

By _[signature]_
Assistant United States Attorney

COSGROVE, CRAMER, DIETHER & RINDGE

By _[signature]_
Jesse R. O'Malley
Attorneys for defendant JAMES OVIATT.

IT IS SO ORDERED: 5/28/51

_[signature] Jacob Weinberger_
United States District Judge