(SPACE BELOW FOR FILING STAMP ONLY)

LAW OFFICES
W. B. DENNIS
RT. 1, BOX 48-  58
FALLBROOK, CALIFORNIA
PHONE 587



**FILED**

MAY 3 1 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

ATTORNEY FOR .... Defendants Santa
Margarita Mutual Water Company,
a corporation, et al

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 1247 - Civil |
| vs. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al, | STIPULATION |
| Defendants. | |

It is hereby stipulated by and between counsel for the
plaintiff in the above entitled matter, and counsel for the following
named defendants, to-wit: SANTA MARGARITA MUTUAL WATER COMPANY, a
corporation, HARRY I. FIELD, MABEL B. FIELD, FREDERICK W. FREESE,
ADDIE J. FREESE, THEODORE JENNINGS, JANICE B. JENNINGS, LEON P.
LUDGATE, TACY W. LUDGATE, PAUL P. YAKES, DAISY P. YAKES, ROSCOE L.
WARREN, IRIS D. WARREN, THOMAS H. CREGO, DORA M. CREGO, CAROLINA J.
LYTHNER, MARK GALLACHER, MARGARET LAURETTE GALLACHER, C. C. HANES,
VIVA HANES, WILLIAM F. HANES, BERTIE B. HANES, W. B. HANEY, K. I.
MARTIN and EULILLA MARTIN, that they may have to and including the
15th day of June, 1951, in which to file their Answers in the above
entitled matter.

W. B. DENNIS
Attorney for Santa Margarita
Mutual Water Company, a cor-
poration, et al

copy reed file

256

117

ERNEST A. TOLIN
A. DEVITT VANECH
BETTY MARSHALL GRAYDON
WILLIAM H. VEEDER
DAVID W. AGNEW
    Attorneys for the plaintiff
By _Betty Marshall Graydon_

Upon reading the affidavit of W. B. Dennis on file herein, and pursuant to the within stipulation,

    IT IS SO ORDERED. May 31, 1951

    _Jacob Weinberger_
    Judge

W.B.Dennis

-2-

257
11/8