```
LAW OFFICES
W. B. DENNIS
RT. 1, BOX 58
FALLBROOK, CALIFORNIA
PHONE 587
```

ATTORNEY FOR Defendants SANTA MARGARITA MUTUAL WATER COMPANY, a corporation, et al

FILED
MAY 31 1951
EDMUND L. SMITH, Clerk
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al,

    Defendants.

No. 1247 - Civil

AFFIDAVIT

STATE OF CALIFORNIA ) ss.
COUNTY OF SAN DIEGO )

  W. B. DENNIS, being first duly sworn, deposes and says:

  That he is the attorney for the following named defendants, to-wit: SANTA MARGARITA MUTUAL WATER COMPANY, a corporation, HARRY I. FIELD, MABEL B. FIELD, FREDERICK W. FREESE, ADDIE J. FREESE, THEODORE JENNINGS, JANICE B. JENNINGS, LEON P. LUDGATE, TACY W. LUDGATE, PAUL P. YAKES, DAISY P. YAKES, ROSCOE L. WARREN, IRIS D. WARREN, THOMAS H. CREGO, DORA M. CREGO, CAROLINA J. LYTHNER, MARK GALLACHER, MARGARET LAURETTE GALLACHER, C. C. HANES, VIVA HANES, WILLIAM F. HANES, BERTIE B. HANES, W. B. HANEY, K. I. MARTIN and EULILLA MARTIN. That since the hearing on May 9, 1951, counsel for the defendants has prepared answers for the following defendants, to-wit: CHARLES A. WEAVER, ZELA P. WEAVER, ETHEL RUSSELL, HERMAN C. PANKONIEN, ALMA C. PANKONIEN, EDWARD G. HELMS, LOTTIE L. HELMS, CARL W. OLSEN, CHRISTINA MARIE OLSEN PAUL D. MORTZ, OLIVE M. MORTZ, ROBERT L. FREEMAN, FRANK A. FREEMAN, NORMA J. FREEMAN, E. J. DURKAN, EDNA M. DURKAN, RAY GIRD PETERS,

254

GLADYS S. PETERS, CHARLES RAYMOND COBB, WINIFRED CHERRY COBB, LINCOLN J. M. HOFFMAN, EVELYN R. HOFFMAN, JOSEPH H. HAYES and LYDIA C. HAYES, and that the preparation of said answers, and the preparation of the answers for the defendants hereinabove first named, require considerable time in that they affect different parcels of property, and that affiant, by reason of other matters which he was handling, has not been in a position to complete the answers of the defendants first mentioned, and therefore respectfully requests the court an extension of time in which to file the answers for the defendants first above mentioned. That affiant states that fifteen additional days will give him sufficient time to prepare and file said answers.

W. B. DENNIS, Attorney for
Santa Margarita Mutual Water
Company, a corporation, et al

Subscribed and sworn to before me this 28th day of May, 1951.

Notary Public in and for said
County and State.