**FILED**

JUN 4 - 1951

EDMUND L. SMITH, Clerk
By ......................
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.<br><br>    Defendants. | Civil Action File<br>No. 1247-Civ<br><br>SUBSTITUTION OF ATTORNEYS<br>  for Defendants<br>ROSCOE L. WARREN, sued<br>herein as Doe Two Hundred<br>Fifty-five, and IRIS D.<br>WARREN, sued herein as Doe<br>Two Hundred Fifty-six. |

  We, ROSCOE L. WARREN, sued herein as Doe Two Hundred Fifty-five, and IRIS D. WARREN, sued herein as Doe Two Hundred Fifty-six, two of the defendants in the above entitled action, hereby substitute W. B. DENNIS as our attorney in the place and stead of C. T. VINCENT & MERTON G. WRAY.

  Dated: May 10th, 1951.

                   _____
                   Roscoe L. Warren

                   _____
                   Iris D. Warren

  I, W. B. DENNIS, attorney at law, hereby accept the above substitution and agree to act as attorney for the defendants above named in all future matters in the above action.

  Dated: May 31st, 1951.

                   _____
                   W. B. Dennis

-1-

258

1  WE, C. T. VINCENT & MERTON G. WRAY, hereby agree to the sub-
2  stitution of W. B. DENNIS as attorney for defendants ROSCOE L.
3  WARREN and IRIS D. WARREN in our place and stead.
4      Dated: May 20th, 1951.

                        C. T. VINCENT & MERTON G. WRAY

                        By *C. T. Vincent*
                             C. T. Vincent

-2-

259