LAW OFFICES
W. B. DENNIS
RT. 1, BOX 40  58
FALLBROOK, CALIFORNIA
PHONE 587

ATTORNEY FOR Defendants K. I.
MARTIN and EULILLA MARTIN

(SPACE BELOW FOR FILING STAMP ONLY)

FILED
JUN 18 1951
EDMUND L. SMITH, Clerk
By ........................
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
        Plaintiff,  )  No. 1247 - Civil
vs.  )  ANSWER OF
FALLBROOK PUBLIC UTILITY DISTRICT,  )  K. I. MARTIN and
a public service corporation of  )  EULILLA MARTIN
the State of California, et al,  )
        Defendants.  )

    COMES NOW the defendants K. I. MARTIN, sued herein as Doe No. 196, and EULILLA MARTIN, sued herein as Doe No. 197, and appearing for themselves alone and not for any other defendant herein, by way of Answer to plaintiff's complaint, deny and allege as follows, to-wit:

### FIRST DEFENSE

    These defendants and each of them refer to and incorporate each and every allegation, matter and fact set forth in Paragraphs I to IX inclusive of the Answer of CAROLINA LYTHNER, THOMAS H. CREGO and DORA M. CREGO, as fully as though said paragraphs were set forth at length herein.

### SECOND DEFENSE

    These answering defendants, K. I. MARTIN, sued herein as Doe No. 196, and EULILLA MARTIN, sued herein as Doe No. 197, allege that they are now and were at the commencement of this action and

7572

for a long time theretofore were the owners as joint tenants of the following described real property:

> The Northwest Quarter of the Northwest Quarter of Section 9, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved April 21, 1890, EXCEPTING therefrom that portion described as follows:
> Beginning at the Northwest corner of said Section 9; thence Easterly along the North line of said Section 330 feet; thence Southerly along a line parallel with the West line of said Section, 660 feet; thence Westerly along a line parallel with the North line of said Section 330 feet to the West line of said Section; thence Northerly along said West line 660 feet to the point of beginning.

That said land is traversed by the Santa Margarita River and that said Santa Margarita River flows through, over and on the lands of these defendants, and to the extent that these defendants own lands riparian to said Santa Margarita River, they claim the right to the reasonable use of the waters of said Santa Margarita River and such of its tributaries as may enter said river upstream from their riparian lands. That the plaintiff herein claims some estate, right, title or interest in and to the waters which may be produced on or from said real property or which may be taken, diverted or extracted from said Santa Margarita River and its tributaries, adverse to these answering defendants and each of them, but that said claims of said plaintiff are without any right whatsoever, and that the defendants are entitled to the use of all waters which they may now or which they may hereafter extract or divert or take from said Santa Margarita River or its tributaries for beneficial use on said real property hereinbefore described.

FOR A THIRD FURTHER AND SEPARATE AND DISTINCT DEFENSE

That the cause of action set forth in plaintiff's complaint is barred by Sec. 318 of the Code of Civil Procedure of the State of California.

FOR A FOURTH FURTHER AND SEPARATE AND DISTINCT DEFENSE

That the cause of action set forth in plaintiff's com-

plaint is barred by Sec. 319 of the Code of Civil Procedure of the State of California.

### FOR A FIFTH FURTHER AND SEPARATE AND DISTINCT DEFENSE

That at the time of the commencement of this action there was and there now is an application on file with the State of California Department of Public Works, Division of Water Resources, made and filed by the United States of America on the 30th day of June, 1948, which application is numbered 12576, wherein said United States of America asked for permission to divert from a point of diversion located on the Northwest 1/4 of the Northwest 1/4 of Section 32, Township 9 South, Range 4 West, San Bernardino Base and Meridian, 165,000 acre feet of water from the Santa Margarita River. That said application has never been withdrawn or dismissed, and that the same is still pending before the Division of Water Resources, and that these defendants and each of them have the right to be heard on said application, and that the rights of the United States of America to divert waters from said river are contingent upon a permit being issued by said Division of Water Resources, other than such water as said United States of America may use upon its riparian land for riparian uses.

WHEREFORE these answering defendants pray that the plaintiff take nothing by this action and that by decree of this court it be adjudged and decreed that these defendants, K. I. MARTIN, sued herein as Doe No. 196, and EULILLA MARTIN, sued herein as Doe No. 197, are the owners of and entitled to possession of the above described real property with the right to produce and extract any and all waters from said real property needed for domestic use and for agricultural use on said real property, and to take and divert any and all waters of the Santa Margarita River or any tributaries thereof for domestic use or for agricultural use on said real property, free and clear of any claim, right, title or interest of plaintiff, and that said plaintiff and all persons claiming under

W.B.Dennis

-3-

7574

51

1  said plaintiff be forever barred from asserting any right, title,
2  interest or estate in or to said real property and in and to any
3  and all waters which may be produced therefrom, and in and to any
4  and all waters which may be taken or extracted from the Santa Mar-
5  garita River or its tributaries thereof for use on said real pro-
6  perty, adverse to these defendants or either of them, and that the
7  plaintiff be restrained and enjoined from asserting any such
8  claims, and that these answering defendants and each of them have
9  such further relief as the court may deem meet and equitable, and
10 that these answering defendants recover their costs herein in-
11 curred and expended.

W. B. DENNIS, attorney for
Defendants K. I. MARTIN and
EULILLA MARTIN