(SPACE BELOW FOR FILING STAMP ONLY)

LAW OFFICES
**W. B. DENNIS**
RT. 1. BOX 40  58
FALLBROOK, CALIFORNIA
PHONE 887

ATTORNEY FOR....Defendants...WILLIAM..F....

HANES and BERTIE B. HANES

**FILED**

JUN 18 1951

EDMUND L. SMITH, Clerk

By.....................................................

**DEPUTY CLERK**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>      vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of<br>the State of California, et al,<br><br>          Defendants. | No. 1247 - Civil<br><br>ANSWER OF<br>WILLIAM F. HANES<br>and BERTIE B. HANES |

COMES NOW the defendants WILLIAM F. HANES, sued herein as
Doe No. 143, and BERTIE B. HANES, sued herein as Doe No. 144, and
appearing for themselves alone and not for any other defendant
herein, by way of Answer to plaintiff's complaint, deny and allege
as follows, to-wit:

### FIRST DEFENSE

These defendants and each of them refer to and incorporate
each and every allegation, matter and fact set forth in Paragraphs
I to IX inclusive of the Answer of CAROLINA LYTHNER, THOMAS H.
CREGO and DORA M. CREGO, as fully as though said paragraphs were
set forth at length herein.

### SECOND DEFENSE

These answering defendants, WILLIAM F. HANES, sued herein
as Doe No. 143, and BERTIE B. HANES, sued herein as Doe No. 144,
allege that they are now and were at the commencement of this action

7576

1  and for a long time theretofore were the owners as joint tenants of

2  the following described real property:

> The South Half of the North Half of the Northeast
> Quarter of Section 8, Township 9 South, Range 3
> West, San Bernardino Meridian, in the County of
> San Diego, State of California, according to United
> States Government Survey approved September 11,1879;
> EXCEPTING therefrom the South 30 feet of the
> West 300 feet of the Northeast Quarter of said North-
> east Quarter and ALSO EXCEPTING the South 30 feet of
> the East 300 feet of the Northwest Quarter of said
> Northeast Quarter of said Section 8.
>
> The South Half of the Southeast Quarter of Section
> 4; the Northwest Quarter of the Northeast Quarter,
> and the Northeast Quarter of the Northwest Quarter
> of Section 9; Township 9 South, Range 3 West, San
> Bernardino Meridian, in the County of San Diego,
> State of California, according to United States
> Government Survey approved April 21, 1890.

13  That said land is traversed by the Santa Margarita River and that

14  said Santa Margarita River flows through, over and on the lands of

15  these defendants, and to the extent that these defendants own lands

16  riparian to said Santa Margarita River, they claim the right to the

17  reasonable use of the waters of said Santa Margarita River and such

18  of its tributaries as may enter said river upstream from their ri-

19  parian lands.  That the plaintiff herein claims some estate, right,

20  title or interest in and to the waters which may be produced on or

21  from said real property or which may be taken, diverted or extract-

22  ed from said Santa Margarita River and its tributaries, adverse to

23  these answering defendants and each of them, but that said claims

24  of said plaintiff are without any right whatsoever, and that the

25  defendants are entitled to the use of all waters which they may now

26  or which they may hereafter extract or divert or take from said

27  Santa Margarita River or its tributaries for beneficial use on said

28  real property hereinbefore described.

29            FOR A THIRD FURTHER AND SEPARATE AND DISTINCT DEFENSE

30            That the cause of action set forth in plaintiff's com-

31  plaint is barred by Sec. 318 of the Code of Civil Procedure of the

32  State of California.

W.B.Dennis                          -2-

7577

FOR A FOURTH FURTHER AND SEPARATE AND DISTINCT DEFENSE

That the cause of action set forth in plaintiff's com-
plaint is barred by Sec. 319 of the Code of Civil Procedure of the
State of California.

FOR A FIFTH FURTHER AND SEPARATE AND DISTINCT DEFENSE

That at the time of the Commencement of this action there
was and there now is an application on file with the State of Cali-
fornia Department of Public Works, Division of Water Resources,
made and filed by the United States of America on the 30th day of
June, 1948, which application is numbered 12576, wherein said
United States of America asked for permission to divert from a
point of diversion located on the Northwest 1/4 of the Northwest
1/4 of Section 32, Township 9 South, Range 4 West, San Bernardino
Base and Meridian, 165,000 acre feet of water from the Santa Mar-
garita River.  That said application has never been withdrawn or
dismissed, and that the same is still pending before the Division
of Water Resources, and that these defendants and each of them
have the right to be heard on said application, and that the rights
of the United States of America to divert waters from said river
are contingent upon a permit being issued by said Division of Water
Resources, other than such water as said United States of America
may use upon its riparian land for riparian uses.

WHEREFORE these answering defendants pray that the plain-
tiff take nothing by this action and that by decree of this court
it be adjudged and decreed that these defendants, WILLIAM F. HANES,
sued herein as Doe No. 143, and BERTIE B. HANES, sued herein as
Doe No. 144, are the owners of and entitled to possession of the
above described real property with the right to produce and extract
any and all waters from said real property needed for domestic use
and for agricultural use on said real property, and to take and
divert any and all waters of the Santa Margarita River or any tri-
butaries thereof for domestic use or for agricultural use on said

W.B.Dennis                              -3-

7578

55

1 | real property, free and clear of any claim, right, title or inter-
2 | est of plaintiff, and that said plaintiff and all persons claiming
3 | under said plaintiff be forever barred from asserting any right,
4 | title, interest or estate in or to said real property and in and to
5 | any and all waters which may be produced therefrom, and in and to
6 | any and all waters which may be taken or extracted from the Santa
7 | Margarita River or its tributaries thereof for use on said real
8 | property, adverse to these defendants or either of them, and that
9 | the plaintiff be restrained and enjoined from asserting any such
10 | claims, and that these answering defendants and each of them have
11 | such further relief as the court may deem meet and equitable, and
12 | that these answering defendants recover their costs herein in-
13 | curred and expended.

W. B. DENNIS, Attorney for
Defendants WILLIAM F. HANES
and BERTIE B. HANES