LAW OFFICES
**W. B. DENNIS**
RT. 1, BOX 40 58
FALLBROOK, CALIFORNIA
PHONE 537

ATTORNEY FOR Defendants C. C. HANES and VIVA HANES

(SPACE BELOW FOR FILING STAMP ONLY)

**FILED**
JUN 18 1951
EDMUND L. SMITH, Clerk
By ..........................
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al,

   Defendants.

No. 1247 - Civil

ANSWER OF
C. C. HANES and VIVA HANES

  COMES NOW the defendants C. C. HANES, sued herein as Doe No. 141, and VIVA HANES, sued herein as Doe No. 142, and appearing for themselves alone and not for any other defendant herein, by way of Answer to plaintiff's complaint, deny and allege as follows, to-wit:

### FIRST DEFENSE

  These defendants and each of them refer to and incorporate each and every allegation, matter and fact set forth in Paragraphs I to IX inclusive of the Answer of CAROLINA LYTHNER, THOMAS H. CREGO and DORA M. CREGO, as fully as though said paragraphs were set forth at length herein.

### SECOND DEFENSE

  These answering defendants, C. C. HANES, sued herein as Doe No. 141, and VIVA HANES, sued herein as Doe No. 142, allege that they are now and were at the commencement of this action and

7580

for a long time theretofore were the owners as joint tenants of the following described real property:

> PARCEL 1: The Southeast Quarter of the Northeast Quarter of Section 8, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879.
>
> PARCEL 2: The South 30 feet of the West 300 feet of the Northeast Quarter of the Northeast Quarter of said Section 8, and the South 30 feet of the East 300 feet of the Northwest Quarter of the Northeast Quarter of said Section 8, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879.

That said land is traversed by the Santa Margarita River and that said Santa Margarita River flows through, over and on the lands of these defendants, and to the extent that these defendants own lands riparian to said Santa Margarita River, they claim the right to the reasonable use of the waters of said Santa Margarita River and such of its tributaries as may enter said river upstream from their riparian lands. That the plaintiff herein claims some estate, right, title or interest in and to the waters which may be produced on or from said real property or which may be taken, diverted or extracted from said Santa Margarita River and its tributaries, adverse to these answering defendants and each of them, but that said claims of said plaintiff are without any right whatsoever, and that the defendants are entitled to the use of all waters which they may now or which they may hereafter extract or divert or take from said Santa Margarita River or its tributaries for beneficial use on said real property hereinbefore described.

  FOR A THIRD FURTHER AND SEPARATE AND DISTINCT DEFENSE

That the cause of action set forth in plaintiff's complaint is barred by Sec. 318 of the Code of Civil Procedure of the State of California.

  FOR A FOURTH FURTHER AND SEPARATE AND DISTINCT DEFENSE

That the cause of action set forth in plaintiff's com-

W.B.Dennis

-2-

7581

1  plaint is barred by Sec. 319 of the Code of Civil Procedure of the
2  State of California.
3          FOR A FIFTH FURTHER AND SEPARATE AND DISTINCT DEFENSE
4          That at the time of the commencement of this action there
5  was and there now is an application on file with the State of Cali-
6  fornia Department of Public Works, Division of Water Resources,
7  made and filed by the United States of America on the 30th day of
8  June, 1948, which application is numbered 12576, wherein said
9  United States of America asked for permission to divert from a
10 point of diversion located on the Northwest 1/4 of the Northwest
11 1/4 of Section 32, Township 9 South, Range 4 West, San Bernardino
12 Base and Meridian, 165,000 acre feet of water from the Santa Mar-
13 garita River. That said application has never been withdrawn or
14 dismissed, and that the same is still pending before the Division
15 of Water Resources, and that these defendants and each of them have
16 the right to be heard on said application, and that the rights of
17 the United States of America to divert waters from said river are
18 contingent upon a permit being issued by said Division of Water
19 Resources, other than such water as said United States of America
20 may use upon its riparian land for riparian uses.
21         WHEREFORE these answering defendants pray that the plain-
22 tiff take nothing by this action and that by decree of this court
23 it be adjudged and decreed that these defendants, C. C. HANES, sued
24 herein as Doe No. 141, and VIVA HANES, sued herein as Doe No. 142,
25 are the owners of and entitled to possession of the above described
26 real property with the right to produce and extract any and all
27 waters from said real property needed for domestic use and for ag-
28 ricultural use on said real property, and to take and divert any
29 and all waters of the Santa Margarita River or any tributaries
30 thereof for domestic use or for agricultural use on said real pro-
31 perty, free and clear of any claim, right, title or interest of
32 plaintiff, and that said plaintiff and all persons claiming under

W.B.Dennis         -3-        7592

said plaintiff be forever barred from asserting any right, title, interest or estate in or to said real property and in and to any and all waters which may be produced therefrom, and in and to any and all waters which may be taken or extracted from the Santa Margarita River or its tributaries thereof for use on said real property, adverse to these defendants or either of them, and that the plaintiff be restrained and enjoined from asserting any such claims, and that these answering defendants and each of them have such further relief as the court may deem meet and equitable, and that these answering defendants recover their costs herein incurred and expended.

W. B. DENNIS, attorney for Defendants C. C. HANES and VIVA HANES