```
                                        (SPACE BELOW FOR FILING STAMP ONLY)
```

1  SWING, SCHARNIKOW & STANIFORTH
   ATTORNEYS AT LAW
2  604 SAN DIEGO TRUST & SAVINGS BUILDING
   SAN DIEGO 1, CALIFORNIA
3  FRANKLIN 9-1131



FILED

JUN 18 1951

EDMUND L. SMITH, Clerk
By ................................
            DEPUTY CLERK

5  Attorneys for  Defendant RUTH WENTWORTH

8               UNITED STATES DISTRICT COURT
9                         For The
10            SOUTHERN DISTRICT OF CALIFORNIA
11                    SOUTHERN DIVISION

12  UNITED STATES OF AMERICA,         )
13                 Plaintiff          )   No. 1247 - Civ.
                                      )
14       -vs-                         )
                                      )   ANSWER OF RUTH WENTWORTH
15  FALLBROOK PUBLIC UTILITY DISTRICT )
    a public service corporation of the )
16  State of California, et al.,      )
                                      )
17              Defendants            )

19       Comes now the defendant RUTH WENTWORTH and separating
20  herself from the other defendants, files this her Answer to the
21  complaint herein and alleges, admits and denies as follows:
22                        FIRST DEFENSE
23                             I.
24       This defendant refers to and adopts by reference and
25  herein repeats the allegations, admissions and denials contained
26  in First Defense of the Answer of the defendants ERNEST LOUIS
27  BARBEY and ESSIE BUELAH BARBEY, on file herein as fully and as
28  completely as if they were herein set out verbatim.

30  FOR A FURTHER, SECOND AND SEPARATE DEFENSE THIS DEFENDANT ALLEGES:
31                             I.
32       This defendant is the owner of land within the watershed

                                                    7646

of the Santa Margarita River and its tributaries and as such owns rights in and to the waters of said river and its tributaries to-wit: Prescriptive rights and riparian rights as hereinafter set out. That the land which is owned by this defendant is all that piece or parcel of land situated, lying and being in the County of San Diego, State of California, more particularly described as follows:

> Beginning at the Southeast corner of Lot 9, Section 17, Township 9 South, Range 2 East, S.B.B.M., thence North 1° 10' East along the East line of said Lot 9, 402', thence North 84° 55' West, 1414 feet; thence South 68° 0' West 374.50 feet to a point on the center line of the State Highway, thence South 32° 55' East along the center line of State Highway 450.50 feet, thence South 89° 40' East on the South line of Lots 9 and 10, 1502.70 feet to the point of beginning, consisting of 17 acres more or less.

II.

That said property is improved with a house, the home of this defendant and her two children, and also has thereon two cabins, which are occupied from time to time by tenants; that on said property is located a well thirty (30) feet deep which was dug in 1929 and ever since which time has been, and now is, pumped by means of a windmill into a 2,000 gallon tank at the rate of approximately 5 gallons per minute, the water from which well this defendant uses as her present supply of water. That all of said water has been used on said land by defendant and her predecessors in interest, for more than twenty (20) years, openly, notoriously, continuously, adversely and under the claim of right to meet the domestic and irrigation requirements thereof.

-2-

III.

That said land abuts on a natural water course or unnamed creek, which is a tributary of the Temecula Creek which is a tributary of the Santa Margarita River, which unnamed water course or creek has no surface flow except in periods of heavy rainfall but which water course or creek does have a continuous sub-surface flow which percolates in an underground channel passing under and through a part of this Plaintiff's land from which percolating water defendant and her said land obtains the present supply of water therefor. That the amount of water required, and which will be required by this defendant for reasonable beneficial use upon her said land is 35 acre-feet per annum consumptive use.

IV.

That defendant is the owner of the right to use 35 acre-feet of water per annum from said unnamed creek and from the underground percolating water on her said land, which right is paramount to the rights of Plaintiff.

FOR A FURTHER, THIRD AND SEPARATE DEFENSE THIS DEFENDANT ALLEGES:

I.

That defendant is the owner of the real property described and set forth in the Further, Second and Separate Defense of this defendant.

II.

That all of this defendant's land overlies an underground basin or stratum of percolating water which contains water in quantity and volume sufficient to furnish an adequate and dependable supply of water for her said land which said water may be obtained therefrom by sinking wells therein and pumping water therefrom. That less than an acre of said land is at present cultivated and irrigated but that all of her said land is arable,

-3-

7648

fertile and capable of producing valuable crops when irrigated and plaintiff intends to so irrigate said land upon said underground percolating water. That said land is in a semi-arid region of the country and is of little value without water. That said lands are without other means of obtaining water for domestic or irrigation purposes. That the amount of water required and which will be required by this defendant for the present and prospective reasonable beneficial uses upon her said land is 35 acre-feet per annum consumptive use.

III

That this defendant owns the right to use 35 acre-feet per annum of said underground percolating water on her said land which right is correlative with the rights of plaintiff to a reasonable amount of the waters of the Santa Margarita River for riparian purposes and uses on its riparian lands which amount, as this defendant is informed and believes, is 2620 acre-feet per annum, and as to all other rights or claims of right of plaintiff, this defendant's said right is paramount.

FOR A FURTHER, FOURTH AND SEPARATE DEFENSE THIS DEFENDANT ALLEGES:

I.

That said purported cause of action set forth in Plaintiff's complaint herein is barred by the provisions of Section 318, 319, 336 and 338(2) of the Code of Civil Procedure of the State of California.

WHEREFORE this defendant prays:

1. That plaintiff take nothing by its action.

2. That this defendant be decreed as against plaintiff

-4-

7649

126

to be the owner of the right to 35 acre-feet of water per annum, consumptive use, for beneficial use on her said land and that said right be held and declared to be paramount to plaintiff's rights.

3. That she have judgment for her costs incurred herein and for such other and further relief as the court may deem proper.

                                SWING, SCHARNIKOW & STANIFORTH

                                BY _____
                                   Attorneys for Defendant
                                   Ruth Wentworth.

Rec'd Copy
June 18, 1951
Betty Marshall Fagda
Ass't. U.S. Atty

-5-