SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

Attorneys for Defendants named below

(SPACE BELOW FOR FILING STAMP ONLY)

FILED
JUN 18 1951
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT

For The

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

-vs-

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,

    Defendants

No. 1247 - Civ.

MOTION FOR EXTENSION OF TIME FOR CERTAIN DEFENDANTS TO ANSWER

    Comes now PHIL D. SWING of the firm of SWING, SCHARNIKOW & STANIFORTH, attorneys for defendants PRATT MUTUAL WATER COMPANY, H. S. PRATT, DON C. PORTER, H. McC. HOSSEIN, M. M. LLOYD, E. M. LLOYD, WILLIAM V. DERBY, sued herein as DOE ONE HUNDRED SEVEN; HARRIET W. DERBY, sued herein as DOE ONE HUNDRED EIGHT; WILLIAM L. FARMER, sued herein as DOE ONE HUNDRED EIGHTEEN; ELSIE L. FARMER, sued herein as DOE ONE HUNDRED NINETEEN; WILLIAM T. GILLILAND, sued herein as DOE ONE HUNDRED THIRTY-SIX; GRACE I. GILLILAND, sued herein as DOE ONE HUNDRED THIRTY-SEVEN; HALEY F. JONES, sued herein as DOE ONE HUNDRED SEVENTY; RUTH B. JONES, sued herein as DOE ONE HUN-DRED SEVENTY-ONE; REX L. LOOP, sued herein as DOE ONE HUNDRED EIGHTY-ONE; LOIS E. LOOP, sued herein as DOE ONE HUNDRED EIGHTY-TWO; ARTHUR R. MERICKLE, sued herein as ARTHUR B. MERICKLE, sued herein

260

103

as DOE TWO HUNDRED FOUR; GEORGIA I. MERICKLE, sued herein as GEORGIE I. MERICKLE, sued herein as DOE TWO HUNDRED FIVE; WILLIAM A. MITCHELL, sued herein as DOE TWO HUNDRED SIX; MARY BERNICE MITCHELL, sued herein as DOE TWO HUNDRED SEVEN; STEPHEN A. SEATON, sued herein as DOE TWO HUNDRED THIRTY-THREE; NAN P. SEATON, sued herein as DOE TWO HUNDRED THIRTY-FOUR; STEPHEN A. SEATON, JR., sued herein as DOE TWO HUNDRED THIRTY-FIVE; DANIEL K. SMYTH, sued herein as DOE TWO HUNDRED FORTY-THREE; LUCY K. SMYTH, sued herein as DOE TWO HUNDRED FORTY-FOUR, in the above entitled action and moves the above entitled court for an order extending the time of said defendants within which they may prepare, serve and file their answers herein.

This motion is made and based upon the records, papers and files herein and upon the affidavit of PHIL D. SWING attached hereto.

DATED: June 18th, 1951.

SWING, SCHARNIKOW & STANIFORTH

BY *[signature: Phil D. Swing]*

Attorneys for aforesaid defendants

*Received copy of the within Motion this 18th day of June, 1951 —*

*Betty Marshall Graydon*
*Asst U S Attorney*

-2-

261

(SPACE BELOW FOR FILING STAMP ONLY)

1  SWING, SCHARNIKOW & STANIFORTH
   ATTORNEYS AT LAW
2  604 SAN DIEGO TRUST & SAVINGS BUILDING
   SAN DIEGO 1, CALIFORNIA
3  FRANKLIN 9-1131

4

5  Attorneys for Defendants named below

6

7

8                UNITED STATES DISTRICT COURT

9                         For The

10           SOUTHERN DISTRICT OF CALIFORNIA

11                   SOUTHERN DIVISION

12

13  UNITED STATES OF AMERICA,         )
                                      )
14                  Plaintiff,        )   No. 1247 - Civ.
                                      )
15       -vs-                         )   AFFIDAVIT OF PHIL D. SWING IN
                                      )   SUPPORT OF ORDER FOR
16  FALLBROOK PUBLIC UTILITY DISTRICT,)
    a public service corporation of the )  EXTENSION OF TIME OF CERTAIN
17  State of California, et al.,      )
                                      )   DEFENDANTS TO ANSWER .
18                  Defendants.       )
                                      )
19  _____

20  STATE OF CALIFORNIA  )
                         ) ss
21  COUNTY OF SAN DIEGO  )

22       PHIL D. SWING, being first duly sworn, deposes and says:
23       That he is a member of the firm of SWING, SCHARNIKOW &
24  STANIFORTH; and that he is the member of that firm who is and at
25  all times has been in charge in handling the defenses of those
26  defendants who are represented by said firm in the above entitled
27  action and is the only one in that firm who knows anything about
28  their respective defenses.  That since the order of the above
29  entitled Court made on May 9th, 1951, and since the last extension
30  of time granted him herein he has been working to the full limit
31  of his mental and physical ability and endurance, including
32  Saturdays and Sundays interviewing the defendants whom he represents

                                                    262

making visits to their several properties collecting information and facts relevent and pertinent to their respective defenses and drafting their answers as rapidly as time, ability and the limited office force available to him would permit, while taking care of other cases and matters which were already in the office and in his charge prior to becomming attorney for said defendants in this case.

That affiant has succeeded by extraordinary effort of himself and his office assistants to prepare, complete and file answers herein for the largest land owners and most important water users among the defendants represented by him, to-wit: FALLBROOK PUBLIC UTILITY DISTRICT, ERNEST LOUIS BARBEY, ESSIE BEULAH BARBEY; FELIX R. GARNSEY, THEODORA L. GARNSEY, AUSTIN H. BUCKLEY, individually and as Executor of the estate of JOHN WENTWORTH, RUTH WENTWORTH, A. F. BOREL, and LOUISE BOREL. That the remaining defendants represented by affiant are small land owners and small water users and belong principally in that class mentioned in the newspaper reports that plaintiff was desirous of settling by negotiation as to their rights rather than by litigation.

That the names of those defendants for whom no answers have yet been prepared are: PRATT MUTUAL WATER COMPANY, H. S. PRATT, DON C. PORTER, H. McC. HOSSEIN, M. M. LLOYD, E. M. LLOYD, WILLIAM V. DERBY, sued herein as DOE ONE HUNDRED SEVEN; HARRIET W. DERBY, sued herein as DOE ONE HUNDRED EIGHT; WILLIAN L. FARMER, sued herein as DOE ONE HUNDRED EIGHTEEN; ELSIE L. FARMER, sued herein as DOE ONE HUNDRED NINETEEN; WILLIAM T. GILLILAND, sued herein as DOE ONE HUNDRED THIRTY-SIX; GRACE I. GILLILAND, sued herein as DOE ONE HUNDRED THIRTY-SEVEN; HALEY F. JONES, sued herein as DOE ONE HUNDRED SEVENTY; RUTH B. JONES, sued herein as DOE ONE HUNDRED SEVENTY-ONE; REX L. LOOP, sued herein as DOE ONE HUNDRED EIGHTY-ONE; LOIS E. LOOP, sued herein as DOE ONE HUNDRED

1  EIGHTY-TWO; ARTHUR R. MERICKIE, sued herein as ARTHUR B. MERICKLE,
2  sued herein as DOE TWO HUNDRED FOUR; GEORGIA I. MERICKLE, sued
3  herein as GEORGIE I. MERICKIE, sued herein as DOE TWO HUNDRED
4  FIVE; WILLIAM A. MITCHELL, sued herein as DOE TWO HUNDRED SIX;
5  MARY BERNICE MITCHELL, sued herein as DOE TWO HUNDRED SEVEN;
6  STEPHEN A. SEATON, sued herein as DOE TWO HUNDRED THIRTY-THREE;
7  NAN P. SEATON, sued herein as DOE TWO HUNDRED THIRTY-FOUR; STEPHEN
8  A. SEATON, JR., sued herein as DOE TWO HUNDRED THIRTY-FIVE;
9  DANIEL K. SMYTH, sued herein as DOE TWO HUNDRED FORTY-THREE;
10 LUCY K. SMYTH, sued herein as DOE TWO HUNDRED FORTY-FOUR.

That an extension of time is necessary in order to allow this affiant, or some other attorney, to prepare, serve and file the answers for the said remaining defendants last mentioned and an extension of time would be in the interest of justice. That numerous defendants in this action have not yet been served and no delay in the trial of this action on its merits will result from the granting of an additional twenty (20) days from this date to allow this affiant to complete the preparation and filing of the answers of said remaining defendants.

*/s/ [signature]*

Subscribed and sworn to before me
this 18th day of June, 1951.

*/s/ [signature]*
Notary Public in and for said
County and State

-3-

264

107