SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

Attorneys for Defendants named below

(SPACE BELOW FOR FILING STAMP ONLY)

FILED
JUN 18 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

For The

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    -vs-<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>    Defendants. | No. 1247 - Civ.<br><br>ORDER EXTENDING TIME OF<br>CERTAIN DEFENDANTS TO ANSWER |

  Upon the application of SWING, SCHARNIKOW & STANIFORTH, attorneys for the hereinafter named defendants, and upon the reading and filing of the affidavit of PHIL D. SWING in support of said motion and good cause appearing therefor:

  IT IS HEREBY ORDERED that the defendants PRATT MUTUAL WATER COMPANY, H. S. PRATT, DON C. PORTER, H. McC. HOSSEIN, M. M. LLOYD, E, M, LLOYD, WILLIAM V. DERBY, sued herein as DOE ONE HUNDRED SEVEN; HARRIET W. DERBY, sued herein as DOE ONE HUNDRED EIGHT; WILLIAM L. FARMER, sued herein as DOE ONE HUNDRED EIGHTEEN; ELSIE L. FARMER, sued herein as DOE ONE HUNDRED NINETEEN; WILLIAM T. GILLILAND, sued herein as DOE ONE HUNDRED THIRTY-SIX; GRACE I. GILLILAND, sued herein as DOE ONE HUNDRED THIRTY-SEVEN; HALEY F. JONES, sued herein as

265

1  DOE ONE HUNDRED SEVENTY; RUTH B. JOMES, sued herein as DOE ONE
2  HUNDRED SEVENTY-ONE; REX L. LOOP, sued herein as DOE ONE HUNDRED
3  EIGHTY-ONE; LOIS E. LOOP, sued herein as DOE ONE HUNDRED EIGHTY-
4  TWO; ARTHUR R. MERICKLE, sued herein as ARTHUR B. MERICKLE, sued
5  herein as DOE TWO HUNDRED FOUR; GEORGIA I. MERICKLE, sued herein
6  as GEORGIE I. MERICKLE, sued herein as DOE TWO HUNDRED FIVE;
7  WILLIAM A. MITCHELL, sued herein as DOE TWO HUNDRED SIX; MARY
8  VERNICE MITCHELL, sued herein as DOE TWO HUNDRED SEVEN; STEPHEN A.
9  SEATON, sued herein as DOE TWO HUNDRED THIRTY-THREE; NAN P. SEATON
10 sued herein as DOE TWO HUNDRED THIRTY-FOUR; STEPHEN A. SEATON, JR.,
11 sued herein as DOE TWO HUNDRED THIRTY-FIVE; DANIEL K. SMYTH, sued
12 herein as DOE TWO HUNDRED FORTY-THREE; LUCY K. SMYTH, sued herein
13 as DOE TWO HUNDRED FORTY-FOUR, be and they are hereby granted an
14 additional twenty (20) days from the date hereof in which to
15 prepare, serve and file their answers herein.
16      DATED: June 18, 1951.

*[signature: Jacob Weinberger]*
JUDGE

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

-2-

266