UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

Civil Action File No. 1247 Civ

UNITED STATES OF AMERICA,

    Plaintiff,

  v

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al,

    Defendants.

FILED JUL 9 - 1951
EDMUND L. SMiTH, Clerk
By _____ DEPUTY CLERK

The Defendants Bennie R. Mosher and Lura G. Mosher for their answer to the complaint of the plaintiff in the above entitled action allege as follows:

I.

Denies each and every allegation of the plaintiff's complaint numbered one (1) through nine (9) for lack of knowledge or information.

Wherefore, defendants pray for the dismissal of the plaintiff's complaint and for such other and further relief as the Court may deem proper.

Bennie R. Mosher,
    In Propria Persona.

Lura G. Mosher,
    In Propria Persona.

Bennie R. Mosher and Lura G. Mosher, In Pro. Per., Box 15, Del uz, California.

7696