```
 1                    UNITED STATES DISTRICT COURT
 2                              for the
 3                    SOUTHERN DISTRICT OF CALIFORNIA
 4                           SOUTHERN DIVISION
 5
 6
                                      Civil Action  File No. 1247 Civ
 7
 8   UNITED STATES OF AMERICA,
 9               Plaintiff,
10         v
11   FALLBROOK PUBLIC UTILITY DISTRICT,
     a public service corporation of the
12   State of California,  et al,
13               Defendants.
```

FILED
JUL 9 - 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

The Defendants Helen E. Holsworth and Alfred Holsworth for their answer to the complaint of the plaintiff in the above entitled action allege as follows:

1.

Denies each and every allegation of the plaintiff's complaint numbered one (1) through nine (9) for lack of knowledge or information.

Wherefore, defendants pray for the dismissal of the plaintiff's complaint and for such other and further relief as the Court may deem proper.

*Helen E. Holsworth*
Helen E. Holsworth,
        In Propria Persona.

*Alfred Holsworth*
Alfred Holsworth,
        In Propria Persona.

Helen E. Holsworth and Alfred Holsworth, In Pro. Per., Box 17, Deluz, California.

7687