UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF CALIFORNIA

Civil Action File No. 1247 Civ

UNITED STATES OF AMERICA,

        Plaintiff,

vs

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al,

        Defendants.

FILED
JUL 9 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

The defendants Zade Green and Gertrude A. Green for their answer to the complaint of the plaintiff in the above entitled action allege as follows:

        1.

Deny each and every allegation of the plaintiff's complaint numbered one (1) through nine (9) for lack of knowledge or information.

WHEREFORE, defendants pray for the dismissal of the plaintiff's complaint and for such other and further relief as the Court may deem proper.

_____
ZADE GREEN,
    In Propria Persona.

_____
GERTRUDE A. GREEN,
    In Propria Persona.

Zade Green and Gertrude A. Green, In Pro. Per., Fall Brook, California.