RECEIVED
JUL 9 - 1951
U. S. ATTORNEY
SAN DIEGO CALIF.

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants Arthur R. Merickle and Georgia I. Merickle

FILED
JUL 9 - 1951
EDMUND L. SMITH, Clerk
By /s/
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

For The

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,

    Defendants.

No. 1247 - Civ.

ANSWER OF ARTHUR R. MERICKLE and GEORGIE I. MERICKLE.

    Comes now the defendants ARTHUR R. MERICKLE, sued herein as ARTHUR B. MERICKLE, DOE TWO HUNDRED FOUR and GEORGIA I. MERICKLE, sued herein as GEORGIE I. MERICKLE, DOE TWO HUNDRED FIVE, and separating themselves from the other Defendants, file this their Answer to the complaint herein and allege, admit and deny as follows:

FIRST DEFENSE

I.

    These defendants refer to and adopt by reference as if herein repeated, the allegations, admissions and denials contained in First Defense of the Answer of the defendants ERNEST LOUIS BARBEY and ESSIE BUELAH BARBEY, on file herein, as fully and as completely as if they were herein set out verbatim, except that these defendants claim a prescriptive right to only three

7714

198

1  (3) acre-feet of water per annum.
2  FOR A FURTHER, SECOND AND SEPARATE DEFENSE THESE DEFENDANTS ALLEGE:

I.

These defendants are the owners of all that certain real property situated lying and being in the County of San Diego, State of California more particularly described as follows:

> That portion of the Southeast Quarter of Northwest Quarter of Section Seven (7), Township Nine (9) South, Range Three (3) West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:
> Beginning at the Northeast corner of said Southeast Quarter of Northwest Quarter; thence West 835 feet; thence South 270 feet; thence East 835 Feet; thence North 270 feet to the point of beginning, consisting of approximately 5.175 acres.

II

That said property is traversed by the Santa Margarita River and is riparian thereto.

III

That said lands lie in a semi-arid country worthless without water, but valuable with water. That approximately 3½ acres of said land is suitable for orchards and garden and these defendants intend to plant and utilize said land for said purposes taking water from said river for irrigating the same.

IV

That said property is improved by a well or sump in or

-2-

7715

near the Santa Margarita River channel, by means of which these defendants pump and divert water from the river for domestic purposes and to irrigate their existing orchard and garden. That said well or sump was dug in the year 1936 and has been used ever since said date for said purposes. That said use at all times has been open and notorious, continuous, adverse, as to plaintiff, and under claim of right. That there also exists on said property a 12 foot dam with a capacity of approximately one (1) acre-foot which is used to accumulate a head of water pumped from said river for the irrigation of said lands.

V.

That by reason of the facts heretofore states these defendants have a prescriptive right to three (3) acre-feet per annum which right is paramount to the rights of plaintiff and a riparian right to five (5) additional acre-feet per annum which later right is correlative to the right of plaintiff to use a reasonable amount of the water of said Santa Margarita River on the lands of plaintiff which are riparian thereto for riparian purposes which these defendants are informed and believe to be 2,620 acre-feet per year, and as to all other rights or claims of rights of plaintiff to the waters of said Santa Margarita River, the rights of these defendants are paramount.

WHEREFORE these defendants pray:

1. That plaintiff take nothing by its action.

2. That these defendants be decreed as against plaintiff, to be the owner of the right to three (3) acre-feet of water per annum, consumptive use, for beneficial use on their said land and that

-3-

7716

said right be held and declared to be paramount to plaintiff's rights and five (5) additional acre-feet per annum which rights be declared to be correlative with plaintiff's riparian rights.

3. That they have judgment for their costs incurred herein and for such other and further relief as the Court may deem proper.

SWING, SCHARNIKOW & STANIFORTH

BY *[signature: Thos. D. Swing]*

Attorneys for defendants
Arthur R. Merickle and
Georgia I. Merickle