(SPACE BELOW FOR FILING STAMP ONLY)

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

RECEIVED
JUL 9 - 1951
U. S. ATTORNEY
SAN DIEGO, CALIF.

**FILED**

JUL 9 - 1951

EDMUND L. SMITH, Clerk

By _____
DEPUTY CLERK

Attorneys for  defendants named below

UNITED STATES DISTRICT COURT

For  The

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1247 - Civ. |
| Plaintiff | MOTION FOR EXTENSION OF |
| -vs- | TIME FOR CERTAIN DEFENDANTS |
| | TO ANSWER |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | |
| Defendants | |

Comes now PHIL D. SWING of the firm of SWING, SCHARNIKOW & STANIFORTH, attorneys for defendants JAMES C. ALDRICH; MARY E. ALDRICH; JANE P. GRAY, sued herein as DOE FOUR HUNDRED ELEVEN; ROBERT B. GRAY, sued herein as DOE FOUR HUNDRED TWELVE; H. McC. HOSSEIN; M. M. LLOYD; E. M. LLOYD; WILLIAM V. DERBY, sued herein as DOE ONE HUNDRED SEVEN; HARRIET W. DERBY, sued herein as DOE ONE HUNDRED EIGHT; WILLIAM L. FARMER, sued herein as DOE ONE HUNDRED EIGHTEEN; ESSIE L. FARMER, sued herein as DOE ONE HUNDRED NINETEEN; HALEY F. JONES; sued herein as DOE ONE HUNDRED SEVENTY; RUTH B. JONES, sued herein as DOE ONE HUNDRED SEVENTY-ONE; REX L. LOOP, sued herein as DOE ONE HUNDRED EIGHTY-TWO, in the above

267

165

1  entitled action and moves the  above entitled court for an order

2  extending the time of said defendants within which they may

3  prepare, serve and file their answers herein.

4      This motion is made and based upon the records, papers

5  and files herein and upon the affidavit of PHIL D. SWING attached

6  hereto.

7      DATED:   July 9th, 1951.

8

9                      SWING, SCHARNIKOW & STANIFORTH

10

11                 BY _____

12                 Attorneys for aforesaid defendants

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

(SPACE BELOW FOR FILING STAMP ONLY)

1

**SWING, SCHARNIKOW & STANIFORTH**
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

2

3

4

5   Attorneys for..... **Defendants named below**

6

7

8                    UNITED STATES DISTRICT COURT

9                            For The

10            SOUTHERN DISTRICT OF CALIFORNIA

11                    SOUTHERN DIVISION

12   UNITED STATES OF AMERICA,          )
                                         )
13                    Plaintiff          )      No. 1247 - Civ.
                                         )
14            -vs-                       )   AFFIDAVIT OF PHIL D. SWING
                                         )
15   FALLBROOK PUBLIC UTILITY DISTRICT,  )   IN SUPPORT OF ORDER FOR
     a public service corporation of the )
16   State of California, et al.,        )   EXTENSION OF TIME OF CERTAIN
                                         )
17                    Defendants.        )   DEFENDANTS TO ANSWER
                                         )
18   _____)

19   STATE OF CALIFORNIA )
                          )  ss
20   COUNTY OF SAN DIEGO  )

21            PHIL D. SWING, being first duly sworn, deposes and says:

22        That he is a member of the firm of SWING, SCHARNIKOW &

23   STANIFORTH; and that he is the member of that firm who is and at

24   all times has been in charge of handling the defenses of those

25   defendants who are represented by said firm in the above entitled

26   action and is the only one in that firm who knows anything about

27   their respective defenses.  That shortly after the making of the

28   order of the above entitled Court on June 18, 1951, granting

29   affiant a 20 day extension of time in which to prepare, serve and

30   file the answers of certain defendants, there appeared in local

31   newspapers published reports from Washington, D. C. stating

32   that Assistant Attorney General A. Devitt Vanech had assured

     a Congressional Committee that small land owners in

                                                    269

                                                         167

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

1  the above entitled action would not be required to answer to the
2  complaint served upon them herein until after certain important
3  questions of law relating to the issues in this action had first
4  been determined by the above entitled court.  In reliance on these
5  published reports, affiant devoted himself for ten days or two
6  weeks to catching up on badly neglected business in his office
7  including the preparation of Findings of Fact and Conclusions of
8  Law and Judgment in an important and complicated water suit,
9  preparation and filing of a First Annual Report in a Guardianship
10 case involving a sizeable estate and in preparing and filing a
11 First and Final Account and Report of Executor in two estates.
12 Affiant did not learn of any uncertainty relating to the truth
13 of the newspaper reports until a week ago when the Deputy United
14 States Attorney, Mrs. Graydon, informed him that her office had
15 received no instructions or information which supported the
16 newspaper reports.  Thereupon, affiant resumed work upon the
17 preparation of answers for clients of his who had been served in
18 this action and diligently prosecuted said work and prepared,
19 served and filed answers on behalf of  defendants herein to-wit:
20 PRATT MUTUAL WATER COMPANY, a corporation; H.S. PRATT; DON C. PORTER ARTHUR R. MERICKLE  and
21 GEORGIA I. MERICKLE; DANIEL K. SMYTH, LUCY F. SMYTH, STEPHEN  A.
22 SEATON, NAN F. SEATON, STEPHEN A. SEATON, JR., WILLIAM A. MITCHELL,
23 MARY BERNICE MITCHELL, WILLIAM T. GILLILAND, GRACE I. GILLILAND,
24 WILLIAM DONALD EDWARDS and MARIE E. EDWARDS.
25     That today's "San Diego Union" carries another Washington
26 dispatch which appears to confirm the earlier reports that the
27 government attorneys would take no action against defendants who
28 failed to file answers within the time allowed by law after being
29 served herein.  The dispatch says:
30     " WASHINGTON, July 8 - The chief of the Justice Depart-
31     ment's Land Division admitted today he has given instruc-
32     tions to serve all defendants in the government's water

-2-

270

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

"rights suit against Santa Margarita River watershed land-owners. However, added A. Devitt Vanech, assistant attorney general, no other action will be taken against the thousands of defendants until the courts have settled the law of the Santa Margarita in a few test cases involving only large land holders."

However, affiant is unwilling to rely in newspaper reports and desires his remaining clients to have the protection of a court order granting him the necessary time within which to complete the preparation, serving and filing of answers for his remaining clients, to-wit: JAMES C. ALDRICH; MARY E. ALDRICH; JANE P. GRAY, sued herein as DOE FOUR HUNDRED ELEVEN; ROBERT B. GRAY, sued herein as DOE FOUR HUNDRED TWELVE; H. McC. HOSSEIN; M.M. LLOYD; E. M. LLOYD; WILLIAM V. DERBY, sued herein as DOE ONE HUNDRED SEVEN; HARRIET W. DERBY, sued herein as DOE ONE HUNDRED EIGHT; WILLIAM L. FARMER, sued herein as DOE ONE HUNDRED EIGHTEEN; ESSIE L. FARMER, sued herein as DOE ONE HUNDRED NINETEEN; HALEY F. JONES, sued herein as DOE ONE HUNDRED SEVENTY; RUTH B. JONES, sued herein as DOE ONE HUNDRED SEVENTY-ONE; REX L. LOOP, sued herein as DOE ONE HUNDRED EIGHTY-TWO.

That an extension of time is necessary in order to allow this affiant, or some other attorney, to prepare, serve and file the answers for the said remaining defendants last mentioned and an extension of time would be in the interest of justice. That numerous defendants in this action have not yet been served and no delay in the trial of this action on its merits will result from the granting of an additional twenty (20) days from this date to allow this affiant to complete the preparation and filing of the answers of said remaining defendants.

Subscribed and sworn to
before me this 9th day of
July, 1951.

_____
Notary Public in and for said
County & State

271

164