(SPACE BELOW FOR FILING STAMP ONLY)

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

Attorneys for Defendants named below


FILED
JUL 9 - 1951
EDMUND L. SMITH, Clerk
By............................
DEPUTY CLERK

UNITED STATES DISTRICT COURT

For The

SOUTHERN DISTRICT OF CALIFORNIA

Southern Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　-vs-<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>　　　　　　Defendants. | No. 1247 - Civ.<br><br>ORDER EXTENDING TIME OF<br>CERTAIN DEFENDANTS TO<br>ANSWER. |

　　　Upon the application of SWING, SCHARNIKOW & STANIFORTH, attorneys for the hereinafter named defendants, and upon the reading and filing of the affidavit of PHIL D. SWING in support of said motion and good cause appearing therefor:

　　　IT IS HEREBY ORDERED that the defendants JAMES C. ALDRICH; MARY E. ALDRICH; JANE P. GRAY, sued herein as DOE FOUR HUNDRED ELEVEN; ROBERT B. GRAY, sued herein as DOE FOUR HUNDRED TWELVE; H. McC. HOSSEIN; M. M. LLOYD; E. M. LLOYD; WILLIAM V. DERBY, sued herein as DOE ONE HUNDRED SEVEN; HARRIET W. DERBY, sued herein as DOE ONE HUNDRED EIGHT; WILLIAM L. FARMER, sued herein as DOE ONE HUNDRED EIGHTEEN; ESSIE L. FARMER, sued herein as DOE ONE HUNDRED NINETEEN; HALEY F. JONES, sued herein as DOE ONE

1   HUNDRED SEVENTY; RUTH B. JONES, sued herein as DOE ONE HUNDRED
2   SEVENTY-ONE; REX L. LOOP, sued herein as DOE ONE HUNDRED EIGHTY-
3   ONE; LOIS E. LOOP, sued herein as DOE ONE HUNDRED EIGHTY-TWO;
4   be and they are hereby granted an additional twenty (20) days
5   from the date hereof in which to prepare, serve and file their
6   answers herein.

DATED: July *July 9th* 1951.

_____Jacob Weinberger_____
JUDGE

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

-2-

273