UNITED STATES DISTRICT COURT
OF THE
SOUTHERN DISTRICT OF CALIFORNIA

CIVIL ACTION FILE NO. 1247 Civ.

UNITED STATES OF AMERICA
        Plaintiff

vs

FALLBROOK PUBLIC UTILITY DISTRICT
A Public Service Corporation of the
State of California, et al,

and

DORA V. HELD
HARRY E. HELD
        Defendants


FILED
JUL 9 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

    The defendants, Dora V. Held and Harry E. Held, admit that they are the owners of 12.12 Acres of land located in San Diego County, California--Description as follows:

    All that portion of the Southwest Quarter of the Southeast Quarter of Section 13, Township 9 South, Range 4 West, S.B.M., in the County of San Diego, State of California, according to the United States Government survey approved June 11, 1880, described as follows:

    Beginning at the Northwest corner of said Southwest Quarter of the Southeast Quarter of said Section 13; thence South 88° 52' 30" East Along the North line thereof, 246 feet, more or less, to the Easterly line of Road Survey 967, filed in the office of the County Surveyor; thence Southerly along said Easterly line, being along the Westerly line of a parcel of land conveyed to Fred M. Stone and wife, by deed dated January 27, 1947 and recorded February 19, 1947 in the office of the Recorder of said San Diego County, to the Southwesterly corner of said land so conveyed; thence South 89° 13' 30" East along the South lien of said land, 196.57 feet, more or less, to an angle point; thence South 0° 33' 30" West, 100.83 feet; thence South 89° 13' 30" East along the most Southerly line of said Stone's land, 57 feet to the Northwest corner of a parcel of land conveyed to Walter M. Barrager and wife by deed dated July 31, 1946 and recorded in Book 2195, page 278 of Official Records; thence South 0° 33' 30" West along the West line of said Barrager's land and the Southerly prolongation of said West line, 344 feet to the Southwest corner of a parcel of land conveyed to Daisy White Scovoli, by deed dated September 22, 1944 and recorded in Book 1751, page 239 of Official Records; thence South 89° 13' 30" East along the South line of said Scovoli's land, 87 feet to the Southeast corner thereof, being a point on the Northerly prolongation of the center line of Main Avenue as shown on the Official Map of the Townsite of Fallbrook known as Miscellaneous Map No. 84, records of San Diego County; thence South 0° 33' 30" West along said Northerly prolongation, 40 feet, more or less, to an intersection with the North line of the South 20 feet of said Southwest Quarter of the Southeast Quarter; thence West along said North line of the South 20 feet of the Southwest Quarter of the Southeast Quarter of said Section 13 to the West line of said Southwest Quarter of the Southeast Quarter; thence North along said West line, 1300 feet to the point of beginning.

There are five acres of Lemons, Oranges, and Avocados under cultivation at this date.

- 1 -

7718

There are an additional two (2) acres of Lemons which are now dead due to the lack of water.

Water for the Grove and Domestic Water for said property is produced from a well which was developed at a great deal of expense by said owners. This dug-well is 80 Ft. deep, with a three-horse-power pump and produces 35 gallons of water per minute. Also, said Defendents have a 1/2 Acre-foot Reservoir into which water is pumped from the well for the grove. This well also supplies water for owner's residence and two rentals and livestock on said property.

This property is in the Fallbrook Public Utility District and water of same is available, but at present time this property is not connected with the Fallbrook Public Utility lines.

We, the Defendents, deny that the Government of the United States of America has any right to the water developed and used on this property or any water developed in the future on this property for use on this property.

At present the property under cultivation requires Teh (10) Acre-feet of water per year. Any future development will require Two (2) Acre-feet of water per acre per year additional water.

THIS IS OUR REPLY TO THE ABOVE CIVIL ACTION, Dated this _____9th_____ day of _____July_____ 1951.

_____Dora V. Held_____
Dora V. Held

_____Harry E. Held_____
Harry E. Held


STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

SUBSCRIBED and SWORN to before me this _____9th_____ day of _____July_____ 1951.

(SEAL)

_____Marguerite Howell_____
Notary Public

My Commission expires _____March 25, 1952_____

7719