

FILED

JUL 11 1951

EDMUND L. SMITH, Clerk

BY

DEPUTY CLERK

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
                  Plaintiff,    )        Civil Action No. 1247-SD
                                )
        vs.                     )
                                )
FALLBROOK PUBLIC UTILITY DISTRICT,  )
a public service corporation of )
the State of California, et al, )
        and                     )
ROBERT N. MORSE                 )
GRACE L. MORSE, Wife            )
                                )
                  Defendants.   )
_____)

The defendants, ROBERT N. MORSE and GRACE L. MORSE, admit that

they are the owners of 77 acres of land in San Diego County, located as

follows:

        S.E. 1/4 of N.E. 1/4 (Exc.) 3 acres Sec. 12-9-4 W.

        N.W. 1/4 of N.E. 1/4 Sec. 12-9-4 W.

The River runs through this land and we claim the water right for this land.

We deny that the United States of America has any right to our water right.

This is our reply in the above Civil Action.

*Robert N Morse*
                        ROBERT N. MORSE

*Grace L. Morse*
                        GRACE L. MORSE

State of California )
County of San Diego )  ss

SUBSCRIBED and SWORN to before me this **10th** day of July, 1951.

*Henry S. Stone*
                        Notary Public in and for said State

My commission expires: **July 13, 1952**

                                                    7731

                                                    216