Case 3:51-cv-01247-JO-SBC   Document 107   Filed 07/12/51   PageID.968   Page 1 of 1

LOEB AND LOEB
523 W. SIXTH ST. - LOS ANGELES 14, CALIF.
TELEPHONE: TRINITY 4241

Attorneys for Defendant
DOLORES C. VRUWINK

FILED

JUL 10 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of
the State of California, et al.,

               Defendants.

Civil Action File No. 1247

STIPULATION EXTENDING

TIME TO PLEAD

    IT IS HEREBY STIPULATED by and between plaintiff above named, the UNITED STATES OF AMERICA, and DOLORES C. VRUWINK, one of the defendants herein, that said defendant may have to and including August 10, 1951 within which to answer or otherwise plead to plaintiff's complaint on file in the within action.

                                  ERNEST A. TOLIN

                                  A. DEVITT VANECH

                                  BETTY MARSHALL GRAYDON

                                  WILLIAM H. VEEDER

                                  By _____
                                        Attorneys for the
                                  UNITED STATES OF AMERICA

                                  LOEB AND LOEB

                                  By _____
                                        Attorneys for
                                  DOLORES C. VRUWINK

It is so ordered this
12th day of July, 1951
*Jacob Weinberger*
United States District Judge

                                                      274