FILED
JUL 12 1951
EDMUND L. SMITH, Clerk
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT

OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al

   Defendants

Civil Action File No. 1247

ANSWER OF MARY H. HUBBARD, also known as Mary E. Hubbard

Now comes Mary H. Hubbard, also known as Mary E. Hubbard, one of the defendants named in the above entitled action, and by way of answer to the complaint on file herein, admits, denies and alleges as follows, to wit:

I.

Answering the allegations of paragraph II of the complaint on file herein, this defendant has no information or knowledge as to the allegations alleged therein other than that Camp Pendleton, etc. are military establishments, and on such lack of information and belief, deny the allegations contained therein.

II.

Answering the allegations of paragraph III of the complaint on file herein, this defendant has no information or knowledge as to the allegations contained therein, and on such lack of information and belief, deny the allegations contained therein.

III.

FRANK S. HAMBURGER
ATTORNEY AT LAW
1081 MILLS TOWER
SAN FRANCISCO
GARFIELD 2-8870

1732

217

1    Answering the allegations of paragraph IV of said complaint, this defendant
2 has no information as to the formation of the Santa Margarita River as set forth
3 therein, and on such lack of information and belief, denies the allegations as set
4 forth in said complaint; specifically denies the allegations in said paragraph to
5 the effect that this defendant has encroached on plaintiff's supply of water or
6 that this defendant's use of said water has in any way effected said supply of
7 water or reduced the said supply of water.

                                        IV.

9    Answering the allegations of paragraph V of said complaint, this defendant
10 has no information as to the allegations contained therein, and on such lack of
11 information and belief, denies the allegations contained therein.

                                        V.

13   Answering the allegations of paragraph VI of said complaint, this defendant
14 has no information as to the allegations contained therein, and on such lack of
15 information and belief, denies the allegations contained therein.

                                        VI.

17   Answering the allegations of paragraph VII of said complaint, this defendant
18 has no information as to the allegations contained therein, and on such lack of
19 information and belief, denies the allegations contained therein.

                                        VII.

21   Answering the allegations of paragraph VIII of said complaint, this defendant
22 denies all of the water of the Santa Margarita River is necessary for maintenance
23 of Camp Pendleton, denies plaintiff has a paramount right to 35,000 acre feet of
24 water annually from the Santa Margarita River, denies the claim of plaintiff to
25 the surface stream and subterranean basin to the detriment of the use of this def-
26 endant, deny the right of plaintiff to use any of said water for agricultural pur-
27 poses.

                                        VIII.

30   Answering the allegations of paragraph IX of said complaint, this defendant
31 denies violating the rights of the United States of America in using said water,
32 denies diverting said water and/or causing intrusion of salt water, denies disre-
   garding the rights of the United States of America, denies acquiring her rights

FRANK S. HAMBURGER
ATTORNEY AT LAW
1051 MILLS TOWER
SAN FRANCISCO
EXBROOK 2-8870

-2-

7732

subsequent to and/or with any knowledge of any rights of plaintiff, denies the rights of plaintiff are paramount to those of this defendant, and denies any encroachment or threat to encroach on the supply of water to Camp Pendleton, etc. and deny the present supply is insufficient for their needs and purposes.

FURTHER ANSWERING THE COMPLAINT ON FILE HEREIN, AND BY WAY OF SPECIAL DEFENSE, this defendant alleges as follows:

I.

This defendant has been a resident at her present residence for several years, and disclaims any responsibility for any diversion, encroachment or misuse of water of the Santa Margarita River; in this connection, this defendant alleges her use of the waters of said river has been entirely ordinary and normal use of said waters, primarily for domestic purposes only; that if said normal and ordinary use of said water were taken away from this defendant or controlled as prayed for in said complaint, said premises would not be maintainable either for residential or income purposes.

FURTHER ANSWERING THE COMPLAINT ON FILE HEREIN, AND BY WAY OF SPECIAL DEFENSE, this defendant alleges as follows:

I.

This defendant has a vested interest in the property owned by her on the banks of the Santa Margarita River; to take away those vested rights, without compensation, as demanded in plaintiff's complaint, would amount to confisaction; that if plaintiff's complaint and the allegations contained therein are valid, and if the need is as set forth, plaintiff has ample relief by resorting to eminent domain.

FURTHER ANSWERING THE COMPLAINT ON FILE HEREIN, AND BY WAY OF SPECIAL DEFENSE, this defendant alleges as follows:

I.

That Santa Margarita River flows, and from time immemorial has flowed through, over and upon the said lands as owned by this defendant, and which said lands are riparian thereto, and riparian rights attach thereto, and said defendant is entitled to have the water of said river flow by, through, over and upon said lands, and to make such use of said lands as a riparian owner is entitled to make thereof

FURTHER ANSWERING THE COMPLAINT ON FILE HEREIN, AND BY WAY OF SPECIAL DEFENSE,

FRANK S. HAMBURGER
ATTORNEY AT LAW
1051 MILLS TOWER
SAN FRANCISCO
EXBROOK 2-8870

-3-

7736

1  this defendant alleges as follows:

2  I.

3  That at the times named in the complaint she was, and still is, the owner and
4  in possession of, certain premises and property situated upon the Santa Margarita
5  River; that for more than the statutory number of years prior to commencement of
6  this action, this defendant and his predecessors have continuously and without
7  interruption exercised the right of diverting the water of said river for domestic
8  and commercial purposes, and have thereby acquired the right to so direct and use
9  said water, and that the acts complained of by plaintiff herein consist of such
10 proper diversion and use of said water

11 WHEREFORE, this defendant prays that plaintiff take nothing by its complaint
12 and that she be hence dismissed with costs.

*Frank S. Hamburger*
Attorney for Defendant
Mary H. Hubbard.

STATE OF CALIFORNIA)
                   )SS
COUNTY OF SAN DIEGO)

also Known as Mary E. Hubbard

Mary H. Hubbard, being first duly sworn, deposes and says: That she is one of
the defendants in the above entitled matter; that she has read the foregoing ans-
wer to complaint and knows the contents thereof; that the same are true of her own
knowledge except as to those matters stated therein on information and belief, and
as to those matters she believes them to be true

*Mary E. Hubbard*

Subscribed and sworn to before me
this 10th day of July, 1951

Notary Public in and for the City
of _____, County of San
Diego, State of California
My Commission Expires June 10, 1954

FRANK S. HAMBURGER
ATTORNEY AT LAW
1051 MILLS TOWER
SAN FRANCISCO
EXBROOK 2-8670

7735