UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

Civil Action File No. 1247-Civ.

UNITED STATES OF AMERICA

    Plaintiff,

  v.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of
the State of California, et al,

  Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Answer of

John M. Faeth and Edna G. Faeth.

   The Defendants, John M. Faeth and Edna G. Faeth, for their
answer to the complaint of the plaintiff in the above entitled action
allege as follows:

   Denies each and every allegation of the plaintiff's complaint,
numbered (1) through (9) for lack of knowledge or information.

   Wherefore, defendants pray for the dismissal of the plaintiff's
complaint and for such other and further relief as the Court may deem
proper.

         _John M Faeth_
        John M. Faeth, In Propria Persona.

         _Edna G. Faeth_
        Edna G. Faeth, In Propria Persona.

John M. Faeth and Edna G. Faeth
Route 2, Box 253A,
Fallbrook, California.

FILED

JUL 12 1951

EDMUND L. SMITH, Clerk

DEPUTY CLERK

7736