IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Gust H Johnson
Address: P.O. Box 288
City and State: Fallbrook Calif
Telephone Number:

Defendant

FILED
JUL 16 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant(s) Gust. H Johnson

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Gust H Johnson

7747