IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: George M. Francis
Address: 828 N Main St
City and State: Fallbrook Calif
Telephone Number: Fallbrook 7146

Defendant

UNITED STATES OF AMERICA )
                         )
           Plaintiff,    )
                         )
    vs.                  )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
           Defendants,   )

FILED
JUL 16 1951
EDMUND L. SMITH, Clerk
By _____
   DEPUTY CLERK

Comes now the defendant (s) George M. Francis + Margaret E. Francis and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

George M Francis
Margaret E. Francis

7746