IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  __Harriet W. Derby__
Name

2  __Rt 2 Box 265__
Address

3  __Fallbrook  Calif.__
City    and    State

4  _____
Telephone Number  none

5

6  Defendant

7

8  UNITED STATES OF AMERICA        )
                                   )
9                      Plaintiff,  )
                                   )
10            vs.                   )        No. 1247
                                   )
11  FALLBROOK PUBLIC UTILITY       )
    DISTRICT, et al.,              )
12                                 )
                      Defendants,  )
13

14       Comes now the defendant (x) _____

15  _____

16  and for ~~himself or themselves~~ herself alone and answering plaintiff's complaint on

17  file, herein denies ~~(deny)~~ each and every material allegation contained therein.

18

19                          _Harriet W. Derby_
20                          ___Doe 275___
21                             July 13, 1951

22

FILED

JUL 16 1951

EDMUND L. SMITH, Clerk

DEPUTY CLERK

7745