IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

William V. Derby
_____
Name

Rt 2 Box 265
_____
Address

Fallbrook   Calif.
_____
City    and    State

_____
Telephone Number – none

· Defendant

**FILED**

JUL 16 1951

EDMUND L. SMITH, Clerk

By ....................................
DEPUTY CLERK

UNITED STATES OF AMERICA          )
                                  )
                    Plaintiff,    )
                                  )
        vs.                       )     No. 1247
                                  )
FALLBROOK PUBLIC UTILITY          )
DISTRICT, et al.,                 )
                                  )
                    Defendants,   )

Comes now the defendant (s)_____

_____

and for himself ~~or themselves~~ alone and answering plaintiff's complaint on

file, herein denies ~~(deny)~~ each and every material allegation contained therein.

*William V. Derby*

Doe 276
_____

July 13, 1951

7744