IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

ETHEL M. BOLTON and LAUREN D. BOLTON
Name
P.O. Box 704
Address
FALLBROOK, CALIFORNIA
City and State
7055
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
ETHEL M. BOLTON,   Defendants, )
and  LAUREN D. BOLTON

Comes now the defendant (s) ETHEL M. BOLTON, sued as Doe number ONE HUNDRED SEVENTY THREE, and LAUREN D. BOLTON, sued as Doe number ONE HUNDRED SEVENTY FOUR and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ethel M Bolton*
*Lauren D Bolton*

Land owned by defendant as follows:

Southernly ½ of the S.E. ¼ of the S.W. ¼ of the S.E. ¼ of Section 18 - Range 3 W, Township 9, excepting the Westerly 132 feet.

FILED
JUL 16 1951
EDMUND L. SMITH, Clerk
By.................... DEPUTY CLERK

7743