IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**FALLBROOK BUILDERS, INC.**
Name
P.O. Box 704
Address
FALLBROOK, CALIFORNIA
City and State
7055
Telephone Number

Defendant

FILED
JUL 16 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
       vs.               )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
FALLBROOK BUILDERS, INC. Defendants, )

Comes now the defendant(s) **FALLBROOK BUILDERS, INC.** sued as **DOE THREE HUNDRED NINETEEN** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Lauren D. Balton_
_E. L. McDonald_

Land owned by the defendant is as follows:

The North 279.80 feet of the West 311.33 feet of the South ½ of the Southeast ¼ of the Southeast ¼ of SECTION 18 -- Township 9 S -- Range 3 W. San Bernardino Meridan.

7742