IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

GEORGE W. BENSON & SOPHIA N. BENSON
Name
Rt. 2 - Box 253
Address
FALLBROOK, CALIFORNIA
City         and         State

_____
Telephone Number

Defendant

```
                                FILED
                             JUL 16 1951
                         EDMUND L. SMITH, Clerk
                         By /s/ _____
                                 DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) __GEORGE W. BENSON__ __AND SOPHIA N. BENSON, sued under Doe No's. 145 - 146__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ George W. Benson
/s/ Sophia N. Benson

Land owned by these defendants are as follows:

All that portion of the South Half of the Southeast Quarter of the Southeast Quarter of Section 18, Township 9 South, Range 3 West, S.B.M.

STATE OF CALIFORNIA )
                    ) ss
COUNTY OF SAN DIEGO )

Subscribed and sworn to before me this 13th day of July 1951.

/s/ Nadia H. Ropen
Notary Public in and for said
State and County.

MY COMMISSION EXPIRES APR. 24, 1953

Copy of within answer rec'd July 16, 1951
Betty Marshall Graydon

7741