UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA


FILED
JUL 16 1951
EDMUND L. SMITH, Clerk
By
DEPUTY CLERK

No. 1247 Civ

UNITED STATES OF AMERICA
      Plaintiff

Lawrence A. Lenfers
Nell A. Lenfers
      Defendants

Answer of

Lawrence A. Lenfers
Nell A. Lenfers

Comes now an answer to Complaint of Plaintiff
We, Lawrence A. Lenfers and Nell A. Lenfers, ownership of property by Government Deed under Homested Laws and Acts decreed to Citizens of the United States with land and water rights of all water that could be accrued under such land, for Agriculture, Mining, Stock Raising rights to ditch and convey water over any or all land deeded to us by said Goverment, land described rests in San Diego County, in San Margarita water shed.

Description: Lots 1, -2, - 3, -4, - 5,- 6,- The South half of North East Quarter, the South half of North West Quarter, the North West Quarter of the South East Quarter, the South half of South East Quarter, the North half of South West Quarter of Section 3 and Lots 2 and 3 of Section 10, Township 9 South, Range 4 West, San Bernardino Meridian, California, containing Six Hundred thirty-three and fifty-three hundredth Acres.

    Comes now answer to complaint of Plaintiff

We, Lawrence A. Lenfers and Nell A. Lenfers, husband and wife, have complied with all laws and regulations of the United States, being American born citizens, lived and proved to the Government of Citizenship rights and in return, received all legal possession of above described land and water rights for said land, Signed by the President of the United States of America.

- 1 -

7737

Now my answer to the Plaintiff of said Summons

1- Camp Joseph Pendelton claims water of which, it being Military, have gone into Agriculture raising by Leasing lands, which raise flowers and other agriculture products, watering golf courses and lawns and beautifing flower beds, which water could be used for Military purposes.

2- The land lying inside of Camp Joseph Pendelton with its vast acreage will produce any amount of water needed for Military purposes, providing agriculture plantings were discontinued in its wastefull uses, such as is being done, by Leasing for profit, other than for good of the Government.

3- Using Military personnel for Plaintiff in civilian make of clothes, July 11, 1951 at 11.00 A. M. in Fallbrook, California, Sargent - - - - - -, introduced to me by - - - - - - , and instructed to see - - - - - -, in Area 12-1. A. Building.

4- We are fully acquainted with the water needs of the State of California according to the Summons of Plaintiff. In accordance with Attorney General's Department, preying upon the rights of citizens of the United States and their respective water rights to carry on their Agriculture and Live Stock enterprises, the latter mentioned as being more important to the citizens than their own enterprises than the unnecessary water consumption at Camp Joseph Pendelton, for uses of water other than Domestic purposes.

Hoping this answer complies with your request.

Owners Signatures  *Lawrence A. Lenfers*
Lawrence A. Lenfers

*Nell A. Lenfers*
Nell A. Lenfers

Fallbrook, California

Subscribed and sworn to before me this 13 day of July, 1951

*Luetta M. Graffin*
Luetta M. Graffin
Notary Public in and for the County of San Diego
State of California

My commission expires May 14, 1955

7738

-2-