IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: DELBERT HUGHES
Address: P.O. Box 63
City and State: Fallbrook, Calif.
Telephone Number: 700

Defendant

RECEIVED
JUL 16 1951
U. S. ATTORNEY
SAN DIEGO, CALIF.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | |
| Defendants, | ) | |

Comes now the defendant(s) Delbert Hughes and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Delbert Hughes

FILED
JUL 16 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

7740