IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Donelda F. Hughes
Address: P.O. Box 63
City and State: Fallbrook, Calif.
Telephone Number: 7002

Defendant

RECEIVED
JUL 16 1951
U. S. ATTORNEY
SAN DIEGO, CALIF.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) Donelda F. Hughes

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Donelda F. Hughes*

FILED
JUL 16 1951
EDMOND L. SMITH, Clerk
By _____
DEPUTY CLERK

7739