IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1   *Wm R Hopkins*
          Name
2   *Rt 1 Box 261*
          Address
3   *Fallbrook, Cal*
    City    and    State
4        *358*
    Telephone Number

5

6        Defendant

**FILED**

JUL 17 1951

EDMUND L. SMITH, Clerk
By ........................
              DEPUTY CLERK

8   UNITED STATES OF AMERICA          )
9                         Plaintiff,  )
                                      )
10              vs.                   )      No. 1247
                                      )
11  FALLBROOK PUBLIC UTILITY          )
    DISTRICT, et al.,                 )
12                                    )
                    Defendants,       )
13

14      Comes now the defendant (s) — *Maria E Hopkins*
15  *Wm R Hopkins*

16  and for himself or themselves alone and answering plaintiff's complaint on

17  file, herein denies (deny) each and every material allegation contained therein.

19                          *Wm. R. Hopkins*
20                          *Mrs. Maria E. Hopkins*

7768