IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Maria E. Hopkins
Address: Rt. 1 Box 251
City and State: Fallbrook, Cal
Telephone Number: 358

Defendant

**FILED**
JUL 17 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　　　 )
　　　　　　　Plaintiff,　　　　　 )
　　　　　　　　　　　　　　　　 )
　vs.　　　　　　　　　　　　　　) No. 1247
　　　　　　　　　　　　　　　　 )
FALLBROOK PUBLIC UTILITY　　　　)
DISTRICT, et al.,　　　　　　　　　)
　　　　　　　　　　　　　　　　 )
　　　　　　　Defendants,　　　　)

Comes now the defendant(s) Maria E. Hopkins + William R. Hopkins and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

　　　　　　　　　　　　Wm R. Hopkins
　　　　　　　　　　　　Mrs. Maria E. Hopkins

7767