IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Donald R. Gallacher
Name
P.O. Box 553
Address
Fallbrook            Calif.
City      and      State

_____
Telephone Number

Defendant

FILED
JUL 17 1951
EDMUND L. SMITH, Clerk
By ............................
DEPUTY CLERK

UNITED STATES OF AMERICA     )
                             )
                  Plaintiff, )
                             )
        vs.                  )   No. 1247
                             )
FALLBROOK PUBLIC UTILITY     )
DISTRICT, et al.,            )
                             )
                 Defendants, )

Comes now the defendant (s) Donald R. Gallacher and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Donald R. Gallacher

7766