IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Evelyn Gallagher
Name
P.O. Box 553
Address
Fallbrook Calif
City and State

_____
Telephone Number

Defendant

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
   vs.                   )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

FILED
JUL 17 1951
EDMUND L. SMITH, Clerk
By _____
         DEPUTY CLERK

Comes now the defendant (s) Evelyn Gallagher

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Evelyn Gallagher

7765