IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

NADIA H. ROPER AND SAMUEL C. ROPER
Name
P.O. Box 373
Address
FALLBROOK, CALIFORNIA
City and State
7004 or 7358
Telephone Number

Defendant

FILED
JUL 17 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
 )
Plaintiff, )
 )
vs. ) No. 1247
 )  ANSWER OF
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., ) NADIA H. ROPER
 ) and
Defendants, ) SAMUEL C. ROPER

Comes now the defendant(s) NADIA H. ROPER, sued herein as Doe EIGHT HUNDRED SIXTY TWO and SAMUEL C. ROPER, sued herein as DOE EIGHT HUNDRED SIXTY THREE and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Nadia H. Roper*
*Samuel C. Roper*

IN addition to the above general denial we specifically deny - THAT WE HAVE EVER USED WATER BELONGING TO THE U.S. OF AMERICA.

THAT THE U.S.A. HAS ANY JURISDICTION IN ANY WATER DISPUTE IN THE STATE OF CALIFORNIA

THAT THE WATER I AM USING HAS ANY BEARING ON THE WAR IN KOREA.

THAT THERE IS A SHORTAGE OF WATER AT CAMP PENDLETON, THE U.S. NAVAL HOSPITAL OR THE U.S. NAVAL AMMUNITION DEPOT.

Rec'd copy of the within Answer
July 17-1951
Betty Marshall Graydon
Asst U.S. Attorney

*Nadia H. Roper*
*Samuel C. Roper*

7764