IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

George Graham and Sarah Jane Graham
    Name
Route 2  Box 14
    Address
Fallbrook, California
City   and   State

_____
Telephone Number

Defendant

FILED
JUL 17 1951
EDMUND L. SMITH, Clerk
By /s/ _____
        DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
    vs.                  )    No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
GEORGE GRAHAM            )
            Defendants,  )
and                      )
SARAH JANE GRAHAM

Comes now the defendant(s) GEORGE GRAHAM sued herein
as DOE FOUR HUNDRED FIVE and SARAH JANE GRAHAM sued herein
as DOE FOUR HUNDRED SIX
and for himself or themselves alone and answering plaintiff's complaint on
file, herein denies (deny) each and every material allegation contained therein.

George Graham
Sarah Jane Graham

Rec'd copy of within answer
July 17-1951
Betty Marshall Graydon
Asst U S Atty

7763