IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1
NORMAN LeROY SUTTON
Name
2
P.O. Box 696
Address
3
Fallbrook, California
City    and    State
4
Telephone Number
5
6              Defendant

**FILED**

JUL 17 1951

EDMUND L. SMITH, Clerk
7
By _____
DEPUTY CLERK

8    UNITED STATES OF AMERICA        )
9                    Plaintiff,  )
                                   )
10          vs.                     )    No. 1247
                                   )
11    FALLBROOK PUBLIC UTILITY      )
      DISTRICT, et al.,             )
12                                  )
13    NORMAN LEROY SUTTON    Defendants, )

14    Comes now the defendant (s) *Norman Le Roy Sutton*

15    sued herein as DOE NINE HUNDRED SIXTY NINE

16    and for himself or themselves alone and answering plaintiff's complaint on

17    file, herein denies (deny) each and every material allegation contained therein.

19                    *Norman L. Roy Sutton*

27    Recd copy of within answer
29    July 17-1951
31    Billy Marshall Graydon
      Asst U S Atty

7762