IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: CHARLOTTE C. ROWE
Address: Route 1 Box 248
City and State: Fallbrook, California
Telephone Number: 554

Defendant

FILED
JUL 17 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. FALLBROOK PUBLIC UTILITY DISTRICT, et al., CHARLOTTE C. ROWE Defendants, | No. 1247 |

Comes now the defendant(s) __CHARLOTTE C. ROWE__ sued herein as __DOE EIGHT HUNDRED SIXTY FOUR__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Charlotte C Rowe*

Rec'd copy of within answer
July 17-1951
Betty Marshall Graydon
Asst U S Atty

7761