IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1   FRANCIS A. JENEWEIN
          Name
2   GENERAL DELIVERY
          Address
3   FALLBROOK, CALIFORNIA
      City    and    State
4        7155
      Telephone Number

5        Defendant

**FILED**

JUL 17 1951

EDMUND L. SMITH, Clerk

By ........................................
              DEPUTY CLERK

8   UNITED STATES OF AMERICA            )
                                        )
9                        Plaintiff,     )
                                        )
10              vs.                      )        No. 1247
                                        )
11  FALLBROOK PUBLIC UTILITY            )
    DISTRICT, et al.,                    )
12                                       )
    FRANCIS A. JENEWEIN Defendants,     )

14        Comes now the defendant (s) FRANCIS A. JENEWEIN sued herein

15  as DOE FIVE HUNDRED THIRTY SIX

16  and for himself or themselves alone and answering plaintiff's complaint on

17  file, herein denies (deny) each and every material allegation contained therein.

*Francis A Jenewein*

*Rec'd copy of within answer*
*July 17-1951*
*Betty Marshall Graydon*
*Asst U S atty*