IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

VIRGINIA MAE JENEWEIN
Name
GENERAL DELIVERY
Address
FALLBROOK, CALIFORNIA
City and State
7155
Telephone Number

Defendant

FILED
JUL 17 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
VIRGINIA MAE JENEWEIN Defendants, )

Comes now the defendant (s) __VIRGINIA MAE JENEWEIN sued herein as DOE FIVE HUNDRED THIRTY SEVEN__.

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Virginia Mae Jenewein*

Rec'd copy of within answer
July 17-1951
Betty Marshall Graydon
Asst U.S. Attorney

7760