IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

ELSIE M. HASSLER and FLOYD W. HASSLER
<u>Name</u>
P.O. Box 24
<u>Address</u>
Fallbrook, California
<u>City        and        State</u>
502
<u>Telephone Number</u>

Defendant

FILED

JUL 17 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| FLOYD W. HASSLER ) ELSIE M. HASSLER ) Defendants, | ) |

Comes now the defendant (s) ELSIE M. HASSLER sued herein as DOE FOUR HUNDRED FIFTY SIX and FLOYD W. HASSLER sued herein as DOE FOUR HUNDRED FIFTY SEVEN and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Elsie M. Hassler*
*Floyd W. Hassler*

Rec'd copy of within answer
July 17-1951
Betty Marshall Graydon
Asst U S Atty

7759