IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

EDITH J. GROVER AND ELLIS R. GROVER
Name
Rt. 2 - Box 114
Address
FALLBROOK, CALIFORNIA
City     and     State
7110
Telephone Number

Defendant

FILED
JUL 17 1951
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __EDITH J. GROVER sued as Doe #428 and ELLIS R. GROVER, Sued as DOE Number 429__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Edith J. Grover
/s/ Ellis R. Grover

Read copy of within answer
July 17-1951

Betty Marshall Graydon
Asst U S Atty

7758