IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: NAOMI MARY GRANTHAM
Address: Rt. 1 - Box 52
City and State: FALLBROOK, CALIFORNIA
Telephone Number: 310

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) NAOMI MARY GRANTHAM, sued herein as DOE FOUR HUNDRED NINE, and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Naomi Mary Grantham*

Land owned by the defendant is as follows:

Portion of the Southeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, S.B.M. in the County of San Diego.

Beginning at the Southwest corner of the North 20 Acres of the 30 acres of described about - thence North along the West line of said Southeast Quarter of the Southeast Quarter, 162 Wide, 390 feet long.

Rec'd copy of within answer,
July 17-1951
Betty Marshall Drayton
Asst U S Atty

7757