IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

MARY E. GOLDEN
Name
ROUTE 1  Box 248
Address
Fallbrook, California
City   and   State
554
Telephone Number

Defendant

**FILED**
JUL 17 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
)
  Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
MARY E. GOLDEN   Defendants, )

   Comes now the defendant (s) __MARY E. GOLDEN  sued__

herein as DOE THREE HUNDRED NINETY THREE

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

        Mary E. Golden

Rec'd copy of within answer
July 17 - 1951
Betty Marshall Grayson
Asst U S Atty

7756