IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1    SARAH M. GLADDING
          Name
2    P.O. Box 68
          Address
3    Fallbrook, California
         City    and    State
4       558
       Telephone Number
5
6         Defendant

**FILED**
JUL 17 1951
EDMUND L. SMITH, Clerk
By_____
       DEPUTY CLERK

8    UNITED STATES OF AMERICA    )
9                 Plaintiff,  )
10          vs.                  )    No. 1247
11    FALLBROOK PUBLIC UTILITY  )
      DISTRICT, et al.,           )
12    SARAH M. GLADDING    Defendants, )

Comes now the defendant(s) SARAH M. GLADDING sued herein as DOE THREE HUNDRED NINETY TWO and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Sarah M. Gladding*

Rec'd copy of within answer
July 17-1951
Betty Marshall Graydon
Asst U S Atty

7755