IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: MILDRED N. GLADDING
Address: P.O. Box 118
City and State: Fallbrook, California
Telephone Number: ___
Defendant

FILED
JUL 17 1951
EDMUND L. SMITH, Clerk
By /s/ Johnson
DEPUTY CLERK

UNITED STATES OF AMERICA,
  Plaintiff,
vs.                                   No. 1247
FALLBROOK PUBLIC UTILITY DISTRICT, et al.,
MILDRED N. GLADDING   Defendants,

Comes now the defendant(s) **MILDRED N. GLADDING** sued herein as DOE THREE HUNDRED NINETY and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Mildred N. Gladding

Rec'd copy of within answer
July 17-1951
/s/ Betty Marshall Graydon
Asst U S Atty

7754