IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

JAMES EDWARD GLADDING
Name
P.O. Box 118
Address
Fallbrook, California
City       and       State
_____
Telephone Number

Defendant

UNITED STATES OF AMERICA )
                         )
          Plaintiff,     )
                         )
     vs.                 )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
JAMES EDWARD GLADDING Defendants, )

FILED
JUL 17 1951
EDMUND L. SMITH, Clerk
By _____
       DEPUTY CLERK

Comes now the defendant (s) __JAMES EDWARD GLADDING__ sued herein as DOE THREE HUNDRED EIGHTY NINE and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*James Edward Gladding*

Rec'd copy of within answer
July 17-1951
Betty Marshall Graydon
Asst U S Attorney

7753