IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Name:** WILLIAM T. BLACKLIDGE and RUBY C. BLACKLIDGE
**Address:** Route 2 Box 67
**City and State:** Fallbrook, California
**Telephone Number:** 671

Defendant

FILED
JUL 17 1951
EDMUND L. SMITH, Clerk
By ................................
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>FALLBROOK PUBLIC UTILITY　　)<br>DISTRICT, et al.,　　　　　　 )<br>WILLIAM T. BLACKLIDGE　　　　 )<br>　　　　　　　　　Defendants, )<br>RUBY C. BLACKLIDGE　　　　　　 ) | No. 1247 |

Comes now the defendant(s) WILLIAM T. BLACKLIDGE and RUBY C. BLACKLIDGE and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*William T. Blacklidge*
*Ruby C. Blacklidge*

Rec'd copy - July 17, 1951
Betty Marshall Graydon
Ass't U.S Attorney

7752