IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  ELLIOTT H. STUART and MAMIE A. STUART
        Name
2       P.O. Box  212
        Address
3    Fallbrook, California
       City    and    State
4           7176
       Telephone Number
5
        Defendant
6

F I L E D

JUL 17 1951

EDMUND L. SMITH, Clerk

By ........................................
              DEPUTY CLERK

7

8    UNITED STATES OF AMERICA          )
9                        Plaintiff,    )
10              vs.                     )        No. 1247
11   FALLBROOK PUBLIC UTILITY           )
     DISTRICT, et al.,                  )
12   ELLIOTT H. STUART )                )
                         }  Defendants, )
13   MAMIE A. STUART    )               )

14        Comes now the defendant (s) ELLIOTT H. STUART sued herein

15   as DOE NINE HUNDRED SIXTY  and  MAMIE A. STUART sued herein

16   as DOE NINE HUNDRED SIXTY ONE
     and for himself or themselves alone and answering plaintiff's complaint on

17   file, herein denies (deny) each and every material allegation contained therein.

18
19                          *Elliott H. Stuart*
20                          *Mamie a. Stuart*
21
22
23
24
25
26  *Rec'd copy of within this 17 day of July 1951*
27
28  *Betty Marshall Graydon*
29
30  *asst U S atty*
31
32

                                                    7751