IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: MAUDE HECOCK
Address: Rt. 1 - Box 258
City and State: FALLBROOK, CALIFORNIA
Telephone Number:

Defendant

**FILED**
JUL 17 1951
EDMUND L. SMITH, Clerk
By /s/ ................
DEPUTY CLERK

UNITED STATES OF AMERICA )
              Plaintiff, )
         vs.              )   No. 1247
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
              Defendants, )

Comes now the defendant (s) MAUDE HECOCK, sued under Doe number FOUR HUNDRED SEVENTY, and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Maude Hecock

7750