IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

HARRY L. HECOCK AND MARY A. HECOCK
Name
Rt. 1 - Box 259
Address
FALLBROOK, CALIFORNIA
City and State
7050
Telephone Number

Defendant

FILED
JUL 17 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
             Plaintiff,  )
                         )
    vs.                  )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant (s) HARRY L. HECOCK, sued herein as DOE number 467 and MARY A. HECOCK, sued herein as Doe # 469 and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Harry L. Hecock
Mary A. Hecock

7749