IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Clarence H. Jacobs
Address: P. O. Box 255
City and State: Fallbrook, California
Telephone Number: 460

Defendant

**FILED**
JUL 18 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
                Plaintiff, )
vs. ) No. 1247
FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                Defendants, )

Comes now the defendant(s) Clarence H. Jacobs, Doe 528 and Lillian M. Jacobs, Doe 529 and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Clarence H. Jacobs*
*Lillian M. Jacobs*

7769