IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Elizabeth Houston and Helen I. Houston
_____
Name
Rt. 2, Box 4 A
_____
Address
Fallbrook, California.
_____
City and State
7203
_____
Telephone Number

Defendant

**FILED**

JUL 18 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1247 |
| ) | |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| ) | |
| Defendants, ) | |

Comes now the defendant (s) Elizabeth Houston, (Doe 504) and Helen I. Houston (Doe 505) and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Elizabeth Houston
Helen I. Houston

7770