**FILED**
JUL 18 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al,

    Defendants.

NO. 1247-Civil

MOTION TO EXTEND TIME IN WHICH TO PLEAD

  A. DEVITT VANECH, Assistant Attorney General, ERNEST A. TOLIN, United States Attorney, and BETTY MARSHALL GRAYDON, Assistant United States Attorney, Attorneys for Plaintiff, respectfully represent:

  That in order to prevent undue hardship upon the parties-defendant in the above-entitled action, it is proper that the parties-defendant be granted additional time within which to answer plaintiff's complaint;

  Therefore, plaintiff moves that this Honorable Court make an order providing that the parties-defendant in the above-entitled action be granted until and including the 1st day of November, 1951, in which to answer plaintiff's complaint.

  Dated at San Diego, California, this 18 day of July, 1951.

A. DEVITT VANECH
Assistant Attorney General

ERNEST A. TOLIN
United States Attorney

BETTY MARSHALL GRAYDON
Assistant United States Attorney

BMG/rj

295