FILED

JUL 18 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
)
        Plaintiff, )  NO. 1247-Civil
)
vs. )
)
FALLBROOK PUBLIC UTILITY DISTRICT, )  O R D E R
a public service corporation of the )
State of California, et al, )
)
        Defendants. )

      Upon representation of A. Devitt Vanech, Assistant Attorney General, Ernest A. Tolin, United States Attorney, and Betty Marshall Graydon, Assistant United States Attorney, Attorneys for Plaintiff in the above-entitled action, and good cause appearing therefor,

      IT IS HEREBY ORDERED that the parties-defendant herein who have not filed answers to plaintiff's complaint be, and they are hereby granted additional time in which to file answers, to-wit, until the __1st__ day of __November__, 1951.

      Dated this __18__ day of July, 1951.

                                      /s/ Jacob Weinberger
                                Judge of the United States District Court
                                for the Southern District of California.

PRESENTED BY:

/s/ Betty Marshall Graydon
BETTY MARSHALL GRAYDON
Assistant United States Attorney

BMG/rs

294