IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**FALLBROOK UNION HIGH SCHOOL DISTRICT**
Name
**P. O. Box 368**
Address
**Fallbrook, California**
City and State
**Fallbrook 521**
Telephone Number

Defendant

RECEIVED
JUL 19 1951
U. S. ATTORNEY
SAN DIEGO, CALIF.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1247 |
| ) | |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| ) | |
| Defendants, ) | |

Comes now the defendant(s) **FALLBROOK UNION HIGH SCHOOL DISTRICT, by Members of its Governing Board**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

FILED
JUL 19 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

/s/ R. B. Beusker
/s/ T. D. Fitz_____
/s/ A. D. Blean
/s/ Mary E. Golden
/s/ W. Le Roy Sutter

Members of Governing Board
Fallbrook Union High School District

7771