IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Thor C. Hansen
Address: P.O. Box 115
City and State: Fallbrook, Calif.
Telephone Number:
Defendant

RECEIVED
JUL 19 1951
U. S. ATTORNEY
SAN DIEGO, CALIF.

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
     vs.                 )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant (s) Thor C. Hansen

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Thor C. Hansen

FILED
JUL 19 1951
EDMUND L. SMITH, Clerk
DEPUTY CLERK

7772