IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Willard Ferens Grevatt
Name
P. O. Box 61
Address
Fallbrook, Calif.
City and State
Fallbrook 7145
Telephone Number

Defendant

FILED
JUL 19 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) _____

Willard Ferens Grevatt

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Willard Ferens Grevatt*

7773