IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Helen Louise Grevatt
Address: P. O. Box 61
City and State: Fallbrook, Calif.
Telephone Number: Fallbrook 7145

Defendant

FILED
JUL 19 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
  Plaintiff, )
vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
  Defendants. )

Comes now the defendant(s) _____
Helen Louise Grevatt _____
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Helen Louise Grevatt*

7774