IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ethel Galloway
_____Name_____
Route 1 Box 255
_____Address_____
Fallbrook, California
City    and    State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA           )
                                   )
                    Plaintiff,     )
                                   )
        vs.                        )   No. 1247
                                   )
FALLBROOK PUBLIC UTILITY           )
DISTRICT, et al.,                  )
                                   )
ETHEL GALLOWAY       Defendants,   )

FILED
JUL 20 1951
EDMUND L. SMITH, Clerk
By _____
         DEPUTY CLERK

        Comes now the defendant (s) __ETHEL GALLOWAY sued herein as DOE THREE HUNDRED SIXTY SEVEN__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ethel Galloway*

7785