IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Loren H. Galloway
Name

Route 1 Box 255
Address

Fallbrook, California
City and State

none
Telephone Number

Defendant

FILED

JUL 20 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
             Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
LOREN H. GALLOWAY   Defendants, )

    Comes now the defendant (s) LOREN H. GALLOWAY sued herein as DOE THREE HUNDRED SIXTY EIGHT and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

                                         Loren H. Galloway

7784