IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1
VELMA M. HAWN
Name
2
ROUTE # 2, Box 278
Address
3
FALLBROOK, CALIFORNIA
City     and     State
4
none
Telephone Number
5
Defendant
6
7
8   UNITED STATES OF AMERICA          )
9                          Plaintiff,  )
10              vs.                    )        No. 1247
11   FALLBROOK PUBLIC UTILITY          )
     DISTRICT, et al.,                 )
12                          Defendants,  )
13
14       Comes now the defendant (s)   VELMA M. HAWN
15

16   and for himself or themselves alone and answering plaintiff's complaint on

17   file, herein denies (deny) each and every material allegation contained therein.

18
19                                    Velma M. Hawn
20
21
22
23
24
25
26
27
28
29
30
31
32

7783