IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Mrs Ora Patton
Address: P.O. Box 431
City and State: Fallbrook Calif.
Telephone Number:

Defendant

FILED
JUL 20 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
               Plaintiff,)
                         )
     vs.                 )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant(s) Mrs Ora Patton, sued herein as Dos Seven Hundred Eighty Six:

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Mrs Ora Patton*

7782