IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Theodosia Kolb**
Name
**P.O. Box 162**
Address
**Fallbrook,    Calif.**
City         and        State
_____
Telephone Number

Defendant

FILED
JUL 20 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) **Theodosia Kolb** _____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Theodosia J. Kolb*

7781