IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Mary A. Ludy
Address: P.O. Box 5
City and State: Fallbrook, Calif.
Telephone Number: 502

Defendant

FILED
JUL 20 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) Mary A. Ludy and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Mary A. Ludy*

7780