IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Henry E. Griffith
Name
P. O. Box 57
Address
Fallbrook California
City and State
7023
Telephone Number

Defendant

FILED
JUL 20 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
    vs.                   )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
            Defendants,   )

Comes now the defendant (s) Henry E. Griffith
Sued herein Doe Four Hundred & Twenty Four
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Henry E. Griffith

7778