IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Mary E. Griffith
Address: P.O. Box 57
City and State: Fallbrook, Calif.
Telephone Number: 7123

Defendant

FILED
JUL 20 1951
EDMUND L. SMITH, Clerk
by /s/ DEPUTY CLERK

UNITED STATES OF AMERICA )
)
    Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
    Defendants, )

Comes now the defendant (s) Mary E. Griffith and herein doe Four Hundred + Twenty Five and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Mary E. Griffith

7777