IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: George E. Roesch
Address: Route 1, Box 241
City and State: Fallbrook, Calif.
Telephone Number: 7102

Defendant

FILED
JUL 20 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                          )
            Plaintiff,    )
                          )
    vs.                   )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
            Defendants,   )

Comes now the defendant (s) George E. Roesch

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

George E. Roesch

7775