```
 1  EDMUND G. BROWN, ATTORNEY GENERAL,
      STATE OF CALIFORNIA
 2  B. ABBOTT GOLDBERG, DEPUTY ATTORNEY GENERAL,
    600 STATE BUILDING,
 3  SAN FRANCISCO 2, CALIFORNIA
    TELEPHONE: UN. 1-8700
 4
    ATTORNEYS FOR THE PEOPLE OF THE STATE OF
 5    CALIFORNIA, DEFENDANTS IN INTERVENTION
```

FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT et al

    Defendants,

PEOPLE OF THE STATE OF CALIFORNIA,

    Defendants in Intervention.

No. 1247

### MOTION TO INTERVENE

The People of the State of California move for leave to intervene herein to assert the defenses set forth in their proposed answer, a copy of which is hereto attached. This motion is on the grounds that the People of the State have by their laws asserted that all water within the State is the property of the People thereof; that the general welfare of the People of the State requires that the water resources of the State be put to beneficial use to the fullest extent of which they are capable; that only licensees of the State have been joined as defendants

275

1  and that both they and the People of the State will be adversely
2  affected by a decree awarding the plaintiff any of the relief
3  prayed for unless the plaintiff's rights are measured and de-
4  termined by the laws of the State of California; that the People
5  of the State are entitled to intervene herein in their capacity
6  as <u>parens patriae</u>; and further that the Legislature of the State
7  has requested all necessary legal action be taken to protect
8  the interests of the People of the State and that the United States
9  has expressly invited this intervention.

*Edmund G. Brown*
EDMUND G. BROWN,
ATTORNEY GENERAL, STATE OF CALIFORNIA

*B. Abbott Goldberg*
B. ABBOTT GOLDBERG,
DEPUTY ATTORNEY GENERAL,

ATTORNEYS FOR THE PEOPLE OF THE STATE OF CALIFORNIA, DEFENDANTS IN INTERVENTION.

2.

276

## AUTHORITY IN SUPPORT OF MOTION

California v. United States, 180 Fed. 2d C.A. 9th 596, 600 (1950); C.A.9th rehearing denied 181 Fed.2d 598 (1950); certiorari denied 340 U.S. 826, 95 L.Ed.Adv.Op.26 (1950).


*Edmund G. Brown*
EDMUND G. BROWN,
ATTORNEY GENERAL, STATE OF CALIFORNIA


*B. Abbott Goldberg*
B. ABBOTT GOLDBERG,
DEPUTY ATTORNEY GENERAL,

ATTORNEYS FOR THE PEOPLE OF THE STATE OF CALIFORNIA, DEFENDANTS IN INTERVENTION.

277