IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**BERTHA STERLING and LLOYD STERLING, Deceased**
Name
**Route 1 Box 3**
Address
**Fallbrook, California**
City and State
**591**
Telephone Number

Defendant

FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
BERTHA STERLING          )
           and    Defendants, )
LLOYD STERLING, Deceased

Comes now the defendant (s) **BERTHA STERLING sued herein as DOE NINE HUNDRED FORTY TWO** and **LLOYD STERLING, Deceased sued herein as DOE NINE HUNDRED FORTY THREE** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Bertha Sterling*
*Loyd Sterling, Deceased*

7788