IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

July 18, 1951

**FLOYD C. WALKER & GRACE M. WALKER**
Name
**Rt. 3, Box 1141**
Address
**Escondido, California**
City and State
**Escondido 638 J**
Telephone Number

Defendant

FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
By ........................
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1247 |
| ) | |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| ) | |
| Defendants, ) | |

Comes now the defendant (s) __**FLOYD C. WALKER and**__

__**GRACE M. WALKER**__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Floyd C Walker*
*Grace M Walker*

7787