IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

July 18, 1951

**GEORGE S. BUTTRESS & HILDA R. BUTTRESS**
Name

**Rt. 1, Box 243**
Address

**Fallbrook, California**
City and State

**Fallbrook 7492**
Telephone Number

Defendant

FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
  Plaintiff, )
vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
  Defendants, )

Comes now the defendant (s) **GEORGE S. BUTTRESS and HILDA R. BUTTRESS**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ George S. Buttress*
*/s/ Hilda R. Buttress*

7786