IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

*Raymond Dark*
Name

*A 2 Box 125*
Address

*Fallbrook, Calif.*
City and State

*Fallbrook 258*
Telephone Number

Defendant

FILED
JUL 20 1951
EDMUND L. SMITH, Clerk
By ............................
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) *Raymond Dark*

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Raymond Dark*

FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
By ............................
DEPUTY CLERK

7821