IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Isabelle B Jack
Name

Rt 2 Box 125
Address

Fallbrook Calif
City and State

Fallbrook 258
Telephone Number

Defendant

FILED
JUL 20 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant (s) Isabelle B Jack

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Isabelle B. Jack

FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

7822