IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

*Florence V. Huscher, now by marriage Florence H. Patten*
*Martha E. Huscher now by marriage Martha E. Hibbs*
*Winifred* Name *Fay Huscher, now by marriage Winifred H. Lorbes*

*Fallbrook* Address *California*
*Kit Carson Colorado*
*Fall* City *Brook* and *California* State

—————————————
Telephone Number

Defendant

# FILED

JUL 23 1951

EDMUND L. SMITH, Clerk

By _____

DEPUTY CLERK

UNITED STATES OF AMERICA     )
                             )
                Plaintiff,   )
                             )
        vs.                  )     No. 1247
                             )
FALLBROOK PUBLIC UTILITY     )
DISTRICT, et al.,            )
                             )
                Defendants,  )

Comes now the defendant (s) *Florence V. Huscher, now by marriage*
*Florence H Patten,*
*Martha E. Huscher,*
*now by marriage Martha E. Hibbs, Winifred Fay*
*Huscher, now by marriage Winifred H. Lorbes*
and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Florence V. Huscher, now by marriage Florence H. Patten*
*Martha E. Huscher now by marriage Martha E. Hibbs*
*Winifred Fay Huscher. now by marriage Winifred H. Lorbes*

7820