IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Alice B. Long
Address: P.O. Box 685
City and State: Fallbrook California
Telephone Number: 7205

Defendant

FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
   vs.                    )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
            Defendants.   )

Comes now the defendant(s) Alice B. Long

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Alice B. Long*

7819