IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ted R. Yagle
Name
P.O. Box 545
Address
Fallbrook California
City and State
7194    7089
Telephone Number

Defendant

FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
           Plaintiff,    )
                         )
    vs.                  )    No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
           Defendants,   )

Comes now the defendant (s) ___Ted R. Yagle___

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Ted R. Yagle

7818