IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Richard R. Fiala
Address: P.O. Box 637
City and State: Fallbrook, California
Telephone Number: 396 441

Defendant

UNITED STATES OF AMERICA )
                          )
                Plaintiff, )
                          )
        vs.               )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
                Defendants,)

Comes now the defendant(s) Richard R. Fiala

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Richard R. Fiala*

7817