IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

EDSON ABEL
2223 Fulton Street
Berkeley 4, California
Telephone: Thornwall 3-9600

Attorney for Defendants
  Charlotte Flo Faulkner
  Raymond C. Faulkner



FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
By
        DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Civil Action File |
| Plaintiff, ) | No. 1247 |
| v. ) | ANSWER OF CHARLOTTE FLO FAULKNER |
| FALLBROOK PUBLIC UTILITY ) | and |
| DISTRICT, et al, ) | RAYMOND C. FAULKNER |
| Defendants. ) | |

Now come defendants, Charlotte Flo Faulkner, sued herein as Doe Three Hundred Thirty Four, and Raymond C. Faulkner, sued herein as Doe Three Hundred Thirty Five, and answering the complaint herein, admit, deny and allege as follows:

I.

These defendants allege that they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs II, III, IV, VII and IX, of the complaint herein and on that ground deny each and every one of said allegations. These defendants further deny that they or either of them have encroached in any way or to any degree upon any rights of the plaintiff in and to the waters of the Santa Margarita River.

7833

II.

Answering the allegations contained in Paragraph V of said complaint, these defendants admit the occurrence of the litigation referred to in said Paragraph but deny that they or either of them or any of their privies were parties to said litigation and these defendants further deny that they or either of them are bound in any way or to any degree by the judgments in said litigation or by the facts upon which said judgments were based. These defendants allege that with respect to the other allegations contained in said Paragraph V, these defendants are without knowledge or information sufficient to form a belief as to the truth thereof and therefor deny the same.

III.

Answering Paragraph VIII of said complaint, these defendants are unable to ascertain from the allegations therein whether the claims of plaintiff are rested on the applicable laws of the State of California or upon an alleged unconstitutional incident of sovereignty; that by reason of such inability to determine the precise bases for plaintiff's claims these defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of said Paragraph and therefore deny the same; these defendants admit the urgencies which are the natural incidents of national defense measures but deny that such urgencies are in any way or to any degree lawful bases for the confiscation and forfeiture of the properties or rights of these defendants.

WHEREFORE, these defendants pray:

1. That plaintiff take nothing by this action.
2. That defendants have and recover their costs herein expended.

*Edson Abel*
Attorney for defendants,
Charlotte Flo Faulkner
Raymond C. Faulkner

- 2 -

7834

```
STATE OF CALIFORNIA  )
                     ) SS.
COUNTY OF ALAMEDA    )
```

EDSON ABEL, being duly sworn, says that he is an attorney at law, and is the attorney of record for Charlotte Flo Faulkner and Raymond C. Faulkner, defendants in the within-entitled cause, and that he has his office in the City of Berkeley, County of Alameda, State of California; that the parties named hereinafter are attorneys of record for the plaintiff and other defendants in said cause and have their offices outside of the County of Alameda, State of California; that in the said City of Berkeley and in each of the places which said attorneys have their offices there is a United States Post Office, and between said City of Berkeley and said other places there is a regular daily communication by United States mail; that on the 20th day of July, 1951, affiant served a true copy of the answer of Charlotte Flo Faulkner and Raymond C. Faulkner herein on the following named attorneys:

> Ernest A. Tolin
> Betty Marshall Graydon
> U.S. Attorneys
> 325 West "F" St., Room 221
> San Diego, California
>
> W. B. Dennis
> Route 1, Box 58
> Fallbrook, California
>
> Swing, Scharnikow & Staniforth
> Attorneys at Law
> 604 San Diego Trust and Savings Building
> San Diego 1, California
>
> Jesse R. O'Malley
> Attorney at Law
> 1031 Rowan Building
> 458 South Spring Street
> Los Angeles 13, California
>
> Walter Gould Lincoln
> 1113 - 742 South Hill Street
> Los Angeles 14, California

7835

3

```
 1          Kenneth K. Wright
            215 West Seventh Street
 2          Los Angeles, California
 3
 4   by depositing copies of said answer on said date in the Post Office at
 5   Berkeley, said County of Alameda, State of California, properly enclosed
 6   in sealed envelopes separately addressed to the said attorneys at their
 7   respective addresses shown and prepaying the postage therein.
 8
 9                                              /s/ Edson Abel
                                                   EDSON ABEL
10
11   Subscribed and sworn to before me this 20th day of July, 1951.
12                                              /s/ Harold L. Neeland
                                                   HAROLD L. NEELAND
13                                              Notary Public in and for the
                                                County of Alameda, State of California
14
15
        (SEAL)
16
```

7836