IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1   Bessie H. Tracy and Ralph E. Tracy
          Name
2   P.O. Box 416
          Address
3   Fallbrook, California
      City    and    State
4         514
      Telephone Number
5
              Defendant
6

7

8   UNITED STATES OF AMERICA          )
                                       )
9                         Plaintiff,   )
                                       )
10              vs.                    )        No. 1247
                                       )
11  FALLBROOK PUBLIC UTILITY           )
    DISTRICT, et al.,                  )
12  BESSIE H. TRACY                    )
          and              Defendants, )
13  RALPH E. TRACY

14          Comes now the defendant (s) **BESSIE H. TRACY** sued herein as

15  **DOE NINE HUNDRED NINETY FOUR** and **RALPH E. TRACY** sued herein

16  as **DOE NINE HUNDRED NINETY FIVE** and for himself or themselves alone and answering  plaintiff's  complaint  on

17  file, herein denies (deny) each and every material allegation contained therein.

18

19                      *Bessie H Tracy*
20                      *Ralph E Tracy*
21

22

23

FILED

JUL 23 1951

EDMUND L. SMITH, Clerk

By _____
        DEPUTY CLERK

7816