IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ada Belle Solso and Roy O. Solso
*Name*
P.O. Box 114
*Address*
Fallbrook, California
*City and State*
566
*Telephone Number*

Defendant

**FILED**
JUL 23 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| ADA BELLE SOLSO and ROY O. SOLSO | ) |
| Defendants, | ) |

Comes now the defendant (s) __ADA BELLE SOLSO sued herein as DOE NINE HUNDRED TWENTY THREE and ROY O. SOLSO sued herein as DOE NINE HUNDRED TWENTY FOUR__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ada Belle Solso*
*Roy O. Solso*

7815