IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Alice W. Smith
Name
P.O. Box 123
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
       vs.               )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
ALICE W. SMITH   Defendants, )

FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

Comes now the defendant (s) **ALICE W. SMITH sued herein as DOE NINE HUNDRED THIRTEEN** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Alice W. Smith*
*Fallbrook Calif*

7814