IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

ARTHUR A. SAMPLE
Name
P.O. Box 85
Address
FALLBROOK, CALIFORNIA
City and State

Telephone Number

Defendant

FILED

JUL 23 1951

EDMOND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
    vs.                  )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s) __ARTHUR A. SAMPLE, sued herein as DOE EIGHT HUNDRED SEVENTY EIGHT,__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Arthur A. Sample,

7813