IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Charles E. Rafferty & Mabel Rafferty
Address: P. O. Box 5
City and State: Fallbrook, California
Telephone Number: 329

Defendant

FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
        vs.              )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
CHARLES E. RAFFERTY      )
      and                )   Defendants,
MABEL RAFFERTY           )

Comes now the defendant(s) **CHARLES E. RAFFERTY sued herein as DOE EIGHT HUNDRED FIFTEEN and MABEL RAFFERTY sued herein as DOE EIGHT HUNDRED SIXTEEN** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Charles E. Rafferty*
*Mabel Rafferty*

7812