IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Orionna F. Mattfield
Name
235 Juniper St.
Address
Fallbrook, Calif.
City and State
684
Telephone Number

Defendant

FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
_____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                          )
              Plaintiff,  )
                          )
       vs.                )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
ORIONNA F. MATTFIELD Defendants, )

Comes now the defendant(s) Orionna F. Mattfield
Sued Herein as DOE SIX HUNDRED EIGHTY SEVEN
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Orionna F. Mattfield*

7811