IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Theodore C. Mattfield
Name
235 Juniper Street
Address
Fallbrook, Calif.
City and State
684
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
           Plaintiff, )
)
    vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
THEODORE C. MATTFIELD Defendants, )

    Comes now the defendant (s) Theodore C. Mattfield sued herein as DOE SIX HUNDRED EIGHTY EIGHT and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Theodore C. Mattfield*

FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
DEPUTY CLERK

7810