IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Hazel Martin & Verne B. Martin
Address: Route 2 Box 262
City and State: Fallbrook, California
Telephone Number: 674

Defendant

FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
By /s/ [signature]
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
                Plaintiff, )
                          )
        vs.               )  No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
HAZEL MARTIN              )
  and                     )  Defendants,
VERNE B. MARTIN           )

Comes now the defendant (s) **HAZEL MARTIN sued herein as DOE SIX HUNDRED EIGHTY** and **VERNE B. MARTIN sued herein as DOE SIX HUNDRED EIGHTY THREE** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Hazel Martin
/s/ Verne B. Martin

7809