IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Harold R. Mahr
　　　Name
P.O. Box 621
　　　Address
Fallbrook, California
City　and　State
452
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
　　　　　　　Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
HAROLD R. MAHR　　Defendants, )

FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

　　Comes now the defendant (s) __HAROLD R. MAHR__ sued herein as DOE SIX HUNDRED SIXTY SEVEN

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Harold R Mahr

7808