IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

PAUL F. LOCKRIDGE and LUCILLE O. LOCKRIDGE
Name
P.O. Box 254
Address
FALLBROOK, CALIFORNIA
City and State
7031
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) PAUL F. LOCKRIDGE, sued herein as DOE SIX HUNDRED TWENTY SEVEN AND LUCILLE O. LOCKRIDGE, sued herein as DOE SIX HUNDRED TWENTY EIGHT, and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Paul F. Lockridge*
*Lucille O. Lockridge*

FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

7807