IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Opal R. Lincoln
Robert A. Lincoln
Name
Rt. 2 Box 23
Address
Fallbrook Calif.
City and State

_____
Telephone Number

Defendant

FILED

JUL 23 1951

EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA     )
                             )
                  Plaintiff, )
                             )
        vs.                  )   No. 1247
                             )
FALLBROOK PUBLIC UTILITY     )
DISTRICT, et al.,            )
                             )
                 Defendants, )

Comes now the defendant (s) Opal R. Lincoln sued as Doe 623 and Robert A. Lincoln sued as Doe 624 and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Opal R Lincoln
Robert A. Lincoln

7606