IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Allene King
Address: P.O. Box 632
City and State: Fallbrook, California
Telephone Number: 659

Defendant

UNITED STATES OF AMERICA, )
            Plaintiff, )
     vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
ALLENE KING    Defendants, )

FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
BY _____ DEPUTY CLERK

Comes now the defendant (s) __ALLENE KING sued herein as DOE FIVE HUNDRED SIXTY SIX__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Allene King

7805