IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Earl E. Johnson and Marion V. Johnson
Name
P.O. Box 231
Address
Fallbrook, California
City and State
255
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
EARL E. JOHNSON )
and  Defendants, )
MARION V. JOHNSON

Comes now the defendant(s) EARL E. JOHNSON sued herein as DOE FIVE HUNDRED FORTY THREE and MARION V. JOHNSON sued herein as DOE FIVE HUNDRED FIFTY and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Earl E. Johnson*
*Marion V. Johnson*

FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
By *[signature]*
DEPUTY CLERK

7604