IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Earl O. Hedrick and Lula M. Hedrick
Name

Route 1 Box 248
Address

Fallbrook, California
City and State

649
Telephone Number

Defendant

FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
By
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
EARL O. HEDRICK          )
  and        Defendants, )
LULA M. HEDRICK          )

Comes now the defendant (s) EARL O. HEDRICK sued herein as DOE FOUR HUNDRED SEVENTY THREE and LULA M. HEDRICK sued herein as DOE FOUR HUNDRED SEVENTY FOUR and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Earl A. Hedrick*

*Lula M Hedrick*

7803