IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1
Cliff H. Haselwood and Rana D. Haselwood
Name

2
P.O. Box 122
Address

3
Fallbrook, California
City   and   State

4
None
Telephone Number

5
Defendant

6

7

8
UNITED STATES OF AMERICA )

9
                    Plaintiff, )

10
            vs. )                    No. 1247

11
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )

12
CLIFF H. HASELWOOD )
and                    Defendants, )

13
RANA D. HASELWOOD

14
        Comes now the defendant (s) CLIFF H. HASELWOOD  sued herein as

15
DOE FOUR HUNDRED FIFTY TWO and RANA D. HASELWOOD sued herein

16
as DOE FOUR HUNDRED FIFTY THREE
and for himself or themselves alone and answering plaintiff's complaint on

17
file, herein denies (deny) each and every material allegation contained therein.

18

19
*Cliff H Haselwood*

20
*Rana D Haselwood*

21

22

23

24

25

26

27

28

29

30

31

32

FILED

JUL 23 1951

EDMUND L. SMITH, Clerk

DEPUTY CLERK

7802