IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  H. Louise Garland
                Name
2  P.O. Box 322
                Address
3  Fallbrook, California
      City    and    State
4  _____None_____
        Telephone Number
5
6                    Defendant

FILED

JUL 23 1951

EDMUND L. SMITH, Clerk

By _____
              DEPUTY CLERK

8  UNITED STATES OF AMERICA          )
                                     )
9                       Plaintiff,   )
                                     )
10          vs.                      )      No. 1247
                                     )
11  FALLBROOK PUBLIC UTILITY         )
    DISTRICT, et al.,                )
12                                   )
    H. LOUISE GARLAND      Defendants, )
13

14      Comes now the defendant (s)___H. LOUISE GARLAND   sued

15  herein as DOE THREE HUNDRED SEVENTY FOUR

16  and for himself or themselves alone and  answering  plaintiff's  complaint  on

17  file, herein denies (deny) each and every material allegation contained therein.

18

19                        H. Louise Garland

7801