IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1    Edna Rhodes & Roy Rhodes
                 Name
2    P.O. Box 108
                 Address
3    Fallbrook, California
       City    and    State
4          334
      Telephone Number

**FILED**
JUL 23 1951
EDMOND L. SMITH, Clerk
By _____
       DEPUTY CLERK

Defendant

UNITED STATES OF AMERICA    )
                 Plaintiff, )
     vs.                     )    No. 1247
FALLBROOK PUBLIC UTILITY    )
DISTRICT, et al.,
EDNA RHODES
   and          Defendants, )
ROY RHODES

      Comes now the defendant (s) **EDNA RHODES sued herein as DOE EIGHT HUNDRED FORTY THREE and ROY RHODES sued herein as DOE EIGHT HUNDRED FORTY FIVE** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Roy Rhodes*
*Edna Rhodes*

7800