Martha Fleshman and William S. Fleshman
Name

General Delivery
Address

Fallbrook, California
City and State

317
Telephone Number

Defendant,

FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
        Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
MARTHA FLESHMAN )
and         Defendants, )
WILLIAM S. FLESHMAN

       Comes now the defendant (s) MARTHA FLESHMAN sued herein as DOE THREE HUNDRED FORTY NINE and WILLIAM S. FLESHMAN sued herein as DOE THREE HUNDRED FIFTY and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*William S Fleshman*
*Martha F Fleshman*

7832