IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Elsie Farmer and William R. Farmer
Address: P.O. Box 244
City and State: Fallbrook, California
Telephone Number: 694

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
ELSIE FARMER )
and                 Defendants, )
WILLIAM R. FARMER

Comes now the defendant (s) __ELSIE FARMER sued herein as DOE ONE HUNDRED NINETEEN and WILLIAM R. FARMER sued herein as DOE THREE HUNDRED THIRTY THREE__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*William R. Farmer*
*Elsie Farmer*

FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

7799