District of California
Southern Division

Winifred Mary Billet and Henry Billet
Name

Route 2 Box 20
Address

Fallbrook, California
City and State

7303
Telephone Number

Defendant,

FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

UNITED STATES OF AMERICA )
                          )
              Plaintiff, )
                          )
    vs.                   )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
WINIFRED MARY BILLET      )
   and         Defendants,)
HENRY BILLET

Comes now the defendant (s) __WINIFRED MARY BILLET__
and __HENRY BILLET__
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Winifred Mary Billet
Henry Billet

7831