Harry J. Geyer & Mildred M. Geyer
Name

P.O. Box 664
Address

Fallbrook, California
City and State

423
Telephone Number

Defendant,

FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
           Plaintiff,    )
                         )
    vs.                  )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
HARRY J. GEYER           Defendants,)
    and
MILDRED M. GEYER

Comes now the defendant(s) HARRY J. GEYER sued herein as DOE THREE HUNDRED SEVENTY SEVEN and MILDRED M. GEYER sued herein as DOE THREE HUNDRED SEVENTY EIGHT and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Harry J. Geyer
Mildred M. Geyer

7830