Southern Division

ALONZO V. HOOVER
_____
Name

P.O. Box 513
_____
Address

FALLBROOK, CALIFORNIA
_____
City        and        State

_____
Telephone Number

              Defendant,

FILED

JUL 23 1951

EDMUND L. SMITH, Clerk

By_____
        DEPUTY CLERK

UNITED STATES OF AMERICA          )
                  Plaintiff,      )
                                  )
        vs.                       )          No. 1247
                                  )
FALLBROOK PUBLIC UTILITY          )
DISTRICT, et al.,                 )
                                  )
                  Defendants,     )


        Comes now the defendant (s)   ALONZO V. HOOVER, sued herein

as DOE FOUR HUNDRED NINETY SIX,
_____

_____

and for himself or themselves alone and answering plaintiff's

complaint on file, herein denies (deny) each and every material

allegation contained therein.

_____

7829