IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: C E Lamb
Address: Route 1 Box 173
City and State: Fallbrook, Calif.
Telephone Number: Fallbrook 522

Defendant

**FILED**
JUL 23 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants. ) | |

Comes now the defendant (s) C E Lamb sued herein as Doe 597 and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

C E Lamb