IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: *May W Lamb*
Address: *Route 1 Box 173*
City and State: *Fallbrook, Calif*
Telephone Number: *Fallbrook 522*

Defendant

FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
   Plaintiff, )
vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
   Defendants. )

Comes now the defendant(s) *May W Lamb sued herein as Doe 598* and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*May W Lamb*

7797