IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Viola Gust
Name
Rt. 1 Box 43
Address
Fallbrook, Calif.
City and State
7057
Telephone Number

Defendant

FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
                Plaintiff, )
                         )
vs.                      )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
                Defendants, )

Comes now the defendant (s) Viola Gust

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Viola Gust

7796