IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Elmar M Gust
Address:
City and State: Fallbrook California
Telephone Number: 7057

Defendant

FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
By [signature] DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Elmar M Gust

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Elmar M Gust

7795