IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Larry H. Keown
Name

P.O. Box 311
Address

Fallbrook, Calif.
City and State

None
Telephone Number

Defendant

July 19, 1951

FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

Larry H. Keown   Defendants,

No. 1247

Comes now the defendant (s) __Larry H. Keown,__
__Doe Five Hundred Sixty four_____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Larry H. Keown*
Larry H. Keown

7794