IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mildred W. Keown
Name
P.O. Box 311
Address
Fallbrook, Calif.
City and State
None
Telephone Number

Defendant

July 19, 1951

FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
Mildred W. Keown   Defendants, )

Comes now the defendant (s) Mildred W. Keown, Doe Five Hundred Sixty Five and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Mildred W. Keown*
Mildred W. Keown

7793