IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mariella Busenburg
Name
P.O. Box 41
Address
Fallbrook, Calif.
City and State
Fallbrook 7259
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
           Plaintiff, )
)
     vs.             )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
           Defendants, )

Comes now the defendant (s) Mariella Busenburg

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Mariella Busenburg
P.O. Box 41 - Fallbrook, Calif.

7792