IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Clentie G. Howard
Name

R. 2, Box 142
Fallbrook, Calif.
City and State

Telephone Number

Defendant

FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Clentie G. Howard

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Clentie G. Howard

7791