IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Birdie M. Howard
_____
Name
Rt. 2, Box 148
_____
Address
Fallbrook, Calif
_____
City    and    State
_____
Telephone Number

Defendant

**FILED**

JUL 23 1951

EDMUND L. SMITH, Clerk

By _____
DEPUTY CLERK

UNITED STATES OF AMERICA          )
                                  )
                      Plaintiff,  )
                                  )
            vs.                   )          No. 1247
                                  )
FALLBROOK PUBLIC UTILITY          )
DISTRICT, et al.,                 )
                                  )
                     Defendants,  )

Comes now the defendant (s) __Birdie M. Howard_____

_____

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Birdie M. Howard*

_____

7790