IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: VERA LEWIS JOHNSON
Address: ROUTE 2, Box 279
City and State: Fallbrook, California
Telephone Number:
Defendant

FILED
JUL 23 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
)
    Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
    Defendants, )

Comes now the defendant (s) _____

VERA LEWIS JOHNSON

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Vera Lewis Johnson*

7789