UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 1247 |
| Plaintiff, | MOTION TO INCLUDE ADDITIONAL PARTIES-DEFENDANT |
| vs. | |
| FALLBROOK PUBLIC UTILITY DISTRICT a public service corporation of the State of California, et al, | |

Comes now A. Devitt Vanech, Assistant Attorney General, Ernest A. Tolin, United States Attorney, and Betty Marshall Graydon, Assistant United States Attorney, attorneys for the plaintiff herein and move the Court for an order permitting joinder of additional parties-defendant pursuant to provisions of Rule 21 of the Rules of Civil Procedure.

DOROTHY J. ALFORD
HELEN HYDER ALLMAN
MATTISON DEAN ALLMAN
OLGA O. ANDERSON
ATCHESON, TOPEKA & SANTA FE RR CO.
OPAL WALLACE ATKISSON
THOMAS A. ATKISSON
CLARENCE W. AYERS
IVY B. AYERS
MERRILL BAKER
JOHN BARSKY
SONIS BARSKY
LOUISE SCHERER BAUER
LLOYD M. BAUGHN
MARGARET BAUGHN
ANNA MAY BECK
F. E. BECK
ANNA F. BENDLER
AUGUST J. BENDLER
CHARLOTTE K. BENNETT

FILED
JUL 24 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

1. KARL V. BENNIS
2. NINA BENNIS
3. ESTHER AMELIA BERTRAND
4. NET R. BIBB
5. JOE BISEK
6. THERESA BROSIUS BISEK
7. FLORA M. BLAKE
8. LEONARD F. BLOODSWORTH
9. NAOMI E. BLOODSWORTH
10. IONE BRADFORD
11. DONALD HARRIS BRITTINGHAM
12. KENNETH MARION BRITTINGHAM
13. WALTER B. BROOKE
14. ANNIE BRUNK
15. L. J. BRUNK
16. FRANK J. BURCH
17. ALICE M. BURLEY
18. E. C. BURWELL
19. IDAH J. BURWELL
20. JESSIE D. BUTTON
21. LOLA T. BUTTON
22. CALIF. INSTITUTE OF TECHNOLOGY
23. CANFIELD, CHLOE P. MEMORIAL HOME, INC.
24. DELLAMORE DAVID CARGILE
25. MARGUERITE C. CARGILE
26. LAWRENCE R. CARTER
27. PAULA GILLETT CARTER
28. SADIE G. CASSIN
29. BENJAMIN JOSEPH CHAMBERLAIN
30. MARIE CHAMBERLAIN
31. LEWIS CHARLES CHRISTIAN
32. ANTHONY CHRISTINO

1. MARGARET CHRISTINO
2. GEORGE THOMAS CHUCK
3. CITIZENS NATIONAL TRUST & SAVINGS BANK OF LOS ANGELES
4. FLORENCE DUNHAM COATES
5. GEORGE L. COATES
6. RISSA INTHA COATES
7. STANLEY K. COATES
8. LORRAINE E. COBURN
9. MARY S. COBURN
10. LEONE S. COMBS
11. WILLIAM B. COMBS
12. MILDRED G. CRITES AKA MILDRED G. PACKARD
13. CLIFFORD L. CRITTENDEN
14. MARTHA CRITTENDEN
15. PHILLIP B. CROSS
16. LOUIS TURLEY CULLING
17. GERA DAVIS CULTON
18. GILBERT M. CULTON
19. CAROLINE DAHL
20. ROMEL T. DAHL
21. CLINTON CLIFFORD DAVIDSON
22. EDITH PEARL DAVIDSON
23. CLYDE W. DAVIS
24. IVAH M. DAVIS
25. LE COMPTE DAVIS
26. LLOYD Q. DAVIS
27. IRA P. DEAN
28. J. J. DELOUGHERY
29. MARY DELOUGHERY
30. GRACE H. DENNI
31. JOSEPH A. DENNI
32. JOHN T. DONAHOE

| | |
|---|---|
| 1 | WILLIAM F. DONAHOE |
| 2 | CARL P. DRESCHER |
| 3 | LENORA A. DUNCANSON |
| 4 | RUBY LEE EASTON |
| 5 | PEARL R. ELLISON |
| 6 | HARVEY EMERSON |
| 7 | RUTH EMERSON |
| 8 | MARIA ERVIN |
| 9 | HAROLD A. FENDLER |
| 10 | MIRIAM O. FENDLER |
| 11 | ELLEN K. FIGARO |
| 12 | LOUIS FIGARO |
| 13 | PAULINE E. FLAHERTY |
| 14 | PETER J. FLAHERTY |
| 15 | ELIZABETH FLETCHER |
| 16 | HOMER M. FLETCHER |
| 17 | MELVIN M. FORD |
| 18 | ROBERT J. FORD |
| 19 | GRANT FRAKES |
| 20 | LOUIE N. FRAKES |
| 21 | AGNES FRANK |
| 22 | MAHLON FRANK |
| 23 | KENNETH HOMER GAGE |
| 24 | JOHN R. GAKLE |
| 25 | FLOSSIE L. GAKLE |
| 26 | MYRON V. GELTMAN |
| 27 | PAULINE C. GELTMAN |
| 28 | MAGDALENA SARA GOECKERMAN |
| 29 | WILLIAM HENRY GOECKERMAN |
| 30 | GEORGE W. GOLDENBEE |
| 31 | LELA P. GOLDENBEE |
| 32 | BRUNO GORSCHALKI |

1. HILDA GORSCHALKI
2. HARVEY O. GOSSEN
3. RUBY S. GOSSEN
4. ALICE M. GREEN
5. S. W. GREEN
6. LAWRENCE GRUNER
7. C. W. HAGGARD
8. LILLIE B. HAGGARD
9. EDNA M. HAPPEL
10. GEORGE J. HAPPEL
11. EDITH HARRIS
12. RALPH W. HARRIS
13. HENRY E. HASELWOOD
14. LILLIE BELL HASELWOOD
15. LESLIE ORLO HAYES
16. NELLE B. HAYES
17. DALLAS WILLIAM HEAD
18. JIM HEARD
19. A. C. HELVY
20. FRANCIS W. HESS
21. MERNA J. HESS
22. LAURA M. HERRING
23. JUDY HIBBARD
24. ROYAL HIBBARD
25. EARL P. HILL
26. ELIZABETH JANE HOLLEY
27. FERN C. HOSTETTER
28. WAYNE C. HOSTETTER
29. ALBERT J. HUBER
30. EUNICE M. HUBER
31. ARTHUR W. HUDSON
32. K. E. HUNTER

| | |
|---|---|
| 1 | DOMENICK IPPOLITO |
| 2 | JOHN A. IPPOLITO |
| 3 | THERESA IPPOLITO |
| 4 | W. H. IVEY |
| 5 | CELIA L. JACOBSON |
| 6 | HERBERT JAMES |
| 7 | MINNIE JAMES |
| 8 | ALBERT JEFFRIES |
| 9 | MARTHA JEFFRIES |
| 10 | C. F. JENKINS |
| 11 | DAISY M. JENSEN |
| 12 | H. H. JENSEN |
| 13 | FILIMORE A. JOHNSON |
| 14 | HENRIETTA MAY JOHNSON |
| 15 | MARGUERITE C. JOHNSON |
| 16 | COLMER JONES |
| 17 | JOHN P. JONES |
| 18 | PEARL O. JONES |
| 19 | EARLE S. KAEMPF |
| 20 | LOUISE V. KAEMPF |
| 21 | CLAIRE KAUFMAN |
| 22 | RUTH W. KENNEY |
| 23 | THOMAS K. KENNEY |
| 24 | JOHN B. KENTIS |
| 25 | PENELOPE C. KENTIS |
| 26 | GEORGIA E. KERR |
| 27 | REGINA RAE KERR |
| 28 | ROBERT ROSS KERR, JR. |
| 29 | ROBERT R. KERR |
| 30 | WILLIAM DAVID KERR |
| 31 | HAZEL DENE KIPKEY |
| 32 | LAURENCE D. KLOSE |

1. HERBERT O. KNECHT
2. FLORA S. KNOX
3. GARNER L. KNOX
4. WALTER G. KNOX
5. JAMES EDWARD KROES
6. PIETER KROES
7. IDA S. KUEHNLE
8. MARY LAWRENCE
9. HOMER S. LEWIS
10. LINCOLN ESCROW CO.
11. CECIL B. LINDSEY
12. FRED LESTER LIPP
13. MAUDE I. LITTLEFIELD
14. EDGAR S. LOHMAN
15. MYRTLE D. LOHMAN
16. GUDMOND O. LUND
17. FRIDOLPH E. E. LUNDGREN
18. GRACE LUNDGREN
19. OPHA A. LUNDGREN
20. GEORGIA LUTHER
21. FRANCES MCCARRELL
22. ALMA F. MCDANIEL
23. RICHARD C. MCDANIEL
24. THISBE J. MCGUIRE
25. THOMAS C. MCGUIRE
26. GEDDIE W. MCKETHAN
27. IVAN E. MCKINLEY
28. MATHEA A. MCKINLEY
29. BEN MABEN
30. EDNA G. MABEN
31. JOSEPH M. MAIDENBERG
32. SOLEMON MAIDENBERG

| | |
|---|---|
| 1 | E. MANGAN |
| 2 | LOUIS A. MANGAN |
| 3 | VIOLET O. MARDOCK |
| 4 | DILILAH MARGETTS |
| 5 | ISADOR S. MARGOLIS |
| 6 | ADA D. MARKS |
| 7 | PAUL R. MARKS |
| 8 | DOROTHY L. MARSHALL |
| 9 | PHILLIP S. MARSHALL |
| 10 | HAZEL A. MARTEL |
| 11 | D. C. MARTIN |
| 12 | HENRY A. MARTIN |
| 13 | LA FERN MARTIN AKA FERN D. MARTIN |
| 14 | MADGE MARTY |
| 15 | ELIZABETH R. MATSCHKE |
| 16 | LORENZ E. MATSCHKE |
| 17 | ELSIE M. MATTHIAS |
| 18 | NORMA E. MATTHIAS |
| 19 | FLORENCE H. MILLER |
| 20 | JOHN G. MILLER |
| 21 | SANTO MORALES |
| 22 | HERTHA MOREFIELD |
| 23 | HOWARD B. MOREFIELD |
| 24 | JAMES E. MORTON |
| 25 | JESSIE P. MORTON |
| 26 | BETTY B. MURCELL |
| 27 | J. H. RAYMOND NETTLESHIP |
| 28 | MILDRED J. NETTLESHIP |
| 29 | JOHN H. NICHOLS |
| 30 | MARION R. NICHOLS |
| 31 | RUTH E. NICOLA |
| 32 | TESLA C. NICOLA |

1. HOKE S. NORVILLE
2. MABEL H. NORVILLE
3. LOLA OESTREICHER
4. LESTER C. OFFEN
5. HAZEL D. ORMSBY
6. DONALD T. OSTER
7. PAULINE B. OSTER
8. GEORGIA E. OTT
9. JOHN W. OTT
10. LAURA M. OXLEY
11. GEORGE PATTON
12. ANDREW PAVLOS
13. LEO K. PAVLOS
14. ZAHARULA A. PAVLOS
15. RESSIE M. PETERS
16. A. A. POLHAMUS
17. MAUD W. PORTER
18. HENRIETTA E. POSCHEN
19. WILLIAM C. POWELL
20. ADA E. PRUITT
21. JAMES L. PRUITT
22. HARRY A. PURSCHE
23. HELEN B. PURSCHE
24. MARTHA F. RADCLIFFE
25. DORSEY W. RAGLAND
26. JACK R. RAGLAND
27. GENEVIEVE RAMIREZ
28. ERNEST G. REGISTER
29. ROBERT LEE REGISTER
30. MARY REZAC
31. MARY ELIZABETH REZAC
32. CARL E. RICE

1. GUSSIE RICE
2. MYRTLE E. RIDENOUR
3. RALPH O. RIDENOUR
4. LEON ROACH
5. CHARLES A. ROBERTS
6. MARGARET ALICE ROBERTS
7. THOMAS D. ROBERTS
8. JULIENNE VAASA ROBINSON
9. EDNA RODRIGUEZ
10. RUDOLPH RODRIGUEZ
11. RUBEN J. ROJAS
12. BESSIE M. ROONEY
13. DANIEL J. ROONEY
14. HENRY SALCEDO
15. JOSEPHINE SALCEDO
16. HELENA SANTO
17. CORNELIA M. SAUBLE
18. MAX SCHNEIDER
19. MARIANNE E. SCHRADER
20. WILLIAM SCHRADER
21. WALTER ALBERT SCHROEDER
22. HENRY H. SCOTT
23. LESLIE SCOTT
24. LOIS SCOTT
25. MYRTLE HARRIS SCOTT
26. WILLARD R. SCOTT
27. STANLEY A. SEARLE
28. SECURITY FIRST NATIONAL BANK OF LOS ANGELES
29. MADELYN SHAFER
30. JOAN B. SHAVER
31. S. N. SHIRLEY
32. MONICA B. SIMMONS

1. RICHARD H. SIMMONS
2. A. J. SIMONATIS
3. GLEN A. SLATON
4. ASTRID M. SMITH
5. PAUL J. SMITH
6. R. L. P. SMITH
7. MINNIE S. SMITHEN
8. ARTHUR A. SNYDER, JR.
9. SOUTHERN CALIFORNIA BAPTIST CONVENTION
10. SOUTHERN PACIFIC LAND CO.
11. ISAAC JOHN SPANN
12. RUTH F. SPANN
13. IDA SPENCER
14. SHIRLEY JANE STANSBURY
15. PAULA K. STEIN
16. FREDERIC E. STOKES
17. HELEN D. STOKES
18. JAMES ADDISON STONEBREAKER
19. JOSEPH H. STONER
20. ADELE T. STROUT
21. EDWIN ALBERT STROUT
22. ARTHUR M. SUTTON
23. ELEANOR FORSYTH SWIMM
24. IMOGENE C. TAYLOR
25. MINNIE A. TAYLOR
26. W. MADISON TAYLOR
27. GERTRUDE J. TEEL
28. AGNES H. THARALSON
29. ANTONI ALBERT THELEN
30. GEORGE JOHN THELEN
31. RALPH R. H. THOMAS
32. GLENN M. THOMPSON

| | |
|---|---|
| 1 | MARY TAYLOR THOMPSON |
| 2 | DAISY E. THORPE |
| 3 | TITLE INSURANCE & TRUST CO. |
| 4 | MICHAEL V. TOBIN |
| 5 | RUBY N. TOBIN |
| 6 | GLADYS W. UHL |
| 7 | SYLVESTER J. UHL |
| 8 | UNION NATIONAL BANK OF PASADENA |
| 9 | UNION OIL LOS ANGELES REFINERY EMPLOYEES FEDERAL CREDIT UNION |
| 10 | UNITED AVOCADO GROWERS |
| 11 | UNITED CONCRETE PIPE CORP. |
| 12 | ALEXANDER VAIL |
| 13 | RUSSELL VAIL |
| 14 | LAURA VITALE |
| 15 | WILLIAM VITALE |
| 16 | HELEN E. WALKER |
| 17 | JOHN A. L. WALKER |
| 18 | HILDEGARD L. WALTZ |
| 19 | WILLIAM J. WALTZ |
| 20 | HARRY WATSON |
| 21 | DORIS E. WEISEL |
| 22 | PETER J. WEISEL, JR. |
| 23 | ANNA B. WHITMORE |
| 24 | F. B. WHITMORE |
| 25 | FERRELL E. WHITTEN |
| 26 | MARY F. WHITTEN |
| 27 | JULIA WIEKE |
| 28 | ELIZABETH STEWARD WILLIAMS |
| 29 | GAIL WILLIAMS |
| 30 | L. C. WILLIAMS |
| 31 | GEORGE H. WILLIAMSON |
| 32 | HAZEL A. WILSON |

1. SAMUEL M. WILSON
2. RETTA WINTER
3. MARGARET WISDOM
4. WILLIAM HARVEY WISDOM
5. FLORENCE D. WODHAMS
6. LLOYD S. WODHAMS
7. HERBERT REX WOODARD
8. RUBY WILMA WOODARD
9. DORIS I. WORCESTER
10. DARWIN B. WRIGHT
11. LUCYLE A. WRIGHT
12. HELEN S. YOAKUM

This motion is made so that the Court may have before it the additional parties-defendant in order that the subject matter of this controversy may be adjudicated completely in one action.

A. DEVITT VANECH
Assistant Attorney General

ERNEST A. TOLIN
United States Attorney

*[signature: Betty Marshall Graydon]*

BETTY MARSHALL GRAYDON
Assistant United States Attorney