UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )          Civil No. 1247
                                    )
        vs.                         )          ORDER TO INCLUDE
                                    )          ADDITIONAL PARTIES-
FALLBROOK PUBLIC UTILITY DISTRICT)             DEFENDANT
a public service corporation of  )
the State of California, et al,  )

        Upon motion of the Assistant Attorney General, United
States Attorney and Assistant United States Attorney, and
the Court being fully advised in the premises, and having
read the motion of the United States Attorney for the Sou-
thern District of California, and it appearing to the
satisfaction of the Court that the following named persons
should be before the Court in order that the subject mat-
ter of this controversy may be adjudicated completely in
one action, and that they therefore should be made parties-
defendant herein:

DOROTHY J. ALFORD

HELEN HYDER ALLMAN

MATTISON DEAN ALLMAN

OLGA O. ANDERSON

ATCHESON, TOPEKA & SANTA FE RR CO.

OPAL WALLACE ATKISSON

THOMAS A. ATKISSON

CLARENCE W. AYERS

IVY B. AYERS

MERRILL BAKER

JOHN BARSKY

SONIS BARSKY

LOUISE SCHERER BAUER

LLOYD M. BAUGHN

MARGARET BAUGHN

ANNA MAY BECK

F. E. BECK

ANNA F. BENDLER

FILED

UL 24 1951

EDMUND L. SMITH, Clerk

By

DEPUTY CLERK

278

1   AUGUST J. BENDLER

2   CHARLOTTE K. BENNETT

3   KARL V. BEHNIS

4   NINA BENNIS

5   ESTHER AMELIA BERTRAND

6   NET R. BIBB

7   JOE BISEK

8   THERESA BROSIUS BISEK

9   FLORA M. BLAKE

10   LEONARD F. BLOODSWORTH

11   NAOMI E. BLOODSWORTH

12   IONE BRADFORD

13   DONALD HARRIS BRITTINGHAM

14   KENNETH MARION BRITTINGHAM

15   WALTER B. BROOKE

16   ANNIE BRUNK

17   L. J. BRUNK

18   FRANK J. BURCH

19   ALICE M. BURLEY

20   E. C. BURWELL

21   IDAH J. BURWELL

22   JESSIE D. BUTTON

23   LOLA T. BUTTON

24   CALIF. INSTITUTE OF TECHNOLOGY

25   CANFIELD, CHLOE P. MEMORIAL HOME, INC.

26   DELLAMORE DAVID CARGILE

27   MARGUERITE C. CARGILE

28   LAWRENCE R. CARTER

29   PAULA GILLETT CARTER

30   SADIE G. CASSIN

31   BENJAMIN JOSEPH CHAMBERLAIN

32   MARIE CHAMBERLAIN

1   LEWIS CHARLES CHRISTIAN

2   ANTHONY CHRISTINO

3   MARGARET CHRISTINO

4   GEORGE THOMAS CHUCK

5   CITIZENS NATIONAL TRUST & SAVINGS
    BANK OF LOS ANGELES
6   FLORENCE DUNHAM COATES

7   GEORGE L. COATES

8   RISSA INTHA COATES

9   STANLEY K. COATES

10  LORRAINE E. COBURN

11  MARY S. COBURN

12  LEONE S. COMBS

13  WILLIAM B. COMBS

14  MILDRED G. CRITES AKA MILDRED G. PACKARD

15  CLIFFORD L. CRITTENDEN

16  MARTHA CRITTENDEN

17  PHILLIP B. CROSS

18  LOUIS TURLEY CULLING

19  GERA DAVIS CULTON

20  GILBERT M. CULTON

21  CAROLINE DAHL

22  ROMEL T. DAHL

23  CLINTON CLIFFORD DAVIDSON

24  EDITH PEARL DAVIDSON

25  CLYDE W. DAVIS

26  IVAH M. DAVIS

27  LE COMPTE DAVIS

28  LLOYD Q. DAVIS

29  IRA P. DEAN

30  J. J. DELOUGHERY

31  MARY DELOUGHERY

32  GRACE H. DENNI

280

| | |
|---|---|
| 1 | JOSEPH A. DENNI |
| 2 | JOHN T. DONAHOE |
| 3 | WILLIAM F. DONAHOE |
| 4 | CARL P. DRESCHER |
| 5 | LENORA A. DUNCANSON |
| 6 | RUBY LEE EASTON |
| 7 | PEARL R. ELLISON |
| 8 | HARVEY EMERSON |
| 9 | RUTH EMERSON |
| 10 | MARIA ERVIN |
| 11 | HAROLD A. FENDLER |
| 12 | MIRIAM O. FENDLER |
| 13 | ELLEN K. FIGARO |
| 14 | LOUIS FIGARO |
| 15 | PAULINE E. FLAHERTY |
| 16 | PETER J. FLAHERTY |
| 17 | ELIZABETH FLETCHER |
| 18 | HOMER M. FLETCHER |
| 19 | MELVIN M. FORD |
| 20 | ROBERT J. FORD |
| 21 | GRANT FRAKES |
| 22 | LOUIE N. FRAKES |
| 23 | AGNES FRANK |
| 24 | MAHLON FRANK |
| 25 | KENNETH HOMER GAGE |
| 26 | JOHN R. GAKLE |
| 27 | FLOSSIE L. GAKLE |
| 28 | MYRON V. GELTMAN |
| 29 | PAULINE C. GELTMAN |
| 30 | MAGDALENA SARA GOECKERMAN |
| 31 | WILLIAM HENRY GOECKERMAN |
| 32 | GEORGE W. GOLDENBEE |

4

281

1 LELA P. GOLDENBEE

2 BRUNO GORSCHALKI

3 HILDA GORSCHALKI

4 HARVEY O. GOSSEN

5 RUBY S. GOSSEN

6 ALICE M. GREEN

7 S. W. GREEN

8 LAWRENCE GRUNER

9 C. W. HAGGARD

10 LILLIE B. HAGGARD

11 EDNA M. HAPPEL

12 GEORGE J. HAPPEL

13 EDITH HARRIS

14 RALPH W. HARRIS

15 HENRY E. HASELWOOD

16 LILLIE BELL HASELWOOD

17 LESLIE ORLO HAYES

18 NELLE B. HAYES

19 DALLAS WILLIAM HEAD

20 JIM HEARD

21 A. C. HELVY

22 FRANCIS W. HESS

23 MERNA J. HESS

24 LAURA M. HERRING

25 JUDY HIBBARD

26 ROYAL HIBBARD

27 EARL P. HILL

28 ELIZABETH JANE HOLLEY

29 FERN C. HOSTETTER

30 WAYNE C. HOSTETTER

31 ALBERT J. HUBER

32 EUNICE M. HUBER

282

| | |
|---|---|
| 1 | ARTHUR W. HUDSON |
| 2 | K. E. HUNTER |
| 3 | DOMENICK IPPOLITO |
| 4 | JOHN A. IPPOLITO |
| 5 | THERESA IPPOLITO |
| 6 | W. H. IVEY |
| 7 | CELIA L. JACOBSON |
| 8 | HERBERT JAMES |
| 9 | MINNIE JAMES |
| 10 | ALBERT JEFFRIES |
| 11 | MARTHA JEFFRIES |
| 12 | C. F. JENKINS |
| 13 | DAISY M. JENSEN |
| 14 | H. H. JENSEN |
| 15 | FILLMORE A. JOHNSON |
| 16 | HENRIETTA MAY JOHNSON |
| 17 | MARGUERITE C. JOHNSON |
| 18 | COLMER JONES |
| 19 | JOHN P. JONES |
| 20 | PEARL O. JONES |
| 21 | EARLE S. KAEMF |
| 22 | LOUISE V. KAEMPF |
| 23 | CLAIRE KAUFMAN |
| 24 | RUTH W. KENNEY |
| 25 | THOMAS K. KENNEY |
| 26 | JOHN B. KENTIS |
| 27 | PENELOPE C. KENTIS |
| 28 | GEORGIA E. KERR |
| 29 | REGINA RAE KERR |
| 30 | ROBERT ROSS KERR, JR. |
| 31 | ROBERT R. KERR |
| 32 | WILLIAM DAVID KERR |

283

1  HAZEL DENE KIPKEY

2  LAURENCE D. KLOSE

3  HERBERT O. KNECHT

4  FLORA S.  KNOX

5  GARNER L. KNOX

6  WALTER G. KNOX

7  JAMES EDWARD KROES

8  PIETER KROES

9  IDA S. KUEHNLE

10  MARY LAWRENCE

11  HOMER S. LEWIS

12  LINCOLN ESCROW CO.

13  CECIL B. LINDSEY

14  FRED LESTER LIPP

15  MAUDE I. LITTLEFIELD

16  EDGAR S. LOHMAN

17  MYRTLE D. LOHMAN

18  GUDMOND O. LUND

19  FRIDOLPH E. E. LUNDGREN

20  GRACE LUNDGREN

21  OPHA A. LUNDGREN

22  GEORGIA LUTHER

23  FRANCES McCARRELL

24  ALMA F. McDANIEL

25  RICHARD C. McDANIEL

26  THISBE J. McGUIRE

27  THOMAS C. McGUIRE

28  GEDDIE W. McKETHAN

29  IVAN E. McKINLEY

30  MATHEA A. McKINLEY

31  BEN MABEN

32  EDNA G. MABEN

| | |
|---|---|
| 1 | JOSEPH M. MAIDENBERG |
| 2 | SOLEMON MAIDENBERG |
| 3 | E. MANGAN |
| 4 | LOUIS A. MANGAN |
| 5 | VIOLET O. MARDOCK |
| 6 | DILILAH MARGETTS |
| 7 | ISADOR S. MARGOLIS |
| 8 | ADA D. MARKS |
| 9 | PAUL R. MARKS |
| 10 | DOROTHY L. MARSHALL |
| 11 | PHILLIP S. MARSHALL |
| 12 | HAZEL A. MARTEL |
| 13 | D. C. MARTIN |
| 14 | HENRY A. MARTIN |
| 15 | LA FERN MARTIN AKA FERN D. MARTIN |
| 16 | MADGE MARTY |
| 17 | ELIZABETH R. MATSCHKE |
| 18 | LORENZ E. MATSCHKE |
| 19 | ELSIE M. MATTHIAS |
| 20 | NORMA E. MATTHIAS |
| 21 | FLORENCE H. MILLER |
| 22 | JOHN G. MILLER |
| 23 | SANTO MORALES |
| 24 | HERTHA MOREFIELD |
| 25 | HOWARD B. MOREFIELD |
| 26 | JAMES E. MORTON |
| 27 | JESSIE P. MORTON |
| 28 | BETTY B. MURCELL |
| 29 | J. H. RAYMOND NETTLESHIP |
| 30 | MILDRED J. NETTLESHIP |
| 31 | JOHN H. NICHOLS |
| 32 | MARION R. NICHOLS |

8

285

1      RUTH E. NICOLA

2      TESLA C. NICOLA

3      HOKE S. NORVILLE

4      MABEL H. NORVILLE

5      LOLA OESTREICHER

6      LESTER C. OFFEN

7      HAZEL D. ORMSBY

8      DONALD T. OSTER

9      PAULINE B. OSTER

10      GEORGIA E. OTT

11      JOHN W. OTT

12      LAURA M. OXLEY

13      GEORGE PATTON

14      ANDREW PAVLOS

15      LEO K. PAVLOS

16      ZAHARULA A. PAVLOS

17      RESSIE M. PETERS

18      A. A. POLHAMUS

19      MAUD W. PORTER

20      HENRIETTA E. POSCHEN

21      WILLIAM C. POWELL

22      ADA E. PRUITT

23      JAMES L. PRUITT

24      HARRY A. PURSCHE

25      HELEN B. PURSCHE

26      MARTHA F. RADCLIFFE

27      DORSEY W. RAGLAND

28      JACK R. RAGLAND

29      GENEVIEVE RAMIREZ

30      ERNEST G. REGISTER

31      ROBERT LEE REGISTER

32      MARY REZAC

286

1    MARY ELIZABETH REZAC

2    CARL E. RICE

3    GUSSIE RICE

4    MYRTLE E. RIDENOUR

5    RALPH O. RIDENOUR

6    LEON ROACH

7    CHARLES A. ROBERTS

8    MARGARET ALICE ROBERTS

9    THOMAS D. ROBERTS

10    JULIENNE VAASA ROBINSON

11    EDNA RODRIGUEZ

12    RUDOLPH RODRIGUEZ

13    RUBEN J. ROJAS

14    BESSIE M. ROONEY

15    DANIEL J. ROONEY

16    HENRY SALCEDO

17    JOSEPHINE SALCEDO

18    HELENA SANTO

19    CORNELIA M. SAUBLE

20    MAX SCHNEIDER

21    MARIANNE E. SCHRADER

22    WILLIAM SCHRADER

23    WALTER ALBERT SCHROEDER

24    HENRY H. SCOTT

25    LESLIE SCOTT

26    LOIS SCOTT

27    MYRTLE HARRIS SCOTT

28    WILLARD R. SCOTT

29    STANLEY A. SEARLE

30    SECURITY FIRST NATIONAL BANK
OF LOS ANGELES

31    MADELYN SHAFER

32    JOAN B. SHAVER

1   S. N. SHIRLEY

2   MONICA B. SIMMONS

3   RICHARD H. SIMMONS

4   A. J. SIMONATIS

5   GLEN A. SLATON

6   ASTRID M. SMITH

7   PAUL J. SMITH

8   R. L. P. SMITH

9   MINNIE S. SMITHEN

10   ARTHUR A. SNYDER, JR.

11   SOUTHERN CALIFORNIA BAPTIST CONVENTION

12   SOUTHERN PACIFIC LAND CO.

13    ISAAC JOHN SPANN

14   RUTH F. SPANN

15   IDA SPENCER

16   SHIRLEY JANE STANSBURY

17   PAULA K. STEIN

18   FREDERIC E. STOKES

19   HELEN D. STOKES

20   JAMES ADDISON STONEBREAKER

21   JOSEPH H. STONER

22   ADELE T. STROUT

23   EDWIN ALBERT STROUT

24   ARTHUR M. SUTTON

25   ELEANOR FORSYTH SWIMM

26   IMOGENE C. TAYLOR

27   MINNIE A. TAYLOR

28   W. MADISON TAYLOR

29   GERTRUDE J. TEEL

30   AGNES H. THARALSON

31   ANTONI ALBERT THELEN

32   GEORGE JOHN THELEN

288

1    RALPH R. H. THOMAS

2    GLENN M. THOMPSON

3    MARY TAYLOR THOMPSON

4    DAISY E. THORPE

5    TITLE INSURANCE & TRUST CO.

6    MICHAEL V. TOBIN

7    RUBY N. TOBIN

8    GLADYS W. UHL

9    SYLVESTER J. UHL

10   UNION NATIONAL BANK OF PASADENA

11   UNION OIL LOS ANGELES REFINERY
     EMPLOYEES FEDERAL CREDIT UNION
12   UNITED AVOCADO GROWERS

13   UNITED CONCRETE PIPE CORP.

14   ALEXANDER VAIL

15   RUSSELL VAIL

16   LAURA VITALE

17   WILLIAM VITALE

18   HELEN E. WALKER

19   JOHN A. L. WALKER

20   HILDEGARD L. WALTZ

21   WILLIAM J. WALTZ

22   HARRY WATSON

23   DORIS E. WEISEL

24   PETER J. WEISEL, JR.

25   ANNA B. WHITMORE

26   F. B. WHITMORE

27   FERRELL E. WHITTEN

28   MARY F. WHITTEN

29   JULIA WIEKE

30   ELIZABETH STEWARD WILLIAMS

31   GAIL WILLIAMS

32   L. C. WILLIAMS

289

1  GEORGE H. WILLIAMSON

2  HAZEL A. WILSON

3  SAMUEL M. WILSON

4  RETTA WINTER

5  MARGARET WISDOM

6  WILLIAM HARVEY WISDOM

7  FLORENCE D. WODHAMS

8  LLOYD S. WODHAMS

9  HERBERT REX WOODARD

10  RUBY WILMA WOODARD

11  DORIS I. WORCESTER

12  DARWIN B. WRIGHT

13  LUCYLE A. WRIGHT

14  HELEN S. YOAKUM

15      It is, by the Court, hereby ORDERED, ADJUDGED AND
16  DECREED that the above-named persons be added and in-
    cluded herein as parties-defendant.

17      DATED this **24** day of _July_ 1951.

18

19                              Jacob Weinberger
20                                  Judge

21  A. DEVITT VANECH
    Assistant Attorney General

22

23  ERNEST A. TOLIN
    United States Attorney
24

25  BETTY MARSHALL GRAYDON
    Assistant United States Attorney    United States District Judge

26

27

28

29

30

31

32

                        13

                                                    290