IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

| | |
|---|---|
| Name | Murray S and Frances M Johnston |
| Address | Route 1 Box 230 |
| City and State | Fallbrook, California |
| Telephone Number | Fallbrook 7275 |

Defendant

UNITED STATES OF AMERICA )
)
          Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
          Defendants, )

FILED
JUL 24 1951
EDMUND L. SMITH, Clerk
By [signature]
DEPUTY CLERK

    Comes now the defendant (s) Murray S Johnston and Frances M Johnston, husband and wife

and for ~~himself or~~ themselves alone and answering plaintiff's complaint on file, herein ~~denies~~ (deny) each and every material allegation contained therein.

for the following reasons:

  1. We believe water furnished us by the Fallbrook Public Utility District to be a blend of waters from several different sources including : Colorado River, San Luis Rey River, Santa Margarita River.

  2. To the best of our knowledge and belief, the Fallbrook Public Utility District possesses full legal rights to furnish its members, and these members have full legal rights to use, water from the aforementioned sources including the Santa Margarita River.

  3. We base our claim to the use of the aforementioned water blend on the fact that we, as members of the Fallbrook Public Utility District, in good faith, have been using water furnished to us by said District since the inception of the District.

                              Murray S Johnston
                              Frances M. Johnston

7823