IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Alexandra Ghika
Name

Rte 2, Box 112
Address

Fallbrook, California
City and State

504
Telephone Number

Defendant

FILED
JUL 24 1951
EDMOND L. SMITH, Clerk
By /s/ ................
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
       vs.               )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s) ____Alexandra Ghika____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Alexandra Ghika*

7825