IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Victor B. Westfall, Jr.
Frances M. Westfall
_____
Name
225 Ea. Fig Str.
_____
Address
Fallbrook, Calif.
_____
City       and       State
7263
_____
Telephone Number

Defendant

FILED
JUL 24 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA     )
                             )
              Plaintiff,     )
                             )
        vs.                  )   No. 1247
                             )
FALLBROOK PUBLIC UTILITY     )
DISTRICT, et al.,            )
                             )
              Defendants,    )

Comes now the defendant(s) Victor B. Westfall, Jr. and Frances M. Westfall, husband and wife, and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Victor B. Westfall, Jr.*
*Frances M. Westfall*

7826