IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Gilbert R. Van Dyke
_____Name_____
Box PM
_____Address_____
Fallbrook, California
__City__ and __State__
7 253
_____Telephone Number_____

Defendant

FILED
JUL 24 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
             Plaintiff,  )
                         )
        vs.              )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant (s) Gilbert R. Van Dyke

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Gilbert R. Van Dyke* (signature)

7827