IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Frank L. Lillie
Name
Route 2 Box 141
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
         Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
FRANK L. LILLIE  Defendants, )

Comes now the defendant(s) **FRANK L. LILLIE** sued herein as **DOE SIX HUNDRED TWENTY** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Frank L. Lillie*

7828