IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: (Mrs.) Jean Good
Address: Rt 1 Box 6 c/o Dale Damron
City and State: Fallbrook, Calif
Telephone Number: 7215

Defendant

FILED
JUL 25 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                          )
              Plaintiff,  )
                          )
         vs.              )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
              Defendants, )

Comes now the defendant (s) Jean Good

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Jean Good

7842