IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

HAZEL SUMMIT QUALLS AND LLOYD G. QUALLS
Name
Rt. 1 - Box 233
Address
FALLBROOK, CALIFORNIA
City and State

Telephone Number

Defendant

FILED
JUL 25 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) ANSWER OF HAZEL SUMMIT QUALLS AND |
| Defendants. | ) LLOYD G. QUALLS |

Comes now the defendant(s) HAZEL SUMMIT QUALLS, sued herein as DOE EIGHT HUNDRED THIRTEEN AND LLOYD G. QUALLS, sued herein as DOE EIGHT HUNDRED FOURTEEN and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Hazel Summit Qualls*
*Lloyd G. Qualls*

7837

41