IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

CLARA E. MACDONALD
Name
Rt. 2  Box 169
Address
Fallbrook,  California
City   and   State
none
Telephone Number

Defendant

FILED
JUL 25 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA         )
                                 )
                      Plaintiff, )
                                 )
        vs.                      )   No. 1247
                                 )
FALLBROOK PUBLIC UTILITY         )
DISTRICT, et al.,                )
                                 )
                     Defendants, )

Comes now the defendant (s) ___CLARA E. MACDONALD___

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Clara E. MacDonald*

7841