IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Hallie H. Ferrell**
_____
Name
**Route 1  Box 231**
_____
Address
**Fallbrook, California**
_____
City     and     State
None
_____
Telephone Number

Defendant

**FILED**

JUL 25 1951

EDMUND L. SMITH, Clerk

By _____
DEPUTY CLERK

UNITED STATES OF AMERICA        )
                                )
                    Plaintiff,  )
                                )
        vs.                     )        No. 1247
                                )
FALLBROOK PUBLIC UTILITY        )
DISTRICT, et al.,               )
                                )
**HALLIE H. FERRELL**   Defendants, )

Comes now the defendant (s) **HALLIE H. FERRELL sued**
_____
**herein as DOE   THREE HUNDRED THIRTY SIX**
_____

and for himself or themselves alone and  answering  plaintiff's  complaint on

file, herein denies (deny) each and every material allegation contained therein.

_Hallie H. Ferrell_
_____

_____

7840