IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Marion Etta Gardner
Name

Route 1 Box 52-A
Address

Fallbrook, California
City     and     State

7375
Telephone Number

Defendant

**FILED**

JUL 25 1951

EDMUND L. SMITH, Clerk

By

DEPUTY CLERK

UNITED STATES OF AMERICA )
                          )
            Plaintiff,    )
                          )
       vs.                )       No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
MARION ETTA GARDNER   Defendants, )

Comes now the defendant (s) MARION ETTA GARDNER sued

herein as DOE THREE HUNDRED SEVENTY THREE

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Marion Etta Gardner*

7839