IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mabel A. Parks
Name
P.O. Box 299
Address
Fallbrook, Calif.
City and State
_____
Telephone Number

Defendant

FILED
JUL 25 1951
EDMUND L. SMITH, Clerk
_____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
    vs.                  )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant (s) Mabel A. Parks

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Mabel A. Parks

7838