COSGROVE, CRAMER, DIETHER & RINDGE
1031 ROWAN BUILDING
458 SOUTH SPRING STREET
LOS ANGELES 13, CALIFORNIA
MADISON 9-1457

Attorneys for defendant JAMES OVIATT.

**FILED**
JUL 25 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1247 (Civil) |
| Plaintiff, ) | |
| vs. ) | SUBSTITUTION OF ATTORNEYS |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants. ) | |

The defendant, JAMES OVIATT, hereby substitutes _____

G. V. WEIKERT, 918 Oviatt Building, Los Angeles 14, California,

as his attorney in the above entitled action in the place and

stead of MESSRS. COSGROVE, CRAMER, DIETHER & RINDGE.

Dated: July 19th, 1951.

James Oviatt

291

39

MESSRS. COSGROVE, CRAMER, DIETHER & RINDGE hereby consent to the substitution of G. V. WEIKERT as attorney for said defendant in the above entitled action in their place and stead.

Dated: July 19th, 1951.

COSGROVE, CRAMER, DIETHER & RINDGE
By [signature]

G. V. WEIKERT hereby consents to be substituted in the place and stead of MESSRS. COSGROVE, CRAMER, DIETHER & RINDGE in the above entitled action as attorney for said defendant.

Dated: July 23rd, 1951.

[signature]

COSGROVE, CRAMER, DIETHER & RINDGE
458 SOUTH SPRING STREET
LOS ANGELES 13, CALIFORNIA

292