IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  *Francis P. Parkinson*
         Name
2  *PO Box 518*
         Address
3  *Fall Brook   Calif*
      City   and   State
4        *524*
      Telephone Number
5
6        Defendant

**FILED**

JUL 26 1951

EDMUND L. SMITH, Clerk

By *[signature]*
         DEPUTY CLERK

7

8  UNITED STATES OF AMERICA          )
9                        Plaintiff,  )
10                 vs.                )        No. 1247
11  FALLBROOK PUBLIC UTILITY          )
    DISTRICT, et al.,                 )
12                      Defendants,   )
13

14  Comes now the defendant (s) *Francis P. Parkinson*

15

16  and for himself or themselves alone and  answering plaintiff's complaint on

17  file, herein denies (deny) each and every material allegation contained therein.

18
19                    *Francis P. Parkinson*
20                        *July 24-51*
21
22
23
24
25
26
27
28
29
30
31
32

                                        7845