IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Lorene N. St. James
Name
Box 84
Address
Fallbrook, Calif.
City and State
_____
Telephone Number

Defendant

FILED
JUL 26 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,    Plaintiff, | |
| vs. | No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al.,    Defendants, | |

Comes now the defendant(s) Lorene N. St. James

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Lorene N. St. James
Fallbrook, California

7844