IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Crystal S. Fisher & Richard C. Fisher
Name
P.O. Box 261
Address
Fallbrook, California
City and State
NONE
Telephone Number

Defendant

FILED
JUL 26 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
　　　　　　　Plaintiff, )
)
　vs. )　　No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
CRYSTAL S. FISHER )
　and　　　　　Defendants, )
RICHARD C. FISHER

　　Comes now the defendant (s) CRYSTAL S. FISHER sued herein as DOE THREE HUNDRED FORTY FIVE & RICHARD C. FISHER sued herein as DOE THREE HUNDRED FORTY SIX and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

　　　　　　　　　　　　Crystal S. Fisher
　　　　　　　　　　　　Richard C Fisher

7846