IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Charles F. Leyhe
Name
Rt. 1   Box 36
Address
Fallbrook, Calif
City   and   State
7309
Telephone Number

Defendant

FILED
JUL 26 1951
EDMUND L. SMITH, Clerk
By /s/ ........
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
                Plaintiff, )
                          )
       vs.                 )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY   )
DISTRICT, et al.,          )
                          )
                Defendants, )

Comes now the defendant(s) _Charles F. Leyhe_

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Charles F. Leyhe_

7847