IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Marjorie W. Leyhe
Address: Rt. 1 Box 36
City and State: Fallbrook, Calif
Telephone Number: 7309

Defendant

UNITED STATES OF AMERICA )
)
      Plaintiff, )
)
 vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
      Defendants, )

Comes now the defendant (s) *Marjorie W. Leyhe*

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Marjorie W. Leyhe*

7848