IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ray R. Herrell
Name
Rt. #1 Box 6-E
Address
FALLBROOK  CALIF
City   and   State
352
Telephone Number

Defendant

FILED
JUL 26 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
    vs.                  )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s) Ray R. Herrell

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Ray R. Herrell
Rt. #1 Box 6-E

7849