IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Mary R. Herrell
Address: Rt. #1 Box 6-E
City and State: Fallbrook, Calif.
Telephone Number: 352

Defendant

FILED

JUL 26 1951

EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
      Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
      Defendants, )

Comes now the defendant (s) Mary R. Herrell

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Mary R. Herrell
Rt. #1 Box 6-E.
Fallbrook, Calif.

7850