IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

HAYWARD LUMBER & INVESTMENT COMPANY
    Name
410 San Fernando Road
    Address
Los Angeles 53, California
    City    and    State
CApitol 6191
    Telephone Number

Defendant

FILED
JUL 26 1951
EDMUND L. SMITH, Clerk
By /s/ _____, Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | ANSWER OF HAYWARD LUMBER |
| DISTRICT, et al., ) | & INVESTMENT COMPANY, a |
| Defendants. ) | corporation |

Comes now the defendant (s) Hayward Lumber & Investment Company, a corporation

and for ~~himself or themselves~~ it alone and answering plaintiff's complaint on file, herein denies (~~deny~~) each and every material allegation contained therein.

HAYWARD LUMBER & INVESTMENT COMPANY
By /s/ Leo E. Hubbard
    Leo E. Hubbard, Secretary

7843

42