1                AFFIDAVIT OF SERVICE BY MAIL

3    UNITED STATES OF AMERICA                   )

4               Plaintiff

5        vs.                                  )

6    FALLBROOK PUBLIC UTILITY DISTRICT et al     No. 1247

7              Defendants                 )

8    PEOPLE OF THE STATE OF CALIFORNIA,

9              Defendants in Intervention     )

11   STATE OF CALIFORNIA             )    ss.

12     City and County of San Francisco )

        The undersigned, being duly sworn, says: I am a citizen of the United States, over the age of eighteen years, a resident of the City and County of San Francisco, State of California, and not a party to the above entitled action; that the Honorable Ernest A. Tolin, United States Attorney, Southern District of California, Southern Division, and Betty Marshall Graydon, Assistant United States Attorney, the attorneys of record of the above named plaintiff, maintain offices at 325 West F Street, in San Diego, County of San Diego, State of California; and between said two places there is a regular communication by mail; that on the 20th day of July, 1951, I served true copies of the motion in intervention and answer in intervention in the above entitled matter on said United States Attorney and Assistant United States Attorney, by depositing said copies on said date in the post office at the said City and County of San Francisco, enclosed in a sealed envelope addressed to said United States Attorney and said Assistant United States Attorney at the office thereof, and prepaying the postage thereon.

                                    *Margaret H. Novacko* (signature)

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 23d DAY OF JULY, 1951

   *B. Abbott Goldberg*
     DEPUTY ATTORNEY GENERAL
      STATE OF CALIFORNIA.

FILED
JUL 27 1951
EDMUND L. SMITH, Clerk
                DEPUTY CLERK

293