SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

Attorneys for Defendants Rex L. Loop and Lois E. Loop

FILED

JUL 27 1951

EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

For The

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
    -vs-
FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,
        Defendants.

No. 1247 - Civ.

ANSWER OF REX L. LOOP AND LOIS E. LOOP

Comes now the Defendants REX L. LOOP, sued herein as DOE ONE HUNDRED EIGHTY-ONE; and LOIS E. LOOP, sued herein as DOE ONE HUNDRED EIGHTY-TWO, and separating themselves from the other Defendants, file this their Answer to the Complaint herein and allege, admit and deny as follows:

FIRST DEFENSE

I.

These defendants refer to and adopt by reference as if herein repeated, the allegations, admissions and denials contained in First Defense of the Answer of the defendants ERNEST LOUIS BARBEY and ESSIE BUELAH BARBEY, on file herein as fully and as completely as if said allegations, admissions and denials were herein set out verbatim, except that these defendants claim no

7904

94

prescriptive rights.

FOR A FURTHER SECOND AND SEPARATE DEFENSE THESE DEFENDANTS ALLEGE:

I.

That these defendants are the owners of all that certain real property situated, lying and being in the County of San Diego, State of California, more particularly described as follows:

> The West 198 Feet of the Northwest 1/4 of the Northeast 1/4 of the Northeast 1/4 of Section 19, Township 9 South, Range 3 West, S B M.

and have been such owners ever since June 13th, 1931.

II.

That said property was improved in the year 1934 by the construction of a house and by digging a well thereon.

III.

That the three (3) acres comprising said property has not yet been planted to orchard but is arable and cultivatable and it is these defendants' intention to plant it to trees and garden.

IV.

That said land is located in a semi-arid region and barren and of little value without water but is productive and valuable with water.

V.

That underneath said land there lies an underground stratum of percolating water and when wells are dug therein and water is pumped therefrom, furnishes an adequate supply of water to irrigate the needs and requirements of overlying land and the people living thereon.

VI.

That these defendants are the owners of the right to use

-2-

7905

a reasonable amount of said underground percolating water for beneficial use on their said land and will require not less than nine (9) acre-feet of water per annum to supply their domestic uses and irrigation requirements. That the right of these defendants to said nine (9) acre-feet of water per annum is correlative with the right of plaintiff to use a reasonable amount of the waters of said Santa Margarita River on the lands of plaintiff which are riparian thereto, for riparian uses and purposes which these defendants are informed and believe to be 2,620 acre-feet per annum and as to all other rights or claims of rights of plaintiff to the waters of said Santa Margarita River, the rights of these defendants are paramount.

WHEREFORE these defendants pray:

1. That plaintiff take nothing by its action.

2. That these defendants be decreed as against plaintiff, to be the owners of the right to Nine (9) acre-feet of water per annum, consumptive use, for beneficial use on their said land and that said right be held and declared to be correlative with plaintiff's riparian rights, and paramount to all other rights or claims of rights of plaintiff.

3. That these defendants have judgment for their costs incurred herein and for such other and further relief as the Court may deem proper.

DATED: July 25th, 1951.

SWING, SCHARNIKOW & STANIFORTH
BY _____
Attorneys for defendants
REX L. LOOP and LOIS E. LOOP

RECEIVED copy of within ___answers___ this 27th day of July, 1951.
Betty Marshall Graydon
Attorneys for Plaintiff

-3-

7906