(SPACE BELOW FOR FILING STAMP ONLY)

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

Attorneys for Defendants M. M. LLOYD and E. M. LLOYD

FILED
JUL 27 1951
EDMUND L. SMITH, Clerk
By ................................
DEPUTY CLERK

UNITED STATES DISTRICT COURT

For The

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,

    Defendants.

No. 1247 - Civ.

ANSWER OF M. M. LLOYD and E.M. LLOYD

    Comes now the defendants M. M.LLOYD and E. M. LLOYD, and separating themselves from the other defendants, file this their Answer to the Complaint herein and allege, admit and deny as follows:

FIRST DEFENSE

I.

    These defendants refer to and adopt by reference as if herein repeated, the allegations, admissions and denials contained in First Defense of the Answer of the defendants ERNEST LOUIS BARBEY and ESSIE BUELAH BARBEY, on file herein as fully and as completely as if said allegations, admissions and denials were herein set out verbatim, except that these defendants claim prescriptive rights in the amount of 8.8 acre-feet of water per annum.

7899

89

FOR A FURTHER, SECOND AND SEPARATE DEFENSE THESE DEFENDANTS ALLEGE:

I.

These defendants are the owners of all that certain real property situated, lying and being in the County of San Diego, State of California, more particularly described as follows to-wit:

    19-3/4 acres in the South 1/2 of Lot 14, Section 17, Township 9 South, Range 2 East, S B M and 32-1/2 acres in the North 3/4 of Lot 2 of Section 20, Township 9 South, Range 2 East, S B M

II

That said lands are traversed by Temecula Creek, a tributary of Santa Margarita River and are riparian thereto.

III.

That said lands are located in a semi-arid region and are barren and of little value without water but with water are valuable and productive. That of said lands approximately thirty (30) acres are arable and cultivatable and when irrigated are capable of producing and sustaining orchards, vines and garden.

IV.

That said lands are improved by defendant's home or residence of the approximate value of $25,000.00; a well equipped with pump and motor of the value of $3,000.00; three galvanized iron tanks, distribution lines and sprinkler system of the approximate value of $27,000; barn, fences, chicken houses and a storage building of the approximate value of $3,000.00. That on said lands are planted and growing one-half (1/2) acre of family orchard and berries; one-half (1/2) acre of family garden; one-half (1/2) acre of permament pasture; two (2) acres of alfalfa and

-2-

7900

90

ten (10) acres are cleared and ready for planting.

V.

That in the year 1931, these defendants' predecessors in interest developed a spring off of this property for use on this property, said spring being located within the Northeast 1/4 of the Northwest 1/4 (Lot 3) of said Section 20, being a tributary to said Temecula Creek. Said spring was thereupon connected by a pipe line and ever since the year 1931 has been used by these defendants and their predecessors in interest for irrigation and domestic uses on their said property at the rate of 820 gallons per day or to the full capacity of said spring when it produced less than 820 gallons per day.

That in the year 1933, these defendants' predecessors in interest developed a spring off of this property for use on this property, said spring being located within the Southwest 1/4 of the Northwest 1/4 (Lot 5) of said section 20, being a tributary to said Temecula Creek. Said spring was thereupon connected by a pipe line and ever since the year 1933 has been used by these defendants and their predecessors in interest for irrigation and domestic uses on said property at the rate of 7200 gallons per day or to the full capacity of said spring when it produced less than 7200 gallons per day. That the said use of the water from said two (2) springs has at all times been open, notorious, continuous, adverse and under claim of right.

VI

That these defendants are the owners of the right to take and use 8.8 acre-feet of water per annum from said two (2) springs for beneficial use on their said lands for irrigation, domestic and stock water purposes which said right is paramount to the rights of plaintiff.

-3-

7901

## VII

That these defendants are the owners of the right to take from the surface and sub-surface flow of said Temecula Creek a reasonable amount of water thereof for beneficial use on their said lands up to 60 acre-feet per annum, consumptive use, which said right is correlative with plaintiff's right to take a reasonable amount of the waters of the Santa Margarita River for riparian uses and purposes upon plaintiff's riparian lands but is paramount to any other rights or claims of right of plaintiff.

## VIII

That said lands of these defendants overly an underground stratum of percolating water from which may be obtained an adequate supply of water for use thereon by digging wells therein and pumping water therefrom. That these defendants are the owners of the right to take a reasonable amount of water from said underground percolating stratum for use thereon up to the amount of sixty (60) acre-feet per annum which said right is correlative with the right of plaintiff to take a reasonable amount of the waters of the Santa Margarita River for riparian uses and purposes on their said riparian lands but that these defendants' said right is paramount to any other right or claims of right of plaintiff.

WHEREFORE these defendants pray:

1. That plaintiff take nothing by its action.

2. That these defendants be decreed as against the plaintiff to be the owners of the right of 8.8 acre feet of water per annum consumptive use for beneficial use on their said land and that said right be held and declared to be paramount to plaintiff's rights.

-4-

7902

3. That these defendants be decreed as against the plaintiff to be the owners of the right to take sixty (60) acre-feet of water per annum consumptive use for beneficial use on their said land and that said right be held and declared to be correlative with plaintiff's right to take a reasonable amount of the waters of the Santa Margarita River for riparian uses and purposes on its riparian lands and paramount to all other rights or claims of right of plaintiff.

4. That these defendants have judgment for their costs incurred herein and for such other and further relief as the court may deem just and proper.

DATED: July 25th 1951.

SWING, SCHARNIKOW & STANIFORTH

BY _____
Attorneys for defendants
M. M. LLOYD and E. M. LLOYD

-5-

RECEIVED copy of within
_____Answer_____ this
27th day of July, 1951
Betty Marshall Graydon
Attorneys for Plaintiff

7903

93