SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

Attorneys for Haley F. Jones and Ruth B. Jones

FILED
JUL 27 1951
EDMOND L. SMITH, Clerk
By /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT

For The

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,

    Defendants.

No. 1247 - Civ.

ANSWER OF HALEY F. JONES AND RUTH B. JONES

Comes now the defendants HALEY F. JONES, sued herein as DOE ONE HUNDRED SEVENTY; and RUTH B. JONES, sued herein as DOE ONE HUNDRED SEVENTY-ONE, and separating themselves from the other defendants, file this their Answer to the complaint herein and allege, admit and deny as follows:

FIRST DEFENSE

I.

These defendants refer to and adopt by reference as if herein repeated, the allegations, admissions and denials contained in First Defense of the Answer of the defendants ERNEST LOUIS BARBEY and ESSIE BUELAH BARBEY, on file herein as fully and as completely as if said allegations, admissions and denials were herein set out verbatim, except that these defendants claim no

7895

prescriptive rights.

FOR A FURTHER, SECOND AND SEPARATE DEFENSE THESE DEFENDANTS ALLEGE:

I.

These defendants are and have been for a number of years the owners and in possession of all that certain real property situated, lying and being in the County of San Diego, State of California, more particularly described as follows:

> The East 1/2 of Lot 1 (NE$\frac{1}{4}$ of the NE$\frac{1}{4}$) of Section 6, Township 9 South, Range 3 West, S B M, except that portion thereof more particularly described as follows, to-wit:
>
> Beginning at the Northeast corner of said Lot 1, thence southerly 437.75 feet along the East line of said Lot 1; thence North 83° 58' West, 125.25 ft. thence North 0° 57' East to the North line of said Lot 1; thence Easterly along said North line to the point of beginning.

also all that certain real property situated, lying and being in the County of San Diego, State of California, more particularly described as follows:

> Beginning at the Southwest corner of Lot 4 (NW$\frac{1}{4}$ of NW$\frac{1}{4}$) of Section 5, Township 9 South, Range 3 West, S B M; thence Easterly 130.02 feet along the south line of said Lot 4; thence North 0° 57' East, 453.99 ft; thence South 89° 42' 30" East 1227.82 feet to the East line of said Lot 4; thence Northerly 502.43 feet along said east line; thence North 83° 58' West to the West line of said Lot 4; thence Southerly along said west line to the point of beginning.
>
> Said premises comprising approximately 40$\frac{1}{2}$ acres.

-2-

7896

86

II.

That said property lies in a semi-arid region, barren and of little value without water but productive and valuable with water. That any crops or trees planted thereon would die without regular irrigations and that even residence thereon would be impossible without water.

III.

That underneath said land lies an underground stratum of percolating water from which can be obtained an adequate supply of water to meet the irrigation, domestic and other needs of these defendants and said lands by digging wells therein and pumping water therefrom.

IV.

That there are no improvements on said property except that these defendants have dug a well and are planning in the near future to build their home thereon and plant an orchard and garden and supply the same from said well and additional wells which these defendants intend to dig and supply themselves and said lands with water therefrom for domestic, irrigation and other beneficial uses.

V.

That approximately thirty-five (35) acres of said lands are arable and cultivatable and these defendants will reasonably require for beneficial use on said lands approximately ninety (90) acre-feet of water per annum for domestic, irrigation and other beneficial uses.

VI.

That these defendants are the owners of, as against plaintiff, of the right to use a reasonable amount of said underground percolating water for beneficial use on said land up to ninety (90) acre-feet per annum, which said right is correlative with the right of plaintiff to use a reasonable amount of the water of said Santa Margarita River on the lands of plaintiff which are

-3-

7897

87

1  riparian thereto for reasonable uses and purposes, which these
2  defendants are informed and believe to be 2,620 acre feet per
3  annum and as to all other rights and claims of rights of plaintiff
4  to the water of said Santa Margarita River, the rights of these
5  defendants are paramount.
6     WHEREFORE these defendants pray:
7     1.  That plaintiff take nothing by its action.
9     2.  That these defendants be decreed as against plain-
10        tiff, to be the owners of the right to ninety (90)
11        acre feet of water per annum for beneficial use
12        on their said land and that said right be held
13        and declared to be correlative with plaintiff's
14        riparian rights and paramount to any other
15        rights which plaintiff may have or claim.
17    3.  That these defendants have judgment for their
18        costs incurred herein and for such other relief
19        as to the court may deem proper.
20 DATED: July 25, 1951.

SWING, SCHARNIKOW & STANIFORTH

BY _____
Attorneys for defendants
HALEY F. JONES and RUTH B. JONES

RECEIVED copy of within
__Answer__ this
27th day of July, 1951
_Betty Marshall Graydon_
Attorneys for Plaintiff

-4-

7898

88