(SPACE BELOW FOR FILING STAMP ONLY)

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

Attorneys for Edward L. Forsyth, Eunice E. Forsyth and Eleanor Forsyth Swimm




FILED
JUL 27 1951
EDMUND L. SMITH, Clerk
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

For The

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　-vs-<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br>　　　　　Defendants. | No. 1247 - Civ.<br><br>ANSWER OF EDWARD L. FORSYTH<br>EUNICE E. FORSYTH and<br>ELEANOR FORSYTH SWIMM |
|---|---|

　　　Comes now the defendants EDWARD L. FORSYTH, sued herein as DOE THREE HUNDRED FIFTY THREE; EUNICE E. FORSYTH, sued herein as DOE THREE HUNDRED FIFTY FOUR; and ELEANOR FORSYTH SWIMM, and separating themselves from the other defendants, file this their Answer to the complaint and allege, admit and deny as follows:

FIRST DEFENSE

I.

　　　These defendants refer to and adopt by reference as if herein repeated, the allegations, admissions and denials contained in the First Defense of the answer of the defendants ERNEST LOUIS BARBEY and ESSIE BUELAH BARBEY on file herein as fully and as complete as if said allegations, admissions and denials were herein set out verbatim, except that these defendants claim no prescriptive rights.

7892

FOR A FURTHER SECOND AND SEPARATE DEFENSE THESE DEFENDANTS ALLEGE:

I.

These defendants are the owners of all that certain real property situated, lying and being in the County of San Diego, State of California, more particularly described as follows:

> The East 175 feet of Lot 6 in Harris's Addition to the town of West Fallbrook as per map thereof recorded in the office of the County Recorder of San Diego County.

II.

That said land is improved with a home constructed thereon and an orchard and garden planted thereon.

III.

That said land lies in a semi-arid country, worthless without water but valuable with water. That said orchard would die without regular irrigations and said residence would be un-inhabitable without water.

IV.

That underneath said land lies an underground stratum of percolating water from which can be obtained a supply of water adequate to meet the irrigation and domestic needs of these defendants and said land by digging wells therein and pumping water therefrom and these defendants have a right to the use of a reasonable amount of said underground percolating water for beneficial use thereon. That the reasonable requirements of these defendants and said lands for domestic uses and irrigating purposes is four (4) acre-feet of water per annum consumptive use.

V.

That the right of these defendants to the use of four (4)

acre-feet of water per annum of said underground percolating water is correlative with the right of plaintiff to use a reasonable amount of the water of said Santa Margarita River on the lands of plaintiff which are riparian thereto, for riparian uses and purposes which these defendants are informed and believe to be 2,620 acre-feet per annum and as to all other rights or claims of rights of plaintiff to the water of said Santa Margarita River the rights of these defendants are paramount.

WHEREFORE these defendants pray:

1. That plaintiff take nothing by its action.

2. That these defendants be decreed as against plaintiff, to be the owners of the right to four (4) acre-feet of water per annum, consumptive use, for beneficial use on their said land and that said right be held and declared to be correlative with plaintiff's riparian rights, and paramount to all other rights or claims of rights of plaintiff.

3. That these defendants have judgment for their costs incurred herein and for such other and further relief as the Court may deem proper.

DATED: July 25th, 1951.

SWING, SCHARNIKOW & STANIFORTH

BY _Phil D. Swing_
Attorneys for defendants
EDWARD L. FORSYTH, EUNICE E. FORSYTH and ELEANOR FORSYTH SWIMM

RECEIVED copy of WITHIN
_Answer_ this
27th day of July, 1951
_Betty Marshall Graydon_
Attorneys for _Plaintiff_

-3-

7894

84