(SPACE BELOW FOR FILING STAMP ONLY)

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

Attorneys for Defendants James C. Aldrich and Mary E. Aldrich

FILED
JUL 27 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

For The

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

-vs-

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,

        Defendants.

No. 1247 - Civ.

ANSWER OF JAMES C. ALDRICH AND MARY E. ALDRICH

    Comes now the defendants JAMES C. ALDRICH and MARY E. ALDRICH and separating themselves from the other defendants, file this their Answer to the Complaint herein and allege, admit and deny as follows:

FIRST DEFENSE

I.

    These defendants refer to and adopt by reference as if herein repeated, the allegations, admissions and denials contained in the First Defense of the answer of the defendants ERNEST LOUIS BARBEY and ESSIE BUELAH BARBEY on file herein as fully and as complete as if said allegations, admissions and denials were herein set out verbatim, except that these defendants claim no prescriptive rights.

7888

78

FOR A FURTHER SECOND AND SEPARATE DEFENSE THESE DEFENDANTS ALLEGE:

I.

That in the year 1935, these defendants received from the United States of America a Patent to six hundred forty (640) acres of land lying in Sections eighteen (18) and Nineteen (19), Township eight (8) South, Range Four (4) West, S.B.M. and in Section Thirteen (13), Towmship Eight (8) South, Range Five (5) West, S.B.M. all of which property is located in the County of San Diego, State of California. That said defendants have since sold and transferred to various persons approximately five hundred eleven (511) acres thereof and are now the owners of the remaining approximate one hundred twenty-nine (129) acres which is located in the

    South 1/2 of the Southwest 1/4 of Section 18, Township 8 South, Range 4 West, S.B.M and the Southeast 1/4 of the Southeast 1/4 of Section 13, Township 8 South, Range 5 West, S.B.M.

-II-

That said land is traversed by Cottonwood Creek, a tributary of DeLuz Creek which in turn is a tributary of the Santa Margarita River. Said premises are also traversed by other creeks, one a tributary of the Cottonwood Creek and another a tributary of an east branch or tributary of said Cottonwood Creek. That of said lands approximately ten (10) acres are arable and the remainder is suitable for livestock. That there are no improvements on said property but that it is the defendants' intention to establish a home thereon and plant and raise crops on the arable land and raise stock on the remainder thereof. That said land is situated in a semi-arid region and water is necessary to irrigate crops if they are to be grown successfully thereon.

-2-

7889

74

III.

That these defendants are the owners of riparian rights appurtenant to said one hundred twenty-nine (129) acres of land and are entitled to a reasonable amount of water of said streams and creeks for beneficial use thereon and that these defendants will require for their use upon said land for irrigation, domestic and stock water, twenty (20) acre-feet per annum.

IVI.

That these defendants are the owners of a riparian right to use upon their said premises twenty (20) acre-feet of water per annum which right is correlative with the right of plaintiff to use a reasonable amount of the waters of said Santa Margarita River on the lands of plaintiff which are riparian thereto, for riparian uses and purposes, which these defendants are informed and believe to be 2,620 acre-feet per annum and that as to all other rights or claims of rights of plaintiff to the waters of said Santa Margarita River and its tributaries, the rights of these defendants are paramount.

WHEREFORE these defendants pray:

1. That plaintiff take nothing by its action.

2. That these defendants be decreed as against plaintiff, to be the owners of the right to twenty (20) acre-feet of water per annum from said Cottonwood Creek and its tributaries which right be declared to be correlative with plaintiff's riparian rights and paramount to any other rights which plaintiff may claim or assert.

-3-

7890

3. That these defendants have judgment for their costs incurred herein and for such other and further relief as to the Court may seem right and proper.

DATED: July 25th, 1951.

SWING, SCHARNIKOW & STANIFORTH

BY *[signature]*

Attorneys for defendants
James C. Aldrich and
Mary E. Aldrich

RECEIVED copy of within
_answer_ this
27th day of July, 1951
*Betty Marshall Graydon*
Attorneys for Plaintiff

-4-

7891