IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Otto Hamilton
Name
P.O. Box 673
Address
Fallbrook, Cal
City and State
none
Telephone Number

Defendant

FILED
JUL 30 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
     vs.                 )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant (s) Otto Hamilton

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Otto Hamilton

7907