IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1   Ruth A. Hitt and William H. Hitt
                    Name
2        Rt. 2 - Box 176
                  Address
3        Fallbrook, Calif.
         City    and    State
4        7315
           Telephone Number

5                Defendant

**FILED**

JUL 30 1951

EDMUND L. SMITH, Clerk

DEPUTY CLERK

8   UNITED STATES OF AMERICA        )
                                    )
9                    Plaintiff,     )
                                    )
10          vs.                     )      No. 1247
                                    )
11   FALLBROOK PUBLIC UTILITY       )        Answer of
     DISTRICT, et al.,              )
12                                  ) Ruth A. Hitt and William H. Hitt
                    Defendants,     )
13

14          Comes now the defendant (s) Ruth A. Hitt, sued herein as Doe
15   Four Hundred Eighty Three and William H. Hitt, sued herein as Doe
     Four Hundred Eighty Four
16          and for himself or themselves alone and answering plaintiff's complaint on
17   file, herein denies (deny) each and every material allegation contained therein.

18

19                          *Ruth a. Hitt*
20                          *William H. Hitt*

7908