IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Vee McCormick Lewis
Address: Route 1, Box 11
City and State: Fallbrook, California
Telephone Number: Fallbrook, 7351

Defendant

UNITED STATES OF AMERICA )
)
                   Plaintiff, )
)
     vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
                 Defendants, )

FILED JUL 30 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

Comes now the defendant (s) __Vee McCormick Lewis__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

                                                          *Vee Mc Cormick Lewis*

7909