IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

J. M. Sholl Lewis
Name
Route 1, Box 11
Address
Fallbrook, California
City and State
Fallbrook 7351
Telephone Number

Defendant

FILED
JUL 30 1951
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __J. M. Sholl Lewis__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ J. M. Sholl Lewis

7910