```
                                          (SPACE BELOW FOR FILING STAMP ONLY)

   SWING, SCHARNIKOW & STANIFORTH
          ATTORNEYS AT LAW
   604 SAN DIEGO TRUST & SAVINGS BUILDING
        SAN DIEGO 1, CALIFORNIA
             FRANKLIN 9-1131
```



**FILED**
JUL 30 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

Attorneys for Defendants Harriett McCartney Hossein, Platt McCartney and Orris McCartney

UNITED STATES DISTRICT COURT

For The

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>　　　　-vs-<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br>　　　　　Defendants. | No. 1247 - Civ.<br><br>ANSWER OF HARRIETT McCARTNEY HOSSEIN, PLATT McCARTNEY and ORRIS McCARTNEY |

Comes now defendants HARRIETT McCARTNEY HOSSEIN, sued herein as H.McC.HOSSEIN; PLATT McCARTNEY and ORRIS McCARTNEY, and separating themselves from the other defendants, for answer to the complaint herein, allege, admit and deny as follows:

FIRST DEFENSE

I.

These defendants refer to and adopt by reference as if herein repeated, the allegations, admissions and denials contained in the First Defense of the answer of the defendants ERNEST LOUIS BARBEY and ESSIE BUELAH BARBEY on file herein as fully and as complete as if said allegations, admissions and denials were herein set out verbatim, except that these defendants claim no prescriptive rights.

7911

97

FOR A FURTHER SECOND AND SEPARATE DEFENSE THESE DEFENDANTS ALLEGE:

I.

That these defendants are the owners of all that certain real property situated, lying and being in the County of San Diego, State of California, more particularly described as follows:

The West 1/2 of the Northwest 1/4 and the Southeast 1/4 of the Northwest 1/4 and the Southeast 1/4 of Section 28, Township 9 S. Range 1 East SBM the Northeast 1/4 of Section 29, Township 9 South, Range 1 East S B M, containing one hundred sixty (160) acres, more or less.

II.

That said lands are traversed by unnamed tributaries of Long Creek which is a tributary of Temecula Creek which is a tributary of the Santa Margarita River and all of said lands are riparian thereto.

III.

That said lands are situated in a semi-arid region and are of little value and non-productive without water but are valuable and fertile when supplied with water.

IV.

That of said lands, approximately fifty (50) acres are arable and capable of being farmed when cleared and planted to crops and the remainder thereof is suitable and valuable for cabin sites.

V.

That these defendants are the owners of and entitled to the use of three hundred twenty (320) acre-feet of water per annum for beneficial use on said lands for irrigation and domestic purposes which said right is correlative with the right of plaintiff to take a reasonable amount of the waters of the Santa Margarita River for riparian uses and purposes on its riparian lands but that

-2-

7912

their said right is paramount to any other rights or claims of rights of plaintiff to said waters.

WHEREFORE these defendants pray:

1. That plaintiff take nothing by its action.

2. That these defendants be declared and decreed to be the owners of the right to use three hundred twenty (320) acre-feet of water per annum on their said lands and that said right be declared and decreed to be correlative with plaintiff's riparian rights and paramount to all other rights of plaintiff.

3. That these defendants have judgment for their costs incurred herein and for such other and further relief as may to the court seem meet and proper.

DATED: July 30, 1951.

SWING, SCHARNIKOW & STANIFORTH

By _____
Attorneys for defendants
Harriett McCartney Hossein,
Platt McCartney and
Orris McCartney

RECEIVED copy of within
_____ this
30 day of July, 1951
_____
Attorneys for Plaintiff

-3-

7913