THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Nellie M. Hamilton
Address: Rt. 2 Box 236
City and State: Fallbrook, Calif.
Telephone Number: 7183

Defendant

UNITED STATES OF AMERICA )
 )
            Plaintiff, )
 )
        vs. )  No. 1247
 )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
 )
            Defendants, )

Comes now the defendant (s) __Nellie M. Hamilton__

__DOE FOUR HUNDRED FORTY__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Nellie M. Hamilton

*Nellie M. Hamilton*

7918