THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

E. W. Hamilton
Name
Rt. 2 Box 236
Address
Fallbrook, Calif.
City and State
7183
Telephone Number

Defendant

FILED
JUL 31 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __E. W. Hamilton__

__DOE FOUR HUNDRED THIRTY EIGHT__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

E. W. Hamilton
E. W. Hamilton

7919