IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**MARGUERITE KIRK**
Name
**ROUTE 2  BOX 238A**
Address
**FALLBROOK, CALIFORNIA**
City and State
**FALLBROOK 612**
Telephone Number

Defendant

FILED

AUG 1 - 1951

EDMUND L. SMITH, Clerk
By ........................
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) __MARGUERITE KIRK__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Marguerite Kirk*

7922