IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1

**LAWRENCE KIRK**
Name
2    **ROUTE 2  BOX 238A**
Address
3    **FALLBROOK, CALIFORNIA**
City    and    State
4    **FALLBROOK 612**
Telephone Number
5
Defendant
6

7

8    UNITED STATES OF AMERICA          )
                                      )
9                        Plaintiff,   )
                                      )
10              vs.                    )          No. 1247
                                      )
11   FALLBROOK PUBLIC UTILITY         )
     DISTRICT, et al.,                )
12                                    )
                        Defendants,   )
13

14   Comes now the defendant (s) __**LAWRENCE KIRK**_____

15   _____

16   and for himself or themselves alone and answering plaintiff's complaint on

17   file, herein denies (deny) each and every material allegation contained therein.

18

19          _Lawrence Kirk_____

20          _____

21

F I L E D

AUG 1 - 1951

EDMUND L. SMITH, Clerk
By _____
              DEPUTY CLERK

7923