IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Neale C. McTavish
__Name__
RR #2 - Box 251
__Address__
Fallbrook, California
__City and State__
7269
__Telephone Number__

Defendant

FILED

AUG 1 - 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) __Neale C. McTavish__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Neale C. McTavish_

7920