IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Earl E. McTavish
Address: RR#2 - Box 251
City and State: Fallbrook, California
Telephone Number: 7269

Defendant

FILED
AUG 1 - 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
   vs.                   )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s) Earl E. McTavish

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Earl E. McTavish

7921