IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

```
_____
        Name
_____
        Address
_____
   City   and   State
_____
    Telephone Number

         Defendant
```

**FILED**

AUG 2 - 1951

EDMUND L. SMITH, Clerk

By _____
         DEPUTY CLERK

UNITED STATES OF AMERICA       )
                               )
              Plaintiff,       )
                               )
         vs.                   )   No. 1247
                               )
FALLBROOK PUBLIC UTILITY       )
DISTRICT, et al.,              )
                               )
              Defendants,      )

Comes now the defendant _John C. Haughton_____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_John C. Haughton_____

7925