IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Bessie P. Hampton
_____ Name _____
_____ Address _____
_____ City and State _____
_____ Telephone Number _____

Defendant

**FILED**
AUG 2 - 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
    vs.                  )  No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant Bessie P. Hampton

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Bessie P. Hampton

7924