IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Anita M. Nyholt and William Nyholt
Address: Rt. 2, Box 121
City and State: Fallbrook, Calif.
Telephone Number: none

Defendant

FILED
AUG 7 - 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
          Plaintiff, )
vs. ) No. 1247
FALLBROOK PUBLIC UTILITY ) Answer of
DISTRICT, et al., ) Anita M. Nyholt
          Defendants, ) & William Nyholt

Comes now the defendant(s) Anita M. Nyholt, sued herein as Doe Seven hundred thirty-nine and William Nyholt sued herein as Doe Seven hundred forty and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Anita M. Nyholt
William Nyholt

7947