IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

MARGUERITE C. CARGILE
Name
139 South Maple Drive
Address
Beverly Hills, California
City and State
CRestview 6-0487
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

FILED
AUG 7 - 1951
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

Comes now the defendant (s) __MARGUERITE C. CARGILE__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Marguerite C. Cargile

7949