IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: John O. Moon & Kathleen M. Moon
Address: Route 1 Box 44
City and State: Fallbrook, California
Telephone Number: 651

Defendant

FILED
AUG 9 – 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
            Plaintiff, )
)
    vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
JOHN O. MOON )
   and         Defendants, )
KATHLEEN M. MOON

Comes now the defendant(s) **JOHN O. MOON sued herein as DOE SEVEN HUNDRED EIGHT and KATHLEEN M. MOON sued herein as DOE SEVEN HUNDRED NINE**, and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*John O. Moon*
*Kathleen M. Moon*

7973