IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

JOHN G. GALLOWAY AND MARJORIE GALLOWAY
Name
P.O. Box 454
Address
FALLBROOK, CALIFORNIA
City and State
7381
Telephone Number

Defendant

FILED

AUG 9 - 1951

EDMUND L. SMITH, Clerk
By /s/ ...............
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
JOHN G. GALLOWAY AND )
MARJORIE GALLOWAY Defendants, )

Comes now the defendant (s) JOHN G. GALLOWAY, sued herein as DOE THREE HUNDRED SIXTY NINE AND MARJORIE GALLOWAY, sued herein as DOE THREE HUNDRED SEVENTY and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

John G. Galloway
Marjorie Galloway

7972