IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Robert L. Miller & Saranda H. Miller
Name

Route 1 Box 28
Address

Fallbrook, California
City      and      State

688
Telephone Number

Defendant

**FILED**

AUG 9 – 1951

EDMUND L. SMITH, Clerk
By
DEPUTY CLERK

UNITED STATES OF AMERICA          )
                                  )
                    Plaintiff,    )
                                  )
            vs.                   )          No. 1247
                                  )
FALLBROOK PUBLIC UTILITY          )
DISTRICT, et al.,                 )
                                  )
ROBERT L. MILLER                  )
        and            Defendants, )
SARANDA H. MILLER                 )

Comes now the defendant (s) ROBERT L. MILLER, sued herein as

DOE # 700 and SARANDA H. MILLER, sued herein as DOE # 701

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Robert L Miller*

*Saranda H Miller*

7971