IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

<u>Geneva B. Nicholas & W. H. Nicholas</u>
Name

<u>Route 2  Box 235-A</u>
Address

<u>Fallbrook, California</u>
City and State

<u>None</u>
Telephone Number

Defendant

F I L E D

AUG 9 - 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                          )
                 Plaintiff, )
                          )
         vs.              )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY   )
DISTRICT, et al.,          )
GENEVA B. NICHOLAS         )
    and        Defendants, )
W. H. NICHOLAS

Comes now the defendant (s) <u>GENEVA B. NICHOLAS  sued herein as  DOE SEVEN HUNDRED THIRTY-FIVE and W. H. NICHOLAS sued herein as DOE SEVEN HUNDRED THIRTY-SIX</u> and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Geneva B. Nicholas*
*W. H. Nicholas*

7970