IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ida M. Lackey & James M. Lackey
Name

P. O. Box 112
Address

Fallbrook, California
City and State

Fallbrook 660
Telephone Number

Defendant

FILED

AUG 9 - 1951

EDMUND L. SMITH, Clerk
By /s/ illegible
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
                Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
                Defendants, )

Comes now the defendant (s) __Ida M. Lackey and James M. Lackey__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ida M Lackey*

*James M. Lackey*

7969