IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Jessie M L Jerrson
Address: Box 143
City and State: Fallbrook Calif.
Telephone Number: 630

Defendant

FILED
AUG 9 - 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
  Plaintiff, )
vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
  Defendants, )

Comes now the defendant (s) Jessie M L Jerrson

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Jessie M L Jerrson

7968