IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

RUTH N. JAMES AND WILLIAM A. JAMES
Name
Rt. 2 - Box 180 A
Address
FALLBROOK, CALIFORNIA
City and State
7018
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY ) ANSWER OF
DISTRICT, et al., ) RUTH N. JAMES AND WILLIAM A. JAMES
)
Defendants, )

Comes now the defendant (s) RUTH N. JAMES, sued herein as DOE FIVE HUNDRED THIRTY THREE AND WILLIAM A. JAMES, sued herein as DOE FIVE HUNDRED THIRTY FIVE and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ruth N. James*
*William A. James*

7967