IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

ALBERT A. JAMES AND SARAH JAMES
Name
Rt. 2 - Box 168
Address
FALLBROOK, CALIFORNIA
City and State
_____
Telephone Number

Defendant

FILED
AUG 9 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) ANSWER OF ALBERT A. JAMES AND SARAH JAMES |
| Defendants, | ) |

Comes now the defendant (s) ALBERT A. JAMES, sued herein as Doe FIVE HUNDRED THIRTY TWO AND SARAH JAMES, sued herein as Doe FIVE HUNDRED THIRTY FOUR and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Albert A. James
Sarah James

7966