IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

MILDRED PEARL KNOWLES - PEARL M. KNOWLES &
_____ ROLLY LAWRENCE KNOWLES
Name

P.O. Box 697
_____
Address

FALLBROOK, CALIFORNIA
_____
City     and     State

590
_____
Telephone Number

Defendant

FILED

AUG 9 - 1951

EDMUND L. SMITH, Clerk

By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1247 |
| ) | |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| ) | |
| Defendants, ) | |

Comes now the defendant (s) MILDRED PEARL KNOWLES, sued herein as

Doe # 582 and PEARL M. KNOWLES, sued herein as Doe # 583 and

ROLLY LAWRENCE KNOWLES sued herein as Doe 584
and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

7965