IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Name:** Alice L. Heald & O.P. Heald
**Address:** Route 1 Box 228
**City and State:** Fallbrook, California
**Telephone Number:** 350

Defendant

FILED

AUG 9 - 1951

EDMUND L. SMITH, Clerk
by _____ DEPUTY CLERK

|   |   |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., ) | |
| ALICE L. HEALD and O.P. Heald, Defendants, ) | |

Comes now the defendant (s) ALICE L. HEALD sued herein as DOE FOUR HUNDRED SIXTY FIVE and O.P. HEALD sued herein as DOE FOUR HUNDRED SIXTY SIX. and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Alice L. Heald_
_O.P. Heald_

7964