IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Fallbrook Lumber Company
Address: P. O. Box 305
City and State: Fallbrook, California
Telephone Number: 7070

Defendant

FILED
AUG 9 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
        vs.              )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
FALLBROOK LUMBER CO.  Defendants, )

   Comes now the defendant(s) **FALLBROOK LUMBER COMPANY sued herein as DOE THREE HUNDRED TWENTY TWO** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

                              /s/ Frank Freeman
                              Fallbrook Lumber Co.

7963