IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

KATHERINE MADLEY AND WILLIAM C. MADLEY
Name

P.O. Box 714
Address

FALLBROOK, CALIFORNIA
City and State

384
Telephone Number

Defendant

FILED
AUG 9 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA      )
                              )
                   Plaintiff, )
                              )
          vs.                 )   No. 1247
                              )
FALLBROOK PUBLIC UTILITY      )   ANSWER OF
DISTRICT, et al.,             )
                              )   KATHERINE MADLEY AND WILLIAM C.
                  Defendants, )              MADLEY

Comes now the defendant (s) KATHERINE MADLEY sued herein as DOE SIX HUNDRED SIXTY THREE AND WILLIAM C. MADLEY sued herein as DOE SIX HUNDRED SIXTY FOUR.
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Katherine Madley
William C. Madley

7862