IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

JAMES GORDON LEATH AND MARGARET ANN LEATH
           Name
Rt. 1 - Box 45
           Address
FALLBROOK, CALIFORNIA
  City  and  State

   Telephone Number

Defendant

FILED

AUG 9 - 1951

EDMUND L. SMITH, Clerk
By _____
        DEPUTY CLERK

UNITED STATES OF AMERICA    )
                         )
            Plaintiff, )
                         )
     vs.                 )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,            )
           Defendants, )

      Comes now the defendant (s) __JAMES GORDON LEATH, sued herein as DOE SIX HUNDRED FIVE AND MARGARET ANN LEATH, sued herein as DOE SIX HUNDRED SIX
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

                      */s/ James Gordon Leath*
                      */s/ Margaret Ann Leath*

7961