IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1

R. C. GRACEY
Name

2

P. O. Box 272
Address

3

Fallbrook, California
City        and        State

4

None
Telephone Number

5

Defendant

FILED

AUG 9 – 1951

EDMUND L. SMITH, Clerk
By
DEPUTY CLERK

6

7

8   UNITED STATES OF AMERICA        )
                                    )
9                      Plaintiff,   )
                                    )
10            vs.                   )        No. 1247
                                    )
11   FALLBROOK PUBLIC UTILITY       )
     DISTRICT, et al.,              )
12                                  )
     R.  C.  GRACEY      Defendants, )
13

14          Comes now the defendant (s)___R. C. GRACEY sued herein

15   as DOE FOUR HUNDRED TWO_____

16   and for himself or themselves alone and answering plaintiff's complaint on

17   file, herein denies (deny) each and every material allegation contained therein.

18

19                              R. C. Gracey

20

21

22

23

24

25

26

27

28

29

30

31

32

7960