IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Beatrice McDonald and O. J. McDonald
Name
P. O. Box 218
Address
Fallbrook, California
City and State
7314
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
BEATRICE McDONALD    Defendants, )
and
O. J. McDONALD

Comes now the defendant (s) BEATRICE McDONALD sued herein as DOE SIX HUNDRED FORTY NINE & ORVILLE J. McDONALD sued herein as DOE SIX HUNDRED FIFTY. and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Beatrice McDonald
O J McDonald

FILED
AUG 9 - 1951
EDMUND L. SMITH, Clerk
DEPUTY CLERK

7959