IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1   Lottie Mae McAnear & Z.H. McAnear
                Name
2   P.O. Box 79
              Address
3   Fallbrook, California
      City    and    State
4        7231
      Telephone Number
5
            Defendant
6

7

F I L E D

AUG 9 - 1951

EDMUND L. SMITH, Clerk
by _____
              DEPUTY CLERK

8   UNITED STATES OF AMERICA          )
9                        Plaintiff,   )
10              vs.                    )      No. 1247
11   FALLBROOK PUBLIC UTILITY         )
     DISTRICT, et al.,                )
12   LOTTIE MAE MCANEAR               )
          and          Defendants,   )
13   Z.H. MC ANEAR

14       Comes now the defendant (s) LOTTIE MAE McANEAR sued herein as

15   DOE SIX HUNDRED FORTY FOUR and  Z. H. McANEAR sued herein as

16   DOE SIX HUNDRED FORTY FIVE
     and for himself or themselves alone and answering plaintiff's complaint on

17   file, herein denies (deny) each and every material allegation contained therein.

18

19                    Lottie Mae McAnear

20                    Z. H. McAnear

21

22

23

24

25

26

27

28

29

30

31

32

7958