IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1    Lillian Jean Hodge & Robert B. Hodge
                Name
2    P.O. Box 139
                Address
3    Fallbrook, California
         City     and     State
4    None
         Telephone Number

F I L E D

AUG 9 - 1951

EDMUND L. SMITH, Clerk
By /s/ _____ DEPUTY CLERK

          Defendant

UNITED STATES OF AMERICA      )
                                     )
                  Plaintiff, )
                                     )
           vs.                     )     No. 1247
                                     )
FALLBROOK PUBLIC UTILITY       )
DISTRICT, et al.,                   )
LILLIAN JEAN HODGE                )
     and               Defendants, )
ROBERT B. HODGE

       Comes now the defendant (s) **LILLIAN JEAN HODGE sued herein as**

**DOE FOUR HUNDRED EIGHTY FIVE & ROBERT B. HODGE sued herein**

**as DOE FOUR HUNDRED EIGHTY SIX.**
and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

                               /s/ Lillian Jean Hodge
                               /s/ Robert B. Hodge

7957