IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

D. L. Hollowell & Eva Hollowell
Name

Route 1 Box 236
Address

Fallbrook, California
City and State

None
Telephone Number

Defendant

FILED

AUG 9 – 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
                Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
D. L. HOLLOWELL )
   and            Defendants, )
EVA HOLLOWELL

Comes now the defendant (s) D. L. HOLLOWELL sued herein as DOE #490 and EVA HOLLOWELL sued herein as DOE # 491

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

D. L. Hollowell
Eva Hollowell

7956