IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Bessie Coyle Meredith
Name
P.O. Box 53
Address
Fallbrook, California
City and State
7126
Telephone Number

Defendant

FILED

AUG 9 - 1951

EDMUND L. SMITH, Clerk
By
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| BESSIE COYLE MEREDITH Defendants, ) | |

Comes now the defendant (s) __BESSIE COYLE MEREDITH__ sued herein as __DOE SIX HUNDRED NINETY TWO__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Bessie Coyle Meredith*

7955