IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Myrtis Myers & S.C. Myers
Name
P.O. Box 702
Address
Fallbrook, California
City and State
445 or 535
Telephone Number

Defendant

FILED
AUG 9 - 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
               )
         Plaintiff, )
               )
    vs.         )  No. 1247
               )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,   )
MYRTIS MYERS       )
   and           Defendants, )
S. C. MYERS

Comes now the defendant(s) __MYRTIS MYERS sued herein as DOE NUMBER 729 and S. C. MYERS sued herein as DOE NUMBER 730__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Myrtis Myers
/s/ S. C. Myers

7954