IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

JOHN B. KENTIS AND PENELOPE C. KENTIS
_____Name_____

1268 West 38th Place
_____Address_____

Los Angeles, California
City                and                State

Republic 9834
_____Telephone Number_____

Defendant,

**FILED**

AUG 9 - 1951

EDMUND L. SMITH, Clerk
By _____
       DEPUTY CLERK

UNITED STATES OF AMERICA     )
                             )
                  Plaintiff, )
                             )
     vs.                     )     No. 1247
                             )
FALLBROOK PUBLIC UTILITY     )
DISTRICT, et al.,            )     JOHN B. KENTIS AND PENELOPE C
                             )     KENTIS
                  Defendants,)

Comes now the defendant (s) JOHN B. KENTIS
AND PENELOPE C. KENTIS

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*John B Kentis*
*Penelope C. Kentis*

7950