IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

*Theo H. Munck Sr.*
Name

*RV 2 Box 12*
Address

*Fallbrook*
City   and   State

*Calif*
Telephone Number

Defendant

FILED

AUG 9 – 1951

EDMUND L. SMITH, Clerk

DEPUTY CLERK

UNITED STATES OF AMERICA                )
                                        )
                      Plaintiff,        )
                                        )
            vs.                         )        No. 1247
                                        )
FALLBROOK PUBLIC UTILITY                )
DISTRICT, et al.,                       )
                                        )
                      Defendants,       )

Comes now the defendant (s) *Theo H. Munck Sr.*

_____

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Theo H. Munck Sr.*

_____

7953