IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

*Flora L. Flasch*
Name
*744 N. Orange*
Address
*Fallbrook, California*
City and State
*7211*
Telephone Number

Defendant

FILED
AUG 9 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) _____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Flora L. Flasch*

7952