IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Edward H. Flasch
Address: 744 N. Orange
City and State: Fallbrook, California
Telephone Number: 7211

Defendant

FILED
AUG 9 - 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
       vs.               )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant (s) _____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Edward H. Flasch*

7951