IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Beatrice Fuller

Address: PO Box 721

City and State: Fallbrook Calif

Telephone Number: 439

Defendant

FILED
AUG 13 1951
EDMUND L. SMITH, Clerk
By /s/ _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
)
          Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
          Defendants, )

Comes now the defendant (s) Beatrice Fuller

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Beatrice Fuller

7978