IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

William Henry Fuller
Name

Address
POff 721
City and State
Fallbrook            Cal
Telephone Number 724 434

Defendant

FILED
AUG 13 1951
EDMOND L. SMITH, Clerk
By /s/ _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
    vs.                  )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant (s) William Henry Fuller

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

William Henry Fuller

7977