IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

JOHN TOMASZEWSKI
Name
R-2-BOX 5
Address
FALLBROOK CALIF
City and State

Telephone Number

Defendant

FILED
AUG 13 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                          )
              Plaintiff,  )
                          )
    vs.                   )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
              Defendants, )

Comes now the defendant ~~(s)~~ DOE 986 JOHN TOMASZEWSKI and for himself ~~or themselves~~ alone and answering plaintiff's complaint on file, herein denies ~~(deny)~~ each and every material allegation contained therein.

John Tomaszewski

7976