IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

MIRANDA TOMASZEWSKI
Name
R-2- BOX 5
Address
FALLBROOK CALIF.
City and State
_____
Telephone Number

Defendant

**FILED**
AUG 13 1951
EDMOND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA     )
                             )
               Plaintiff,    )
                             )
          vs.                )   No. 1247
                             )
FALLBROOK PUBLIC UTILITY     )
DISTRICT, et al.,            )
                             )
               Defendants,   )

Comes now the defendant ~~(s)~~ DOE 987 MIRANDA TOMASZEWSKI or and for himself ~~or themselves~~ alone and answering plaintiff's complaint on file, herein denies ~~(deny)~~ each and every material allegation contained therein.

*Miranda Tomaszewski*

7975