IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Andrew Meza
Name
P.O. Box 814
Address
Fallbrook, California
City and State
565
Telephone Number

Defendant

FILED
AUG 13 1951
EDMOND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
 )
              Plaintiff, )
 )
vs. ) No. 1247
 )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
 )
ANDREW MEZA )
            Defendants, )

    Comes now the defendant (s) ANDREW MEZA sued herein as DOE SIX HUNDRED NINETY SIX

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

                                            */s/ Andrew Meza*

7974