IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Thomas K Kenney
Name
1638 W. 83rd St.
Address
Los Angeles 47   Calif
City   and   State
T.W. 6209
Telephone Number

Defendant

**FILED**

AUG 14 1951

EDMUND L. SMITH, Clerk

DEPUTY CLERK

UNITED STATES OF AMERICA )
)
                         Plaintiff, )
)
        vs.              )        No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
)
                      Defendants, )

Comes now the defendant (s) _____

_____

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

Thomas Kenney.

7980