IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ruth W. Kenney
Name
1638 W 83 St.
Address
Los Angeles, 47 Calif
City and State
Ju 6207
Telephone Number

Defendant

FILED

AUG 14 1951

EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
            Plaintiff, )
     vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
            Defendants, )

Comes now the defendant (s) _____

_____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Ruth W. Kenney
_____

7979