

FILED

AUG 14 1951

EDMOND L. SMITH, Clerk

By ........................ DEPUTY CLERK

1  ERNEST A. TOLIN
   United States Attorney
2  BETTY MARSHALL GRAYDON
   Assistant U. S. Attorney
3  Attorneys for Plaintiff

4           IN THE UNITED STATES DISTRICT COURT
         IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
5                     SOUTHERN DIVISION

6  UNITED STATES OF AMERICA,        )
7                  Plaintiff,       )
8       vs.                         )
9  FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,)   No. 1247 Civil
10                 Defendants,      )   S T I P U L A T I O N
11 PEOPLE OF THE STATE OF CALIFORNIA,)
12        Defendants in Intervention.)

15      It is hereby stipulated that the motion for leave to intervene
16 heretofore filed by the People of the State of California may be granted
17 without objection from the plaintiff.

                                A. DEVITT VANECH,
                                   Assistant Attorney General

                                ERNEST A. TOLIN
                                   United States Attorney

                                BETTY MARSHALL GRAYDON
                                   Assistant U. S. Attorney

                                WILLIAM H. VEEDER
                                   Special Assistant to the
                                   Attorney General

                                /s/ William H. Veeder
                                ─────────────────────
                                WILLIAM H. VEEDER

303

U. S. GOVERNMENT PRINTING OFFICE   16—33317-1