**FILED**

AUG 15 1951

EDMUND L. SMITH, Clerk
By ................
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  PLAINTIFF, )<br>VS. )<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL., )<br>  DEFENDANTS, )<br>PEOPLE OF THE STATE OF CALIFORNIA, )<br>  DEFENDANTS IN INTERVENTION. ) | No. 1247 Civil<br><br>O R D E R |

Good cause appearing therefor, and in accordance with the motion of the People of the State of California and the stipulation of the plaintiff, the People of the State of California are hereby granted leave to intervene as defendants in the above entitled proceeding, and the proposed answer heretofore submitted with said motion is hereby ordered filed as the intervenor's answer in said proceeding. Answer lodged July 23rd may be filed as of this day.

DATED: August 9, 1951.

Leon R. Yankwich
LEON R. YANKWICH
United States District Judge

Presented by:

EDMUND G. BROWN
Attorney General of the State of California

B. Abbott Goldberg
B. ABBOTT GOLDBERG
Deputy Attorney General

310