EDMUND G. BROWN, ATTORNEY GENERAL,
STATE OF CALIFORNIA
B. ABBOTT GOLDBERG, DEPUTY ATTORNEY GENERAL,
600 STATE BUILDING,
SAN FRANCISCO 2 CALIFORNIA,
TELEPHONE: UNderhill 1-8700

ATTORNEYS FOR THE PEOPLE OF THE STATE OF
CALIFORNIA, DEFENDANTS IN INTERVENTION.

Lodged
JUL 23 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FILED
AUG 15 1951
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

UNITED STATES OF AMERICA,

   Plaintiff,

  vs.            )

FALLBROOK PUBLIC UTILITY DISTRICT et al

   Defendants,       )

PEOPLE OF THE STATE OF CALIFORNIA,

   Defendants in Intervention. )

### INTERVENER'S ANSWER
#### FIRST DEFENSE

  Intervener admits the allegations of paragraphs I and VI of the complaint; having no information or belief on which to base an opinion denies the allegations of paragraphs II, IV, V and VII; denies that the plaintiff has exclusive jurisdiction as alleged in paragraph III and alleges that it has only that jurisction ceded under the laws of the State of California; denies that the plaintiff has a paramount right to 35,000 acre feet of water as alleged in paragraph VIII and alleges that it has only

7981

those rights it acquired as successor to the Rancho Santa Margarita.

### SECOND DEFENSE

Intervener alleges that the instant suit has been the cause of widespread public concern throughout the State of California; that the Legislature of the State of California by resolution has requested the Governor and Attorney General to intervene in this case (Exhibit A attached hereto;) that the United States has invited the intervention of the State of California in this proceeding (Exhibit B attached hereto); that the purpose of the intervener is to establish that the United States acquired no greater rights to the waters of the Santa Margarita River than would have a private successor to the Rancho Santa Margarita and that the United States is required to have its water rights ascertained in accordance with the laws of the State of California.

W H E R E F O R E, The People of the State of California pray that the rights of the plaintiff to the waters of the Santa Margarita River be adjudicated in accordance with State law and that the decree in this proceeding so recite.

_Edmund G. Brown_
EDMUND G. BROWN, ATTORNEY GENERAL
STATE OF CALIFORNIA

_B. Abbott Goldberg_
B. ABBOTT GOLDBERG, DEPUTY ATTORNEY GENERAL

ATTORNEYS FOR THE PEOPLE OF THE STATE OF CALIFORNIA, DEFENDANTS IN INTERVENTION.

2.

7982

EXHIBIT "A"

CALIFORNIA STATUTES 1951

RESOLUTION CHAPTER 190

Assembly Concurrent Resolution No. 96 - Relative to water rights to the Santa Margarita-Temecula River System.

WHEREAS, The United States has entered suit in a federal court in San Diego, California, to establish the doctrine that it holds "paramount title as sovereign" to all water, surface and subsurface, in the Santa Margarita-Temecula River System; and

WHEREAS, The upholding of this doctrine would result in the destruction of the private rights of hundreds of farmers and small landholders of the Fallbrook area named as defendants in this suit who will have their farms destroyed and thus lose their homes and savings; now, therefore, be it

RESOLVED BY THE ASSEMBLY OF THE STATE OF CALIFORNIA, THE SENATE THEREOF CONCURRING, That the Governor of the State of California and the Attorney General of the State of California are respectfully requested to take all needful and legal action promptly and vigorously to oppose the action of the United States to establish its claim of right to the waters in the Santa Margarita-Temecula River System, to the court of last resort, if necessary; and be it further

RESOLVED, That the Chief Clerk of the Assembly is requested to transmit a copy of this resolution to the Governor and the Attorney General of this State.

7983

EXHIBIT "B"

Honorable Norris Poulson
House of Representatives
Washington, D.C.

Dear Mr. Congressman:

     This will confirm my telephone conversation of this date relative to your letter of June 13, 1951, to Honorable Edmund G. Brown, Attorney General of California, relative to the case entitled United States v. Fallbrook Public Utility District, et al., in the District Court of the United States for the Southern District of California, Southern Division. A copy of that letter was forwarded to me.

     I note your statement in the final paragraph on the first page of your letter that the United States could stop a landowner from pumping from his own well on his own property even though the pumping had existed for some fifty years. You state that you are sure this is not in accordance with California law. For your information, I think there has been some mistake, because what I said was that the United States would be authorized to enjoin any pumping that did in fact invade the rights of the United States. Under no circumstances could the United States enjoin nor would it desire to enjoin any pumping by an owner who had a right superior to that of the United States. At no time did I intend to convey the impression that the United States would be entitled to enjoin a landowner from pumping water if that pumping did not invade the rights to the use of water in the Santa Margarita River which the United States had acquired from the Rancho Santa Margarita.

     It is observed in next to the final paragraph of your letter that if this were a case in which the United States was seeking an adjudication of the water of the Santa Margarita River and asserting only the rights of a landowner as such, there would be no objection to such procedure. While it is impossible for the United States to occupy the status of an individual, it is re-emphasized that the United States is here seeking no greater rights than an individual water user would be entitled to assert under the circumstances. It must, of course, be recognized in this instance that the United States is using this water for a military purpose. It is, however, claiming no greater rights than those which it acquired.

     To be noted in your letter is likewise the statement that Mr. Veeder is going to San Diego for the purpose of meeting with small landowners. I wish to assure you through many years of performing services of this character, Mr. Veeder, in full conformity with the policy of this Department, has always sought to protect the citizens to the end that not only the rights of the United States but those of the individual would be equally protected in litigation of this character.

     In closing I wish to state that this matter has been discussed in full with Mr. Brown, Attorney General of the State of California, and the United States has invited the intervention of the State of California in this proceeding. That

7984

```
 1    step is taken with the idea in view of laying to rest any
      concern that the United States in some way might seek in
 2    this proceeding a greater right than that which it has acquired.

 3         With kind regards,

 4
                              Sincerely,
 5

 6                       A. Devitt Vanech

 7
                           A Devitt Vanech
 8
                         Assistant Attorney General
 9

10    CC: Honorable Edmund G. Brown,
          Attorney General of California
11        600 State Building,
          San Francisco, California.
12
```

2.

7985