IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Dominga P. Salvatierra
*Name*

P. O. Box 434
*Address*

Fallbrook, Calif
*City   and   State*

_____
Telephone Number

Defendant

**FILED**

AUG 15 1951

EDMUND L. SMITH, Clerk

By Johnson
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) Dominga T. Salvatierra

and for himself or themselves alone and answering plaintiff's complaint on
file, herein denies (deny) each and every material allegation contained therein.

Dominga T. Salvatierra

7989