IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**FILED**
AUG 15 1951
EDMUND L. SMITH, Clerk
By ............................
DEPUTY CLERK

W. Madison Taylor
4020 Carolina Street
San Pedro, California.

TERMINAL 2 - 1308

    Defendant

August 14, 1951

UNITED STATES OF AMERICA )
   Plaintiff, )
vs.         )   No. 1247
         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,     )
   Defendants, )

   Comes now the defendant W. Madison Taylor and for himself alone and answering plaintiff's complaint on file, herein denies each and every material allegation contained therein.

*W. Madison Taylor*
W. Madison Taylor

7988