IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1    Imogene C. Taylor & W. Madison Taylor
              Name
2         4020 Carolina Street
              Address
3          San Pedro, California
         City    and    State
4     TERMINAL  2 - 1308
         Telephone Number
5
              Defendant
6

August 14, 1951

# FILED

AUG 15 1951

EDMUND L. SMITH, Clerk

By _____
                    DEPUTY CLERK

7

8    UNITED STATES OF AMERICA          )
                                       )
9                         Plaintiff,   )
                                       )
10              vs.                     )      No. 1247
                                       )
11    FALLBROOK PUBLIC UTILITY          )
      DISTRICT, et al.,                 )
12                                      )
                         Defendants,   )
13

14        Comes now the defendant (X)   Imogene C. Taylor and

15    W. Madison Taylor _____

16    and for himself or themselves alone and answering plaintiff's complaint on

17    file, herein denies (deny) each and every material allegation contained therein.

18

19                            Imogene C. Taylor

20    _____

21
22
23
24
25
26
27
28
29
30
31
32

7987