IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1
Hertha E. Morefield (Mrs.)
Name

2
2241 - 23rd Street
Address

3
Santa Monica, California
City      and      State

4
Ex. 62769
Telephone Number

5

6
Defendant

**FILED**

AUG 15 1951

EDMOND L. SMITH, Clerk

By _____
DEPUTY CLERK

7

8
UNITED STATES OF AMERICA          )

9
                    Plaintiff,    )

10
          vs.                     )          No. 1247

11
FALLBROOK PUBLIC UTILITY          )
DISTRICT, et al.,                 )

12
                                  )
                    Defendants,   )

13

14
Comes now the defendant (s) Hertha E. Morefield (Mrs.)

15
_____

16
and for himself or themselves alone and answering plaintiff's complaint on

17
file, herein denies (deny) each and every material allegation contained therein.

18

19
                    Hertha E. Morefield

20
_____

21

22

23

24

25

26

27

28

29

30

31

32

7986