IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: MARIA T. SALVATIERRA
Address: P.O. Bq 434
City and State: FALLBROOK CAL.
Telephone Number: _____
Defendant

FILED
AUG 16 1951
EDMUND L. SMITH, Clerk
by _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
      vs.                 )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
            Defendants,   )

Comes now the defendant(s) MARIA T. SALVATIERRA

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Maria T. Salvatierra*

7990