IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: PEDRO T. SALVATIERRA
Address: P.O. BOX 434
City and State: FALLBROOK, CAL
Telephone Number: _____

Defendant

FILED
AUG 16 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                         )
           Plaintiff,    )
                         )
       vs.               )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
           Defendants.   )

Comes now the defendant (s) PEDRO T. SALVATIERRA and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Pedro T. Salvatierra

7991