IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

L.F. Gibbons (same as James F.) and Lucille A. Gibbons
Name
P.O. Box 344
Address
Fallbrook, California
City and State
462
Telephone Number

Defendant

FILED
AUG 17 1951
EDMOND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                              )
                   Plaintiff, )
                              )
         vs.                  )   No. 1247
                              )
FALLBROOK PUBLIC UTILITY      )
DISTRICT, et al.,             )
                              )
                  Defendants, )

Comes now the defendant (s) L.F. GIBBONS (same as James F.), sued herein as DOE THREE HUNDRED EIGHTY ONE & LUCILLE A. GIBBONS, sued herein as DOE THREE HUNDRED EIGHTY TWO and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*[signatures]*

8013