IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Eva J. Hawkins & Hugh G. Hawkins
Address: P.O. Box 613
City and State: Fallbrook, California
Telephone Number: 7234

Defendant

**FILED**
AUG 17 1951
EDMUND L. SMITH, Clerk
By ............................. 
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
         Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
         Defendants, )

Comes now the defendant (s) EVA J. HAWKINS, sued herein as DOE FOUR HUNDRED SIXTY and HUGH G. HAWKINS, sued herein as DOE FOUR HUNDRED SIXTY ONE, and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Eva J. Hawkins*
*Hugh G. Hawkins*

8012