IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Andrew Park Davidson and Frances L. Davidson
Address: Route 1 Box 27
City and State: Fallbrook, California
Telephone Number: 532

Defendant

**FILED**
AUG 17 1951
EDMUND L. SMITH, Clerk
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
    vs.                  )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant(s) __ANDREW PARK DAVIDSON, sued herein as DOE TWO HUNDRED SIXTY NINE & FRANCES L. DAVIDSON, sued herein as DOE TWO HUNDRED SEVENTY__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Andrew Park Davidson*
*Frances L. Davidson*

8011