IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

LEMUEL SOMMERVILLE AND LILLIAN SOMMERVILLE
Name
General Delivery
Address
FALLBROOK, CALIFORNIA
City and State
NONE
Telephone Number

Defendant

FILED
AUG 17 1951
EDMUND L. SMITH, Clerk
By ................
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
LEMUEL SOMMERVILLE   Defendants, )
AND
LILLIAN SOMMERVILLE

Comes now the defendant (s) LEMUEL SOMMERVILLE, sued herein as DOE NINE HUNDRED TWENTY EIGHT AND LILLIAN SOMMERVILLE, sued herein as DOE NINE HUNDRED TWENTY NINE and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Lemuel Sommerville*
*Lillian Sommerville*

8010