IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

HAZEL M. TAYLOR AND HENRY C. TAYLOR
      Name
P.O. Box 154
      Address
FALLBROOK, CALIFORNIA
   City    and    State
      7128
   Telephone Number

Defendant

FILED
AUG 17 1951
EDMUND L. SMITH, Clerk
By _____
      DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
                Plaintiff, )
                         )
    vs.                  )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
HAZEL M. TAYLOR    Defendants, )
HENRY C. TAYLOR

Comes now the defendant (s) HAZEL M. TAYLOR sued herein as DOE NINE HUNDRED SEVENTY THREE AND HENRY C. TAYLOR sued herein as DOE NINE HUNDRED SEVENTY FOUR and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Hazel M. Taylor*
*Henry C. Taylor*

8009