IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ervin George Dunker
Name
P.O. Box 571
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

FILED
AUG 17 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
          vs.            )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
ERVIN GEORGE DUNKER Defendants, )

Comes now the defendant (s) ERVIN GEORGE DUNKER sued herein as DOE TWO HUNDRED NINETY TWO and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ervin George Dunker*

8008