IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Robert W. Raymond
Name
P.O. Box 666
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

FILED
AUG 17 1951
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
        vs.              )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
ROBERT W. RAYMOND   Defendants, )

Comes now the defendant (s) ROBERT W. RAYMOND, sued here in as DOE EIGHT HUNDRED THIRTY FOUR and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Robert W Raymond

8007