IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

<u>Carrie Lee Summit</u>
Name
<u>P.O. Box 277</u>
Address
<u>Fallbrook, California</u>
City and State
<u>None</u>
Telephone Number

Defendant

**FILED**
AUG 17 1951
EDMUND L. SMITH, Clerk
By.................
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Carrie Lee Summit   Defendants, )

Comes now the defendant (s) <u>CARRIE LEE SIMMIT s ued</u> <u>herein as DOE NINE HUNDRED SIXTY FOUR</u> and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Carrie Lee Summit*

8005