IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Arthur A. Sample
Name
P. O. Box 85
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
            Plaintiff, )
)
   vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Arthur A. Sample    Defendants, )

Comes now the defendant (s) __ARTHUR A. SAMPLE sued herein as DOE EIGHT HUNDRED SEVENTY EIGHT__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Arthur A. Sample*

FILED
AUG 17 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8006