IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

William Thomas Summit
Name
P.O. Box 277
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

FILED
AUG 17 1951
EDMOND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
William Thomas Summit Defendants, )

Comes now the defendant (s) __WILLIAM THOMAS SUMMIT__ sued herein as DOE NINE HUNDRED SIXTY SEVEN and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ William Thomas Summit*

2004