IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: George E. King
Address: P.O. Box 632
City and State: Fallbrook, California
Telephone Number: 659

Defendant

FILED
AUG 17 1951
EDMUND L. SMITH, Clerk
By /s/ DEPUTY CLERK

UNITED STATES OF AMERICA )
                Plaintiff, )
          vs.              )  No. 1247
FALLBROOK PUBLIC UTILITY   )
DISTRICT, et al.,          )
George E. King   Defendants, )

Comes now the defendant(s) George E. King, sued herein as DOE FIVE HUNDRED SEVENTY and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ George E. King

8003