IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Walsie G. Thompson
Address: P.O. Box 651
City and State: Fallbrook, California
Telephone Number: None

Defendant

FILED
AUG 17 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                          Plaintiff, )
            vs.              ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
Walsie G. Thompson Defendants, )

    Comes now the defendant(s) Walsie G. Thompson, sued herein as DOE NINE HUNDRED SEVENTY EIGHT and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Walsie G Thompson