IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Louis C. Thompson
Address: P.O. Box 651
City and State: Fallbrook, California
Telephone Number: None

Defendant

FILED
AUG 17 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
            Plaintiff, )
vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
Louis C. Thompson   Defendants, )

Comes now the defendant(s) Louis C. Thompson sued herein as DOE NINE HUNDRED SEVENTY SEVEN and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Louis C. Thompson

7992