IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

RUTH LILLIE
—————————
Name
P.O. Box 383
—————————
Address
Fallbrook, California
—————————
City     and     State
—————————
Telephone Number

Defendant

**FILED**

AUG 17 1951

EDMUND L. SMITH, Clerk
By ......................
DEPUTY CLERK

UNITED STATES OF AMERICA       )
                               )
                    Plaintiff, )
                               )
         vs.                   )   No. 1247
                               )
FALLBROOK PUBLIC UTILITY       )
DISTRICT, et al.,              )
                               )
RUTH LILLIE      Defendants,   )

Comes now the defendant(s) __RUTH LILLIE sued herein__
as __DOE SIX HUNDRED TWENTY ONE__
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ruth Lillie*

7996