IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Thomas E. Morris
Name
P.O. Box 47
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
THOMAS E. MORRIS     Defendants, )

 Comes now the defendant (s) __THOMAS E. MORRIS sued__ __herein as DOE SEVEN HUNDRED TWENTY THREE__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Thomas E. Morris*

FILED
AUG 17 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8001