IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Nellie M. Nichols & Ralph F. Nichols
Name

P.O. Box 291
Address

Big Bear Lake, California
City and State

None
Telephone Number

Defendant

**FILED**
AUG 17 1951
EDMOND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
Nellie M. Nichols  Defendants, )
&
Ralph F. Nichols

Comes now the defendant (s) NELLIE M. NICHOLS, sued herein as DOE SEVEN HUNDRED THIRTY SEVEN & RALPH F. NICHOLS sued herein as DOE SEVEN HUNDRED THIRTY EIGHT. and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ralph F. Nichols*
*Nellie M. Nichols*

8000