IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

W. Horace Hanson & Bernadean Hans on
_____Name_____

7830 Allengrove Street
_____Address_____

Downey, California
City      and      State

None
Telephone Number

Defendant

**FILED**

AUG 17 1951

EDMOND L. SMITH, Clerk

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | )     No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) **W. HORACE HANSON** and

**BERNADEAN HANSON**

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*W. Horace Hanson*

*Bernadean A. Hanson*

7999