IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1    Augustine Fredy & Frances M. Fredy
               Name
2    P.O. Box 229
               Address
3    Fallbrook, California
       City  and  State
4    402
      Telephone Number

Defendant

**FILED**
AUG 17 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

8    UNITED STATES OF AMERICA  )
9                 Plaintiff, )
10        vs.             )  No. 1247
11    FALLBROOK PUBLIC UTILITY )
     DISTRICT, et al.,         )
12    AUGUSTINE FREDY          )
       and          Defendants, )
13    FRANCES M. FREDY

14      Comes now the defendant (s) AUGUSTINE FREDY, sued herein

15 as DOE THREE HUNDRED FIFTY SEVEN and FRANCES M. FREDY, sued

16 here in as DOE THREE HUNDRED FIFTY EIGHT
    and for himself or themselves alone and answering plaintiff's complaint on

17 file, herein denies (deny) each and every material allegation contained therein.

                                    *Augustine Fredy*
                                    *Frances M. Fredy*

7998