IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Helen M. Eberlein & Jack B. Eberlein
_____Name_____
Route 1 Box 5
_____Address_____
Fallbrook, California
City and State
7246
Telephone Number

Defendant

FILED
AUG 17 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )    No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
Helen M. Eberlein        )
      &       Defendants,)
Jack B. Eberlein

Comes now the defendant (s) HELEN M. EBERLEIN, sued herein as DOE THREE HUNDRED and JACK B. EBERLEIN, sued herein as DOE THREE HUNDRED ONE and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Helen M Eberlein
/s/ Jack B Eberlein

7997