IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Irene J. McManigill
Name
Route 1 Box 247
Address
Fallbrook, California
City and State
7367
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Irene J. McManigill Defendants, )

Comes now the defendant (s) **IRENE J. McMANIGILL, sued herein as DOE SIX HUNDRED FIFTY SEVEN** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Irene J. McManigill*

FILED
AUG 17 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

7995