IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Fred Masheeco & Sybil Masheeco
Address: P.O. Box 744
City and State: Fallbrook, California
Telephone Number: 7044

Defendant

FILED
AUG 17 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
    Plaintiff, )
vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
Fred Masheeco )
    & Defendants, )
Sybil Masheeco

Comes now the defendant(s) FRED MASHEECO, sued herein as DOE SIX HUNDRED EIGHTY FOUR & SYBIL MASHEECO, sued herein as DOE SIX HUNDRED EIGHTY FIVE and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Fred W. Masheeco
Sybil Masheeco

7994