IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Pedro N. Salvatierra
Address: P.O. Box 434
City and State: Fallbrook, Calif
Telephone Number:

Defendant

FILED
AUG 17 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant (s) Pedro N. Salvatierra and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Pedro N. Salvatierra

7993