IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Arthur W. Johnson**
Name
**Rt. 2 - Box - 242**
Address
**Fallbrook  Calif**
City and State

_____
Telephone Number

Defendant

**FILED**
AUG 20 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) **Arthur W. Johnson**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Arthur W. Johnson*
*Rt. 2 - Box - 242 - Fallbrook*
*Calif.*

8015