IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

MELEINA M JOHNSON
Name
RT. 2, BOX 242
Address
FALLBROOK         CALIFORNIA
City    and    State

_____
Telephone Number

Defendant

**FILED**

AUG 20 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, et al., ) | |
| ) Defendants, ) | |

Comes now the defendant (s) MELENA M. JOHNSON

_____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Melena M. Johnson*
*Rt. 2, Box 242*
*Fallbrook Calif.*

8014