IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

George W. Goldenbee
_____Name_____
1411 West 66th Street
_____Address_____
Los Angeles 47, California
City and State
_____
Telephone Number

Defendant

**FILED**
AUG 23 1951
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
                    Plaintiff, )
)
       vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
GEORGE W. GOLDENBEE Defendants, )

    Comes now the defendant (s) __GEORGE W. GOLDENBEE__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*George W. Goldenbee*
*1411 W. 66 St.*
*Los Angeles, Calif.*

8019