IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Lela P. Goldenbee
Name
1411 West 66th Street
Address
Los Angeles 47, California
City and State
_____
Telephone Number

Defendant

FILED
AUG 23 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| LELA P. GOLDENBEE   Defendants, | ) |

Comes now the defendant(s) __LELA P. GOLDENBEE__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Lela P. Goldenbee*
*1411 W. 66th St, Los Angeles Calif*

8013