IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Myrtle Smith
Address: P.O. Box 265
City and State: Fallbrook, California
Telephone Number: 7134

Defendant

UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　　　)
　　　　　　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　)
　　vs.　　　　　　　　　　　　) No. 1247
　　　　　　　　　　　　　　　　)
FALLBROOK PUBLIC UTILITY　　　)
DISTRICT, et al.,　　　　　　 )
　　　　　　　　　　　　　　　　)
　　　　　　　　　 Defendants, )

Comes now the defendant (s) __MYRTLE SMITH, sued herein as DOE NINE HUNDRED NINETEEN__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

　　　　　　　　　　　　　　　　　　Myrtle Smith

8017