IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Nellie L. Ramsey
Address: R. 2. Box 164
City and State: Fallbrook, Calif.
Telephone Number: 

Defendant

FILED
AUG 23 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
     vs.                  )  No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
            Defendants.   )

Comes now the defendant(s) Nellie L. Ramsey

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Nellie L. Ramsey
R. 2. Box 164 Fallbrook Calif

8016