IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Harry V. Smith
Name

P.O. Box 235
Address

Fallbrook, California
City and State

7234
Telephone Number

Defendant

**FILED**

AUG 27 1951

EDMUND L. SMITH, Clerk
By ................................
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) **HARRY V. SMITH, sued herein as DOE NINE HUNDRED SEVENTEEN**
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Harry V. Smith*

8020