IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1

*Howard N. Farmer*
Name

2

*Route 2 Box 9*
Address

3

*Fallbrook, California*
City    and    State

4

*7294*
Telephone Number

5

6

Defendant

7

8

UNITED STATES OF AMERICA          )
                                  )
9                      Plaintiff,  )
                                  )
10            vs.                  )          No. 1247
                                  )
11   FALLBROOK PUBLIC UTILITY      )
     DISTRICT, et al.,             )
12                                 )
                     Defendants,  )
13

14   Comes now the defendant (s) *Howard N*

15   *Farmer*

16   and for himself or themselves alone and  answering  plaintiff's  complaint  on

17   file, herein denies (deny) each and every material allegation contained therein.

18

19                              *Howard N. Farmer*

20

21

22

23

24

25

26

27

28

29

30

31

32

FILED

AUG 27 1951

EDMUND L. SMITH, Clerk

By ............................
                    DEPUTY CLERK

8021