IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Name:** HILDEGARD T. FARMER
**Address:** Route 2 Box 9
**City and State:** Fallbrook, California
**Telephone Number:** 7294

Defendant

FILED

AUG 27 1951

EDMUND L. SMITH, Clerk

By .................................... DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants. ) | |

Comes now the defendant(s) HILDEGARD T. FARMER and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Hildegard T. Farmer*

8022