IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Agnes Frank & Mahlon Frank
Name

1785 San Gabriel Blvd
Address

San Marino (9) Calif.
City and State

SY 2-0412 - AT 1-2545
Telephone Number

Defendant

FILED

AUG 27 1951

EDMUND L. SMITH, Clerk

By ..................................
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
           Plaintiff,    )
                         )
    vs.                  )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
           Defendants,   )

Comes now the defendant (s) Agnes Frank and Mahlon Frank

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*[signatures: Agnes Frank / Mahlon Frank]*

8023