IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Patricia M. Parshall
Name
Rt 2 Box 181
Address
Fallbrook Calif.
City and State
Fallbrook 212
Telephone Number

Defendant

FILED

AUG 27 1951

EDMUND L. SMITH, Clerk
By............................
DEPUTY CLERK

UNITED STATES OF AMERICA       )
                               )
                Plaintiff,     )
                               )
        vs.                    )   No. 1247
                               )
FALLBROOK PUBLIC UTILITY       )
DISTRICT, et al.,              )
                               )
                Defendants,    )

Comes now the defendant (s) _____

_____ Patricia M. Parshall _____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Patricia M Parshall*

8024