IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Hugh R. Parshall Jr.
Name

Rt 2 Box 181
Address

Fallbrook    Calif.
City and State

Fallbrook 212
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) _____

_____ Hugh R. Parshall Jr, _____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Hugh R. Parshall Jr.*

8025