IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Zane A. Royal
Name

Route 2 Box 171
Address

Fallbrook, California
City and State

7364
Telephone Number

Defendant

**FILED**

AUG 27 1951

EDMUND L. SMITH, Clerk

By.................................
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
      vs.                )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant(s) __ZANE A. ROYAL, sued herein

as DOE EIGHT HUNDRED SIXTY SIX__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Zane A. Royal
AUG 23 1951

8026