FILED
AUG 27 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT<br>a public service corporation of<br>the State of California, et al, | Civil No. 1247<br>MOTION TO INCLUDE<br>ADDITIONAL PARTIES-<br>DEFENDANT |

Come now A. DEVITT VANECH, Assistant Attorney General, ERNEST A. TOLIN, United States Attorney, and BETTY MARSHALL GRAYDON, Assistant United States Attorney, attorneys for the plaintiff herein and move the Court for an order permitting joinder of the below named persons as additional parties-defendant pursuant to provisions of Rule 21 of the Rules of Civil Procedure.

LOIS C. ANDERSON

W. A. ANDERSON

ROBERT H. ASHER

BERNICE BAILEY as trustee for
First Assembly of God Church
GORDON BAILEY as trustee for
First Assembly of God Church
JAMES OSBORNE BAILEY

ETHEL D. BAKER

HARRIET L. BARNARD

CHRISTINE BELCHEZ

JOHN BELCHEZ

RUTH M. BLACKWELL

ARTHUR T. BOGATIE

MARY V. BOGATIE

PAUL D. BRADSHAW

MARGARET BRADSHAW

ARTHUR W. CAREY

316

1. INEZ CAREY
2. ORVILLE W. CARPENTER
3. VEVA L. CARPENTER
4. J. ELIOT COIT
5. LOUISE G. COIT
6. DAVID S. CRAWFORD
7. CONSTANCE L. CRAWFORD
8. LULA MAE CROSS
9. ROGER DE MAGGIO, SR.
10. ALICE M. DENNIS
11. WALTER L. DENNIS
12. JEWELL R. DEPPERMAN
13. JOHN K. DEPPERMAN
14. PHIL H. DOUGHTY
15. VALERIA DOUGHTY
16. AMOS C. DREHER
17. JEANETTE D. DREHER
18. ED FLETCHER COMPANY
19. MARY A. FISHER
20. RALPH C. FISHER
21. HOWARD FOWLER as Trustee for First Assembly of God Church
22. MILDRED FOWLER as Trustee for First Assembly of God Church
23. EWART W. GOODWIN
24. MARY ALICE GOODWIN
25. A. MAE GRUNER
26. JASON DAVID GULIHUR
27. LILLIAN A. GULIHUR
28. H.& L OIL COMPANY LTD.
29. JANETTE HARRIMAN
30. KATHLEEN DIANA HODGES
31. KENNETH V. HODGES
32. CATHRYN L. HOLCOMB

1. S. F. HOLCOMB
2. ROBERT G. HOOD
3. RUBY LEE HOOD
4. PEARL R. HUNT
5. IRENE HUTSON
6. OPAL HUTSON
7. HARRIETT N. INGRAM
8. JOHN B. INGRAM
9. NETTIE VIRGINIA JONES
10. STANLEY JONES
11. SOLON S. KIPP
12. DELIA S. KIPP
13. LA JOLLA FEDERAL SAVINGS AND LOAN ASSOCIATION
14. LA MESA EL CAJON CORPORATION
15. LA MESA EL CAJON SAVINGS & LOAN ASSOCIATION
16. DORIS E. LANCASTER
17. GEORGE D. LANCASTER
18. ROBERT LELYEGREN
19. WANDA LELYEGREN
20. WOODROW W. LOIT
21. NONE A. LONGWELL
22. PLATT MCCARTNEY
23. LOUISE MARGETTS
24. MARJORIE MARTIN
25. J. D. MASSENGILL
26. MENDENHALL CATTLE COMPANY
27. S. CHARLES MENDENHALL
28. NELLIE MENDENHALL
29. LILLIE M. MILLER
30. VICTOR H. MILLER
31. EDWARD MURPHY
32. OCEANSIDE FEDERAL SAVINGS AND LOAN ASSOCIATION

1. OCEANSIDE FINANCE CO.
2. EMILY C. OLDS
3. BESSIE ORCUTT
4. DEWEY ORCUTT
5. PALOMAR BAPTIST CAMP
6. PAULINE PARKINSON
7. ROBERT JOHN PARKINSON
8. PAUL W. POLENZ
9. EDITH M. POLLOCK
10. ELWYN C. POLLOCK
11. JAMES J. REED
12. ALBERT DON ROUNDS
13. VIOLET G. ROUNDS
14. ARTHUR H. RUDDY
15. ELIZABETH G. RUDDY
16. SAN DIEGO GAS & ELECTRIC CO.
17. SAN DIEGO, COUNTY OF
18. SAN DIEGO WHOLESALE CREDIT MEN'S ASSOCIATION
19. ANDREW SCHMITT
20. FERN SCHOENHOFF as Trustee for First Assembly of God Church
21. SAM SCHOENHOFF as Trustee for First Assembly of God Church
22. LIONEL G. SCHWALBACH
23. MARTHA W. SCOTT
24. WILL T. SCOTT
25. ALBERT G. SOCIN
26. CHARLES J. SOCIN
27. NANCY A. SOCIN
28. SOUTHERN CALIFORNIA TELEPHONE CO.
29. SOUTHERN TITLE & TRUST CO.
30. W. N. STAFFORD
31. H. E. STRIDER
32. ODETTE D. STRIDER

|     |                                 |
| --- | ------------------------------- |
| 1   | CHESTER O. TANNER               |
| 2   | THEODOSIA S. TANNER             |
| 3   | DELEMORE H. THURBER             |
| 4   | VIOLA THURBER                   |
| 5   | MARJORIE TITTLE                 |
| 6   | MARY TITTLE                     |
| 7   | REESE DAY TITTLE                |
| 8   | W. L. TRAYLOR                   |
| 9   | EDNA LEE TROTTER                |
| 10  | LOEL C. TROTTER                 |
| 11  | UNION TITLE INSURANCE & TRUST CO. |
| 12  | SARGIS A. URSHAN                |
| 13  | DORA L. VANCE                   |
| 14  | JOHN A. VANCE                   |
| 15  | MARIE S. WALKER                 |
| 16  | CLAUDE WESTON                   |
| 17  | JESSIE R. WIEDERHOLD            |
| 18  | ELIZABETH H. WILLIAMS           |
| 19  | J. FRANK WILLIAMS               |
| 20  | SUSIE MARIE WILLIAMS            |
| 21  | W. H. WILLIAMS                  |
| 22  | ALMA H. YACKEY                  |
| 23  | GEORGE F. YACKEY                |

This motion is made so that the Court may have before it the additional parties-defendant in order that the subject matter of this controversy may be adjudicated completely in one action.

A. DEVITT VANECH
Assistant Attorney General

ERNEST A. TOLIN
United States Attorney

*Betty Marshall Graydon* (signature)
BETTY MARSHALL GRAYDON
Assistant United States Attorney