FILED
AUG 27 1951
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
)
          Plaintiff, )   Civil No. 1247
)
vs. )   ORDER TO INCLUDE
)   ADDITIONAL PARTIES-
FALLBROOK PUBLIC UTILITY DISTRICT )   DEFENDANT
a public service corporation of )
the State of California, et al, )

    Upon motion of the Assistant Attorney General, United States Attorney and Assistant United States Attorney; the Court being fully advised in the premises; it appearing to the satisfaction of the Court that the following named persons should be before the Court in order that the subject matter of this controversy may be adjudicated completely in one action; and that they therefore should be made parties-defendant herein:

                LOIS C. ANDERSON

                W. A. ANDERSON

                ROBERT H. ASHER

                BERNICE BAILEY as trustee for
                First Assembly of God Church
                GORDON BAILEY as trustee for
                First Assembly of God Church
                JAMES OSBORNE BAILEY

                ETHEL D. BAKER

                HARRIET L. BARNARD

                CHRISTINE BELCHEZ

                JOHN BELCHEZ

                RUTH M. BLACKWELL

                ARTHUR T. BOGATIE

                MARY V. BOGATIE

                PAUL D. BRADSHAW

                MARGARET BRADSHAW

| | |
|---|---|
| 1 | ARTHUR W. CAREY |
| 2 | INEZ CAREY |
| 3 | ORVILLE W. CARPENTER |
| 4 | VEVA L. CARPENTER |
| 5 | J. ELIOT COIT |
| 6 | LOUISE G. COIT |
| 7 | DAVID S. CRAWFORD |
| 8 | CONSTANCE L. CRAWFORD |
| 9 | LULA MAE CROSS |
| 10 | ROGER DE MAGGIO, SR. |
| 11 | ALICE M. DENNIS |
| 12 | WALTER L. DENNIS |
| 13 | JEWELL R. DEPPERMAN |
| 14 | JOHN K. DEPPERMAN |
| 15 | PHIL H. DOUGHTY |
| 16 | VALERIA DOUGHTY |
| 17 | AMOS C. DREHER |
| 18 | JEANETTE D. DREHER |
| 19 | ED FLETCHER COMPANY |
| 20 | MARY A. FISHER |
| 21 | RALPH C. FISHER |
| 22-23 | HOWARD FOWLER as Trustee for First Assembly of God Church |
| 23-24 | MILDRED FOWLER as Trustee for First Assembly of God Church |
| 24 | EWART W. GOODWIN |
| 25 | MARY ALICE GOODWIN |
| 26 | A. MAE GRUNER |
| 27 | JASON DAVID GULIHUR |
| 28 | LILLIAN A. GULIHUR |
| 29 | H & L OIL COMPANY LTD. |
| 30 | JANETTE HARRIMAN |
| 31 | KATHLEEN DIANA HODGES |
| 32 | KENNETH V. HODGES |

U. S. GOVERNMENT PRINTING OFFICE   16—30317-1

1. CATHRYN L. HOLCOMB
2. S. F. HOLCOMB
3. ROBERT G. HOOD
4. RUBY LEE HOOD
5. PEARL R. HUNT
6. IRENE HUTSON
7. OPAL HUTSON
8. HARRIET N. INGRAM
9. JOHN B. INGRAM
10. NETTIE VIRGINIA JONES
11. STANLEY JONES
12. SOLON S. KIPP
13. DELIA S. KIPP
14. LA JOLLA FEDERAL SAVINGS AND LOAN ASSOCIATION
15. LA MESA EL CAJON CORPORATION
16. LA MESA EL CAJON SAVINGS AND LOAN ASSOCIATION
17. DORIS E. LANCASTER
18. GEORGE D. LANCASTER
19. ROBERT LELYEGREN
20. WANDA LELYEGREN
21. WOODROW W. LOIT
22. NONE A. LONGWELL
23. PIATT MCCARTNEY
24. LOUISE MARGETTS
25. MARJORIE MARTIN
26. J. D. MASSENGILL
27. MENDENHALL CATTLE COMPANY
28. S. CHARLES MENDENHALL
29. NELLIE MENDENHALL
30. LILLIE M. MILLER
31. VICTOR H. MILLER
32. EDWARD MURPHY

313

| | |
|---|---|
| 1 | OCEANSIDE FEDERAL SAVINGS AND LOAN ASSOCIATION |
| 2 | OCEANSIDE FINANCE CO. |
| 3 | EMILY C. OLDS |
| 4 | BESSIE ORCUTT |
| 5 | DEWEY ORCUTT |
| 6 | PALOMAR BAPTIST CAMP |
| 7 | PAULINE PARKINSON |
| 8 | ROBERT JOHN PARKINSON |
| 9 | PAUL W. POLENZ |
| 10 | EDITH M. POLLOCK |
| 11 | ELWYN C. POLLOCK |
| 12 | JAMES J. REED |
| 13 | ALBERT DON ROUNDS |
| 14 | VIOLET G. ROUNDS |
| 15 | ARTHUR H. RUDDY |
| 16 | ELIZABETH G. RUDDY |
| 17 | SAN DIEGO GAS & ELECTRIC CO. |
| 18 | SAN DIEGO, COUNTY OF |
| 19 | SAN DIEGO WHOLESALE CREDIT MEN'S ASSOCIATION |
| 20 | ANDREW SCHMITT |
| 21 | FERN SCHOENHOFF as Trustee for First Assembly of God Church |
| 22 | SAM SCHOENHOFF as Trustee for First Assembly of God Church |
| 23 | LIONEL G. SCHWALBACH |
| 24 | MARTHA W. SCOTT |
| 25 | WILL T. SCOTT |
| 26 | ALBERT G. SOCIN |
| 27 | CHARLES J. SOCIN |
| 28 | NANCY A. SOCIN |
| 29 | SOUTHERN CALIFORNIA TELEPHONE CO. |
| 30 | SOUTHERN TITLE & TRUST CO. |
| 31 | W. N. STAFFORD |
| 32 | H. E. STRIDER |

314

4

1. ODETTE D. STRIDER
2. CHESTER O. TANNER
3. THEODOSIA S. TANNER
4. DELEMORE H. THURBER
5. VIOLA THURBER
6. MARJORIE TITTLE
7. MARY TITTLE
8. REESE DAY TITTLE
9. W. L. TRAYLOR
10. EDNA LEE TROTTER
11. LOEL C. TROTTER
12. UNION TITLE INSURANCE & TRUST CO.
13. SARGIS A. URSHAN
14. DORA L. VANCE
15. JOHN A. VANCE
16. MARIE S. WALKER
17. CLAUDE WESTON
18. JESSIE R. WIEDERHOLD
19. ELIZABETH H. WILLIAMS
20. J. FRANK WILLIAMS
21. SUSIE MARIE WILLIAMS
22. W. H. WILLIAMS
23. ALMA H. YACKEY
24. GEORGE F. YACKEY

1  It is, by the Court, hereby ORDERED, ADJUDGED AND DECREED that the above-named persons be added and included herein as parties-defendant.

DATED this 24 day of Aug. 1951.

Presented by:

A. DEVITT VANECH
Assistant Attorney General

ERNEST A. TOLIN
United States Attorney

*Betty Marshall Graydon*
BETTY MARSHALL GRAYDON
Assistant United States Attorney

*Jacob Weinberger*
JACOB WEINBERGER
United States District Judge