**FILED**

AUG 29 1951

EDMOND L. SMITH, Clerk

By ................. DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 1247 |
| Plaintiff, ) | MOTION TO INCLUDE ADDITIONAL PARTIES-DEFENDANT |
| vs. ) | |
| FALLBROOK PUBLIC UTILITY DISTRICT ) a public service corporation of ) the State of California, et al, ) | |

Come now A. DEVITT VANECH, Assistant Attorney General, ERNEST A. TOLIN, United States Attorney, and BETTY MARSHALL GRAYDON, Assistant United States Attorney, attorneys for the plaintiff herein and move the Court for an order permitting joinder of the below named persons as additional parties-defendant pursuant to provisions of Rule 21 of the Rules of Civil Procedure.

ROBERT A. AABERG

RUBY M. AABERG

DANIEL T. ABBOTT

JESSIE R. ABBOTT

ELLEN V. ACKLES

GERALD W. ACKLES

EDWARDO ALBARRAN

RACHEL ALBARRAN

ELMER ALLEN

LUCILLE S. ALLEN

JIMMIE R. ALLMON

RALPH D. ALLMON

JOHN G. ALMAND

LORRAINE A. ALMAND

LETTIE M. ANDERSON

MAUD MAY ANDERSON

ERIC R. ANDREWS

MARGARET M. ANDREWS

ALICE M. APPLEFORD

321

1. WILLIAM B. APPLEFORD
2. EMMA T. BAIRD
3. GEORGE W. BAIRD
4. MINNIE M. BAIRD
5. ROBERT W. BAIRD
6. IONE B. BAKER
7. JOHN L. BAKER
8. SYLVA BLANCHE BAKER aka SYLVA BLANCHE SUTTON
9. ELVA L. BANKS
10. STANLEY C. BANKS
11. HAROLD W. BARKOW
12. HILDA BARKOW
13. MARCELLA C. R. BARKOW
14. WALTER H. BARKOW
15. FAITH E. BARNHART
16. LESLIE Z. BARNHART
17. MATTIE BARRETT
18. WALTER E. BARRETT
19. LUCILLE BATEMAN
20. WALTER W. BATEMAN
21. CARL P. BAUER
22. GERALDINE BAUER
23. THOMAS A. BEAMAN
24. NELLIE E. BECK
25. DOROTHA BEGIEN
26. RAYMOND E. BEGIEN
27. DORA A. BELL
28. F. M. BELL
29. J. FRANK BELL, JR.
30. CHARLES H. BELL
31. ERNEST A. BELL
32. FAYE I. BELL
33. RAMONA J. BELL

1. FRED J. BENTLEY
2. KAREN M. BENTLEY
3. ANNA M. BERG
4. EDDIE BERG
5. DELIA L. BERNARDIN
6. EMILE BERNARDIN
7. ETHEL B. BERNARDIN
8. LIONEL R. BERNARDIN
9. ELSIE H. BERRY
10. MARIE M. BESSE
11. WALTER J. BESSE
12. FRANCIS BIBB
13. JAMES H. BIBB
14. WILLIAM WARD BIRT
15. LORNA M. BLANKENSHIP
16. MADGE M. BODELL
17. NEAL A. BODELL
18. BRICE O. BOLL
19. GRACE C. BOLL
20. IDA BOREN
21. JESSE SHELDON BOREN
22. WALTER M. BREINING
23. ARTHUR M. BRISCOE
24. AUDREY K. BRISCOE
25. GRACE L. BROWN
26. JOHN E. BROWN
27. LESTER S. BROWN
28. OTIS O. BROWN
29. PHEBE M. BROWN
30. DORA M. BUCK
31. LEORA M. BUCK
32. VALENTINE B. BUCK
33. W. H. BUCK

323

| | |
|---|---|
| 1 | CHARLES F. BUDDY, Incumbent - Roman Catholic Bishop of San Diego |
| 2 | LOUISE E. BURNELL |
| 3 | ELMER J. BURNEY |
| 4 | HAZEL D. BURNEY |
| 5 | INES F. BURNS |
| 6 | WILLIAM M. BURNS |
| 7 | AMY ANTHONY BURT |
| 8 | MILO O. BUSENBERG |
| 9 | JULIA T. BUSCH |
| 10 | PHILIP C. BUSCH |
| 11 | JOHN F. CAINE |
| 12 | ROSE M. CAINE |
| 13 | SINA B. CAINE |
| 14 | CALIF. ELDERSHIP OF CHURCHES OF GOD IN CALIFORNIA |
| 15 | LUCILLE W. CAPRA |
| 16 | JOHN G. CARLIN |
| 17 | JULIA A. CARLIN |
| 18 | ELEANOR C. CARTER |
| 19 | M. R. CARTER |
| 20 | C. FINDLAY CARTWRIGHT |
| 21 | MARIAN LYALL CARTWRIGHT |
| 22 | DOROTHY COLLINS CATHREY |
| 23 | JAMES R. CHESS |
| 24 | KATHLEEN CHESS |
| 25 | CHRISTIAN SCIENCE SOCIETY |
| 26 | ESTELLA H. CIMPERMAN |
| 27 | RUDOLPH CIMPERMAN |
| 28 | CHARLES H. CLARK |
| 29 | LOLA MONTEZ CLARK |
| 30 | MAUDE ELLEN CLARK |
| 31 | SAWYER WELLS CLARK |
| 32 | ABBIE E. CLARNO |
| 33 | OLIVER E. CLARNO |

1. ALBERT B. CLEMMENS
2. ANDREW J. CLEMMENS
3. HELENE WHELAN CLEVELAND
4. LEWIS M. CLEVELAND
5. THELMA B. CLYDE
6. ROSCOE A. COFFMAN
7. ADDIE G. COLVIN
8. WILLIAM HERBERT COLVIN
9. ERNEST C. COOK
10. WILLIAM COOK
11. JACK W. CORNELL
12. JOSEPHINE C. CORNELL
13. GLENN W. COY
14. JESSIE M. COY
15. WALTER E. CRANE
16. ZELMA F. CROOKS
17. H. A. CROCNQUIST
18. VIVIAN CROONQUIST
19. ALFRED J. H. CUDLIPP
20. MARY CUDLIPP
21. F. H. TRITCHKA
22. GRETTA M. TRITCHKA
23. CLYDE R. TUTTLE
24. MARJORIE B. TUTTLE
25. ALLENE PADELFORD URNER
26. MARK E. URNER
27. JAMES H. VANDERSLICE
28. VERA B. VANDERSLICE
29. JANET VAN DYKE
30. EVA E. VINES
31. HOUSTON A. VINES
32. FRED VLASEK
33. DE LISLE C. VOORHEES

| | |
|---|---|
| 1 | RUTH A. VOORHEES |
| 2 | JOHN Z. WALKER |
| 3 | OLA G. WALKER |
| 4 | ETHEL R. WALLER |
| 5 | NORBERT A. WALLER |
| 6 | FERN M. WARE |
| 7 | LAWRENCE A. WARE |
| 8 | JAMES M. S. WARNER, SR. |
| 9 | IRA B. WASHBURN |
| 10 | MARY ELIZABETH WAYMAN |
| 11 | RAYMOND WAYMAN |
| 12 | CHARLES A. WEAVER, JR. |
| 13 | WANDA G. WEAVER |
| 14 | EDITH L. WEBSTER |
| 15 | WILLIAM W. WEBSTER |
| 16 | LEROY I. WEEKS |
| 17 | NELLIE M. WEEKS |
| 18 | A. F. WEINRICH |
| 19 | DOLORES WEINRICH |
| 20 | CLEMENTINE E. WEISSHAUPT |
| 21 | JOHN G. WEISSHAUPT |
| 22 | FLORENCE H. WERNICKE |
| 23 | LEONARD S. WERNICKE |
| 24 | WEST FALLBROOK HIGH SCHOOL |
| 25 | CHESLEY H. WEST |
| 26 | WEST FALLBROOK UNION ELEMENTARY SCHOOL DISTRICT |
| 27 | LILLIE C. WEST |
| 28 | WEST FALLBROOK UNION GRAMMER SCHOOL DISTRICT |
| 29 | PAUL S. WESTER |
| 30 | ELEANORE WESTER |
| 31 | EDITH M. WETZLER |
| 32 | JOHN L. WETZLER |
| 33 | ALICE ADAMS WHITE |

| | |
|---|---|
| 1 | FRED H. WHITE |
| 2 | PAULINE WHITE |
| 3 | ROBERT L. WHITE |
| 4 | FAWN P. WILCOX |
| 5 | F. HUGH WILCOX |
| 6 | ROY O. WILEY, JR. |
| 7 | VERNA O. WILEY |
| 8 | FAYETTE WILLETT |
| 9 | P. W. WILLETT |
| 10 | LYNN P. WILLIAMS |
| 11 | MAMIE J. WILLIAMS |
| 12 | MAUDE E. WILSON |
| 13 | MELVIN L. WILSON |
| 14 | LUCILLE M. WINZELL |
| 15 | WALTER J. WINZELL |
| 16 | RUSSELL P. WOLFE |
| 17 | RUBY I. WOLFE |
| 18 | BRITTIE I. WOMACK |
| 19 | EARL G. WOMACK |
| 20 | WOMAN'S SATURDAY AFTERNOON CLUB |
| 21 | HELEN M. WOOD |
| 22 | MYRON E. WOOD |
| 23 | GLADYS E. WOODBURY |
| 24 | FLOYD D. WOODREY |
| 25 | LUCILLE K. WOODREY |
| 26 | HOWARD C. WOODROW |
| 27 | LILLIAN L. WOODROW |
| 28 | LILLIAN H. WOODY |
| 29 | GENEVIEVE E. WRAY |
| 30 | GLENN W. WRAY |
| 31 | DENICE B. YAGLE |
| 32 | GRACE MAY YOUNT |
| 33 | WILLIAM THOMAS YOUNT |

CHARLES ZIMMERMAN

EMMA ZIMMERMAN

This motion is made so that the Court may have before it the additional parties-defendant in order that the subject matter of this controversy may be adjudicated completely in one action.

A. DEVITT VANECH
Assistant Attorney General

ERNEST A. TOLIN
United States Attorney

BETTY MARSHALL GRAYDON
Assistant United States Attorney