FILED

AUG 29 1951

EDMUND L. SMITH, Clerk

By ................ DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
)
     Plaintiff, ) Civil No. 1247
)
vs. ) ORDER TO INCLUDE
) ADDITIONAL PARTIES-
FALLBROOK PUBLIC UTILITY DISTRICT ) DEFENDANT
a public service corporation of )
the State of California, et al, )

  Upon motion of the Assistant Attorney General, United States Attorney and Assistant United States Attorney; the Court being fully advised in the premises; it appearing to the satisfaction of the Court that the following named persons should be before the Court in order that the subject matter of this controversy may be adjudicated completely in one action; and that they therefore should be made parties-defendant herein:

     ROBERT A. AABERG

     RUBY M. AABERG

     DANIEL T. ABBOTT

     JESSIE R. ABBOTT

     ELLEN V. ACKLES

     GERALD W. ACKLES

     EDWARDO ALBARRAN

     RACHEL ALBARRAN

     ELMER ALLEN

     LUCILLE S. ALLEN

     JIMMIE R. ALLMON

     RALPH D. ALLMON

     JOHN G. ALMAND

     LORRAINE A. ALMAND

     LETTIE M. ANDERSON

     MAUD MAY ANDERSON

     ERIC R. ANDREWS

1. MARGARET M. ANDREWS
2. ALICE M. APPLEFORD
3. WILLIAM B. APPLEFORD
4. EMMA T. BAIRD
5. GEORGE W. BAIRD
6. MINNIE M. BAIRD
7. ROBERT W. BAIRD
8. IONE B. BAKER
9. JOHN L. BAKER
10. SYLVA BLANCHE BAKER aka SYLVA BLANCHE SUTTON
11. ELVA L. BANKS
12. STANLEY C. BANKS
13. HAROLD W. BARKOW
14. HILDA BARKOW
15. MARCELLA C. R. BARKOW
16. WALTER H. BARKOW
17. FAITH E. BARNHART
18. LESLIE Z. BARNHART
19. MATTIE BARRETT
20. WALTER E. BARRETT
21. LUCILLE BATEMAN
22. WALTER W. BATEMAN
23. CARL P. BAUER
24. GERALDINE BAUER
25. THOMAS A. BEAMAN
26. NELLIE E. BECK
27. DOROTHA BEGIEN
28. RAYMOND E. BEGIEN
29. DORA A. BELL
30. F. M. BELL
31. J. FRANK BELL, JR.
32. CHARLES H. BELL
33. ERNEST A. BELL

330

1. FAYE I. BELL
2. RAMONA J. BELL
3. FRED J. BENTLEY
4. KAREN M. BENTLEY
5. ANNA M. BERG
6. EDDIE BERG
7. DELIA L. BARNARDIN
8. EMILE BARNARDIN
9. ETHEL B. BERNARDIN
10. LIONEL R. BERNARDIN
11. ELSIE H. BERRY
12. MARIE M. BESSE
13. WALTER J. BESSE
14. FRANCIS BIBB
15. JAMES H. BIBB
16. WILLIAM WARD BIRT
17. LORNA M. BLANKENSHIP
18. MADGE M. BODELL
19. NEAL A. BODELL
20. BRICE O. BOLL
21. GRACE C. BOLL
22. IDA BOREN
23. JESSE SHELDON BOREN
24. WALTER M. BREINING
25. ARTHUR M. BRISCOE
26. AUDREY K. BRISCOE
27. GRACE L. BROWN
28. JOHN E. BROWN
29. LESTER S. BROWN
30. OTIS O. BROWN
31. PHEBE M. BROWN
32. DORA M. BUCK
33. LEORA M. BUCK

1. VALENTINE B. BUCK
2. W. H. BUCK
3. CHARLES F. BUDDY, Incumbent - Roman Catholic Bishop of San Diego
4. LOUISE E. BURNELL
5. ELMER J. BURNEY
6. HAZEL D. BURNEY
7. INES F. BURNS
8. WILLIAM M. BURNS
9. AMY ANTHONY BURT
10. MILO O. BUSENBERG
11. JULIA T. BUSCH
12. PHILIP C. BUSCH
13. JOHN F. CAINE
14. ROSE M. CAINE
15. SINA B. CAINE
16. CALIF. ELDERSHIP OF CHURCHES OF GOD IN CALIFORNIA
17. LUCILLE W. CAPRA
18. JOHN G. CARLIN
19. JULIA A. CARLIN
20. ELEANOR C. CARTER
21. M. R. CARTER
22. C. FINDLAY CARTWRIGHT
23. MARIAN LYALL CARTWRIGHT
24. DOROTHY COLLINS CATHREY
25. JAMES R. CHESS
26. KATHLEEN CHESS
27. CHRISTIAN SCIENCE SOCIETY
28. ESTELLA H. CIMPERMAN
29. RUDOLPH CIMPERMAN
30. CHARLES H. CLARK
31. LOLA MONTEZ CLARK
32. MAUDE ELLEN CLARK
33. SAWYER WELLS CLARK

1. ABBIE E. CLARNO
2. OLIVER E. CLARNO
3. ALBERT B. CLEMMENS
4. ANDREW J. CLEMMENS
5. HELENE WHELAN CLEVELAND
6. LEWIS M. CLEVELAND
7. THELMA B. CLYDE
8. ROSCOE A. COFFMAN
9. ADDIE G. COLVIN
10. WILLIAM HERBERT COLVIN
11. ERNEST C. COOK
12. WILLIAM COOK
13. JACK W. CORNELL
14. JOSEPHINE C. CORNELL
15. GLENN W. COY
16. JESSIE M. COY
17. WALTER E. CRANE
18. ZELMA F. CROOKS
19. H. A. CROONQUIST
20. VIVIAN CROONQUIST
21. ALFRED J. H. CUDLIPP
22. MARY CUDLIPP
23. F. H. TRITCHKA
24. GRETTA M. TRITCHKA
25. CLYDE R. TUTTLE
26. MARJORIE B. TUTTLE
27. ALLENE PADELFORD URNER
28. MARK E. URNER
29. JAMES H. VANDERSLICE
30. VERA B. VANDERSLICE
31. JANET VAN DYKE
32. EVA E. VINES
33. HOUSTON A. VINES

1. FRED VLASEK
2. DE LISLE C. VOORHEES
3. RUTH A. VOORHEES
4. JOHN Z. WALKER
5. OLA G. WALKER
6. ETHEL R. WALLER
7. NORBERT A. WALLER
8. FERN M. WARE
9. LAWRENCE A. WARE
10. JAMES M. S. WARNER, SR.
11. IRA B. WASHBURN
12. MARY ELIZABETH WAYMAN
13. RAYMOND WAYMAN
14. CHARLES A. WEAVER, JR.
15. WANDA G. WEAVER
16. EDITH L. WEBSTER
17. WILLIAM W. WEBSTER
18. LEROY I. WEEKS
19. NELLIE M. WEEKS
20. A. F. WEINRICH
21. DOLORES WEINRICH
22. CLEMENTINE E. WEISSHAUPT
23. JOHN G. WEISSHAUPT
24. FLORENCE H. WERNICKE
25. LEONARD S. WERNICKE
26. WEST FALLBROOK HIGH SCHOOL
27. CHESLEY H. WEST
28. WEST FALLBROOK UNION ELEMENTARY SCHOOL DISTRICT
29. LILLIE C. WEST
30. WEST FALLBROOK UNION GRAMMER SCHOOL DISTRICT
31. PAUL S. WESTER
32. ELEANORE WESTER
33. EDITH M. WETZLER

1. JOHN L. WETZLER
2. ALICE ADAMS WHITE
3. FRED H. WHITE
4. PAULINE WHITE
5. ROBERT L. WHITE
6. FAWN P. WILCOX
7. F. HUGH WILCOX
8. ROY O. WILEY, JR.
9. VERNA O. WILEY
10. FAYETTE WILLETT
11. P. W. WILLETT
12. LYNN P. WILLIAMS
13. MAMIE J. WILLIAMS
14. MAUDE E. WILSON
15. MELVIN L. WILSON
16. LUCILLE M. WINZELL
17. WALTER J. WINZELL
18. RUSSELL P. WOLFE
19. RUBY I. WOLFE
20. BRITTIE I. WOMACK
21. EARL G. WOMACK
22. WOMAN'S SATURDAY AFTERNOON CLUB
23. HELEN M. WOOD
24. MYRON E. WOOD
25. GLADYS E. WOODBURY
26. FLOYD D. WOODREY
27. LUCILLE K. WOODREY
28. HOWARD C. WOODROW
29. LILLIAN L. WOODROW
30. LILLIAN H. WOODY
31. GENEVIEVE E. WRAY
32. GLENN W. WRAY
33. DENICE B. YAGLE

GRACE MAY YOUNT

WILLIAM THOMAS YOUNT

CHARLES ZIMMERMAN

EMMA ZIMMERMAN

It is, by the Court, hereby ORDERED, ADJUDGED AND DECREED that the above-named persons be added and included herein as parties-defendant.

DATED this 29 day of Aug 1951.

Presented by:

A. DEVITT VANECH
Assistant Attorney General


ERNEST A. TOLIN
United States Attorney

BETTY MARSHALL GRAYDON
Assistant United States Attorney

JACOB WEINBERGER
United States District Judge