IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: N. W. Tomlin
Address: Rt 2 - Box 33
City and State: Fallbrook, Calif
Telephone Number: 63/

Defendant

FILED
AUG 29 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
              Plaintiff,   )
      vs.                  )  No. 1247
FALLBROOK PUBLIC UTILITY   )
DISTRICT, et al.,          )
              Defendants,  )

Comes now the defendant (s) N W. Tomlin

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

N-W Tomlin

8027