THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: HENRY H. SCOTT, LOIS SCOTT
Address: 1046 W. SANTA BARBARA
City and State: LOS ANGELES, CALIF.
Telephone Number: ADAMS 0-492

Defendant S

August 28, 1951

FILED
AUG 30 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
             )
        Plaintiff, )
             )
   vs.       )   No. 1247
             )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
             )
        Defendants, )

Comes now the defendant(s) HENRY H. SCOTT LOIS SCOTT JOINT TENNANTS and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

8/28/51   Henry H. Scott
8/28/51   Lois Scott

8029