IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  Doris G. Rarick & Geyer R. Rarick
              Name
2  P.O. Box 321
              Address
3  Fallbrook, California
   City   and   State
4       453
       Telephone Number
5
            Defendant

**FILED**

AUG 30 1951

EDMUND L. SMITH, Clerk
By /s/ _____
            DEPUTY CLERK

8  UNITED STATES OF AMERICA       )
                                  )
9                      Plaintiff, )
                                  )
10          vs.                   )   No. 1247
                                  )
11 FALLBROOK PUBLIC UTILITY       )
   DISTRICT, et al.,              )
12                                )
                     Defendants,  )

14   Comes now the defendant (s) DORIS G. RARICK, sued herein as

15 DOE EIGHT HUNDRED TWENTY NINE & GEYER R. RARICK, sued herein

16 as DOE EIGHT HUNDRED THIRTY.
   and for himself or themselves alone and answering plaintiff's complaint on

17 file, herein denies (deny) each and every material allegation contained therein.

            /s/ Doris G. Rarick
            /s/ Geyer R. Rarick

0028