FILED

AUG 30 1951

EDMUND L. SMITH, Clerk
By ........................
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 1247 |
| ) | MOTION TO INCLUDE |
| Plaintiff, ) | ADDITIONAL PARTIES- |
| ) | DEFENDANT |
| vs. ) | |
| ) | |
| FALLBROOK PUBLIC UTILITY DISTRICT ) | |
| a public service corporation of ) | |
| the State of California, et al, ) | |

Come now A. DEVITT VANECH, Assistant Attorney General, ERNEST A. TOLIN, United States Attorney, and BETTY MARSHALL GRAYDON, Assistant United States Attorney, attorneys for the plaintiff herein and move the Court for an order permitting joinder of the below named persons as additional parties-defendant pursuant to provisions of Rule 21 of the Rules of Civil Procedure.

HELYN S. ALLEN

CHALMA E. BAILEY

VIRGINIA L. BAILEY

CHARLES BERG

ALICE D. BERGMAN

ALICE I. BERGMAN

CARL H. BERGMAN

FLORENCE BERGMAN

HARRY H. BERGMAN

RAY LESTER BERGMAN

SHARON BERGMAN

AGNES H. BETHELL

WILLIAM R. BRADFORD

ROBERT L. BURCHETT

RALPH BUZARD

IRVIN RAY CAIN

ZORA MAE CAIN

CHARLES CLARK

GRACE CLARK

341

| | |
|---|---|
| 1 | ALMA F. CLICK |
| 2 | VARIA V. CLICK |
| 3 | JOSEPH CUCCIO |
| 4 | MARY CUCCIO |
| 5 | GRACE A. CURTIS |
| 6 | SHERMAN J. CURTIS |
| 7 | HOWARD M. DAVIDSON |
| 8 | MARGARET L. DAVIDSON |
| 9 | DE LUZ SCHOOL DISTRICT OF SAN DIEGO COUNTY |
| 10 | IDA M. DODGE |
| 11 | ADELE DONATO |
| 12 | ATTILIO DONATO |
| 13 | ROBERT E. DORLAND |
| 14 | EDWIN DOVER |
| 15 | ERNEST DOVER |
| 16 | ESSIE R. DOVER |
| 17 | XENIA IONA DOVER |
| 18 | LAURA DOVILLE |
| 19 | PAUL DOVILLE |
| 20 | ELEANOR M. DRAKE |
| 21 | K. B. DRAKE |
| 22 | MILDRED EWING |
| 23 | EVELYN M. FARRANT |
| 24 | BENJAMIN K. FIKE |
| 25 | FLORENCE M. FIKE |
| 26 | PHYLLIS C. FOSTER |
| 27 | RICHARD A. FOSTER |
| 28 | ESTEFANA FREEMAN |
| 29 | JAMES O. FREEMAN |
| 30 | ERLE STANLEY GARDNER |
| 31 | G. R. GOUGH |
| 32 | MALCOLM C. HALL |
| 33 | MILDRED K. HALL |

1. EVELYN T. HANSEN
2. FLETCHER H. HAYWARD
3. THEDA B. HAYWARD
4. ERMA HAZEL HOLMES
5. ERVIN HOWARD HOLMES
6. LOUISE JACKSON
7. MINNA JAVE
8. MARVIN E. JENKINS
9. MILDRED H. JENKINS
10. FANNIE L. JOHNSON
11. LOLA X. JOHNSTON
12. EMILY C. JORDAN
13. HARRY JORDAN
14. H. E. KENNEDY
15. MINA KENNEDY
16. MARGARET A. KOLB
17. JOHN KUHNES
18. CHARLES H. LIEFER
19. VIOLA S. LIEFER
20. CECIL B. McDANIEL
21. ZORA M. McDANIEL
22. HOMER C. McDOWELL
23. MARION J. McDOWELL
24. PEARLE V. MAULE
25. ADOLPHO MIRANDA
26. BESSIE MIRANDA
27. RUTH S. MOORE
28. WALTER E. MOORE
29. CORA MYERS
30. HERBERT B. L. MYERS
31. MABEL NELSON
32. HENRIETTA B. E. OLDHAM
33. WILLIAM G. OLDHAM

1. LOUIS C. PADEN
2. ESTELLE M. POMEROY
3. TIMOTHY CYRIL POMEROY
4. MARJORIE P. PYEATT
5. MERCY E. PYEATT
6. NILER R. PYEATT
7. FLOYD W. RAIL
8. ISABELLA RAIL
9. BETTY JEAN RAYBOULD
10. RICHARD F. RAYBOULD
11. CRUZE REYES
12. OTTO G. RICKERT
13. AILEEN RIVERS
14. GEORGE A. RIVERS
15. EDWARD W. SAURIN
16. HERMAN H. SILVERIA
17. MARGARET A. SILVERIA
18. HELEN BRANDT SIMONDS
19. WILLIAM EDWARD SIMONDS
20. BARTOLOMEO SIMONELLI
21. CLARA H. SIMONELLI
22. HERBERT M. SMITH
23. JOHN G. SMITH
24. GLEN C. SNOW
25. GRACE E. SNOW
26. GEORGE ARTHUR STITES
27. KATHERINE JEAN STITES
28. FRANK STONER
29. J. A. STONER
30. EDITH THAISS
31. WILLIAM THAISS
32. DONALD B. TRUNNELL
33. ESTHER BERGMAN TRUNNELL

344

- 4 -

1         ELBY M. VAN GORDEN

2         GLADYS L. VAN GORDEN

3         FELIX VERDUGO

4         ADRIAN F. WEAVER

5         FLORENCE M. WHITLOCK

6         JOHN H. WHITLOCK

7         GEORGE T. WOODLOCK

8         SADIE A. WOODLOCK

9         LOLA X. WRIGHT

10        VIOLET M. YOUNG

11     This motion is made so that the Court may have before it the additional parties-defendant in order that the subject matter of this controversy may be adjudicated completely in one action.

                        A. DEVITT VANECH
                        Assistant Attorney General

                        ERNEST A. TOLIN
                        United States Attorney

                        *[signature: Betty Marshall Graydon]*
                        BETTY MARSHALL GRAYDON
                        Assistant United States Attorney

345