**FILED**

AUG 30 1951

EDMUND L. SMITH, Clerk

By _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
                     Plaintiff,    )          Civil No. 1247
                                   )
          vs.                      )          ORDER TO INCLUDE
                                   )          ADDITIONAL PARTIES-
FALLBROOK PUBLIC UTILITY DISTRICT  )          DEFENDANT
a public service corporation of    )
the State of California, et al,    )

     Upon motion of the Assistant Attorney General, United
States Attorney and Assistant United States Attorney; the
Court being fully advised in the premises; it appearing to
the satisfaction of the Court that the following named per-
sons should be before the Court in order that the subject
matter of this controversy may be adjudicated completely in
one action; and that they therefore should be made parties-
defendant herein:

                     HELYN S. ALLEN

                     CHALMA E. BAILEY

                     VIRGINIA L. BAILEY

                     CHARLES BERG

                     ALICE D. BERGMAN

                     ALICE I. BERGMAN

                     CARL H. BERGMAN

                     FLORENCE BERGMAN

                     HARRY H. BERGMAN

                     RAY LESTER BERGMAN

                     SHARON BERGMAN

                     AGNES H. BETHELL

                     WILLIAM R. BRADFORD

                     ROBERT L. BURCHETT

                     RALPH BUZARD

                     IRVIN RAY CAIN

                     ZORA MAE CAIN

336

1   CHARLES CLARK

2   GRACE CLARK

3   ALMA F. CLICK

4   VARIA V, CLICK

5   JOSEPH CUCCIO

6   MARY CUCCIO

7   GRACE A. CURTIS

8   SHERMAN J. CURTIS

9   HOWARD M. DAVIDSON

10   MARGARET L. DAVIDSON

11   DE LUZ SCHOOL DISTRICT
      OF SAN DIEGO COUNTY

12   IDA M. DODGE

13   ADELE DONATO

14   ATTILIO DONATO

15   ROBERT E. DORLAND

16   EDWIN DOVER

17   ERNEST DOVER

18   ESSIE R. DOVER

19   XENIA IONA DOVER

20   LAURA DOVILLE

21   PAUL DOVILLE

22   ELEANOR M. DRAKE

23   K. B. DRAKE

24   MILDRED EWING

25   EVELYN M. FARRANT

26   BENJAMIN K. FIKE

27   FLORENCE M. FIKE

28   PHYLLIS C. FOSTER

29   RICHARD A. FOSTER

30   ESTEFANA FREEMAN

31   JAMES C. FREEMAN

32   ERLE STANLEY GARDNER

33   G. R. GOUGH

337

| | |
|---|---|
| 1 | MALCOLM O. HALL |
| 2 | MILDRED K. HALL |
| 3 | EVELYN T. HANSEN |
| 4 | FLETCHER H. HAYWARD |
| 5 | THEDA B. HAYWARD |
| 6 | ERMA HAZEL HOLMES |
| 7 | ERVIN HOWARD HOLMES |
| 8 | LOUISE JACKSON |
| 9 | MINNA JAVE |
| 10 | MARVIN E. JENKINS |
| 11 | MILDRED H. JENKINS |
| 12 | FANNIE L. JOHNSON |
| 13 | LOLA X. JOHNSTON |
| 14 | EMILY C. JORDAN |
| 15 | HARRY JORDAN |
| 16 | H. E. KENNEDY |
| 17 | MINA KENNEDY |
| 18 | MARGARET A. KOLB |
| 19 | JOHN KUHNES |
| 20 | CHARLES H. LIEFER |
| 21 | VIOLA S. LIEFER |
| 22 | CECIL B. McDANIEL |
| 23 | ZORA M. McDANIEL |
| 24 | HOMER C. McDOWELL |
| 25 | MARION J. McDOWELL |
| 26 | PEARLE V. MAULE |
| 27 | ADOLPHO MIRANDA |
| 28 | BESSIE MIRANDA |
| 29 | RUTH S. MOORE |
| 30 | WALTER E. MOORE |
| 31 | CORA MYERS |
| 32 | HERBERT B. L. MYERS |
| 33 | MABEL NELSON |

338

- 3 -

1    HENRIETTA B. E. OLDHAM

2    WILLIAM G. OLDHAM

3    LOUIS C. PADEN

4    ESTELLE M. POMEROY

5    TIMOTHY CYRIL POMEROY

6    MARJORIE P. PYEATT

7    MERCY E. PYEATT

8    NILER R. PYEATT

9    FLOYD W. RAIL

10    ISABELLA RAIL

11    BETTY JEAN RAYBOULD

12    RICHARD F. RAYBOULD

13    CRUZE REYES

14    OTTO G. RICKERT

15    AILEEN RIVERS

16    GEORGE A. RIVERS

17    EDWARD W. SAURIN

18    HERMAN H. SILVERIA

19    MARGARET A. SILVERIA

20    HELEN BRANDT SIMONDS

21    WILLIAM EDWARD SIMONDS

22    BARTOLOMEO SIMONELLI

23    CLARA H. SIMONELLI

24    HERBERT M. SMITH

25    JOHN G. SMITH

26    GLEN C. SNOW

27    GRACE E. SNOW

28    GEORGE ARTHUR STITES

29    KATHERINE JEAN STITES

30    FRANK STONER

31    J. A. STONER

32    EDITH THAISS

33    WILLIAM THAISS

1        DONALD B. TRUNNELL

2        ESTHER BERGMAN TRUNNELL

3        ELBY M. VAN GORDEN

4        GLADYS L. VAN GORDEN

5        FELIX VERDUGO

6        ADRIAN F. WEAVER

7        FLORENCE M. WHITLOCK

8        JOHN H. WHITLOCK

9        GEORGE T. WOODLOCK

10       SADIE A. WOODLOCK

11       LOLA X. WRIGHT

12       VIOLET M. YOUNG

13       It is, by the Court, hereby ORDERED, ADJUDGED AND
DECREED that the above-named persons be added and in-
14   cluded herein as parties-defendant.

15       DATED this _____29_____ day of _____Aug_____ 1951.

16

17   Presented by:

18

19   A. DEVITT VANECH
     Assistant Attorney General

20

21

22   ERNEST A. TOLIN
     United States Attorney

23

24

25   BETTY MARSHALL GRAYDON          JACOB WEINBERGER
     Assistant United States Attorney   United States District Judge

26

27

28

29

30

31

32

33                        - 5 -

                                            340