IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Kenneth Homer Gage
Address: 679 East 82 St
City and State: Los Angeles, Calif
Telephone Number: Ph-____

Defendant

FILED
SEP 4 - 1951
EDMUND L. SMITH, Clerk
By: _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
    vs.                  )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s) _____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Kenneth Homer Gage

8032