IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: James Addison Stonebreaker (Deceased)
Florence Stonebreaker (Widow)
Address: 629 E. 82 St
City and State: Los Angeles (1) Calif
Telephone Number: PL-145-5-2

Defendant

**FILED**
SEP 4 – 1951
EDMUND L. SMITH, Clerk
By /s/ _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
            Plaintiff, )
    vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
            Defendants. )

Comes now the defendant (s) _____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

James Addison Stonebreaker (Deceased)
Florence Stonebreaker (Widow)

8031