IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Barbara B McMillan
Address: Box 137
City and State: Fallbrook Calif
Telephone Number: 4 63

Defendant

FILED
SEP 4 - 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant (s) Barbara B McMillan and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Barbara B McMillan

2030