IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Cathryn L. Holcomb
_Name_
1071 University Ave.
_Address_
San Diego 3, Calif
_City    and    State_
J-2135
_Telephone Number_

Defendant

**FILED**

SEP 4 - 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
                        Plaintiff, )
)
           vs.           )        No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
)
                        Defendants, )

Comes now the defendant (s) Cathryn L. Holcomb

_____

and for himself or themselves alone and  answering  plaintiff's  complaint  on

file, herein denies (deny) each and every material allegation contained therein.

Cathryn L. Holcomb
_____

8033