

FILED

SEP 5 - 1951

EDMUND L. SMITH, Clerk
By ................................
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT<br>a public service corporation of<br>the State of California, et al, | Civil No. 1247<br>MOTION AND ORDER TO<br>INCLUDE ADDITIONAL<br>PARTIES-DEFENDANT |

Come now A. DEVITT VANECH, Assistant Attorney General, ERNEST A. TOLIN, United States Attorney, and BETTY MARSHALL GRAYDON, Assistant United States Attorney, attorneys for the plaintiff herein and move the Court for an order permitting joinder of the below named persons as additional parties-defendant pursuant to provisions of Rule 21 of the Rules of Civil Procedure.

　　　　　　　　　HAZEL M. ANDERSON

　　　　　　　　　SANTFORD T. ANDERSON

　　　　　　　　　ANZA COMMUNITY BUILDING INC.

　　　　　　　　　BEATRIZ ARNAIZ AKA BEATRICE ARNAIZ

　　　　　　　　　A. R. ASHMAN

　　　　　　　　　MARY ASHMAN

　　　　　　　　　LINCOLN BAHRMAN

　　　　　　　　　HOWARD F. BAILEY

　　　　　　　　　LOLA Y. BAILEY

　　　　　　　　　BANK OF AMERICA NATIONAL TRUST
　　　　　　　　　AND SAVINGS ASSOCIATION

　　　　　　　　　LEONA BARTON

　　　　　　　　　EDNA BECK

　　　　　　　　　A. J. BENDLER

346

1. EDNA A. BISBEE
2. GUY A. BISBEE
3. DONALD W. BLACKBURN
4. GRACE M. BOHLEN
5. JOHN H. BOHLEN
6. NAN BOHLEN
7. CHARLES A. BRAUN
8. DOROTHY MAE BROME
9. CATERINA F. BROWN
10. MARCUS HOLT BROWN
11. ELIZABETH M. BUCKLEY
12. CALIFORNIA, STATE OF
13. ETTA B. CAMPBELL
14. OLIVER B. CAMPBELL
15. WILLIS M. CHURCH
16. PAULINE CLOGSTON
17. HARRY E. COMPTON
18. LOUISE K. COMPTON
19. CLARA MARIE CONTRERAS
20. CLARENCE S. CONTRERAS
21. JOSEPH COSTELIC
22. GEORGE CUMMINS
23. META LEE CUMMINS
24. P. J. CURLEY
25. EMIL M. DOLD
26. MARY ISABELLE DOLD
27. KATHERINE T. ENSLEY
28. OLIVER P. ENSLEY
29. FIRST SAVINGS BANK OF SAN JACINTO
30. DOROTHY FISHER
31. JOHN C. FISHER
32. JACK GLEASON
33. BONNIE GOUGH

347

-2-

| | |
|---|---|
| 1 | LINCOLN J. HAMILTON |
| 2 | LOUISE PHEBE HAMILTON |
| 3 | AURELIE S. HENDERSON |
| 4 | MAX M. HENDERSON |
| 5 | FLORENCE J. HEPBURN |
| 6 | GEORGE D. HEPBURN |
| 7 | ELLEN A. HOLMES |
| 8 | GLEN H. HOLMES |
| 9 | ROY C. JACKSON |
| 10 | GWENDOLYN H. JOHANNSEN |
| 11 | LOUIS J. JOHANNSEN |
| 12 | CHARLES T. JOHNSON |
| 13 | GEORGE T. JONES |
| 14 | LYDIA B. JONES |
| 15 | NORMA MAE JONES |
| 16 | GLADYS M. KNUDSEN |
| 17 | JOHN KNUDSEN |
| 18 | ANTHONY LAPPOS |
| 19 | HENRY R. LICHTWALD |
| 20 | FREDERICK W. LINKE |
| 21 | IDA GRACE LOWMANN |
| 22 | ROY B. McCASH |
| 23 | THELMA E. McCASH |
| 24 | JOSEPH W. McGAUGH |
| 25 | LEONA McGAUGH |
| 26 | DEMETRIOS Z. MANTHOS |
| 27 | GLADYS I. MATZINGER |
| 28 | NORMAN W. MATZINGER |
| 29 | ELLEN M. MILHOLLAND |
| 30 | GEORGE W. MILHOLLAND |
| 31 | NELLIE M. MILHOLLAND |
| 32 | RICHARD L. MILHOLLAND |
| 33 | ARTA L. MORRISSEY |

1. PERRY C. MORRISSEY
2. PALM RANCH COMPANY
3. REBA E. PARKINSON
4. WILLIAM E. PARKINSON
5. AMY PARKS
6. MYRTLE E. PARKS
7. DELFINA PENA
8. ELSIE PENA
9. JOHN PENA
10. CRUZ PICO
11. ETHEL V. PITTAM
12. FRANK WILL PITTAM
13. HAZEL EUNICE PITTAM
14. LEW E. PITTAM
15. MILDRED C. POORE
16. PAUL R. POORE
17. J. R. POORMAN
18. JEAN E. POORMAN
19. CRYSTAL WELLS PORTER
20. JAMES RAISIS
21. LEWIS E. RAWSON
22. TOMMY RAWSON
23. FERN RIDDLE
24. E. E. ROBB
25. FRAZIER M. SALLEE
26. MARY E. SALLEE
27. GEORGE MARTIN SCHMOLL
28. MARGUERITE SCHMOLL
29. DORIS E. SEVERNS
30. ROBERT W. SEVERNS
31. BERT SHARP
32. MAUDE E. SHARP
33. WINONA A. SHEPPHERD AKA WINONA L. SHEPPHERD

| | |
|---|---|
| 1 | JASPER DEWEY SHERMAN |
| 2 | LAURA SHERMAN |
| 3 | DOROTHY A. SIMONICH |
| 4 | FLORENCE L. SKILL |
| 5 | JOHN HERBERT SNODGRASS |
| 6 | GUSTAV A. SPANIOL |
| 7 | ROSE SPANIOL |
| 8 | LEONARD SPEARS |
| 9 | WILLIAM RAY STEVENSEN |
| 10 | MARGARET A. STEWART |
| 11 | CHARLOTTE C. TAYLOR |
| 12 | ALVIN S. THARP |
| 13 | MILDRED E. LEE THARP |
| 14 | MABEL L. TONER |
| 15 | REX J. TONER |
| 16 | CLYDE S. TRIPP |
| 17 | L. VAN WINKLE |
| 18 | CARMELITA VENEGAS |
| 19 | IGNACIO M. VENEGAS |
| 20 | L. ELLEN WALMSLEY |
| 21 | FAYE O. WEBB |
| 22 | HERBERT M. WEBB |
| 23 | BESSIE M. WILSON |
| 24 | ELSIE M. WOOD |
| 25 | HARRIS R. WOOD |
| 26 | ANNA K. WOODS |
| 27 | RICHARD A. WOODS |

1   This motion is made so that the Court may have before
2   it the additional parties-defendant in order that the sub-
3   ject matter of this controversy may be adjudicated comple-
4   tely in one action.

Sept. 4, 1951.

A. DEVITT VANECH
Assistant Attorney General

ERNEST A. TOLIN
United States Attorney

BETTY MARSHALL GRAYDON
Assistant United States Attorney

SO ORDERED: 9/5/51

Jacob Weinberger
United States District Judge