IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1

2   *Charles G. Hamilton*
       Name

3   *Rt 1  Box 6*
       Address

4   *Fallbrook   Calif*
       City    and    State

5   _____
       Telephone Number

6          Defendant

**FILED**

SEP 5 - 1951

EDMUND L. SMITH, Clerk
by _____
          DEPUTY CLERK

7

8   UNITED STATES OF AMERICA        )

9                       Plaintiff,  )
                                    )
10          vs.                     )       No. 1247
                                    )
11  FALLBROOK PUBLIC UTILITY        )
    DISTRICT, et al.,               )
12                                  )
                        Defendants, )
13

14      Comes now the defendant (s) _____

15  _____ *Charles G. Hamilton* _____

16  and for himself or themselves alone and answering plaintiff's complaint on

17  file, herein denies (deny) each and every material allegation contained therein.

18

19                          *Charles G Hamilton*

20                       _____

21

22

23

24

25

26

27

28

29

30

31

32

8036