IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

*Lilli M. Hamilton*
Name

*Rt 1 - Box 6*
Address

*Fallbrook,       Calif.*
City      and      State

*7280*
Telephone Number

Defendant

**FILED**

SEP 5 - 1951

EDMUND L. SMITH, Clerk

By *Johnson*
DEPUTY CLERK

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | )   No. 1247 |
|  | ) |
| FALLBROOK PUBLIC UTILITY | ) |
| DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) *Lillie M. Hamilton*

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Lillie M. Hamilton*

8035