IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mrs. Grace A. McGarvin
Name
Rt. #2, Box 27
Address
Fallbrook, Calif.
City and State
503
Telephone Number

Defendant

FILED
SEP 5 - 1951
EDMOND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (x) ___Grace A. McGarvin___

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Grace A. McGarvin

8034