IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

PHIL H. DOUGHTY & VALERIA DOUGHTY
Name
4662 BANCROFT STREET
Address
SAN DIEGO, CALIFORNIA
City and State
Talbot 6-949
Telephone Number

Defendant

**FILED**

SEP 11 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant(s) PHIL H. DOUGHTY and VALERIA DOUGHTY and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Phil H. Doughty*
*Valeria Doughty*

8052