IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

RALPH C. FISHER & MARY A. FISHER
Name
428 North Massachusetts
Address
VISTA, CALIFORNIA
City     and     State
92251
Telephone Number

Defendant

FILED
SEP 11 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA         )
                                 )
                    Plaintiff,   )
                                 )
            vs.                  )   No. 1247
                                 )
FALLBROOK PUBLIC UTILITY         )
DISTRICT, et al.,                )
                                 )
                    Defendants,  )

Comes now the defendant (s) RALPH C. FISHER & MARY A. FISHER

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ralph C. Fisher*
*Mary A. Fisher*

8051