IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Bianca Inhelder
Name

Route 2 Box 239
Address

Fallbrook, California
City    and    State

7013
Telephone Number

Defendant

FILED

SEP 11 1951

EDMUND L. SMITH, Clerk
By
DEPUTY CLERK

UNITED STATES OF AMERICA       )
                               )
                  Plaintiff,   )
                               )
        vs.                    )      No. 1247
                               )
FALLBROOK PUBLIC UTILITY       )
DISTRICT, et al.,              )
                               )
                  Defendants,  )

Comes now the defendant (s) Bianca Inhelder, sued herein

as DOE FIVE HUNDRED TWENTY FOUR

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

Bianca Inhelder

8050