IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  William Inhelder
        Name
2  Route 2 Box 239
        Address
3  Fallbrook, California
   City    and    State
4  7013
   Telephone Number

5
        Defendant
6

7

8  UNITED STATES OF AMERICA    )
                               )
9            Plaintiff,        )
                               )
10      vs.                    )    No. 1247
                               )
11  FALLBROOK PUBLIC UTILITY   )
    DISTRICT, et al.,          )
12                             )
            Defendants,        )
13

14      Comes now the defendant (s) __William Inhelder, sued herein

15  as DOE FIVE HUNDRED TWENTY FIVE_____

16  and for himself or themselves alone and answering plaintiff's complaint on

17  file, herein denies (deny) each and every material allegation contained therein.

18

19                      William Inhelder
20                      _____

21

22

**FILED**

SEP 11 1951

EDMUND L. SMITH, Clerk
By _____
        DEPUTY CLERK

6049