IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

C. Thoreson & Gladys M. Thoreson (Same as Thorenson)
Name
Route 1 Box 8-A
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

FILED
SEP 11 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) C. Thoreson, sued herein as DOE NINE HUNDRED SEVENTY NINE & GLADYS M. THORESON, sued herein as DOE NINE HUNDRED EIGHTY, and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

C. Thoreson
Gladys M. Thoreson

8049