IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

VICTORIA OHNGREN
Name
P.O.BOX 8 Star Rt. 1
Address
Fallbrook, California
City and State
7107
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
            Plaintiff, )
)
    vs.              )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
          Defendants, )

Comes now the defendant (s) VICTORIA OHNGREN, sued herein as DOE SEVEN HUNDRED FORTY FOUR and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Victoria Ohngren*

FILED
SEP 11 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8047