IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  Coralee Summit & T.G. Summit
              Name
2  P. O. Box 277
              Address
3  Fallbrook, California
       City    and    State
4  _____None_____
       Telephone Number
5
6            Defendant

7

8  UNITED STATES OF AMERICA        )
                                   )
9              Plaintiff,          )
                                   )
10         vs.                     )        No. 1247
                                   )
11 FALLBROOK PUBLIC UTILITY        )
   DISTRICT, et al.,               )
12                                 )
              Defendants,          )
13

14      Comes now the defendant (s) CORALEE SUMMIT, sued herein as

15 DOE NINE HUNDRED SIXTY-FIVE & T.G. SUMMIT, sued herein as

16 DOE NINE HUNDRED SIXTY-SIX
   and for himself or themselves alone and  answering  plaintiff's  complaint  on

17 file, herein denies (deny) each and every material allegation contained therein.

18

19             Cora Lee Summit

20             T. G. Summit

21

**FILED**

SEP 11 1951

EDMUND L. SMITH, Clerk
By ...........................
              DEPUTY CLERK

8046