IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

D. Ransom (Same as Daniel Ransom) & Ethel H. Ransom
Name
P.O. Box 533
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

**FILED**

SEP 11 1951

EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) D. RANSOM, sued herein as DOE EIGHT HUNDRED TWENTY SEVEN & ETHEL H. RANSOM, sued herein as DOE EIGHT HUNDRED TWENTY EIGHT, and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Daniel Ransom*
*/s/ Ethel H. Ransom*

8045