IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Esther M. Henry & John D. Henry
Name

P.O. Box 674
Address

Fallbrook, California
City      and      State

387
Telephone Number

Defendant

**FILED**

SEP 11 1951

EDMUND L. SMITH, Clerk

By ...........................
DEPUTY CLERK

UNITED STATES OF AMERICA          )
                                  )
                    Plaintiff,    )
                                  )
          vs.                     )          No. 1247
                                  )
FALLBROOK PUBLIC UTILITY          )
DISTRICT, et al.,                 )
                                  )
                    Defendants,   )

Comes now the defendant (s) Esther M. Henry, sued herein as

DOE FOUR HUNDRED SEVENTY SEVEN & John D. Henry, sued herein

as DOE FOUR HUNDRED SEVENTY EIGHT
and for himself or themselves alone and  answering  plaintiff's  complaint  on

file, herein denies (deny) each and every material allegation contained therein.

*Esther M. Henry*

*John D. Henry.*

8044