IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Catalina L. Miranda
Name
P.O Box 731
Address
Fallbrook, California
City and State
561
Telephone Number

Defendant

FILED
SEP 11 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
       vs.               )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
Catalina L. Miranda   Defendants, )

Comes now the defendant (s) Catalina L. Miranda sued herein as DOE SEVENHUNDRED FOUR and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Catalina L. Miranda

8043