IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Martha S. Kirk & Terence S. Kirk
Address: P.O. Box 653
City and State: Fallbrook, California
Telephone Number: 425

Defendant

FILED
SEP 11 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
              Plaintiff, )
   vs.                ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
MARTHA S. KIRK )
   and      Defendants, )
TERENCE S. KIRK

Comes now the defendant(s) MARTHA S. KIRK sued herein as DOE FIVE HUNDRED SEVENTY SIX and TERENCE S. KIRK sued herein as DOE FIVE HUNDRED SEVENTY EIGHT and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Martha S. Kirk*
*Terence S. Kirk*

8042