IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Lula Perigo
Address: P.O. Box 159
City and State: Fallbrook, California
Telephone Number:

Defendant

FILED
SEP 11 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
                Plaintiff, )
)
    vs.                    )   No. 1247
)
FALLBROOK PUBLIC UTILITY   )
DISTRICT, et al.,          )
)
    Lula Perigo   Defendants, )

Comes now the defendant(s) Lula Perigo, sued herein as Doe SEVEN HUNDRED NINETY TWO and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Lula Perigo*

8041