IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Howard McManigill
Name

1135 Maple--c/o Eureka Press
Address

Los Angeles 15, California
City and State

Pros. 7138
Telephone Number

Defendant

**FILED**

SEP 11 1951

EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __HOWARD McMANIGILL, sued herein as DOE SIX HUNDRED FIFTY SIX__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Howard McManigill*

8040