IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1 | Effie M. (same as E.M.) Sauble & Leonard E. Sauble
        Name
2 | P.O. Box 395
        Address
3 | Fallbrook, California
      City   and   State
4 | 562
      Telephone Number

Defendant

**FILED**

SEP 11 1951

EDMUND L. SMITH, Clerk
By _____
          DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
           Plaintiff,    )
                         )
     vs.                 )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
           Defendants,   )

Comes now the defendant (s) __EFFIE M. (E.M.) SAUBLE, sued herein as DOE EIGHT HUNDRED SEVENTY NINE & LEONARD E. SAUBLE sued herein as DOE EIGHT HUNDRED EIGHTY__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Effie M. Sauble (same as E.M.)*

*Leonard E. Sauble*

8039