IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  Elsie M. Payne & John H. Payne
       Name
2  General Delivery
       Address
3  Fallbrook, California
       City   and   State
4  632
       Telephone Number
5
       Defendant

FILED

SEP 11 1951

EDMUND L. SMITH, Clerk
By ..................
       DEPUTY CLERK

8  UNITED STATES OF AMERICA      )
9                 Plaintiff,     )
10      vs.                      )   No. 1247
11 FALLBROOK PUBLIC UTILITY      )
   DISTRICT, et al.,             )
12                               )
                Defendants,      )
13

14      Comes now the defendant(s) ELSIE M. PAYNE, sued herein as
15 DOE SEVEN HUNDRED EIGHTY SEVEN & JOHN H. PAYNE, sued herein
   as DOE SEVEN HUNDRED EIGHTY EIGHT.
16 and for himself or themselves alone and answering plaintiff's complaint on
17 file, herein denies (deny) each and every material allegation contained therein.

*Elsie M. Payne*
*J H Payne*
*John H. Payne*

8038