IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Louise M. O'Rourke
Name

Route 2 Box 246
Address

Fallbrook, California
City and State

None
Telephone Number

Defendant

FILED
SEP 11 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
            Plaintiff, )
)
       vs.                )   No. 1247
)
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
)
            Defendants,   )

Comes now the defendant (s) **LOUISE M. O'ROURKE, sued herein as DOE SEVEN HUNDRED FIFTY FIVE** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Louise M. O'Rourke*

8037