IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: FREDRIC E. & HELEN D. STOKES
Address: 22-C NO. CHAPEL AVE.
City and State: ALHAMBRA, CALIF.
Telephone Number: ATLANTIC 1-9991

Defendant

**FILED**

SEP 13 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
            Plaintiff,   )
                         )
vs.                      )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
            Defendants.  )

Comes now the defendant (s) FREDRIC E. AND HELEN D. STOKES and for ~~himself or~~ themselves alone and answering plaintiff's complaint on file, herein ~~denies~~ (deny) each and every material allegation contained therein.

Fredric E. Stokes
Helen D. Stokes

8072