IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Carl Darwin & Juanita Cayce Darwin
Name
Route 1 Box 250
Address
Fallbrook, California
City and State
7075
Telephone Number

Defendant

FILED
SEP 13 1951
EDMUND L. SMITH, Clerk
By /s/ ...........
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
            Plaintiff, )
)
    vs.             ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
            Defendants, )

Comes now the defendant (s) Carl Darwin, sued herein as DOE TWO HUNDRED SIXTY SEVEN & JUANITA CAYCE DARWIN, sued herein as DOE TWO HUNDRED SIXTY EIGHT and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Carl Darwin
/s/ Juanita Cayce Darwin

8073