IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Wanda L. Rice
_____
Name
P.O. Box 163
_____
Address
Fallbrook, California
_____
City        and        State
254
_____
Telephone Number

Defendant

FILED

SEP 19 1951

EDMUND L. SMITH, Clerk

By _____

DEPUTY CLERK

UNITED STATES OF AMERICA          )
                                  )
                        Plaintiff, )
                                  )
            vs.                   )          No. 1247
                                  )
FALLBROOK PUBLIC UTILITY          )
DISTRICT, et al.,                 )
                                  )
                       Defendants, )

Comes now the defendant (s)  WANDA L. RICE, sued herein

as DOE EIGHT HUNDRED FORTY EIGHT

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

Wanda L. Rice

8074