IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: George D. Hepburn
Address: Bx 97 B
City and State: Anza Calif.
Telephone Number: None

Defendant

FILED
SEP 21 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA,  )
              Plaintiff,   )
        vs.                )   No. 1247
FALLBROOK PUBLIC UTILITY   )
DISTRICT, et al.,          )
              Defendants.  )

Comes now the defendant (s) George D. Hepburn and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

George D. Hepburn

8076