IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

RECEIVED
SEP 21 1951
U. S. ATTORNEY
SAN DIEGO, CALIF.

Name: FLORENCE J. HEPBURN
Address: Box 97B
City and State: ANZA CALIFORNIA
Telephone Number: none

Defendant

FILED
SEP 21 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

Comes now the defendant(s) Florence J. Hepburn

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (~~deny~~) each and every material allegation contained therein.

Florence J. Hepburn

8077