RECEIVED
SEP 21 1951
U. S. ATTORNEY
SAN DIEGO, CALIF.

IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Neal A. Bedell
Name
P.O. Box 184
Address
Fallbrook, Calif.
City and State
1317
Telephone Number

Defendant

FILED
SEP 21 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
                Plaintiff, )
                         )
        vs.              )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
                Defendants, )

Comes now the defendant(s) __Neal A. Bedell_____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Neal A. Bedell_

2078