IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

RECEIVED
SEP 21 1951
U. S. ATTORNEY
SAN DIEGO, CALIF.

Madge M. Bodell
Name
P.O. Box 164
Address
Fallbrook, Calif.
City and State
7217
Telephone Number

Defendant

**FILED**
SEP 21 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
  Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
  Defendants, )

Comes now the defendant (s) Madge M. Bodell

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Madge M. Bodell

8079