IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

G. Bruce Hunt
Name
120 No. Orange Ave.,
Address
El Cajon, Calif.
City and State
H 4-3139
Telephone Number

Defendant

FILED
SEP 21 1951
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

UNITED STATES OF AMERICA )
                          )
            Plaintiff,    )
                          )
    vs.                   )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
            Defendants,   )

Comes now the defendant (s) __G. BRUCE HUNT__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ G. Bruce Hunt
G. Bruce Hunt

8080