IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Pearl R. Hunt
Name
120 No. Orange Ave.,
Address
El Cajon, Calif.
City and State
H 4-3139
Telephone Number

Defendant

FILED
SEP 21 1951
EDMUND L. SMITH, Clerk
By ........................ DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __PEARL R. HUNT__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Pearl R. Hunt_
Pearl R. Hunt

8081