IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mary L. Giles
Name
2804 Albatross St.,
Address
San Diego, Calif.
City and State
M 1763
Telephone Number

Defendant

FILED
SEP 21 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
                  Plaintiff, )
)
    vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
                Defendants, )

    Comes now the defendant (s) _____MARY L. GILES_____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

                                              *Mary L. Giles*
                                              Mary L. Giles

8082