```
 1  FENDLER, WEBER & LERNER
    333 South Beverly Drive
 2  Beverly Hills, California
    BRadshaw  2-2161
 3  CRestview 1-2156
 4  Attorneys for Defendants,
    Harold A. Fendler and
 5  Miriam O. Fendler.
```



FILED

SEP 24 1951

EDMUND L. SMITH, Clerk
By Charles A. Neity
                Deputy Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of
the State of California, et al,

        Defendants.

Civil Action
No. 1247

ANSWER TO COMPLAINT

    Now come the defendants, Harold A. Fendler and Miriam O. Fendler, and severing from their co-defendants in the above entitled action admit, deny and allege as follows:

                  I

    These defendants deny generally and specially each and every allegation alleged and contained in paragraphs numbered II, IV, VI, VIII and IX of plaintiff's complaint.

                 II

    These defendants allege that they are entitled to such use of the subterranean and other waters existing upon and flowing over the real properties owned by them in the County of Riverside, State of California, as are reasonably necessary and required for the reasonable use, occupation, cultivation and enjoyment of said real properties.

    WHEREFORE, these defendants pray that the plaintiff have no

8112

1.

1  judgment as against these defendants with respect to said sub-
2  terranean and surface waters flowing under, upon or over the
3  real properties owned by these defendants and that the rights
4  of plaintiff be deemed and adjudicated subject to and subordinate
5  to the rights of these defendants.

        FENDLER, WEBER & LERNER

        By *Harold A. Fendler*
          Harold A. Fendler
        Attorneys for Defendants, Harold
        A. Fendler and Miriam O. Fendler.

2.

8113

Attorney____ for_____

Received copy of the within_____ this _____ day of _____, 19____

Attorney____ for_____

(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C.C.P.)

STATE OF CALIFORNIA,  } ss.
County of Los Angeles }

_____R. S. Klaskin_____ being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of Los Angeles; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is __333 South Beverly Drive__

__Beverly Hills, California__

that on the __21st__ day of __September__, 19__51__, affiant served

the within __Answer to Complaint__

on the __plaintiff__ in said action, by placing a true copy thereof in an envelope addressed to the attorney____ of record for said __plaintiff__ at the office address of said attorney____, as follows: "

Ernest A. Tolin, Esq.
United States Attorney
600 Federal Building
Los Angeles 12, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substation or mail chute (or other like facility), regularly maintained by the Government of the United States at**_____ __Beverly Hills_____, California, where is located the office of the attorney for the person__ by and for whom said service was made. That there is delivery service by the United States mail at the place so addressed *** there is a regular communication by mail between the place of mailing and the place so addressed.                        and

Subscribed and sworn to before me this __21st__ day of __September__, 19__51__.

_____
Notary Public in and for the County of Los Angeles, State of California.

8114