IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  NORMAN W. MATZINGER,
   Name
2  STAR ROUTE BOX 66
   Address
3  HEMET CALIF.
   City   and   State
4  NONE
   Telephone Number
5
6                  Defendant
7

8   UNITED STATES OF AMERICA        )
                                    )
9              Plaintiff,           )
                                    )
10             vs.                  )        No. 1247
                                    )
11  FALLBROOK PUBLIC UTILITY        )
    DISTRICT, et al.,               )
12                                  )
               Defendants,          )
13

14   Comes now the defendant (s) NORMAN W. MATZINGER
15   _____
16   and for himself or themselves alone and  answering  plaintiff's  complaint  on
17   file, herein denies (deny) each and every material allegation contained therein.
18
19                              Norman W. Matzinger
20                            _____
21
22
23
24
25
26
27
28
29
30
31
32

**FILED**

SEP 24 1951

EDMUND L. SMITH, Clerk

By _____
                    DEPUTY CLERK

8083