IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Name:** CLARA MARIE CONTRERAS
**Address:** Anza
**City and State:** Calif.
**Telephone Number:**

Defendant

FILED

SEP 24 1951

EDMOND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
                 Plaintiff, )
    vs.               ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,         )
             Defendants, )

Comes now the defendant (s) CLARA MARIE CONTRERAS

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Clara Marie Contreras*
*Sept 20 - 1951*