IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1   CLARENCE CONTRERAS
    _____
          Name

2

3   ANZA          CALIFORNIA
    _____
          Address

          City    and    State

4
    _____
        Telephone Number

5

6          Defendant

7

**FILED**

SEP 24 1951

EDMUND L. SMITH, Clerk

By _____
              DEPUTY CLERK

8   UNITED STATES OF AMERICA        )

9                     Plaintiff,    )

10            vs.                    )        No. 1247

11  FALLBROOK PUBLIC UTILITY         )
    DISTRICT, et al.,                )

12                    Defendants,    )

13

14     Comes now the defendant (s) CLARENCE CONTRERAS

15  _____

16  and for himself or themselves alone and answering plaintiff's complaint on

17  file, herein denies (deny) each and every material allegation contained therein.

18

19          Clarence Contreras
20          Sept. 20. 1951

21

8095