IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: GLADYS I. MATZINGER
Address: STAR ROUTE BOX 66
City and State: HEMET CALIF.
Telephone Number:

Defendant

**FILED**
SEP 24 1951
EDMUND L. SMITH, Clerk
By /s/ [signature]
DEPUTY CLERK

UNITED STATES OF AMERICA, )
              )
       Plaintiff, )
              )
   vs.        )   No. 1247
              )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
              )
       Defendants, )

Comes now the defendant (s) GLADYS I. MATZINGER

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Gladys I. Matzinger

8084