U. S. ATTORNEY
SAN DIEGO, CALIF.

Mr. Ernest A. Tolin
        U. S. Attorney

Betty Marshall Graydon
        Assistant U. S. Attorney
            Plaintiff Attorneys

In the matter of
  United States of America
        Plaintiff
    vs.
Fallbrook Public Utility District
        et. al. defendants
        Civil Action File No. 1247

FILED
SEP 24 1951
EDMOND L. SMITH, Clerk
DEPUTY CLERK

Defendants
  Max M. Henderson
  Aurelie S. Henderson

Dear Sir and Madam;

    Defendants Max M. Henderson and Aurelie S. Henderson deny that there is any cause for controversy over their use of water of Santa Margarita River. They have used water for beneficial purposes upon lands riparian to river and within the limits established by law for such use.

    Defendants acquired the land described as follows: N.W.¼ of S.E.¼ and S.½ of the S.½ of Sec. 33 and the S.W.¼ of the S.W.¼ of Sec. 34 Twp. 8S, R. 3W, S.B.M. in Riverside Co. from Philip Playtor in 1941. Defendants have developed a portion of said

8115

lands by leveling, removing brush, fencing, building reservoir, placing pipe lines and sprinklers, bringing in electricity, installing pumps and planting avocado trees. The developed section comprises about twenty acres about half of which is planted to young avocado trees. Defendants wish to plant the remainder or otherwise cultivate the balance of this twenty acre piece and to have sufficient water to care for stock on the balance of the 240 acres.

Defendants base their claims for water on the following:
1. Filings. 2. Riparianism, 3. Beneficial use, 4. Legal decisions.
1. Filings--During the years 1883 to 1890, Mr. Melvin Stone, a former owner of this land, made a number of filings on the water of the Santa Margarita River for use upon these lands. These filings may be found in the records of the recorder's office of San Diego County.
2. Riparianism--These lands as described above include $\frac{1}{2}$ mile frontage on both banks of the Santa Margarita River and about 1500 feet on both banks of the north fork of Stone Creek. In Rancho Santa Margarita vs. Vail--No. 42850 Superior Court of State of California, County of San Diego, Section 4, these lands are described and declared to be riparian to the Temecula-Santa Margarita river.
3. Beneficial use--Since acquiring these lands in 1941, every effort has been made to bring the arable portion into beneficial use. This effort has been delayed by war shortages of steel, copper, etc. but has been pursued with diligence.
4. Legal decisions--In Santa Margarita vs. Vail, Section 1, quote "Philip Playton has rights in and to the waters of the Temecula-

8116

Santa-Margarita River and its tributaries and in and to the use of said waters for all beneficial and useful purposes on their respective lands herin more specifically described."

Section Fourth further describes these said lands, declares them to be riparian and allowed Philip Playton all the water which he requested. As he was interested only in Cashmere goat culture, he asked for very little. His goat venture failed and more water should be allotted to these lands.

Therefore defendants pray

1. That their lands be again declared to be riparian to the Temecula-Santa Margarita River and that sufficient water be set aside for the proper care of said lands.

2. That no rights be declared paramount and superior to those of riparian land owners.

3. That the charges against these defendants be dropped and that they be held blameless of all infringements on the rights of the United States of America in and to the waters of the Temecula-Santa Margarita River.

Note-- The above outlines our claimes to the water of the Temecula-Santa Margarita River. If this outline is not sufficient, We will have attorney file legal claims by Nov. 1. Please inform us if this step is necessary.

Sincerely,

Max M. Henderson  *Max M. Henderson*

*Aurelia S. Henderson*

Sept. 21, 1951

8117

3