IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Robert A. Aaberg & Ruby M. Aaberg
Name
P.O. Box 355
Address
Fallbrook, California
City and State
511
Telephone Number

Defendant

FILED
SEP 24 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant(s) Robert A. Aaberg & Ruby M. Aaberg and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Robert A Aaberg
Ruby M. Aaberg

8111