IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  Chesley H. West & Lillie C. West
       Name
2  P.O. Box 32
       Address
3  Fallbrook, California
    City     and     State
4       483
    Telephone Number
5
            Defendant
6
7

FILED

SEP 24 1951

EDMUND L. SMITH, Clerk
By /s/ _____
           DEPUTY CLERK

8  UNITED STATES OF AMERICA       )
                                  )
9                     Plaintiff,  )
                                  )
10           vs.                  )   No. 1247
                                  )
11 FALLBROOK PUBLIC UTILITY       )
   DISTRICT, et al.,              )
12                                )
                      Defendants, )
13

14      Comes now the defendant (s) CHESLEY H. WEST and

15 LILLIE C. WEST

16 and for himself or themselves alone and answering plaintiff's complaint on

17 file, herein denies (deny) each and every material allegation contained therein.

18
19                          Chesley H West
20                          Lillie C. West

8110