IN THE UNITED STATES DISTRICT COURT
Southern District of Califor...
Southern Division

James H. Bibb & Frances M. Bibb
Name
P.O. Box 132
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

FILED
SEP 24 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant(s) **James H. Bibb & Frances M. Bibb** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*James H. Bibb*
*Frances M. Bibb*

8109