IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Tommie Bibb & Jewel C. Bibb
Address: Route 2 Box A-107
City and State: Fallbrook, California
Telephone Number: None

Defendant

FILED
SEP 24 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
)
               Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
              Defendants, )

Comes now the defendant (s) **TOMMIE BIBB & JEWEL C. BIBB** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Tommie Bibb*
*/s/ Jewel C. Bibb*