IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

William F. Donahoe
Name
1915 Glendon Avenue
Address
Los Angeles 25, California
City and State
Arizona 7-2123
Telephone Number

Defendant

FILED
SEP 24 1951
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
    vs.                   )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
            Defendants.   )

Comes now the defendant(s) WILLIAM F. DONAHOE

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ William F Donahoe

8107