IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

John T. Donahoe
Name
1915 Glendon Avenue
Address
Los Angeles 25, California
City         and         State
Arizona 7-2123
Telephone Number

Defendant

**FILED**

SEP 24 1951

EDMUND L. SMITH, Clerk

DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __JOHN T. DONAHOE__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*John T Donahoe*

8106