IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Irene L. Torkilson
Name

P.O. Box 133
Address

Fallbrook, California
City and State

None
Telephone Number

Defendant

**FILED**

SEP 24 1951

EDMUND L. SMITH, Clerk

By /s/ illegible
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) __IRENE L. TORKILSON, sued herein as DOE NINE HUNDRED NINETY ONE__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Irene L. Torkilson

8105