IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Harold W. Bardow (same as Harold W. Barkow)
Name
P.O. Box 397
Address
Fallbrook, California
City and State
333
Telephone Number

Defendant

**FILED**

SEP 24 1951

EDMUND L. SMITH, Clerk
By ........................
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) Harold W. Bardow (same as Harold W. Barkow) and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Harold W. Barkow

8104