IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Alice Eleanor Wester
Address: P.O. Box 166
City and State: Fallbrook, California
Telephone Number: None

Defendant

UNITED STATES OF AMERICA )
)
                Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
               Defendants, )

FILED
SEP 24 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

Comes now the defendant (s) Alice Eleanor Wester and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Alice Eleanor Wester*

8103