Case 3:51-cv-01247-JO-SBC   Document 391   Filed 09/24/51   PageID.1419   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Amos C. Dreher & Jeanette E. Dreher
<u>Name</u>
Route 2 Box 29-A
<u>Address</u>
Fallbrook, California
<u>City   and   State</u>
None
<u>Telephone Number</u>

Defendant

UNITED STATES OF AMERICA )
)
          Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
          Defendants, )

    Comes now the defendant (s) AMOS C. DREHER and JEANETTE E. DREHER

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

                                *Amos C. Dreher*
                                *Jeanette E. Dreher*

**FILED**
SEP 24 1951
EDMUND L. SMITH, Clerk
By _____
              DEPUTY CLERK

8102