IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Minnie M. Baird & George W. Baird
Name
P.O. Box 56
Address
Fallbrook, California
City and State
7142
Telephone Number

Defendant

FILED

SEP 24 1951

EDMUND L. SMITH, Clerk
By [signature] DEPUTY CLERK

UNITED STATES OF AMERICA )
Plaintiff, )
vs. ) No. 1247
FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
Defendants, )

Comes now the defendant (s) Minnie M. Baird and George W. Baird

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Minnie M. Baird
George W. Baird