IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

John Almand & Loraine Almand
Name
Route 1 Box 23
Address
Fallbrook, California
City and State
389
Telephone Number

Defendant

FILED
SEP 24 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
vs.                       )  No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
            Defendants.   )

Comes now the defendant (s) John Almand and Loraine Almand and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*John A. Almand*
*Loraine Almand*

8099