IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: V. G. Stambaugh
Address: R2 Box 32
City and State: Fallbrook Calif
Telephone Number: 7017

Defendant

FILED
SEP 24 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
                Plaintiff, )
                         )
    vs.                  )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
                Defendants, )

Comes now the defendant (s) V. G. Stambaugh

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

V. G. Stambaugh

8098