IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Bessie B. Stambaugh
Name
Rt. 2, Box 32
Address
Fallbrook, Calif.
City    and    State
7017
Telephone Number

Defendant

**FILED**

SEP 24 1951

EDMUND L. SMITH, Clerk

By _____

DEPUTY CLERK

UNITED STATES OF AMERICA      )
                              )
                 Plaintiff,   )
                              )
        vs.                   )          No. 1247
                              )
FALLBROOK PUBLIC UTILITY      )
DISTRICT, et al.,             )
                              )
                 Defendants,  )

Comes now the defendant (s) Bessie B. Stambaugh

_____

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

Bessie B. Stambaugh

_____

8097