IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

J. L. Moore
Name
Supporting Arms Regiment--Hdq. Co. U.S.M.C.
Address
Camp Joseph H. Pendleton, Oceanside, California
City   and   State

Telephone Number

Defendant

FILED
SEP 24 1951
EDMUND L. SMITH, Clerk
By
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) **J. L. Moore, sued herein as DOE SEVEN HUNDRED THIRTEEN** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*J. L. Moore*

2096