IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1    A. R. ASHMAN and MARY ASHMAN
           Name
2    P.O. Box 1
           Address
3    Temecula, California
           City    and    State
4    None
           Telephone Number

Defendant

FILED

SEP 24 1951

EDMUND L. SMITH, Clerk
By _____
           DEPUTY CLERK

UNITED STATES OF AMERICA      )
                                       )
                   Plaintiff, )
                                       )
                          vs.             )       No. 1247
                                       )
FALLBROOK PUBLIC UTILITY     )
DISTRICT, et al.,                 )
                  Defendants, )

       Comes now the defendant (s) A. R. Ashman and

Mary Ashman

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

                                *A. R. Ashman*
                                *Mary Ashman*