IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Jack R. Ragland & Dorsey W. Ragland
Name
2626 No. Peck Road
Address
El Monte, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
  Plaintiff, )
)
  vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
  Defendants, )

Comes now the defendant (s) Jack R. Ragland and Dorsey W. Ragland and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*(signed)* Jack R. Ragland
*(signed)* Dorsey W. Ragland

FILED
SEP 24 1951
EDMUND L. SMITH, Clerk
BY _____ DEPUTY CLERK

8094