IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  Mattison Dean Allman & Helen Hyder Allman
       Name
2  7018 North Vista Street
       Address
3  San Gabriel, California
       City    and    State
4  Atlantic 6-8059
       Telephone Number
5
       Defendant
6

FILED

SEP 24 1951

EDMUND L. SMITH, Clerk
By _____
        DEPUTY CLERK

8  UNITED STATES OF AMERICA           )
                                      )
9                      Plaintiff,     )
                                      )
10         vs.                        )   No. 1247
                                      )
11 FALLBROOK PUBLIC UTILITY           )
   DISTRICT, et al.,                  )
12                                    )
                       Defendants,    )
13

14     Comes now the defendant (s) Mattison Dean Allman, sued herein

15 as DOE # Unknown & Helen Hyder Allman, Doe # Unknown

16 and for himself or themselves alone and answering plaintiff's complaint on

17 file, herein denies (deny) each and every material allegation contained therein.

*Mattison Dean Allman*
*Helen Hyder Allman*

8093