IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

DOROTHY A. FISHER
Name
STAR ROUTE - BOX 60
Address
HEMET, CALIFORNIA
City and State
_____
Telephone Number

Defendant

FILED

SEP 24 1951

EDMUND L. SMITH, Clerk
By /s/ Johnson
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
    vs.                  )    No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant (s) __DOROTHY A. FISHER, sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Dorothy A. Fisher

8092