IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

JOHN C. FISHER
Name
Star Route - Box 60
Address
HEMET, CALIFORNIA
City and State

Telephone Number

Defendant

FILED
SEP 24 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
               Plaintiff,)
                         )
     vs.                 )    No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
               Defendants,)

Comes now the defendant (s) __JOHN C. FISHER__, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

John C. Fisher

8091