IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Arthur H. Ruddy & Elizabeth G. Ruddy
Address: Box 646
City and State: Poway, California
Telephone Number: None

Defendant

FILED
SEP 24 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
             Plaintiff,   )
                          )
        vs.               )  No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
             Defendants.  )

Comes now the defendant(s) ARTHUR H. RUDDY & ELIZABETH G. RUDDY and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Arthur H Ruddy*
*Elizabeth G Ruddy*

8030