IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Gertrude A. Jago & Herbert E. Jago
Name
Route 2 Box 145
Address
Fallbrook, California
City and State
236
Telephone Number

Defendant

**FILED**

SEP 24 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1247 |
| ) | |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| ) | |
| Defendants. ) | |

Comes now the defendant (s) Gertrude A. Jago, sued herein as DOE FIVE HUNDRED THIRTY & Herbert E. Jago, sued herein as DOE FIVE HUNDRED THIRTY-ONE and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Gertrude A. Jago*
*Herbert E. Jago*

8089