IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Homer M. Fletcher & Elizabeth Fletcher
Name
506 South Comstock Avenue
Address
Whittier, California
City and State
Oxford 414-184
Telephone Number

Defendant

FILED
SEP 24 1951
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

UNITED STATES OF AMERICA )
 )
            Plaintiff, )
 )
    vs. )   No. 1247
 )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
 )
            Defendants, )

Comes now the defendant(s) HOMER M. FLETCHER AND ELIZABETH FLETCHER and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Homer M. Fletcher*
*Elizabeth Fletcher*

8098