IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: William Brunsden Appleford
Address: P.O. Box 516
City and State: Fallbrook, California
Telephone Number: 343

Defendant

FILED
SEP 24 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
             Plaintiff,  )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant (s) __WILLIAM BRUNSDEN APPLEFORD__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*William Brunsden Appleford*

8097