IN THE UNITED STATES DISTRICT COURT
Southern District of Californ.
Southern Division

Estella H. Cimperman
Name
P.O. Box 386
Address
Fallbrook, California
City and State
7206
Telephone Number

Defendant

**FILED**
SEP 25 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) __Estella H. Cimperman__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Estella H. Cimperman*

STATE OF CALIFORNIA )
COUNTY OF SAN DIEGO ) ss.

On the 24th day of September, 1951, before me, the undersigned, a Notary Public in and for said County and State, residing therein, duly commissioned and sworn, personally appeared ESTELLA H. CIMPERMAN, known to me to be the person whose name is subscribed to the foregoing instrument and duly acknowledged to me that she executed the same.

*Dorothy C. Cathrey*
Notary Public in and for said
County and State.

MY COMMISSION EXPIRES MAY 30, 1953

8118