IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Howard B. Morefield
Address: 2241 - 23rd Street
City and State: Santa Monica, California
Telephone Number: Ex. 62769

Defendant

FILED
SEP 25 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
              Plaintiff, )
vs.                       )   No. 1247
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
              Defendants. )

Comes now the defendant (s) Howard B. Morefield and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (~~deny~~) each and every material allegation contained therein.

*Howard B. Morefield*

8120