Leslie B. Hanson,
4412 York Blvd.,
Los Angeles 41, Calif.
CLeveland 6-9238

Attorney for Defendant.

**FILED**
SEP 26 1951
EDMUND L. SMITH, Clerk
By Charles A. [illegible]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br>vs<br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>A Public Service Corporation of<br>the State of California, et al,<br>               Defendants. | No. 1 2 4 7 - C i v i l<br><br>A N S W E R<br>of<br>Olga O. Anderson,<br>Defendant. |

Comes now the defendant, Olga O. Anderson, and answers the complaint on file herein as follows:

I

Admits all of the allegations contained in paragraphs I, III, V and VI of the complaint on file herein.

II

This defendant, having no information or belief upon the allegations set forth in paragraphs II, IV, VII, VIII and IX of said complaint sufficient to enable her to answer, denies each and every allegation set forth in said paragraphs.

WHEREFORE, defendant Olga O. Anderson prays that plaintiff take nothing by its complaint and that it be hence dismissed with costs.

Leslie B Hanson
Attorney for Defendant

8121

Received copy of the within _Answer_
this _26th_ day of _September_, 1951.

United States Attorney
Southern District of California

By _Ernest A. Tolin, U.S. Attorney_.  By _Muriel De Schaine_
~~Administrative Officer~~
~~Docket Clerk~~   [Strike one]

STATE OF CALIFORNIA } ss.
County of Los Angeles

Olga O. Anderson

being by me first duly sworn, deposes and says: that she ~~is one of the defendants~~
in the above entitled action; that she has _____ read the foregoing ___ANSWER___
and knows the contents thereof; and that the same is true of ___her___ own knowledge, except as to the matters which are
therein stated upon ___her___ information or belief, and as to those matters that she believes it to be true.

Subscribed and sworn to before me this
_26_ day of _September_, 19_51_.

_Olga O Anderson_

_[signature]_
Notary Public in and for the County of Los Angeles, State of California.
[SEAL]

CLEVELAND 69238
ALBANY 4531

NOTARY PUBLIC

**LESLIE B. HANSON**
ATTORNEY AT LAW
4412 YORK BOULEVARD
LOS ANGELES

8122

day received