IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Rilla M Mooney
Name
P.O. Box 142
Address

City and State
Fallbrook Calif.
Telephone Number

Defendant

FILED
SEP 26 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Rilla M Mooney sued herein as DOE SEVEN HUNDRED TEN and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Rilla M. Mooney

8124