RECEIVED
SEP 25 1951
U. S. ATTORNEY
SAN DIEGO, CALIF.

IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Hollis I Mooney
_____Name_____

P.O. Box 142
_____Address_____

_____City and State_____

Fallbrook Calif.
_____Telephone Number_____

Defendant

FILED
SEP 26 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
                 Plaintiff, )
)
     vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
                Defendants, )

Comes now the defendant (s) Hollis I Mooney
sued herein as DOE SEVEN HUNDRED TEN

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Hollis I Mooney* (signature)

8123