IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Harriet W. Derby
_____Name_____
Rt 2 Box 265
_____Address_____
Fallbrook        Calif.
City      and     State

_____
Telephone Number  none

Defendant

FILED
SEP 27 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA     )
                             )
                 Plaintiff,  )
                             )
        vs.                  )   No. 1247
                             )
FALLBROOK PUBLIC UTILITY     )
DISTRICT, et al.,            )
                             )
                 Defendants, )

Comes now the defendant (x) _____

and for herself alone and answering plaintiff's complaint on file, herein denies each and every material allegation contained therein.

Harriet W. Derby
Doe 108

Sept. 24, 1951

8125