IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Lincoln J. Hamilton
Name

_____
Address
Anza                   Calif
City    and    State

_____
Telephone Number

Defendant

**FILED**

SEP 28 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) Lincoln J. Hamilton

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Lincoln J. Hamilton
Anza, Calif.

8128