IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Louise Phebe Hamilton

Address

City and State: Anza, Calif

Telephone Number

Defendant

FILED

SEP 28 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Louise Phebe Hamilton

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Louise Phebe Hamilton
Anza, Calif.

8127