IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Anza Community Building Inc
<u>_____Name_____</u>

<u>_____Address_____</u>

Anza                    Calif
<u>City      and      State</u>

<u>_____Telephone Number_____</u>

Defendant

FILED

SEP 28 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA     )
                             )
           Plaintiff,        )
                             )
    vs.                      )   No. 1247
                             )
FALLBROOK PUBLIC UTILITY     )
DISTRICT, et al.,            )
                             )
           Defendants,       )

Comes now the defendant (s) Anza Community Building Inc

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Anza Community Building Inc.
L. J. Hamilton     Pres.

8126