IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: G A Spaniol
Address: Star Rte Box 64
City and State: Hemet Calif
Telephone Number:

Defendant

UNITED STATES OF AMERICA )
)
         Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
         Defendants, )

FILED
OCT 1 - 1951
EDMUND L. SMITH, Clerk
DEPUTY CLERK

Comes now the defendant ~~(s)~~ G A Spaniol

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies ~~(deny)~~ each and every material allegation contained therein.

Gustav A Spaniol

8134