RECEIVED
OCT 2 - 1951
U. S. ATTORNEY
SAN DIEGO, CALIF.

IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mrs Rose Spaniol
Name
Star Rt Box 64
Address
Newell Calif
City and State
_____
Telephone Number

Defendant

FILED
OCT 1 - 1951
EDMOND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
                Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
                Defendants, )

Comes now the defendant (s) Mrs Rose Spaniol

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Mrs Rose Spaniol

8133