IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

None A. Longwell
Name
317 So. Hill St
Address
Oceanside, Calif.
City and State
Oceanside 2668
Telephone Number

Defendant

FILED
OCT 1 - 1951
EDMUND L. SMITH, Clerk
BY /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
              )
        Plaintiff, )
              )
    vs.        )   No. 1247
              )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
              )
        Defendants, )

Comes now the defendant (s) None A. Longwell

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ None A. Longwell

8130