IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Lionel G. Schwalbach
Name
404 S. Ditmar St
Address
Oceanside      Calif.
City   and   State
Oceanside   2668
Telephone Number

Defendant

FILED
OCT 1 - 1951
EDMUND L. SMITH, Clerk
By [signature]
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, et al., ) | |
| Defendants. ) | |

Comes now the defendant (s) **Lionel G. Schwalbach**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Lionel G. Schwalbach*

8131