IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mr. & Mrs. A. Christino
Name
11358 E Broadmead St.
Address
El Monte Calif.
City and State
_____
Telephone Number
Defendant

FILED
OCT 1 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
             Plaintiff,  )
                         )
        vs.              )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant (s) _Anthony Christino_
_Margaret Christino_

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Anthony Christino_
_Margaret Christino_

8132