IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**REESE DAY TITTLE**
Name
**7345 RICHLAND LANE**
Address
**SAN DIEGO, 11  CALIFORNIA**
City and State
**WOODLAWN-7-3929**
Telephone Number

Defendant

FILED
OCT 1 - 1951
SMITH, Clerk
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) **REESE, MARY AND MARJORIE TITTLE**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Reese Day Tittle*
REESE DAY TITTLE

8129