IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: LeRoy I. Weeks
Address: Box 607
City and State: Fallbrook, Calif.
Telephone Number: 7384

Defendant
FILED
OCT 2 - 1951
EDMUND L. SMITH, Clerk
By D. Hoosen, DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants, | |

Comes now the defendant (s) LeRoy I. Weeks

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*LeRoy I. Weeks*

8135