IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Nellie M. Weeks
Address: Box 607
City and State: Fullbrook, Calif.
Telephone Number: 7384

Defendant

**FILED**
OCT 2 - 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) Nellie M. Weeks and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Nellie M. Weeks

8136