IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Gussie Rice
Name
P.O. Box 524
Address
La Crescenta, California
City and State

Telephone Number

Defendant

FILED
OCT 2 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) **GUSSIE RICE, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Gussie Rice*

8137