IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Carl E. Rice
Name
P.O. Box 524
Address
La Crescenta, California
City and State

_____
Telephone Number

Defendant

FILED
OCT 2 - 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                          )
           Plaintiff,     )
                          )
    vs.                   )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
           Defendants,    )

Comes now the defendant (s) __CARL E. RICE, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Carl E. Rice

8138