IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

_Oliver B. Campbell_
Name

Address

_Anza          Cal_
City     and     State

Telephone Number

Defendant

**FILED**

OCT 2 – 1951

EDMUND L. SMITH, Clerk
By _C. D. Hoover_
DEPUTY CLERK

UNITED STATES OF AMERICA )
                             )
                   Plaintiff, )
                             )
            vs.            )     No. 1247
                             )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
                             )
              Defendants, )

Comes now the defendant (s) _Oliver B. Campbell_

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

_Oliver B. Campbell_

8139