IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

*Etta B. Campbell*
Name

*Censa   California*
Address
City   and   State

Telephone Number

Defendant

**F I L E D**

OCT 2 - 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) |
| FALLBROOK PUBLIC UTILITY | ) |
| DISTRICT, et al., | ) |
| Defendants, | ) |

No. 1247

Comes now the defendant (s) *Etta B. Campbell*

_____

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Etta B. Campbell*

8140