FILED
OCT 2 - 1951
EDMUND L. SMITH, Clerk
By [signature] DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,
vs.
FALLBROOK PUBLIC UTILITY DISTRICT a public service corporation of the State of California, et al,

Civil No. 1247
MOTION AND ORDER TO INCLUDE ADDITIONAL PARTIES-DEFENDANT

Come now A. DEVITT VANECH, Assistant Attorney General, ERNEST A. TOLIN, United States Attorney, and BETTY MARSHALL GRAYDON, Assistant United States Attorney, attorneys for the plaintiff herein and move the Court for an order permitting joinder of the below named persons as additional parties-defendant pursuant to provisions of Rule 21 of the Rules of Civil Procedure.

AUGUSTA E. ACHTIEN
NICHOLAS EDWIN ACHTIEN
ADOLPH F. ANDERSON
ELLEN J. ANDERSON
FLORENCE GALE ANDERSON
NATHAN F. ANDREWS, JR.
BERNARD APPEL
IDA APPEL
DELNORA L. AVEY
HOBART M. AVEY
MARIE BAKER
HELYN M. BARRAGAR
WALTER M. BARRAGAR
FRANK C. BECKETT

NORA M. BECKETT
MAYO G. BELLA
NICHOLAS G. BELLA
EMMA KATHRYN BENNETT
ERNEST W. BENNETT
CARLOTTA BERRY
CHARLES H. BERRY
LAVERNE LANE BETTS
J. AUBREY BOGGESS
DEANE A. BOTTORFF
MAY BOTTORFF
CLAY E. BRIDENBAUGH
MABEL BRIDENBAUGH
CONSTANCE F. BURNHAM
JOHN D. BURNHAM
CALIFORNIA TRUST COMPANY
MARGARET F. CAMPBELL
RAYMOND WALKER CAMPBELL
BEULAH CARTIER
J. G. NORMAN CARTIER
JACQUES E. CARTIER
NELS A. CHRISTOPHERSON
RUTH B. CORLISS
W. BURR CORLISS
BELLE CRITTENDEN
FRED D. CRITTENDEN
JOAN CROOKS
THEODORE A. CROOKS, JR.
PHYLLIS CURTIS
VAL CURTIS
ANNIE L. S. CURTISS
WILLIAM C. CURTISS
ELFIE ELIZABETH DANIELS

353

FRANK WILLARD DANIELS
CLARA A. DARBY
LORIN E. DARBY
MABEL M. DI COLLELMO
UGO DI COLLELMO
JOHN R. DODSON
PEARL DODSON
JOSE DOMINGUEZ
M. THELMA DUNN
RUTH ELDRED
ADA DEE ERWIN
ROBERT M. ERWIN
MARTIN B. FARRELL
FEDERAL LAND BANK OF BERKELEY
SAM FEGSTAD
DOROTHY ANN FLAVIN
JOSEPH FLAVIN
R. E. FOSS
HARLEY FOSTER
F. P. NEWPORT COMPANY, a Corp.
FRANK F. FRONTINO
NELLIE R. FRONTINO
LEO M. FRYER
MARY E. FRYER
FLOY A. GADDIS
V. F. GADDIS
LEE GARMES
RUTH GARMES DBA LE RUTH RANCH
STANLEY GARTLER
JESSE J. GELTMAN
HOWARD S. GENTRY
FLORA M. GETZIN
HENRY W. GETZIN

354

F. C. GIFFIN
FANNY GLATT
HARRY GLATT
CORAL C. GLEDHILL
HARRY J. GLEDHILL
DAVID G. GUSTASON
JOSIE G. HALE
WALTER B. HALE
EILEEN K. HALLENBERG
TRIXIE HANEY
DAVID R. HARRIS
JEANNE M. HARRIS
E. H. HECKER
BEATRICE L. HODDING
WALFORD M. HODDING
WALTER HOGARTH
JESS L. HOLLEY
MAUD HOLLEY
MYRA B. HOWE
JERRY R. HURST
MARIE M. HURST
FLORENCE JANKOVSKY
FRANCIS C. JANKOVSKY
JEANFAY CORPORATION
FLORA JOHNS
HELEN LOUISE JONES
WILSON BURDETTE JONES
B. M. JURKOVICH
BENNIE KAZAROFF
JIMMIE KAZAROFF
JOHN KAZAROFF
JAMES H. KENNINGTON
LORENA KENNINGTON

JOSEPHINE KINGSBURY

HORACE G. KNOX

L. A. JACKSON, INC.

ELIZABETH LARSON

LUKE E. LARSON

RAY LARSON

JOHN H. LEASE

GRACE R. LOWMAN

EDWARD C. LUBBEN

EDWIN D. LUTHER

ALLAN W. C. MACDONALD

ELIZABETH MACDONALD

GEORGE F. MARDOCK

BILL E. MAUZEY, SR.

ONA FAYE MAUZEY

ERNEST L. MESSNER

KATHRYN F. MESSNER

A. C. MILLER

D. J. MILLER

NELLIE P. MINNICK

WILLIAM A. MINNICK

LOUIS J. MOLINARI

MARY LOUISE MOLINARI

DAISY H. MONSTAD

AMALIA MORENO

NOLBERTO LUCAS MORENO

IRIDE MORGAGNI

MEDARDO MORGAGNI

MURIEL MORGAN

RALPH C. MORGAN

ROSE B. NAMSON

A. J. NELSON

WILMA MAE NELSON

CHARLES W. NOBLE
GRACE NOBLE
ANITA B. NORBOM
FRANK NOVAK, JR.
MARTHA RUTH NOVAK
JOSEPH O'LAUGHLIN
VIRGINIA L. O'LAUGHLIN
ORANGE COUNTY TITLE COMPANY
MARY L. OVIATT
EARL E. PEARSON
ELIZABETH A. PLUMLEY
JOHN R. PLUMLEY
ARGIE PEARL POAGE
VIRGIL POAGE
FRANCES L. POWELL
LILLIE MAE RAVAIOLI
ANTONIO N. REYES
IDA P. REYES
EDWARD ROALFE
MARJORIE G. ROALFE
ERNEST ROBERTS
INES ROBERTS
ADDIE A. ROGERS
ROBERT B. ROHRING
HELEN ROHRING
CYNTHIA RUMSEY
JAMES RUMSEY
RICHMOND A. RUST
LEONARD R. SAUBLE
EVERETT B. SAWYER, SR.
NELLIE E. SAWYER
ALICE C. SCHANHALS
WILLIAM RAY SCHANHALS

357

SADA H. SCHIERMEYER
JOHN SCHNETZ
BEATRICE SCOTT
IRENE SCOTT
LOIS A. SCOTT
VINSON W. SCOTT
NOVELLIA L. SHEARER
WILLIAM D. SHEARER
W. A. SHONTS
AMY MARIE SIMANK
BEN OTTO SIMANK
KITTIE E. SKINNER
CLYDE O. SMITH
HAROLD A. SMITH
JULIA T. SMITH
MARIAN SMITH
MARY E. SMITH
SIDNEY G. SMITH
R. W. SNOW
SOUTHERN COUNTIES GAS COMPANY
OF CALIFORNIA
SOUTHLAND MORTGAGE COMPANY
ANNA D. SPARKS
G. F. SPARLING
LYDIA A. STANFIELD
LESTER E. STANFORD
AUGUSTA STANLEY
GLADYS J. SUBIC
MARY F. TAFT
WALTER S. TAFT
E. THARALSON
ARTHUR T. THOMPSON
BULAH THOMPSON

        FRANK A. TRINDL
MARGIE TRINDL
EDNA M. WHITTINGTON
FRANK S. WHITTINGTON
CHARLES W. WILSON
GRACE IONE WILSON
HARRY ROBERT WILSON
LILY M. WILSON
RUTH G. WILSON
RUTH H. WILT
V. K. WILT
MARY ELIZABETH WOODS
WILLIAM SAMUEL WOODS

This motion is made so that the Court may have before it the additional parties-defendant in order that the subject matter of this controversy may be adjudicated completely in one action.

A. DEVITT VANECH
Assistant Attorney General

ERNEST A. TOLIN
United States Attorney

Betty Marshall Graydon
BETTY MARSHALL GRAYDON
Assistant United States Attorney

SO ORDERED: 10/2/51

Jacob Weinberger
Judge

359