IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Elsie Pena
Name

Anza, Calif
City and State

Telephone Number

Defendant

FILED
OCT 3 - 1951
EDMUND L. SMITH, Clerk
By /s/ illegible
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant(s) Elsie Penn

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Elsie Pena
Anza, Calif

8141