IN THE UNITED STATES DISTRICT COURT
Southern District of Californ...
Southern Division

Delfina Pena
Name
621 E Mayberry
Address
Hemet California
City    and    State

Telephone Number

Defendant

**FILED**

OCT 3 - 1951

EDMUND L. SMITH, Clerk

By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
                              Plaintiff, )
)
        vs.                           )      No. 1247
)
FALLBROOK PUBLIC UTILITY      )
DISTRICT, et al.,             )
)
                             Defendants, )

Comes now the defendant (s) Delfina Pena _____

_____

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

Delfina Pena
621 E Mayberry
Hemet, California

8142