IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

JAMES K. TRINDLE
Name
P.O. Box 381
Address
FALLBROOK, CALIF.
City and State
337
Telephone Number

Defendant

FILED
OCT 4 - 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )
                           )
      vs.                  )   No. 1247
                           )
FALLBROOK PUBLIC UTILITY   )
DISTRICT, et al.,          )
                           )
            Defendants.    )

Comes now the defendant(s) JAMES K. TRINDLE and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

James K. Trindle

8144