IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

BARBARA M. TRINDLE
Name
P.O. Box 381
Address
FALLBROOK, CALIF.
City and State
327
Telephone Number

Defendant

FILED
OCT 4 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant (s) BARBARA M. TRINDLE

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Barbara M. Trindle*

8143