IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Edith Tittle Mitchell
Address: 5567 Lawton Avenue
City and State: Oakland, California
Telephone Number: Olympic 2 8155

Defendant

FILED
OCT 4 - 1951
EDMUND L. SMITH, Clerk
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
                Plaintiff,)
                         )
vs.                      )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
                Defendants,)

Comes now the defendant (s) Edith Tittle Mitchell

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Edith Tittle Mitchell*

8145