IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Helen W Cleveland
Name
R.F.D 7 Box 162
Address
Fallbrook         Calif
City     and     State
none
Telephone Number

Defendant

**FILED**
OCT 5 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　)
　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　) No. 1247
　　　　　　　　　　　　　　)
FALLBROOK PUBLIC UTILITY　)
DISTRICT, et al.,　　　　　　 )
　　　　　　　　　　　　　　)
　　　　　　　Defendants,　　 )

　　　Comes now the defendant (s) _____
Helene Whelan Cleveland
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

　　　　　　　　　　　　Helene Whelan Cleveland

8147