IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Lewis M Cleveland
  Name
RFD 2 Box 162
  Address
Fallbrook          Calif
  City and State
none
  Telephone Number

Defendant

FILED
OCT 5 - 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
              Plaintiff,  )
                          )
      vs.                 )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
              Defendants, )

Comes now the defendant (s) _____
LEWIS M Cleveland
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Lewis M Cleveland

8146