IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

MILO O. BUSENBURG
Name
P.O. BOX 41
Address
FALLBROOK          CALIF.
City       and       State
7259
Telephone Number

Defendant

FILED
OCT 5 - 1951
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )     No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) MILO O. BUSENBURG

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Milo O. Busenburg

8148