IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1    **Fred H. White**
      Name
2    P.O. Box 683
      Address
3    Fallbrook, California
      City and State
4    326
      Telephone Number
5
      Defendant

FILED
OCT 5 - 1951
EDMOND L. SMITH, Clerk
BY _____ DEPUTY CLERK

8    UNITED STATES OF AMERICA )
9              Plaintiff, )
10      vs. )    No. 1247
11    FALLBROOK PUBLIC UTILITY )
      DISTRICT, et al., )
12            Defendants, )

14      Comes now the defendant(s) **FRED H. WHITE, sued herein**

16 and for himself or themselves alone and answering plaintiff's complaint on
17 file, herein denies (deny) each and every material allegation contained therein.

                      /s/ Fred H. White

8181