IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Cynthia S. Eggers**
Name
**Route 1  Box 147**
Address
**Fallbrook, California**
City and State
**7029**
Telephone Number

Defendant

FILED
OCT 5 - 1951
EDMUND L. SMITH, Clerk
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) **CYNTHIA S. EGGERS, sued herein**
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Cynthia S. Eggers*

8180