IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

W. H. BUCK
Name

P.O. Box 73
Address

Fallbrook, California
City and State

7278
Telephone Number

Defendant

FILED
OCT 5 - 1951
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> FALLBROOK PUBLIC UTILITY DISTRICT, et al., <br> Defendants. | No. 1247 |

Comes now the defendant (s) __W. H. BUCK, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ W. H. Buck

8179