IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Gerald W. Ackles & Ellen V. Ackles
Name
P.O. Box 596
Address
Fallbrook, California
City          and          State
7098
Telephone Number

Defendant

FILED
OCT 5 - 1951
EDMUND L. SMITH, Clerk
By /s/ illegible
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
     vs.                  )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
            Defendants,   )

Comes now the defendant(s) **GERALD W. ACKLES & ELLEN V. ACKLES**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Gerald W. Ackles
/s/ Ellen V. Ackles

8178