IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: **Charles H. Bell & Faye I. Bell**
Address: **P.O. Box 441**
City and State: **Fallbrook, California**
Telephone Number: **7535**

Defendant

FILED
OCT 5 - 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
vs.                      )  No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant(s) **CHARLES H. BELL, sued herein and FAYE I. BELL, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Charles H. Bell
/s/ Faye I. Bell

8177