IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Dora M. Buck
Name
P.O. Box 73
Address
Fallbrook, California
City and State
7278
Telephone Number

Defendant

FILED
OCT 5 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
) 
                     Plaintiff, )
)
  vs.                           )   No. 1247
)
FALLBROOK PUBLIC UTILITY        )
DISTRICT, et al.,               )
)
                    Defendants, )

Comes now the defendant (s) **DORA M. BUCK, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Dora M. Buck*

8176