IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

<u>Andrew J. Clemmens</u>
Name
<u>P.O. Box 703</u>
Address
<u>Fallbrook, California</u>
City and State
<u>313</u>
Telephone Number

Defendant

F I L E D

OCT 5 - 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1247 |
| ) | |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| ) | |
| Defendants. ) | |

Comes now the defendant (s) <u>ANDREW J. CLEMMENS, sued</u> <s>herein</s> and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Andrew J. Clemmens*

8175