IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Sonia Barsky
Name
Route 1 Box 220
Address
Fallbrook, California
City and State
601
Telephone Number

Defendant

FILED
OCT 5 - 1951
EDMUND L. SMITH, Clerk
By ............ DEPUTY CLERK

UNITED STATES OF AMERICA )
Plaintiff, )
vs. ) No. 1247
FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
Defendants, )

Comes now the defendant (s) SONIA BARSKY, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Sonia Barsky