IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: John Barsky
Address: Route 1 Box 280
City and State: Fallbrook, California
Telephone Number: 601

Defendant

FILED
OCT 5 - 1951
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
     Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
     Defendants, )

  Comes now the defendant (s) __JOHN BARSKY__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ John Barsky

8173