IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Clarissa S. Miles
Address: P.O. Box 252
City and State: Fallbrook, California
Telephone Number: None

Defendant

FILED
OCT 5 - 1951
EDMUND L. SMITH, Clerk
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
           Plaintiff,    )
                         )
     vs.                 )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
           Defendants,   )

Comes now the defendant (s) **CLARISSA S. MILES, sued herein as DOE SIX HUNDRED NINETY NINE** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Clarissa S. Miles

8172