IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

William G. Thomas
Name
P.O. Box 638
Address
Fallbrook, California
City and State
642
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) *Wm G Thomas*
sued herein as DOE NINE HUNDRED SEVENTY SIX
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Wm G Thomas*

FILED
OCT 5 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8171