IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: William Herbert Colvin & Addie G. Colvin
Address: P. O. Box 643
City and State: Fallbrook, California
Telephone Number: 672

Defendant

FILED
OCT 5 - 1951
EDMUND L. SMITH, Clerk
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
             Plaintiff,  )
                         )
    vs.                  )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant(s) **WILLIAM HERBERT COLVIN and ADDIE G. COLVIN** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*William Herbert Colvin*
*Addie G. Colvin*

8169