IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Andrew Schmitt,
Name

130 Hillside Drive,
Address

Vista, California.
City and State

Vista 9-3311
Telephone Number

Defendant

FILED
OCT 5 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
       vs.               )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s) _____

_____ Andrew Schmitt, _____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Andrew Schmitt*

0168