IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Dolores Weinrich
Address: 211 E. Dougherty St.
City and State: Fallbrook, Calif.
Telephone Number: _____

Defendant

FILED
OCT 5 - 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
        Plaintiff, )
vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
        Defendants, )

Comes now the defendant (s) Dolores Weinrich and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Dolores Weinrich

8167