IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Merrill Baker
Name
11034 East Lower Azusa Rd.
Address
El Monte, California
City and State
Forrest 87319
Telephone Number

Defendant

FILED
OCT 5 - 1951
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) **MERRILL BAKER, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Merrill Baker*

8166