IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ober F. Johnson
Name
Route 1 Box 130
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

FILED
OCT 5 - 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant(s) **OBER F. JOHNSON, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Ober F. Johnson

8165