IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Emil Klaviter
Name
Route 1 Box 24
Address
Fallbrook, California
City and State
339
Telephone Number

Defendant

FILED
OCT 5 - 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) **EMIL KLAVITER, sued herein as DOE FIVE HUNDRED SEVENTY NINE**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Emil Klaviter*

8164