IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Martha C. Klaviter
Address: Route 1 Box 24
City and State: Fallbrook, California
Telephone Number: 339

Defendant

FILED
OCT 5 - 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
        vs.              )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant(s) **MARTHA C. KLAVITER, SUED HEREIN AS DOE FIVE HUNDRED EIGHTY** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Martha C Klaviter*

8163