IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Jessie M. Coy
Address: P.O. Box 482
City and State: Fallbrook, California
Telephone Number: 416

Defendant

FILED
OCT 5 - 1951
EDMUND L. SMITH, Clerk
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant(s) **JESSIE M. COY, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Jessie B. Coy*

8162