IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Glenn W. Coy
Name

P.O. Box 482
Address

Fallbrook, California
City and State

416
Telephone Number

Defendant

**FILED**
OCT 5 - 1951
EDMUND L. SMITH, Clerk
By _/s/_
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant(s) **GLENN W. COY, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_/s/ Glenn W. Coy_

8161