IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Iona B. Baker
Name
P.O. Box 73
Address
Fallbrook, California
City and State
611
Telephone Number

Defendant

FILED
OCT 5 - 1951
EDMUND L. SMITH, Clerk
By /s/ illegible
DEPUTY CLERK

UNITED STATES OF AMERICA )
                          )
              Plaintiff,  )
                          )
         vs.              )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
              Defendants, )

Comes now the defendant(s) __IONA B. BAKER, sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Iona B. Baker

8159