IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

W. T. Yount & Grace M. Yount (Same as William Thomas Yount
Name                                and  Grace May Yount
P.O. Box 193
Address
Fallbrook, California
City   and   State
7292
Telephone Number

Defendant

FILED
OCT 5 - 1951
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
                Plaintiff, )
                         )
vs.                      )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
                Defendants, )

Comes now the defendant (s) **W. T. YOUNT, sued herein** **and GRACE M. YOUNT, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ William Thomas Yount
/s/ Grace May Yount

8158