IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

John F. Caine
Name
Box 256
Address
Fall Brook, Calif
City and State
7289
Telephone Number

Defendant

FILED

OCT 5 - 1951

EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
)
            Plaintiff, )
)
    vs.            ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
            Defendants, )

Comes now the defendant (s) __JOHN F. CAINE__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

John F. Caine

0157