IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Margaret M. Andrews
Address: Route 1 Box 275
City and State: Fallbrook, California
Telephone Number: 7316

Defendant

FILED
OCT 5 - 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) Margaret M. Andrews

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Margaret M. Andrews

8156