IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Lawrence A. Ware ( Should Be: Lawrence E. Ware)
Name
Star Route 1 Box 6
Address
Fallbrook, California
City and State
7058
Telephone Number

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1247 |
| ) | |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| ) | |
| Defendants, ) | |

FILED
OCT 5 - 1951
EDMUND L. SMITH, Clerk
By_____
DEPUTY CLERK

Comes now the defendant (s) Lawrence A. Ware ( Should Be Lawrence E. Ware)

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Lawrence A. Ware*

Should be x *Lawrence E. Ware*

8155