IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Fern M. Ware
Name
Star Route 1 Box 6
Address
Fallbrook, California
City and State
7058
Telephone Number

Defendant

FILED
OCT 5 - 1951
EDMUND L. SMITH, Clerk
/s/
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Fern M. Ware

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Fern M. Ware

8154