IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Eleanore Wester
Name
P.O. Box 166
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

FILED
OCT 5 - 1951
EDMUND L. SMITH, Clerk
By [signature]
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Eleanore Wester

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Eleanore Wester*

8153