IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Rose M. Caine
Address: Box 256
City and State: Fall Brook Calif.
Telephone Number: 7289

Defendant

FILED
OCT 5 - 1951
EDMUND L. SMITH, Clerk
By /s/ Jmmoo
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) Rose M. Caine

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Rose M. Caine

8152