IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Eric R. Andrews
Name
Route 1 Box 275
Address
Fallbrook, California
City and State
7316
Telephone Number

Defendant

FILED
OCT 5 - 1951
EDMUND L. SMITH, Clerk
DEPUTY CLERK

UNITED STATES OF AMERICA )
 )
                Plaintiff, )
 )
         vs.               )   No. 1247
 )
FALLBROOK PUBLIC UTILITY   )
DISTRICT, et al.,          )
 )
               Defendants, )

Comes now the defendant (s) Eric R. Andrews

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Eric R. Andrews

8151