IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

C. Findley Cartwright & Marian Lyall Cartwright
Name
P.O. Box 382
Address
Fallbrook, California
City                  and         State
476
Telephone Number

Defendant

FILED
OCT 5 - 1951
EDMUND L. SMITH, Clerk
By _____
          DEPUTY CLERK

UNITED STATES OF AMERICA           )
                                   )
                       Plaintiff,  )
                                   )
            vs.                    )    No. 1247
                                   )
FALLBROOK PUBLIC UTILITY           )
DISTRICT, et al.,                  )
                                   )
                       Defendants, )

Comes now the defendant (s) C. Findley Cartwright & Marian Lyall Cartwright and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

C. Findley Cartwright
Marian Lyall Cartwright

8150