IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Walter H. Barkow & Hilda F. Barkow
Address: P.O. Box 422
City and State: Fallbrook, California
Telephone Number: 569

Defendant

FILED
OCT 5 - 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

No. 1247

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

    Defendants,

Comes now the defendant (s) WALTER H. BARKOW and HILDA F. BARKOW and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Walter H. Barkow
/s/ Hilda F. Barkow

8149