IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1    *Kathleen Iliana Hodges*
           Name
2    *6110 La Jolla Blvd.*
           Address
3    *La Jolla - Cal.*
      City    and    State
4    *Hemlone 5-6552*
      Telephone Number
5
6         Defendant

**FILED**

OCT 9 - 1951

EDMUND L. SMITH, Clerk

By _____
           DEPUTY CLERK

8    UNITED STATES OF AMERICA      )
9                 Plaintiff,    )
                        )
10            vs.           )    No. 1247
11    FALLBROOK PUBLIC UTILITY    )
     DISTRICT, et al.,           )
12             Defendants,    )

Comes now the defendant (s) *Kathleen Iliana Hodges*

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Kathleen Iliana Hodges*

8183