IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Kenneth B. Hodges
Name
6110 La Jolla Blvd,
Address
La Jolla, Cal
City and State
Glencove 5-6552
Telephone Number

Defendant

FILED
OCT 9 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) _Kenneth B. Hodges_

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Kenneth B. Hodges_

8182