IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

MARJORIE H. PALMER
Name
P.O. Box 646
Address
Stanford University, Calif
City and State
DA 2-5932
Telephone Number

Defendant

FILED
OCT 9 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )    No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant (s) MARJORIE H. PALMER

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Marjorie H. Palmer
Oct. 5 1951

0184