IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Coburn T. Palmer
Address: P.O. Box 646
City and State: Stanford University, Calif.
Telephone Number: DA. 25932

Defendant

FILED
OCT 9 - 1951
EDMUND L. SMITH, Clerk
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　)
　　vs.　　　　　　　　　　　　) No. 1247
　　　　　　　　　　　　　　　　)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
　　　　　　　　　　　　　　　　)
　　　　　　　Defendants, )

Comes now the defendant (s) Coburn T. Palmer

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Coburn T. Palmer
Stanford University
Oct. 6, 1951

8185