RECEIVED
OCT 1951
U.S. ATTORNEY
SAN DIEGO, CALIF.

IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Louis Figaro
Address: 11522-Thienes Ave
City and State: El Monte - Calif
Telephone Number: Forest 8-2241

Defendant

FILED
OCT 10 1951
EDMUND L. SMITH, Clerk
_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) Louis Figaro 11522 - Thienes Ave El Monte - Calif and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Louis Figaro
Oct. 9-51

8186