IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Ellen K. Figard
Address: 11522 Thienes Ave
City and State: El Monte Calif
Telephone Number: Forest. 82241

Defendant

FILED
OCT 10 1951
EDMUND L. SMITH, Clerk
By [signature]
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | |
| vs. | No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants, | |

Comes now the defendant(s) Ellen K. Figard 11522 Thienes Ave El Monte, Calif and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Ellen K. Figard
Oct. 9- 51

0187