FILED

OCT 11 1951

EDMUND L. SMITH, Clerk
By ........ DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. FALLBROOK PUBLIC UTILITY DISTRICT a public service corporation of the State of California, et al, | Civil No. 1247 MOTION AND ORDER TO INCLUDE ADDITIONAL PARTIES-DEFENDANT |

Come now A. DEVITT VANECH, Assistant Attorney General, ERNEST A. TOLIN, United States Attorney, and BETTY MARSHALL GRAYDON, Assistant United States Attorney, attorneys for the plaintiff herein, and move the Court for an order permitting joinder of the below named persons as additional parties-defendant pursuant to provisions of Rule 21 of the Rules of Civil Procedure.

HOWELL H. ADAMS
IDA J. ADAMS
EMILIE E. AHREND
FLOYD E. AHREND
ERNEST AUBERT
WILLIAM K. AULD
ELMER BAATZ
ADALIND SHAUL BAILEY
DONALD DELBERT BAILEY
DRURY L. BAILEY
OLIN F. BAILEY
ROBERTA MAY BAILEY
BERT BALLINGER
WILLIAM R. BANKS

| | |
|---|---|
| 1 | FRANK BARNUM |
| 2 | MAUDE M. BARNUM |
| 3 | HELEN J. BASHAW |
| 4 | J. N. BASHAW |
| 5 | JUSTINA R. BECK |
| 6 | WILLIAM L. BECK |
| 7 | WILLIAM L. BECK, JR. |
| 8 | EDITH L. BELL |
| 9 | CARL AUGUST BERG |
| 10 | JENNIE BERG |
| 11 | ARTHUR E. BEVAN |
| 12 | MARGARET L. BEVAN |
| 13 | J. G. BIBB |
| 14 | NORA BIBB |
| 15 | JOHN C. BISOGNO |
| 16 | MARCELLA BISOGNO |
| 17 | HELEN BLACKLIDGE |
| 18 | WILLIAM C. BLACKLIDGE |
| 19 | RONALD I. BLANKENSHIP |
| 20 | LORA MAE BOEN |
| 21 | LOUIS BOEN |
| 22 | FLOYD L. BROWN |
| 23 | HENRIETTA BROWN |
| 24 | ADELE E. BURCH |
| 25 | ORA L. BURCH |
| 26 | JOSEPH BURNELL |
| 27 | ISABELLE BURNS |
| 28 | ERNEST J. BUTTNER |
| 29 | MARGARET BUTTNER |
| 30 | FRANCHELLE B. CALDWELL |
| 31 | THOMAS M. CALDWELL |
| 32 | JEWELL CALVERT |
| 33 | UREY CALVERT |

361

| | |
|---|---|
| 1 | ALBERT CEAS |
| 2 | ALBERT N. CEAS |
| 3 | ETIENNE CEAS |
| 4 | ANNIE C. CHAMNESS |
| 5 | DELLIS B. CHAMNESS |
| 6 | HARRY A. CHAPMAN |
| 7 | SYBIL E. CHAPMAN |
| 8 | FRANK E. CLARK |
| 9 | GEORGE A. CLARK |
| 10 | HILDUR M. CLARK |
| 11 | DOROTHY B. CLEMONS |
| 12 | JAMES F. CLEMONS |
| 13 | NETTIE R. COCKERLINE |
| 14 | MATTHEW J. COCKERLINE |
| 15 | NANNIE MAY COLEMAN |
| 16 | WILLIAM B. COLEMAN |
| 17 | THEODORE CONNELY |
| 18 | LILLIAN I. COOK |
| 19 | OSCAR R. COOK |
| 20 | JESSIE C. COOPER |
| 21 | WALTER S. COOPER |
| 22 | CORPORATION OF AMERICA |
| 23 | GERTRUDE CRABTREE |
| 24 | BARBARA MORTON CRANDALL AKA |
| 25 | BARBARA SCOTT MORTON AKA |
| 26 | BARBARA MORTON INGLISH |
| 27 | EDNA M. CRANE |
| 28 | ROBERTA L. CULPEPPER |
| 29 | PEARL DICKINSON CUMMINS |
| 30 | ROBERT M. CUMMINS |
| 31 | BLANCHE DANAHER |
| 32 | THOMAS DANAHER |
| 33 | RUPERT PERCY DAWSON |

362

1. ELIZABETH H. DAZEY
2. JAMES NATHAN DAZEY
3. ANDREW DE WILDE
4. EUGENE N. DEYO
5. MEARLE H. DEYO
6. MARY R. DIETTERICK
7. EMILIE DIXON formerly EMILIE CEAS AKA
8. EMELIE CEAS
9. DAVID C. DONATH
10. KATHRYN JANE DONATH
11. CORNELIA DORMAN
12. URA DORMAN
13. MAMIE M. DOWNS
14. ANN R. EGAN
15. J. P. EGAN
16. WILLIAM ELLIS
17. CHARLOTTA MARY ELLEN EMERY
18. HARRY ELWOOD EMERY
19. HALE B. EUBANKS
20. MARJORIE H. EUBANKS
21. GEORGE M. FELTON
22. HENRY E. FELTON
23. MILDRED FELTON
24. RUTH FELTON
25. WINONA FIALA
26. WILLIAM O. FIELD
27. FIRST NATIONAL BANK OF VISTA
28. F. D. FITZSIMMONS
29. CLEMENT FONTANA
30. JOSEPHINE FONTANA
31. TONY E. FONTANA
32. GORDON C. FOSTER
33. PEGGY LOU FOSTER

| | |
|---|---|
| 1 | STEPHANIE S. FRIEND |
| 2 | BIRDIE E. FULCHER |
| 3 | VIRGIL P. FULCHER |
| 4 | EVELYN M. FULLER |
| 5 | J. ANTOINETTE FULLER |
| 6 | LAWRENCE C. FULLER |
| 7 | LESLIE FULLER |
| 8 | MARGARET H. FULLER |
| 9 | ORA GRACE FULLER |
| 10 | EDWARD F. GAGNON |
| 11 | GEORGE W. GAGNON |
| 12 | PRISCILLA I. GAGNON |
| 13 | RUCCO GARBINI |
| 14 | ANNE C. GOODWIN |
| 15 | GORDON GOODWIN |
| 16 | GINGER MAE GOTTULA |
| 17 | THEODORE A. GOTTULA |
| 18 | MARY A. GRAFFIN |
| 19 | SAMUEL H. GRAFFIN |
| 20 | WILLIAM B. GREEN |
| 21 | ALFRED A. GREGORY |
| 22 | AUGUSTA M. GROOM |
| 23 | HOMER P. GROOM |
| 24 | E. GORDON HALL |
| 25 | MARGARET BURGESS HALL |
| 26 | RHINA HAMILTON |
| 27 | CHARLES F. HEALD |
| 28 | VIVIENE HECOCK |
| 29 | EDMUND G. HERRING |
| 30 | LORRAINE I. HICKS |
| 31 | NORMAN L. HICKS |
| 32 | ALICE L. P. HILL |
| 33 | C. S. HILLIARD |

364

| | |
|---|---|
| 1 | PAUL A. HODAPP, JR. |
| 2 | WINIFRED C. HODAPP |
| 3 | BILL HOLLAND |
| 4 | MARIE M. HUSS |
| 5 | WILLIAM E. HUSS |
| 6 | VERA INGALLS |
| 7 | HOWARD INGLISH |
| 8 | ANDREW R. JAMES |
| 9 | ESTER I. JAMES |
| 10 | HAROLD L. JOHNSON |
| 11 | DAVID L. JONES |
| 12 | JOSEPH E. JONES |
| 13 | BUENA VISTA JONS |
| 14 | OTTO H. JONS |
| 15 | LLOYD L. JUELSON |
| 16 | DAVID A. KAUFMAN |
| 17 | LILLIAN A. KAUFMAN |
| 18 | ECKLEY M. KEACH |
| 19 | EDRIE KEACH |
| 20 | DONNA KING |
| 21 | LOUIS E. KING |
| 22 | MAE WALKER KING |
| 23 | SAMUEL E. KING |
| 24 | TYKE G. KINSMAN |
| 25 | THOMAS GALE KNIGHT |
| 26 | FRANCES S. KNOX |
| 27 | JOHN K. KNOX |
| 28 | D. M. LAMB |
| 29 | FLORA M. LAUBACH AKA FLORA M. MCDONALD |
| 30 | EUGENE LAWLER, JR. |
| 31 | NYLA B. LAWLER |
| 32 | FRED D. LEACH |
| 33 | GRACE M. LEACH |

365

1  ALGOT LEANDER
2  GLEE W. LEANDER
3  EDWIN R. LEIDBERG
4  LYDIA E. LEIDBERG
5  NELLIE LILLIE
6  EARNEST M. LINCOLN
7  JULIA K. LINCOLN

This motion is made so that the Court may have before it the additional parties-defendant in order that the subject matter of this controversy may be adjudicated completely in one action.

A. DEVITT VANECH
Assistant Attorney General

ERNEST A. TOLIN
United States Attorney

BETTY MARSHALL GRAYDON
Assistant United States Attorney

IT IS SO ORDERED THIS  11  DAY OF  Oct  1951.

_Jacob Weinberger_
Judge

366