IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mrs Winona L Sheppherd
Name
P.O. b. 512
Address
San Jacinto Calif.
City and State

Telephone Number

Defendant

**FILED**

OCT 12 1951

EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1247 |
| ) | |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| ) | |
| Defendants, ) | |

Comes now the defendant (s) Mrs Winona L Sheppherd

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Mrs Winona L Sheppherd

8188