IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Oct. 8. 1951

Walter E . Barrett
Name

P.O. Box 113
Address

Fallbrook Calif
City and State

_____
Telephone Number

Defendant

**FILED**
OCT 12 1951
EDMOND L. SMITH, Clerk
/s/ _____
DEPUTY CLERK

RECEIVED
OCT 1951
U. S. ATTORNEY
SAN DIEGO, CALIF.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) Walter E . Barrett

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Walter E Barrett*

8189