IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

*George H Ramsey*
Name

*R2. Box 164*
Address

*Fallbrook Calif*
City and State

_____
Telephone Number

Defendant

RECEIVED
OCT 16 1951
U. S. ATTORNEY
SAN DIEGO, CALIF.

UNITED STATES OF AMERICA )
)
    Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
    Defendants, )

Comes now the defendant (s) *George H Ramsey*

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*George H Ramsey*
*R2. Box 164 Fallbrook Calif*

FILED
OCT 16 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8192