IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

Robert William Severns
Doris Etta Severns
Star Route Box 26
Hemet, California

FILED
OCT 16 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, Et al,

        Defendant.

No. 1247-SD Civil

Comes now the defendant(s) Robert William Severns and Doris Etta Severns and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Robert William Severns

Doris E. Severns

8197