IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

*John Knudsen*

_____

_____

_____

Defendant

UNITED STATES OF AMERICA, )
            Plaintiff )
    vs )                            No. 1247 S D Civil
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al, )
            Defendant )

Comes now the defendant ( s) *John Knudsen*

_____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies ( deny) each and every m material allegation contained therein.

*John Knudsen*

_____ 8195

FILED
OCT 16 1951
EDMUND L. SMITH, Clerk
DEPUTY CLERK