IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

*John Knudsen*

Defendant

**FILED**
OCT 16 1951
EDMUND L. SMITH, Clerk
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
        Plaintiff )
    vs )
        ) No. 1247 S D Civil
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al, )
        Defendant )

Comes now the defendant (s) *John Knudsen*
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies ( deny) each and every m material allegation contained therein.

*John Knudsen*

8195