IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Harris R. Wood
Address: Star Route, Box 43
City and State: Hemet, Calif.
Telephone Number:

Defendant

FILED
OCT 16 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants. ) | |

Comes now the defendant(s) Harris R. Wood and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Harris R. Wood

8191