IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Elsie M. Wood
Address: Star Route, Box 42
City and State: Hemet, Calif.
Telephone Number:

Defendant

**FILED**
OCT 16 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
)
                                                    Plaintiff, )
)
vs.                                                        )   No. 1247
)
FALLBROOK PUBLIC UTILITY         )
DISTRICT, et al.,                             )
)
                                                Defendants, )

Comes now the defendant (s) __Elsie M. Wood__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Elsie M. Wood_

8190