IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

A. J. Bendler
Star Route Box 29
Hemit, California
and Anna F. Bendler,
                Defendants

FILED
OCT 16 1951
EDMUND L. SMITH, Clerk
By _____
         DEPUTY CLERK

UNITED STATES OF AMERICA, )
              PLAINTIFF. )
                         )
vs                       )    No. 1247_S D Civil
                         )
FALLBROOK PUBLIC UTILITY )
District, et al,         )
              Defendant. )

Comes now the defendant(s) A. J. Bendler and Anna F. Bendler

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

A. J. Bendler
Anna F. Bendler

8194