IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

Chas T Benckle
P.O. Box 673
Hemet,
Calif

Defendant

FILED
OCT 16 1951
EDMUND L. SMITH, Clerk
By /s/ illegible
DEPUTY CLERK

UNITED STATES OF AMERICA )
            Plaintiffs. )
                         )
    fvs                  )    No. 1247-SD Civil
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al,         )
                         )
            Defendants. )

Comes now the defendant (s) Chas T Benckle

and for himself or themselves alone and answering plaintiffs complaint on file, herein denies ( deny( each and every material allegation contained therein.

Chas T Benckle

8193