IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Margaret Alice Roberts
Name
1328 E. 55th Street
Address
Long Beach, California
City and State
_____
Telephone Number

Defendant

FILED
OCT 17 1951
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Charles A. Roberts and Margaret Alice Roberts (Joint Tenants) and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Margaret Alice Roberts*
*Charles A. Roberts*

Lot 3, Block 28, West Fallbrook

8198