IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Charles A. Roberts
Address: 1328 E. 55th Street
City and State: Long Beach, California
Telephone Number:

Defendant

UNITED STATES OF AMERICA )
)
　　　　　　　　Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
　　　　　　　　Defendants, )

Comes now the defendant (s) Charles A. Roberts and Margaret Alice Roberts (Joint Tenants) and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Charles A. Roberts*
*Margaret Alice Roberts*

Lot 3, Block 28, West Fallbrook

RECEIVED
OCT 17 1951
U. S. ATTORNEY
SAN DIEGO, CALIF.

FILED
OCT 17 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

8203