IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Lester S Brown
Name
P.O. Box 501
Address
Fallbrook    Calif
City and State
677
Telephone Number

Defendant

**FILED**

OCT 17 1951

EDMUND L. SMITH, Clerk

_____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Lester S Brown of 430 Minnesota Ave Fallbrook Calif and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Lester S Brown

8199