IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

_Phil M Brown_
Name

P O Box 501
Address

Fallbrook  Calif
City and State

677
Telephone Number

Defendant

FILED
OCT 17 1951
EDMUND L. SMITH, Clerk
By /s/ illegible
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) _Phil M. Brown_

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Phil M. Brown_
_P O Box 501, Fallbrook_
_Calif_

8200