IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

F.E.E. & O.A. Lundgren
Name
8902 Dalton Ave.
Address
Los Angeles 47, Calif.
City and State
PLeasant 3-7257
Telephone Number

Defendant

**FILED**
OCT 17 1951
EDMUND L. SMITH, Clerk
By ................................
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Fridolph E.E. Lundgren and Opha A. Lundgren, Co-owners and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Fridolph E.E. Lundgren*
*Opha A. Lundgren*

8202