IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

F.E.E. & O.A. Lundgren
Name
8902 Dalton Ave.
Address
Los Angeles 47, Calif.
City and State
PLeasant 3-7257
Telephone Number

Defendant

**FILED**
OCT 17 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
           Plaintiff,    )
                         )
    vs.                  )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
           Defendants,   )

Comes now the defendant(s) Fridolph E.E. Lundgren and Opha A. Lundgren, Co-owners and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Fridolph E. E. Lundgren*
*Opha A. Lundgren*

8201