**FILED**

OCT 17 1951

EDMUND L. SMITH, Clerk
by /s/ [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
          Plaintiff, )
vs. ) No. 1247-Civil
FALLBROOK PUBLIC UTILITY DISTRICT, ) MOTION TO EXTEND TIME IN
a public service corporation of the ) WHICH TO PLEAD
State of California, et al, )
          Defendants. )

     A. DEVITT VANECH, Assistant Attorney General, ERNEST A. TOLIN, United States Attorney, and BETTY MARSHALL GRAYDON, Assistant United States Attorney, Attorneys for Plaintiff, respectfully represent:

     That in order to facilitate the handling of the above entitled-action and to prevent undue hardship upon certain parties-defendant who have not heretofore answered plaintiff's complaint be granted additional time in which to do so;

     Therefore, plaintiff moves that this Honorable Court make an order providing that the parties-defendant in the above-entitled action be granted until and including the 1st day of February, 1952, in which to answer plaintiff's complaint.

     DATED at San Diego, California, this __17__ day of October, 1951.

                     A. DEVITT VANECH
                     Assistant Attorney General

                     ERNEST A. TOLIN
                     United States Attorney

                     BETTY MARSHALL GRAYDON
                     Assistant United States Attorney

                     /s/ Betty Marshall Graydon
                     Assistant United States Attorney

BMG:ojm

367