UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
__SOUTHERN__ DIVISION

| | | |
|---|---|---|
| U.S.A. | ) | No. __1247-SD__ Civil |
|  | ) | MINUTES OF THE COURT |
|  Plaintiff, ) |  |  |
| vs. | ) | Date: __Oct. 17, 1951,__ |
|  | ) | At __San Diego__, Calif. |
| Fallbrook Public Utility District, etc., et al. | ) |  |
|  Defendant. | ) |  |

PRESENT:   The Honorable __JACOB WEINBERGER__   District Judge

Deputy Clerk: __J. M. Horn__        Reporter: __Ross Reynolds__

Counsel for Plaintiff : Betty M. Graydon, Ass't U.S. Att'y.

Counsel for Defendant : no appearance

| NATURE OF PROCEEDINGS | RULING |
|---|---|
| Hearing motion to extend time in which to plead:<br><br>Att'y Graydon presents said motion | Ordered: said motion be filed. Court signs order extending time to and including Feb. 1, 1952, in which defendants may answer. |

EDMUND L. SMITH, Clerk

By_____Deputy Clerk.