```
 1  P. W. WILLETT
    Attorney at Law
 2  P. O. Box 103
    Fallbrook, California
 3  Telephone Fallbrook 7150
         and
 4  WILLIAM H. MACOMBER
    Attorney at Law
 5  1114 San Diego Trust & Savings Bldg.
    San Diego 1, California
 6  Telephone Franklin 9-9408

 7  Attorneys for the Defendant,
    EMELIA C. SMELSER.
 8
```



FILED
OCT 18 1951
EDMUND L. SMITH, Clerk
By ............
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al,<br><br>    Defendants. | No. 1247 - Civ.<br><br>ANSWER OF<br><br>EMELIA C. SMELSER |

Comes now the defendant, EMELIA C. SMELSER, sued herein as Doe Sixty-nine, and separating herself from the other defendants, answering for herself alone and for no other defendant, alleges, denies and admits as follows:

I

Defendant alleges that she is without knowledge or information sufficient to form a belief as to the truth of the allegation that the above entitled action was commenced and the Complaint filed "at the request of the Secretary of the Department of the Navy," and therefore denies said allegation.

II

Answering Paragraph I of said Complaint, defendant denies that any "actual controversy" between the United States of America and the defendants had arisen prior to the commencement of this action; and defendant further denies that she has unlawfully or otherwise interfered with the rights of the United States of America.

III

Answering Paragraph II of said Complaint, defendant is informed and believes and therefore alleges the fact to be that said military establishments do not occupy all of the 135,000 acres acquired by the United States of America in the Counties of San Diego and Orange, State of California; nor are all of said 135,000 acres utilized for military purposes, but that several thousand acres of land, the exact amount being unknown to this defendant, have been at all times since said property was acquired by the United States of America, and now are, occupied, used and devoted to commercial farming, said land being rented out in varying sized tracts to various private persons, firms and corporations for that purpose.

IV

Answering Paragraph III of said Complaint, defendant alleges that she is without knowledge or information sufficient to form a belief as to the truth of the facts alleged therein, and therefore denies all the allegations in said Paragraph.

However, defendant alleges that if it be true that the State of California has ceded any jurisdiction to the United States of America over said land, such cession was operative and effective only to the extent and for the time that said tract of land was to be used and actually was used for the purpose of erecting and maintaining forts, magazines, dockyards and other needful buildings thereon, and was not intended to, and in fact did not, extend to the

1  thousands of acres of land occupied, used and devoted to commercial
2  farming by private persons, which this defendant is informed and
3  believes to be the fact ever since said government acquired said
4  land.

5                                   V

6      Answering Paragraph IV of said Complaint, this defendant is
7  without knowledge or information sufficient to form a belief as to
8  the truth of the allegation that "Source of the all-important supply
9  of water for Camp Joseph H. Pendleton, the Naval Ammunition Depot,
10 and the United States Naval Hospital, as indicated, is the Santa
11 Margarita River," and therefore denies said allegation.

12     This defendant is without knowledge or information sufficient
13 to form a belief as to the truth of the allegations to the effect
14 that salt water intrusion from the Pacific Ocean threatens the
15 destruction of said basin or that two wells have been destroyed by
16 reason of that intrusion, and therefore denies said allegations.

17     This defendant alleges that at various points and places
18 above plaintiff's said property the Santa Margarita River, which is
19 a non-navigable stream, disappears as a surface stream and sinks
20 into the sands and gravels of one or more of the numerous basins
21 which exist underneath each of the valleys which are found along
22 said river and along its several tributaries before said river enters
23 the property of plaintiff.  This defendant alleges that no portion
24 of any of these basins form any part of the basin or basins which
25 underlie plaintiff's said property, nor do any part of these basins
26 underlie any portion of plaintiff's said property. This defendant
27 denies that she has in any way encroached upon any rights which
28 plaintiff may have, or by her alleged encroachment  threatens a
29 destruction of the basin referred to in said Complaint.  Denies that
30 the activities of this defendant have in any way encroached upon,
31 or through her alleged encroachments upstream, that she has reduced
32 the quantities available to the United States of America from the

"subterranean sources" mentioned in said Paragraph, or that there has been a reduction in the surface flow of the Santa Margarita River through the alleged encroachment of this defendant. Denies that any acts of this defendant have damaged any rights or property of plaintiff. Alleges that, if it be true that there exists a threat of salt water intrusion into the basin or basins in which plaintiff's wells are located, or if it be true that two of plaintiff's wells have been destroyed by reason of that intrusion, such injury or threatened injury was not the result of the activity of this defendant, nor brought about by her alleged encroachment upstream, but was in part at least, the result of a severe and protracted drought affecting all of Southern California and affecting not only the wells of plaintiff but all wells in the Santa Margarita watershed and also wells in every other watershed throughout Southern California. Furthermore, this defendant is informed and believes and therefore alleges the fact to be that plaintiff's injury, or threatened injury, was brought about principally as the direct result of plaintiff's misuse of the basin or basins underlying its said property, and mismanagement of its said wells and the operation thereof, and in the misuse and misapplication of the water produced therefrom, and the wrongful, excessive and unreasonable diversions and uses and places of use of said water, including the exportation by plaintiff of large quantities of said water beyond the basin and watershed of said Santa Margarita River, from whence said water or any part thereof could never return.

As to the allegation that "Underlying the river and its tributaries is a vast underground basin," and that "The basin as a whole creates a large underground reservoir into which a high proportion of the Santa Margarita River sinks," and that "This vast subterranean reservoir constitutes one of the principal sources of water for the military purposes declared above," this defendant

(4)

8221

alleges that she is without knowledge or information sufficient to form a belief as to the truth of said allegations, and therefore denies each and every one of said allegations.

### VI

Answering Paragraph V of said Complaint, this defendant alleges that the decision of said trial court was reversed by the Supreme Court of the State of California (Rancho Santa Margarita v. Vail (11C (2) 501), and thereafter a Stipulation or Agreement was entered into between the plaintiff in said action and the defendant Vail interests, calling for the entry of the Stipulated Judgment therein. This defendant denies that the parties to said litigation declared their rights or fixed their aliquot shares of all the waters of the Santa Margarita River, premised upon the findings of the trial court or upon the decision of the California Supreme Court when the matter was on appeal before it. This defendant denies that she or her predecessors in interest were parties to said suit or to said Stipulation, and denies that any of the rights of this defendant in the Santa Margarita River were adjudicated in said suit or fixed by said Judgment. This defendant alleges that she is not bound in any way by said Stipulated Judgment, nor are her rights limited or controlled by it.

This defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in said Paragraph, and therefore denies each and all the said other allegations.

### VII

Answering Paragraph VI of said Complaint, this defendant denies that plaintiff is entitled to, or can claim, as against this defendant, all rights, titles, interests and privileges purported to have been given to said Rancho Santa Margarita by the said Stipulated Judgment; or that plaintiff is entitled to claim or can claim against this defendant, any more water than the amount which

1 is or may be reasonably and actually required for riparian uses and
2 purposes on that portion of said Rancho Santa Margarita which is
3 actually riparian to said Santa Margarita River, which amount is,
4 under present conditions, as this defendant is informed and
5 believes and therefore alleges the fact to be, not to exceed 2,620
6 acre-feet per annum.

### VIII

Answering Paragraph VII of said Complaint, this defendant denies that her rights to or use of water in any manner imperils the defense effort of the United States of America.

### IX

Answering Paragraph VIII of said Complaint, this defendant denies that plaintiff has a paramount right to 35,000 acre-feet of water annually, or a paramount right to any quantity of water except as hereinafter admitted. This defendant alleges that she is without knowledge or information sufficient to form a belief as to the truth of the other allegations in said Paragraph, and therefore denies each and all of the other allegations in said Paragraph.

### X

Answering Paragraph IX of said Complaint, this defendant denies that she has made any diversions from the Santa Margarita River in violation of rights of the United States of America; denies that she has caused intrusion of salt water from the Pacific Ocean or otherwise caused damage to the United States of America; denies that she has repeatedly or at all, through overt acts or otherwise, displayed her disregard for the rights of the United States of America, or declared claims in contravention of the rights of the United States of America. Denies that her rights were acquired subsequent to the rights of the United States; denies that she has proceeded to encroach upon, or is now encroaching upon, or threatens to encroach upon the water supply of Camp Pendleton, the United States Naval Hospital, or the Naval Ammunition Depot. This

defendant alleges that but for plaintiff's excessive diversions, unreasonable uses and wrongful exportation of water to places outside the basin and watershed of the Santa Margarita River, as alleged in Paragraph V hereof, there would be a sufficient supply of water to meet the rightful needs and lawful requirements of plaintiff and defendants.

This defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining averments in said Paragraph, and therefore denies both generally and specifically each and all the remaining allegations in said Paragraph.

- - - - - - - - - - - - - - - -

FOR A FIRST AFFIRMATIVE DEFENSE, THIS ANSWERING DEFENDANT ALLEGES:

I

This defendant is, and with her predecessors in interest has been for many years last past, the owner of and in possession of certain land within the watershed of the Santa Margarita River and its tributaries, and this defendant has rights in and to the reasonable beneficial use of the percolating waters which are in the underground basins and strata of water-bearing sand and gravel over which her land lies. That all of said land lies in a semi-arid region and is of little value without water. That the land so owned by this defendant is described as follows:

> Lot 5 in Block 20 of West Fallbrook, County of San Diego, State of California, according to the Map No. 743 filed in the office of the Recorder of said San Diego County March 6, 1893.

II

All of said above described land is arable. Defendant resides in her home on said land. Said right to use said waters

has been owned by this defendant and her predecessors in interest for many years, openly, notoriously, continuously, adversely, and under claim of right to meet domestic and irrigation requirements thereof.

### III

That this defendant is the owner of the right to the use of the waters as hereinabove set forth, which right is correlative with the right of plaintiff to a reasonable amount of the waters of the Santa Margarita River for riparian purposes and uses on its riparian lands, which amount, as this defendant is informed and believes, is 2,620 acre-feet per annum; and as to all other rights or claims of right of plaintiff, defendant's said right is paramount.

- - - - - - - - - - - - - - -

FOR A FURTHER, SECOND AND SEPARATE AFFIRMATIVE DEFENSE, THIS ANSWERING DEFENDANT ALLEGES:

### I

That said purported cause of action set forth in plaintiff's Complaint herein is barred by the privisions of Sections 318, 319, 336, and 338(2) of the Code of Civil Procedure of the State of California.

WHEREFORE, this answering defendant prays:

1. That plaintiff take nothing by its action;

2. That this defendant be decreed as against plaintiff to be the owner of the right to a reasonable number of acre-feet per annum, consumptive use, for beneficial use on said land, and that said right be held to be paramount to plaintiff's rights;

3. That this defendant have judgment for her costs incurred herein, and for such other and further relief as the Court may deem proper.

P. W. WILLETT and
WILLIAM H. MACOMBER

By *P. W. Willett*
Attorneys for the Defendant,
EMELIA C. SMELSER.

STATE OF CALIFORNIA ) ss.
COUNTY OF SAN DIEGO )

EMELIA C. SMELSER, being sworn, says:

That she is the answering defendant in the above entitled action; that she has read the foregoing Answer and knows the contents thereof; that the same is true of her own knowledge, except as to the matters which are therein stated on her information or belief, and as to those matters that she believes the same to be true.

*Emelia C. Smelser*

Subscribed and sworn to before me this 25 day of September, 1951.

*N. Smelser*
Notary Public in and for said
County and State.
My Term Expires Jan. 1, 1953

JUSTICE OF THE PEACE   Fallbrook Judicial Township

(9)

Service of within Answer is hereby acknowledged Oct 18 1951
By Marshall Taylor
Asst U S Atty

822629