IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

*Bert Sharp*
*Star Rt. Box 31*
*Hemet*
*Calif.*

Defendant

**FILED**
OCT 18 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
             Plaintiff, )   No. 1247-SD Civil
)
  vs. )
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al, )
)
            Defendants. )

Comes now the defendant (s) _*Bert Sharp*_ x

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

                                                 _*Bert Sharp*_ x