SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

Maud E. Sharp
Star Rte. Box 91
Hemet, Calif.
_____
Defendant

FILED
OCT 18 1951
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

UNITED STATES OF AMERICA, )
         Plaintiff, )
)
vs. ) No. 1247-SD Civil
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al, )
         Defendant. )

Comes now the defendant (s) Maud E. Sharp

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Maud E. Sharp

8250