IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

|   |   |
|---|---|
| 1 | George M. Pierson |
|   | Name |
| 2 | 816 Continental Bldg. |
|   | Address |
| 3 | Los Angeles 13    Calif. |
|   | City and State |
| 4 | Michigan 1973 |
|   | Telephone Number |
| 5 |   |
|   | Defendants Carter |

FILED

OCT 18 1951

EDMUND L. SMITH, Clerk

8  UNITED STATES OF AMERICA      )
9                 Plaintiff,     )
10       vs.                     )   No. 1247
11  FALLBROOK PUBLIC UTILITY     )
    DISTRICT, et al.,            )
12                               )
                 Defendants,     )

14  Comes now the defendant (s) Lawrence R. Carter and
15  Paula Gillette Carter
16  and for himself themselves alone and answering plaintiff's complaint on
17  file, herein denies (deny) each and every material allegation contained therein.

                        Geo. M. Pierson
                Attorney for Lawrence R. Carter
                   and Paula Gillette Carter

8247