LUCE, FORWARD, KUNZEL & SCRIPPS
1220 San Diego Trust & Savings Bldg.
San Diego 1, California

Telephone: Franklin 9-9244

Attorneys for Defendant
San Diego Gas & Electric Co.



**FILED**
OCT 18 1951
EDMUND L. SMITH, Clerk
By ................
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,  No. 1247-Civil

-vs-

FALLBROOK PUBLIC UTILITY DISTRICT, A N S W E R
a public service corporation of the
State of California, et al.,

      Defendants.

  Now comes the San Diego Gas & Electric Company, a corporation, one of the defendants in the above entitled action, and answers plaintiff's complaint on file herein as follows, to wit:

          I

  That the said defendant, San Diego Gas & Electric Company, a corporation organized and existing under and by virtue of the laws of the State of California is a public utility, engaged in the business of producing and distributing electric power and gas within the County of San Diego, State of California, and to certain users outside of the said County of San Diego and within the State of California.

          II

  Said defendant, San Diego Gas & Electric Company, alleges that it is the owner in fee of:

    The South 120 feet of the West 150 feet of the
    Northwest Quarter of the Northeast Quarter of
    Section 25, Township 9 South, Range 4 West,
    San Bernardino Meridian, in the County of San

8204

Diego, State of California, located in the town of Fallbrook and within the Fallbrook Public Utility District, one of the defendants above named, and that said property is used by the said defendant as a sub-station for the distribution of electricity to residents and inhabitants of San Diego County residing in the area adjacent to the said town of Fallbrook.

### III

That in addition to the property above described, the said defendant enjoys certain rights-of-way located within the area referred to in plaintiff's complaint and used by the said defendant for the erection, operation and maintenance of electric power lines and gas mains and for the distribution of electricity and gas within the areas above named and elsewhere, and that said rights-of-way are necessary for the defendant in the business of a public utility and in the business of producing and distributing the said electric power and gas.

### IV

That the said defendant denies that it has at any time diverted or intends to divert any water from the Santa Margarita River and denies that it has repeatedly, or at all, through any acts whatsoever displayed any disregard for the rights of the United States of America, and denies that it has at any time declared any adverse claims to any water from the Santa Margarita River and denies that it has made or is making, or intends to make, any claims whatsoever to any of the water in the said Santa Margarita River, and further denies that it has encroached or intends to encroach in any manner whatsoever upon the supply of water required in connection with Camp Pendleton or the United States Naval Hospital or the Naval Ammunition Depot referred to in plaintiff's complaint.

- 2 -

8205

WHEREFORE, said defendant prays:

1. That this Court declare that the said defendant enjoys the right to use its rights-of-way hereinabove referred to, free of any interference from the said plaintiff;

2. That the said defendant is the owner of the real property above described;

3. That the said defendant has not encroached, nor intends to encroach in any manner, upon the rights of the United States Government in or to any of the water of the said Santa Margarita River;

4. For such other and further relief as to the Court may seem just;

5. That said defendant have and recover its costs of action herein incurred.

LUCE, FORWARD, KUNZEL & SCRIPPS

By /s/ Bryan W. Luce
Attorneys for San Diego Gas & Electric Company.

STATE OF CALIFORNIA, )
                     ) ss.
COUNTY OF SAN DIEGO  )

EMERY D. SHERWIN, being duly sworn, says:

That he is Vice President of San Diego Gas & Electric Company, a corporation, one of the above named defendants, and is authorized to make this verification for and on behalf of said corporation; that he has read the foregoing ANSWER and knows the contents thereof; that the same is true of his own knowledge, except as to those matters which are therein stated on his information or belief, and as to those matters he believes it to be true.

/s/ Emery D. Sherwin

Subscribed and sworn to before me, this 17th day of October, 1951.

/s/ Mabel J. Fay
Notary Public in and for said County and State

My Commission Expires March 25, 1953

- 3 -