October 13th, 1951.
Hawthorne, California;
618 East Broadway.

SUBJECT: In the Matter of
Civil Action File
No. 1247-Civ.

To : Edmund L. Smith,
Clerk of the United
States District Court
in and for The Southern
District of California,
Southern Division.

**FILED**
OCT 19 1951
EDMUND L. SMITH, Clerk
By ................................
DEPUTY CLERK

Sir:

On August 2nd, 1951, I was served with a subpoena by your representative with an order granting additional time for answering Plaintiffs complaint in the matter of THE UNITED STATES OF AMERICA vs THE FALLBROOK PUBLIC UTILITY DISTRICT, Defendants, a case pending in the UNITED STATES DISTRICT COURT for the Southern District of California.

This is the first official cognizance I have had in the matter, and I am answering this subpoena in this letter (which is in the Civil Action File No. 1247--Civ.)

I am the owner of Lots 10--11 and 17, Section 24-9-2 E, San Diego County, consisting of 99.11 acres of raw mountain land, without house or other buildings, no crops, and no person living there. But there is a natural spring (ample flow) on the property which is not in use by me, but used by neighbors for watering cattle, which spring will probably be affected by the proposed diversion of water from the Santa Margarita River.

Therefore I protest against the proposed diversion of water from the Santa Margarita River.

I notice that Mr. Benjamin Fike, an employee of the Forest Ranger Service, who owns land next to my holdings, is not named in the subpoena, and I wish to know why his name is omitted.

Respectfully

(Copy to Mr. J. Howard
McGrath, United States
Attorney-General)

Mrs. Madge Marty
(Mrs. Madge Marty.)

8248