IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Tempe C. Tibbett
Address: Rt 2 Box 169
City and State: Fallbrook
Telephone Number: Calif

Defendant

FILED
OCT 19 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
               Plaintiff, )
        vs.              )   No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
              Defendants, )

Comes now the defendant (s) Tempe C. Tibbett and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Tempe C. Tibbett

8251