IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: JOHN K. DEPPERMAN
Address: ROUTE 2, BOX 16A
City and State: FALLBROOK, CALIFORNIA
Telephone Number: 7461

Defendant

FILED
OCT 19 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             ) No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant John K. Depperman

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

John K. Depperman

8252