IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: JEWELL R. DEPPERMAN
Address: ROUTE 2, BOX 16A
City and State: FALLBROOK, CALIFORNIA
Telephone Number: 7461

Defendant

FILED
OCT 19 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
              Plaintiff,  )
                          )
     vs.                  )  No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
              Defendants. )

Comes now the defendant (s) Jewell R. Depperman

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Jewell R. Depperman

8253