IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: IRA B. WASHBURN
Address: Rt. 2 - Box 252
City and State: FALLBROOK, CALIFORNIA
Telephone Number:

Defendant

FILED
OCT 19 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
  )
           Plaintiff, )
  )
       vs. ) No. 1247
  )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
  )
           Defendants, )

Comes now the defendant(s) __IRA B. WASHBURN, sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Ira B. Washburn

8254