IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

W. H. IVEY

256 West Cedar Avenue
Name
Burbank, California
Address
Charleston C-4710
City     and     State

Telephone Number

Defendant

**FILED**

OCT 19 1951

EDMUND L. SMITH, Clerk
By......................................
DEPUTY CLERK

UNITED STATES OF AMERICA          )
                                  )
                    Plaintiff,    )
                                  )
          vs.                     )          No. 1247
                                  )
FALLBROOK PUBLIC UTILITY          )
DISTRICT, et al.,                 )
                                  )
                    Defendants,   )   W. H. IVEY

          Comes now the defendant (s) _____

_____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_W. H. Ivey_

8255