IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

| | |
|---|---|
| Ellah De Normandie | |
| Name | |
| Route 2  Box 233 | |
| Address | |
| Fallbrook, California | |
| City and State | |
| 7072 | |
| Telephone Number | |

Defendant

**FILED**

OCT 19 1951

EDMUND L. SMITH, Clerk
By ................................
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __ELLAH DE NORMANDIE, sued herein as DOE TWO HUNDRED SEVENTY THREE__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ellah De Normandie* (signature)

8256