IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1

**Lincoln Rogers**
Name

2

**Route 2   Box 241**
Address

3

**Fallbrook, California**
City     and     State

4

**457**
Telephone Number

5

Defendant

6

7

8    UNITED STATES OF AMERICA          )
                                        )
9                        Plaintiff,     )
                                        )
10              vs.                     )          No. 1247
                                        )
11   FALLBROOK PUBLIC UTILITY           )
     DISTRICT, et al.,                  )
12                                      )
                        Defendants,    )
13

**FILED**

OCT 19 1951

EDMUND L. SMITH, Clerk

By ........................
DEPUTY CLERK

14          Comes now the defendant (s) **LINCOLN ROGERS, sued herein**

15   **as DOE EIGHT HUNDRED SIXTY ONE**

16   and for himself or themselves alone and answering plaintiff's complaint on

17   file, herein denies (deny) each and every material allegation contained therein.

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

8257