IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Name:** James L. Sims and Gladys V. Sims
**Address:** P.O. Box 202
**City and State:** Fallbrook, California
**Telephone Number:** 629

Defendant

FILED
OCT 19 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
    Plaintiff, )
vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
    Defendants, )

Comes now the defendant(s) JAMES L. SIMS, sued herein as DOE TWO HUNDRED THIRTY SEVEN, DOE NINE HUNDRED NINE and GLADYS V. SIMS, sued herein AS DOE TWO HUNDRED THIRTY EIGHT and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*James L. Sims*
*Gladys V. Sims*

8258