IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

John J. Carlin & Julia A. Carlin
　　　　　　Name
Route 2 Box 215
　　　　　Address
Fallbrook, California
　City　and　　State
None
　Telephone Number

Defendant

**FILED**

OCT 19 1951

EDMUND L. SMITH, Clerk
By _____
　　　　　DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) __JOHN J. CARLIN, sued herein and JULIA A. CARLIN, sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

　　　　　　　　　　　　　　　*John J. Carlin*
　　　　　　　　　　　　　　　*Julia A Carlin*

8259