IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ferrell E. Whitten & Mary F. Whitten
Name
521 West 109th Street
Address
Los Angeles, California
City and State
Plymouth 64427
Telephone Number

Defendant

**FILED**

OCT 19 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA  )
                          )
            Plaintiff,    )
                          )
vs.                       )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
            Defendants,   )

Comes now the defendant (s) FERRELL E. WHITTEN, sued herein and MARY F. WHITTEN, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ferrell E Whitten*
*Mary F. Whitten*

·0260