IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

CLARENCE EVERET HUTTON AND DELILA D. HUTTON
Name
P.O. Box 331
Address
FALLBROOK, CALIFORNIA
City and State
7363
Telephone Number

Defendant

FILED
OCT 19 1951
EDMUND L. SMITH, Clerk
By........................
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
       vs.               )    No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s) CLARENCE EVERET HUTTON AND DELILA D. HUTTON, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Clarence E Hutton*
*Delila D. Hutton*

8261