IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Nellie E. Beck
Name
Route 1   Box 157
Address
Fallbrook, California
City   and   State
_____
Telephone Number

Defendant

**FILED**

OCT 19 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) __NELLIE E. BECK, sued herein__
_____
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Nellie E. Beck*

8262