IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Mark E. Urner & Allene Padelford Urner
Address: Route 1 Box 224
City and State: Fallbrook, California
Telephone Number: 479

Defendant

FILED
OCT 19 1951
EDMUND L. SMITH, Clerk
By ................
DEPUTY CLERK

UNITED STATES OF AMERICA )
             Plaintiff,  )
     vs.                  )   No. 1247
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
             Defendants,  )

Comes now the defendant (s) MARK E. URNER, sued herein and ALLENE PADELFORD URNER, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Allene Padelford Urner*
*Mark E Urner*

8263