IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Daniel T. Abbott & Jessie R. Abbott
Name
General Delivery
Address
Fallbrook, California
City and State
7240
Telephone Number

Defendant

FILED

OCT 19 1951

EDMUND L. SMITH, Clerk
By /s/ Deputy Clerk

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )    No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Daniel T. Abbott, sued herein and Jessie R. Abbott, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Daniel T. Abbott
/s/ Jessie L. Abbott

8265