IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Leone Holman and William Holman
Name
P.O. Box 273
Address
Fallbrook, California
City and State
7112
Telephone Number

Defendant

**FILED**

OCT 19 1951

EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants. ) | |

Comes now the defendant(s) __LEONE HOLMAN, sued herein as DOE FOUR HUNDRED NINETY TWO and WILLIAM HOLMAN, sued herein as DOE FOUR HUNDRED NINETY THREE__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ William F. Holman
/s/ Leone J. Holman

8266