IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: WILLIAM GRANT THURBER, Jr.,
Address: P.O. Box 23
City and State: FALLBROOK, CALIFORNIA
Telephone Number: 7338

Defendant

UNITED STATES OF AMERICA )
                         )
           Plaintiff,    )
                         )
     vs.                 )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
           Defendants,   )

FILED
OCT 19 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

Comes now the defendant (s) WILLIAM GRANT THURBER, JR. sued herein as Doe NINE HUNDRED EIGHTY THREE and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*William Grant Thurber Jr.*

8267