IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Walter J. Winzell & Lucile M. Winzell**
Name
**Route 2    Box 8**
Address
**Fallbrook, California**
City and State
**7015**
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
               Plaintiff, )
)
    vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
            Defendants, )

FILED
OCT 19 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

Comes now the defendant (s) **WALTER J. WINZELL, sued herein and LUCILE M. WINZELL, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Walter J Winzell*
*Lucile M Winzell*

8268