IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Richard C. Lane (same as Richmond C. Lane) & Jessie S. Lane
Address: 1251 North Coast Boulevard
City and State: Laguna Beach, California
Telephone Number: 48630

Defendant

**FILED**

OCT 19 1951

EDMUND L. SMITH, Clerk
By ................................
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants. )

Comes now the defendant (s) RICHARD C. LANE, (same as RICHMOND C.) sued herein as DOE FORTY FOUR & JESSIE S. LANE, sued herein as DOE FORTY FIVE and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Richmond C Lane*
*Jessie S Lane*

8269