IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mary E. Golden, A Member of the Fallbrook Union High School Board
Name
Route 1  Box 248
Address
Fallbrook, California
City        and       State
554
Telephone Number

Defendant

FILED
OCT 19 1951
EDMUND L. SMITH, Clerk
By ......................
DEPUTY CLERK

UNITED STATES OF AMERICA         )
                                 )
                    Plaintiff,   )
                                 )
        vs.                      )   No. 1247
                                 )
FALLBROOK PUBLIC UTILITY         )
DISTRICT, et al.,                )
                                 )
                    Defendants,  )

Comes now the defendant (s) **MARY E. GOLDEN, A MEMBER OF THE FALLBROOK UNION HIGH SCHOOL BOARD**
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Mary E. Golden*

8270