IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Beatrice Arnaiz
Name
Box 107
Address
Anza, California
City and State
_____
Telephone Number
Defendant

FILED
OCT 19 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) BEATRICE ARNAIZ, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Beatrice Arnaiz*

8271