IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Leone S. Combs & William B. Combs
Name
10555 Samoa Avenue
Address
Tujunga, California
City and State
Florida 333947
Telephone Number

Defendant

FILED
OCT 19 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants. ) | |

Comes now the defendant (s) LEONE S. COMBS AND WILLIAM B. COMBS

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Leone S. Combs*
*William B Combs*

8272