IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Arthur A. King
<u>     Name     </u>

P.O. Box 722
<u>     Address     </u>

Fallbrook, California
<u>City           and           State</u>

None
<u>Telephone Number</u>

Defendant

**FILED**

OCT 19 1951

EDMUND L. SMITH, Clerk

By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
       vs.               )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s) <u>ARTHUR A. KING, sued herein as DOE FIVE HUNDRED SIXTY SEVEN</u>
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Arthur A. King* (signature)

8273