IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Elizabeth B. Rogers
Name
Route 2  Box 841
Address
Fallbrook, California
City    and    State
467
Telephone Number

Defendant

FILED

OCT 19 1951

EDMUND L. SMITH, Clerk
By ..................
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __ELIZABETH B. ROGERS, sued
herein as DOE EIGHT HUNDRED SIXTY__
and for himself or themselves alone and answering plaintiff's complaint on
file, herein denies (deny) each and every material allegation contained therein.

*Elizabeth B. Rogers*

8276