IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

~~ETHEL R. WALLER AND NORBERT A. WALLER~~
Name

~~P.O. Box 611~~
Address

~~FALLBROOK, CALIFORNIA~~
City and State

~~518~~
Telephone Number

Defendant

FILED
OCT 19 1951
EDMUND L. SMITH, Clerk
By ..................
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) ETHEL R. WALLER AND NORBERT A. WALLER sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Norbert a waller*
*Ethel P waller*

8277