IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

DAISY D. SCHULTZ
ROWLAND W. SCHULTZ (same as Roland W. Schultz)
         Name
Route 2  Box 179
         Address
Fallbrook, California
City   and   State
7138
    Telephone Number

        Defendant

FILED
OCT 19 1951
EDMUND L. SMITH, Clerk
By _____
        DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
    vs.                  )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
           Defendants,   )

Comes now the defendant (s) DAISY D. SCHULTZ, sued herein as DOE EIGHT HUNDRED EIGHTY FIVE and ROWLAND W. SCHULTZ, sued herein as DOE EIGHT HUNDRED EIGHTY SIX and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Daisy D. Schultz*
*Rowland W. Schultz*

8278