IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Samuel E. Rafter
Address: Route 2 Box 131
City and State: Fallbrook, California
Telephone Number: 624

Defendant

**FILED**
OCT 19 1951
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant(s) SAMUEL E. RAFTER, sued herein as DOE EIGHT HUNDRED EIGHTEEN and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Samuel E. Rafter

8279