IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: **Louise Burnell**
Address: **Route 2 Box 243**
City and State: **Fallbrook, California**
Telephone Number: **580**

Defendant

FILED

OCT 19 1951

EDMUND L. SMITH, Clerk
By ................................
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1247 |
| ) | |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| ) | |
| Defendants, ) | |

Comes now the defendant (s) **LOUISE E. BURNELL, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Louise E Burnell*

8280