IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Fremont A. Torkilson
Name
P.O. Box 133
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

**FILED**
OCT 19 1951
EDMUND L. SMITH, Clerk
By ..................
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant(s) FREMONT A. TORKILSON, SUED HEREIN AS DOE NINE HUNDRED NINETY and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Fremont A. Torkilson

8281