IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Frank Crabtree
Address: Route 1 Box 369
City and State: Santa Ana, California
Telephone Number: KI-33591

Defendant

**FILED**
OCT 19 1951
EDMUND L. SMITH, Clerk
By /s/ ............
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) FRANK CRABTREE, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Frank Crabtree

8282