IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Walter M. Breining
Address: Route 2 Box 103
City and State: Fallbrook, California
Telephone Number: 490

Defendant

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
    vs.                   )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
            Defendants.   )

Comes now the defendant(s) WALTER M. BREINING, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Walter M. Breining*

FILED
OCT 19 1951
EDMUND L. SMITH, Clerk
By _____
  DEPUTY CLERK

8283