IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

ELMER C. POLLOCK and EDITH M. POLLOCK
Name
849 - Highway 80
Address
El Cajon, California
City and State

_____
Telephone Number

Defendant

FILED
OCT 19 1951
EDMUND L. SMITH, Clerk
By /s/ ............
DEPUTY CLERK

UNITED STATES OF AMERICA )
            )
                    Plaintiff, )
            )
    vs.       )   No. 1247
            )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
            )
                    Defendants, )

Comes now the defendant (s) ELMER C. POLLOCK and EDITH M. POLLOCK, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Elmer Pollock*
*/s/ Edith M. Pollock*

8284