IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Jessie K. Rafter
Address: Route 2 Box 131
City and State: Fallbrook, California
Telephone Number: 624

Defendant

FILED
OCT 19 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

Comes now the defendant(s) **JESSIE K. RAFTER, sued herein as DOE EIGHT HUNDRED SEVENTEEN** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Jessie K. Rafter*

8287