IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

```
        MINA KENNEDY
           Name
        _____
           Address
        AGUANGA, CALIFORNIA
        City and State
        _____
        Telephone Number
           Defendant
```

UNITED STATES OF AMERICA, )
                                  Plaintiff, )
                vs. )   No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
                          Defendants, )

    Comes now the defendant (s) MINA KENNEDY, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Mina Kennedy*

FILED
OCT 19 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

8288