IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: H. E. KENNEDY
Address: AGUANGA,
City and State: AGUANGA, CALIFORNIA
Telephone Number:

Defendant

**FILED**
OCT 19 1951
EDMUND L. SMITH, Clerk
By /s/ illegible
DEPUTY CLERK

UNITED STATES OF AMERICA, )
    Plaintiff, )
    vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
    Defendants, )

Comes now the defendant(s) H. E. KENNEDY, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ H. E. Kennedy

8289