IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Charles S. Rainey and Pansy H. Rainey
Name
Route 1 Box 268
Address
Fallbrook, California
City and State
7006
Telephone Number

Defendant

FILED
OCT 19 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) CHARLES S. RAINEY and PANSY H. RAINEY

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Charles S. Rainey
Pansy H. Rainey

0290