IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Amy Anthony Burt
Name
Route 1   Box 55
Address
Fallbrook, California
City and State
325
Telephone Number

Defendant

FILED

OCT 19 1951

EDMUND L. SMITH, Clerk
By ......................
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant (s) AMY ANTHONY BURT, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Amy Anthony Burt*

8291