IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Clyde S. Tripp
Name
Star Route Box 202
Address
Hemet, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) CLYDE S. TRIPP sued herein
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Clyde S. Tripp*

FILED
OCT 19 1951
EDMUND L. SMITH, Clerk
By ........................
DEPUTY CLERK

8293