IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Olive E. Tripp
_____
Name
Star Route  Box 202
_____
Address
Hemet, California
_____
City   and   State
None
_____
Telephone Number

Defendant

**FILED**

OCT 19 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | )  No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) __OLIVE E. TRIPP, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Olie E Tripp_
_____

_____

8294