IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Marie M. Besse
Name
Route 2  Box 29
Address
Fallbrook, California
City  and  State
7147
Telephone Number

Defendant

FILED

OCT 19 1951

EDMUND L. SMITH, Clerk
By...................................
DEPUTY CLERK

UNITED STATES OF AMERICA         )
                                 )
                 Plaintiff,      )
                                 )
        vs.                      )   No. 1247
                                 )
FALLBROOK PUBLIC UTILITY         )
DISTRICT, et al.,                )
                                 )
                 Defendants,     )

Comes now the defendant (s) __MARIE M. BESSE, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Marie M Besse*

2295