IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Robert A. Gladding
Name

P.O. Box 68
Address

Fallbrook, California
City and State

656
Telephone Number

Defendant

FILED
OCT 19 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
        )
                Plaintiff, )
        )
        vs. )  No. 1247
        )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
        )
                Defendants, )

Comes now the defendant (s) ROBERT A. GLADDING, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Robert A. Gladding

8296