IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Francis Rowe Parkinson
Name
P.O. Box 518
Address
Fallbrook, California
City and State
7219
Telephone Number

Defendant

FILED
OCT 19 1951
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

UNITED STATES OF AMERICA  )
                          )
            Plaintiff,    )
                          )
       vs.                )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
            Defendants,   )

Comes now the defendant (s) **FRANCIS ROWE PARKINSON, sued herein as DOE SEVEN HUNDRED SEVENTY FIVE**
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Francis Rowe Parkinson

8297