IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1

**Rose Marie Parkinson**
Name

2  **P.O. Box 518**
Address

3  **Fallbrook, California**
City     and     State

4  **7219**
Telephone Number

5

6                        Defendant

**FILED**

OCT 19 1951

EDMUND L. SMITH, Clerk

By ........................

DEPUTY CLERK

7

8  UNITED STATES OF AMERICA          )
                                     )
9                        Plaintiff,  )
                                     )
10              vs.                   )       No. 1247
                                     )
11  FALLBROOK PUBLIC UTILITY         )
    DISTRICT, et al.,                )
12                                   )
                        Defendants,  )
13

14       Comes now the defendant (s)  ROSE MARIE PARKINSON, sued

15  **herein as DOE SEVEN HUNDRED SEVENTY SIX**

16  and for himself or themselves alone and answering plaintiff's complaint on

17  file, herein denies (deny) each and every material allegation contained therein.

18

19                        *Rose Marie Parkinson*

20

21

22

23

24

25

26

27

28

29

30

31

32

8298