IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Tesla C. Nicola
Name
6227 Golden West
Address
Temple City, California
City and State
AT-2-1121
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

FILED
OCT 19 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

Comes now the defendant (s) TESLA C. NICOLA, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Tesla C Nicola*

8299