IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ruth E. Nicola
Name
6227 Golden West
Address
Temple City, California
City and State
AT-2-1121
Telephone Number

Defendant

**FILED**
OCT 19 1951
EDMUND L. SMITH, Clerk
By ................................ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
     vs.                 )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s) **RUTH E. NICOLA, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ruth E. Nicola*

8300