IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Edward W. Saurin
_____
Name

Box 23
_____
Address

Temecula, California
_____
City          and          State

None
_____
Telephone Number

Defendant

# FILED

OCT 19 1951

EDMUND L. SMITH, Clerk

By _____
DEPUTY CLERK

UNITED STATES OF AMERICA        )
                                )
                    Plaintiff,  )
                                )
        vs.                     )        No. 1247
                                )
FALLBROOK PUBLIC UTILITY        )
DISTRICT, et al.,               )
                                )
                    Defendants, )

Comes now the defendant (s) EDWARD W. SAURIN, sued herein

_____

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Edward W. Saurin*

_____

8301