IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Katherine L. Gibbs & Malcolm A. Gibbs
*Name*
Route 2   Box 263
*Address*
Fallbrook, California
*City and State*
7041
*Telephone Number*

Defendant

FILED
OCT 19 1951
EDMUND L. SMITH, Clerk
By ................................
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
          Plaintiff,     )
                         )
     vs.                 )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
          Defendants,    )

Comes now the defendant (s) __KATHERINE L. GIBBS, sued herein as DOE THREE HUNDRED EIGHTY THREE and MALCOLM A. GIBBS, sued herein as DOE THREE HUNDRED EIGHTY FOUR__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Malcolm A. Gibbs*
*Katherine L. Gibbs*

8302