IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Charles M. Purtee
Name
Route 1 Box 42
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

FILED
OCT 19 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                          )
              Plaintiff,  )
                          )
         vs.              )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
              Defendants, )

Comes now the defendant (s) CHARLES M. PURTEE, sued herein as DOE EIGHT HUNDRED ELEVEN and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Charles M. Purtee*

8303