IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Lena Jo Purtee
Address: Route 1 Box 42
City and State: Fallbrook, California
Telephone Number: None

Defendant

**FILED**

OCT 19 1951

EDMUND L. SMITH, Clerk
By /s/ illegible
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
          Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
          Defendants, )

Comes now the defendant (s) LENA JO PURTEE, sued herein as DOE EIGHT HUNDRED TWELVE

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Lena Jo Purtee

8304