IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Joseph Cuccio & Mary Cuccio
Name

Route 2 Box 201
Address

Fallbrook, California
City and State

None
Telephone Number

Defendant

**FILED**
OCT 19 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
            Plaintiff, )
)
vs. )    No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
          Defendants, )

    Comes now the defendant (s) JOSEPH CUCCIO, sued herein and MARY CUCCIO, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

                                        *Joseph Cuccio* (signature)

8306