IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

| | |
|---|---|
| **CHARLES CLARK** <br> Name <br> _____ <br> Address <br> **AGUANGA, CALIFORNIA** <br> City and State <br> **HEMET - 1009** <br> Telephone Number <br> Defendant | **FILED** <br> OCT 19 1951 <br> EDMUND L. SMITH, Clerk <br> By _____ <br> DEPUTY CLERK |

UNITED STATES OF AMERICA )
)
                 Plaintiff, )
)
    vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
              Defendants, )

Comes now the defendant (s) **CHARLES CLARK, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Charles Clark* (signature)

8307