IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Thomas J. O'Rourke
Address: Route 2 Box 246
City and State: Fallbrook, California
Telephone Number: None

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> FALLBROOK PUBLIC UTILITY DISTRICT, et al., <br> Defendants, | No. 1247 |

FILED OCT 19 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

Comes now the defendant(s) **THOMAS J. O'ROURKE, sued herein as DOE SEVEN HUNDRED FIFTY SIX** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Thomas J. O'Rourke* (signature)

8308