IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  **Mabel L. Toner & Rex J. Toner**
Name

2  **Star Route Box 88**
Address

3  **Aguanga, California**
City     and     State

4  **None**
Telephone Number

5

6  Defendant

# FILED

OCT 19 1951

EDMUND L. SMITH, Clerk

By

DEPUTY CLERK

7

8  UNITED STATES OF AMERICA          )
                                     )
9              Plaintiff,            )
                                     )
10     vs.                           )          No. 1247
                                     )
11  FALLBROOK PUBLIC UTILITY         )
    DISTRICT, et al.,                )
12                                   )
              Defendants,            )

13

14  Comes now the defendant (s) MABEL L. TONER, sued herein

15  and   REX J. TONER, sued herein

16  and for himself or themselves alone and answering plaintiff's complaint on

17  file, herein denies (deny) each and every material allegation contained therein.

18

19  *Mabel L Toner*

20  *Rex J. Toner*

21

22

23

24

25

26

27

28

29

30

31

32

8309