IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Ethel S. Pepple
Address: Route 2 Box 227
City and State: Fallbrook, California
Telephone Number: 7175

Defendant

FILED
OCT 19 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

  Plaintiff,

vs.                                     No. 1247

FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,

  Defendants,

Comes now the defendant (s) Ethel S. Pepple, sued herein as DOE SEVEN HUNDRED EIGHTY NINE and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Ethel S. Pepple

8310