IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Granville G. Pepple
Address: Route 2 Box 227
City and State: Fallbrook, California
Telephone Number: 7175

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) Granville G. Pepple, sued herein as DOE SEVEN HUNDRED NINETY and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Granville G. Pepple*

8311