IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

*Ben Maben*

Name

*Edna G. Maben*

Address

*6319 Alabama St*

City        and        State

*Los Angeles 42 Cal.*

Telephone Number

Defendant

**FILED**

OCT 23 1951

EDMUND L. SMITH, Clerk

By _____

DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY | ) | |
| DISTRICT, et al., | ) | |
| Defendants, | ) | |

Comes now the defendant (s) *Ben Maben*
*and Edna G. Maben*

and for himself or themselves alone and answering plaintiff's complaint on
file, herein denies (deny) each and every material allegation contained therein.

*Ben Maben*

*Edna G Maben*

*Oct. 18 - 1951*

8312