IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

E. Marie Holdaway
Name
1444 Essex St.,
Address
San Diego, Calif.
City and State
J 1290
Telephone Number

Defendant

FILED

OCT 23 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Plaintiff,　)
　　　　　　　　　　　　　　　　　　　　　　　　)
　　　vs.　　　　　　　　　　　　　　　　)　No. 1247
　　　　　　　　　　　　　　　　　　　　　　　　)
FALLBROOK PUBLIC UTILITY　　)
DISTRICT, et al.,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Defendants,　)

　　　Comes now the defendant (s) __E. MARIE HOLDAWAY__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_E. Marie Holdaway_
E. Marie Holdaway

8313