IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Myrtle D. Lohman
Name
1543 Lucretia Avenue
Address
Los Angeles, California
City and State
Madison 1057
Telephone Number

Defendant

FILED
OCT 23 1951
EDMUND L. SMITH, Clerk
By /s/ ~~~~~
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
    Plaintiff, )
)
    vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
    Defendants, )

Comes now the defendant ~~XXX~~ Myrtle D. Lohman
_____
and for himself ~~or themselves~~ alone and answering plaintiff's complaint on file, herein denies ~~(deny)~~ each and every material allegation contained therein.

/s/ Myrtle D. Lohman