IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Howard F Bailey
Name

Anza           Calif
City  and   State

Telephone Number

Defendant

FILED
OCT 23 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                                          )
                    Plaintiff,    )
                                          )
        vs.                          )   No. 1247
                                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,              )
                                          )
                    Defendants,  )

Comes now the defendant (s) Howard F Bailey

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Howard F Bailey

8315