IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

*Lola K. Bailey*
Name

*Anza, Calif.*
City and State Address

Telephone Number

Defendant

FILED
OCT 23 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant (s) *Lola K. Bailey*

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Lola K. Bailey*

8316