IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Rainbow Valley Grange # 689
Name

Rt 2 Box 181
Address

Fallbrook, California.
City   and   State

------------------------
Telephone Number

Defendant

FILED

OCT 23 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) _____

___Rainbow Valley Grange # 689___

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Rainbow Valley Grange # 689

/s/ Hugh Parshall
Hugh Parshall, Master.

8317