IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

F. B. and ANNA B. WHITMORE
Name
615 MILO TERRACE
Address
LOS ANGELES 42, CALIFORNIA
City and State
ALbany 1611
Telephone Number

Defendant

FILED
OCT 24 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) _____

F. B. and ANNA B. WHITMORE, JOINT TENANTS

and for himself or themselves alone and answering plaintiff's complaint on file, ~~herein contest~~ (deny) each and every material allegation contained therein contrary to fact

F. B. Whitmore
Anna B. Whitmore

This case we knew nothing about until summons was served.

We do not deny any statements made by Plaintiff except those contrary to fact.

We petition the Court to consider this case not only on legal points at issue, but also on financial ability of contending parties to remedy conditions so as to be best for general welfare.

As loyal American citizens we are ready to give up our individual interests to our Government to use for the common good. We want to back our Army and Navy in every way needed to carry on war or protection for self defense.

But this is America, not Russia. While our Government has the Right of Eminent Domain to condemn, confiscate and take over personal and real property for Government uses, it is done only when necessary for public welfare.

In the case at issue in this action, it involves the giving up of our lands "life blood" water in perpetuity. We object to granting these water rights to the Government as it could secure water, besides that need for domestic and irrigation purposes, by methods that private owners could not.

A good part of the land in this basin and watershed has been used for many years for raising both animal and vegetable food stuff, and water is absolutely essential.

0319

Besides water for domestic and irrigation use, as part of the Government program, I understand water is to be used in enlargement of existing bodies of water or building of new ones for amphibious training or aquatic sports.

Of course, all owners of land in fee, including the Government, would be entitled to proportionate share developed for domestic use and irrigation.

Owning so large an ocean frontage, we believe ocean water could be pumped into artificial lakes, constructed where needed as cheaply as a huge dam could be built. All water needed for irrigation I believe could be treated to render it fit for irrigation purposes. This should be done with least interference with normal civilian requirements. Every effort should be made to protect rights of all citizens.

Experiments now being made will, we believe, find methods to treat sea water for all uses. Our water resources are rapidly diminishing in many sections, so that we will have to get water from the largest rivers and the ocean.

Kindly give these suggestions your legal consideration and see if domestic and agricultural needs cannot be met for all concerned, with amphibious needs be met with water from artificial basins or basins built into the ocean.

Respectfully,

F. B. Whitmore
Anna B. Whitmore

F. B. & ANNA B. WHITMORE
615 Milo Terrace
Los Angeles 42, California

8320