IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Anna K. Woods   Oct 23 - 1951
_____
Name

Richard A. Woods
_____
Address

Anza          Calif
_____
City   and   State

_____
Telephone Number

Defendant

FILED

OCT 24 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY | ) |
| DISTRICT, et al., | ) |
| | ) |
| Defendants, | ) |

Comes now the defendant (s) Anna K. Woods
Richard A. Woods

and for himself or themselves alone and answering plaintiff's complaint on
file, herein denies (deny) each and every material allegation contained therein.

Anna K. Woods
Richard A. Woods

8321