FILED

OCT 24 1951

EDMUND L. SMITH, Clerk

By /s/ ...........
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT<br>a public service corporation of<br>the State of California, et al, | Civil No. 1247<br>MOTION AND ORDER TO<br>INCLUDE ADDITIONAL<br>PARTIES-DEFENDANT |

Come now A. DEVITT VANECH, Assistant Attorney General, ERNEST A. TOLIN, United States Attorney, and BETTY MARSHALL GRAYDON, Assistant United States Attorney, attorneys for the plaintiff herein and move the Court for an order permitting joinder of the below named persons as additional parties-defendant pursuant to provisions of Rule 21 of the Rules of Civil Procedure.

　　　　　　　MYRA L. MCCLUNG

　　　　　　　WILLIAM J. MCCLUNG

　　　　　　　ERNEST F. MCDONALD

　　　　　　　JACOB A. MCKATHNIE

　　　　　　　ZELLA M. MCKATHNIE

　　　　　　　BRICE H. MACK

　　　　　　　HARRIET P. MACK

　　　　　　　ADA L. MAHR

　　　　　　　HERBERT C. MAHR

　　　　　　　ROBERT E. MAPES

　　　　　　　CORA L. MARSHALL

　　　　　　　DRIAN M. MARSHALL

　　　　　　　GEORGE P. MARTIN

　　　　　　　PATSY MARTIN

370

| | |
|---|---|
| 1 | ALPHA MENDENHALL |
| 2 | DAVID C. MENDENHALL |
| 3 | BERTHA I. MEYER |
| 4 | PARA L. MEYER |
| 5 | WALTER V. MEYER |
| 6 | PETER MEYER |
| 7 | DAISEY E. MIXER |
| 8 | ALBERTIE A. MOORE |
| 9 | JAMES L. MOORE |
| 10 | LUCY A. MORRIS |
| 11 | ROBIE T. MORRIS |
| 12 | ALBERT C. MORRISON |
| 13 | PEARL MORRISON |
| 14 | JULIA D. MUNRO |
| 15 | LENORA HENRY MURRAY |
| 16 | DORA H. NAVARRO |
| 17 | FRANK R. NAVARRO |
| 18 | GEORGIA NICOLAS |
| 19 | JOSEPH M. NICOLAS |
| 20 | MARIUS A. NICOLAS |
| 21 | MARIUS EDMUND NICOLAS |
| 22 | MARY NICOLAS |
| 23 | SERAPHINA NICOLAS |
| 24 | DOROTHY F. NOBLE |
| 25 | RALPH C. NOBLE |
| 26 | KATHRYN OLINGER |
| 27 | ALMA E. PAULSON |
| 28 | THOMAS VICTOR PAULSON |
| 29 | VICTOR J. PAULSON |
| 30 | FRANK PEREW, JR. |
| 31 | JOSEPHINE PEREW |
| 32 | IRA PERIGO |
| 33 | NANCY T. PERINICH |

371

1. PAUL GEORGE PERINICH
2. EMIL N. PETERSEN
3. VIOLET PETERSEN
4. JAMES W. PHELPS
5. LENA L. PHELPS
6. ALBERT L. K. PLANK
7. FLORENCE B. PLANK
8. CATHERINE B. POURROY
9. FRANCES POURROY
10. FRED J. POURROY
11. PIERRE POURROY, JR.
12. VIRGINIA PRESCOTT
13. GEORGE W. PRIGG
14. ANNA ELIZABETH PROCTOR
15. OVIO R. PROCTOR
16. FRANK PUCELLI
17. JOHN PYEATT
18. MARION F. QUINN
19. RUTH P. RAINBOLT
20. BERTHA RALPH
21. MARY RALPH
22. ORA L. RALPH
23. OTIS T. RALPH
24. JOHN A. RAMSEY
25. FLORENCE REANEY
26. LELA MAY REED
27. MERLIN D. REED
28. BROR R. REHNLUND
29. ELEANORA M. REHNLUND
30. L. A. REINEMAN
31. LOIS REINEMAN
32. ARTHUR G. REUTER
33. PHILA REUTER

372

1. MARY AGNES RAMSEY
2. DOROTHY D. RANKIN
3. JAMES B. RANKIN
4. EDAN RATH
5. JERRY RATH
6. FRANCIS J. REITENBACH
7. RUTH E. REITENBACH
8. HELEN H. RICHARDSON
9. SCOTT W. RICHARDSON
10. ERVIN A. ROBBINS
11. BUSTER ROBERSON
12. MARY ROBERSON
13. ALMA C. ROBERTSON
14. ETHEL M. SALT
15. CHARLES F. SAWDAY
16. RUTH CORNELL SAWDAY
17. DOROTHY A. SCHMOYER
18. LUTHER A. SCHMOYER
19. ELSIE M. SCHOBER
20. MAX H. SCHOBER
21. LUCY SCOVILLE
22. OTIS FRANKLIN SCOVILLE
23. SEARL BROS., a partnership
24. CLEMENTINE C. SERVEL
25. L. J. SERVEL AKA LEON J. SERVEL
26. LEONA J. SERVEL
27. EDWIN T. SHOCKLEY
28. EMMELYN F. SHOCKLEY
29. DELTA A. SHULTZ
30. JAMES C. SHULTZ
31. OLIVE O. SHUMATE
32. HARRY S. SMELSER
33. MARY SMELSER

1. M. D. SMILEY
2. JANE HILLWEG SMILEY
3. HAROLD IRVING SMITH
4. W. I. SMITH
5. ZELMA E. SMITH
6. LEONARD O. SMOHL
7. NELLIE SMOHL
8. DEWISS STAUDE
9. ELLIOTT E. STAUDE
10. GILBERT STEARNS
11. ZELMA STEARNS AKA ZELMA E. STEARNS
12. HELEN M. STREB
13. PAUL J. STREB
14. CLARK L. SWEENEY
15. GOLDIE SWEENEY
16. EARLINE R. THOMPSON
17. ETHELYN THOMPSON
18. GRAFORD H. THOMPSON
19. MARY M. THOMPSON
20. PAUL H. THOMPSON
21. ROBERT R. THOMPSON
22. D. C. TOMLIN
23. ALBERT W. TONER
24. ANNA M. TONER
25. ADELE S. TRUITT
26. ANN TRUITT
27. LOWRY S. TRUITT
28. W. L. TRUITT
29. MASAO UCHIMURA
30. SADAME UCHIMURA
31. JOHN W. VINZANT
32. ROSA VINZANT
33. HARRY B. VIX

| | |
|---|---|
| 1 | J. LENORA VIX |
| 2 | HELEN L. WALLACE |
| 3 | LAWRENCE A. WALLACE |
| 4 | JEWEL E. WALLS |
| 5 | ROBERT H. WALLS |
| 6 | GUSTAV WEBER |
| 7 | WILBER E. WHITNEY |
| 8 | RICHARD W. WILBUR |
| 9 | ELIZABETH WILBUR |
| 10 | CEYTELLE MAE EPSON WILLIAMS |
| 11 | JOHN ALDEN WILLIAMS |
| 12 | LLOYD I. WILLIAMS |
| 13 | THELMA B. WILLIAMS |
| 14 | FLOSSIE F. WILLIS |
| 15 | WILLIAM W. WILLIS |
| 16 | LENA B. WILMOT |
| 17 | ELSIE WINDSOR |
| 18 | HARRY O. WINDSOR |
| 19 | FRED BURTON WINSLOW |
| 20 | MABLE DOROTHEA WINSLOW |
| 21 | HELEN WOLMUTH |
| 22 | JAMES WOLMUTH |
| 23 | ETHEL WOOLARD AKA ETHEL RAY WOOLARD |
| 24 | JOHN H. WOOLARD |
| 25 | MYRTLE E. YANKE |

375

This motion is made so that the Court may have before it the additional parties-defendant in order that the subject matter of this controversy may be adjudicated completely in one action.

                        A. DEVITT VANECH
                        Assistant Attorney General

                        ERNEST A. TOLIN
                        United States Attorney
                        *Betty Marshall Graydon*
                        BETTY MARSHALL GRAYDON
                        Assistant United States Attorney

IT IS SO ORDERED THIS __24__ DAY OF __Oct.__ 1951.

*Jacob Weinberger*
          Judge