IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                Plaintiff, )
        v. )  No. 1247-SD
FALLBROOK PUBLIC UTILITY DISTRICT, )
  a public service corporation of )
  the State of California; )
ET AL., )
                Defendants. )

FILED
OCT 24 1951
EDMUND L. SMITH, Clerk
BY /s/ _____
DEPUTY CLERK

STIPULATION BETWEEN THE UNITED STATES OF AMERICA
AND MARY VAIL WILKINSON, MAHLON VAIL, EDWARD N. VAIL,
MARGARET VAIL WISE, AND NITA M. VAIL, TRUSTEES,
RELATIVE TO THEIR RESPECTIVE RIGHTS IN AND TO THE
USE OF WATER IN THE TEMECULA-SANTA MARGARITA RIVER.

WHEREAS, on December 27, 1940, a judgment was entered in that action entitled RANCHO SANTA MARGARITA, a corporation, Plaintiff, v. N. R. VAIL., et al., Defendants, in the Superior Court of the State of California in and for the County of San Diego, case No. 42850; and

WHEREAS, the UNITED STATES OF AMERICA, during the years 1941 - 1943 acquired all the lands and rights to the use of water in the Temecula-Santa Margarita River which had been owned by the RANCHO SANTA MARGARITA, Plaintiff in the action referred to in the preceding paragraph. By that acquisition the UNITED STATES OF AMERICA succeeded to all the rights, title, and interest of the RANCHO SANTA MARGARITA in the Temecula-Santa Margarita River; and,

WHEREAS, on January 25, 1951, the UNITED STATES OF AMERICA instituted the above-entitled action, incorporating in the complaint filed therein, a copy of said judgment of December 27, 1940, as Exhibit A to its complaint. To the end that a full declaration of Plaintiff's rights in and to the waters of said River as against all other users thereof and claimants thereto might be obtained in this action, Plaintiff named among

454

- 1 -

1 many other Defendants, Mary Vail Wilkinson, Mahlon Vail, Edward N. Vail,
2 Margaret Vail Wise, and Nita M. Vail, Trustees herein collectively referred
3 to as the VAILS. Notwithstanding the naming of the VAILS as parties
4 defendant in the present action the UNITED STATES OF AMERICA and the
5 VAILS are mutually in agreement that as between themselves the said judgment
6 of December 27, 1940, is and shall continue to be binding upon them and
7 each of them.
8     Accordingly, IT IS HEREBY STIPULATED AND AGREED by and between
9 the UNITED STATES OF AMERICA, Plaintiff herein, and the VAILS, Defendants
10 herein, through their respective counsel, as follows:
11     1. That the rights and duties of Plaintiff, UNITED STATES OF
12 AMERICA, and the VAILS, in and to the waters of the Temecula-Santa
13 Margarita River as between Plaintiff and said VAILS, are those fixed,
14 determined, and declared in that certain judgment entered on December 27,
15 1940, in the case of RANCHO SANTA MARGARITA, a corporation, Plaintiff,
16 v. N. R. VAIL, et al., Defendants, in the Superior Court of the State
17 of California in and for the County of San Diego, case No. 42850.
18     2. That neither Plaintiff herein nor said VAILS claim or
19 will claim, in the within action, any rights or duties as against the
20 other, other than or different from, those fixed, determined and declared
21 in said judgment of December 27, 1940.
22     3. That no issue is or will be raised in this litigation as
23 to the operations of the parties under said judgment, it being understood
24 that neither party will claim in this litigation that the other has
25 failed in any way to comply with said judgment of December 27, 1940.
26     4. The introduction of a properly certified copy of the
27 said judgment of December 27, 1940 in the record in this case will

constitute proof of the rights and duties of the respective parties hereto as against each other as specified in said judgment.

Signed this 23 day of October, 1951.

ERNEST A. TOLIN
United States Attorney

A. DEVITT VANECH,
Deputy Attorney General

BETTY MARSHALL GRAYDON
Assistant United States Attorney

WILLIAM H. VEEDER,
Special Assistant to the Attorney General

Attorneys for the UNITED STATES OF AMERICA

DAVID W. AGNEW,
Attorney, Department of the Navy

O'Melveny & Myers
William W Clary

Attorney for Mary Vail Wilkinson, Mahlon Vail, Edward N. Vail, Margaret Vail Wise, and ~~Nita M. Vail~~, Trustees.

IT IS SO ORDERED: July 8, 1952
CHIEF JUDGE, U. S. DISTRICT COURT