IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

George T. Woodlock
Name
Oak Grove Calif.
Address
P.O. Aguanga Calif.
City and State

Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) GEORGE T. Woodlock

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*George T. Woodlock*

RECEIVED
OCT 2? 1951
U.S. ATTORNEY
SAN DIEGO, CALIF.

FILED
OCT 24 1951
EDMUND L. SMITH, Clerk
BY _____ DEPUTY CLERK

8318