IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Camille H. Roesch
Name
Route 1, Box 241
Address
Fallbrook          Calif.
City and State
7102
Telephone Number

Defendant

FILED
OCT 25 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __Camille H. Roesch__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Camille H. Roesch_

8322