IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: *G. S. Haggard*
Address: *13034 E. 64 St*
City and State: *Los Angeles, Calif.*
Telephone Number: *2-6776*

Defendant

RECEIVED
OCT 25 1951
U. S. ATTORNEY
SAN DIEGO, CALIF.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) *G. S. Haggard*

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*G. S. Haggard*

FILED
OCT 25 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

8323