IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Charles T Johnson
Name

Penya Calif
Address

_____
City   and   State

_____
Telephone Number

Defendant

FILED
OCT 25 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA   )
                           )
          Plaintiff,       )
                           )
   vs.                     )   No. 1247
                           )
FALLBROOK PUBLIC UTILITY   )
DISTRICT, et al.,          )
                           )
          Defendants,      )

Comes now the defendant (s) Charles T Johnson

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Charles T Johnson

8325