IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Lillie B. Haggard
Address: 1303½ E. 64th St
City and State: Los Angeles, Calif
Telephone Number: AD 6776

Defendant

UNITED STATES OF AMERICA )
              Plaintiff,  )
       vs.                )   No. 1247
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
              Defendants, )

Comes now the defendant(s) Lillie B. Haggard

HER.
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Lillie B. Haggard

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By /s/ _____ DEPUTY CLERK

8324