IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Clark L. Parks
Name
P.O. Box 299
Address
Fallbrook, Calif.
City and State
_____
Telephone Number

Defendant

FILED
OCT 25 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
     vs.                 )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s) Clark L. Parks

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies ~~(deny)~~ each and every material allegation contained therein.

Clark L. Parks

8326