IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Retta Winter
1511 S. Vermont Ave.
Los Angeles, Cal.

Dunkirk 9 2998
    Defendant

UNITED STATES OF AMERICA )
        Plaintiff
  vs                              No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al,
        Defendants

    Comes now the defendant, Retta Winter and for herself alone and answering plaintiff's complaint on file, herein denies each and every material allegation contained therein.

*Retta Winter*

FILED
OCT 25 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

8327