A N S W E R

ERNEST A. TOLIN, U. S. Attorney, and
BETTY MARSHALL GRAYDON, Assistant U. S. Attorney
Plaintiff's Attorneys,
325 West F Street, Room 221,
San Diego, California.

F I L E D
OCT 25 1951
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   PLAINTIFF<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al,<br><br>   Defendants | Civil Action File No. 1247-Civil |

and Alan Ray Carter, also named as Defendant

   The Defendant, Alan Ray Carter, of Los Angeles County, California, answers the complaint of United States of America, Plaintiff herein, and denies generally and specifically each and every allegation in said complaint contained.

   The Defendant, Alan Ray Carter, is the owner of the real property described as

> Lot 1 in Sec. 22; Lots 3 and 4 in Sec. 26; and Lot 1
> in Sec. 27, all in Twp. 8 South, Range 4 West, San
> Bernardino Meridian, in the County of San Diego,
> State of California, according to United States
> Government Survey approved April 28, 1885, contain-
> ing about eighty-six acres,

and costing fifteen hundred dollars on April 23, 1948, and since that time has increased in value by having invested further money. This property will be almost worthless if water now on property is separated from land.

                 *Alan Ray Carter*
                 Alan Ray Carter   Defendant
                 431 West 7th Street, Rm. 826,
October 12, 1951            Los Angeles, 14, California.

COPY RECEIVED

8677

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

On this 24th day of October, 1951, before me *Althea K. Finkle*, a Notary Public in and for the said County and State, residing therein, and duly commissioned and sworn, personally appeared Alan Ray Carter of Los Angeles County, California, known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

*Althea K. Finkle*
Notary Public

8678