A. R. CARTER

431 West Seventh

LOS ANGELES, 14, CALIFORNIA

FILED

OCT 25 1951

EDMUND L. SMITH, Clerk
By Deputy Clerk

October 24, 1951

Mr. Edmund L. Smith,
Clerk, United States District Court,
Southern District of California,
231 U. S. Post Office & Court House,
Los Angeles, 12, California.

Dear Sir:

Enclosed is answer in The United States District Court In and For The Southern District of California, Southern Division, United States of America vs. Alan Ray Carter.

Kindly acknowledge receipt of papers on enclosed duplicate of letter.

Very truly yours,

Alan Ray Carter

Alan Ray Carter

RECEIVED Answer in Duplicate in above case.

FILED

OCT 25 1951

EDMUND L. SMITH, Clerk
By Deputy Clerk

Done CW 10/25

3