IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  Howard V. Harrison
        Name
2  P.O. Box 502
        Address
3  Fallbrook, California
     City       and      State
4       7090
     Telephone Number

5
6              Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

8  UNITED STATES OF AMERICA      )
9                                )
                Plaintiff,        )
10          vs.                   )   No. 1247
11 FALLBROOK PUBLIC UTILITY      )
   DISTRICT, et al.,             )
12                                )
                Defendants,       )
13

14    Comes now the defendant(s) __HOWARD V. HARRISON, sued__
15 __herein__
16 and for himself or themselves alone and answering plaintiff's complaint on
17 file, herein denies (deny) each and every material allegation contained therein.

                                    Howard V. Harrison

8387