IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By ..................................
DEPUTY CLERK

Richard L. Milholland
Star Rt. Box 21-C
Hemet, Calif.

RECEIVED

_____
Defendant

UNITED STATES OF AMERICA, )
         Plaintiff, )
)
vs. ) No 1247- SD Civil
) FILED
FALLBROOK PUBLIC UTILITY ) OCT 26 1951
DISTRICT, et al, ) EDMUND L. SMITH, Clerk
) By _____
         Defendants. ) DEPUTY CLERK

Comes now the defendant(s) Richard L.
Milholland

and for himself or themselves alone and answering plaintiff's

complaint on file, herein denies (deny) each and every material

allegation contained therein.

Richard L. Milholland

Star Rt. Box 21-C
Hemet, Calif

8388