IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

Ellen M. Milholland
Star Rt. Box 21-C
Hemet Calif.

Defendant

UNITED STATES OF AMERICA,
         Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, et al,

         Defendants.

No 1247- SD Civil

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
DEPUTY CLERK

Comes now the defendant(s)

Ellen M. Milholland

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Ellen M. Milholland
Star Rt. Box 21-C
Hemet Calif.

8389