IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

D. G. Veazey
Name

Dodge Valley Inn
Address

Aguanga, Calif
City and State

Dodge Valley Fallstation
Telephone Number

Defendant

RECEIVED
OCT
U. S. ATTORNEY
SAN DIEGO, CALIF

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant(s) D. G. Veazey

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

D. G. Veazey

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

8390