IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Lew E. Pittam

Sage Store, Star Route,

Hemet, California

Hemet 1013

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
[signature]
DEPUTY CLERK

UNITED STATES OF AMERICA )
                          )
                Plaintiff, )
                          )
        vs.               )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
                Defendants, )

Come now the defendants,(s) ___Lew E. Pittam___

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Lew E. Pittam
[signature: Lew E. Pittam]

8391