IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Ethel V. Pittam
Address: Sage Store, Star Route,
City and State: Hemet, California
Telephone Number: Hemet 1013

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
*signature*
DEPUTY CLERK

UNITED STATES OF AMERICA )
            Plaintiff,   )
    vs.                  )   No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
            Defendants,  )

Comes now the defendant (s) Ethel V. Pittam and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Ethel V. Pittam
*signed:* Ethel V. Pittam

8392