IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Name:** Mildred E. Lee-Tharp
**Address:** Sage Star Route
**City and State:** Hemet, California

Telephone Number

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

|   |
|---|

UNITED STATES OF AMERICA )
               Plaintiff, )
vs.                        )   No. 1247
FALLBROOK PUBLIC UTILITY   )
DISTRICT, et al.,          )
               Defendants, )

Comes now the defendant(s) Mildred E. Lee Tharp

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Mildred E. Lee Tharp
Sage Star Route
Hemet, Calif.