IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: William T. Ellis
Address: Route 1 Box 157
City and State: Fallbrook, California
Telephone Number: 540

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By /s/ ...........
DEPUTY CLERK

UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　)
　　　　　　　　　　　　　　)
　　vs.　　　　　　　　　　) No. 1247
　　　　　　　　　　　　　　)
FALLBROOK PUBLIC UTILITY　 )
DISTRICT, et al.,　　　　　)
　　　　　　　　　　　　　　)
　　　　　　　Defendants.　 )

Comes now the defendant(s) **William T. Ellis, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ William T. Ellis*

8386