IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Louis E. King
Address: Route 2 Box 69
City and State: Fallbrook, California
Telephone Number: None

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
                Plaintiff,)
                         )
vs.                      )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
                Defendants,)

Comes now the defendant (s) **LOUIS E. KING, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Louis E. King* (signature)

8385