IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Hilda M. Hroch
Name
P.O. Box 494
Address
Fallbrook, California
City and State
7432
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __Hilda M. Hroch, sued herein as DOE FIVE HUNDRED EIGHT__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Hilda M. Hroch

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8383