IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**F. D. Fitzsimmons**
Name

**Pala, California**
Address
City and State

**None**
Telephone Number

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) **F. D. Fitzsimmons, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*F. D. Fitzsimmons* (signature)

8382