IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Andrew de Wilde
Address: P.O. Box 67
City and State: Vista, California
Telephone Number: 5686

Defendant

**FILED**
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant(s) **Andrew de Wilde** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Andrew de Wilde*