IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Edna Earle Pierce**
Name
**116 East 62nd Street**
Address
**Los Angeles 3, California**
City       and       State
**Pleasant 13174**
Telephone Number

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By ..................
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) **Edna Earle Pierce, sued** herein as **DOE SIXTY TWO**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*[signed] Edna Earle Pierce*

8381