IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Frank B. Pierce
Name
116 East 62nd Street
Address
Los Angeles 3, California
City and State
Pleasant 13174
Telephone Number

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) __Frank B. Pierce, sued herein as DOE SIXTY ONE__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Frank B. Pierce

8380