IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

MEARL H. DEYO
Name
Rt. 2 - Box 35
Address
FALLBROOK, CALIFORNIA
City and State
7374
Telephone Number

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants. )

Comes now the defendant (s) **MEARL H. DEYO, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Mearl H. Deyo

8379