IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

EUGENE N. DEYO
Name
Rt. 2 - Box 35
Address
FALLBROOK, CALIFORNIA
City and State
7374
Telephone Number

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) **EUGENE N. DEYO, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Eugene N Deyo*

8378