IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: **Buena Vista Jons and Otto H. Jons**
Address: Route 1  Box 269
City and State: Fallbrook, California
Telephone Number: None

Defendant

FILED OCT 26 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA,         )
                     Plaintiff,   )
         vs.                      )   No. 1247
FALLBROOK PUBLIC UTILITY          )
DISTRICT, et al.,                 )
                     Defendants,  )

Comes now the defendant (s) **BUENA VISTA JONS, sued herein and OTTO H. JONS** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Buena Vista Jons*
*Otto H. Jons*