IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Luella G. Shipley
Address: P.O. Box 506
City and State: Fallbrook, California
Telephone Number: 574

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                                        )
                     Plaintiff,  )
                                        )
        vs.                        )   No. 1247
                                        )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,             )
                                        )
                    Defendants, )

Comes now the defendant(s) **LUELLA G. SHIPLEY, sued herein as DOE NINE HUNDRED FIVE** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Luella G. Shipley*

8377