IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

| | |
|---|---|
| Harry A. Chapman | |
| Name | |
| Route 2 Box 166-A | |
| Address | |
| Fallbrook, California | |
| City and State | |
| None | |
| Telephone Number | |
| Defendant | |

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
     vs.                 )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant(s) **HARRY A. CHAPMAN, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Harry A. Chapman*

8376