IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Verne G. Shipley
Name
P.O. Box 506
Address
Fallbrook, California
City and State
574
Telephone Number

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
 Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
 Defendants, )

Comes now the defendant (s) __VERNE G. SHIPLEY, sued herein as DOE NINE HUNDRED SIX__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Verne G Shipley

8375