N THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1   Hale B. Eubanks & Marjorie H. Eubanks
                    Name
2   Route 2   Box 244
                 Address
3   Fallbrook, California
        City      and      State
4           None
            Telephone Number
5
6               Defendant

**FILED**

OCT 26 1951

EDMUND L. SMITH, Clerk

By _____
                DEPUTY CLERK

8   UNITED STATES OF AMERICA          )
9                                     )
                          Plaintiff,  )
10                vs.                  )          No. 1247
11  FALLBROOK PUBLIC UTILITY          )
    DISTRICT, et al.,                 )
12                                     )
                         Defendants,  )
13

14      Comes now the defendant (s)   HALE B. EUBANKS, sued herein

15  and MARJORIE H. EUBANKS, sued herein

16  and for himself or themselves alone and  answering  plaintiff's  complaint on

17  file, herein denies (deny) each and every material allegation contained therein.

19                  Hale B. Eubanks
20                  Marjorie H. Eubanks

8374