IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: John C. Bisogno & Marcella Bisogno
Address: Route 2 Box 72
City and State: Fallbrook, California
Telephone Number: None

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA           )
                                   )
                    Plaintiff,     )
                                   )
         vs.                       )   No. 1247
                                   )
FALLBROOK PUBLIC UTILITY           )
DISTRICT, et al.,                  )
                                   )
                    Defendants,    )

Comes now the defendant (s) __JOHN C. BISOGNO, sued herein and MARCELLA BISOGNO, sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

John C Bisogno
Marcella L Bisogno

8373