IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Marcella C. R. Barkow
Address: P.O. Box 397
City and State: Fallbrook, Calif.
Telephone Number: 333

Defendant

UNITED STATES OF AMERICA )
  Plaintiff, )
vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
  Defendants, )

Comes now the defendant(s) Marcella C. R. Barkow

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Marcella R. Barkow*

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By /s/ _____, DEPUTY CLERK

8372