IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

William L. Beck
Name
P.O. Box 622
Address
Fallbrook, California
City and State
965
Telephone Number

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By ......................
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant (s) WILLIAM L. BECK, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

William L. Beck

8371