IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Varia V. Click (Same As Veria V. Click)
Name
Box 21
Address
De Luz, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA

Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

Defendants,

No. 1247

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By ................
DEPUTY CLERK

Comes now the defendant(s) **VARIA V. CLICK, sued herein (Same as Veria V. Click)** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Veria V. Click*

8367

July 6, 1956

Miss Veria V. Clack
RR #2, Box 19
Fallbrook, California

Dear Madam:

    Re: U.S.A. v. Fallbrook - #1247-SD

Your letter of July 2, relative to Map No. 532 in the above case has been received and the court has ordered that same be attached to your original answer in this case, filed October 26, 1951.

                Very truly yours,

                JOHN A. CHILDRESS, Clerk

                by:_____
                    L. Cunliffe, Deputy

8368

July 2nd 1956,
R.R. #2 - Box 19,
Fallbrook, Calif.

United States District Court
  Hon. Leon R Yankwich:—

This is to advise the court that, that map #532 being used by the government, made by James Singer and recorded by said James Singer at 30 minutes past 3 o'clock P.M., the 4th day of March 1936 is a fraudulent map. James Singer, or no one else under his supervision ever surveyed the land described on this map, on the ground, or proved any government monuments on the ground.

I have had his records of his surveys made and those supervised by him searched. No record of any such a survey was to be found among his records of surveys. This search I had made of his records was done in my presence in his office about 3 weeks after his death by the people who worked with him and who he worked for. The general manager said when they had finished searching, "That I could rest assured that there never had been such a survey made. For what or why James Singer ever made such a worthless map and had it recorded he did not know, except to help squatters defraud my Mother and I out of that certain portion of land between A-1 highway and the Old Road Survey #77" The Old Road Survey #77 lies west of the A-1 highway The description of which is given in our title and deed.

Now why does the government use this fraudulent map in trying to deprive us of our riparian water rights? This water rises on our property and flows for a considerable distance on our property and under

8369

the state laws of California this gives us the right to use this water. I know for sure that the government is using this fraudulent map #532 for the United States government's representatives, (Miller and Medas) were there at our place with this map #532. I told them then that this map #532 was and is a fraudulent map.

No person or persons by the name of Glick owned the portion of land represented by this map to belong to Glick in 1935 or any other time since Oct 3 - 1927. This land belonged to my Mother and I since Oct 3rd 1927 the date of the recording of our deed.

The A-1 highway was never an extension of the Old Road Survey #77 as James Singer's map tries to represent. This portion of A-1 highway has never been surveyed or dedicated as a highway. It is just an easement through our property. The courses and distances are not of record.

Squatters have used this fraudulent map to deprive my Mother and I of that portion of land which lies between A-1 highway and Old Road Survey #77. It is about time we had some justice based on facts. And the right to have possession of the land which our title and deed calls for. There must be some law against depriving people of their property by fraud such as this map is.

I have had reliable engineers look into this map #532 and they have told me it is the worst map they have ever seen put on record.

I do not have the means, or transportation to make a trip to Los Angeles.

Yours Truly

Veria V Click.

8370