IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Dayton M. Plank (Same as Dayton M. Plant)
Name
Route 2  Box 42
Address
Fallbrook, California
City  and  State
485
Telephone Number

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
             Plaintiff,   )
                          )
        vs.               )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
             Defendants.  )

Comes now the defendant(s) **DAYTON M. PLANK (Same as Dayton M. Plant) sued herein as DOE SEVEN HUNDRED NINETY NINE** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Dayton M. Plank_

8366