IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1   Berenice H. Jorgenson
                Name
2   P.O. Box 461
                Address
3   Fallbrook, California
        City    and    State
4         7026
        Telephone Number

5                      Defendant

6

7

8   UNITED STATES OF AMERICA              )
                                          )
9                        Plaintiff,       )
                                          )
10                  vs.                    )          No. 1247
                                          )
11  FALLBROOK PUBLIC UTILITY              )
    DISTRICT, et al.,                     )
12                                        )
                     Defendants,          )
13

14       Comes now the defendant (s) __BERENICE H. JORGENSON, sued

15  _herein as DOE FIVE HUNDRED FIFTY NINE_____

16  and for himself or themselves alone and answering plaintiff's complaint on

17  file, herein denies (deny) each and every material allegation contained therein.

18

19                              *Berenice H. Jorgenson*

20                              _____

21

22

23

24

25

26

27

28

29

30

31

32

FILED

OCT 26 1951

EDMUND L. SMITH, Clerk
By_____
                  DEPUTY CLERK

8363