IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: **Carl P. Bauer & Geraldine Bauer**
Address: **Route 1 Box 47**
City and State: **Fallbrook, California**
Telephone Number: **7257**

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By /s/ signature
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
             Plaintiff,   )
                          )
     vs.                  )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
             Defendants.  )

Comes now the defendant (s) **CARL P. BAUER, sued herein and GERALDINE BAUER, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Carl P. Bauer
/s/ Geraldine Bauer

8362