IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Edythe A. Oswald & Robert A. Oswald
　　　　　　　Name
P.O. Box 694
　　　　　Address
Fallbrook, California
　City　　and　　State
　None
　Telephone Number

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____
　　　　DEPUTY CLERK

UNITED STATES OF AMERICA,　　　）
　　　　　　　　　　　　　　　　 ）
　　　　　　　　Plaintiff,　　　 ）
　　　　　　　　　　　　　　　　 ）
　　　　　vs.　　　　　　　　　　）　No. 1247
　　　　　　　　　　　　　　　　 ）
FALLBROOK PUBLIC UTILITY　　　　）
DISTRICT, et al.,　　　　　　　　）
　　　　　　　　　　　　　　　　 ）
　　　　　　　　Defendants,　　　）

Comes now the defendant(s) **EDYTHE A. OSWALD, sued herein as DOE # 759 and ROBERT A. OSWALD, sued herein as DOE #761** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Edythe A. Oswald*
*Robert A. Oswald*