IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Marie Holland
Name
General Delivery
Address
Fallbrook, California
City         and         State
None
Telephone Number

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By_____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant (s) MARIE HOLLAND, SUED HEREIN AS DOE FOUR HUNDRED EIGHTY EIGHT and FOUR HUNDRED EIGHTY NINE and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Marie Holland

8361