IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Arthur E. Bevan and Margaret L. Bevan
Name
Route 1  Box 292
Address
Fallbrook, California
City      and      State
583
Telephone Number

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA

        Plaintiff,

    vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,

        Defendants,

No. 1247

Comes now the defendant(s) __ARTHUR E. BEVAN, sued herein__

__and MARGARET L. BEVAN, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Arthur E. Bevan*

*Margaret L. Bevan*

8360