IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Willie Mae Bryant
Name
1965½ Raymond Avenue
Address
Los Angeles 7, California
City and State
Republic 36818
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
                           Plaintiff, )
)
      vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
                        Defendants, )

Comes now the defendant (s) __WILLIE MAE BRYANT, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Willie Mae Bryant*

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8359