IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

ROY O. WILEY, Jr.
Name
Rt. 1 - Box 151
Address
FALLBROOK, CALIFORNIA
City and State
620
Telephone Number

Defendant

**FILED**
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
　　　　　　　　Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
　　　　　　　　Defendants, )

Comes now the defendant (s) ROY O. WILEY, Jr., sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Roy O. Wiley, Jr._

8358