IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

MARY ELLEN CHARLOTTA EMERY
Name
Rt. 2 - Box 192
Address
FALLBROOK, CALIFORNIA
City and State
7268
Telephone Number

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

    Defendants,

No. 1247

Comes now the defendant(s) MARY ELLEN CHARLOTTA EMERY, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Mary Ellen Charlotta Emery*

8357