IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Lawrence C. Fuller & Margaret H. Fuller
　　　　　Name
Route 2 Box 34
　　　　　Address
Fallbrook, California
　City　and　State
582
　Telephone Number

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By /s/ _____
　　　　　DEPUTY CLERK

UNITED STATES OF AMERICA )
　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　)
　　　　　　　　　　　　　　)
　　　vs.　　　　　　　　　) No. 1247
　　　　　　　　　　　　　　)
FALLBROOK PUBLIC UTILITY　 )
DISTRICT, et al.,　　　　　)
　　　　　　　　　　　　　　)
　　　　　　Defendants,　　 )

　　Comes now the defendant(s) **LAWRENCE C. FULLER, sued herein**
**and MARGARET H. FULLER, sued herein**
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

　　　　　　　　　　　　　　　　　　*Lawrence C Fuller*
　　　　　　　　　　　　　　　　　　*Margaret H. Fuller*

8356