IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

HOMER H. HARVEY
Name
P.O. Box 822
Address
MEDFORD, OREGON
City and State

_____
Telephone Number

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
               Plaintiff,)
                         )
       vs.               )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
               Defendants,)

Comes now the defendant(s) __HOMER H. HARVEY, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

x Homer H. Harvey

8355