IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: LILLIAN E. HARVEY
Address: P.O. Box 822
City and State: MEDFORD, OREGON
Telephone Number: ____

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
     vs.                 )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants.  )

Comes now the defendant(s) **LILLIAN E. HARVEY, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Lillian E Harvey

8354