IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

FREDERICK THEODORE KING AND FLORENCE EVA KING
Name
P.O. Box 372
Address
FALLBROOK, CALIFORNIA
City    and    State
7097
Telephone Number

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By ........................
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FALLBROOK PUBLIC UTILITY )<br>DISTRICT, et al., )<br>)<br>Defendants, ) | No. 1247 |

Comes now the defendant(s) FREDERICK THEODORE KING, sued herein as DOE FIVE HUNDRED SIXTY NINE AND FLORENCE EVA KING, sued herein as DOE FIVE HUNDRED SIXTY EIGHT and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Frederick Theodore King*
*Florence Eva King*

8353