IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

HARRY EENIGENBURG
Name
221 North Pico Street
Address
Fallbrook         California
City   and   State
7251
Telephone Number

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) _____
HARRY EENIGENBURG
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Harry Eenigenburg*

8351