IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

J. Antoinette Fuller & Leslie Fuller
Name
Route 2  Box 65
Address
Fallbrook, California
City and State
362
Telephone Number

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By ......................
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

Comes now the defendant (s) **J. ANTOINETTE FULLER, sued herein and LESLIE FULLER, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

J. Antoinette Fuller
Leslie Fuller

8350