IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1

John Eliot Coit and Louise Galt Coit
Name

2

690 Oceanview Drive
Address

3

Vista, California
City     and     State

4

91808
Telephone Number

5

Defendant

6

7

**FILED**

OCT 26 1951

EDMUND L. SMITH, Clerk

By ...........................
DEPUTY CLERK

8

UNITED STATES OF AMERICA            )

9

Plaintiff,   )

10

vs.                  )        No. 1247

11

FALLBROOK PUBLIC UTILITY            )
DISTRICT, et al.,                   )

12

Defendants,   )

13

14

Comes now the defendant (s) JOHN ELIOT COIT, sued herein

15

and LOUISE GALT COIT, sued herein

16

and for himself or themselves alone and answering plaintiff's complaint on

17

file, herein denies (deny) each and every material allegation contained therein.

18

19

John Eliot Coit

20

Louise G. Coit —

21

22

23

24

25

26

27

28

29

30

31

32

8349