IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

J. A. Stoner & Frank Stoner
Name
Box 13
Address
De Luz, California
City and State
None
Telephone Number

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant(s) **J. A. STONER, sued herein and FRANK STONER, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

J. A. Stoner
Frank J. Stoner

8349