IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mae Walker King
Name
Route 2  Box 69
Address
Fallbrook, California
City and State
None
Telephone Number
Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) **MAE WALKER KING, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Mae M. King

8347