IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1 | Darwin B. Wright & Lucyle A. Wright
  |              Name
2 | 1821 So. Curtis Avenue
  |              Address
3 | Alhambra, California
  |  City    and    State
4 | _____
  |     Telephone Number
5 |
  |          Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____
      DEPUTY CLERK

8 | UNITED STATES OF AMERICA         )
9 |                    Plaintiff,    )
10|          vs.                     )   No. 1247
11| FALLBROOK PUBLIC UTILITY         )
   | DISTRICT, et al.,               )
12|                                  )
   |                    Defendants,  )
13|

14| Comes now the defendant(s) Darwin B. Wright and
15| Lucyle A. Wright
16| and for himself or themselves alone and answering plaintiff's complaint on
17| file, herein denies (deny) each and every material allegation contained therein.

Darwin B. Wright
Lucylle A. Wright

8346