IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1

F. Hugh Wilcox
Name

2

Roue 1 Box 237
Address

3

Fallbrook, Calif.

4

City       and       State

Telephone Number

5

Defendant

6

7

8

UNITED STATES OF AMERICA            )

9

Plaintiff,   )

10

vs.                   )        No. 1247

11

FALLBROOK PUBLIC UTILITY            )
DISTRICT, et al.,                   )

12

Defendants,  )

13

14

Comes now the defendant (s)____F. Hugh Wilcox_____

15

_____

16

and for himself or themselves alone and  answering  plaintiff's  complaint  on

17

file, herein denies (deny) each and every material allegation contained therein.

18

19

20

21

**FILED**

OCT 26 1951

EDMUND L. SMITH, Clerk

By_____
DEPUTY CLERK

8345