IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Fawn P. Wilcox
Name
Route 1 Box 237
Address
Fallbrook, Calif.
City and State

Telephone Number

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By ..................
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
　　　　　　　　　Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
　　　　　　　　　Defendants, )

Comes now the defendant (s) ____Fawn P. Wilcox____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Fawn P. Wilcox*

8344