IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Joan C. Enander & Ralph K. Enander
Name
P.O. Box 562
Address
Fallbrook, California
City and State
7218
Telephone Number

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) JOAN C. ENANDER, sued herein as DOE THREE HUNDRED THIRTEEN and RALPH K. ENANDER, sued herein as DOE THREE HUNDRED FOURTEEN and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Ralph K Enander
Joan C. Enander

8343