IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: **Walter E. Crane & Edna M. Crane**
Address: **Route 1 Box 51**
City and State: **Fallbrook, California**
Telephone Number: **7510**

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
                    Plaintiff, )
vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
                    Defendants. )

Comes now the defendant (s) **WALTER E. CRANE, sued herein and EDNA M. CRANE, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Walter E. Crane*
*/s/ Edna M. Crane*

8342