IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Donna King
_____
Name
Route 2 Box 69
_____
Address
Fallbrook, California
_____
City     and     State
None
_____
Telephone Number

Defendant

**FILED**

OCT 26 1951

EDMUND L. SMITH, Clerk

By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )          No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __DONNA KING, sued herein__

_____

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Donna King*
*Donna King*

8341