IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Samuel E. King
   Name
Route 2 Box 69
   Address
Fallbrook, California
   City      and      State
None
   Telephone Number

Defendant

FILED

OCT 26 1951

EDMUND L. SMITH, Clerk.
By .................................
              DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __SAMUEL E. KING, sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Samuel E. King*

8340