IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Marguerite C. Hughes
Address: P.O. Box 745
City and State: Fallbrook, California
Telephone Number: None

Defendant

UNITED STATES OF AMERICA )
)
                    Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
                    Defendants, )

Comes now the defendant (s) **MARGUERITE C. HUGHES, sued herein as DOE FIVE HUNDRED FOURTEEN** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Marguerite C. Hughes*

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

8339