IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Sawyer Wells Clark
Name
P.O. Box 415
Address
Fallbrook, California
City and State
324
Telephone Number

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By ........................
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) SAWYER WELLS CLARK, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Sawyer Wells Clark*

8337