IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Roy B. Mc Cash
Name

Sen Del
Address

Anza     Calif
City   and   State

Telephone Number

Defendant

**FILED**

OCT 26 1951

EDMUND L. SMITH, Clerk

By _____
DEPUTY CLERK

UNITED STATES OF AMERICA     )
                            )
                Plaintiff,  )
                            )
        vs.                 )     No. 1247
                            )
FALLBROOK PUBLIC UTILITY    )
DISTRICT, et al.,           )
                            )
                Defendants, )

Comes now the defendant (s) _Roy B Mc Cash_

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

Roy B Mc Cash

8336