IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Thelma E. McCash
Address: General Delivery
City and State: Hemet, Calif.
Telephone Number:

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
           Plaintiff,    )
                         )
   vs.                   )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
           Defendants,   )

Comes now the defendant (s) Thelma E. McCash

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Thelma E. McCash

8335