IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Helen B. Pursche
Address: 16813 So. Vermont Ave.
City and State: Gardena, Calif.
Telephone Number: Menlo 4-1883

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By ......... DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant (s) Helen B. Pursche and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Helen B. Pursche

8334