IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Lillian M. Jacobs
Address: P O Box 255
City and State: Fallbrook, California
Telephone Number: 460

Defendant

FILED OCT 26 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA,
　　　　　Plaintiff,
vs.                                      No. 1247
FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,
　　　　　Defendants,

Comes now the defendant(s) _____ Lillian M. Jacobs, Doe Five Hundred Twenty Nine _____ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

　　　　　　　　　　　　Lillian M. Jacobs

8332