IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Theodore E. Hroch
Name
P.O. Box 494
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

**FILED**

OCT 26 1951

EDMUND L. SMITH, Clerk
By _/s/_ DEPUTY CLERK

UNITED STATES OF AMERICA )
)
               Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
               Defendants, )

    Comes now the defendant (s) **Theodore E. Hroch, sued herein as DOE FIVE HUNDRED NINE**
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

                                     _/s/ Theodore E. Hroch_

8331