IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Louis Boen & ~~Laura~~ Lora Mae Boen
Name
Route 1  Box 39
Address
Fallbrook, California
City and State
7337
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )
) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

Comes now the defendant (s) __Louis Boen, sued herein and Lora ~~Laura~~ Mae Boen, sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Louis Boen*
*Lora Mae Boen*

8330