IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Albert Don Rounds & Violet G Rounds
Name
706 So Myers
Address
Oceanside, California
City      and      State
2552
Telephone Number

Defendant

**FILED**

OCT 26 1951

EDMUND L. SMITH, Clerk

By _____
DEPUTY CLERK

UNITED STATES OF AMERICA          )
                                  )
                    Plaintiff,    )
                                  )
          vs.                     )        No. 1247
                                  )
FALLBROOK PUBLIC UTILITY          )
DISTRICT, et al.,                 )
                                  )
                    Defendants,   )

Comes now the defendant (s) Albert Don Rounds and

Violet G Rounds

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Albert Don Rounds*

*Violet G Rounds*

8329