IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Robert G. Hood & Ruby Lee Hood
Address: 606 West Street
City and State: Oceanside, California
Telephone Number: 3326

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
    vs.                  )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant(s) Robert G. Hood & Ruby Lee Hood and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Robert G. Hood*
*Ruby Lee Hood*

8328