IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Mildred I. Knight
Address: P.O. Box 453
City and State: Fallbrook, California
Telephone Number: 461

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
           Plaintiff, )
    vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
           Defendants, )

Comes now the defendant (s) **MILDRED I. KNIGHT, sued herein as DOE FIVE HUNDRED EIGHTY ONE** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Mildred I. Knight*

8339