IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

KATHERINE EENIGENBURG
Name
221 North Pico Street
Address
Fallbrook   California
City and State
7251
Telephone Number

Defendant

FILED
OCT 26 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
          Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
          Defendants, )

Comes now the defendant (s) _____

KATHERINE EENIGENBURG

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Katherine Eenigenburg*

8352