FILED

OCT 29 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

No. 1247 - Civil

UNITED STATES OF AMERICA,
            Plaintiff,
vs.
FALLBROOK PUBLIC UTILITY DISTRICT, et al.,
            Defendants.

Answer of:
John Doe, No. _____
RUSSELL P. WOLFE
and
Jane Doe, No. _____
RUBY I. WOLFE

    In reply to the complaint of the plaintiff, the United States of America, in their civil action, File No. 1247-Civ., we, John Doe, No. _____, Russell P. Wolfe and Jane Doe, No. _____, Ruby I. Wolfe, defendants, in part, of the above suit, do emphatically deny all allegations, causes, claims and implications therein appertaining to the real property described as follows:

    All of Lots 8 and 9 in Block 26 of West Fallbrook, in the County of San Diego, State of California, according to the Map thereof No. 567, recorded in the office of the Recorder of said San Diego County October 9, 1888, except that portion within the right of way of the Atchinson, Topeka & Santa Fe Railway Company, ALSO excepting the East 17 feet of the North 14 feet of said Lot 9.

    Lot 10 in Block 26 of West Fallbrook, in the County of San Diego, State of California, according to the Map thereof No. 567, filed in the office of the Recorder of said San Diego County, October 9, 1888, EXCEPT THEREFROM that portion conveyed to the Atchison, Topeka & Santa Fe. Railway, more particularly described as follows:

    Beginning at the Southwest corner of said Lot 10; thence

8679

1  East along the South boundary line of said Lot 10, 7.12 feet;
2  thence Northeasterly on a line parallel to and 50 feet East-
3  erly from the located center line of the Atchison, Topeka &
4  Santa Fe Railway Company's railroad on an 8° 1½' curve to the
5  right, 58.62 feet to the North boundary line of said Lot 10;
6  thence West along said boundary line, 30.60 feet to the North-
7  west corner of said Lot 10, thence South along the West bound-
8  ary line of said Lot 10, 54 feet to the point of beginning,
9  ALSO ECEPTING from said Lot 10 the East 56 feet thereof.

As legal owners of the above described real property, we claim all rights to all water derived from any source whatsoever, which can be put to beneficial use on the above described real property.

A denial of the right to use this water would render the above described real property useless and untenable.

THEREFORE, we the Defendants, RUSSELL P. WOLFE and RUBY I. WOLFE, do pray the Court to make null and void, and to dismiss forever all the allegations, causes, claims and implications contained in the plaintiff's complaint.

RUSSELL P. WOLFE   and
RUBY I. WOLFE

Witness:

*Sadie E. Erwin*

*Russell P. Wolfe*

*Ruby I. Wolfe*

Date: *Oct 16th - 51*