IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Louis J. Johannsen & Gwendolyn H. Johannsen.
Name
904 S. San Jacinto Ave.
Address
San Jacinto, Calif.
City and State
San Jacinto 2020.
Telephone Number

Defendants.

FILED
OCT 29 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Louis J. Johannsen & Gwendolyn H. Johannsen. Husband and wife.

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Louis J. Johannsen*
*Gwendolyn H. Johannsen*

8394