IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  JOHN HERBERT SNODGRASS
                Name
2  STAR ROUTE Box 216
                Address
3  HEMET         CALIF
      City      and    State
4        NONE
        Telephone Number
5
            Defendant
6

7

**FILED**

OCT 29 1951

EDMUND L. SMITH, Clerk

By _____
          DEPUTY CLERK

8  UNITED STATES OF AMERICA        )
                                   )
9                     Plaintiff,   )
                                   )
10          vs.                    )    No. 1247
                                   )
11  FALLBROOK PUBLIC UTILITY       )
    DISTRICT, et al.,              )
12                                 )
                     Defendants,   )
13

14  Comes now the defendant (s) JOHN HERBERT SNODGRASS

15  _____

16  and for himself or themselves alone and answering plaintiff's complaint on

17  file, herein denies (deny) each and every material allegation contained therein.

18

19            JOHN HERBERT SNODGRASS

20            John Herbert Snodgrass

21

8395