IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Harriett N. Ingram**
Name
**1101 So. Cleveland Street,**
Address
**Oceanside, California.**
City and State
_____
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) _____

**Harriett N. Ingram**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Harriett N. Ingram*

FILED
OCT 29 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8398