IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

P. Kroes, Name
4952 Gambier St., Los Angeles 32, Calif.
Address

City and State
C. A. 2-2269
Telephone Number

Defendant

FILED
OCT 29 1951
EDMUND L. SMITH, Clerk
By /s/ _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
            Plaintiff, )
      vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
            Defendants, )

Comes now the defendant(s) **Pieter Kroes and James Edward Kroes** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Pieter Kroes
/s/ James Edward Kroes

8397