IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Roy C. Jackson
City and State: Aguanga Calif.

Defendant

FILED
OCT 29 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
              Plaintiff,  )
                          )
     vs.                  )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
              Defendants, )

Comes now the defendant (s) _____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Roy C. Jackson

8398