IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Louise Jackson

Address

City and State: Aguanga Calif.

Telephone Number

Defendant

**FILED**
OCT 29 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant(s) _____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Louise Jackson*

8399