IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Arta L. Morrissey
Address:
City and State: Aguanga, Calif
Telephone Number: Warner Springs 2343

Defendant

FILED
OCT 29 1951
EDMUND L. SMITH, Clerk
By /s/ _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
     vs.                 )  No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant(s) Arta L. Morrissey, Aguanga, Calif and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Arta L. Morrissey

8400