IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

_Perry C. Thomas_
Name
_Aguanga Cal_
Address
_____
City       and      State
_____
Telephone Number

Defendant

FILED
OCT 29 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
      vs.                )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant (s) _Perry C. Thomas_
_Aguanga Cal_
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Perry C. Thomas_

8401