IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

*Mr. Herman H. Silveria*
Name

_____
Address

*Guanca Calif.*
City        and        State
Telephone Number

Defendant

**FILED**

OCT 29 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
　　　　　　　　　　　　　 )
　　　　　　　Plaintiff, )
　　　　　　　　　　　　　 )
　　　　vs. 　　　　　　　 )    No. 1247
　　　　　　　　　　　　　 )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., 　　　　 )
　　　　　　　　　　　　　 )
　　　　　　　Defendants, )

Comes now the defendant (s) *Herman H. Silveria*

and for himself or themselves alone and answering plaintiff's complaint on
file, herein denies (deny) each and every material allegation contained therein.

*Herman H. Silveria*
_____