IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Harry Watson
Name
115 Monterey Blvd.
Address
Hermosa Beach, California
City and State

Telephone Number

Defendant

RECEIVED
OCT 2 ...
U.S. ATTORNEY
SAN DIEGO, CALIF

UNITED STATES OF AMERICA )
)
  Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
  Defendants, )

Comes now the defendant (s) __Harry Watson__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Harry Watson* (signature)

FILED
OCT 29 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8402