IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Dorothy K. Porter
Name
Route 2, Box 235
Address
Fallbrook,   California
City   and   State
Fallbrook 7343
Telephone Number

Defendant

FILED
OCT 30 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA     )
                             )
               Plaintiff,    )
                             )
     vs.                     )    No. 1247
                             )
FALLBROOK PUBLIC UTILITY     )
DISTRICT, et al.,            )
                             )
               Defendants,   )

Comes now the defendant (x) __Dorothy K. Porter__

herself
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Dorothy K. Porter_

8411