IN THE UNITED STATES DISTR... COURT
Southern District of California
Southern Division

Benjamin F. Porter
Name
Route 2, Box 235
Address
Fallbrook, California
City and State
Fallbrook 7343
Telephone Number

Defendant

FILED
OCT 30 1951
EDMUND L. SMITH, Clerk
By ............ DEPUTY CLERK

UNITED STATES OF AMERICA )
Plaintiff, )
vs. )
FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
Defendants, )

No. 1247

Comes now the defendant ~~(s)~~ Benjamin F. Porter

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies ~~(each)~~ each and every material allegation contained therein.

Benjamin F. Porter

8410