IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

| | |
|---|---|
| Leslie V. Sims | |
| Name | |
| P.O. Box 65 | |
| Address | |
| Fallbrook     California | |
| City and State | |
| 239 | |
| Telephone Number | |

Defendant

**FILED**
OCT 30 1951
EDMUND L. SMITH, Clerk
_____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                    Plaintiff, )
          vs. )   No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
                  Defendants, )

Comes now the defendant (s) _____LESLIE V. SIMS_____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

                            *Leslie V Sims*

8409