IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Thelma M. Sims
Name
P.O. Box 65
Address
Fallbrook           California
City     and     State
239
Telephone Number

Defendant

**FILED**
OCT 30 1951
EDMUND L. SMITH, Clerk
By ................
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
                Plaintiff, )
)
vs.                        )   No. 1247
)
FALLBROOK PUBLIC UTILITY   )
DISTRICT, et al.,          )
)
                Defendants, )

Comes now the defendant (s) __THELMA M. SIMS__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

8408