IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

*Orville W. Carpenter*
Name

*3731 Crestwood Pl.*
Address

*San Luis, Calif*
City  and  State

*J 4898*
Telephone Number

Defendant

# FILED

OCT 30 1951

EDMUND L. SMITH, Clerk

By

DEPUTY CLERK

UNITED STATES OF AMERICA    )
                            )
                Plaintiff,  )
                            )
        vs.                 )      No. 1247
                            )
FALLBROOK PUBLIC UTILITY    )
DISTRICT, et al.,           )
                            )
                Defendants, )

Comes now the defendant (s) *Orville W. Carpenter*

_____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Orville W. Carpenter*
_____

8407