IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

*Vera L. Carpenter*
Name
3731 Crestwood Pl
Address
San Diego, Calif.
City and State
J 4898
Telephone Number

Defendant

FILED
OCT 30 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
            Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
            Defendants, )

Comes now the defendant (s) *Vera L. Carpenter*

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Vera L. Carpenter*

8406