IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Donald T. & Pauline B. Oster
Address: 771-S. Michillinda Av
City and State: Pasadena 10, Calif.
Telephone Number: SY 5-2662

Defendant

FILED
OCT 30 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
                Plaintiff, )
)
        vs.            ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
                Defendants, )

Comes now the defendant(s) Donald T. Oster & Pauline B. Oster, co-tenants, W½ of NW¼ Sec 24, T7S, R1E, SBM. and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Donald T. Oster
/s/ Pauline B. Oster

8405