IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Erma Hazel Holmes
Name
Star Rt Box 70
Address
Hemet Calif
City and State

_____
Telephone Number

Defendant

RECEIVED
OCT 30 1951
U. S. ATTORNEY
SAN DIEGO, CALIF

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Erma Hazel Holmes, Star Rt Box 70 Hemet Calif and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Erma Hazel Holmes
Star Rt Box 70
Hemet Calif

FILED
OCT 30 1951
EDMUND L. SMITH, Clerk
_____
DEPUTY CLERK

0404