IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

*Erin Howard Holmes*
Name

*Star Rt Box 70*
Address

*Hemet Calif*
City   and   State

Telephone Number

Defendant

RECEIVED

OCT 29 1951

U. S. ATTORNEY
SAN DIEGO, CALIF.

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )
          vs.                      )          No. 1247
                                   )
FALLBROOK PUBLIC UTILITY           )
DISTRICT, et al.,                  )
                                   )
                    Defendants,    )

Comes now the defendant (s) *Erin Howard Holmes*
*Star rt Box 70. Hemet Calif*

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Erin Howard Holmes*
*Star Rt, Box 70, Hemet
Calif*

**FILED**

OCT 30 1951

EDMUND L. SMITH, Clerk
By
            DEPUTY CLERK

8403