1  ARTHUR M. GEDIMAN
   119 South Main Street
2  Elsinore, California
   Telephone: Main 1981
3
4  Attorney for Defendants,
   Bartolomeo Simonelli and
5  Clara H. Simonelli.



FILED
OCT 30 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

Civil Action File No. 1247-Civ.

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al,

        Defendants.

ANSWER TO COMPLAINT

Come now the Defendants, Bartolomeo Simonelli and Clara H. Simonelli, and severing from their co-Defendants, answer the Complaint herein as follows:

I.

Answering Paragraphs I, II, III, V, VI, VII and VIII, Defendants deny that they have any knowledge or information sufficient to form a belief as to the truth of any of the allegations set forth in said Paragraphs, and for that reason deny the same.

II.

Answering Paragraph IV of Plaintiff's Complaint, Defendants deny that they are encroaching upon or threatening the destruction of the basin mentioned in the said Paragraph.

-1-

8681

III.

Answering Paragraph IX of Plaintiff's Complaint, your Defendants deny each and every allegation therein.

AND FOR A FURTHER AND SEPARATE DEFENSE YOUR
DEFENDANTS HEREIN ALLEGE:

I.

That the Temecula River, which Plaintiff alleges as the source of supply of the water of the Santa Margarita River, flows, and from time immemorial has flowed, through, over and upon the lands of your Answering Defendants, and which said lands are riparian thereto, and riparian rights attach thereto, and your said Defendants are entitled to have the water of said stream flow by, through, over and upon the said lands, and to make such use of said water as riparian owners are entitled to make hereof.

WHEREFORE, your Answering Defendants pray that Plaintiff take nothing by its action against these Defendants and that these Defendants be hence dismissed with their costs.

_____      _____
Attorney for Answering         Bartolomeo Simonelli
Defendants
                               _____
                               Clara H. Simonelli

STATE OF CALIFORNIA ( 
                    ) ss.
County of Riverside )

BARTOLOMEO SIMONELLI and CLARA H. SIMONELLI being by me first duly sworn, depose and say: That they are two of the Defendants in the above-entitled action; that they have read the foregoing Answer and know the contents thereof; that the same is true of their own knowledge, except as to those matters which are therein stated on their information or belief, and as to those matters that they believe it to be true.

Subscribed and sworn to before      _____
me, this 27th day of October        Bartolomeo Simonelli
1951.
                                    _____
_____           Clara H. Simonelli
Notary Public in and for said County
and State

8682

UNITED STATES OF AMERICA,
                                      Plaintiff
FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the State
of California, et al,
                                      Defendants

Case No. 1247-Civ.
AFFIDAVIT OF MAILING
OF
ANSWER TO COMPLAINT.

State of California,
County of Riverside, } ss.

THE UNDERSIGNED, being first duly sworn, says: that affiant is a citizen of the United States and a resident of Riverside County, over the age of eighteen years and not a party to the cause herein, that affiant's business address is 119 South Main Street, Elsinore, California.

That on the 27th day of October, 1951, affiant served a copy of the attached paper, to wit: Answer to Complaint by depositing said copy enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States postoffice mail box at the City of Elsinore, California, addressed as follows:

Betty Marshall Graydon
Assistant United States Attorney
325 West F Street
San Diego 1, California

That there is either delivery service by United States Mail at the place so addressed, or regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 27th day of October, 1951.

Signature of Affiant

G. A. PEQUEGNAT, County Clerk

By _____, Deputy

Notary Public in and for the County of Riverside, State of California
Commission Expires March 26, 1954

8683