ABRAHAM GOTTFRIED, Esq.
903 Union Bank Building
Los Angeles 14, California
TRinity 7234

Attorney for defendants
Myron V. Geltman and
Pauline C. Geltman

FILED
OCT 30 1951
EDMUND L. SMITH, Clerk
By Charles A. [illegible]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,                )
                                         )
              Plaintiff,                 )   No. 1247 Civil
                                         )
       vs.                               )
                                         )
FALLBROOK PUBLIC UTILITY DISTRICT,       )   ANSWER OF DEFENDANTS MYRON V.
a public service corporation of          )
the State of California, et al,          )   GELTMAN and PAULINE C.
                                         )
              Defendants.                )   GELTMAN

FIRST DEFENSE

The complaint fails to state a claim against defendants upon which relief can be granted.

SECOND DEFENSE

I

Defendants allege that they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs I, II, III, IV, V, VI, VII and VIII of the complaint.

II

Defendants deny generally and specifically each and every allegation contained in paragraph IX of the complaint.

WHEREFORE, defendants pray that the plaintiff take nothing by its complaint and that the same be dismissed with prejudice.

[signature]

Abraham Gottfried, Attorney for
Defendants, Myron V. Geltman and
Pauline C. Geltman

8724