IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Name:** Jason David Gulihur
**Address:** 720 S Pacific St
**City and State:** Oceanside, Cal
**Telephone Number:** None

Defendant

FILED
OCT 31 1951
EDMUND L. SMITH, Clerk
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Jason David Gulihur & Lillian A. Gulihur and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*J D Gulihur*
*Lillian A Gulihur*

8588