IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Ray L. Bergman
Address
City and State: Aguanga, California
Telephone Number: Hemet, 100 X

Defendant

FILED
OCT 31 1951
EDMUND L. SMITH, Clerk
By /s/ ................
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                                )
                Plaintiff, )
                                )
     vs.                            ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
              Defendants, )

Comes now the defendant (s) Ray L. Bergman

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Ray L. Bergman

8412