IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

*Laura Sherman*
Name

*Anza Calif*
City and State

*8971?*
Telephone Number

Defendant

**FILED**

OCT 31 1951

EDMUND L. SMITH, Clerk

By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
        vs.              )
                         )     No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s) *Laura Sherman*
*Anza Calif*

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Laura Sherman*
*Anza Calif*

8414