IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

*Gladys L.*

**~~Mr.~~ Van Gordon**
_____
Name

_____
Address

**AGUANGA, CALIFORNIA**
City    and    State

_____
Telephone Number

Defendant

**FILED**

OCT 31 1951

EDMUND L. SMITH, Clerk

By _____
DEPUTY CLERK

UNITED STATES OF AMERICA        )
                                )
                    Plaintiff,  )
                                )
        vs.                     )        No. 1247
                                )
FALLBROOK PUBLIC UTILITY        )
DISTRICT, et al.,               )
                                )
                 Defendants,    )

*Gladys L.*

Comes now the defendant (s) ~~Mr.~~ VAN GORDON, sued herein

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Gladys L. Van Gordon*
_____

8415