IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

William F Parkinson
Name
21A Star Rt-
Address
Hemet           Calif.
City   and   State

_____
Telephone Number

Defendant

FILED
OCT 31 1951
EDMUND L. SMITH, Clerk
by _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
              )
              Plaintiff,  )
              )
vs.           )   No. 1247
              )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
              )
              Defendants, )

Comes now the defendant (s) William F Parkinson sued herein -
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

William F. Parkinson

8596