IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Reba E Parkinson
Name
21A Stat Rt
Address
Heniet        Calif.
City    and    State

_____
Telephone Number

Defendant

**FILED**

OCT 31 1951

EDMUND L. SMITH, Clerk

by _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                          )
                Plaintiff, )
                          )
        vs.               )          No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
                Defendants, )

Comes now the defendant (s) Reba E. Parkinson
_____ seud herein

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

Reba E Parkinson
_____

8587