IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Alice M. Green
Name
2610 Claremont Avenue
Address
Los Angeles 27, Calif.
City and State
NO I-9341
Telephone Number

Defendant

**FILED**

OCT 31 1951

EDMUND L. SMITH, Clerk
By /s/ D. Hoover
DEPUTY CLERK

UNITED STATES OF AMERICA,
                    Plaintiff,
     vs.                                    No. 1247
FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,
                    Defendants,

Comes now the defendant (s) Alice M. Green

her
and for ~~himself or themselves~~ alone and answering plaintiff's complaint on file, herein denies ~~(denx)~~ each and every material allegation contained therein.

*Alice M. Green*

8589