IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

Mrs. Nellie Milholland
Star Rte Box 208
Hemet
Calif.
_____
Defendant

**FILED**

OCT 31 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff. | )<br>)<br>) |
| vs. | ) NO. 1247- SD Civil |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al, Defendants. | )<br>)<br>)<br>) |

Comes now the defendant(s) _____

_____Mrs. Nellie Milholland_____

and for himself or themselves alone and answering plaintiff's

complaint on file, herein denies (deny) each and every material

alegation contained therein.

Mrs. Nellie Milholland
Hemet Star Rte. Box 208

8592