IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

Geo. W. Milholland
Star Rte. Box 208
Hemet
Cal.
Defendant

FILED
OCT 31 1951
EDMUND L. SMITH, Clerk
By /s/ Hooper
DEPUTY CLERK

UNITED STATES OF AMERICA, )
          Plaintiff. )
           )
   vs. )  NO 1247- SD Civil
           )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al, )
          Defendants. )

Comes now the defendant(s) Geo W. Milholland

and for himself or themself alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Geo. W. Milholland
Hemet Star Rte. Box 208

8591