IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

*Ernest. G. Register*
Name

*Ansa. Calif.*
Address

*Ansa. Calif.*
City   and   State

Telephone Number

Defendant

**FILED**

**OCT 31 1951**

EDMUND L. SMITH, Clerk
by *B. Giles Whitt*
Deputy Clerk

UNITED STATES OF AMERICA      )
                              )
            Plaintiff,        )
                              )
      vs.                     )      No. 1247
                              )
FALLBROOK PUBLIC UTILITY      )
DISTRICT, et al.,             )
                              )
            Defendants,       )

Comes now the defendant (s) *Ernest G. Register*
*Protesting. Such Action as involved*

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Ernest G. Register*
*Ansa, Calif*

8610

*copy recd*

October 31, 1951

Ruth S. Moore
P. O. Box 67
Temecula, California

Re: U.S.A. vs Fallbrook Public Ut. Dist.
1247-SD Civil

Dear Madam:

In reply to your letter of October 29, 1951, this
will serve to notify you that on October 17, 1951, on
motion of the Government, the Court ordered that the time
for filing answers in the above-named case be extended
to & including February 1, 1952. Hoping that this satis-
factorily answers your inquiry.

Very truly yours,

EDMUND L. SMITH, Clerk

By
Charles A. Seitz, Deputy