IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

---oOo---

UNITED STATES OF AMERICA, )
                                  )
           Plaintiff, )  No. 1247-Civil
                                  )
vs.                           ) AFFIDAVIT OF MAILING
                                  )
FALLBROOK PUBLIC UTILITY DISTRICT )
a public service corporation of )
the State of California, et al; )
                                  )
          Defendants. )

FILED
OCT 31 1951

---oOo---

STATE OF CALIFORNIA )
    SAN DIEGO    ) SS
COUNTY OF ~~RIVERSIDE~~ )

      SAMUEL A. HICKS_____, being duly sworn, deposes and says: That affiant is a citizen of the United States, a resident of the County of Riverside, State of California, over the age of 18 years, not a party to the above action or proceeding in connection with which the service herein referred to was made; that on behalf of Erle Stanley Gardner, whose address is P.O. Box 67, Temecula, California, which said address is also affiant's address, and on the 29th day of October, 1951, affiant deposited in the United States Mail, at Temecula, California, with the postage upon each thereof fully prepaid, a sealed envelope; that said envelope enclosed a true copy of the paper, hereto affixed, namely:

                ANSWER OF DEFENDANT,
                ERLE STANLEY GARDNER

that said envelope bore the following names and address, namely:

      Ernest A. Tolin, U. S. Attorney, and Betty Marshall Graydon,
      Assistant United States Attorney, 325 West "F" Street,
      Room 221, San Diego 1, California;

that the foregoing persons have their office at a place between which and Temecula, California, there is a regular communication by mail; that where any person above named has filed any document or

2751

76

documents in the above entitled cause the address following his name is his office address given on such document if only one, or on the last of such documents if more than one.

*Samuel A. Hicks*
Samuel A. Hicks

Subscribed and sworn to before me this 30th day of October, 1951.

Notary Public in and for the County
of ~~Riverside~~, State of California
San Diego
My Commission Expires June 10, 1954

8752