```
                                        (SPACE BELOW FOR FILING STAMP ONLY)

1    HARRY ASHTON
         LAWYER
2    408 EAST CENTRAL AVENUE
       BALBOA, CALIFORNIA
3     TELEPHONE HARBOR 1337                F I L E D

4                                            NOV 1 - 1951
5   Attorney for Defendants, A. S. RICHARDSON
              and EILEEN RICHARDSON
```



IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of<br>the State of California, et al,<br><br>　　　　　　Defendants. | No. 1247 - Civil<br><br>ANSWER OF A. S. RICHARDSON<br><br>AND EILEEN RICHARDSON |

Comes now the defendants, A. S. RICHARDSON and EILEEN RICHARDSON, and appearing for themselves alone, and not for any other defendant herein, by way of answer to plaintiff's complaint, admit, deny and allege as follows, to-wit:

FIRST DEFENSE

1. Allege that they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph I of plaintiff's complaint, and therefore deny each and every allegation, matter and fact contained therein, except that these defendants admit that the United States of America instituted the above entitled action for the purpose of having its rights to the use of water in the Santa Margarita River, a natural stream, and its tributaries, declared by the court and to have the court quiet its titles to such rights and

8753

1  enjoin the defendants from interfering with plaintiff's rights
2  as declared by the court.
3      2.  Allege that they are without knowledge or information
4  sufficient to form a belief as to the truth of the allegations con-
5  tained in Paragraph II of plaintiff's complaint, and therefore deny
6  each and every allegation, matter and fact contained therein, ex-
7  cept that these defendants admit that Camp Joseph H. Pendleton,
8  located near Oceanside, California, the United States Ammunition
9  Depot, located near Fallbrook, California, and the United States
10 Naval Hospital, located at Camp Joseph H. Pendleton, are located
11 in the Counties of San Diego and Orange in the State of California,
12 and are military establishments maintained by the United States of
13 America, and that the United States of America claims to own
14 title to said property in fee simple.
15     3.  Allege that they are without knowledge or information
16 sufficient to form a belief as to the truth of the allegations con-
17 tained in Paragraph III of plaintiff's complaint, and therefore
18 deny each and every allegation, matter and fact contained therein.
19     4.  For answer to Paragraph IV of plaintiff's complaint,
20 these defendants and each of them deny each and every allegation,
21 matter and fact contained therein, except that these defendants
22 admit that the Santa Margarita River is one source of supply of
23 water furnished and used by Camp Joseph H. Pendleton, the Naval
24 Ammunition Depot, and the United States Naval Hospital.  Admit
25 that said river, which is known in its upper reaches as the
26 Temecula River, and also known as the Temecula-Santa Margarita
27 River, is a non-navigable stream of fresh water which rises near
28 or on the northerly slope of Palomar Mountain in San Diego County,
29 California, and proceeds in a generally westerly direction for a
30 distance of approximately eighteen miles, where it crosses the
31 boundary of Riverside County and enters San Diego County, at
32 which point it continues in a generally southwesterly direction

HARRY ASHTON
LAWYER
400 EAST BALBOA BLVD.
BALBOA, CALIFORNIA
TELEPHONE
HARBOR 1337

- 2 -

8754

80

across San Diego County until it empties into the Pacific Ocean. Admit that said river and its tributaries flow partly on the surface and partly under the surface, in well-defined channels. These defendants and each of them further admit that after said river enters the lands of the plaintiff, there are numerous underground basins composed of pervious materials, sands, gravels, and other fluvial deposits, the exact areas and depths of which are unknown to these answering defendants; but allege that no portion of any basin which underlies said river where it crosses the lands of plaintiff underlies any portion of the lands of these answering defendants. Admit that said river in its course traverses approximately twenty-one miles of the property of plaintiff, and that there are no water users below the lands of said plaintiff on said river, and that the plaintiff owns the lands traversed by said river from the point where the Santa Margarita River enters plaintiff's property to the point where the river bed enters the Pacific Ocean. Deny that these answering defendants or any of them have in any way encroached upon any rights plaintiff may have in or to the waters of said river or that these defendants or either of them have reduced the quantities of water available to plaintiff from said river or any subterranean source. Deny that any acts of these answering defendants or either of them have damaged in any way any rights or property of plaintiff.

5. These defendants deny each and every allegation contained in the allegations set forth in Paragraph V of plaintiff's complaint, except that these defendants admit that the Rancho Santa Margarita, a corporation, the predecessor in interest of the United States of America, was the plaintiff in an action instituted in the Superior Court of the State of California in and for the County of San Diego, No. 42850, against N. R. Vail, Mary Vail Wilkinson, Mahlon Vail, Edward N. Vail, Margaret Vail Bell, the Vail Company, an association of persons transacting business under that common

HARRY ASHTON
LAWYER
405 EAST BALBOA BLVD.
BALBOA, CALIFORNIA
TELEPHONE
HARBOR 1937

- 3 -

8755

name, N. R. Vail, Mary Vail Wilkinson, Mahlon Vail, Edward N. Vail and Margaret Vail Bell, as trustees of said Vail Company, Mahlon Vail, executor of the estate of Margaret R. Vail, Deceased, and Laura Perry Vail, executrix of the estate of William Banning Vail, Deceased, Defendants; and Guy Bogart, Lucy Parkman Bogart and Fred Reinhold, executors of the Will of Murray Schloss, Deceased, and Philip Playtor, interveners, which action was tried in said Superior Court and resulted in a judgment for plaintiff, which judgment was subsequently reversed by the Supreme Court of the State of California, and that thereafter the parties to said action entered into a stipulated judgment, which judgment purportedly adjudicated the rights of the parties in that action to the use of waters of the Santa Margarita River, and in this respect these defendants allege that they were not parties to said action and that they are not privies to any parties named in said action or said judgment, and that they are not bound by said stipulated action or any part thereof or the findings of fact or conclusions of law entered in said action.

   6. Allege that they are without knowledge or information sufficient to form a belief as to the truth of the allegation contained in Paragraph VI of plaintiff's complaint, and therefore deny each and every allegation, matter and fact contained therein.

   7. Allege that they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph VII of plaintiff's complaint, and therefore deny each and every allegation, matter and fact contained therein.

   8. Allege that they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph VIII of plaintiff's complaint, and therefore deny each and every allegation, matter and fact contained therein, except that these answering defendants and each of them specifically deny that the plaintiff has a paramount right to any water

- 4 -

HARRY ASHTON
LAWYER
408 EAST BALBOA BLVD.
BALBOA, CALIFORNIA
TELEPHONE
HARBOR 1337

8756

or waters from the Santa Margarita River or any tributary thereof, and deny that plaintiff has any rights in and to the waters of the Santa Margarita River or any tributary thereof other than that which may accrue to plaintiff by virtue of its ownership of land which is riparian to the Santa Margarita River.

9. For answer to Paragraph IX of plaintiff's complaint, these defendants and each of them deny each and every allegation contained in said Paragraph IX and specifically deny that they have in any way violated any rights of plaintiff as therein alleged or at all. Admit that they have asserted and do not assert that their rights in and to the use of water produced or extracted from the lands hereinafter described are paramount to the rights of plaintiff and deny that said rights were acquired subsequent to or with full knowledge of the rights of the United States of America or its predecessors in interest. Admit and allege that these defendants own lands located within the water shed of the Santa Margarita River and its tributaries, and that they claim rights in and to the waters of said stream. Deny that these answering defendants or either of them have encroached upon or are encroaching upon or threaten to encroach upon any rights of plaintiff. Deny that these defendants or either of them have made any diversion or diversions of the water of the Santa Margarita River upstream from Camp Pendleton, or at all, but admit that their right to produce or extract water from, under or upon the land owned by these defendants is paramount to the rights of the United States of America.

FOR A SECOND FURTHER AND SEPARATE AND DISTINCT DEFENSE

1. These answering defendants, A. S. RICHARDSON and EILEEN RICHARDSON, are now, and at the commencement of this action and for a long time heretofore were the owners of as joint tenants, and entitled to the possession of approximately one hundred and twenty (120) acres located in the County of San Diego, State of

HARRY ASHTON
LAWYER
406 EAST BALBOA BLVD.
BALBOA, CALIFORNIA
TELEPHONE
HARBOR 1337

- 5 -

California, as more fully hereinafter described, and that said answering defendants derived their rights and ownership by mesne conveyances from the original patentee acquiring the title to said property under a homestead patent from the United States Government on or about the 21st day of July, 1909.

That the legal description of said property is as follows:

> Platt of Oliver Freeman's homestead, Entry Serial No. 06769, dated July 21, 1909, List No. 5-30, Los Angeles Land Office, Cleveland National Forrest, approximate Section 14, Township 8 South, Range 3 West, San Bernardino Meridian.
>
> North 22° 40' West, 74.90 chains to Corner No. 3, Santa Rosa Rancho. Locates Corner No. 1 on Oliver Freeman homestead.

2. That said land does not overlie any underground basin which extends under the Santa Margarita River or any tributary thereof, but that said land overlies a body of decomposed granite and blue granite which is fractured and faulted, through which water slowly percolates in various amounts through said decomposed granite and through said fractures and faults. That said water does not percolate in any general direction. That defendants claim the right to use any and all water which may be produced on or from said property for domestic use, for the purpose of irrigating such crops as are now being grown, or which may hereafter be grown upon said real property. That plaintiff herein claims some estate, right, title or interest in and to the waters which may be produced on or from said property hereinbefore described, adverse to these answering defendants and each of them, but that said claims of said plaintiff are without any right whatsoever and that the defendants are entitled to the use of all waters which they may now or which they may hereafter extract or produce from said real property for beneficial use on said real property, and to the extent that these defendants own lands riparian to the Santa Margarita River and its tributaries that

HARRY ASHTON
LAWYER
408 EAST BALBOA BLVD.
BALBOA, CALIFORNIA
TELEPHONE
HARBOR 1337

8758

84

1  they have the right to the reasonable use of the waters thereof
2  and such of its tributaries as may flow through their lands or
3  the tributaries which may enter said river upstream from their
4  lands, and that said right is a correlative right with the rights
5  of plaintiff.
6    5. That the property hereinabove described, belonging to
7  these answering defendants, lies near the head of San Mateo Creek
8  and that said property is located on the crest which divides the
9  water shed of San Mateo Creek from the water shed of the Santa
10 Margarita River, and that approximately one-half of said property
11 lies on the San Mateo side of said crest, and that the plaintiff
12 herein has no right, title or interest paramount or otherwise to
13 any waters originating on the San Mateo Creek side of said crest.
14    FOR A THIRD FURTHER AND SEPARATE AND DISTINCT DEFENSE
15    That the cause of action set forth in plaintiff's complaint
16 is barred by Sec. 318 of the Code of Civil Procedure of the State
17 of California.
18    FOR A FOURTH FURTHER AND SEPARATE AND DISTINCT DEFENSE
19    That the cause of action set forth in plaintiff's complaint
20 is barred by Sec. 319 of the Code of Civil Procedure of the State
21 of California.
22    FOR A FIFTH FURTHER AND SEPARATE AND DISTINCT DEFENSE
23    That at the time of the commencement of this action there
24 was and there now is an application on file with the State of Cali-
25 fornia Department of Public Works, Division of Water Resources,
26 made and filed by the United States of America on the 30th day of
27 June, 1942, which application is numbered 12376, wherein said
28 United States of America asked for permission to divert from a
29 point of diversion located on the Northwest 1/4 of the Northwest
30 1/4 of Section 32, Township 9 South, Range 4 West, San Bernardino
31 Base and Meridian, 165,000 acre feet of water from the Santa
32 Margarita River. That said application has never been withdrawn

HARRY ASHTON
LAWYER
408 EAST BALBOA BLVD.
BALBOA, CALIFORNIA
TELEPHONE
HARBOR 1337

- 7 -

8759

85

or dismissed, and that the same is still pending before the Division of Water Resources, and that these defendants and each of them have the right to be heard on said application, and that the rights of the United States of America to divert waters from said river are contingent upon a permit being issued by said Division of Water Resources, other than such water as said United States of America may use upon its riparian land for riparian uses.

WHEREFORE, these answering defendants pray that the plaintiff take nothing by this action, and that by decree of this court it be adjudged and decreed that these defendants, A. S. RICHARDSON and EILEEN RICHARDSON, are the owners of and entitled to possession of the above described real property with the right to produce and extract any and all waters from said real property needed for domestic use and for agricultural use on said real property, and to take and divert any and all waters of the Santa Margarita River, and its tributaries, for domestic use or for agricultural use on said real property, and that said plaintiff and all persons claiming under said plaintiff be forever barred from asserting any rights adverse to these answering defendants, and that they, and each of them, be forever barred and restrained from interfering with the rights of the answering defendants to divert water from the Santa Margarita River, or its tributaries, for domestic use or for agricultural use on their said real property or to take and divert any and all waters originating on the San Mateo Creek side of said crest for such purposes upon the real property of the answering defendants, and that the defendants recover their costs herein expended.

*Harry Ashton*
Attorney for Defendants, A. S. RICHARDSON and EILEEN RICHARDSON

HARRY ASHTON
LAWYER
408 EAST BALBOA BLVD.
BALBOA, CALIFORNIA
TELEPHONE
HARBOR 1337

- 8 -

8760

```
 1  STATE OF CALIFORNIA )
                        ) ss.
 2  COUNTY OF ORANGE    )
 3       A. S. RICHARDSON, being by me first duly sworn, deposes and
 4  says: that he is one of the defendants in the above entitled
 5  action; that he has read the foregoing ANSWER OF A. S. RICHARDSON
 6  AND EILEEN RICHARDSON and knows the contents thereof; and that
 7  the same is true of his own knowledge, except as to the matters
 8  which are therein stated upon his information or belief, and as
 9  to those matters that he believes it to be true.
```

*a. S. Richardson.*

Subscribed and sworn to before me
this 22nd day of October, 1951.

*Harry Ashton*
Notary Public in and for
said County and State.

HARRY ASHTON
LAWYER
405 EAST BALBOA BLVD.
BALBOA, CALIFORNIA
TELEPHONE
HARBOR 1337

- 9 -

2761

87

AFFIDAVIT OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

RUTH W. JORDAN, being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of Orange; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is 408 East Balboa Blvd., Balboa, California; that on the 31st day of October, 1951, affiant served the within ANSWER OF A. S. RICHARDSON AND EILEEN RICHARDSON on the plaintiff in said action, by placing a true copy thereof in an envelope addressed to the attorneys of record for said plaintiff at the office address of said attorneys, as follows:

> Ernest A. Tolin,
> United States Attorney,
> Betty Marshall Graydon,
> Assistant U. S. Attorney,
> 325 West "F" Street,
> San Diego 1, California.

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States Mail at Balboa, California, where is located the office of the attorney for the persons by and for whom said service was made.

That there is a delivery service by United States Mail at the place so addressed and there is a regular communication by mail between the place of mailing and the place so addressed.

*[signature: Ruth W. Jordan]*

Subscribed and sworn to before me this 31st day of October, 1951.

*[signature]*
Notary Public in and for said County and State.

H. M. HOLKER
NOTARY PUBLIC in and for the County
of Orange, State of California
My Commission Expires March 6, 1958

- 10 -

8762

November 1, 1951

Harry Ashton, Esq.
408 East Balboa Blvd.
Balboa, California

Dear Sir:

   Re: U. S. A. vs. Fallbrook Public Utility
    Case No. 1247-SD

Your letter of October 31, enclosing original and copy of Answer of A. S. Richardson and Eileen Richardson in the above matter, has been received and filed.

We are returning your blank check #4296 as there is no fee charged for filing an answer in this court.

       Very truly yours,

       EDMUND L. SMITH, Clerk

     by: _____
       L. Cunliffe, Deputy

Enc.

8752C
29