IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Norissa Pauline Milton and Perry Eugene Milton
Name
P.O. Box 471
Address
Fallbrook, California
City and State
560
Telephone Number

Defendant

FILED
NOV 1 1951
EDMUND L. SMITH, Clerk
By /s/ R.D. Hoover
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) **NORISSA PAULINE MILTON, sued herein as DOE SEVEN HUNDRED TWO and PERRY EUGENE MILTON, sued herein as DOE SEVEN HUNDRED THREE** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Perry E Milton
/s/ Norissa P Milton

8553