IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: K. E. HUNTER
Address: 202 Security Bldg
City and State: Glendale, Calif.
Telephone Number: CI 1-3241

Defendant

FILED
NOV 1 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants. ) | |

Comes now the defendant (s) K. E. HUNTER and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_K. E. Hunter_

8597