IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Doris I. Worcester
Name
12625 E. Rush St.
Address
El Monte, Calif.
City and State
Do 7-4270
Telephone Number

Defendant

**FILED**

NOV 1 1951

EDMUND L. SMITH, Clerk
By /s/ illegible
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
        Plaintiff, )
)
  vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
        Defendants, )

Comes now the defendant (s)/ Doris I. Worcester, a single woman and for himself (or themselves) alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Doris I. Worcester

2596