IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Oliver E. Clarno
Name
P O Box 51
Address
Fallbrook, Calif.
City    and    State
Fallbrook 437
Telephone Number

Defendant

**FILED**

NOV 1 1951

EDMUND L. SMITH, Clerk
By _R. D. Hamilton_
DEPUTY CLERK

UNITED STATES OF AMERICA           )
                                   )
                     Plaintiff,    )
                                   )
            vs.                    )      No. 1247
                                   )
FALLBROOK PUBLIC UTILITY           )
DISTRICT, et al.,                  )
                                   )
                     Defendants,   )

Comes now the defendant (s) Oliver E. Clarno _____

_____

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Oliver E. Clarno*

Oliver E. Clarno

8595