IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Abbie E. Clarno
Name
P O Box 51
Address
Fallbrook, Calif.
City and State
Fallbrook 427
Telephone Number

Defendant

FILED

NOV 1 1951

EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants. )

Comes now the defendant (X) Abbie E. Clarno

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Abbie E. Clarno*
Abbie E. Clarno

8594