IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1    David W. + Hester E. Parks
               Name
2    P.O. Box 266
               Address
3    Fallbrook     Calif.
      City    and    State
4    _____
       Telephone Number
5
         Defendant.

**FILED**

NOV 1 1951

EDMUND L. SMITH, Clerk
BY _____
          DEPUTY CLERK

6
7
8    UNITED STATES OF AMERICA      )
9                   Plaintiff,   )
10             vs.             )    No. 1247
11    FALLBROOK PUBLIC UTILITY    )
12    DISTRICT, et al.,          )
                Defendants,   )

13
14    Comes now the defendant (s)   David W. Parks
15    and   Hester E. Parks
16    and for ~~himself~~ or themselves alone and answering plaintiff's complaint on
17    file, herein ~~denies~~ (deny) each and every material allegation contained therein.
18
19             David W. Parks
20             Hester E. Parks
21
22
23
24
25
26
27
28
29
30
31
32

8598