San Diego Calif.
Oct. 29 - 1951

Mr. Edmund L. Smith
Clerk of Court
San Diego Calif.
Dear Sir:

We received a summons
concerning the Santa Margarita
Water rights dispute. We
are listed as Trustees of
the First Assembly of God
Church, San Diego Calif.
Said church had some
property in Fallbrook,
but we want to inform
you that the property
was sold and put
in Escrow in October
of 1950 and Escrow
(over)

8600
& 8600 A

was closed in July 1951
and we feel we are
no longer involved

Sincerely

Sam Schoenhoff

Fern Schoenhoff

**FILED**

NOV 1 1951

EDMUND L. SMITH, Clerk

By _____
DEPUTY CLERK