THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Idah J. Burwell
Name
8452 E. Hermosa Drive
Address
San Gabriel   California
City   and   State
Atlantic 2-5493
Telephone Number

Defendant

FILED

NOV 2 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
              )
          Plaintiff, )
              )
    vs.       )   No. 1247
              )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
              )
          Defendants, )

Comes now the defendant (s) __Idah J. Burwell for herself__ and E. C. Burwell (deceased) and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Idah J. Burwell

8601