THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

J.H.Raymond Nettleship
Mildred J. Nettleship
Name

1212 Wilshire Blvd.
Address

Los Angeles 17 California
City and State

TU 8121
Telephone Number

Defendant s

**FILED**

NOV 2 1951

EDMUND L. SMITH, Clerk
By ........................
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) J.H.Raymond Nettleship and Mildred J. Nettleship

and for ~~himself or~~ themselves alone and answering plaintiff's complaint on file, herein ~~denies~~ (deny) each and every material allegation contained therein.

*[signatures: J.H.Raymond Nettleship, Mildred J. Nettleship]*

STATE OF CALIFORNIA, } ss.
County of Los Angeles }

On This 30th day of October, A.D., 1951, before me, Annette Wiener a Notary Public in and for said County and State, personally appeared J.H.Raymond Nettleship and Mildred J.Nettleship

_____, known to me, to be the person s whose name s are subscribed to the within Instrument, and acknowledged to me that t he y executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

*[signature: Annette Wiener]*
Notary Public in and for said County and State

My Commission Expires Feb. 18, 1953

ACKNOWLEDGMENT — GENERAL — WOLCOTTS FORM 232