
THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ura Dorman
Name
Rt. 2 Box 138
Address
Fallbrook, California.
City and State
Fallbrook 7233
Telephone Number

Defendant

**FILED**

NOV 2 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) _____

Ura Dorman

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ura Dorman* (signature)