THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Cornelia Dorman
Name
Rt. 2 Box 138
Address
Fallbrook, California.
City     and     State
Fallbrook 7233
Telephone Number

Defendant

FILED

NOV 2 1951

EDMUND L. SMITH, Clerk
By........................
DEPUTY CLERK

UNITED STATES OF AMERICA          )
                                  )
                        Plaintiff,)
                                  )
              vs.                 )          No. 1247
                                  )
FALLBROOK PUBLIC UTILITY          )
DISTRICT, et al.,                 )
                                  )
                        Defendants,)

Comes now the defendant (s) _____

_____ Cornelia Dorman _____

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

Cornelia Dorman

_____