IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: D. Z. Manthos
Address: Star Rt. Box 108
City and State: ANZA, Calif.
Telephone Number:

Defendant

FILED
NOV 5 - 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., ) | |
| Defendants. ) | |

Comes now the defendant(s) D. Z. Manthos and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

D. Z. Manthos

8606