IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Arthur T. Bogstie
_____Name_____
3062 Grape Street
_____Address_____
San Diego, California
___City___ and ___State___
Franklin 9-8813
___Telephone Number___

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) _____

_____ Arthur T. Bogstie _____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Arthur T. Bogstie*

FILED
NOV 5 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8609