IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mary V. Bogstie
Name
3062 Grape Street
Address
San Diego, California
City and State
Franklin 9-8813
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) _____

Mary V. Bogstie

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Mary V. Bogstie*

FILED
NOV 5 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

2608