IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

James Raisis
___Name___
H. At. Box 109
___Address___
Anza, Calif
___City and State___

___Telephone Number___

Defendant

FILED
NOV 5 - 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
        vs.               )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
            Defendants,   )

Comes now the defendant (s) __James Raisis__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

James Raisis

2607