IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Theodore Connely
Address: Route 2 Box 212
City and State: Fallbrook, California
Telephone Number: 248

Defendant

FILED NOV 7 - 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
               Plaintiff, )
       vs.                ) No. 1247
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
              Defendants, )

Comes now the defendant(s) **THEODORE CONNELY, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Theodore Connely*

8613