IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

WILLIAM CLARK GREER AND ANITA A. GREER
Name
Rt. 2 - Box 170
Address
FALLBROOK, CALIFORNIA
City and State

Telephone Number

Defendant

**FILED**
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By ..................
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant(s) WILLIAM CLARK GREER, sued herein as DOE FOUR HUNDRED FOURTEEN AND ANITA A. GREER, sued herein as DOE FOUR HUNDRED THIRTEEN and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*William Clark Greer*
*Anita A. Greer*

8614