IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Emilie E. Ahrend
Address: Route 2 Box 36
City and State: Fallbrook, California
Telephone Number: 7311

Defendant

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) **EMILIE E. AHREND**, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Emilie E. Ahrend*

8615