IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: H. B. MYERS

Address

City and State: DE LUZ, CALIFORNIA

Telephone Number

Defendant

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
               )
          Plaintiff, )
               )
     vs.        )   No. 1247
               )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
               )
          Defendants, )

Comes now the defendant(s) H. B. MYERS, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ H. B. Myers

8616