IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  CORA H. MYERS
        Name
2
        Address
3  De Luz, California
      City   and   State
4
      Telephone Number
5
           Defendant
6
7

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By _____
         DEPUTY CLERK

8  UNITED STATES OF AMERICA    )
9                              )
              Plaintiff,       )
10        vs.                  )
                               )  No. 1247
11 FALLBROOK PUBLIC UTILITY    )
   DISTRICT, et al.,           )
12                             )
              Defendants,      )
13

14  Comes now the defendant (s) CORA H. MYERS, sued herein
15
16 and for himself or themselves alone and answering plaintiff's complaint on
17 file, herein denies (deny) each and every material allegation contained therein.
18
19                              Cora H Myers
20
...
32

8617