IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Carmella Di Piazza
Name
P.O. Box 483
Address
Fallbrook, California
City and State
662
Telephone Number

Defendant

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By ........................
DEPUTY CLERK

UNITED STATES OF AMERICA,  )
                           )
                Plaintiff, )
                           )
        vs.                )  No. 1247
                           )
FALLBROOK PUBLIC UTILITY   )
DISTRICT, et al.,          )
                           )
                Defendants.)

Comes now the defendant (s) __CARMELLA DI PIAZZA, sued herein as DOE TWO HUNDRED EIGHTY TWO__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Carmela Di Piazza*

8618