IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Elmer R. Eggers
Address: Route 1 Box 147
City and State: Fallbrook, California
Telephone Number: 7029

Defendant

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) **ELMER R. EGGERS, sued herein as DOE THREE HUNDRED SEVEN** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Elmer R. Eggers*

8619