IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Fred D. Leach
Name
Route 1 Box 13
Address
Fallbrook, California
City and State
454
Telephone Number

Defendant

**FILED**

NOV 7 - 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1247 |
| ) | |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| ) | |
| Defendants, ) | |

Comes now the defendant (s) **FRED D. LEACH, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Fred D. Leach*

8620