IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

```
John Kuhnis
       Name
Box 4
       Address
De Luz, California
   City   and   State
   None
   Telephone Number

   Defendant
```

FILED

NOV 7 - 1951

EDMUND L. SMITH, Clerk
By /s/ _____
              DEPUTY CLERK

UNITED STATES OF AMERICA         )
                                 )
                     Plaintiff,  )
                                 )
       vs.                       )   No. 1247
                                 )
FALLBROOK PUBLIC UTILITY         )
DISTRICT, et al.,                )
                                 )
                     Defendants, )

Comes now the defendant(s) **JOHN KUHNIS, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ John Kuhnis*

8621