IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Grace M. Leach
Address: Route 1 Box 13
City and State: Fallbrook, California
Telephone Number: 454

Defendant

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
            Plaintiff, )
       vs.               )   No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
            Defendants,  )

   Comes now the defendant (s) GRACE M. LEACH, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

                                    Grace M. Leach

8622