IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

VERNO O. WILEY
Name
Rt. 1 - Box 151
Address
FALLBROOK, CALIFORNIA
City    and    State
620
Telephone Number

Defendant

**FILED**

NOV 7 - 1951

EDMUND L. SMITH, Clerk
By _R. V. W. Clann_
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )          No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __VERNO O. WILEY, sued herein__

_____

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

_Verno O Wiley_

_____

8623