IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Robert J. Marks**
Name
**Route 1   Box 242**
Address
**Fallbrook, California**
City and State
**7027**
Telephone Number

Defendant

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By ............
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) **ROBERT J. MARKS, sued herein as DOE SIX HUNDRED SEVENTY FIVE**
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Robert J. Marks*

2624