IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Sybil E. Chapman
Name
Route 2  Box 166-A
Address
Fallbrook, California
City   and   State
None
Telephone Number

Defendant

FILED

NOV 7 - 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) **SYBIL E. CHAPMAN, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Sybil E. Chapman* (signature)

8625