IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Jeanne S. Marks
Name
Route 1  Box 242
Address
Fallbrook, California
City and State
7027
Telephone Number

Defendant

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By............................
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) __JEANNE S. MARKS, sued herein as DOE SIX HUNDRED SEVENTY FOUR__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*[signature]*

8626