IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Ethel M. Parshall**
Name
**Route 1   Box 49**
Address
**Fallbrook, California**
City     and     State
**7141**
Telephone Number

Defendant

FILED

NOV 7 - 1951

EDMUND L. SMITH, Clerk
By ........................
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
              Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
             Defendants, )

Comes now the defendant (s) **ETHEL M. PARSHALL, sued herein as DOE SEVEN HUNDRED EIGHTY THREE**
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ethel M. Parshall*

8627