IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1   Raymond A. Grantham
              Name
2   Route 1   Box 52
              Address
3   Fallbrook, California
        City   and   State
4         310
         Telephone Number
5
                    Defendant
6

7

8   UNITED STATES OF AMERICA          )
9                         Plaintiff,  )
                                      )
10              vs.                   )        No. 1247
                                      )
11  FALLBROOK PUBLIC UTILITY          )
    DISTRICT, et al.,                 )
12                      Defendants,   )
13

14          Comes now the defendant (s)  RAYMOND A. GRANTHAM, sued

15  herein as DOE FOUR HUNDRED TEN

16  and for himself or themselves alone and  answering  plaintiff's  complaint  on

17  file, herein denies (deny) each and every material allegation contained therein.

18

19                          Raymond A Grantham

20

21

22

23

24

25

26

27

28

29

30

31

32

**FILED**

NOV 7 - 1951

EDMUND L. SMITH, Clerk
By_____
          DEPUTY CLERK

8628