IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Zelma F. Crooks
Address: P.O. Box 234
City and State: Fallbrook, California
Telephone Number: 257

Defendant

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
           Plaintiff, )
vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
           Defendants, )

Comes now the defendant (s) **ZELMA F. CROOKS, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Zelma F. Crooks* (signature)

8629