IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**David S. Crawford and Constance L. Crawford**
Name
**Route 2  Box 234**
Address
**Fallbrook, California**
City and State
**7011**
Telephone Number

Defendant

FILED

NOV 7 - 1951

EDMUND L. SMITH, Clerk
By ........................
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) **DAVID S. CRAWFORD, sued herein CONSTANCE L. CRAWFORD, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*David S Crawford*
*Constance L Crawford*

8630