IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Cyril G. Margetts and Louise Margetts
Name
7275 Blackton Drive
Address
La Mesa, California
City and State
Homeland 66237
Telephone Number

Defendant

**FILED**

NOV 7 - 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __CYRIL G. MARGETTS, sued herein__

__and LOUISE MARGETTS, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Cyril G. Margetts*
*Louise Margetts*

8631