IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

"F." "M." Bell and Dora A. Bell
Name
P.O. Box 312
Address
Fallbrook, California
City and State
7358
Telephone Number

Defendant

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) "F" "M." BELL, sued herein and DORA A. BELL, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

"F" "M" Bell
Dora A. Bell

8632