THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Chester O. Tanner and Theodosia S. Tanner
Name
3255 Fourth Avenue
Address
San Diego, California
City         and        State
Jackson 5151
Telephone Number

Defendant

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
)
      Plaintiff, )
)
  vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
     Defendants, )

  Comes now the defendant (s) **CHESTER O. TANNER, sued herein THEODOSIA S. TANNER, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Chester O Tanner*
*Theodosia S Tanner*