THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Imogene Richards and Joseph A. Richards
Name
P.O. Box 566
Address
Fallbrook, California
City and State
7266
Telephone Number

Defendant

FILED

NOV 7 - 1951

EDMUND L. SMITH, Clerk
By................................
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant(s) IMOGENE RICHARDS, sued herein as DOE EIGHT HUNDRED FORTY NINE and JOSEPH A. RICHARDS, sued herein as DOE EIGHT HUNDRED FIFTY and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Imogene R. Richards
Joseph A. Richards