IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Jackson M. Oswald
Name
P.O. Box 93
Address
Fallbrook, California
City and State
409
Telephone Number

Defendant

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
     Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
     Defendants, )

Comes now the defendant (s) JACKSON M. OSWALD, sued herein as DOE SEVEN HUNDRED SIXTY and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

           Jackson M. Oswald

8674