THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Jewell Calvert & Urey Calvert
Address: Route 1  Box 21
City and State: Fallbrook, California
Telephone Number: 440

Defendant

UNITED STATES OF AMERICA )
                Plaintiff, )
vs.                       ) No. 1247
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                Defendants, )

Comes now the defendant(s) **JEWELL CALVERT, sued herein and UREY CALVERT, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Urey Calvert*
*Jewell Calvert*

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK