IN THE UNITED STATES DISTRICT COURT

Southern Division

A Mae Gruner
*Name*

R3- Box 212
*Address*

Escondido      Calif
*City      and      State*

*Telephone Number*

8739- M 2
*Defendant*

FILED

NOV 7 - 1951

EDMUND L. SMITH, Clerk

By _____

DEPUTY CLERK

UNITED STATES OF AMERICA )
)
                    Plaintiff, )
)
            vs.            )        No. 1247
)
FALLBROOK PUBLIC UTILITY   )
DISTRICT, et al.,          )
)
                    Defendants, )

Comes now the defendant (s) A Mae Gruner
_____

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

A Mae Gruner
_____

8676