IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

| | |
|---|---|
| **Floyd E. Ahrend** | |
| Name | |
| **Route 2  Box 36** | |
| Address | |
| **Fallbrook, California** | |
| City and State | |
| **7311** | |
| Telephone Number | |
| Defendant | |

FILED

NOV 7 - 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA,   )
                Plaintiff,   )
    vs.   )   No. 1247
FALLBROOK PUBLIC UTILITY   )
DISTRICT, et al.,   )
                Defendants.   )

      Comes now the defendant (s) **FLOYD E. AHREND**, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Floyd E. Ahrend*

8633