IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

LYLE W. STOKES
Name
Rt. 2 - Box 267
Address
FALLBROOK, CALIFORNIA
City and State
7009
Telephone Number

Defendant

FILED

NOV 7 - 1951

EDMUND L. SMITH, Clerk
By /s/ ........................
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __LYLE W. STOKES, sued__ herein as DOE NINE HUNDRED FIFTY THREE and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_/s/ Lyle W. Stokes_

2634