IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Arthur P. Parshall
Name
Route 1  Box 49
Address
Fallbrook, California
City  and  State
7141
Telephone Number

Defendant

**FILED**

NOV 7 - 1951

EDMUND L. SMITH, Clerk
BY .......................
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) **ARTHUR P. PARSHALL, sued herein as DOE SEVEN HUNDRED EIGHTY TWO**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Arthur P. Parshall*

8635