IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Elmer J. Burney & Hazel D. Burney
Address: Route 2 Box 6
City and State: Fallbrook, California
Telephone Number: 7248

Defendant

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
      vs.                )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant(s) **ELMER J. BURNEY, sued herein and HAZEL D. BURNEY, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Elmer J Burney*
*Hazel D Burney*

8636