IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: H. Neil Rhodes
Address: P.O. Box 711
City and State: Fallbrook, California
Telephone Number: 644

Defendant

**FILED**

NOV 7 - 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
             Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
           Defendants. )

Comes now the defendant(s) __H. NEIL RHODES, sued herein as DOE EIGHT HUNDRED FORTY FOUR__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ H Neil Rhodes*

8637