IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ruby M. Rhodes
Name

P.O. Box 711
Address

Fallbrook, California
City and State

644
Telephone Number

Defendant

FILED

NOV 7 – 1951

EDMUND L. SMITH, Clerk
By ...........................
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
   vs.                    )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
            Defendants.   )

Comes now the defendant (s) RUBY M. RHODES, sued herein as DOE EIGHT HUNDRED FORTY SIX and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ruby M. Rhodes*

8639