IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: WILLIAM J. WALTZ & HILDEGARD L. WALTZ
Address: 4517 SOUTH FIGUEROA STREET
City and State: LOS ANGELES 37, CALIFORNIA
Telephone Number:

Defendant

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant(s) __WILLIAM J. WALTZ, sued herein & HILDEGARD L. WALTZ, sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*William J. Waltz*
*Hildegard L. Waltz*
*By William J. Waltz*
*Legal Guardian*

2639