IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Ada E. Pruitt and James L. Pruitt**
Name
**11306 East Magnolia Street**
Address
**El Monte, California**
City and State
**None**
Telephone Number

Defendant

FILED

NOV 7 - 1951

EDMUND L. SMITH, Clerk
By ................
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) __ADA E. PRUITT, sued herein and JAMES L. PRUITT, sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ada E Pruitt*
*James L Pruitt*

8640