IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Florence M. Fike
Name

Address
Aguanga, California
City and State

Telephone Number

Defendant

FILED
NOV 7 – 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                Plaintiff, )
   vs. )   No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
              Defendants, )

Comes now the defendant(s) **FLORENCE M. FIKE, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Florence M. Fike*

8641