IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Justina R. Beck
Name
Route 2 Box 189
Address
Fallbrook, California
City     and     State
_____
Telephone Number

Defendant

FILED

NOV 7 - 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1247 |
| ) | |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| ) | |
| Defendants, ) | |

   Comes now the defendant (s) __JUSTINA R. BECK, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

                                        Justina R. Beck

8642