IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Lois E. Plank (Same as Lois E. Plant)**
Name
**Route 2  Box 42**
Address
**Fallbrook, California**
City       and      State
**485**
Telephone Number

Defendant

FILED

NOV 7 - 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
|  Defendants. | ) |

Comes now the defendant (s) **LOIS E. PLANK, (same as LOIS E. PLANT), sued herein as DOE EIGHT HUNDRED** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Lois E. Plank* (signature)

8643