Southern District of California
Southern Division

Doris E Lancaster
Name
Rt 2 Box 272
Address
Fallbrook        Calif.
City        and        State
7485
Telephone Number

Defendant

FILED

NOV 7 - 1951

EDMUND L. SMITH, Clerk
By_____
DEPUTY CLERK

UNITED STATES OF AMERICA            )
                                    )
                    Plaintiff,      )
                                    )
            vs.                     )       No. 1247
                                    )
FALLBROOK PUBLIC UTILITY            )
DISTRICT, et al.,                   )
                                    )
                    Defendants,     )

Comes now the defendant (s) _Doris E Lancaster_

_____

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

                    Doris E Lancaster