Southern District of California
Southern Division

*George D. Lancaster*
Name

*Rt 2 Box 272*
Address

*Fallbrook, Calif.*
City   and   State

*7485*
Telephone Number

Defendant

# FILED

NOV 7 - 1951

EDMUND L. SMITH, Clerk

By *P. Ashcombe*
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
                    Plaintiff, )
)
        vs.              )        No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
)
                Defendants, )

Comes now the defendant (s) *George D. Lancaster*

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Geo. D. Lancaster*

8644