IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  Alice M. Lattimer and William F. Lattimer
        Name
2  P.O. Box 169
        Address
3  Fallbrook, California
    City and State
4  367
    Telephone Number
5
6              Defendant

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By _____
       DEPUTY CLERK

8  UNITED STATES OF AMERICA     )
9                       Plaintiff, )
10         vs.                   )   No. 1247
11  FALLBROOK PUBLIC UTILITY     )
    DISTRICT, et al.,            )
12                               )
13                   Defendants, )

14    Comes now the defendant(s) ALICE M. LATTIMER, sued herein as
15  DOE SIX HUNDRED THREE and WILLIAM F. LATTIMER, sued herein as
16  DOE SIX HUNDRED FOUR and for himself or themselves alone and answering plaintiff's complaint on
17  file, herein denies (deny) each and every material allegation contained therein.

                        *Alice M. Lattimer*
                        *William F. Lattimer*

8645