In the United States District Court
Southern District of California
Southern Division

Leora A. Pitman
Name
P.O. Box 742
Address
Fallbrook, California
City and State
6 4 5
Telephone Number

Defendant

FILED
NOV 7 – 1951
EDMUND L. SMITH, Clerk
By ...........................
DEPUTY CLERK

UNITED STATES OF AMERICA,  )
                Plaintiff,  )
     vs.  )  No. 1247
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,  )
              Defendants,  )

    Comes now the defendant (s) __Leora A. Pitman, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Leora A. Pitman*

2646