THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Dorothy Moffat
Name
Route 2   Box 173
Address
Fallbrook, California
City      and      State
None
Telephone Number

Defendant

**FILED**

NOV 7 - 1951

EDMUND L. SMITH, Clerk
By.....................
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )          No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) DOROTHY MOFFAT, sued herein

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

Dorothy Moffat

8647