THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Laura Vitale and William J. Vitale**
Name
**6605 Cleon Avenue**
Address
**North Hollywood, California**
City and State
**Sunset 17382**
Telephone Number

Defendant

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By ............................
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1247 |
| ) | |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| ) | |
| Defendants, ) | |

Comes now the defendant(s) **LAURA VITALE, sued herein and WILLIAM J. VITALE, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Laura Vitale*
*William Vitale*