THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Evaline C. Staude & Oliver B. Staude
    Name
P.O. Box 38
    Address
Fallbrook, California
    City    and    State
605
    Telephone Number

Defendant

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By ..........................
    DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
    vs.                  )    No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s) EVALINE C. STAUDE, sued herein as DOE NINE HUNDRED THIRTY SIX OLIVER B. STAUDE, sued herein as DOE NINE HUNDRED THIRTY SEVEN and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Oliver B Staude*
*Evaline C Staude*