IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Faleta C. Saunders
Name

Route 1 Box 17
Address

Fallbrook, California
City and State

614
Telephone Number

Defendant

**FILED**

NOV 7 - 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
                 Plaintiff, )
)
    vs. )    No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
               Defendants, )

    Comes now the defendant (s) **FALETA C. SAUNDERS, sued herein as DOE EIGHT HUNDRED EIGHTY ONE** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

                                  *Faleta C. Saunders*