THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  MELVILLE D. SEITRICH AND MARGARET M. SEITRICH
        Name
2  Rt. 2 - Box 15 B
        Address
3  FALLBROOK, CALIFORNIA
        City   and   State
4  _____
        Telephone Number
5
        Defendant
6

**FILED**

**NOV 7 - 1951**

EDMUND L. SMITH, Clerk
By_____
        DEPUTY CLERK

7

8  UNITED STATES OF AMERICA           )
9                          Plaintiff, )
10              vs.                    )      No. 1247
11  FALLBROOK PUBLIC UTILITY          )
    DISTRICT, et al.,                 )
12                                     )
                        Defendants,   )
13

14      Comes now the defendant (s) MELVILLE D. SEITRICH, sued

15  herein and MARGARET M. SEITRICH, sued herein

16  and for himself or themselves alone and answering plaintiff's complaint on

17  file, herein denies (deny) each and every material allegation contained therein.

18

19                          Melville D. Seitrich

20                          Margaret M. Seitrich

21