Southern District of California
Southern Division

Mary E. Sallee and Frazier M. Sallee
Name
P.O. Box 126
Address
San Jacinto, California
City      and      State

Telephone Number

Defendant

# FILED

NOV 7 - 1951

EDMUND L. SMITH, Clerk
By .......................................
DEPUTY CLERK

UNITED STATES OF AMERICA          )
                                  )
                        Plaintiff, )
                                  )
        vs.                       )        No. 1247
                                  )
FALLBROOK PUBLIC UTILITY          )
DISTRICT, et al.,                 )
                                  )
                     Defendants,  )

Comes now the defendant (s)__MARY E. SALLEE, sued herein

and FRAZIER M. SALLEE, sued herein

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Frazier m Sallee*

*Mary E. Sallee*

8652