IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

George G. Saunders
Name
Route 1  Box 17
Address
Fallbrook, California
City   and   State
614
Telephone Number

Defendant

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By /s/ _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant(s) GEORGE G. SAUNDERS, sued herein as DOE EIGHT HUNDRED EIGHTY TWO and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ George R. Saunders