```
Cecil E: Morris and John J. Morris
              Name
Route 1  Box 25
              Address
Fallbrook, California
     City   and   State
     421
       Telephone Number

              Defendant
```

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By........................ DEPUTY CLERK

UNITED STATES OF AMERICA     )
                             )
                 Plaintiff,  )
                             )
         vs.                 )   No. 1247
                             )
FALLBROOK PUBLIC UTILITY     )
DISTRICT, et al.,            )
                             )
                 Defendants, )

Comes now the defendant (s) **CECIL E. MORRIS, sued herein as DOE SEVEN HUNDRED NINETEEN and JOHN J. MORRIS, sued herein as DOE SEVEN HUNDRED TWENTY** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Cecil E. Morris*
*John J. Morris*

8653