IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Florine D. Harrison and Leighton L. Harrison**
Name
**P.O. Box 398**
Address
**Fallbrook, California**
City and State
**610**
Telephone Number

Defendant

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, et al., ) | |
| ) Defendants, ) | |

Comes now the defendant(s) **FLORINE D. HARRISON, sued herein as DOE FOUR HUNDRED FORTY SIX and LEIGHTON L. HARRISON, sued herein as DOE FOUR HUNDRED FORTY EIGHT** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Leighton L. Harrison*
*Florine D. Harrison*

8654