IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  **Marjorie B. Tuttle and Clyde R. Tuttle**
   Name
2  **Route 1  Box 257**
   Address
3  **Fallbrook, California**
   City   and   State
4  **7048**
   Telephone Number

   Defendant

FILED
NOV 7 – 1951
EDMUND L. SMITH, Clerk
By ............................
        DEPUTY CLERK

UNITED STATES OF AMERICA       )
                               )
                    Plaintiff, )
                               )
           vs.                 )   No. 1247
                               )
FALLBROOK PUBLIC UTILITY       )
DISTRICT, et al.,              )
                               )
                   Defendants, )

   Comes now the defendant (s) **MARJORIE B. TUTTLE, sued herein and CLYDE R. TUTTLE, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Marjorie B. Tuttle*
*Clyde R. Tuttle*

8655