IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

<u>Alfred E. Lutze</u>
Name
<u>Route 2  Box 208</u>
Address
<u>Fallbrook, California</u>
City        and       State
<u>7360</u>
Telephone Number

Defendant

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By ........................
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
  Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
  Defendants, )

Comes now the defendant (s) <u>ALFRED E. LUTZE, sued herein</u> <u>as DOE SIX HUNDRED FORTY ONE</u>

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Alfred E Lutze*

8656