IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Michael B. Tobin and Ruby M. Tobin
Name
1702 South Normandie Avenue
Address
Los Angeles 6, California
City   and   State
Re- 30801
Telephone Number

Defendant

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA       )
                               )
                    Plaintiff, )
                               )
          vs.                  )   No. 1247
                               )
FALLBROOK PUBLIC UTILITY       )
DISTRICT, et al.,              )
                               )
                   Defendants, )

Comes now the defendant(s) **MICHAEL V. TOBIN, sued herein and RUBY M. TOBIN, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Michael V Tobin*
*Ruby M. Tobin*

8657