IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Louis A. Mangan
Name
1142 Avalon Blvd.
Address
Wilmington, California
City and State
Terminal 43768
Telephone Number

Defendant

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
        Plaintiff, )
vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
        Defendants, )

Comes now the defendant (s) Louis A. Mangan

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Louis A Mangan*

8658