IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Isabella Rail
Address: Route 1 Box 232
City and State: Fallbrook, California
Telephone Number: None

Defendant

**FILED**

NOV 7 - 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
               Plaintiff, )
         vs.              )  No. 1247
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
               Defendants, )

Comes now the defendant(s) **ISABELLA RAIL, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Isabella Rail*

8659