IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**C. C. KINSMAN**
Name
**P.O. Box 28**
Address
**Fallbrook, California**
City and State
**555**
Telephone Number

Defendant

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) **C. C. KINSMAN, sued herein as DOE FIVE HUNDRED SEVENTY FOUR** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*C. C. Kinsman*

8660