IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Carl Drescher
Name
124 South Isabel
Address
Glendale 5, California
City and State
Citrus 28668
Telephone Number

Defendant

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By ................................
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __CARL DRESCHER, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Carl Drescher*

8661