IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Thomas Gale Knight
Name
P.O. Box 453
Address
Fallbrook, California
City and State
461
Telephone Number
Defendant

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By ........................
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) **THOMAS GALE KNIGHT, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Thomas Gale Knight*

8662