IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: **Lillian L. Woodrow**
Address: **Route 1  Box 2-A**
City and State: **Fallbrook, California**
Telephone Number: **7131**

Defendant

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) __LILLIAN L. WOODROW, sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Lillian L. Woodrow*

8663