THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

John Steinhoff
Name
Route 2 Box 186
Address
Fallbrook, California
City and State
251
Telephone Number

Defendant

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
        Plaintiff,       )
                         )
vs.                      )  No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
        Defendants,      )

Comes now the defendant (s) **JOHN STEINHOFF, sued herein as DOE NINE HUNDRED FORTY ONE** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

John Steinhoff