IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Floyd W. Rail
Name
Route 1 Box 232
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

FILED

NOV 7 - 1951

EDMUND L. SMITH, Clerk
By ..................
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
    Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
    Defendants, )

Comes now the defendant (s) **FLOYD W. RAIL, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Floyd W Rail*

8666