IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1 | Susie M. Oswald
  |    Name
2 | P.O. Box 93
  |    Address
3 | Fallbrook, California
  | City       and     State
4 |       409
  |   Telephone Number
5 |
  |        Defendant
6 |

FILED

NOV 7 - 1951

EDMUND L. SMITH, Clerk
By _____
        DEPUTY CLERK

8  | UNITED STATES OF AMERICA        )
9  |                      Plaintiff, )
10 |         vs.                     )   No. 1247
11 | FALLBROOK PUBLIC UTILITY        )
   | DISTRICT, et al.,               )
12 |                                 )
   |                     Defendants, )
13 |

14       Comes now the defendant (s) __SUSIE M. OSWALD, sued herein

15  as DOE SEVEN HUNDRED SIXTY TWO_____

16  and for himself or themselves alone and answering plaintiff's complaint on

17  file, herein denies (deny) each and every material allegation contained therein.

                                           *Susie M. Oswald* (signature)

8667