IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Walter Rudolph Kuhn
Name
P.O. Box 546
Address
Fallbrook, California
City and State
409
Telephone Number

Defendant

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By ........................
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) WALTER RUDOLPH KUHN, sued herein as DOE FIVE HUNDRED NINETY FOUR and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Walter R Kuhn*

8668