IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Herbert M. Webb and Faye O. Webb
Name
General Delivery
Address
Hemet, California
City and State
4669
Telephone Number

Defendant

FILED
NOV 7 – 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __HERBERT M. WEBB, sued herein and FAYE O. WEBB, sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Herbert M Webb*
*Faye O Webb*

8669