í THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Vera Ingalls and William E. Ingalls
Name

Route 2  Box 214
Address

Fallbrook, California
City      and      State

None
Telephone Number

Defendant

**FILED**

NOV 7 - 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
        vs.              )          No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant (s) VERA INGALLS, sued herein and

WILLIAM E. INGALLS, sued herein as DOE ONE HUNDRED SIXTY*SIX

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Vera Ingalls*
*William E. Ingalls*.

8670