IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Lorna M. Blankenship and Ronald I. Blankenship
Name
Route 2  Box 135
Address
Fallbrook, California
City and State
256
Telephone Number

Defendant

FILED
NOV 7 - 1951
EDMUND L. SMITH, Clerk
By ........................
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
         Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
         Defendants, )

Comes now the defendant (s) **LORNA M. BLANKENSHIP, sued herein and RONALD I. BLANKENSHIP, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Lorna M Blankenship*
*Ronald I Blankenship*

8671