IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Estelle M. Pomeroy
Name

Box 93
Address

Aguanga, Calif.
City and State

_____
Telephone Number

Defendant

RECEIVED
NOV 13 1951
U. S. ATTORNEY
SAN DIEGO, CALIF.

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Estelle M. Pomeroy, Township 7-s. Range 2 East,

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Estelle M Pomeroy*

FILED
NOV 13 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

0418