IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Timothy C. Pomeroy
Box 93
Address: Aguanga, Calif.
City and State

Telephone Number

Defendant

RECEIVED
NOV 13 1951
U. S. ATTORNEY
SAN DIEGO, CALIF.

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __Timothy C. Pomeroy,__ __Township 7-s Range 2 East__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Timothy C. Pomeroy*

FILED
NOV 13 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8419