IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

_Edith Thaiss_
Name

P.O. Aguanga, Cal.
Address
City and State

Emory
Telephone Number

Defendant

UNITED STATES OF AMERICA )
 )
       Plaintiff, )
 )
vs. ) No. 1247
 )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
 )
       Defendants, )

Comes now the defendant (s) _Edith Thaiss_

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Edith Thaiss_

FILED
NOV 13 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8420