IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

William Shaw
Name

P.O. Aguanga Cal.
Address
City and State

EMORY
Telephone Number

Defendant

FILED
NOV 13 1951
EDMOND L. SMITH, Clerk
By _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) William Shaw

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

William Shaw

8421