IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Donald B. Trunnell
Name

Address

Aguanga, Calif.
City and State

Telephone Number

Defendant

FILED
NOV 13 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Donald B. Trunnell

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Donald B Trunnell*

0417