IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Esther M. Trunnell

Address:

City and State: Aguanga, Calif.

Telephone Number:

Defendant

FILED
NOV 13 1951
EDMUND L. SMITH, Clerk
By /s/ [signature]
DEPUTY CLERK

UNITED STATES OF AMERICA, )
 )
              Plaintiff,   )
 )
       vs.                 )   No. 1247
 )
FALLBROOK PUBLIC UTILITY   )
DISTRICT, et al.,          )
 )
              Defendants.  )

Comes now the defendant (s) Esther M. Trunnell

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Esther M. Trunnell

0416