IN THE DISTRICT COURT OF THE UNITED STATES

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California; et al;

           Defendants

No. 1247-SD Civil

AFFIDAVIT OF SERVICE BY MAIL

**FILED**

NOV 13 1951

EDMUND L. SMITH, Clerk

By _____ DEPUTY CLERK

UNITED STATES OF AMERICA  } ss.
SOUTHERN DISTRICT OF CALIFORNIA }

      RUTH M. JOHNSON, being first duly sworn, deposes and says:

      That (s)he is a citizen of the United States and a resident of San Diego County, California; that (his)(her) business address is 1405 Fifth Ave., Rm. 301, San Diego, California; that (s)he is over the age of eighteen years, and is not a party to the above-entitled action;

      That on November 13, 1951 (s)he deposited in the United States Mails at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of Motion to Try Separately Certain Issues, and Memorandum of Points and Authorities in Support of Motions to Try Separately Certain Issues,

addressed to Phil D. Swing, Attorney-At-Law, 604 San Diego Trust & Savings Building, San Diego 1, California,

his last known address, at which place there is a delivery service by United States Mails from said post office.

                                      Ruth M. Johnson
                                      RUTH M. JOHNSON

SUBSCRIBED and SWORN to before me, this 13th day of November, 1951

Clerk, U.S. District Court, Southern District of California,

By _____ Deputy.

396