```
 1                IN THE DISTRICT COURT OF THE UNITED STATES
 2              IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
 3                            SOUTHERN DIVISION
 4
 5  UNITED STATES OF AMERICA,       )
 6                    Plaintiff,    )     No. 1247-SD Civil
 7            vs.                   )     AFFIDAVIT OF SERVICE BY MAIL
 8  FALLBROOK PUBLIC UTILITY DISTRICT, a )
    public service corporation of the    )        FILED
 9  State of California, et al Defendants )
10  UNITED STATES OF AMERICA       )              NOV 13 1951
                                   )  ss.
11  SOUTHERN DISTRICT OF CALIFORNIA)        EDMUND L. SMITH, Clerk
12                                                  DEPUTY CLERK
13       RUTH M. JOHNSON, being first duly sworn, deposes and says:
14       That (s)he is a citizen of the United States and a resident of
15  San Diego County, California; that (his)(her) business address is 1405 Fifth
    Ave., Rm. 301, San Diego,
16  California; that (s)he is over the age of eighteen
17  years, and is not a party to the above-entitled action;
18       That on November 13, 1951  (s)he deposited in the United States Mails
                                          at San Diego,
19  California, in the
20  above-entitled action, in an envelope bearing the requisite postage, a copy of
21  Motion to Try Separately Certain Issues, and Memorandum of Points and Authorities
    in Support of Motions to Try Separately Certain Issues,
22  addressed to Attorney General, California Department of Justice, 600 State Building,
23  San Francisco, California - Attention: Mr. B. Abbott Goldberg
24  his last known address, at which place there is a delivery service by United
25  States Mails from said post office.
26                                              Ruth M. Johnson
                                                 RUTH M. JOHNSON
27  SUBSCRIBED and SWORN to before me,
28  this 13th day of November, 1951
29  Clerk, U.S. District Court, Southern District of California,
30  By
31  _____ Deputy.
32
                                                           397
```