IN THE DISTRICT COURT OF THE UNITED STATES

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

No. 1247-SD Civil

vs.

AFFIDAVIT OF SERVICE BY MAIL

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California; et al;
        Defendants

FILED
NOV 13 1951
EDMUND L. SMITH, Clerk
By /s/ Johnson
DEPUTY CLERK

UNITED STATES OF AMERICA } ss.
SOUTHERN DISTRICT OF CALIFORNIA }

    RUTH M. JOHNSON, being first duly sworn, deposes and says:

    That (s)he is a citizen of the United States and a resident of San Diego ~~Los Angeles~~ County, California; that (~~his~~) (her) business address is ~~500 Post Office~~ 1405 Fifth Avenue, Rm. 301, San Diego, ~~and Court House, Los Angeles,~~ California; that (s)he is over the age of eighteen years, and is not a party to the above-entitled action;

    That on November 13, 1951 (s)he deposited in the United States Mails at San Diego, ~~in the Post Office at 312 Nor. Spring Street, Los Angeles,~~ California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of Motion to Try Separately Certain Issues and Memorandum of Points and Authorities in Support of Motions to Try Separately Certain Issues,

addressed to W. B. Dennis, Attorney-at-Law, Route 1, Box 58, Fallbrook, California,

his last known address, at which place there is a delivery service by United States Mails from said post office.

                                            /s/ Ruth M. Johnson
                                               Ruth M. Johnson

SUBSCRIBED and SWORN to before me,

this 13th day of November, 1951.

Clerk, U.S. District Court, Southern District of California,

By /s/ Johnson
               Deputy.

398