IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Essie R Dover
Name
807 Ramona St
Address
Hemet Calif
City and State
Hemet 6861
Telephone Number

Defendant

FILED
NOV 14 1951
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

UNITED STATES OF AMERICA,
           Plaintiff,
    vs.
FALLBROOK PUBLIC UTILITY DISTRICT, et al.,
           Defendants,

No. 1247

Comes now the defendant (s) Essie R Dover

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Essie R Dover

8423