IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Edwin Dover
Address: 307 S. Ramona
City and State: Hemet, Cal
Telephone Number: Hemet 6861

Defendant

FILED
NOV 14 1951
EDMUND L. SMITH, Clerk
by /s/ [signature]
DEPUTY CLERK

UNITED STATES OF AMERICA,
  Plaintiff,
vs.                                No. 1247
FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,
  Defendants,

Comes now the defendant(s) Edwin Dover
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Edwin Dover

8422