FILED

NOV 14 1951

EDMUND L. SMITH, Clerk
By ........................
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) Civil No. 1247-SD
) MOTION AND ORDER TO
          Plaintiff, ) INCLUDE ADDITIONAL
) PARTIES-DEFENDANT
  vs. )
)
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of )
the State of California, et al, )

    Come now A. DEVITT VANECH, Assistant Attorney General, ERNEST A. TOLIN, United States Attorney, and BETTY MARSHALL GRAYDON, Assistant United States Attorney, attorneys for the plaintiff herein and move the Court for an order permitting joinder of the below named persons as additional parties-defendant pursuant to provisions of Rule 21 of the Rules of Civil Procedure.

                  EVELYN AMBRIOLA

                  VINCENZO AMBRIOLA

                  MABEL J. AYTES

                  R. A. AYTES

                  ROBERT WILLIAM BARBER

                  MARY L. BARNETT

                  MARJORIE BECK

                  HERMAN B. BERGMAN

                  WALTER A. BERGMAN

                  SYLVESTER A. BILES

                  TREASURE J. BILES

                  EVERELDA BLACK

                  LORAINE L. BLACK          399

                  LUCILLE HOLCOMB BONE

| | |
|---|---|
| 1 | PAUL JAMES BONE |
| 2 | LUCILLE V. BREINING |
| 3 | RUDOLPH J. BROWN |
| 4 | VITA ELLIOTT BROWN |
| 5 | HARRY FLAVEL CARLING |
| 6 | MARGARET L. CARNES |
| 7 | MELVIN P. CARNES |
| 8 | LOUIS M. CARTER |
| 9 | NELL F. CARTER |
| 10 | CONNECTICUT MUTUAL LIFE INSURANCE CO. |
| 11 | GRACE W. COPE |
| 12 | MORRIS B. COPE |
| 13 | EDNA ETHEL COZINE |
| 14 | ORICE CRABTREE |
| 15 | MARY E. CROGHAN |
| 16 | JENNIE DE MAGGIO |
| 17 | GORDON C. FARMER |
| 18 | MURIEL FARMER |
| 19 | DOLORES G. FLINN |
| 20 | JEWEL H. FLINN |
| 21 | ARLENE L. FLOR |
| 22 | ERVIN T. FLOR |
| 23 | ETHEL FLOWERS |
| 24 | ROY FLOWERS |
| 25 | ELMER E. GARNER |
| 26 | GLADYS L. GASSMAN |
| 27 | LEO E. GASSMAN |
| 28 | JOHN C. HARTLEY |
| 29 | YOLANDE HARTLEY |
| 30 | JAMES R. HENRY AKA J.R. HENRY |
| 31 | ZELLA K. HENRY |
| 32 | C. NORMAN HICKS |
| 33 | DOROTHY HICKS |

400

| | |
|---|---|
| 1 | CHARLES F. HOFELDT |
| 2 | ANNIE HOSTETTER |
| 3 | ADELINA L. JAMESON |
| 4 | D. JAMESON |
| 5 | GENEVIEVE S. JOHNSON |
| 6 | MILDRED M. JOHNSON |
| 7 | VENDIT L. JOHNSON |
| 8 | CYRUS J. KELLER |
| 9 | MILDRED L. KELLER |
| 10 | MARGARET KIPP |
| 11 | GEORGIA LIGHTFOOT |
| 12 | LAYMAN H. LIGHTFOOT |
| 13 | MILAN H. LONGWELL |
| 14 | AUGUSTA LORING |
| 15 | GERALD LORING |
| 16 | CLARA LORITSCH |
| 17 | H. D. LORITSCH AKA HAROLD D. LORITSCH |
| 18 | CHARLES LOWE |
| 19 | ORA C. LYON |
| 20 | S. F. LYON |
| 21 | FLORENCE MCDONALD |
| 22 | ALBERT L. MCLAUGHLIN |
| 23 | EILEEN MCLAUGHLIN |
| 24 | FLORENCE M.S. MAGEE |
| 25 | GERALDINE S. MAGEE |
| 26 | WILLIAM F. MAGEE |
| 27 | INITA M. MAHR |
| 28 | KENNETH L. MARK |
| 29 | SYLVIA N. MARK |
| 30 | MAR VISTA INVESTMENT COMPANY |
| 31 | MICHIGAN MORTGAGE COMPANY |
| 32 | LAURA K. MINER |
| 33 | ARTHUR MITCHELL |

401

1. LLOYD MITCHELL
2. ANTHONY MONIOT
3. MILDRED DOROTHY MONIOT
4. ALMA NEWTON
5. FRED C. NIELSEN
6. HAZEL K. NIELSEN
7. EDNA L. OEST
8. FRED W. OEST
9. MAYBELLE ORR
10. RALPH E. ORR
11. PACIFIC UNION ASSOCIATION OF SEVENTH-
12. DAY ADVENTISTS OF GLENDALE, COUNTY OF
13. LOS ANGELES
14. ESTELLA PADEN
15. DAVID C. PAINTER
16. MARGARET PAINTER
17. ANGIE ROBERTSON
18. PAUL ELWYN ROBERTSON
19. ALICE I. SCHWALBACH
20. GRACE N. SCOTT
21. SELBY C. SCOTT
22. CLARK SMITH
23. EVA H. SMITH
24. FLOYD O. SMITH
25. KATHERINE SPEED
26. CLARA L. STAHL
27. W. FRED STAHL, JR.
28. CECILIA G. STARKE
29. WILLIAM E. STARKE
30. SOLIDA STEVINSON
31. A. R. STUTESMAN
32. RUTH W. STUTESMAN
33. A. F. SWEETEN

1. LILLIAN SWEETEN
2. ALFREDA SWIGART
3. ARDRENNA THRITHART
4. V. C. THRITHART
5. CHARLES H. TRIPP
6. CHRISTINE H. TRIPP
7. JAY GRANT TUCKER
8. OLLIE WATSON
9. MINNIE NELSON WEBB
10. RICHARD WEBB
11. ALYS E. WESTBROOK
12. CHESTER D. WESTBROOK
13. CHARLES EDWARD WILKS
14. THOMAS WILKS
15. CHARLES B. WITHROW
16. LOLA RAY WITHROW

This motion is made so that the Court may have before it the additional parties-defendant in order that the subject matter of this controversy may be adjudicated completely in one action.

A. DEVITT VANECH
Assistant Attorney General

ERNEST A. TOLIN
United States Attorney

*Betty Marshall Graydon*
BETTY MARSHALL GRAYDON
Assistant United States Attorney

IT IS SO ORDERED THIS 15 DAY OF Nov. 1951.

_____Jacob Weinberger_____
Judge

402