IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Ralph D. Burard

Address

City and State: Aguanga, California

Telephone Number

Defendant

FILED
NOV 15 1951
EDMUND L. SMITH, Clerk
By *P. D. Hansen*
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
     vs.                 )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s) *Ralph D. Buzard*

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ralph D. Buzard*
*Aguanga, Calif.*