IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Amy Parks
Name
Rt 2 Bx 153 C
Address
Elsinore Cal
City and State
_____
Telephone Number

Defendant

FILED
NOV 19 1951
EDMUND L. SMITH, Clerk
by [signature]
DEPUTY CLERK

UNITED STATES OF AMERICA )
                          )
              Plaintiff,  )
                          )
        vs.               )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
              Defendants, )

Comes now the defendant ☒ __Amy Parks__ and for himself or ~~themselves~~ alone and answering plaintiff's complaint on file, herein denies ~~(deny)~~ each and every material allegation contained therein.

Amy Parks

8424