IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

_Lorraine Weston_
Name
_81 Box 64_
Address
_Lakeside Calif_
City   and   State
_H 4-1305_
Telephone Number

Defendant

**FILED**

NOV 20 1951

EDMUND L. SMITH, Clerk

By

DEPUTY CLERK

UNITED STATES OF AMERICA )
)
                    Plaintiff, )
)
        vs.           )          No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
)
                    Defendants, )

Comes now the defendant (s) _Lorraine Weston_

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

_Lorraine Weston_

8426