IN THE UNITED STATES DISTRICT COURT.
Southern District of California
Southern Division

_Claude Welton_
Name
_[Address]_
Address
_Lakeside Calif_
City and State
_H-4-1709_
Telephone Number

Defendant

FILED
NOV 20 1951
EDMUND L. SMITH, Clerk
By _[signature]_
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
          Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
          Defendants, )

Comes now the defendant (s) _Claude Welton_

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Claude Welton_

8425