```
 1  Kenneth K. Wright
    215 W. 7th Street
 2  Los Angeles 14, Calif.
    Trinity 8404
 3
    Attorney for defendant
 4      William W. Cottle
```

FILED
NOV 20 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
              Plaintiff,   )   No. 1247 (Civil)
   vs.                     )
                           )   SUBSTITUTION OF ATTORNEYS
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of    )
the State of California, et al.,   )
              Defendants.  )

I hereby substitute Clayson & Stark, First National Bank Bldg., Corona, California, as my attorneys in the above entitled matter, with Kenneth K. Wright as associate counsel, in the place and stead of Kenneth K. Wright.

Dated: November 5, 1951
                                    _____
                                    William W. Cottle, defendant

I hereby consent to the foregoing substitution.

Dated: November 14, 1951.
                                    _____
                                    Kenneth K. Wright

We hereby accept the foregoing substitution.

Dated: November 14, 1951.
                                    CLAYSON & STARK
                                    By _____
                                    _____
                                    Kenneth K. Wright

KENNETH K. WRIGHT
215 WEST SEVENTH STREET
TR-8404

409

32