Kenneth K. Wright
215 W. 7th Street
Los Angeles 14, Calif.
Trinity 8404

Attorney for Katharine C. Gibbon

FILED
NOV 20 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of<br>the State of California, et al.,<br><br>      Defendants. | No. 1247 (Civil)<br><br>SUBSTITUTION OF ATTORNEYS |

    I hereby substitute Clayson & Stark, First National Bank Building, Corona, California, as my attorneys in the above entitled matter, with Kenneth K. Wright as associate counsel, in the place and stead of Kenneth K. Wright.

    Dated: October 18, 1951.

                                    _Katharine C. Gibbon_
                                Katharine C. Gibbon, defendant

    I hereby consent to the foregoing substitution.

    Dated: October 31, 1951.

                                      _Kenneth K. Wright_
                                        Kenneth K. Wright

    We hereby accept the foregoing substitution.

    Dated: October 31, 1951.

                                CLAYSON & STARK
                                By _Donald Stark_
                                _Kenneth K. Wright_
                                Kenneth K. Wright

KENNETH K. WRIGHT
215 WEST SEVENTH STREET
TR-8404

410

33

United States of America,
                Plaintiff
vs.
Fallbrook Public Utility District,
                Defendant

Case No. 1247 (Civil)
AFFIDAVIT OF MAILING
OF
Substitutions of attorney

State of California,
County of Riverside, } ss.

THE UNDERSIGNED, being first duly sworn, says: that affiant is a citizen of the United States and a resident of Riverside County, over the age of eighteen years and not a party to the cause herein, that affiant's business address is Corona, California.

That on the 19th day of November 19 51 affiant served a copy of the attached papers to-wit: Substitution of attorney by Katharine C. Gibbon, substitution of attorney by William W. Cottle by depositing said copy enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States postoffice mail box at the City of Corona, California, addressed as follows:

Betty Marshall Graydon
Assistant U.S. Attorney
325 West "F" Street
San Diego 1, California

That there is either delivery service by United States mail at the place so addressed, or regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 19th day of November, 19 51.

_Irene A. Buehler_
Signature of Affiant

G. A. PEQUEGNAT, County Clerk
By _____ Deputy

_Donald P. Fisk_
Notary Public in and for the County of Riverside, State of California

411
BM 7-50 — B.R.
34