```
 1  BETTY MARSHALL GRAYDON
    Assistant United States Attorney
 2  1405 Fifth Avenue
    San Diego 1, California
 3    Telephone: F 9-4101

 4  Attorney for Plaintiff
```

FILED
NOV 21 1951
EDMUND L. SMITH, Clerk
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a<br>public service corporation of the<br>State of California;<br>et al.,<br>        Defendants,<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Defendants in<br>        Intervention. | Civil No. 1247-SD<br><br>NOTICE OF HEARING ON MOTIONS |

TO:

    PHIL D. SWING; SWING, SCHARNIKOW & STANIFORTH, San Diego, California, attorneys for Defendant Fallbrook Public Utility District, a public service corporation of the State of California:

    You will please take notice that the Motion filed by Plaintiff on November 13, 1951, entitled MOTION TO TRY SEPARATELY CERTAIN ISSUES will be heard on Monday, December 3, 1951, at 10:00 o'clock, a.m., in the courtroom of the United States District Court at 1405 Fifth Avenue, San Diego, California, or as soon thereafter as counsel can be heard.

    Dated this 21st day of November, 1951.

Receipt of copy of the within
Notice is hereby acknowledged
this 21st day of November, 1951

SWING, SCHARNIKOW & STANIFORTH

By /s/ Phil D. Swing
Attys. for within named defendant.

ERNEST A. TOLIN
United States Attorney

/s/ Betty Marshall Graydon
BETTY MARSHALL GRAYDON
Assistant United States Attorney

414