1  BETTY MARSHALL GRAYDON
   Assistant United States Attorney
2  1405 Fifth Avenue
   San Diego 1, California
3  Telephone: F 9-4101
4  Attorney for Plaintiff

FILED

NOV 21 1951

EDMUND L. SMITH, Clerk
By ............................
DEPUTY CLERK

5          IN THE UNITED STATES DISTRICT COURT
6       IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
7                    SOUTHERN DIVISION

8  UNITED STATES OF AMERICA,
9                      Plaintiff,
10      v.                                  Civil No. 1247-SD
11 FALLBROOK PUBLIC UTILITY DISTRICT, a     NOTICE OF HEARING ON MOTIONS
   public service corporation of the
12   State of California;
   et al.;
13
   SANTA MARGARITA MUTUAL WATER COMPANY,
14   a public service corporation of the
     State of California,
15
   EDWARD G. HELMS;
16 LOTTIE L. HELMS;
   HERMAN C. PANKONIEN; and
17 ALMA C. PANKONIEN,
                       Defendants,
18
   PEOPLE OF THE STATE OF CALIFORNIA,
19
                       Defendants in
20                     Intervention.

21 TO:

22     W. B. DENNIS, Fallbrook, California, attorney for Defendant Santa Margarita
23 Mutual Water Company, a public service corporation of the State of California, and
24 for Defendants Edward G. Helms, Lottie L. Helms, Herman C. Pankonien and Alma C.
25 Pankonien:

26     You will please take notice that the Motion filed by Plaintiff on
27 November 13, 1951, entitled MOTION TO TRY SEPARATELY CERTAIN ISSUES will be heard
28 on Monday, December 3, 1951, at 10:00 o'clock, a.m., in the courtroom of the United
29 States District Court at 1405 Fifth Avenue, San Diego, California, or as soon
30 thereafter as counsel can be heard.

31     Dated this __21st__ day of November, 1951.

32
                              ERNEST A. TOLIN               415
                              United States Attorney
                              /s/ Betty Marshall Graydon
                              BETTY MARSHALL GRAYDON
                              Assistant United States Attorney