```
                IN THE DISTRICT COURT OF THE UNITED STATES
                IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
                        SOUTHERN      DIVISION
```

FILED
NOV 21 1951
EDMUND L. SMITH, Clerk
By /s/ R. D. Hoover
DEPUTY CLERK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.;
SANTA MARGARITA MUTUAL WATER CO.,
EDWARD G. HELMS, LOTTIE L. HELMS,
HERMAN C. NANKONIEN and ALMA C. NANKONIEN;

        Defendant.

No. 1247-SD Civil

AFFIDAVIT OF SERVICE BY MAIL

UNITED STATES OF AMERICA
                       ss.
SOUTHERN DISTRICT OF CALIFORNIA

        BARBARA V. DOE, being first duly sworn, deposes and says:

        That (s)he is a citizen of the United States and a resident of San Diego ~~Los Angeles~~ County, California; that (his)(her) business address is 1405 Fifth ~~800 Post Office~~ Ave., Rm. 301, San Diego, ~~and Court House, Los Angeles~~, California; that (s)he is over the age of eighteen years, and is not a party to the above-entitled action;

        That on November 21, 1951 (s)he deposited in the United States Mails ~~in the Post Office at 312 No. Spring Street, Los Angeles~~ San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of Notice of Hearing On Motions addressed to W. B. Dennis, Attorney at Law, Route 1, Box 58, Fallbrook, California, his last known address, at which place there is a delivery service by United States Mails from said post office.

                                     /s/ Barbara V. Doe
                                     BARBARA V. DOE

SUBSCRIBED and SWORN to before me, this 21 day of November, 1951

Clerk, U.S. District Court, Southern District of California,

By /s/ R. D. Hoover .............Deputy.

412