BETTY MARSHALL GRAYDON
Assistant United States Attorney
1405 Fifth Avenue
San Diego 1, California
Telephone: F 9-4101

Attorney for Plaintiff

FILED
NOV 21 1951
EDMUND L. SMITH, Clerk
By /s/ ................
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, a
public service corporation of the
State of California;
et al.;

    Defendants,

PEOPLE OF THE STATE OF CALIFORNIA,

    Defendants in
    Intervention.

Civil No. 1247-SD

NOTICE OF HEARING ON MOTIONS

TO:

    EDMUND G. BROWN, Attorney General, and B. ABBOTT GOLDBERG, Deputy Attorney General, State of California, San Francisco, California, Attorneys for Defendants In Intervention People of the State of California:

    You will please take notice that the Motion filed by Plaintiff on November 13, 1951, entitled MOTION TO TRY SEPARATELY CERTAIN ISSUES will be heard on Monday, December 3, 1951, at 10:00 o'clock, a.m., in the courtroom of the United States District Court at 1405 Fifth Avenue, San Diego, California, or as soon thereafter as counsel can be heard.

    Dated this 21st day of November, 1951.

ERNEST A. TOLIN
United States Attorney

/s/ Betty Marshall Graydon
BETTY MARSHALL GRAYDON
Assistant United States Attorney

416