IN THE DISTRICT COURT OF THE UNITED STATES

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FILED
NOV 21 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,

        Defendant.

No. 1247-SD Civil

AFFIDAVIT OF SERVICE BY MAIL

People of the State of California
UNITED STATES OF AMERICA  } ss.
SOUTHERN DISTRICT OF CALIFORNIA

    BARBARA V. DOE, being first duly sworn, deposes and says:

    That (s)he is a citizen of the United States and a resident of San Diego ~~Los Angeles~~ County, California; that (his)(her) business address is ~~600 Post Office~~ 1405 Fifth Ave., Rm. 301, San Diego ~~and Court House, Los Angeles~~, California; that (s)he is over the age of eighteen years, and is not a party to the above-entitled action;

    That on November 21, 1951 (s)he deposited in the United States Mails ~~in the Post Office at 312 No. Spring Street, Los Angeles~~ San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of Notice of Hearing On Motions

addressed to Attorney General, California Department of Justice, 600 State Building San Francisco, California - Attention: Mr. B. Abbott Goldberg

his last known address, at which place there is a delivery service by United States Mails from said post office.

                                             _____
                                             BARBARA V. DOE

SUBSCRIBED and SWORN to before me,

this 21 day of November, 1951

Clerk, U.S. District Court, Southern District of California,

By _____ Deputy.

413