IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

E. P. Kinney
Name
P.O. Box 26
Address
De Luz, California
City and State
None
Telephone Number

Defendant

FILED

NOV 21 1951

EDMUND L. SMITH, Clerk
By /s/ R. D. Hooser
DEPUTY CLERK

UNITED STATES OF AMERICA      )
                              )
                 Plaintiff,   )
                              )
      vs.                     )   No. 1247
                              )
FALLBROOK PUBLIC UTILITY      )
DISTRICT, et al.,             )
                              )
                 Defendants,  )

Comes now the defendant (s) **E. P. KINNEY, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ E. P. Kinney

8453