IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Hector Hecock
Name
P.O. Box 692
Address
Fallbrook, California
City and State
471
Telephone Number

Defendant

**FILED**
NOV 21 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
                Plaintiff, )
   vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
            Defendants, )

Comes now the defendant(s) HECTOR HECOCK, sued herein as DOE FOUR HUNDRED SIXTY EIGHT and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Hector Hecock*

8454