IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Robert M. Cummins and Pearl Dickinson Cummins

Address:

City and State: Winchester, California

Telephone Number: None

Defendant

FILED
NOV 21 1951
EDMUND L. SMITH, Clerk
By /s/ P.D. Hoeser
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

Comes now the defendant(s) **ROBERT M. CUMMINS, sued herein and PEARL DICKINSON CUMMINS, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Robert M Cummins
/s/ Pearl Dickinson Cummins

8457