IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Helen J. Bashaw and J. N. Bashaw
Name
P.O. Box 50
Address
Winchester, California
City and State
None
Telephone Number

Defendant

FILED
NOV 21 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                          )
                Plaintiff, )
                          )
        vs.               )  No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
                Defendants, )

Comes now the defendant(s) HELEN J. BASHAW, sued herein and J. N. BASHAW, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Helen J. Bashaw
J. N. Bashaw

8459