IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: John K. Knox and Frances S. Knox
Address: Rt 2 Box 62-A
City and State: Fallbrook, Calif.
Telephone Number:

Defendant

FILED
NOV 21 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                          )
                Plaintiff, )
                          )
        vs.               )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
               Defendants, )

Comes now the defendant(s) John K. Knox and Frances S. Knox and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*John K. Knox*
*Frances S. Knox*

8460