IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Laura A. Dunn
Name
P.O. Box 238
Address
Fallbrook, California
City and State
7265
Telephone Number

Defendant

FILED
NOV 21 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __LAURA A. DUNN, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Mrs. Laura A. Dunn

2461