IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ralph E. Swigart
Name
P.O. Box 48
Address
Bonsall, California
City and State
None
Telephone Number
Defendant

UNITED STATES OF AMERICA
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
Defendants, )

F I L E D
NOV 21 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

Comes now the defendant (s) RALPH E. SWIGART, sued herein as DOE NINE HUNDRED SEVENTY ONE and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Ralph E. Swigart