IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  J. G. Bibb and Nora Bibb
                    Name
2  P.O. Box 132
                  Address
3  Fallbrook, California
       City      and      State
4  None
         Telephone Number

5

6  Defendant

7

8  UNITED STATES OF AMERICA )
                                )
9                    Plaintiff, )
                                )
10          vs.                 )         No. 1247
                                )
11 FALLBROOK PUBLIC UTILITY     )
   DISTRICT, et al.,            )
12                              )
                  Defendants,   )
13

14  Comes now the defendant (s)  J. G. BIBB, sued herein

15  and  NORA BIBB, sued herein

16  and for himself or themselves alone and answering plaintiff's complaint on

17  file, herein denies (deny) each and every material allegation contained therein.

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

FILED

NOV 21 1951

EDMUND L. SMITH, Clerk
By _____
                    DEPUTY CLERK

8440