IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

_George Schmoll_
Name

_____
Address

_____
City and State

_____
Telephone Number

Defendant

FILED

NOV 21 1951

EDMUND L. SMITH, Clerk
By _R. D. Hooser_
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1247 |
| ) | |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| ) | |
| Defendants, ) | |

Comes now the defendant (s) _George Schmoll_

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_George Schmoll_

8441