IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Maude Ellen Clark
Address: P.O. Box 415
City and State: Fallbrook, California
Telephone Number: 324

Defendant

FILED
NOV 21 1951
EDMUND L. SMITH, Clerk
By /s/ R. D. Hooser
DEPUTY CLERK

UNITED STATES OF AMERICA, )
    Plaintiff, )
vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
    Defendants. )

Comes now the defendant(s) MAUDE ELLEN CLARK, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Maude Ellen Clark*

8442