IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

<u>John E. Brown</u>
Name
<u>P.O. Box 287</u>
Address
<u>Fallbrook, California</u>
City   and   State
<u>None</u>
Telephone Number

Defendant

FILED
NOV 21 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) __JOHN E. BROWN, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*John E. Brown*

8443