IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

CONCEPTION M. RAMOS
Name
P.O. BOX 262
Address
FALLBROOK, CALIFORNIA
City and State
Pho. 430
Telephone Number

Defendant

FILED
NOV 21 1951
EDMUND L. SMITH, Clerk
By /s/ 
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
       vs.                )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
            Defendants,   )

Comes now the defendant (s) CONCEPTION M. RAMOS, sued herein as DOE ELEVEN HUNDRED TWENTY FOUR

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

                                    Conception M. Ramos

8444