IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

CLARENCE H. RAMOS
Name
P.O. Box 262
Address
FALLBROOK, CALIFORNIA
City and State
Pho. 430
Telephone Number

Defendant

FILED

NOV 21 1951

EDMUND L. SMITH, Clerk
By /s/ R. D. Hooser
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | )
|  Plaintiff, | )
|  vs. | ) No. 1247
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | )
|  Defendants, | )

Comes now the defendant (s) CLARENCE H. RAMOS, sued herein as DOE EIGHT HUNDRED TWENTY THREE and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Clarence M. Ramos

8445