IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Nolberto Lucas Moreno**
Name
**1957 American Avenue**
Address
**Long Beach, California**
City and State
**7-4912 or 8-4004**
Telephone Number

Defendant

F I L E D

NOV 21 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) **NOLBERTO LUCAS MORENO, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Nolberto Lucas Moreno*

8446