IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Amalia Moreno
Name
1957 American Avenue
Address
Long Beach, California
City and State
7-4912 or 8-4004
Telephone Number

Defendant

FILED
NOV 21 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )  No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant (s) AMALIA MORENO, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Amalia Moreno*

8447