IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Pearle V. Maule
Name

Address

Aguanga, California
City and State

None
Telephone Number

Defendant

FILED

NOV 21 1951

EDMUND L. SMITH, Clerk
By ..................
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) PEARLE V. MAULE, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Pearle V. Maule*

8448