IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Cecil B. McDaniel & Zora M. McDaniel
Name

Address
Aguanga, California
City and State
none
Telephone Number

Defendant

FILED
NOV 21 1951
EDMUND L. SMITH, Clerk
By /s/ P.D. Hooder
DEPUTY CLERK

UNITED STATES OF AMERICA       )
                               )
              Plaintiff,       )
                               )
     vs.                       )   No. 1247
                               )
FALLBROOK PUBLIC UTILITY       )
DISTRICT, et al.,              )
                               )
              Defendants,      )

Comes now the defendant(s) CECIL B. McDANIEL, sued herein and ZORA M. McDANIEL, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Mrs. Zora M. McDaniel
/s/ C. B. McDaniel

8449