IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Flora B. Lackey
Name

P.O. Box 535
Address

Fallbrook, California
City and State

None
Telephone Number

Defendant

FILED

NOV 21 1951

EDMUND L. SMITH, Clerk
By ........................
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

Comes now the defendant(s) **FLORA B. LACKEY, sued herein as DOE FORTY THREE** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Flora B Lackey*

2450