IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: JOHN R. DODSON AND PEARL DODSON
Address: 224 EMERALD BAY
City and State: LAGUNA BEACH, CALIFORNIA
Telephone Number:

Defendant

FILED

NOV 21 1951

EDMUND L. SMITH, Clerk
By: _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
               Plaintiff,)
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant(s) JOHN R. DODSON, sued herein and PEARL DODSON, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

John R. Dodson
Pearl Dodson

8451