IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Faith W. Kenworthy
Name
Route 2 Box 247
Address
Fallbrook, California
City and State
7177
Telephone Number

Defendant

FILED
NOV 21 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
　　　　　　　　　　Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
　　　　　　　　　　Defendants, )

Comes now the defendant(s) **FAITH W. KENWORTHY, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

　　　　　　　　　　　　　　　　*Faith W. Kenworthy*

8452