IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Thomas M. Danaher and Blanche M. Danaher
Name
Route 2 Box 60
Address
Fallbrook, California
City and State
7144
Telephone Number

Defendant

FILED
NOV 21 1951
EDMUND L. SMITH, Clerk
By ..................
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) **THOMAS M. DANAHER, sued herein and BLANCHE M. DANAHER, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Thomas M Danaher*
*Blanche M Danaher*

8427