IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mary Kinney
_____Name_____
P.O. Box 26
_____Address_____
De Luz, California
City and State
None
Telephone Number

Defendant

**FILED**

NOV 21 1951

EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          Plaintiff, )
               vs. )  No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
                        Defendants, )

Comes now the defendant (s) **MARY KINNEY, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Mary Kinney*

8428