IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Buster Roberson and Mary Roberson
Name
P.O. Box 276
Address
Fallbrook, California
City and State
7328
Telephone Number

Defendant

FILED
NOV 21 1951
EDMUND L. SMITH, Clerk
By /s/ R. D. Hooser
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant(s) **BUSTER ROBERSON, sued herein and MARY ROBERSON, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Buster Roberson*
*/s/ Mary Roberson*

8429