IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

| | |
|---|---|
| 1 | Agnes R. Steward |
| | Name |
| 2 | P.O. Box 833 |
| | Address |
| 3 | Fallbrook, California |
| | City and State |
| 4 | 7036 |
| | Telephone Number |
| 5 | Defendant |

FILED

NOV 21 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
                     Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
                    Defendants, )

Comes now the defendant (s) __AGNES R. STEWARD, sued__ herein as DOE NINE HUNDRED FORTY FIVE and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Agnes R. Steward_

8431