IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mamie M. Downs
Name
P.O. Box 341
Address
Fallbrook, California
City      and      State
7451
Telephone Number

Defendant

FILED

NOV 21 1951

EDMUND L. SMITH, Clerk
By_____
DEPUTY CLERK

UNITED STATES OF AMERICA          )
                                  )
                    Plaintiff,    )
                                  )
          vs.                     )          No. 1247
                                  )
FALLBROOK PUBLIC UTILITY          )
DISTRICT, et al.,                 )
                                  )
                    Defendants,   )


Comes now the defendant (s) MAMIE M. DOWNS, sued herein

_____

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Mamie M. Downs*

_____

8432