IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Lionel C. Kenworthy
Name

Route 2 Box 247
Address

Fallbrook, California
City and State

7177
Telephone Number

Defendant

FILED

NOV 21 1951

EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) **LIONEL C. KENWORTHY, sued herein**
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Lionel C. Kenworthy*

8433