IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Shirley M. Havers and Stewart L. Havers
Name
Route 2 Box 13
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

FILED

NOV 21 1951

EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
        vs.              )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant (s) SHIRLEY M. HAVERS, sued herein and STEWART L. HAVERS, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Stewart L. Havers*
*/s/ Shirley M. Havers*

8434