IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Harold L. Johnson
Address: Route 2 Box 56
City and State: Fallbrook, California
Telephone Number: 652

Defendant

FILED
NOV 21 1951
EDMUND L. SMITH, Clerk
By /s/ _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
       vs.               )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant(s) **HAROLD L. JOHNSON, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Harold L. Johnson

8435