IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Thelma B. Williams
_____
Name
Route 1  Box 8
_____
Address
Fallbrook, California
_____
City       and       State
7288
_____
Telephone Number

Defendant

FILED

NOV 21 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA          )
                                  )
                    Plaintiff,    )
                                  )
          vs.                     )          No. 1247
                                  )
FALLBROOK PUBLIC UTILITY          )
DISTRICT, et al.,                 )
                                  )
                    Defendants,   )

Comes now the defendant (s) THELMA B. WILLIAMS, sued herein

_____

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Thelma B. Williams*

_____

8436