IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Scott W. Richardson
Name
Route 1 Box 216
Address
Fallbrook, California
City        and        State
7121
Telephone Number

Defendant

FILED

NOV 21 1951

EDMUND L. SMITH, Clerk
By /s/ ...........
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) SCOTT W. RICHARDSON, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Scott W. Richardson

8439