IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

G. R. GOUGH AND BONNIE GOUGH
Name
401 E Franklin St.,
Address
ELSINORE, CALIFORNIA.
City and State

Telephone Number

Defendant

FILED
NOV 23 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) __G. R. GOUGH AND BONNIE GOUGH__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_____
Bonnie Gough

8463