EDMUND G. BROWN, ATTORNEY GENERAL
B. ABBOTT GOLDBERG, DEPUTY ATTORNEY GENERAL
600 STATE BUILDING
SAN FRANCISCO 2 CALIFORNIA

FILED
NOV 26 1951
EDMUND L. SMITH, Clerk
BY ........................
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Civil No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT et al | ) |
| Defendants, | ) |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) NOTICE OF |
| Defendants in Intervention | ) ASSOCIATION OF ATTORNEYS. |

Notice is hereby given that Arvin B. Shaw, Jr., Assistant Attorney General of the State of California, 835 Rowan Building, Los Angeles, California, Telephone, Madison 6-0161, is associated with the undersigned as attorneys for the People of the State of California.

DATED: NOVEMBER 21, 1951

_Edmund G. Brown_
EDMUND G. BROWN
ATTORNEY GENERAL, STATE OF CALIFORNIA

_B. Abbott Goldberg_
B. ABBOTT GOLDBERG
DEPUTY ATTORNEY GENERAL.

417

35

AFFIDAVIT OF SERVICE BY MAIL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>  vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT et al<br>      Defendants,<br>PEOPLE OF THE STATE OF CALIFORNIA,<br>      Defendants in Intervention. | )<br>)<br>)<br>)   Civil No.1247 |

STATE OF CALIFORNIA    )
  City and County of San Francisco )  ss.

           The undersigned, being duly sworn, says:
I am a citizen of the United States, over the age of 18 years, a resident of the City and County of San Francisco, State of California, and not a party to the above entitled action; that William H. Veeder, Special Assistant to the Attorney General, attorney for the plaintiff, maintains an office at Washington, D. C. that Betty Marshall Graydon, Assistant United States Attorney, attorney for plaintiff, maintains an office at 1405 Fifth Avenue, San Diego 1, California; that between said places and the City and County of San Francisco, there is a regular communication by mail; that on the  23d   day of November, 1951, I served a true copy of the Notice of Association of Attorneys herein to the original of which this affidavit is attached, on said last named attorneys of record, by depositing said copy on said date in the post office at the said City and County of San Francisco, enclosed in a sealed envelope addressed to said attorneys at their respective offices and prepaying the postage thereon.

                                   _Shirley Greenblatt_

SUBSCRIBED AND SWORN TO BEFORE ME
THIS  23d   DAY OF NOVEMBER, 1951
_B. Abbott Goldberg_
    DEPUTY ATTORNEY GENERAL
       STATE OF CALIFORNIA.

418   36