IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Alma E. Paulson
Address: Route 2, Box 198
City and State: Fallbrook, Calif.
Telephone Number: 224

Defendant

**FILED**
NOV 26 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | )  No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant(s) __Alma E. Paulson__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Alma E Paulson

8464