IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Grace Lundgren
_____
Name

8902 Dalton Avenue
_____
Address

Los Angeles 47, Calif.
_____
City   and   State

Pleasant 3-7257
_____
Telephone Number

Defendant

**FILED**

NOV 26 1951

EDMUND L. SMITH, Clerk

By _____
DEPUTY CLERK

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )
            vs.                    )          No. 1247
                                   )
FALLBROOK PUBLIC UTILITY           )
DISTRICT, et al.,                  )
                                   )
                    Defendants,    )

Comes now the defendant (x) Grace Lundgren _____

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Grace Lundgren*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32