UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
__SOUTHERN__ DIVISION

U.S.A.                                  ) No. __1247-SD__ Civil
                                        )
                         Plaintiff,     ) MINUTES OF THE COURT
   vs.                                  ) Date: __Nov. 26, 1951,__
                                        )
Fallbrook Public Utility District,      ) At __San Diego__, Calif.
a public service corp. of State of      )
Calif. (SEE BELOW FOR CONTINUATION      )
OF TITLE:)              Defendants.     )

PRESENT: The Honorable __JACOB WEINBERGER__   District Judge

   Deputy Clerk: __J.M. Horn__          Reporter: __Ross Reynolds__

   Counsel for Plaintiff : no appearance

   Counsel for Defendant : no appearance

NATURE OF PROCEEDINGS                   ) RULING

(TITLE CONTINUED:)
SANTA MARGARITA MUTUAL WATER CO.,
 a public service corp. of State of
 Calif.;
EDWARD G. HELMS:
LOTTIE L. HELMS:
HERMAN C. PANKONIEN:
ALMA C. PANKONIEN:
ET AL.:             Defendants,

PEOPLE OF THE STATE OF CALIFORNIA,
               Defendants in
                  Intervention.

   For the convenience of the court's calendar and good cause appearing therefor, it is ordered that the motions of the United States of America to try separately certain issues heretofore noticed for hearing on Dec. 3, 1951, at 10 AM, willbe heard on said day at 3 PM.

                                    EDMUND L. SMITH, Clerk

                                    By_____ Deputy Clerk.

                                                              419

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California;
SANTA MARGARITA MUTUAL WATER COMPANY, a public service corporation of the State of California;
EDWARD G. HELMS;
LOTTIE L. HELMS;
HERMAN C. PANKONIEN;
ALMA C. PANKONIEN;
ET AL.,

       Defendants,

PEOPLE OF THE STATE OF CALIFORNIA,

       Defendants in Intervention.

Civil No. 1247-SD

Minute order, Judge Weinberger's calendar, November 26, 1951

"For the convenience of the court's calendar and good cause appearing therefore, it is ordered that the motions of the United States of America to try separately certain issues heretofore noticed for hearing on December 3, 1951 at 10:00 a.m. will be heard on said day at 3:00 p.m.

Copies to: Betty Marshall Graydon
     United States Attorney

     Phil D. Swing, Esq.
     604 San Diego Trust & Savings Building
     San Diego 1, California

     W. B. Dennis, Esq.
     Route 1, Box 58
     Fallbrook, California

     Edmund G. Brown, Atty. General, State of Calif.
     By: B. Abbott Goldberg, Deputy Attorney General
     San Francisco, California

420