EDMUND G. BROWN
Attorney General of California
600 State Building
San Francisco 2, California
UNderhill 1-8700

ARVIN B. SHAW, JR.
Assistant Attorney General
835 Rowan Building
Los Angeles 13, California
MAdison 6-0161

B. ABBOTT GOLDBERG
Deputy Attorney General
600 State Building
San Francisco 2, California
UNderhill 1-8700

Attorneys for Intervener

FILED
NOV 29 1951
EDMUND L. SMITH, Clerk
By [signature], DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,

    Defendants,

PEOPLE OF THE STATE OF CALIFORNIA,

    Defendants in Intervention.

Civil No. 1274-SD

AFFIDAVIT OF ARVIN B. SHAW, JR. FOR CONTINUANCE OF HEARING ON MOTION FOR SEPARATE TRIALS.

STATE OF CALIFORNIA ) ss.
County of Los Angeles )

    ARVIN B. SHAW, JR., being first duly sworn, deposes and says:

    That he is an attorney at law admitted to practice as such in all courts of the State of California and in the above entitled court.

    That he is an Assistant Attorney General of the State of California and as such has been directed by the Attorney General of California to take charge of the representation of Intervener,

- 1 -

451

1 the People of the State of California, in the above entitled
2 cause.
3 　　　　That he has prepared and filed Intervener's Statement
4 of Reasons in Opposition to Plaintiff's Motion to Try Certain Is-
5 sues Separately, and Memorandum of Points and Authorities.
6 　　　　That he received on November 23, 1951, at 4:00 o'clock
7 P.M., from plaintiff's attorneys, copies of plaintiff's motion,
8 memorandum of points and authorities, and notice that said motion
9 would be heard before said Court on December 3, 1951.
10 　　　　That on November 9, 1951 he was directed by the Attorney
11 General of California to attend, at Washington, D. C. on December
12 3, 1951, a conference called by certain officers of the Bureau of
13 the Budget, Executive Office of the President, for discussion of
14 important issues relating to the report of the President's Water
15 Resources Policy Commission. That such conference cannot be post-
16 poned and that attendance upon such conference is an important
17 part of his official duty as Assistant Attorney General of
18 California.
19 　　　　That he is the only person in the Office of the Attorney
20 General of California who has closely studied the present case
21 and is prepared to present the views of Intervener on the pending
22 motion for separate trial.
23 　　　　That this affidavit is made to support the motion of
24 Intervener for continuance to a date beyond December 8, 1951, the
25 hearing of plaintiff's motion for trial.

26
27 　　　　　　　　　　　　　　　　_Arvin B. Shaw jr._
28 Subscribed and sworn to before me
29 this 28th day of November, 1951.
30
31 _Stella Lamcal_
32 Notary Public in and for said
　　 County and State

452

- 2 -

STATE OF CALIFORNIA

_____, being first duly sworn, deposes and says: that he is the _____

_____

_____

in the above entitled action; that he has _____ read the foregoing _____

and knows the contents thereof; and that the same is true of _____ own knowledge, except as to the matters which are therein stated upon _____ information or belief, and as to those matters that he believes it to be true.

_____

_____

Subscribed and sworn to before me this
_____ day of _____ 19____                     _____

Notary Public in and for the County of Los Angeles, State of California.
[SEAL]

Received copy of the within _____ this ____ day of _____, 194__
                                                                    Attorney ____ for _____

Received copy of the within _____ this ____ day of _____, 194__
                                                                    Attorney ____ for _____

(AFFIDAVIT OF SERVICE BY MAIL—1013a, C. C. P.)

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES } ss.

_____Helen M. McEwen_____ being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of Los Angeles; that affiant is over the age of eighteen years and is not a party to the within and above entitled action; that affiant's business/~~residence~~ address is:

835 Rowan Building, Los Angeles 13, California

that on the 28th day of November 1951 affiant served

the within Affidavit of Arvin B. Shaw, Jr. for Continuance of Hearing, etc.

on the plaintiff in said action, by placing a true copy thereof in an envelope

addressed to the attorneys of record for said plaintiff

at the ~~residence~~/office address of said attorney, as follows:*
   Ernest A. Tolin, United States Attorney
   Betty Marshall Graydon, Assistant United States Attorney
   William H. Veeder, Special Assistant to the Attorney General
   1405 Fifth Avenue, San Diego 1, California

and by then sealing and envelope and depositing the same, with postage thereon fully prepaid, in the United States Post Office at Los Angeles, California, where is located the office of the attorneys for the person by and for whom said service was made.

That there is delivery service by United States mail at the place so addressed or/and** there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me, this 28th
day of November 19 51                              Helen M. McEwen

Stella Seif
Notary Public in and for the County of Los Angeles, State of California.
(SEAL)

*Here quote from envelope name and address of addressee.
**When the letter is addressed to a post office other than "Los Angeles," strike out "and"; when addressed to "Los Angeles," strike out "or".

453