```
 1  BETTY MARSHALL GRAYDON
    Assistant United States Attorney
 2  1405 Fifth Avenue
    San Diego 1, California
 3  Telephone: F 9-4101
    EDMUND G. BROWN, Attorney General of the State of California
 4  B. ABBOTT GOLDBERG, Deputy Attorney General
    600 State Building
 5  San Francisco 2, California
    Telephone: UN 1-8700
 6  ARVIN B. SHAW, JR., Assistant Attorney General
    835 Rowan Building
 7  Los Angeles, California
    Telephone: MAdison 6-0161
 8
```

FILED
NOV 30 1951
EDMUND L. SMITH, Clerk
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br><br>    Defendants,<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Defendants in Intervention. | Civil No. 1247<br><br>STIPULATION |

On the 15th day of August, 1951, the People of the State of California, in accordance with invitation of the United States of America, petitioned this Court to intervene in this litigation. On that date an Order was allowed and entered by this Court granting the Petition.

For the clarification of the issues in this litigation, and for the benefit of all of the parties to this cause, it is hereby stipulated:

I

That in Paragraphs VIII and IX of plaintiff's Complaint herein, and in Paragraphs 2 and 3 of the Prayer of said Complaint, the word "paramount" is used in the same

1.

457

1  sense in which that word is used in the second paragraph,
2  on page 374 of the opinion of the Supreme Court of California
3  in the case of Peabody v. Vallejo, 2 Cal. 2d 351 (fourth
4  paragraph on page 494, 40 Pac. 2d 486.)

5                                II
6         That in this cause, the United States of America
7  claims only such rights to the use of water as it acquired
8  when it purchased the Rancho Santa Margarita, together with
9  any rights to the use of water which it may have gained by
10 prescription or use, or both, since its acquisition of the
11 Rancho Santa Margarita.

12                               III
13        That the United States of America claims by reason
14 of its sovereign status no right to the use of a greater
15 quantity of water than is stated in Paragraph II, hereof.

16                                IV
17        That the rights of the United States of America to
18 the use of water herein are to be measured in accordance with
19 the laws of the State of California.

20                                V
21        That the parties to this Stipulation will request
22 the entry of a Pretrial Order by this Court defining the issues
23 in this cause, in conformity with the statements contained
24 in this Stipulation.

25                                VI
26        That there will be a full, complete and mutual
27 exchange of data and information as to the subject matter of
28 this cause collected by the respective parties to this
29 Stipulation, including data respecting the issuance of any
30 permits or licenses issued by the State of California in
31 connection with the rights to the use of water of the

Santa Margarita River. Such exchange of information by the United States, will be subject to clearance by the Commanding Officer, Camp Joseph H. Pendleton, in respect to military security, as determined by said Officer.

Dated: November 29, 1951.

ERNEST A. TOLIN,
United States Attorney
BETTY MARSHALL GRAYDON,
Assistant United
States Attorney
WILLIAM H. VEEDER,
Special Assistant to
the Attorney General
of the United States

By

*/s/ William H. Veeder*
WILLIAM H. VEEDER

EDMUND G. BROWN, Attorney General
of the State of California

ARVIN B. SHAW, JR.
Assistant Attorney General

B. ABBOTT GOLDBERG,
Deputy Attorney General

Attorneys for the People of the
State of California

APPROVED: April 28, 1952

*/s/ Leon R. Yankwich*
CHIEF JUDGE, U. S. DISTRICT COURT

3.

459