UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A. ) No. 1247-Civil
vs )
Fallbrook Public Utility District, ) MINUTES OF THE COURT
et al. ) DATE: Dec. 3, 1951,
 ) AT: Los Angeles, Calif.

PRESENT: Hon. JACOB WEINBERGER, District Judge;

Deputy Clerk: J.M. Horn;          Reporter: Ross Reynolds;

Counsel for Gov't; Betty M. Graydon, Ass't U.S. Att'y;
Counsel for defendants:
Phil D. Swing for def't Fallbrook Public Utility District;
W. B. Dennis for def't Santa Margarita Mutual Water Co.
Abbott Goldberg, Deputy Att'y Gen'l, State of Calif. for State of Calif.
Wm H. Veeder, Spec. Ass't to Att'y Gen'l.

PROCEEDINGS: Hearing on motions of plaintiff to try separately certain
issues, pursuant to notice thereof filed Nov. 21, 1951.

Wm H. Veeder, Spec. Ass't to Att'y Gen'l, argues in support of said motion for a separate trial on the question of exclusive jurisdiction.

Att'y Goldberg makes a statement on behalf of State of Calif. withdrawing all opposition to motion for separate trial on question of exclusive jurisdiction.

Att'y Swing argues in opposition to motion for separate trial.

At 4:45 PM, after a ten minutes recess;

IT IS ORDERED that further hearing is continued to Dec. 4, 1951, 10 AM.

EDMUND L. SMITH, Clerk,

By_____, Deputy Clerk.

470