BETTY MARSHALL GRAYDON
Assistant United States Attorney
1504 Fifth Avenue
San Diego 1, California
  Telephone: F 9-4101

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Civil No. 1274-SD |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.; | AFFIDAVIT OF GENERAL R. A. ANDERSON |
| Defendants, | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Defendants in Intervention. | |

FILED
DEC 3 - 1951
EDMUND L. SMITH, Clerk
DEPUTY CLERK

I, R. A. ANDERSON, being first duly sworn, depose and say:

That I am a Brigadier General in the United States Marine Corps;

That I am presently and for a period of 2 2/3 years prior hereto have functioned in the capacity of Post Supply Officer of Camp Joseph H. Pendleton;

That it is my responsibility in connection with my official duties as Post Supply Officer of Camp Joseph H. Pendleton to administer all of the properties within the boundaries of the aforesaid Camp Joseph H. Pendleton;

That all of the rights to the use of waters from the Santa Margarita River acquired, purchased and paid for by the United States of America, Department of the Navy, and exercised in connection with Camp Joseph H. Pendleton, were purchased for military purposes and since their acquisition have been utilized for that purpose;

That any rights to the use of water utilized for agricultural purposes are subject to the primary military purpose for which the rights

-1-

460

1  to the use of water were purchased;
2      That any rights to the use of water utilized for agricultural
3  purposes within Camp Joseph H. Pendleton are exercised pursuant to revocable
4  licensing agreements with the understanding of the licensee that at any time
5  the waters used by them are required for military purposes, that the waters
6  will no longer be used for agricultural purposes;
7      That in actual practice, I have officially exercised this right
8  of revocation whenever the agricultural uses have conflicted with military needs;
9      That it is the established policy to administer all rights to the
10 use of water on Camp Joseph H. Pendleton in the manner described above.

                                              /s/ R. H. Anderson

STATE OF CALIFORNIA    )
                          ) ss.
County of San Diego     )

    Subscribed and sworn to before me this   Third   day of December, 1951.

                Louis A. Kopp    Notary Public in and for said County and State

My commission expires: _____

    My Commission Expires Feb. 28, 1954

-2-

461