IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Arthur R. deRuntz
Address: Rt2 Box 156
City and State: Fallbrook California
Telephone Number:

Defendant

FILED
DEC 3 - 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
        vs.              )    No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s) Arthur R. deRuntz

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Arthur R. deRuntz*

8468