IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

B.D. Morris Jr
Name
Rt2 Box 250
Address
Fallbrook California
City and State
7392
Telephone Number

Defendant

FILED
DEC 3 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) B.D. Morris Jr

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ B.D. Morris Jr*

8466