IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Patricia O.R. Morris
Address: Rt 2 Box 250
City and State: Fallbrook California
Telephone Number: 7392

Defendant

FILED
DEC 3 - 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
             Plaintiff,  )
                         )
        vs.              )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant(s) Patricia O.R. Morris

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Patricia O.R. Morris*

8467