IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Herbert C. Mahr and Ada L. Mahr
Name
Route 2  Box 43
Address
Fallbrook, California
City   and   State
7395
Telephone Number

Defendant

FILED
DEC 4 - 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant(s) **HERBERT C. MAHR, sued herein and ADA L. MAHR, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Herbert C. Mahr
/s/ Ada L. Mahr

0506