IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Beulah E. Thompson
Name
1501 La Blanca St
Address
Alhambra Cali
City and State
AT 4 4974
Telephone Number

Defendant

FILED
DEC 4 - 1951
EDMUND L. SMITH, Clerk
By /s/ ........
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Beulah E Thompson

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Beulah E. Thompson

8505