IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

A. T. THOMPSON
Name

1501 South Almansor Street
Address

Alhambra, California
City and State

at 4-1494
Telephone Number

Defendant

FILED
DEC 4 - 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
    vs.                  )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant (s) __A. T. THOMPSON, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*A. T. Thompson*
*1501 So Almansor St Alhambra Calif*

8504