IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Sarah E. Morris
Name
P.O. Box 47
Address
Fallbrook, California
City and State
993
Telephone Number

Defendant

FILED
DEC 4 - 1951
EDMUND L. SMITH, Clerk
By ........................
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) SARAH E. MORRIS, sued herein as DOE SEVEN HUNDRED TWENTY TWO and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Sarah E. Morris*

8503