IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Helen L. Wallace
Name
Route 2 Box 254-A
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

FILED
DEC 4 - 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
               Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
              Defendants, )

Comes now the defendant (s) HELEN L. WALLACE, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Helen L. Wallace

8502