IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

| | |
|---|---|
| Name | HAROLD I. SMITH |
| Address | P.O. Box 333 |
| City and State | Fallbrook, California |
| Telephone Number | 633 |

Defendant

FILED
DEC 4 - 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
)
              Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
             Defendants, )

Comes now the defendant(s) __HAROLD I. SMITH, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

                                                    /s/ Harold I. Smith

8501