IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Walter V. Meyer
Address: Rt 2 Box 64 B.
City and State: Fallbrook Calif.
Telephone Number: Fallbrook 253

Defendant

FILED
DEC 4 - 1951
EDMUND L. SMITH, Clerk
By /s/ ..........
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant(s) __Walter V. Meyer__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Walter V. Meyer

8500