IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  _Para L. Meyer_
        Name
2  _Rt x Box 6v B_
        Address
3  _Fallbrook Calif._
    City   and   State
4  _Fallbrook 253_
     Telephone Number
5
        Defendant
6

7

8  UNITED STATES OF AMERICA )
                            )
9              Plaintiff, )
                            )
10            vs.          )      No. 1247
                            )
11 FALLBROOK PUBLIC UTILITY )
   DISTRICT, et al.,        )
12                          )
            Defendants, )
13

**FILED**

DEC 4 - 1951

EDMUND L. SMITH, Clerk

By _____
            DEPUTY CLERK

14  Comes now the defendant (s) _Para L Meyer_

15

16 and for himself or themselves alone and answering plaintiff's complaint on

17 file, herein denies (deny) each and every material allegation contained therein.

18

19              _Para L. meyer_

20

21

22

23

24

25

26

27

28

29

30

31

32

8499