IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Luke E. Larson
Name
Route 2 Box 26
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

FILED

DEC 4 - 1951

EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
   vs.                   )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant(s) **LUKE E. LARSON, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Luke E Larson*

8488