IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  James Wolmuth and Helen Wolmuth
        Name
2  Route 2  Box 197
        Address
3  Fallbrook, California
   City    and    State
4  None
   Telephone Number
5
        Defendant

**FILED**

DEC 4 - 1951

EDMUND L. SMITH, Clerk
By /s/ _____
          DEPUTY CLERK

8   UNITED STATES OF AMERICA        )
9                    Plaintiff,     )
10           vs.                    )   No. 1247
11  FALLBROOK PUBLIC UTILITY        )
    DISTRICT, et al.,               )
12                   Defendants,    )

14    Comes now the defendant(s) __JAMES WOLMUTH, sued herein

15  and HELEN WOLMUTH, sued herein

16  and for himself or themselves alone and answering plaintiff's complaint on

17  file, herein denies (deny) each and every material allegation contained therein.

              Helen Wolmuth
              James Wolmuth

8497