IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Helen H. Richardson
Name
Route 1 Box 216
Address
Fallbrook, California
City and State
7121
Telephone Number

Defendant

**FILED**
DEC 4 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                          )
        Plaintiff,        )
                          )
    vs.                   )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
        Defendants,       )

Comes now the defendant (s) HELEN H. RICHARDSON, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Helen H. Richardson

8496