IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Elsie H. Berry
Name
119 South Nevada
Address
Oceanside, California
City    and    State
_____
Telephone Number
Defendant

FILED
DEC 4 - 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
vs.                      )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant (s) ELSIE H. BERRY, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Elsie H. Berry

8495