IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Harvey Gossen
　　　　Name
1313 East 64th Street
　　　　Address
Los Angeles 1, California
　City　　and　　State
Lukas 2370
　Telephone Number

Defendant

**FILED**

DEC 4 - 1951

EDMUND L. SMITH, Clerk
By _____
　　　　DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., ) | |
| Defendants. ) | |

Comes now the defendant(s) __HARVEY GOSSEN, sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

　　　　　　　　　　　　　　　　_Harvey Gossen_

8494