IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**E. Gordon Hall & Margaret Burgess Hall**
Name
**Route 1  Box 272**
Address
**Fallbrook, California**
City and State
**529**
Telephone Number

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | )  No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

FILED
DEC 4 - 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

Comes now the defendant(s) **E. GORDON HALL and MARGARET BURGESS HALL, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*E. Gordon Hall*
*Margaret Burgess Hall*

8492