IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Rosa Vinzant
Name
Route 1  Box 262
Address
Fallbrook, California
City     and     State
7012
Telephone Number

Defendant

FILED

DEC 4 - 1951

EDMUND L. SMITH, Clerk
By _____
         DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
vs.                      )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant (s) __ROSA VINZANT, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Rosa Vinzant*

8491