IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

John W. Vinzant
Name
Route 1 Box 262
Address
Fallbrook, California
City and State
7012
Telephone Number

Defendant

**FILED**

DEC 4 - 1951

EDMUND L. SMITH, Clerk
By *mmo*
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants. ) | |

Comes now the defendant (s) __JOHN W. VINZANT, sued__ herein _____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*John W. Vinzant*

2490