IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Herbert Orr and Lucille E. Orr
    Name
P.O. Box 614
    Address
Fallbrook, California
  City  and  State
7300
  Telephone Number

Defendant

FILED

DEC 4 - 1951

EDMUND L. SMITH, Clerk
By ................................
    DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) __HERBERT ORR, sued herein__ as DOE SEVEN HUNDRED FIFTY SEVEN and LUCILLE E. ORR, sued herein as DOE SEVEN HUNDRED FIFTY EIGHT.
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Herbert Orr*
*Lucille E. Orr*

2489