IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Jacob A. McKathnie and Zella M. McKathnie
Name
Route 2  Box 191
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

FILED

DEC 4 - 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA     )
                             )
                   Plaintiff,)
                             )
vs.                          )   No. 1247
                             )
FALLBROOK PUBLIC UTILITY     )
DISTRICT, et al.,            )
                             )
                  Defendants,)

Comes now the defendant(s) JACOB A. McKATHNIE and ZELLA M. McKATHNIE, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Jacob A. McKathnie
Zella M. McKathnie

8488