IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

<u>NELLIE G. SMOHL</u>
Name
<u>BOX 103</u>
Address
<u>MURRIETA, California</u>
City and State
<u>None</u>
Telephone Number

Defendant

**FILED**

DEC 4 - 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
   )
              Plaintiff, )
   )
   vs. )    No. 1247
   )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
   )
              Defendants, )

Comes now the defendant (s) <u>NELLIE G. SMOHL</u>

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Nellie G. Smohl*

8487