IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

| | |
|---|---|
| <u>LEONARD O. SMOHL</u><br>Name<br><u>BOX 103</u><br>Address<br><u>MURRIETA, CALIFORNIA</u><br>City and State<br><u>None</u><br>Telephone Number<br><br>Defendant | **FILED**<br><br>DEC 4 - 1951<br><br>EDMUND L. SMITH, Clerk<br>By _____<br>DEPUTY CLERK |

1  
2  
3  
4  
5  
6  
7  
8   UNITED STATES OF AMERICA      )
9                      Plaintiff, )
10              vs.                )   No. 1247
11   FALLBROOK PUBLIC UTILITY      )
     DISTRICT, et al.,             )
12                                 )
                     Defendants,   )
13

14   Comes now the defendant (s) <u>LEONARD O. SMOHL</u>

15   _____

16   and for himself or themselves alone and answering plaintiff's complaint on

17   file, herein denies (deny) each and every material allegation contained therein.

                                      *Leonard O. Smohl*
                                      _____

8486