IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

<u>C. S. HILLIARD</u>
Name
<u>BOX 101</u>
Address
<u>MURRIETA, California</u>
City and State

Telephone Number
None
Defendant

FILED
DEC 4 - 1951
EDMUND L. SMITH, Clerk
By /s/ illegible
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) <u>C. S. HILLIARD</u>

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ C. S. Hilliard

8485