IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Mable Dorothea Winslow
Address: Route 2 Box 54
City and State: Fallbrook, California
Telephone Number: 7165

Defendant

FILED
DEC 4 - 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
          Plaintiff,     )
                         )
vs.                      )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
          Defendants.    )

Comes now the defendant(s) MABLE DOROTHEA WINSLOW, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Mable Dorothea Winslow*

8484