IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  **Lucy A. Morris and Robie T. Morris**
    Name
2  **General Delivery**
    Address
3  **Fallbrook, California**
    City           and         State
4  **210**
    Telephone Number

    Defendant

**FILED**

DEC 4 - 1951

EDMUND L. SMITH, Clerk
By ..................................
           DEPUTY CLERK

UNITED STATES OF AMERICA         )
                                 )
                      Plaintiff, )
                                 )
           vs.                   )   No. 1247
                                 )
FALLBROOK PUBLIC UTILITY         )
DISTRICT, et al.,                )
                                 )
                      Defendants,)

Comes now the defendant (s) **LUCY A. MORRIS, sued herein and ROBIE T. MORRIS, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Lucy A. Morris*
*Robie T. Morris*

11/29/51

2483