IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Medardo Morgagni and Iride Morgagni**
Name
**Route 2   Box A-843**
Address
**Fallbrook, California**
City    and    State
**380**
Telephone Number

Defendant

# FILED

DEC 4 - 1951

EDMUND L. SMITH, Clerk

By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY | ) |
| DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s)  MEDARDO MORGAGNI, sued herein

and IRIDE MORGAGNI, sued herein

and for himself or themselves alone and  answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Medardo Morgagni*
*Iride Morgagni*

8482