IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: *Glen C. Snow*
Address: P.O. Box 68
City and State: Murrieta, Calif
Telephone Number:

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) *Glen C. Snow*

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Glen C. Snow*

FILED
DEC 4 - 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

8481