IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Jewel E. Walls
Address: P.O. Box 83
City and State: Fallbrook, California
Telephone Number: 7062

Defendant

FILED
DEC 4 - 1951
EDMUND L. SMITH, Clerk
By /s/ ................
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
           Plaintiff,    )
                         )
     vs.                 )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
           Defendants,   )

Comes now the defendant (s) JEWEL E. WALLS, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Jewell E. Walls

8480