IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

G. A. Proebus (?)
Name
P.O. Box 90
Address
Murrieta    Cal.
City       and    State

Telephone Number

Defendant

FILED
DEC 4 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
           Plaintiff,    )
                         )
    vs.                  )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
           Defendants,   )

Comes now the defendant (s) George A. Proebus

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

George A. Proebus

Witness

Glen G. Snow

8479