IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Elliott Staude and Dewiss Staude
_____
Name
P.O. Box 95
_____
Address
Fallbrook, California
_____
City     and     State
525
_____
Telephone Number

Defendant

**FILED**

DEC 4 - 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )        No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) **ELLIOTT STAUDE, sued herein**

**and DEWISS STAUDE, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Elliott Staude*
*Dewiss Staude*
(Staude)

8478