IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Alfred Mason
_____
Name
_____
Address
De Luz, California
_____
City    and    State
None
_____
Telephone Number

Defendant

FILED

DEC 4 - 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
     vs.                 )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s) __ALFRED MASON, sued herein as DOE FORTY-EIGHT_____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

                              _Alfred Mason_
                              _____

2477