IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

| | |
|---|---|
| Robert B. Bleecker (Same As Robert B. Bleeker) | |
| Name | |
| Address | |
| De Luz, California | |
| City and State | |
| None | |
| Telephone Number | |
| Defendant | |

FILED
DEC 4 - 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                Plaintiff, )
     vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
                Defendants, )

    Comes now the defendant(s) **ROBERT B. BLEECKER, sued herein as DOE FOUR**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

                                *Robert B Bleecker*

8476