IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Fred Burton Winslow
Address: Route 2 Box 54
City and State: Fallbrook, California
Telephone Number: 7165

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) **FRED BURTON WINSLOW**, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Fred Burton Winslow*

FILED
DEC 4 - 1951
EDMUND L. SMITH, Clerk
DEPUTY CLERK

8475