Ethel M. Salt and Harold Salt
Name
P.O. Box 268
Address
Fallbrook, California
City and State
None
Telephone Number

IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

UNITED STATES OF AMERICA

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,

    Defendants,

No. 1247

FILED
DEC 4 - 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

Comes now the defendant (s) ETHEL M. SALT, sued herein and HAROLD SALT, sued herein as DOE EIGHT HUNDRED SEVENTY-THREE and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Ethel M. Salt
/s/ Harold Salt