IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Paul Doville
Name
P.O. Box 20
Address
De Luz, California
City and State
None
Telephone Number
Defendant

UNITED STATES OF AMERICA

Plaintiff,

vs.

No. 1247

FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,

Defendants,

Comes now the defendant (s) PAUL DOVILLE, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Paul Doville

FILED
DEC 4 - 1951
EDMUND L. SMITH, Clerk
By /s/ DEPUTY CLERK