IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mary Agnes Ramsey
Name

Route 2  Box 126
Address

Fallbrook,  California
City       and       State

336
Telephone Number

Defendant

UNITED STATES OF AMERICA

Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,

Defendants,

No. 1247

FILED

DEC 4 - 1951

EDMUND L. SMITH, Clerk

By _____
DEPUTY CLERK

Comes now the defendant (s) MARY AGNES RAMSEY, sued herein

and for himself or themselves alone and  answering  plaintiff's  complaint  on

file, herein denies (deny) each and every material allegation contained therein.

Mary Agnes Ramsey

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27