IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1

James W. Phelps and Lena L. Phelps
Name

2

Route 2  Box 48
Address

3

Fallbrook, California
City      and      State

4

264
Telephone Number

5

Defendant

6

7

**FILED**

DEC 4 - 1951

EDMUND L. SMITH, Clerk

By ........................................
DEPUTY CLERK

8

UNITED STATES OF AMERICA            )
                                    )

9

                         Plaintiff, )
                                    )

10

            vs.                     )        No. 1247
                                    )

11

FALLBROOK PUBLIC UTILITY            )
DISTRICT, et al.,                   )

12

                                    )
                        Defendants, )

13

14

   Comes now the defendant (s) __JAMES W. PHELPS, sued herein__

15

__and LENA L. PHELPS, sued herein__

16

and for himself or themselves alone and  answering  plaintiff's  complaint  on

17

file, herein denies (deny) each and every material allegation contained therein.

18

19

*James W. Phelps*

20

*Lena L. Phelps*

21

22

23

24

25

26

27

28

29

30

31

32

8470