IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: PETER MEYER AND BERTHA I. MEYER
Address: Route 2 - Box 195
City and State: FALLBROOK, CALIFORNIA
Telephone Number: 692

Defendant

FILED
DEC 4 - 1951
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

UNITED STATES OF AMERICA )
　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　)
　　　　　　　　　　　　　　)
　vs.　　　　　　　　　　　) No. 1247
　　　　　　　　　　　　　　)
FALLBROOK PUBLIC UTILITY　)
DISTRICT, et al.,　　　　　)
　　　　　　　　　　　　　　)
　　　　　　　Defendants,　 )

Comes now the defendant (s) PETER MEYER sued herein and BERTHA I. MEYER, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Peter Meyer*
*Bertha I. Meyer*

8469