Weinberger
12/4/51

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                                    ) No. 1247-SD Civil
vs                                        )
Fallbrook Public Utility District,        ) MINUTES OF THE COURT
  etc., et al.                            )
                                          ) Date: Dec. 4, 1951,
                                          )
                                          ) At: Los Angeles, Calif.

PRESENT: Hon. JACOB WEINBERGER, District Judge;

     Deputy Clerk: J. M. Horn;          Reporter: Ross Reynolds;

     Counsel for Gov't; Betty M. Graydon;

     Counsel for defendants: Phil D. Swing for Def't Fallbrook Public Utility
                                                                    District;
                             W. B. Dennis for Def'ts Santa Margarita Mutual
                             Water Co., Edward G. and Lottie L. Helms;
                             Herman C. and Alma C. Pankonien;


PROCEEDINGS: Further hearing on motions of plaintiff to try separately certain
             issues, pursuant to notice thereof filed Nov. 21, 1951;

     Attorney Dennis informs the Court that he appears specially for Def'ts
     Frazier McCracken and Ray Gird Peters, who are not in default in filing
     their answers, though served, and who have not been served with a notice
     of this hearing.

     Attorney Dennis argues in opposition to said motions.

     After a recese, at 11:05 AM, Attorney Veeder argues further in support
     of motions for separate trial of certain issues.

     Attorney Swing replies.

     Court orders motions stand submitted.

     Attorney Dennis takes an exception, as a matter of record, should the
     Court's ruling be adverse to defendants herein.

     The Court requests counsel for Gov't to answer to pleadings of defend-
     ants herein, replying to the contentions of the defendants, so that the
     issues may be clearly defined.


IT IS ORDERED that this case is continued to Jan. 18, 1952, 2 PM, for
further hearing.




                              EDMUND L. SMITH, Clerk,

                              By_____, Deputy Clerk.



                                                            471.