UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
CENTRAL DIVISION

| | |
|---|---|
| U.S.A.                    Plaintiff, | No.  1247-SD   Civil |
| vs | MINUTES OF THE COURT |
| Fallbrook Public Utility District, etc., et al.,              Defendants, | DATE: Dec. 4, 1951. |
| People of State of Calif., Defendants in Intervention. | AT:  San Diego. |

PRESENT: Honorable  JACOB WEINBERGER          , District Judge;

Deputy Clerk:  J.M. Horn             , Reporter:  Ross Reynolds

Counsel for plaintiff :  no appearance

Counsel for defendant :  no appearance


PROCEEDINGS:

        Good cause appearing therefor, IT IS ORDERED that the plaintiff
serve and file within 20 days from date hereof a reply to the answers of the
following defendants:

        Fallbrook Public Utility District

        Edward G. Helms, Lottie L. Helms,

           Herman C. Pankonien, Alma C. Pankonien

        Santa Margarita Mutual Water Co.



XXXXXXXXXXX


                              EDMUND L. SMITH, Clerk,

                              By_____, Deputy Clerk.


472