IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Lawrence D. Klose
Name
1317 So. Mayflower
Address
Monrovia          Calif.
City     and     State
EL. 2-1712
Telephone Number

Defendant

**FILED**

DEC 5 - 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant (s) Lawrence D. Klose

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Lawrence D. Klose