BETTY MARSHALL GRAYDON
Assistant United States Attorney
1405 Fifth Avenue
San Diego 1, California
  Telephone: F 9-4101

Attorney for Plaintiff

FILED
DEC 5- 1951
EDMUND L. SMITH, Clerk
_____
             DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )
               Plaintiff,            )
                                     )
       v.                            )   Civil No. 1247-SD
                                     )
FALLBROOK PUBLIC UTILITY DISTRICT, a )   STIPULATION TO EXTEND TIME TO
public service corporation of the    )   PLAINTIFF IN WHICH TO ANSWER
State of California, et al.,         )   THE INTERROGATORIES OF DEFENDANT
                                     )   FALLBROOK PUBLIC UTILITY DISTRICT
               Defendants,           )
                                     )
PEOPLE OF THE STATE OF CALIFORNIA,   )
                                     )
               Defendants in         )
               Intervention          )

       IT IS HEREBY STIPULATED by and between counsel for the Plaintiff and counsel for FALLBROOK PUBLIC UTILITY DISTRICT that Plaintiff may have additional time to answer the interrogatories served on Plaintiff by said defendant, to-wit, until December 18, 1951.

       Dated: December 4, 1951.

IT IS SO ORDERED.

Date: December __5__, 1951

_____
Judge of the U. S. District Court

WILLIAM H. VEEDER
Special Assistant to the Attorney
General of the United States

_____
BETTY MARSHALL GRAYDON
Assistant United States Attorney

Attorneys for the United States of
  America

SWING, SCHARNIKOW & STANIFORTH

By _____
        Phil D. Swing

Attorneys for Defendant