IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

GEORGE W. GAGNON
Name
P. O. Box 82
Address
Murrieta, California
City and State
Murrieta 131
Telephone Number

Defendant

FILED
DEC 6 - 1951
EDMUND L. SMITH, Clerk
By ........................
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) _____

_____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

George W Gagnon

8509