FILED

DEC 6 - 1951

EDMUND L. SMITH, Clerk

By /s/ _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION.

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 1247 S.D. |
| Plaintiff, | |
| v. | ORDER OF COURT |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | |
| Defendants. | |

Upon the representation of Assistant United States Attorney Betty Marshall Graydon and good cause appearing therefor, IT IS HEREBY ORDERED that upon the written request of said Assistant United States Attorney the Clerk of the Court shall remove from the files of the above-entitled case the documents designated in such written request and deliver the same to representatives of Camp Joseph H. Pendleton approved by the said Assistant United States Attorney, or to the Economy Blueprint & Supply Company, 1127 Fourth Avenue, San Diego, California, upon the giving of a receipt therefor, in order that photostatic copies may be made thereof.

DATED: December 6, 1951.

/s/ Jacob Weinberger
Judge of the U. S. District Court

Presented by:

/s/ Betty Marshall Graydon
BETTY MARSHALL GRAYDON
Assistant U. S. Attorney

474

GPO 16-20993-1