IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Henry R. Lichtwald
<u>Name</u>
Gen. Del.
<u>Address</u>
ANZA           CALIF.
City   and   State
_____
Telephone Number

Defendant

RECEIVED
DEC 6 - 1951
U. S. ATTORNEY
SAN DIEGO, CALIF.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) Henry R. Lichtwald and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Henry R. Lichtwald

FILED
DEC 6 - 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8508