IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Hosie L. Lakle
Name
6164 Fidler
Address
Bellflower Calif
City and State
Torrey 7295-3
Telephone Number

Defendant

**FILED**
DEC 10 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　)　No. 1247
　　　　　　　　　　　　　　　　　)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants, )

Comes now the defendant(s) Hosie L. Lakle

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

　　　　　　　　　　　　　　　Hosie L. Lakle

8510