IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

John R. Gakle
Name
6164 Fidler Ave.
Address
Bellflower, Calif.
City and State
Torrey 7-2953
Telephone Number

Defendant

FILED
DEC 10 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
    Plaintiff, )
vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
    Defendants. )

Comes now the defendant (s) John R. Gakle

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

John R. Gakle

8511