Helen Brandt Simonds
Star Route Box 87
Aguanga, California

Telephone:

Defendant in propria persona

FILED

DEC 11 1951

EDMUND L. SMITH, Clerk
By _Charles A. _____
           Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

---oOo---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 1247 |
| vs. | ANSWER OF DEFENDANT, HELEN BRANDT SIMONDS |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | |

---oOo---

Comes now the defendant Helen Brandt Simonds, and for herself alone answers plaintiff's complaint herein as follows:

FIRST DEFENSE:

Defendant denies each and every material allegation contained in plaintiff's complaint.

SECOND DEFENSE:

I.

Answering Paragraph IV of plaintiff's complaint, defendant denies that she has either encroached upon or interfered with any water or water rights of plaintiff; denies that her ac-

8512

COPY RECEIVED

tivities have either affected or threatened to affect in any way the supply or flow of water in or under the Santa Margarita or Temecula river or its basin; and denies that her activities have in any way reduced the quantities of water available to plaintiff.

II.

Answering the allegations stated in Paragraph V of plaintiff's complaint, defendant denies that either the litigation or the stipulated judgment mentioned in said Paragraph V in any way adjudicated, fixed, determined, or affected any land, water or water rights of defendant. Defendant alleges that she is neither a party nor a successor in interest of any party to said litigation or judgment, and neither she nor her lands are in any way bound or affected thereby.

III.

Answering Paragraphs VI and VII of plaintiff's complaint, defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said Paragraphs.

IV.

Answering Paragraph VIII of plaintiff's complaint, defendant denies that plaintiff has a paramount right in or to any quantity of water whatsoever, for any purpose whatsoever. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in said Paragraph VIII and not expressly denied herein.

V.

Defendant denies each and every allegation contained in Paragraph IX of plaintiff's complaint, and the whole thereof.

THIRD DEFENSE:

I.

Defendant is the sole owner in fee of approximately 1168 acres of land situated in Riverside County, California, described as follows:

Parcel 1:

The Northeast quarter and the East half of the Northwest quarter of Section 14 and Lots 9, 10, 16, 17 and 18 and the North half of Lot 13, the West half of Lot 15, in Section 11, Township 8 South, Range 2 East, San Bernardino Base and Meridian.

Also the South half of Lot 13; Lot 14; the East half of Lot 15, 19 and 20 in Section 11, Township 8 South, Range 2 East, San Bernardino Base and Meridian.

Parcel 2:

Lots 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19 and 20 in Section 10, Township 8 South, Range 2 East, San Bernardino Base and Meridian.

That approximately 400 acres of defendant's land is irrigable, although not now under irrigation because of the limited supply of water available to defendant. That defendant's land is now devoted to raising livestock, and to residential and limited agricultural purposes.

II.

That no part of defendant's land touches the Santa Margarita or Temecula River, or any tributary thereof. That defendant's land does not drain into any stream or tributary whatsoever, except in times of heavy storm, when occasional surface waters from defendant's land drain toward Coahuila Creek; that Coahuila

Creek flows into a swamp area in Wilson Valley, and does not drain directly into the Santa Margarita or Temecula River. That the distance from the Wilson Valley Swamp to the Temecula is 3 miles, or thereabouts; and that the distance from defendant's land to the nearest tributary of the Temecula or Santa Margarita is 6 miles, or thereabouts.

### III.

That defendant's land overlies certain percolating waters, or underground streams or bodies of water, but that there are no defined surface streams or bodies of water on defendant's land. That defendant is informed and believes, and upon the basis of such information and belief alleges the facts to be, that no part of the water in, or under her land flows into, or in any way feeds or contributes to the supply or flow of water in or under the Santa Margarita or Temecula River or its underground reservoir or basin.

### IV.

That defendant is now and she and her predecessors in interest for many years have been pumping water from beneath her land for use upon her land; that defendant uses and she and her predecessors in interest for many years have used the water so pumped for household and domestic purposes, for watering livestock, for irrigating a family orchard and garden, for irrigating pasture land, and for similar purposes. That defendant's use of water for such purposes on her land is in the approximate amount of 50 acre feet per year; that defendant's use of water does not exceed 53 acre feet per year; that all of the water used by defendant on her land is used for necessary and beneficial purposes; that the character of defendant's land is such that quantities of water many times greater than the quantity now used thereon may be put to reasonable, profitable and beneficial use thereon.

V.

Defendant has and claims the right to take the water in, under and upon her land and to use the same upon her land for agricultural and domestic purposes in the amount of 53 acre feet per year, and in such further and additional amounts as may now be or in the future become reasonably necessary and beneficial. That as against plaintiff herein, defendant has and claims the right to take all waters in, under and upon her land and to use the same upon her land free from any claims or interference of plaintiff. That defendant's rights, aforesaid, are superior to any and all rights of plaintiff; and that plaintiff has no rights, title or interest whatsoever in or to any part of the water in, under or upon defendant's lands.

WHEREFORE, defendant prays that plaintiff take nothing as against this answering defendant; that plaintiff's action be dismissed as against this defendant; that plaintiff be adjudged and decreed to have no rights, title or interest in or to any of the water in, under or upon defendant's land; and for such other or further relief as to the Court may seem just and proper.

Signed: _Helen Brandt Simonds_,
Defendant

Address: Star Route, Box 87
Aguanga, California

|   |   |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| 2 | IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA |
| 3 | SOUTHERN DIVISION |

---oOo---

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

        Defendants.

No. 1247

AFFIDAVIT OF MAILING

---oOo---

STATE OF CALIFORNIA ) SS
COUNTY OF )

                        , being duly sworn, deposes and says: That affiant is a citizen of the United States, a resident of the County of Riverside, State of California, over the age of 18 years, not a party to the above action or proceeding in connection with which the service herein referred to was made; that on behalf of Helen Brandt Simonds, whose address is Star Route, Box 87, Aguanga, California, which said address is also affiant's address, and on the _10_ day of _DECEMBER_, 19_51_, affiant deposited in the United States Mail, at _HEMET_ California, with the postage thereupon fully prepaid, a sealed envelope; that said envelope enclosed a true copy of the paper, hereto affixed, namely:

                ANSWER OF DEFENDANT,
                HELEN BRANDT SIMONDS

that said envelope bore the following names and address, namely:

    Ernest A. Tolin, U. S. Attorney, and Betty Marshall Graydon, Assistant United States Attorney, 325 West "F" Street, Room 221, San Diego 1, California;

that the foregoing persons have their office at a place between which and _HEMET_, California, there is a regular communication by mail; that where any person above named has filed any

8517

document or documents in the above entitled cause the address following his name is his office address given on such document if only one, or on the last of such documents if more than one.

_____
Affiant

Subscribed and sworn to before me this 10th day of December, 1951.

_____
Notary Public in and for said County and State.
My Commission Expires Oct. 22, 1952

8518