BETTY MARSHALL GRAYDON
Assistant United States Attorney

Attorney for Plaintiff

Phil D. Swing
Swing, Scharnikow & Staniforth

Attorneys for Defendant

FILED

DEC 13 1951

EDMUND L. SMITH, Clerk
By /s/ P. D. Hoover
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                          )
                Plaintiff, )   Civil No. 1247-SD
                          )
     v.                   )   STIPULATION TO EXTEND TIME TO
                          )   PLAINTIFF IN WHICH TO ANSWER
FALLBROOK PUBLIC UTILITY DISTRICT, a )  THE INTERROGATORIES OF DEFENDANT
public service corporation of the )  FALLBROOK PUBLIC UTILITY DISTRICT
State of California, et al., )
                          )
                Defendants )

IT IS HEREBY STIPULATED by and between counsel for Plaintiff and counsel for Fallbrook Public Utility District that Plaintiff may have additional time to answer the interrogatories served on Plaintiff, to-wit, until January 7, 1952, on which date Plaintiff will give all information available in answer to such interrogatories and make representation as to which interrogatories it may be impossible to answer.

Dated: December 13, 1951.

WILLIAM H. VEEDER
Special Assistant to the Attorney
General of the United States

/s/ Betty Marshall Graydon
BETTY MARSHALL GRAYDON
Assistant United States Attorney

Attorneys for the Plaintiff

IT IS SO ORDERED.

Date: December _____, 1951

Time to answer interrogatories
extended until Jan 7-1952

/s/ Jacob Weinberger
Judge of the U. S. District Court
Dated Dec 13-1951

SWING, SCHARNIKOW & STANIFORTH

By /s/ Phil D. Swing
       Phil D. Swing

Attorneys for above-named Defendant

475