IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Harold A. Smith
Marian Smith
_____Name_____
1334 W. Washington Blvd.
_____Address_____
Los Angeles 7, California
City          and          State
Ri. 1183
_____Telephone Number_____

Defendant

**FILED**
DEC 14 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1247 |
| ) | |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| ) | |
| Defendants, ) | |

Comes now the defendant (s) Harold A. Smith and Marian Smith

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Harold A. Smith*
*Marian Smith*

8519

STATE OF CALIFORNIA,
County of Los Angeles, ss.

HAROLD A. SMITH

being first duly sworn, deposes and says: that he is the **one of the defendants**

in the above entitled action; that he has read the foregoing **Answer** and knows the contents thereof; and that the same is true of **his** own knowledge, except as to the matters which are therein stated upon **his** information or belief, and as to those matters that he believes it to be true.

Subscribed and sworn to before me this **12** day of **December**, 19**51**

*/s/ Harold A. Smith*

*/s/ [Notary signature]*
Notary Public in and for the County of Los Angeles, State of California
[SEAL]

Received copy of the within _____ this _____ day of _____ 19__
_____ Attorney for _____

Received copy of the within _____ this _____ day of _____ 19__
_____ Attorney for _____

(AFFIDAVIT OF SERVICE BY MAIL—1013a, C.C.P.)

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES, ss.

**JOSEPHINE J. HARVEY** being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of Los Angeles; that affiant is over the age of eighteen years and is not a party to the within and above entitled action; that affiant's business address is: **416 West 8th Street, Rm. 1002, Los Angeles 14, California**

that on the **12** day of **December**, 19**51** affiant served the within **Answer**

on the **Plaintiff** in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said **Plaintiff** at the office address of said attorney as follows:

**Betty Marshall Graydon
Assistant District Attorney
San Diego, California**

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States Post Office at Los Angeles, California, where is located the office of the attorney for the person by and for whom said service was made.

That there is delivery service by United States mail at the place so addressed or/and** there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this **12th** day of **December**, 19**51**

*/s/ Josephine J. Harvey*

*/s/ [Notary signature]*
Notary Public in and for the County of Los Angeles, State of California
(SEAL)

*Here quote from envelope name and address of addressee.
**When the letter is addressed to a post office other than "Los Angeles," strike out "and"; when addressed to "Los Angeles," strike out "or."

8520