IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Edward Roalfe
Name
3955 Brunswick Ave
Address
Los Angeles 39, Calif
City and State
NO 7-1857
Telephone Number

Defendant

FILED
DEC 14 1951
EDMUND L. SMITH, Clerk
By R.D. Hoover
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
            Plaintiff, )
)
    vs.                        )   No. 1247
)
FALLBROOK PUBLIC UTILITY       )
DISTRICT, et al.,              )
)
            Defendants, )

Comes now the defendant  Edward Roalfe

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Edward Roalfe

8522