IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Marjorie G. Roalfe
_____ Name _____
Gen'l Del-
_____ Address _____
Anza, Calif
City and State
_____
Telephone Number

Defendant

FILED

DEC 14 1951

EDMUND L. SMITH, Clerk
By /s/ R.D. Hooser
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
              Plaintiff,  )
                          )
     vs.                  )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
              Defendants, )

Comes now the defendant (s) Marjorie G. Roalfe
_____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Marjorie G. Roalfe
_____

8521