**FILED**

DEC 14 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　　　　 )   Civil No. 1247-SD
　　　　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　 )   MOTION AND ORDER TO
　　　　　　　　　　　　　　　　　 )   INCLUDE ADDITIONAL
　　　vs. )   PARTIES-DEFENDANT
　　　　　　　　　　　　　　　　　 )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of )
the State of California, et al, )
　　　　　　　　　　　　　　　　　 )
　　　　　　　　Defendants. )

　　　Come now A. DEVITT VANECH, Assistant Attorney General, WALTER S. BINNS,

United States Attorney, and BETTY MARSHALL GRAYDON, Assistant United States

Attorney, attorneys for the plaintiff herein and move the Court for an order

permitting joinder of the below-named persons as additional parties-defendant

pursuant to provisions of Rule 21 of the Rules of Civil Procedure.

　　　　　　　JAMES ANGELO

　　　　　　　MARGEURITE H. ANGELO AKA MARGUERITE A. SMELSER

　　　　　　　CHARLOTTE ANTHONY

　　　　　　　IRENE F. BANFIELD

　　　　　　　HERBERT E. BARNES

　　　　　　　LENA A. BARTH

　　　　　　　MARGARET VAIL BELL

　　　　　　　CHARLES G. BENDLER

　　　　　　　GEORGE W. BENSON

　　　　　　　SOPHIA N. BENSON

　　　　　　　HENRY BILLET

　　　　　　　WINIFRED MARY BILLET

　　　　　　　RUBY C. BLACKLIDGE

　　　　　　　WILLIAM T. BLACKLIDGE

　　　　　　　CLIFFORD W. BLOCK

476

1   ETHEL M. BOLTON

2   LAUREN D. BOLTON

3   LOUISE BOREL

4   GEORGE BOURIS

5   SAM BOURIS

6   AUSTIN H. BUCKLEY AS EXECUTOR OF ESTATE OF

7   JOHN WENTWORTH, DECEASED

8   MARGARET E. BURKETT

9   RUTHERFORD J. BURKETT

10   WILLIAM WALKER BURKETT

11   MARIELLA BUSENBERG

12   FRANCES BUZARD

13   PATRICIA J. CARTER

14   JAN B. CARTER

15   PAULINE L. CHAPPELL

16   ROY C. CHAPPELL

17   MARY J. COLTON

18   MATTHEW COLTON

19   BETTY COOPER

20   IDA M. CORBURN

21   ORVILLE E. CORBURN

22   JOSEPH CUCCIO AS GUARDIAN OF ESTATE OF

23   MARY CUCCIO, INSANE

24   MARY M. DEMERON

25   WILLIAM L. DEMERON

26   BENNY DI PRIMA

27   LILLIAN J. DI PRIMA

28   HARRY J. DIVINE

29   LILLIAN L. DIVINE

30   ALBERTA L. DRAKE

31   ALDEN T. DRAKE

32   GEORGE D. EVANS

33   LETA E. EVANS

477

1    BLANCHE FAHRENHOLZ

2    FRED FAHRENHOLZ

3    CARL FRICK

4    RICHARD GARBINI

5    COSETTE S. GARNER

6    JACK GARNER

7    THEODORA L. GARNSEY

8    EVELYN GIBBS

9    WILLIAM S. GIBBS

10    DEONA L. GRAMMER

11    EMILIE J. GRAMMER

12    JOHN FRED GRAMMER

13    MARTIN J. GRAMMER

14    CHARLES R. GREEN

15    DORIS GRIFFIN

16    DAISY M. HEYDENREICH

17    VICTOR C. HILL

18    LINA S. HOFELDT

19    HENRY J. HUDDLESTON

20    IVA MARIE HUDDLESTON

21    HARVEY N. LAUGHLIN

22    MILDRED LAUGHLIN

23    CHARLOTTE M. LEATHAM

24    HERBERT LEATHAM

25    HAROLD S. LINCKS

26    ORRIS MC CARTNEY

27    DOROTHY MC ELHINNEY

28    EMILY MC ELWAIN

29    NORBERT A. MC ELWAIN

30    S. A. MC GRATH

31    GROVER CLEVELAND MAC DONALD

32    GEORGE MAGNO

33    JULIAN R. MEDRAN

478

1       EDITH TITTLE MITCHELL

2       R. LEE MOLLER

3       MARY FRANCES MOORE

4       GERTRUDE L. MORSE

5       AMY NEISWENDER

6       CHESTER B. NEISWENDER

7       ELLEN G. NELSON

8       RICHARD G. NELSON

9       FRANK NEUMEYER AKA FRANK NEW

10     RICHARD MARTIN OLSON

11     JENNIE L. PASTOR

12     SALVADOR T. PASTOR

13     PANCHO REYES

14     HARRY C. REYNOLDS

15     HELEN C. RHEINGANS

16     JOE E. RHEINGANS AKA JOE RHEINGANS

17     ANNA M. RICHARDSON

18     JOHN M. RICHARDSON

19     VIVIAN B. RICHARDSON

20     RIVERSIDE, COUNTY OF

21     RIVERSIDE TITLE COMPANY

22     ROBERT B. RUDOLPH

23     SYBLE B. RUDOLPH

24     PAUL R. SCHOLING

25     JAMES B. SEARS

26     SECURITY TITLE INSURANCE & GUARANTEE CO.

27     ELMER F. SHAFER

28     NELLIE W. SHAFER

29     JESSE C. SKIVER

30     LEILA F. SKIVER

31     OBED E. SMELSER

32     DOROTHY SOUDAN

33     EARLE E. SOUDAN

479

1   DONALD R. STEVENSON

2   ETHEL T. STEVENSON

3   MINNIE M. TESCH

4   MATTIE THOMPSON

5   PACKARD THURBER

6   VIRGINIA THURBER

7   IRMA L. TOBIN

8   JOSEPH RUSSELL TOBIN

9   OLIVE E. TRIPP

10   MARGARET LOUISE VAIL

11   GILBERT R. VAN DYKE

12   HILDA VAN ZANDT

13   J. G. VAN ZANDT

14   REETA VLASEK

15   JULIA WAGNER AS TRUSTEE FOR SCHLOSS FOUNDATION

16   FRANCES WESTFALL

17   VICTOR B. WESTFALL, JR.

18   LEO JOHN WILEY

19   RUBY MARIE WILEY

20   ROBERT JOHN WILSON

21   BETTY JO WRIGHT

22   EDWARD W. WRIGHT

23   PAUL GILBERT WRIGHT

24   TED R. YAGLE

25   LEE ZIMMERMAN

26

27

28

29

30

31

32

33

480

1       This motion is made so that the Court may have before it the additional

2   parties-defendant in order that the subject matter of this controversy may

3   be adjudicated completely in one action.

 

                              A. DEVITT VANECH
                              Assistant Attorney General

                              WALTER S. BINNS
                              United States Attorney

                              BETTY MARSHALL GRAYDON
                              Assistant United States Attorney

IT IS SO ORDERED THIS _14_ DAY OF ___Dec.___ 1951.

                   _____
                              Judge

481