IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Daniel W. Eckerman
Name
1811 Monte Vista Drive
Address
Whittier, California
City and State
Oxford 425-515
Telephone Number

Defendant

FILED
DEC 17 1951
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant  Daniel W. Eckerman

and for himself  alone and answering plaintiff's complaint on file, herein denies each and every material allegation contained therein.

Daniel W. Eckerman

8523