IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Gladys M. Eckerman
Name
1811 Monte Vista Drive
Address
Whittier, California
City and State
Oxford 425-515
Telephone Number

Defendant

FILED

DEC 17 1951

EDMUND L. SMITH, Clerk
By [signature]
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
    Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
    Defendants, )

Comes now the defendant ~~for~~  Gladys M. Eckerman

and for himself ~~or themselves~~ alone and answering plaintiff's complaint on file, herein denies ~~(deny)~~ each and every material allegation contained therein.

[signature: Gladys M Eckerman]

8524