IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Richard R. Gauldin
Name
10806 South Painter Ave.
Address
Whittier, California
City and State
Oxford 453-292
Telephone Number

Defendant

FILED
DEC 17 1951
EDMUND L. SMITH, Clerk
By
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant  Richard R. Gauldin

and for himself  alone and answering plaintiff's complaint on file, herein denies  each and every material allegation contained therein.

Richard R Gauldin

0525