KRAG AND SWEET
100 South First Street
Alhambra, California

Attorneys for Defendant
JOHN H. LEASE.



FILED
DEC 17 1951
EDMUND L. SMITH, Clerk
By ................................
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>etc. et al.<br><br>        Defendants. | No. 1247 - Civil<br><br>ANSWER OF DEFENDANT JOHN H.<br>LEASE TO COMPLAINT |

- - - - - - - - - - - - - - - -

    Comes now defendant JOHN H. LEASE, and answering the Complaint on file herein, for himself alone and no other defendants, admits, denies and alleges as follows, to wit:

                            I

    Answering paragraph II admits the existence of the military installations therein described, but denies generally and specifically each and every other allegation in said paragraph and the sub-paragraphs thereof contained, and particularly denies the allegation that no other cite on the entire west coast provides those essential factors requisite to properly perform the functions assigned to those military establishments and that the absence of any one of the essential factors would render impossible the proper performance of functions of those military establishments.

KRAG & SWEET
ATTORNEYS AT LAW
100 SO. FIRST ST.
P. O. BOX 427
ALHAMBRA, CALIF.

8527

20

II

Answering paragraph III denies generally and specifically each and every allegation therein contained and the whole thereof.

III

Answering paragraph IV denies generally and specifically each and every allegation therein contained and the whole thereof, except to admit that the Temecula River rises in the coastal range of Riverside County and proceeds in a generally westerly direction through San Diego County to the Pacific Ocean; and answering defendant particularly denies the last paragraph of said paragraph IV.

IV

Answering paragraph V denies generally and specifically each and every allegation therein contained and the whole thereof, and affirmatively alleges that any finding by the said trial court was based upon the then use of the riparian lands for the purposes then contemplated, to wit, agriculture and stock grazing.

V

Answering paragraph VI denies generally and specifically each and every allegation therein contained and the whole thereof.

VI

Answering paragraph VII denies generally and specifically each and every allegation therein contained and the whole thereof.

VII

Answering paragraph VIII denies generally and specifically each and every allegation therein contained and the whole thereof, and affirmatively alleges that the rule of paramount right is neither provided for nor sanctioned by the Constitution and laws of the United States of America, and is an attempted deprivation of one's property without due process of law.

VIII

Answering paragraph IX denies generally and specifically

KRAG & SWEET
ATTORNEYS AT LAW
100 SO. FIRST ST.
P. O. BOX 427
ALHAMBRA, CALIF.

8528

21

each and every allegation therein contained and the whole thereof, except to admit his declared adverse and superior property rights in and to the use of water therefrom, and further affirmatively alleges that his diversion of said water has at all times been and now is less than the amount allocated and authorized pursuant to the decision heretofore referred to in paragraph V of the complaint.

AND FOR A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, ANSWERING DEFENDANT ALLEGES:

That the plaintiff has failed to state a cause of action by its complaint on file herein.

WHEREFORE, this answering defendant prays that plaintiff take nothing by reason of its complaint on file herein, and that this defendant may go hence with his costs of suit and other appropriate relief.

KRAG AND SWEET

By /s/ Harold Sweet
Attorneys for Defendant
John H. Lease.

KRAG & SWEET
ATTORNEYS AT LAW
100 SO. FIRST ST.
P. O. BOX 427
ALHAMBRA, CALIF.

3

8529

22

STATE OF CALIFORNIA } ss.
County of Los Angeles

................John H. Lease................

being by me first duly sworn, deposes and says: that    he    is the  Answering defendant

in the above entitled action: that    he    has............read the foregoing  Answer of defendant John H. Lease to complaint

and knows the contents thereof; and that the same is true of........his........own knowledge, except as to the matters which are therein stated upon....his....information or belief, and as to those matters that    he    believes it to be true.

Subscribed and sworn to before me this
13rd day of ~~November~~ December, 1951

John H. Lease

Anne Haughton
Notary Public in and for the County of Los Angeles, State of California.
[SEAL]

(AFFIDAVIT OF SERVICE BY MAIL)

STATE OF CALIFORNIA, } ss.
County of Los Angeles,

........Velma Jean Rooker........being sworn, says that she is a citizen of the United States, over 18 years of age, a resident of Los Angeles County and not a party to the within action. That the business address of Krag & Sweet is 100 South First Street, Alhambra, California.

The affiant served a copy of the attached....Answer of defendant John H. Lease to Complaint....by placing said copy in an envelope addressed to....Ernest A. Tolin, United States Attorney, and Betty Marshall Graydon, Assistant U.S. Attorney, 325 West "F" Street, San Diego 1, California
which envelope was then sealed and postage fully prepaid thereon, and thereafter was on the....14.... day of....December...., 1951., deposited in the Post Office at Alhambra, California. That there is either delivery service by United States mail at the place so addressed, or regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this....14....
day of....December...., 1951.

Anne Haughton
NOTARY PUBLIC in and for the County of Los Angeles, State of California
(SEAL)

Velma Jean Rooker

KRAG & SWEET
ATTORNEYS AT LAW
ALHAMBRA, CALIF.

8530

23