IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

ALFRED A. GREGORY and GLADYS GREGORY, husband and wife
Name
P. O. Box 145
Address
Elsinore, California
City and State
Main 1501 or Main 2138
Telephone Number

Defendant

FILED
DEC 19 1951
EDMUND L. SMITH, Clerk
By /s/ Johnson
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) ALFRED A. GREGORY and GLADYS GREGORY, husband and wife and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Alfred A. Gregory
/s/ Gladys Gregory

8531