IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name _Marybelle Hawkes Juelson_

Address _402 No. main St._

City   and   State _Fallbrook, Calif._

Telephone Number

Defendant

FILED

DEC 19 1951

EDMUND L. SMITH, Clerk

By _____

DEPUTY CLERK

UNITED STATES OF AMERICA        )
                                )
                Plaintiff,      )
                                )
        vs.                     )        No. 1247
                                )
FALLBROOK PUBLIC UTILITY        )
DISTRICT, et al.,               )
                                )
                Defendants,     )

Comes now the defendant (s) _Marybelle Hawkes Juelson, sued as Doe 37 herself_ and for himself of themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Marybelle Hawkes Juelson_

8532