IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

E. G. Womack
Name
Route 1  Box 53
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

**FILED**

DEC 19 1951

EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                          )
               Plaintiff, )
                          )
        vs.               )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
              Defendants, )

Comes now the defendant (s) __E. G. WOMACK, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ E. G. Womack

8534