IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  Brittie I. Womack
     _____
              Name
2  Route 1  Box 53
     _____
              Address
3  Fallbrook, California
     _____
      City    and    State
4     None
     _____
       Telephone Number
5
6            Defendant

**FILED**

DEC 19 1951

EDMUND L. SMITH, Clerk
By _____
              DEPUTY CLERK

7
8  UNITED STATES OF AMERICA        )
9                     Plaintiff,   )
10              vs.                 )       No. 1247
11  FALLBROOK PUBLIC UTILITY        )
    DISTRICT, et al.,               )
12                    Defendants,   )
13

14     Comes now the defendant (s) __BRITTIE I. WOMACK, sued herein__

15

16  and for himself or themselves alone and answering plaintiff's complaint on

17  file, herein denies (deny) each and every material allegation contained therein.

18

19                        Brittie I. Womack.

20

21
22
23
24
25
26
27
28
29
30
31
32

8535