IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: William W. Willis
Address: Star Route
City and State: Winchester, California
Telephone Number: None

Defendant

FILED
DEC 19 1951
EDMUND L. SMITH, Clerk
By /s/ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

Comes now the defendant(s) William W. Willis, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ William W Willis

8536