IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Flossie F. Willis**
Name
**Star Route**
Address
**Winchester, California**
City and State
**None**
Telephone Number

Defendant

FILED
DEC 19 1951
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant(s) **Flossie F. Willis, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Flossie F. Willis

8537