IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Lloyd L. Juelson
Address: P.O. Box 88
City and State: Fallbrook, California
Telephone Number: 7438

Defendant

FILED
DEC 19 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> FALLBROOK PUBLIC UTILITY DISTRICT, et al., <br> Defendants, | No. 1247 |

Comes now the defendant (s) __LLOYD L. JUELSON, sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Lloyd L Juelson

8539