IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ernest T. McDonald and Flora M. McDonald
Name
Route 2 Box 255-A
Address
Fallbrook, California
City and State
7250
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) ERNEST T. McDONALD, sued herein and FLORA M. McDONALD, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ernest T. McDonald*
*Flora M. McDonald*

FILED
DEC 19 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8539