IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Merle H. Rackin
Name
1301 South Fairfax Road
Address
Bakersfield, California
City and State
None
Telephone Number

Defendant

FILED

DEC 19 1951

EDMUND L. SMITH, Clerk
By /s/ illegible
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) MERLE H. RACKIN, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Mrs. Merle H. Rackin

8540