IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Claire Kaufman
_____Name_____
212 North Larchmont Blvd.
_____Address_____
Los Angeles 4, California
City       and       State
_____
Telephone Number

Defendant

FILED
DEC 19 1951
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant(s) Claire Kaufman, sued herein
_____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Claire Kaufman

8541