IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Gladys W. Uhl
Address: Route 2 Box 264
City and State: Fallbrook, California
Telephone Number: 7321

Defendant

FILED
DEC 19 1951
EDMUND L. SMITH, Clerk
By ............... DEPUTY CLERK

UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　)
　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　)  No. 1247
　　　　　　　　　　　　　　　)
FALLBROOK PUBLIC UTILITY　　 )
DISTRICT, et al.,　　　　　　)
　　　　　　　　　　　　　　　)
　　　　　　　Defendants,　　 )

　　　Comes now the defendant (s) GLADYS W. UHL, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

　　　　　　　　　　　　　　　　　　　Gladys W. Uhl

8542