IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Sylvester J. Uhl
Name
Route 2 Box 264
Address
Fallbrook, California
City and State
~~None~~ 7321
Telephone Number

Defendant

FILED
DEC 19 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
 )
                Plaintiff, )
 )
        vs.                ) No. 1247
 )
FALLBROOK PUBLIC UTILITY   )
DISTRICT, et al.,          )
 )
                Defendants,)

Comes now the defendant (s) **SYLVESTER J. UHL, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Sylvester J. Uhl* (signature)

8543