IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Harry B. Vix and J. Lenore Vix
Name
P.O. Box 845
Address
Fallbrook, California
City and State
273
Telephone Number

Defendant

FILED
DEC 19 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
)
                 Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
                Defendants, )

Comes now the defendant (s) HARRY B. VIX, sued herein and J. LENORE VIX, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Harry B. Vix*
*J. Lenore Vix*

8544