IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Walter Hogarth
_____
Name
940 No. Orange Drive
_____
Address
Hollywood, 38, California
_____
City     and     State
HO-9-1626
_____
Telephone Number

Defendant

FILED

DEC 19 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s)____Walter Hogarth, sued herein
_____

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

_Walter Hogarth_
_____

8545