IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Gilbert Stearns and Zelma E. Stearns
Address: P.O. Box 49
City and State: Winchester, California
Telephone Number: None

Defendant

FILED
DEC 19 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )  No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant (s) GILBERT STEARNS, sued herein and ZELMA E. STEARNS, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Gilbert Stearns*
*/s/ Zelma E. Stearns*

8546