IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1   James L. Moore
          Name
2   Star Route
          Address
3   Winchester, California
      City   and   State
4   None
      Telephone Number
5
          Defendant

**FILED**

DEC 19 1951

EDMUND L. SMITH, Clerk
By _____
      DEPUTY CLERK

8   UNITED STATES OF AMERICA         )
9                       Plaintiff,   )
10          vs.                      )   No. 1247
11  FALLBROOK PUBLIC UTILITY         )
    DISTRICT, et al.,                )
12                                   )
                        Defendants,  )

14      Comes now the defendant (s) JAMES L. MOORE, sued herein

16  and for himself or themselves alone and answering plaintiff's complaint on
17  file, herein denies (deny) each and every material allegation contained therein.

                                    James L. Moore

8547