IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1
2

Albertie A. Moore
_____
Name
Star Route
_____
Address
Winchester, California
_____
City    and    State
None
_____
Telephone Number

Defendant

FILED

DEC 19 1951

EDMUND L. SMITH, Clerk

By _____
DEPUTY CLERK

3
4
5
6
7

8

UNITED STATES OF AMERICA        )
                                )
9                    Plaintiff, )
                                )
10          vs.                 )      No. 1247
                                )
11   FALLBROOK PUBLIC UTILITY    )
     DISTRICT, et al.,          )
12                              )
                Defendants,    )
13

14      Comes now the defendant (s) ALBERTIE A. MOORE, sued herein

15 _____

16  and for himself or themselves alone and  answering  plaintiff's  complaint  on

17  file, herein denies (deny) each and every material allegation contained therein.

18

19                        Albertie A. Moore

20  _____

21
22
23
24
25
26
27
28
29
30
31
32

0548