IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Homer P. Groom and Augusta M. Groom
Address: Route 2 Box A
City and State: Fallbrook, California
Telephone Number: None

Defendant

FILED
DEC 19 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
      vs.                )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant(s) **HOMER P. GROOM, sued herein and AUGUSTA M. GROOM, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Homer P. Groom
Augusta M. Groom

8551