IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Carl Bergman
Address:
City and State: Palomar Mountain, California
Telephone Number: None

Defendant

FILED
DEC 19 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          Plaintiff, )
            vs. ) No. 1247
FALLBROOK PUBLIC UTILITY DISTRICT, et al., )
                         Defendants, )

Comes now the defendant (s) CARL BERGMAN, SUED HEREIN and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Carl Bergman*

8552