IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: VIOLA M. RAYMOND
Address: P.O. BOX 134
City and State: Fallbrook, California
Telephone Number: None

Defendant

FILED
DEC 19 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                          )
              Plaintiff,  )
                          )
         vs.              )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
              Defendants, )

Comes now the defendant (s) VIOLA M. RAYMOND, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Viola M. Raymond*

8554