IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

JOHN A. MARCHANT
_____
Name
P. O. BOX 426
_____
Address
FALLBROOK, CALIFORNIA
_____
City      and      State
7060
_____
Telephone Number

Defendant

FILED

DEC 19 1951

EDMUND L. SMITH, Clerk

By _____
DEPUTY CLERK

UNITED STATES OF AMERICA        )
                                )
                    Plaintiff,  )
                                )
         vs.                    )        No. 1247
                                )
FALLBROOK PUBLIC UTILITY        )
DISTRICT, et al.,               )
                                )
                    Defendants, )

Comes now the defendant (s)____JOHN A. MARCHANT, sued herein

_____

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

8555