IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Mignon C. Marchant
Address: P.O. Box 426
City and State: Fallbrook, California
Telephone Number: 7060

Defendant

FILED
DEC 19 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __MIGNON C. MARCHANT, sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Mignon C. Marchant*

8556