IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Daisy E. Mixer
Name
Route 2 Box 183
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

F I L E D

DEC 19 1951

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) DAISY E. MIXER, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Daisy E. Mixer

8557