IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Fred J. Pourroy
Address: P.O. Box 32
City and State: Winchester, California
Telephone Number: None

Defendant

FILED
DEC 19 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
               Plaintiff,)
                         )
       vs.               )    No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
               Defendants,)

Comes now the defendant(s) __FRED J. POURROY, sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Fred J. Pourroy

8558