IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Frances Pourroy
Address: P.O. Box 32
City and State: Winchester, California
Telephone Number: None

Defendant

**FILED**
DEC 19 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
               Plaintiff, )
              vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
             Defendants. )

Comes now the defendant(s) **FRANCES POURROY, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Frances Pourroy_

8559