IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1   Catherine B. Pourroy
          Name

2   P.O. Box 39
        Address

3   Winchester, California
    City  and   State

4   None
    Telephone Number

5

6         Defendant

F I L E D

DEC 19 1951

EDMUND L. SMITH, Clerk
By _____
          DEPUTY CLERK

8   UNITED STATES OF AMERICA    )

9               Plaintiff,  )

10         vs.         )   No. 1247

11   FALLBROOK PUBLIC UTILITY   )
  DISTRICT, et al.,

12           Defendants,  )

14      Comes now the defendant (s)___CATHERINE B. POURROY,

15   sued herein _____

16   and for himself or themselves alone and answering plaintiff's complaint on

17   file, herein denies (deny) each and every material allegation contained therein.

19                  Catherine B. Pourroy

8560