IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Pierre Pourroy, Jr.
Name
P.O. Box 39
Address
Winchester, California
City and State
None
Telephone Number

Defendant

FILED
DEC 19 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
  Plaintiff, )
vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
  Defendants, )

Comes now the defendant (s) **PIERRE POURROY, JR.** sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Pierre Pourroy, Jr.* (signature)

8561