IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

John P. Jones and Pearl O. Jones
Name
2535 Longwood Avenue
Address
Los Angeles 16, California
City     and     State
RE-3-7175
Telephone Number

Defendant

UNITED STATES OF AMERICA, )
                          )
              Plaintiff,  )
                          )
     vs.                  )  No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
              Defendants, )

**FILED**
DEC 19 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

Comes now the defendant (s) JOHN P. JONES, sued herein and PEARL O. JONES, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

John P. Jones
Pearl O. Jones

8562