IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Nellie S. Lillie
Name
Route 2  Box 141
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant(s) NELLIE S. LILLIE, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Nellie S. Lillie*
*Box 141*
*Fallbrook*

FILED
DEC 19 1951
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

8564