IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Josie G. Hale
Name
215 East Whiting
Address
Fullerton, California
City and State
2291
Telephone Number

Defendant

FILED
DEC 19 1951
EDMUND L. SMITH, Clerk
By /s/ Jmmo
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant(s) __JOSIE G. HALE, sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Josie G. Hale

8565