IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Walter B. Hale
Name
215 East Whiting
Address
Fullerton, California
City and State
2291
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) WALTER B. HALE, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Walter B. Hale*

FILED
DEC 19 1951
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8566