

FILED

DEC 20 1951

EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )  Civil No. 1247-SD
                          )
         Plaintiff,       )  MOTION AND ORDER TO
                          )  INCLUDE ADDITIONAL
    vs.                   )  PARTIES-DEFENDANT
                          )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of )
the State of California, et al, )
                          )
         Defendants.      )

Come now A. DEVITT VANECH, Assistant Attorney General, WALTER S. BINNS, United States Attorney, and BETTY MARSHALL GRAYDON, Assistant United States Attorney, attorneys for the plaintiff herein and move the Court for an order permitting joinder of the below-named persons as additional parties-defendant pursuant to provisions of Rule 21 of the Rules of Civil Procedure.

     DELL ACKMAN
     ANNE N. ALLAN
     ELLOENE AUFDENKAMP
     CARL G. BARKOW
     MABELLE F. BARKOW
     GRACE V. BEAVER
     OTTO E. BEAVER
     EDNA BECK AS ADMINISTRATRIX OF ESTATE OF
     WALTER HICKS TIFFANY, DECEASED
     ORPHA BERGERON
     GEORGE W. BISSETT
     MARTHA E. BISSETT
     C. E. BITTIKOFER

482

1. RITA S. BITTIKOFER
2. HENRY E. BLACKFORD
3. ELEANOR P. BLACKFORD
4. EDMEE N. BLACKMORE
5. JIM M. BLACKMORE
6. ARTHUR V. BLAKE
7. RETHA DARLINE BLAKE
8. MARY BOURIS
9. DAVID A. BROWN
10. NANCY JANE BROWN
11. CECIL C. CALLICOTT
12. PEARL LORENE CALLICOTT
13. JOHN CALOIA
14. HANS CHRISTENSEN
15. ZORA E. CHRISTENSEN
16. DANIEL B. CLARK AKA D. B. CLARK
17. DORIS L. CLARK
18. EDITH T. CLARK
19. GUY S. CLARK
20. JAMES E. CONLEY
21. DOLORES CONNELL
22. LILLIE M. CRABTREE
23. GEORGE H. DEBORDE
24. PAULA DELANG
25. ANNA DEPWEG
26. F. J. D EPWEG
27. ANGELO O. DOMENIGONI
28. JEAN DOMENIGONI
29. MARGHERITA C. DOMENIGONI
30. PETE DOMENIGONI
31. HELEN DURR
32. M. J. EDDY
33. ZERUAH E. EVERETT

483

1. FALLBROOK ELEMENTARY GRAMMER SCHOOL
2. FARMERS AND MERCHANTS BANK OF HEMET
3. FIRST NATIONAL BANK OF ELSINORE
4. BESSIE L. FREEMAN
5. GLADYS E. FREEMAN
6. IDA MAE FREEMAN
7. KENNETH FREEMAN
8. RUSSELL O. FREEMAN
9. VERNA FREEMAN
10. IDA GARBINI
11. JACKSON C. GLENN
12. SENORA E. GLENN
13. GLADYS A. GOODCASE
14. OTTO R. GOODCASE
15. ORVILLE T. GROW
16. CARL I. HARRIS
17. DORIS INEZ HARRIS
18. ELSIE L. HARRIS
19. GEORGE R. HARRIS
20. I. G. HARRIS
21. MINNIE HARRIS
22. ZURLENE HARRIS
23. GEORGE HAWORTH
24. LAURA E. HAWORTH
25. FRANCES M. HEDLER
26. WILLIAM M. HEDLER
27. RUFUS HOLLAND
28. JOSEPH HOSANG
29. RUTH L. HOSANG
30. JOSEPH G. HUNTER AKA J.G. HUNTER
31. VIOLA M. HUNTER
32. JESSE T. HUTCHINSON
33.

1. JOSEPH MERRILL KOLB AS EXECUTOR OF ESTATE
2. OF MARGARET A. KOLB, DECEASED
3. MANON T. LORD
4. VICTOR C. LORD
5. PAULINE C. LUBBEN
6. LEWIS M. LUTZ
7. LULA MCCARRELL
8. MASONIC CEMETERY ASSOCIATION OF FALLBROOK
9. EARL T. MELONE
10. MARION E. MELONE
11. CLIVE L. MITCHELL
12. REBA F. MITCHELL
13. A. C. MOHLENHOFF
14. VIOLET S. MOHLENHOFF
15. JOHN JAMES MONETT
16. MARGARET MAY MONETT
17. JOSEPH H. MONSER
18. MARGARET H. MONSER
19. FRANK NELSON
20. ORVA NELSON
21. LEO P. OUELLETTE
22. VICTORIA P. OUELLETTE
23. GLENN E. PARRY
24. LUCILLE PARRY
25. FRED B. PATRICK
26. MARIE M. PATRICK
27. ORVILLE E. PERRY
28. MELBA NELSON PIERCE
29. LOLA M. PRIGG
30. RAWSON SCHOOL DISTRICT
31. INA C. RAWSON
32. GENEVIEVE ROBERTSON
33. LINCOLN GLENN ROBERTSON

1. E. W. ROBISON
2. VIOLA N. ROBISON
3. GEORGE ROMOCEAN
4. GOLDIE ROMOCEAN
5. ANNA ROTZ
6. CHARLES A. SCHNEIDER
7. LOUISE LA FEVER SCHNEIDER
8. GERALD ERNEST SEARL AKA G. E. SEARL
9. LORENA G. SEARL
10. HAROLD SEWELL
11. MABEL SEWELL
12. MABEL ANN SEWELL AS GUARDIAN OF ESTATE
13. OF BARBARA ANN AULD, MINOR
14. ANNA MAREA SHAW
15. HAROLD BIRD SHAW
16. C. FRANKLIN SMITH
17. G. A. SMITH
18. MAUDE L. SMITH
19. C. J. SPORE
20. JEANIE SPORE AKA JANE SPORE
21. ELAINE SUTTER
22. WILLIAM W. SUTTER
23. B. F. TAYLOR
24. BURT TAYLOR
25. FANNIE D. TAYLOR
26. RHODA FRANCES TAYLOR
27. ALICE H. TOBIN
28. ARTHUR M. TOBIN
29. MARY TURK
30. ELIZABETH M. TURNER
31. W. E. TURNER
32. ALBERT G. TURNEY
33. VALLECITOS SCHOOL DISTRICT

486

```
 1                    ALFRED VON MOOS
 2                    MARY L. VON MOOS
 3                    FREDERIC B. WALKER
 4                    HAROLD R. WICKERD
 5                    PHRONIA P. WICKERD
 6                    R. H. WICKERSHAM
 7                    WILDOMAR CEMETERY ASSOCIATION
 8                    OF WILDOMAR
 9                    ELSIE WILKS
10                    HOWARD LEE WILKS
11                    VERA REEVES WILLIAMS
12                    EDNA P. YOUNG
13                    JULIA M. YOUNG
14                    KENNETH W. YOUNG AKA K. W. YOUNG
15                    WALTER LEE YOUNG
16                    ALTHEA L. ZEIDERS
17                    CECIL W. ZEIDERS
18                    LOUIS B. ZIEGLER
19                    NELL J. ZIEGLER
```

20    This motion is made so that the Court may have before it
21 the additional parties-defendant in order that the subject
22 matter of this controversy may be adjudicated completely in
23 one action.

                              A. DEVITT VANECH
                              Assistant Attorney General

                              WALTER S. BINNS
                              United States Attorney

                              BETTY MARSHALL GRAYDON
                              Assistant United States Attorney

30  IT IS SO ORDERED THIS  20  DAY OF  Dec.  1951.

                              _____
                                       Judge