IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: **William C. Curtiss and wife, Annie L. S. Curtiss**
Address: **Box 82**
City and State: **Wildomar, California**
Telephone Number:

Defendant s

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

FILED
DEC 21 1951
EDMUND L. SMITH, Clerk
DEPUTY CLERK

Comes now the defendant (s) **William C. Curtiss and wife, Annie L. S. Curtiss** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*William C. Curtiss*
*Annie L S Curtiss*
*Wm C C*

8567