IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

A. C. Schwartz
Name
3616 W. 113th St
Address
Inglewood Calif.
City and State
Or. 1-5928
Telephone Number

Defendant

FILED
DEC 26 1951
EDMUND L. SMITH, Clerk
By Johnson
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                           )
           Plaintiff,      )
                           )
    vs.                    )   No. 1247
                           )
FALLBROOK PUBLIC UTILITY   )
DISTRICT, et al.,          )
                           )
           Defendants,     )

Comes now the defendant (s) A. C. Schwartz

and for himself ~~or themselves~~ alone and answering plaintiff's complaint on file, herein denies ~~(deny)~~ each and every material allegation contained therein.

A. C. Schwartz

8572