IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Valletta Prehoda
Address: 4163 Duquesne Ave
City and State: Culver City, Calif
Telephone Number: Vermont 9-5896

Defendant

FILED
DEC 26 1951
EDMUND L. SMITH, Clerk
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
        vs.              )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant Valletta Prehoda

and for himself ~~or themselves~~ alone and answering plaintiff's complaint on file, herein denies (~~deny~~) each and every material allegation contained therein.

Valletta Prehoda

8568