IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Eugene C. Prehoda
Name
4163 Duquesne St
Address
Culver City, Calif
City and State
VErmont 95896
Telephone Number

Defendant

FILED
DEC 26 1951
EDMUND L. SMITH, Clerk
/s/ Johnson
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

Comes now the defendant (s) Eugene C. Prehoda
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Eugene C. Prehoda

8569