IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Aileen I. Fosnaugh
Name
124 W. 126th Street
Address
Los Angeles, California
City and State
Plymouth 5-8288
Telephone Number

Defendant

FILED
DEC 26 1951
EDMUND L. SMITH, Clerk
by /s/
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
              Plaintiff,  )
                          )
       vs.                )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
              Defendants, )

Comes now the defendant (s) Aileen I. Fosnaugh

and for himself ~~or themselves~~ alone and answering plaintiff's complaint on file, herein denies ~~(deny)~~ each and every material allegation contained therein.

/s/ Aileen I. Fosnaugh

8570