IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

George S. Fosnaugh
Name
124 W. 126th Street
Address
Los Angeles, California
City and State
Plymouth 5-8288
Telephone Number

Defendant

FILED

DEC 26 1951

EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
                  Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
                Defendants, )

Comes now the defendant ~~xxx~~ George S. Fosnaugh

and for himself ~~or themselves~~ alone and answering plaintiff's complaint on file, herein denies ~~(deny)~~ each and every material allegation contained therein.

/s/ George S. Fosnaugh

0571