IN THE DISTRICT COURT OF THE UNITED STATES

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California; et al., EDWARD G. HELMS, LOTTIE Defendant. HELMS, HERMAN C. PANKONIEN, AND ALMA C. PANKONIEN

No.   1247-SD Civil

AFFIDAVIT OF SERVICE BY MAIL

FILED
DEC 26 1951
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA ) ss.
SOUTHERN DISTRICT OF CALIFORNIA )

      Barbara V. Doe, being first duly sworn, deposes and says:

      That (s)he is a citizen of the United States and a resident of San Diego County, California; that (his)(her) business address is 1405 Fifth Avenue, Rm. 301, San Diego, California; that (s)he is over the age of eighteen years, and is not a party to the above-entitled action;

      That on December 26, 1951 (s)he deposited in the United States Mails at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of

REPLY OF THE UNITED STATES OF AMERICA TO ANSWER OF EDWARD G. HELMS, LOTTIE L. HELMS, HERMAN C. PANKONIEN, AND ALMA C. PANKONIEN

addressed to

      W. B. Dennis, Attorney-at-Law, Route 1, Box 58, Fallbrook, Calif.,

his last known address, at which place there is a delivery service by United States Mails from said post office.

                                          _____
                                          Barbara V. Doe

SUBSCRIBED and SWORN to before me,

this 26th day of December, 1951.

Clerk, U.S. District Court, Southern District of California,

By _____ Deputy.

628