1  BETTY MARSHALL GRAYDON
   Assistant United States Attorney
2  1405 Fifth Avenue
   San Diego 1, California
3    Telephone: F 9-4101

4  Attorney for Plaintiff

5              IN THE UNITED STATES DISTRICT COURT

6           IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

7                        SOUTHERN DIVISION

8  UNITED STATES OF AMERICA,         )
                                     )
9               Plaintiff,           )
                                     )
10      v.                           )   Civil No. 1247-SD
                                     )
11 FALLBROOK PUBLIC UTILITY DISTRICT, a )  REPLY OF THE UNITED STATES OF
       public service corporation of the )  AMERICA TO ANSWER OF SANTA
12     State of California;          )   MARGARITA MUTUAL WATER COMPANY
   ET AL.;                           )
13                                   )
   SANTA MARGARITA MUTUAL WATER COMPANY, )
14     a public service corporation of the )
       State of California,          )
15                                   )
                Defendants,          )
16                                   )
   PEOPLE OF THE STATE OF CALIFORNIA, )
17                                   )
                Defendants in        )
18              Intervention.        )


FILED
DEC 26 1951
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

19      The UNITED STATES OF AMERICA, plaintiff, in reply to the answer of the
20 Santa Margarita Mutual Water Company, pursuant to the order of this Court entered
21 the fourth day of December 1951, admits, alleges and denies as follows:
22                        REPLY TO FIRST DEFENSE
23      1.  The UNITED STATES OF AMERICA in reply to paragraph 1 of the First
24 Defense of the answer of the Santa Margarita Mutual Water Company realleges each
25 and every allegation contained in paragraph I of the complaint.
26      2.  The UNITED STATES OF AMERICA in reply to paragraph 2 of the First
27 Defense of the answer of the Santa Margarita Mutual Water Company realleges each
28 and every allegation contained in paragraph II of the complaint.
29      3.  The UNITED STATES OF AMERICA in reply to paragraph 3 of the First
30 Defense of the answer of the Santa Margarita Mutual Water Company realleges each
31 and every allegation contained in paragraph III of the complaint.
32      4.  The UNITED STATES OF AMERICA in reply to paragraph 4 of the First

                                  - 1 -                                    654

1 Defense of the answer of the Santa Margarita Mutual Water Company realleges each
2 and every allegation contained in paragraph IV of the complaint.
3            5. The UNITED STATES OF AMERICA in reply to paragraph 5 of the First
4 Defense of the answer of the Santa Margarita Mutual Water Company realleges each
5 and every allegation contained in paragraph V of the complaint; and admits that
6 the Santa Margarita Mutual Water Company was not a party to the case of <u>Rancho</u>
7 <u>Santa Margarita</u> v. <u>Vail, et al.</u>, in the Superior Court of the State of California
8 in and for the County of San Diego, No. 42850. The UNITED STATES OF AMERICA,
9 further replying to paragraph 5 of the First Defense of the answer of the
10 defendant alleges that:

      (1) The Santa Margarita Mutual Water Company asserts a right to divert water from the Santa Margarita River which is there solely by reason of the Stipulated Judgment, Exhibit A of the complaint. Were it not for the Stipulated Judgment requiring releases of water by the Vail Estate, the legal demands of which greatly exceed the available supply of water, the Santa Margarita River for the greater part of the year would be dry below the lands of that Estate. Thus the Santa Margarita Mutual Water Company would convert water to its own use which the Vail Estate seeks to deliver to the United States pursuant to the Stipulated Judgment. The dam which the Santa Margarita Mutual Water Company alleges it intends to construct would constitute a still greater encroachment upon the rights to the use of water provided for in the Stipulated Judgment.

      (2) The United States is informed and believes and therefore alleges that the Santa Margarita Mutual Water Company asserts a right to impound water at the Nigger Canyon Reservoir on the Vail Estate properties, a claim which is likewise adverse to the rights invested in the United States by reason of the Stipulated Judgment, Exhibit A of the complaint.

6. The UNITED STATES OF AMERICA in reply to paragraph 6 of the First Defense of the answer of the Santa Margarita Mutual Water Company realleges each and every allegation contained in paragraph VI of the complaint.

7. The UNITED STATES OF AMERICA in reply to paragraph 8 of the First Defense of the answer of the Santa Margarita Mutual Water Company realleges each and every allegation contained in paragraph VII of the complaint.

8. The UNITED STATES OF AMERICA in reply to paragraph 8 of the First Defense of the answer of the Santa Margarita Mutual Water Company specifically reaffirms and realleges all of the allegations in paragraph VIII of the complaint; reasserting that its rights to 35,000 acre-feet of water annually from the Santa Margarita River are paramount to the alleged rights of the Santa Margarita Mutual Water Company. Replying further to the paragraph in question it is reaffirmed and realleged, in denial of the contention which the paragraph contains, that the rights to the use of water claimed by the United States are not limited in the manner asserted but rather the United States claims that it succeeded to whatever rights vested in it as a successor in interest to the Rancho Santa Margarita, all as alleged in the complaint.

9. The UNITED STATES OF AMERICA in reply to paragraph 9 of the First Defense of the answer of the Santa Margarita Mutual Water Company realleges each and every allegation contained in paragraph IX of the complaint. Replying further to the paragraph in question the United States specifically denies that the Santa Margarita Mutual Water Company has any rights to the use of water paramount to those of the United States, or rights of any kind or character in the Santa Margarita River.

REPLY TO SECOND FURTHER AND SEPARATE AND DISTINCT DEFENSE

The UNITED STATES OF AMERICA in reply to the Second Further and Separate and Distinct Defense admits that the Santa Margarita Mutual Water Company as alleged filed applications with the Division of Water Resources of the State of California. It is denied, however, that the filings described in that Second Further and Separate and Distinct Defense constitute rights to the use of water or vest in the Santa Margarita Mutual Water Company any rights to the use of water in the Santa Margarita River. Likewise denied is the averment of the

defense in question that the alleged rights of the Santa Margarita Mutual Water Company are paramount to any rights or interests of the United States, including the filing of June 30, 1948, to which defendant has made reference.

REPLY TO THIRD FURTHER AND SEPARATE AND DISTINCT DEFENSE.

The UNITED STATES OF AMERICA in reply to the Third Further and Separate and Distinct Defense specifically denies that this cause is barred by Section 318 of the Code of Civil Procedure of the State of California.

REPLY TO FOURTH FURTHER AND SEPARATE AND DISTINCT DEFENSE.

The UNITED STATES OF AMERICA in reply to the Fourth Further and Separate and Distinct Defense specifically denies that this cause is barred by Section 319 of the Code of Civil Procedure of the State of California.

REPLY TO FIFTH FURTHER AND SEPARATE AND DISTINCT DEFENSE.

The UNITED STATES OF AMERICA in reply to the Fifth Further and Separate and Distinct Defense admits that there was filed, as alleged, an application with the State of California Department of Public Works, Division of Water Resources, denying, however, that the rights to the use of water asserted in this litigation are in any way contingent upon that filing or are in any way affected by it. Likewise denied is the contention in this defense that the defendant has the right to be heard, in this cause, in connection with the filing in question; and likewise denied is the contention that the rights to the use of water, the subject matter of this litigation, are in any way contingent upon or governed by the filing in question; and there is also denied the contention that the rights to the use of water of the United States other than upon riparian lands and for riparian uses are governed by the filing in question.

FURTHER REPLY OF THE UNITED STATES OF AMERICA TO THE ANSWER OF THE SANTA MARGARITA MUTUAL WATER COMPANY.

Replying further to the answer of the Santa Margarita Mutual Water Company the UNITED STATES OF AMERICA alleges that:

The answer of the defendant Santa Margarita Mutual Water Company is insufficient and fails to constitute a defense to the complaint herein of the United States, being devoid of any allegation of ownership of rights to the use of water in the defendant.

1    Wherefore, the United States prays that judgment be granted to it in
2 accordance with the prayer for relief in the complaint in this action. The
3 United States of America respectfully refers to the motion now pending before
4 this Court requesting a separate trial in regard to the Santa Margarita Mutual
5 Water Company and states that this reply is not intended in any way to constitute
6 a modification of that motion.

WILLIAM H. VEEDER,
Special Assistant to the
Attorney General

Dated: Dec. 24, 1951

BETTY MARSHALL GRAYDON,
Assistant United States Attorney