```
 1                IN THE DISTRICT COURT OF THE UNITED STATES
 2              IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
 3                                  DIVISION
 4
 5  UNITED STATES OF AMERICA,
 6                       Plaintiff,        No.  1247-SD Civil
 7            vs.                          AFFIDAVIT OF SERVICE BY MAIL
    Fallbrook Public Utility District, a
 8  public service corporation of the            FILED
    State of California; et al.,
 9  SANTA MARGARITA MUTUAL WATER Defendant.
10  UNITED STATES OF AMERICA                     DEC 26 1951
                                    ss.
11  SOUTHERN DISTRICT OF CALIFORNIA          EDMUND L. SMITH, Clerk
12                                                  DEPUTY CLERK
13       Barbara V. Doe          , being first duly sworn, deposes and says:
14          That (s)he is a citizen of the United States and a resident of
    San Diego                                            1405 Fifth
15  Los Angeles County, California; that (his)(her) business address is 600 Post Office
    Avenue, Rm. 301, San Diego, California
16  and Court House, Los Angeles, California; that (s)he is over the age of eighteen
17  years, and is not a party to the above-entitled action;
18          That on   December 26, 1951    (s)he deposited in the United States Mails
                                    at San Diego
19  in the Post Office at 312 No. Spring Street, Los Angeles, California, in the
20  above-entitled action, in an envelope bearing the requisite postage, a copy of
    REPLY OF THE UNITED STATES OF AMERICA TO ANSWER OF SANTA MARGARITA MUTUAL WATER
21  COMPANY
22  addressed to    W. B. Dennis, Attorney-at-Law, Route 1, Box 58, Fallbrook, Calif.
23
24  his last known address, at which place there is a delivery service by United
25  States Mails from said post office.
26                                          _____
                                                  Barbara V. Doe
27  SUBSCRIBED and SWORN to before me,
28  this  26th day of  December, 1951.
29  Clerk, U.S. District Court, Southern District of California,
30  By
31  _____Deputy.
32
                                                                627
```