IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mabel A. Peterson
Name
8998 Norma Place
Address
Los Angeles      California
City     and     State
CR. 16755
Telephone Number

Defendant

FILED
DEC 28 1951
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
         Plaintiff,      )
                         )
    vs.                  )    No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
         Defendants,     )

Comes now the defendant (s) Mabel A. Peterson

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Mabel A. Peterson