IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Richard Peterson
Name
8998 Norma Place
Address
Los Angeles   California
City   and   State
CR. 16755
Telephone Number

Defendant

**FILED**
DEC 28 1951
EDMUND L. SMITH, Clerk
/s/ Johnson
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
       vs.               )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s) Richard Peterson

and for himself or ~~themselves~~ alone and answering plaintiff's complaint on file, herein denies (~~deny~~) each and every material allegation contained therein.

Richard Peterson

8585

9.77