IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Earl L. Anderson
Name

P.O. Box 86
Address

Northridge, California
City      and      State

Empire 3-1469
Telephone Number

Defendant

FILED

DEC 28 1951

EDMUND L. SMITH, Clerk

_Jmmoo_
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) _____

_____

and for himself ~~themselves~~ alone and answering plaintiff's complaint on
file, herein denies (deny) each and every material allegation contained therein.

_Earl L. Anderson_

_____

8584