IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Frankie N. Anderson
Name
P.O. Box 86
Address
Northridge, California
City and State
Empire 3-1469
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
              Plaintiff, )
)
    vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
            Defendants, )

    Comes now the defendant (s) __Frankie N. Anderson__

and for himself ~~ourselves~~ alone and answering plaintiff's complaint on file, herein denies (~~deny~~) each and every material allegation contained therein.

*Frankie N. Anderson*

FILED
DEC 28 1951
EDMUND L. SMITH, Clerk
DEPUTY CLERK

2583