IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Zelma Smith
W L Smith
_____
Name

Anza           Cal
_____
City   and   State

_____
Telephone Number

Defendant

FILED
DEC 28 1951
EDMUND L. SMITH, Clerk
By /s/ illegible
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
 Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
 Defendants, )

Comes now the defendant (s) _____

_____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

W L Smith
Zelma Smith

8592