IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Marjorie G. Roalfe
Address: Gert Del.
City and State: Anza, Calif.
Telephone Number:

Defendant

FILED
JAN 2 - 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
        vs.              )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant (s) Marjorie G. Roalfe

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Marjorie G. Roalfe

8730