IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Edward Roalfe
Name
3955 Brunswick Ave
Address
Los Angeles 39, Calif
City and State
NO 71857
Telephone Number

Defendant

FILED
JAN 2 - 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) _Edward Roalfe_

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Edward Roalfe_

8781