IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Vilate Caldwell
Name
3528 Mission Blvd., Apt. 5
Address
Mission Beach, San Diego, Calif.
City      and      State

_____
Telephone Number

Defendant

FILED
JAN 2 - 1952
EDMUND L. SMITH, Clerk
By /s/ Johnson
          DEPUTY CLERK

UNITED STATES OF AMERICA      )
                              )
                   Plaintiff, )
                              )
        vs.                   )   No. 1247
                              )
FALLBROOK PUBLIC UTILITY      )
DISTRICT, et al.,             )
                              )
                  Defendants, )

Comes now the defendant (s) _____VILATE CALDWELL_____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

                                          /s/ Vilate Caldwell
                                          Vilate Caldwell

8782