ERNEST L. MESSNER
5429 Crenshaw Blvd.
Los Angeles 43, Calif.
   AXminster 5090




JAN 2 - 1952

EDMUND L. SMITH, Clerk

DEPUTY CLERK

UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of
the State of California, et al,

                Defendants.

CIVIL ACTION FILE
NO. 1247-Civ.

ANSWER.

Comes now the Defendants, ERNEST L. MESSNER and KATHRYN F. MESSNER for themselves alone, and allege as follows:

                              I

Answering Paragraphs I, III, VI and IX of the Plaintiff's Complaint, deny each and every allegation contained therein.

                             II

Answering Paragraph II of the Plaintiff's Complaint, these answering Defendants do not have sufficient knowledge or belief on the subject to enable them to plead otherwise and placing their denial on that ground deny each and every allegation contained therein and allege that a large portion of the One Hundred Thirty-Five (135,000) Thousand acres of land claimed to be used as a Military installation has been, and now is, devoted exclusively for the purpose of agriculture, the names and particular crops which are planted are not

- 1 -

6774

specifically known and allege further that such persons using said land for agricultural purposes have been, and now are, using large quantities of water for the production of agricultural crops, the exact amount of which these answering Defendants can not ascertain; alleging further that there have been and now are, large numbers of civilians residing upon the alleged Military installation commonly known as Camp Joseph H. Pendleton, the exact number of which are not known to these answering Defendants; that said civilians so residing on said Camp Joseph H. Pendleton have used and now are using large quantities of water, the exact amount of water is not known by these Defendants.

### III

Deny the allegations contained in Paragraph IV of the Plaintiff's Complaint, allege that the Plaintiff has not alleged any amount of acre feet of water, or any other measurement of water to which Plaintiff claims to have any right, title or interest in and to water eminating from the commonly known Santa Marguerita water shed; that Plaintiff has not set forth in its complaint any amount of measurement of water to which it claims any right, title or interest as being used for military, agricultural or civilian purposes used in and upon the area commonly known as Camp Joseph H. Pendleton.

### IV

Answering Paragraph V of the Plaintiff's Complaint on file herein, denies each and every allegation contained therein except that there was an action entitled "Rancho Santa Marguerita, a corporation. vs. N. R. Vail, et al", Superior Court No. 42850, which action was reversed by the Supreme Court of the State of California, 11 Cal. (2) 501/81 Pac. (2) 533; that these answering Defendants or their predecessors in interest were not parties to said action.

### V

Answering Paragraph VII of the Plaintiff's Complaint, Defendants

- 2 -

8775

1 deny that the United States Marine Corps is now engaged in warfare
2 in the far East and allege that military action, if any, is being
3 conducted by the United States of America for its alleged natural
4 defense, for which action the training of military personnel in all
5 phases of military activity is being conducted by the United States
6 in many installations throughout the United States and its ter-
7 ritories and deny that Camp Joseph H. Pendleton, the United States
8 Naval Hospital and United States Ammunition Depot is the only
9 establishment on the West Coast of the United States that is adequate
10 to train and hospitalize military personnel and the Ammunition Depot
11 in the use of all phases of amphibious and land warfare.

VI

Answering Paragraph VIII of the Plaintiff's Complaint, these answering Defendants do not have sufficient information, or belief, to answer otherwise and placing their denial on that ground deny each and every allegation contained therein; deny that the United States claim any water for agricultural use as applied to the Camp Pendleton area.

FOR A SECOND, SEPARATE AND DISTINCT DEFENCE THESE DEFENDANTS ALLEGE AS FOLLOWS:

I

Incorporate each and every allegation contained in their answer as fully as though set forth again.

II

Allege that the acts of the Defendants as claimed by Plaintiff are barred by Sections 318, 319, 336 and 338 (2) of the Code of Civil Procedure of the State of California.

FOR A THIRD, SEPARATE AND DISTINCT DEFENCE THESE DEFENDANTS ALLEGE AS FOLLOWS:

- 3 -

8776

I

Incorporate each and every allegation contained in their answer as fully as though set forth again.

II

That the land these answering Defendants own is a portion of the S½ of the S.W.¼ of the N.W.¼ of Sec. 20, T. 9 S., R.3 W. of the County of San Diego, State of California; that according to a map of the United States Department of geological survey, Temecula, California, N. 3322.5–W, 11707.7/7.5, 1950 edition; said property is not within the water shed of the Santa Marguerita River but is in the water shed of the San Luis Rey River, all in the County of San Diego, State of California; that Plaintiff does not allege or claim any right, title or interest in and to any water in said San Luis Rey water shed.

FOR A FOURTH, SEPARATE AND DISTINCT DEFENCE THESE DEFENDANTS ALLEGE AS FOLLOWS:

I

Incorporate each and every allegation contained in their answer as fully as though set forth again.

II

Allege that the 82nd Congress of the United States, First Session, passed a bill commonly known as H.R. 5102 and S.234, wherein and whereby the Secretary of the Navy was authorized to enlarge water supply facilities for San Diego County, California area to insure the existence of adequate water supply for Navy and Marine Corps installations and defence production plants in such area; that any additional water needed by the Plaintiff in addition to that water which Plaintiff is legally entitled to receive by virtue of its ownership in and to the Santa Marguerita Rancho and additional properties, if any, has been and now is being supplied or otherwise provided for by virtue of said acts of Congress.

FOR A FIFTH SEPARATE AND DISTINCT DEFENCE THESE DEFENDANTS ALLEGE AS FOLLOWS:

I

Incorporate each and every allegation contained in their answer as fully as though set forth again.

II

Allege that these answering Defendants own real property described as:

"Portion of the S.½ of the S.W.½ of the N.W.¼ of Sec. 20 Township 9 S., Range 3 W., in the County of San Diego, State of California."

That said property is served by the Fallbrook Public Utility District, a public service corporation of the State of California, for their water; that said district receives a portion of its water from the Santa Marguerita River water shed; that the Defendants have an interest as property owners in the financial and economic status of the Fallbrook Public Utility District in that these answering Defendants pay a portion of the charges for benefits derived from the use of water supplied by said district through taxes and water rates and in the event any diminishing of the water now being taken by said district from the Santa Marguerita River as a result of any action upon the part of the Plaintiff, such action by Plaintiff will be detrimental to the Defendants' interest and property right and Defendants would be compelled to pay increased taxes, which would be levied against Defendants' property and increased water rates.

*Ernest L. Messner*
ERNEST L. MESSNER

*Kathryn F. Messner*
KATHRYN F. MESSNER
in Pro Per.

- 5 -

8778

STATE OF CALIFORNIA ) ss.
COUNTY OF LOS ANGELES )

ERNEST L. MESSNER and KATHRYN F. MESSNER, being by me first sworn, deposes and says: That they are Defendants in the foregoing and above entitled action; that they have read the foregoing ANSWER and know the contents thereof; and that the same is true of their own knowledge, except as to the matters which are therein stated upon their information or belief, and as to those matters that they believe it to be true.

ERNEST L. MESSNER

KATHRYN F. MESSNER

Subscribed and Sworn to before me this 27th day of December, 1951.

Notary Public in and for the County of Los Angeles, State of California

8779

(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C.C.P.)

STATE OF CALIFORNIA,  } ss.
COUNTY OF LOS ANGELES }

ORRA STRATHEARN, being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of Los Angeles; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is:

5429 Crenshaw Boulevard, Los Angeles 43, California.

That on the 27th day of December, 1951, affiant served the within ANSWER on the Plaintiff in said action, by placing a true copy thereof in an envelope addressed to:

BETTY MARSHALL GRAYDON, Assistant United States Attorney,
UNITED STATES DISTRICT COURT for the
SOUTHERN DISTRICT OF CALIFORNIA, SOUTHERN DIVISION,
SAN DIEGO, CALIFORNIA

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States Post Office at Los Angeles, California, where is located the office of the attorney for the persons by and for whom said service was made.

That there is delivery service by the United States mail at the place so addressed and there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this
27th day of December, 1951.

_____                    _____
NOTARY PUBLIC in and for the                       Orra Strathearn
County of Los Angeles, State of California.