

FILED
JAN 4 - 1952
EDMOND L. SMITH, Clerk
By
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
               Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, a
public service corporation of the
State of California, et al.,

               Defendants

Civil No. 1247-SD

MOTION AND ORDER TO
INCLUDE ADDITIONAL
PARTIES-DEFENDANT

Come now A. DEVITT VANECH, Deputy Attorney General, WALTER S. BINNS, United States Attorney, and BETTY MARSHALL GRAYDON, Assistant United States Attorney, attorneys for the plaintiff herein and move the Court for an order permitting joinder of the below-named persons as additional parties-defendant pursuant to provisions of Rule 21 of the Rules of Civil Procedure.

        ADMINISTRATOR OF FARMERS HOME ADMINISTRATION
        PAUL K. BARRETT
        ULA M. BARRETT
        JAMES E. BROWN
        JENNIE M. BROWN
        CHESTER CASSEL
        DOROTHY CASSEL
        ANNE CLEVELAND
        CHARLES M. CLEVELAND
        JOHN LUCIEN CLUGAGE

659

```
 1    DEPARTMENT OF VETERANS AFFAIRS OF THE
 2    STATE OF CALIFORNIA
 3    A. W. DICKENSON
 4    INA M. DICKENSON
 5    T. Y. DICKEY
 6    ALFRED DONA
 7    LETA M. DONA
 8    FALLBROOK ASSEMBLY OF GOD
 9    H. L. GRAHAM
10    THERESA A. GRAHAM
11    CARL R. GRAY, JR., as Administrator of
12    Veterans Affairs and his Successors in
13    Office as such
14    LENA HASELWOOD
15    LESTER B. HASELWOOD
16    R. W. HOLLENBERG, State Director of
17    Farmers Home Administration for State
18    of California, U.S. Department of
19    Agriculture
20    EVE INGLIS
21    JOHN STUART MARSHALL
22    NANCE HARVEY MARSHALL
23    JOHN A. MEYER
24    MARY E. MEYER
25    SHERWOOD CHARLES ORCUTT
26    WILMA WATERS ORCUTT
27    DONAL H. QUINN
28    JESSIE RASMUS
29    FRED S. RICE
30    MARY C. RICE
31    SAMUEL S. SCHIER
32    CHARLES F. SILL
33    PAULINE W. SILL
```

660

```
 1        H. H. SMELSER, as Administrator of
 2        Estate of Floyd Neal Swearingen, Deceased
 3        IONE C. SMITH
 4        IRVING HAMILTON SMITH
 5        CHARLES A. STURTEVANT
 6        DORIS STURTEVANT
 7        CHARLOTTE WOJCIK
 8        VICTOR F. WOJCIK
 9        ROBERT S. WYMAN, Employee of the Loan
10        Guaranty Division, Veterans Administration,
11        Regional Office
```

This motion is made so that the Court may have before it the additional parties-defendant in order that the subject matter of this controversy may be adjudicated completely in one action.

A. DEVITT VANECH
Deputy Attorney General

WALTER S. BINNS
United States Attorney

BETTY MARSHALL GRAYDON
Assistant United States Attorney

IT IS SO ORDERED.
Date: 1/4/52

Jacob Weinberger
Judge, United States District Court

661

3