IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Bror R. Rehnlund
Name
872 California Ave
Address
Long Beach 13, California
City and State
67-4102
Telephone Number

Defendant

**FILED**
JAN 4 - 1952
EDMUND L. SMITH, Clerk
By /s/ 
DEPUTY CLERK

UNITED STATES OF AMERICA, )
           Plaintiff, )
vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
           Defendants, )

Comes now the defendant(s) Bror R. Rehnlund and Eleanora K. Rehnlund and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Bror R. Rehnlund
Eleanora K. Rehnlund

2784