ELMER BAATZ, Defendant
In Proper Person

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FILED
JAN 4 - 1952
EDMUND L. SMITH, Clerk
BY /s/ [signature]
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 - SD Civil |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al, | ) |
| Defendants. | ) |

Comes now the defendant Elmer Baatz, in his own proper person, and answering plaintiff's complaint on file herein denies all and singular each and every material allegation contained therein.

/s/ Elmer Baatz
In Proper Person

State of California )
County of Riverside ) ss.

Elmer Baatz being by me first duly sworn, deposes and says: that he is one of the defendants in the above entitled action; that he has read the foregoing Answer and knows the contents thereof; and that the same is true of his own knowledge, except as to the matters which are therein stated upon his information or belief, and as to those matters he believes it to be true.

/s/ Elmer Baatz

Subscribed and sworn to before me this 30th day of December, 1951.

/s/ Robert M. Niles
Notary Public in and for said County and State.
My commission expires: May 15, 1954

8783

10