IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

_D.C. PAINTER and MARGARET PAINTER_
Name
_128 CAMINO PATRICIA STREET_
Address
_VISTA, CALIFORNIA_
City and State
_____
Telephone Number

Defendant

FILED
JAN 4 - 1952
EDMUND L. SMITH, Clerk
_____
DEPUTY CLERK

UNITED STATES OF AMERICA     )
                             )
                  Plaintiff, )
                             )
        vs.                  )   No. 1247
                             )
FALLBROOK PUBLIC UTILITY     )
DISTRICT, et al.,            )
                             )
                  Defendants,)

Comes now the defendant (s) D.C. PAINTER, ~~sued herein and~~ MARGARET PAINTER, ~~sued herein~~ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_D C Painter_
_Margaret Painter_

2802