IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

GEORGE E. KINGSTON and MARINA B. KINGSTON
Name
P.O. Box 504
Address
Fallbrook, California
City and State
393
Telephone Number

Defendant

FILED
JAN 4 - 1952
EDMUND L. SMITH, Clerk
by _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
       vs.               )    No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s) GEORGE E. KINGSTON, sued herein and MARINA B. KINGSTON, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

George E Kingston
Marina B Kingston

8815