IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Anna Nagele
Name
P.O. Box 733
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

FILED
JAN 4 - 1952
EDMUND L. SMITH, Clerk
by _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
             )
         Plaintiff, )
             )
    vs.      )   No. 1247
             )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
             )
         Defendants, )

Comes now the defendant(s) **ANNA NAGELE, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Anna Nagele*

2801