IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Rhoda A. Young
Name
P.O. Box 544
Address
Fallbrook, California
City and State
397
Telephone Number

Defendant

FILED
JAN 4 - 1952
EDMUND L. SMITH, Clerk
BY /s/
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

Comes now the defendant(s) RHODA A. YOUNG, sued herein as DOE SEVENTY SIX and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Rhoda A. Young

8800