IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

FLORENCE BERGMAN
Name

Address
PALOMAR MOUNTAIN, CALIFORNIA
City         and        State
None
Telephone Number

Defendant

FILED
JAN 4 - 1952
EDMUND L. SMITH, Clerk
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
                     Plaintiff, )
)
vs.                             )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,               )
)
                    Defendants, )

Comes now the defendant (s) **FLORENCE BERGMAN, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Florence Bergman*

2799