IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

James E. Fetherolf
Name
P.O. Box 78
Address
Fallbrook, California
City and State
339
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) JAMES E. FETHEROLF, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

James E. Fetherolf

8798