IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Myra L. McClung
Name
P.O. Box 148
Address
Fallbrook, California
City and State
7238
Telephone Number

Defendant

FILED

JAN 4 - 1952

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
  Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
  Defendants, )

Comes now the defendant (s) MYRA L. McCLUNG, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Myra L. McClung

2797