IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1
2   Rosaline G. O'Connor
        Name
    P.O. Box 251
        Address
3   Fallbrook, California
      City   and   State
4   None
        Telephone Number
5
        Defendant
6

FILED

JAN 4 - 1952

EDMUND L. SMITH, Clerk
By
                    DEPUTY CLERK

7
8   UNITED STATES OF AMERICA        )
9                      Plaintiff,   )
10              vs.                  )        No. 1247
11  FALLBROOK PUBLIC UTILITY        )
    DISTRICT, et al.,               )
12                                  )
                    Defendants,     )
13

14      Comes now the defendant (s) ROSALINE G. O'CONNOR, sued

15  herein as DOE   SEVEN HUNDRED FORTY ONE

16  and for himself or themselves alone and  answering  plaintiff's  complaint  on

17  file, herein denies (deny) each and every material allegation contained therein.

18
19                          Rosaline G. O'Connor
20

21
22
23
24
25
26
27
28
29
30
31
32

8796