IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

John A. Ramsey
  Name
Route 1  Box 126
  Address
Fallbrook, California
  City and State
339
  Telephone Number

Defendant

FILED
JAN 4 - 1952
EDMUND L. SMITH, Clerk
By _____
  DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
           Plaintiff,    )
                         )
       vs.               )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
           Defendants,   )

Comes now the defendant(s) __JOHN A. RAMSEY, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

John A Ramsey

8795