IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Viola V. Hamilton
Name
P.O. Box 87
Address
Fallbrook, California
City    and    State
None
Telephone Number

Defendant

F I L E D

JAN 4 - 1952

EDMUND L. SMITH, Clerk

DEPUTY CLERK

UNITED STATES OF AMERICA    )
                             )
            Plaintiff,       )
                             )
        vs.                  )        No. 1247
                             )
FALLBROOK PUBLIC UTILITY     )
DISTRICT, et al.,            )
                             )
            Defendants,      )

Comes now the defendant (s) VIOLA V. HAMILTON, sued herein

_____

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

Viola V. Hamilton

_____

8794