IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Douglas Hamilton
Address: P.O. Box 87
City and State: Fallbrook, California
Telephone Number: None

Defendant

FILED
JAN 4 - 1952
EDMUND L. SMITH, Clerk
by /s/ _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., ) | |
| Defendants. ) | |

Comes now the defendant (s) **DOUGLAS HAMILTON, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Douglas Hamilton

8793