IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1

ADALBERT V. STUDER,
      Name

2
            Address

3  AGUANGA, CALIFORNIA
      City    and    State

4  NONE
            Telephone Number

5
            Defendant

6

7

8    UNITED STATES OF AMERICA            )
                                         )
9                         Plaintiff,     )
                                         )
10                vs.                    )        No. 1247
                                         )
11   FALLBROOK PUBLIC UTILITY            )
     DISTRICT, et al.,                   )
12                                       )
                          Defendants,    )

13

14       Comes now the defendant (s) ADALBERT V. STUDER, sued herein

15   _____

16   and for himself or themselves alone and answering plaintiff's complaint on

17   file, herein denies (deny) each and every material allegation contained therein.

18

19                    Adalbert V. Studer

20   _____

21

22

23

24

25

26

27

28

29

30

31

32

FILED

JAN 4 - 1952

EDMUND L. SMITH, Clerk
By _____
        DEPUTY CLERK

8792