IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

W. Burr Corliss and Ruth B. Corliss
Name
23 East Commonwealth Avenue
Address
Alhambra, California
City and State
Atlantic 1-3036 or 1-1337
Telephone Number

Defendant

FILED
JAN 4 - 1952
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant(s) __W. Burr Corliss and Ruth B. Corliss, sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ W Burr Corliss
/s/ Ruth B. Corliss

8791