IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

David R. Harris
Name
1851 Jeanette Place
Address
Long Beach 10, California
City and State
405189
Telephone Number

Defendant

FILED
JAN 4 - 1952
EDMUND L. SMITH, Clerk
by
DEPUTY CLERK

UNITED STATES OF AMERICA  )
                          )
                Plaintiff,)
                          )
        vs.               )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
              Defendants, )

Comes now the defendant (s) David R. Harris, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*David R. Harris*

8790