IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Jeanne M. Harris
Address: 1851 Jeanette Place
City and State: Long Beach 10, California
Telephone Number: 405189

Defendant

FILED
JAN 4 - 1952
EDMUND L. SMITH, Clerk
By /s/ [signature]
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
           Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
           Defendants, )

Comes now the defendant (s) Jeanne M. Harris, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Jeanne M. Harris

2799