IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Arthur W. Hudson
Name
549 South Wilton Place
Address
Los Angeles 5, California
City and State
Dunkirk 3-0776
Telephone Number

Defendant

FILED

JAN 4 - 1952

EDMUND L. SMITH, Clerk
_____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
    vs.                  )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s) __Arthur W. Hudson, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Arthur W Hudson*

8788