IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Albert Jeffries and Martha Jeffries
Name
P.O. Box 794
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

FILED
JAN 4 - 1952
EDMUND L. SMITH, Clerk
         DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
       vs.               )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants.  )

Comes now the defendant (s) ALBERT JEFFRIES and MARTHA JEFFRIES, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Albert Jeffries*
*Martha Jeffries*

0787