IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Herbert James and Minnie James
　　　　　Name
340 North Avenue 51
　　　　Address
Los Angeles, California
　City　　and　　State
None
　　Telephone Number

Defendant

FILED
JAN 4 - 1952
EDMUND L. SMITH, Clerk
　　　　　　　　　DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1247 |
| ) | |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| ) | |
| Defendants, ) | |

Comes now the defendant (s) HERBERT JAMES and MINNIE JAMES, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

　　Herbert James
　　Minnie James

8786