IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Mary M. Demeron and William L. Demeron

Address:

City and State: Murietta Hot Springs, California

Telephone Number:

Defendant

FILED
JAN 4 - 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) MARY M. DEMERON, sued herein and WILLIAM L. DEMERON, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Mary M. Demeron*
*William L. Demeron*

8785