IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

MASAO UCHIMURA
Name

Rt. 2 - Box 638
Address

FALLBROOK, CALIFORNIA
City and State

_____
Telephone Number

Defendant

FILED

JAN 4 - 1952

EDMUND L. SMITH, Clerk

By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                          )
            Plaintiff,    )
                          )
    vs.                   )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
            Defendants,   )

Comes now the defendant (s) MASAO UCHIMURA, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Masao Uchimura*

8814