IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: SADAME UCHIMURA
Address: Rt. 2 - Box 63 A
City and State: FALLBROOK, CALIFORNIA
Telephone Number:

Defendant

FILED
JAN 4 - 1952
EDMUND L. SMITH, Clerk
by _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant (s) ___SADAME UCHIMURA, sued herein___

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Sadame Uchimura*

8813