IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Floyd D. Woodrey
Name
P.O. Box 236
Address
Fallbrook, California
City and State
7256
Telephone Number

Defendant

FILED
JAN 4 - 1952
EDMUND L. SMITH, Clerk
*[signature]*
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| Plaintiff,  ) | |
| vs.  ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY  ) | |
| DISTRICT, et al.,  ) | |
| Defendants,  ) | |

Comes now the defendant (s) __Floyd D. Woodrey, sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Floyd D. Woodrey*

8811