IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ellis I. Kirtley
Name

P.O. Box 859
Address

Fallbrook, California
City and State

None
Telephone Number

Defendant

FILED
JAN 4 - 1952
EDMUND L. SMITH, Clerk
by _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                          )
              Plaintiff,  )
                          )
         vs.              )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
              Defendants, )

Comes now the defendant(s) **Ellis I. Kirtley, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ellis I. Kirtley*

2810