IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

J. W. Fletcher and Gladys Fletcher
Name
P.O. Box 412
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
                          )
            Plaintiff,    )
                          )
    vs.                   )  No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
            Defendants,   )

Comes now the defendant (s) __J. W. FLETCHER and GLADYS FLETCHER, sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*J. W. Fletcher*

*Gladys Fletcher*

FILED
JAN 4 - 1952
EDMUND L. SMITH, Clerk
DEPUTY CLERK

8809