IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Harry O. Windsor
Name
301 East Plymouth
Address
Inglewood, California
City and State
ORCHARD 71067
Telephone Number

Defendant

FILED

JAN 4 - 1952

EDMUND L. SMITH, Clerk
By [signature]
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __HARRY O. WINDSOR, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Harry O. Windsor

2803