IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Forrest H. Tritchka ( Same as F. H. Tritchka)
Address: P.O. Box 6
City and State: Fallbrook, California
Telephone Number: None

Defendant

FILED
JAN 4 - 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
      vs.                )  No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant(s) FORREST H. TRITCHKA, sued herein ( Same as F. H. Tritchka ) and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Forrest H. Tritchka* same as
*F. H. Tritchka*

8807