IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Gretta M. Tritchka
Name
P.O. Box 6
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

FILED
JAN 4 - 1952
EDMUND L. SMITH, Clerk
By_____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant(s) GRETTA M. TRITCHKA, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

(Mrs.) Gretta M. Tritchka

2806