IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Lela May Reed
Name
P.O. Box 363
Address
Fallbrook, California
City and State
7143
Telephone Number

Defendant

FILED
JAN 4 - 1952
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
                              Plaintiff, )
)
           vs.                )   No. 1247
)
FALLBROOK PUBLIC UTILITY      )
DISTRICT, et al.,             )
)
                             Defendants, )

Comes now the defendant (s) **Lela May Reed, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Lela May Reed

8805