IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Merlin Dale Reed
_Name_

P.O. Box 363
_Address_

Fallbrook, California
_City and State_

7143
_Telephone Number_

Defendant

F I L E D
JAN 4 - 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>vs. )<br>FALLBROOK PUBLIC UTILITY )<br>DISTRICT, et al., )<br>Defendants, ) | No. 1247 |

Comes now the defendant (s) **Merlin Dale Reed, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Merlin Dale Reed_

8804