IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

WILLIAM BERNICE COLEMAN

Nannie May Coleman
_____
Name
PO Box 7
_____
Address
MURRIETA CALIF
_____
City    and    State

_____
Telephone Number

Defendant

**RECEIVED**

JAN 3 – 1952

U. S. ATTORNEY
SAN DIEGO, CALIF.

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | |
| Defendants, | ) | |

Comes now the defendant (s) William Bernice Coleman

Nannie May Coleman

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

William Bernice Coleman

Nannie May Coleman

**FILED**

JAN 4 – 1952

EDMUND L. SMITH, Clerk

By _____
DEPUTY CLERK

0803