IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: KARL FRICK
Address: Star Route
City and State: Winchester, Calif.
Telephone Number: 

Defendant

FILED
JAN 8 - 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
              Plaintiff,  )
                          )
        vs.               )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
              Defendants. )

Comes now the defendant(s) Karl Frick

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Karl Frick

8818