IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

EDWARD W. WRIGHT AND L. CHRISTINE WRIGHT
Name
Rt #1 Box 62
Address
ROMOLAND, CALIFORNIA.
City   and   State

Telephone Number

Defendant

FILED

JAN 8 - 1952

EDMUND L. SMITH, Clerk
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                          )
            Plaintiff,    )
                          )
        vs.               )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
            Defendants,   )

Comes now the defendant (s) __EDWARD W. WRIGHT__

__AND L. CHRISTINE WRIGHT, his wife__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Edward W. Wright*
*L. Christine Wright*

8816