IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

*Jasper D Sherman*
Name

*Anza       Calif*
Address

*Jacumba?*  *88711*
City and State   Telephone Number

Defendant

**FILED**

JAN 3 - 1952

EDMUND L. SMITH, Clerk
By *Johnson*
DEPUTY CLERK

UNITED STATES OF AMERICA, )
            Plaintiff, )
   vs. )   No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
          Defendants, )

Comes now the defendant(s) *Jasper D Sherman*

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Jasper D Sherman*

8817