IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Frances Frakes
Address: 226 So. Willaman Dr.
City and State: Beverly Hills, Calif
Telephone Number: Cr. 11436

Defendant

FILED
JAN 9 – 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.    No. 1247

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

    Defendants,

Comes now the defendant Frances Frakes and for himself alone and answering plaintiff's complaint on file, herein denies each and every material allegation contained therein.

                       Frances Frakes

0829