IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Samuel Frakes
Name
226 S. Willaman Dr.
Address
Beverly Hills Calif
City and State
Cr. 11436
Telephone Number

Defendant

FILED
JAN 9 - 1952
EDMUND L. SMITH, Clerk
[signature]
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant ~~(s)~~ Samuel Frakes

and for himself ~~or themselves~~ alone and answering plaintiff's complaint on file, herein denies ~~(deny)~~ each and every material allegation contained therein.

Samuel Frakes

8828