(SPACE BELOW FOR FILING STAMP ONLY)

1

**SWING, SCHARNIKOW & STANIFORTH**
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

2

3

4



5    Attorneys for Defendants George F. Yackey
        and Alma H. Yackey

JAN 9 - 1952

EDMUND L. SMITH, Clerk



6                                                                 DEPUTY CLERK

7

8                    IN THE UNITED STATES DISTRICT COURT

9          IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                            SOUTHERN DIVISION

11

12    UNITED STATES OF AMERICA,              )
                                            )        No. 1247 - Civil
13                          Plaintiff       )
                                            )    ANSWER OF GEORGE F. YACKEY
14                Vs.                       )
                                            )    AND ALMA H. YACKEY.
15    FALLBROOK PUBLIC UTILITY DISTRICT,    )
      a public service corporation of the  )
16    State of California, et al.,          )
                                            )
17                          Defendants      )
                                            )
18    PEOPLE OF THE STATE OF CALIFORNIA     )
                                            )
19                          Defendants in   )
                            Intervention    )
20    _____)

21          Come now the above named defendants, GEORGE F. YACKEY

22    and ALMA H. YACKEY and separating themselves from the other

23    defendants and appearing for themselves alone, for answer to

24    plaintiff's complaint herein allege, deny and admit as follows:

25                            FIRST DEFENSE

26                                 I.

27          These defendants hereby refer to and adopt by reference

28    as if herein repeated, the allegations, admissions and denials

29    contained in the first defense of the answer of defendants FRANK

30    R. CAPRA and LUCILLE W. CAPRA on file herein as fully and as

31    completely as if said allegations, admissions and denials were

32    herein set forth for and on behalf of these defendants.

                                 -1-

                                                          8824

                                                                        6

FOR A FURTHER, SEPARATE AND SECOND DEFENSE, THESE DEFENDANTS ALLEGE:

I.

That these defendants at all times herein mentioned were and now are husband and wife.

II.

That these defendants are the owners and in possession of all that certain real property situate, lying and being in the County of San Diego, State of California, more particularly described as follows:

The North 665 feet of the Northwest 1/4 of the South-west 1/4 of Section 18, Township 9 South, Range 3 West S B B M and the South 5 feet of the North 670 feet of the East 644.86 feet of the Northwest 1/4 of the Southwest 1/4 of Section 18, Township 9 South, Range 3 West, S B B & M containing 19.75 acres.

That said lands are situated in a semi-arid region where said lands would be barren, unproductive and valueless without water but with water are fertile, highly productive and valuable.

III.

That the said lands of these defendants lie entirely within the watershed of the Santa Margarita River and its tri-butaries and approximately one-half of said lands lie within the watershed of the Fallbrook Creek, a tributary of the Santa Mar-garita River and the remaining lands are in the watershed of the main stream of said river. That said lands overlie a stratum of underground percolating water from which an adequate supply may be obtained for use thereon by digging wells therein and pumping water therefrom.

IV.

That said lands are improved with a modern home construc-ted thereon in which these defendants live, together with other

-2-

8825

7

improvements, structures and roads necessary and proper for the
farming of said land.  That in 1910 a well was dug thereon five
feet in diameter and eighty-five feet deep from which was
produced an adequate supply of water for the irrigation of olive
and deciduous trees and other crops growing on this and adjoining
property.   That the said lands of these defendants are now being
replanted and will be devoted to intensive agricultural production
and the orchards and crops planted thereon will be supplied with
the water from said well.  That the reasonable requirements of
said land is and will be fifty (50) acre-feet of water per annum.

V.

That said lands are within the Fallbrook Public Utility
District, which said district could furnish a supplemental supply
of water for this land but that the plaintiff herein, in its
complaint on file herein, has asserted that the said Fallbrook
Public Utility District has no right whatever to take any of the
waters of the Santa Margarita River, one of said District's prin-
cipal sources of water for supply the lands within the said Dis-
trict, and has asked that said district be forever enjoined and
restrained from taking any water from said Santa Margarita River.
That in the event that plaintiff should be successful and the
Fallbrook Public Utility District should be enjoined and res-
trained from taking any water from the Santa Margarita River,
said district will, as this defendant is informed and believes,
have an insufficient supply of water to furnish its customers
and land owners within said district, including these defendants,
with their reasonable requirements and these defendants, in that
event, would have to rely upon the said underground percolating
waters for a source of supply of water for said lands for irriga-
tion and domestic uses.

VI.

That these defendants, as the owners of said property,

-3-

8026

1  are the owners of the right to the use of a reasonable amount

2  of the underground percolating water found under their said

3  property for beneficial use thereon up to fifty (50) acre-feet

4  of water per annum.

5      WHEREFORE defendants pray:

6      1. That plaintiff take nothing by its action.

7

8      2. That these defendants be found and declared to be

9        the owner, as against plaintiff, of the right to

10       beneficially use on their said land a reasonable

11       amount of waters percolating under said lands up to

12       not less than fifty (50) acre-feet per annum that

13       said right be found and declared to be correlative

14       with the right of plaintiff to use a reasonable amount

15       of the waters of the Santa Margarita River on its said

16       riparian lands for riparian purposes but that, as

17       against all other rights and claims of rights of

18       plaintiff to the waters of said Santa Margarita

19       River and its tributaries, the said right of these

20       defendants be declared paramount thereto.

21

22     3. That these defendants have judgment for their costs

23       incurred herein and for such other and further relief

24       as this court may seem meet and proper.

25

26 Dated:   January 9th  1952.

27

28 RECEIVED copy of within

29 _____ this

30 ___ day of _____, 19 52

31 _____

32 Attorneys for _____

SWING, SCHARNIKOW & STANIFORTH

BY _____

Attorneys for defendants
GEORGE F. YACKEY and ALMA H. YACKEY

-4-

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO I, CALIFORNIA