SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

Attorneys for Defendant H & L OIL CO. Ltd.

FILED
JAN 9 – 1952
EDMUND L. SMITH, Clerk
/s/ [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
                Plaintiff )
   Vs. )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al., )
                Defendants. )
PEOPLE OF THE STATE OF CALIFORNIA, )
                Defendants in )
                Intervention )

NO. 1247- Civil

ANSWER OF H & L OIL CO.Ltd.

    Comes now the defendant, H & L OIL CO. Ltd. sued herein as H & L OIL COMPANY, Ltd., and separating itself from the other defendants and appearing for itself alone, for answer to Plaintiff's complaint herein, alleges, denies and admits as follows:

FIRST DEFENSE.

I.

    The defendant H & L OIL CO. Ltd., sued herein as H & L OIL COMPANY, Ltd., is a corporation, duly organized and existing under and by virtue of the laws of the State of California, having its principal place of business in the County of San Diego, State of California.

-1-

2819

II.

This defendant hereby refers to and adopts by reference, as if herein repeated, the allegations, admissions and denials contained in the First Defense of the answer of defendants FRANK R. CAPRA and LUCILLE W. CAPRA, on file herein, as fully and as completely as if said allegations, admissions and denials were herein set forth verbatim.

FOR A FURTHER, SECOND AND SEPARATE DEFENSE THIS DEFENDANT ALLEGES:

I.

The defendant H & L OIL CO. Ltd., sued herein as H & L OIL COMPANY, Ltd., is a corporation, duly organized and existing under and by virtue of the laws of the State of California, having its principal place of business in the County of San Diego, State of California.

II.

This defendant is the owner and in possession of all that certain real property situated lying and being in the County of San Diego, State of California, more particularly described as follows:

> Lot 1, Block 24 of the Subdivision of West Fall-
> brook, according to Map No. 824 filed in the
> office of the County Recorder of the County of
> San Diego, State of California.

III.

That through said Subdivision flows a natural water course known as Fallbrook Creek, a tributary to the Santa Margarita River, the channel of which creek is in close proximity to this defendant's said property, the underground flow of which creek crosses through and under defendants said property. That

-2-

2820

said underground percolating water beneath defendant's said property furnishes this defendant and said property with a valuable source of supply of water for use thereon.

IV.

The defendant's said property is located in a semi arid region where water is valuable and necessary to the proper enjoyment of such property for any purpose. That without water said property would be of little use or value but with water and water rights it is of great value.

V.

That this defendant is not and up to date has not used said underground percolating water for the purpose of meeting its needs and requirements and at this time has no well on said property for the diversion and use of such underground percolating water but this defendant has received and is now receiving the water required for its purposes for use on said property from the Fallbrook Public Utility District, a public utility district, duly organized and existing under and by virtue of the laws of the State of California. That one of the principal sources of supply of water from which said district receives water to supply this defendant is the Santa Margarita River. That the plaintiff in this action has sued to enjoin the said Fallbrook Public Utility District from diverting any of the waters from the said Santa Margarita River to which Plaintiff claims a paramount right and it alleges a need for all of the water of said river. That in the event that plaintiff should be successful and Fallbrook Public Utility District should be enjoined from taking any water from the Santa Margarita River, said District will, as this defendant is informed and believes, have an insufficient supply of water to furnish its consumers and land owners within said District, including this defendant, with their requirements and this defendant would in that event, have to rely upon said

-3-

8821

underground percolating water as its source of supply and would expect to dig one or more wells on its said property for the purpose of securing water therefrom by pumping from said underground percolating water for use thereon.

## VI.

That defendant is now occupying and using said premises as a gas and oil service station and requires and uses approximately _____ gallons of water per day but that the highest and best use of said property would be for hotel or commercial and business purposes, the reasonable requirements of which would be in excess of 20,000 gallons per day.

## VII

That this defendant, as the owner of said property, is the owner of the right to the use of a reasonable amount of the underground percolating water which exists under its said property for beneficial use thereon up to not less than 20,000 gallons per day. That said right is correlative with the right of plaintiff to take and use a reasonable amount of the waters of the Santa Margarita River for riparian purposes upon its riparian lands but this defendant's said right is paramount to all other rights or claims of right of plaintiff in and to said waters.

WHEREFORE defendant prays:

1. That plaintiff take nothing by its action.

2. That this defendant be found and declared to be the owner, as against plaintiff, of the right to beneficially use on its said land a reasonable amount of the waters percolating under said lands up to not less than 20,000 gallons per day and that said right be found and declared to be correlative with the right of plaintiff to use a reasonable amount of the waters of the

-4-

8822

Santa Margarita River on its said riparian lands for riparian purposes but that, as against all other rights and claims of rights of plaintiff to the waters of said Santa Margarita River and its tributaries, the said right of this defendant be declared paramount thereto.

3. That this defendant have judgment for its costs incurred herein and for such other and further relief as to the court may seem meet and proper.

Dated this 7th day of January, 1952.

SWING, SCHARNIKOW & STANIFORTH

BY *[signature]*

Attorneys for defendant
H & L OIL CO. Ltd.

RECEIVED copy of within
_____ Answer _____ this
___ day of _____, 19__
*[signatures]*

Attorneys for _____

-5-

2823