IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: UGO DI COLLELMO
Address: 313 18th Street
City and State: Santa Monica, California
Telephone Number: EXbrook 41149

Defendant

FILED
JAN 10 1952
EDMUND L. SMITH, Clerk
By Charles A. [illegible]
Deputy Clerk

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __UGO DI COLLELMO and MABEL M. DI COLLELMO__

and for ~~himself~~ themselves alone and answering plaintiff's complaint on file, herein ~~denies~~ (deny) each and every material allegation contained therein.

/s/ Ugo Di Collelmo
/s/ Mabel M. Di Collelmo

8830

copy recd

STATE OF CALIFORNIA  )  ss      (AFFIDAVIT OF SERVICE BY MAIL)
COUNTY OF LOS ANGELES )

          PAULINE MCGREGOR, being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of aforesaid; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is 818 Nineteenth Street, Santa Monica, California; that on the 9th day of January, 1952, affiant served the within ANSWER on the plaintiff in said action, by placing a true copy thereof in an envelopes addressed to the attorneys of record for said plaintiff at the office addresses of said attorneys as follows:

        Ernest A. Tolin
        U.S. Attorney
        Federal Building
        Los Angeles, California

        Betty Marshall Graydon
        Assistant United States Attorney
        1405 Fifth Avenue
        Room 301
        San Diego, California

and by then sealing said envelopes and depositing the same, with postage thereon fully prepaid, in the United States Mail at the City where is located the office of the attorney for the persons by and for whom said service was made.

          That there is a delivery service by United States Mail at the place so addressed or there is a regular communication by mail between the place of mailing and the place so addressed.

                                                  Pauline McGregor

Subscribed and sworn to before me this 9th day of January, 1952.

_____
Notary Public in and for said
County and State.