IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Grace N. Scott
Address: 538 Westbourne
City and State: La Jolla, Calif
Telephone Number: 45-4843

Defendant

FILED
JAN 11 1952
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant(s) __Grace N. Scott__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Grace N. Scott_

0833