IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Selby C Scott
Name
538 Westbourne
Address
La Jolla Calif
City and State
G5-4843
Telephone Number

Defendant

FILED
JAN 11 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) Selby C Scott

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Selby C Scott

8832