GERALD A. COXE
Alessandro Hotel Bl'dg.,
Hemet, California
Telephones 5201 & 2871
Attorney for Defendant
Myrtle E. Parks.





FILED
JAN 11 1952
EDMUND L. SMITH, Clerk
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA.
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1247 - Civil |
| Plaintiff, | ANSWER OF DEFENDANT |
| vs | MYRTLE E. PARKS. |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al, | |
| Defendants. | |

Myrtle E. Parks, one of the defendants sued herein, answering for herself alone and separating herself from all other defendants sued herein for the purpose of filing this her answer in the above entitled action, by way of defense admits, denies and alleges, as follows:

I.

Answering paragraphs I to IX inclusive of the plaintiff's complaint on file herein, this answering defendant alleges that she has not sufficient information or belief on any of the subject matters therein set forth, alleged and referred to, to enable her to answer the same intelligently and the same, and each thereof, are accordingly denied generally and specifically for such lack of sufficient information and belief.

II.

This answering defendant admits that she is the legal owner in fee of 640 acres of land located in Riverside County, California and further alleges that she claims no water rights other than such rights as may be incidental to the ownership

of said land.

III.

This answering defendant further alleges that the plaintiff's complaint on file herein fails to allege sufficient facts to constitute a cause of action in so far as this answering defendant may be concerned in that, she comes within the exceptions as set forth and alleged in the "Stipulated Judgment" in action number 42850 in the Superior Court of the State of California, in and for the County of San Diego, entitled Rancho Santa Margarita, a corporation, plaintiff vs N.R. Vail, etc., et al, as defendants and intervenors. That the only source of water on the defendants aforesaid lands in Riverside County, California as herein set forth and alleged is from a small well powered by a windmill and that the entire output of said well is used by this answering defendant for household domestic purposes and the watering of cattle.

WHEREFORE this answering defendant, having fully answered, requests that the plaintiff take nothing by its pretended action on file herein in so far as this answering defendant may be concerned but that the same may be dismissed and that this answering defendant may have her costs and disbursements herein and such other and further relief as may be proper.

*Gerald A. Coxe*

Gerald A. Coxe
Attorney for Defendant
Myrtle E. Parks.