(SPACE BELOW FOR FILING STAMP ONLY)

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

Attorneys for....Defendant...FALLBROOK...PUBLIC
UTILITY DISTRICT, a public
Service Corporation

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff<br>Vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public Service Corporation of<br>the State of California; et al.,<br>  Defendants<br>PEOPLE OF THE STATE OF CALIFORNIA,<br>  Defendants in<br>  Intervention | No. 1247 - Civ.<br><br>MOTION TO STRIKE PORTIONS<br>OF REPLY OF THE UNITED<br>STATES OF AMERICA TO<br>ANSWER OF FALLBROOK PUBLIC<br>UTILITY DISTRICT. |

Comes now the defendant FALLBROOK PUBLIC UTILITY DISTRICT and moves to strike from Plaintiff's reply to the answer of FALLBROOK PUBLIC UTILITY DISTRICT the following:

I.

From Paragraph II, Subdivision 1 of said Reply in lines 31 et seq. page 1, the following:

"in direct violation of the rights to the use of water of the United States in the Santa Margarita River,"

II.

From Paragraph II, Subdivision 1 of said $R_e$ply in line 1, page 2, the following:

"illegally and in violation of the rights of the United States,"

-1-

III

1  From Paragraph II, Subdivision 1, of said Reply in lines 2 and 3
2  page 2, the following:
3      "to which the United States is entitled."

IV.

5  From Paragraph II, Subdivision 1 of said Reply, in lines 5 and 6
6  at page 2, the following:
7      "illegally and in violation of the rights of the
8      United States,"

V.

10  From Paragraph II, Subdivision 1 of said Reply, in line 7, at
11  page 2, the following:
12      "to which the United States is entitled."

VI.

14  From Paragraph II, Subdivision 1 of said Reply, in lines 8 to 11
15  at page 2, the following:
16      "By that diversion the Fallbrook Public Utility District
17      directly, intentionally, and illegally invades and
18      encroaches upon the rights to the use of water in the
19      Santa Margarita River which the United States purchased
20      and paid for in that stream."

21                          VII.

22  From Paragraph II, Subdivision 1 of said Reply, in lines 11 - 13
23  at page 2, the following:
24      "That illegal invasion upon the rights of the United
25      States by the Fallbrook Public Utility District
26      constitutes an immediate and irreparable damage to the
27      United States."

28                          VIII.

29  From Paragraph II, Subdivision 2 of said Reply, in line 15, page
30  2, the following:
31      Strike the words "allegedly" where they appear therein.

-2-

672

### IX.

From Paragraph II, Subdivision 2 of said Reply, in lines 17 - 20 the following:

> "until declared subject and subordinate to the rights of the United States, constitutes a cloud upon the rights of the United States which it purchased and paid for in the stream in question."

### X.

From Paragraph II, Subdivision 3, page 2, line 22, the word "allegedly"

### XI.

From Paragraph II, Subdivision 3, page 2, lines 25 -27, the following:

> "That permit constitutes a cloud upon the rights to the use of water in the Santa Margarita River purchased and paid for by the United States."

### XII.

From Paragraph II, Subdivision 3, page 2, lines 27 - 29 the following:

> "Moreover, Permit No. 8511 constitutes a threatened encroachment upon the surface and subsurface rights of the United States in the stream in question for"

### XIII.

From Paragraph II, Subdivision 3, page 3, lines 3 - 5, the following:

> "Thus Permit No. 8511 constitutes a threat of irreparable damage to the United States and will remain a threat until the United States is accorded the relief for which it prays in the complaint in this case."

### XIV.

From Paragraph II, Subdivision 4, page 3 from said Reply, lines 6 to 18, strike out the entire subdivision.

XV.

1 From Paragraph II, Subdivision 4 of said Reply, page 3, Line 6
2 the following:
3     "Though apparently abandoned in this litigation."

XVI.

5 From Paragraoh II, Subdivision 4 of said Reply, page 3, line 10
6 the following:
7     "apparently abandoned in this litigation"

XVII.

9 From Paragraph II, Subdivision 4 of this Reply, page 3, lines
10 14 to 18, the following:
11     "While not included in the answer, those adverse claims
12        claims to water from the tributaries of the Santa
13        Margarita River cloud the title of the rights to the
14        use of water owned by the United States in the Santa
15        Margarita River, against which the Unites States is
16        entitled to the relief for which it prays in its
17        complaint."

XVIII.

19 From Paragraph V of said Reply, page 4, line 27 - 29 the follow-
20 ing:
21     "and its proposal to divert 11,800 acre-feet annually
22        from the watershed of the Santa Margarita River
23        contribute directly to present salt intrusion and"

XIX.

25 From Paragraph VI, page 5 of Reply, lines 1 to 17, strike out
26 the entire paragraph.

XX.

28 From Paragraph VI, page 5 of said Reply, lines 6 - 17 the follow-
29 ing:
30     "It is further alleged that the defendant has been and
31        is now diverting water from the Santa Margarita River
32        which is in that river solely by reason of the

-4-

  Stipulated Judgment, to the irreparable damage of the
United States. Were it not for the Stipulated Judgment
requiring releases of water by the Vail Estate, the
legal demands of which greatly exceed the available
supply of water, the Santa Margarita River for the
greater part of the year would be dry at the point of
diversion of the Fallbrook Public Utility District.
Thus the FallbrookPublic Utility District converts water
to its own use which the Vail Estate seeks to deliver
to the United States pursuant to the Stipulated Judgment. The dam which the Fallbrook Public Utility District alleges it intends to construct would constitute
a still greater encroachment upon the rights to the use
of water provided for in the Stipulated Judgment."

          XXI.

From Paragraph VII, page 5 of the Reply, lines 31 - 33, the following:

  "Specifically denied is the allegation that the rights
of the United States are limited to the riparian uses
and purposes on that portion of the Rancho Santa Margarita which is riparian to the stream."

          XXII.

From Paragraph IX, page 6 of said Reply, lines 5 to 15, strike out the entire paragraph.

          XXIII.

From Paragraph IX, page 6 of said Reply, lines 11 to 15, the following:

  "The rights of the United States in the Santa Margarita
River to which it succeeded at the time of the purchase
of the Rancho Santa Margarita entitle it to quantities
of water which far exceed the supply of water available
in the Santa Margarita River, leaving none for appro-

-5-

priations of the character asserted by the Fallbrook Public Utility District."

XXIV.

From Paragraph IV, Subdivision (5) of the Reply to Further Second and Separate Defense of the FALLBROOK PUBLIC UTILITY DISTRICT, page 9, lines 9 - 11, the following

" that its rights to the use of water from the Santa Margarita River are limited to rights to divert for riparian uses and purposes on the portion of the said lands which are riparian to said river or"

XXV.

From Subdivision 6 of the Plaintiff's Further Affirmative Reply to the Answer of the FALLBROOK PUBLIC UTILITY DISTRICT, at page 10, lines 1 to 17, strike out the entire sub-paragraph 6.

This Motion is based upon the records, papers and files herein, including the stipulation made and entered into by the Attorney General of the State of California and attorneys of record herein representing the Attorney General of the United States, dated November 29, 1951 and filed herein November 30, 1951 and is made on the grounds that the matters purported to be stricken are redundant, immaterial, impertinent and scandalous and the inclusion of said allegations in Plaintiff's said Reply is injurious to this defendant.

DATED this 11th day of January, 1952.

SWING, SCHARNIKOW & STANIFORTH

BY _____
Attorneys for defendant FALLBROOK PUBLIC UTILITY DISTRICT.

-6-

(SPACE BELOW FOR FILING STAMP ONLY)

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

Attorneys for Defendant FALLBROOK PUBLIC UTILITY
DISTRICT, a public service corporation

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>Vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service Corporation of<br>the State of California; et al.,<br><br>    Defendants<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Defendants<br>    in Intervention | No. 1247 - Civ.<br><br>POINTS AND AUTHORITIES<br>IN SUPPORT OF MOTION TO<br>STRIKE PORTIONS OF<br>PLAINTIFF'S REPLY TO<br>ANSWER OF FALLBROOK<br>PUBLIC UTILITY DISTRICT. |

    The several proposals to strike portions of the Plaintiff's Reply as set out in our Motion may be grouped under a few heads. First: Those which are conclusions of law; Second, those purporting to deny or cast doubt upon the existence of public records and official acts of the State of California; Third, allegations which are in conflict with the Plaintiff's stipulation on file herein that "The rights of the United States of America * * * * * are to be measured in accordance with the laws of the State of California"; Fourth, those which purport to extend the legal effect of a stipulated judgment entered into only by the Rancho Santa Margarita and the Vails, to bind and control the defendant FALLBROOK PUBLIC UTILITY DISTRICT which

-1-

was not a party to that action or that stipulated judgment.

1. Paragraphs 1 to VII inclusive of the Motion to Strike certain allegations in Subdivision I of Paragraph II of Plaintiff's reply are all obviously conclusions of law and as such should be stricken as immaterial and surplusage.

"Conclusions of law should not be pleaded"

Yankwich on Pleadings, page 236

Vila v. Pan American   66 F Sup 907, 908

2. Paragraphs VIII and X of the Motion to Strike the words "allegedly" wherever it is used therein to refer to the official acts and public records of the Department of Public Works, Division of Water Resources, State Engineer, State of California, is improper and contrary to rules of pleadings. Plaintiff is charged with knowing what it can easily find out by examining the public records of the State of California.(71C.J.S. 257 Pleading Sec. 109). Plaintiff must either deny or admit that the State permits referred to by it in its reply were issued by the State of California to the FALLBROOK PUBLIC UTILITY DISTRICT. As the allegation stands it is evasive and should be stricken. The allegations are also in conflict with the stipulation between Plaintiff and the State of California that State laws should govern Plaintiff's rights. See Paragraph 4 below.

3. Paragraphs XIV, XV and XVI of the Motion to Strike certain allegations from Subdivision 4 of Paragraph II of Plaintiff's reply is warranted because these very allegations clearly show that they are not in reply to any thing contained in the answer of defendant FALLBROOK PUBLIC UTILITY DISTRICT, raise no issues and are immaterial and impertinent to any issues made by the preceding pleadings.

4. Paragraphs IX, XI, XII, XIII, XVII and XXV of the Motion to Strike are intended to call the Court's attention to the fact that the Plaintiff is setting up matters in the several

-2-

paragraphs of its Reply referred to in our Motion which are directly contrary to the Plaintiff's stipulation with the State of California on file herein, and as such constitute an act of bad faith on Plaintiff's part. It is our contention that the Plaintiff is estopped by its stipulation which was made "for the clarification of the issues in this litigation and for the benefit of all the parties to this cause", to set up in its reply allegations in conflict with the letter and spirit of that stipulation and which repudiate State law and reassert exclusive Federal jurisdiction over "the rights to the use of water the subject matter of the Complaint" (Paragraph IV of Plaintiff's Reply).

5. Paragraphs XVIII of the Motion to Strike an allegation set up in Paragraph V of Plaintiff's Reply which obviously could not be true factually, physically or legally and therefore should be stricken from the pleadings. It is not possible for a mere "proposal" to divert water to "contribute directly to present salt intrusion".

6. Paragraphs XIX and XX of the Motion to Strike certain allegations of the Plaintiff set out in Paragraph VI of its Reply which attempt to extend the force and effect of the Stipulated Judgment made and entered into solely between the Rancho Santa Margarita and the Vail interests so as to make its terms and provisions controlling upon defendant FALLBROOK PUBLIC UTILITY DISTRICT notwithstanding that District was not, nor any of its predecessors in interest, ever were parties to the action of Rancho Santa Margarita v. Vails or to the Stipulated Judgment entered therein. By the very language of its allegations Plaintiff admits that the Stipulated Judgment fixes its rights to the use of water only so far "as they relate to the rights of the Vail Estate". That being so, there exists no justification for setting up in this Fallbrook Reply, a judgment to which it

-3-

was and is a stranger and which could not be introduced into evidence against it.

7. Paragraphs XXI, XXII, XXIII, XXIV and XXV of the Motion to Strike certain allegations contained in Paragraphs VII and IX of Plaintiff's Reply and Paragraph IV (5) of Plaintiff's Reply to Defendant's Second Defense and Subdivision (6) of Plaintiff's further Reply which allegations are obviously contrary to the laws of the State of California relating to water rights (of which this Court would take judicial notice) and therefore should be stricken as being contrary to the Stipulation of Plaintiff with the State of California.

Respectfully Submitted

SWING, SCHARNIKOW & STANIFORTH

BY *(signature)*

Attorneys for Defendant
FALLBROOK PUBLIC UTILITY DISTRICT

RECEIVED copy of within
*Motion to Strike &*
*Points & Authorities* this
*11* day of *Jan.*, 1952
*(signature)*
Attorneys for *(illegible)*

-4-