IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

MARCUS H. BROWN
Name
1127 East Orange Grove
Address
Pasadena, California
City and State
SYcamore 48655
Telephone Number

Defendant

FILED
JAN 14 1952
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant xxx  Marcus H. Brown

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies ~~(deny)~~ each and every material allegation contained therein.

/s/ Marcus H. Brown
MARCUS H. BROWN

8837