IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

KATIE F. BROWN
Name
1127 East Orange Grove
Address
Pasadena, California
City and State
SYcamore 4-8655
Telephone Number

Defendant

F I L E D

JAN 14 1952

EDMUND L. SMITH, Clerk
By /s/ Johnson
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant   KATIE F. BROWN

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies each and every material allegation contained therein.

/s/ Katie F. Brown
KATIE F. BROWN

2836