IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: TONY E. FONTANA
Address: R.F.D. #2
City and State: MURRIETA, CALIF
Telephone Number:

Defendant

**FILED** JAN 16 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

**RECEIVED** JAN 16 1952
U. S. ATTORNEY
SAN DIEGO, CALIF.

UNITED STATES OF AMERICA )
)
     Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
     Defendants, )

Comes now the defendant (s) TONY E. FONTANA

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

                *Tony E. Fontana*

2839