IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

CLEMENT FONTANA
Name
R.F.D. #2
Address
MURRIETA CALIF.
City and State

Telephone Number

Defendant

UNITED STATES OF AMERICA )
            Plaintiff, )
vs.                      ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
            Defendants,  )

RECEIVED
JAN 16 1952
U. S. ATTORNEY
SAN DIEGO, CALIF.

Comes now the defendant (s) CLEMENT FONTANA

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

CLEMENT FONTANA
Clement Fontana

FILED
JAN 16 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

E838