IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

W. M. Hodding +
Beatrice L. Hodding
Name
4351 - Whitewood
Address
Long Beach 8, Calif
City and State
51912
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )     No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) W. M. Hodding +
Beatrice L. Hodding
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Beatrice L. Hodding
W. M. Hodding

RECEIVED
JAN 17 1952
U. S. ATTORNEY
SAN DIEGO, CALIF.

FILED
JAN 17 1952
EDMUND L. SMITH, Clerk
DEPUTY CLERK

8840