IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Gilbert M. Culton & Gera Davis Culton
Address: 1571 W. Adams Blvd
City and State: Los Angeles 7, Calif.
Telephone Number: RE-7-2183

Defendant

FILED
JAN 18 1952
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

UNITED STATES OF AMERICA, )
           Plaintiff,      )
vs.                        )   No. 1247
FALLBROOK PUBLIC UTILITY   )
DISTRICT, et al.,          )
           Defendants,     )

Comes now the defendant(s) Gilbert M. Culton & Gera Davis Culton and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Gilbert M. Culton
/s/ Gera Davis Culton

0841