Edwin P. Leidberg
Mrs. Lydia E. Leidberg
Name
Box 861
Address
Elsinore    California
City    and    State
none
Telephone Number

Defendant

FILED
JAN 18 1952
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

UNITED STATES OF AMERICA )
 )
                Plaintiff, )
 )
vs. ) No. 1247
 )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
 )
                Defendants. )

Comes now the defendant (s) Edwin P. Leidberg Mrs. Lydia E. Leidberg

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

E. P. Leidberg
Lydia E. Leidberg

2842