UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**SOUTHERN** DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff, vs  **FALLBROOK PUBLIC UTILITY DISTRICT, etc., et al.,**  Defendant | No. **1,247-SD** Civil  MINUTES OF THE COURT  Date: **January 18, 1952**  At **San Diego** Calif. |

PRESENT: The Honorable **JACOB WEINBERGER** District Judge

Deputy Clerk: **John H. Horn**          Reporter: **Rose Reynolds**

Counsel for Plaintiff: **Betty M. Graydon, Assistant U. S. Attorney; William H. Veeder, Spec. Asst. to the Atty. Genl.**

Counsel for Defendant: **Phil D. Swing, for Fallbrook Public Utility District; W. B. Dennis, for Santa Margarita Mutual Water Co.; Edward C. & Lottie L. Helms, Herman C. & Alma C. Pankonian; Arvin B. Shaw, Deputy Attorney Genl. for the State of California**

| Nature of Proceedings: | Ruling |
|---|---|
| On Motion of Attorney Graydon  For Furthering Hearing on motions of the plaintiff to try separately certain issues, pursuant to notice thereof filed November 21, 1951.  Attorney Veeder informs the Court that the Gov't expects to file a motion for an early trial on the merits. | IT IS ORDERED that David B. Agnew may be associated as counsel for the plaintiff, on motion of Att'y Graydon.  THE COURT ORDERS that motions of the plaintiff is denied, with 10 days allowed counsel for the defendant to prepare formal order. |

EDMUND L. SMITH, Clerk,          681

By _____ Deputy Clerk