1/21/52

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
<u>SOUTHERN</u>   DIVISION

U.S.A.                                          )   No. 1247          Civil
                                                )   MINUTES OF THE COURT
                    Plaintiff,                  )
  vs                                            )   Date: Jan. 21, 1952,
                                                )
Fallbrook Public Utility District,              )   At San Diego,     Calif.
  et al.,                                       )
                                                )
                    Defendant                   )

PRESENT: The Honorable  JACOB WEINBERGER          District Judge

  Deputy Clerk: J.M. Horn            Reporter: Ross Reynolds

  Counsel for Plaintiff :  Betty M. Graydon

  Counsel for Defendant :  no appearance


<u>NATURE OF PROCEEDINGS</u>                )  RULING

   On motion of Attorney Graydon it is ordered that John Robert
       and Walter J. Turnbull, Jr.,
 McCarthy be associated as counsel for plaintiff.


                                                EDMUND L. SMITH, Clerk,
                                                By /s/ J.M. Horn   Deputy Clerk   683