IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Floyd O. and Eva H. Smith- H & W
Address: Rt. 2, Box 245
City and State: Fallbrook, California
Telephone Number: 636

Defendant

FILED
JAN 21 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
                Plaintiff, )
                         )
        vs.              )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
               Defendants, )

Comes now the defendant (s) Floyd O. and Eva H. Smith- H & W

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Floyd O. Smith*
*/s/ Eva H. Smith*

2843