IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Otto E. Beaver
Address: Box 55
City and State: Wildomar Calif
Telephone Number:

Defendant

FILED
JAN 21 1952
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                          )
                Plaintiff, )
                          )
vs.                       )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
                Defendants,)

Comes now the defendant (s) Otto E and Grace V Beaver and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Otto E Beaver
Grace V Beaver

8844