IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: G. A. Smith
Address: Rt 3 Box 195 A
City and State: Elsinore Calif.
Telephone Number:

Defendant

FILED
JAN 21 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
              Plaintiff,  )
                          )
        vs.               )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
              Defendants. )

Comes now the defendant(s) __G. A. Smith__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ G. A. Smith

8845