IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Jackson C. Glenn
Senora E. Glenn
　　　　Name
Rt 1 Box 6
　　　Address
Wildomar, Calif.
City　　and　　State
Grand 811
　Telephone Number

　　　Defendant

FILED
JAN 21 1952
EDMUND L. SMITH, Clerk
By _____
　　　DEPUTY CLERK

UNITED STATES OF AMERICA　　)
　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　 )
　　　　　　　　　　　　　　)
　　vs.　　　　　　　　　　 )　No. 1247
　　　　　　　　　　　　　　)
FALLBROOK PUBLIC UTILITY　　)
DISTRICT, et al.,　　　　　 )
　　　　　　　　　　　　　　)
　　　　　　　Defendants,　 )

　　Comes now the defendant (s)____Jackson C. Glenn____

____and/or Senora E. Glenn____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

　　　　　　　　　　　　　Jackson C. Glenn
　　　　　　　　　　　　　Senora E. Glenn

8346