IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mrs. W. C. Tomlin
Name
Rt 2 Box 33
Address
Fallbrook, Calif.
City and State
631
Telephone Number

Defendant

FILED
JAN 21 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA,  )
                            )
            Plaintiff,      )
                            )
    vs.                     )   No. 1247
                            )
FALLBROOK PUBLIC UTILITY    )
DISTRICT, et al.,           )
                            )
            Defendants.     )

Comes now the defendant(s) Mrs W C Tomlin

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Mrs W C Tomlin

8847