IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: SIDNEY G. SMITH & JULIA T. SMITH
Address: 230 E. 7th STREET
City and State: LONG BEACH, CALIFORNIA
Telephone Number: 657-263

Defendant

FILED
JAN 21 1952
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA,
          Plaintiff,
vs.                                          No. 1247
FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,
          Defendants,

Comes now the defendant(s) SIDNEY G SMITH & JULIA T. SMITH and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Sidney G. Smith
/s/ Julia T. Smith

8848