FILED

JAN 22 1952

EDMUND L. SMITH, Clerk

By

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                      Plaintiff,

        v.

FALLBROOK PUBLIC UTILITY DISTRICT, a
public service corporation of the
State of California, et al.,

                      Defendants

Civil No. 1247-SD

MOTION AND ORDER TO
INCLUDE ADDITIONAL
PARTIES-DEFENDANT

      Come now A. DEVITT VANECH, Deputy Attorney General,
WALTER S. BINNS, United States Attorney, and BETTY MARSHALL
GRAYDON, Assistant United States Attorney, attorneys for the
plaintiff herein and move the Court for an order permitting
joinder of the below-named persons as additional parties-defend-
ant pursuant to provisions of Rule 21 of the Rules of Civil
Procedure.

                  ALBER'S MILLING CO.

                  ALFRED ALEXANDER

                  MARY ANN ALEXANDER

                  CLARA ALLEN

                  ENOS ALLEN

                  LE ROY ANDERSON

                  ALEX L. ARNOLD

                  LILY ARNOLD

                  PAUL T. BAILEY

                  W.I.S. BANCROFET

1   RALPH O. BANE

2   HELEN BARBER

3   OZRO H. BARBER

4   ANNIE ELLIS BARRE

5   BENJAMIN A. BARRE

6   RUTH BARRE

7   ANDREW W. BAUER

8   MABEL C. BAUER

9   FLORENCE A. BEHRENS

10   SAMUEL D. BEHRENS

11   EMMA A. BELK

12   JOHN W. BELK

13   JAMES BENEDICT

14   CLEON E. BENSON, JR.

15   MILDRED T. BENSON

16   CHAUNCEY P. BIGGS

17   SUSAN C. BIGGS

18   PARNELL S. BILLINGS

19   H.H. BLAUSTEIN AKA HARRY H. BLAUSTEIN

20   MARIE E. BOHANNAN

21   WILLIAM V. BOHANNAN

22   LAILA P. BOWEN

23   W. E. BOWEN

24   DORA BELLE BRITTINGHAM formerly DORA

25   BELLE HARRIS

26   LEROY BRITTINGHAM

27   MARION LOUISE BRITTINGHAM

28   BEULAH W. BROWN

29   ELBERT E. BROWN

30   SHIRLEY R. BRUCK

31   WILLIAM W. BRUCK

32   CALIFORNIA TRUST COMPANY as Trustee under

33   the will of A. M. CHAFFEY, deceased

2

1   FRANCES M. CANDIDO

2   LEONARD CANDIDO

3   SARAH MARY CHARLES

4   CITIZENS NATIONAL TRUST & SAVINGS BANK OF

5   LOS ANGELES as Trustee under the will of

6   SPENCER B. MILES, deceased

7   C. L. CLUGAGE

8   INA L. CLUGAGE

9   JESSIE L. COCKERLINE AKA JESSIE L. BENEDICT

10   FLORA E. COLLIER

11   FRANK ELLIOT COLLIER

12   CECIL A. COPELAND

13   WAHNETTA L. COPELAND

14   RACHEL CREECH

15   S. T. CREECH

16   MARY JEFFERS DAGER

17   PROBERT W. DAGER

18   RALPH M. DAVENPORT as Administrator of

19   Estate of LEVI M. DAVENPORT, deceased

20   EDYTHE DAVIS

21   LUCY CHAVES DE LEON

22   R. DE LEON

23   EDITH M. DENIO AKA EDITH M. DENIG

24   ELMER B. DENIO AKA ELMER B. DENIG

25   ANDY E. DUNLAP

26   FRANCIS DURKEE

27   PAUL J. DURKEE

28   FLORENCE F. FLEER

29   GEORGE W. FLEER

30   RAY E. FULK

31   MARGARET GELTMAN

32   IDA GRAHEK

33   JOHN GRAHEK

3

| | |
|---|---|
| 1 | SOFIA GRASSO |
| 2 | VINGENZO GRASSO |
| 3 | NETTIE LOU HEARD |
| 4 | PAUL A. HERNELY |
| 5 | ELEANORE F. HOFFACKER |
| 6 | JOHN G. HOFFACKER |
| 7 | GERTRUDE F. HOOPES |
| 8 | LESLIE W. HOOPES |
| 9 | FREDERICK A. HOWARD |
| 10 | GERTRUDE P. C. HOWARD |
| 11 | KENNETH L. HOWELL |
| 12 | NELLIE J. HOWELL |
| 13 | EDGAR INGEBRETSON |
| 14 | JOE JACOBSON |
| 15 | ERNEST JENEWEIN |
| 16 | GERTRUDE LILLIAN JENEWEIN AKA LILLIAN |
| 17 | JENEWEIN |
| 18 | GENEVA JENKINS |
| 19 | SELMA A. JOHNSON |
| 20 | WALFORD E. JOHNSON |
| 21 | FRANCES B. JONES |
| 22 | GEORGE L. JONES |
| 23 | SAM KAUFMAN |
| 24 | KELLY PIPE COMPANY |
| 25 | ELIZABETH KEMPF |
| 26 | JOE KEMPF |
| 27 | ELMER FREDERICK KENNEY |
| 28 | MARY LOUISE KENNEY |
| 29 | CLARA A. KOMAN |
| 30 | MICHAEL KOMAN |
| 31 | FRANCES B. LARSEN |
| 32 | THEODORE E. LARSEN |
| 33 | CLARENCE E. LATZ |

1            MARGARET E. LATZ

2            LAWYERS TITLE GUARANTY CO.

3            FANNIE BLAKLEY LEWIS

4            MARY R. LIEDKE

5            WALTER A. LIEDKE

6            A. GODFREY LOVEBERG

7            ESTHER LOVEBERG

8            ANNETTE LOY

9            JAMES LOY

10          GEORGE T. MCCARTHY

11          GERTRUDE PATRICIA MCCARTHY

12          P.P.B. MCELHINNEY

13          JOSEPH D. MAHER, SR., as Guardian of Estate

14          of JOSEPH D. MAHER, JR. and RICHARD C.

15          MAHER, minors

16          ETHEL G. MANTAY

17          MADELINE G. MILLER

18          IDA NEHEN

19          JOHN D. NEHEN

20          ANN NEWBERRY

21          PAUL NEWBERRY

22          L. W. OTTO

23          VIDELLA M. OTTO

24          BILLY S. PHILLIPS

25          JOHN H. PHILLIPS

26          MYRA H. PICKERING

27          PENN W. PICKERING

28          BERTHA PLAM

29          WALTER PLAM

30          JULIUS POSCHEN

31          MERLE H. RACKIN

32          CHARLES T. RIPPY

33          RUTH A. RIPPY

1    IRENE RISSMAN

2    MAURICE RISSMAN

3    ALEX ROBERTSON

4    ELSIE E. ROBERTSON

5    HAPPY C. ROBIRDS

6    RAY M. ROBIRDS

7    DORRIS NEWBERRY RUHLAND

8    ESTELLE SANDS

9    RUTH G. SAUNDERS

10    WILLIAM R. SAUNDERS

11    JEAN SAWYER

12    LOUIS SAWYER

13    REBECCA B. SAWYER

14    HUGH SCOTT

15    SHIRLEY MAE SEATON

16    BERNARD M. SHAPIRO

17    IRIS C. SHAPIRO

18    JESSIE L. SHEARS

19    ROBERT V. SHEARS

20    RUTH SHEARS

21    VERNON H. SHEARS

22    FRANK R. SKINNER

23    SOUTHERN REALTY CO.

24    HILDA SPECKERT

25    SIEGFRIED SPECKERT

26    VERNON A. STANFIELD

27    ELIZABETH A. STEELE

28    J. C. STEELE

29    A. STELLINO AKA ANTONIO STELLINO

30    ROSA STELLINO

31    LIZZETTE STURGIS as Administratrix of Estate

32    of WALTER PRIVETTE, deceased

33    ROSS D. SWIMM

1  DAVID E. TAYLOR

2  RUBY M. VEGHER

3  JOE A. VEGHER

4  BERTHA WAIN

5  FRANK WAIN

6  GILES E. WALLACE

7  EDWIN W. WARD

8  MINNIE WARD

9  BLANCHE B. WEBER

10  CHARLES W. WEBER

11  DOROTHY WEINER

12  HY WEINER

13  GLENECE WERDON

14  VICTOR V. WERDON

15  DOROTHY AYERS WHITE

16  PRESTON K. WILLIAMSON, as Administrator of

17  Estate of ROBERT J. ORMAND, deceased

18  FOREST WILSON

19  VIRGINIA F. WILSON

20  CHARLES A. WRIGHT

21  L. CHRISTINE WRIGHT

22  SYDNEY M. YOAKUM

690

1    This motion is made so that the Court may have before it
2    the additional parties-defendant in order that the subject
3    matter of this controversy may be adjudicated completely in one
4    action.

5

6                              A. DEVITT VANECH
                               Deputy Attorney General

7                              WALTER S. BINNS
                               United States Attorney
8

9                              BETTY MARSHALL GRAYDON
10                             Assistant United States Attorney

11   IT IS SO ORDERED.

12   Date: Jan. 22, 1952

13

14   _____
     Judge United States District Court

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

33                                                        691