
IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

*Burt Taylor*
Name
*Rt. 1, Box 17*
Address
*Wildomar, Calif*
City and State
*Grand 327*
Telephone Number

Defendant

RECEIVED
JAN 2? 1952
U. S. ATTORNEY
SAN DIEGO, CALIF.

UNITED STATES OF AMERICA )
)
                        Plaintiff, )
)
      vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
                    Defendants, )

Comes now the defendant (s) _____

_____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Burt Taylor*
*Eva J. Taylor*

FILED
JAN 22 1952
EDMUND L. SMITH, Clerk
By *Emily T. Vile*
DEPUTY CLERK

8851