IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

William K. Auld
Name

Rt 2, Box 174-C
Address

Elsinore        Calif.
City    and    State

Main 2068
Telephone Number

Defendant

or William K Auld
Rural Route
Winchester, Calif.

RECEIVED
JAN 22 1952
U. S. ATTORNEY
SAN DIEGO, CALIF.

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
       vs.               )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants.  )

Comes now the defendant(s) __William K Auld__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

William K Auld, January 12, 1952

FILED
JAN 22 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

0850