IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

B. M. JURKOVICH
Name
410 Main Street
Address
Huntington Beach, California
City and State
Lexington 6-3025
Telephone Number

Defendant

RECEIVED
JAN 22 1952
U. S. ATTORNEY
SAN DIEGO, CALIF.

UNITED STATES OF AMERICA )
                         )
                Plaintiff, )
                         )
        vs.              )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
                Defendants, )

Comes now the defendant (s) __B. M. JURKOVICH__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ B. M. Jurkovich*

FILED
JAN 22 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

8849