IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

L. Y. Dickey and Helen B. Dickey

_L. Y. Dickey_
Name

Bx 853
Address

Twenty nine Palms
City and State

808
Telephone Number

Defendant

UNITED STATES OF AMERICA )
                          )
            Plaintiff,    )
                          )
    vs.                   )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
            Defendants,   )

Comes now the defendant(s) _L. Y. Dickey,_
_Helen B. Dickey, Husband & Wife_
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_L. Y. Dickey_
_Helen B. Dickey_

**FILED**

JAN 23 1952

EDMUND L. SMITH, Clerk
By _Emily T. Vila_
DEPUTY CLERK

2891