IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ida Garbani
Name

Address
Winchester, California
City and State

None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __IDA GARBANI, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ida Garbani*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

8892