IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Loel S. Lewis
Name
P.O. Box 788
Address
Fallbrook, California
City      and      State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA        )
                                )
                    Plaintiff,  )
                                )
        vs.                     )        No. 1247
                                )
FALLBROOK PUBLIC UTILITY        )
DISTRICT, et al.,               )
                                )
                    Defendants, )

Comes now the defendant (s) Loel S. Lewis, sued herein

_____

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

Loel S. Lewis

_____

FILED

JAN 23 1952

EDMUND L. SMITH, Clerk
By Emily T. Vula
DEPUTY CLERK

8893