IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Otis Ralph and Mary Ralph
Name
Route 2  Box 66
Address
Fallbrook, California
City and State
621
Telephone Number

Defendant

UNITED STATES OF AMERICA      )
                              )
                    Plaintiff,)
                              )
        vs.                   )   No. 1247
                              )
FALLBROOK PUBLIC UTILITY      )
DISTRICT, et al.,             )
                              )
                   Defendants,)

Comes now the defendant (s) OTIS RALPH, sued herein and MARY RALPH, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Otis Ralph*
*Mary Ralph*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By *Emily T. Vila*
DEPUTY CLERK

6394