IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

|  |  |
|---|---|
| Name | Edith Pearl Davidson |
| Address | Star Route--Box 48 |
| City and State | Hemet, California |
| Telephone Number | None |

Defendant

UNITED STATES OF AMERICA )
                        Plaintiff, )
       vs.                   )   No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
                    Defendants, )

Comes now the defendant (s) **Edith Pearl Davidson, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Edith Pearl Davidson* (signature)

FILED

JAN 23 1952

EDMUND L. SMITH, Clerk
By *[signature]*
        DEPUTY CLERK

2895