IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Clinton Clifford Davidson
Name
Star Route --Box 48
Address
Hemet, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) CLINTON CLIFFORD DAVIDSON, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Clinton Clifford Davidson*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8396