IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Albert Pearson Estate by Marie Stanness
Name
405 Eucalyptus
Address
Vista, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
                Plaintiff, )
)
    vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
              Defendants, )

    Comes now the defendant (s) ALBERT PEARSON ESTATE by Marie Stanness, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Albert Pearson estate*
*Marie Stanness*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By *Emily T. Vila*
DEPUTY CLERK

8887