IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Alice H. Tobin
Name
Route 2 Box 1095
Address
San Marcos, California
City and State
Escondido 855
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
     Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
     Defendants, )

  Comes now the defendant (s) Alice H. Tobin, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

           Alice H. Tobin

FILED

JAN 23 1952

EDMUND L. SMITH, Clerk
By _____
   DEPUTY CLERK



8898