IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Arthur M. Tobin
Name
Route 2 Box 1095
Address
San Marcos, California
City and State
Escondido, 855
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Arthur M. Tobin, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.



FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK