IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

William B. Green
_____
Name
Route 2  Box 61
_____
Address
Fallbrook, California
_____
City      and      State
456
_____
Telephone Number

Defendant


UNITED STATES OF AMERICA          )
                                  )
                     Plaintiff,   )
                                  )
          vs.                     )          No. 1247
                                  )
FALLBROOK PUBLIC UTILITY          )
DISTRICT, et al.,                 )
                                  )
                    Defendants,   )


Comes now the defendant (s) __William B. Green, sued herein__

_____

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.


_William B. Green_

_____


FILED

JAN 23 1952

EDMUND L. SMITH, Clerk
By _____
        DEPUTY CLERK

8899