IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Florence H. Wernicke and Leonard S. Wernicke
   Name
Route 1  Box 305
   Address
Fallbrook, California
   City   and   State
7065
   Telephone Number

Defendant

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
vs.                      )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s) Florence H. Wernicke, sued herein and Leonard S. Wernicke, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Florence H. Wernicke*
*Leonard S. Wernicke*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
      DEPUTY CLERK

8901