IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Leonard S. Wernicke
　　　　Name
Route 1  Box 305
　　　　Address
Fallbrook, California
　City　and　State
7065
　Telephone Number

Defendant

UNITED STATES OF AMERICA         )
                                 )
                    Plaintiff,   )
                                 )
         vs.                     )     No. 1247
                                 )
FALLBROOK PUBLIC UTILITY         )
DISTRICT, et al.,                )
                                 )
                    Defendants,  )

Comes now the defendant (s) __Leonard S. Wernicke, sued__ herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Leonard S. Wernicke*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
　　DEPUTY CLERK

8902