IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Russell O. Freeman and Gladys E. Freeman
　　　　　　Name
P.O. Box 64
　　　　　Address
Wildomar, California
　City　　and　　State
None
　Telephone Number

Defendant

UNITED STATES OF AMERICA          )
                                  )
                    Plaintiff,    )
                                  )
         vs.                      )    No. 1247
                                  )
FALLBROOK PUBLIC UTILITY          )
DISTRICT, et al.,                 )
                                  )
                    Defendants,   )

Comes now the defendant (s) Russell O. Freeman, sued herein and Gladys E. Freeman, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Russell O. Freeman*
*Gladys E. Freeman*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
       DEPUTY CLERK

8903