IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Dorothy A. Simonich
Name
2175 Earl Avenue
Address
Long Beach 6, California
City    and    State
Long Beach 78184
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
               Plaintiff, )
)
    vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
             Defendants, )

    Comes now the defendant (s) Dorothy A. Simonich, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

X  *Dorothy A. Simonich*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8904