IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: B. F. Taylor and Fannie D. Taylor
Address: P. O. Box 76
City and State: Wildomar, California.
Telephone Number: Elsinore Exchange. Grand 311

Defendant

UNITED STATES OF AMERICA )
)
                Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
               Defendants, )

Comes now the defendant(s) B. F. Taylor, sued herein and Fannie D. Taylor, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

                                  B. F. Taylor
                                  Fannie D. Taylor

FILED

JAN 23 1952

EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

8905