IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Lettie M. Anderson
<u>Name</u>
P.O. Box 4
<u>Address</u>
Fallbrook, California
<u>City   and   State</u>
395
<u>Telephone Number</u>

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) <u>LETTIE M. ANDERSON, sued</u> herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.



*Lettie M. Anderson*

FILED

JAN 23 1952

EDMUND L. SMITH, Clerk
By *Cassidy T. Vila*
DEPUTY CLERK

8906