IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Jerry Rath
Name
Route 2  Box 33-A
Address
Fallbrook, California
City        and        State
7362
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) JERRY RATH, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Jerry Rath*

FILED

JAN 23 1952

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

2907