IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Edna Rath
Name
Route 2  Box 33-A
Address
Fallbrook, California
City   and   State
7362
Telephone Number

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | )  No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) __EDNA RATH, sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Edna Rath*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8908