IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: John Lucien Clugage
Address: Box 94
City and State: Littlerock, California
Telephone Number: Palmdale 8727 R-2

Defendant

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
vs.                      )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s) John Lucien Clugage, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*John Lucien Clugage* (signature)

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

3910