IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Harry J. Gledhill
Name
2049 Primrose Avenue
Address
South Pasadena, California
City and State
Sycamore 9-2729
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) HARRY J. GLEDHILL, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Harry J. Gledhill*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8911