IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Paul R. Moore and Sylvia Moore
<u>Name</u>
P.O. Box 798
<u>Address</u>
Fallbrook, California
<u>City   and   State</u>
None
<u>Telephone Number</u>

Defendant

UNITED STATES OF AMERICA        )
                                )
                     Plaintiff, )
                                )
           vs.                  )   No. 1247
                                )
FALLBROOK PUBLIC UTILITY        )
DISTRICT, et al.,               )
                                )
                    Defendants, )

Comes now the defendant (s) PAUL R. MOORE, sued herein and SYLVIA MOORE, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Paul R. Moore*
*Sylvia Moore*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By *Emily T. Vila*
DEPUTY CLERK

0912