IN THE UNITED STATES DISTRIC COURT
Southern District of California
Southern Division

1  Clyde L. Olson and Lydia J. Olson
          Name
2  P.O. Box 414
          Address
3  Fallbrook, California
      City     and     State
4  None
          Telephone Number
5
          Defendant
6

7

8  UNITED STATES OF AMERICA      )
                                 )
9               Plaintiff,       )
                                 )
10         vs.                   )      No. 1247
                                 )
11  FALLBROOK PUBLIC UTILITY     )
    DISTRICT, et al.,            )
12                               )
                Defendants,      )
13

14        Comes now the defendant (s) __CLYDE L. OLSON__ sued herein

15  and LYDIA J. OLSON, sued herein

16  and for himself or themselves alone and answering plaintiff's complaint on

17  file, herein denies (deny) each and every material allegation contained therein.

18

19                    *Clyde L Olson*
20                    *Lydia J Olson*
21

22

23

24

25  **FILED**

26  JAN 23 1952

27  EDMUND L. SMITH, Clerk
28  By *Cornelius J. Vrba*
              DEPUTY CLERK
29

30

31

32

8913