IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

| | |
|---|---|
| 1 | Lee Zimmerman |
| | Name |
| 2 | |
| | Address |
| 3 | Aguanga, California |
| | City and State |
| 4 | None |
| | Telephone Number |
| 5 | |
| 6 | Defendant |

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
     vs.                 )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s) __LEE ZIMMERMAN,__ sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Lee Zimmerman

FILED

JAN 23 1952

EDMUND L. SMITH, Clerk
By _____
    DEPUTY CLERK

2914