IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Albert N. Ceas
Name
Route 2  Box 34
Address
Murrieta, California
City and State
511
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Albert N. Ceas, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Albert N Ceas*

FILED

JAN 23 1952

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8918