IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Norman L. Hicks and Lorraine I. Hicks
Name
P.O. Box 725
Address
Fallbrook, California
City    and    State
673
Telephone Number

Defendant

UNITED STATES OF AMERICA   )
                           )
                 Plaintiff,)
                           )
         vs.               )   No. 1247
                           )
FALLBROOK PUBLIC UTILITY   )
DISTRICT, et al.,          )
                           )
                Defendants,)

Comes now the defendant (s) Norman L. Hicks, sued herein and Lorraine I. Hicks, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Norman L. Hicks*
*Lorraine I. Hicks*

**FILED**

JAN 23 1952

EDMUND L. SMITH, Clerk
By *Cassidy V. Vila*
DEPUTY CLERK

8920