IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Dolores G. Flinn, Jewel H. Flinn
Address: RF 1, Box 155
City and State: Elsinore, Calif.
Telephone Number: Main 2342

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

Comes now the defendant(s) **Dolores G. Flinn, sued herein and Jewel H. Flinn, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Dolores G. Flinn
Jewel H. Flinn

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By Emily T. Vila
DEPUTY CLERK