IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  Fallbrook Assembly of God, Inc.
       Name
2  P.O. Box 716
       Address
3  Fallbrook, California
     City   and   State
4  596
     Telephone Number
5
                Defendant
6
7
8  UNITED STATES OF AMERICA         )
                                    )
9                         Plaintiff,)
                                    )
10           vs.                    )        No. 1247
                                    )
11 FALLBROOK PUBLIC UTILITY         )
   DISTRICT, et al.,                )
12                                  )
                         Defendants,)
13
14     Comes now the defendant (s) FALLBROOK ASSEMBLY OF GOD, INC.
15  sued herein
16 and for himself or themselves alone and answering plaintiff's complaint on
17 file, herein denies (deny) each and every material allegation contained therein.
18
19                              *signature* (PASTOR)
20                              *signature* (SEC. TREAS)
21                              *signature* (TRUSTEE)
22
23                              Ernest Weber (TRUSTEE)
24                              William Hoover (TRUSTEE)
25
26
27       **FILED**
28       JAN 23 1952
29       EDMUND L. SMITH, Clerk
30       By *signature*
                DEPUTY CLERK
31
32

8921