IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Joseph G. & Dorothy A. Flavin
Name

Trona
Address

California
City and State

_____
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
              Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
            Defendants, )

Comes now the defendant (s) Joseph F. Flavin & Dorothy A. Flavin (husband & wife) and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Joseph F. Flavin
Dorothy A. Flavin

**FILED**

JAN 23 1952

EDMUND L. SMITH, Clerk
By _____
   DEPUTY CLERK

2922