IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Pearl N. Dew
Name
Route 1  Box 10
Address
Fallbrook, California
City and State
7434
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
            Plaintiff, )
)
  vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
          Defendants, )

Comes now the defendant (s) Pearl N. Dew, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Pearl N. Dew*

**FILED**

JAN 23 1952

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK