IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Cora M. Maze
**Name**
P.O. Box 52
**Address**
Fallbrook, California
**City and State**
None
**Telephone Number**

**Defendant**

UNITED STATES OF AMERICA )
)
　　　　　　　　　Plaintiff, )
)
vs. )　　No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
　　　　　　　　Defendants, )

Comes now the defendant (s) ___Cora M. Maze, sued herein___

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

　　　　　　　　　　　　　　　Cora M. Maze

**FILED**

JAN 23 1952

EDMUND L. SMITH, Clerk
By _____
　　　DEPUTY CLERK

8924