IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mildred Laughlin
Name
Route 2  Box 239-B
Address
Fallbrook, California
City  and  State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
                   Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
                   Defendants, )

Comes now the defendant (s) Mildred Laughlin, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Mildred Laughlin*

**FILED**

JAN 23 1952

EDMUND L. SMITH, Clerk
By *Cassidy V. Vila*
DEPUTY CLERK

8925