IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Irving Hamilton Smith
Name
P.O. Box 94
Address
Fallbrook, California
City and State
7223
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
         Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
         Defendants, )

Comes now the defendant (s) Irving Hamilton Smith, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Irving Hamilton Smith*

**FILED**

JAN 23 1952

EDMUND L. SMITH, Clerk
By *[signature]*
DEPUTY CLERK

8926