IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Ione C. Smith
Address: P.O. Box 94
City and State: Fallbrook, California
Telephone Number: 7223

Defendant

UNITED STATES OF AMERICA )
                                                )
            Plaintiff,           )
                                                )
   vs.                                       )   No. 1247
                                                )
FALLBROOK PUBLIC UTILITY     )
DISTRICT, et al.,                      )
                                                )
            Defendants,        )

Comes now the defendant (s) Ione C. Smith, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ione C. Smith* (signature)

**FILED**
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

0927