IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mary Turk
Name
Route 2 Box 183
Address
Elsinore, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA, Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants,

No. 1247

Comes now the defendant (s) Mary Turk, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Mary Turk

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By Ganily [signature] DEPUTY CLERK

2928