IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Jimmie B. Allmon (Same as Jimmie R. Allmon)
Name
P.O. Box 682
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

Comes now the defendant (s) JIMMIE B. ALLMON (Same as Jimmie R. Allmon), sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Jimmie B Allmon*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8929