IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Anna Rotz
Name

Route 2 Box 190
Address

Elsinore, California
City and State

None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
             Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
             Defendants, )

Comes now the defendant (s) Anna Rotz, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Anna Rotz*

**FILED**

JAN 23 1952

EDMUND L. SMITH, Clerk
By *Emily F. Vila*
DEPUTY CLERK

2930