IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Arthur H. Dew
Name
Route 1   Box 10
Address
Fallbrook, California
City   and   State
7434
Telephone Number

Defendant

UNITED STATES OF AMERICA           )
                                   )
                       Plaintiff,  )
                                   )
            vs.                    )   No. 1247
                                   )
FALLBROOK PUBLIC UTILITY           )
DISTRICT, et al.,                  )
                                   )
                      Defendants,  )

Comes now the defendant (s) __Arthur H. Dew, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Arthur H. Dew* (signature)

**FILED**

JAN 23 1952

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8931