IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Jean Domenigoni
_____
Name

_____
Address
Winchester, California
City     and     State

None
_____
Telephone Number

Defendant

UNITED STATES OF AMERICA         )
                                 )
                      Plaintiff, )
                                 )
           vs.                   )   No. 1247
                                 )
FALLBROOK PUBLIC UTILITY         )
DISTRICT, et al.,                )
                                 )
                      Defendants,)

Comes now the defendant (s) __Jean Domenigoni, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Jean Domenigoni*

**FILED**

JAN 23 1952

EDMUND L. SMITH, Clerk
By _____
       DEPUTY CLERK

2932