IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

<u>Francis N. Domenigoni</u>
Name

<u> </u>
Address

<u>Winchester, California</u>
City and State

<u>None</u>
Telephone Number

Defendant

UNITED STATES OF AMERICA )
          )
       Plaintiff, )
          )
   vs.         )   No. 1247
          )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,      )
          )
      Defendants, )

Comes now the defendant (s) <u>Francis N. Domenigoni, sued herein</u>

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Francis N. Domenigoni*

**FILED**

JAN 23 1952

EDMUND L. SMITH, Clerk
By *Carmily T. Vila*
DEPUTY CLERK

8923