IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1

Pete Domenigoni
_____
Name
2
Box 30
_____
Address
3
Winchester, California
_____
City     and     State
4
Hemet 1024
_____
Telephone Number
5

6                                    Defendant

7

8      UNITED STATES OF AMERICA          )
9                          Plaintiff,    )
10                    vs.                 )          No. 1247
11     FALLBROOK PUBLIC UTILITY           )
       DISTRICT, et al.,                  )
12                                        )
                            Defendants,   )
13

14          Comes now the defendant (s) Pete Domenigoni, sued herein

15     _____

16     and for himself or themselves alone and answering plaintiff's complaint on

17     file, herein denies (deny) each and every material allegation contained therein.

18

19                                        *Pete Domenigoni*

20                                        _____

21

22

23

24

25     **FILED**

26

27     JAN 23 1952

28     EDMUND L. SMITH, Clerk
       By _____
29                DEPUTY CLERK

30

31

32

8935