IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

John Adden Williams ( Same As John Alden Williams)
Name
Route 1   Box 266
Address
Fallbrook, California
City   and   State
7347
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) John Adden Williams ( Same as John Alden Williams), sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*John Alden Williams*
*John Adden Williams*

**FILED**

JAN 23 1952

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

2937