IN THE UNITED STATES DISTRI    COURT
Southern District of California
Southern Division

Clytelle Mae Epson Williams same as Ceytelle Mae Epson Williams
_____
Name
Route 1   Box 266
_____
Address
Fallbrook, California
_____
City      and      State
7347
_____
Telephone Number

Defendant

UNITED STATES OF AMERICA        )
                                )
                      Plaintiff,)
                                )
            vs.                 )       No. 1247
                                )
FALLBROOK PUBLIC UTILITY        )
DISTRICT, et al.,               )
                                )
                      Defendants,)

Comes now the defendant (s) Clytelle Mae Epson Williams

same as Ceytelle Mae Epson Williams, sued herein

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Clytelle Mae Epson Williams*

*Clytelle Mae Epson Williams*

# FILED

### JAN 23 1952

EDMUND L. SMITH, Clerk
By....................................
DEPUTY CLERK

2938