IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  Joseph Merrill Kolb as Executor of Estate of Margaret A. Kolb,
           Name                                         Deceased
2  Box 253
         Address
3  Temecula, California
    City    and    State
4  None
      Telephone Number
5
            Defendant
6
7
8  UNITED STATES OF AMERICA )
                            )
9              Plaintiff,   )
                            )
10        vs.               )   No. 1247
                            )
11 FALLBROOK PUBLIC UTILITY )
   DISTRICT, et al.,        )
12                          )
            Defendants,     )
13

14     Comes now the defendant (s) Joseph Merrill Kolb as Executor
15 of Estate of Margaret A. Kolb, Deceased, sued herein
16 and for himself or themselves alone and answering plaintiff's complaint on
17 file, herein denies (deny) each and every material allegation contained therein.
18
19
                          *Joseph Merrill Kolb*
20                   as Executor of Estate of
21                   Margaret A. Kolb, Deceased

# FILED

JAN 23 1952

EDMUND L. SMITH, Clerk
By ........................
          DEPUTY CLERK

2939