IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Lloyd L. East and Helen L. East
Name
P.O. Box 249
Address
Fallbrook, California
City and State
7225
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
                   Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
                 Defendants, )

     Comes now the defendant (s) Lloyd L. East, sued herein and Helen L. East, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Lloyd L. East*
*Helen L. East*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _Cassidy T. Vila_
DEPUTY CLERK

8940