IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Clara B. Korb and Walter L. Korb and Leora N. Korb (Kort)
Address: P.O. Box 211
City and State: Fallbrook, California
Telephone Number: 7103

Defendant

UNITED STATES OF AMERICA )
                         )
             Plaintiff,  )
                         )
     vs.                 )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant(s) Clara B. Korb, sued herein and Walter L. Kolb, sued herein and Leora N. Korb (Kort), sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Clara B. Korb*
*Walter L Korb*
*Leora N. Korb*
same as Leora N. Kort

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
    DEPUTY CLERK

8941