IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Fred W. Oest and Edna L. Oest
Address: Route 2 Box 155
City and State: Elsinore, California
Telephone Number: None

Defendant

UNITED STATES OF AMERICA )
)
               Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
             Defendants, )

Comes now the defendant (s) Fred W. Oest and Edna L. Oest, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

                                              *Fred W. Oest*
                                              *Edna L. Oest*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By *[signature]*
        DEPUTY CLERK

2942