IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

I. G. Harris and Elsie L. Harris
Name
Route 1 Box 178
Address
Romoland, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) I. G. Harris, sued herein and Elsie L. Harris, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*I. G. Harris*
*Elsie L. Harris*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

2943