IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Frances + W<sup>m</sup> Hedler
**Name**
Hillside Ranch or Southwest 1/4 Section 4, Township 6,
**Address**                                    Range 2 West
Winchester Calif
**City and State**
Hemet 1022 Calif
**Telephone Number**

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) William M. Hedler, sued herein and Frances M. Hedler, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

William M. Hedler
Frances M. Hedler

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By Emily T. Vila
DEPUTY CLERK

8944