IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Harry H. Bergman
Address: Box 83
City and State: Aguanga, California
Telephone Number: None

Defendant

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )    No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant(s) Harry H. Bergman, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Harry H. Bergman* (signature)

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
    DEPUTY CLERK

2945