IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Bill Holland
Name
General Delivery
Address
Fallbrook, California
City    and    State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA            )
                                    )
                    Plaintiff,      )
                                    )
        vs.                         )      No. 1247
                                    )
FALLBROOK PUBLIC UTILITY            )
DISTRICT, et al.,                   )
                                    )
                    Defendants,     )

Comes now the defendant (s) __Bill Holland, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Bill Holland*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

2947