IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Joseph H. Monser and Margaret H. Monser
Name
Route 1  Box 23
Address
Wildomar, California
City     and     State
None
Telephone Number

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) **Joseph H. Monser, sued herein and Margaret H. Monser, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Joseph H Monser*
*Margaret H. Monser*

**FILED**
JAN 23 1952
EDMUND L. SMITH, Clerk
By *Emily T. Vila*
DEPUTY CLERK

8948