IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Paul H. Thompson and Mary M. Thompson
Name

Address
Murrieta, California
City and State
335
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
                Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
              Defendants, )

Comes now the defendant (s) Paul H. Thompson, sued herein and Mary M. Thompson, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Paul H. Thompson*
*Mary M. Thompson*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By *Emily T. Vila*
DEPUTY CLERK

8949