IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Dorothy McElhinney
Name

Address
Romoland, California
City and State

Telephone Number

Defendant

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant (s) Dorothy McElhinney, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Dorothy McElhinney*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
      DEPUTY CLERK

8950