IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

David Arthur Brown and Nancy Jane Brown
_____
Name

Box 14
_____
Address

Wildomar, California
_____
City     and     State

None
_____
Telephone Number

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1247 |
| ) | |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s)   David Arthur Brown, sued herein

and Nancy Jane Brown, sued herein

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*David A. Brown.*

*Nancy Jane Brown*

# FILED

JAN 23 1952

EDMUND L. SMITH, Clerk
By *Quimby J. Noba*
DEPUTY CLERK

8951