IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Lena Haselwood
Name
P.O. Box 591
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
Plaintiff, )
vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
Defendants, )

Comes now the defendant (s) Lena Haselwood, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Lena Haselwood

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By Emily T. Vila DEPUTY CLERK