IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  Lester B. Haselwood
        Name
2  P.O. Box 591
        Address
3  Fallbrook, California
   City    and    State
4  None
        Telephone Number
5
6                    Defendant
7
8  UNITED STATES OF AMERICA          )
9                       Plaintiff,   )
                                     )
10            vs.                     )     No. 1247
                                     )
11  FALLBROOK PUBLIC UTILITY          )
    DISTRICT, et al.,                 )
12                      Defendants,  )
13
14  Comes now the defendant (s) __Lester B. Haselwood, sued__ herein
15  _____
16  and for himself or themselves alone and answering plaintiff's complaint on
17  file, herein denies (deny) each and every material allegation contained therein.
18
19                        _Lester B. Haselwood_
20              _____
21
22
23
24
25  **FILED**
26
27  JAN 23 1952
28  EDMUND L. SMITH, Clerk
    By _Emily V. Vota_
29         DEPUTY CLERK
30
31
32

                                                    8953