IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Samuel V. Kostich ( Same as Samuel F. Kotich)
Name
P.O. Box 226
Address
Fallbrook, California
City            and            State
993
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) SAMUEL V. KOSTICH, SUED HEREIN AS DOE FIVE HUNDRED NINETY and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Samuel V. Kostich*
Same as Samuel F. Kotich

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8954