IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1    Marius Edmund Nicolas and Georgia Nicolas
                 Name
2    225 North Franklin
                 Address
3    Hemet, California
            City    and    State
4    Hemet--2242
           Telephone Number

                Defendant

UNITED STATES OF AMERICA    )
                                    )
                  Plaintiff, )
                                      )
           vs.                        )   No. 1247
                                      )
FALLBROOK PUBLIC UTILITY    )
DISTRICT, et al.,                 )
                                    )
                Defendants, )

      Comes now the defendant (s) Marius Edmund Nicolas, sued herein and Georgia Nicolas, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

                          *Marius Edmund Nicolas*
                          *Georgia Nicolas*

**FILED**

JAN 23 1952

EDMUND L. SMITH, Clerk
By *Emily T. Vila*
        DEPUTY CLERK