IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Henry W. Ellis and Bertha J. Ellis
Name
P.O. Box 583
Address
Fallbrook, California
City      and      State
403 or 501
Telephone Number

Defendant

UNITED STATES OF AMERICA        )
                                )
                    Plaintiff,  )
                                )
        vs.                     )        No. 1247
                                )
FALLBROOK PUBLIC UTILITY        )
DISTRICT, et al.,               )
                                )
                    Defendants, )

Comes now the defendant (s) Henry W. Ellis, sued herein

and Bertha J. Ellis, sued herein

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Henry W. Ellis*

*Bertha J Ellis*

FILED

JAN 23 1952

EDMUND L. SMITH, Clerk
By *Emily T Vila*
DEPUTY CLERK

8957