IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Charles F. Smith and Maud L. Smith
<u>Name</u>
Route 1  Box 18
<u>Address</u>
Wildomar, California
<u>City   and   State</u>
None
<u>Telephone Number</u>

Defendant

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff,<br><br>        vs.<br><br>FALLBROOK PUBLIC UTILITIES<br>DISTRICT, et al.,<br><br>                    Defendants, | No. 1247 |

Comes now the defendant (s) <u>CHARLES F. SMITH, sued herein and MAUD L. SMITH, sued herein</u> and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Charles L. Smith*
*Maud L. Smith*

**FILED**

JAN 23 1952

EDMUND L. SMITH, Clerk
By _____
     DEPUTY CLERK

8958