IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ida Mae Freeman
*Name*
P.O. Box 85
*Address*
Wildomar, Calif.
*City and State*

*Telephone Number*

Defendant

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITIES DISTRICT, et al.,

    Defendants,

No. 1247

Comes now the defendant (s) __Ida Mae Freeman, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ida Mae Freeman*

FILED

JAN 23 1952

EDMUND L. SMITH, Clerk
By *Emily R. Villa*
    DEPUTY CLERK

8959