IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Anne N. Allan
Name
P.O. Box 54
Address
Wildomar, Calif.
City and State

Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants. )

Comes now the defendant (s) Anne N. Allan, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Anne N. Allan*

FILED

JAN 23 1952

EDMUND L. SMITH, Clerk
By *Emily V. Vils*
DEPUTY CLERK

8960