IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Jane Spore and Clifford J. Spore
Name

Box 9_
Address

_Wildomar_ _Calif._
City and State

Telephone Number

Defendant

UNITED STATES OF AMERICA )
 )
 Plaintiff, )
 )
 vs. ) No. 1247
 )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
 )
 Defendants, )

Comes now the defendant (s) **Jane Spore, sued herein** **and Clifford J. Spore, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Jane Spore
/s/ Clifford J. Spore

**FILED**

JAN 23 1952

EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

8961