IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

James E. Conley
Name
Route 2  Box 20
Address
Elsinore, California
City     and     State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
                    Plaintiff, )
)
vs.                         )   No. 1247
)
FALLBROOK PUBLIC UTILITY    )
DISTRICT, et al.,           )
)
                   Defendants, )

Comes now the defendant (s) James E. Conley, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*James E. Conley*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

2962