IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

E. W. Robison and Viola N. Robison,
       Name
Route 2 Box 20
       Address
Elsinore, California
  City   and   State
None
     Telephone Number

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) E. W. Robison, sued herein and Viola N. Robison and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*E W Robison*
*Viola N Robison*

**FILED**
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

8963