IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ethel Flowers and Roy Flowers
Name
Route 2  Box 146-B
Address
Elsinore, California
City    and    State
Main 2497
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) **Ethel Flowers, sued herein and Roy Flowers, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ethel Flowers*
*Roy F. Flowers*

**FILED**
JAN 23 1952
EDMUND L. SMITH, Clerk
By *Connily V. Vila*
DEPUTY CLERK

8964