IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1

Bessie L. Freeman
Name

2
Box 85
Address

3
Wildomar, California
City        and        State

4
None
Telephone Number

5

6                                    Defendant

7

8    UNITED STATES OF AMERICA          )
                                       )
9                         Plaintiff,   )
                                       )
10              vs.                     )          No. 1247
                                       )
11   FALLBROOK PUBLIC UTILITY          )
     DISTRICT, et al.,                 )
12                                     )
                          Defendants,  )
13

14       Comes now the defendant (s)   Bessie L. Freeman, sued herein

15   _____

16   and for himself or themselves alone and answering plaintiff's complaint on

17   file, herein denies (deny) each and every material allegation contained therein.

18

19                              *Bessie L. Freeman*

20                       _____ ___

21

22

23

24

25   FILED

26

27        JAN 23 1952

28   EDMUND L. SMITH, Clerk
     By...............................
29              DEPUTY CLERK

30

31

32

8965