IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mabel J. Aytes
Name
P.O. Box 144
Address
Elsinore, Calif.
City and State
Ma 3 496
Telephone Number

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) __Mabel J. Aytes, sued here__ in and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Mabel J. Aytes*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8966