IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Rita S. Bittikofer and C. E. Bittikofer
<u>Name</u>
Route 2  Box 193-B
<u>Address</u>
Elsinore, California
<u>City    and    State</u>
None
<u>Telephone Number</u>

Defendant

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
    vs.                  )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant (s) <u>Rita S. Bittikofer, sued herein and C.E. Bittikofer, sued herein</u>
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*C.E. Bittikofer*
*Rita S. Bittikofer*

**FILED**

JAN 23 1952

EDMUND L. SMITH, Clerk
By *Emily T. Vila*
DEPUTY CLERK

8967