IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Edna Young
_____
Name
RT 2 Box 4
_____
Address
Wildomar Calif.
_____
City and State
Elsinore main 3413
_____
Telephone Number

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | )  No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

Comes now the defendant (s) **Edna Young, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Edna Young*

**FILED**

JAN 23 1952

EDMUND L. SMITH, Clerk
By *Emily D. Vila*
DEPUTY CLERK

8968