IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Rhoda Frances Taylor
Name
Route 1  Box 13
Address
Wildomar, California
City   and   State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA

Plaintiff,

vs.                                                  No. 1247

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

Defendants,

Comes now the defendant (s) Rhoda Frances Taylor, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Rhoda Frances Taylor*
*Wildomar Calif.*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8969