IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Vera Reeves Williams
Name
Route 2  Box 195
Address
Elsinore, California
City     and     State
Business Office*--M-1841
Telephone Number

Defendant

UNITED STATES OF AMERICA      )
                              )
                Plaintiff,    )
                              )
     vs.                      )   No. 1247
                              )
FALLBROOK PUBLIC UTILITY      )
DISTRICT, et al.,             )
                              )
                Defendants,   )

Comes now the defendant (s) Vera Reeves Williams, sued herein _____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Vera Reeves Williams* (signature)

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
  DEPUTY CLERK

8970