IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

James O. Freeman
Name

Box 792, Oceanside
Address

California.
City     and     State

4743
Telephone Number

Defendant

(Estefana Freeman Deceased)

UNITED STATES OF AMERICA                )
                                        )
                            Plaintiff,  )
                                        )
               vs.                      )          No. 1247
                                        )
FALLBROOK PUBLIC UTILITY                )
DISTRICT, et al.,                       )
                                        )
                           Defendants,  )

Comes now the defendant (s) _____ James O. Freeman _____

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

_James O. Freeman_

**F**ILE**D**

JAN 23 1952

EDMUND L. SMITH, Clerk
By _____
          DEPUTY CLERK

8971