IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Bernard Appel and Ida Appel

838 Carrillo Drive

San Gabriel, California.

Atlantic 43862

      Defendant

UNITED STATES OF AMERICA     )
      Plaintiff,           )
                           )
   vs                      )     No. 1247
FALLBROOK PUBLIC UTILITY     )
DISTRICT, ET, AL,            )
      Defendants,          )

Comes now the defendant (s) Bernard and Ida Appel and for himself or themselves alone and answering plaintiff's complaint on file , herein denies (deny) each and every material allegation contained herein.

                                    *Bernard Appel*
                                    *Ida Appel*

**FILED**

JAN 23 1952

EDMUND L. SMITH, Clerk
By _____
      DEPUTY CLERK

8972