IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

*Gail Williams*
Name
819 N. Genesee Ave
Address
Los Angeles, Calif
City and State
YORK 8845
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
  Plaintiff, )
)
  vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
  Defendants, )

Comes now the defendant (s) __Gail Williams, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Gail Williams*

**FILED**

JAN 23 1952

EDMUND L. SMITH, Clerk
By _Cassidy D. Vala_
DEPUTY CLERK

8974