IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

L. C. Williams
Name
819 N. Genesee Ave.
Address
Los Angeles 46, Calif.
City and State
York 8545
Telephone Number

Defendant

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __L. C. WILLIAMS, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

L. C. Williams

**FILED**

JAN 23 1952

EDMUND L. SMITH, Clerk
By /s/ Cassidy T. Vila
DEPUTY CLERK

2975