IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

| | |
|---|---|
| Orville E. Perry | |
| Name | |
| Route 2  Box 182 | |
| Address | |
| Elsinore, California | |
| City and State | |
| None | |
| Telephone Number | |

Defendant

UNITED STATES OF AMERICA        )
                                )
                     Plaintiff, )
                                )
              vs.               )   No. 1247
                                )
FALLBROOK PUBLIC UTILITY        )
DISTRICT, et al.,               )
                                )
                    Defendants, )

Comes now the defendant (s) __Orville E. Perry, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Orville E Perry*

FILED

JAN 23 1952

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8976