IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ginger Mae Gottula and Theodore Arthur Gottula
Name
General Delivery
Address
Winchester, California
City and State
None
Telephone Number

Defendant

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

Comes now the defendant(s) Ginger Mae Gottula, sued herein and Theodore Arthur Gottula, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ginger Mae Gottula*
*Theodore Arthur Gottula*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By *Emily V. Vila*
DEPUTY CLERK

8980