IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

F. J. Depweg and Anna Depweg
     Name
Route 1  Box 133
     Address
Romoland, California
  City   and   State
None
     Telephone Number

Defendant

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant(s) __F. J. DEPWEG, sued herein and ANNA DEPWEG, sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*F. J. Depweg*
*Anna Depweg*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _Connely T. Vila_
     DEPUTY CLERK

2981