IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

| | |
|---|---|
| Name | Christian Science Society |
| Address | P.O. Box 395 |
| City and State | Fallbrook, California |
| Telephone Number | 562 |

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant(s) __CHRISTIAN SCIENCE SOCIETY__, sued herein _____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

CHRISTIAN SCIENCE SOCIETY


Mrs. Effie M. Sauble
(CLERK)

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

2982