IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mary J. Colton
Name
801 Coronado Av.
Address
Long Beach-4-Calif
City and State
847-24
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Mary J. Colton, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Mary J. Colton

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By ............................
DEPUTY CLERK

8983