IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Marion J. McDowell
Name
P.O. Box 19
Address
De Luz, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Marion J. McDowell, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Marion J. McDowell

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

8987