IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  Homer C. McDowell
       Name
2  P.O. Box 19
        Address
3  De Luz, , California
   City    and    State
4  None
       Telephone Number
5
6          Defendant
7
8  UNITED STATES OF AMERICA        )
9                      Plaintiff,  )
10            vs.                   )       No. 1247
11 FALLBROOK PUBLIC UTILITY        )
   DISTRICT, et al.,               )
12                    Defendants,  )
13
14     Comes now the defendant (s) _____

15     _____

16 and for himself or themselves alone and answering plaintiff's complaint on

17 file, herein denies (deny) each and every material allegation contained therein.

18
19              _Homer C. McDowell_
20     _____
21
22
23
24
25
26
27  **FILED**
28  JAN 23 1952
29  EDMUND L. SMITH, Clerk
30  By _Purcly T. Vila_
       DEPUTY CLERK
31
32

8989