IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Elsie C. Erret
Name
P.O. Box 131
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
                          )
              Plaintiff,  )
                          )
        vs.               )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
              Defendants, )

Comes now the defendant (s) __ELSIE C. ERRET, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Elsie C. Erret*

**FILED**

JAN 23 1952

EDMUND L. SMITH, Clerk
By *Emily T. Vila*
DEPUTY CLERK

8990