IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Bertha Ralph and Ora L. Ralph
Name

Route 2 Box 86
Address

Fallbrook, California
City and State

621
Telephone Number

Defendant

UNITED STATES OF AMERICA )
  )
                    Plaintiff, )
  )
  vs.  )   No. 1247
  )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
  )
                   Defendants, )

Comes now the defendant(s) BERTHA RALPH, sued herein and ORA L. RALPH, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Bertha Ralph
Ora L. Ralph

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By /s/ Emily V. Vila
DEPUTY CLERK

2992