IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

G. J. Strodthoff and Una Strodthoff
_____
Name
5537 East Ocean Boulevard
_____
Address
Long Beach 3, California
_____
City           and           State
8-2539
_____
Telephone Number

Defendant

UNITED STATES OF AMERICA          )
                                  )
                    Plaintiff,    )
                                  )
        vs.                       )   No. 1247
                                  )
FALLBROOK PUBLIC UTILITY          )
DISTRICT, et al.,                 )
                                  )
                    Defendants,   )

Comes now the defendant (s) G. J. STRODTHOFF, sued herein and UNA STRODTHOFF, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*[Signature: G. J. Strodthoff]*
*[Signature: Una Strodthoff]*

**FILED**
JAN 23 1952
EDMUND L. SMITH, Clerk
By *[signature]*
DEPUTY CLERK

8993