IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

K.V. BENNIS and NINA B. BENNIS
Name
1400 PACIFIC COAST HIGHWAY
Address
SEAL BEACH, CALIFORNIA
City and State
8-2942
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant(s) K.V. BENNIS, sued herein and NINA B. BENNIS, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*K. V. Bennis*
*Nina B. Bennis*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By *Cennely V. Vila*
DEPUTY CLERK

8994