IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Robert R. Thompson
Address: P.O. Box 145
City and State: Fallbrook, California
Telephone Number: 7404

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __ROBERT R. THOMPSON, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Robert R Thompson*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8985