IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

<u>Glee W. Leander and (Algot Leander, Deceased)</u>
Name
<u>General Delivery</u>
Address
<u>Fallbrook, California</u>
City and State
<u>None</u>
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
      Plaintiff, )
)
  vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
      Defendants, )

  Comes now the defendant (s) <u>Glee W. Leander, sued herein</u> <u>and (Algot Leander, Deceased)</u> and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Glee W. Leander*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By *Emily D. Vila*
DEPUTY CLERK

8997