IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ethelyn Thompson
Name
P.O. Box 145
Address
Fallbrook, California
City and State
7404
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
      Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
      Defendants, )

Comes now the defendant (s) __ETHELYN THOMPSON, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ethelyn Thompson*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
by *Cornelly V. Vila*
DEPUTY CLERK

8398