IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  **Lowry S. TRUITT**
         Name
2  **Rt. 2 Box 57**
         Address
3  ~~Fallbrook,    California~~
       City and State
4  ~~Fallbrook, 7306~~
       Telephone Number

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) **Lowry S. Truitt**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Lowry S. Truitt*

**FILED**

JAN 23 1952

EDMUND L. SMITH, Clerk
By _Carmily V. Vula_
    DEPUTY CLERK

8999