IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

<u>Ann TRUITT</u>
Name

<u>Rt. 2 Box 57</u>
Address

<u>Fallbrook, California</u>
City and State

<u>Fallbrook 7306</u>
Telephone Number

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) <u>Ann Truitt</u>

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ann Truitt* (signature)

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

9000