IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

GEORGE P. MARTIN and PATSY MARTIN
Name
2930 Long Beach Boulevard
Address
LONG BEACH, CALIFORNIA
City and State

Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) GEORGE P. MARTIN, sued herein and PATSY MARTIN, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*George P Martin*
*Patsy Martin*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By ............... DEPUTY CLERK

9001