IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Alice Adams White
Address: P.O. Box 883
City and State: Fallbrook, California
Telephone Number: 326

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __ALICE ADAMS WHITE, sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Alice Adams White*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK