IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

A. R. Stutesman and Ruth W. Stutesman
Name

P.O. Box 863
Address

Fallbrook, California
City and State

None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) A. R. STUTESMAN, sued herein and RUTH W. STUTESMAN, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*A. R. Stutesman*

*Ruth W. Stutesman*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8003