IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Frank Novak, Jr.
Name
320 No. La Jolla Avenue
Address
Los Angeles 48, California
City and State
Wyoming-7767
Telephone Number

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) __Frank Novak, Jr., sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Frank Novak Jr._

**FILED**
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

5005