IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1   Martha Ruth Novak
            Name
2   320 No. La Jolla Avenue
            Address
3   Los Angeles 48, California
     City   and   State
4   Wyoming-7767
       Telephone Number
5
                Defendant
6

7

8   UNITED STATES OF AMERICA       )
                                   )
9                       Plaintiff, )
                                   )
10          vs.                    )   No. 1247
                                   )
11  FALLBROOK PUBLIC UTILITY       )
    DISTRICT, et al.,              )
12                                 )
                       Defendants, )
13

14      Comes now the defendant (s) Martha Ruth Novak, sued herein

15  _____

16  and for himself or themselves alone and answering plaintiff's complaint on

17  file, herein denies (deny) each and every material allegation contained therein.

18
                                        Martha Ruth Novak
19  _____

20

21

22

23

24         **FILED**

25         JAN 23 1952

26  EDMUND L. SMITH, Clerk
27  By _____
              DEPUTY CLERK
28

29

30

31

32

                                                          8006