IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Hoke S. Norville
Name
Route 2  Box 11
Address
Fallbrook, California
City and State
695
Telephone Number

Defendant

UNITED STATES OF AMERICA )
                         )
           Plaintiff,    )
                         )
    vs.                  )    No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
           Defendants,   )

Comes now the defendant (s) Hoke S. Norville, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Hoke S Norville*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
       DEPUTY CLERK

8007