IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Mabel H. Norville
Address: Route 2 Box 11
City and State: Fallbrook, California
Telephone Number: 695

Defendant

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant (s) __Mabel H. Norville, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Mabel H. Norville*

**FILED**

JAN 23 1952

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8008