IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Samuel S. Schier
Name
Route 1   Box 178-C
Address
Fallbrook, California
City   and   State
492
Telephone Number

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | )   No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) Samuel S. Schier, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Samuel S. Schier

**FILED**

JAN 23 1952

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

5009