IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ruth M. O'Neal and Willard R. O'Neal
Name
P.O. Box 332
Address
Fallbrook, California
City and State
7476
Telephone Number

Defendant

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants. )

Comes now the defendant (s) Ruth M. O'Neal, sued herein and Willard R. O'Neal, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ruth M. O'Neal* (signature)
*Willard R. O'Neal* (signature)

**FILED**
JAN 23 1952
EDMUND L. SMITH, Clerk
By *Cassidy* (signature)
DEPUTY CLERK

9010