Zeruah E. Everett
Name
6.07 North Freeman Street
Address
Oceanside, California
City and State
2029
Telephone Number

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant(s) **ZERUAH E. EVERETT, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Zeruah E Everett*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By *[signature]*
DEPUTY CLERK

9013