IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Grace C. Phillips
Address: P.O. Box 99
City and State: Fallbrook, California
Telephone Number: 611

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Grace C. Phillips, sued herein as DOE SEVEN HUNDRED NINETY-FIVE and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Grace C. Phillips*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By ........................
DEPUTY CLERK

9014