IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Sterling S. Tompkins and** Dorothy E. Tompkins
Name
**P.O. Box 636**
Address
**Fallbrook, California**
City and State
**351**
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
               Plaintiff, )
)
   vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
             Defendants, )

Comes now the defendant (s) **Sterling S. Tompkins and Dorothy E. Tompkins, sued herein**
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*[signed]* Sterling S. Tompkins
*[signed]* Dorothy E. Tompkins

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By *[signed]*
DEPUTY CLERK

9015