IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1    Wilma Waters Orcutt
            Name
2    P.O. Box 849
            Address
3    Fallbrook, California
      City    and    State
4    None
       Telephone Number

Defendant

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | |
| Defendants, | ) | |

Comes now the defendant (s) **Wilma Waters Orcutt, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Wilma Waters Orcutt* (signature)

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

9016