IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Sherwood Charles Orcutt
Address: P.O. Box 849
City and State: Fallbrook, California
Telephone Number: None

Defendant

UNITED STATES OF AMERICA, )
            Plaintiff, )
    vs.                )  No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
            Defendants, )

Comes now the defendant(s) Sherwood Charles Orcutt, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Sherwood Charles Orcutt*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By Camily V. Vila
     DEPUTY CLERK

9017