IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Alfred C. Hedeen
Name
P.O. Box 235
Address
Fallbrook, California
City and State
7458
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __Alfred C. Hedeen, sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Alfred C. Hedeen*

FILED

JAN 23 1952

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

9018