IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  Robert H. Baker
   Name
2  325 West Washington
   Address
3  San Diego, California
   City and State
4  Res.--Jackson-1102 or Bus.--Oceanside 2247
   Telephone Number

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) Robert H. Baker, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Robert H Baker*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _Emily V. Vela_
DEPUTY CLERK

9019