IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Elwanda M. Johnson
P.O. Box None
Fallbrook, California
None

UNITED STATES OF AMERICA, )
             Plaintiff,   )
    vs.                   )   No. 1247
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
             Defendants.  )

Comes now the defendant(s) Elwanda M. Johnson, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Elwanda M. Johnson*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

SO20