IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Alberta L. Drake and Alden T. Drake
Name
Route 1   Box 79
Address
Romaland, California
City    and    State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Alberta L. Drake, sued herein and Alden T. Drake, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Alberta L. Drake*
*Alden T. Drake*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By [signature]
DEPUTY CLERK

9021