IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Kathryn Stewart and James C. Stewart, Jr.
Name
P.O. Box 591
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
           Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
           Defendants, )

Comes now the defendant (s) Kathryn Stewart, sued herein and James C. Stewart, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Kathryn Stewart*
*James C. Stewart Jr.*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By *Cmeely* 
DEPUTY CLERK

9022