IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1 | Francis J. Reitenbach and Ruth E. Reitenbach
       Name
2 | P.O. Box 82
       Address
3 | Fallbrook, California
       City and State
4 | 7284
       Telephone Number

5 |          Defendant

6

7

8 | UNITED STATES OF AMERICA      )
9 |                Plaintiff,     )
10 |        vs.                   )   No. 1247
11 | FALLBROOK PUBLIC UTILITY     )
     DISTRICT, et al.,            )
12 |                              )
     Defendants,                  )
13

14 | Comes now the defendant (s) Francis J. Reitenbach, sued
15 | herein and Ruth E. Reitenbach, sued herein
16 | and for himself or themselves alone and answering plaintiff's complaint on
17 | file, herein denies (deny) each and every material allegation contained therein.

        Francis J. Reitenbach
        Ruth E. Reitenbach

**FILED**

JAN 23 1952

EDMUND L. SMITH, Clerk
By Cassidy T. Vila
        DEPUTY CLERK

8858