IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Joseph Rice
Address: P.O. Box 153
City and State: Fallbrook, California
Telephone Number: 854

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) JOSEPH RICE, sued herein as DOE EIGHT HUNDRED FORTY SEVEN and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Joseph Rice
P.O. Box 153
Fallbrook, Calif.

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

2859