IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

George E. Johnson
Name
P.O. Box 156
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) George E. Johnson, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ George E. Johnson*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By /s/ Emily V. Vela
DEPUTY CLERK

2860