IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Chester B. Neiswender and
Amy Neiswender
_____
Name
119 Avenida Pelayo
_____
Address
San Clemente, California
_____
City     and     State
San Clemente 505
_____
Telephone Number

Defendants

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Chester B. Neiswender (sued herein) and Amy Neiswender, (sued herein)

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Chester B. Neiswender*
*Amy Neiswender*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8861