IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Jessie Rasmus
Name
P.O. Box 822
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
        vs.              )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant (s) Jessie Rasmus, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Jessie Rasmus*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
        DEPUTY CLERK

8862