IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  Helen Rowton
      Name
2  P.O. Box 175
      Address
3  Fallbrook, California
    City   and   State
4  7439
      Telephone Number
5
6        Defendant
7
8  UNITED STATES OF AMERICA            )
                                       )
9            Plaintiff,                )
                                       )
10      vs.                            )     No. 1247
                                       )
11  FALLBROOK PUBLIC UTILITY           )
    DISTRICT, et al.,                  )
12                                     )
               Defendants,  )
13
14      Comes now the defendant (s) Helen Rowton, sued herein as

15  DOE EIGHT HUNDRED SIXTY-FIVE

16  and for himself or themselves alone and answering plaintiff's complaint on

17  file, herein denies (deny) each and every material allegation contained therein.

18
19                  Helen Rowton
20
21
22
23
24
25      **FILED**
26
27      JAN 23 1952
28  EDMUND L. SMITH, Clerk
    By _____
29            DEPUTY CLERK
30
31
32

                                          8864