IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Otto R. Goodcase and Gladys A. Goodcase
Name
P.O. Box 158
Address
San Clemente, California
City and State
7381
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Otto R. Goodcase, sued herein and Gladys A. Goodcase, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Otto R. Goodcase*
*Gladys A. Goodcase*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

2865