BETTY MARSHALL GRAYDON
Assistant United States Attorney
1405 Fifth Avenue
San Diego 1, California
Telephone: F 9-4101

Attorney for Plaintiff

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,

        Defendants.

Civil No. 1247-SD

STIPULATION TO EXTEND TIME TO PLAINTIFF IN WHICH TO ANSWER THE MOTION TO STRIKE PORTIONS OF REPLY OF THE UNITED STATES OF AMERICA TO ANSWER OF FALLBROOK PUBLIC UTILITY DISTRICT OF DEFENDANT FALLBROOK PUBLIC UTILITY DISTRICT

IT IS HEREBY STIPULATED by and between counsel for the Plaintiff and counsel for FALLBROOK PUBLIC UTILITY DISTRICT that Plaintiff may have additional time to answer the Motion to Strike Portions of Reply of the United States of America to Answer of Fallbrook Public Utility District served on Plaintiff by said defendant, to-wit, until February 1, 1952.

Dated: January 22, 1952.

WILLIAM H. VEEDER
Special Assistant to the Attorney General of the United States

IT IS SO ORDERED.

Date: January 23, 1952.

_____
Judge of the U. S. District Court

BETTY MARSHALL GRAYDON
Assistant United States Attorney

Attorneys for the United States of America

SWING, SCHARNIKOW & STANIFORTH

By _____
Phil D. Swing

Attorneys for Defendant

692