IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Charles F. Heald
**Name**
P O Box 202
**Address**
Niland, California
**City and State**
none
**Telephone Number**

Defendant

RECEIVED
JAN 23 1952
U. S. ATTORNEY
SAN DIEGO, CALIF.

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) Charles F. Heald

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Charles F Heald

2855