IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  FARMERS AND MERCHANTS BANK OF HEMET
2  EAST FLORIDA STREET
3  HEMET, CALIFORNIA
4
5      Defendant

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
_____
DEPUTY CLERK

8  UNITED STATES OF AMERICA         )
9                    Plaintiff,     )
10           vs.                    )      No. 1247
11  FALLBROOK PUBLIC UTILITIES      )
    DISTRICT, et al.,               )
12                                  )
                    Defendants.     )

        Comes now the defendant Farmers and Merchants Bank of Hemet, one of the defendants in the above entitled action, and for itself and no other defendant, and answering plaintiff's complaint on file herein denies each and every allegation in said complaint contained.

                    BEST, BEST & KRIEGER

                    By _____
                    Attorneys for Defendant Farmers and
                    Merchants Bank of Hemet

0852

13

STATE OF CALIFORNIA ) ss.
COUNTY OF RIVERSIDE )

      C. B. COVELL, being first duly sworn, deposes and says: That he is President of Farmers and Merchants Bank of Hemet, one of the defendants in the above entitled matter; that he has read the foregoing answer and knows the contents thereof; that the same is true of his own knowledge, except as to those matters therein stated upon information and belief, and as to those matters he believes it to be true.

                                            /s/ Covell

Subscribed and sworn to before me this 21st day of January, 1952.

/s/ James N. Kruger
Notary Public in and for the County of Riverside, State of California

8853

64

UNITED STATES OF AMERICA,
                Plaintiff

vs.

FALLBROOK PUBLIC UTILITIES DISTRICT, et al.,
                Defendants

Case No. 1247

AFFIDAVIT OF MAILING
OF
Answer of Farmers and Merchants Bank of Hemet

State of California,
County of Riverside, ss.

THE UNDERSIGNED, being first duly sworn, says: that affiant is a citizen of the United States and a resident of Riverside County, over the age of eighteen years and not a party to the cause herein; that affiant's ( business ) ( residence ) address is 8 Evans Building, Riverside, California.

That on the 22nd day of January 19 52 affiant served a copy of the attached paper, to-wit: **two copies** Answer of Farmers and Merchants Bank of Hemet ............................................., by depositing said copies enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States postoffice mail box at the City of Riverside, California, addressed as follows:

    Betty Marshall Graydon
    Ass't. United States Attorney
    1405 Fifth Avenue, Room 301
    San Diego, California

That there is either delivery service by United States mail at the place so addressed, or regular communication by mail between the place of mailing and the place so addressed.

                                          Signature of Affiant

Subscribed and sworn to before me this 22nd day of January 19 52

Notary Public in and for the County of Riverside, State of California

By _____ G. A. PEQUEGNAT, County Clerk
                                               Deputy

8854