HUGO H.F.FESTER
and
GERTRUD FESTER
12029 Washington Place
Culver City, California
Telephone: EXbrook 76855
in propria persona

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                                              )
            Plaintiff  )
                                   )    No.1247- Civil
vs.                             )
                                   )    A N S W E R
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al,       )
           Defendants.

In answer to plaintiff's complaint on file and answering for themselves alone, these answering defendants herein deny generally and specifically each and every and all of the allegations contained within paragraphs I, II, III, IV, V, VI, VII, VIII and IX of said complaint.

                                                    _____
                                                    Hugo H.F.Fester

                                                    _____
                                                   Gertrud Fester

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

8856

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

Hugo H.F. Foster

being by me first duly sworn, deposes and says that he is one of the defendants

in the above entitled action; that he has read the foregoing answer

and knows the contents thereof; and that the same is true of his own knowledge, except as to the matters which are therein stated upon his information or belief, and as to those matters he believes it to be true.

Subscribed and sworn to before me this 21st day of January, 1952.

_____
Notary Public in and for said County and State of California.
Commission Expires July 30, 1955.
(SEAL)

Received copy of the within _____ this _____ day of _____, 19__

_____
Attorney for

Received copy of the within _____ this _____ day of _____, 19__

_____
Attorney for

(AFFIDAVIT OF SERVICE BY MAIL—1013a, C.C.P.)

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

Berdie T. Cohan being first duly sworn, says: That affiant is a citizen of the United States and a resident of the county aforesaid; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's residence address is: 3615 Buckingham Rd., Los Angeles 16, Calif.

that on the twenty-second day of January, 1952, affiant served the within answer on the plaintiff in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said plaintiff at the office address of said attorney, as follows: Ernest A. Tolin, United States Attorney and Betty Marshall Greydon, Assistant United States Attorney, 325 West "F" Street, Room 321, SAN DIEGO 1, Calif.

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States mail at the city where is located the office of the attorney for the person by and for whom said service was made. That there is a delivery service by United States mail at the place so addressed, or * there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 22nd day of January, 1952.

_____
Notary Public in and for said County and State of California.
(SEAL)

8857