IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Elizabeth M. Turner and W. E. Turner
_____
Name
P.O. Box 1
_____
Address
Wildomar, California
_____
City and State
Elsinore Exchange—Grand 814
_____
Telephone Number

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) Elizabeth M. Turner, sued herein and W. E. Turner, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*[signatures: Elizabeth M. Turner / W. E. Turner]*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By *[signature]*
DEPUTY CLERK

8866