IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

James E. Brown and Jennie M. Brown
Name
4540 College View Avenue
Address
Los Angeles 41, California
City and State
Cleveland 64613
Telephone Number

Defendant

UNITED STATES OF AMERICA )
) 
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant(s) James E. Brown, sued herein and Jennie M. Brown, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

James E Brown
Jennie M. Brown

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By Emily F. Vilas
DEPUTY CLERK

2867