THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Eva E. Vines
Name
P.O. Box 572
Address
Fallbrook, California
City and State
7264
Telephone Number

Defendant

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant (s) __Eva E. Vines, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Eva E. Vines*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _Emily V. Vila_
DEPUTY CLERK

2868