THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Houston A. Vines
Address: P.O. Box 572
City and State: Fallbrook, California
Telephone Number: 7264

Defendant

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant(s) __Houston A. Vines, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Houston A. Vines*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8869