IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Masonic Temple Association
<u>Name</u>
P.O. Box 373
<u>Address</u>
Fallbrook, California
<u>City and State</u>
7358 or 7004
<u>Telephone Number</u>

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) <u>MASONIC TEMPLE ASSOCIATION,</u> <u>sued herein</u> as <u>DOE SIX HUNDRED EIGHTY-SIX</u> and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

MASONIC TEMPLE ASSOCIATION

/s/ S. E. Roper
SECRETARY

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By ............................
DEPUTY CLERK

2870