THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

H. L. Graham
Name
Rt. 2, Box 76
Address
Fallbrook, Calif.
City and State

_____
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
                Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
               Defendants, )

Comes now the defendant (x) ___H. L. Graham___

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies each and every material allegation contained therein.

                                        /s/ H. L. Graham

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _Emily T. Vila_
        DEPUTY CLERK

8871