THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

<u>Gustav Weber and Marion Weber</u>
Name

<u>                              </u>
Address

<u>Valley Center, California</u>
City     and     State

<u>                              </u>
Telephone Number

Defendant

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1247 |
| | ) | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | |
| | ) | |
| Defendants, | ) | |

Comes now the defendant (s) <u>GUSTAV WEBER, sued herein and MARION WEBER, sued herein</u>
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Gustav Weber*
*Marion Weber*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8875