IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Joseph G. Hunter and Viola M. Hunter
Name
P.O. Box 87
Address
Wildomar, California
City and State
Grand 312
Telephone Number

Defendant

UNITED STATES OF AMERICA

Plaintiff,

vs.

No. 1247

FALLBROOK PUBLIC UTILITIES DISTRICT, et al.,

Defendants.

Comes now the defendant (s) JOSEPH G. HUNTER, sued herein and VIOLA M. HUNTER, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.



FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

2876