N THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Robert D. Gill and Betty E. Gill
_____
Name
P.O. Box 1041
_____
Address
Imperial Beach, California
_____
City      and      State
_____
Telephone Number

Defendant

UNITED STATES OF AMERICA            )
                                                          )
                              Plaintiff,      )
                                                          )
            vs.                                     )        No. 1247
                                                          )
FALLBROOK PUBLIC UTILITY           )
DISTRICT, et al.,                              )
                                                          )
                              Defendants,  )

Comes now the defendant (s) ROBERT D. GILL, sued herein

and BETTY E. GILL, sued herein

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Robert D Gill*

*Betty E Gill*

# FILED

JAN 23 1952

EDMUND L. SMITH, Clerk

By *Camille V. Vila*
        DEPUTY CLERK

8877