THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: George Bouris
Address: Box 154
City and State: Romoland, California
Telephone Number: None

Defendant

UNITED STATES OF AMERICA, )
            Plaintiff, )
vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
            Defendants, )

Comes now the defendant (s) GEORGE BOURIS, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*George Bouris*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By *Cormily D. Vila*
DEPUTY CLERK

2878