THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1
Ethel T. Stevenson
Name
2
Route 2   Box 55
Address
3
Fallbrook, California
City    and    State
4
None
Telephone Number
5
6          Defendant

7

8    UNITED STATES OF AMERICA      )
                                  )
9                     Plaintiff,  )
                                  )
10           vs.                  )      No. 1247
                                  )
11    FALLBROOK PUBLIC UTILITY     )
     DISTRICT, et al.,            )
12                                )
                     Defendants,  )
13

14        Comes now the defendant (s) __Ethel T. Stevenson, sued__ herein

15    _____

16    and for himself or themselves alone and answering plaintiff's complaint on

17    file, herein denies (deny) each and every material allegation contained therein.

18

19                         _Ethel T. Stevenson_

20                    _____

21

22

23

24    F I L E D

25
     JAN 23 1952
26
     EDMUND L. SMITH, Clerk
27    By _Emily D. Vila_
                DEPUTY CLERK
28

29

30

31

32

                                                    8879

                                                    8880