THE UNITED STATES DISTRICT URT
Southern District of California
Southern Division

Name: Donald R. Stevenson
Address: Route 2 Box 85
City and State: Fallbrook, California
Telephone Number: None

Defendant

UNITED STATES OF AMERICA )
                          )
            Plaintiff,    )
                          )
     vs.                  )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
            Defendants,   )

Comes now the defendant (s) Donald R. Stevenson, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*[signature]*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By *[signature]* Emily T. Vila
DEPUTY CLERK