IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Lillian I. Cook and Oscar R. Cook
Name
P.O. Box 512
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Lillian I. Cook, sued herein and Oscar R. Cook, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Lillian I Cook,
Oscar R. Cook

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By..........................
DEPUTY CLERK

8881