THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  Theresa A. Graham
            Name
2  Rt. 2, Box 76
            Address
3  Fallbrook, Calif.
     City    and    State

   _____
     Telephone Number

          Defendant

8  UNITED STATES OF AMERICA          )
                                     )
9                       Plaintiff,   )
                                     )
10            vs.                     )        No. 1247
                                     )
11  FALLBROOK PUBLIC UTILITY          )
    DISTRICT, et al.,                 )
                                     )
12                     Defendants,   )

14   Comes now the defendant (x) __Theresa A. Graham__

16   and for herself and answering plaintiff's complaint on

17   file, herein denies each and every material allegation contained therein.

                    Theresa A. Graham

FILED

JAN 23 1952

EDMUND L. SMITH, Clerk
By _Emily T. Vila_
        DEPUTY CLERK

0892