THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ida Boren and Jesse Sheldon Boren
Name
Route 2  Box 167
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant(s) Ida Boren, sued herein and Jesse Sheldon Boren, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ida Boren*

*Jesse Sheldon Boren*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By ........................
DEPUTY CLERK

2883