IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Verba B. Wright
_____
Name
P.O. Box 29
_____
Address
Fallbrook, California
_____
City    and    State
7508
_____
Telephone Number

Defendant

UNITED STATES OF AMERICA    )
                            )
            Plaintiff,      )
                            )
        vs.                 )    No. 1247
                            )
FALLBROOK PUBLIC UTILITY    )
DISTRICT, et al.,           )
                            )
            Defendants,     )

Comes now the defendant (s)  Verba B. Wright, sued herein

_____

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.



_____

FILED

JAN 23 1952

EDMUND L. SMITH, Clerk
By...........................
        DEPUTY CLERK

8884