IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Fred M. Wright
Name
P.O. Box 29
Address
Fallbrook, California
City and State
7508
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Fred M. Wright, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Fred M. Wright*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By *Emily T. Vila*
DEPUTY CLERK

8885