IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Frank R. Navarro and Dora H. Navarro
Name
P. O. Box 294
Address
Fallbrook, California
City and State
646
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
            Plaintiff, )
)
    vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
        Defendants, )

Comes now the defendant(s) Frank R. Navarro, and Dora H. Navarro, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Navarro Frank R.*
*Navarro Dora H.*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8886