IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Hildur M. Clark
Name
Route 1 Box 22
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __HILDUR M. CLARK, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Hildur M. Clark*

FILED

JAN 23 1952

EDMUND L. SMITH, Clerk
By *Cammily V. Vila*
DEPUTY CLERK

2887