IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

George A. Clark
<u>Name</u>
Route 1 Box 22
<u>Address</u>
Fallbrook, California
<u>City   and   State</u>
None
<u>Telephone Number</u>

Defendant

UNITED STATES OF AMERICA )
                    Plaintiff, )
  vs. )   No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
               Defendants, )

    Comes now the defendant (s) George A. Clark, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*George A. Clark* (signature)

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By *[signature]*
    DEPUTY CLERK

2888