IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mary Bouris
_____
Name
Box 154
_____
Address
Romoland, California
_____
City and State
None
_____
Telephone Number

Defendant

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
   vs.                   )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant (s) MARY BOURIS, sued herein _____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Mary Bouris*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8890