IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Margherita C. Domenigoni
Address: Box 30
City and State: Winchester, California
Telephone Number: Hemet 1024

Defendant

UNITED STATES OF AMERICA,
              Plaintiff,

vs.                    No. 1247

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,
              Defendants,

Comes now the defendant(s) Margherita C. Domenigoni, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

                           */s/ Margherita C. Domenigoni*

FILED
JAN 23 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

8934