(SPACE BELOW FOR FILING STAMP ONLY)

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

Attorneys for....Defendant FALLBROOK PUBLIC UTILITY DISTRICT



FILED
JAN 24 1952
EDMOND L. SMITH, Clerk
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    Vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of<br>the State of California, et al.,<br><br>    Defendants,<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Defendants in<br>    Intervention. | Civil No. 1247-SD<br><br>ORDER DENYING PLAINTIFF'S MOTION TO TRY SEPARATELY CERTAIN ISSUES RAISED BY DEFENDANT FALLBROOK PUBLIC UTILITY DISTRICT |

The Plaintiff herein having moved for an order, pursuant to the provisions of Rule 42 (b) of the Federal Rules of Civil Procedure, for a separate trial of certain issues raised by Paragraph III of the First Defense of the Defendant FALLBROOK PUBLIC UTILITY DISTRICT to-wit: The issue of the exclusive jurisdiction of the United States of America over the lands and water rights involved in this action; and by the further Fourth and Separate Defense of said FALLBROOK PUBLIC UTILITY DISTRICT, to-wit: The issue of the effect of the statute of limitations, estoppel and laches; as set up in the answer of said defendant; and said motion having regularly come on to be heard on the 3rd day of December, 1951, at which time argument was presented in

-1-

1 support of the motion by William H. Veeder, Special Assistant
2 to the Attorney General, as counsel for Plaintiff; and argument
3 in opposition to the motion was presented by Phil D. Swing, as
4 counsel for Defendant FALLBROOK PUBLIC UTILITY DISTRICT; and
5 the matter having been submitted and regularly continued to the
6 18th day of January, 1952; and due deliberation having been had
7 of the matters presented by respective counsel:

8     IT IS ORDERED that said motion be and the same hereby is
9 denied without prejudice.

10     DATED this 23 day of January, 1952.

*Jacob Weinberger*
JUDGE OF THE ABOVE ENTITLED COURT

17 Approved as to Form:

*Betty Marshall Graydon*

*[signature]*

22 ATTORNEYS FOR PLAINTIFF

23 RECEIVED copy of within
24 *Order* this
25 23rd day of *January* 19 52
*Betty Marshall Graydon*
Attorneys for *Plaintiff*

-2-