LAW OFFICES
W. B. DENNIS
RT. 1, BOX 40 58
FALLBROOK, CALIFORNIA
PHONE 587

ATTORNEY FOR Defendants SANTA
MARGARITA MUTUAL WATER CO., a corporation, EDWARD G. and LOTTIE L.
HELMS, HERMAN and ALMA C. PANKONIEN

(SPACE BELOW FOR FILING STAMP ONLY)

FILED
JAN 24 1952
EDMUND L. SMITH, Clerk

DEPUTY CLERK

UNITED STATES DISTRICT COURT

for the
SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of
the State of California; et als,
SANTA MARGARITA MUTUAL WATER CO.,
a corporation, and EDWARD G. HELMS,
LOTTIE L. HELMS, HERMAN C. PANKONIEN
and ALMA C. PANKONIEN,

          Defendants,

PEOPLE OF THE STATE OF CALIFORNIA,

          Defendants in Intervention

No. 1247 - Civil

ORDER DENYING MOTIONS
TO TRY SEPARATELY
CERTAIN ISSUES

    The United States of America, plaintiff in the above entitled action, having heretofore moved this court in writing for an order pursuant to Rule 42 B of the Federal Rules of Civil Procedure, that there be a separate trial first held and concluded respecting certain issues raised by the Defendants Santa Margarita Mutual Water Co., a corporation, Edward G. Helms, Lottie L. Helms, Herman C. Pankonien and Alma C. Pankonien, and the Defendants Santa Margarita Mutual Water Co., a corporation, Edward G. Helms, Lottie L. Helms, Herman C. Pankonien and Alma C. Pankonien having filed written objections to the granting of said motions, said motions were duly

893

COPY RECEIVED - PLEASE FILE

and regularly set for hearing on the 3rd day of December, 1951 at the hour of 3 o'clock P.M., plaintiff appearing by William H. Veeder, Special Assistant to the Attorney General, and Betty Marshall Graydon, Assistant United States Attorney; and the defendants Santa Margarita Mutual Water Co., Edward G. Helms, Lottie L. Helms, Herman C. Pankonien and Alma C. Pankonien appearing by W. B. Dennis, their counsel; at which time arguments were heard and the matter submitted, and after due consideration by the court,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motions of the Plaintiff United States of America be and they are hereby denied without prejudice.

Dated: January 23, 1952.

_____
Jacob Weinberger
Judge of the
United States District Court

Approved as to form:

Betty Marshall Graydson
Betty Marshall Graydson
Asst. U. S. Attorney

Attorney for Plaintiff

Receipt of copy of the within order is hereby acknowledged this 23d day of Jan-1952
Betty Marshall Graydson