IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION


RECEIVED
JAN 22 1952
U. S. ATTORNEY
SAN DIEGO, CALIF.

UNITED STATES OF AMERICA, )
        Plaintiff, )
vs. ) No. 1247- Civil
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the ) A N S W E R  TO  COMPLAINT
State of California, et al, )
        Defendants. )

TO - Ernest A. Tolin,
    United States Attorney

AND - Betty Marshall Graydon,
    Assistant United States Attorney,

AT - 1405 Fifth Avenue, Room 301,
    San Diego, California.

FILED
JAN 24 1952
EDMUND L. SMITH, Clerk
BY _____
DEPUTY CLERK

    As one of the Defendants in the above entitled suit, I assert and maintain that the findings of the Supreme Court of the State of California as filed in the County of San Diego, No. 42850, on the 26th day of December, 1940, entitling the plaintiff to take and use Sixty-six and two-thirds per cent (66 2/3%) of the water of the Temecula-Santa Margarita River, and the defendants to take and use thirty-three and one-third per cent (33 1/3%) of the water of said Temecula-Santa Margarita River, be upheld.

    There is no need for any change or reversal of this JUDGMENT at this time or any time. The United States of America, as such, should have no prior rights or claims over any citizen or group of citizens of the United States of America.

    In case the above stipulated allotment of water is not sufficient for the needs of Camp Joseph H. Pendleton, located near Oceanside, California, the United States Naval Ammunition Depot, Fallbrook, California, and the United States Naval Hospital, located at Camp Joseph H. Pendleton, as set forth in the "COMPLAINT", then the United States of America should refrain from agricultural activities until such time as there is sufficient water, as this base was primarily established for the needs of the said Camp Joseph H. Pendleton, the Naval Ammunition Depot and the United States Naval Hospital, as set forth in the COMPLAINT, and not for agricultural purposes.

Page 2   No. 1247 - Civil

    It is common knowledge that any Government agency is wasteful in the extreme, and an army post is no exception, - and now that the drought is broken, this entire action is unnecessary from any view point and should be withdrawn - thus saving us, the tax payers, the expense of continuing this proceeding.

    Our civilization is in great danger when the individual has no rights where the Government is concerned. If this procedure continues, our Government will finally destroy us, and thereby, destroy itself. It has been so down through the ages. (When freedom of the people is usurped, the nation falls.)

    I reaffirm my claims in accordance with the findings of the Supreme Court, your Exhibit "A", and pray that the same be upheld and this present action be set aside.

    Dated at Los Angeles, California, this 15th day of January, 1952.

                                        *M. Thelma Dunn*
                                    M. Thelma Dunn,   Defendant

Address of Defendant -
2633 Locksley Place,
Los Angeles, 39, Calif.