IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

January 23, 1952

1.    Nelle B. Hayes

2.    7046 6th Ave.

3.    Los Angeles 43, Calif.

4.    Phone: THornwall 5089

5.

6.             Defendant

7.

8.    UNITED STATES OF AMERICA  )

9.             Plaintiff, )

10.       vs.       )   No. 1247

11.   FALLBROOK PUBLIC UTILITY  )
     DISTRICT, et al.,     )

12.          Defendants, )

13.

14.    Comes now the defendant (S)   Nelle B. Hayes

15.

16.  and for himself or themselves alone and answering plaintiff's

17.  complaint on file, herein denies each and every material allega-

18.  tion contained therein.

19.

20.                             *Nelle B. Hayes*

21.

22.

23.

24.

25.

26.

27.

RECEIVED
JAN 24 1952
U. S. ATTORNEY
SAN DIEGO, CALIF.

FILED

JAN 24 1952

EDMUND L. SMITH, Clerk

By _____
       DEPUTY CLERK

8024