IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

January 23, 1952

1. Leslie Orlo Hayes
2. 7046 6th Ave.
3. Los Angeles 43, Calif.
4. Phone: THornwall 5089
5.
6.              Defendant

RECEIVED
JAN 24 1952
U. S. ATTORNEY
SAN DIEGO, CALIF.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) Leslie Orlo Hayes and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Leslie O. Hayes
Leslie Orlo Hayes

FILED
JAN 24 1952
EDMUND L. SMITH, Clerk
                DEPUTY CLERK

9023