```
HALVERSON AND HALVERSON
611 Financial Center Bldg.,
704 South Spring Street
Los Angeles 14, California

TRinity 9578

Attorneys for Defendants,
Joseph Hosang and Ruth L.
Hosang
```



FILED

JAN 25 1952

EDMUND L. SMITH, Clerk
By ................................
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff<br><br>    vs<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al,<br><br>        Defendants<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA<br><br>    Defendants in Intervention | No. 1247<br><br>MOTION OF JOSEPH HOSANG<br>AND RUTH L. HOSANG TO<br>DISMISS, AND MAKE MORE<br>DEFINITE, AND TO STRIKE |

    THE DEFENDANTS, JOSEPH HOSANG AND RUTH L. HOSANG, move the Court as follows:

    1. To dismiss the action as to them, because the complaint fails to state a claim against them, or either of them, upon which relief can be granted.

    2. And if said motion is not granted:

        (a) To require a more definite statement of the appropriation or appropriations claimed, the date or dates when and where made, the point or points of diversion, and a particular description of the land or lands upon which it was applied beneficially, and the beneficial use made thereof, and for how long so used, and what part or parts of each year so used, or to

~~furnish a bill of particulars covering such matters~~; AND what lands and rights are claimed to be riparian, and the amount of water reasonably necessary for use upon said lands; and

 (b) Whether the plaintiff ever appropriated, and how, when and where the plaintiff or its predecessors in interest, if any, ever appropriated or used any water of the subterranean reservoir or basin mentioned in the complaint, and when, where, and how made, and the amount or amounts appropriated or used, and the beneficial uses to which it was applied, and a particular description of the lands upon which it was so applied, and the point or points of appropriation, whether by pumping, or otherwise, or to furnish a bill of particulars for that purpose; and

 (c) To make a more definite statement as to the adjudication mentioned in the complaint, and as to how, or why it is claimed these defendants should be bound thereby, and whether it is claimed these defendants were parties or privies thereto, and how said stipulated judgment or adjudication is in any manner binding on these defendants.

 (d) To strike out all the allegations of paragraphs IV, V, VII and IX of said complaint, and each of them, and all of Exhibit "A", attached to the complaint, also all reference to the stipulated judgment or adjudication in said complaint, and particularly Paragraphs IV, V and VIII of said complaint, upon the ground and for the reason that the same are immaterial, and redundant, and have no place in said complaint.

DATED: January 23, 1952.

       HALVERSON AND HALVERSON

       BY _George J Halverson_
       Attorneys for said Defendants

N O T I C E

TO: ERNEST A. TOLIN, UNITED STATES ATTORNEY
BETTY MARSHALL GRAYDON, ASSISTANT UNITED STATES ATTORNEY,
325 West "F" Street, San Diego 1, California
ATTORNEYS FOR PLAINTIFF:

PLEASE TAKE NOTICE that the undersigned will bring the above motion on for hearing before said Court at the Court Room thereof, in the United States Courts and Post Office Building, in San Diego, California, on the 25 day of February, 1952, at 10:00 o'clock in the forenoon of said day, or as soon thereafter as counsel can be heard.

DATED: January 23, 1952.

HALVERSON AND HALVERSON

BY George Halverson
Attorneys for Defendants,
Joseph Hosang and Ruth L. Hosang

```
STATE OF CALIFORNIA    )
                       : ss
COUNTY OF LOS ANGELES  )
```

GRACE BROOKMAN, being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County aforesaid; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is 704 South Spring Street, Los Angeles 14, California; that on the 23- day of January, 1952, affiant served the within Motion of Joseph Hosang and Ruth L. Hosang to Dismiss, and Make More Definite, and to Strike, and the Notice, on the plaintiff in said action, by placing a true copy thereof in an envelope addressed to the Attorneys of record for said plaintiff at the office address of said attorneys, as follows:

> Ernest A. Tolin
> United States Attorney
>
> Betty Marshall Graydon
> Assistant U. S. Attorney
>
> 325 West "F" Street
> San Diego 1, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States mail at the city where is located the office of the attorneys for the person by and for whom said service was made.

That there is a regular communication by mail between the place of mailing and the place so addressed.

*Grace Brookman*

Subscribed and sworn to before me this 23- day of January, 1952.

*George Stahlman*

Notary Public in and for said County and State

711

-4-