BETTY MARSHALL GRAYDON
Assistant United States Attorney
1405 Fifth Avenue
San Diego 1, California
Telephone: F 9-4101

Attorney for Plaintiff

FILED
JAN 24 1952
EDMUND L. SMITH, Clerk
_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, a
public service corporation of the
State of California, et al.,

    Defendants.

Civil No. 1247-SD

MOTION TO EXTEND TIME TO PLAINTIFF IN WHICH TO ANSWER MOTION TO DISMISS, AND MAKE MORE DEFINITE, AND TO STRIKE OF DEFENDANTS JOSEPH HOSANG AND RUTH L. HOSANG AND ORDER EXTENDING TIME

    The above-named Plaintiff by Betty Marshall Graydon, Assistant United States Attorney, moves the Court as follows:

    That Plaintiff have until February 1, 1952 in which to answer the Motion to Dismiss, and Make More Definite, and To Strike filed by Joseph Hosang and Ruth L. Hosang, defendants in the above-entitled action, received by Plaintiff this 24th day of January, 1952.

    Dated: January 24, 1952.

IT IS SO ORDERED.

Date: January 24, 1952.

_____
Judge of the U. S. District Court

_____
BETTY MARSHALL GRAYDON
Assistant United States Attorney
Attorney for the Plaintiff

697