IN THE DISTRICT COURT OF THE UNITED STATES

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et Defendant.

No. 1247- Civ

AFFIDAVIT OF SERVICE BY MAIL

FILED
JAN 25 1952
EDMUND L. SMITH, Clerk
DEPUTY CLERK

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF CALIFORNIA } ss.

  Barbara V. Doe  , being first duly sworn, deposes and says:

  That (s)he is a citizen of the United States and a resident of San Diego ~~Los Angeles~~ County, California; that (his)(her) business address is ~~600 Rowan Building~~ 1405 Fifth Avenue, San Diego ~~and Court House, Los Angeles~~, California; that (s)he is over the age of eighteen years, and is not a party to the above-entitled action;

  That on January 25, 1952 (s)he deposited in the United States Mails in ~~the Post Office at 312 No. Spring Street, Los Angeles~~ San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of MOTION TO EXTEND TIME TO PLAINTIFF IN WHICH TO ANSWER MOTION TO DISMISS, AND MAKE MORE DEFINITE, AND TO STRIKE OF DEFENDANTS JOSEPH HOSANG AND RUTH L. HOSANG AND ORDER EXTENDING TIME.

addressed to
  Halverson and Halverson, 611 Financial Center Bldg., 704 South Spring Street, Los Angeles 14, California.

his last known address, at which place there is a delivery service by United States Mails from said post office.

              Barbara V. Doe

SUBSCRIBED and SWORN to before me,

this 25th day of January, 1952

Clerk, U.S. District Court, Southern District of California,

By
  J. M. Horn  Deputy.

                           S025

FPI INC ERO 2-5-46-2M-2347-69