IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Rissa Intha Coates
Address: 757 Hillcrest Ave., Flintridge
City and State: Pasadena 3., Calif.
Telephone Number: SYlvan 0-2527

Defendant

FILED
JAN 25 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
        vs.               )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
            Defendants,   )

Comes now the defendant(s) Rissa Intha Coates

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Rissa Intha Coates*

9029