IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Rufus H. Holland
Address: Rt. 1, Box 176
City and State: Romoland, California
Telephone Number: ___

Defendant

RECEIVED
JAN 25 1952
U. S. ATTORNEY
SAN DIEGO, CALIF.

UNITED STATES OF AMERICA,
    Plaintiff,

vs.    No. 1247

FALLBROOK PUBLIC UTILITIES DISTRICT, et al.,
    Defendants.

FILED
JAN 25 1952
EDMUND L. SMITH, Clerk
_____
DEPUTY CLERK

Comes now the defendant (s) _____

Rufus H. Holland

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Rufus H. Holland*

9030