BETTY MARSHALL GRAYDON
Assistant United States Attorney
1405 Fifth Avenue
San Diego 1, California
  Telephone: F 9-4101

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

FALLBROOK PUBLIC UTILITY DISTRICT, a
  public service corporation of the
  State of California;
SANTA MARGARITA MUTUAL WATER COMPANY,
  a public service corporation of the
  State of California; ET AL.,

        Defendants.

Civil No. 1247-SD

MOTION FOR SEPARATE TRIAL
ON THE MERITS

    The UNITED STATES OF AMERICA, plaintiff in the above-entitled cause, pursuant to Rule 42 (b) of the Federal Rules of Civil Procedure, in furtherance of convenience and to avoid prejudice, respectfully moves this Court for an order for a separate trial on the merits, involving both facts and law, for the case of UNITED STATES OF AMERICA v. SANTA MARGARITA MUTUAL WATER COMPANY. This Court is respectfully requested to consider the accompanying memorandum in support of this motion.

    Wherefore, the UNITED STATES OF AMERICA, plaintiff, respectfully requests this Court at an early date separately to try the case of UNITED STATES v. SANTA MARGARITA MUTUAL WATER COMPANY.

FILED
JAN 25 1952
EDMUND L. SMITH, Clerk
        DEPUTY CLERK
Dated: Jan 24-1952

WILLIAM H. VEEDER
Special Assistant to the
  Attorney General

BETTY MARSHALL GRAYDON
Assistant United States Attorney

713