IN THE DISTRICT COURT OF THE UNITED STATES

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California; SANTA MARGARITA MUTUAL WATER COMPANY, a public service corporation of the State of California, et al.,

        Defendants.

No. 1247-Civ.

AFFIDAVIT OF SERVICE BY MAIL

FILED

JAN 25 1952

EDMUND L. SMITH, Clerk

By _____
      DEPUTY CLERK

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF CALIFORNIA } ss.

Barbara V. Doe, being first duly sworn, deposes and says:

That (s)he is a citizen of the United States and a resident of San Diego County, California; that (his)(her) business address is 1405 Fifth Avenue, San Diego 1, California; that (s)he is over the age of eighteen years, and is not a party to the above-entitled action;

That on January 25, 1952 (s)he deposited in the United States Mails in San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of Motion for Separate Trial on the Merits and Memorandum of Points and Authorities in Support of Motions for Separate Trial on the Merits Fallbrook Public Utility District Santa Margarita Mutual Water Company

    Mr. W. B. Dennis, Rt. 1, Box 58, Fallbrook, California

his last known address, at which place there is a delivery service by United States Mails from said post office.

                      Barbara V. Doe
                      Barbara V. Doe

SUBSCRIBED and SWORN to before me, this 25th day of January, 1952.

Clerk, U.S. District Court, Southern District of California,

By _____ Deputy.
   J. M. Horn

8026