1  BETTY MARSHALL GRAYDON
   Assistant United States Attorney
2  1405 Fifth Avenue
   San Diego 1, California
3    Telephone: F 9-4101

4  Attorney for Plaintiff

# FILED

JAN 25 1952

EDMUND L. SMITH, Clerk

By

DEPUTY CLERK

5              IN THE UNITED STATES DISTRICT COURT

6            IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

7                        SOUTHERN DIVISION

8   UNITED STATES OF AMERICA,              )
9                        Plaintiff,        )
                                           )
10        v.                               )      Civil No. 1247-SD
                                           )
11  FALLBROOK PUBLIC UTILITY DISTRICT, a   )   MOTION FOR SEPARATE TRIAL
       public service corporation of the  )        ON THE MERITS
12     State of California; ET AL.,        )
                                           )
13                        Defendants.      )

14        The UNITED STATES OF AMERICA, plaintiff in the above-entitled cause,

15  pursuant to Rule 42 (b) of the Federal Rules of Civil Procedure, in furtherance

16  of convenience and to avoid prejudice,* respectfully moves this Court for an order

17  for a separate trial on the merits, involving both facts and law, for the case

18  of UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT.  This Court is

19  respectfully requested to consider the accompanying memorandum in support of

20  this motion.

21        Wherefore, the UNITED STATES OF AMERICA, plaintiff, respectfully

22  requests this Court at an early date separately to try the case of UNITED STATES v.

23  FALLBROOK PUBLIC UTILITY DISTRICT.

24  RECEIVED copy of within

25  _Motion_____ this

26  25 day of _Jan_, 19 52

27  _Phil D Swing_

28  Attorneys for _Deft Distirct_

29  Dated: _Jan. 24-1952_

WILLIAM H. VEEDER
Special Assistant to the
Attorney General

BETTY MARSHALL GRAYDON
Assistant United States Attorney

30

31

32  * Kindly refer to Exhibit A of memorandum in support of this motion.

16-29995-1                    GPO 0-579113

712

44