

**FILED**
JAN 28 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

1  THOMPSON & COLEGATE
   Attorneys at Law
2  Suite 405 Citizens National Bank Bldg.
   Riverside, California.
3  Telephone 673

4  Attorneys for Defendants

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF
CALIFORNIA - SOUTHERN DIVISION

THE UNITED STATES OF AMERICA, )
                              )
            Plaintiff,        )   No. 1247 (Civil)
                              )
      -vs-                    )   STIPULATION EXTENDING
                              )
FALLBROOK PUBLIC UTILITY      )   TIME IN WHICH TO APPEAR
DISTRICT, ET AL,              )
                              )
            Defendants.       )

IT IS HEREBY STIPULATED by and between THE UNITED STATES OF AMERICA, Plaintiff, through its attorney, Betty Marshall Graydon, Assistant United States Attorney, and SEARL BROTHERS, a partnership, consisting of ED L. SEARL, H. O. SEARL, G. E. SEARL and FLOYD E. SEARL, GERALD ERNEST SEARL, aka, G. E. SEARL and LORENA A. SEARL, Defendants, through their attorneys Thompson & Colegate, that said parties or each of them be granted an extension of time until the 1st day of April 1952 in which to appear by way of answer or by motion in the above-entitled action.

DATED: January 23, 1952

_____
Betty Marshall Graydon
Asst. U. S. Attorney
Attorney for Plaintiff

IT IS SO ORDERED.
Date: January 25, 1952.

_____
Judge of the U. S. District Court

THOMPSON & COLEGATE

By _____
Attorneys for Defendants, Searl
Bros., a partnership, and Gerald
Ernest Searl and Lorena A. Searl

714