IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

George H. DeBorde
Name
Box #122, Rt. 2
Address
Elsinore, California.
City and State
Main 2244
Telephone Number

Defendant

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITIES DISTRICT, et al.,

    Defendants.

No. 1247

Comes now the defendant(s) George H. DeBorde

and for himself ~~or themselves alone~~ and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

                                              G. H. DeBorde

FILED
JAN 28 1952
EDMOND L. SMITH, Clerk
DEPUTY CLERK

9032