IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Louis M. Carter, Nell F. Carter
Address: Rte. 2 Box 153-B
City and State: Elsinore Calif
Telephone Number: Main 2347

Defendant

FILED
JAN 28 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. FALLBROOK PUBLIC UTILITIES DISTRICT, et al., Defendants. | No. 1247 |

Comes now the defendant(s) LOUIS M. CARTER and NELL F. CARTER and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Louis M. Carter
Nell F. Carter