IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

NANCE HARVEY MARSHALL
Name
P.O. BOX 547
Address
FALLBROOK, CALIFORNIA
City and State
FALLBROOK 7616
Telephone Number

Defendant

FILED
JAN 29 1952
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
   Plaintiff, )
)
   vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
   Defendants, )

Comes now the defendant (s) NANCE HARVEY MARSHALL

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies each and every material allegation contained therein.

/s/ Nance Harvey Marshall
NANCE HARVEY MARSHALL

9046