IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

JOHN STUART MARSHALL
P.O. BOX 847
FALLBROOK, CALIFORNIA
FALLBROOK and 516

Name
Address
City and State
Telephone Number

Defendant

FILED
JAN 29 1952
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) JOHN STUART MARSHALL

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ John Stuart Marshall
JOHN STUART MARSHALL

9045 A