1  BETTY MARSHALL GRAYDON
   Assistant United States Attorney
2  1405 Fifth Avenue
   San Diego 1, California
3    Telephone: F 9-4101

4  Attorney for Plaintiff

5          IN THE UNITED STATES DISTRICT COURT

6        IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

7                    SOUTHERN DIVISION

8  UNITED STATES OF AMERICA,          )
                        Plaintiff,    )
9                                     )
        v.                            )
10                                    )        Civil No. 1247-SD
   FALLBROOK PUBLIC UTILITY DISTRICT, a )
11   public service corporation of the )      NOTICE OF HEARING ON MOTIONS
     State of California; et al.,      )
12                                     )
                        Defendants,   )
13 PEOPLE OF THE STATE OF CALIFORNIA, )
14                                     )
                        Defendants in )
15                      Intervention   )

16 TO:  PHIL D. SWING; SWING, SCHARNIKOW & STANIFORTH, San Diego, California, attorneys

17 for Defendant Fallbrook Public Utility District, a public service corporation of

18 the State of California, and W. B. DENNIS, Fallbrook, California, attorney for

19 Defendant Santa Margarita Mutual Water Company, a public service corporation of the

20 State of California:

21        You will please take notice that the Motions filed by Plaintiff on

22 January 25, 1952, entitled MOTION FOR SEPARATE TRIAL ON THE MERITS will be heard

23 on Monday, February 18, 1952, at 2:00 o'clock, p.m., in the courtroom of the United

24 States District Court at 1405 Fifth Avenue, San Diego, California, or as soon

25 thereafter as counsel can be heard.

26        Dated this 29th day of January, 1952.

27                                      WALTER S. BINNS
                                        United States Attorney
28 Receipt of copy of the within
   Notice is hereby acknowledged
29 this  29  day of January, 1952.

30 SWING, SCHARNIKOW & STANIFORTH          BETTY MARSHALL GRAYDON
                                           Assistant United States Attorney
31 By
   Attorneys for within named defendant
32   Fallbrook Public Utility District

                                                716