IN THE DISTRICT COURT OF THE UNITED STATES

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

DIVISION

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.

            Defendant.

No. 1247-SD

AFFIDAVIT OF SERVICE BY MAIL

FILED
JAN 29 1952
EDMUND L. SMITH, Clerk
By _____
          DEPUTY CLERK

UNITED STATES OF AMERICA  } ss.
SOUTHERN DISTRICT OF CALIFORNIA }

Barbara V. Doe, being first duly sworn, deposes and says:

That (s)he is a citizen of the United States and a resident of San Diego ~~Los Angeles~~ County, California; that (his)(her) business address is ~~800 Post Office~~ 1405 Fifth Avenue, San Diego 1, California ~~and Court House, Los Angeles,~~ California; that (s)he is over the age of eighteen years, and is not a party to the above-entitled action;

That on January 29, 1952 (s)he deposited in the United States Mails in the ~~Post Office at 312 No.~~ San Diego ~~Spring Street, Los Angeles,~~ California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of

NOTICE OF HEARING ON MOTIONS - Fallbrook Public Utility District and Santa Margarita Mutual Water Company - Motion for Separate Trial on the Merits

addressed to

    W. B. Dennis, Attorney-at-Law, Rt. 1, Box 58, Fallbrook, California

his last known address, at which place there is a delivery service by United States Mails from said post office.

                                  Barbara V. Doe

SUBSCRIBED and SWORN to before me,     Barbara V. Doe

this 29th day of January, 1952

Clerk, U.S. District Court, Southern District of California,

By _____ Deputy.

FILED
JAN 29 1952
EDMUND L. SMITH, Clerk
By _____
          DEPUTY CLERK

715