Jan 24, 1952

Romoland, California
Box 158, R.F.D. Route 1,

Betty Marshall Graydon,
Assistant U.S. Attorney,
325 West F. Street,
San Diego, California.

RECEIVED

In answer to summons Civil Action File No. 1247, we, two of the defendents named in this action, joint owners of a ten acre ranch approximately forty miles from Camp Pendleton, purchased prior to the judgment acquired by Rancho Santa Margarita as to it's rights to 66 3/4 % of the water of Temecula Santa Margarita river, state the following facts:-

1. We are not and never have diverted or obstructed the continued flow, undiminished over, above and thru our property of any waters that have fallen upon our land by reason of heavy rainfall or flood conditions.

2. Most of the ten acres has been and is now used for dry farming of grain for poultry.

3. We have a shallow drilled well for necessary household use and for irrigation of a family garden and a few fruit trees for family use only.

4. We, the above mentioned defendents pray the court will not restrict or deprive us of the continued use of this water for our supply of family needs.

Val Curtis

[signature]

**FILED**

JAN 29 1952

EDMUND L. SMITH, Clerk
By [signature]
DEPUTY CLERK

9045

45