IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ivy B. Ayers
Name
10130 McNerney Ave
Address
South Gate   Calif
City and State
Lo 93415
Telephone Number

Defendant

FILED
JAN 30 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Ivy B. Ayers  Defendants, | ) |

Comes now the defendant (s) Ivy B. Ayers

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Ivy B. Ayers

S047