IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Clarence W. Ayers
Address: 10130 Mc Kierney Ave
City and State: South Gate Calif.
Telephone Number: Lorain 9-3415

Defendant

FILED
JAN 30 1952
EDMUND L. SMITH, Clerk
By [signature]
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
       vs.               )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
Clarence W. Ayers   Defendants, )

Comes now the defendant(s) Clarence W. Ayers

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Clarence W. Ayers

9048