IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

*Harold Bird Shaw*
*Anna Marea Shaw*

Name

*P O Box # 106*

Address

*Wildomar Calf*

City      and      State

Telephone Number

Defendant

FILED

JAN 30 1952

EDMUND L. SMITH, Clerk

By ......................................
DEPUTY CLERK

8  UNITED STATES OF AMERICA          )
9                          Plaintiff,  )
10                      vs.            )        No. 1247
11  FALLBROOK PUBLIC UTILITY          )
    DISTRICT, et al.,                 )
12                      Defendants,   )

Comes now the defendant (s) *Harold Bird Shaw and*
*Anna Marea Shaw*

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) ~~each and every material allegation contained therein~~ the
statement in chapter nine of the complaint about the vio-
lation of the rights of the United States of America in and
to the water that naturally flows over, above, and through
our lands; we assert that ~~we have never interfered~~ in any
way with the flow of the Santa Marguerita river below, over
and through our lands. ——————————

I have never asserted any right to flowing surface river
water.

I do believe that I have a right to pump water out of any
subterranean basin under the surface of my land that can-
not be proven to effect the river flow directly.  We are
not ~~artfully~~ diverting or abstracting water which natur-
ally flows and descends down the river.

I base my claim to this under ground water on deed of
record in the following:

Said Deeds recorded in Book No 724 of Official Records,
Page 398 and Book 720, Page 54 Official Records of
Riverside County, of the State of California.

Said land at the time of purchase, dated December 4, 1945
and January 28, 1946 and insured at that time by Security
Title Insurance and Guarantee Company, in the following
language: - "The title of said land is at the date hereof
vested in Harold Bird Shaw and Anna Marea Shaw, his wife,
as joint tenants.

Since that time and up to now we have not clouded our
title by signing anything.

9054