IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mary Isabelle Dold,
Name
360 South Grand Street,
Address
Orange,       California
City    and    State
Orange 1349-J
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )         No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Mary Isabelle Dold

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Mary Isabelle Dold*

FILED
JAN 30 1952
EDMUND L. SMITH, Clerk
DEPUTY CLERK

9049