IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Emil M. Dold,
Name
360 South Grand Street,
Address
Orange, California
City and State
Orange 1349-J
Telephone Number

Defendant

FILED
JAN 30 1952
EDMUND L. SMITH, Clerk
BY /s/
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
                    Plaintiff, )
)
        vs.                    )   No. 1247
)
FALLBROOK PUBLIC UTILITY       )
DISTRICT, et al.,              )
)
                    Defendants, )

Comes now the defendant (s) __Emil M. Dold__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Emil M. Dold

S050