IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Taft, Walter S. & Mary F.
    Name
2004 Fair Oaks Ave.
    Address
South Pasadena Cal.
    City and State
Py. 12056
    Telephone Number

Defendant

FILED

JAN 30 1952

EDMUND L. SMITH, Clerk
By _____
    DEPUTY CLERK

UNITED STATES OF AMERICA

   Plaintiff,

vs.                                   No. 1247

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

   Defendants,

Comes now the defendant (s) Taft Walter S. & Mary F.

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Walter S. Taft
Mary F. Taft

9051