IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

Robert N Hutson
Name

8104 Roy st
Address

Lemon Grove Calif
City

_____
Telephone No.

Defendant

FILED
JAN 30 1952
EDMUND L. SMITH, Clerk
by _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
         Plaintiff )
      vs              ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
         Defendants )

Comes now the defendant(s) Robert N Hutson ,

and for himself or themselves alone and answering plaintiffs complaint on file, herein denies (deny) each and every material allegation contained herein.

Robert N Hutson

8104 Roy st

Lemon Grove Calif

9052