IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

Irene J Hutson
Name
8104 Roy Street
Address
Lemon Grove Calif
City
none
Telephone No.

Defendant

FILED
JAN 30 1952
EDMUND L. SMITH, Clerk
_____
DEPUTY CLERK

UNITED STATES OF AMERICA )
        Plaintiff )
           vs )  No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
        Defendants )

Comes now the defendant (s) _____
Irene J Hutson ,
and for himself or themselves alone and answering
plaintiffs complaint on file, herein denies (deny)
each and every material allegation contained herein.

Irene J Hutson
8104 Roy Street
Lemon Grove Calif

9053