```
BENJAMIN S. PARKS
916 Van Nuys Building
210 West Seventh Street
Los Angeles 14, California
TRinity 1241

Attorney for Defendants
Charles F. Sill and Pauline
H. Sill
```



FILED
JAN 30 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>　　　　Defendants. | No. 1247 (Civil)<br><br>ANSWER OF DEFENDANTS CHARLES F. SILL AND PAULINE H. SILL |

　　　　Come now the defendants Charles F. Sill and Pauline H. Sill, and, severing from all other defendants, file this their answer to the complaint herein.

　　　　Answering plaintiff's alleged cause of action, defendants admit, deny and allege as follows:

I.

　　　　Answering paragraph I, these defendants deny that an actual controversy has arisen or exists between the United States of America and these defendants, and further deny that these defendants have committed an unlawful or any interference with the rights, or any of the rights, of the plaintiff in or to the use of the waters of the Santa Margarita River, or any of its tributaries.

BENJAMIN S. PARKS
ATTORNEY AT LAW
916 VAN NUYS BUILDING
LOS ANGELES 14
TRINITY 1241

C055

II.

Answering paragraph II, these defendants admit that Camp Joseph H. Pendleton, located near Oceanside, California, the United States Naval Ammunition Depot, Fallbrook, California, and the United States Naval Hospital, located at Camp Joseph H. Pendleton, situated in the counties of San Diego and Orange, State of California, are military establishments of the United States of America.

These defendants allege that they have no information or belief on the subject sufficient to enable them to answer the allegations contained in said paragraph II, other than those herein specifically admitted, and, basing their denial on that ground, deny each such allegation.

III.

Answering paragraph III, these defendants allege that they have no information or belief on the subject sufficient to enable them to answer the allegations contained in said paragraph III, and, basing their denial on that ground, deny each such allegation.

IV.

Answering paragraph IV of the complaint, these defendants allege that the Santa Margarita River, sometimes known as the Temecula River, is a non-navigable stream of fresh water. Allege that said stream has its origin in and for many miles of its course, including its tributaries Wilson Creek and Murrietta Creek, flows through Riverside County and thence into San Diego County, flowing partly upon and in the irrigation season of the year for the most part under the surface of the stream bed in a generally northwesterly direction from the northerly slope of the Palomar Mountain to the Pacific Ocean, and throughout its course is fed by numerous tributaries, including Lancaster and Sandia Creeks. Deny that underlying Santa Margarita River and its

BENJAMIN S. PARKS
ATTORNEY AT LAW
816 VAN NUYS BUILDING
LOS ANGELES 14
TRINITY 1241

2.

S056

36

1  tributaries is one vast underground basin; deny that any such
2  basin as a whole or otherwise creates a large underground
3  reservoir into which a high proportion of the Santa Margarita
4  River sinks, and deny that during the dry season the River entire-
5  ly disappears into any one such basin.
6      Allege that said River and its tributaries from its
7  source to its mouth flows over and through five or more large
8  bodies of sand, silt, gravel and other fluvial and detrital
9  material into the interstices of which the waters, surface and
10 subsurface, of said River and its tributaries and the waters pre-
11 cipitated as rain upon such areas sink and descend and percolate
12 and form, when so saturated, large underground reservoirs which
13 during the dry season of the calendar year contribute to and
14 support the surface flow in those stretches of said River where
15 during said dry seasons waters flow on the surface.  Allege that
16 there are three such underground basins on the lands of the
17 plaintiff described in said complaint, and two such basins on the
18 lands of the defendants Vail Company, a corporation, Mary Vail
19 Wilson, Mahlon Vail, Edward N. Vail, Margaret Vail Wise, and
20 Nita M. Vail, Trustees, located upstream from the lands of the
21 plaintiff, which said upper two basins are commonly known as the
22 Pauba alluvial basin and Nigger Valley, respectively.
23     These defendants deny that the encroachments or any en-
24 croachment of these defendants threaten the destruction of any
25 one of the basins in this answer mentioned and described by reason
26 of salt water intrusion from the Pacific Ocean, or by reason of
27 any act or acts on the part of these defendants or any act in any
28 manner under the control of these defendants.
29     Defendants allege that, save and excepting that under-
30 ground basin located fartherest downstream along the course of
31 said Santa Margarita River and nearest to the Pacific Ocean, on
32 the property of the plaintiff described in said complaint, no one

BENJAMIN S. PARKS
ATTORNEY AT LAW
816 VAN NUYS BUILDING
LOS ANGELES 14
TRINITY 1241

3.

8057

37

of said five underground basins is physically susceptible of contamination by the infiltration or intrusion of salt water from the Pacific Ocean. Defendants further allege that any infiltration or intrusion of salt water from the Pacific Ocean into any underground basin located on said property of the plaintiff results wholly and entirely from the operation of wells and pumping plants operated by the plaintiff herein or under its direction and control.

These defendants allege that they have no information or belief on the subject sufficient to enable them to answer the allegations contained in said paragraph IV, other than those herein specifically admitted and/or denied, and, basing their denial on that ground, deny each such allegation.

V.

Answering paragraph V, these defendants admit that attached to the complaint is a copy of the stipulated judgment in that certain action in the Superior Court of the State of California, in and for the County of San Diego, therein numbered 42850, and entitled Rancho Santa Margarita, a corporation, plaintiff, vs. N. R. Vail, et al., defendants, Guy Bogart, et al., intervenors.

These defendants allege that they were not parties to said action.

Further answering said paragraph V, these defendants allege that they have no information or belief on the subject sufficient to enable them to answer the allegations contained in said paragraph V, other than those herein specifically admitted, and, basing their denial on that ground, deny each such allegation.

VI.

Answering paragraph VI, these defendants admit that the plaintiff herein is the successor in interest to said Rancho

BENJAMIN S. PARKS
ATTORNEY AT LAW
816 VAN NUYS BUILDING
LOS ANGELES 14
TRINITY 1241

4.

9058

38

       1 Santa Margarita, and to all rights and interest adjudicated to
       2 said Rancho Santa Margarita in said action hereinabove in para-
       3 graph V identified.

       4                               VII.

       5          Answering paragraph VII, allege these defendants have
       6 no information or belief on the subject sufficient to enable
       7 them to answer the allegations contained in said paragraph VII,
       8 other than those herein specifically admitted, and, basing their
       9 denial on that ground, deny each such allegation.

     10          These defendants are informed and believe and according-
     11 ly, upon information and belief, allege that the waters of the
     12 Santa Margarita River and of the said three underground basins
     13 located on the property of the plaintiff described in said
     14 complaint is sufficient and abundant for all the uses and purposes
     15 to which fresh water is being used and applied by the plaintiff
     16 on its lands; that large quantities of fresh water presently are
     17 contained in said underground basins on plaintiff's lands, and
     18 are not being developed and put to beneficial use thereon, but
     19 are susceptible of such development and use.

     20          Upon information and belief, these defendants allege
     21 that the plaintiff is permitting upon its lands the use of large
     22 amounts of said underground waters extracted from said under-
     23 ground basins for purposes other than any of the purposes or
     24 projects of the plaintiff described in said complaint but, on the
     25 contrary, for purposes and projects of private enterprise.

     26                              VIII.

     27          Answering paragraph VIII, these defendants deny that
     28 against them the plaintiff has a paramount right to 35,000 acre
     29 feet of water annually from the Santa Margarita River, or a
     30 paramount right as against said defendants to any waters whatso-
     31 ever annually or otherwise from the Santa Margarita River, and
     32 allege that the rights of the plaintiff herein, as successor in

BENJAMIN S. PARKS
ATTORNEY AT LAW
816 VAN NUYS BUILDING
LOS ANGELES 14
TRINITY 1241

5.

9059

interest of Rancho Santa Margarita, a corporation, is a correlative right with the defendants, and each of them, to the waters and the use of the waters, both surface and underground, of said River.

Defendants deny that the Supreme Court of the State of California made any findings in said action hereinabove in paragraph V described. Admit that the surface flow and the underground percolating waters of said subterranean basins located along the course of said stream constitute a single source of supply.

Further answering paragraph VIII, allege that these defendants have no information or belief on the subject sufficient to enable them to answer the allegations contained in said paragraph VIII, other than those herein specifically admitted, and, basing their denial on that ground, deny each such allegation.

IX.

Answering paragraph IX, these defendants deny each and every allegation therein contained.

X.

That the property of these defendants is situated in the County of San Diego, State of California, and is more particularly described as follows:

    Lot 1 and North 1/2 of Southeast 1/4 of
    Northeast 1/4, Section 1, Township 9, Range
    4 West; South 1/2 of Southeast 1/4 of Northeast 1/4, Section 1, Township 9, Range 4
    West, S. B. M.

WHEREFORE, these defendants pray that this court determine and declare the respective rights of the parties hereto in and to the use of the waters of the Santa Margarita River and its tributaries, and the rights of these defendants as herein alleged, for their costs herein, and for such further relief as

BENJAMIN S. PARKS
ATTORNEY AT LAW
816 VAN NUYS BUILDING
LOS ANGELES 14
TRINITY 1241

2060

```
 1   to the court may appear just and meet in the premises.
 2
 3
 4                                    _____
 5                                    Benj. S. Parks
                                      Attorney for Defendants Charles
 6                                    F. Sill and Pauline H. Sill
                                      916 Van Nuys Building
 7                                    210 West Seventh Street
                                      Los Angeles 14, California
 8
```

BENJAMIN S. PARKS
ATTORNEY AT LAW
916 VAN NUYS BUILDING
LOS ANGELES 14
TRINITY 1241

7.                                          9061

```
1  STATE OF CALIFORNIA    )
                          ) ss
2  COUNTY OF LOS ANGELES  )

3           CHARLES F. SILL, being by me first duly sworn, deposes
4  and says that he is one of the defendants in the above entitled
5  action; that he has read the foregoing answer of defendants
6  Charles F. Sill and Pauline H. Sill, and knows the contents
7  thereof; and that the same is true of his own knowledge, except
8  as to the matters which are therein stated upon his information
9  or belief, and as to those matters that he believes it to be
10 true.
```

*Charles F. Sill* (signature)

Subscribed and sworn to before
me this 28th day of January, 1952

*Geraldyne C. Snyder* (signature)
Notary Public in and for said
County and State

My Commission Expires March 29, 1955

BENJAMIN S. PARKS
ATTORNEY AT LAW
816 VAN NUYS BUILDING
LOS ANGELES 14
TRINITY 1241

```
 1  STATE OF CALIFORNIA      )
                             ) ss
 2  COUNTY OF LOS ANGELES    )

 3          VELMA TOUGAW, being first duly sworn, says: that af-
 4  fiant is a citizen of the United States and a resident of the
 5  County of Los Angeles; that affiant is over the age of eighteen
 6  years and is not a party to the within and above entitled action;
 7  that affiant's business address is 916 Van Nuys Building, 210
 8  West Seventh Street, Los Angeles 14, California; that on the 29th
 9  day of January, 1952, affiant served the within answer of de-
10  fendants Charles F. Sill and Pauline H. Sill on the attorneys
11  for plaintiff in said action, by placing a true copy thereof in
12  an envelope addressed to said attorneys of record at the business
13  address of said attorneys, as follows:
14          "Betty Marshall Graydon,
                Assistant United States Attorney,
15              U. S. Custom House and Court House Building,
                  San Diego 1,
16                  California."
17  and by then sealing said envelope and depositing the same, with
18  postage thereon fully prepaid, in the United States Post Office
19  Box at Los Angeles, California; that there is delivery service by
20  United States mail at the place so addressed and there is a
21  regular communication by mail between the place of mailing and the
22  place so addressed.
```

Subscribed and sworn to before me
this 29th day of January, 1952

Geraldyne C. Snyder
Notary Public in and for said
  County and State

My Commission Expires March 29, 1955

BENJAMIN S. PARKS
ATTORNEY AT LAW
916 VAN NUYS BUILDING
LOS ANGELES 14
TRINITY 1241

9.