LAW OFFICES
**W. B. DENNIS**
RT. 1. BOX 46  58
FALLBROOK, CALIFORNIA
PHONE 587

FILED

JAN 30 1952

EDMUND L. SMITH, Clerk

DEPUTY CLERK

ATTORNEY FOR Defendant SANTA

MARGARITA MUTUAL WATER COMPANY

UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )      No. 1247 - Civil
                                     )
                      Plaintiff,     )      REPLY OF DEFENDANT SANTA
                                     )      MARGARITA MUTUAL WATER
            vs.                      )      COMPANY TO PLAINTIFF'S
                                     )      MOTION FOR SEPARATE TRIAL
FALLBROOK PUBLIC UTILITY DISTRICT,   )      ON THE MERITS
a public service corporation of      )
the State of California; SANTA       )
MARGARITA MUTUAL WATER COMPANY,      )
a corporation,  et al.               )
                                     )
_____Defendants._____)

        Comes now the defendant Santa Margarita Mutual Water Company,

and in reply to plaintiff's motion for a separate trial on the

merits of the above entitled action, as to this defendant only, and

objects to the granting of said motion and the making of the order

requested for the following reasons

                              I.

        That plaintiff has failed to state with particularity the

grounds upon which said motion is made.

                              II.

        That a separate trial on the merits as to the defendant

Santa Margarita Mutual Water Company will not:

            (a) further the convenience of the court or the parties;

            (b) prevent delays;

            (c) further justice;

                                                717

1     (d) avoid prejudice or reduce expenses incurred or to be
2         incurred by the parties;
3  On the contrary, the making of the order requested by plaintiff will
4  result in:
5     (a) injustice, added and unnecessary expense to the de-
6         fendant Santa Margarita Mutual Water Company and to
7         all other defendants in the action;
8     (b) delay the final disposition of this case against
9         thousands of defendants;
10    (c) grant the plaintiff and the defendant Vails an unfair
11        advantage over this defendant and all other defendants
12        in the action;
13    (d) result in inconvenience to witnesses;
14    (e) tend to confuse the court and the parties.

                              III.

16    That said motion is premature and has been prematurely made.

                              IV.

18    That said motion should be denied and stricken from the
19 files on the ground that the motion and the notice of said motion
20 have not been served on all the parties affected thereby, as required
21 by the Federal Rules of Procedure.

22    WHEREFORE the defendant Santa Margarita Mutual Water Company
23 requests this court to dismiss and deny said motion.

24    Dated: this _29_ of January, 1952.

26                          _____
27                          W. B. DENNIS
                            Attorney for the Defendant
                            Santa Margarita Mutual Water Company

28 Received a copy of the above
   Reply:
29 WILLIAM H. VEEDER, Special Assistant to the Attorney General
   A. DEVITT VANECH, Assistant Attorney General
30 ERNEST A. TOLIN, United States Attorney
   BETTY MARSHALL GRAYDON, Assistant United States Attorney
31 DAVID W. AGNEW, Attorney for the Department of the Navy

32 Dated _January 30, 1952_        By _Betty Marshall Graydon_
                                       _per Barbara V. Doe_