SARAU, ADAMS, NEBLETT & SARAU
Attorneys at Law
Suite 500, Mission Inn Rotunda
Riverside, California
Telephone : 0611

Attorneys for Defendants
      GEORGE CUMMINS and
      META LEE CUMMINS


FILED
JAN 31 1952
EDMUND L. SMITH, Clerk
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff<br>-vs-<br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of<br>the State of California, et al,<br>          Defendants. | NO. 1247 Civil<br><br>ANSWER |

      Defendants GEORGE CUMMINS and META LEE CUMMINS, appearing for themselves and for no other Defendant, answer the Complaint on file herein as follows:

                              I

      Allege that they now are, and for many years have been, husband and wife, respectively, each to the other.

                              II

      Allege that Defendant META LEE CUMMINS, together with her sister, EDITH SARAH HARMER, are the owners of certain real property in the County of San Diego, State of California, more particularly described as follows:

      **Parcel 1:** The Northeast quarter of the Northwest quarter of Section 21, Township 9 South, Range 2 East, San Bernardino Base and Meridian.

      **Parcel 2:**  The Northeast quarter of the Southwest quarter of Section 15, Township 9 South, Range 3 East, and the North half of the Southeast quarter of Section 15, Township 9 South, Range 3 East, and the Southwest quarter of the Southeast quarter of Section 15, Township 9 South, Range 3 East, San Bernardino Base and Meridian

      The Northwest quarter of the Southwest quarter of Section 8, Township 9 South, Range 3 East, and the Northeast quarter of the Southwest quarter of Section 8, Township 9 South, Range 3 East, and the Northwest quarter of the Southeast quarter of Section 8, Township 9 South, Range 3 East, and the South half of the Southeast quarter of Section 8, Township 9 South, Range 3 East, San Bernardino Base and Meridian

      The Northeast quarter of Section 17, Township 9 South, Range 3 East, San Bernardino Base and Meridian.

And in addition to the above described real property, own and claim certain rights and interests in and to the use of water and waters in the Santa Margarita River and its tributaries, a natural stream described and referred to in Plaintiff's said Complaint, which said rights and interests are paramount and superior to any rights, claims or interests of Plaintiff in and to said waters and the use thereof, as alleged in Plaintiff's said Complaint, or otherwise.

                III

That the interest of Defendant GEORGE CUMMINS in and to the above described real property and the water rights and rights in and to the waters and use of waters of the Santa Margarita River and its tributaries incident to the above described parcels of real property, is such interest as he may now have, or hereafter acquire by reason of being the husband of Defendant META LEE CUMMINS.

                IV

That these answering Defendants deny generally and specifically each and every other material allegation, matter, statement or thing set forth or alleged in said Complaint not

-2-

9076

hereinbefore specifically admitted by them to be true.

WHEREFORE, these answering Defendants pray;

1. That Plaintiff take nothing by its said action; and

2. That Defendants' rights and interests in and to the waters of the Santa Margarita River and its tributaries be adjudged and determined to be paramount and superior to those of Plaintiff; and

3. For their costs of suit necessarily incurred herein; and

4. For such other relief as to the Court seems just in the premises.

*Meta Lee Cummins*

STATE OF CALIFORNIA )
                              ( ss:
COUNTY OF RIVERSIDE )

META LEE CUMMINS, being first duly sworn, deposes and says:

That she is one of the Defendants in the above entitled action; that she has read the foregoing Answer and knows the contents thereof; that the same is true of her own knowledge, except as to the matters which are therein stated on her information or belief, and as to those matters that she believes it to be true.

*Meta Lee Cummins*

Subscribed and sworn to
before me this 30th day
of January, 1952.

Notary Public in and for the County
of Riverside, State of California

-3-