IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: ISAAC J. SPANN
Address: 8916 RUTHELEN St.
City and State: Los Angeles 47 Calif
Telephone Number: TWIN OAKS 8727

Defendant

FILED
JAN 31 1952
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
                Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
              Defendants, )

Comes now the defendant (s) ISAAC J SPANN

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Isaac J Spann*
*8916 Ruthelen St*
*Los Angeles Cal 47*