IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: RuTH F. SpANN
Address: 8916 RuTHELEN St
City and State: LOS ANGELES CALIF
Telephone Number: TWIN OAKS 8727

Defendant

**FILED**
JAN 31 1952
EDMUND L. SMITH, Clerk
*[signature]*
DEPUTY CLERK

UNITED STATES OF AMERICA )
            Plaintiff,   )
       vs.               )   No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
           Defendants,   )

Comes now the defendant (s) RuTH F. SpANN

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ruth F. Spann*
*8916 Ruthelen St*
*Los Angeles 47 Calif.*

9067