IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Roy C., &(Helen) Pauline Lieb Chappell
  *Name*
115 Corinthian Walk,
  *Address*
Long Beach   3,   California
  *City*   *and*   *State*
(Long Beach) 90-4134
  *Telephone Number*

Defendant

FILED
JAN 31 1952
EDMUND L. SMITH, Clerk
By /s/ _____
  DEPUTY CLERK

UNITED STATES OF AMERICA,

  Plaintiff,

vs.   No. 1247

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

  Defendants.

Comes now the defendant (s) Roy C., & (Helen) Pauline Lieb Chappell and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Pauline L. Chappell*
*/s/ Roy C. Chappell*

9066