IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

*William A Minnick*
*Name*
*660 Redondo Ave*
*Address*
*Long Beach 14 Cal*
*City   and   State*
*89850*
Telephone Number

Defendant

**FILED**

JAN 31 1952

EDMUND L. SMITH, Clerk

By *[signature]*

DEPUTY CLERK

UNITED STATES OF AMERICA )
)
                                 Plaintiff, )
)
            vs.                        )          No. 1247
)
FALLBROOK PUBLIC UTILITY      )
DISTRICT, et al.,                  )
)
                              Defendants, )

Comes now the defendant (s) *Nellie P Minnick*
*and William A Minnick*

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Nellie P. Minnick*
*William A Minnick*

9065