IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: GEORGE Romocean +
Goldie Romocean
Address: R#2 Box 184
City and State: Elsinore, Calif
Telephone Number: GRAND 537

Defendant

FILED
JAN 31 1952
EDMUND L. SMITH, Clerk
By /s/ Johnson
DEPUTY CLERK

UNITED STATES OF AMERICA

Plaintiff,

vs.

No. 1247

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

Defendants,

Comes now the defendant (s) GEORGE Romocean + Goldie Romocean and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ George Romocean
/s/ Goldie Romocean

S064