HAHN, ROSS & SAUNDERS
611 Wm. Fox Building
608 South Hill Street
Los Angeles 14, California
   TRinity 0958

**FILED**

JAN 3 1 1952

EDMUND L. SMITH, Clerk
By *Charles A. Feit*
                    Deputy Clerk

Attorneys for Answering
Defendants BILL E. MAUZEY, SR.,
and ONA FAYE MAUZEY

UNITED STATES DISTRICT COURT

For The

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )
    vs.                              )    No. 1247 - Civ.
                                     )
                                     )    ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY DISTRICT,)
a public service corporation of      )    BILL E. MAUZEY, SR.,
the State of California, et al,      )
                                     )    and ONA FAYE MAUZEY.
            Defendants.              )
                                     )

        COME NOW the defendants BILL E. MAUZEY, SR., and ONA FAYE

MAUZEY, and in answer to the Complaint on file herein admit, deny,

and allege as follows:

                                I

        That these defendants are without knowledge or infor-

mation sufficient to form a belief as to the truth of plaintiff's

allegation that the above entitled action was commenced or that

the complaint was filed "at the request of the Secretary of the

Department of the Navy" and on that ground deny such allegation.

                               II

        In answer to paragraph I, deny that an actual contro-

versy, or any controversy, had arisen between the United States

1

9078

9

1   of America and these defendants, and further deny that these

2   defendants have unlawfully or otherwise interfered with the

3   rights of the United States of America, and deny any and all

4   matters referred to in said paragraph I.

III

6      Answering paragraph II of the complaint, these defend-

7   ants admit that the United States of America acquired the Rancho

8   Santa Margarita at the times alleged in said paragraph and

9   thereafter developed and installed the military establishments

10  and constructed the facilities referred to, in said paragraph,

11  on portions of said Rancho, but these defendants are informed and

12  believe, and, therefore, allege the fact to be that the said

13  military establishments do not occupy all of the 135,000 acres

14  acquired by the United States in the Counties of San Diego and

15  Orange, State of California, nor are all of said 135,000 acres

16  utilized for military purposes, but that several thousand acres

17  of land, the exact amount being unknown to these defendants,

18  has been, at all times since said property was acquired by the

19  United States, and now is occupied, used and devoted to commer-

20  cial farming, said land being rented out in varying sized

21  tracts to various private persons, firms and corporations for

22  that purpose.  These defendants and each of them are without

23  knowledge or information sufficient to form a belief as to the

24  truth of the remaining allegations contained in said paragraph

25  and, therefore, deny each and every other allegation.

IV

27     Answering paragraph III of the complaint, these

28  defendants allege that they and each of them is without knowledge

29  or information sufficient to form a belief as to the truth of

30  the facts alleged therein and, therefore, deny all the allega-

31  tions of said paragraph.  However, these defendants allege that

HAHN, ROSS & SAUNDERS
ATTORNEYS AT LAW
SUITE 611 WM. FOX BLDG.
608 SOUTH HILL STREET
LOS ANGELES 14, CALIFORNIA
TRINITY 0958

9079

10

1   if it be true that the State of California has ceded any juris-
2   diction to the United States of America over said land, such
3   cession was only operative and effective to the extent and for
4   the time that said tract of land was to be used and actually
5   was used for the purpose of erecting and maintaining forts,
6   magazines, arsenals, dockyards and other needful buildings
7   thereon and was not intended to, and in fact did not, extend to
8   the thousands of acres of land occupied, used and devoted to
9   commercial farming by private persons which these defendants
10  are informed and believe to be the fact ever since the government
11  acquired said land.

12                          V

13          Answering paragraph IV, admit that the Santa Margarita
14  River traverses a portion of the property of plaintiff, but al-
15  lege that said river is a non-navigable stream lying entirely
16  within the State of California, and that the right to the use
17  of the waters thereof is determined and controlled solely by
18  the laws of the State of California; admit that Santa Margarita
19  River is an intermittent stream which does not flow as a con-
20  tinuous surface stream, and that in dry seasons the surface
21  stream customarily and ordinarily disappears into the sands and
22  gravel of its bed and channel at a point approximately eight
23  miles from the ocean, and that it later reappears as a sur-
24  face stream and flows as a surface stream, but diminishes in
25  volume to its confluence with tide water.  In that connection
26  defendants allege that at various places above plaintiff's
27  property said river disappears as a surface stream and sinks
28  into the sands and gravel of one or more of the numerous basins
29  which exist underneath each of the vallies which are found along
30  said river and along its several tributaries before said river
31  enters the property of plaintiff.  Defendants further allege

HAHN, ROSS & SAUNDERS
ATTORNEYS AT LAW
SUITE 611 WM. FOX BLDG.
608 SOUTH HILL STREET
LOS ANGELES 14, CALIFORNIA
TRINITY 0956

3                           9080                    //

1   that no portion of any of such basins form any part of any
2   basin or basins which underlie plaintiff's property.  Defendants
3   deny that they, or either of them, or any activities of defendants
4   or either of them, have encroached upon any rights of plaintiff
5   or have reduced the quantity of water available to the United
6   States of America from the submarine sources mentioned in said
7   paragraph, or that there has been a reduction in the surface flow
8   of the Santa Margarita River through any acts or activities or
9   use of water by these defendants, or either of them, or that any
10  act or acts of these defendants, or either of them, has damaged
11  or in any way interfered with any rights or property of plaintiff.
12  Defendants allege that, if it is true that there exists a threat
13  of salt water intrusion into the basin or basins in which plain-
14  tiff's wells are located, or if it is true that two of plaintiff's
15  wells have been destroyed by reason of that intrusion, such
16  injury, or threatened injury, was not the result of the activi-
17  ties of these defendants, or either of them, nor brought about
18  through any use of water or acts or activities of defendants,
19  or either of them, but was, in part at least, the result of a
20  severe and protracted drought affecting all of Southern California
21  and affecting not only the wells of plaintiff but all wells in
22  the Santa Margarita watershed and also wells in every other
23  watershed throughout Southern California.  Furthermore, defend-
24  ants are informed and believe, and, therefore, allege the fact
25  to be, that plaintiff's injury, or threatened injury, if any,
26  was brought about principally as the direct result of plaintiff's
27  misuse of the basin or basins underlying its said property and
28  mismanagement of its said wells and the operation thereof and
29  in the misuse and misapplication of the water produced there-
30  from and the wrongful, excessive and unreasonable diversions and
31  uses and places of use of said water, including the exportation
32  by plaintiff of large quantities of said water beyond the basin

HAHN, ROSS & SAUNDERS
ATTORNEYS AT LAW
SUITE 611 WM. FOX BLDG.
608 SOUTH HILL STREET
LOS ANGELES 14, CALIFORNIA
TRINITY 0958

8081

and watershed of said Santa Margarita River from whence said
water, or any part thereof, could never return.

Defendants allege that they do not have knowledge or
information sufficient to form a belief as to the truth of the
allegations of said paragraph IV not herein specifically admitted
and on that ground deny generally and specifically each and every
such other allegation in said paragraph contained.

VI

Answering paragraph V of the complaint, these defend-
ants admit the trial of the suit referred to in said paragraph
being Action No. 42850 in the Superior Court of the State of
California, in and for the County of San Diego, but allege that
the decision of the trial court was reversed by the Supreme
Court of the State of California (Rancho Santa Margarita vs.
Vail, 11 Cal. (2nd) 501) and thereafter a Stipulation or Agree-
ment was entered into between the plaintiff in said action and
the defendant Vail interests calling for the entry of the
stipulated judgment therein, a copy of which is attached to
and made a part of the plaintiff's complaint as Exhibit "A".
These defendants deny that the parties to said litigation
declared their rights or fixed their aliquot shares of all the
waters of the Santa Margarita River, premised upon the findings
of the trial court or upon the decision of the California Supreme
Court when the matter was on appeal before it.  These defendants
deny that they or their predecessors in interest, were parties
to said suit or to said stipulation and deny that any of the
rights of these defendants in the Santa Margarita River or its
tributaries were adjudicated in said suit or fixed by said judg-
ment.  These defendants allege that they are not bound in any
way by said Stipulated Judgment, nor are their rights limited
or controlled by it.  That these defendants and each of them
are without knowledge or information sufficient to form a belief

HAHN, ROSS & SAUNDERS
ATTORNEYS AT LAW
SUITE 611 WM. FOX BLDG.
608 SOUTH HILL STREET
LOS ANGELES 14, CALIFORNIA
TRINITY 0958

8082

13

1  as to the truth of the remaining allegations in said paragraph

2  and therefore deny each and all the said other allegations.

VII

4      Answering paragraph VI of the complaint, these defend-

5  ants admit that the plaintiff is a successor in interest of the

6  Rancho Santa Margarita, but deny that the plaintiff is entitled

7  to or can claim as against these defendants all rights, title,

8  interest and privileges purported to have been given to said

9  Rancho Santa Margarita by the said stipulated judgment, or that

10  the plaintiff is entitled to or can claim as against these

11  defendants any more water than the amount which is or may be

12  reasonably and actually required for riparian uses and purposes

13  on that portion of said Rancho Santa Margarita XXXXXXXXXXXXXXXX

14  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX which is actually

15  riparian to the said Santa Margarita River; and that these defend-

16  ants are informed and believe and, therefore, allege that such

17  amount of water does not exceed 2500 acre feet of water per annum

18  and that plaintiff's rights are limited in any event to the pro-

19  portion of water of said stream allocable to these purposes,

20  taking into account the rights of other owners and users of the

21  water from said stream.

VIII

23      Answering paragraph VII of the complaint, these defend-

24  ants allege that they are without knowledge and information suf-

25  ficient to form a belief as to the truth of the allegations

26  therein contained and, therefore, deny each and all of the

27  allegations of said paragraph.

IX

30      Answering paragraph VIII of the complaint, these

defendants deny that plaintiff has a paramount right to 35,000

acre feet of water annually or a paramount right to any quantity

of water. Defendants allege that they are without knowledge or

HAHN, ROSS & SAUNDERS
ATTORNEYS AT LAW
SUITE 611 WM. FOX BLDG.
608 SOUTH HILL STREET
LOS ANGELES 14, CALIFORNIA
TRINITY 0958

SG83

14

INFORMATION sufficient to form a belief as to the truth of the
other allegations contained in said paragraph and, therefore,
deny each and all of the other allegations of said paragraph not
herein specifically admitted.

X

Answering paragraph IX, deny generally and specifi-
cally, excepting as hereinafter specifically admitted, each and
every allegation therein contained.  Defendants deny that their
rights were acquired subsequent to or with knowledge of any
right or claim of plaintiff, and allege the fact to be that
their rights, and that of their predecessors in interest, to
the use of water from a tributary of said Santa Margarita River
were acquired prior to the acquisition by plaintiff of any of
the lands or rights described in said complaint.  These defend-
ants are informed and believe and, therefore, allege that but
for plaintiff's excessive diversions, unreasonable uses and
wrongful exportation of water to places outside the basin and
watershed of Santa Margarita River, as alleged in paragraph V
hereof, there would be a sufficient supply of water to meet the
rightful needs and lawful requirements of plaintiff and these
defendants.


FOR A SECOND AND SEPARATE DEFENSE, these defendants
allege as follows:

I

That these answering defendants claim their title and
interest in land under any claim of ERNEST LOUIS BARBEY and
ESSIE BEULAH BARBEY, husband and wife, as joint tenants; and,
further, these answering defendants claim an interest in the
land as hereinafter described and set forth as being the mortagee
or beneficiary of a Deed of Trust in the sum of $10,000.00; and,

HAHN, ROSS & SAUNDERS
ATTORNEYS AT LAW
SUITE 611 WM. FOX BLDG.
608 SOUTH HILL STREET
LOS ANGELES 14, CALIFORNIA
TRinity 0958

9084

/5

1   therefore, these defendants allege that they have an interest

2   in land as hereinafter described in the amount of at least

3   $10,000.00 of value.

4           That the land and real property herein is situated in

5   the County of San Diego, the State of California, and is riparian

6   to the Santa Margarita River, and is more particularly described

7   as follows:

8               The Southwest Quarter; East Half of the Southeast

9               Quarter and the Southwest Quarter of the Southeast

10              Quarter of Section 1; East Half of the Northeast

11              Quarter of Section 12, all in Township 9 South,

12              Range 1 East, S. B. M., in the County of San Diego,

13              State of California, according to the United States

14              Government Survey.

15

16                              II

17          That said lands and real property are located in a

18  semi-arid region and without irrigation are unproductive and of

19  small value and are hardly inhabitable; but with water, the

20  arable lands thereof are highly productive and of great value.

21                              III

22          That said lands of the defendants are improved and

23  have vegetation under irrigation, and there are additional por-

24  tions of the lands that are susceptible to irrigation and the

25  raising of productive trees and productive crops.

26                              IV

27          The defendants are informed and believe and, therefore,

28  allege that the lands of the defendants are riparian to the Santa

29  Margarita River, and that said lands are absolutely dependent

30  upon the Santa Margarita River, the underlying strata for under-

31  ground percolating waters to be productive and to be inhabitable;

32  and that the water developed and produced on said lands or which

HAHN, ROSS & SAUNDERS
ATTORNEYS AT LAW
SUITE 611 WM. FOX BLDG.
608 SOUTH HILL STREET
LOS ANGELES 14, CALIFORNIA
TRINITY 0558

SC85

16

1  can be developed or produced thereon is reasonably required to

2  supply the necessary and reasonable requirements of said lands

3  of the defendants and the right to all of the water.

4                                   V

5       That the defendants are informed and believe and, there-

6  fore, allege that the defendants' predecessors in interest in

7  said lands have caused to be posted and have caused to be re-

8  corded notice of appropriation of water from the Santa Margarita

9  River and its tributaries that run through defendants' real prop-

10  erty, and that ever since said appropriation the defendants'

11  predecessors in interest have used such waters for such purposes,

12  and that their use of such waters has been continuous, open and

13  notorious and under a claim of right; and that plaintiff acquired

14  the lands now owned by plaintiff, as alleged in said complaint,

15  with notice of the said rights of defendants and their predeces-

16  sors in interest, and that any rights which the plaintiff may

17  have to the use of water from said Santa Margarita River, or its

18  tributaries, are subject to said rights of defendants.

19                                  VI

20       That all of the water developed and produced on the

21  lands of the defendants, whether by direct extraction from the

22  Santa Margarita River or its tributaries or from wells sunk to

23  the underlying strata, is reasonably required to supply the

24  reasonable requirements of said lands; and the rights to all of

25  said water and water supply, both present and potential, belong

26  to these defendants and to ERNEST LOUIS BARBEY and ESSIE BEULAH

27  BARBEY, and their right and title thereto is paramount to any

28  right or claim of right which plaintiff has or may have therein.

29                                 VII

30       That the defendants are the owners of riparian water

31  rights and the right to take a reasonable quantity of water from

32  the Santa Margarita River and its tributaries for beneficial

HAHN, ROSS & SAUNDERS
ATTORNEYS AT LAW
SUITE 611 WM. FOX BLDG.
608 SOUTH HILL STREET
LOS ANGELES 14, CALIFORNIA
TRINITY 0958

9086

17

1  use of defendants' said riparian lands; and the defendants are
2  the owners of the right to take from said stream and its tribu-
3  taries and from said strata of underground percolating water,
4  or from any of said sources, all of the water necessary for the
5  reasonable beneficial use of their said lands and to take a
6  reasonable acre feet per annum; that said right of defendants is
7  correlative with the right of the plaintiff to take a reasonable
8  amount of water from said Santa Margarita River for reasonable,
9  beneficial and riparian uses on plaintiff's riparian land; and
10 these defendants are informed and believe and, therefore, allege
11 that the amount of water necessary for reasonable and beneficial
12 uses on plaintiff's lands does not exceed 2500 acre feet per
13 annum.  That as to all other rights and claims of rights of
14 plaintiff in and to the waters of said Santa Margarita River
15 or its tributaries  are subject to, and the rights of these
16 defendants are paramount thereto.

19     WHEREFORE, defendants pray:
20     1.  That the plaintiff take nothing by its action.
21     2.  That these defendants be found and be declared to
22 be the owners as against the plaintiff herein of a prior and
23 paramount right to all the waters and water supply of a reasonable
24 amount of water for the use of their lands.
25     3.  That the defendants be found and declared to be
26 the owners as against the plaintiff of a right to take and apply
27 to the beneficial use of defendants' land a reasonable amount
28 of water of the Santa Margarita River and its tributaries, a
29 reasonable amount of water or of percolating water underlying
30 defendants' land, for a reasonable amount of acre feet of water
31 per annum, and that as against all other rights and claims of
32 rights of plaintiff to the waters of the Santa Margarita River

HAHN, ROSS & SAUNDERS
ATTORNEYS AT LAW
SUITE 611 WM. FOX BLDG.
608 SOUTH HILL STREET
LOS ANGELES 14, CALIFORNIA.
TRINITY 0958

9987

1  and its tributaries, that the rights of these defendants be
2  declared prior and paramount thereto.
3        4.  That these defendants have judgment for their
4  costs incurred herein, and for such other relief as the Court
5  shall deem just and proper in the premises.

6                        HAHN, ROSS & Saunders

7                        Attorneys for Answering Defendants
                         BILL E. MAUZEY, SR., and
8                        ONA FAYE MAUZEY

9

10

11     E. LOYD SAUNDERS, of counsel.

HAHN, ROSS & SAUNDERS
ATTORNEYS AT LAW
SUITE 611 WM. FOX BLDG.
608 SOUTH HILL STREET
LOS ANGELES 14, CALIFORNIA
TRINITY 0958

9088

Subscribed and sworn to before me this 30th

day of ____ January ____ 19 52

_JUNE KNORR_
Notary Public in and for said County and State of California

(SEAL)

_BILL E. MAUZY, JR._

[AFFIDAVIT OF SERVICE BY MAIL—1013a, C.C.P.]

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

__ESTHER R. GROTSKY__ being first duly sworn says: That affiant is a citizen of the
United States and a resident of the county aforesaid; that affiant is over the age of eighteen years and is not a party to the
within above entitled action; that affiant's ____ business ____ address is

____608 South Hill Street, Los Angeles 14, California,____

that on the ____ 31st ____ day of ____ January, ____ 1952 ____ affiant served
the within ____ Answer to Complaint ____

on the ____ plaintiff ____ in said action by placing a true copy thereof in an envelope
addressed to the attorney of record for said ____ Plaintiff ____ at the
office address of said attorney, as follows:

Ernest A. Tolin, U. S. Attorney
Betty Marshall Graydon, Assistant United States Attorney,
1405 Fifth Avenue, Room 301
San Diego California,

and by then sealing said envelope and depositing the same with postage thereon fully prepaid, in the United States mail at the
city where is located the office of the attorney ** for the person by and for whom said service was made.
That there is a delivery service by United States mail at the place so addressed ** there is a regular communication by
mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 31st

day of ____ January ____ 19 52

_JUNE KNORR_
Notary Public in and for said County and State of California
(SEAL)

_ESTHER R. GROTSKY_

9089

** Here quote from envelope name and address of addressee.
** When the letter is addressed to a post office other than where mailed from, strike out "and" when addressed to the same city,
where mailed from, strike out "is".

COPY RECEIVED