```
                    IN THE UNITED STATES DISTRICT COURT
                 IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
                                 SOUTHERN DIVISION
```

UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff,          )    NO.   1247-SD
                                    )
        v.                          )    AFFIDAVIT OF SERVICE BY MAIL
FALLBROOK PUBLIC UTILITY DISTRICT,  )
a public service corporation of the )
State of California; JOSEPH HOSANG  )
and RUTH L. HOSANG Defendant(s)     )
        ET AL.,                     )
UNITED STATES OF AMERICA            )
                                    )  ss.
SOUTHERN DISTRICT OF CALIFORNIA     )

**FILED**

JAN 31 1952

EDMUND L. SMITH, Clerk
By /s/ _____
         DEPUTY CLERK

   Barbara V. Doe, being first duly sworn, deposes and says:

   That (s)he is a citizen of the United States and a resident of San Diego County, California; that (his) (her) business address is 1405 Fifth Avenue, San Diego 1, California; that (s)he is over the age of eighteen years, and is not a party to the above-entitled action;

   That on January 31, 1952, (s)he deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION OF JOSEPH HOSANG AND RUTH L. HOSANG TO DISMISS, AND MAKE MORE DEFINITE, AND TO STRIKE

addressed to   Halverson and Halverson, 611 Financial Center Bldg., 704 South
               Spring Street, Los Angeles 14, California

his last known address, at which place there is a delivery service of mail from the United States Post Office.

                                        /s/ Barbara V. Doe
                                        Barbara V. Doe

SUBSCRIBED and SWORN to before me,

this 31st day of January, 1952.

EDMUND L. SMITH, CLERK,
U. S. District Court
Southern District of California

By /s/ Emily V. Vila
              Deputy

746