IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Kenneth W. Long
Name
P.O. Box 685
Address
Fallbrook  California
City    and    State
7205
Telephone Number

Defendant

UNITED STATES OF AMERICA, )
                          )
              Plaintiff,  )
                          )
          vs.             )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
              Defendants, )

Comes now the defendant(s) Kenneth W. Long

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Kenneth W. Long*

FILED
FEB 8 - 1952
EDMOND L. SMITH, Clerk
DEPUTY CLERK

9030