IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Royal Hibbard
Address: 1305 North Rose Avenue
City and State: Compton, California
Telephone Number: Newmark 17776

Defendant

RECEIVED
JAN 31 1952
U. S. ATTORNEY
SAN DIEGO, CALIF.

UNITED STATES OF AMERICA )
)
              Plaintiff,  )
                          )
          vs.             )  No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
              Defendants, )

Comes now the defendant(s) ROYAL HIBBARD

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Royal Hibbard

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _____
   DEPUTY CLERK

9092