IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  *Judy Hibbard*
   Name

2  *1305 North Rose Ave.*
   Address

3  *Compton 2 California*
   City    and    State

4  *Newmark 17776*
   Telephone Number

5
6                    Defendant

RECEIVED

JAN 31 1952

U. S. ATTORNEY
SAN DIEGO, CALIF.

8  UNITED STATES OF AMERICA        )
9                    Plaintiff,    )
10           vs.                   )    No. 1247
11  FALLBROOK PUBLIC UTILITY       )
    DISTRICT, et al.,              )
12                   Defendants,   )

14  Comes now the defendant (s) *Judy Hibbard*

16  and for himself or themselves alone and  answering  plaintiff's  complaint  on

17  file, herein denies (deny) each and every material allegation contained therein.

                            *Judy Hibbard*

FILED

FEB 1 - 1952

EDMUND L. SMITH, Clerk

By _____
        DEPUTY CLERK

S091