RECEIVED
JAN 30 1952
U. S. ATTORNEY
SAN DIEGO, CALIF.

Jan. 28, 1952
Rt 1  Box 156,
Romoland, Calif

Walter S. Binns,
United States Attorney,

Betty Marshall Graydon,
United States Attorney, Assistant.

Gentlemen:

In answer to your summons regarding the United States vs Fallbrook Public Utility District we wish to state the following:
> We are using water which rightfully belongs to us, the same being water taken from 40' well. This water is used for domestic purposes, family garden and poultry.

Respectfully yours,

Norbert A. McElwain
N. A. McElwain

Emily McElwain
Emily McElwain

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
DEPUTY CLERK

S165