IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Daniel John Rooney
Name
5742 Burnham ave
Address
Buena Park, Cal.
City and State
_____
Telephone Number

Defendant

FILED

FEB 1 - 1952

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
       vs.               )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s) D. J. Rooney

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

D. J. Rooney

9105