IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

JULIA T. SMITH
Name
1185 E 9th STREET
Address
LONG BEACH, CALIFORNIA
City and State
75361
Telephone Number

Defendant

FILED

FEB 1 - 1952

EDMUND L. SMITH, Clerk
By Emily T. Vela
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) JULIA T. SMITH,

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Julia T. Smith