IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mary L. Barnett
Name
Route 2 Box 201
Address
Fallbrook, California
City and State
Pala 2701
Telephone Number

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) MARY L. BARNETT, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Mary L. Barnett