Glenn E & Lucille Parry
Name
Rt 2 Box 192
Address
Elsinore Calif
City    and    State

_____
Telephone Number

Defendant

FILED

FEB 1 - 1952

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA
                    Plaintiff,
          vs.                        No. 1247
FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,
                    Defendants,

Comes now the defendant (s) __Glenn E. and Lucille Parry,
sued herein_____
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

    Glenn E Parry
    Lucille Parry

9109