IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Dorotha Begien and Raymond E. Begien
Address: P.O. Box 343
City and State: Fallbrook, California
Telephone Number: 7277

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) Dorotha Begien, sued herein and Raymond E. Begien, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Dorotha Begien*
*Raymond E. Begien*

9110