IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Isabelle A. Berger**
Name
**P.O. Box 25**
Address
**De Luz, California**
City and State
**None**
Telephone Number

Defendant

FILED

FEB 1 - 1952

EDMUND L. SMITH, Clerk
By _Emily T. Vila_
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
       Plaintiff, )
)
  vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
      Defendants, )

  Comes now the defendant (s) **ISABELLE A. BERGER, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

            _Isabelle A Berger_

9111