IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

<u>Lionel R. Bernardin and Delia L. Bernardin</u>
           Name
<u>Route 2  Box 12</u>
           Address
<u>Fallbrook, California</u>
      City     and     State
<u>7235</u>
      Telephone Number

Defendant

FILED

FEB 1 - 1952

EDMUND L. SMITH, Clerk
By _____
         DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
           Plaintiff,     )
                          )
      vs.                 )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
           Defendants,    )

Comes now the defendant(s) <u>LIONEL R. BERNARDIN, sued herein</u> <u>and DELIA L. BERNARDIN, sued herein</u>
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Lionel R Bernardin*
*Delia L Bernardin*

9112