IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**William Ward Birt**
Name
**P.O. Box 755**
Address
**Fallbrook, California**
City and State
**410**
Telephone Number

Defendant

FILED

FEB 1 - 1952

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
               Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
               Defendants, )

Comes now the defendant(s) **WILLIAM WARD BIRT, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*William Ward Birt*

S113