IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Henry E Blackford
Name
P.O. 65
Address
Wildomar Calif
City and State
Phone Grand 3918
Telephone Number

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By Camily D. Vla
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )      No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Henry E Blackford

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Henry E Blackford

8114