IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Eleanor P. Blackford
Address: P.O. Box 63
City and State: Wildomar, Calif.
Telephone Number: Grand 3280

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _Emily V. Vilas_
DEPUTY CLERK

Defendant

UNITED STATES OF AMERICA )
                          )
                Plaintiff, )
                          )
        vs.               )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
                Defendants,)

Comes now the defendant (s) _Eleanor P. Blackford_
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Eleanor P. Blackford_

9164