IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Deane A. Bottorff and May Bottorff
  Name
5607 Naples Canal
  Address
Long Beach, California
  City and State
None
  Telephone Number

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _____
  DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
     vs.                 )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s) DEANE A. BOTTORFF, sued herein and MAY BOTTORFF, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Deane Bottorff*
*May Bottorff*

9093