IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mabel Bridenbaugh
Name
2609 N. Merced Ave.,
Address
El Monte, Calif.
City and State
Forest 8-6748
Telephone Number

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                          )
              Plaintiff,  )
                          )
         vs.              )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
              Defendants, )

Comes now the defendant (s) __Mabel Bridenbaugh__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Mabel Bridenbaugh*