IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: **Chester Cassel**
Address: **194 Palmitto Drive**
City and State: **Pasadena 2, California**
Telephone Number: **Sycamore 51501**

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant(s) **CHESTER CASSEL, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Chester Cassel*

8095