IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Dorothy B. Clemons and** James F. Clemons
Name
**P.O. Box 33**
Address
**Fallbrook, California**
City and State
**428**
Telephone Number

Defendant

FILED

FEB 1 - 1952

EDMUND L. SMITH, Clerk
By _Connely_
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, et al., ) | |
| ) Defendants, ) | |

Comes now the defendant (s) **DOROTHY B. CLEMONS, sued herein and JAMES F. CLEMONS, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Dorothy B. Clemons*
*James F. Clemons*

9097