IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Dale Damron
Name
Route 1  Box 6-D
Address
Fallbrook, California
City and State
7215
Telephone Number

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By Conley De Vela
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) **DALE DAMRON, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Dale Damron*

9098