IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Roger DeMaggio and Jannie DeMaggio
Name
Route 2  Box 202
Address
Fallbrook, California
City   and   State
None
Telephone Number

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __ROGER DELMAGGIO, sued herein and JENNIE DE MAGGIO, sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Jennie De Maggio
Roger DeMaggio

9099