IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

<u>Lillian L. Divine and (Harry J. Divine, Deceased)</u>
Name
<u>Route 1  Box 159</u>
Address
<u>Romoland, California</u>
City    and    State
<u>None</u>
Telephone Number

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _____
    DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
             Plaintiff,  )
                         )
        vs.              )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant (s) <u>LILLIAN L. DIVINE, sued herein and (HARRY J. DIVINE, DECEASED, sued herein)</u> and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Lillian L. Divine*
*Harry J. Divine (deceased)*

9100