IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: David C. Donath
Address: P.O. Box 181
City and State: Fallbrook, California
Telephone Number: None

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
  Plaintiff, )
vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
  Defendants, )

Comes now the defendant (s) **DAVID C. DONATH, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ David Curtis Donath

9101