IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

KATHRYN JANE DONATH
Name
P.O. Box 161
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,  )
　　　　　　　　　　　　　　)
　　vs.　　　　　　　　　　 )   No. 1247
　　　　　　　　　　　　　　)
FALLBROOK PUBLIC UTILITY   )
DISTRICT, et al.,          )
　　　　　　　　　　　　　　)
　　　　　　　　Defendants, )

　　Comes now the defendant (s) KATHRYN JANE DONATH, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

　　　　　　　　　　　　　　　　　　　Kathryn Jane Donath

9102