Case 3:51-cv-01247-JO-SBC   Document 1271   Filed 02/01/52   PageID.2905   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Robert E. Dorland
P. O. Box 112, Riverside Co
Temecula, Calif.
Name

Address

City     and     State

Telephone Number

Defendant

FILED

FEB 1 - 1952

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1247 |
| ) | |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| ) | |
| Defendants, ) | |

Comes now the defendant (s) _Robert E. Dorland_
_P. O. _____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_/s/ Robert E. Dorland_

9103