IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1

2  **J. P. Egan**
   Name
3  **Route 1  Box 265**
   Address
4  **Fallbrook, California**
   City   and   State
5  **None**
   Telephone Number
6
          Defendant
7

8   UNITED STATES OF AMERICA )
9                            )
              Plaintiff,     )
10                           )
              vs.            )        No. 1247
11                           )
    FALLBROOK PUBLIC UTILITY )
12  DISTRICT, et al.,        )
                             )
13            Defendants,    )

14    Comes now the defendant (s)_____ **J. P. EGAN, sued herein**

15  _____

16  and for himself or themselves alone and answering plaintiff's complaint on

17  file, herein denies (deny) each and every material allegation contained therein.

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

F I L E D

FEB 1 - 1952

EDMUND L. SMITH, Clerk
By _____
        DEPUTY CLERK

9104