IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1

Ann R. Egan
      Name

2

Route 1  Box 265
      Address

3

Fallbrook, California
  City  and  State

4

None
   Telephone Number

5

Defendant

6

7

**F I L E D**

FEB 1 - 1952

EDMUND L. SMITH, Clerk
By _Emily V. Vila_
     DEPUTY CLERK

8

UNITED STATES OF AMERICA    )

9

         Plaintiff, )

10

      vs.       )   No. 1247

11

FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,        )

12

      Defendants, )

13

14

Comes now the defendant (s) **ANN R. EGAN, sued herein**

15

16

and for himself or themselves alone and answering plaintiff's complaint on

17

file, herein denies (deny) each and every material allegation contained therein.

18

19

_Ann R Egan_

20

21

...

32

9155