IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Leta E. Evans
Name

Route 1 Box 168
Address

Romoland, California
City and State

None
Telephone Number

Defendant

FILED

FEB 1 - 1952

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA     )
                             )
                  Plaintiff, )
                             )
         vs.                 )   No. 1247
                             )
FALLBROOK PUBLIC UTILITY     )
DISTRICT, et al.,            )
                             )
                 Defendants, )

Comes now the defendant (s) __LETA E. EVANS, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Leta E Evans*

9156