IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

George M. Felton and Mildred Felton

Route 2 Box 294-A

Fallbrook, California

None City and State
Telephone Number

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants. )

Comes now the defendant(s) GEORGE M. FELTON, sued herein and MILDRED FELTON, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*George M Felton*
*Mildred Felton*

8157