IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ruth Felton
_____
Name
Route 2   Box 64-A
_____
Address
Fallbrook, California
_____
City     and     State
None
_____
Telephone Number

Defendant

FILED

FEB 1 – 1952

EDMUND L. SMITH, Clerk
By _Emily V. Vale_
DEPUTY CLERK

UNITED STATES OF AMERICA        )
                                )
                     Plaintiff, )
                                )
            vs.                 )        No. 1247
                                )
FALLBROOK PUBLIC UTILITY        )
DISTRICT, et al.,               )
                                )
                    Defendants, )

Comes now the defendant (s) ~~RUTH FELTON, sued herein~~

_____

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

_Ruth Felton_
_____

9158