IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

PEGGY LOU FOSTER and GORDON C. FOSTER
    Name
Route 2  Box 35
    Address
Fallbrook, California
City   and   State
7212
    Telephone Number

    Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _Emily_ _Vila_
    DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
        vs.              )  No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant(s) PEGGY LOU FOSTER, sued herein and GORDON C. FOSTER, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Peggy-Lou Foster*
*Gordon C. Foster*

9160