IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Coral G. Gledhill
Name
2049 Primrose Avenue
Address
So. Pasadena, California
City    and    State
Sycamore 9-2729
Telephone Number
Defendant

F I L E D

FEB 1 - 1952

EDMUND L. SMITH, Clerk

By _Emily V. Viles_
DEPUTY CLERK

UNITED STATES OF AMERICA )
                          )
                Plaintiff, )
                          )
          vs.             )     No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
              Defendants, )

Comes now the defendant (s) CORAL G. GLEDHILL, sued herein

_____

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

_Coral G. Gledhill_
_____

8161