IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Richard B. Goss
Address: Route 1 Box 60
City and State: Vista, California
Telephone Number: 93751

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
          Plaintiff,     )
    vs.                  )  No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
          Defendants,    )

Comes now the defendant (s) **RICHARD B. GOSS, sued herein as DOE THREE HUNDRED NINETY NINE** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Richard B. Goss

9162