IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Clara Ellis Gracey**
Name
**710 East Grand**
Address
**Escondido, California**
City and State
**None**
Telephone Number

Defendant

FILED

FEB 1 - 1952

EDMUND L. SMITH, Clerk
By _Connley_ _D._ _Viles_
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) **CLARA ELLIS GRACEY, sued** herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Clara Ellis Gracey*

9163