IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Martin J. Grammer
Address:
City and State: Warner Springs, Calif.
Telephone Number:

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By Emily V. Vila
DEPUTY CLERK

UNITED STATES OF AMERICA, )
            Plaintiff, )
      vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
            Defendants, )

Comes now the defendant (s) Martin J. Grammer

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Martin J. Grammer
Warner Springs, Calif.

S140