IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: John Gregor
Address: General Delivery
City and State: Vista, California
Telephone Number: None

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _Emily T. Vila_
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
     vs.                 )    No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant (s) **JOHN GREGOR, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_John Gregor_

9142