IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Orville T. Grow and Della V. Grow
Address: Route 2 Box S-188
City and State: Elsinore, California
Telephone Number: None

Defendant



FEB 1 – 1952

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA,
　　　　　　Plaintiff,
　　vs.　　　　　　　　　　　　　No. 1247
FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,
　　　　　　Defendants,

Comes now the defendant (s) **ORVILLE T. GROW, sued herein and DELLA V. GROW, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

　　　　　　　　　　　Orville T. Grow
　　　　　　　　　　　Della V. Grow

9143