IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: George Haworth and Laura E. Haworth
Address: Route 1 Box 22
City and State: Wildomar, California
Telephone Number: None

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By Emily V. Vila
DEPUTY CLERK

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITIES DISTRICT, et al.,
    Defendants,

No. 1247

Comes now the defendant (s) **GEORGE HAWORTH, sued herein and LAURA E. HAWORTH, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*George Haworth*
*Laura E. Haworth*

9144