IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Howard Inglish
Address: Route 1, Box 63
City and State: Fallbrook, California
Telephone Number: 368

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
        vs.              )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant(s) __HOWARD INGLISH, sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Howard Inglish* (signature)

9145