IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Minna Jave**
Name

**P.O. Box 29**
Address

**De Luz, California**
City and State

**None**
Telephone Number

Defendant

FILED

FEB 1 - 1952

EDMUND L. SMITH, Clerk
By *Emily D. Vila*
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

Comes now the defendant (s) **MINNA JAVE, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Minna Jave*

9146