IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Harvey N. Laughlin
Address: Route 2  Box 239-B
City and State: Fallbrook, California
Telephone Number: None

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _Crumley F. Vila_
DEPUTY CLERK

UNITED STATES OF AMERICA, )
            Plaintiff,    )
       vs.                )   No. 1247
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
            Defendants,   )

Comes now the defendant(s) __HARVEY N. LAUGHLIN, sued__ herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Harvey N. Laughlin_

9147