IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Harry A. Lewis, Jr.
Name
P.O. Box 788
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __HARRY A. LEWIS, Jr., sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Harry A. Lewis Jr.*

9148