IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Victor C. Lord and Marion T. Lord
Name
Route 2  Box 155
Address
Elsinore, California
City   and   State
Grand 313
Telephone Number

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _Cecily V. Vila_
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant(s) **VICTOR C. LORD, sued herein and MARION T. LORD, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Victor C. Lord_
_Marion T. Lord_

9149