IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

```
 1 | Barbada Morton Crandall, Or Aka Barbada Scott Morton, or Aka Barbada
   |                Name                                       Morton Inglish
 2 |   Route 1   Box 63
   |           Address
 3 |   Fallbrook, California
   |    City    and    State
 4 |   368
   |        Telephone Number
 5 |             Defendant
```

FILED

FEB 1 - 1952

EDMUND L. SMITH, Clerk
By _Emily V. Vila_
          DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
           Plaintiff,    )
                         )
      vs.                )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
           Defendants,   )

Comes now the defendant (s) BARBADA MORTON CRANDALL or AKA BARBADA SCOTT MORTON or AKA BARBADA MORTON INGLISH, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Barbada Morton Crandall_
AKA _Barbada Scott Morton_
AKA _Barbada Morton Inglish_

9150