IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

C. N. Liefer
**Name**
PO Box 242
**Address**
Temecula   Calif
**City  and  State**

**Telephone Number**

**Defendant**

FILED

FEB 1 - 1952

EDMUND L. SMITH, Clerk
By Emily D. Vila
DEPUTY CLERK

UNITED STATES OF AMERICA )
 )
    Plaintiff, )
 )
vs. )   No. 1247
 )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
 )
    Defendants, )

Comes now the defendant (s) C. N. & Viola S. Liefer

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

C. N. Liefer
Viola S. Liefer

S151