IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Brice H. Mack**
Name
**Star Route 1   Box 64**
Address
**Fallbrook, California**
City and State
**7382**
Telephone Number

Defendant

FILED

FEB 1 - 1952

EDMUND L. SMITH, Clerk
By _Emily T. Vida_
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __BRICE H. MACK, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Brice H Mack_

8152