IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Harriet P. Mack
Address: Star Route 1 Box 64
City and State: Fallbrook, California
Telephone Number: 7382

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
           Plaintiff,    )
                         )
    vs.                  )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
           Defendants,   )

Comes now the defendant (s) HARRIET P. MACK, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Harriet P. Mack*

9153