IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

John A. Meyer and Mary E. Meyer
_____
Name
344 South Arroyo Drive
_____
Address
San Gabriel, California
_____
City      and      State
A.T. 9-4587
_____
Telephone Number

Defendant

F I L E D

FEB 1 - 1952

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA     )
                             )
                Plaintiff,   )
                             )
        vs.                  )      No. 1247
                             )
FALLBROOK PUBLIC UTILITY     )
DISTRICT, et al.,            )
                             )
                Defendants,  )

Comes now the defendant (s) __JOHN A MEYER, sued herein__

__and MARY E. MEYER, sued herein__

and for himself or themselves alone and  answering  plaintiff's  complaint  on

file, herein denies (deny) each and every material allegation contained therein.

John A. Meyer
Mary E. Meyer

9154