IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

A. C. Mohlenhoff and Violet S. Mohlenhoff
Name
Star Route 5 W
Address
Hemet, California
City and State
_____
Telephone Number

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) A. C. MOHLENHOFF, sued herein and VIOLET S. MOHLENHOFF, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

A. C. Mohlenhoff
Violet S. Mohlenhoff

9126