IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Delmar Perigo**
Name
**P.O. Box 603**
Address
**Fallbrook, California**
City and State
**7047**
Telephone Number

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) **DELMAR PERIGO, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Delmar Perigo*

9127