IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Marie L. Richie
Name
Star Route -Box 54
Address
Hemet, California
City    and    State
None
Telephone Number

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA     )
                             )
                  Plaintiff, )
                             )
       vs.                   )   No. 1247
                             )
FALLBROOK PUBLIC UTILITY     )
DISTRICT, et al.,            )
                             )
                 Defendants, )

Comes now the defendant (s) __MARIE L. RICHIE, SUED HEREIN__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Marie L. Richie

9129