IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Alma C. Robertson
Name

_____
Address

Winchester, California
City and State

None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
                  Plaintiff, )
      vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
                Defendants, )

Comes now the defendant(s) **ALMA C. ROBERTSON, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Alma C. Robertson*

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _Emily V. Vila_
DEPUTY CLERK

8131