IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Charles A. Schneider
Name
Route 2  Box 187-A
Address
Elsinore, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) **CHARLES A. SCHNEIDER, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Charles A. Schneider*

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By *Emily T. Vila*
DEPUTY CLERK

9132