IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Louise LeFevre Schneider (Same As Louise LaFever Schneider)
Name
Route 2  Box 187-A
Address
Elsinore, California
City and State
None
Telephone Number

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA,           )
                                    )
                        Plaintiff,  )
                                    )
            vs.                     )   No. 1247
                                    )
FALLBROOK PUBLIC UTILITY            )
DISTRICT, et al.,                   )
                                    )
                        Defendants, )

Comes now the defendant (s) LOUISE LE FEVRE SCHNEIDER, (Louise LaFever Schneider) and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Louise Le Fevre Schneider*

8133