IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Walter C. Schneider and Marianne Schneider
_Name_
P.O. Box 522
_Address_
Fallbrook, California
_City and State_
None
_Telephone Number_

Defendant

FILED

FEB 1 - 1952

EDMUND L. SMITH, Clerk
By _[signature]_
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
                Plaintiff, )
                         )
        vs.              )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
                Defendants, )

Comes now the defendant (s) <u>WALTER C. SCHNEIDER, sued</u> herein <u>and MARIANNE SCHNEIDER, sued herein</u> and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Walter C. Schneider_
_Marianne Schneider_

S134