IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: M. D. Smiley
Address: General Delivery
City and State: Fallbrook, California
Telephone Number: 7867

Defendant

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant (s) M. D. SMILEY, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*[Signature: M. D. Smiley]*

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By ................ DEPUTY CLERK

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By ...............

9135