IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Leon J. Servel and Clementine C. Servel**
Name
**Route 2  Box 37**
Address
**Murrieta, California**
City and State
**514**
Telephone Number

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _Emily_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) **LEON J. SERVEL, sued herein and CLEMENTINE C. SERVEL, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Clementine C. Servel_
_Leon J. Servel_
_L. J. Servel_

9136