IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Jane H. Smiley**
Name
**General Delivery**
Address
**Fallbrook, California**
City and State
**7267**
Telephone Number

Defendant

FILED

FEB 1 - 1952

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
            )
         Plaintiff, )
            )
     vs.         )   No. 1247
            )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
            )
       Defendants, )

Comes now the defendant (s) **JANE H. SMILEY, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Jane H. Smiley

9137