IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: George C. Smith

Address:

City and State: Borrego Springs, California

Telephone Number: None

Defendant

FILED

FEB 1 - 1952

EDMUND L. SMITH, Clerk
by _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
) 
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) **GEORGE C. SMITH, sued herein as DOE NINE HUNDRED SIXTEEN** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*George C. Smith*

S138