IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Earle E. Soudan and Dorothy Soudan
Name

Route 2 Box 219
Address

Fallbrook, California
City and State

None
Telephone Number

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By Emily V. Vica
   DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
        vs.              )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant (s) **EARLE E. SOUDAN,** sued herein and **DOROTHY SOUDAN,** sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Earle E. Soudan*
*Dorothy Soudan*

9139