IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

William W. Sutter, Jr. and Elaine Sutter
Name
P.O. Box 738
Address
Elsinore, California
City and State
None
Telephone Number

Defendant

FILED

FEB 1 - 1952

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
                    Plaintiff, )
)
        vs.                    )   No. 1247
)
FALLBROOK PUBLIC UTILITY       )
DISTRICT, et al.,              )
)
                    Defendants, )

Comes now the defendant (s) **William W. Sutter, Jr. and Elaine Sutter, sued herein**
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Wm. W. Sutter Jr.*
*Elaine Sutter*

9116