IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Val C. & Ardrenna Thrithart
Address: Route 2, Box 16
City and State: Elsinore, Calif.
Telephone Number: Main 2713

Defendant

FILED

FEB 1 - 1952

EDMUND L. SMITH, Clerk
By _Crisely V. Vila_
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Val C. & Ardrenna Thrithart

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Val C. Thrithart*
*Ardrenna Thrithart*

9115