IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Joseph Russell Tobin
Name

Address
Aguanga, California
City and State

None
Telephone Number

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) **JOSEPH RUSSELL TOBIN, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Joseph Russell Tobin*

9117