IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ollie E. Watson
Name
P.O. Box 253
Address
Oceanside, California
City and State
Murrieta, California
Telephone Number

Defendant

FILED

FEB 1 - 1952

EDMUND L. SMITH, Clerk
By _Emily T. Vida_
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) **OLLIE E. WATSON, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Mrs. Ollie E. Watson_

3119