IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Harold R. Wickerd
Phronia P Wickerd
_____Name_____
P.O. Box 75
_____Address_____
Wildomar Calif.
__City___ and __State__
Grand 651
___Telephone Number___

Defendant

FILED

FEB 1 - 1952

EDMUND L. SMITH, Clerk
By _Corniey D. Vila_
          DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    No. 1247

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

    Defendants.

Comes now the defendant (s) HAROLD R. WICKERD +
PHRONIA P. WICKERD
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Harold R. Wickerd
Phronia P Wickerd

9120