IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

RUBY M. WILEY and LEO J. WILEY
Name
5643 Mission
Address
RIVERSIDE, CALIFORNIA
City   and   State
_____
Telephone Number

Defendant

FILED

FEB 1 - 1952

EDMUND L. SMITH, Clerk
By  Emily V. Vila
       DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) RUBY M. WILEY, sued herein and LEO J. WILEY, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Leo J. Wiley*
*Ruby M. Wiley*

9121