IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  Glenn W. Wray
       Name
2  P.O. Box 149
       Address
3  Fallbrook, California
     City  and  State
4  7200
     Telephone Number
5
6           Defendant

FILED

FEB 1 - 1952

EDMUND L. SMITH, Clerk
By _____
        DEPUTY CLERK

8  UNITED STATES OF AMERICA    )
9                              )
              Plaintiff,       )
10                             )
         vs.                   )  No. 1247
11                             )
   FALLBROOK PUBLIC UTILITY    )
12 DISTRICT, et al.,           )
                               )
13           Defendants,       )

14     Comes now the defendant(s) __GLENN W. WRAY, sued herein__

16 and for himself or themselves alone and answering plaintiff's complaint on
17 file, herein denies (deny) each and every material allegation contained therein.

                                    /s/ Glenn W. Wray

9122