IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Genevieve E. Wray
Name
P.O. Box 149
Address
Fallbrook, California
City and State
7800
Telephone Number

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By Emily V. Vila
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant (s) **GENEVIEVE E. WRAY, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Genevieve E. Wray

9123