IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Julia M. Young
Name
Box 2
Address
Winchester, California
City and State
None
Telephone Number

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _Emily T. Vila_
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
   Plaintiff, )
)
        vs.     )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
   Defendants, )

Comes now the defendant (s) __JULIA M. YOUNG, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Julia M. Young_

9124