IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Louis B. Ziegler and Nell J. Ziegler
Name
P.O. Box 206
Address
Hemet, California
City and State
None
Telephone Number

Defendant
FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

    Defendants.

No. 1247

Comes now the defendant(s) Louis B. Ziegler, sued herein and Nell J. Ziegler, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Louis B. Ziegler*
*Nell J. Ziegler*

9125