(SPACE BELOW FOR FILING STAMP ONLY)

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131



FILED

FEB 1 1952

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

Attorneys for Defendant, FALLBROOK PUBLIC
UTILITY DISTRICT

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                              Plaintiff

        Vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of
the State of California, et al.,

                              Defendants

)
)
)  Civil No. 1247-SD
)
)  STIPULATION TO EXTEND TIME
)  FOR DEFENDANT FALLBROOK
)  PUBLIC UTILITY DISTRICT TO
)  FILE OPPOSITION TO PLAIN-
)  TIFF'S MOTION FOR SEPARATE
)  TRIAL AND FOR FILING ANSWER-
)  ING MEMORANDUM OF POINTS
)  AND AUTHORITIES.
)

        IT IS HEREBY STIPULATED by and between counsel for the

defendant FALLBROOK PUBLIC UTILITY DISTRICT and counsel for the

Plaintiff that the defendant FALLBROOK PUBLIC UTILITY DISTRICT

may have additional time to prepare, serve and file its opposi-

tion to the Plaintiff's motion for Separate Trial and to prepare

and file its answering memorandum of points and authorities,

to-wit: that the defendant may have for that purpose until

February 8th, 1952.

        Dated: January 29th, 1952.

IT IS SO ORDERED.

Dated: January 30 1952.

_____
Judge of the U.S. District
Court.

                    SWING, SCHARNIKOW & STANIFORTH

                    BY _____

                    Attorneys for Defendant
                    FALLBROOK PUBLIC UTILITY DISTRICT

                    WILLIAM H. VEEDER
                    Special Assistant to the Attorney
                    General of the United States

                    _____
                    BETTY MARSHALL GRAYDON
                    Assistant United States Attorney
                    Attorneys for the United States of
                    America                        807