IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Bessie M Rooney
Name
5742 Burnham ave
Address
Buena Park, Calif.
City   and   State

_____
Telephone Number

Defendant

FILED
FEB 1 - 1952
EDMUND L. SMITH, Clerk
By _Emily V. Vila_
DEPUTY CLERK

UNITED STATES OF AMERICA   )
                           )
              Plaintiff,   )
                           )
        vs.                )   No. 1247
                           )
FALLBROOK PUBLIC UTILITY   )
DISTRICT, et al.,          )
                           )
              Defendants,  )

Comes now the defendant (s) __Bessie M Rooney__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Mrs. Bessie M Rooney_

9106