IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

S. F. Lyon and Ora C. Lyon
Name
Rt. 2, Box 158
Address
Elsinore, California
City and State
Main 2344
Telephone Number

Defendant

UNITED STATES OF AMERICA

Plaintiff,

vs.

No. 1247

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

Defendants,

FILED
FEB 4 - 1952
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

Comes now the defendant (s) S. F. Lyon and Ora C. Lyon, husband and wife

and for himself or themselves alone and answering plaintiff's complaint on file, herein ~~denies~~ (deny) each and every material allegation contained therein.

/s/ S. F. Lyon
/s/ Ora C. Lyon

9175