1  Howard E. Crandall
   Attorney at Law
2  127 W. Anaheim Boulevard
   Wilmington, California
3  Telephone TE 4-4701
   Attorney for defendants,
4    Joseph A. Denni and
     Grace H. Denni.



FILED

FEB 4 1952

EDMUND L. SMITH, Clerk
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Action |
| Plaintiff, | No. 1247. |
| vs. | ANSWER |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al, | |
| Defendants. | |

Come now the defendants, JOSEPH A. DENNI and GRACE H. DENNI, and severing from their co-defendants in the above-entitled action, admit, deny and allege as follows:

I.

Defendants deny each and every allegation and statement contained in paragraphs II, IV, VIII and IX of plaintiff's complaint, and the whole thereof.

II.

These defendants allege that they are the owners, as joint tenants, of a forty acre tract of land, located in the County of Riverside, State of California, and described as follows:

> The Southwest quarter (SW¼) of the
> Southwest quarter (SW¼) of Section
> twenty-two (22), Township eight (8)

9167

- 1 -

```
 1                South, Range one (1) West, San
 2                Bernardino Base and Meridian, as
 3                shown by United States Survey. Said
 4                real property is also shown on Records
 5                of Survey on file in Book fifteen (15),
 6                at Page eighteen (18) of Records of
 7                Survey, Records of Riverside County,
 8                California.
 9         These defendants allege that they are entitled to appro-
10  priate such waters from the waters which fall upon, or flow over or
11  under their said land, as are necessary for their natural wants,
12  such as to quench thirst, to water cattle or other livestock on
13  their land, for household or culinary purposes and for all necessary
14  purposes in connection with the continued use of their land for dry
15  farming.
16                        III.
17         Further answering plaintiff's complaint, these defendants
18  deny that they have reduced, or contributed to the reduction, of
19  the waters available to plaintiff; and defendants further allege
20  that they have used only such reasonable quantity of water on their
21  own premises as was reasonably necessary and required for the
22  reasonable use, occupation, cultivation and enjoyment of said real
23  property.
24         WHEREFORE, these defendants pray that the plaintiff take
25  nothing by its complaint, and that defendants be hence dismissed
26  with their costs.
27         Dated:  January 30th, 1952.
```

          *Howard E. Crandall* (signature)
          Howard E. Crandall,
          Attorney for defendants,
          Joseph A. Denni and
          Grace H. Denni.

S168

which are therein stated upon his information or belief, and as to those matters that he believes it to be true.

Subscribed and sworn to before me this

31st day of January, 1952

_____

Howard E. Cridall
Notary Public in and for the County of Los Angeles, State of California.
[SEAL]

Received copy of the within _____ this _____ day of _____ 195_

_____
Attorney for

Received copy of the within _____ this _____ day of _____ 195_

_____
Attorney for

(AFFIDAVIT OF SERVICE BY MAIL—1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES, } ss.

Stella H. Hansen, being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of Los Angeles; that affiant is over the age of eighteen years and is not a party to the within and above entitled action; that affiant's business/residence address is

127 West Anaheim Boulevard, Wilmington, California;

that on the 31st day of January, 1952, affiant served the within ANSWER on the Plaintiff in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said Plaintiff at the residence/office address of said attorney, as follows:

Mr. Walter S. Binns
United States Attorney
Federal Building
Los Angeles 12, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States mail at Wilmington, California, where is located the office of the attorney for the person by and for whom said service was made.

That there is delivery service by United States mail at the place so addressed or/and** there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 31st day of January, 1952

Howard E. Cridall
Notary Public in and for the County of Los Angeles, State of California.
(SEAL)

Stella H. Hansen

*Here quote from envelope, name and address of addressee.
**When the letter is addressed to a post office other than "Los Angeles," strike out "and"; when addressed to "Los Angeles," strike out "or."

9169