UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - - -

FILED

FEB 4 - 1952

EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of<br>the State of California, et al,<br><br>　　　　　　　Defendants. | Civil Action File<br>No. 1247-SD Civil<br><br>ANSWER |

　　　　Come now the defendants BENNY DI PRIMA and LILLIAN J. DI PRIMA, by their attorneys, Estudillo and Bucciarelli, and appearing for themselves alone and for no other defendant, answer the complaint on file herein as follows:

　　　　　　　　　　　　　　I

　　　　The said defendants deny any unlawful interference with the rights of the plaintiff to the use of water in the Santa Margarita River. The said defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining averments contained in paragraph I of the said complaint, and therefore deny them.

　　　　　　　　　　　　　　II

　　　　The said defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraphs II, III, IV, V, VI, VII and VIII of the said complaint, and therefore deny each and every averment therein contained.

9170

-1-

40

III

The said defendants deny that they have caused the intrusion of salt water from the Pacific Ocean in the manner set forth in the said complaint, or in any other manner whatsoever, or at all; deny that they have caused the plaintiff irreparable damage or any damage whatever; deny that they have disregarded the rights of the plaintiff, or made any claims in contravention of the rights of the plaintiff; deny that they have claimed any rights except those to which they are lawfully entitled; and deny that they have encroached upon, are now encroaching upon, or threaten to continue to encroach upon any rights of the plaintiff whatever. The said defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining averments contained in the said complaint, and therefore deny them.

WHEREFORE, the said defendants pray that they be hence dismissed with their costs.

ESTUDILLO AND BUCCIARELLI

By _S. Thomas Bucciarelli_
Attorneys for Defendants
Benny Di Prima and
Lillian J. Di Prima

3900 Market Street
Riverside, California
Telephone 0332

G171

-2-

41

UNITED STATES OF AMERICA,
                          Plaintiff      Case
       vs                                       AFFID
FALLBROOK PUBLIC UTILITY DISTRICT, et al
                          Defendants     ANSWER

State of California,
County of Riverside, } ss.

THE UNDERSIGNED, being first duly sworn, says: that affiant is a citizen of the United States and a resident of Riverside County, over the age of eighteen years and not a party to the cause herein; that affiant's business address is

3900 Market Street, Riverside, California

That on the 1st day of February 19 52 affiant served a copy of the attached paper, to-wit

ANSWER

by depositing said copy enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States postoffice mail box at the City of Riverside California, addressed as follows:

Walter S. Binns, U. S. Attorney, and
Betty Marshall Graydon, Asst. U. S. Attorney
1405 Fifth Avenue, Room 301
San Diego, California

That there is either delivery service by United States mail at the place so addressed or regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 1st day of February 19 52

*[Notary signature]*
Notary Public in and for the County of Riverside, State of California

*[signature: Charlotte M. Lytton]*
Signature of Affiant

PEQUEGNAT, County Clerk

9172   Deputy