FILED

FEB 4 1952

EDMUND L. SMITH, Clerk

DEPUTY CLERK

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

UNITED STATES OF AMERICA,
                                    Plaintiff,

            vs

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of
the State of California, Grace W.
COPE, Morris B. COPE, et al
                                    Defendants.

Civil Action File
No. 1247-SD Civil

A N S W E R

To the UNITED STATES OF AMERICA named Plaintiff:

Defendants Grace W. COPE and Morris B. COPE do not have

sufficient knowledge, information, or belief to enable

them to answer the allegations contained in the complaint,

and basing their answer on that ground deny each and every

allegation therein.

Answering defendants have only a beneficial interest

under a trust deed to property a description of which is

attached hereto.

The complaint fails to state a claim against the

answering defendants upon which relief can be granted.

Grace W. Cope, 1651 Beryl St.,
                San Diego 9, Calif.

Morris B. Cope, 1651 Beryl St.,
                San Diego 9, Calif.

9173

24

All that portion of Lot 1, being the Northeast Quarter
of the Northwest Quarter in Section 24, Township 9 South, Range
4 West, San Bernardino Meridian, in the County of San Diego,
State of California, described as follows:

Beginning at a point on the North line of said Lot, which
is distant thereon North 89° 13' 30" West 165 feet from the
Northeast corner of said Lot, said Point of beginning being
the Northwest corner of a portion of said Lot conveyed to
Charles Zimmerman and Emma Zimmerman by deed dated February 8,
1936, and recorded in Book 484, page 87 of Official Records;
thence South 0° 26' West along West line of said land conveyed
to Zimmerman, 557.4 feet to the Southwest corner thereof,
being a point on the North line of a Parcel of land conveyed
to August Zimmerman and wife, by deed dated June 6, 1928, and
recorded in Book 1495, page 258 of Deeds; thence North 89° 13'
30" West along said North line of the last mentioned Parcel
and along the North line of a 10 foot strip of land conveyed
to the aforesaid Charles Zimmerman and Emma Zimmerman, by deed
February 8, 1936 and recorded in Book 484, page 88 of Official
Records, a total distance of 174.94 feet to the Northwest
corner of said 10 foot strip; thence North 0° 26' East along
the Northerly prolongation of the West line of said 10 foot
strip being parallel with the East Line of said Lot, a distance
of 557.4 feet to the North line of said Lot; thence South 89°
13' 30" East along said North line, 174.94 feet to the point of
beginning.

Excepting therefrom that portion lying North of the
following described line:

Beginning at a point on the North line of said Lot, which
is distant thereon North 89° 13' 30" West 165 feet from the
Northeast corner of said Lot, said point of beginning being the
Northwest corner of a portion of said Lot conveyed to Charles
Zimmerman and Emma Zimmerman by deed dated February 8, 1936,
and recorded in Book 484, page 87 of Official Records; thence
South 0° 26' West along the West line of said land conveyed to
Zimmerman, a distance of 444.25 feet to the Southeast corner
of the land described in Parcel 1 in the deed to Fred C. Nielsen,
et ux, recorded April 8, 1948 in Book 3165, page 97 of Official
Records, said point being the true point of beginning; thence
North 89° 13' 30" West along the South line of said Parcel 1 in
said deed to Nielson, 174.94 feet.

9174    25

