RECEIVED
FEB 4 – 1952
U. S. ATTORNEY
SAN DIEGO, CALIF.

Civil Action File No. 1247-Civ

HAZEL A. MARTEL,   )
    Defendent,   )
    V.   )   ANSWER TO COMPLAINT
UNITED STATES OF AMERICA,   )
    Plaintiff   )

FILED
FEB 4 – 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

    I, HAZEL A MARTEL, deny all accusation of wilfull encroachment upon the Camp Joseph Pendleton water supply. Any and all development of a water supply on my land was there upon my land at the time of purchase. The title search of said land gave no history of the Rancho Santa Margarita claim to the water rights as set forth by the Plaintiff. Said land having been granted to the original owners by the United States Homestead Act includes the water lying within the boundaries of the homestead. The development of water being a vital necessity in this semi-arid region.

    I, HAZEL A MARTEL, question the Plaintiff's claim to paramount right to the subsurface water lying beneath land obtained under the United States Homestead Act. I question the Plaintiff's right to forcefully keep me as a legal land owner from my right as a Citizen of the United States from using the subsurface water for the pursuance of the necessities of life and welfare for myself and my family.

    I, HAZEL A MARTEL, pray that the Court keep the rights granted the citizens by the Constitution of the United States in its "Bill of rights" firmly in mind when making a decision in this case.

*Hazel A. Martel*
HAZEL A MARTEL