

FILED
FEB 4 - 1952
EDMUND L. SMITH, Clerk
By ........................
DEPUTY CLERK

County Counsel's Office
Court House
Riverside, California

William O. Mackey
  County Counsel

Wilburn J. Murry
James H. Angell
Maurice C. Sherrill
  Assistants

Telephone: Riverside 4000

IN THE DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,
          Plaintiff,
vs.
FALLBROOK PUBLIC UTILITIES
DISTRICT, et al,
          Defendants.

No. 1247 Civil

S T I P U L A T I O N

It is hereby stipulated by and between the United States of America, Plaintiff, through its Attorney, Betty Marshall Graydon, and the County of Riverside, a Defendant, through its Attorneys, County Counsel's Office, Court House, Riverside, California, William O. Mackey, County Counsel, Wilburn J. Murry, James H. Angell, and Maurice C. Sherrill, Assistants, that said party be granted an extension to the 1st day of April, 1952, in which to answer by way of answer

WILLIAM O. MACKEY
COUNTY COUNSEL
DISTRICT ATTORNEY
COURT HOUSE
RIVERSIDE, CALIFORNIA

or by motion in the above-entitled action.

DATED: February 4, 1952.

UNITED STATES OF AMERICA

By **Betty Marshall Graydon**
Betty Marshall Graydon
Assistant United States Attorney

325 West "F" Street
San Diego 1, California

Telephone: F9-4101

COUNTY OF RIVERSIDE

William O. Mackey
County Counsel

Wilburn J. Murry
James H. Angell
Maurice C. Sherrill
Assistants

By **Wilburn J. Murry**
Wilburn J. Murry
Assistant County Counsel

Court House
Riverside, California

Telephone: 4000

IT IS SO ORDERED.

Date: February 4, 1952.

**Jacob Weinberger**
Judge of U.S. District Court

30:sc
1/31/52

WILLIAM O. MACKEY
COUNTY COUNSEL
DISTRICT ATTORNEY
COURT HOUSE
RIVERSIDE, CALIFORNIA

-2-

800