IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

RECEIVED
DEC 28 1951
U.S. ATTORNEY
SAN DIEGO, CALIF.

Ralph O. Ridenour
Name
1039 Redondo Blvd.
Address
Los Angeles, Calif.
City and State
WA8929
Telephone Number

Defendant

FILED
FEB 5 1952
EDMUND L. SMITH, Clerk
By Emily T. Vila
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Ralph O. Ridenour

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Ralph O Ridenour

STATE OF CALIFORNIA, } ss.
County of Los Angeles }

On This 19th day of December, A.D., 1951, before me, Vera H. Hanson a Notary Public in and for said County and State, personally appeared Ralph O. Ridenour
_____, known to me,
to be the person___ whose name___ is ___ subscribed to the within Instrument, and acknowledged to me that ___he___ executed the same.
In Witness Whereof, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

Vera H. Hanson
Notary Public in and for said County and State.

ACKNOWLEDGMENT — GENERAL — WOLCOTTS FORM 232

My Commission Expires Feb. 17, 1952

9179