IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

RECEIVED
DEC 28 1951
U. S. ATTORNEY
SAN DIEGO, CALIF.

Myrtle E. Ridenour
Name
1039 Redondo Blvd.
Address
Los Angeles, Calif.
City and State
WA 8929
Telephone Number

Defendant

FILED
FEB 5 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

No. 1247

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

Defendants,

Comes now the defendant (s) Myrtle E. Ridenour

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Myrtle E. Ridenour

STATE OF CALIFORNIA
COUNTY OF Los Angeles } SS.

On December 20, 1951 before me, the undersigned, a Notary Public in and for said County and State, personally appeared Myrtle E. Ridenour
known to me to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same.
WITNESS my hand and official seal.

(Seal) Clifton D. Puyton
Notary Public in and for said County and State.
My Commission Expires August 31, 1955.

0176