IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Albert N. Ceas
_____
Name
Route 2  Box 34
_____
Address
Murrieta, California
_____
City   and   State
511
_____
Telephone Number

Defendant

F I L E D

FEB 5  1952

EDMUND L. SMITH, Clerk
By Emily F. Vila
DEPUTY CLERK

UNITED STATES OF AMERICA       )
                               )
                  Plaintiff,   )
                               )
        vs.                    )       No. 1247
                               )
FALLBROOK PUBLIC UTILITY       )
DISTRICT, et al.,              )
                               )
                  Defendants,  )

Comes now the defendant (s) _Albert N. Ceas, sued herein_

_____

and for himself or themselves alone and  answering  plaintiff's  complaint  on

file, herein denies (deny) each and every material allegation contained therein.

Albert N Ceas

RECEIVED

JAN 23 1952
U. S. ATTORNEY
SAN DIEGO, CALIF.

RECEIVED

U. S. ATTORNEY
SAN DIEGO, CALIF.

9177