IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Harriet W. Derby
Address: Rt. 2 Box 265
City and State: Fallbrook, Calif.
Telephone Number: none

Defendant

FILED
FEB 5 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                          )
              Plaintiff,  )
                          )
      vs.                 )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
              Defendants, )

Comes now the defendant _____

herself
and for ~~himself or themselves~~ alone and answering plaintiff's complaint on file, herein denies ~~(deny)~~ each and every material allegation contained therein.

Harriet W. Derby
Doe 108

Sept. 24, 1951

5178