IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: JOSEPHINE FONTANA
Address: 3439 PICKETT ST
City and State: SAN DIEGO CALIF
Telephone Number: JACKSON 6058

Defendant

RECEIVED
JAN 18 1952
U. S. ATTORNEY
SAN DIEGO, CALIF.

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
vs.                      )    No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant (s) JOSEPHINE FONTANA

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Josephine Fontana*

FILED
FEB 5 1952
EDMUND L. SMITH, Clerk
By Emily T. Vila
   DEPUTY CLERK

9180