IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

DOUGLAS J. and OPAL E. GORDON
Name
P.O. Box 151
Address
FALLBROOK, CALIFORNIA
City and State
fallbrook 357
Telephone Number

Defendant

RECEIVED
JUL 30 1951
U. S. ATTORNEY
SAN DIEGO, CALIF.

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) DOUGLAS J. GORDON and OPAL E. GORDON and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Douglas J. Gordon*
*Opal E. Gordon*

FILED
FEB 5 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

9181