IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Elizabeth Houston and Helen I. Houston
Address: Rt. 2, Box 4 A
City and State: Fallbrook, California.
Telephone Number: 7203

Defendant

RECEIVED
JUL 23 1951
U. S. ATTORNEY
SAN DIEGO, CALIF.

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant(s) Elizabeth Houston, (Doe 504) and Helen I. Houston, (Doe 505) and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Elizabeth Houston*
*Helen I. Houston*

FILED
FEB 5 1952
EDMUND L. SMITH, Clerk
By *Emily V. Vila*
       DEPUTY CLERK

S182