IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Clarence H. Jacobs
Name
P O Box 255
Address
Fallbrook, California
City     and     State
460
Telephone Number

Defendant

UNITED STATES OF AMERICA          )
                                  )
                    Plaintiff,    )
                                  )
        vs.                       )    No. 1247
                                  )
FALLBROOK PUBLIC UTILITY          )
DISTRICT, et al.,                 )
                                  )
                    Defendants,   )

Comes now the defendant (s) Clarence H. Jacobs, Doe 528 and Lillian M. Jacobs, Doe 529

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Clarence H Jacobs*
*Lillian M. Jacobs*

RECEIVED
JUL 23 1951
U. S. ATTORNEY
SAN DIEGO, CALIF.

FILED
FEB 5 1952
EDMUND L. SMITH, Clerk
By _____
        DEPUTY CLERK

9183