IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1   Murray S and (Mrs) Mabel L Johnston
                    Name

2   Route 1 Box 230
                Address

3   Fallbrook, California
        City      and      State

4    Fallbrook 7275
          Telephone Number

5                    Defendant

6

7

8   UNITED STATES OF AMERICA        )
                                    )
9                       Plaintiff,  )
                                    )
10              vs.                 )        No. 1247
                                    )
11   FALLBROOK PUBLIC UTILITY       )
     DISTRICT, et al.,              )
12                                  )
                    Defendants,     )
13

14          Comes now the defendant (s) Murray S Johnston and Mrs

15   Mabel L Johnston, son and mother

16   and for ~~himself or~~ themselves alone and answering plaintiff's complaint on

17   file, herein ~~denies~~ (deny) each and every material allegation contained therein.

18   for the following reasons:

19        1. We believe water furnished us by the Fallbrook Public Utility
             District to be a blend of waters from several different sources
20           including: Colorado River, San Luis Rey River, Santa Margarita
             River.
21
          2. To the best of our knowledge and belief, the Fallbrook
22           Public Utility District possesses full legal rights to furnish
             its members, and these members have full legal right to use,
23           water from the aforementioned sources including the Santa
             Margarita River.
24
          3. We base our claim to the use of the aforementioned water
25           blend on the fact that we, as members of the Fallbrook Public
             Utility District, in good faith, have been using water
26           furnished to us by said District since the inception of the
             District.
27

28

29   FILED                          Murray S Johnston
30                                  (Mrs) Mabel L Johnston
31   FEB 5 1952
32   EDMUND L. SMITH, Clerk
     by Emily T. Vila
              DEPUTY CLERK

RECEIVED
JUL 24 1951
U. S. ATTORNEY
SAN DIEGO, CALIF.

3190

37