IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Milen H. Lengwell
Name
317 S. Hill St
Address
Oceanside          Calif.
City   and   State
Oceanside 2668
Telephone Number

Defendant

RECEIVED
JAN 28 1952
U. S. ATTORNEY
SAN DIEGO, CALIF.

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __Milen H. Lengwell__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Milon H. Longwell*

FILED
FEB 5 1952
EDMUND L. SMITH, Clerk
By _Emily T. Vila_
DEPUTY CLERK

9184