IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Annie Adele Parkinson
Address: PO Box 518
City and State: Fallbrook, Calif
Telephone Number: 524

Defendant

RECEIVED
JUL 26 1951
U. S. ATTORNEY
SAN DIEGO, CALIF.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

Comes now the defendant(s) Annie Adele Parkinson and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Annie Adele Parkinson
July 24th 1951

FILED
FEB 5 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

8185