IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Marjorie G. Roalfe
Name

Jeff Def
Address

Anza Calif
City and State

_____
Telephone Number

Defendant

RECEIVED
JAN 2 - 1952
U. S. ATTORNEY
SAN DIEGO, CALIF.

UNITED STATES OF AMERICA )
)
                    Plaintiff, )
)
        vs.                     )   No. 1247
)
FALLBROOK PUBLIC UTILITY        )
DISTRICT, et al.,               )
)
                    Defendants, )

Comes now the defendant (s) Marjorie G. Roalfe

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Marjorie G. Roalfe

FILED
FEB 5  1952
EDMUND L. SMITH, Clerk
By _____
           DEPUTY CLERK

9186