IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Edward Roalfe
Address: 3955 Brunswick Ave
City and State: Los Angeles 39 Calif
Telephone Number: NO 1-1857

Defendant

RECEIVED
JAN 2 - 1952
U. S. ATTORNEY
SAN DIEGO, CALIF.

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
    Defendants. )

Comes now the defendant (s) Edward Roalfe

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

                               Edward Roalfe

FILED
FEB 5 1952
EDMUND L. SMITH, Clerk
By Emily F. Vila
      DEPUTY CLERK

3187