IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

*Grace E. Snow*
Name
P. O. Box 68
Address
Murrieta              Calif
City      and      State
_____
Telephone Number

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) *Grace E. Snow*
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Grace E. Snow*



FILED
FEB 5 1952
EDMUND L. SMITH, Clerk
By *Emily V. Vila*
DEPUTY CLERK

9188