IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Alice I. Schwalbach
Name
404 S. Ditmar St
Address
Oceanside       Calif.
City    and    State
Oceanside 3128
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
     Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
     Defendants, )

Comes now the defendant (s) Alice I. Schwalbach

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Alice I. Schwalbach*

FILED
FEB 5 1952
EDMUND L. SMITH, Clerk
By _Emily J. Vila_
DEPUTY CLERK

RECEIVED
JAN 28 1952
U. S. ATTORNEY
SAN DIEGO, CALIF.

9189