FILED

FEB 6 1952

EDMUND L. SMITH, Clerk

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
              Plaintiff,   )
    vs.                    )   No. 1247 - Civil
FALLBROOK PUBLIC UTILITY DISTRICT, )   ANSWER
a public service corporation of the )
State of California, et al, )
              Defendants.  )

ORIGINAL

    Comes now, ADELIND SHAUL BAILEY, also known as ADELIND S. BAILEY, one of the defendants in the above-entitled action, and for answer to the Complaint admits, denies and alleges as follows:

I

    This defendant has no knowledge, information or belief in regard to the allegations contained in said Complaint relative to the claim of the United States of America to the water of the Santa Margarita River, or to the alleged violations of the rights and claims of said plaintiff relating to said water of said River, and upon such lack of knowledge, information and belief, this defendant denies each and all such allegations.

II

    This defendant is the owner of two parcels of land described below and for convenience designated Parcel A and Parcel B:

PARCEL A

    The Northeast Quarter of the Southwest Quarter

LINDLEY, LAZAR & SCALES
ATTORNEYS AT LAW
625 BANK OF AMERICA BLDG.
SAN DIEGO 1, CALIF.
FRANKLIN 5181

9196

ORIGINAL

of Section 10; the Northwest Quarter of the Southwest Quarter of Section 10; the Southwest Quarter of the Northwest Quarter of Section 10; and the Southeast Quarter of the Northeast Quarter of Section 9, all in Township 10 South, Range 1 East, in San Diego County, California, EXCEPT therefrom certain small tracts which have been deeded out by metes and bounds.

### PARCEL B

The Northwest Quarter of the Northwest Quarter of Section 32; the South half of the Northwest Quarter of Section 32; and the Northeast Quarter of the Southwest Quarter of Section 32, all in Township 9 South, Range 1 East, in San Diego County, California.

### III

Both Parcels A and B of this defendant's land, above described, lie within the water shed of, are tributary to, and drain into the San Luis Rey River. No part of either Parcel A or Parcel B lies within the water shed of, is tributary to, or drains into the Santa Margarita River.

### IV

All of each of said parcels of land is riparian to a small intermittent stream or creek, which, after joining with other similar streams or creeks, ultimately flows and drains into the San Luis Rey River.

### V

This defendant is the owner as to each of the above mentioned parcels of land of all riparian water rights, of all surface water, all sub-surface water and all percolating water on or under each of said parcels of land, as determined by the laws of the State of California.

WHEREFORE, this defendant prays that the plaintiff take nothing by reason of its complaint herein, that this defendant's water rights as herein set forth be quieted as against the plaintiff, and that the plaintiff be enjoined from any and all inter-

LINDLEY, LAZAR & SCALES
ATTORNEYS AT LAW
825 BANK OF AMERICA BLDG.
SAN DIEGO 1, CALIF.
FRANKLIN 5181

ference with said rights, and for all other and proper orders.

DATED: January 25, 1952.

*Adahiji S Bailey*
*Defendant*

LINDLEY, LAZAR & SCALES
By *F. E. Lindley*
Member of Firm
Attorneys for Defendant

Received a copy of the foregoing Answer this ___6th___ day of ~~January~~, 1952.
*February*

*Betty Marshall Graydon*
*Asst. U. S. Atty. - By Barbara V. Doe*
Attorney for the United States of America

LINDLEY, LAZAR & SCALES
ATTORNEYS AT LAW
828 BANK OF AMERICA BLDG.
SAN DIEGO 1, CALIF.
FRANKLIN 5181

- 3 -

0198

44