Copy rec'd.

FILED

FEB 6 1952

EDMUND L. SMITH, Clerk

By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | ORIGINAL |
| Plaintiff, ) | |
| vs. ) | No. 1247 - Civil |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) a public service corporation of the ) State of California, et al, ) | ANSWER |
| Defendants. ) | |

    Comes now, FALLBROOK CITRUS ASSOCIATION, one of the defendants in the above-entitled action, and for answer to the Complaint admits, denies and alleges as follows:

I

    Admits the facts stated in Paragraph I of the Complaint.

II

    Admits the facts stated in Paragraph II of said Complaint, but alleges that said facts have no bearing whatsoever on the title or ownership of any property or water rights.

III

    This defendant has no knowledge in relation to the facts stated in Paragraph III and for lack of such knowledge denies said allegations.

IV

    Admits the allegations of Paragraph IV except this defendant denies that it has made any encroachments and that any encroachments or acts of this defendant in any way threatened the de-

LINDLEY, LAZAR & SCALES
ATTORNEYS AT LAW
825 BANK OF AMERICA BLDG.
SAN DIEGO 1, CALIF.
FRANKLIN 5181

9191

4/6

struction of the basin by reason of salt water intrusion or for any other reason; denies that two wells or any well have been destroyed by reason of that intrusion; denies that the entire basin or any part of the basin is threatened thereby; denies that any encroachments or any acts of this defendant have reduced the quantites of water available to the plaintiff from either the subterranean sources or the surface flow of the Santa Margarita River; and alleges that any diminution therein has been caused by a long period of drought and very light rainfall.

### V and VI

Admits the allegations of Paragraph V. Admits that the United States of America is entitled to and has all the water rights and privileges which its predecessor, Rancho Santa Margarita, had under the laws of the State of California, but denies that it has any other or greater water rights than its said predecessor had.

### VII

Admits the allegations contained in Paragraph VII, but alleges that the facts there stated have no bearing whatsoever upon the ownership of any property or water rights.

### VIII

This defendant admits generally the allegations stated in Paragraph VIII of the Complaint, but denies specifically that the United States of America has a "paramount" right to any water; denies that it has a paramount right, or any right to the 35,000 acre-feet of water annually from the Santa Margarita River; denies that it has any right to any amount of water from said river in excess of 66 2/3% of the water available, in accordance with and subject to the provisions of the stipulated judgment referred to in the Complaint; and denies that such judgment and such right to 66 2/3% of the said available water has any force or validity as against anyone not a party to that action and judgment, and alleges that this defendant was not such a party. This defendant further alleges that the amount of water available from the said Santa Margarita River varies with variation in rainfall, and at the present time, due to a long series of years with greatly

LINDLEY, LAZAR & SCALES
ATTORNEYS AT LAW
825 BANK OF AMERICA BLDG.
SAN DIEGO 1, CALIF.
FRANKLIN 5181

9192

47

1 deficient rainfall, the amount of water available from the River
2 has been very greatly reduced.

### IX

4 This defendant denies that it has violated and/or disregarded
5 any rights of the United States of America and denies that it has
6 caused the intrusion of salt water from the Pacific Ocean. This
7 defendant admits that it does claim and alleges that it has cer-
8 tain rights adverse to the rights claimed by the United States of
9 America in said Complaint, which rights of this defendant are
10 hereinafter set forth. This defendant denies that its rights were
11 acquired subject to and with knowledge of the rights of the
12 United States of America, but asserts that they were acquired by
13 this defendant with and as a part of the title to its lands by
14 and through its predecessors in interest. This defendant denies
15 it has encroached upon, is encroaching upon or has threatened to
16 continue to encroach upon any rights of the United States of
17 America in and to the waters of the Santa Margarita River.

### X

19 The defendant, FALLBROOK CITRUS ASSOCIATION, is the owner
20 of the fee simple title to the following described real estate,
21 herein for convenience designated as Parcel A, and holds as se-
22 curity for the payment of an indebtedness a beneficial interest
23 under a Trust Deed on the property herein described and for con-
24 venience designated as Parcel B:

### PARCEL A

#### In the Town of West Fallbrook

```
S 23.82 ft. (Exc. Santa Fe R/W) of Lot 2 - Block 1
            (Exc. Santa Fe R/W)     "   3 - Block 1
            (Exc. Santa Fe R/W)     "   4 -   "   1
            (Exc. Santa Fe R/W)     "   5 -   "   1
E 43.87 ft. - - - - - - - - - -     "   6 -   "   1
E 43.87 ft. - - - - - - - - - -     "   7 -   "   1
E 43.87 ft. - - - - - - - - - -     "   8 -   "   1
S 23.82 ft. of E. 43.87 ft. - -     "   9 -   "   1
```

LINDLEY, LAZAR & SCALES
ATTORNEYS AT LAW
825 BANK OF AMERICA BLDG.
SAN DIEGO 1, CALIF.
FRANKLIN 5191

- 3 -

9193

```
                (Exc. Santa Fe R/W)    - - - - -    Lots 1 to 8 - Block 3
          - - - - - - - - - - - - - - - - - - -        Lot 9 - Block 3
          - - - - - - - - - - - - - - - - - - -         " 10 - Block 3
```

All those Por of Lots 2-3-4 & 5, Block 3, West Fall-
brook as conveyed to the A.T. & S.F. RR.Co. by deed
in 722/220 & 734/344 of Deeds lying WLY of a LI BEG.
ON S LI LOT 5. 30.94 ft. W of SE Cor. TH NLY ALG SD
LOTS AT AN ANGLE OF 90 deg. 06 min. TO NW WITH SD S
LI CNTG AN AREA OF 0.07 AC. IN Block 3.

```
          - - - - - - - - - - - - - - - - - - -        Lot 1 - Block 4
          - - - - - - - - - - - - - - - - - - -         "  2 -   "   4
          - - - - - - - - - - - - - - - - - - -         "  3 -   "   4
          - - - - - - - - - - - - - - - - - - -         "  4 -   "   4
          - - - - - - - - - - - - - - - - - - -         "  5 -   "   4
          - - - - - - - - - - - - - - - - - - -         "  6 -   "   4
          S 10 feet - - - - - - - - - - - - - -         "  7 -   "   4
          N 46 feet - - - - - - - - - - - - - -         "  7 -   "   4
```

## PARCEL B

All that portion of the Northeast Quarter of the
Northwest Quarter of Section 25, Township 9 South,
Range 4 West, San Bernardino Meridian, in the County
of San Diego, State of California, according to
United States Government Survey approved June 11,
1880, described as follows:

    Beginning at the Northeast corner of said North-
west Quarter; thence South along the East line of
said Northwest Quarter, 732.98 feet to a point
distant 600.00 feet North of the Southeast corner
thereof; thence North 89 deg. 13 min. West along
a line parallel with the South line of said North-
west Quarter, 853.37 feet to the Southeast corner
of a tract of land conveyed to Albert B. Clemmens
and wife by deed dated May 31, 1932 and recorded
in Book 142, Page 43 of the Official Records of San
Diego County; thence North 0 deg. 47 min. East
along the East line of said tract, 348.25 feet;
thence North 59 deg. 01 min. East 302.46 feet;
thence North 35 deg. 06 min. East 143.32 feet;
thence North 59 deg. 18 min. East 167.60 feet;
thence North 87 deg. 42 min. East 362.99 feet to
the point of beginning.

## XI

Both Parcels A and B lie on and are riparian to Fallbrook

Creek, a small stream, which, after its confluence with other

similar streams, is tributary to the Santa Margarita River.

    This defendant owns in fee simple all riparian rights and

all rights to surface, sub-surface and percolating waters on,

LINDLEY, LAZAR & SCALES
ATTORNEYS AT LAW
825 BANK OF AMERICA BLDG.
SAN DIEGO 1, CALIF.
FRANKLIN 5181

1 under or through Parcel A, as such rights are established by the
2 law of the State of California.
3     This defendant is the holder and owner of a lien established
4 by Trust Deed on all riparian rights and all rights to surface,
5 sub-surface, and percolating waters on, under or through Parcel
6 B, as such rights are established by the law of the State of
7 California.

                        XII

Parcels of land A and B, herein described, lie within the boundaries of Fallbrook Public Utility District, a municipal corporation, organized for the purpose, among other things, of supplying water for the people and lands lying within its district boundaries. Said Fallbrook Public Utility District is a defendant in this action. This answering defendant and its lands herein described are entitled as a right to the use of water from said public utitlity district.

WHEREFORE, this defendant prays that the plaintiff take nothing by reason of its complaint herein, that this defendant's rights be declared, and that the plaintiff be restrained and enjoined from interfering with any other said rights of the defendant and for all other and proper order in the premises.

DATED: January 25, 1952.

FALLBROOK CITRUS ASSO-  
CIATION  
By *Elmer Allen*  
   Manager

LINDLEY, LAZAR & SCALES  
By *George A. Lazar*  
   Member of Firm  
   Attorneys for Defendant

Received a copy of the foregoing Answer this ____6th____ day of ~~January~~ February, 1952.

*Betty Marshall Graydon*  
Asst. U.S. Atty. by Barbara ___  
Attorney for the United States of America

- 5 -

8185

50