IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  EDITH T. CLARK
2  ROUTE #2, BOX 160
3  ELSINORE, CALIFORNIA
4
5            Defendant

FILED
FEB 8 1952
EDMUND L. SMITH, Clerk
By /s/ _____
         DEPUTY CLERK

8  UNITED STATES OF AMERICA     )
9                                )
                Plaintiff,        )
10          vs.                   )     No. 1247
11  FALLBROOK PUBLIC UTILITIES   )     ANSWER.
    DISTRICT, et al.,             )
12                                )
                Defendants.       )

14     Comes now the defendant EDITH T. CLARK, one of the defendants
15  in the above entitled action, and for herself and no other defendant,
16  and answering plaintiff's complaint on file herein denies each and
17  every allegation in said complaint contained.

                    Mary McFarland Hall
                Attorney for Defendant Edith T. Clark

MARY MCFARLAND HALL
ATTORNEY AT LAW
RIVERSIDE, CALIFORNIA

9199

45

```
 1
 2
 3
 4
 5
 6
 7   STATE OF CALIFORNIA   )
                          ) ss:
 8   County of Riverside  )
 9
10        MARY McFARLAND HALL, being duly sworn on behalf of the
11   defendant Edith T. Clark, says:  That she has read the foregoing
12   Answer and knows the contents thereof, and that the same is true
13   of her own knowledge, except as to the matters which are therein
14   stated on information or belief, and as to those matters that she
15   believes it to be true;  that said defendant is absent from the
16   County of Riverside, where her attorney has her office, and that
17   affiant is said defendant's attorney, and therefore makes this
18   verification.
                                    Mary McFarland Hall
19                              _____
20
21   SUBSCRIBED and sworn to before me
22   this   6th   day of February, 1952.
23
                 Martha E. Snyder
24   Notary Public in and for the County
     of Riverside, State of California
25
26
27
28
29
30
31
32
```

MARY McFARLAND HALL
ATTORNEY AT LAW
RIVERSIDE, CALIFORNIA

9200

45A

FALLBROOK PUBLIC UTILITY
DISTRICT, et al,
Defendants

ANSWER OF EDITH T. CLARK

State of California,
County of Riverside, ss.

THE UNDERSIGNED, being first duly sworn, says: that affiant is a citizen of the United States and a resident of Riverside County, over the age of eighteen years and not a party to the cause herein; that affiant's (business) address is

3 Evans Building, Riverside, California

That on the 6th day of February 19 52 affiant served two copies of the attached paper, to-wit:

ANSWER OF EDITH T. CLARK

by depositing said copy enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States postoffice mail box at the City of Riverside California, addressed as follows:

Betty Marshall Graydon,
Ass't United States Attorney,
325 "F" Street,
San Diego 1, California

That there is either delivery service by United States mail at the place so addressed, or regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 6th day

of February 19 52 G. A. PEQUEGNAT, County Clerk

Martha E. Snyder
Signature of Affiant

By _____ Deputy

Notary Public in and for the County of Riverside,
State of California

9201