Weinberger
2/8/52

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**SOUTHERN** DIVISION

U.S.A.                                  ) No. __1247-SD__ Civil
                                        )
                                        ) MINUTES OF THE COURT
               Plaintiff,               )
                                        ) Date: __Feb. 8, 1952,__
        vs                              )
Fallbrook Public Utility District,      ) At: __San Diego__, Calif.
a public Service corp. of the State     )
of Calif., et al.,     Defendants       )
                                        )
People of the State of California,      )
     Defendants in Intervention.        )
  PRESENT: The Honorable __JACOB WEINBERGER__ District Judge;

     Deputy Clerk __J.M. Horn__          Reporter __Ross Reynolds__

     Counsel for Plaintiff :  no appearance

     Counsel for Defendant :  no appearance


NATURE OF PROCEEDINGS              ) RULING
                                   (
     Good cause appearing therefor,)
                                   )
     IT IS ORDERED that the following) motions be heard on Feb. 25, 1952,
at 2 PM.:                          )
                                   )
     Motion of Fallbrook Public Utility District to strike from plaintiff's
reply to answer of said district.  )
                                   )
     Motion of United States of America for separate trial on the merits
as to Fallbrook Public Utility District.
                                   )
     Motion of United States of America for separate trial on the merits
as to Santa Margarita Mutual Water Co.
                                   )
     Motion of Joseph Hosang and Ruth) L. Hosang  to dismiss, and to make
more definite, and to strike.      )


                                        EDMUND L. SMITH, Clerk,        837

                                        By_____, Deputy
                                                          Clerk.