IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Clyde W Davis
Name
1507 Washington Ave.
Address
Santa Monica  California
City   and   State

Telephone Number

Defendant

**FILED**
FEB 11 1952
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

UNITED STATES OF AMERICA, )
            )
         Plaintiff, )
            )
    vs.      )  No. 1247
            )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
            )
         Defendants, )

Comes now the defendant (s) Clyde W Davis

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies each and every material allegation contained therein.

/s/ Clyde W Davis

9202