IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ivah M Davis
Name
1507 Washington Ave.
Address
Santa Monica    California
City    and    State

Telephone Number

Defendant

FILED
FEB 11 1952
EDMUND L. SMITH, Clerk
By ................................
DEPUTY CLERK

UNITED STATES OF AMERICA       )
                               )
                    Plaintiff, )
                               )
        vs.                    )   No. 1247
                               )
FALLBROOK PUBLIC UTILITY       )
DISTRICT, et al.,              )
                               )
                    Defendants,)

Comes now the defendant Ivah M Davis

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies each and every material allegation contained therein.

*Ivah M Davis*

8203