```
 1  BETTY MARSHALL GRAYDON
    Assistant United States Attorney
 2  1405 Fifth Avenue
    San Diego 1, California
 3    Telephone: F 9-4101

 4  Attorney for Plaintiff
```

FILED
FEB 12 1952
EDMUND L. SMITH, Clerk
BY /s/ _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
      Plaintiff,
    v.
FALLBROOK PUBLIC UTILITY DISTRICT, a
public service corporation of the
State of California; SANTA MARGARITA
MUTUAL WATER COMPANY, a corporation, et al.,
      Defendants,
PEOPLE OF THE STATE OF CALIFORNIA,
      Defendants in
      Intervention

Civil No. 1247-SD

MOTION AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE REPLY MEMORANDUM

COME NOW, WILLIAM H. VEEDER, Special Assistant to the Attorney General, and BETTY MARSHALL GRAYDON, Assistant United States Attorney, and move that time be extended in which Plaintiff may file a Reply Memorandum to Reply of Defendant Santa Margarita Mutual Water Company to Plaintiff's Motion For Separate Trial On The Merits, filed on behalf of defendant Santa Margarita Mutual Water Company, in accordance with Rule 3(d) of Rules of the United States District Court for the Southern District of California, until February 18, 1952. This because of the time element in forwarding pleadings to and from Washington, D. C.

Dated this 12th day of February, 1952.

WILLIAM H. VEEDER
Special Assistant to the
  Attorney General

/s/ Betty Marshall Graydon
BETTY MARSHALL GRAYDON
Assistant United States Attorney

IT IS SO ORDERED.

Dated: February 12, 1952.

/s/ Jacob Weinberger
Judge of the U. S. District Court

838