```
 1              IN THE UNITED STATES DISTRICT COURT
             IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
 2                           SOUTHERN DIVISION

 3

 4   UNITED STATES OF AMERICA,    )
                                  )         NO.   1247-SD
 5                  Plaintiff,    )
                                  )
 6             v.                 )     AFFIDAVIT OF SERVICE BY MAIL
     Fallbrook Public Utility District),
 7   a public service corporation of the
     State of California; Santa Margarita
 8   Mutual Water Company, Defendant(s) )
     a corporation, et al.,
 9   UNITED STATES OF AMERICA       )
                                    ) ss.
10   SOUTHERN DISTRICT OF CALIFORNIA )

11

12   Barbara V. Doe         , being first duly sworn, deposes and says:

13         That (s)he is a citizen of the United States and a resident of San
                                                             1405 Fifth Avenue
14   Diego County, California;  that (his) (her) business address is 325 West

15   Street, San Diego 1, California;  that (s)he is over the age of eighteen years,

16   and is not a party to the above-entitled action;

17         That on  February 12, 1952 , (s)he deposited in the United States Mail

18   at San Diego, California, in the above-entitled action, in an envelope bearing

19   the requisite postage, a copy of
                                      MOTION AND ORDER EXTENDING TIME FOR PLAINTIFF TO
20       FILE REPLY MEMORANDUM

21

22   addressed to
                   Mr. W. B. Dennis
23                 Attorney at Law
                   Route 1, Box 58, Fallbrook, California
24   his last known address, at which place there is a delivery service of mail

25   from the United States Post Office.

26                                                    Barbara V. Doe

27   SUBSCRIBED and SWORN to before me,           Barbara V. Doe

28   this  12th  day of  February  , 1952.

29   EDMUND L. SMITH, CLERK,
     U. S. District Court
30   Southern District of California

31
     By  Emily V. Vila
32                  Deputy
```

FILED
FEB 12 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

840