BETTY MARSHALL GRAYDON
Assistant United States Attorney
1405 Fifth Avenue
San Diego 1, California
Telephone: F 9-4101

Attorney for Plaintiff

FILED
FEB 12 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
 v.
FALLBROOK PUBLIC UTILITY DISTRICT, a
 public service corporation of the
 State of California; et al.,
    Defendants,
PEOPLE OF THE STATE OF CALIFORNIA,
    Defendants in
    Intervention

Civil No. 1247-SD

MOTION AND ORDER EXTENDING TIME
FOR PLAINTIFF TO FILE REPLY
MEMORANDUM

  COME NOW, WILLIAM H. VEEDER, Special Assistant to the Attorney General, and BETTY MARSHALL GRAYDON, Assistant United States Attorney, and move that time be extended in which Plaintiff may file a Reply Memorandum to Opposition of Fallbrook Public Utility District to Plaintiff's Motion For Separate Trial and Answering Memorandum of Points and Authorities, filed on behalf of defendant Fallbrook Public Utility District, in accordance with Rule 3(d) of Rules of the United States District Court for the Southern District of California, until February 18, 1952. This because of the time element in forwarding pleadings to and from Washington, D. C.

  Dated this 12th day of February, 1952.

IT IS SO ORDERED.
Dated: February 12, 1952.

_____
Judge of the U. S. District Court

WILLIAM H. VEEDER
Special Assistant to the
Attorney General

_____
BETTY MARSHALL GRAYDON
Assistant United States Attorney

839