O'MELVENY & MYERS
433 SOUTH SPRING STREET
LOS ANGELES, CALIFORNIA
MICHIGAN 2611
Attorneys for Answering Defendant

FILED
FEB 13 1952
EDMUND L. SMITH, Clerk
By Charles A. Deitz
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, etc., et al.,<br><br>             Defendants. | NO. 1247<br><br>SEPARATE ANSWER OF DEFENDANT CALIFORNIA INSTITUTE OF TECHNOLOGY. |

Defendant CALIFORNIA INSTITUTE OF TECHNOLOGY severing itself from its codefendants and answering for itself alone for answer to the complaint herein, admits, denies and alleges as follows:

FIRST DEFENSE

1. Alleges it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph II thereof, except it admits that Camp Joseph H. Pendleton located near Oceanside, California, the United States Naval Ammunition Depot, Fallbrook, California, and the United States Naval Hospital located at Camp Joseph H. Pendleton, situated in the Counties of San Diego and Orange,

1  State of California, are military establishments of the United
2  States of America; sites for these military establishments were
3  acquired by the United States of America in the years 1941, 1942
4  and 1943, and comprise approximately 135,000 acres of land in
5  said counties and state and fee simple title to said properties
6  now resides in the United States of America.
7
8          2.  Alleges it is without knowledge or information
9  sufficient to form a belief as to the truth of the allegations
10 contained in Paragraph III thereof.
11
12         3.  For answer to Paragraph IV thereof, admits that
13 the Santa Margarita River is a source of supply of water for
14 Camp Joseph H. Pendleton and the military establishments located
15 thereon.  Alleges that said stream, which is known in its upper
16 reaches as the Temecula River, is a non-navigable stream of fresh
17 water which rises near or on the northerly slope of Palomar
18 Mountain in San Diego County, California, approximately 17 miles
19 easterly of the boundary between Riverside County and San Diego
20 County, California.  Said river, fed by numerous tributaries,
21 flows in a general northwesterly direction through the lands of
22 the Vail Ranch and thence in a general southwesterly direction
23 approximately 25 miles to the Pacific Ocean.  Said river and
24 its tributaries flow partly on the surface and partly under the
25 surface.  Underlying said river and its tributaries are numerous
26 underground basins composed of pervious materials, sands gravel,
27 boulders and other fluvial deposits, the exact depths of which
28 are unknown to this answering defendant.  No part of said river
29 or any of its tributaries flows over or under nor does any part
30 of any of said basins underly any of the lands owned by this

answering defendant. Admits there are no water users below Camp Joseph H. Pendleton on said stream and that the plaintiff owns the lands the entire distance from the point where the Santa Margarita River enters upon plaintiff's property to the point where the river bed enters the Pacific Ocean. Deny that this answering defendant has in any way encroached upon any rights plaintiff may have in the waters of said river. Deny that any acts of this answering defendant have damaged in any way any rights or property of plaintiff.

4. For answer to Paragraph V thereof, alleges that neither this answering defendant nor any of its predecessors in interest were parties to the proceeding therein referred to nor were any of their rights involved in or adjudicated in said proceedings.

5. For answer to Paragraph VI thereof, denies that plaintiff, as successor in interest of the Rancho Santa Margarita, is entitled to or has any rights, titles, interests or privileges as against this answering defendant.

6. Alleges it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph VII thereof.

7. Alleges it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph VIII thereof, except that this answering defendant specifically denies that plaintiff has a paramount right or any rights in or to the waters of the Santa Margarita

River paramount to the rights of this answering defendant.

8. Denies each and every allegation in Paragraph IX hereof. Specifically denies that plaintiff has a paramount right or any rights in and to the waters that now are or at any time heretofore may have been or any time hereafter may be in, upon or under the lands of this answering defendant.

### SECOND DEFENSE

1. This answering defendant now is and at all times material to the within action has been the owner of certain real property situated on Palomar Mountain in the County of San Diego described as follows:

> Section 26; the E1/2 of the SE-1/4 of
> the SW-1/4 of Section 27; the E-1/2
> and the E-1/2 of the NW-1/4 of Sec-
> tion 34; and Section 35; all in Town-
> ship 9 South, Range 1 East, SBBM.

Neither the Santa Margarita River nor any of its tributaries flow across or under any of this answering defendant's said property or within many miles thereof.

2. The only part of this answering defendant's said property that lies within the watershed of the Santa Margarita River is described as follows:

```
        The N 1/2 of Section 26; 150 acres
     of the N half of the S half of
     Section 26; NE-1/4 of Section 27;
     100 acres of the SE-1/4 of Section
     27; 25 acres of the SE-1/4 of the
     SE-1/4 of Section 27, all in Town-
     ship 9 S. Range 1E. SBM.
```

3. The only waters in, on or under this answering defendant's real property described in Paragraph 1 hereof, consist of rainwater when it rains, snow water when it snows and percolating waters in the ground, all of which this answering defendant has the paramount right to use beneficially upon its said real property. This answering defendant's beneficial use of any or all of said rain, snow and percolating waters upon its said property will not and would not at any time have any measurable effect upon the amount of water in the Santa Margarita River or in the basins underlying said stream system.

WHEREFORE, this answering defendant prays:

1. That plaintiff take nothing as against it; and
2. That it have its costs herein incurred and such other and further relief as the Court may deem proper.

```
                            O'MELVENY & MYERS
                            WILLIAM W. CLARY
                            LAUREN M. WRIGHT

                            By /s/ William W. Clary
                               Attorneys for Answering Defendant
                            433 South Spring Street
                            Los Angeles 13, California
```

9208

5.

82