```
THOMAS J. BURKE
ATTORNEY AT LAW
504 GRANGER BUILDING
SAN DIEGO 1, CALIFORNIA
F. 4470
```





FEB 15 1952

EDMOND L. SMITH, Clerk

DEPUTY CLERK

ATTORNEY FOR Defendant, J.D. Massengill

UNITED STATES DISTRICT COURT

For the

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  :

          Plaintiff, :

   vs                       :    No. 1247 - Civ.

FALLBROOK PUBLIC UTILITY DISTRICT :   ANSWER OF J.D. MASSENGILL

a public service corporation of the :

State of California, et al.,  :

         Defendants. :

- - - - - - - - - - - - - - - - -

    Comes now the defendant J.D. Massengill and separating himself from the other defendants, files this his Answer to the Complaint herein and alleges, admits and denies as follows:

FIRST DEFENSE

I

    This defendant refers to and adopts by reference and herein repeats the allegations, admissions and denials contained in First Defense of the Answer of the Defendants ERNEST LOUIS BARBEY and ESSIE BUELAH BARBEY, on file herein as fully and as completely as if they were herein set out verbatim.

    FOR A FURTHER, SECOND AND SEPARATE DEFENSE THIS DEFENDANT ALLEGES:

S209

84

I

This defendant is the owner of land within the watershed of the Santa Margarita River and its tributaries and as such owns rights in and to the waters of said river and its tributaries to-wit: Prescriptive rights and riparian rights as hereinafter set out. That the land which is owned by this defendant is all that piece or parcel of land situated, lying and being in the County of Riverside, State of California, more particularly described as follows:

> The North one-half of the Southeast quarter
> of the Northwest quarter and all of that part
> of land of Lot No. Two (2) and Lot No. Three (3)
> lying North and East of State Highway, known as
> State Highway No. 79, and also as Imperial High-
> way, said Highway being a boundry line, all the
> above land being in Section nineteen (19) Town-
> ship eight (8) South, Range One (1) East, S.B.B.M.

II

That said property is improved with a house, the home of this defendant. That on said property is located a well, some sixty feet deep from which this answering defendant gets his present supply of water.

That said land has been used by defendant and his predecessors in interest for more than seventy-five years, openly, notoriously, continuously, adversely and under claim of right to meet the domestic and irrigation requirements thereof.

That crossing said land is a natural water course or unnamed creek which is a tributary of the Temecula Creek which is a tributary of the Santa Margarita River.

III

That said land abuts on a natural water course or unnamed creek, which is a tributary of the Temecula Creek which is a tributary of the Santa Margarita River, which unnamed water course or

- 2 -

8210

85

creek has no surface flow except in periods of heavy rainfall but which water course or creek does have a continuous sub-surface flow which percolates in an underground channel passing under and through a part of this defendant's land from which percolating water, defendant and his said land obtains the present supply of water therefor. That the amount of water required, and which will be required by this defendant for reasonable beneficial use upon his said land is ninety-five acre-feet per annum consumptive use.

IV

That defendant is the owner of the right to use ninety-five acre-feet of water per annum from said unnamed creek and from the underground percolating water on his said land, which rights is paramount to the rights of plaintiff.

FOR A FURTHER, THIRD AND SEPARATE DEFENSE THIS DEFENDANT ALLEGES:

I

That defendant is the owner of the real property described and set forth in the Further, Second and Separate Defense of this defendant.

II

That all of this defendant's land overlies an underground basin or stratum of percolating water which contains water in quantity and volume sufficient to furnish and adequate and dependable supply of water for his said land which said water may be obtained therefrom by sinking wells therein and pumping water therefrom. That only a small portion of said land is at present cultivated and irrigated but that all of his said land is arable, fertile and capable of producing valuable crops when irrigated and defendant intends to so irrigate said land upon said underground percolating water. That said land is in a semi-arid region of the country and is of no value without water. That said lands are without other means of obtaining water for domestic or irrigation purposes. That the amount of water required and which will be required by this

defendant for the present and prospective reasonable beneficial uses upon his said land is ninety-five acre-feet per annum consumptive use.

### III

That said defendant owns the right to use ninety-five acre-feet per annum of said underground percolating water on his said land which right is correlative with the rights of plaintiff to a reasonable amount of the waters of the Santa Margarita River for riparian purposes and uses on its riparian lands which amount, as this defendant is informed and believes, is 2620 acre-feet per annum, and as to all other rights or claims of right of plaintiff, this defendant's said right is paramount.

FOR A FURTHER, FOURTH AND SEPARATE DEFENSE THIS DEFENDANT ALLEGES:

### I

That said purported cause of action set forth in Plaintiff's complaint herein is barred by the provisions of Section 318, 319, 336 and 338 (2) of the Code of Civil Procedure of the State of California.

WHEREFORE this defendant prays:

1. That plaintiff take nothing by its action.
2. That this defendant be decreed as against plaintiff to be the owner of the right to ninety-five acre-feet of water per annum, consumptive use, for beneficial use on his said land and that said right be held and declared to be paramount to plaintiff's rights and 5 additional acre-feet per annum which right be declared to be correlative with plaintiff's reparian rights.
3. That he have judgment for his costs incurred herein and for such other and further relief as the Court may deem proper.

*Thomas J. Bulk*

S212

- 4 -

87

STATE OF CALIFORNIA )
                    ) ss
COUNTY OF SAN DIEGO )

    J. D. Massengill, being first duly sworn, deposes and says: that he is one of the defendants in the above entitled action; that he has read the foregoing Answer and knows the contents thereof and that the same is true of his own knowledge, except as to those matters which are therein stated on his information and belief, and as to those matters, that he believes them to be true.

                                                       J. D. Massengill

Subscribed and sworn to before me this 31 day of January, 1952.

                                              Notary Public in and for said County and State

Received copy of the foregoing this

__15th__ day of February, 1952.

Betty Marshall Graydon
Assistant U. S. Attorney
Attorney for Plaintiff

9213