```
                    IN THE UNITED STATES DISTRICT COURT
               IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
                              SOUTHERN DIVISION
```

UNITED STATES OF AMERICA,            )
                                     )    NO.    1247-SD
            Plaintiff,               )
                                     )
        v.                           )    AFFIDAVIT OF SERVICE BY MAIL
FALLBROOK PUBLIC UTILITY DISTRICT,   )
a public service corporation of the  )
State of California; et al.,         )
            Defendant(s)             )

UNITED STATES OF AMERICA             )
                                     ) ss.
SOUTHERN DISTRICT OF CALIFORNIA      )

FILED
FEB 15 1952
EDMUND L. SMITH, Clerk
By _____
        DEPUTY CLERK

Barbara V. Doe, being first duly sworn, deposes and says:

That (s)he is a citizen of the United States and a resident of San Diego County, California; that (his) (her) business address is 1405 Fifth Avenue ~~135 West New~~ ~~Street~~, San Diego 1, California; that (s)he is over the age of eighteen years, and is not a party to the above-entitled action;

That on February 15, 1952, (s)he deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of RESPONSE OF THE UNITED STATES OF AMERICA TO OPPOSITION OF FALLBROOK PUBLIC UTILITY DISTRICT TO PLAINTIFF'S MOTION FOR SEPARATE TRIAL AND ANSWERING MEMORANDUM OF POINTS AND AUTHORITIES; TO REPLY OF DEFENDANT SANTA MARGARITA MUTUAL WATER COMPANY TO PLAINTIFF'S MOTION FOR SEPARATE TRIAL ON THE MERITS

addressed to     Mr. W. B. Dennis
                 Attorney at Law
                 Route 1, Box 58
                 Fallbrook, California

his last known address, at which place there is a delivery service of mail from the United States Post Office.

_Barbara V. Doe_
Barbara V. Doe

SUBSCRIBED and SWORN to before me,

this 15th day of February, 1952

EDMUND L. SMITH, CLERK,
U. S. District Court
Southern District of California

By _Emily V. Vila_
            Deputy