IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: PAUL GILBERT WRIGHT AND BETTY JO WRIGHT
Address: R #1, Box 152
City and State: Romoland, California
Telephone Number:

Defendant

FILED
FEB 18 1952
EDMUND L. SMITH, Clerk
BY /s/ _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
)
         Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
         Defendants, )

Comes now the defendant (s) PAUL GILBERT WRIGHT AND BETTY JO WRIGHT, his wife and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Paul Gilbert Wright
/s/ Betty Jo Wright

9214