IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Eckley M. Keach and Edrie M. Keach
Address: J 3 Wilshire
City and State: Vahlles, Calif
Telephone Number: 2-1678

Defendant

FILED
FEB 20 1952
EDMUND L. SMITH, Clerk
by /s/
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                           )
            Plaintiff,     )
                           )
    vs.                    )   No. 1247
                           )
FALLBROOK PUBLIC UTILITY   )
DISTRICT, et al.,          )
                           )
            Defendants.    )

Comes now the defendant(s) Eckley M. Keach
Edrie M. Keach
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Eckley M. Keach
Edrie M. Keach

9215