37

BETTY MARSHALL GRAYDON
Assistant United States Attorney
1405 Fifth Avenue
San Diego 1, California
  Telephone: F 9-4101

Attorney for Plaintiff

**F I L E D**

FEB 20, 1952

EDMUND L. SMITH, Clerk
By ........................
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California; JOSEPH HOSANG and RUTH L. HOSANG; et al.,<br>　　　　Defendants. | CIVIL NO. 1247-SD<br>DISMISSAL (RULE 41, F.C.R.P.)<br>**JUDGMENT**<br>DOCKETED AND ENTERED<br>FEB 25 1952<br>EDMUND L. SMITH, Clerk<br>By ........................<br>Deputy Clerk |

COME NOW, William H. Veeder, Special Assistant to the Attorney General, and Betty Marshall Graydon, Assistant United States Attorney, and dismiss the above-entitled action as against JOSEPH HOSANG and RUTH L. HOSANG, it appearing that the property hereinafter described owned by said parties is in a borderline area of the watershed of the Santa Margarita River. Said property is described as follows:

PARCEL 1: $SW\frac{1}{4}$ of Sec. 5, T6S, R2W, SBBM, containing approx. 160 acres.

PARCEL 2: The Ely 231 ft of $NE\frac{1}{4}$ of $NE\frac{1}{4}$ of Sec. 7, T6S, R2W, SBBM. EXC th/fm a strip alg the N for roadway, containing approximately 7 acres.

Dated: February 20, 1952.

　　　　　　　　　　　　　　　　WILLIAM H. VEEDER
　　　　　　　　　　　　　　　　Special Assistant to the
　　　　　　　　　　　　　　　　Attorney General

　　　　　　　　　　　　　　　　BETTY MARSHALL GRAYDON
　　　　　　　　　　　　　　　　Assistant United States Attorney

863