IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
) NO. 1247-SD
Plaintiff, )
)
v. ) AFFIDAVIT OF SERVICE BY MAIL
FALLBROOK PUBLIC UTILITY DISTRICT, a )
public service corporation of the )
State of California; JOSEPH HOSANG and
RUTH L. HOSANG, et al Defendant(s) )

UNITED STATES OF AMERICA )
) ss.
SOUTHERN DISTRICT OF CALIFORNIA )

Barbara V. Doe, being first duly sworn, deposes and says:

That (s)he is a citizen of the United States and a resident of San Diego County, California; that (his) (her) business address is 1405 Fifth Avenue Street, San Diego 1, California; that (s)he is over the age of eighteen years, and is not a party to the above-entitled action;

That on February 20, 1952, (s)he deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, 2 copies of DISMISSAL (RULE 41 F.C.R.P.)

addressed to Halverson and Halverson, 611 Financial Center Bldg., 704 South Spring Street, Los Angeles 14, California

his last known address, at which place there is a delivery service of mail from the United States Post Office.

Barbara V. Doe

SUBSCRIBED and SWORN to before me, this 20th day of February, 19 52.

EDMUND L. SMITH, CLERK,
U. S. District Court
Southern District of California

By _____ Deputy

FILED
FEB 20 1952
EDMUND L. SMITH, Clerk
_____ DEPUTY CLERK

862