```
  1   J. A. DONNELLEY
      RICHARD P. MacNULTY
  2   SUITE 1403 BANK OF AMERICA BUILDING
      SAN DIEGO 1, CALIFORNIA
  3   TELEPHONE: FRANKLIN 9-5196
```

                                       FILED
                                       FEB 21 1952
                                       EDMUND L. SMITH, Clerk
                                       By _____
                                              DEPUTY CLERK

Attorneys for......defendants,......
    LUCILLE HOLCOMB BONE and
    YOLANDE HARTLEY

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
              Plaintiff            )    CIVIL ACTION FILE
                                   )
     vs.                           )    NO. 1247-SD Civil
                                   )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of    )
the State of California, et al,    )
                                   )    ANSWER
              Defendants.          )
                                   )
_____)

    Come now the defendants, LUCILLE HOLCOMB BONE and YOLANDE HARTLEY, and severing themselves from their co-defendants in the above entitled action and in answer to plaintiff's complaint, admit, deny and allege as follows:

I.

    These answering defendants allege that they are without knowledge or information sufficient to form a belief as to the truth of the allegations that the above entitled action was commenced and the complaint filed "at the request of the Secretary of the Department of the Navy" and therefore deny said allegation.

II.

    Deny that an actual controversy exists between the United States of America and these answering defendants, and further deny that these answering defendants unlawfully interfere with the rights

9216

-1-

78

of the plaintiff in and to the waters mentioned in said paragraph I.

III.

Answering paragraph II, admit that Camp Joseph H. Pendleton, the United States Naval Ammunition Depot, Fallbrook, California, and the United States Naval Hospital at Camp Joseph H. Pendleton, had been established and that sites for these installations were acquired by the United States of America in the years 1941, 1942 and 1943; these answering defendants allege that they are without knowledge or information sufficient to form a belief as to the truth of the other allegations in said paragraph II and therefore deny all other allegations of said paragraph not expressly herein admitted.

IV.

Answering paragraph III, deny each and every allegation contained therein.

V.

Answering paragraph IV, these answering defendants specifically deny that they encroach upon the waters to which the plaintiff is entitled and allege that as to the other allegations contained in said paragraph IV, these answering defendants are without knowledge or information sufficient to form a belief as to the truth of the said allegations and therefore deny each and every allegation contained in said paragraph IV not herein expressly admitted.

VI.

Answering paragraph V, these answering defendants admit that the Rancho Santa Margarita, predecessor in interest of the United States of America and certain other parties litigated in the Supreme Court of the State of California their respective water rights in the Santa Margarita River, and in respect thereto allege further that these answering defendants were not parties to said

9217

-2-

litigation and are not bound by the stipulation and judgment marked Exhibit "A" and attached to plaintiff's complaint.

VII.

Answering paragraph VII, these answering defendants allege that with respect to the allegations contained in paragraph VII, they are without knowledge or information sufficient to form a belief as to the truth of said allegations and therefore deny said allegations.

VIII.

Answering paragraph VIII, admit that a judgment was entered in an action wherein the plaintiff was RANCHO SANTA MARGARITA, a corporation, and N. R. VAIL, and others, were defendants; that said judgment was affirmed in 11 Cal (2) 501; these answering defendants further allege that with respect to other allegations contained in said paragraph VIII, they are without knowledge or information to form a belief as to the truth of said other allegations and therefore deny said other allegations.

IX.

Answering paragraph IX of said complaint, these answering defendants deny that they have diverted any water from the Santa Margarita River to which the plaintiff has a prior and paramount right or that the plaintiff has been damaged by any diversions made by these answering defendants; admit that these answering defendants claim an interest in and to waters of the Santa Margarita River.

SECOND, SEPARATE AND AFFIRMATIVE DEFENSE.

I.

These answering defendants allege: That they own with William F. Holcomb, as joint tenants, the following described property, to-wit:

> Lots 9 and 10, being the $N\frac{1}{2}$ of $SE\frac{1}{4}$ of Section 35, Township 9, Range 2 East and Lots 15 and 16, being the $S\frac{1}{2}$ of the $SE\frac{1}{4}$ of Section 35, Township 9, Range 2 East, in the County of San Diego, State of California.

-3-

II.

That the predecessor in interest of these answering defendants, Samuel F. Holcomb, purchased said property in 1890; that since said time buildings have been erected on said property and wells have been dug to provide a water supply for use on said property; that said water is used for agricultural, domestic and commercial purposes.

III.

That the interest of these answering defendants to water lying on, in and under said above described real property is paramount to that of the plaintiff in the above entitled action.

WHEREFORE, defendants pray that plaintiff take nothing by reason of its cause of action; that defendants' right to water in, upon and under the real property described in defendants' answer be declared and defined by the court and the plaintiff enjoined from interfering with defendants' rights to said water.

J. A. DONNELLEY & RICHARD P. MacNULTY

By *J. A. Donnelley*
Attorneys for Defendants,
Lucille Holcomb Bone and
Yolande Hartley

-4-

9219

1  STATE OF CALIFORNIA   )
                        )SS:
2  COUNTY OF SAN DIEGO   )

3

4              YOLANDE HARTLEY, being first duly sworn deposes and
5  says:
6              That she is one of the defendants in the above-entitled
7  action; that she has read the foregoing ANSWER and knows the
8  contents thereof; that the same is true of her own knowledge,
9  except as to matters therein stated on information and belief,
10 and as to those matters that she believes it to be true.

                                   *Yolande Hartley* (signature)

14 SUBSCRIBED AND SWORN TO
15 before me this 20 day
16 of February, 1952.

18 _*J A Donnelly* (signature)_
19 Notary Public in and for
   said County and State.

-5-

9226

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF CALIFORNIA ) SS
COUNTY OF SAN DIEGO )

JEAN SHARP, being first duly sworn, deposes and says:

1. That she now is, and at all times herein mentioned was, an employee of Messrs. J. A. Donnelley and Richard P. MacNulty, Attorneys at Law, whose offices are located in Suite 1403 Bank of America Building, San Diego, California; that their said address is her business address;

2. That she now is, and at all times herein mentioned was, a citizen of the United States, a resident of the County of San Diego, State of California, over the age of eighteen years, and not a party to the within entitled cause, and not interested in the event thereof;

3. That on the 20 day of February, 52, she served on each of the persons hereinafter named the foregoing ANSWER, by mailing a true copy of said instrument to each of said persons; that each of said copies was enclosed in a sealed envelope and was on said date by her deposited in the United States mail at San Diego, California, with the postage thereon fully prepaid; that one of said envelopes was addressed to each of said persons at the place indicated following his or her name;

4. That the said persons so served and their respective addresses are as follows:

   Betty Marshall Graydon
   Assistant U. S. Attorney
   325 West "F" Street
   San Diego 1, California

   ; and

5. That at all times herein mentioned there was regular communication by mail between the place of mailing and each of the places so addressed.

Jean Sharp

SUBSCRIBED AND SWORN TO BEFORE ME this 20 day of February, 52.

J. Donnelley
Notary Public in and for said
County and State

8221