```
 1  Dolores Costello Vruwink
    10401 Wilshire Blvd., Apt. 416
 2  Los Angeles 24, California

 3  Attorney in Pro Per
```

FILED

FEB 25 1952

EDMUND L. SMITH, Clerk
By Charles A. [illegible]
               Deputy Clerk

UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1247-Civ. |
| Plaintiff, | |
| vs. | SUBSTITUTION OF ATTORNEYS |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | |
| Defendants. | |

I hereby substitute myself, Dolores Costello Vruwink, 10401 Wilshire Boulevard, Apartment 416, Los Angeles 24, California, as attorney in pro per in the above entitled action in the place and stead of Kenneth K. Wright.

Dated: February 20th, 1952.

_____
Dolores Costello Vruwink

I hereby consent to the foregoing substitution.

Dated: February 20th, 1952.

_____
Kenneth K. Wright

It is so ordered.
Date: Feb. 25, 1952

_____
Judge.

KENNETH K. WRIGHT
215 WEST SEVENTH STREET
TR-8404

870