SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

Attorneys for Defendants named therein

(SPACE BELOW FOR FILING STAMP ONLY)

FILED
FEB 25 1952
EDMUND L. SMITH, Clerk
By /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff

Vs.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,

     Defendants

No. 1247-Civil

AFFIDAVIT OF PHIL D. SWING IN OPPOSITION TO PLAINTIFF'S MOTION FOR SEPARATE TRIALS.

STATE OF CALIFORNIA )
        ) ss
COUNTY OF SAN DIEGO )

  PHIL D. SWING, being first duly sworn, deposes and says: That he is a member of the law firm of SWING, SCHARNIKOW & STANIFORTH, having its office at 604 San Diego Trust & Savings Building, San Diego, California, and as such has charge of the defense of the clients of said firm sued as defendants in the above entitled action. That in addition to representing the Defendant FALLBROOK PUBLIC UTILITY DISTRICT, said firm also represents defendants, JAMES C. ALDRICH, MARY E. ALDRICH, ERNEST LOUIS BARBEY, ESSIE BUELAH BARBEY, A. F. BOREL, LOUISE BOREL, FRANK R. CAPRA. LUCILLE W. CAPRA, WILLIAM V. DERBY, HARRIETT T. DERBY, EDWARD L. FORSYTH, EUNICE E. FORSYTH, ELEANOR FORSYTH SWIMM, FRANK R. GARNSEY, THEODORA L. GARNSEY, ROBERT T. GRAY,

-1-

865

1  JANE P. GRAY, PAUL D. BRADSHAW, MARGARET BRADSHAW, ARTHUR W.
2  CAREY, INEZ CAREY, EWART W. GOODWIN, MARY ALICE GOODWIN, CHARLES
3  F. SAWDAY, RUTH SAWDAY, H & L OIL CO. LTD., HARRIETT MCCARTNEY
4  HOSSEIN, PLATT McCARTNEY, ORRIS McCARTNEY, HARLEY F. JONES,
5  RUTH B. JONES, EARNEST M. LINCOLN, JULIA K. LINCOLN, JULIA WIEK,
6  RHINA HAMILTON, REX L. LOOP, LOIS E. LOOP, M. M. LLOYD, E. M.
7  LLOYD, ARTHUR R. MERICKLE, GEORGIA I. MERICKLE, PRATT MUTUAL WATER
8  COMPANY, H. S. PRATT, DON C. PORTER, DANIEL K. SMYTH, LUCY F.
9  SMYTH, STEPHEN A. SEATON, NAN F. SEATON, STEPHEN A. SEATON Jr.,
10 WILLIAM A. MITCHELL, MARY BERNICE MITCHELL, WILLIAM T. GILLILAND,
11 GRACE I. GILLILAND, WILLIAM DONALD EDWARDS, MARIE E. EDWARDS,
12 GEORGE F. YACKEY, ALMA H. YACKEY, JOHN H. BOHLEN, GRACE M. BOHLEN,
13 NAN BOHLEN, FRANK WILL PITTAM, HAZEL EUNICE PITTAM, ERNEST AUBERT,
14 J. J. MONETT, MARGARET MAY MONETT, JOSEPH M. NICHOLAS, SERAPHINA
15 NICOLAS, JOHN T. OWRNS, ELTA C. OWENS, FRANK PUCELLI, ANNA
16 SOMACAL, GEORGE M. JONES, AUSTIN H. BUCKLEY, AUSTIN H. BUCKLEY, as
17 Executor of Estate of JOHN WENTWORTH, ELIZABETH M. BUCKLEY, W. H.
18 WILLIAMS, ELIZABETH H. WILLIAMS and RUTH WENTWORTH;  That all of
19 said defendants claim to be owners of lands located within the
20 watershed of the Santa Margarita River and claim riparian rights
21 in and to said river or in and to some of its tributaries or
22 overlie underground strata of percolating water and claim rights
23 therein similar to riparian rights. That some of said defendants
24 also claim prescriptive rights and others appropriative rights
25 in and to some of the waters of the Santa Margarita River or its
26 tributaries.
27      That to grant the present Motions of Plaintiff for
28 separate trials of defendant FALLBROOK PUBLIC UTILITY DISTRICT
29 and defendant SANTA MARGARITA MUTUAL WATER COMPANY on their
30 merits, involving both the facts and law, would cause said/other defen-
31 dants both inconvenience and prejudice for the following reasons:
32

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

-2-

866

34

1  Since each of said other defendants claim riparian rights
2  (or the rights of overlying land owners) in and to the waters
3  of the Santa Margarita River, or some of its tributaries, Plain-
4  tiff's rights, as a riparian, are correlative with, interrelated
5  to and interdependent upon the riparian rights of said other
6  defendants. For the court to proceed in advance to ascertain,
7  determine and declare what the riparian rights of plaintiff are
8  in a separate and independent trial with defendant FALLBROOK
9  PUBLIC UTILITY DISTRICT, an appropriator, could seriously handicap
10 and prejudice the rights and interests of these other riparian
11 defendants if such determinations were made in their absence and
12 without full knowledge of their claims. Likewise, for the Court
13 to ascertain, determine and declare what the rights of defendant
14 FALLBROOK PUBLIC UTILITY DISTRICT, as an appropriator, are in a
15 separate trial with Plaintiff and in the absence of the other
16 riparian defendants, who claim superior rights to the appropriator
17 and without full knowledge of what these superior rights amount
18 to, could seriously handicap the rights and interests of these
19 other defendants when their cases come on for trial on their
20 merits. The findings and decrees arrived at in these separate
21 trials might well be considered by the many other defendants as
22 being too favorable to both Plaintiff and Defendant FALLBROOK
23 PUBLIC UTILITY DISTRICT and Defendant SANTA MARGARITA MUTUAL WATER
24 COMPANY and while not legally binding upon the absent defendants
25 it could create an unfavorable phychological condition for them
26 when they begin presenting their own evidence as to their rights
27 both against Plaintiff, as a co-riparian, and against FALLBROOK
28 PUBLIC UTILITY DISTRICT as an appropriator.
29      Also, it would be a great inconvenience and additional
30 expense to FALLBROOK PUBLIC UTILITY DISTRICT, after defending its
31 appropriative rights as against Plaintiff, to thereafter be
32 compelled to remain virtually on trial throughout the rest of the

-3-

867

litigation to protect itself against possible unreasonable claims of other riparian defendants while they were proving their respective rights.

That affiant has examined the records and files in this action from which it appears that approximately three thousand (3000) additional defendants have been brought into the suit since the commencement of the action, on plaintiff's motions, the last of which motion was made January 22, 1952 adding approximately two hundred six (206) new defendants. Affiant is informed and believes and therefore alleges the fact to be that many of said defendants still have not been served. That some thirty (30) or more attorneys have appeared of record herein and filed answers for numerous defendants herein. That all of said answers claim riparian rights or the rights of overlying landowners. In addition, however, some of the answers claim prescriptive rights of varying degrees of antiquity and others claim appropriative rights of varying dates of priority. Many hundreds of defendants have appeared in propria persona. Affiant is informed and believes and therefore alleges the fact to be that none of said attorneys, other than the attorneys for defendants FALLBROOK PUBLIC UTILITY DISTRICT and SANTA MARGARITA MUTUAL WATER COMPANY, and none of said defendants appearing in propria persona, have been served with notice of the hearing on Plaintiff's motions for separate trials.

Affiant is informed and believes and therefore alleges the fact to be that all said other defendants are and will be adversely affected by Plaintiff's said motions and, if same are granted, will be greatly inconvenienced and prejudiced thereby for the reasons heretofore set out.

That defendant FALLBROOK PUBLIC UTILITY DISTRICT will be greatly inconvenienced and prejudiced if Plaintiff's motion for a separate trial is granted and the Fallbrook case is tried in advance of the general trial of the other defendants. In Affiant's

-4-

868

36

opinion defendant FALLBROOK PUBLIC UTILITY DISTRICT will be compelled to expend in excess of $25,000.00 making a complete survey and study of the claims and rights of every landowner and water user in the Santa Margarita River watershed, the quantities of arable land owned by each, the crops to which it is now planted and the crop for which it is best suited, the present reasonable water requirements of each parcel of land as well as its ultimate reasonable requirements. That defendant FALLBROOK PUBLIC UTILITY DISTRICT has made no such survey or study to date, relying upon each of the other defendants presenting to the Court in an orderly manner the evidence in support of his claim and the reasonable requirements, present and prospective, of his lands. When all of said defendants have presented the evidence of their respective claims, the Court and defendant FALLBROOK PUBLIC UTILITY DISTRICT will have the basis for ascertaining and determining the amount of the prior rights and the amount of the surplus available to defendant FALLBROOK PUBLIC UTILITY DISTRICT. That if Plaintiff's motion for a separate trial is denied and the case permitted to proceed to trial in the normal and logical manner in which this type of water litigation is usually tried, most of said heavy expenditures for field surveys and studys can and will be saved to the defendant FALLBROOK PUBLIC UTILITY DISTRICT.

WHEREFORE affiant respectfully prays that this Court deny the Plaintiff's Motions for separate trials.

Subscribed and sworn to before me this 25th day of February, 1952.

Notary Public in and for the County of San Diego, State of California

RECEIVED copy of within affidavit this 25 day of Feb., 1952

Attorneys for Plf

- 5 -

869