UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**SOUTHERN** DIVISION

UNITED STATES OF AMERICA, ) No. **1247-SD Civil** Criminal
                     Plaintiff, )
**vs** ) MINUTES OF THE COURT
 )
**Fallbrook Public Utility District, et** ) Date: **Feb. 25, 1952,**
                     **al.** )
 ) At **San Diego,** Calif.
 )
                 Defendants. )

PRESENT: The Honorable **JACOB WEINBERGER** District Judge

Deputy Clerk **J.M. Horn**     Reporter: **Ross Reynolds**
Spec. Ass't to Att'y Gen'l; Wm H. Veeder
U.S. Attorney, by Asst. U.S. Attorney: Betty M. Graydon
  Walter J. Turnbull, Jr. and John R. McCarthy of counsel for Gov't.
Counsel for Defendant : Swing, Scharnikow, and Staniforth by Phil D. Swing
  for Fallbrook Public Utility District;
W.B. Dennis for Santa Margarita Mutual Water Co. Arvin
Edw. G. Brown, Att'y Gen'l, State of Calif., by Marvin B. Shaw, Deputy
  Att'y Gen'l, for intervener, State of Calif.

PROCEEDINGS: For hearing on (1) motion of Fallbrook Public Utility District to strike from plaintiff's reply to answer of said District; (2) motion of United States of America for separate trial on the merits as to Fallbrook Public Utility District; (2) motion of United States of America for separate trial on the merits as to Santa Margarita Mutual Water Co.

    Attorney Veeder argues in support of motions for separate trial. Attorney Swing argues in reply.

    At 3:40 PM, after a ten minute recess, Attorney Swing resumes argument. Attorney Dennis argues. Attorney Shaw makes a statement in opposition to said motions for separate trial.

    Attorney Veeder responds to argument of all counsel in opposition to said motions.

    The Court orders said motions for separate trial stand submitted, and orders hearing on motion of Fallbrook Public Utility District continued to ~~~~~~~~~~~~~~~~~~~ Feb. 27, 1952, 9:30 AM.

EDMUND L. SMITH, Clerk,

864

By_____Deputy Clerk.