UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**SOUTHERN** DIVISION

| | |
|---|---|
| U.S.A. ) | No. **1247-SD** Civil |
| ) | MINUTES OF THE COURT |
| Plaintiff, ) | Date: **Feb. 27, 1952,** |
| vs ) | At: **San Diego,** „ Calif. |
| **Fallbrook Public Utility District, et al.,** ) | |
| Defendant ) | |

PRESENT: The Honorable **JACOB WEINBERGER** District Judge;

Deputy Clerk **J.M. Horn**    Reporter **Ross Reynolds**

Counsel for Plaintiff : **Wm H. Veeder**

Counsel for Defendant : **Phil D. Swing for def't Fallbrook Public Utility District**

| NATURE OF PROCEEDINGS | RULING |
|---|---|
| **For hearing on motion of Fallbrook Public Utility District to strike from plaintiff's reply to answer of said district:** | |
| **Attorney Swing argues in support of said motion to strike. Attorney Veeder argues in reply.** | Court orders motion to strike denied. |

872

EDMUND L. SMITH, Clerk,

By_____, Deputy Clerk.