IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

James C. Shultz and Delta A. Shultz
Name
P.O. Box 215
Address
Fallbrook, California
City and State
7581
Telephone Number

Defendant

**FILED**

FEB 28 1952

EDMUND L. SMITH, Clerk
By _Carolyn T. Vila_
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1247 |
| ) | |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| ) | |
| Defendants, ) | |

Comes now the defendant (s) __JAMES C. SHULTZ, sued herein and DELTA A. SHULTZ, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_James C. Shultz_
_Delta A. Shultz_

9262