IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Leila F Shiver
Address: 3870 Pont 12 C
City and State: Riverside Cal
Telephone Number: 4263 M

Defendant

FILED
FEB 28 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
                Plaintiff, )
)
            vs.              )   No. 1247
)
FALLBROOK PUBLIC UTILITY     )
DISTRICT, et al.,            )
)
                Defendants,  )

Comes now the defendant (s) Leila F Shiver

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Leila F Shiver

9263