IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

William D. Shearer
Name

533-So. Wilton Pl.
Address

Los Angeles, 5 Calif.
City     and     State

DU-3 4633
Telephone Number

Defendant

**FILED**

FEB 28 1952

EDMUND L. SMITH, Clerk

By ...Crosley V. Valen...
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) William D. Shearer

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

William D. Shearer

9264