IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Novellia L. Shearer
Name

533-So. Wilton Pl.
Address

Los Angeles, 5 Calif.
City and State

Du-3 4633
Telephone Number

Defendant

FILED
FEB 28 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
    vs.                  )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s) __Novellia L. Shearer__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Novellia L. Shearer

9265