IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: **Mabel A. Sewell and Harold Sewell**

Address

City and State: **Winchester, California**

Telephone Number: **None**

Defendant

FILED
FEB 28 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
)
                 Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
                Defendants, )

Comes now the defendant (s) **MABEL A. SEWELL, sued herein and HAROLD SEWELL, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Mabel W Sewell*
*/s/ Harold Sewell*

9286