IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

| | |
|---|---|
| 1 | **Mabel Sewell, Guardian** of **Barbara Ann Auld, A Minor** |
| | Name |
| 2 | |
| | Address |
| 3 | **Winchester, California** |
| | City and State |
| 4 | **None** |
| | Telephone Number |
| 5 | |
| 6 | Defendant |

FILED
FEB 28 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
      vs.                )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s) __MABEL SEWELL, GUARDIAN OF BARBARA ANN AULD, sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Mabel Sewell Guardian*
*of Barbara Ann Auld*
*a minor*

9267