IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Myrtle Nelson
Address: Bx. 64
City and State: Fallbrook, Calif
Telephone Number: 7227

Defendant

FILED
FEB 28 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
             )
                Plaintiff, )
             )
    vs.      )   No. 1247
             )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
             )
                Defendants, )

Comes now the defendant (s) Myrtle Nelson

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Myrtle Nelson

9268