IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Carlton W. Lloyd
　　　　　Name
P. O. Box 371
　　　　　Address
Fallbrook, California
　City　and　State
7137
　Telephone Number

Defendant

FILED

FEB 28 1952

EDMUND L. SMITH, Clerk
By Cassidy T. Vila
　　　　　DEPUTY CLERK

UNITED STATES OF AMERICA　　)
　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiff, )
　　　　　　　　　　　　　　)
　　　　vs.　　　　　　　　 )   No. 1247
　　　　　　　　　　　　　　)
FALLBROOK PUBLIC UTILITY　　)
DISTRICT, et al.,　　　　　 )
　　　　　　　　　　　　　　)
　　　　　　　　Defendants, )

　　　Comes now the defendant (s) __Carlton W. Lloyd, sued__
__herein__
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

　　　　　　　　　　　　　　Carlton W. Lloyd

9269