IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

G. W. Mc Kethan
_____
Name
Route 2  Box 119
_____
Address
Fallbrook, California
_____
City      and      State
345
_____
Telephone Number

Defendant

FILED

FEB 28 1952

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA          )
                                  )
                    Plaintiff,    )
                                  )
          vs.                     )      No. 1247
                                  )
FALLBROOK PUBLIC UTILITY          )
DISTRICT, et al.,                 )
                                  )
                    Defendants,   )


Comes now the defendant (s) G. W. McKETHAN, sued herein

_____

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

_G. W. McKethan_

_____

9270