IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: M. Jameson (Same As D. Jameson)
Address: P.O. Box 656
City and State: Fallbrook, California
Telephone Number: 7101

Defendant

FILED
FEB 28 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant(s) M. JAMESON, SUED HEREIN ( SAME AS D. JAMESON) and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

M. Jameson

9271