IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1
2
3
4
5
6

ADELINA L. JAMESON
Name
P.O. Box 656
Address
Fallbrook, California
City   and   State
7101
Telephone Number

Defendant

F I L E D

FEB 28 1952

EDMUND L. SMITH, Clerk
By _Cecily T. Vala_
DEPUTY CLERK

7

8      UNITED STATES OF AMERICA        )
                                       )
9                        Plaintiff,    )
                                       )
10                  vs.                )        No. 1247
                                       )
11     FALLBROOK PUBLIC UTILITY        )
       DISTRICT, et al.,               )
12                                     )
                        Defendants,    )
13

14        Comes now the defendant (s) ADELINA L. JAMESON, sued

15     herein

16     and for himself or themselves alone and answering plaintiff's complaint on

17     file, herein denies (deny) each and every material allegation contained therein.

18
19                              _Adelina L. Jameson_
20
21
22
23
24
25
26
27
28
29
30
31
32

9272