IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Merna J. Hess
Address: Rt. 2, Box 258
City and State: Fallbrook, California
Telephone Number: 598

Defendant

FILED
FEB 28 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
      vs.                )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant(s) Merna J. Hess, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Merna J. Hess

8273