IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Francis W. Hess
Name
Rt. 2, Box 258
Address
Fallbrook, California
City and State
598
Telephone Number

Defendant

**FILED**
FEB 28 1952
EDMUND L. SMITH, Clerk
By _Cassidy T. Vilas_
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __Francis W. Hess, sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Francis W. Hess_

3274