IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

John Fred Grammer
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Name

Warner Springs, Calif
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Address

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
City and State

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Telephone Number

Defendant

FILED

FEB 28 1952

EDMUND L. SMITH, Clerk
By _____
    DEPUTY CLERK

UNITED STATES OF AMERICA, )
                Plaintiff, )
             vs. )  No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
                Defendants, )

Comes now the defendant (s) John Fred Grammer

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

John Fred Grammer
Warner Springs, Calif

9275