IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Genevieve E. Graiff and Darwin L. Graiff**
Name
**P.O. Box 185**
Address
**Fallbrook, California**
City and State
**662**
Telephone Number

Defendant

FILED
FEB 28 1952
EDMUND L. SMITH, Clerk
By _Carmity V. Vila_
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants. ) | |

Comes now the defendant (s) **GENEVIEVE E. GRAIFF, sued herein and DARWIN L. GRAIFF, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Genevieve E. Graiff_
_Darwin L. Graiff_

9276