IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Name:** Sarah H. Goss
**Address:** Route 1 Box 60
**City and State:** Vista, California
**Telephone Number:** 93751

Defendant

FILED

FEB 28 1952

EDMUND L. SMITH, Clerk
By _Emily V. Vilas_
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants. ) | |

Comes now the defendant (s) **SARAH H. GOSS, sued herein as DOE FOUR HUNDRED** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Sarah H. Goss_

3277