IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Pearl Ruby Wilson Ellison
Address: 354 Oak St
City and State: Glendale, Calif.
Telephone Number: Ci. 4-4392

Defendant

FILED

FEB 28 1952

EDMUND L. SMITH, Clerk
By _Censky T. Vidas_
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
　　　　　　　　Plaintiff, )
)
　vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
　　　　　　　　Defendants, )

Comes now the defendant(s) _____
Pearl Ruby Wilson Ellison
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

　　　　　　　　Pearl Ruby Wilson Ellison
　　　　　　　　_____

8278