IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Angelo O. Domenigoni
Name

Box 45
Address

Winchester, California
City and State

None
Telephone Number

Defendant

FILED
FEB 28 1952
EDMUND L. SMITH, Clerk
By Emily T. Vila
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
              Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
             Defendants. )

Comes now the defendant(s) Angelo O. Domenigoni, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Angelo O. Domenigoni*

8279