IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Clifford L. Crittenden** and **Martha Crittenden**
Name
**423 E. Cornell Drive**
Address
**Burbank, California**
City and State
**None**
Telephone Number

Defendant

FILED

FEB 28 1952

EDMUND L. SMITH, Clerk
By *Emily T. Vila*
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) **CLIFFORD L. CRITTENDEN, sued herein and MARTHA CRITTENDEN, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Clifford L. Crittenden*
*Martha Crittenden*

9280