IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Jim M. Blackmore and Edmee N. Blackmore
Name

Address

Winchester, California
City and State

Hemet 102X1
Telephone Number

Defendant

FILED
FEB 28 1952
EDMUND L. SMITH, Clerk
By _____ Vila
DEPUTY CLERK

UNITED STATES OF AMERICA )
         Plaintiff, )
vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
         Defendants, )

Comes now the defendant(s) Jim M. Blackmore, sued herein and Edmee N. Blackmore, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Jim M. Blackmore
Edmee N. Blackmore

9281