IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**Jennie Berg and Carl August Berg**
Name
**Route 2  Box 65**
Address
**Fallbrook, California**
City and State
**None**
Telephone Number

Defendant

FILED
FEB 28 1952
EDMUND L. SMITH, Clerk
By _Camily T. Vila_
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
                                  Plaintiff, )
)
            vs.                        )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,                  )
)
                                 Defendants, )

Comes now the defendant(s) **JENNIE BERG, sued herein and CARL AUGUST BERG, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Jennie Berg_
_Carl August Berg_

9282