IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

ELVA L. BANKS
Name
ROUTE 1 BOX 238
Address
Fallbrook, California
City and State
7214
Telephone Number

Defendant

FILED

FEB 28 1952

EDMUND L. SMITH, Clerk
By *Cassidy T. Vice*
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
           Plaintiff,    )
                         )
    vs.                  )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
           Defendants.   )

Comes now the defendant (s) **ELVA L. BANKS, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Elva L. Banks*