Bert Ballinger
Name

Box 16-B-Star Route
Address

Hemet, California
City and State

1017
Telephone Number

Defendant

FILED

FEB 28 1952

EDMUND L. SMITH, Clerk
By _Emily V. Vela_
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1247 |
| ) | |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| ) | |
| Defendants. ) | |

Comes now the defendant (s) __Bert Ballinger, sued__

__herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Bert Ballinger*

9284