IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

William L. and Lillian H. Bagby.
Name
Route 2, Box 255,
Address
Fallbrook.   California.
City    and    State
Fallbrook 7016
Telephone Number

Defendant

FILED
FEB 28 1952
EDMUND L. SMITH, Clerk
By _Emily V. Vila_
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant (s) __William L. and Lillian H. Bagby__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_William L. Bagby_
_Lillian N. Bagby_

9285