IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Elleen Aufdenkamp,
_____
Name
Rural 2 Box 199
_____
Address
Elsinore
_____
City     and     State
_____        Cal
Telephone Number

Defendant

**FILED**

FEB 28 1952

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA

Plaintiff,

vs.                                        No. 1247

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

Defendants,

Comes now the defendant (s) __Elleone Aufdenkamp, sued__

__herein__

and for himself or themselves alone and answering plaintiff's complaint on
file, herein denies (deny) each and every material allegation contained therein.

Elleen Aufdenkamp
_____

9286