IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Stanley C. Banks
Address: Route 1 Box 238
City and State: Fallbrook, California
Telephone Number: 7214

Defendant

**FILED**

FEB 28 1952

EDMUND L. SMITH, Clerk
By *Cecily V. Vala*
DEPUTY CLERK

UNITED STATES OF AMERICA )
  Plaintiff, )
vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
  Defendants, )

Comes now the defendant(s) __STANLEY C. BANKS, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Stanley C. Banks*

9288