SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

Attorneys for Defendant ELIZABETH M. BUCKLEY

(SPACE BELOW FOR FILING STAMP ONLY)

FILED
FEB 29 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )
        Vs. ) NO. 1247 - Civ.
FALLBROOK PUBLIC UTILITY DISTRICT, ) ANSWER OF ELIZABETH M.
a public service corporation of the ) BUCKLEY.
State of California; et al. )
        Defendants )
PEOPLE OF THE STATE OF CALIFORNIA, )
        Defendants in )
        Intervention )

    Comes now the Defendant ELIZABETH M. BUCKLEY and separating herself from the other defendants and answering for herself alone, alleges, denies and admits as follows:

                     FIRST DEFENSE

                           I.

    That she at all times herein mentioned was and now is the wife of Defendant AUSTIN H. BUCKLEY, whose answer is on file herein.

                           II.

    Defendant hereby refers to and adopts by reference as if herein repeated, the allegations, admissions and denials contained

-1-

9289

1  in the first defense of the answer of Defendants FRANK R. CAPRA and
2  LUCILLE W. CAPRA on file herein as fully and as completely as if
3  said allegations, admissions and denials were herein set out verbatim.

5  FOR A FURTHER SECOND AND SEPARATE DEFENSE THIS DEFENDANT ALLEGES:

I.

That this defendant and AUSTIN H. BUCKLEY, at all times herein mentioned, were and now are, husband and wife and that the property described in the Third Separate and Affirmative Defense of said AUSTIN H. BUCKLEY, sued herein as A.H. BUCKLEY, is the community property of said AUSTIN H. BUCKLEY and ELIZABETH M. BUCKLEY.

II.

That this defendant refers to and adopts by reference as if herein repeated, the allegations, admissions and denials contained in the Third Separate and Affirmative Defense of said AUSTIN H. BUCKLEY contained in his Answer on file herein as fully and as completely as if said allegations, admissions and denials were herein set out verbatim.

WHEREFORE this Defendant prays:

1. That Plaintiff take nothing by its action.
2. That this Defendant and said AUSTIN H. BUCKLEY as the owners of said property described in the Answer of said AUSTIN H. BUCKLEY, has the right to divert and use forty-five (45) acre-feet of water per annum beneficially upon the lands of said defendant ALVIN H. BUCKLEY and this defendant.
3. For costs of suit incurred herein by this Defendant and for such other and further relief as this Court may seem meet and proper.

DATED: February 26th, 1952.

SWING, SCHARNIKOW & STANIFORTH
BY _____
Attorneys for defendant
ELIZABETH M. BUCKLEY

RECEIVED copy of within
Answer this
29 day of Feb this 1952
Betty Marshall Clayton
R. M. Johnson
Attorneys for Plff

-2-

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA