William J. Cusack,
814 Merritt Bldg.,
Los Angeles 14, Cal.
Attorney for defendant
F. H. Hecker

FILED

MAR 6 - 1952

EDMUND L. SMITH, Clerk
By Charles A. Reity
Deputy Clerk

UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of
the State of California, et. al.

    Defendants.

Civil Action File
No. 1247

ANSWER OF DEFENDANT
F. H. HECKER

    Comes now the defendant F. H. Hecker and for answer to plaintiff's complaint, admits, denies and alleges:

I.

    Defendant lacks information or belief sufficient to enable him to answer that portion of Paragraph II appearing on page 4 of plaintiff's complaint and upon such ground denies each and every allegation therein contained.

II.

    Answering Paragraph IV of plaintiff's complaint, defendant denies that the Santa Margarita River was or is the sole and only source of supply of water for said Camp Joseph H. Pendleton, the Naval Ammunition Depot and the United States Naval Hospital.

    Defendant lacks information or belief sufficient to enable him to answer that portion of Paragraph IV contained on page 5 of said complaint and upon such ground denies each and

-1-

9347A

every allegation therein contained.

### III.

Defendant lacks information or belief sufficient to enable him to answer Paragraph V of said complaint and upon such ground denies each and every allegation therein contained.

### IV.

Defendant lacks information or belief sufficient to enable him to answer the allegations contained in Paragraphs VII and VIII of plaintiff's complaint and upon such ground denies each and every allegation therein contained.

### V.

Answering Paragraph IX of plaintiff's complaint defendant denies that any intrusion of salt water from the Pacific Ocean has been caused by a diversion of water by this defendant from the Santa Margarita River upstream from Camp Pendleton, or otherwise, or at all, and denies that any diversion of water by this defendant from said river has caused or will cause irreparable damage, or any damage to the United States. Defendant denies that he has repeatedly, or at all, through overt acts or otherwise, displayed any disregard for the rights of the United States of America, and further denies that he has done anything whatsoever in contravention of the rights of the United States of America. Defendant denies each and every remaining allegation of said Paragraph IX.

### VI.

Further answering said complaint, defendant alleges that he is the owner of the following described real property and has been such owner for a period of 25 years and as such owner is entitled to all of the rights in and to said property including the water beneath the same and adjacent thereto:

West 1/2 of the Northeast 1/4 of the East 1/2 of Lot 2 in the Northwest 1/4 of Section 2, Township 7 South, Range 3 West.

-2-

9347B

114

1  WHEREFORE, defendant prays that plaintiff take nothing
2  by reason of its complaint and that he have and recover his costs.
3
4  *[signature]*
   Attorney for defendant
   F. H. Hecker

```
 1  State of California    )
                           ) ss.
 2  County of Los Angeles  )
```

F. H. Hecker being first duly sworn deposes and says: that he is the defendant named in the foregoing answer; that he has read the foregoing answer and knows the contents thereof; and that the same is true of his own knowledge, except as to the matters which are therein stated upon information or belief, and as to those matters that he believes it to be true.

*F.H.Hecker*

Subscribed and sworn to before me this 3rd day of March, 1952.

Notary Public in and for the County of Los Angeles, State of California.

LAW OFFICES OF
**WILLIAM J. CUSACK**
MERRITT BUILDING
307 West Eighth Street
**LOS ANGELES**
TRinity 7917

Attorneys for defendant
F. H. Hecker

UNITED STATES DISTRICT COURT IN AND FOR THE

SOUTHERN DISTRICT OF CALIFORNIA SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
) CIVIL ACTION FILE
    vs. ) No. 1247
) AFFIDAVIT OF SERVICE BY MAIL
FALLBROOK PUBLIC UTILITY DISTRICT, )
et. al. )
        Defendant. )

STATE OF CALIFORNIA )
                  ) ss.
County of Los Angeles )

    M. M. Jenks being first duly sworn says: That she is a citizen of the United States over the age of 18 years and not a party to the within action; that affiant's address is 307 W. 8th St., Los Angeles, Cal.; that on the 6th day of March, 194_ 52 affiant served the within answer on the plaintiff by depositing a copy thereof, inclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Los Angeles, Cal., addressed to the attorney of record for said plaintiff at the office of said attorney as follows:

Walter S. Binns, U. S. Attorney, Betty Marshall Graydon, Assistant U. S. Attorney, 325 West "F" Street, San Diego o, California.

That there is delivery service by United States mail at the place so addressed and there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before
me this 6 day of March, 194 52
                                 M. M. Jenks

Notary Public, Los Angeles County, Cal.

9347 E