BETTY MARSHALL GRAYDON
Assistant United States Attorney
1405 Fifth Avenue
San Diego 1, California
Telephone: F 9-4101

Attorney for Plaintiff

FILED
MAR 6 - 1952
EDMUND L. SMITH, Clerk
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,

           Defendants.

No. 1247-Civil

MOTION TO EXTEND TIME AND
ORDER EXTENDING TIME

The UNITED STATES OF AMERICA, plaintiff in the above-entitled action, respectfully represents:

That in order to facilitate the handling of the above-entitled action and to prevent undue hardship upon certain parties-defendant who have not heretofore answered plaintiff's complaint be granted additional time in which to do so;

Therefore, plaintiff moves that this Honorable Court order that the parties-defendant who have not yet appeared or answered in the above-entitled action be granted until and including the 15th day of May, 1952, in which to appear or to answer plaintiff's complaint.

Dated at San Diego, California, this 5th day of March, 1952.

SO ORDERED.

Date: 2/6/52

BETTY MARSHALL GRAYDON
Assistant United States Attorney

Judge of the United States District
Court, Southern District of California

873