```
           FILED
        MAR 7 - 1952
    EDMUND L. SMITH, Clerk
    By /s/ ........
                 DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                Plaintiff, ) Civil No. 1247-SD
     v. ) MOTION AND ORDER TO
                                              INCLUDE ADDITIONAL
FALLBROOK PUBLIC UTILITY DISTRICT, a ) PARTIES-DEFENDANT
public service corporation of the )
State of California, et al., )
                Defendants. )

     Come now A. DEVITT VANECH, Deputy Attorney General, WALTER S. BINNS, United States Attorney, and BETTY MARSHALL GRAYDON, Assistant United States Attorney, attorneys for the plaintiff herein and move the Court for an order permitting joinder of the below-named persons as additional parties-defendant pursuant to provisions of Rule 21 of the Rules of Civil Procedure.

                LUCY ELIZABETH ALLEN
                ALLIED BUILDING CREDITS, INC., a Delaware Corporation
                AUGUSTINA ALVARADO
                HENRY ALBERT ANDERSON
                LORAINE N. ANDREWS
                RAYMOND D. ANDREWS
                INEZ S. ASHCRAFT
                CARMEN E. ASKINS
                HARRY N. ASKINS
                CHRISTIE BAUER

874

| | |
|---|---|
| 1 | CHESTER RAYMOND BOLTZ |
| 2 | JULIA BOSCACCI |
| 3 | RICARDO BOSCACCI AKA R. BOSCACCI |
| 4 | FRANCES E. BRADLEY |
| 5 | ROY BRADLEY |
| 6 | LAWRENCE BRUBAKER |
| 7 | RUBY L. BRUBAKER |
| 8 | ALBERT G. BURBANK |
| 9 | H. T. BURGIN |
| 10 | WINONA ELIZABETH BURGIN |
| 11 | ANGELINE ANNA CABRAL |
| 12 | JOHN EDWARD CABRAL |
| 13 | BEATRICE CANTARINE |
| 14 | JOHN A. CANTARINE |
| 15 | CONRAD H. CARLSON |
| 16 | CHAFFEY CLAIM SERVICE |
| 17 | HANS CHRISTENSEN, JR. |
| 18 | CITIZENS NATIONAL BANK OF LOS ANGELES |
| 19 | GLENN COFFER |
| 20 | PAULINE COFFER |
| 21 | EMILY N. COLBY |
| 22 | ANGY F. COOPER |
| 23 | ARTHUR H. COOPER |
| 24 | HERBERT A. CROGHAN |
| 25 | GLADYS B. CULVYHOUSE |
| 26 | FRANCES DE RUNTZ |
| 27 | EDWARD W. DETER |
| 28 | EDYTH M. DETER |
| 29 | HELEN B. DICKEY |
| 30 | FRANCIS N. DOMENIGONI |
| 31 | PATRICK J. DURNAN |
| 32 | VIRGINIA E. DURNAN |
| 33 | JAMES I. EASLEY |

1. MARGUERITE B. EASLEY
2. ARNO H. EHRIG
3. DATA M. EHRIG
4. SYDNEY ERVIN
5. OLIA FOSS
6. ELLEN T. FOWLER
7. FRANK W. FOWLER
8. DWIGHT L. FRAKES
9. ALDA W. GAMMELL
10. JOHN J. GAMMELL
11. ALFRED E. GILBERT
12. MURIEL W. GILBERT
13. WILLIAM R. GIBBON
14. LUCIA C. GLINES
15. WILBUR H. GLINES
16. EDWARD L. HAIRE
17. MARY E. HAIRE
18. ~~HEMETON SCHOOL DISTRICT OF RIVERSIDE COUNTY~~
19. MARTHA M. HAMMER
20. MABELLE E. HARRIS
21. S. H. HARRIS
22. JOHN H. HARRISON
23. GEORGIA LEWIS HARTMAN
24. DAVID P. HATCH
25. LOTTIE V. HINES
26. ADA M. HOGUE as Administratrix of the Es-
27. tate of Constantino Claude Speziali, deceased
28. MAMIE HUNTER
29. ANNE H. HURD
30. LOTTIE M. HUTTON
31. JACK INGLES
32. BESSIE F. JACKSON
33. RAY W. JACKSON

876

3

| | |
|---|---|
| 1 | DELLA JAMES |
| 2 | WILLIAM JAMES |
| 3 | GEORGE H. JENSEN |
| 4 | PORTIA E. JENSEN |
| 5 | EDNA L. JOHNSON |
| 6 | OKEY F. JOHNSON |
| 7 | P. H. JOHNSON |
| 8 | MELVIN C. JONES |
| 9 | ELGIN JORGENSON |
| 10 | MARY JURKOVICH |
| 11 | DELIA KEVENEY |
| 12 | JOHN T. KEVENEY |
| 13 | DELLA A. KINSALL |
| 14 | HARRY KINSALL |
| 15 | HOWARD A. KRAUSE |
| 16 | ISAAC N. KRAUSHAAR |
| 17 | AGNES A. LANGSTRAAT |
| 18 | HENRY LANGSTRAAT |
| 19 | LUCY B. LANE |
| 20 | GRETA L. LARSON |
| 21 | WALTER T. LARSON |
| 22 | CAROL LEWIS |
| 23 | WALTER K. LEWIS |
| 24 | MARIE LILJEGREN |
| 25 | WALDO LILJEGREN |
| 26 | JESSIE LOIT |
| 27 | JAMES J. MCCARTHY |
| 28 | ANNA M. MCCARTHY |
| 29 | MINNIE HARRISON MCCOMB |
| 30 | WILLIAM MCCOMB |
| 31 | ADELBERT C. MCKINNEY |
| 32 | ELDRIGE MACLEOD |
| 33 | CLARA N. MACLEOD |

877

| | |
|---|---|
| 1 | ALDA A. MACY AKA ALDA ELLIS |
| 2 | AMORITA N. MACY |
| 3 | EDWARD PORTER MAJOR II |
| 4 | BEN J. MALLONEE |
| 5 | RICHARD MALZACHER |
| 6 | J. C. MANSFIELD |
| 7 | MOLLIE MANSFIELD |
| 8 | MARCEL A. MARTEL |
| 9 | CHARLES E. MARTIN |
| 10 | DORA A. MARTIN |
| 11 | GENE E. MARTIN as Executrix of the Estate of |
| 12 | Alexander Hansen, Deceased |
| 13 | MERCHANTS NATIONAL REALTY CORPORATION |
| 14 | MERWAN CORPORATION, a Delaware Corporation |
| 15 | ERDINE MOORE |
| 16 | JAMES A. MOORE as guardian of the Estate of |
| 17 | William F. Wiederhold, incompetent |
| 18 | BERTHA MURPHY |
| 19 | GLADYS NEWBERRY |
| 20 | ORANGE, COUNTY OF |
| 21 | KEITHA H. OSWALD |
| 22 | KENNETH H. OSWALD |
| 23 | L. R. PERKINS |
| 24 | EDWIN PHELPS |
| 25 | MARY NEWTON PIERCE |
| 26 | CLARENCE O. POLLARD |
| 27 | FLORENCE H. POLLARD |
| 28 | MARTHA M. RAMSEY |
| 29 | WALLACE IRVING ROBERTSON |
| 30 | JANET KALKER RODGERS |
| 31 | THOMAS B. RODGERS III |
| 32 | JOHN R. RODRIGUEZ |
| 33 | SOCORRO RODRIGUEZ |

878

| | |
|---|---|
| 1 | MERLE H. ROWE |
| 2 | RUTH ROWE |
| 3 | JAMES RUXTON |
| 4 | JANETTE SAGER |
| 5 | THOMAS L. SAGER |
| 6 | ANTONY SAICH |
| 7 | JOHN SAICH |
| 8 | EARL SAROT |
| 9 | FRANCES EUGENIE SAROT |
| 10 | ETHEL SCHULTZ AKA ETHEL MCFARLAND |
| 11 | GRACE E. SCOTT |
| 12 | SECURITY TRUST & SAVINGS BANK OF SAN DIEGO |
| 13 | ELLEN SEVERSON AKA MRS. E. B. CHRISTENSEN |
| 14 | AKA ALEEN CHRISTENSEN |
| 15 | MARGARET SIMMONS |
| 16 | FRED M. STONE |
| 17 | WINIFRED A. STONE |
| 18 | GUS J. STRODTHOFF |
| 19 | UNA STRODTHOFF |
| 20 | LEO A. SULLIVAN |
| 21 | EDWARD C. TRIPP |
| 22 | WILLIAM V. WARD |
| 23 | WILLIAM W. WATSON as Administrator of the |
| 24 | Estate of George T. Jones, deceased |
| 25 | DAVE WELCH |
| 26 | DANIEL M. WELLS |
| 27 | EDNA ARMELIA WELLS |
| 28 | SPENCER E. WHITE |
| 29 | WILDOMAR SCHOOL DISTRICT |
| 30 | DONALD W. WILLIAMS |
| 31 | ALFRED P. WOLF |
| 32 | ETTA M. YAKES |
| 33 | |

This motion is made so that the Court may have before it the additional parties-defendant in order that the subject matter of this controversy may be adjudicated completely in one action.

A. DEVITT VANECH
Deputy Attorney General

WALTER S. BINNS
United States Attorney

BETTY MARSHALL GRAYDON
Assistant United States Attorney

IT IS SO ORDERED.

Date: 3/7/52

Judge United States District Court