(SPACE BELOW FOR FILING STAMP ONLY)

1

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

2

3

4

5     Attorneys for........Defendants...JOHN..H...BOHLEN,
GRACE M. BOHLEN and NAN BOHLEN

6

7

**FILED**

MAR 7 - 1952

EDMUND L. SMITH, Clerk

By

DEPUTY CLERK

8                    IN THE UNITED STATES DISTRICT COURT

9              IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                           SOUTHERN DIVISION

11

12   UNITED STATES OF AMERICA,                    )
13                              Plaintiff         )        NO. 1247 - Civil
14                      Vs.                       )     ANSWER OF JOHN BOHLEN
15   FALLBROOK PUBLIC UTILITY DISTRICT,           )     GRACE M. BOHLEN and
     a public service corporation of the         )
16   State of California, et al.,                 )     NAN BOHLEN
17                              Defendants        )
18   PEOPLE OF THE STATE OF CALIFORNIA            )
19                         Defendants in          )
                          Intervention            )
20

21          Come now the defendants JOHN BOHLEN, GRACE M. BOHLEN

22   and NAN BOHLEN, and separating themselves from the other defen-

23   dants, for answer to Plaintiff's complaint herein, allege, deny

24   and admit as follows:

25                           FIRST DEFENSE

26                                 I.

27          These defendants refer to and adopt by reference, as

28   if herein repeated, the allegations, admissions and denials con-

29   tained in the first defense of the answer of defendants FRANK R.

30   CAPRA and LUCILLE W. CAPRA, on file herein, as fully and as

31   completely as if said allegations, admissions and denials were

32   herein set forth verbatim.

                                 -1-

FOR A FURTHER, SEPARATE AND SECOND DEFENSE, THESE DEFENDANTS ALLEGE:

I.

That these defendants are the owners, as joint tenants, of and are in possession of the following described real property situate, lying and being in the County of Riverside, State of California, more particularly described as follows:

The Southeast 1/4 of the Southwest 1/4 and the
South 1/2 of the Southeast 1/4 of Section 15,
Township Seven South, Range 3 East, San Bernardino
Base and Meridian.

II.

That at all times since said real property has been owned, by these defendants, and for more than twenty(20) years prior to the filing of the Plaintiff's complaint herein, all of said real property has been owned, held and operated as a single farming unit and the water resources appurtenant to said real property have been used on all of said lands for irrigation and for supplying the owners' needs and requirements for domestic, irrigation and stock water and the water from the several wells located thereon have been commingled and used interchangeably on the various parcels making up said farming unit.

III.

That there are located upon said property valuable improvements, to-wit: house, barn, workshop, tank house, milk house and garage, representing an investment of more than $6,000.00; Five (5) chicken houses and pens, representing an investment of more than $1000.00 four (4) wells, equipped with pumps and motors and connected with a 50,000 gallon cement reservoir and a pipe distribution system representing an investment in excess of $10,000.00. That all of said property is fenced and cross-fenced and equipped with farm implements and machinery proper to operate the same in an efficient manner. That on said property are

-2-                                    9358

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

approximately two (2) acres of orchard, four (4) acres of alfalfa
and twenty-seven (27) acres of pasture; also on said property are
maintained approximately one thousand (1000) chickens and approxi-
mately twenty-five (25) head of cattle.

IV.

That for many years last past beginning thirty (30) years
ago these defendants and their predecessors in interest have used
said wells openly, continuously, adversely and under claim of
right to satisfy the requirements of said lands for domestic, ir-
rigation and stock water purposes and used for said purposes in
excess of fifteen (15) acre feet of water per annum.

V.

That of said lands, more than 110 acres of arable and
cultivatable and suitable for growing trees and crops thereon.
That underneath said lands lie strata of water bearing sand,
gravel and decomposed granite through which percolates a sub-
stantial amount of water furnishing said lands with an adequate
supply of water for use thereon, which water can be obtained by
digging wells thereon and pumping water therefrom. That it is the
plan, intention and purpose of these defendants to develop addi-
tional water resources by digging additional wells and using water
therefrom to irrigate the arable lands thereof.

VI.

That these defendants are the owners, as joint tenants,
and in possession of all that certain real property situated,
lying and being in the  County of Riverside, State of California,
more particularly described as follows:

      The Southeast 1/4 of the Southeast 1/4 of Section
      Nine (9); the South 1/2 of the Southwest 1/4 of
      Section Ten (10); the Northeast 1/4 of the Northeast
      1/4 of Section Sixteen (16); all in Township Seven (7)
      South, Range Three (3) East, S. B. M.

-3-

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

That at all times since the homestead patent issued for said
lands in 1918, all of the same have been owned, held and operated
as a single farm unit.  That of said lands more than one hundred
twenty-five (125) acres are arable and cultivatable and the
remainder thereof are valuable for stock raising and grazing
purposes.  That underneath said lands lie a strata of water
bearing sand, gravel and decomposed granite through which perco-
lates a substantial quantity of water furnishing said lands with
an adequate supply for use thereon which water can be obtained
by digging wells therein and pumping water therefrom.  That it is
the plan, intention and purpose of these defendants to develop
additional water resources by digging additional wells and using
water therefrom to irrigate the arable lands thereof.

VII.

That these defendants are the owners, as joint tenants,
of all that certain real property situated, lying and being in
the County of Riverside, State of California, more particularly
described as follows:

The Southwest 1/4 of Section Seventeen (17),

Township Seven (7) South, Range Three (3) West

S. B. M.

That said lands are improved by being fenced and cross-fenced
and having located thereon a barn and a well. That of said lands
more than forty (40) acres are arable and cultivatable and suit-
able for growing crops thereon, and the remainder is valuable for
stock raising and grazing purposes.

VIII.

That underneath said lands lie strata of water bearing
sand, gravel and decomposed granite through which percolates a
substantial quantity of water furnishing said lands with an
adequate supply of water for use thereon which water can be
obtained by digging wells therein and pumping water therefrom.

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

-4-

9360

105

1  That it is the plan, intebtion and purpose of these defendants to
2  develop said water supply by digging additional wells and to use
3  the same beneficially upon said lands for raising orchards and
4  crops.

5                              IX.

6       That all of said lands belonging to these defendants are
7  located in a semi-arid region and are and would be barren, un in-
8  habitable and unproductive without water but with water said lands
9  are valuable and highly productive for agriculture and livestock
10 purposes.

11                             X.

12      That these defendants, as the owners of overlying lands,
13 are the owners, as against Plaintiff, of a prescriptive right to
14 take from the underground percolating water and beneficially use
15 upon the lands described in Paragraph I hereof, up to fifteen (15)
16 acre-feet of water per annum which said right is paramount to any
17 right of Plaintiff;  that these defendants are also  the owners,
18 as against Plaintiff, of a right to take from said underground
19 water and beneficially use upon the said lands described  in
20 Paragraph I hereof, up to two hundred seventy-five (275) acre-
21 feet of water per annum, which said right is correlative with
22 the right of Plaintiff to take from the Santa Margarita River a
23 reasonable amount of water for riparian uses upon its riparian
24 lands but that said right is paramount to all other rights or
25 claims of right of Plaintiff to the waters of said Santa Marga-
26 rita River.  That these defendants, as the owners of the lands
27 described in Paragraph VI hereof, are the owners, as against
28 Plaintiff, of a right to take from the underground percolating
29 water for beneficial use upon the lands described in said Para-
30 graph VI, up to three hundred (300) acre-feet of water  per annum
31 which said right is correlative with the right of Plaintiff to
32 take from the Santa Margarita River a reasonable amount of water

9361

/06

for riparian uses on its riparian lands but that said right is
paramount to all other rights or claims of right of Plaintiff to
said water.     That these defendants, as the owners of the lands
described in Paragraph VII are the owners, as against Plaintiff,
of a right to take from the underground percolating waters and
beneficially use upon the said lands described in Paragraph VII
up to 200 acre-feet of water per annum which said right is cor-
relative with the right of Plaintiff to take from the Santa Mar-
garita River, as reasonable amount of water for riparian uses on
its riparian lands but that said right is paramount to all other
rights  or claims of right of Plaintiff therein.

    WHEREFORE these defendants pray:

1.   That Plaintiff take nothing by its action.

2.   That these defendants be found and declared to be
    the owners, as against Plaintiff, of a prescriptive
    right to fifteen (15) acre feet of water per annum
    for use upon the lands described in Paragraph I of
    the further, separate and second defense herein.

3.   That these defendants be found and declared to be
    the owners, as against Plaintiff, of an additional
    right to take from the underground percolating
    water beneath the lands described in said Paragraph
    I, for beneficial use thereon, up to two hundred
    seventy-five (275) acre-feet of water per annum and
    that said right be found and declared to be cor-
    relative with the right of Plaintiff to take from
    the Santa Margarita River a reasonable amount of
    water for riparian uses on its riparian lands but
    that said right be found and declared to be paramount

-6-

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

to all other rights and claims of Plaintiff.

4. That these defendants be found and declared to be the owners, as against Plaintiff, of a right to take from the underground percolating waters beneath the lands described in Paragraph VI of the further, separate and second defense herein, for beneficial use thereon, up to three hundred (300) acre-feet of water per annum and that said right be found and declared to be correlative with the right of plaintiff to take a reasonable amount of water from the Santa Margarita River for riparian uses on its said riparian lands, but that said right be found and declared to be paramount to all other rights or claims of right of Plaintiff.

5. That these defendants be found and declared to be the owners, as against Plaintiff, of a right to take from the underground percolating water beneath the lands described in Paragraph VII of the further, separate and second defense herein for beneficial use thereon, up to two hundred acre-feet of water per annum and that said right be found and declared to be correlative with the right of Plaintiff to take a reasonable amount of water from the Santa Margarita River for riparian uses upon its riparian lands but that said right be found and declared to be paramount to all other rights and claims of right of Plaintiff.

6. That these defendants have judgment for their costs incurred herein and for such other and further relief

-7-

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

9363

1    as the Court may deem meet and proper.

2

3    DATED: March 6 1952.

4

5                        SWING, SCHARNIKOW & STANIFORTH

6

7                        BY _Phil D. Swing_

8                        Attorneys for Defendants JOHN BOHLEN
                         GRACE M. BOHLEN and NAN BOHLEN

9

10

11

12

13

14

15

16   RECEIVED copy of within

17   (Answer) this

18   2 day of March, 1952

19   Betty Marshall Graydon

20   Attorneys for Plaintiff

21

22

23

24

25

26

27

28

29

30

31                           -8-

32