SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

Attorneys for Defendants FRANK WILL PITTAM and HAZEL EUNICE PITTAM

(SPACE BELOW FOR FILING STAMP ONLY)



FILED

MAR 7 – 1952

EDMUND L. SMITH, Clerk

By ................................
DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

Vs.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,

        Defendants

PEOPLE OF THE STATE OF CALIFORNIA

        Defendants in Intervention

NO. 1247 - Civil

ANSWER OF FRANK WILL PITTAM and HAZEL EUNICE PITTAM

    Come now the defendants FRANK WILL PITTAM and HAZEL EUNICE PITTAM, and separating themselves from the other defendants, for answer to Plaintiff's complaint herein, allege, deny and admit as follows:

FIRST DEFENSE

I.

    These defendants refer to and adopt by reference, as if herein repeated, the allegations, admissions and denials contained in the first defense of the answer of defendants FRANK R. CAPRA and LUCILLE W. CAPRA, on file herein, as fully and as completely as if said allegations, admissions and denials were herein set forth verbatim.

-1-

9352

FOR A FURTHER, SEPARATE AND SECOND DEFENSE, THESE DEFENDANTS ALLEGE:

I.

That defendants FRANK WILL PITTAM and HAZEL EUNICE PITTAM at all times herein mentioned were and now are husband and wife.

II.

That these defendants are the owners and in possession of all that certain real property situate, lying and being in the County of Riverside, State of California, more particularly described as

Southeast Quarter of the Southeast Quarter of Section 12; East half of the Northeast Quarter of Section 13; all in Township 7 South, Range 1 West, S B B M consisting of approximately 120 acres more or less.

III.

That said lands are located in a semi-arid region and are and would be barren and unproductive and of little value without water but with water said lands are valuable and highly productive for agriculture, residential and livestock purposes.

IV.

That said lands are traversed by Tecolote Creek, also known as Tucalota Creek, which in turn is a tributary of the Gertrudes Creek which in turn is a tributary of the Murrieta Creek, which in turn is a tributary of the Santa Margarita River. That although the surface flow in said creek is intermittent for most of the year, it does have a permanent subsurface flow. Said lands also overlie underground strata of water bearing sand gravel and decomposed granite through which percolates a substantial quantity of water which can and does furnish said lands with a water supply which is and can be made available for use thereon by digging wells therein and pumping water therefrom.

-2-

8353

V.

That at the present time there is a well located in the Northwesterly portion of the Southeast 1/4 of the Southeast 1/4 of said section 12, which well was dug in the year 1934 and has been in continuous use ever since by these defendants and their predecessors in interest. That said well has a capacity of forty (40) gallons per minute and has been used to its full capacity for the purposes of supplying domestic, irrigation and livestock requirements on said lands. That said use by these defendants and their predecesssors in interest has been continuous, adverse, open and under claim of right since 1934.

VI.

That said lands are improved by being fenced and cross-fenced and have thereon two houses in one of which these defendants reside; a barn, five chicken houses, a 1600-gallon tank and irrigation system consisting of more than eight hundred (800) feet of iron pipe connecting said well with said tank and said tank with said buildings and grounds and there is installed a sprinkler system. That approximately eight (8) acres are planted to permanent pasture and are irrigated by means of said sprinkler system. That said ranch is stocked with between 3000 and 4000 chickens and up to 300 turkeys and 15 head of cattle although as a result of the protracted drought less poultry and cattle are on the farm at the present time than there is usually maintained. That for more than fifteen (15) years last past these defendants have used the full capacity of said well up to fifteen million gallons per year, or fifty (50) acre-feet of water for meeting their domestic, irrigation, livestock and poultry requirements. That said improvements represent an investment of more than $20,000.00.

VII.

That of said lands, more than fifty acres are arable and suitable for crops and for cultivation and irrigation and the

-3-

9354

remainder of said lands are suitable for stock raising and grazing purposes. That it is the plan, purposes and intention of these defendants to develop additional water supply by digging additional wells and using said additional water upon said lands for domestic, irrigation, livestock and poultry purposes.

VIII.

That these defendants are the owners, as against the Plaintiff, of a prescriptive right to beneficially use on said lands for domestic, irrigation and stock water purposes, up to fifty (50) acre-feet of water per annum which said right is paramount to any of Plaintiff's rights; that these defendants, as the owners of said riparian and overlying lands, are the owners, as against Plaintiffs, of the right to divert from said creek upon their said property and to pump from the percolating water underneath their said lands for beneficial use thereon, one hundred fifty (150) acre-feet per annum, which said right is correlative with the right of Plaintiff to take and use a reasonable amount of the waters of the Santa Margarita River for riparian purposes upon its riparian lands but that said right is paramount to all other right or claims of right of plaintiff in and to said waters.

WHEREFORE these defendants pray:

1. That Plaintiff take nothing by its action.

2. That these defendants be found and declared to be the owners, as against Plaintiff, of a prescriptive right to use a reasonable amount of the waters of Tecolote Creek, also known as Tucalote Creek, and to pump and divert from the underground percolating water for beneficial use on said lands up to fifty (50) acre-feet of water per annum;

-4-

that these defendants also be found and declared to be the owners, as against Plaintiff, of a riparian right and a right to pump from the underground percolating water for beneficial use thereon, up to one hundred fifty (150) acre feet of water per annum which said right be declared to be correlative with the right of Plaintiff to take and use a reasonable amount of the waters of the Santa Margarita River for riparian purposes upon its riparian lands but that these defendants' said right be declared to be paramount to all other rights or claims of Plaintiff in and to said waters.

4. That these defendants have judgment for their costs incurred herein and for such other and further relief as the Court may deem meet and proper.

DATED: March 3rd, 1952.

SWING, SCHARNIKOW & STANIFORTH

BY _____
Attorneys for FRANK WILL PITTAM
and HAZEL EUNICE PITTAM.

RECEIVED copy of within
_Answer_ this
7th day of March, 1952
_Betty Marshall Grayden_
Attorneys for Plaintiff

-5-

9356