```
                                              (SPACE BELOW FOR FILING STAMP ONLY)

         SWING, SCHARNIKOW & STANIFORTH
                 ATTORNEYS AT LAW
         604 SAN DIEGO TRUST & SAVINGS BUILDING
               SAN DIEGO 1, CALIFORNIA
                  FRANKLIN 9-1131
                                                       F I L E D

                                                       MAR 7 - 1952
Attorneys for....Defendant Ernest Aubert
                                                  EDMUND L. SMITH, Clerk
                                                  By /s/
                                                              DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DIVISION OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff<br><br>　　vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>　　　　　　　Defenfants<br><br>PEOPLE OF THE STATE OF CALIFORNIA<br><br>　　　　　　　Defendants in<br>　　　　　　　Intervention | NO. 1247- Civil<br><br>ANSWER OF ERNEST AUBERT |

　　　Comes now defendant ERNEST AUBERT and separating himself from the other defendants, for answer to Plaintiff's complaint herein, alleges, denies and admits as follows:

FIRST DEFENSE

I.

　　　This defendant refers to and adopts by reference, as if herein repeated, the allegations, admissions and denials contained in the first defense of the answer of defendants FRANK R. CAPRA and LUCILLE W. CAPRA, on file herein, as fully and as completely as if said allegations, admissions and denials were herein set forth verbatim.

-1-

9348

FOR A FURTHER, SEPARATE AND SECOND DEFENSE, THESE DEFENDANTS ALLEGE

I.

This defendant is the owner and in possession of all that certain real property situate, lying and being in the County of Riverside, State of California, more particularly described as follows:

> Lots One (1) and Two (2) in the Northeast 1/4 of Section Six (6), Township Seven (7) South, Range two (2) West, S.B.B. M. commonly known as the Northeast 1/4 of said section.

II.

That said lands are traversed by a natural water course known as French Creek, which is a tributary of Warm Springs Creek which, in turn, is a tributary of Murrieta Creek, which, in turn is a tributary of the Santa Margarita River. That said lands are riparian to said French Creek. That said creek is of an intermittent flow and has surface flow only during rainy seasons but does have a permanent underground flow. Also, underlying said lands are strata of sand, gravel and decomposed granite through which percolate a substantial quantity of water from which defendant can and does obtain a supply of water for use on his said lands. That all of said lands are arable and suitable for cultivation and more than one hundred fifty (150) acres thereof have heretofore been cultivated or used for permanent pasture.

III.

That on said lands are located two (2) wells and water has been used therefrom continuously since the year 1922 for domestic, irrigation and stock water purposes. That in excess of five million gallons per annum or in excess of fifteen and one-half (15½) acre feet per annum of water have been used on said lands openly, continuously, adversely and under claim of right.

9349

IV

That said property is fenced and cross-fenced and improved with a house in which this defendant lives; a barn, chicken houses, pens, corrals and other farm structures and fixtures used in connection with the operation of said farm. That said well is connected by pipe with a 1900-gallon tank, and said tank connected with said house and farm buildings and with the irrigated lands situated in the Northwest 1/4 of said Northeast 1/4

V.

That all of said lands are suitable for the raising of orchards and various field crops and it is this defendant's plan, intention and purpose to develop additional water supply by the digging of wells into said underground water bearing strata and pumping water therefrom for use thereon.

VI.

That all of said lands lie in a semi-arid region and are barren, unproductive and of little value without water but with water they are highly productive and valuable.

VII.

That this defendant, as the owner of said lands, is the owner of a prescriptive right to take and divert from the underground water up to fifteen and one-half ($15\frac{1}{2}$) acre-feet of water per annum for beneficial use thereon, which said right is paramount to any right which Plaintiff may have in and to the waters of the Santa Margarita River. That this defendant, as the owner of said land, is also the owner, as against Plaintiff, of a right to take from the underground percolating water and divert from said French Creek, for beneficial use on said land up to three hundred twenty (320) acre-feet of water per annum, which said right is correlative with the right of Plaintiff to divert a reasonable amount of the waters of the Santa Margarita River for riparian uses on its riparian lands but that as to all other rights or claims of right of Plaintiff, the right of this

defendant is paramount thereto.

WHEREFORE this defendant prays:

1. That Plaintiff take nothing by its action.

2. That this defendant be found and declared to be the owner, as against Plaintiff, of a prescriptive right to divert and beneficially use upon its said lands up to fifteen and one-half (15½) acre feet per annum and that said right be declared to be paramount to the rights of Plaintiff.

3. That this defendant be found and declared to be the owner, as against Plaintiff, of the right to divert and beneficially use upon its said lands up to three hundred twenty (320) acre-feet of water per annum and that said right be declared to be correlative with the right of Plaintiff to divert from the Santa Margarita River a reasonable amount thereof for riparian uses upon its riparian lands but that this defendant's said right be declared to be paramount to all other rights or claims of right of Plaintiff.

4. That this defendant have judgment for its costs incurred herein and for such other relief as may to the court seem meet and proper.

DATED: March 6 1952.

RECEIVED copy of within
Answer this
7th day of March, 1952
Betty Marshall Drayton
Attorneys for Plaintiff

SWING, SCHARNIKOW & STANIFORTH
BY _____
Attorneys for defendant
ERNEST AUBERT.

-4-

9351