IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Walter M. Barragar and Helyn M. Barragar
Name
124 Harvey Drive
Address
Glendale, California
City and State
Citrus 30618
Telephone Number

Defendant

FILED
MAR 10 1952
EDMUND L. SMITH, Clerk
By _____
       DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
       vs.               )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s) Walter M. Barragar
Helyn M. Barragar
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Walter M. Barragar
Helyn M. Barragar

9365