IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

MYRTLE H. SCOTT
Name
8122 SAN LUIS AVE.
Address
SOUTHGATE     CALIFORNIA
City   and   State
JEFFERSON 2953
Telephone Number

Defendant

FILED
MAR 11 1952
EDMUND L. SMITH, Clerk
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
   vs.                   )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant (s) __MYRTLE H. SCOTT__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Myrtle H. Scott*

9366