IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

HUGH L. SCOTT
_____
Name
8122 SAN LUIS AVE.
_____
Address
SOUTHGATE        CALIFORNIA
_____
City     and     State
JEFFERSON   2953
_____
Telephone Number

Defendant

**FILED**

MAR 11 1952

EDMUND L. SMITH, Clerk

_____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
                Plaintiff, )
                         )
        vs.              )        No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant (s)____HUGH L. SCOTT_____

_____

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

Hugh L. Scott

_____

9367