IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Lydia A. Stanfield
Name
12449 E. Lambert Rd.
Address
Whittier, California
City and State
OX 6-7341
Telephone Number

Defendant

FILED
MAR 12 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
     vs.                 )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant (s) Lydia A. Stanfield

and for himself (her) or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Lydia A. Stanfield*

9368