Case 3:51-cv-01247-JO-SBC   Document 1416   Filed 03/13/52   PageID.3287   Page 1 of 3

BETTY MARSHALL GRAYDON
Assistant United States Attorney
1405 Fifth Avenue
San Diego 1, California
   Telephone: F 9-4101

Attorney for Plaintiff

FILED

MAR 13 1952

EDMUND L. SMITH, Clerk
By ............................
               DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                          )
              Plaintiff,  )   No. 1247 - SD
                          )
         v.               )   SUPPLEMENT TO
                          )
FALLBROOK PUBLIC UTILITY DISTRICT, a )  ANSWERS TO INTERROGATORIES
    public service corporation of the )
    State of California; et al.,      )         OF
                                      )
              Defendants.             )  DEFENDANT, FALLBROOK PUBLIC
                                             UTILITY DISTRICT

   Comes now WALTER J. TURNBULL, JR., Civilian in Charge, Office of Ground Water Resources, Marine Barracks, Camp Joseph H. Pendleton, Oceanside, California, on behalf of the UNITED STATES OF AMERICA, in response to the interrogatories number one to twenty-five, inclusive, propounded by the defendant Fallbrook Public Utility District, supplementing the answer to interrogatory No. 7 filed with this Court January 7, 1952, and says:

   ANSWERING INTERROGATORY NUMBER SEVEN (7), the maximum depth ranges of the alluvial deposits within the three component parts of the basin in computing storage are as follows:

   Upper (O'Neill) Component          140' to 175'
   Middle (Chappo)      "             175' to 190'
   Lower (Ysidora)      "             190' to 197'

   The estimated ground water storage capacity of the two upstream components of the basin (O'Neill and Chappo) is approximately 40,000 acre feet. This figure represents the storage available in the upper one hundred (100) feet

- 1 -

881

below land surface, less the upper five (5) feet. That is the maximum quantity of water which could be pumped from the basin under ideal operations, at the same time allowing the volume of water in the lower component part of the basin (Ysidora) to serve as a fresh water barrier to prevent salt water intrusion.

Walter J. Turnbull, Jr.

Presented by:

BETTY MARSHALL GRAYDON
Assistant United States Attorney

```
1  UNITED STATES OF AMERICA        )
2  SOUTHERN DISTRICT OF CALIFORNIA ) ss.
3  SOUTHERN DIVISION               )
```

WALTER J. TURNBULL, JR., being by me first duly sworn, deposes and says:

That he is the Civilian in Charge of the Office of Ground Water Resources, the United States Marine Corps, at Camp Joseph H. Pendleton, Oceanside, California;

That he has read the foregoing supplement to answers to interrogatories of defendant Fallbrook Public Utility District and knows the contents thereof and that the same is true of his own knowledge, except as to the matters which are stated therein upon his information or belief and as to those matters that he believes it to be true.

WALTER J. TURNBULL, JR.

Subscribed and sworn to before me this 13th day of March, 1952.

Edmund L. Smith, Clerk U. S. District Court,
Southern District of California
By J. B. Horn, Deputy

Received copy of the within supplement to answers to interrogatories this 13th day of March, 1952.

SWING, SCHARNIKOW & STANIFORTH

Phil D. Swing

- 3 -

883