GEORGE L. COATES
FLORA DUNHAM COATES
871 San Vincente Road
Arcadia, California
IN PRO PER



FILED
MAR 13 1952
EDMUND L. SMITH, Clerk
By _Charles____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>             DEFENDANTS. | No. 1247-Civil<br><br>ANSWER OF DEFENDANTS GEORGE L.<br>COATES and FLORA DUNHAM COATES. |

      Come now defendants George L. Coates and Flora Dunham Coates (sued herein as Florence Dunham Coates), herein called "these defendants", and for answer to plaintiff's complaint admit, deny, and allege as follows:

I.

      For answer to paragraphs I, II, III, IV, V, VI, VII, and VIII of plaintiff's complaint, these defendants allege that they are without knowledge or information sufficient to form a belief as to the truth of the averments contained therein.

II.

      For answer to paragraph IX of plaintiff's complaint, these defendants deny that they have diverted water from the Santa Margarita River, or from any tributary thereof, in direct or any other

1  violation of the rights of plaintiff and in complete disregard of
2  the need of water for national defence, or otherwise; these de-
3  fendants deny that they have, by any diversion of water, or other-
4  wise, caused an intrusion of salt water as described in the com-
5  plaint; and they deny that they have caused irreparable damage, or
6  any damage, to plaintiff. These defendants further deny that they
7  have, by overt acts, or otherwise, displayed disregard for the
8  rights of plaintiff; and deny that they have asserted any rights
9  other than those set forth hereinafter in this answer. These de-
10 fendants allege that said rights asserted by them do not conflict
11 with those of plaintiff. These defendants deny each and every other
12 allegation of the complaint.
13      BY WAY OF AFFIRMATIVE DEFENSE THESE DEFENDANTS ALLEGE AS
14 FOLLOWS:
15              I.
16      These defendants on December 19, 1949 acquired title as
17 joint tenants to the following described real property:

19          The Northeast quarter and the East half
20          of the Northwest quarter of Section 15;
21          and the Northwest quarter of Section 14;
22          all in Township 9 South, Range 3 East, San
23          Bernardino Meridian, in the County of San
24          Diego, State of California, according to
25          U. S. Government Survey approved November
26          17, 1880.
27 Said real property consists of approximately 400 acres. It is lo-
28 cated on one of the tributaries of Temeculah Creek, a tributary of
29 the Santa Margarita River, approximately 1000 feet from the top of
30 the watershed thereof. The predecessors in interest of these de-
31 fendants beginning in 1916 or thereabouts developed wells on the
32 land, none over 30 feet deep, which produced and continue to produce

2.

9408

1 water for domestic use and for livestock and for irrigation upon
2 the property. Said predecessors in interest of these defendants
3 were not parties to the action in which a decree was rendered, a
4 copy of which was attached to the complaint herein.
5                                II.
6          These defendants claim those water rights as riparian
7 owners, and those rights to percolating and underground waters and
8 to impound flood waters to which their ownership of said land and
9 that of their predecessors entitle them, and also they claim those
10 water rights of all kinds thus acquired by appropriation. These
11 defendants allege that their said rights are prior to and superior
12 to those of plaintiff. These defendants are prepared to submit
13 evidence to this Court of their said water rights and those of
14 their predecessors in interest.

16          WHEREFORE, these defendants pray that plaintiff take noth-
17 ing by its action and that the rights of these defendants as alleged
18 in this answer be determined to be prior to and superior to those
19 of plaintiff, and that these defendants have judgment for their
20 costs herein incurred.

22          Dated March ___6___, 1952.

                                    _George L. Coates_
                                    (George L. Coates)

                                    _Flora Dunham Coates_
                                    (Flora Dunham Coates)
                                         IN PRO PER

3.

9409

## AFFIDAVIT OF SERVICE BY MAIL (C. C. P. 1013a)
(Must be attached to original or a true copy of paper served)

State of California,  } ss.
County of Los Angeles

The undersigned affiant, being sworn says that he is, and was at the time of the service hereinafter mentioned, a citizen of the United States, over 18 years of age, a resident of Los Angeles County and not a party to the within cause; that affiant's business address is 205 Lake-Colorado Bldg., Pasadena 1, Calif. California; that affiant served a copy of the attached Answer of defendants George L. Coates and Flora Dunham Coates by placing said copy in an envelope addressed to Walter S. Binns, United States Attorney

at his ~~their~~ ~~residence~~ office address 1405 Fifth Avenue, San Diego 1, California

that said envelope was then sealed and thereafter on March 6 1952 affiant deposited it in the mail at Pasadena California, with postage fully prepaid thereon; that there is, and at the time of such service was,

(b) regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me

March 6 1952

*Alice N. Emig*
AFFIANT

0410

*Geo. M. Rundle*
Notary Public in and for the County of Los Angeles, State of California.

GEO. M. RUNDLE, NOTARY PUBLIC
(SEAL)   My Commission Expires Feb. 1st, 1954
500 10-37