IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

Edson Abel
2223 Fulton Street
Berkeley 4, California
Telephone: Thornwall 3-9600

Attorney for Defendants
    Charlotte Flo Faulkner

Kenneth K. Wright
Ralph B. Helm
215 West 7th Street
Los Angeles 14, California
Telephone: Trinity 8404

Attorneys for Defendants
    Madeleine E. Thurber
    Packard Thurber

FILED
MAR 13 1952
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br>    Defendants. | Civil Action File<br>No. 1247 - SD<br><br>MOTION FOR REFERENCE TO A SPECIAL MASTER, NOTICE OF MOTION, AND POINTS AND AUTHORITIES IN SUPPORT THEREOF |

    Defendants Charlotte Flo Faulkner, sued herein as Doe 334; and Raymond C. Faulkner, sued herein as Doe 335; Madeleine E. Thurber; and Packard Thurber, sued herein as Doe 25, move the court for a reference of the above entitled action to the Department of Public Works of the State of California, acting through the State Engineer of the State of California, as special master in the above entitled action to investigate any and all of the physical facts involved in said action as may be necessary to determine the right of each and every party to the use of water as against each and every other party as such rights may exist under and by virtue of the laws of the State of California,

KENNETH K. WRIGHT
215 WEST SEVENTH STREET
TR-8404

384

1  including such other facts as may be required by the court
2  for its determination of the issues in the said action and
3  seasonably to report to the court thereon.
4        Dated this 13th day of March, 1952.

*Edson Abel*
Edson Abel, Attorney for Defendants
Charlotte Flo Faulkner and
Raymond C. Faulkner

KENNETH K. WRIGHT and RALPH B. HELM

By *[signature]*
Attorneys for Defendants Madeleine
E. Thurber and Packard Thurber

-2-

## NOTICE OF MOTION

TO THE UNITED STATES OF AMERICA and to WALTER S. BINNS, WILLIAM H. VEEDER, BETTY MARSHALL GRAYDON, its attorneys; and to W. B. DENNIS; SWING, SCHARNIKOW & STANIFORTH; WALTER GOULD LINCOLN; CLAYSON & STARK; G. V. WEIKERT; and O'MELVENY & MYERS, attorneys for certain defendants; and to EDMUND G. BROWN, Attorney General, attorney for the State of California:

PLEASE TAKE NOTICE that the undersigned will bring the above motion on for hearing in the United States Court House in the court room of the Honorable Jacob Weinberger, on the 31st day of March, 1952, at the hour of ten o'clock A.M. of said day, or as soon thereafter as counsel can be heard.

PLEASE TAKE FURTHER NOTICE that the Points and Authorities attached hereto will be relied upon in support of said motion.

Dated: March 13, 1952.

*Edson Abel*
Edson Abel, Attorney for Defendants
Charlotte Flo Faulkner and
Raymond C. Faulkner

KENNETH K. WRIGHT and RALPH B. HELM

By *Kenneth K. Wright*
Attorneys for Defendants Madeleine
E. Thurber and Packard Thurber

## POINTS AND AUTHORITIES

The court may appoint a special master or a referee to report upon such matters as may be referred to him by the court.

                Rule 53, Federal Rules of Civil Procedure.

The Department of Public Works of the State of California may accept a reference in an action brought in the Federal Court for a determination of rights to water as master or referee for the court.

                California Water Code, section 2075.

AFFIDAVIT OF MAILING

STATE OF CALIFORNIA  )
                     )
County of Los Angeles )

CHARLOTTE STEPHENS, being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of Los Angeles; that affiant is over the age of 18 years and is not a party to the within and above entitled action; that affiant's business address is 215 West 7th Street, Los Angeles 14, California; that on the 13th day of March, 1952, affiant served a true copy of the within MOTION FOR REFERENCE TO A SPECIAL MASTER, NOTICE OF MOTION, AND POINTS AND AUTHORITIES IN SUPPORT THEREOF in said action, by placing copies in envelopes addressed to the following persons at their office addresses, to wit:

Walter S. Binns
William H. Veeder
Betty Marshall Graydon
325 West F Street, rm 221
San Diego, California

W. B. Dennis
Route 1, Box 58
Fallbrook, California

Swing, Scharnikow & Staniforth
604 San Diego Trust & Sav. Bldg.
San Diego 1, California

Walter Gould Lincoln
742 So. Hill St., rm 1113
Los Angeles 14, California

Clayson & Stark
First National Bank Bldg.
Corona, California

G. V. Weikert
918 Oviatt Bldg.
Los Angeles, California

O'Melveny & Myers
433 So. Spring St., rm 900
Los Angeles 13, Calif.

Edmund G. Brown
Attorney General
600 State Building
San Francisco 2, Calif.

which envelopes were then sealed and postage fully prepaid thereon and deposited in the United States mail at Los Angeles, California.

That there is delivery service by United States mail at the place so addressed or/and there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me
this 13th day of March, 1952                    Charlotte Stephens

Ralph B. ___
Notary Public in and for the County
of Los Angeles, State of California