BETTY MARSHALL GRAYDON
Assistant United States Attorney
1405 Fifth Avenue
San Diego 1, California
   Telephone: F 9-4101

Attorney for Plaintiff

FILED

MAR 14 1952

EDMUND L. SMITH, Clerk

By _____

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )        Civil No. 1247-SD
                                    )
         v.                         )  MOTION TO EXTEND TIME TO PLAINTIFF IN
                                    )  WHICH TO ANSWER MOTION FOR REFERENCE
FALLBROOK PUBLIC UTILITY DISTRICT, a)  TO A SPECIAL MASTER OF DEFENDANTS
   public service corporation of the)  CHARLOTTE FLO FAULKNER; RAYMOND C.
   State of California, et al.,      )  FAULKNER; MADELEINE E. THURBER AND
                                    )  PACKARD THURBER AND
                    Defendants.     )  ORDER EXTENDING TIME

         The above-named Plaintiff by Betty Marshall Graydon, Assistant

United States Attorney, moves the Court as follows:

         That Plaintiff have until March 24, 1952 in which to answer the

Motion For Reference To A Special Master filed on behalf of defendants Charlotte

Flo Faulkner, sued herein as Doe 334; and Raymond C. Faulkner, sued herein as Doe

335; Madeleine E. Thurber; and Packard Thurber, sued herein as Doe 25, by Attorney

Edson Abel, on behalf of defendants Faulkner, and Attorney Kenneth K. Wright, on

behalf of defendants Thurber, and served on Plaintiff this 14th day of March, 1952.

         Dated:  March 14, 1952

IT IS SO ORDERED.

Date: MAR 14 1952

_____
Judge of the U. S. District Court

_____
BETTY MARSHALL GRAYDON
Assistant United States Attorney

Attorney for the Plaintiff

390

GPO  16-59903-a