1
        IN THE UNITED STATES DISTRICT COURT
     IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
2
               SOUTHERN DIVISION

3

4  UNITED STATES OF AMERICA,    )
                         )         NO.   1247-SD - Civil
5             Plaintiff,  )

6        v.           )    AFFIDAVIT OF SERVICE BY MAIL
  FALLBROOK PUBLIC UTILITY DISTRICT,)
7  a public service corporation of the
  State of California; MADELEINE E. THURBER
8  AND PACKARD THURBER, Defendant(s) )

9  UNITED STATES OF AMERICA    )
                         ) ss.
10  SOUTHERN DISTRICT OF CALIFORNIA )

11

12    Barbara V. Doe      , being first duly sworn, deposes and says:

13      That (s)he is a citizen of the United States and a resident of San

14  Diego County, California;  that (his) (her) business address is 1405 Fifth Avenue

15  Street, San Diego 1, California;  that (s)he is over the age of eighteen years,

16  and is not a party to the above-entitled action;

17      That on  March 14, 1952   , (s)he deposited in the United States Mail

18  at San Diego, California, in the above-entitled action, in an envelope bearing

19  the requisite postage, a copy of MOTION TO EXTEND TIME TO PLAINTIFF IN WHICH TO
  ANSWER MOTION FOR REFERENCE TO A SPECIAL MASTER OF DEFENDANTS CHARLOTTE FLO
20  FAULKNER; RAYMOND C. FAULKNER; MADELEINE E. THURBER AND PACKARD THURBER AND
  ORDER EXTENDING TIME
21

22  addressed to ·    Mr. Kenneth K. Wright
                 Mr. Ralph B. Helm
23               Attorneys at Law
               215 West 7th Street, Los Angeles 14, California
24  his last known address, at which place there is a delivery service of mail

25  from the United States Post Office.

26                                             _Barbara V. Doe_
                                         Barbara V. Doe

27  SUBSCRIBED and SWORN to before me,

28  this  14th  day of   March    , 1952.

29  EDMUND L. SMITH, CLERK,
  U. S. District Court
30  Southern District of California

31

  By_____
32                   Deputy

FILED

MAR 14 1952

EDMUND L. SMITH, Clerk

DEPUTY CLERK

889