```
 1                IN THE UNITED STATES DISTRICT COURT
            IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
 2                         SOUTHERN DIVISION
 3
 4     UNITED STATES OF AMERICA,    )
                                    )     NO.  1247-SD - Civil
 5                      Plaintiff,  )
                                    )
 6              v.                  )     AFFIDAVIT OF SERVICE BY MAIL
       FALLBROOK PUBLIC UTILITY DISTRICT,
 7     a public service corporation of the
       State of California; Charlotte Flo
 8     Faulkner, Raymond Defendant(s), et al.
 9     UNITED STATES OF AMERICA     )
                                    ) ss.
10     SOUTHERN DISTRICT OF CALIFORNIA )
11
12        Barbara V. Doe        , being first duly sworn, deposes and says:
13        That (s)he is a citizen of the United States and a resident of San
                                                     1405 Fifth Avenue
14     Diego County, California; that (his) (her) business address is 326 West "F"
15     Street, San Diego 1, California; that (s)he is over the age of eighteen years,
16     and is not a party to the above-entitled action;
17        That on  March 14, 1952  , (s)he deposited in the United States Mail
18     at San Diego, California, in the above-entitled action, in an envelope bearing
19     the requisite postage, a copy of  MOTION TO EXTEND TIME TO PLAINTIFF IN WHICH TO
       ANSWER MOTION FOR REFERENCE TO A SPECIAL MASTER OF DEFENDANTS CHARLOTTE FLO
20     FAULKNER; RAYMOND C. FAULKNER; MADELEINE E. THURBER AND PACKARD THURBER AND
       ORDER EXTENDING TIME
21
22     addressed to    Mr. Edson Abel, Attorney at Law
                       2223 Fulton Street
23                     Berkeley 4, California
24     his last known address, at which place there is a delivery service of mail
25     from the United States Post Office.
26                                            Barbara V. Doe
                                              Barbara V. Doe
27     SUBSCRIBED and SWORN to before me,
28     this 14th day of   March   , 1952
29     EDMUND L. SMITH, CLERK,
       U. S. District Court
30     Southern District of California
31
       By
32                            Deputy
```

FILED
MAR 14 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

888