Star Route No 2
Fallbrook, Calif.
March 12, 1952

Miss Betty Marshall
San Diego, Calif.

Dear Madam,

This will refer to the summons served on me regarding the Camp Pendleton water suit.

We have a certified copy of the deed from the U.S. Government to Edward Myers, who homesteaded this place. We find nothing in this deed which appears to us that it is in any way illegal for us to use

RECEIVED
MAR 14 1952
U.S. ATTORNEY
SAN DIEGO, CALIF.
1247-Civ.

FILED
MAR 14 1952
EDMUND L. SMITH, Clerk
By ............................
       DEPUTY CLERK

944029

the water originating on our place.

The only water we are using is the small amount coming from a small spring on our own place —

The present deed is in the name of Ruth Kellum which was my wife's maiden name and she owned the land prior to our marriage.

Yours Truly

A.B. Dinsen
9441 30