IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: *Robert L. Burchett*
Address: *Aguanga Box 165*
City and State: *Aguanga Calif.*
Telephone Number: _____

Defendant

FILED
MAR 17 1952
EDMOND L. SMITH, Clerk
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
                Plaintiff, )
                          )
vs.                       )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
                Defendants, )

Comes now the defendant (s) *Robert L. Burchett*

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Robert L. Burchett*

S442