IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: **Ralph D. Allmon**
Address: **P.O. Box 682**
City and State: **Fallbrook, California**
Telephone Number: **None**

Defendant

UNITED STATES OF AMERICA, )
                      Plaintiff, )
                  vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
                  Defendants. )

Comes now the defendant (s) **RALPH D. ALLMON**, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ralph D. Allmon*

FILED
MAR 17 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

9443