IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

<u>Charles H. Berry and Carlotta Berry</u>
Name

<u>11045 Camarillo Street</u>
Address

<u>North Hollywood, California</u>
City      and      State

<u>None</u>
Telephone Number

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) <u>CHARLES H. BERRY, sued herein and CARLOTTA BERRY, sued herein</u> and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Charles H. Berry*
*Carlotta Berry*

FILED
MAR 17 1952
EDMUND L. SMITH, Clerk
By *Cennity T. Vila*
DEPUTY CLERK

9444