IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Leona Branch
Name

P.O. Box 186
Address

Fallbrook, California
City and State

7161
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
                  Plaintiff, )
)
       vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
                Defendants, )

Comes now the defendant (s) LEONA BRANCH, sued herein as DOE SEVEN

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

                                       *Leona Branch*

FILED
MAR 17 1952
EDMUND L. SMITH, Clerk
By _____
            DEPUTY CLERK

9445