IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: H. A. Croonquist
Address: P.O. Box 542
City and State: Fallbrook, California
Telephone Number: None

Defendant

UNITED STATES OF AMERICA )
            Plaintiff, )
    vs.                  )   No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
            Defendants,  )

Comes now the defendant (s) __H. A. CROONQUIST, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ H A Croonquist

FILED
MAR 17 1952
EDMUND L. SMITH, Clerk
By_____
       DEPUTY CLERK

9446