IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1   Alfred J. H. Cudlipp and Mary Cudlipp
    _____
                Name
2   P.O. Box 111
    _____
                Address
3   Fallbrook, California
    _____
         City    and    State
4   7166
    _____
           Telephone Number
5
                    Defendant
6

7

8   UNITED STATES OF AMERICA          )
                                      )
9                     Plaintiff,      )
                                      )
10              vs.                   )        No. 1247
                                      )
11  FALLBROOK PUBLIC UTILITY          )
    DISTRICT, et al.,                 )
12                                    )
                    Defendants,       )
13

14      Comes now the defendant (s) ALFRED J. H. CUDLIPP, sued herein

15  and MARY CUDLIPP, sued herein

16  and for himself or themselves alone and answering plaintiff's complaint on

17  file, herein denies (deny) each and every material allegation contained therein.

18

19              *Alfred J. H. Cudlipp*

20              *Mrs. Mary Cudlipp*

21

22

23

24

25

26              F I L E D

27              MAR 17 1952

28          EDMUND L. SMITH, Clerk
29          By *Emily T. Vila*
                    DEPUTY CLERK
30

31

32

                                              9447