IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

FALLBROOK WOMAN'S CLUB ( SAME AS WOMAN'S SATURDAY AFTERNOON CLUB)
Name
Route 1 Box 250
Address
Fallbrook, California
City and State
7075
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
                    Plaintiff, )
)
        vs.                     )   No. 1247
)
FALLBROOK PUBLIC UTILITY        )
DISTRICT, et al.,               )
)
                    Defendants, )

Comes now the defendant (s) FALLBROOK WOMAN'S CLUB, sued herein (Same as Woman's Saturday Afternoon Club.) and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Mrs Carl Lierman*, Pres.

FILED
MAR 17 1952
EDMUND L. SMITH, Clerk
By *Emily T. Vila*
DEPUTY CLERK

9448