IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Evelyn M. Farrant
Name
Star Route Box 177
Address
Aguanga, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) **EVELYN M. FARRANT, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Evelyn M. Farrant*



FILED
MAR 17 1952
EDMUND L. SMITH, Clerk
By *Cecily T. Vila*
DEPUTY CLERK

9449