IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Nettie Virginia Jones and Stanley Jones
Name

P.O. Box 73
Address

Fallbrook, California
City and State

None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) NETTIE VIRGINIA JONES, sued herein and STANLEY JONES, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Nettie Virginia Jones*
*Stanley Jones*

FILED
MAR 17 1952
EDMUND L. SMITH, Clerk
By *Emily V. Vila*
DEPUTY CLERK

9450