IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

George A. Lange and Alice M. Lange
Name
P.O. Box 456
Address
Fallbrook, California
City and State
7320
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant(s) GEORGE A. LANGE, sued herein and ALICE M. LANGE, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*George A. Lange*
*Alice M. Lange*

FILED
MAR 17 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

9451