IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: **Ruth E. Lloyd**
Address: **P.O. Box 371**
City and State: **Fallbrook, California**
Telephone Number: **7137**

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant(s) **RUTH E. LLOYD, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ruth E. Lloyd*

FILED
MAR 17 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

9452