IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

__Lola G. Lopez__
Name

__P.O. Box 423__
Address

__Fallbrook, California__
City and State

__None__
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
               Plaintiff, )
)
    vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
             Defendants, )

Comes now the defendant (s) __LOLA G. LOPEZ, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Lola G. Lopez*

FILED
MAR 17 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

9453