IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Per Z. Lund
    Name
Route 1 Box 228
    Address
Fallbrook, California
  City   and   State
None
    Telephone Number

    Defendant

UNITED STATES OF AMERICA      )
                              )
                  Plaintiff,  )
                              )
        vs.                   )   No. 1247
                              )
FALLBROOK PUBLIC UTILITY      )
DISTRICT, et al.,             )
                              )
                  Defendants, )

Comes now the defendant (s) ~~PER Z. LUND, sued herein~~

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Per Z. Lund*

FILED
MAR 17 1952
EDMUND L. SMITH, Clerk
By _____
       DEPUTY CLERK

9455