IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Arthur C. Malette and Radee Malette
Name
Route 2  Box 217
Address
Fallbrook, California
City    and    State
515
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant(s) ARTHUR C. MALETTE, sued herein as DOE SIX HUNDRED SIXTY NINE and RADEE MALETTE, sued herein as DOE SIX HUNDRED SEVENTY and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Arthur C Malette*
*Radee Malette*

FILED
MAR 17 1952
EDMUND L. SMITH, Clerk
By *Cernily T. Vila*
  DEPUTY CLERK

8456