IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Justino Meza and Concepcion B. Meza
Address: P.O. Box 623
City and State: Fallbrook, California
Telephone Number: None

Defendant

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
          vs.            )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
              Defendants,)

Comes now the defendant (s) ~~JUSTINO MEZA, sued herein and CONCEPCION B. MEZA, sued herein~~ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Concepcion B. Meza*
*Justino Meza*

FILED
MAR 17 1952
EDMUND L. SMITH, Clerk
By *Emily V. Vila*
DEPUTY CLERK

S457