
IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ralph G. Noble and Dorothy F. Noble
Name

Route 2 Box 143
Address

Fallbrook, California
City and State

234
Telephone Number

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant(s) RALPH C. NOBLE, sued herein and DOROTHY F. NOBLE, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

My property is not in the Santa Margaurita Water Shed.

*Ralph C Noble*
*Dorothy F Noble*

FILED
MAR 17 1952
EDMUND L. SMITH, Clerk
By *Emily T. Vila*
DEPUTY CLERK

9458