IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Duate Ravaioli
Name
Route 2 Box 242-A
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
         Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
        Defendants, )

    Comes now the defendant (s) DUATE RAVAIOLI, sued herein AS DOE EIGHT HUNDRED THIRTY ONE and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Duate Ravaioli*



FILED
MAR 17 1952
EDMUND L. SMITH, Clerk
By *Emily T. Vila*
DEPUTY CLERK

9459