IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Lillie Mae Ravaioli
Name
Route 2  Box 242-A
Address
Fallbrook, California
City       and       State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA           )
                                   )
                       Plaintiff,  )
                                   )
           vs.                     )    No. 1247
                                   )
FALLBROOK PUBLIC UTILITY           )
DISTRICT, et al.,                  )
                                   )
                       Defendants, )

Comes now the defendant (s) __LILLIE MAE RAVAIOLI, sued__ herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Lillie Mae Ravaioli*

FILED
MAR 17 1952
EDMUND L. SMITH, Clerk
By _Carmily T. Vila_
DEPUTY CLERK

9460