IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mike A. Seery and Mabel S. Seery
Name

1440 Florida
Address

Long Beach, California
City         and         State

None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) MIKE A. SEERY, sued herein and MABEL S. SEERY, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Mike A. Seery*
*Mabel S. Seery*

FILED
MAR 17 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

9461