IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Lucas H. Stratton and Mary H. Stratton
Name
Route 1   Box 226
Address
Fallbrook, California
City   and   State
463
Telephone Number

Defendant

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
    vs.                  )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s) LUCAS H. STRATTON, sued herein and MARY H. STRATTON, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Lucas H. Stratton*
*Mary H. Stratton*

FILED
MAR 17 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

9462