IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

ALTA STROSNIDER and ORVILLE STROSNIDER
*Name*
960 North Grand
*Address*
San Pedro, California
*City and State*
Terminal 24090
*Telephone Number*

Defendant

UNITED STATES OF AMERICA )
)
                        Plaintiff, )
)
     vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
                      Defendants, )

Comes now the defendant (s) ALTA STROSNIDER, sued herein and ORVILLE STROSNIDER, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Alta Strosnider*
*Orville Strosnider*

FILED
MAR 17 1952
EDMUND L. SMITH, Clerk
By *Emily T. Vala*
DEPUTY CLERK

9463