IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  **Minnie A. Taylor**
      Name
2  **1234 Morningarden Way**
      Address
3  **Venice, California**
      City   and   State
4  **None**
      Telephone Number
5
6           Defendant
7
8  UNITED STATES OF AMERICA       )
                                  )
9                       Plaintiff,)
                                  )
10         vs.                    )   No. 1247
                                  )
11 FALLBROOK PUBLIC UTILITY       )
   DISTRICT, et al.,              )
12                                )
                       Defendants,)
13
14      Comes now the defendant (s) **MINNIE A. TAYLOR, sued herein**
15 ─────────────────────────────────────────────────────────────
16 and for himself or themselves alone and answering plaintiff's complaint on
17 file, herein denies (deny) each and every material allegation contained therein.
18
19                          *Mrs Minnie A Taylor*
20 ─────────────────────────────────────────────

FILED
MAR 17 1952
EDMUND L. SMITH, Clerk
By *Emily J. Vila*
       DEPUTY CLERK

9464