IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: **Virginia Thurber**
Address: **P.O. Box 23**
City and State: **Fallbrook, California**
Telephone Number: **7338 or 7052**

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant(s) **VIRGINIA THURBER, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Virginia Thurber*

FILED
MAR 17 1952
EDMUND L. SMITH, Clerk
By _Emily T. Vila_
DEPUTY CLERK

S465