IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Edna Lee Trotter and Loel C. Trotter
Name
P.O. Box 43
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
              Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
            Defendants, )

Comes now the defendant (s) **EDNA LEE TROTTER, sued herein and LOEL C. TROTTER, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Edna Lee Trotter*
*Loel C. Trotter*

FILED
MAR 17 1952
EDMUND L. SMITH, Clerk
By *Emily T. Vilan*
DEPUTY CLERK

9466