IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Vera B. Vanderslice and James H. Vanderslice
Name
P.O. Box 433
Address
Fallbrook, California
City and State
513
Telephone Number

Defendant

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
    vs.                  )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s) **VERA B. VANDERSLICE, sued herein and JAMES H. VANDERSLICE, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Vera B. Vanderslice*
*Jas. H. Vanderslice*

FILED
MAR 17 1952
EDMUND L. SMITH, Clerk
By _____
    DEPUTY CLERK

9467