IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Margaret Wisdom
Name

5121 South Van Ness
Address

Los Angeles 62, California
City and State

Axminister 1-0302
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) MARGARET WISDOM, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Margaret Wisdom*

FILED
MAR 17 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

9469