IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

William Harvey Wisdom
Name
5121 South Van Ness
Address
Los Angeles 62, California
City and State
Axminister 1-0309
Telephone Number

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) WILLIAM HARVEY WISDOM, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*William Harvey Wisdom*

FILED
MAR 17 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

9470