IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

**LILIAN H. WOODY**
Name
**P.O. BOX 42**
Address
**FALLBROOK, CALIFORNIA**
City and State
**NONE**
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
                Plaintiff, )
)
        vs. )    No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
              Defendants, )

Comes now the defendant (s) **LILIAN H. WOODY, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Lilian H. Woody*

FILED
MAR 17 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK