SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

(SPACE BELOW FOR FILING STAMP ONLY)



Attorneys for Defendants JOHN JAMES MONETT and MARGARET MAY MONETT

MAR 17 1952

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br>Vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br>    Defendants<br>PEOPLE OF THE STATE OF CALIFORNIA<br>    Defendants in Intervention | NO. 1247 - Civil<br>ANSWER OF JOHN JAMES MONETT and MARGARET MAY MONETT |

Come now the defendants JOHN JAMES MONETT and MARGARET MAY MONETT, and separating themselves from the other defendants, for answer to Plaintiff's complaint herein, allege, deny and admit as follows:

FIRST DEFENSE

I.

These defendants refer to and adopt by reference, as if herein repeated, the allegations, admissions and denials contained in the first defense of the answer of defendants FRANK R. CAPRA and LUCILLE W. CAPRA, on file herein, as fully and as completely as if said allegations, admissions and denials were herein set forth verbatim.

-1-

9471

FOR A FURTHER, SEPARATE AND SECOND DEFENSE, THESE DEFENDANTS ALLEGE:

I.

That defendant JOHN JAMES MONETT and defendant MARGARET MAY MONETT are, and at all times herein mentioned were, husband and wife.

II

That these defendants are the owners and in possession of all that certain real property situate, lying and being in the County of Riverside, State of California, more particularly described as follows:

All of Section Fifteen (15), Township Six (6) South, Range one (1) West, S. B. M.

That of said lands more than one hundred acres are arable and suitable for cultivation and the remainder thereof is valuable for stock raising and grazing purposes.

III

That on and across said lands are numerous unnamed water courses which carry surface flow only in rainy seasons, the waters from which never reach any tributaries of the Santa Margarita River but disappear beneath the ground and become a part of the water percolating through the strata of sand, gravel and decomposed granite which underlie said lands. That said strata of water bearing sand gravel and decomposed granite furnishes said lands with a substantial supply of water which may be obtained for use thereon by digging wells therein and pumping water therefrom.

IV.

That said lands are in a semi-arid region and are unproductive and of little value without water but with water they are productive and of great value.

V.

That said lands have been improved and there exists therein a six-room house, a three-room house, a garage and two

-2-

utility sheds; also said premises are equipped with poultry pens, fences and other structures, fixtures and equipment necessary and proper for operating a large poultry farm on which there was raised approximately 18,000 turkeys last year.

VI.

That on said premises are three (3) wells, the first of which was dug more than thirty (30) years ago. That said wells are equipped with pumps and motors for operating the same and have capacities of 400 gallons per hour, or 10.75 acre-feet per annum, 1600 gallon per hour or 42.98 acre-feet per annum, and 15 miner's inches or 270 acre-feet per annum respectively. There also exists on said premises three old reservoirs of a combined capacity of 40,000 gallons and a 1500 gallon tank. That two of said wells are connected with said tank and said tank in turn connected with the houses and poultry pens and with the orchards and gardens growing on said premises. That the water from said wells is and has been used by these defendants and their predecessors in interest for domestic, livestock, poultry and for the irrigation of approximately two acres of orchard and garden for more than thirty years last past. That said use has been open, continuous, adverse and under claim of right for all of said time. That these defendants plan, intend and propose to further develop and use said wells and to develop the other water resources of their said property by digging additional wells to irrigate all of their said arable lands for the growing of crops which may be best suited for that area, including planting and growing of alfalfa and permanent pasture.

VII.

That these defendants, as the owners, of said lands, are the owners, as against Plaintiff, of the right to divert and use therein the surface and subsurface flow of said unnamed water courses and to pump from the underground percolating water for

-3-

9473

use upon said lands for domestic, livestock and poultry purposes and for the irrigation of their said lands up to five hundred (500) acre-feet of water per annum. That the said right is paramount to any of the rights of Plaintiff in and to said water.

WHEREFORE these defendants pray:

1. That Plaintiff take nothing by its action.

2. That these defendants be found and declared to have a paramount right to beneficially use upon their said lands from the surface and subsurface flow of the natural water courses on their said lands and from the underground percolating water up to five hundred (500) acre-feet of water per annum, and that said right be found and declared to be paramount to any of the rights of Plaintiff.

3. That these defendants have judgment for their costs incurred herein and for such other and further relief as may seem to this Court meet and proper.

DATED: March 11, 1952.

SWING, SCHARNIKOW & STANIFORTH

BY _____

Attorneys for defendants
JOHN JAMES MONETT and
MARGARET MAY MONETT

RECEIVED copy of within
Answer this
17th day of March, 1952
Betty Marchan Graydon
Attorneys for Plaintiff

-4-

9474

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA