IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Cecil A. Copeland and
Wahnetta L. Copeland
6616 Olive St
~~Long Beach, 5, California~~
_____
City     and     State
~~251-14~~
Telephone Number

Defendant

FILED

MAR 18 1952

EDMUND L. SMITH, Clerk
By _Camily V. Vila_
DEPUTY CLERK

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

vs.                                          No. 1247

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

　　　　　Defendants,

Comes now the defendant (s) Cecil A. Copeland and Wahnetta L. Copeland and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Cecil A Copeland*
*Wahnetta L Copeland*

9477