IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
          Plaintiff,       )
                           ) No. 1247-Civil
   vs.                     )
                           )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a Public Service Corporation of    )
the State of California, et al.,   )
                           )
          Defendants.      )

Minute Order, Judge Weinberger's calendar, March 18, 1952.

Good cause appearing therefor,

IT IS ORDERED that counsel for the moving parties in the Motion for Reference to a Special Master serve and file, within ten days from this date, a proposed order of reference wherein there shall be stated, in detail, the specific matters upon which it is proposed the special master, if appointed, shall report.

COPIES TO:

Mr. Edson Abel
2223 Fulton Street
Berkeley 4, Calif.

Mr. Kenneth K. Wright
Mr. Ralph B. Helm
215 West 7th Street
Los Angeles 14, Calif.

Betty Marshall Graydon
Asst. U. S. Attorney
325 West 'F' Street
San Diego 1, California

Mr. W. B. Dennis
Route 1, Box 58
Fallbrook, California

Mr. Walter G. Lincoln
742 So. Hill Street
Room 1113
Los Angeles 14, Calif.

Clayson & Stark
First National Bank Bldg.
Corona, California

Mr. G. V. Weikert
918 Oviatt Bldg.
Los Angeles, California

O'Melveny & Meyers
433 So. Spring St., Room 900
Los Angeles 13, California

Mr. Edmund G. Brown
Attorney General
600 State Building
San Francisco 2, California

Swing, Scharnikow & Staniforth
604 San Diego Trust & Savings Bldg.
San Diego 1, California