UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**SOUTHERN** DIVISION

U.S.A.,

        Plaintiff,

vs

Fallbrook Public Utility District,
a Public Service Corporation of
the State of California, et al.,

        Defendants.

No. **1247-C** Civil

MINUTES OF THE COURT

Date: **March 18, 1952,**

At: **San Diego,** Calif.

PRESENT: The Honorable **JACOB WEINBERGER** District Judge;

Deputy Clerk **J.M. Horn**  Reporter **None**

Counsel for Plaintiff : **no appearance**

Counsel for Defendant : **no appearance**

| NATURE OF PROCEEDINGS | RULING |
|---|---|
| **Good cause appearing therefor,** | IT IS ORDERED that counsel for the moving parties in the motion for reference to a Special Master serve and file, within ten days from this date, a proposed order of reference wherein there shall be stated, in detail, the specific matters upon which it is proposed the special master, if appointed, shall report. |

891

EDMUND L. SMITH, Clerk,