Edw. C. & Pauline C. Lubben,
Star Route, Box I3,
Orange, California.

March I7, I952

Walter S. Binns, U. S. Attorney,

and

Betty Marshall Grayson, Assistant

U. S. Attorney:

FILED
MAR 18 1952
EDMUND L. SMITH, Clerk
DEPUTY CLERK

   In answer to your summons, regarding the diverting all waters from the Santa Margarita River in Fallbrook, for the purpose of supplying Camp Joseph H. Pendelton, which is located in San Diego County, California, near Oceanside, the United States Naval Ammunition Depot, in Fallbrook, San Diego County, California and the United States Naval Hospital, which is located at Camp Joseph H. Pendelton in counties San Diego and ORANGE, California; we, as land owners in this district vigorously protest such a movement, which would take away our water rights. Fallbrook is an agricultural community, all lands surrounding it are very valuable for the growing of both citrus and avocado groves. The very existence of said community depends upon irrigation water.

   We own forty acres of land on Red Mountain. Red Mountain is a natural watershed for the Santa Margarita River. We agree with all other land holders on Red Mountain, that any movement to take away our water rights would be an unjust and unfair procedure, because our lands help feed the river.

   When we bought land on Red Mountain, it was with the idea of planting it out to avocados at a future time when we could either develope water in wells, or procure it from a dam. If all our water rights are taken from us by the United States Government for the sole use of miltary defense, then we will lose the valuation of our property. We protest such an outrage, as tax payers.

   At all times, we have agreed with the United States Goverment, that a supply of water should be given Camp Joseph H. Pendelton, the United States Naval Ammunition Depot and to the United States Naval Hospital for the defense of the country. However, we demand that the river water be preserved for our community purposes, as well as defense needs. There is plenty of water for both demands, if it is control ed.

   One of the complaints of the United States Government is that the water from the Santa Margarita River disappears in dry season and even mingles with salt water from the Pacific Oeean, as it flows underground. To control the water and overcome this waste, a dam should be built at a site across the river in Fallbrook. If the river was dammed it would furnish more water for our defense needs and also supply the community with irrigation water.

   It would be practical to feed back a reasonable part

9475
2-4

Edw. C. & Pauline Lubben,
Star Rt., Box 13,
Orange, Calif.

of the river water upon its natureal watershed...Red Mountain. This would increse the water supply, because the irrigation water would soak down into the ground and feed back into the river again.

We feel that the defense of a nation depends much upon its agriculture. Land without water cannot supply a country with food. The Santa Margarita River can double the defense effort by serving two purposes. If a dam was built to hold back the wasted flow of water, it would assure a greater supply for military use and also serve in peacetime.

This is our answer to your summons regarding the unfair diversion of water from the community of Fallbrook by the United States Government.

Signed... *Edward C. Lubben*
Signed... *Pauline C. Lubben*