ALLARD, BROWNSBERGER, SHELTON AND O'CONNOR
ATTORNEYS AT LAW
313 FIRST NATIONAL BUILDING
POMONA, CALIFORNIA
TELEPHONE LYCOMING 21043

Attorneys for Defendant Erwin

(SPACE BELOW FOR FILING STAMP ONLY)

FILED
MAR 21 1952
EDMOND L. SMITH, Clerk
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs

FALLBROOK PUBLIC UTILITY DISTRICT, et al,

    Defendants.

No. 1247 - Civil

ANSWER

  Comes now the defendants Robert M. Erwin and Ada Dee Erwin and for answer to the plaintiff's complaint on file herein admits, denies and alleges as follows:

          I

  That the defendants Robert M. Erwin and Ada Dee Erwin are and were at all times herein mentioned husband and wife and that said defendants were and are the owners of certain real property described as follows:

    In the county of Riverside, state of California: that portion of the northeast quarter of the southeast quarter of Section 18, Township 8 South, range 1 east, San Bernardino Base and Meridian, described as follows:

    Beginning at the intersection of the south line of the said northeast quarter of the southeast quarter of section 18

1

9478

with the center line of the Hemet-Aguanga Highway (State Highway Sign No. 79) said point being north 89° 27' 10" west 1092.97 feet from the 1/16 corner on the east line of said section 18; thence north 19° 43' 0" west 22.61 feet to the beginning of a tangent curve, concave to the east, having a radius of 350 feet; thence continuing along said curve through an arc of 44° 39' 30" a distance of 272.80 feet to the beginning of a tangent; thence north 24°56' 30" east 135.09 feet; thence leaving said center line south 89° 27' 10" east 577.69 feet; thence south 0° 32' 50" west at right angles 410.00 feet to a point in the above described south line of the northeast quarter of the southeast quarter of section 18, south 89° 27' 10" east 635.24 feet from the point of beginning; thence north 89° 27' 10" west 635.24 feet to the point of beginning.

II

That said defendants, in addition to the property above described, are and were the owners of certain real property, the description of which is at the present time unknown by said defendants; that upon ascertaining the same these defendants will ask leave of Court to amend their answer to set forth the proper description of the additional property which they own.

III

That said defendants own and claim certain rights and interests by reason of the ownership of the aforementioned real property in and to the use of water and waters in the Santa Margarita river and its tributaries, a natural stream described in the plaintiff's complaint; which said rights are paramount and superior to the rights and claims or interests of plaintiff in and to said waters and the use thereof as alleged in plaintiff's said complaint or otherwise.

ALLARD, BROWNSBERGER
SHELTON & O'CONNOR
ATTORNEYS AT LAW
FIRST NATIONAL BLDG.
POMONA, CALIFORNIA

9479

IV

Said defendants deny generally and specifically each and every other material allegation set forth and alleged in said complaint.

WHEREFORE, said defendants pray that the complaint be dismissed and that they have their costs incurred herein.

Dated March 17, 1952.

ALLARD, BROWNSBERGER, SHELTON & O'CONNOR

By *Maurine O'Connor*
Attorneys for Defendants
Erwin

STATE OF CALIFORNIA ) 
) ss
COUNTY OF LOS ANGELES )

ROBERT M. ERWIN, being by me first duly sworn, deposes and says: that he is one of the answering defendants in the above entitled action; that he has read the foregoing answer and knows the contents thereof; and that the same is true of his own knowledge, except as to the matters which are therein stated upon his information or belief, and as to those matters he believes it to be true.

*Robert M. Erwin*

Subscribed and sworn to before me this 17 day of March, 1952

*Lee Lascurrap*
Notary Public in and for said
   County and State
   (SEAL)

ALLARD, BROWNSBERGER
SHELTON & O'CONNOR
ATTORNEYS AT LAW
FIRST NATIONAL BLDG.
POMONA, CALIFORNIA

9480    23

STATE OF CALIFORNIA } ss
COUNTY OF LOS ANGELES

Betty Frampton being first duly sworn deposes and says that he is a citizen of the United States over the age of 21 years, residing in the County of Los Angeles, and not a party to the above entitled action; that he is associated with Allard, Brownsberger, Shelton & O'Connor, attorneys for defendant Erwin herein, and that the office of said attorneys is located at 313 First National Bank Building, Pomona, California; that the affiant on the 18 day of March 19 52, served the attached document on the party hereinafter named by enclosing a true copy thereof in an envelope addressed as follows, to-wit: Betty Marshall Graydon, Asst. U. S. Attorney

U. S. Custom House and Court House Bldg.

San Diego 1, California

which is the address of the above named person, and after sealing said envelope and prepaying the postage thereon he deposited the same so addressed in the United States mail at Pomona, California; that there is a daily communication by mail between the post office of deposit and the said City of San Diego, California.

*Betty Frampton*

Subscribed and sworn to before me this 18 day of March, 19 52.

Notary Public in and for Los Angeles County, State of California.     (SEAL)

9481