```
            IN THE UNITED STATES DISTRICT COURT
         IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
                        SOUTHERN DIVISION
```

UNITED STATES OF AMERICA, )
) NO. 1247-SD
            Plaintiff, )
)
v. ) AFFIDAVIT OF SERVICE BY MAIL
FALLBROOK PUBLIC UTILITY DISTRICT, )
public service corporation of the )
State of California; et al. )
            Defendant(s) )

UNITED STATES OF AMERICA )
) ss.
SOUTHERN DISTRICT OF CALIFORNIA )

Barbara V. Doe, being first duly sworn, deposes and says:

That (s)he is a citizen of the United States and a resident of San Diego County, California; that (his) (her) business address is 1405 Fifth Avenue ~~325 West 4th~~ Street, San Diego 1, California; that (s)he is over the age of eighteen years, and is not a party to the above-entitled action;

That on March 24, 1952, (s)he deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION OF CHARLOTTE FLO FAULKNER, RAYMOND C. FAULKNER, MADELEINE E. THURBER, AND PACKARD THURBER FOR REFERENCE TO A SPECIAL MASTER, AND POINTS AND AUTHORITIES IN SUPPORT THEREOF

addressed to    Mr. Kenneth K. Wright
                Mr. Ralph B. Helm
                Attorneys at Law
                215 West 7th Street, Los Angeles 14, California
his last known address, at which place there is a delivery service of mail from the United States Post Office.

                                          Barbara V. Doe
                                          Barbara V. Doe

SUBSCRIBED and SWORN to before me,
this 24 day of March, 1952.

EDMUND L. SMITH, CLERK,
U. S. District Court
Southern District of California

By _____
              Deputy

FILED
MAR 24 1952
EDMUND L. SMITH, Clerk
By _____
              DEPUTY CLERK

900