IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FALLBROOK PUBLIC UTILITY DISTRICT, a )<br>public service corporation of the )<br>State of California; et al. )<br>Defendant(s) ) | NO.  1247-SD<br><br>AFFIDAVIT OF SERVICE BY MAIL |

UNITED STATES OF AMERICA      )
                              ) ss.
SOUTHERN DISTRICT OF CALIFORNIA )

      Barbara V. Doe, being first duly sworn, deposes and says:

That (s)he is a citizen of the United States and a resident of San Diego County, California; that (his) (her) business address is 1405 Fifth Avenue Street, San Diego 1, California; that (s)he is over the age of eighteen years, and is not a party to the above-entitled action;

That on March 24, 1952, (s)he deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION OF CHARLOTTE FLO FAULKNER, RAYMOND C. FAULKNER, MADELEINE E. THURBER, AND PACKARD THURBER FOR REFERENCE TO A SPECIAL MASTER, AND POINTS AND AUTHORITIES IN SUPPORT THEREOF

addressed to
      Mr. Walter Gould Lincoln
      742 So. Hill Street, Room 1113
      Los Angeles 14, California

his last known address, at which place there is a delivery service of mail from the United States Post Office.

                                       Barbara V. Doe

SUBSCRIBED and SWORN to before me, this 24th day of March, 1952.

EDMUND L. SMITH, CLERK,
U. S. District Court
Southern District of California

By _____ Deputy

FILED
MAR 24 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

904