```
                    IN THE UNITED STATES DISTRICT COURT
                IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
                              SOUTHERN DIVISION
```

UNITED STATES OF AMERICA,      )
                               )      NO.  1247-SD
            Plaintiff,         )
                               )
        v.                     )      AFFIDAVIT OF SERVICE BY MAIL
FALLBROOK PUBLIC UTILITY DISTRICT,) a
public service corporation of the )
State of California; et al.    )
_____ Defendant(s)   )

UNITED STATES OF AMERICA       )
                               ) ss.
SOUTHERN DISTRICT OF CALIFORNIA )

    Barbara V. Doe    , being first duly sworn, deposes and says:

    That (s)he is a citizen of the United States and a resident of San
Diego County, California; that (his) (her) business address is 1405 Fifth Avenue
Street, San Diego 1, California; that (s)he is over the age of eighteen years,
and is not a party to the above-entitled action;

    That on March 24, 1952    , (s)he deposited in the United States Mail
at San Diego, California, in the above-entitled action, in an envelope bearing
the requisite postage, a copy of MEMORANDUM OF POINTS AND AUTHORITIES IN
OPPOSITION TO MOTION OF CHARLOTTE FLO FAULKNER, RAYMOND C. FAULKNER, MADELEINE E.
THURBER, AND PACKARD THURBER FOR REFERENCE TO A SPECIAL MASTER, AND POINTS AND
AUTHORITIES IN SUPPORT THEREOF

addressed to           Clayson & Stark
                       Attorneys at Law
                       First National Bank Bldg.
                       Corona, California
his last known address, at which place there is a delivery service of mail
from the United States Post Office.

                                            /s/ Barbara V. Doe
                                            Barbara V. Doe

SUBSCRIBED and SWORN to before me,
this 24th day of March, 1952.

EDMUND L. SMITH, CLERK,
U. S. District Court
Southern District of California

By /s/ _____
                        Deputy

FILED
MAR 24 1952
EDMUND L. SMITH, Clerk
By /s/ _____
            DEPUTY CLERK

905