```
 1              IN THE UNITED STATES DISTRICT COURT
            IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
 2                         SOUTHERN DIVISION

 3

 4   UNITED STATES OF AMERICA,      )
                                    )         NO.   1247-SD
 5                  Plaintiff,      )
                                    )
 6        v.                        )   AFFIDAVIT OF SERVICE BY MAIL
     FALLBROOK PUBLIC UTILITY DISTRICT, )
 7   a public service corporation of the )
     State of California; et al.    )
 8   _____Defendant(s)__)

 9   UNITED STATES OF AMERICA       )
                                    ) ss.
10   SOUTHERN DISTRICT OF CALIFORNIA)

11

12        Barbara V. Doe        , being first duly sworn, deposes and says:

13        That (s)he is a citizen of the United States and a resident of San
                                                      1405 Fifth Avenue
14   Diego County, California; that (his) (her) business address is ~~325 West "F"~~

15   Street, San Diego 1, California; that (s)he is over the age of eighteen years,

16   and is not a party to the above-entitled action;

17        That on   March 24, 1952  , (s)he deposited in the United States Mail

18   at San Diego, California, in the above-entitled action, in an envelope bearing

19   the requisite postage, a copy of MEMORANDUM OF POINTS AND AUTHORITIES IN
     OPPOSITION TO MOTION OF CHARLOTTE FLO FAULKNER, RAYMOND C. FAULKNER, MADELEINE E.
20   THURBER, AND PACKARD THURBER FOR REFERENCE TO A SPECIAL MASTER, AND POINTS AND
     AUTHORITIES IN SUPPORT THEREOF
21

22   addressed to       Mr. G. V. Weikert
                        Attorney at Law
23                      918 Oviatt Building
                        Los Angeles, California
24   his last known address, at which place there is a delivery service of mail

25   from the United States Post Office.

26                                           /s/ Barbara V. Doe

27   SUBSCRIBED and SWORN to before me,       Barbara V. Doe

28   this  24th  day of  March     , 1952.

29   EDMUND L. SMITH, CLERK,
     U. S. District Court
30   Southern District of California

31
     By /s/ Emily V. Vila
32                    Deputy
```

FILED
MAR 24 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

906