IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )
                Plaintiff,       )
      vs.                             )   No. 1247-Civil
FALLBROOK PUBLIC UTILITY DISTRICT,   )
a public service corporation of      )
the State of California, et al.,     )
                Defendants.      )

Minute Order, Judge Weinberger's calendar, March 24, 1952.

Upon the request of counsel for the moving parties, and good cause appearing therefor,

IT IS ORDERED that the hearing on the motion for reference to a special master is continued to April 7, 1952 at 2:00 p.m.

Copies to:

Edson Abel, Esq.
2223 Fulton Street
Berkeley 4, California

Kenneth K. Wright, Esq.
Ralph B. Helm, Esq.
215 West 7th Street
Los Angeles 14, Calif.

Betty Marshall Graydon
Asst. U. S. Attorney
325 West 'F' Street
San Diego 1, Calif.

W. B. Dennis, Esq.
Route 1, Box 58
Fallbrook, California

Walter G. Lincoln
742 So. Hill Street
Room 1113
Los Angeles 14, Calif.

Clayson & Stark
First National Bank Bldg.
Corona, California

G. V. Weikert, Esq.
918 Oviatt Bldg.
Los Angeles, California

O'Melveny & Meyers
433 So. Spring Street, Room 900
Los Angeles 13, California

Edmund G. Brown
Attorney General
600 State Building
San Francisco 2, California

Swing, Scharnikow & Staniforth
604 S. D. Trust & Savings Bldg.
San Diego 1, California