Weinberger
3/24/52

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**SOUTHERN** DIVISION

| | |
|---|---|
| U.S.A., <br><br> Plaintiff, <br><br> vs <br> **Fallbrook Public Utility District,** a public service corp. of State of Calif., et al., <br><br> Defendants. | No. **1247-SD** Civil <br> MINUTES OF THE COURT <br> Date: March 24, 1952. <br> At: San Diego, Calif. |

PRESENT: The Honorable **JACOB WEINBERGER** District Judge;

Deputy Clerk **J.M. Horn**     Reporter **none**

Counsel for Plaintiff : **no appearance**

Counsel for Defendant : **no appearance**

| NATURE OF PROCEEDINGS | RULING |
|---|---|
| **Upon request of counsel for the moving parties, and good cause appearing therefor,** | IT IS ORDERED that the hearing on the motion for reference to a special master is continued to April 7, 1952, 2 PM. |

EDMUND L. SMITH, Clerk,       935

By_____, Deputy Clerk.