IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
            Plaintiff,  )
vs.  ) No. 1247-Civil
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of )
the State of California, et al., )
            Defendants. )

Minute Order, Judge Weinberger's calendar, March 27, 1952.

    Counsel for moving parties having requested further time in which to file their reply brief and proposed form of order of reference to Special Master and it appearing that such extension is necessary because of the illness of said counsel and good cause appearing therefor,

    IT IS ORDERED that counsel may have to and including Thursday, April 3, 1952, in which to file said documents.

Note: It is suggested that counsel telephone the Court's Law Clerk Friday morning, April 4, 1952, to make certain that the matter will be heard April 7, 1952.

Copies to:

Edson Abel, Esq.  
2223 Fulton St.  
Berkeley 4, Calif.

Clayson & Stark  
First National Bank Bldg.  
Corona, Calif.

Kenneth K. Wright, Esq.  
Ralph B. Helm, Esq.  
215 W. 7th St.  
Los Angeles 14, Calif.

G. V. Weikert, Esq.  
918 Oviatt Bldg.  
Los Angeles, Calif.

Betty Marshall Graydon  
Asst. U. S. Attorney  
325 West 'F' St.  
San Diego 1, Calif.

O'Melveny & Meyers  
433 So. Spring St.  
Room 900  
Los Angeles 13, Calif.

929

W. B. Dennis, Esq.
Route 1, Box 58
Fallbrook, Calif.

Edmund G. Brown
Attorney General
600 State Bldg.
San Francisco 2, Calif.

Walter G. Lincoln, Esq.
742 So. Hill St.
Room 1113
Los Angeles 14, Calif.

Swing, Scharnikow & Staniforth
604 S. D. Trust & Savings Bldg.
San Diego 1, Calif.