WILLIAM O. MACKEY, County Counsel
WILBURN J. MURRY, Assistant County Counsel
JAMES H. ANGELL, Assistant County Counsel

Court House
Riverside, California

Attorneys for Defendant
County of Riverside

FILED
MAR 31 1952
EDMOND L. SMITH, Clerk
By _____
DEPUTY CLERK

IN THE DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - - - - -

UNITED STATES OF AMERICA,   )
         Plaintiff,          )
vs.                          )   No. 1247 Civil
                             )   ANSWER OF COUNTY OF RIVERSIDE
FALLBROOK PUBLIC UTILITIES   )
DISTRICT, et al,             )
                             )
         Defendants.         )

COMES NOW the defendant County of Riverside, and in answer to the complaint herein, admits, denies and alleges as follows:

FIRST DEFENSE

I

Answering Paragraph I, this defendant denies that an actual controversy has arisen or exists between the United States of America and this defendant, and further denies that this defendant has committed an unlawful or any interference with the rights, or any of the rights of the plaintiff in or to the use of the waters of the Santa Margarita River, or any of its tributaries.

II

Answering Paragraph II, this defendant admits that Camp Joseph H. Pendleton, located near Oceanside, California, the United States Naval Ammunition Depot, Fallbrook, California, and the United

WILLIAM O. MACKEY
COUNTY COUNSEL
DISTRICT ATTORNEY
COURT HOUSE
RIVERSIDE, CALIFORNIA

-1-

9482

States Naval Hospital, located at Camp Joseph H. Pendleton, situated in the counties of San Diego and Orange, State of California, are military establishments of the United States of America.

This defendant alleges it has no information or belief on the subject sufficient to enable it to answer the allegations contained in said Paragraph II, other than those herein specifically admitted, and basing its denial on that ground, denies each such allegation.

### III

Answering Paragraph III, this defendant alleges that it has no information or belief on the subject sufficient to enable it to answer the allegations contained in said Paragraph III, and basing its denial on that ground, denies each such allegation.

### IV

Answering Paragraph IV of the complaint, this defendant alleges that the Santa Margarita River and its tributaries is a non-navigable stream of fresh water. Alleges that the watershed of the Santa Margarita River and its tributaries is mostly in Riverside County. Denies that underlying the Santa Margarita River and its tributaries is a vast underground basin. Alleges that underlying said river and its tributaries are numerous underground basins composed of pervious materials, sands, gravels, boulders and other fluvial deposits, the exact depth and locations of which are unknown to this answering defendant.

Admits that said river in its course traverses approximately 21 miles of the property of the plaintiff. Admits that there are no water users below Camp Joseph H. Pendleton on said stream and that the plaintiff owns the lands the entire distance from the point where the Santa Margarita River enters upon plaintiff's property to the point where the river bed enters the Pacific Ocean.

Denies that these answering defendants have in any way encroached upon any rights plaintiff may have in the waters of said

WILLIAM O. MACKEY
COUNTY COUNSEL
DISTRICT ATTORNEY
COURT HOUSE
RIVERSIDE, CALIFORNIA

river. Denies that any acts of this answering defendant have damaged in any way any rights or property of plaintiff.

This defendant alleges it has no information or belief on the subject sufficient to enable it to answer the allegations contained in Paragraph IV of the complaint, other than those herein specifically admitted or denied, and basing its denial on that ground, denies each such allegation.

V

Answering Paragraph V of the complaint, alleges that neither this answering defendant nor any of its predecessors in interest were parties to the proceedings therein referred to, nor were any of its rights involved in or adjudicated in said proceeding and in no way was it bound by such proceedings.

Further answering said Paragraph V, this defendant alleges it has no information or belief on the subject sufficient to enable it to answer the allegations contained in said Paragraph V, other than those herein specifically admitted, and basing its answer on that ground, denies each such allegation.

VI

Answering Paragraph VI of the complaint, denies that plaintiff, as successor in interest of the Rancho Santa Margarita, is entitled to or has any rights, titles, interests or privileges as against this answering defendant.

VII

Answering Paragraph VII of the complaint, alleges this defendant has no information or belief sufficient to enable it to answer the allegations contained in Paragraph VII, and basing its denial on that ground, denies each such allegation.

VIII

Answering Paragraph VIII of the complaint, alleges that this defendant has no information or belief as to the truth of the allegations contained in Paragraph VIII thereof, basing its denial

on that ground, denies each such allegation, except that it specifically denies that plaintiff has a paramount right to any waters of the Santa Margarita River or any rights in or to the waters of the Santa Margarita River paramount to the rights of the defendant. Alleges that any of the rights to the waters of the Santa Margarita River and its tributaries that plaintiff may have are correlative to the rights of the defendants.

IX

Answering Paragraph IX of the complaint, this defendant denies each and every allegation therein contained.

SECOND DEFENSE

This answering defendant is the owner in its proprietory capacity of certain real property situated in the County of Riverside and situate within the watershed of the Santa Margarita River and its tributaries and described as follows:

1. Sedco Dump - Sedco Tract 1, Lot 174 as shown on Map Book 10, Pg. 58-75, Records of Riverside County. Recorded Sept. 13, 1938, Book 390, Pg. 311, of Official Records of Riverside Co.

2. Anza Road Yard - A portion of the SW 1/4 of the SW 1/4 of Section 15, Township 7 South, Range 3 East, San Bernardino Base and Meridian, and described as follows: Beginning at the SE corner of said SW 1/4 of the SW 1/4 of Section 15, thence northerly on the Easterly boundary of said tracts, a distance of 417.42 ft., thence Westerly parallel with the Southerly line of said Section 15, 208.71 ft., thence Southerly parallel with the Easterly boundary of said SW 1/4 of the SW 1/4 of Section 15, 417.42 ft., thence Easterly on the Southerly boundary of

WILLIAM O. MACKEY
COUNTY COUNSEL
DISTRICT ATTORNEY
COURT HOUSE
RIVERSIDE, CALIFORNIA

said Section 15, 208.71 ft., to Point of Beginning, estimated to contain 2 acres M/L, Recorded May 24, 1944 in Book 630, Pg. 17 of Official Records of Riverside County.

3. Winchester Gravel Pit - A portion of the SE 1/4 of the SE 1/4 of Section 19, Township 6 South, Range 2 West, San Bernardino Base and Meridian and described by metes and bounds as follows: Beginning at the SW corner of the said SE 1/4 of the SE 1/4 of Section 19, thence Easterly on the Southerly line of said Section 19, 300 ft., thence Northerly at right angles with said Southerly line of Section 19, a distance of 1000 ft., thence Westerly parallel with the Southerly line of Section 19, 300 ft., M/L, to the Westerly line of the said SE 1/4 of the SE 1/4 of Section 19, thence Southerly on said Westerly line, 1000 ft., M/L, to the Point of Beginning estimated to contain 6.9 acres, M/L. Recorded December 29, 1941 in Book 524, Pg. 490 of Official Records of Riverside County.

The only waters in, on or under this answering defendant's real property described hereinabove consists of those waters naturally deposited by the elements and those waters percolating in the ground, all of which this answering defendant has the paramount right to use beneficially upon its said real property and that this answering defendant's beneficial use of any or all of said water upon its property will not and would not at any time have any appreciable effect upon the amount of water in the Santa Margarita River and its tributaries and basins underlying said stream system.

WILLIAM O. MACKEY
COUNTY COUNSEL
DISTRICT ATTORNEY
COURT HOUSE
RIVERSIDE, CALIFORNIA

9486

/9

THIRD DEFENSE

This answering defendant alleges that it is a body politic and corporate, a political subdivision of the State of California, and one of the counties of the State of California.

Alleges that approximately 535 square miles of the watershed of the Santa Margarita River and its tributaries lie within the boundaries of the County of Riverside and that the water and water rights of each parcel of property within said watershed affects the County of Riverside, and that the taking of water rights from said parcels of property will effect the economic structure of the County and be detrimental thereto.

WHEREFORE, this answering defendant prays that the plaintiff take nothing as against it and that it have its costs herein incurred and such other and further relief as the Court may deem proper.

WILLIAM O. MACKEY, County Counsel
WILBURN J. MURRY, Assistant County Counsel
JAMES H. ANGELL, Assistant County Counsel

By *James H. Angell*

Attorneys for Answering Defendant
County of Riverside.

30:sc
3/28/52

WILLIAM O. MACKEY
COUNTY COUNSEL
DISTRICT ATTORNEY
COURT HOUSE
RIVERSIDE, CALIFORNIA

-6-

9487

UNITED STATES OF AMERICA,
Plaintiff,
vs.
FALLBROOK PUBLIC UTILITIES DISTRICT, et al.,
Defendant.

Case No. 1247 Civil
AFFIDAVIT OF MAILING
OF
Answer of County of Riverside

State of California,
County of Riverside. ss.

THE UNDERSIGNED, being first duly sworn, says: that affiant is a citizen of the United States and a resident of Riverside County, over the age of eighteen years and not a party to the cause herein; that affiant's business residence address is:

County Counsel, Court House, Riverside, California

That on the 28th day of March 1952 affiant served a copy of the attached paper, to-wit:

by depositing said copy enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States post office mail box at the City of Riverside, California, addressed as follows:

Walter S. Binns, United States Attorney,
Betty Marshall Graydon, Assistant United States Attorney
325 West "F" Street
San Diego 1, California

That there is either delivery service by United States mail at the place so addressed, or regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 28th day of March, 1952.

Sue Carroll
Signature of Affiant

William O'Maley
Notary Public in and for the County of Riverside, State of California

G. A. PEQUEGNAT, County Clerk
By _____ Deputy

9488