IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )
                                      )
                  Plaintiff,          )
                                      )
        vs.                           ) No. 1247-Civil
                                      )
FALLBROOK PUBLIC UTILITY DISTRICT, a  )
public service corporation of the     )
State of California;                  )
                                      )
SANTA MARGARITA MUTUAL WATER COMPANY, )
a public service corporation of the   )
State of California;                  )
                                      )
ET AL.,                               )
                                      )
                  Defendants.         )

Minute Order, Judge Weinberger's calendar, March 31, 1952.

The plaintiff having moved the Court for an order directing a separate trial of the issues herein as to each of the defendants Santa Margarita Mutual Water Company and Fallbrook Public Utility District, and

It appearing that because of the large number of defendants involved in this action it will not be practicable to try the issues as to all of the defendants in one trial, and

It further appearing that each of the defendants above named claims an appropriative right to divert large quantities of water from the watershed of the Santa Margarita River, and that the plaintiff contends that proof of its rights and those of defendants Mary Vail Wilkinson, Mahlon Vail, Edward N. Vail, Margaret Vail Wise and Nita M. Vail, trustees, will show that no water of said river is surplus for appropriation by defendants Santa

932

1  Margarita Mutual Water Company and Fallbrook Public
2  Utility District, and
3       It further appearing that the issues presented with
4  reference to each of the defendants Santa Margarita Mutual
5  Water Company and Fallbrook Public Utility District may be
6  tried in separate trials without prejudice to the rights
7  of such defendants and without prejudice to the rights of
8  any other defendant, and
9       It further appearing that a separate trial as to each
10 of said last named defendants will facilitate the dis-
11 position of the issues as to many of the other defendants,
12 and good cause appearing therefor,
13      IT IS ORDERED that a separate trial be had as to the
14 issues with reference to the defendant Santa Margarita
15 Mutual Water Company and that a separate trial be had as
16 to the issues with reference to the defendant Fallbrook
17 Public Utility District.
18      Counsel for plaintiff and counsel for said last
19 named defendants are ordered to appear before this Court
20 on April 28, 1952, at 2:00 p.m., for the purpose of setting
21 said separate trials, and for further orders of the Court
22 concerning such trials.
23 Copies to: Betty Marshall Graydon
            Asst. U. S. Attorney
24          San Diego 1, California

25          W. B. Dennis, Esq.
            Route 1, Box 58
26          Fallbrook, California

27          Phil D. Swing, Esq.
            604 San Diego Trust & Savings Bldg.
28          San Diego 1, California

933