IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
          Plaintiff,  )
   vs.  ) No. 1247-Civil
FALLBROOK PUBLIC UTILITY DISTRICT,  )
a public service corporation of  )
the State of California, et al.,  )
          Defendants.  )

Minute Order, Judge Weinberger's calendar, March 31, 1952.

   Good cause appearing therefor,

   IT IS ORDERED that the motion for reference to a special master filed by certain defendants herein be and the same is continued for hearing to April 28, 1952, at 2:00 p.m.

Copies to:

Edson Abel, Esq.
2223 Fulton St.
Berkeley 4, Calif.

Clayson & Stark
First National Bank Bldg.
Corona, Calif.

Kenneth K. Wright, Esq.
Ralph B. Helm, Esq.
215 West 7th St.
Los Angeles 14, Calif.

G. V. Weikert, Esq.
918 Oviatt Bldg.
Los Angeles, Calif.

Betty Marshall Graydon
Asst. U. S. Attorney
325 West 'F' St.
San Diego 1, Calif.

O'Melveny & Meyers
433 So. Spring St.
Room 900
Los Angeles 13, Calif.

W. B. Dennis, Esq.
Route 1, Box 58
Fallbrook, Calif.

Edmund G. Brown
Attorney General
600 State Bldg.
San Francisco 2, Calif.

Walter G. Lincoln, Esq.
742 So. Hill St.
Room 1113
Los Angeles 14, Calif.

Swing, Scharnikow & Staniforth
604 S. D. Trust & Savings Bldg.
San Diego 1, Calif.

931