IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Thomas A. Beaman
Name

P.O. Box 9
Address

Fallbrook, California
City and State

None
Telephone Number

Defendant

FILED

APR 1 - 1952

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
             Plaintiff, )
)
    vs.                  )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
)
            Defendants,  )

Comes now the defendant(s) THOMAS A. BEAMAN, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Thomas A. Beaman*

9500