IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Frances E. Bradley
Address: P.O. Box 66
City and State: Vista, California
Telephone Number: None

Defendant

UNITED STATES OF AMERICA )
)
  Plaintiff, )
)
  vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
  Defendants, )

Comes now the defendant (s) __FRANCES E. BRADLEY, sued__ herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Frances E. Bradley*

FILED
APR 1 - 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

9501