
IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Rey Bradley
Name
P.O. Box 66
Address
Vista, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant(s) **REY BRADLEY, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ray Bradley* (signature)

FILED
APR 1 - 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK