IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Lawrence Brubaker
Name
620 East Latham Avenue
Address
Hemet, California
City and State

_____
Telephone Number

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) __LAWRENCE BRUBAKER, sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Lawrence Brubaker*

FILED
APR 1- 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

9502