IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ruby Brubaker
Name

620 East Latham Avenue
Address

Hemet, California
City and State

None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) RUBY BRUBAKER, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Mrs. Ruby Brubaker

FILED
APR 1 - 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

9503