IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

_Doris I. Clark_
Name
_Rt 2, Box 196_
Address
_Elsinore, California._
City and State
_Grand 318   Elsinore Exchange_
Telephone Number

Defendant

UNITED STATES OF AMERICA

Plaintiff,

vs.

No. 1247

FALLBROOK PUBLIC UTILITIES DISTRICT, et al.,

Defendants,

Comes now the defendant (s) **DORIS I. CLARK, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Doris I. Clark*

FILED
APR 1 - 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

9504