IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Guy S. Clark
Address: Rt - 2, Box 196
City and State: Elsinore, California.
Telephone Number: Grand 318   Elsinore Exchange.

Defendant

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITIES DISTRICT, et al.,

    Defendants,

No. 1247

Comes now the defendant (s) GUY S. CLARK, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Guy S. Clark*

FILED
APR 1 - 1952
EDMUND L. SMITH, Clerk
By *[signature]*
    DEPUTY CLERK

9505