IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Matt Colton
Address: 801 Coronado Ave.
City and State: Long Beach, 4, Calif.
Telephone Number: 847-24

Defendant

UNITED STATES OF AMERICA, )
                          )
              Plaintiff,  )
                          )
    vs.                   )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
              Defendants, )

Comes now the defendant (s) Matt Colton, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Matt Colton
By Mary J. Colton - Attorney-in-fact

Document No 3344 Recorded Nov. 29-1951 Book 37740 Page 364
Official Records - County of Los Angeles - Calif

FILED
APR 1- 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

9506