IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  DELLA JAMES
        Name
2  ROUTE 2  BOX 1275
        Address
3  SAN MARCOS, CALIFORNIA
    City    and    State
4  NONE
     Telephone Number

   Defendant

8  UNITED STATES OF AMERICA )
                            )
9              Plaintiff,   )
                            )
10        vs.               )   No. 1247
                            )
11 FALLBROOK PUBLIC UTILITY )
   DISTRICT, et al.,        )
12                          )
              Defendants,   )

14    Comes now the defendant (s) DELLA JAMES, sued herein

16 and for himself or themselves alone and answering plaintiff's complaint on
17 file, herein denies (deny) each and every material allegation contained therein.

*Della James*

FILED
APR 1 - 1952
EDMUND L. SMITH, Clerk
By _____
        DEPUTY CLERK

9507