IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

William James
Name
Route 2  Box 1275
Address
San Marcos, California
City and State
None
Telephone Number

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) William James, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*William James*

FILED
APR 1 - 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

9508