IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  |  Clara Loritsch
            Name
2  |  P.O. Box 198
            Address
3  |  Fallbrook, California
       City      and      State
4  |  None
            Telephone Number
5
6  |                   Defendant
7
8  |  UNITED STATES OF AMERICA        )
9  |                     Plaintiff,   )
                                      )
10 |          vs.                     )        No. 1247
11 |  FALLBROOK PUBLIC UTILITY        )
      DISTRICT, et al.,               )
12 |                    Defendants,   )
13
14 |    Comes now the defendant (s)  CLARA LORITSCH, sued herein
15 |  _____
16 |  and for himself or themselves alone and  answering  plaintiff's  complaint  on
17 |  file, herein denies (deny) each and every material allegation contained therein.
18
19 |                              *Clara Loritsch*
20 |  _____
21
22
23
24
25
26 |                    FILED
27
28 |                  APR 1 - 1952
29 |            EDMUND L. SMITH, Clerk
30 |            By *Carmily L. Vila*
                      DEPUTY CLERK
31
32

                                            9509