IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

<u>H. D. Loritsch</u>
Name
<u>P.O. Box 198</u>
Address
<u>Fallbrook, California</u>
City and State
<u>None</u>
Telephone Number

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) <u>H. D. LORITSCH, sued here</u>in

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*H. D. Loritsch*

FILED
APR 1 - 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

9510