IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1    Charles E. Martin  and Dora A. Martin
               Name
2    Star Route  Box 119
               Address
3    Hemet, California
       City    and    State
4    None
       Telephone Number

             Defendant

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|            Plaintiff, | ) | |
| vs. | ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | |
|            Defendants, | ) | |

Comes now the defendant (s) __CHARLES E. MARTIN, sued herein and DORA A. MARTIN, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Charles E. Martin*
*Dora A. Martin*

FILED
APR 1 - 1952
EDMUND L. SMITH, Clerk
By _[signature]_
       DEPUTY CLERK

9511