IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1 | MAR VISTA INVESTMENT COMPANY
        Name
2 | 332 Center Street
        Address
3 | Chula Vista, California
   City    and    State
4 | Hancock 2-1526
        Telephone Number

5

6                    Defendant

7

8 | UNITED STATES OF AMERICA      )
                                  )
9 |                    Plaintiff, )
                                  )
10|         vs.                    )    No. 1247
                                  )
11| FALLBROOK PUBLIC UTILITY       )
    DISTRICT, et al.,              )
12|                                )
                    Defendants,   )
13

14 | Comes now the defendant (s) MAR VISTA INVESTMENT COMPANY,
15 | sued herein
16 | and for himself or themselves alone and answering plaintiff's complaint on
17 | file, herein denies (deny) each and every material allegation contained therein.

18

19 |                     MAR VISTA INVESTMENT COMPANY
20 |                 BY: [signature] , PRESIDENT

FILED
APR 1 - 1952
EDMUND L. SMITH, Clerk
By [signature]
       DEPUTY CLERK

9512