IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Fred Pauch, same as Fred Parch
Name
P.O. Box 732
Address
Fallbrook, California
City     and     State
7501
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) FRED PAUCH, same as FRED PARCH, sued herein as DOE SEVEN HUNDRED SIXTY NINE and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Fred Pauch*

FILED
APR 1- 1952
EDMUND L. SMITH, Clerk
By *Cassidy T. Vila*
DEPUTY CLERK

9513