IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Nora E. Pauch same as Nora E. Parch
Name
P.O. Box 732
Address
Fallbrook, California
City and State
7501
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) NORA E. PAUCH, same as NORA E. PARCH, sued herein as DOE SEVEN HUNDRED SEVENTY and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*[signature: Nora E. Pauch]*

FILED
APR 1- 1952
EDMUND L. SMITH, Clerk
By *[signature]*
DEPUTY CLERK

9514