IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Christine Rivers and Frank Rivers
Name
P.O. Box 34
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA, Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants,

No. 1247

Comes now the defendant (s) CHRISTINE RIVERS, sued herein as DOE EIGHT HUNDRED FIFTY FOUR and FRANK RIVERS, sued herein as DOE EIGHT HUNDRED FIFTY FIVE and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Christine Rivers
Frank Rivers

FILED
APR 1 - 1952
EDMUND L. SMITH, Clerk
By Emily T. Vila
DEPUTY CLERK

9515