IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

John G. Smith
Name
P.O. Box 262
Address
Temecula, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) JOHN G. SMITH, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

FILED
APR 1 – 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

3516