IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1    Charles H. Snavely
            Name
2    Box 325
            Address
3    Santa Fe Springs, California
       City    and    State
4    Whittier--Oxford 65715
        Telephone Number

                 Defendant

UNITED STATES OF AMERICA    )
                                )
                 Plaintiff,   )
                                 )
        vs.                          )    No. 1247
                                 )
FALLBROOK PUBLIC UTILITY       )
DISTRICT, et al.,                   )
                                 )
                 Defendants, )

     Comes now the defendant (s) CHARLES H. SNAVELY, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Charles H. Snavely* (signature)

FILED
APR 1 - 1952
EDMUND L. SMITH, Clerk
By _Cennley T. Vela_
          DEPUTY CLERK

9517