IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Marjorie A. Snavely
Address: P.O. Box 325
City and State: Santa Fe Springs, California
Telephone Number: Whittier--Oxford 65715

Defendant

UNITED STATES OF AMERICA, )
  Plaintiff, )
vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
  Defendants. )

Comes now the defendant(s) **MARJORIE A. SNAVELY**, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Marjorie A. Snavely*

FILED
APR 1 - 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

9518