IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

__Mamie J. Williams and Lynn P. Williams, Deceased__
Name
__P.O. Box 7__
Address
__Fallbrook, California__
City   and   State
__Can be reached 606__
Telephone Number

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1247 |
| ) | |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| ) | |
| Defendants, ) | |

Comes now the defendant (s) __MAMIE J. WILLIAMS, sued herein and LYNN P. WILLIAMS, DECEASED, sued herein__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Mamie J. Williams*
__Lynn P. Williams, deceased__

FILED
APR 1 – 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

9510