(SPACE BELOW FOR FILING STAMP ONLY)

FRANK E. GRAY
202 SO. HAMILTON DR.
BEVERLY HILLS, CALIFORNIA
TELEPHONE: WYOMING 2191

FILED

APR 1 - 1952

EDMUND L. SMITH, Clerk
By Charles A. Ruiz
    Deputy Clerk

Attorney for....Deft...Betty..B...Murcell.....

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF
CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> FALLBROOK PUBLIC UTILITY DISTRICT ) <br> a public service corporation of the State ) <br> of California, et al ) <br> ) <br> Defendant ) | No. 1247 - Civil <br><br> A N S W E R <br> OF <br> DEFT. BETTY B. MURCELL |

    Comes now the Defendant, Betty B. Murcell, and in answer to the complaint on file admits, denies and alleges as follows:

I.

    Answering paragraph I thereof, denies that any controversy exists between the United States of America and this defendant as to any water rights in and to the Santa Margarita River and its tributaries, and further alleges there are no title rights of the United States of America which need to be quieted in this action as against this defendant.

II.

    Answering paragraphs II, III, IV, V, VI, VII and VIII thereof, this answering defendant alleges that she has no information or belief sufficient to enable her to answer these paragraphs and based on such lack of information and belief denies each and every allegation both specifically and generally therein contained.

EG/ehs

1.

9496

III.

Answering Paragraph IX thereof, denies that this answering defendant has in any way diverted water from the Santa Margarita River, and further denies specifically that she has not in any way interfered with the water rights of the plaintiff, if any, and specifically denies that the plaintiff has any paramount rights to this answering defendant, if said plaintiff has any rights at all against this answering defendant.

IV.

More specifically, this answering defendant alleges that she is the widow of Uriel C. Murcell and that as such, she is vested with title to that property known as the Murcell Ranch, Aguanga, California, consisting of approximately twenty-three hundred (2300) acres; that for many years this answering defendant and her deceased husband, and their predecessors in interest have had the unrestricted use to all the percolating water on said property known as the Murcell Ranch, have maintained thereon wells for domestic and agricultural use and have stored and otherwise accumulated surface water and precipitation water, all without any interference to the water rights of any other person, firm or corporation, and the rights of this answering defendant to use said water, percolating, surface and precipitating is paramount to the rights of the plaintiff.

V.

That this answering defendant specifically reserves the right to amend her complaint so as to set forth in detail by metes and bounds her property and to set forth more definitely the wells she now maintains and has maintained on said property, together with all natural points of percolation and places for the storage of surface waters.

VI.

This answering defendant further specifically alleges that she has not and does not use any of the water from the Santa Margarita River or any of its tributaries, save and except the surface waters which flow over defendant's land and which could become part of a tributary of the Santa Margarita River, but which, at the present time, this answering defendant has

2.

not had surveyed to specifically and adequately determine. That at such time a water survey is made, this answering defendant will amend her complaint to set forth therein what, if any, waters flow into the Santa Margarita River or any of its tributaries.

WHEREFORE, this answering defendant prays that the plaintiff take nothing by reason of its complaint on file, for her costs of suit, and for such other and further relief as may be proper in the premises.

*Frank E. Gray*
Attorney for Defendant Betty B. Murcell

3.

ASSOCIATE
ANDREW V. SMITH

LAW OFFICES
Frank E. Gray
THIRD FLOOR SUITE
FOX WILSHIRE THEATRE BUILDING
202 SOUTH HAMILTON DRIVE
Beverly Hills, California

TELEPHONE
WYOMING 2191

March 31, 1952

FILED
APR 1 - 1952
EDMUND L. SMITH, Clerk
By _____
    Deputy Clerk

Edmund L. Smith, Clerk
United States District Court
Southern District of California
U.S. Post Office & Federal Bldg.
Los Angeles 12, California

Re: U.S.A. vs. Fallbrook, etc., et al.
    No. 1247 - Civil

Dear Sir:

Enclosed herewith is Answer of Betty B. Murcell, one of the defendants in the above entitled matter, in duplicate. Will you please file the same?

Very truly yours,

FEG/ehs                    Frank E. Gray

9496A

STATE OF CALIFORNIA,  } ss.
County of Los Angeles }

_____Betty B. Murcell_____

being by me first duly sworn, deposes and says: that    She    is ~~the~~ one of the defendants

in the above entitled action; that    She    has _____ read the foregoing    Answer

and knows the contents thereof; and that the same is true of    her    own knowledge, except as to the matters which are therein stated upon    her    information or belief, and as to those matters that    S he    believes it to be true.

Subscribed and sworn to before me this

11 day of March, 19 51

_Frank E Gray_                                      _Betty B Murcell_
Notary Public in and for the County of Los Angeles
          State of California
   (SEAL)

Received copy of the within _____ this _____ day of _____, 19____

                                                                Attorney____ for_____

Received copy of the within _____ this _____ day of _____, 19____

                                                                Attorney____ for_____

(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C. C. P.)

STATE OF CALIFORNIA,  } ss.
County of Los Angeles }

_____Ellenor Schafer_____ being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of Los Angeles; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's ~~residence~~ business address is __202 South Hamilton Drive, Beverly Hills, California__

that on the ___31st day___ day of ___March___, 19_52_, affiant served the within ___Answer of Betty B. Murcell___

on the ___plaintiff___ in said action, by placing a true copy thereof in an envelope

addressed to the attorney____ of record for said ___plaintiff___ at the ~~residence~~ office    address of said attorney____, as follows:

Betty Marshall Graydon
Assistant United States Attorney
1405 Fifth Avenue
San Diego 1, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at** ___Wilshire Blvd. and South Hamilton Drive___, in the City of ~~Los Angeles~~, California, where is located the office of the attorney____ for the person____ by and for whom said service was made.   Beverly Hills
   That there is delivery service by the United States mail at the place so addressed or *** there is a regular communication by mail between the place of mailing and the place so addressed.    and

Subscribed and sworn to before me this ___31st___ day of ___March___, 19_52_

_Frank E Gray_                                         _Ellenor Schafer_
Notary Public in and for the County of Los Angeles, State of California.
(SEAL)
* Here quote from envelope name and address of addressee.
** If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office"
*** When the letter is addressed to a post office other than "Los Angeles" strike out "and"; when addressed to "Los Angeles" strike out "or."
WOLCOTTS FORM 862—REVISED 8-50

8499