BETTY MARSHALL GRAYDON
Assistant United States Attorney
1405 Fifth Avenue
San Diego 1, California
  Telephone: F 9-4101

Attorney for Plaintiff

FILED
APR 2 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,        )    Civil No. 1247-SD
                                 )
                  Plaintiff,     )   MOTION AND ORDER EXTENDING TIME FOR
                                 )   PLAINTIFF TO FILE OBJECTIONS AND
        vs.                      )   ANSWERS TO AMENDED AND SUPPLEMENTAL
                                 )   INTERROGATORIES PROPOUNDED BY
FALLBROOK PUBLIC UTILITY DISTRICT, a )   FALLBROOK PUBLIC UTILITY DISTRICT TO
public service corporation of the    )   BE ANSWERED BY PLAINTIFF
State of California; et al.,     )
                                 )
                  Defendants     )

     COME NOW, William H. Veeder, Special Assistant to the Attorney General, and Betty Marshall Graydon, Assistant United States Attorney, and move that Plaintiff have until April 14, 1952 in which to object to any of the interrogatories and until April 18, 1952 in which to answer the interrogatories, filed on behalf of defendant Fallbrook Public Utility District on March 24, 1952. This because of the time element in forwarding pleadings to and from Washington, D. C.

     Dated this 1st day of April, 1952.

                                WILLIAM H. VEEDER
                                Special Assistant to the
                                Attorney General

                                /s/ Betty Marshall Graydon
                                BETTY MARSHALL GRAYDON
IT IS SO ORDERED.               Assistant United States Attorney

Dated: April  1 , 1952.

/s/ Jacob Weinberger
Judge of the U. S. District Court