```
                    IN THE UNITED STATES DISTRICT COURT
                 IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
                              SOUTHERN DIVISION
```

UNITED STATES OF AMERICA,           )
                                      )    NO.   1247-Civil - SD
              Plaintiff, )
                                      )
       v.                           )    AFFIDAVIT OF SERVICE BY MAIL
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the
State of California, et al.
             Defendant(s)  )

UNITED STATES OF AMERICA         )
                                 ) ss.
SOUTHERN DISTRICT OF CALIFORNIA )

FILED
APR 2 - 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

    Barbara V. Doe        , being first duly sworn, deposes and says:

      That (s)he is a citizen of the United States and a resident of San Diego County, California; that (his) (her) business address is 1405 Fifth Avenue, San Diego 1, California; that (s)he is over the age of eighteen years, and is not a party to the above-entitled action;

      That on  April 2, 1952  , (s)he deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of MOTION AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE OBJECTIONS AND ANSWERS TO AMENDED AND SUPPLEMENTAL INTERROGATORIES PROPOUNDED BY FALLBROOK PUBLIC UTILITY DISTRICT TO BE ANSWERED BY PLAINTIFF

addressed to   Swing, Scharnikow & Staniforth
                 Attorneys at Law
                 San Diego Trust & Savings Building
                 San Diego 1, California

his last known address, at which place there is a delivery service of mail from the United States Post Office.

                                                        Barbara V. Doe

SUBSCRIBED and SWORN to before me,
this  2nd day of April , 19 52

EDMUND L. SMITH, CLERK,
U. S. District Court
Southern District of California

By _____ Deputy
    J. M. Horn

936