IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of<br>the State of California, et al.,<br><br>   Defendants. | No. 1247-Civil<br><br>DRAFT OF PROPOSED ORDER OF<br>REFERENCE<br><br>FILED<br>APR 3 - 1952<br>EDMUND L. SMITH, Clerk<br>By _____<br>DEPUTY CLERK |

NOW, THEREFORE, IT IS HEREBY ORDERED:

I

That the Department of Public Works of the State of California, acting through the State Engineer, is hereby appointed special master in the above entitled action.

II

Before proceeding with the detailed investigation hereinafter specified, the special master shall make such preliminary reconnaissance as will enable it to make an interim report to the court providing:

  1. A preliminary cost estimate and time estimate for the completion of the report of the special master.

  2. Recommendation or recommendations respecting (a) the scope of this order and possible limitation thereof by eliminating detailed investigation of water uses or claims which, both individually and in the aggregate, may be so minor as not to have any substantial effect upon the remaining claims, or uses, in the action, (b) possible dismissal of parties having such minor claims or uses and (c) possible bringing in of new parties whose uses or claims would have substantial effect on other claims, or

uses, in the action, or (d) other possible modifications of this order.

### III

Subject to the further order of the court, said special master is directed to investigate the following physical facts involved in said action and seasonably to report to the court thereon:

1. The location of the Santa Margarita River and its tributaries (hereinafter called "Santa Margarita System") and the location of the boundaries of the watersheds thereof.

2. The nature, extent, location and boundaries of underground water basins and bodies of underground water lying within the watersheds of said Santa Margarita System, and whether or not they are fed by, or support or feed said system.

3. An identification by map or otherwise of the parcels of land owned by the parties, lying within the watersheds of the Santa Margarita System, the location of each such parcel with reference to the Santa Margarita System and with reference to any underground water supply within such watersheds; the area and irrigable acreage contained in each such parcel; the amount of water reasonably required for domestic, irrigation and other beneficial use upon such parcel; and the present use of water by each such party, the place of use and the source from which it is taken.

4. Water appropriated from the Santa Margarita System; the date of the recordation of the notice thereof (if any) if the appropriation was made prior to December 19, 1914, the effective date of the Water Commission Act adopted by the Legislature of California in 1913; the date of the filing of the application therefor if subsequent to December 19, 1914; the present owner of the right to appropriate; the amount of water claimed under the appropriation or application therefor; the

1  location or proposed location of the diversion works therefor;
2  the place, character and period of use of the water appropriated;
3  or if the appropriation has not been completed, the place and
4  character of the proposed use; and the amount of water beneficially
5  used under each appropriation.

6      5.  Water appropriated from underground sources; the
7  amount of water appropriated by each claimant; the time when the
8  appropriation commenced; the location of the wells or other
9  diversion works therefor; the place, character and period of
10 use under each appropriation and the amount of water beneficially
11 used thereunder.

12     6.  The nature, amount and sources of all natural and
13 artificial contributions to said Santa Margarita System and the
14 underground sources of supply within the watersheds thereof; and
15 the nature and amount and place of occurrence of outflow and
16 withdrawals from each of the sources of supply, both surface and
17 underground, other than withdrawals for beneficial use.

18     7.  The amount of water available from all sources of
19 supply and the amount and character of surplus water (if any) over
20 and above the water heretofore appropriated and the reasonable
21 requirements both present and prospective of the owners of
22 riparian and overlying lands.

23     8.  Such other physical facts as the special master may
24 consider relevant and pertinent to the issues in the action.

25                     IV

26     The basic data upon which the findings of the special master
27 are based shall be submitted with the report, and the special
28 master shall likewise set forth the reasons for the conclusions
29 reached.

30                     V

31     The special master shall mail to each attorney of record
32 herein a copy of the report and shall file with the clerk of the

court for inspection and use by the parties to the action at least three copies of such report and of the basic data upon which it is based. In addition, a copy of said report and of said basic data shall be filed in the Sacramento office and also in the Los Angeles office of said special master for inspection and use by said parties. Any party to the action shall have the right to demand and receive a copy of said basic data from said special master upon deposit with and payment to the special master of the estimated cost of reproduction thereof. Parties desiring copies of said basic data shall notify the special master of such desire within thirty days after service of notice of filing of the report of said special master with the clerk of the court. Subject to the further order of the court, the time for filing exceptions to the report under Rule 53(e) F.R.C.P. is hereby extended to sixty days after the service of notice of the filing of the report with the clerk.

VI

It is recommended that the parties to this action cooperate with the special master to the end of reducing the time and expense of the investigation and preparation of the report by furnishing the special master all relevant factual information in their possession and further cooperate with reference to the investigation and the preparation of the report through engineers appointed jointly or severally by them, and that the special master seek the advice and counsel of such engineers.

VII

The costs and expenses of the investigation and report of the special master shall be equitably apportioned among the parties by the court, and the special master shall recommend the allocation thereof. The special master may apply to the court for an interim payment or payments on account of such costs and expenses, but final allocation shall be made after the filing of the report.

```
1  STATE OF CALIFORNIA   )
                          ) ss.
2  County of Los Angeles )
```

3       CHARLOTTE STEPHENS, being first duly sworn, says: That
4  affiant is a citizen of the United States and a resident of the
5  County of Los Angeles; that affiant is over the age of 18 years and
6  is not a party to the within and above entitled action; that
7  affiant's business address is 215 W. 7th St., Los Angeles 14,
8  California; that on the 2nd day of April, 1952, affiant served a
9  true copy of the within DRAFT OF PROPOSED ORDER OF REFERENCE in
10 said action, by placing said copy in an envelope addressed to the
11 following persons at their office addresses to wit:

| | |
|---|---|
| Betty Marshall Graydon<br>Assistant U.S. Attorney<br>325 West 'F' Street<br>San Diego 1, Calif. | G. V. Weikert<br>918 Oviatt Bldg.<br>Los Angeles, Calif. |
| W. B. Dennis<br>Route 1, Box 58<br>Fallbrook, Calif. | O'Melveny & Myers<br>433 So. Spring St., room 900<br>Los Angeles 13, Calif. |
| Walter G. Lincoln<br>742 So. Hill Street<br>Room 1113<br>Los Angeles 14, Calif. | Edmund G. Brown<br>Attorney General<br>c/o Arvin B. Shaw, Jr.<br>Assistant Attorney General<br>835 Rowan Building<br>Los Angeles 13, Calif. |
| Clayson & Stark<br>First National Bank Bldg.<br>Corona, Calif. | Swing, Scharnikow & Staniforth<br>604 San Diego Trust & Savings Bldg.<br>San Diego 1, California |

22 which envelopes were then sealed and postage fully prepaid thereon
23 and deposited in the United States mail at Los Angeles, California.
24       That there is delivery service by United States mail at the
25 place so addressed or/and there is a regular communication by mail
26 between the place of mailing and the place so addressed.

                                   *Charlotte Stephens*

Subscribed and sworn to before me
this 2nd day of April, 1952.

*Adela McHugh*
Notary Public in and for the County
of Los Angeles, State of California

My Commission Expires June 13, 1952