25

**JUDGMENT**
DOCKETED AND ENTERED
APR 4 - 1952
EDMUND L. SMITH, Clerk
By ................................
Deputy Clerk

**FILED**
APR 3 - 1952
EDMUND L. SMITH, Clerk
By ................................
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
              Plaintiff, )   Civil Action No. 1247-SD
vs. )   DISMISSAL OF CERTAIN
                                      PARTIES-DEFENDANT
FALLBROOK PUBLIC UTILITY DISTRICT, )   (Rule 41 - F. R. C. P.)
a public service corporation of
the State of California, et al. )
              Defendants. )

     WILLIAM H. VEEDER, Special Assistant to the Attorney General, WALTER S. BINNS, United States Attorney, BETTY MARSHALL GRAYDON, Assistant United States Attorney, Attorneys for Plaintiff, respectfully represent:

     That it now appears the hereinafter-named parties-defendant in the above entitled action have been improperly joined as defendants in that their interests are not so interrelated that they must be before the Court in order that adequate relief may be given in the action and would not be prejudiced by a judgment rendered in their absence; that all such parties were made defendants upon the premise that the said parties-defendant were seised of an interest in the hereinafter-described lands which appeared to be situate within the drainage area of the Santa Margarita River and its tributaries, the area which is involved in the issues of this case; that it has been established as the result of title examinations and physical inspections that the below-described lands lie without the said drainage

947

area; and that such parties have not affirmatively alleged any claims to the use of water of the Santa Margarita River and its tributaries.

Therefore, Plaintiff, pursuant to provisions of Rule 41 of the Rules of Civil Procedure, dismisses the above entitled action as against the following parties-defendant, only insofar as the said action relates to the hereinafter-described lands which are juxtaposed with the names of the said parties-defendant.

ROBERT H. ASHER; The Southeast Quarter of the Northwest Quarter of Section 31, Township 9 South, Range 1 East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

ADALIND SHAUL BAILEY; The South Half of the Northwest Quarter; the Northwest Quarter of the Northwest Quarter and the Northeast Quarter of the Southwest Quarter of Section 32, Township 9 South, Range 1 East, San Bernardino Base and Meridian, in the County of San Diego, State of California.

ARDELLE C. BAKER and RAYMOND F. BAKER; All that portion of the Northwest Quarter of the Northeast Quarter and of the Northeast Quarter of the Northwest Quarter of Section 14, Township 9 South, Range 3 West, County of San Diego, State of California, described as follows:
Beginning at a point on the West line of said Northeast Quarter of the Northwest Quarter, distant thereon 929.48 feet, Southerly from the North line of said Section 14; thence East, parallel with the South line of said Northeast Quarter of the Northwest Quarter and its Easterly prolongation, 2648.34 feet to a point on the East line of said Northwest Quarter of the Northeast Quarter, 445.50 feet North from the Southeast Corner thereof; thence South, along said East line, 445.50 feet to said Southeast Corner; thence West, along the South line of said Northwest Quarter of the Northeast Quarter and its Westerly prolongation, 2646.14

1   feet to the Southwest Corner of said Northeast Quarter of
2   the Northwest Quarter; thence North, along the West line of
3   said Northeast Quarter of the Northwest Quarter, 445.88
4   feet to the point of beginning.
5   ELVIN C. BAKER and BARBARA A. BAKER;  All that portion of
6   the Northwest Quarter of the Northeast Quarter and of the
7   Northeast Quarter of the Northwest Quarter of Section 14,
8   Township 9 South, Range 3 West, County of San Diego, State
9   of California, described as follows:
10  Beginning at a point on the West line of said Northeast
11  Quarter of the Northwest Quarter of said Section distant
12  thereon South 1* 42' 20" East, 484.08 feet from the North-
13  west corner of said Northeast Quarter of the Northwest Quar-
14  ter; thence South 89* 52' 40", East along a line parallel
15  with the South line of said Northeast Quarter of the North-
16  west Quarter and its Easterly prolongation 2650.57 feet to
17  a point in the East line of said Northwest Quarter of the
18  Northeast Quarter of said Section, distant thereon South
19  1* 59' 30" West, 500 feet from the Northeast corner of said
20  Northwest Quarter of the Northeast Quarter; thence South
21  1* 59' 30" West along said East line, 445.47 feet to a point
22  which bears North 1* 59' 30" East, 445.50 feet from the South-
23  east corner of the Northwest Quarter of the Northeast Quarter;
24  thence North 89* 52' 40" West 2648.34 feet to a point on
25  said West line of the Northwest Quarter of the Northeast
26  Quarter distant thereon North 1* 42' 20" East 445.88 feet
27  from the Southwest corner of said Northeast Quarter of the
28  Northwest Quarter; thence North 1* 42' 20" East along said
29  West line, 445.40 feet to the point of beginning.
30  EXCEPTING from the above described property that portion
31  thereof conveyed by Ross Daily and Helen M. Daily to the
32  State of California for highway purposes by deed dated 15 May
33  1946 and recorded in Book 2182, page 143, Official Records.

| | |
|---|---|
| 1 | LESLIE Z. BARNHART and FAITH E. BARNHART; The Southwest |
| 2 | Quarter of the Southeast Quarter of Section 12, Township |
| 3 | 9 South, Range 3 West, San Bernardino Base and Meridian, |
| 4 | in the County of San Diego, State of California. |
| 5 | F. E. BECK and ANNA MAY BECK; The Southeast Quarter of |
| 6 | the Northwest Quarter and the Northwest Quarter of the South- |
| 7 | east Quarter of Section 23, Township 9 South, Range 3 East, |
| 8 | San Bernardino Base and Meridian, County of San Diego, State |
| 9 | of California. |
| 10 | JOHN BELCHEZ and CHRISTINE BELCHEZ; That portion of the |
| 11 | Northwest Quarter of the Southwest Quarter of Section 14, |
| 12 | Township 9 South, Range 3 West, San Bernardino Base and Mer- |
| 13 | idian, County of San Diego, State of California, described |
| 14 | as follows: |
| 15 | Beginning at the Southwest corner of said Northwest Quarter |
| 16 | of the Southwest Quarter; thence along the South line of |
| 17 | said Northwest Quarter of the Southwest Quarter; thence |
| 18 | along the South line of said Northwest Quarter of the South- |
| 19 | west Quarter South 89° 12' 40" East 401.25 feet more or less; |
| 20 | thence along said Easterly line North 16° 57' 20" East (Record |
| 21 | North 17° 00' 10" East) 67.10 feet to the true point of be- |
| 22 | ginning; thence continuing along said Easterly line North |
| 23 | 73° 02' 40" West 10 feet; thence North 16° 57' 20" East 232.02 |
| 24 | feet; thence leaving said Easterly line South 73° 02' 40" East |
| 25 | 25 feet; thence parallel with said Easterly line North 16° |
| 26 | 57' 20" East 20 feet; thence North 73° 02' 40" West 25 feet |
| 27 | to said Easterly line; thence continuing along said Easterly |
| 28 | right of way line North 16° 57' 20" East (Record North 17° |
| 29 | 00' 10" East) 209.53 feet; thence leaving said Easterly |
| 30 | line South 41° 33' 30" East 276.34 feet; thence a point in |
| 31 | the center line of Mission Road 1-C as described in deed to |
| 32 | the County of San Diego recorded in Book 751/161 of Deeds; |
| 33 | thence South 38° 00' 20" West along the arc of said 250 foot |

1  radius curve through a central angle of 39° 42' a distance
2  of 173.22 feet; thence tangent to said curve South 77° 42'
3  20" West 39.61 feet to the true point of beginning.
4  RUTH M. BLACKWELL; The West Half of the West Half of the
5  Southwest Quarter of the Southwest Quarter; and the East
6  Half of the West Half of the Southwest Quarter of the South-
7  west Quarter of Section 12, Township 9 South, Range 3 West,
8  San Bernardino Base and Meridian, County of San Diego,
9  State of California.
10 PHILIP C. BUSCH and JULIA T. BUSCH; The East Half of the
11 East Half of the Northeast Quarter of the Southeast Quarter
12 of Section 11, Township 9 South, Range 3 West, San Bernardino
13 Base and Meridian, County of San Diego, State of California.
14 The Northwest Quarter of the Southwest Quarter of Section 12,
15 Township 9 South, Range 3 West, San Bernardino Base and
16 Meridian, County of San Diego, State of California.
17 M. R. CARTER and ELEANOR C. CARTER;  The North Half of the
18 Southeast Quarter of the Southwest Quarter of Section 12,
19 Township 9 South, Range 3 West, San Bernardino Base and
20 Meridian, County of San Diego, State of California.
21 CHARLES RAYMOND COBB and WINIFRED CHERRY COBB;  That portion
22 of the West 20.39 acres of Lot 4 (the Southwest Quarter of
23 the Southwest Quarter) of Section 19, Township 9 South,
24 Range 3 West, San Bernardino Base and Meridian, County of
25 San Diego, State of California, described as follows:
26 Commencing at the Northwest Corner of said Lot 4; thence
27 along the North line of said Lot East 671.40 feet to the
28 Northeast Corner of said West 20.39 acres of said Lot;
29 thence along the East line of said West 20.39 acres of Lot
30 4 South 0° 20' 15" West 308.80 feet to the true point of
31 beginning; thence continuing along said East line South
32 0° 20' 15" West 335.87 feet to the North line of a 30 foot
33 strip of land lying North of and adjacent to the North line

30

of the South 10 acres of said West 20.39 acres of Lot 4; thence along said North line of said 30 foot strip of land North 89* 54' West 375.40 feet; thence North 1* 24' 25" East 268.10 feet; thence South 89* 54' East 74.18 feet; thence North 0* 20' 15" East 67.79 feet to a line which bears North 89* 54' West from the true point of beginning; thence South 89* 54' East 296.22 feet to the true point of beginning.

SHERMAN J. CURTIS and GRACE A. CURTIS; The West Half of the Northeast Quarter; the South Half of the Northwest Quarter and the Northwest Quarter of the Southwest Quarter of Section 13; the South Half of Section 14; the Southeast Quarter of the Southeast Quarter of Section 15; the Northeast Quarter of the Northeast Quarter of Section 22, and the Northeast Quarter and the North Half of the Northwest Quarter of Section 23, Township 9 South, Range 3 East, San Bernardino Base and Meridian, County of San Diego, State of California.

F. J. DEPWEG and ANNA DEPWEG; Section 21, Township 6 South, Range 3 West, San Bernardino Base and Meridian, County of Riverside, State of California, containing approximately 640 acres.

FRED JOHN DUERST; The Southeast Quarter of the Northeast Quarter of the Southeast Quarter of Section 12, Township 9 South, Range 3 West, San Bernardino Base and Meridian, in the County of San Diego, State of California.

JOHN W. GOODMAN and MARY C. GOODMAN; The South Half of the Southeast Quarter of the Southwest Quarter of Section 12, Township 9 South, Range 3 West, San Bernardino Base and Meridian, County of San Diego, State of California.

GORDON GOODWIN and ANNE C. GOODWIN as Successors in Interest to A. S. MORILLO and THELMA T. MORILLO; All that portion of the Northeast Quarter of the Northeast Quarter of the Southeast Quarter of Section 12, Township 9 South, Range 3 West,

31

1  San Bernardino Base and Meridian, County of San Diego,
2  State of California, described as follows:
3  Beginning at a point on the North line of the Southeast
4  Quarter of said Section 12, distant 90 feet East of the
5  Northwest corner of the Northeast Quarter of the Northeast
6  Quarter of the Southeast Quarter said point being the
7  point of beginning; thence Southwesterly in a straight line
8  535.6 feet to a point on the West line of said portion of
9  Section 12, distant 528 feet South of said Northwest corner
10 thereof; thence South along said West line 132 feet more or
11 less to the Southwest corner of said portion of Section 12;
12 thence East along the South line thereof 660 feet more or
13 less to the Southeast corner of said Northeast Quarter of
14 the Northeast Quarter of the Southeast Quarter; thence
15 North along the East line thereof 660 feet more or less to
16 the Northeast corner of said Southeast Quarter; thence West
17 along the North line of said Southeast Quarter 570 feet to
18 the point of beginning.
19 BRUNO GORSCHALKI and HILDA GORSCHALKI;  That portion of the
20 North Half of the South Half of the Northwest Quarter of the
21 Northwest Quarter of Section 14, Township 9 South, Range 3
22 West, San Bernardino Base and Meridian, County of San Diego,
23 State of California, described in Deed to the State of
24 California dated 8/22/46 and recorded 11/20/46 in Book 2267
25 Page 450 Official Records of San Diego County, Except there-
26 from any portion thereof described in deed to the State of
27 California dated 10/11/48 and recorded 11/3/48 as Instrument
28 No. 109318 in the County Recorders Office of San Diego County.
29 CARL, I. HARRIS and DORIS INEZ HARRIS;  Government Lot 3 and
30 the Northeast Quarter of the Southwest Quarter of Section 7,
31 Township 6 South, Range 2 West, San Bernardino Base and
32 Meridian, County of Riverside, State of California, contain-
33 ing approximately 79.30 acres.

953

RUFUS HOLLAND; Government Lot 4 and the Southeast Quarter of the Southwest Quarter of Section 7, Township 6 South, Range 2 West, San Bernardino Base and Meridian, County of Riverside, State of California, containing approximately 79.90 acres.

~~JOSEPH HOSANG and RUTH L. HOSANG; The Easterly 231 feet of the Northeast Quarter of the Northeast Quarter of Section 7, Township 6 South, Range 2 West, San Bernardino Base and Meridian, County of Riverside, State of California. The Southwest Quarter of Section 5, Township 6 South, Range 2 West, San Bernardino Base and Meridian, County of Riverside, State of California.~~

JAMES EDWARD KROES and PIETER KROES;  The West Half of the Southeast Quarter of the Southeast Quarter of Section 11, Township 9 South, Range 3 West, San Bernardino Base and Meridian, County of San Diego, State of California.

HENRY ANDRE LEON;  The Southwest Quarter of the Southwest Quarter, except a portion conveyed to County of San Diego for road purposes in deed recorded in Book 751, page 231, of Deeds, of Section 14, Township 9 South, Range 3 West, San Bernardino Base and Meridian, County of San Diego, State of California.

ROBERT A. LINCOLN and OPAL R. LINCOLN;  All that portion of the Northeast Quarter of the Southeast Quarter of the Northeast Quarter of Section 19, Township 9 South, Range 3 West, San Bernardino Base and Meridian, County of San Diego, State of California, described as follows:

Beginning at the Southeast corner of said Northeast Quarter of the Southeast Quarter of the Northeast Quarter of Section 19, thence South 89° 49' 15" West along the South line of said Northeast Quarter of the Southeast Quarter to the Northeast Quarter, a distance of 300 feet; thence North 65° 25' 45" West 320 feet; thence North 79° 41' 00" West 67.59 feet

1  to a point on the West line of the Northeast Quarter of the
2  Southeast Quarter of the Northeast Quarter of Section 19;
3  thence North 49° 27' 50" East 498.02 feet; thence North 74°
4  37' 20" East 288.12 feet to the East line of said Northeast
5  Quarter of the Southeast Quarter of the Northeast Quarter;
6  thence South 0° 07' 45" East along said East line 544.32
7  feet to the point of beginning.
8  JOSEPH M. MAIDENBERG and SOLEMON MAIDENBERG;  The South-
9  west Quarter of the Southwest Quarter of Section 24, Town-
10 ship 9 South, Range 3 East, San Bernardino Base and Meridian,
11 County of San Diego, State of California.
12 The Northwest Quarter of the Northwest Quarter and the South
13 Half of Section 25, Township 9 South, Range 3 East, San
14 Bernardino Base and Meridian, County of San Diego, State of
15 California.
16 The Southeast Quarter of the Northeast Quarter and the North-
17 east Quarter of the Southeast Quarter of Section 26, Town-
18 ship 9 South, Range 3 East, San Bernardino Base and Meridian,
19 County of San Diego, State of California.
20 Estate of ISADOR S. MARGOLIS, Deceased;  The Southeast
21 Quarter of the Southwest Quarter of Section 24, Township 9
22 South, Range 3 East, San Bernardino Base and Meridian,
23 County of San Diego, State of California.
24 The Northwest Quarter of the Northwest Quarter of Section
25 25, Township 9 South, Range 3 East, San Bernardino Base and
26 Meridian, County of San Diego, State of California.
27 HENRY A. MARTIN and LA FERN MARTIN AKA FERN D. MARTIN;
28 The East Half of the Southwest Quarter of the Southwest
29 Quarter of Section 12, Township 9 South, Range 3 West, San
30 Bernardino Base and Meridian, County of San Diego, State of
31 California.
32 A strip of land 20 feet in width, the center line of which
33 is described as follows:

1  Beginning at a point in the East line of the Northwest
2  Quarter of the Southwest Quarter of Section 12, Township
3  9 South, Range 3 West, San Bernardino Base and Meridian
4  Distant North 0° 22' West 225.07 feet from the Southeast
5  corner thereof.
6  Thence South 42° 32' 30" West 145.82 feet; thence South
7  34° 40' 30" West 145.82 feet to the South line of Northwest
8  Quarter of the Southwest Quarter of Section 12, ALSO the
9  East 10 feet of said Northwest Quarter of the Southwest
10 Quarter of Section 12, extending from a point 225.07 feet
11 North of the Southeast corner thereof to the South line of
12 Highway 395.
13 All that portion of the Northwest Quarter of the Southwest
14 Quarter of Section 12, Township 9 South, Range 3 West, San
15 Bernardino Base and Meridian, County of San Diego, State of
16 California, described as follows:
17 Beginning at the Southeast corner of said Northwest Quarter
18 of the Southwest Quarter; thence along the South line of
19 said Northwest Quarter of the Southwest Quarter, South 89°
20 17' West, 195.27 feet; thence North 34° 40' 30" East,
21 153.62 feet; thence North 42° 32' 30" East, 107.18 feet;
22 thence North 14° 52' East, 91.68 feet to the West line of
23 the East 10 feet of said Northwest Quarter of the Southwest
24 Quarter; thence North 89° 38' East, 10 feet to the East line
25 of said Northwest Quarter of the Southwest Quarter; thence
26 along said East line, South 0° 22' East 291.55 feet to the
27 point of beginning.
28 ALPHA MENDENHALL and DAVID C. MENDENHALL; The West Half of
29 the Southwest Quarter of Section 31, Township 9 South, Range
30 2 East, San Bernardino Base and Meridian, County of San
31 Diego, State of California.
32 THEODOR H. MUNCK; The West Half of the Southeast Quarter of
33 the Southeast Quarter of Section 11, Township 9 South,

950

Range 3 West, San Bernardino Base and Meridian, County of San Diego, State of California.

J. H. RAYMOND NETTLESHIP and MILDRED J. NETTLESHIP; The South Half of the Southwest Quarter of Section 13; the Northeast Quarter of the Southeast Quarter of Section 23; the West Half of the Northwest Quarter; the East Half of the Northwest Quarter; the Northwest Quarter of the Southwest Quarter; the West Half of the Northeast Quarter and the Northeast Quarter of the Southwest Quarter of Section 24, Township 9 South, Range 3 East, San Bernardino Base and Meridian, County of San Diego, State of California.

WILLIAM NYHOLD and ANITA M. NYHOLT; The Southwest Quarter of the Southeast Quarter of Section 11, Township 9 South, Range 3 West, San Bernardino Base and Meridian, County of San Diego, State of California.

GEORGE ARTHUR PLOOF; All that portion of the Southwest Quarter of the Northwest Quarter and of the Northwest Quarter of the Southwest Quarter, lying Easterly of Mission Road 1-C, of Section 14, Township 9 South, Range 3 West, San Bernardino Base and Meridian, County of San Diego, State of California.

ARTHUR H. RUDDY and ELIZABETH G. RUDDY; The South Half of Section 25; the Southeast Quarter of the Northeast Quarter and the Northeast Quarter of the Southeast Quarter of Section 26, Township 9 South, Range 3 East, San Bernardino Base and Meridian, County of San Diego, State of California.

STANLEY A. SEARLE; The East Half of the Northeast Quarter; the Southwest Quarter of the Northeast Quarter; the Southeast Quarter of the Northwest Quarter and the North Half of the Southeast Quarter of Section 14, Township 9 South, Range 3 West, San Bernardino Base and Meridian, County of San Diego, State of California.

R.L.P. SMITH; The Southeast Quarter of the Southeast Quarter

957

of Section 14, Township 9 South, Range 3 West, San Bernardino
Base and Meridian, County of San Diego, State of California.
LUCAS H. STRATTON and MARY H. STRATTON; Lots 5, 11 and 12
of Pruett's Addition, in the County of San Diego, State of
California.
S. W. TRIGG and GETHA G. TRIGG; The East Half of the Southwest Quarter of Section 14, Township 9 South, Range 3 West,
San Bernardino Base and Meridian, County of San Diego,
State of California.
RUTH H. WILT and V. K. WILT; The Southwest Quarter of the
Northwest Quarter and the Northwest Quarter of the Southwest Quarter, EXCEPT that portion lying East of center line
of Mission Road 1-C, of Section 14, Township 9 South, Range
3 West, San Bernardino Base and Meridian, County of San
Diego, State of California.
MYRON E. WOOD and HELEN M. WOOD; All that certain lot,
piece or parcel of land situate, lying and being in the
County of San Diego, State of California and bounded and
particularly described as follows; to wit:
That portion of the Northwest Quarter of the Southwest
Quarter of Section 12, Township 9 South, Range 3 West, San
Bernardino Base and Meridian to wit:
Beginning at a point on the North line of said Northwest
Quarter of the Southwest Quarter of Section 12 distant thereon North 89° 29' 30" East 842.66 feet from the Northwest
corner thereof; thence parallel to the East line thereof
South 0° 22' East 446.56 feet to the center line of Highway
395; thence along the said center line North 61° 10' East
545.41 feet to the said East line of the Northwest Quarter
of the Southwest Quarter of Section 12; thence thereon North
0° 22' West 188.58 feet to the Northeast corner of said
Northwest Quarter of the Southwest Quarter of Section 12;
thence along the North line thereof South 89° 29' 30" West 858

479.47 feet to the point of beginning.

EXCEPT THEREFROM: That portion of the Northwest Quarter of the Southwest Quarter of Section 12 beginning at a point on the center line of Highway 395 at the intersection of a line running parallel with the East line of said Northwest Quarter of the Southwest Quarter and distant 842.66 feet East of the West line of said Northwest Quarter of the Southwest Quarter the true point of beginning thence North along said parallel line a distance of 228.45 feet; thence East and parallel to the North line of said Northwest Quarter of the Southwest Quarter a distance of 150 feet; thence South and parallel to the East line of said Northwest Quarter of the Southwest Quarter to the center line of said Highway 395; thence along the center line of said Highway 395 to the point of beginning.

(\* Indicates degrees)

                WILLIAM H. VEEDER
                Special Assistant to the Attorney General

                WALTER S. BINNS
                United States Attorney

                BETTY MARSHALL GRAYDON
                Assistant United States Attorney

The Complaint herein is ordered dismissed as to the defendants hereinabove-named insofar as the above-entitled action relates to the land owned by each defendant described after his or her name.

Date: April 3, 1952.                Jacob Weinberger
                                          Judge of the U. S. District Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

~~SOUTHERN~~ DIVISION

Betty M. Marshall, Esq.
U.S. Customs & Court House Bldg
San Diego, Calif.

Re: USA v Fallbrook Public Utility District, et al, No. 1247-SD.

You are hereby notified that

Dismissal of certain parties defendant ~~docketed and~~

has been entered

this day in the above entitled case ~~and Judgment~~

~~Book No. , page .~~

Dated: Los Angeles, California,

April 4, 1952.

EDMUND L. SMITH, CLERK,

By

J. M. Horn
Deputy Clerk.

360