LAWRENCE E. DRUMM
ATTORNEY AT LAW
SUITE 306 WM. FOX BUILDING
608 SOUTH HILL STREET
LOS ANGELES 14
TRINITY 8625

(SPACE BELOW FOR FILING STAMP ONLY)

FILED

APR 5 - 1952

EDMUND L. SMITH, Clerk
By /s/ _____, Deputy Clerk

Attorney for Defendant Ione Bradford

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                      Plaintiff, ) No. 1247-Civil
      -vs-  ) ANSWER OF IONE BRADFORD
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al, )
                      Defendants. )

      Comes now the defendant Ione Bradford and for answer to the complaint in the above matter admits, denies and alleges as follows, to-wit:

I

      Said defendant denies generally and specifically each and every allegation set forth in the complaint in the above entitled matter.

II

      Further answering, said defendant alleges that she owns several parcels of land within the water shed described in said complaint and that she holds title to a portion thereof as successor in interest to her deceased husband, Charles M. Bradford, who received patent Nos. 997072 and 773876 from the plaintiff pursuant to the Act of Congress of May 20, 1862; that plaintiff therein patented to defendant all its right, title and interest in and to

the land therein described and that plaintiff did not reserve, or except, any water rights in said patents.

### III

That said defendant, and her predecessors in interest, have for many years last past, and prior to the acquisition of plaintiff's alleged rights, continuously and without interruption exercised the right of taking such water from springs on her property, and using said water for domestic and irrigation purposes on said land.

### IV

That said water so used by said defendant is riparian to the land owned by her and that riparian rights attach thereto and that said defendant is the owner of the right to take, appropriate and use said waters and the whole thereof.

WHEREFORE, this defendant prays that plaintiff be denied all relief as to this defendant; for all other proper relief; and for costs of suit herein.

                                            /s/ Lawrence Drumm
                                            Attorney for Defendant
                                                    Ione Bradford

LAW OFFICES OF
LAWRENCE E. DRUMM
LOS ANGELES

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES } ss.

IONE BRADFORD,

being by me first duly sworn, deposes and says: that She   is ~~not~~ one of the defendants

in the above entitled action; that S he   has_____ read the foregoing   Answer of Ione Bradford

and knows the contents thereof; and that the same is true of   her   own knowledge, except as to the matters which are therein stated upon   her   information or belief, and as to those matters S he   believes it to be true.

Subscribed and sworn to before me this 4th
day of   April   , 19 52

_Ione Bradford_

Notary Public in and for said County and State of California.
(SEAL)

---

Received copy of the within_____ this_____ day of_____ 19_____

Attorney_____ for_____

Received copy of the within_____ this_____ day of_____ 19_____

Attorney_____ for_____

---

(AFFIDAVIT OF SERVICE BY MAIL—1013a, C.C.P.)

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES } ss.

F. STAATS, being first duly sworn says: That affiant is a citizen of the United States and a resident of the county of aforesaid; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is: 608 South Hill, Suite 306, Los Angeles 14, California

that on the 4th day of April, 19 52, affiant served the within Answer of Ione Bradford on the plaintiff in said action, by placing a true copy thereof in an envelope addressed to the attorneys of record for said plaintiff at the ~~residence~~ office address of said attorneys, as follows:   Walter S. Binns, United States Attorney
Betty Marshall Graydon, Assistant United States Attorney
325 West "F" Street, Room 221
San Diego, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States Post Office at the city where is located the office of the attorney for the person by and for whom said service was made.
That there is a delivery service by United States mail at the place so addressed or   there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 4th
day of   April   , 19 52

_F. Staats_

Notary Public in and for said County and State of California.
(SEAL)

*Here quote from envelope name and address of addressee.
**When the letter is addressed to a post office other than where mailed from, strike out "and"; when addressed to the same city where mailed from, strike out "or."

9522