SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

(SPACE BELOW FOR FILING STAMP ONLY)

FILED

APR 7 - 1952

EDMUND L. SMITH, Clerk
BY /s/ _____
DEPUTY CLERK

Attorneys for Defendant FALLBROOK PUBLIC UTILITY DISTRICT, a public service Corporation.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff<br><br>Vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service Corporation of<br>the State of Caifornia; et al.,<br><br>           Defendants | No. 1247 - Civil<br><br>ADDITIONAL INTERROGATORIES PROPOUNDED BY FALLBROOK PUBLIC UTILITY DISTRICT TO BE ANSWERED BY PLAINTIFF. |

     The Defendant FALLBROOK PUBLIC UTILITY DISTRICT hereby requests answers, under oath, in accordance with Rule 33 of Federal Rules of Civil Procedure, of the following interrogatories, in addition to those answers requested under date of March 22, 1952, entitled Amended and Supplemental Interrogatories:

     28. In view of Plaintiff's oft repeated assertion that the quantities of water available in the Santa Margarita River and its tributaries are inadequate to supply even the riparian rights of riparian and overlying land owners on the river and that no water of said river is surplus for appropriation, please state whether or not, subsequent to the acquisition of the property involved in this suit and prior to the commencement of this action, the U. S. Navy Department filed an application with

-1-

961

1  the Division of Water Resources of the State of California for a
2  permit to appropriate and store, subject to existing rights,
3  165,000 acre-feet per annum of the waters of the Temecula Creek-
4  Santa Margarita River, and if so, state the historical basis or
5  engineering source and data for the calculation or estimate that
6  165,000 acre-feet of water per annum would be available in said
7  Santa Margarita River and its tributaries for such appropriation
8  and storage.

10    29.  State whether or not, since the commencement of
11  this action the United States Marine Corps, or any of its officers,
12  or any representatives of the Plaintiff, has applied to Congres-
13  sional Committees for authorization to build and for an appropri-
14  ation to build a dam on the Santa Margarita River with an approx-
15  imate height of 224 feet above stream bed, with an approximate
16  storage capacity behind the dam of 211,000 acre-feet of water,
17  and if so, state who made the requests and to what Congressional
18  Committees the same were made and the authority, basis or sources
19  for the calculations or estimates on the height of the dam and
20  the capacity of the reservoir.

22    30.  If any of the calculations or estimates referred to
23  in the foregoing interrogatories 28 and 29 were found or included
24  in engineering reports or documents in Plaintiff's possession or
25  control, state what those engineering reports and documents are,
26  who prepared them and furnish this defendant with copies of the
27  same.

28    DATED: April 3, 1952.

SWING, SCHARNIKOW & STANIFORTH

BY _____
Attorneys for Defendant
FALLBROOK PUBLIC UTILITY DISTRICT

RECEIVED copy of within
Additional Interrogatories this
3rd day of April, 1952
Betty Marshall Graydon
Attorneys for Plaintiff

-2-

962