IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Peter J. Weisel Jr. and Doris E. Weisel
Address: 1459 North Fullerton Rd.
City and State: La Habra, California
Telephone Number: Oxford 73724

Defendants

FILED
APR 8 - 1952
EDMUND L. SMITH, Clerk
By Charles A. Peet
    Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | )<br>)<br>) |
| Defendants, | ) |

Comes now the defendant (s) __Peter J. Weisel Jr.__ __and Doris E. Weisel__ and for himself or themselves alone and answering plaintiff's complaint on file, herein ~~admits~~ (deny) each and every material allegation contained therein.

Peter J. Weisel Jr.
Doris E. Weisel

9525