UNITED STATES DISTRICT COURT
Southern District of California
<u>SOUTHERN</u> Division.

- - - -

UNITES STATES OF AMERICA,
　　　　　　　　Plaintiff,
　　vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, etc etal
　　　　　　　　Defendant.

No. 1247- Civil

- - - -

ORDER TRANSFERRING CASE PURSUANT TO RULE 2.

Good cause appearing therefor, IT IS HEREBY ORDERED: that the above-entitled cause be transferred to the Calendar of Judge _ _ _LEON R. YANKWICH_ _ _ _ _ _ for further proceedings herein.

　　Los Angeles, California,_ _ _ _ _ April _ _ 8 _ _ 19 52 .

FILED
APR 8 - 1952
EDMUND L. SMITH, Clerk
By /s/
　　DEPUTY CLERK

Jacob Weinberger
UNITED STATES DISTRICT JUDGE.

Leon R. Yankwich
UNITED STATES DISTRICT JUDGE.

Approved:
Leon R. Yankwich
CHIEF UNITED STATES DISTRICT JUDGE.

974

1/B