IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

_____
Name
_____
Address
_____
City     and     State
_____
Telephone Number

Defendant

FILED

APR 8 - 1952

EDMUND L. SMITH, Clerk

_____
DEPUTY CLERK

UNITED STATES OF AMERICA          )
                                  )
                    Plaintiff,    )
                                  )
        vs.                       )   No. 1247
                                  )
FALLBROOK PUBLIC UTILITY          )
DISTRICT, et al.,                 )
                                  )
                    Defendants,   )

Comes now the defendant (s) _____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_____

_____

8523