SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

Attorneys for Defendant FALLBROOK PUBLIC UTILITY DISTRICT

(SPACE BELOW FOR FILING STAMP ONLY)

FILED
APR 8 1952
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

Vs.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service Corporation of the State of California; et al.,

    Defendants

No. 1247 - Civil

MOTION TO RECONSIDER AND VACATE ORDER FOR SEPARATE TRIALS FOR CERTAIN DEFENDANTS.

    Comes now Defendant FALLBROOK PUBLIC UTILITY DISTRICT and respectfully moves the above entitled court to reconsider and vacate the order contained in minute entry of March 31, 1952, directing a separate trial for each of the defendants FALLBROOK PUBLIC UTILITY DISTRICT and SANTA MARGARITA MUTUAL WATER COMPANY in the above entitled action.

    Said motion will be made on the grounds that said order was and is against the law and the evidence before the Court; that since the presentation and submission of Plaintiff's motion for such separate trials, new evidence, material to the issues involved in said motion and new facts have come to light which prove that separate trials for Defendant FALLBROOK PUBLIC UTILITY DISTRICT and SANTA MARGARITA MUTUAL WATER COMPANY would greatly inconvenience and prejudice said defendants as well as the other

-1-

964

1 defendants in the above entitled action.

2 That at the time said order was made, the Court had pend-
3 ing before it a motion for reference to a Special Master for mak-
4 ing an investigation and report on the physical facts involved in
5 said action including the facts involved in the defense of defen-
6 dants FALLBROOK PUBLIC UTILITY DISTRICT and SANTA MARGARITA MUTUAL
7 WATER COMPANY, which said last motion was continued for hearing to
8 April 28, 1952 at 2:00 o'clock P.M. and that said order for a
9 separate trial was therefore improvidently made and entered.

10 Said motion will be made and based upon the records,
11 papers and files herein and upon the affidavit of PHIL D. SWING
12 attached hereto and made a part hereof.

13 DATED this 8th day of April, 1952.

SWING, SCHARNIKOW & STANIFORTH,

BY _/s/ Phil D. Swing_
Attorneys for Defendant FALLBROOK
PUBLIC UTILITY DISTRICT.

-2-

S65