|   |   |
|---|---|
| SWING, SCHARNIKOW & STANIFORTH<br>ATTORNEYS AT LAW<br>604 SAN DIEGO TRUST & SAVINGS BUILDING<br>SAN DIEGO 1, CALIFORNIA<br>FRANKLIN 9-1131 | (SPACE BELOW FOR FILING STAMP ONLY)<br><br>FILED<br>APR 8 - 1952<br>EDMUND L. SMITH, Clerk<br>BY _____ DEPUTY CLERK |

Attorneys for Defendant FALLBROOK PUBLIC UTILITY District,

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff<br>Vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service Corporation of<br>the State of California; et al.,<br>　　　　　　Defendants. | No. 1247 - Civil<br><br>NOTICE OF MOTION |

TO THE UNITED STATES OF AMERICA and to WALTER S. BINNS, WILLIAM H. VEEDER, BETTY MARSHALL GRAYDON, its attorneys; and to W. B. DENNIS; EDSON ABEL; KENNETH K. WRIGHT, attorneys for certain defendants; and to EDMUND G. BROWN, Attorney General, attorney for the State of California:

　　　PLEASE TAKE NOTICE that the undersigned will bring its motion to reconsider and vacate the order for separate trials on for hearing in the United States Court House in the court room of the Honorable Jacob Weinberger at 1405 Fifth Avenue, San Diego, California, on the 28th day of April, 1951, at the hour of two o'clock P.M. of said day, or as soon thereafter as counsel can be heard.

　　　DATED: April 8th 1952.

　　　　　　　　　　　　　SWING, SCHARNIKOW & STANIFORTH
　　　　　　　　　　　　　BY _____
　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　FALLBROOK PUBLIC UTILITY DISTRICT

963　　12