(AFFIDAVIT OF SERVICE BY MAIL—1013a, C. C. P.)

UNITED STATES OF AMERICA,

                              Plaintiff,

              vs.                                        No. 1247

FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,
                              Defendants,

STATE OF CALIFORNIA,
                                    } ss.
COUNTY OF....Orange............................ }

............Mabel L. Grim................................................, being first duly sworn, says:  That affiant
is a citizen of the United States and a resident of the County of............Orange.............................;
that affiant is over the age of eighteen years and is not a party to the within and above entitled
action; that affiant's business/residence address is: ......P. O. Box 308.,...............................
........La Habra,   , California

that on the........7th......day of...April, 1952............................................, 19xx...., affiant served
the within .........answer.............................................................

on the.......plaintiff.......................................in said action, by placing a true copy thereof in an
envelope addressed to the attorney.s... of record for said....plaintiff...............................,
at the office/residence address of said attorney.s..., as follows:  (Here quote from envelope
name and address of addressee.) "Ernest A. Tolin  and  Betty Marshall
  Graydon, 325 West "F" Street, Room 221, San Diego, California

..........................................................................................................................";

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid,
in the United States Post Office at......................La Habra............................................., California,
where is located the office of the attorney... for the person... by and for whom said service
was made.

     That there is delivery service by United States mail at the place so addressed, or there is a
regular communication by mail between the place of mailing and the place so addressed.

                                        ..........Mabel L. Grim..........

Subscribed and sworn to before me this....7th....day of............April............., 1942

...........................................................
        Notary Public in and for the County of
[SEAL]      Los Angeles, State of California.
              Orange
Parker & Company, Los Angeles—TRinity 5206.

                                                        9524