IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Chalma E Bailey
Address: Aguanga
City and State: %Country Store, Calif
Telephone Number: _____

Defendant

FILED
APR 9 - 1952
EDMUND L. SMITH, Clerk
_____ DEPUTY CLERK

UNITED STATES OF AMERICA )
              Plaintiff,  )
    vs.                   )  No. 1247
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
              Defendants, )

Comes now the defendant (s) Chalma E. Bailey

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Chalma E. Bailey
Aguanga, Calif

9526