```
 1  BETTY MARSHALL GRAYDON
    Assistant United States Attorney
 2  1405 Fifth Avenue
    San Diego 1, California
 3    Telephone: F 9-4101

 4  Attorney for Plaintiff
```



APR 14 1952

EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,                )
                                         )
              Plaintiff,                 )
                                         )
      v.                                 )   Civil No. 1247-SD
                                         )
FALLBROOK PUBLIC UTILITY DISTRICT, a     )   OBJECTIONS TO INTERROGATORIES
  public service corporation of the      )
  State of California; ET AL.,           )
                                         )
              Defendants.                )

    Comes now the UNITED STATES OF AMERICA, plaintiff in the above-entitled cause and makes the following objections to the Amended and Supplemental Interrogatories served herein by the Fallbrook Public Utility District on the 24th day of March, 1952.

    Objection to Interrogatory No. 13, which interrogatory is as follows:

    "Supplementing original Interrogatories No. 18 and No. 19:

    "(a) Where Santa Margarita River water is, or has been delivered by Plaintiff to its tenants or lessees for irrigation purposes, state for each tenant or lessee the rate or charge made for water so delivered and the total amount in dollars and cents paid Plaintiff by each tenant or lessee each year for said water. If, in any case, the tenant or lessee does not pay or has not paid a separate amount or charge for water as distinguished from the rent paid for the land, then give the total amount, in dollars and cents, paid by each tenant or lessee each year to Plaintiff for occupancy and farming rights.

    "(b) Attach a copy of a sample lease used by

- 1 -

987

33 A

1  Plaintiff in leasing Rancho Santa Margarita lands to
2  tenants. If the form of lease now in use is different
3  from the form of lease heretofore used, attach a copy
4  of each form or type of lease used by Plaintiff since it
5  acquired Rancho Santa Margarita."
6    1. The objection is that the interrogator requests data which is
7  not within the purview of Rule 33 of the Federal Rules of Civil Procedure.
8    2. The data requested is irrelevant to the case and is not germane
9  to any issue before the Court.
10   WHEREFORE the UNITED STATES OF AMERICA respectfully moves this Court
11 for an order striking out the above set forth Interrogatory No. 13 of the Amended
12 and Supplemental Interrogatories for the reasons expressed and petitions the
13 Court to relieve the undersigned from the responsibility of making reply to it.

WILLIAM H. VEEDER,
Special Assistant to the
Attorney General

Dated: April 14, 1952

BETTY MARSHALL GRAYDON,
Assistant United States Attorney

RECEIVED copy of within
Objections this
14 day of April, 1952
Phil D. Swing
Attorneys for Defendants

- 2 -

980

33B

```
1  BETTY MARSHALL GRAYDON
   Assistant United States Attorney
2  1405 Fifth Avenue
   San Diego 1, California
3    Telephone:  F 9-4101

4  Attorney for Plaintiff
```

                IN THE UNITED STATES DISTRICT COURT

             IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

                           SOUTHERN DIVISION

UNITED STATES OF AMERICA,         )
                                  )
                Plaintiff,        )
                                  )
       v.                         )   Civil No. 1247-SD
                                  )
FALLBROOK PUBLIC UTILITY DISTRICT, a )
   public service corporation of the )
   State of California; ET AL.,   )
                                  )
                Defendants.       )

### MEMORANDUM IN SUPPORT OF OBJECTIONS TO INTERROGATORIES

The UNITED STATES OF AMERICA was requested to answer certain interrogatories propounded by the Fallbrook Public Utility District. It was likewise requested to respond to amended and supplemental interrogatories and additional interrogatories filed by that defendant. Those interrogatories were presented pursuant to Rule 33 of the Federal Rules of Civil Procedure. That rule provides, "any party may serve upon any _adverse_ party written interrogatories to be answered by the party * * *." By the Federal Rules of Civil Procedure the interrogatories could pertain to "any matter, not privileged, which is relevant to the subject matter involved in the pending action, * * *." [1/]

Interrogatory No. 13 of the supplemental interrogatories relates to matters wholly irrelevant to the case now pending before the Court. It will be observed from the answer of the defendant Fallbrook Public Utility District that there is nowhere placed in issue the question of any rights to the use of water other than those to which the United States succeeded from the Rancho Santa Margarita. It is likewise evident from a consideration of the complaint that the rights to the use of water over which the Court now has jurisdiction in no way relate to rights other than those described in the complaint. The defendant Fallbrook Public Utility District seeks to inject into this litigation

---

[1/] Federal Rules of Civil Procedure, Rule 26 (b).

- 1 -

989

33C

by means of interrogatories a question which could be raised only by proper pleadings.

Objection is likewise made to the request for data and information for the reason that the defendant Fallbrook Public Utility District has sought to invoke Rule 33 of the Federal Rules of Civil Procedure which does not under the circumstances pertain. As stated by Judge Holtzoff: "There is good reason for not permitting a party to resort to interrogatories in order to secure copies of documents, instead of proceeding under Rule 34. Under the latter it is necessary to apply to the court for good cause shown to secure an inspection of documents. If the same result can be obtained by serving interrogatories, the limitations of Rule 34 would be frustrated." [2/]

Accordingly, this Court is respectfully petitioned to deny the interrogatory in question and relieve the UNITED STATES OF AMERICA of the responsibility of answering the interrogatory in question.

WILLIAM H. VEEDER,
Special Assistant to the
Attorney General

Dated: April 14, 1952

BETTY MARSHALL GRAYDON,
Assistant United States Attorney

---

[2/] Barron & Holtzoff, Federal Practice and Procedure, Rules Ed., vol. 2, p. 464.

- 2 -

990

33D