BETTY MARSHALL GRAYDON
Assistant United States Attorney
1405 Fifth Avenue
San Diego 1, California
  Telephone: F 9-4101

Attorney for Plaintiff

FILED
APR 14 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
)
  Plaintiff, )
) Civil No. 1247-SD
v. )
) MOTION AND ORDER EXTENDING TIME FOR
) PLAINTIFF TO FILE OBJECTION TO MOTION
FALLBROOK PUBLIC UTILITY DISTRICT, a ) TO RECONSIDER AND VACATE ORDER FOR
public service corporation of the ) SEPARATE TRIALS FOR CERTAIN DEFENDANTS
State of California; et al., ) FILED BY DEFENDANT FALLBROOK PUBLIC
) UTILITY DISTRICT
  Defendants )

   COME NOW, William H. Veeder, Special Assistant to the Attorney General, and Betty Marshall Graydon, Assistant United States Attorney, and move that Plaintiff have until April 18, 1952 in which to file reply to Motion To Reconsider and Vacate Order for Separate Trials For Certain Defendants filed on behalf of defendant Fallbrook Public Utility District on April 8, 1952. This because of the time element in forwarding pleadings to and from Washington, D. C.

   DATED this 14th day of April, 1952.

WILLIAM H. VEEDER
Special Assistant to the
Attorney General

_____
BETTY MARSHALL GRAYDON
Assistant United States Attorney

IT IS SO ORDERED.

Dated: April 14, 1952.

_____
Judge of the U. S. District Court

RECEIVED copy of within
Motion _____ this
14 day of April 1952
Phil _____
Attorneys for Deft. Fallbrook
Public Utility Dist.