```
 1  BETTY MARSHALL GRAYDON
    Assistant United States Attorney
 2  1405 Fifth Avenue
    San Diego 1, California
 3    Telephone: F 9-4101
 4  Attorney for Plaintiff
```



FILED
APR 14 1952
EDMOND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,

    Vs.

FALLBROOK PUBLIC UTILITY DISTRICT, A
  public service corporation of the
  State of California; et al.,

               Defendants.

Civil No. 1247-SD

NOTICE OF HEARING

TO: PHIL D. SWING; SWING, SCHARNIKOW & STANIFORTH, San Diego, California, attorneys for Defendant Fallbrook Public Utility District, a public service corporation of the State of California:

    You will please take notice that the documents filed by Plaintiff on April 14, 1952, entitled OBJECTIONS TO INTERROGATORIES will be heard on Monday, April 28, 1952, at 2:00 o'clock, p.m., in the courtroom of the United States District Court at 1405 Fifth Avenue, San Diego, California, or as soon thereafter as counsel can be heard.

    DATED this 14th day of April, 1952.

WILLIAM H. VEEDER
Special Assistant to the
 Attorney General

/s/ Betty Marshall Graydon
BETTY MARSHALL GRAYDON
Assistant United States Attorney

Receipt of copy of the within Notice is hereby acknowledged this 14 day of April, 1952.

SWING, SCHARNIKOW & STANIFORTH
By /s/ Phil D. Swing
  Attorneys for within named Defendant

975