(SPACE BELOW FOR FILING STAMP ONLY)

1

2
SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

3

4

5
Attorneys for Defendants OLIVER P. ENSLEY
and KATHERINE F. ENSLEY

6



FILED

APR 15 1952

EDMUND L. SMITH, Clerk

By _____
DEPUTY CLERK

7

8                    IN THE UNITED STATES DISTRICT COURT

9            IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                           SOUTHERN DIVISION

11   UNITED STATES OF AMERICA,              )
                                            )   No. 1247 - Civil
12                          Plaintiff       )
                                            )   ANSWER OF
13              Vs.                         )
                                            )   OLIVER P. ENSLEY AND
14   FALLBROOK PUBLIC UTILITY DISTRICT,     )
     a public service corporation of the   )   KATHERINE F. ENSLEY
15   State of California, et al;            )
                                            )
16                          Defendants      )
                                            )
17   _____)

18          Comes now the Defendants OLIVER P. ENSLEY and KATHERINE

19   F. ENSLEY, and separating themselves from the other defendants,

20   for answer to Plaintiff's complaint herein, allege, admit and

21   deny as follows:

22                            FIRST DEFENSE

23                                  I.

24          These defendants refer to and adopt by reference, as if

25   herein repeated, the allegations, admissions and denials con-

26   tained in the first defense of the answer of defendants FRANK R.

27   CAPRA and LUCILLE W. CAPRA, on file herein, as fully and as

28   completely as if said allegations, admissions and denials were

29   herein set forth verbatim.

30

31

32                                 -1-

9489      35

FOR A FURTHER, SEPARATE AND SECOND DEFENSE, THESE DEFENDANTS ALLEGE:

I.

That Defendant OLIVER P. ENSLEY and defendant KATHERINE F. ENSLEY are, and at all times herein mentioned were, husband and wife.

II

That these defendants are the owners and in possession of all that certain real property situate, lying and being in the County of Riverside, State of California, more particularly described as follows:

The Northwest 1/4 of Section   Eighteen (18),

Township Seven (7) South, Range Three (3) East,

San Bernardino Base and Meridian.

III

That said lands are located in a semi-arid region and are and would be barren and unproductive and of little value without water but with water said lands are valuable and highly productive and suitable for  orchards, vineyards and field crops.

IV.

That underneath said land lies an underground stratum of percolating water from which can be obtained an adequate supply of water to meet the irrigation, domestic and other needs of these defendants and said lands by digging wells therein and pumping water therefrom.

V.

That there are no improvements on said property but these defendants are planning in the future to build a home thereon and plant orchards, vineyards and field crops and supply the same from wells which these defendants intend to dig and  supply themselves and said lands with water therefrom for domestic, irrigation and other beneficial uses.

-2-

9490

36

VI.

That approximately one hundred sixty (160) acres of said lands are arable and cultivatable and these defendants will reasonably require for beneficial use on said lands approximately three hundred twenty (320) acre-feet of water per annum for domestic, irrigation and other beneficial uses.

VII

That these defendants are the owners, as against Plaintiff, of the right to use a reasonable amount of said under ground percolating water for beneficial use on said land up to three hundred twenty (320) acre-feet per annum, which said right is correlative with the right of plaintiff to use a reasonable amount of the waters of said Santa Margarita River on the lands of Plaintiff which are riparian thereto for reasonable riparian uses and purposes, and as to all other rights and claims of rights of plaintiff to the water of said Santa Margarita River, the rights of these defendants are paramount.

WHEREFORE these defendants pray:

1. That Plaintiff take nothing by its action.

2. That these defendants be decreed as against Plaintiff, to be the owners of the right to three hundred twenty (320) acre feet of water per annum for beneficial use on their said land and that said right be held and declared to be correlative with Plaintiff's riparian rights and paramount to any other rights which Plaintiff may have or claim.

3. That these defendants have judgment for their

-3-

9491

37

1    costs incurred herein and for such other relief

2    as to the court may deem proper.

3

4    DATED: April 15, 1952.

5

6                                SWING, SCHARNIKOW & STANIFORTH

7

8                                BY _____

9                                Attorneys f ir Defendants

10                               OLIVER P. ENSLEY and

11                               KATHERINE F. ENSLEY

12

13

14

15

16

17

18   RECEIVED copy of within

19   _____ this

20   _____ day of _____, 19__

21   _____

22   Attorneys for _____

23

24

25                          -4-

26

27

28

29

30

31

32

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

9492        38