```
                                                (SPACE BELOW FOR FILING STAMP ONLY)

 1     SWING, SCHARNIKOW & STANIFORTH
              ATTORNEYS AT LAW
       604 SAN DIEGO TRUST & SAVINGS BUILDING
 2          SAN DIEGO 1, CALIFORNIA
                FRANKLIN 9-1131
 3
 4
 5   Attorneys for Defendant FALLBROOK PUBLIC
                    UTILITY DISTRICT
 6
 7
```



APR 15 1952

EDMUND L. SMITH, Clerk



DEPUTY CLERK

```
 8              IN THE UNITED STATES DISTRICT COURT
 9          IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10                       SOUTHERN DIVISION
11   UNITED STATES OF AMERICA,        )    No. 1247 - Civil
                                      )
12                      Plaintiff     )    MOTION AND ORDER EXTENDING
                                      )    TIME FOR DEFENDANT FALLBROOK
13        Vs.                         )    PUBLIC UTILITY DISTRICT TO
                                      )    FILE STATEMENT IN OPPOSITION
14   FALLBROOK PUBLIC UTILITY DISTRICT,)   TO PLAINTIFF'S OBJECTIONS TO
     a public service corporation of the)  INTERROGATORIES AND TO FILE
15   State of California, et al.      )    ANSWERING MEMORANDUM OF
                                      )    POINTS AND AUTHORITIES.
16                      Defendants    )
                                      )
17
```

18    Come now SWING, SCHARNIKOW & STANIFORTH by PHIL D. SWING,
19 attorneys for defendant FALLBROOK PUBLIC UTILITY DISTRICT, and
20 move that said defendant shall have to and including the 21st day
21 of April, 1952, in which to file written statement of reasons for
22 opposing Plaintiffs Objections to Interrogatories served and
23 filed herein April 14, 1952, and to file said defendant's answer-
24 ing memorandum of points and authorities to Plaintiff's Memorandum
25 in Support of Plaintiff's Objections to said Interrogatories.
26 This because of congestion in the office of the attorneys for said
27 defendant FALLBROOK PUBLIC UTILITY DISTRICT resulting from the
28 greatly increased amount of work thrown upon said office by the
29 above entitled action.

30    DATED this 15th day of April, 1952.

31 IT IS SO ORDERED.                    SWING, SCHARNIKOW & STANIFORTH
32 Dated April 15, 1952.                BY /s/ Phil D. Swing
                                        Attorneys for Defendant
   /s/ Jacob Weinberger                 FALLBROOK PUBLIC UTILITY DISTRICT
   Judge of the U. S. District Court
                                                            986    34