IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
)
        Plaintiff, )   NO. 1247-SD
)
v. ) AFFIDAVIT OF SERVICE BY MAIL
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California; et al., )
        Defendant(s) )

UNITED STATES OF AMERICA )
) ss.
SOUTHERN DISTRICT OF CALIFORNIA )

FILED
APR 16 1952
EDMUND L. SMITH, Clerk
By _____
DEPUTY CLERK

    Barbara V. Doe, being first duly sworn, deposes and says:

    That (s)he is a citizen of the United States and a resident of San Diego County, California; that (his) (her) business address is 1405 Fifth Avenue, San Diego 1, California; that (s)he is over the age of eighteen years, and is not a party to the above-entitled action;

    That on April 16, 1952, (s)he deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of   MEMORANDUM IN OPPOSITION TO MOTION TO RECONSIDER AND VACATE ORDER FOR SEPARATE TRIALS FOR CERTAIN DEFENDANTS

addressed to   Mr. W. B. Dennis
        Attorney at Law
        Route 1, Box 58
        Fallbrook, California

his last known address, at which place there is a delivery service of mail from the United States Post Office.

                                                 _____
                                                 Barbara V. Doe

SUBSCRIBED and SWORN to before me, this 16th day of April, 1952.

EDMUND L. SMITH, CLERK,
U. S. District Court
Southern District of California

By _____
        Deputy

995

43