IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

```
_____
        Name
_____
       Address
_____
  City    and    State
_____
    Telephone Number

        Defendant
```

FILED
APR 21 1952
EDMUND L. SMITH, Clerk
By _____
           DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1247 |
| ) | |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| ) | |
| Defendants, ) | |

Comes now the defendant (s) _Harold J. Gaston_ and _A. E. Gaston_

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Harold J. Gaston*
*A E Gaston*

9530