IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: FRED B. PATRICK
MARIE M. PATRICK
Address: Rt. 1 Box 131
City and State: ROMOLAND  CALIF
Telephone Number:

Defendant

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

    Defendants,

No. 1247

FILED
APR 23 1952
EDMUND L. SMITH, Clerk
By _____ DEPUTY CLERK

Comes now the defendant (s) FRED B. PATRICK MARIE M. PATRICK and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Fred B. Patrick
Marie M. Patrick

9540