IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
          Plaintiff,  )
vs.  )  No. 1247-Civil
FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California; SANTA MARGARITA MUTUAL WATER COMPANY, a public service corporation of the State of California; et al.,  )
          Defendants.  )



Minute Order, Judge Weinberger's calendar, April 25, 1952.

    The defendant Fallbrook Public Utility District having moved the court to reconsider and vacate its order entered March 31, 1952 directing a separate trial for each of defendants Fallbrook Public Utility District and Santa Margarita Mutual Water Company and counsel having filed briefs and written argument;

    IT IS ORDERED that the matter stand submitted without oral hearing.

    The Court having read the briefs and written argument filed by the respective counsel herein and being of the opinion that the moving parties have stated no grounds for vacating or reconsidering the said order;

    IT IS ORDERED the motion is denied.


Copies to:   Betty Marshall Graydon
              Asst. U. S. Attorney
              San Diego 1, California

              Phil D. Swing, Esq.
              604 San Diego Trust & Savings Bldg.
              San Diego 1, California

              W. B. Dennis, Esq.
              Route 1, Box 58
              Fallbrook, California