IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

JAMES ANGELO, and MARGUERITE H. ANGELO AKA MARGUERITE A. SMELSER
Name
1212 Scenic Drive
Address
San Bernardino, California
City and State
San Bdno 8-23240
Telephone Number

Defendant

UNITED STATES OF AMERICA )
                          )
            Plaintiff,    )
                          )
        vs.               )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
            Defendants,   )

FILED
APR 28 1952
EDMUND L. SMITH, Clerk
By ........................
        DEPUTY CLERK

Comes now the defendant (s) JAMES ANGLEO and MARGUERITE H. ANGLEO aka MARGUERITE A. SMELSER

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*James Angelo*
*Marguerite H Angelo aka*
*Marguerite A. Smelser*

9541