IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

OBED E. SMELSER
Name
1212 Scenic Drive
Address
San Bernardino, California
City           and           State
San Bdno 8-23240
Telephone Number

Defendant

FILED
APR 28 1952
EDMUND L. SMITH, Clerk
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
        vs.              )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s) __OBED E. SMELSER__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Obed E. Smelser

3542