Yankwich
4/28/52

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**SOUTHERN** DIVISION

U.S.A.,

        Plaintiff

vs

Fallbrook Public Utility District, et al.,

        Defendants.

No. __1247-SD__ Civil

MINUTES OF THE COURT

Date: __April 28, 1952,__

At: __San Diego,__ Calif.

PRESENT: The Honorable __LEON R. YANKWICH__ District Judge;

Deputy Clerk: __J.M. Horn__ Reporter: __Ross Reynolds__

Counsel for Plaintiff : Wm H. Veeder, Spec. Ass't to Att'y Gen'l
Betty M. Graydon, Ass't U.S. Att'y
Walter J. Turnbull, Jr., and John R. McCarthy of counsel for plaintiff
Counsel for Defendants: Phil D. Swong for def't Fallbrook Public Utility
District; W. B. Dennis for def't Santa Margarita Mutual Water Co.;
Marvin Shaw, Deputy Att'y Gen'l, for intervener State of California
Edson Abel for Def'ts Faulkner and Thurbers

NATURE OF PROCEEDINGS: | RULING:

For (1) hearing on motion of defendants Faulkner and Thurbers for reference to Special Master, pursuant to notice thereof, filed March 13, 1952; (2) hearing on plaintiff's objections to interrogatories, pursuant to notice thereof, filed April 14, 1952; and (3) setting;

Attorney Abel makes a statement in support of motion (1) for reference to Special Master.

Court orders motion (1) for reference to Special Master denied.

The Court, after hearing argument of counsel re objections to interrogatories propounded by def't Fallbrook Public Utility District,

ORDERS objections of plaintiff to Interrogatories Nos. 1, 13, 28, 29, and 30 sustained.

Court orders case set for pretrial hearing July 8, 1952, 10 AM, and for entire week if necessary.

Court approves stipulation between plaintiff and def't State of Calif., heretofore filed Nov. 30, 1951.

On stipulation of counsel,

IT IS ORDERED that time for defendants to plead is extended to July 15, 1952.

EDMUND L. SMITH, Clerk, 1032

By_____
      Deputy Clerk.