IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Rudolph J. Brown and Vita Elliott Brown, Husband and wife

Address: Wildomar, Calif.

City and State

Telephone Number: Grand 524 Elsinore Exchange.

Defendant

FILED
APR 30 1952
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

UNITED STATES OF AMERICA, )
   Plaintiff, )
vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
   Defendants, )

Comes now the defendant (s) Rudolph J. Brown and Vita Elliott Brown, Husband and wife, and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Rudolph J Brown
Vita Elliott Brown

9543