IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Dennet Withington
Name

1317 E Street
Address

_____
City    and    State

_____
Telephone Number

Defendant

FILED
APR 30 1952
EDMUND L. SMITH, Clerk
By /s/ _____ Deputy Clerk

UNITED STATES OF AMERICA )
    Plaintiff,  )
vs.    ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,  )
    Defendants, )

Comes now the defendant (s) **Ida M. Coburn**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_____
Attorney for defendant Ida M. Coburn

9545