IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

*Amorita N. Macy*

Amorita N. Macy
Name

_____
Address

Wildomar, California
City     and     State

_____
Telephone Number

Defendant

**FILED**

APR 3 0 1952

EDMUND L. SMITH, Clerk

By _____
Deputy Clerk

UNITED STATES OF AMERICA          )
                                  )
                    Plaintiff,    )
                                  )
          vs.                     )     No. 1247
                                  )
FALLBROOK PUBLIC UTILITY          )
DISTRICT, et al.,                 )
                                  )
                    Defendants,   )

Comes now the defendant (s) _____
*Amorita N. Macy*
Amorita N. Macy

and for himself or themselves alone and answering plaintiff's complaint on
file, herein denies (deny) ~~each and every material allegation contained therein~~ the
statement in chapter nine of the complaint about the vio-
lation of the rights of the United States of America in and
to the water that naturally flows over, above, and through
our lands; we assert that ~~we have never interfered in any~~
way with the flow of the Santa Marguerita river below, over
and through our lands. _____

I have never asserted any right to flowing surface river
water.

I do believe that I have a right to pump water out of any
subterranean basin under the surface of my land that can-
not be proven to effect the river flow directly. We are
not artfully diverting or abstracting water which natur-
ally flows and descends down the river.

I base my claim to this under ground water on deed of
record in the following:

Wildomar M.B 61294 S.D. Lot on
section 1 2 3 and 4 Township 24
Wildomar M.B. 61294 S.D. Lot on
section 8 9 Township or Block 15

9544