IN THE UNITED STATES DISTRIC. COURT
Southern District of California
Southern Division

1   *Alfred E. Gilbert*
    Name
2   *1805 Hill Pluie*
    Address
3   *Los Angeles 41 Calf*
    City    and    State
4   *Albany 0688*
    Telephone Number
5
    Defendant
6
7

8   UNITED STATES OF AMERICA            )
9                      Plaintiff,       )
10          vs.                         )        No. 1247
11  FALLBROOK PUBLIC UTILITY            )
    DISTRICT, et al.,                   )
12                     Defendants,      )

13

14      Comes now the defendant (s) *Alfred E. Gilbert*

15  _____

16  and for himself or themselves alone and answering plaintiff's complaint on

17  file, herein denies (deny) each and every material allegation contained therein.

18

19                      *Alfred E. Gilbert*

20  _____

**FILED**

MAY 2 - 1952

EDMUND L. SMITH, Clerk

By _____
                Deputy Clerk

S546