LEONARD J. DIFANI,
Attorney at Law,
200 Loring Building,
Riverside, California
Telephone 1308

Attorney for Defendants

FILED
MAY 3 - 1952
EDMUND L. SMITH, Clerk,
By /s/ Lindon Locke
   Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

vs

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,

    Defendants

Civil No. 1247-SD

A N S W E R

Comes now JOHN A. CANTARINI and BEATRICE CANTARINI, named in the Summons and Complaint and/or Amended Complaint in the file as JOHN A. CANTARINE and BEATRICE CANTARINE, Defendants, and answering plaintiff's Complaint and/or Amended Complaint on file herein, admit, deny, allege as follows:

1. That the Defendant, JOHN A. CANTARINI acquired the hereinafter described property by inheritance in the year 1920 and the whole thereof on the 16th day of October, 1939 and that the said property is particularly described as follows:

    PARCEL 1. The SW¼ of the NW¼ of Section 28, T. 6 S., R. 2 W., S. B. M.; the N½ of the SW¼ of Section 28, T. 6 S., R. 2 W., S. B. M.; the NW¼ of the SE¼ of Section 28, T. 6 S., R. 2 W., S. B. M.

    PARCEL 2. The SE¼ of Section 29, T. 6 S., R. 2 W., S. B. M., by United States Government Survey.

-1-

1  That what interest BEATRICE CANTARINI may have in the above
2  described property is by reason of the fact that she is the Wife
3  of JOHN A. CANTARINI and while the said BEATRICE CANTARINI has
4  no title of record to the property, she does have community
5  property rights in the same.
6  That for approximately      years the aforementioned pro-
7  perty was owned by JOHN A. CANTARINI'S Father and Mother.

9  2.  That there is a small creek that runs through the afore-
10 mentioned property, a tributary to the Temecula River, which
11 river is a portion of or tributary to the Santa Margarita River;
12 that there is one pit well used for domestic purposes upon the
13 aforementioned property.

15 3.  That the aforementioned property of the answering
16 defendants is between fifty (50) to sixty (60) miles airline
17 from the properties described in plaintiff's Complaint and/or
18 Amended Complaint, known as Camp Pendleton and/or Rancho Santa
19 Margarita, alleged to be acquired by the United States Govern-
20 ment from the former owners of the said Rancho Santa Margarita.

22 4.  Further answering plaintiff's Complaint and/or Amended
23 Complaint, answering defendants do not have sufficient knowledge
24 or belief of the allegations of the Complaint and/or Amended
25 Complaint and upon those grounds deny, generally and specifically
26 each and every allegation therein contained.

28 WHEREFORE, defendants pray that plaintiff take nothing
29 by reason of their action and that defendants have judgment
30 for costs herein expended.

*[signature]*
Attorney for Defendants

9548

88

**State of California,**
**County of Riverside** ss

JOHN A. CANTARINI being duly sworn, deposes and says: that he is one of the defendants named in the foregoing Answer that he has read the same and knows the contents thereof and that the same is true of his own knowledge, except as to the matters which are therein stated upon information or belief; and as to those matters that he believes it to be true.

*John C. Cantarini*

**Subscribed** and sworn to before me this 2nd day of May 19 52

*Barbara C. Watkins*