IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
          Plaintiff
vs.
FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of
the State of California, et al.,
          Defendants

Civil No. 1247-SD

ANSWER OF
JAMES I. EASLEY and
MARGUERITE B. EASLEY

FILED
MAY 5 - 1952
EDMUND L. SMITH, Clerk
          Deputy Clerk

In answer to plaintiff's Complaint, defendants JAMES I. EASLEY and MARGUERITE B. EASLEY admit, deny and allege:

I

Deny generally and specifically each and every allegation contained in Paragraph I.

II

Defendants have no information or belief on the subject sufficient to enable them to answer the allegations of Paragraph II and basing their denial on that ground, deny generally and specifically every allegation therein.

III

Defendants have no information or belief on the subject sufficient to enable them to answer the allegations of Paragraph III and basing their denial on that ground, deny generally and specifically every allegation therein.

IV

Defendants deny that the source of the supply of water for Camp Joseph H. Pendleton is the Santa Margarita River, deny any encroachments by themselves, deny that the destruction of the

RICHARD M. MARSH
ATTORNEY AND
COUNSELLOR
45-262 JACKSON STREET
INDIO, CALIFORNIA
TELEPHONE 7-3181

- 1 -

9550

83

under-ground basin is threatened, deny that the quantity of water available to the plaintiff has been reduced, deny that there has been a reduction of surface flow of the Santa Margarita River through the encroachment of the defendants, and as to all other allegations contained in Paragraph IV defendants have no information or belief on the subject sufficient to enable them to answer the allegations, and basing their denial on that ground, deny generally and specifically every allegation therein.

V

Defendants have no information or belief on the subject sufficient to enable them to answer the allegations of Paragraph V and basing their denial on that ground, deny generally and specifically every allegation therein.

VI

Defendants have no information or belief on the subject sufficient to enable them to answer the allegations of Paragraph VI and basing their denial on that ground, deny generally and specifically every allegation therein.

VII

Defendants have no information or belief on the subject sufficient to enable them to answer the allegations of Paragraph VII and basing their denial on that ground, deny generally and specifically every allegation therein.

VIII

Defendants have no information or belief on the subject sufficient to enable them to answer the allegations of Paragraph VIII and basing their denial on that ground, deny generally and specifically every allegation therein.

RICHARD M. MARSH
ATTORNEY AND COUNSELLOR
45-262 JACKSON STREET
INDIO, CALIFORNIA
TELEPHONE 7-3181

9551

84

IX

In answer to Paragraph IX, admits that defendants rights are paramount to the rights of the plaintiff and except as expressly admitted, denies generally and specifically every allegation contained in said Paragraph IX.

WHEREFORE, defendants pray that plaintiff be denied all relief including declarative, injunctive or other relief; that defendants be awarded the costs of suit, and such other relief as the court deems just.

EARL REDWINE
RICHARD M. MARSH

*Richard M. Marsh*
Attorney for Defendants

RICHARD M. MARSH
ATTORNEY AND
COUNSELLOR
45-262 JACKSON STREET
INDIO, CALIFORNIA
TELEPHONE 7-3181

- 3 -

9552

Attorney for

Received copy of the within

this _____ day of _____ 19__

Attorney for

(AFFIDAVIT OF SERVICE BY MAIL—1013a, C.C.P.)

STATE OF CALIFORNIA
COUNTY OF RIVERSIDE } ss.

Dixie C. Marsh being first duly sworn says: That affiant is a citizen of the United States and a resident of the county aforesaid; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is: 45-266 Jackson Street, Indio, California

that on the 25th day of April, 1952 affiant served the within Answer of James L. Easley and Marguerite B. Easley on the Plaintiff in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said Plaintiff at the office address of said attorney as follows:

1405 Fifth Avenue
Room 301
San Diego, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States mail at the city where is located the office of the attorney for the person by and for whom said service was made.

Subscribed and sworn to before me this 25th day of April, 1952.

Notary Public in and for said County and State of California
(SEAL)