IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Leslie W. and Gertrude F. Hoopes
Address: 1545 Colegrove Ave.
City and State: Montebello, Calif.
Telephone Number:

Defendant

FILED
MAY 8 - 1952
EDMUND L. SMITH, Clerk
By /s/ _____ Deputy Clerk

UNITED STATES OF AMERICA,

   Plaintiff,

vs.                                       No. 1247

FALLBROOK PUBLIC UTILITIES DISTRICT, et al.,

   Defendants.

Comes now the defendant(s) Leslie W. Hoopes and Gertrude F. Hoopes and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Leslie F. Hoopes
/s/ Gertrude F. Hoopes

9556