IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1   THOMAS WILKS
2   WILDOMAR, CALIFORNIA

5           Defendant

FILED
MAY 8 - 1952
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

8   UNITED STATES OF AMERICA      )
9                    Plaintiff,   )
10          vs.                   )   No. 1247
11  FALLBROOK PUBLIC UTILITY      )
    DISTRICT, et al.,             )
12                                )
13                   Defendants,  )

Comes now Thomas Wilks, one of the defendants in the above entitled action, and for himself and no other defendant, and answering plaintiff's complaint on file herein denies each and every allegation in said complaint contained.

BEST, BEST & KRIEGER

By _____
Attorneys for Defendant Thomas Wilks

9554
86

UNITED STATES OF AMERICA
                                    Plaintiff
        vs.                                              Case No. 1247
FALLBROOK PUBLIC UTILITY DISTRICT, et al.                AFFIDAVIT OF MAILING
                                    Defendants          OF  Answer of Thomas
                                                            Wilks

State of California,  } ss.
County of Riverside,

THE UNDERSIGNED, being first duly sworn, says that affiant is a citizen of the United States and a resident of Riverside County, over the age of eighteen years and not a party to the cause herein, that affiant's business address is 8 Evans Building, Riverside, California.

That on the 7th day of May 1952, affiant served two copies of the attached paper, to-wit: Answer of Thomas Wilks copies by depositing said copy enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States postoffice mail box at the City of Riverside, California, addressed as follows:

Betty Marshall Graydon
Assistant United States Attorney
1405 Fifth Avenue, Room 301
San Diego, California

That there is either delivery service by United States mail at the place so addressed, or regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 7th day of May 1952.

*Dorothy Ayers*
Notary Public in and for the County of Riverside, State of California

G. A. PEQUEGNAT, County Clerk
By _____ Deputy

9555
86A