IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

*Ernest Jenewein*
Name

4 0 6 n Menton
Address

Pasadena Calf
City and State

Sy 6 1 0 9 7
Telephone Number

Defendant

**FILED**

MAY 1952

EDMUND L. SMITH, Clerk

*[signature]*
Deputy Clerk

UNITED STATES OF AMERICA )
)
                    Plaintiff, )
)
        vs.        )        No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
)
                    Defendants, )

Comes now the defendant (s) *Ernest Jenewein*

*Gertrude L. Jenewein*

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Ernest Jenewein*

*Gertrude L. Jenewein*

9557