IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ralph O. Bane
Name
2427 N. Falling Leaf
Address
Garvey, California
City and State

_____
Telephone Number

Defendant

FILED

MAY 13 1952

EDMUND L. SMITH, Clerk
By _____
Deputy Clerk

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) RALPH O. BANE, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

x Ralph O. Bane

9577