IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Lucille V. Breining
Name
Route 2 Box 103
Address
Fallbrook, California
City and State
490
Telephone Number

Defendant

FILED

MAY 13 1952

EDMUND L. SMITH, Clerk
By ................................
Deputy Clerk

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

   Comes now the defendant (s) __LUCILLE V. BREINING,__ sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

                                   Lucille V. Breining

9578