IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  John Edward Cabral
        Name
2  263 North Almand Avenue
        Address
3  Fontana, California
   City   and   State
4  96839
      Telephone Number
5
          Defendant
6

FILED

MAY 13 1952

EDMUND L. SMITH, Clerk
By ................................
                Deputy Clerk

8  UNITED STATES OF AMERICA        )
9                                  )
              Plaintiff,            )
10     vs.                          )   No. 1247
11 FALLBROOK PUBLIC UTILITY        )
   DISTRICT, et al.,                )
12                                  )
              Defendants,           )

14      Comes now the defendant (s) JOHN EDWARD CABRAL, sued herein

16  and for himself or themselves alone and answering plaintiff's complaint on
17  file, herein denies (deny) each and every material allegation contained therein.

                                    John Edward Cabral

9579