IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Angeline Anna Cabral
Name
263 North Almand Avenue
Address
Fontana, California
City      and      State
96839
Telephone Number

Defendant

FILED

MAY 13 1952

EDMUND L. SMITH, Clerk
By ......................
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, et al., ) | |
| ) Defendants, ) | |

Comes now the defendant (s) ANGELINE ANNA CABRAL, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Angeline Anna Cabral*