IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Sina B. Caine
Address: Route 3 Box 824
City and State: Vista, California
Telephone Number: 7785

Defendant

FILED
MAY 13 1952
EDMUND L. SMITH, Clerk
By ............................
  Deputy Clerk

UNITED STATES OF AMERICA,
          Plaintiff,
vs.                                       No. 1247
FALLBROOK PUBLIC UTILITY DISTRICT, et al.,
          Defendants,

Comes now the defendant(s) SINA B. CAINE, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Sina B. Caine* (signature)

9521