IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Dolores Connell
Name

‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑
Address

Winchester, California
City    and    State

None
Telephone Number

Defendant

UNITED STATES OF AMERICA    )
                            )
                 Plaintiff, )
                            )
vs.                         )   No. 1247
                            )
FALLBROOK PUBLIC UTILITY    )
DISTRICT, et al.,           )
                            )
                Defendants, )

Comes now the defendant(s) **DOLORES CONNELL, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Dolores Connell*

FILED
MAY 13 1952
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

9582