IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ernest C. Cook
Name
P.O. Box 169
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
　　　　　　　　Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
　　　　　　　　Defendants, )

Comes now the defendant (s) ERNEST C. COOK, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ernest C Cook*

**FILED**

MAY 13 1952

EDMUND L. SMITH, Clerk
By _____
　　　　　　Deputy Clerk

9583