1  WILLIAM COOK
       Name
2  P.O. BOX 169
       Address
3  FALLBROOK, CALIFORNIA
   City  and  State
4  NONE
   Telephone Number

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) **WILLIAM COOK, sued herein**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*William Cook*

FILED

MAY 13 1952

EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

C584