IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Arthur H. Cooper and Angy F. Cooper
          Name
P.O. Box 72
          Address
Wildomar, California
  City    and    State
None
    Telephone Number

Defendant

UNITED STATES OF AMERICA,

              Plaintiff,

vs.                              No. 1247

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

              Defendants,

Comes now the defendant(s) ARTHUR H. COOPER, sued herein and ANGY F. COOPER, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Arthur H. Cooper*
*Angy F. Cooper*

FILED

MAY 13 1952

EDMUND L. SMITH, Clerk
By *[signature]*
            Deputy Clerk

9585