IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Probert W. Dager
Name
14743 Morrison Street
Address
Van Nuys, California
City and State
State 4-4812
Telephone Number

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant (s) **PROBERT W. DAGER**, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Probert W Dager*

**FILED**
MAY 13 1952
EDMUND L. SMITH, Clerk
By _Cemily_
Deputy Clerk

9586