IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mary Jeffers Dager
Name
14743 Morrison Street
Address
Van Nuys, California
City and State
State 4-4812
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __MARY JEFFERS DAGER, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Mary Jeffers Dager

**FILED**

MAY 13 1952

EDMUND L. SMITH, Clerk
By ........................
Deputy Clerk

9587