IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Edith M. Denio
_____Name_____
7927 Garfield Avenue
_____Address_____
Bell Gardens, California
City   and   State
Topez 27165
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) EDITH M. DENIO, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Edith M. Denio*

**FILED**

MAY 13 1952

EDMUND L. SMITH, Clerk
By _____
Deputy Clerk

9588