IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

John J. Gammell
*Name*
Route 2  Box 85
*Address*
Fallbrook, California
*City   and   State*
306
*Telephone Number*

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) JOHN J. GAMMELL, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*John J. Gammell*

**FILED**

MAY 13 1952

EDMUND L. SMITH, Clerk
By *Cassidy*
Deputy Clerk

9590