IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Alda W. Gammell
Name
Route 2  Box 85
Address
Fallbrook, California
City and State
306
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
　　　　　　　　Plaintiff, )
)
　　vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
　　　　　　　　Defendants, )

　　Comes now the defendant (s) ALDA W. GAMMELL, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

　　　　　　　　　　　　　　　　　/s/ Alda W. Gammell

**FILED**

MAY 13 1952

EDMUND L. SMITH, Clerk
By ............ Deputy Clerk

9591