IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  (Evaline) Evelyn Gibbs and William S. Gibbs
           Name
2     Route 2 Box 212
           Address
3     Perris, California
        City    and    State
4     None
        Telephone Number
5
                Defendant
6
7
8     UNITED STATES OF AMERICA      )
                                    )
9                       Plaintiff,  )
                                    )
10               vs.                )    No. 1247
                                    )
11    FALLBROOK PUBLIC UTILITY      )
      DISTRICT, et al.,             )
12                                  )
                        Defendants, )
13
14       Comes now the defendant (s) EVELYN GIBBS (same as EVALINE), sued
15    herein and WILLIAM S. GIBBS, sued herein
16    and for himself or themselves alone and answering plaintiff's complaint on
17    file, herein denies (deny) each and every material allegation contained therein.

         *William S. Gibbs*
         *Evaline F. Gibbs*

**FILED**

MAY 13 1952

EDMUND L. SMITH, Clerk
By ........................
              Deputy Clerk