IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Frederick C. Gilbert & Maud C. Gilbert
Name
213 N. Silon St
Address
Elsinore California
City and State
Mai 2973
Telephone Number

Defendant

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITIES DISTRICT, et al.,

    Defendants,

No. 1247

Comes now the defendant (s) Frederick C. Gilbert and Maud C. Gilbert sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Frederick C. Gilbert
Maud C. Gilbert

Ranch formerly owned by Gordon C. Farmer and Muriel Farmer

FILED
MAY 13 1952
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

9593