IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1    Alfred P. Halbin
           Name
2    General Delivery
           Address
3    Fallbrook, California
      City    and    State
4    None
       Telephone Number

Defendant

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1247 |
| | ) | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | |
| | ) | |
| Defendants, | ) | |

Comes now the defendant (s) ALFRED P. HALBIN, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Alfred P. Halbin*

**FILED**

MAY 13 1952

EDMUND L. SMITH, Clerk

By _Cassidy_ _____
            Deputy Clerk

9594