IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

HOWELL, Kenneth L. & Nellie J.
**Name**
229 Maiden Lane                    Also Rural Route, Box 9
**Address**
Montebello, California             Wildomar, California
**City    and    State**
Montebell , Union 12654            no phone
**Telephone Number**

**Defendant**

UNITED STATES OF AMERICA

                              Plaintiff,

              vs.                         No. 1247

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

                              Defendants,

Comes now the defendant (s) Kenneth L. and  Nellie J. Howell,

husband and wife.

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Kenneth L Howell*

*Nellie J. Howell*

# FILED

**MAY 13 1952**

**EDMUND L. SMITH, Clerk**
By *Cassidy. Ve. Vela*
**Deputy Clerk**

9595