IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mary Elizabeth Hubbard , Deceased
Name
488 Wilde Avenue
Address
San Francisco, California
City     and     State

Telephone Number

Defendant

UNITED STATES OF AMERICA               )
                                       )
                        Plaintiff,     )
                                       )
              vs.                      )     No. 1247
                                       )
FALLBROOK PUBLIC UTILITY               )
DISTRICT, et al.,                      )
                                       )
                      Defendants,  )

Comes now the defendant (s) MARY ELIZABETH HUBBARD, Deceased,

sued herein

and for himself or themselves alone and answering plaintiff's complaint on
file, herein denies (deny) each and every material allegation contained therein.

_Mary E Hubbard deceased_
_by Steven Martinez_

**FILED**

MAY 13 1952

EDMUND L. SMITH, Clerk
By _Lumby. V. Vela_
Deputy Clerk

9596