IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Melvin C. Jones
Name
P.O. Box 65
Address
Wildomar, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA

Plaintiff,

vs.                                            No. 1247

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

Defendants.

Comes now the defendant(s) MELVIN C. JONES, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Melvin C Jones*

**FILED**

MAY 13 1952

EDMUND L. SMITH, Clerk

By _____
Deputy Clerk

9597