IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Agnes A. LANGSTRAAT
　　　　Name
P.O.Box 105
　　　Address
Wildomar, California
　City　and　State
Elsinore, Grand 557
　Telephone Number

Defendant

UNITED STATES OF AMERICA

　　　　　Plaintiff,

vs.                                      No. 1247

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

　　　　　Defendants,

Comes now the defendant (s) __Agnes A. Langstraat__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Agnes A. Langstraat*

**FILED**

MAY 13 1952
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

9558