IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Henry Langstraat
_____
Name
P.O. Box 105
_____
Address
Wildomar, California
_____
City           and           State
Elsinore, Grand 657
_____
Telephone Number

Defendant

UNITED STATES OF AMERICA

        Plaintiff,

vs.    No. 1247

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

        Defendants,

Comes now the defendant (s) __Henry Langstraat__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Henry Langstraat*

FILED

MAY 13 1952

EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

9559