**IN THE UNITED STATES DISTRICT COURT**
Southern District of California
Southern Division

Mc Kinney, Adelbert C.
_____
Name
Route 2, Box 1
_____
Address
Wildomar, California.
_____
City    and    State

_____
Telephone Number

Defendant

UNITED STATES OF AMERICA

                    Plaintiff,

        vs.                                    No. 1247

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

                    Defendants,

Comes now the defendant (s) __Adelbert C. Mc Kinney_____

_____

and for himself or themselves alone and answering plaintiff's complaint on
file, herein denies (deny) each and every material allegation contained therein.

_Adelbert C. McKinney_
_____

# FILED

**MAY 13 1952**

**EDMUND L. SMITH, Clerk**
By _____
        Deputy Clerk

9560