IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Eldridge R. MacLeod and Clara N. MacLeod
　　　　　　　Name
P.O. Box 65
　　　　Address
Wildomar, California
City　　and　　State
None
　　Telephone Number

Defendant

UNITED STATES OF AMERICA

　　　　　　　　Plaintiff,

vs.　　　　　　　　　　　　　No. 1247

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

　　　　　　　Defendants,

Comes now the defendant (s) ELDRIDGE R. MacLEOD, sued herein and CLARA N. MacLEOD, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Eldridge R MacLeod*
*Clara N. Mac Leod*

FILED

MAY 13 1952

EDMUND L. SMITH, Clerk
By _____
　　　Deputy Clerk

9561