IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Fred C. Nielsen and Hazel K. Nielsen
Name
P.O. Box 236
Address
Fallbrook, California
City and State
7256
Telephone Number

Defendant

UNITED STATES OF AMERICA )
Plaintiff, )
vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
Defendants, )

Comes now the defendant (s) FRED C. NIELSEN, sued herein and HAZEL K. NIELSEN, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Hazel K. Nielsen
Fred C Nielsen

FILED
MAY 13 1952
EDMUND L. SMITH, Clerk
By [signature] Deputy Clerk