IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mabel D. Ong
       Name
Star Route 1  Box 18
       Address
Fallbrook, California
    City   and   State
None
     Telephone Number

Defendant

UNITED STATES OF AMERICA       )
                               )
              Plaintiff,       )
                               )
         vs.                   )   No. 1247
                               )
FALLBROOK PUBLIC UTILITY       )
DISTRICT, et al.,              )
                               )
              Defendants,      )

Comes now the defendant (s) MABEL D. ONG, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

　　　　　　　　　　　　　　　Mabel D. Ong

FILED

MAY 13 1952

EDMUND L. SMITH, Clerk
By _____
            Deputy Clerk

9590