IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Maybelle Orr
Name
Route 1  Box 39
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
                    Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
                   Defendants, )

Comes now the defendant (s) __MAYBELLE ORR, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Maybelle Orr*

**FILED**

MAY 13 1952

EDMUND L. SMITH, Clerk
By ............................
Deputy Clerk

3562