IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

L. W. Otto and Vidella M. Otto
Name
1735 Ramiro Road
Address
San Marino 9, California
City     and     State
Sycamore 9-1981
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) L. W. Otto and Vidella M. Otto

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*L. W. Otto*
*Vidella M. Otto*

FILED
MAY 13 1952
EDMUND L. SMITH, Clerk
By ................
Deputy Clerk

S563