IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

RODRIGUEZ, John & Socorro
Name
P.O. Box 84
Address
Wildomar, California
City and State
Elsinore, Grand 319
Telephone Number

Defendant

UNITED STATES OF AMERICA,

     Plaintiff,

vs.         No. 1247

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

     Defendants,

Comes now the defendant (s) John and Socorro Rodriguez, husband and wife and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ John Rodriguez*
*/s/ Socorro Rodriguez*

**FILED**

MAY 13 1952
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

9564