IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

SAGER, Thomas L. & Jeannette
Name
Box 102
Address
Wildomar     California
City   and   State
Elsinore, Grand 653
Telephone Number

Defendant

UNITED STATES OF AMERICA

Plaintiff,

vs.                               No. 1247

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

Defendants,

Comes now the defendant (s) Thomas L. Sager and Jeannette Sager, husband and wife

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Thomas L. Sager*
*Jeannette Sager*

FILED
MAY 13 1952
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

9565