IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

George Arthur Stites
Name
620 East High Avenue
Address
Redlands, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) GEORGE ARTHUR STITES, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

WE ARE IN THE SAN LUIS REY WATER SHED DISTRICT

*George Arthur Stites*

FILED
MAY 13 1952
EDMUND L. SMITH, Clerk
By _____
Deputy Clerk

9566