IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Gladys E. Woodbury
_____Name_____
Route 1 Box 38-B
_____Address_____
Fallbrook, California
City     and     State
None
_____Telephone Number_____

Defendant

UNITED STATES OF AMERICA )
                         )
             Plaintiff,  )
                         )
      vs.                )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant (s) GLADYS E. WOODBURY, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Gladys E. Woodbury

**FILED**

MAY 13 1952

EDMUND L. SMITH, Clerk
By _____
         Deputy Clerk

9571