IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

William Samuel Woods
Name
General Delivery
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) William Samuel Woods, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*William Samuel Woods*

**FILED**

MAY 13 1952

EDMUND L. SMITH, Clerk
By _Cassidy_
Deputy Clerk

S572