IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mary Elizabeth Woods
Name
General Delivery
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) Mary Elizabeth Woods, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Mary Elizabeth Woods*

FILED
MAY 13 1952
EDMUND L. SMITH, Clerk
By ................
Deputy Clerk

S573