IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

K. W. Young
Name
BOX 2
Address
WINCHESTER, CALIFORNIA
City and State
NONE
Telephone Number

Defendant

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )
) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant(s) K. W. YOUNG, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*K. W. Young* (signature)

FILED
MAY 13 1952
EDMUND L. SMITH, Clerk
By _Cassidy_ _____ Deputy Clerk

9574