IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1    Althea L. Zeiders
                Name
2    Route 1 Box 153
                Address
3    Romoland, California
           City    and    State
4    None
          Telephone Number

                   Defendant

UNITED STATES OF AMERICA     )
                                    )
                  Plaintiff, )
                                    )
            vs.                    )    No. 1247
                                    )
FALLBROOK PUBLIC UTILITY       )
DISTRICT, et al.,                  )
                                    )
                Defendants, )

        Comes now the defendant (s) ALTHEA L. ZEIDERS, sued herein

and for himself or themselves alone and answering plaintiff's complaint on

file, herein denies (deny) each and every material allegation contained therein.

*Althea L. Zeiders* (signature)

FILED
MAY 13 1952
EDMUND L. SMITH, Clerk
By _____
      Deputy Clerk

2575