IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1 Charles Zimmerman and Emma Zimmerman
      Name
2 P.O. Box 733
      Address
3 Fallbrook, California
   City   and   State
4 None
   Telephone Number
5
        Defendant
6
7
8  UNITED STATES OF AMERICA        )
                                   )
9                      Plaintiff,  )
                                   )
10        vs.                      )   No. 1247
                                   )
11 FALLBROOK PUBLIC UTILITY        )
   DISTRICT, et al.,               )
12                                 )
                     Defendants,   )
13

14   Comes now the defendant (s) CHARLES ZIMMERMAN, sued herein
15 and EMMA ZIMMERMAN, sued herein
16 and for himself or themselves alone and answering plaintiff's complaint on
17 file, herein denies (deny) each and every material allegation contained therein.
18
19           Charles Zimmerman
20           Emma Zimmerman
21
22
23
24
25
26           **FILED**
27
             MAY 13 1952
28           EDMUND L. SMITH, Clerk
29           By _____
                        Deputy Clerk
30
31
32

9576