East San Gabriel, California
April 29, 1952

Ernest A. Tolin

U. S. Attorney and

Betty Marshal Grayden

Asst. U. S. Attorney
325-W. 'F' ST. Room 221- San Diego, California

Ref: Civil Action
File No. 1247

RECEIVED
MAY 1 – 1952
U.S. ATTORNEY
SAN DIEGO, CALIF.

FILED
MAY 14 1952
EDMUND L. SMITH, Clerk
By ................
Deputy Clerk

To Whom It May Concern:

This is our answer to Civil Action File No. 1247. For your information we wish to inform you we sold our undeveloped land on Temecula - Pala Road Riverside County a few months ago, and the only interest we have in it - is a first trust deed. The summons presented to us April 16, 1952 falsely accuses us of encroaching on the land. This property is free of clouds and liens established permanently November 3, 1886 by land patent signed by the President of the United States (Chester A. Arthur); and more recently it was assured and insured for us by law before we bought the property.

The mineral and water rights go with the land - unless otherwise specified in the deed. The WATER and mineral rights belong to the land and the land owner forever, which you will obviously see in the type written copy of the photo-static enclosed, copied from the original records on file in the Hall of Records Los Angeles County.

Since the government is specifically interested in the confluence of the matter involved - it is advisable to look it up.

We cleared a great deal of brush and rock by hand and foot, on the land we owned on Temecula Pala Road, we also constructed poles on the property for the consumption of electricity, not only for ourselves - but neighbors and the excavation for the poles were dug by hand through solid hard-pan. To MOISTEN the earth for the poles, we carried water in our car, in gallon jugs for the work, from our Home in East San Gabriel, California.

The summons accuses us of "using WATER and intruding on the water basin as stated in the civic action File No. 1247 and the summons also states that we are still using the water and ENCROACHING on the land and its so-called mentioned subterranean source."

It's a queer rule that doesn't work both ways and since all of this controversy is an encroachment on our honest and good intentions - we want a proper explanation by and for the reason of it's false intrusion.

There was no developed water on our land, the land was virgin soil and we have NEVER been on the property since we disposed of it. Besides - the property we owned on Temecula Pala Road, Riverside County has no encumbrances what-so-ever and it is about 28 miles from the Fallbrook Utility District.

9600

89

It is unlawful to disturb the peace and internal affairs of another and the summons is insinuating, accusing, and offensive, tending to injure us. Furthermore "a person digging a well cannot be held for cutting off his neighbors water supply - unless it can be proved that he acted maliciously." Can this be proven? And quoting from a higher law - "Can any Forbid Water?" It is only God that can take away the stay of bread and water, for He says Isa. 33:16. His water shall be SURE. And a man can drink water out of his own cistern and running water out of his own well" Prov. 5:15

If the government is short of water, we strongly suggest a supplement for Camp Pendleton that can easily be supplied from the Colorado river, and it is advised "it is already in the district." And if the Colorado river is not sufficient for use "WATER" can be available from Columbia River in a short time.

We as a nation have our faults but these faults are small indeed compared with the deliberate pattern of personal and public upheaval. In a nation such as ours, founded on a sublime concept, such apathy, indifference, and injustice are inexcusable.

Referring to the National Platform of all political parties from commencement of the Government - we quote:

"Where-as - The constitution of the United States is a series of agreements, covenants, or contracts between the People of the United States, each with all, and all with each; and, Whereas - it is a principle of universal morality that the moral laws of the Creator are PARAMOUNT to all human laws; or in the language of an Apostle, "That we ought to obey God rather than men;" and

Whereas, the principle of common law - that any contract, covenant, or agreement, to do an act derogatory to NATURAL right is vitiated and annulled by it's inherent immorality has been recognized by one of the justices of the Supreme court of the United States who in a recent case expressly holds that any contract, that rests upon such a basis is VOID" (1844)

All men have a natural right to a "portion" of the soil, and that as the use of the soil and water is indispensable to LIFE, the right of all men to the soil and WATER is as sacred as their RIGHT to LIFE itself.

Signed *Mrs. Georgia E. Ott*
*4620 N. Rosemead Blvd*
*E. San Gabriel*
*California*

9601

90

(4 - 407)

The United States of America

To all to whom these presents shall come. Greeting. Certificate No. 1131) Whereas Cristobal Machado of Los Angeles County California, has deposited in the general land office of the United States a Certificate of the Register of the Land Office at Los Angeles California, whereby it appears that full payment has been made by the said Cristobal Machado, according to the provisions of the Act of Congress of the 24th of April, 1820, entitled "An Act making further provision for the sale of the Public Lands", and the acts supplemental thereto, for the lots numbered one, two and three of Section eighteen, in Township Two, South of range fourteen, West of San Bernardino Meridian, in California, containing seventy acres and forty seven hundredths of an acre, according to the Official Plot of the Survey of the said Lands, returned to the General Land Office by the Surveyor General, which said Tract has been purchased by the said Cristobal Machado.

Now know ye, That the United States of America, in consideration of the premises, and in conformity with the several Acts of Congress in such cases made and provided, have given and granted, and by these presents do give and grant, unto the said Cristobal Machado, and to his heirs, the said Tract above described; to have and to hold the same, together with all the rights, privileges, immunities, and appurtenances, of whatsoever nature thereunto belonging, unto the said Cristobal Machado and to his heirs and assigns forever; subject to any vested and accrued water rights for mining, agricultural, manufacturing or other purposes, and rights to ditches and reservoirs used in connection with such water rights, as may be recognized and acknowledged by the local customs, laws and decisions of Courts, and also subject to the right of the proprietor of a vein or lode to extract and remove his ore therefrom, should the same be found to penetrate or intersect the premises hereby granted as provided by law.

In Testimony Whereof, I Chester A. Arthur, President of the United States of America, have caused these letters to be made Patent, and the seal of the General Land Office to be hereunto affixed.

Given under my hand at the City of Washington, the fifth day of November, in the year of our Lord one thousand eight hundred and eighty four, and of the Independence of the United States, the one hundred and ninth.

(U.S. Gen. Land)
(Office Seal    )

By the President:  Chester A. Arthur
By M. McKean, Secretary
S. W. Clarke. Recorder of the General Land Office

Recorded, Vol. 3, Page 435

A full, true and correct copy of original, recorded at request of C. Machado, Nov. 3, 1886, at 22 min. past 3 P. M.

Frank Alsibson, County Recorder
By N. S. Averill Deputy

9602

91

STATE OF CALIFORNIA )
                    ) ss.
County of Los Angeles )

I hereby certify the foregoing to be a full, true and correct copy of the instrument appearing recorded in Book No. 4 of Patents Page 13, Records of Los Angeles County, and that I have carefully compared the same with the original record.

In Witness Whereof I have hereunto set my hand and affixed my Official Seal, this _____ day of Apr 25 1952   19____

Mame B. Beatty, County Recorder

By  James T. Corrigan   Deputy

76C190 36 3-51

"Photostatic copy"
Duplicate of original records - Hall of Records
in Los Angeles County California

9603

92