IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

EDWARD L. AND MARY E. HAIRE
Name
1922 W. 65 TH ST.
Address
LOS ANGELES - 47, CALIFORNIA
City and State
THORNWALL 9315
Telephone Number

Defendant

**FILED**

MAY 14 1952

EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

UNITED STATES OF AMERICA,
    Plaintiff,

vs.    No. 1247

FALLBROOK PUBLIC UTILITIES DISTRICT, et al.,

    Defendants.

Comes now the defendant (s) EDWARD L. AND MARY E. HAIRE

and for ~~himself or~~ themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Edward L. Haire*
*Mary E. Haire*

9606