IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  GEORGIA LEWIS HARTMAN,
   CAROL LEWIS and WALTER K.
2  LEWIS

3  Riverside, California

4

5              Defendants

6

7

8  UNITED STATES OF AMERICA,       )
                                   )
9              Plaintiff,          )
                                   )    Civil No. 1247-SD
10       v.                        )
                                   )
11 FALLBROOK PUBLIC UTILITY DISTRICT, a )
   public service corporation of the   )
12 State of California, et al.,    )
                                   )
13             Defendants          )

14

15       Come now the defendants Georgia Lewis Hartman, Carol
16 Lewis and Walter K. Lewis, three of the defendants in the above
17 entitled action, and for themselves and no other defendants, and
18 answering plaintiff's complaint on file herein deny each and
19 every allegation in said complaint contained.
20
21 Dated:  May 13, 1952.
22                              BEST, BEST & KRIEGER
23
24                          By _____
                               Attorneys for Defendants Georgia
25                             Lewis Hartman, Carol Lewis and
                               Walter K. Lewis

**FILED**

MAY 14 1952

EDMUND L. SMITH, Clerk
By _____
          Deputy Clerk

9604   93

UNITED STATES OF AMERICA
Plaintiff

FALLBROOK PUBLIC UTILITY DISTRICT, et al.
Defendant

Case No. 1247-SD
AFFIDAVIT OF MAILING
OF
Answer of Georgia Lewis Hartman, Carol Lewis and Walter K. Lewis

State of California,
County of Riverside, } ss.

THE UNDERSIGNED, being first duly sworn, says: that affiant is a citizen of the United States and a resident of Riverside County, over the age of eighteen years and not a party to the cause herein; that affiant's ~~business~~ / residence address is 8 Evans Building, Riverside, California.

That on the 13th day of May 1952 affiant served two copies of the attached paper, to-wit: Answer of Georgia Lewis Hartman, Carol Lewis and Walter K. Lewis by depositing said copies enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States postoffice mail box at the City of Riverside California, addressed as follows:

Betty Marshall Graydon
Assistant United States Attorney
1405 Fifth Avenue, Room 301
San Diego, California

That there is either delivery service by United States mail at the place so addressed, or regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 13th day of May, 19 52.

Signature of Affiant

G. A. PEQUEGNAT, County Clerk
By _____, Deputy

Notary Public in and for the County of Riverside.

9605