**SWING & GILLESPIE**
ATTORNEYS AT LAW
313 CENTRAL BUILDING
SAN BERNARDINO, CALIFORNIA
TELEPHONE 2179

ATTORNEYS FOR Defendants Cosette S. Garner and Jack Garner.

FILED
MAY 14 1952
EDMUND L. SMITH, Clerk
By _Emily T. Vala_ Deputy Clerk

RECEIVED COPY OF WITHIN
Motion
14th day of May, 1952
Betty Marshall Graydon
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1247-SD Civil |
| Plaintiff, | MOTION OF DEFENDANTS |
| -vs- | COSETTE S. GARNER and |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | JACK GARNER TO DISMISS AND MAKE MORE DEFINITE. |
| Defendants. | |

The defendants Cosette S. Garner and Jack Garner move the court as follows:

I

Dismiss the action as to them for failure of the pleading of the Plaintiff to state a claim upon which relief can be granted against these defendants.

II

In the event said motion to dismiss is not granted, these defendants move for a more definite statement to enable these defendants to frame a proper responsive pleading in support of said motion and point out the following defects complained of and details desired:

1. Defendants request a more definite statement as to

-1-

1034

94

when, where, how and between what persons the alleged actual controversy first arose between Plaintiff and these Defendants and what were the contentions of each party; whether such alleged controversy arose out of oral or written contentions and, if the latter, what documents gave rise to the controversy.

2. These Defendants request a more definite statement as to what water right Plaintiff claims to the waters of the Santa Margarita River.

(a) If Plaintiff claims riparian rights, how and by what means plaintiff came possessed of a paramount right over these defendants and over other riparian land owners.

(b) If plaintiff claims appropriative rights, the source of its said appropriation, the date it was made, the amount it claims to have appropriated and the place of use thereof.

(c) If plaintiff claims prescriptive rights, the source and basis of said right, the extent of same and the nature and place of use and when said right was first initiated as against these defendants.

3. These defendants request a more definite statement as to how or in what manner and to what extent these defendants are bound by or their rights affected by the Stipulated Judgment alleged to have been entered into in the case of Rancho Santa Margarita vs. Vail et al.

4. These defendants request a more definite statement as to when, how, or in what manner and by what acts and to what extent, if any, these defendants have interfered with, encroached or infringed upon the water rights of plaintiff.

This motion is based upon the records, papers and files herein and is made upon the ground that more definite statement by the plaintiff are necessary to enable these defendants to properly answer the complaint herein.

Dated April 30, 1951.

SWING & GILLESPIE

By _James W. _____
Attorneys for Defendants
Cosette S. Garner & Jack Garner

-2-