BETTY MARSHALL GRAYDON
Assistant United States Attorney
325 West "F" Street
San Diego 1, California
Telephone: F 9-4101

Attorney for Plaintiff

**JUDGMENT DOCKETED AND ENTERED**
MAY 16 1952
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

**FILED**
MAY 14 1952
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

13

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                    Plaintiff, )
                     v. )
FALLBROOK PUBLIC UTILITY DISTRICT, a )
public service corporation of the State )
of California; SOUTHERN CALIFORNIA )
TELEPHONE CO.; et al. )
                    Defendants. )

Civil No. 1247-SD

STIPULATION TO DISMISS AS TO
SOUTHERN CALIFORNIA TELEPHONE CO.

IT IS HEREBY STIPULATED by and between the United States of America, Plaintiff, and The Pacific Telephone and Telegraph Company, sued herein as Southern California Telephone Co., that the case against said Company may be dismissed inasmuch as said Company has no right, title or interest in and to the waters of the Santa Margarita River, and the Court is hereby respectfully requested to have an order of dismissal entered.

Dated: 5-8-52

IT IS SO ORDERED.
DATE: May 12, 1952

_____
                Judge

WILLIAM H. VEEDER
Special Assistant to the
Attorney General

_____
BETTY MARSHALL GRAYDON
Assistant United States Attorney

Attorneys for Plaintiff

LAWLER, FELIX & HALL

By _____
    L. B. Conant

Attorneys for Defendant
Southern California Telephone Co.

1033

GPO 16—29085-1