IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

George L. Jones
Frances B. Jones
_____
Name
1077 Laguna Road
_____
Address
Pasadena 2, California
_____
City     and     State
Pyramid 1-1343
_____
Telephone Number

Defendant

# FILED

## MAY 15 1952

EDMUND L. SMITH, Clerk

By _____
Deputy Clerk

UNITED STATES OF AMERICA          )
                                  )
                    Plaintiff,    )
                                  )
          vs.                     )          No. 1247
                                  )
FALLBROOK PUBLIC UTILITY          )
DISTRICT, et al.,                 )
                                  )
                    Defendants,   )

Comes now the defendant (s) George L. Jones and

Frances B. Jones

and for ~~himself or~~ themselves alone and answering plaintiff's complaint on

file, herein ~~denies~~ (deny) each and every material allegation contained therein.

_George L. Jones_

_Frances B. Jones_

9613