BETTY MARSHALL GRAYDON
Assistant United States Attorney
325 West "F" Street
San Diego 1, California
 Telephone: F 9-4101

Attorney for Plaintiff

FILED

MAY 16 1952

EDMUND L. SMITH, Clerk
By Charles A. Saitz
   Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
)
          Plaintiff, )    Civil No. 1247-SD
)
  v. ) MOTION AND ORDER EXTENDING TIME FOR
) PLAINTIFF TO FILE REPLY TO MOTION OF
FALLBROOK PUBLIC UTILITY DISTRICT, a ) DEFENDANTS COSETTE S. GARNER AND JACK
  public service corporation of the ) GARNER TO DISMISS AND MAKE MORE
  State of California; et al., ) DEFINITE
)
          Defendants )

    COME NOW, William H. Veeder, Special Assistant to the Attorney General, and Betty Marshall Graydon, Assistant United States Attorney, and move that Plaintiff have until May 29, 1952 in which to file reply to Motion of Defendants Cosette S. Garner and Jack Garner To Dismiss and Make More Definite, filed on behalf of said defendants on May 14, 1952. This because of the time element in forwarding pleadings to and from Washington, D. C.

    DATED this 14th day of May, 1952.

WILLIAM H. VEEDER
Special Assistant to the Attorney General

*Betty Marshall Graydon*
BETTY MARSHALL GRAYDON
Assistant United States Attorney

IT IS SO ORDERED.
Dated: May 16, 1952

*Leon R. Yankwich*
Judge

1058