```
 1  BETTY MARSHALL GRAYDON
    Assistant United States Attorney
 2  325 West "F" Street
    San Diego 1, California
 3     Telephone: F 9-4101

 4  Attorney for Plaintiff
```

FILED
MAY 16 1952
EDMUND L. SMITH, Clerk
By Charles A. Seitz
  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California; et al.,<br>  Defendants | Civil No. 1247-SD<br><br>MOTION AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE ANSWER TO MOTION OF DEFENDANTS, MICHIGAN MORTGAGE COMPANY, a Corporation; GEORGIA B. RECEK, now known as GEORGIA B. BRETZ; WILLIAM E. STARKE AND CECILIA G. STARKE TO DISMISS AND MAKE MORE DEFINITE |

COME NOW, William H. Veeder, Special Assistant to the Attorney General, and Betty Marshall Graydon, Assistant United States Attorney, and move that Plaintiff have until May 29, 1952 in which to file reply to Motion of Defendants, Michigan Mortgage Company, a Corporation; Georgia B. Recek, now known as Georgia B. Bretz; William E. Starke and Cecilia G. Starke To Dismiss and Make More Definite, filed on behalf of said defendants on May 14, 1952. This because of the time element in forwarding pleadings to and from Washington, D. C.

DATED this 14th day of May, 1952.

WILLIAM H. VEEDER
Special Assistant to the
  Attorney General

/s/ Betty Marshall Graydon
BETTY MARSHALL GRAYDON
Assistant United States Attorney

IT IS SO ORDERED.
Dated: May 16, 1952

/s/ [signature]
                  Judge

1059