```
1  BETTY MARSHALL GRAYDON
   Assistant United States Attorney
2  325 West "F" Street
   San Diego 1, California
3    Telephone: F 9-4101

4  Attorney for Plaintiff
```

FILED

MAY 16 1952

EDMUND L. SMITH, Clerk
By *Charles A. Ritz*
   Deputy

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Civil No. 1247-SD |
| v. ) | MOTION AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE REPLY TO MOTION OF DEFENDANT TOMMY RAWSON TO DISMISS AND MAKE MORE CERTAIN |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California; et al., ) | |
| Defendants ) | |

COME NOW, William H. Veeder, Special Assistant to the Attorney General, and Betty Marshall Graydon, Assistant United States Attorney, and move that Plaintiff have until May 29, 1952 in which to file reply to Motion of Defendant Tommy Rawson To Dismiss and Make More Certain, filed on behalf of said defendant on May 14, 1952. This because of the time element in forwarding pleadings to and from Washington, D. C.

DATED this 14th day of May, 1952.

WILLIAM H. VEEDER
Special Assistant to the Attorney General

*Betty Marshall Graydon*
BETTY MARSHALL GRAYDON
Assistant United States Attorney

IT IS SO ORDERED.

Dated: May 16, 1952

*Leon R. Yankwich*
Judge

1060