**FILED**

MAY 19 1952

EDMUND L. SMITH, Clerk

By _____

Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

ORIGINAL

UNITED STATES OF AMERICA, )
                                                    )
                          Plaintiff,       )         Civil No. 1247-SD
                                                    )
            vs                                      )
                                                    )
FALLBROOK PUBLIC UTILITY DISTRICT,  )
a public service corporation of the  )
 State of California, et al,         )
                                                    )
                          Defendants.    )
_____

### ANSWER OF MADELINE G. MILLER

Comes now MADELINE G. MILLER, one of the defendants in the
above entitled action, and for answer to the Complaint, admits,
denies and alleges as follows:

I

This defendant has no knowledge, information or belief in
regard to the allegations contained in said Complaint relative to
the claim of the United States of America to the water of the
Santa Margarita River, or to the alleged violations of the rights
and claims of said plaintiff relating to said water of said river,
and upon such lack of knowledge, information and belief, this de-
fendant denies each and all such allegations.

II

This defendant owns or has ownership interests in three par-
cels of land, which parcels of land are located wholly or in part
within the watershed of Santa Margarita River, all are located in
Riverside County, California, and are described as follows:

LINDLEY, LAZAR & SCALES
ATTORNEYS AT LAW
825 BANK OF AMERICA BLDG.
SAN DIEGO 1, CALIF.
FRANKLIN 8181

9614

## PARCEL A

The Southeast quarter of Section 8, Township 6 South, Range 2 West, S. B. M., in Riverside County, California.

## PARCEL B

The North half of Section 9, Township 6 South, Range 2 West, S. B. M., except the East half of the Northeast quarter thereof, all in Riverside County, California.

## PARCEL C

That portion of the Southwest quarter of the Southeast quarter of Section 9, Township 6 South, Range 2 West, S. B. M., commencing at a point on the East line which bears North 661.4 feet north from the Southeast corner of said Section 9; thence West a distance of 1,518 feet to the point of beginning of the parcel of land to be described; thence North a distance of 100 feet; thence West a distance of 100 feet; thence South a distance of 100 feet; thence East a distance of 100 feet to the point of beginning.

This defendant is the owner of Parcel A.  Only a part of Parcel A lies within the watershed of Santa Margarita River; the other portion of said parcel lies entirely without the watershed of Santa Margarita River.

This defendant is part owner, as tenant in common, with another person, of Parcels B and C.  Said parcels lie within the Santa Margarita watershed but within one mile from the extreme limit of said watershed.

III

This defendant admits the allegations of Paragraph IV of said Complaint except that this defendant denies that she has made any encroachments, and that any encroachments or acts of this defendant have in any way threatened the destruction of the basin by reason of salt water intrusion or for any other reason; denies that two wells or any well has been destroyed by reason of that intrusion; denies that the entire basin, or any part of the basin, is threatened thereby; denies that any encroachments or any acts of this defendant have reduced the quantities of water available for the

LINDLEY, LAZAR & SCALES
ATTORNEYS AT LAW
825 BANK OF AMERICA BLDG.
SAN DIEGO I, CALIF.
FRANKLIN 3181

9615

127

plaintiff from either the subterranean sources or the surface flow
of the Santa Margarita River; and alleges that any diminution
therein has been caused by a long period of drought and very light
rainfall.

IV

This defendant admits that the United States of America is
entitled to and has all the water rights and privileges which its
predecessor, Rancho Santa Margarita, had under the laws of the
State of California, but denies that it has any other or greater
water rights than its said predecessor had.

V

This defendant admits the allegations contained in Paragraph
VII of the Complaint, but alleges that the facts there stated have
no bearing whatsoever upon the ownership of any property or water
rights.

VI

This defendant admits generally the allegations in Paragraph
VIII of the Complaint, but denies specifically that the United
States of America has a "paramount" right to any water; denies
that it has a paramount right, or any right to the 39,000 acre
feet of water annually from the Santa Margarita River; denies that
it has any right to any amount of water from said river in excess
of 66 2/3 percent of the water available, in accordance with, and
subject to the provisions of the stipulated judgment referred to
in the Complaint; and denies that such judgment and such right to
66 2/3 percent of said available water has any force or validity
as against anyone not a party to that action and judgment, and
alleges that this defendant was not such a party.  This defendant
further alleges that the amount of water available from said Santa
Margarita River varies with the variation of rainfall and that at
the present time due to a long series of years with greatly defi-
cient rainfall, the amount of water available from the river has

LINDLEY, LAZAR & SCALES
ATTORNEYS AT LAW
825 BANK OF AMERICA BLDG.
SAN DIEGO 1, CALIF.
FRANKLIN 9181

9616

128