1  BETTY MARSHALL GRAYDON
   Assistant United States Attorney
2  Room 220, Customs Building
   San Diego 1, California
3    Telephone: F 9-4101

4  Of Counsel for Plaintiff



FILED

MAY 19 1952

EDMUND L. SMITH, Clerk
By _____
           Deputy Clerk

8           IN THE UNITED STATES DISTRICT COURT

9        IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                    SOUTHERN DIVISION

11 UNITED STATES OF AMERICA,        )
                                    )
12              Plaintiff,           )    No. 1247 (Civil)
                                    )
13      v.                           )   ORDER SUSTAINING
                                    )   OBJECTIONS TO CERTAIN
14 FALLBROOK PUBLIC UTILITY DISTRICT,)   INTERROGATORIES
     a public service corporation of )
15   the State of California, et al.,)
                                    )
16              Defendants.          )

17        The following Objections to Certain Interrogatories came on for

18 hearing on April 28, 1952, Plaintiff being represented by WILLIAM H. VEEDER,

19 Special Assistant to the Attorney General, and BETTY MARSHALL GRAYDON,

20 Assistant United States Attorney, and the interrogating defendants being

21 represented by SWING, SCHARNIKOW & STANIFORTH, PHIL D. SWING, ESQ.,

22 appearing; and

23        It appearing that AMENDED AND SUPPLEMENTAL INTERROGATORIES propounded

24 by Defendant, FALLBROOK PUBLIC UTILITY DISTRICT, were filed on March 24, 1952,

25 and ADDITIONAL INTERROGATORIES were filed on April 3, 1952, directed to Plaintiff,

26 UNITED STATES OF AMERICA; and

27        Written Objections by Plaintiff, UNITED STATES OF AMERICA, to Numbers

28 One (1) and Thirteen (13) of the AMENDED AND SUPPLEMENTAL INTERROGATORIES,

29 and to Numbers Twenty-eight (28), Twenty-nine (29), and Thirty (30) of the

30 ADDITIONAL INTERROGATORIES having been filed on April 14, 1952; and

31        Argument by both counsel on the Objections having been heard;

32

1  been greatly reduced.

## VII

This defendant denies that she has violated and/or disregarded any rights of the United States of America and denies that she has caused the intrusion of salt water from the Pacific Ocean. This defendant admits that she does claim and alleges that she has certain rights adverse to the rights claimed by the United States of America in said Complaint, which rights of this defendant are hereinafter set forth; that her rights were acquired subject to and/or with knowledge of the rights of the United States of America, but asserts that they were acquired by this defendant with and as a part of the title of her lands by and through her predecessors in interest. This defendant denies that she has encroached upon, is encroaching upon, or has threatened to continue to encroach upon any rights of the United States in and to the waters of Santa Margarita River.

## VIII

As to the parcels of land herein described, this defendant owns in fee simple as to Parcel A, and together with her co-tenant owns in fee simple as to Parcels B and C, all riparian rights and all rights to surface, sub-surface and percolating waters of, under or through each of said parcels, and such rights are established by the law of the State of California.

WHEREFORE, this defendant prays that plaintiff take nothing by reason of its complaint herein, that this defendant's rights be declared, and that the plaintiff be restrained and enjoined from interfering with any and all rights of this defendant in regard to such parcels of land, and for all other and proper relief in the premises.

DATED: May 15, 1952.

LINDLEY, LAZAR & SCALES

By _/s/ P. E. Lindley_
Member of Firm,
Attorneys for Defendant
Madeline G. Miller

LINDLEY, LAZAR & SCALES
ATTORNEYS AT LAW
825 BANK OF AMERICA BLDG.
SAN DIEGO 1, CALIF.
FRANKLIN 5181

1062

124 A

IT IS ORDERED:

That the Objections of the UNITED STATES OF AMERICA to Numbers One (1) and Thirteen (13) of AMENDED AND SUPPLEMENTAL INTERROGATORIES, and to Numbers Twenty-eight (28), Twenty-nine (29), and Thirty (30) of ADDITIONAL INTERROGATORIES propounded by Defendant, FALLBROOK PUBLIC UTILITY DISTRICT, are hereby sustained.

DATED: May 19, 1952.

Leon R. Yankwich
Judge

Presented by:

BETTY MARSHALL GRAYDON
Assistant United States Attorney

Approved as to form:

SWING, SCHARNIKOW & STANIFORTH

Attorney for Defendant
Fallbrook Public Utility District

```
            IN THE UNITED STATES DISTRICT COURT
         IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
                       SOUTHERN DIVISION
```

UNITED STATES OF AMERICA,            )
                                     )
                Plaintiff,           )    NO. 1247-SD
                                     )
        v.                           )    AFFIDAVIT OF SERVICE BY MAIL
FALLBROOK PUBLIC UTILITY DISTRICT,   )
a public service corporation of      )
the State of California, et al.,     )
                Defendant(s).        )

UNITED STATES OF AMERICA        )
                                ) ss.
SOUTHERN DISTRICT OF CALIFORNIA )

  Barbara V. Doe, being first duly sworn, deposes and says:

  That (s)he is a citizen of the United States and a resident of San Diego County, California; that (his) (her) business address is 325 West "F" Street, San Diego 1, California; that (s)he is over the age of eighteen years, and is not a party to the above-entitled action;

  That on May 20, 1952, (s)he deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of ORDER SUSTAINING OBJECTIONS TO CERTAIN INTERROGATORIES

addressed to  Mr. Phil D. Swing
      Swing, Scharnikow & Staniforth
      Attorneys at Law
      604 San Diego Trust & Savings Building, San Diego 1, California

his last known address, at which place there is a delivery service of mail from the United States Post Office.

                  /s/ Barbara V. Doe
                  Barbara V. Doe

SUBSCRIBED and SWORN to before me, this 20th day of May, 1952.

EDMUND L. SMITH, CLERK,
U. S. District Court
Southern District of California

By /s/ _____
       Deputy