IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Dora Belle Brittingham (formerly Dora Belle Harris)
and
Le Roy Brittingham
_____
Name
4822 Sarena Street
_____
Address
Los Angeles, California
_____
City and State
CApitol 14018
_____
Telephone Number

Defendants

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

FILED

MAY 20 1952

EDMUND L. SMITH, Clerk

By _____
Deputy Clerk

Comes now the defendant (s) Dora Belle Brittingham (formerly Dora Belle Harris) and Le Roy Brittingham

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Dora Belle Brittingham*
*Le Roy Brittingham*

9617