Murrieta, California,
May 21, 1952.

ANSWER TO SUMMONS, Civil Action File No. 1247 - Civ.

United States of America, Plaintiff,
v.
Wilber E. Whitney, Murrieta, California, Defendent,

First, We concede that the United States of America, HAS and ALWAYS HAS HAD, Paramount Rights To ALL and EVERYTHING in these United States.
Second, By the very fact, as above stated, We claim immunity from this Civil Action On the grounds that OUR DEED to this land, which we are now occupying, was originally given and executed by THE UNITED STATES OF AMERICA, and SIGNED by ITS PRESIDENT.
Third, There are NO RESTRICTIONS in the original deed, in regards to WATER, OIL or MINERALS.
Fourth, Therefore, we claim all rights to whatever water we need and are able to develope from and on this land, to which, we hold the DEED.
Fifth, IF - the DEED which we now hold, is in any way invalid, THEN - NO FUTURE DEED, PAPER or JUDGEMENT, would be worth the paper on which it might be written.

FILED
MAY 27 1952
EDMUND L. SMITH, Clerk
By ........................
                Deputy Clerk

*Wilber E. Whitney*
Wilber E. Whitney

9618