```
IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
           SOUTHERN DIVISION
```

UNITED STATES OF AMERICA, )
                          )
         Plaintiff,       )  NO. 1247-SD
                          )
   v.                     )  AFFIDAVIT OF SERVICE BY MAIL
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California; COSETTE S. GARNER
and JACK GARNER, et al Defendant(s) )

UNITED STATES OF AMERICA        )
                                ) ss.
SOUTHERN DISTRICT OF CALIFORNIA )

Barbara V. Doe, being first duly sworn, deposes and says:

That (s)he is a citizen of the United States and a resident of San Diego County, California; that (his) (her) business address is 325 West "F" Street, San Diego 1, California; that (s)he is over the age of eighteen years, and is not a party to the above-entitled action;

That on May 28, 1952, (s)he deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of MEMORANDUM IN REPLY TO MOTION OF DEFENDANTS COSETTE S. GARNER and JACK GARNER TO DISMISS AND MAKE MORE DEFINITE

addressed to      Swing & Gillespie
                  Attorneys at Law
                  313 Central Building
                  San Bernardino, California

his last known address, at which place there is a delivery service of mail from the United States Post Office.

                                          Barbara V. Doe

SUBSCRIBED and SWORN to before me,
this 28th day of May, 1952.

EDMUND L. SMITH, CLERK,
U. S. District Court
Southern District of California

By _____
         Deputy

**FILED**

MAY 28 1952

EDMUND L. SMITH, Clerk

By _____
         Deputy Clerk

1070