```
                    IN THE UNITED STATES DISTRICT COURT
                 IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
                              SOUTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. 1247-SD |
| Plaintiff, ) | |
| ) | AFFIDAVIT OF SERVICE BY MAIL |
| v. ) | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) | |
| a public service corporation of the ) | |
| State of California; ~~Defendant(s)~~ ) | |
| ~~TOMMY RAWSON, et al.~~ | |

```
UNITED STATES OF AMERICA  )
                          ) ss.
SOUTHERN DISTRICT OF CALIFORNIA )
```

Barbara V. Doe, being first duly sworn, deposes and says:

That (s)he is a citizen of the United States and a resident of San Diego County, California; that (his) (her) business address is 325 West "F" Street, San Diego 1, California; that (s)he is over the age of eighteen years, and is not a party to the above-entitled action;

That on May 28, 1952, (s)he deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of MEMORANDUM IN REPLY TO MOTION OF DEFENDANT TOMMY RAWSON TO DISMISS AND MAKE MORE CERTAIN

addressed to
Mr. Phil D. Swing
Swing, Scharnikow & Staniforth
Attorneys at Law
604 San Diego Trust & Savings Building
San Diego 1, California

his last known address, at which place there is a delivery service of mail from the United States Post Office.

/s/ Barbara V. Doe
Barbara V. Doe

SUBSCRIBED and SWORN to before me, this 28th day of May, 1952.

EDMUND L. SMITH, CLERK,
U. S. District Court
Southern District of California

By /s/ _____ Deputy

**FILED**

MAY 28 1952

EDMUND L. SMITH, Clerk