IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO.    1247 - SD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AFFIDAVIT OF SERVICE BY MAIL |
| FALLBROOK PUBLIC UTILITY DISTRICT, a | ) | |
| public service corporation of the State | | |
| of California; Michigan Mortgage Company, | | |
| a Corporation; George B. Recek, | Defendant(s) | |
| nka Georgia B. Bretz; William E. Starke and | | |
| Cecilia G. Starke; et al. | | |

UNITED STATES OF AMERICA     )
                             ) ss.
SOUTHERN DISTRICT OF CALIFORNIA )

Barbara V. Doe          , being first duly sworn, deposes and says:

That (s)he is a citizen of the United States and a resident of San

Diego County, California; that (his) (her) business address is 325 West "F"

Street, San Diego 1, California; that (s)he is over the age of eighteen years,

and is not a party to the above-entitled action;

That on  May 28, 1952    , (s)he deposited in the United States Mail

at San Diego, California, in the above-entitled action, in an envelope bearing

the requisite postage, a copy of   MEMORANDUM IN REPLY TO MOTION OF DEFENDANTS
MICHIGAN MORTGAGE COMPANY, a Corporation; GEORGIA B. RECEK, now known as GEORGIA
B. BRETZ; WILLIAM E. STARKE and CECILIA G. STARKE TO DISMISS AND MAKE MORE DEFINITE

addressed to          Mr. W. E. Starke
                      Attorney at Law
                      1130 Bank of America Building
                      San Diego 1, California

his last known address, at which place there is a delivery service of mail

from the United States Post Office.

Barbara V. Doe

SUBSCRIBED and SWORN to before me,

this  28th day of May      , 1952

EDMUND L. SMITH, CLERK,
U. S. District Court
Southern District of California

By                              Deputy

**FILED**

MAY 28 1952

EDMUND L. SMITH, Clerk

By
            Deputy Clerk

1069