BETTY MARSHALL GRAYDON
Assistant United States Attorney
325 West "F" Street
San Diego 1, California
Telephone: F 9-4101

Attorney for Plaintiff

FILED
MAY 29 1952
EDMUND L. SMITH, Clerk
By ........................ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>              Plaintiff,         )     No. 1247 (Civil)<br>                                 )<br>    v.                           )     ORDER DENYING MOTIONS<br>                                 )<br>FALLBROOK PUBLIC UTILITY DISTRICT,)<br>  a public service corporation of)<br>  the State of California, et al.,)<br>                                 )<br>              Defendants.        ) | |

    The following motions came on for hearing on April 28, 1952, Plaintiff being represented by WILLIAM H. VEEDER, Special Assistant to the Attorney General, WALTER S. BINNS, United States Attorney, and BETTY MARSHALL GRAYDON, Assistant United States Attorney, and the moving defendants being represented by counsel as hereinafter set forth:

    The motion of defendants CHARLOTTE FLO FAULKNER, RAYMOND FAULKNER, MADELEINE E. THURBER and PACKARD THURBER for reference to a Special Master and joined in by defendants JAMES C. ALDRICH and SEVENTY-SIX (76) other defendants being all who are represented of record by their attorneys SWING, SCHARNIKOW & STANIFORTH, EDSON A. ABEL, KENNETH K. WRIGHT, and PHIL D. SWING appearing;

    And argument on said motions having been had,

1107

1         The motions are hereby denied as to all moving parties.

2

3 DATED: May 28, 1952.

4

5 Presented by:          *[signature]* Judge

6

7 *[signature]*
BETTY MARSHALL GRAYDON
8 Assistant United States Attorney

9 Approved as to form:

10

11 *[signature]*
Edson Abel
12 Attorney for Defendants
  Charlotte Flo Faulkner
13   Raymond C. Faulkner

14

15 *[signature]*
Kenneth K. Wright
16 Attorney for Defendants
  Madeleine E. Thurber
17   Packard Thurber

18

19 *[signature: Phil D. Swing for]*
SWING, SCHARNIKOW & STANIFORTH
20 Attorneys for Defendant
  James C. Aldrich and Seventy-
21   six Other Defendants

22

1108