```
                    IN THE UNITED STATES DISTRICT COURT
                  IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
                              SOUTHERN DIVISION


UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )   NO.      1247 - SD
                               )
       v.                      )   AFFIDAVIT OF SERVICE BY MAIL
                               )
FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the           FILED
State of California, et al.,
            Defendant(s)                      MAY 29 1952

UNITED STATES OF AMERICA       )              EDMUND L. SMITH, Clerk
                               ) ss.          By _____
SOUTHERN DISTRICT OF CALIFORNIA )                         Deputy Clerk
```

     Barbara V. Doe          , being first duly sworn, deposes and says:

     That (s)he is a citizen of the United States and a resident of San Diego County, California; that (his) (her) business address is 325 West "F" Street, San Diego 1, California; that (s)he is over the age of eighteen years, and is not a party to the above-entitled action;

     That on   May 29, 1952   , (s)he deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of     ORDER DENYING MOTIONS



     addressed to    Mr. Edmund G. Brown
                     Attorney General
                     State of California
                     600 State Building
                     San Francisco 2, California
his last known address, at which place there is a delivery service of mail from the United States Post Office.

                                                    Barbara V. Doe
                                              _____
SUBSCRIBED and SWORN to before me,              Barbara V. Doe

this   29th day of  May      , 1952.

EDMUND L. SMITH, CLERK,
U. S. District Court
Southern District of California

By _____
              Deputy