```
 1                IN THE UNITED STATES DISTRICT COURT
            IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
 2                         SOUTHERN DIVISION
 3
 4   UNITED STATES OF AMERICA,    )
                                  )
 5                Plaintiff,      )   NO. 1247 - SD
                                  )
 6        v.                      )   AFFIDAVIT OF SERVICE BY MAIL
     FALLBROOK PUBLIC UTILITY DISTRICT,
 7   a public service corporation of the
     State of California; et al.  )
 8   _____Defendant(s) )
 9   UNITED STATES OF AMERICA     )
                                  ) ss.
10   SOUTHERN DISTRICT OF CALIFORNIA )
11
12        Barbara V. Doe     , being first duly sworn, deposes and says:
13        That (s)he is a citizen of the United States and a resident of San
14   Diego County, California;  that (his) (her) business address is 325 West "F"
15   Street, San Diego 1, California;  that (s)he is over the age of eighteen years,
16   and is not a party to the above-entitled action;
17        That on   May 29, 1952    , (s)he deposited in the United States Mail
18   at San Diego, California, in the above-entitled action, in an envelope bearing
19   the requisite postage, a copy of         ORDER DENYING MOTIONS
20
21
                         O'Melvery & Myers
22   addressed to        Attorneys at Law
                         433 South Spring Street, Room 900
23                       Los Angeles 13, California
24   his last known address, at which place there is a delivery service of mail
25   from the United States Post Office.
26
                                              Barbara V. Doe
27   SUBSCRIBED and SWORN to before me,       ──────────────
                                              Barbara V. Doe
28   this  29th  day of  May    , 19 52.
29   EDMUND L. SMITH, CLERK,
     U. S. District Court
30   Southern District of California
31
     By _____
32              Deputy
```

FILED
MAY 29 1952
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

1099