IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
) NO. 1247 - SD
Plaintiff, )
)
v. ) AFFIDAVIT OF SERVICE BY MAIL
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al. )
Defendant(s) )

UNITED STATES OF AMERICA )
) ss.
SOUTHERN DISTRICT OF CALIFORNIA )

FILED
MAY 29 1952
EDMUND L. SMITH, Clerk
By ............... Deputy Clerk

Barbara V. Doe, being first duly sworn, deposes and says:

That (s)he is a citizen of the United States and a resident of San Diego County, California; that (his) (her) business address is 325 West "F" Street, San Diego 1, California; that (s)he is over the age of eighteen years, and is not a party to the above-entitled action;

That on 29th of May, 1952, (s)he deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of ORDER DENYING MOTIONS

addressed to
Mr. G. V. Weikert
Attorney at Law
918 Oviatt Building
Los Angeles, California

his last known address, at which place there is a delivery service of mail from the United States Post Office.

Barbara V. Doe

SUBSCRIBED and SWORN to before me, this 29th day of May, 19 52.

EDMUND L. SMITH, CLERK,
U. S. District Court
Southern District of California

By ................... Deputy

1100