```
IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
            SOUTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1247 - SD |
| Plaintiff, | |
| v. | AFFIDAVIT OF SERVICE BY MAIL |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., Defendant(s) | |

UNITED STATES OF AMERICA ) ss.
SOUTHERN DISTRICT OF CALIFORNIA )

FILED
MAY 29 1952
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

Barbara V. Doe, being first duly sworn, deposes and says:

That (s)he is a citizen of the United States and a resident of San Diego County, California; that (his) (her) business address is 325 West "F" Street, San Diego 1, California; that (s)he is over the age of eighteen years, and is not a party to the above-entitled action;

That on May 29, 1952, (s)he deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of ORDER DENYING MOTIONS

addressed to    Clayson & Stark
               Attorneys at Law
               First National Bank Bldg.
               Corona, California

his last known address, at which place there is a delivery service of mail from the United States Post Office.

                                        Barbara V. Doe
                                        Barbara V. Doe

SUBSCRIBED and SWORN to before me, this 29th day of May, 1952.

EDMUND L. SMITH, CLERK,
U. S. District Court
Southern District of California

By _____ Deputy