```
                IN THE UNITED STATES DISTRICT COURT
             IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
                           SOUTHERN DIVISION
```

UNITED STATES OF AMERICA,                )
                                         )   NO.   1247 - SD
              Plaintiff,                 )
                                         )
         v.                              )   AFFIDAVIT OF SERVICE BY MAIL
FALLBROOK PUBLIC UTILITY DISTRICT, a     )
public service corporation of the State  )
of California, JAMES C. ALDRICH, et al.  )
              Defendant(s)               )

UNITED STATES OF AMERICA      )
                              ) ss.
SOUTHERN DISTRICT OF CALIFORNIA )

**FILED**

MAY 29 1952

EDMUND L. SMITH, Clerk
By _____
              Deputy Clerk

     Barbara V. Doe    , being first duly sworn, deposes and says:

     That (s)he is a citizen of the United States and a resident of San Diego County, California; that (his) (her) business address is 325 West "F" Street, San Diego 1, California; that (s)he is over the age of eighteen years, and is not a party to the above-entitled action;

     That on  May 29, 1952  , (s)he deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of    ORDER DENYING MOTIONS

addressed to
              Mr. Phil D. Swing
              Swing, Scharnikow & Staniforth
              Attorneys at Law
              604 San Diego Trust & Savings Bldg.
              San Diego 1, California

his last known address, at which place there is a delivery service of mail from the United States Post Office.

                                              Barbara V. Doe
                                              _____
                                              Barbara V. Doe

SUBSCRIBED and SWORN to before me,
this 29th day of May , 19 52
EDMUND L. SMITH, CLERK,
U. S. District Court
Southern District of California

By _____
              Deputy