IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,       )
                                )   NO. 1247 - SD
          Plaintiff,            )
                                )
FALLBROOK PUBLIC UTILITY DISTRICT,) AFFIDAVIT OF SERVICE BY MAIL
a public service corporation of the)
State of California; et al      )
                                )
          Defendant(s)           )

UNITED STATES OF AMERICA        )
                                ) ss.
SOUTHERN DISTRICT OF CALIFORNIA )

FILED
MAY 29 1952
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

Barbara V. Doe, being first duly sworn, deposes and says:

That (s)he is a citizen of the United States and a resident of San Diego County, California; that (his) (her) business address is 325 West "F" Street, San Diego 1, California; that (s)he is over the age of eighteen years, and is not a party to the above-entitled action;

That on May 29, 1952, (s)he deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of   ORDER DENYING MOTIONS

addressed to   Mr. W. B. Dennis
               Attorney at Law
               Route 1, Box 58
               Fallbrook, California

his last known address, at which place there is a delivery service of mail from the United States Post Office.

                                    _____
                                    Barbara V. Doe

SUBSCRIBED and SWORN to before me, this 29th day of May, 1952.

EDMUND L. SMITH, CLERK,
U. S. District Court
Southern District of California

By _____
                 Deputy