```
                IN THE UNITED STATES DISTRICT COURT
             IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
                           SOUTHERN DIVISION
```

UNITED STATES OF AMERICA, )
                          )
           Plaintiff, )   NO. 1247 - SD
                          )
   v.                     )   AFFIDAVIT OF SERVICE BY MAIL
FALLBROOK PUBLIC UTILITY DISTRICT,)
a public service corporation of the )
State of California; CHARLOTTE FLO )
FAULKNER, RAYMOND Defendant(s) )
C. FAULKNER, et al. )
UNITED STATES OF AMERICA  )
                          ) ss.
SOUTHERN DISTRICT OF CALIFORNIA )

**FILED**
MAY 29 1952
EDMUND L. SMITH, Clerk
                 Deputy Clerk

     Barbara V. Doe being first duly sworn, deposes and says:

    That (s)he is a citizen of the United States and a resident of San Diego County, California; that (his) (her) business address is 325 West "F" Street, San Diego 1, California; that (s)he is over the age of eighteen years, and is not a party to the above-entitled action;

    That on   May 29, 1952   , (s)he deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of    ORDER DENYING MOTIONS

addressed to   Mr. Edson Abel
                Attorney at Law
                2223 Fulton Street
                Berkeley 4, California

his last known address, at which place there is a delivery service of mail from the United States Post Office.

SUBSCRIBED and SWORN to before me,         Barbara V. Doe
this 29th day of May     , 1952.
EDMUND L. SMITH, CLERK,
U. S. District Court
Southern District of California
By _____
                Deputy