```
 1                  IN THE UNITED STATES DISTRICT COURT
              IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
 2                           SOUTHERN DIVISION

 3

 4   UNITED STATES OF AMERICA,     )
                                   )
 5                 Plaintiff,      )    NO.    1247-SD
                                   )
 6          v.                     )    AFFIDAVIT OF SERVICE BY MAIL
     FALLBROOK PUBLIC UTILITY DISTRICT)
 7   a public service corporation of the
     State of California; et al.   )
 8    MADELEINE E. THURBER endant(s) )
     PACKARD THURBER
 9   UNITED STATES OF AMERICA      )
                                   ) ss.
10   SOUTHERN DISTRICT OF CALIFORNIA )

11

12         Barbara V. Doe         , being first duly sworn, deposes and says:

13         That (s)he is a citizen of the United States and a resident of San

14   Diego County, California; that (his) (her) business address is 325 West "F"

15   Street, San Diego 1, California; that (s)he is over the age of eighteen years,

16   and is not a party to the above-entitled action;

17         That on   May 29, 1952    , (s)he deposited in the United States Mail

18   at San Diego, California, in the above-entitled action, in an envelope bearing

19   the requisite postage, a copy of    ORDER DENYING MOTIONS

20

21
                     Mr. Kenneth K. Wright
22   addressed to    Mr. Ralph B. Helm
                     Attorneys at Law
23                   215 West 7th Street
                     Los Angeles 14, California
24   his last known address, at which place there is a delivery service of mail

25   from the United States Post Office.

26                                              Barbara V. Doe

27   SUBSCRIBED and SWORN to before me,         Barbara V. Doe

28   this   29th day of May        , 1952.

29   EDMUND L. SMITH, CLERK,
     U. S. District Court
30   Southern District of California

31
     By
32                         Deputy
```

FILED

MAY 29 1952

EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

1106