IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Joe Rheingans and Helen C.
Address: 271 No. Palm
City and State: Hemet, California
Telephone Number: Hemet 3842

Defendant

FILED

JUN 2 - 1952

EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant(s) Joe Rheingans and Helen C. Rheingans and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Joe Rheingans
Helen C. Rheingans

9619