2218 N. New Hampshire Ave.
Los Angeles 27, California
June 6, 1952

**FILED**
JUN 9 – 1952
EDMUND L. SMITH, Clerk
By _____
Deputy Clerk

Betty Marshall Grayson, Assistant
United States Attorney
1405 Fifth Ave., Room 301
San Diego, California

    This is an answer to the summons served upon A. Godfrey Loveberg and Esther Loveberg and prepared by A. Godfrey Loveberg regarding Civil Complaint #1247-SD, dealing with water claims in the Santa Marguerita Water Basin. We are the owners of sixty-five and a fraction acres located on the boundary between the Santa Marguerita River basin and the San Jacinto River basin. It is evidently claimed by you that at least some of this land is in the Santa Marguerita Basin, although it is perhaps forty miles from said river. This we are not in a position to dispute at this time. These sixty-five acres consist of about fifty-five acres of hills, steep and rocky, good for grazing on a very limited scale. Ten acres is cultivatable land, good for dry farming only, for it is on a considerable slope with only from six inches to eighteen inches of gravely soil on top of solid rock.

    It is our understanding that fifty-five of these acres with about six acres cultivatable land were homesteaded and classed as agricultural land because in the hill section there is a very small spring that under ordinary rainfall would supply enough water for a house and perhaps a cow or a half dozen sheep or perhaps a turkey ranch. This little spring produced about on an average of between 150 and 200 gallons every twenty-four hours last year and the year before, barely enough for the

9620

purpose mentioned. Before we controlled this spring, it did not wet the ground for more than about eight feet. This year, however, with double the usual rainfall, this spring, this date, June 4, is running about 700 gallons in 24 hours, with a possibility of 300 gallons in the Fall. It was this spring that made these fifty-five acres eligible for homesteading in the first place, for without it nobody could possibly make a living on this place. Let me add that some past owner has tunneled into the hill a short distance to aid the flow of water.

Now you are telling us that the United States of America wants to go back on its word after ussueing this patent and take the water away from us. That is hard to believe. The spring is the only reason we bought this place for we figured that we would have enough water by keeping this spring clean to supply the necessary water to a small house that we intend to build there, so I could live there part of the time for my health. It is our present intention to use this place for little else that would require water, except, perhaps, a few trees near the house.

We most vigorously protest this action by the government which would not only rob us of the land, should the government prohibit us from using this little water, but my health as well, for we are not able to buy another place where the climate agrees with me.

This place was bought in good faith entirely on account of the spring. A pipeline is laid from the spring to the location of the house.

The former owner had an old bath tub placed just below the spring and piped to the spring for watering some horses he had grazing on the place. We have used no water since we bought

-2-

9621

this place except what we, wild animals, birds and bees have been drinking.

We hope this furnishes you with complete information regarding this land, and that the government does not see fit to rob us of this little comfort, for there is surely a more practical way of getting water for the military forces.

On second thought, I also wish to inform you that any water not actually used will overflow and run into the ground. For we are taking the water from a small cement retainer that we built with an overflow, so every night or whenever little or no water would be used, the water would overflow into the ground thereby keeping our small amount of water fresh.

*A. Godfrey Loveberg*
*Esther Loveberg*

-3-

9622