IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Loraine L. Black
And Everolda C. Black
Name
Route 2, Box 163-B
Address
Elsinore, California
City and State
Main 2353
Telephone Number

Defendant

FILED

JUN 9 1952

EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

UNITED STATES OF AMERICA

Plaintiff,

vs.                                                    No. 1247

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

Defendants,

Comes now the defendant (s) Loraine L. Black and Everolda C. Black

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Loraine L. Black
/s/ Everolda C. Black

9629