IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: C. Norman Hicks & Dorothy Hicks
Address: 4363 Piedmont Drive
City and State: San Diego 7, California
Telephone Number: Bayview 2-1040

Defendant

FILED
JUN 9 1952
EDMUND L. SMITH, Clerk
By Emily V. Vila, Deputy Clerk

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
    vs.                  )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant(s) C. Norman Hicks and Dorothy Hicks and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

C. Norman Hicks
Dorothy Hicks

9628