IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Leo E. Gassman
Name

P.O. Box 451
Address

Elsinore, California
City and State

None
Telephone Number

Defendant

FILED
JUN 9 1952
EDMUND L. SMITH, Clerk
By ......................
Deputy Clerk

UNITED STATES OF AMERICA )
          Plaintiff, )
vs. ) No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
          Defendants, )

Comes now the defendant(s) LEO E. GASSMAN, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Leo E. Gassman* (signature)

9627