IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Clarence Nicklos Latz
Name
5807 N. Lockheed
Address
Whittier, California
City         and       State
Oxford, 58984
Telephone Number

Defendant

FILED

JUN 9 1952

EDMUND L. SMITH, Clerk
By ............................
Deputy Clerk

UNITED STATES OF AMERICA

Plaintiff,

vs.                                    No. 1247

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

Defendants.

Comes now the defendant (s) __CLARENCE NICKLOS LATZ, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) ~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~

*Clarence Nicklos Latz* (signature)

the satatment in Chapter Nine of the Complaint about the violation of the rights of the United States of America in and to the water that naturally flows over and above and through our land.  We assert that we have with the flow of the Santa Marguerita River below, over and through our lands.

I have never asserted any rights to flowing surface river water.

I do believe that I have a right to pump water out of any subturanean basin under the surface of my land that cannot be proven to effect the river flow directly.  We are not artfully diverting or obstructing water which naturally flows and descends down river.  I base my claims to this underground water on deed of record in the following:

The Southeasterly 2½ acres of Block 34 of the town of Wildomar as shown by map on file in Book 6 Page 294 of Maps, records of San Diego County of California.

Since that time and up to now we have not clouded our title by signing anything.

9625