IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Adele Burch
Name
Route 2  Box 188
Address
Fallbrook, California
City     and    State
None
Telephone Number

Defendant

**FILED**

JUN 9 1952

EDMUND L. SMITH, Clerk
By *Cossly T. Vila*
Deputy Clerk

UNITED STATES OF AMERICA         )
                                 )
                     Plaintiff,  )
                                 )
         vs.                     )   No. 1247
                                 )
FALLBROOK PUBLIC UTILITY         )
DISTRICT, et al.,                )
                                 )
                    Defendants,  )

Comes now the defendant (s) ADELE BURCH, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Adele Burch*

9638