IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

CHARLES H. CLARK
Name
P.O. BOX 819
Address
FALLBROOK, CALIFORNIA
City and State
NONE
Telephone Number

Defendant

FILED
JUN 9 1952
EDMUND L. SMITH, Clerk
By _Commily T. Vila_
   Deputy Clerk

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) CHARLES H. CLARK, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Charles H. Clark_

9636