LOLA MONTEZ CLARK
Name
P.O. BOX 819
Address
FALLBROOK, CALIFORNIA
City and State
NONE
Telephone Number

Defendant

FILED
JUN 9 1952
EDMUND L. SMITH, Clerk
By _Emily_____
Deputy Clerk

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) LOLA MONTEZ CLARK, sued herein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Lola Montez Clark_

9635