IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Ralph E. Orr
Name
Route 1  Box 39
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

FILED

JUN 9 1952

EDMUND L. SMITH, Clerk
By .................. Deputy Clerk

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) __RALPH E. ORR, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Ralph E Orr*

9634