IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

5-12-52

Name: Alda V. Ellis
Address: Box 73.
City and State: Wildomar, Calif.
Telephone Number: Grand 652

Defendant

FILED
JUN 9 1952
EDMUND L. SMITH, Clerk
By ......................... Deputy Clerk

UNITED STATES OF AMERICA,

Plaintiff,

vs.

No. 1247

FALLBROOK PUBLIC UTILITIES DISTRICT, et al.,

Defendants,

Comes now the defendant(s) Alda V Ellis Qued Rerein

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Alda V Ellis

9633