IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Edith M. Wetzler
Address: P.O. Box 635
City and State: Fallbrook, California
Telephone Number: None

Defendant

FILED
JUN 9 1952
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

UNITED STATES OF AMERICA, )
           Plaintiff,      )
     vs.                   ) No. 1247
FALLBROOK PUBLIC UTILITY   )
DISTRICT, et al.,          )
           Defendants.     )

Comes now the defendant(s) **EDITH M. WETZLER, sued herein** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Edith M. Wetzler*

9632