IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

John L. Wetzler
Name
P.O. Box 635
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

**FILED**

JUN 9 1952

EDMUND L. SMITH, Clerk
By *Emily V. Koler*
Deputy Clerk

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) JOHN L. WETZLER, sued herein
_____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*John L Wetzler*

9631