IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

George W. Prigg
Name
P.O. Box 39
Address
Fallbrook, California
City and State
None
Telephone Number

Defendant

**FILED**

JUN 9 1952

EDMUND L. SMITH, Clerk
By Crossly T. Vida
Deputy Clerk

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) GEORGE W. PRIGG, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

George W Prigg

9630