Van Nuys June 12th/52
13061 Addison St Van Nuys Calif

Betty Marshall Graydon
1405 Fifth Ave
Room 301
San Diego Calif

Dear Madam

Regarding the complaint which is served upon us within 20 days of to day
We are not living on the place but have a cabin on the mountain side and visit frequently
We have a water well for Domestic purposes only and intend living there later on
Thanking you for the information
Yours truly
Edwin W. + Minnie Ward

FILED
1247-Civ.
JUN 16 1952
EDMUND L. SMITH, Clerk
By _____
Deputy Clerk