**IN THE UNITED STATES DISTRICT COURT**
Southern District of California
Southern Division

Charles F. Hofeldt and Lina S. Hofeldt, Husband and wife.
_Names_
P.O. Box 104
_Address_
Wildomar            Calif.
_City   and   State_

_Telephone Number_

Defendants

FILED
JUN 17 1952
EDMUND L. SMITH, Clerk
By _/s/_
Deputy Clerk

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                No. 1247

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

Defendants.

Comes now the defendant(s) **Charles F. Hofeldt and Lina S. Hofeldt** and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_Charles F. Hofeldt_
_Lina S. Hofeldt_

9494