IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1
_John H. Beck - Emma A. Beck, husband & wife_
Name.
2
_283 McCleoud_
Address
3
_Orange        Calif._
City    and    State
4
_947 H_
Telephone Number
5
Defendant
6
7

**FILED**

JUN 20 1952

EDMUND L. SMITH, Clerk

By _Jnnson_
Deputy Clerk

8    UNITED STATES OF AMERICA          )
9                        Plaintiff,    )
                                        )
10                vs.                    )          No. 1247
                                        )
11   FALLBROOK PUBLIC UTILITY           )
     DISTRICT, et al.,                  )
12                                      )
                        Defendants,    )
13

14    Comes now the defendant (s)

15   _John H. Beck - Emma A. Beck, husband & wife_

16   and for himself or themselves alone and answering plaintiff's complaint on

17   file, herein denies (deny) each and every material allegation contained therein.

18

19                          _John H. Beck_

20                          _Emma A. Beck_

21
22
23
24
25
26
27
28
29
30
31
32

9495