IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

ELEANORE F. HOFFACKER
JOHN G. HOFFACKER
Name
9809 Seventh Ave.,
Address
Inglewood 4, Calif.
City and State
Plymouth 4-7522
Telephone Number

Defendant

**FILED**

JUN 23 1952

EDMUND L. SMITH, Clerk
By /s/ _____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants. ) | |

Comes now the defendant(s) Eleanore F. Hoffacker and John G. Hoffacker and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Eleanore F. Hoffacker*
*John G. Hoffacker*

9639