EDMUND G. BROWN, Attorney General,
ARVIN B. SHAW, JR., Assistant Attorney General,
B. ABBOTT GOLDBERG, Deputy Attorney General,
835 Rowan Building, Los Angeles 13, Calif.
MAdison 6-0161

Attorneys for the People of the State of California, Defendant in Intervention.

FILED
JUN 23 1952
EDMUND L. SMITH, Clerk
By [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT IN AND
FOR THE SOUTHERN DISTRICT OF CALIFORNIA,
SOUTHERN DIVISION.

UNITED STATES OF AMERICA,
Plaintiff,
vs.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,
Defendants,
THE PEOPLE OF THE STATE OF CALIFORNIA,
Defendant in Intervention.

Civil No. 1247-SD.

NOTICE OF HEARING OF MOTION FOR LEAVE TO AMEND INTERVENOR'S ANSWER.

TO THE UNITED STATES OF AMERICA, AND TO BETTY MARSHALL GRAYDON AND WILLIAM H. VEEDER, ITS ATTORNEYS:

YOU WILL PLEASE TAKE NOTICE that on the 8th day of July, 1952, at the hour of 2:00 o'clock P.M., or as soon thereafter as counsel may be heard, at the court room of the Honorable Leon R. Yankwich, Chief Judge of the above entitled Court, at the Post Office Building in the City of San Diego, California, the undersigned attorneys for Intervenor, the People of the State of California, will move the above entitled Court for an order granting leave to said Intervenor to amend its Answer by adding the Third Defense set out in copy of such amendment hereto attached.

Said motion will be made and based upon all the records, pleadings, papers and file in said cause, and upon the ground set

1142

forth in the attached copy of Motion for Leave to Amend Intervenor's Answer.

DATED: June 20, 1952.

EDMUND G. BROWN, Attorney General,

ARVIN B. SHAW, JR.,
Assistant Attorney General,

B. ABBOTT GOLDBERG,
Deputy Attorney General,

By Arvin B. Shaw Jr.
Attorneys for the People of the State of California,
Defendant in Intervention.

EDMUND G. BROWN, Attorney General,
ARVIN B. SHAW, JR., Assistant Attorney General,
B. ABBOTT GOLDBERG, Deputy Attorney General,
835 Rowan Building, Los Angeles 13, Calif.
MAdison 6-0161

Attorneys for the People of the State of California, Defendant in Intervention.

IN THE UNITED STATES DISTRICT COURT IN AND
FOR THE SOUTHERN DISTRICT OF CALIFORNIA,
SOUTHERN DIVISION.

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. FALLBROOK PUBLIC UTILITY DISTRICT, ET AL., Defendants, THE PEOPLE OF THE STATE OF CALIFORNIA, Defendant in Intervention. | Civil No. 1247-SD. MOTION FOR LEAVE TO AMEND INTERVENOR'S ANSWER. |

The People of the State of California move for leave to amend intervenor's Answer herein to assert the "Third Defense" set forth in the proposed Amendment of said Answer, copy of which is hereto attached. This motion is made upon the ground that the Answer of intervenor should disclose more explicitly and more amply certain of the rights, powers and authorities of intervenor, in order that the record may be entirely clear with respect to such matters.

DATED: June 20, 1952.

EDMUND G. BROWN, Attorney General,
ARVIN B. SHAW, JR., Assistant Attorney General,
B. ABBOTT GOLDBERG, Deputy Attorney General,

By Arvin B. Shaw Jr.
Attorneys for the People of the State of California, Defendant in Intervention.

AUTHORITY IN SUPPORT OF MOTION.

California v. United States, 180 Fed. (2d) (C.A. 9) 596, 600 (1950); (C.A. 9) Rehearing Denied 181 Fed. (2d) 598 (1950); Certiorari Denied, 340 U.S. 826, 95 L. ed. Adv. Op. 26 (1950)

EDMUND G. BROWN, Attorney General,

ARVIN B. SHAW, JR.,
Assistant Attorney General,

B. ABBOTT GOLDBERG,
Deputy Attorney General,

By Arvin B. Shaw Jr.
Attorneys for the People of the State of California,
Defendant in Intervention.