EDMUND G. BROWN, Attorney General,
ARVIN B. SHAW, JR., Assistant Attorney General,
B. ABBOTT GOLDBERG, Deputy Attorney General,
835 Rowan Building, Los Angeles 13, Calif.
     MAdison 6-0161

Attorneys for the People of the State
of California, Defendant in Intervention.

IN THE UNITED STATES DISTRICT COURT IN AND

FOR THE SOUTHERN DISTRICT OF CALIFORNIA,

SOUTHERN DIVISION.

UNITED STATES OF AMERICA,

                Plaintiff,
vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
ET AL.,

                Defendants,

THE PEOPLE OF THE STATE OF CALIFORNIA,

                Defendant in Intervention.

Civil No. 1247-SD.

AMENDMENT TO
INTERVENOR'S ANSWER.

    Comes now intervenor and amends its Answer herein filed by adding thereto, at the end of the "Second Defense", appearing on page 2 of said Answer, the following "Third Defense":

### THIRD DEFENSE.

    Intervenor appears in the sovereign, governmental and proprietary capacities of the State of California, in its own interest and for the protection of its own rights; also as parens patriae, in the interest of and for the protection of all its citizens, residents, landowners and water users, and to protect the integrity and proper application of its Constitution and laws respecting water and the use thereof, water rights, contracts, property and property rights; also as absolute owner of the corpus of the water to be used in the watershed of the Santa Margarita River stream system and as owner of the

1146

-1-

right of reversion of any rights of use of such water which may be forfeited or otherwise terminated for non-use or otherwise; and alleges that it owns and holds and is entitled to the rights, powers and privileges in this defense set out: Alleges further that the public interest and welfare require that in the decree herein the Court define and declare each and every water right involved herein as against each and every other water right herein involved.

WHEREFORE, the People of the State of California pray that the rights of all parties to the within entitled action in and to the waters of the Santa Margarita River stream system and the use thereof be adjudicated in accordance with the laws of the State of California, and that the decree in this proceeding so recite.

EDMUND G. BROWN, Attorney General,

ARVIN B. SHAW, JR.,
Assistant Attorney General,

B. ABBOTT GOLDBERG,
Deputy Attorney General,

By _Arvin B. Shaw_
Attorneys for the People of
the State of California,
Defendant in Intervention.

being first duly sworn, deposes and says: that _____ he is the _____

_____

_____

in the above entitled action; that _____ he has _____ read the foregoing _____

and knows the contents thereof; and that the same is true of _____ own knowledge, except as to the matters which are therein stated upon _____ information or belief, and as to those matters that _____ he believes it to be true.

_____

_____

Subscribed and sworn to before me this
_____ day of _____, 19___

_____
Notary Public in and for the County of Los Angeles, State of California.
[SEAL]

Received copy of the within _____ this _____ day of _____, 195__

Attorney _____ for _____

Received copy of the within _____ this _____ day of _____, 195__

Attorney _____ for _____

(AFFIDAVIT OF SERVICE BY MAIL—1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES, } ss.

Helen M. McEvers, being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of Los Angeles; that affiant is over the age of eighteen years and is not a party to the within and above entitled action; that affiant's business/residence address is:

835 Rowan Building, Los Angeles 13, California;

that on the 20th day of June 1952, affiant served the within Notice of Hearing of Motion, Motion for Leave to Amend, and Amendment to Intervenor's Answer, on the Plaintiff in said action, by placing a true copy thereof in an envelope addressed to the attorneys of record for said United States of America, Plaintiff, at the residence/office address of said attorneys as follows:*   Mrs. Betty Marshall Graydon
and Mr. William H. Veeder,
United States Attorney's Office,
San Diego, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States mail at Los Angeles, California, where is located the office of the attorneys for the persons by and for whom said service was made.

That there is delivery service by United States mail at the place so addressed or/and** there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 20th
day of 20th June, 1952

Flossie Park Flynn
Notary Public in and for the County of Los Angeles, State of California.
(SEAL)

Helen M. McEvers

1148

* Here quote from envelope name and address of addressee.
** When the letter is addressed to a post office other than "Los Angeles," strike out "and;" when addressed to Los Angeles, strike out "or."