IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

John D. Nehen and Ida Nehen
Name
3001 West 83rd Street
Address
Inglewood 4, California
City and State
Twinoaks 0818
Telephone Number

Defendant

FILED
JUN 24 1952
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

UNITED STATES OF AMERICA,
                Plaintiff,

vs.         No. 1247

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

                Defendants.

    Comes now the defendant (s) __John D. Nehen and Ida Nehen, his wife.__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*John D. Nehen*
*Ida Nehen*

9640