IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Chas. F. Hofeldt and Lina Hefeldt (Husband and wife)
P.O. Box 104
Wildomar and Small.
Telephone Number
Defendant

FILED
JUN 25 1952
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

UNITED STATES OF AMERICA
   Plaintiff,
vs.                                    No. 1247
FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,
   Defendants.

Comes now the defendant(s) Chas. F. Hofeldt and Lina Hofeldt (Husband and wife) and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Charles F Hofeldt
Lina S. Hofeldt

9641