IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Alex L. Arnold and Lily Arnold
Address: 2041 West 84th Place
City and State: Los Angeles 47, California
Telephone Number: Pleasant 25062

Defendant

UNITED STATES OF AMERICA,

  Plaintiff,

vs.                                         No. 1247

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

  Defendants,

Comes now the defendant(s) **Alex L. Arnold and Lily Arnold, his wife.**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Alex L. Arnold*
*Lily Arnold*

9642