MORRIS SANKARY
Assistant United States Attorney
325 West "F" Street
San Diego 1, California
Telephone: F 9-4101

Attorney for Plaintiff

FILED

JUN 26 1952

EDMUND L. SMITH, Clerk
By ........................
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Civil No. 1247-SD |
| v. ) | MOTION AND ORDER EXTENDING TIME |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California; et al., ) | |
| Defendants ) | |

    COME NOW, William H. Veeder, Special Assistant to the Attorney General, and Morris Sankary, Assistant United States Attorney, and move that Plaintiff have until July 14, 1952 in which to answer or object to Interrogatories, Answers To Which Are Requested by Defendant Tommy Rawson, filed on behalf of said defendant June 20, 1952; to answer or object to Interrogatories, Answers To Which Are Requested by Defendants Cosette S. Garner and Jack Garner, filed on behalf of said defendants June 20, 1952; to respond to Motion of Defendant Fallbrook Public Utility District For Further Answers and To Make the Answers Given To Interrogatories More Specific, filed on behalf of said defendant June 20, 1952; and to respond to Motion For Leave To Amend Intervenor's Answer, filed on behalf of the People of the State of California June 23, 1952.

    This because of the time element in forwarding pleadings to and

1140

1 | from Washington, D. C.
2 | DATED this 23rd day of June, 1952.
3 |
4 | WILLIAM H. VEEDER
    Special Assistant to the Attorney General
5 |
6 | MORRIS SANKARY
7 | Assistant United States Attorney
8 | IT IS SO ORDERED.
9 | Dated: June 25, 1952
10 |
11 | *(signature)*
12 | Judge