```
 1              IN THE UNITED STATES DISTRICT COURT
         IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
 2                       SOUTHERN DIVISION
 3
 4  UNITED STATES OF AMERICA,      )
                                   )
 5                   Plaintiff,    )   NO. 1247-SD
                                   )
 6            v.                   )   AFFIDAVIT OF SERVICE BY MAIL
    FALLBROOK PUBLIC UTILITY DISTRICT,
 7  a public service corporation of the       FILED
    State of California; et al.    )
 8                   Defendant(s)  )           JUN 26 1952
    THE PEOPLE OF THE STATE OF CALIFORNIA,
 9  UNITED STATES OF AMERICA IN INTERVENTION ) EDMUND L. SMITH, Clerk
                                   ) ss.   By_____
10  SOUTHERN DISTRICT OF CALIFORNIA )              Deputy Clerk
11
12      Barbara V. Doe       , being first duly sworn, deposes and says:
13      That (s)he is a citizen of the United States and a resident of San
14  Diego County, California; that (his) (her) business address is 325 West "F"
15  Street, San Diego 1, California; that (s)he is over the age of eighteen years,
16  and is not a party to the above-entitled action;
17      That on  June 26, 1952  , (s)he deposited in the United States Mail
18  at San Diego, California, in the above-entitled action, in an envelope bearing
19  the requisite postage, a copy of
                                     MOTION AND ORDER EXTENDING TIME
20
21
                Mr. Arvin B. Shaw, Jr.
22  addressed to  Assistant Attorney General
                  835 Rowan Building
23                Los Angeles 13, California
24  his last known address, at which place there is a delivery service of mail
25  from the United States Post Office.
26
27  SUBSCRIBED and SWORN to before me,        Barbara V. Doe
28  this  26th  day of  June  , 19 52.
29  EDMUND L. SMITH, CLERK,
    U. S. District Court
30  Southern District of California
31
    By_____
32               Deputy
```

1150