```
 1                IN THE UNITED STATES DISTRICT COURT
          IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
 2                          SOUTHERN DIVISION
 3
 4   UNITED STATES OF AMERICA,      )
                                    )   NO.   1247-SD
 5               Plaintiff,         )
                                    )
 6        v.                        )   AFFIDAVIT OF SERVICE BY MAIL
     FALLBROOK PUBLIC UTILITY DISTRICT,)
 7   a public service corporation of the)        FILED
     State of California; et al.    )
 8   _____Defendant(s)_____ )           JUN 26 1952
     THE PEOPLE OF THE STATE OF CALIFORNIA,)
 9   UNITED STATES OF AMERICA INTERVENTION)   EDMUND L. SMITH, Clerk
                                    ) ss.
10   SOUTHERN DISTRICT OF CALIFORNIA )      By _____ Deputy Clerk
11
12        Barbara V. Doe          , being first duly sworn, deposes and says:
13        That (s)he is a citizen of the United States and a resident of San
14   Diego County, California; that (his) (her) business address is 325 West "F"
15   Street, San Diego 1, California; that (s)he is over the age of eighteen years,
16   and is not a party to the above-entitled action;
17        That on   June 26, 1952    , (s)he deposited in the United States Mail
18   at San Diego, California, in the above-entitled action, in an envelope bearing
19   the requisite postage, a copy of    MOTION AND ORDER EXTENDING TIME
20
21
                      Mr. Edmund G. Brown
22   addressed to     Attorney General
                      600 State Building
23                    San Francisco 2, California
24   his last known address, at which place there is a delivery service of mail
25   from the United States Post Office.
26
27   SUBSCRIBED and SWORN to before me,           Barbara V. Doe
28   this  26th day of  June    , 1952.
29   EDMUND L. SMITH, CLERK,
     U. S. District Court
30   Southern District of California
31
     By _____
32                     Deputy
```

1151