1
2

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

3

4   UNITED STATES OF AMERICA,            )
5                        Plaintiff,      )        NO.   1247-SD
6            v.                          )     AFFIDAVIT OF SERVICE BY MAIL
7   FALLBROOK PUBLIC UTILITY DISTRICT,   )
    a public service corporation of the
8   State of California, JOSEPH S. GARNER
    and JACK GARNER, et al.
9   UNITED STATES OF AMERICA             )
10  SOUTHERN DISTRICT OF CALIFORNIA      ) ss.

**FILED**

JUN 26 1952

EDMUND L. SMITH, Clerk

By

Deputy Clerk

11

12       Barbara V. Doe          , being first duly sworn, deposes and says:

13       That (s)he is a citizen of the United States and a resident of San

14  Diego County, California;  that (his) (her) business address is 325 West "F"

15  Street, San Diego 1, California;  that (s)he is over the age of eighteen years,

16  and is not a party to the above-entitled action;

17       That on    June 26, 1952     , (s)he deposited in the United States Mail

18  at San Diego, California, in the above-entitled action, in an envelope bearing

19  the requisite postage, a copy of      MOTION AND ORDER EXTENDING TIME

20

21

22  addressed to        Swing & Gillespie
                        Attorneys at Law
23                      313 Central Building
                        San Bernardino, California
24  his last known address, at which place there is a delivery service of mail

25  from the United States Post Office.

26

27  SUBSCRIBED and SWORN to before me,                Barbara V. Doe

28  this   26th  day of   June   , 19 52·

29  EDMUND L. SMITH, CLERK,
    U. S. District Court
30  Southern District of California

31

32  By                               Deputy

1152