```
 1                IN THE UNITED STATES DISTRICT COURT
             IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
 2                          SOUTHERN DIVISION
 3
 4   UNITED STATES OF AMERICA,      )
                                    )     NO.    1247-SD
 5                    Plaintiff,    )
                                    )
 6          v.                      )     AFFIDAVIT OF SERVICE BY MAIL
                                    )
 7   FALLBROOK PUBLIC UTILITY DISTRICT
     a public service corporation of the           FILED
 8   State of California, et al.,
     TOMMY RAWSON       Defendant(s)             JUN 26 1952
 9   UNITED STATES OF AMERICA       )
                                    ) ss.    EDMUND L. SMITH, Clerk
10   SOUTHERN DISTRICT OF CALIFORNIA)         By _____
                                                        Deputy Clerk
11
12        Barbara V. Doe         , being first duly sworn, deposes and says:
13        That (s)he is a citizen of the United States and a resident of San
14   Diego County, California; that (his) (her) business address is 325 West "F"
15   Street, San Diego 1, California; that (s)he is over the age of eighteen years,
16   and is not a party to the above-entitled action;
17        That on    June 26, 1952  , (s)he deposited in the United States Mail
18   at San Diego, California, in the above-entitled action, in an envelope bearing
19   the requisite postage, a copy of    MOTION AND ORDER EXTENDING TIME
20
21
                   Mr. Phil D. Swing
22   addressed to  Swing, Scharnikow & Staniforth
                   Attorneys at Law
23                 604 San Diego Trust & Savings Building
                   San Diego 1, California
24   his last known address, at which place there is a delivery service of mail
25   from the United States Post Office.
26                                              Barbara V. Doe
                                                _____
27   SUBSCRIBED and SWORN to before me,         Barbara V. Doe
28   this 26th day of    June    , 1952.
29   EDMUND L. SMITH, CLERK,
     U. S. District Court
30   Southern District of California
31
     By _____
32              Deputy
```