24-June-1952

Dear Miss Graydon

In reply to the court summons I recieved regarding the water rights of The Santa Margarita River I am Answering said complaint.

I wish To state I do not use any water From the above named river and further More I have no intensions of using said water for a few years.

As Far As I know I will never excide the amount of water that will be Alloted to Me. therefore Anything the court May deside regarding this matter will be all-right with me.

1247-Civ
**FILED**
JUN 27 1952
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

respectfully Yours
(Edward Porter Major II)
Edward Porter Major III

9643