1  MORRIS SANKARY
   Assistant United States Attorney
2  325 West "F" Street
   San Diego 1, California
3    Telephone: F 9-4101

4  Attorney for Plaintiff

# FILED

JUN 27 1952

EDMUND L. SMITH, Clerk

By _____
                    Deputy Clerk

8        IN THE UNITED STATES DISTRICT COURT

         IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                   SOUTHERN DIVISION

11  UNITED STATES OF AMERICA,            )    No. 1247-SD
                                         )
12                  Plaintiff            )    ANSWERS TO INTERROGATORIES
                                         )
13         Vs.                           )           OF
                                         )
14  FALLBROOK PUBLIC UTILITY DISTRICT,   )    DEFENDANT, SANTA MARGARITA MUTUAL
    a public service corporation of      )
15  the State of California, et al.,     )          WATER COMPANY
                                         )
16                  Defendants           )    (RULE 33 - F. R. C. P.)

18        Comes now WALTER J. TURNBULL, JR., Civilian in Charge, Office of

19  Ground Water Resources, Marine Barracks, Camp Joseph H. Pendleton, Oceanside,

20  California, on behalf of the UNITED STATES OF AMERICA, and responds in con-

21  formity with Rule Four - E (4-e) of the Rules of Civil Procedure for the

22  United States District Court for the Southern District of California, to the

23  Interrogatories of Defendant Santa Margarita Mutual Water Company, Numbers One

24  (1) through Forty (40), inclusive, as follows:

25        1.  Interrogatory Number One (1):

26        State the number of acres described in the original grant named and

27  designated "Rancho San Onofre y Santa Margarita", made to Andres and Pio Pico

28  on May 10, 1841 by Governor Juan Bautista Alvarado, and describe or indicate on

29  the map the location of the lands which were the subject matter of said grant

30  and described in said grant. Said grant describes a portion of the property

31  which was confirmed to plaintiff's predecessor in interest by a decree of the

32  District Court on April 24, 1855, and is described in the patent subsequently

33  issued by the United States to plaintiff's predecessor in interest on March 28,

                              - 1 -

1154

1   1879.

2           ANSWERING INTERROGATORY NUMBER ONE (1):

3           That the UNITED STATES OF AMERICA states that it has not sought to

4   determine; and is therefore, unable to supply the requested information and

5   denies its relevancy in this case.

6           2.   Interrogatory Number Two (2):

7           State the number of acres acquired by Andres and Pio Pico in 1884

8   by an assignment executed by the Indians and which property is generally

9   known and designated as the "Las Flores Property" and indicate on a map the

10  location of the lands acquired by said Picos in 1884 from the Indians and

11  known as the "Indian Lands".

12          ANSWERING INTERROGATORY NUMBER TWO (2):

13          That the UNITED STATES OF AMERICA states that it has not sought to

14  determine; and is, therefore, unable to supply the requested information

15  and denies its relevancy in this case.

16          3.   Interrogatory Number Three (3):

17          State the number of acres owned by plaintiff in the watershed of

18  Windmill Canyon and designate or indicate the watershed of Windmill Canyon

19  on a map, and

20          3-a.   Interrogatory Number Three A (3-a):

21          designate or indicate on said map the improvements or installa-

22  tions located in the watershed of said Windmill Canyon:

23          ANSWERING INTERROGATORY NUMBERS THREE (3) AND THREE A (3-a):

24          That the UNITED STATES OF AMERICA attaches Map Number One (1),

25  which shows the lands lying within the Windmill Canyon owned in fee by the

26  UNITED STATES OF AMERICA with the improvements located therein also shown

27  on the map.  Table Number Fifteen (15) is also attached showing water uses

28  therein as obtained from the best records available to the UNITED STATES OF

29  AMERICA.

30          3-b.   Interrogatory Number Three B (3-b):

31          state the number of acre feet or the quantity of water used

32  monthly and annually in the watershed of said Windmill Canyon for each of

33  the years from 1941 to May 1, 1952, inclusive.

- 2 -

1    ANSWERING INTERROGATORY NUMBER THREE B (3-b):

2    That it is anticipated that sewage effluent will be used for the

3    purpose of supplying water to the installation in Windmill Canyon, the system

4    necessary, therefor, being at this time practically completed and the pumping

5    system ready for installation.

6    4.  Interrogatory Number Four (4):

7    State the number of acres owned by plaintiff in the watershed of

8    Pilgrim Creek, and designate or indicate the watershed of Pilgrim Creek on a

9    map, and

10    (a)  designate or indicate on said map the improvements or instal-

11    lations located in the watershed of said Pilgrim Creek;

12    (b)  state the number of acre feet or the quantity of water used

13    monthly and annually in the watershed of said Pilgrim Creek for each of the

14    years from 1941 to May 1, 1952, inclusive.

15    ANSWERING INTERROGATORY NUMBER FOUR (4), FOUR A (4-a) AND FOUR B

16    (4-b):

17    That the UNITED STATES OF AMERICA states that the so-called Pilgrim

18    Creek Watershed lies entirely outside the Santa Margarita River Watershed,

19    which latter watershed is the area within the scope of this action.

20    5.  Interrogatory Number Five (5):

21    State the number of acres owned by plaintiff in the watershed of

22    De Luz Creek, and designate or indicate the watershed of De Luz Creek on a

23    map, and

24    ANSWERING INTERROGATORY NUMBER FIVE (5):

25    That the UNITED STATES OF AMERICA owns in fee simple approximately

26    6869.6 acres of land lying within the watershed of the said De Luz Creek, as

27    shown on Map Number One (1) and attached Table Number One (1).

28    Interrogatory Number Five A (5-a):

29    designate or indicate on said map the improvements or installations

30    located in the watershed of said De Luz Creek;

31    ANSWERING INTERROGATORY NUMBER FIVE A (5-a):

32    That there is attached Map Number One (1), which delineates the

33    watershed of said De Luz Creek lying within the exterior boundaries of the

- 3 -

1156

1   property owned by the UNITED STATES OF AMERICA. There are no installations or

2   improvements maintained by the UNITED STATES OF AMERICA located within the

3   said area. The land within the watershed, however, is needed, has been, and

4   is being utilized for military purposes. As to other improvements within the

5   watershed, the UNITED STATES OF AMERICA has no information with which to reply

6   to said interrogatory.

7         Interrogatory Number Five B (5-b):

8         state the number of acre feet or the quantity of water used monthly

9   and annually in the watershed of said De Luz Creek for each of the years from

10   1941 to May 1, 1952, inclusive.

11         ANSWERING INTERROGATORY NUMBER FIVE B (5-b):

12         That the UNITED STATES OF AMERICA states that it has no records upon

13   which to predicate a response.

14         6.  Interrogatory Number Six (6):

15         State the number of acres owned by plaintiff in the watershed of

16   Fallbrook Creek, and designate or indicate the watershed of Fallbrook Creek on

17   a map, and

18         ANSWERING INTERROGATORY NUMBER SIX (6):

19         That the UNITED STATES OF AMERICA refers defendant to attached Map

20   Number One (1), which shows the watershed of the said Fallbrook Creek, and

21   Table Number One (1), which discloses the acreage in that watershed.

22         Interrogatory Number Six A (6-a):

23         designate or indicate on said map the improvements or installations

24   located in the watershed of Fallbrook Creek;

25         ANSWERING INTERROGATORY NUMBER SIX A (6-a):

26         That the UNITED STATES OF AMERICA refers    defendant to attached

27   Map Number One (1), which shows the military installations lying within the

28   watershed of said Fallbrook Creek, but that as to the number or location of

29   other installations lying within said watershed the UNITED STATES OF AMERICA is

30   not sufficiently advised to answer said Interrogatory.

31         Interrogatory Number Six B (6-b):

32         state the number of acre feet or the quantity of water used monthly

33   and annually in the watershed of Fallbrook Creek for each of the years from

1  1941 to May 1, 1952, inclusive.

2  ANSWERING INTERROGATORY NUMBER SIX B (6-b):

3  That the UNITED STATES OF AMERICA attaches Table Number Seven (7),

4  which gives the records obtainable by the UNITED STATES OF AMERICA as to the

5  amount of water consumed by the military installations lying within the Santa

6  Margarita River watershed.  As to what other consumption may have occurred

7  within the said watershed, the UNITED STATES OF AMERICA has no records to

8  answer the said Interrogatory.

9  7.  Interrogatory Number Seven (7):

10  State the number of acres owned by plaintiff in the watershed of

11  the San Luis Rey River, and designate or indicate the watershed of the San

12  Luis Rey River on a map, and

13  (a)  designate or indicate on said map the improvements or installa-

14  tions located in the watershed of said San Luis Rey River;

15  (b)  state the number of acre feet or the quantity of water used

16  monthly and annually in the watershed of said San Luis Rey River for each of

17  the years from 1941 to May 1, 1952, inclusive.

18  ANSWERING INTERROGATORY NUMBER SEVEN (7), SEVEN A (7-a) AND SEVEN B

19  (7-b):

20  That due to the nebulous character of the question response is

21  impossible.  The UNITED STATES OF AMERICA submits that the scope of the action

22  is confined to the watershed of the Santa Margarita River.  The UNITED STATES

23  OF AMERICA owns approximately 12,112.9 acres of land within the watershed of

24  the San Luis Rey River, which acreage is an integral part of Camp Joseph H.

25  Pendleton, although within an entirely different drainage basin and not within

26  the scope of the pending action.

27  8.  Interrogatory Number Eight (8):

28  State the number of acres owned by plaintiff contiguous to the

29  Pacific Ocean and which slope directly towards the Pacific Ocean rather than

30  towards the Santa Margarita River, and designate the location of said acreage

31  on a map, which lands were found by the Superior Court of California in and for

32  the County of San Diego, in the case entitled "Rancho Santa Margarita, a cor-

33  poration, Plaintiff, vs. Margaret R. Vail et al., Defendants", to be riparian

-5-

1  to the Santa Margarita River, and which finding was reversed by the Supreme

2  Court of the State of California in the case of "Rancho Santa Margarita, a

3  corporation, Plaintiff, vs. Margaret R. Vail et al., Defendants, 11 Cal. 2d,

4  501", and

5  (a)  designate on said map the installations and improvements which

6  have been erected by plaintiff or plaintiff's predecessors in interest on

7  said lands; and

8  (b)  any and all of such acres as are now being or have heretofore

9  been irrigated by plaintiff, its tenants, employees or representatives;

10  (c)  the number of acre feet or quantity of water used per month

11  and per year for the years 1941 to May 1, 1952 inclusive.

12  ANSWERING INTERROGATORY NUMBER EIGHT (8), EIGHT A (8-a), EIGHT B

13  (8-b) AND EIGHT C (8-c):

14  That the UNITED STATES OF AMERICA submits that the answer to this

15  Interrogatory necessitates a ruling by the Court on a mixed question of law

16  and fact. Until those questions are determined by the Court, the UNITED STATES

17  OF AMERICA manifestly may not make response.

18  9.  Interrogatory Number Nine (9):

19  State precisely where each and every military establishment and

20  military installation of the United States is located on the 135,000 acres of

21  land alleged to be owned by the United States in its Complaint, which is

22  located outside the watershed of the Santa Margarita River and its tributaries.

23  ANSWERING INTERROGATORY NUMBER NINE (9):

24  That the UNITED STATES OF AMERICA attaches Map Number One (1), which

25  indicates the crest of the watershed of the Santa Margarita River, thereby

26  delineating the riparian lands lying within the exterior boundaries of the

27  property owned by the UNITED STATES OF AMERICA, which area is properly within

28  the scope of the present action. On that map the installations within the

29  watershed are indicated.

30  10.  Interrogatory Number Ten (10):

31  State the quantity of water used at each of the military establish-

32  ments or military installations since each was constructed, month by month and

33  year by year, for all establishments and installations located outside the

-6-

1159

1   watershed of the Santa Margarita River and its tributaries.

2   ANSWERING INTERROGATORY NUMBER TEN (10):

3   That the UNITED STATES OF AMERICA states that its only basic records

4   of pumped water are obtained from meters at the individual pumps from which

5   primary sources water is commingled in reservoirs, tanks, and distribution

6   systems as outlined on Maps Two (2) and Three (3), submitted herewith, in

7   answer to Interrogatory Number Twenty-eight (28).  As the exact location of

8   the watershed is a mixed question of law and fact, it is not known at this

9   time the precise quantities of water used within and/or without the watershed.

10   11.  Interrogatory Number Eleven (11):

11   State the quantity of water put to beneficial use or used by plain-

12   tiff, its tenants, agents or representatives, for irrigation purposes on any

13   acreage located outside the watershed of the Santa Margarita River and its

14   tributaries (other than on the 1200 acres referred to in Paragraph 8 hereof)

15   and designate on a map the location of said lands being so irrigated.

16   ANSWERING INTERROGATORY NUMBER ELEVEN (11):

17   That the UNITED STATES OF AMERICA refers to its answers to Interroga-

18   tories Numbers Eight (8) and Ten (10) above.  The mention of the 1200 acres in

19   the Interrogatories is, however, not clear.

20   12.  Interrogatory Number Twelve (12):

21   State the location of the basin generally known and designated as

22   the Lake O'Neill Basin, and indicate the location of said basin on a map, and

23   state:

24   ANSWERING INTERROGATORY NUMBER TWELVE (12):

25   That the UNITED STATES OF AMERICA attaches Map Number Five (5),   w.j.t.

26   expressly calling attention to the fact that the basin designated in said

27   Interrogatory as "the Lake O'Neill Basin" is but one component part of a single

28   large basin underlying the lands of the said UNITED STATES OF AMERICA.

29   Interrogatory Number Twelve A (12-a):

30   The volume of water-bearing material in said basin.

31   ANSWERING INTERROGATORY NUMBER TWELVE A (12-a):

32   That the UNITED STATES OF AMERICA submits attached Table Number Two

33   (2).

-7-

1160

1           Interrogatory Number Twelve B (12-b):

2           The surface area of said basin;

3           ANSWERING INTERROGATORY NUMBER TWELVE B (12-b):

4           That the UNITED STATES OF AMERICA refers to said Map Number One

5 (1) submitted in answer to Interrogatory Number Three (3) hereof, which

6 discloses that the surface area of the part of the large basin underlying the

7 lands of the UNITED STATES OF AMERICA covered by this Interrogatory consists

8 of approximately 872 acres, determined by planimetering the area on said Map

9 Number One (1), as included in attached Table Number Three (3).

10           Interrogatory Number Twelve C (12-c):

11           The available storage capacity of said basin;

12           ANSWERING INTERROGATORY NUMBER TWELVE C (12-c):

13           That the UNITED STATES OF AMERICA submits Table Number Four (4) which

14 shows the estimated storage capacity of the component part of the large basin.

15           Interrogatory Number Twelve D (12-d):

16           The average void or space available for storage of water in said

17 basin in terms of per cent;

18           ANSWERING INTERROGATORY NUMBER TWELVE D (12-d):

19           That the UNITED STATES OF AMERICA submits Table Number Seventeen (17)

20 which gives the estimated average void or space available for storage of water

21 in this component part of the large basin in terms of percent.

22           Interrogatory Number Twelve E (12-e):

23           The safe yield of said basin;

24           ANSWERING INTERROGATORY NUMBER TWELVE E (12-e):

25           That there is attached Table Number Sixteen (16), which gives the

26 estimated safe yield of the component part of the large basin.

27           Interrogatory Number Twelve F (12-f):

28           The amount of water which can economically be recovered from said

29 basin;

30           ANSWERING INTERROGATORY NUMBER TWELVE F (12-f):

31           That when considering the amount of water that can economically be

32 produced from a basin, all factors must be taken into consideration. Such

33 items as cost of drilling, pipe, pumps and maintenance of equipment must be

1   considered when estimating lifting cost or cost per unit of water.  The
2   great need for the water in the Santa Margarita River Basin which is the
3   only source of supply for this vital installation to the National Defense
4   program where the cost factor per unit is contingent upon so many elements,
5   makes it impossible to conclude that such is the controlling factor.  All
6   water that can be produced without a progressive and permanent lowering of
7   the ground water table to the irreparable damage of the basin, therefore,
8   probably would be considered economic to lift.  This conclusion would in-
9   dicate that all of the estimated safe yield, as shown by attached Table
10   Number Sixteen (16), could be economically recovered.
11          Interrogatory Number Twelve G (12-g):
12          The location of all wells and test holes which have been drilled
13   or dug in said basin, and the logs of said wells and test holes;
          ANSWERING INTERROGATORY NUMBER TWELVE G (12-g):
          That the UNITED STATES OF AMERICA refers to Map Number One (1) sub-
     mitted in answer to Interrogatory Number Three (3), which discloses the loca-
17   tion of all wells and test holes drilled within this particular component
18   part of the basin underlying the property of the UNITED STATES OF AMERICA,
19   and to Table Number Eleven (11) which includes the logs of such wells and
20   test holes.  Table Number Eleven (11) is an exact duplication, well logs,
21   identified as Table Number Three (3), as submitted in Answer to Interrogatory
22   of Fallbrook Public Utility District filed by the UNITED STATES OF AMERICA on
23   January 7, 1952.
24          Interrogatory Number Twelve H (12-h):
25          The type, make and rated capacity of each pump located in each
26   well, and the kind, type and horsepower of each motor or engine installed to
27   operate each pump, and the quantities of water which have been actually pro-
28   duced from each well located in said basin year by year for the years 1930
29   to May 1, 1952, inclusive;
30          ANSWERING INTERROGATORY NUMBER TWELVE H (12-h):
31          That the UNITED STATES OF AMERICA submits Table Number Five (5),
32   which discloses the data sought by this Interrogatory.
33

-9-

1      Interrogatory Number Twelve I (12-i):

2      The static water level and the draw-down water level for each of

3    the wells located in said basin month by month for years 1940 to May 1, 1952

4    inclusive.

5      ANSWERING INTERROGATORY NUMBER TWELVE I (12-i):

6      That the UNITED STATES OF AMERICA submits Table Number Six (6),

7    which discloses the data for this particular component part of the basin

8    underlying the property of the UNITED STATES OF AMERICA.

9      13.  Interrogatory Number Thirteen (13):

10     State the location of the basin generally known and designated as

11    the Home Ranch Basin, and indicate the location of said basin on a map, and

12    state:

13     ANSWERING INTERROGATORY NUMBER THIRTEEN (13):

14     That the UNITED STATES OF AMERICA refers to its Answer to Inter-

       rogatory Number Twelve (12), above.

16     Interrogatory Number Thirteen A (13-a):

17     The volume of water-bearing material in said basin;

18     ANSWERING INTERROGATORY NUMBER THIRTEEN A (13-a):

19     That the UNITED STATES OF AMERICA refers to attached Table Number 2.

20     Interrogatory Number Thirteen B (13-b):

21     The surface area of said basin;

22     ANSWERING INTERROGATORY NUMBER THIRTEEN B (13-b):

23     That the UNITED STATES OF AMERICA refers to said Map Number One (1)

24    submitted in answer to Interrogatory Number Three (3) hereof, which discloses

25    that the surface area of the part of the large basin underlying the lands of

26    the UNITED STATES OF AMERICA covered by this Interrogatory consists of ap-

27    proximately 2,658 acres, determined by planimetering the area on said Map

28    Number One (1), as included in attached Table Number Three (3).

29     Interrogatory Number Thirteen C (13-c):

30     The available storage capacity of said basin;

31     ANSWERING INTERROGATORY NUMBER THIRTEEN C (13-c):

32     That the UNITED STATES OF AMERICA submits Table Number Four (4)

33    which shows the estimated storage capacity of the component part of the

1    large basin.

2       Interrogatory Number Thirteen D (13-d):

3       The average void or space available for storage of water in said

4    basin in terms of per cent;

5       ANSWERING INTERROGATORY NUMBER THIRTEEN D (13-d):

6       That the UNITED STATES OF AMERICA submits Table Number Seventeen

7    (17) which gives the estimated average void or space available for storage

8    of water in this component part of the large basin in terms of percent.

9       Interrogatory Number Thirteen E (13-e):

10      The safe yield of said basin;

11      ANSWERING INTERROGATORY NUMBER THIRTEEN E (13-e):

12      That there is attached Table Number Sixteen (16), which gives the

13    estimated safe yield of the component part of the large basin.

14      Interrogatory Number Thirteen F (13-f):

15      The amount of water which can economically be recovered from said

16    basin;

17      ANSWERING INTERROGATORY NUMBER THIRTEEN F (13-f):

18      That the UNITED STATES OF AMERICA refers defendant Santa Margarita

19    Mutual Water Company to the answer submitted in answering Interrogatory

20    Number Twelve F (12-f).

21      Interrogatory Number Thirteen G (13-g):

22      The location of all wells and test holes which have been drilled

23    or dug in said basin, and the logs of said wells and test holes;

24      ANSWERING INTERROGATORY NUMBER THIRTEEN G (13-g):

25      That the UNITED STATES OF AMERICA refers to Map Number One (1)

26    submitted in answer to Interrogatory Number Three (3), which discloses the

27    location of all wells and test holes drilled within this particular compon-

28    ent part of the basin underlying the property of the UNITED STATES OF AMERICA,

29    and to Table Number Eleven (11) which includes the logs of such wells and

30    test holes.  Table Number Eleven (11) is an exact duplication, well logs,

31    identified as Table Number Three (3), as submitted in Answer to Interroga-

32    tory of Fallbrook Public Utility District filed by the UNITED STATES OF

33    AMERICA on January 7, 1952.

1164

1         Interrogatory Number Thirteen H (13-h):

2         The type, make and rated capacity of each pump located in each

3  well, and the kind, type and horsepower of each motor or engine installed

4  to operate each pump, and the quantities of water which have been actually

5  produced from each well located in said basin year by year for the years

6  1930 to May 1, 1952, inclusive;

7         ANSWERING INTERROGATORY NUMBER THIRTEEN H (13-h):

8         That the UNITED STATES OF AMERICA submits Table Number Five (5),

9  which discloses the data sought by this Interrogatory.

10        Interrogatory Number Thirteen I (13-i):

11        The static water level and the draw-down water level for each

12  of the wells located in said basin, month by month for the years 1940 to

13  May 1, 1952 inclusive.

14        ANSWERING INTERROGATORY NUMBER THIRTEEN I (13-i):

15        That the UNITED STATES OF AMERICA submits Table Number Six (6),

16  which discloses the data for this particular component part of the basin

17  underlying the property of the UNITED STATES OF AMERICA.

18  14.  Interrogatory Number Fourteen (14):

19        State the location of the basin generally known and designated

20  as the Ysidora Basin, and indicate the location of said basin on a map,

21  and state:

22        ANSWERING INTERROGATORY NUMBER FOURTEEN (14):

23        That the UNITED STATES OF AMERICA refers to its Answer to Inter-

24  rogatory Number Twelve (12), above.

25        Interrogatory Number Fourteen A (14-a):

26        The volume of water-bearing material in said basin;

27        ANSWERING INTERROGATORY NUMBER FOURTEEN A (14-a):

28        That the UNITED STATES OF AMERICA submits attached Table Number

29  Two (2).

30        Interrogatory Number Fourteen B (14-b):

31        The surface area of said basin;

32        ANSWERING INTERROGATORY NUMBER FOURTEEN B (14-b):

33        That the UNITED STATES OF AMERICA refers to said Map Number One (1)

1    submitted in answer to Interrogatory Number Three (3) hereof, which dis-

2    closes that the surface area of the part of the large basin underlying

3    the lands of the UNITED STATES OF AMERICA covered by this Interrogatory

4    consist of approximately 1,004 acres, determined by planimetering the

5    area on said Map Number One (1), included in attached Table Number Three

6    (3).

7              Interrogatory Number Fourteen C (14-c):

8              The available storage capacity of said basin;

9              ANSWERING INTERROGATORY NUMBER FOURTEEN C (14-c):

10             That the UNITED STATES OF AMERICA submits Table Number Four (4)

11   which shows the estimated storage capacity of the component part of the

12   large basin.

13             Interrogatory Number Fourteen D (14-d):

14             The average void or space available for storage of water in said

15   basin in terms of per cent;

16             ANSWERING INTERROGATORY NUMBER FOURTEEN D (14-d):

17             That the UNITED STATES OF AMERICA submits Table Number Seventeen

18   (17), which gives the estimated average void or space available for storage

19   of water in this component part of the large basin in terms of per cent.

20             Interrogatory Number Fourteen E (14-e):

21             The safe yield of said basin;

22             ANSWERING INTERROGATORY NUMBER FOURTEEN E (14-e):

23             That there is attached Table Number Sixteen (16), which gives the

24   estimated safe yield of the component part of the large basin.

25             Interrogatory Number Fourteen F (14-f):

26             The amount of water which can economically be recovered from said

27   basin;

28             ANSWERING INTERROGATORY NUMBER FOURTEEN F (14-f):

29             That the UNITED STATES OF AMERICA refers defendant Santa Margarita

30   Mutual Water Company to the answer submitted in answering Interrogatory

31   Number Twelve F (12-f).

32             Interrogatory Number Fourteen G (14-g):

33             The location of all wells and test holes which have been drilled

-13-

1166

1     or dug in said basin, and the logs of said wells and test holes;

2             ANSWERING INTERROGATORY NUMBER FOURTEEN G (14-g):

3             That the UNITED STATES OF AMERICA refers to Map Number One (1)

4     submitted in answer to Interrogatory Number Three (3), which discloses

5     the location of all wells and test holes drilled within this particular

6     component part of the basin underlying the property of the UNITED STATES

7     OF AMERICA, and to Table Number Eleven (11) which includes the logs of

8     such wells and test holes.  Table Number Eleven (11) is an exact dupli-

9     cation, well logs, identified as Table Number Three (3) as submitted in ~~U.P.T.~~

10    Answer to Interrogatory of Fallbrook Public Utility District filed by the

11    UNITED STATES OF AMERICA on January 7, 1952.

12             Interrogatory Number Fourteen H (14-h):

13             The type, make and rated capacity of each pump located in each

     well, and the kind, type and horsepower of each motor or engine installed

     to operate each pump, and the quantities of water which have been actually

     produced from each well located in said basin year by year for the years

17    1930 to May 1, 1952, inclusive;

18             ANSWERING INTERROGATORY NUMBER FOURTEEN H (14-h):

19             That the UNITED STATES OF AMERICA submits Table Number Five (5),

20    which discloses the data sought by this Interrogatory.

21             Interrogatory Number Fourteen I (14-i):

22             The static water level and the draw-down water level for each of

23    the wells located in said basin, month by month for the years 1940 to May 1,

24    1952, inclusive.

25             ANSWERING INTERROGATORY NUMBER FOURTEEN I (14-i):

26             That the UNITED STATES OF AMERICA submits Table Number Six (6),

27    which discloses the data for this particular component part of the basin

28    underlying the property of the UNITED STATES OF AMERICA.

29             15.  Interrogatory Number Fifteen (15):

30             State the location of the basin generally known and designated

31    as the Temecula Alluvial Basin, and indicate the location of said basin

32    on a map, and state:

33             (a)  The volume of water-bearing material in said basin;

-14-

1        (b)  The surface area of said basin;

2        (c)  The available storage capacity of said basin;

3        (d)  The average void or space available for storage of water in

4  said basin in terms of per cent;

5        (e)  The safe yield of said basin;

6        (f)  The amount of water which can economically be recovered from

7  said basin;

8        (g)  The location of all wells and test holes which have been

9  drilled or dug in said basin, and the logs of such wells and test holes;

10       (h)  The type, make and rated capacity of each pump located in each

11  well, and the kind, type and horsepower of each motor or engine installed to

12  operate each pump, and the quantities of water which have been actually pro-

13  duced from each well located in said basin year by year for the years 1930 to

14  May 1, 1952, inclusive;

15       (i)  The static water level and the draw-down water level for each

16  of the wells located in said basin, month by month for the years 1940 to May 1,

17  1952, inclusive.

18       ANSWERING INTERROGATORY NUMBER FIFTEEN (15), FIFTEEN A (15-a),

19  FIFTEEN B (15-b), FIFTEEN C (15-c), FIFTEEN D (15-d), FIFTEEN E

20  (15-e), FIFTEEN F (15-f), FIFTEEN G (15-g), FIFTEEN H (15-h), AND

21  FIFTEEN I (15-i):

22       That the UNITED STATES OF AMERICA states that it does not have the

23  information necessary with which to prepare an answer to any of the parts of

24  this Interrogatory.

25       16.  Interrogatory Number Sixteen (16):

26       State the quantities of water used by the plaintiff, its tenants,

27  agents or representatives, for each year for the years 1941 to May 1, 1952

28  inclusive.

29       ANSWERING INTERROGATORY NUMBER SIXTEEN (16):

30       That the UNITED STATES OF AMERICA refers to Table Number Seven (7),

31  which shows the quantities of water used by the UNITED STATES OF AMERICA, its

32  representatives, etc., during the period requested.

33       17.  Interrogatory Number Seventeen (17):

-15-

1    State the amount of surface flow of the Santa Margarita River

2    at the stations generally known and designated as Gaging Station No. 2,

3    Gaging Station No. 3, Gaging Station No. 4, Gaging Station No. 5 and Gaging

4    Station No. 6, and if the sub-surface flow has been measured at any one of

5    said gaging stations, state the quantity of flow at each of said gaging

6    stations for the years 1927 to May 1, 1952 inclusive.

7    ANSWERING INTERROGATORY NUMBER SEVENTEEN (17):

8    That the UNITED STATES OF AMERICA submits Table Number Eight (8),

which discloses surface flow data.  No information is available to the UNITED

10   STATES OF AMERICA as to any sub-surface flow records requested by this

11   Interrogatory.

12   18.  Interrogatory Number Eighteen (18):

13   State what amount of the surface flow of the Santa Margarita River

has reached its confluence with tidewater, year by year for the years 1922 to

May 1, 1952 inclusive.

ANSWERING INTERROGATORY NUMBER EIGHTEEN (18):

17   That the UNITED STATES OF AMERICA submits Table Number Nine (9),

18   which discloses the requested data.

19   19.  Interrogatory Number Nineteen (19):

20   State the location of each underground basin located on plaintiff's

21   property which supports or is supported by the surface or sub-surface flow, or

22   both, of the Santa Margarita River, other than the Lake O'Neill Basin, the

23   Home Ranch Basin and the Ysadora Basin.

24   ANSWERING INTERROGATORY NUMBER NINETEEN (19):

25   That the UNITED STATES OF AMERICA states that it is not advised of

26   the existence of any basins located within the exterior boundaries of its

27   property, other than the one large basin whose component parts were discussed

28   in Interrogatories Numbers Twelve (12), Thirteen (13) and Fourteen (14), above.

29   20.  Interrogatory Number Twenty (20):

30   State the location of each underground basin located on the proper-

31   ty owned by the defendants generally designated as the Vail Defendants, other

32   than the Temecula Alluvial Basin.

33   ANSWERING INTERROGATORY NUMBER TWENTY (20):

-16-

1       That the UNITED STATES OF AMERICA submits that it does not have the
2   information upon which to base an answer to this Interrogatory.
3       21.  Interrogatory Number Twenty-one (21):
4       State the location of each underground basin which is supported
5   by or supports the surface or sub-surface flow of the Santa Margarita River
6   located on or underlying property owned by any defendants named in the above
7   entitled action, other than the Vail Defendants, and indicate the locations of
8   each of said basins, if any, upon a map, and state the depth, width and capacity
9   of each of said basins and the materials of which each be composed, and the
10  capacity of each of said basins and the quantity of water which can be obtained
11  or extracted from each of said basins.
12      ANSWERING INTERROGATORY NUMBER TWENTY-ONE (21):
13      That the UNITED STATES OF AMERICA states that it does not have the
    information upon which to base an answer to this Interrogatory.
        22.  Interrogatory Number Twenty-two (22):
16      State the number of acres of land owned by the defendants which is
17  riparian to the Santa Margarita River, also known as the Temecula-Santa
18  Margarita River, and the number of acres of land owned by the defendants in the
19  above entitled action which is riparian to any tributary of the Temecula-Santa
20  Margarita River, and state the tributary to which said acreage is riparian, and
21  designate on a map the location of said acreage, and state the owner or owners
22  of said acreage.
23      ANSWERING INTERROGATORY NUMBER TWENTY-TWO (22):
24      That the UNITED STATES OF AMERICA is unable to answer this Interro-
25  gatory; although the total riparian acreage of all property involved in this
26  case and owned by the UNITED STATES OF AMERICA is 37,944 acres.
27      23.  Interrogatory Number Twenty-three (23):
28      State the amount of acreage owned by plaintiff which overlies:
29      (a)  the Ysidora Basin;
30      (b)  the Rose Ranch Basin;
31      (c)  the Lake O'Neill Basin.
32      ANSWERING INTERROGATORY NUMBER TWENTY-THREE (23):
33      That the UNITED STATES OF AMERICA refers to Table Number Three (3),

-17-

1   which shows the acreages owned by the UNITED STATES OF AMERICA that overlie

2   the three component parts of the large underground basin underlying the

3   property of the UNITED STATES OF AMERICA.

4           24.   Interrogatory Number Twenty-four (24):

5           State the amount of acreage owned by the Vail Defendants which

6   overlies the Temecula Alluvial Basin.

7           ANSWERING INTERROGATORY NUMBER TWENTY-FOUR (24):

8           That the UNITED STATES OF AMERICA replies that it does not possess

9   the information necessary to answer said Interrogatory.

10          25.   Interrogatory Number Twenty-five (25):

11          State the number of acres which are susceptible of irrigation or

12  cultivation which overlie:

13          (a)   the Ysidora Basin;

            (b)   the Home Ranch Basin;

            (c)   the Lake O'Neill Basin;

16          ANSWERING INTERROGATORY NUMBER TWENTY-FIVE (25), TWENTY-FIVE A

17  (25-a), TWENTY-FIVE B (25-b), AND TWENTY-FIVE C (25-c):

18          That the UNITED STATES OF AMERICA submits Table Number Ten (10).

19          Interrogatory Number Twenty-five D (25-d):

20          the Temecula Alluvial Basin.

21          ANSWERING INTERROGATORY NUMBER TWENTY-FIVE D (25-d):

22          That the UNITED STATES OF AMERICA states that it does not possess

23  the data necessary to answer said Interrogatory.

24          26.   Interrogatory Number Twenty-six (26):

25          State the number of wells and test holes located upon the property

26  referred to in Plaintiff's Complaint, and the location of each, the size and

27  depth of each, and the strata of material through which each well and test

28  hole was drilled or dug, and state the type, make, size and rated capacity of

29  each pump installed in each of said wells and the quantities of water which

30  have been produced or extracted from each of said wells, month by month if

31  possible, or at least year by year, for the years 1941 to May 1, 1952 inclusive,

32  other than the wells and test holes located in the Ysidora Basin, the Home

33  Ranch Basin and the Lake O'Neill Basin; and state the static water level and

-18-

1     draw-down water level for each of said wells or test holes month by month, if

2     possible, and year by year, for the years 1941 to May 1, 1952, inclusive.

3            ANSWERING INTERROGATORY NUMBER TWENTY-SIX (26):

4         That the UNITED STATES OF AMERICA refers to Table Number Eleven

5     (11), which shows the size and depth and the strata of material through which

6     each well or test hole was drilled or dug on the property of the UNITED STATES

7     OF AMERICA.  For the location of each such well or test hole, reference is had

8     to Map Number One (1), submitted in answer to Interrogatory Number Three (3)

9     above.

10         27.  Interrogatory Number Twenty-seven (27):

11         State the number of reservoirs, artificial lakes or artificial

12     ponds erected or maintained by plaintiff on the property described in its

13     Complaint, and the location, size and capacity of each, and the purpose of or

14     use made of each, and designate the location of said lakes, ponds or reservoirs

15     on a map.

16           ANSWERING INTERROGATORY NUMBER TWENTY-SEVEN (27):

17         That there is attached Map Number Two (2), which shows the location

18     of the installations covered in said Interrogatory, and further submits Table

19     Number Twelve (12), which shows the physical data as to each of the installa-

20     tions concerning which the information is sought.

21         28.  Interrogatory Number Twenty-eight (28):

22         State the location of any and all distribution pipe lines, the

23     size of each, and the source of water, and the purpose for which it is used,

24     and the location of any and all water meters maintained by plaintiff or

25     operated by plaintiff or located upon the properties referred to in Plaintiff's

26     Complaint as being owned by plaintiff.

27          ANSWERING INTERROGATORY NUMBER TWENTY-EIGHT (28):

28         That the UNITED STATES OF AMERICA refers to Map Number Two (2)

29     submitted in answer to Interrogatory Number Twenty-seven (27) above, and further

30     submits Map Number Three (3) upon which are shown the pipe lines comprising the

31     sewage distribution system.

32         29.  Interrogatory Number Twenty-nine (29):

33         State the quantities of water being used for each of the following

1    purposes, to-wit:

2           (a)  domestic;

3           (b)  agricultural;

4           (c)  for the watering of livestock;

5           (d)  for military purposes;

6           (e)  for other purposes;

7    month by month if possible, and if not, year by year, for the years 1941 to

8    May 1, 1952, inclusive.

9           ANSWERING INTERROGATORY NUMBER TWENTY-NINE (29):

10          That the UNITED STATES OF AMERICA states that whereas all diver-

11    sions of water made by it on its property are primarily for its own "military

12    uses", any other temporary uses of water which may occur, etc. within the

13    confines of its own property are incidental only and secondary to the main

14    operation of the training center, occurring only at those times when the

15    primary need has been met in order to prevent loss of beneficial use of water

16    which may be available for such secondary uses.  Attached Table Number

17    Thirteen (13) is submitted to show those records of uses of water that are

18    available, but due to the physical factors being inherent in the water system

19    in that all water is placed into a single distribution system and commingled

20    without individual use or establishment metering, there is no record available

21    to show the breakdown in greater detail.

22          30.  Interrogatory Number Thirty (30):

23          State the specific acts of encroachments, the times, places, extent

24    and character of said acts, and by which defendants committed, and whether or

25    not said defendants acted severally or jointly or by common design to encroach

26    upon the rights of the United States, as alleged in its complaint.

27           ANSWERING INTERROGATORY NUMBER THIRTY (30):

28          That the UNITED STATES OF AMERICA states that these Interrogatories

29    relate only to the defendant, Santa Margarita Mutual Water Company, in that

30    this defendant company asserts rights to divert huge quantities of water from

31    the watershed and the UNITED STATES OF AMERICA denies that it has a right to do

32    so.

33          31.  Interrogatory Number Thirty-one (31):

-20-

1        State and describe precisely what lands were acquired by the

2    plaintiff in the year 1941 and in the year 1942 and in the year 1943, and show

3    the location of each of said acquisitions on a map, and designate on said map

4    the location of the Temecula-Santa Margarita River.

5        ANSWERING INTERROGATORY NUMBER THIRTY-ONE (31):

6        That the UNITED STATES OF AMERICA submits Map Number Four (4),

7    which shows the various areas comprising the property acquired by the UNITED

8    STATES OF AMERICA and their dates of acquisition. Map Number Four (4) is

9    that same document submitted as Map Number Six (6) in answer to interrogatories

10   of Fallbrook Public Utility filed by the UNITED STATES OF AMERICA on January 7,

11   1952.

12       32.  Interrogatory Number Thirty-two (32):

13       State the time and to whom various strips of land through the Santa

14   Margarita Ranch were conveyed in fee to parties other than plaintiff or its

15   predecessors in interest, from time to time, and locate said strips of land so

16   conveyed to third parties, on a map, and state when said properties were

17   reconveyed by the grantees named in said deeds, or their successors in interest,

18   to the plaintiff or its predecessors in interest.

19       ANSWERING INTERROGATORY NUMBER THIRTY-TWO (32):

20       That the UNITED STATES OF AMERICA submits that it has no knowledge

21   of any such conveyances as mentioned in said Interrogatory.

22       33.  Interrogatory Number Thirty-three (33):

23       State the number of acres owned by the Vail Defendants which is

24   riparian to the Temecula-Santa Margarita River, exclusive of such areas as may

25   be riparian to Sandia Creek and to De Luz Creek, and state the number of acres

26   which are susceptible of irrigation.

27       ANSWERING INTERROGATORY NUMBER THIRTY-THREE (33):

28       That the UNITED STATES OF AMERICA is unable to supply the requested

29   information, for it requires information which only the Vail Estate can supply as

30   a firm answer.

31       34.  Interrogatory Number Thirty-four (34):

32       State the average summer flow of:

33       (a)  Murrieta Creek;

-21-

1174

1           (b)   Temecula Creek;

2           (c)   Temecula-Santa Margarita River

3  at Gaging Station No. 3 and at Gaging Station No. 6 for the years 1941 to

4  May 1, 1952, inclusive.

5           ANSWERING INTERROGATORY NUMBER THIRTY-FOUR (34):

6           That the UNITED STATES OF AMERICA submits Table Number Fourteen

7  (14), which includes the requested data.

8           35.  Interrogatory Number Thirty-five (35):

               State the seasonal run-off for the Temecula-Santa Margarita River

10  at Gaging Stations Nos. 3, 4, 5 and 6 for the years 1941 to May 1, 1952,

11  inclusive.

12          ANSWERING INTERROGATORY NUMBER THIRTY-FIVE (35):

13          That the UNITED STATES OF AMERICA refers to Table Number Fourteen

14  (14), submitted in answer to Interrogatory Number Thirty-four (34) above.

15          36.  Interrogatory Number Thirty-six (36):

16          State the storm run-off for the Temecula-Santa Margarita River at

17  Gaging Stations Nos. 3, 4, 5 and 6 for the years 1941 to May 1, 1952,

18  inclusive.

19          ANSWERING INTERROGATORY NUMBER THIRTY-SIX (36):

20          That the UNITED STATES OF AMERICA refers to Table Number Fourteen

21  (14), submitted in answer to Interrogatory Number Thirty-four (34) above.

22          37.  Interrogatory Number Thirty-seven (37):

23          State the annual replenishment to each of the following basins,

24  to-wit:  Lake O'Neill Basin, Home Ranch Basin, Ysidora Basin, for the years

25  1941 to May 1, 1952, inclusive.

26          ANSWERING INTERROGATORY NUMBER THIRTY-SEVEN (37):

27          That the UNITED STATES OF AMERICA declares the entire flow of the

28  Santa Margarita River is required to replenish the basin underlying the

29  property of the UNITED STATES OF AMERICA involved in this action and to meet

30  the demands of all other legal claimants within the watershed of the Santa

31  Margarita River.

32          38.  Interrogatory Number Thirty-eight (38):

33          State the number of acres in the watershed of the Temecula-Santa

-22-

1   Margarita River and state the number of acres in the watershed of said

2   Temecula-Santa Margarita River that are not riparian to said Temecula-

3   Santa Margarita River or any tributaries thereof, and designate the location

4   of said acreage on a map.

5           ANSWERING INTERROGATORY NUMBER THIRTY-EIGHT (38):

6           That the matter being a question of law and fact, the UNITED

7   STATES OF AMERICA is unable to supply the information requested by this

8   Interrogatory.

9           39.  Interrogatory Number Thirty-nine (39):

10          State the number of acres located within the watershed of the

11  Temecula-Santa Margarita River which is not riparian to said river and

12  from which the extraction or production of water will not directly affect

13  the surface or sub-surface flow of said Temecula-Santa Margarita River or

14  any underground basin supported by the surface or sub-surface flow of said

15  Temecula-Santa Margarita River, and designate the location of said lands

16  upon a map.

17          ANSWERING INTERROGATORY NUMBER THIRTY-NINE (39):

18          That the UNITED STATES OF AMERICA submits that it does not have

19  the data upon which to base an answer to this Interrogatory.

20          40.  Interrogatory Number Forty (40):

21          State whether or not the plaintiff claims any right, title,

22  interest or demand in or to the waters stored by the Vail Defendants in

23  the Nigger Canyon (Pauba) Reservoir, pursuant to the permit issued by

24  the State of California by reason of the stipulated judgment attached to

25  Plaintiff's Complaint as Exhibit A, or otherwise, and if plaintiff makes

26  any claims in and to said waters, state in detail the nature of their said

27  claim.

28          ANSWERING INTERROGATORY NUMBER FORTY (40):

29          That the UNITED STATES OF AMERICA refers to Exhibit A of the

30  complaint and to the stipulation between the UNITED STATES OF AMERICA and

31  the defendant Vail entered into on October 24, 1951.  The nature and extent

32  of the rights of the UNITED STATES OF AMERICA as they relate to the Vail

33  Estate is a legal question embraced in those two documents, calling for

-23-

1  a conclusion.

2

3  UNITED STATES OF AMERICA        )
4  SOUTHERN DISTRICT OF CALIFORNIA )  ss.
5  SOUTHERN DIVISION               )

6

7          WALTER J. TURNBULL, JR., being by me first duly sworn, deposes and

8  says:

9          That he is the Civilian in Charge of the Office of Ground Water

10 Resources, the United States Marine Corps, at Camp Joseph H. Pendleton

11 Oceanside, California;

12         That he has read the foregoing ANSWERS TO INTERROGATORIES of

13 Defendant Santa Margarita Mutual Water Company and knows the contents

thereof and that the same is true and his own knowledge, except as to the

matters which are stated therein upon his information or belief and as to

those matters that he believes it to be true.

17

18

19                                         WALTER J. TURNBULL, JR.

20 Subscribed and sworn to before me this

21 27th day of June, 1952.

22 Edmund L. Smith, Clerk U. S. District Court.
   Southern District of California

23                              Deputy

24

25

26 Received copy of the within ANSWER TO THE INTERROGATORIES this _____

27 day of _____, 1952.

28                              W. B. DENNIS

29

30

31

32

33

                    -24-

                                          1177