IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                  Plaintiff, )
             v. )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of )
the State of California, et al., )
SANTA MARGARITA MUTUAL WATER COMPANY Defendant(s) )

NO.   1247-SD

AFFIDAVIT OF SERVICE BY MAIL

**FILED**

JUN 27 1952

EDMUND L. SMITH, Clerk
By _____
           Deputy Clerk

UNITED STATES OF AMERICA )
                   ) ss.
SOUTHERN DISTRICT OF CALIFORNIA )

Barbara V. Doe        , being first duly sworn, deposes and says:

That (s)he is a citizen of the United States and a resident of San Diego County, California;  that (his) (her) business address is 325 West "F" Street, San Diego 1, California;  that (s)he is over the age of eighteen years, and is not a party to the above-entitled action;

That on   27th day of June/ 1952 (s)he deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of   ANSWERS TO INTERROGATORIES OF DEFENDANT,

SANTA MARGARITA MUTUAL WATER COMPANY  (No exhibits mailed because they have been delivered personally to Mr. W. B. Dennis, Attorney for the Santa Margarita Mutual Water Company)

addressed to      Mr. W. B. Dennis
                   Attorney at Law
                   Rt. 1, Box 58
                   Fallbrook, California
his last known address, at which place there is a delivery service of mail from the United States Post Office.

                                _Barbara V. Doe_
                                 Barbara V. Doe

SUBSCRIBED and SWORN to before me,

this  27th  day of   June     , 1952.

EDMUND L. SMITH, CLERK,
U. S. District Court
Southern District of California

By _____
                Deputy