SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

(SPACE BELOW FOR FILING STAMP ONLY)



FILED
JUL 1 - 1952
EDMOND L. SMITH, Clerk
By _____ Deputy Clerk

Attorneys for......Defendants named below

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
      Plaintiff,
  Vs.
FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,
      Defendants.

No. 1247 - Civil

ANSWER OF JOHN T. OWENS, ELTA C. OWENS, FRANK PUCELLI, ANNA SOMACAL AND GEORGE M. JONES

  Come now the defendants JOHN T. OWENS, ELTA C. OWENS, FRANK PUCELLI, ANNA SOMACAL and GEORGE M. JONES, and separating themselves from the other defendants, each for himself, alleges, admits and denies as follows:

FIRST DEFENSE.

I.

  These defendants refer to and adopt by reference, as if herein repeated, the allegations, admissions and denials contained in the First Defense of the answer of the defendants FRANK R. CAPRA and LUCILLE W. CAPRA on file herein, as fully and as completely as if said allegations, admissions and denials were herein set out verbatim.

-1-

9644

FOR A FURTHER, SECOND AND SEPARATE DEFENSE THESE DEFENDANTS ALLEGE

I.

That JOHN T. OWENS and ELTA C. OWENS are, and at all times herein mentioned, were husband and wife. That they are the owners and in possession of that certain real property situated, lying and being in the County of San Diego, State of California, more particularly described as follows:

PARCEL I. That portion of Lot 1, Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, according to the United States Government survey approved June 11, 1880, described as follows:

Beginning at a point on the south line of said Lot 1 distant North 89° 12' 30" West 203.76 feet from the southeast corner of said Lot 1; thence north 0° 47' 30" East 72 Feet; thence north 89° 12' 30" West 50 Feet; thence south 0° 47' 30" West 72 feet to said south line of Lot 1; thence thereon south 89° 12' 30" East 50 feet to point of beginning.

PARCEL 2. That portion of Lot 1, Section 25, Township 9 South, Range 4 West, San Bernardino Meridian and the Rancho Santa Margarita Y Las Flores, in the County of San Diego, State of California as delineated upon a map in Book 7, page 39 of Patents, and as shown on Record of Survey Maps Nos. 794 and 831 Records of San Diego County, described as a whole as follows:

Beginning at a point on the westerly prolongation of the south line of said Lot 1 distant north 89° 12' 30" west, 722.62 Feet from the southeast corner of said Lot 1 being a point in the center line of the 100 foot highway conveyed to the State of California by deed recorded in Book 1353, page 38 of official records; thence along said center line North

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

34° 13' 45" East, 240.70 Feet to the beginning of
a curve concave Southeast having a radius of 1000
feet, thence northeasterly along said curve, 517.71
feet to the northwesterly line of the Right of Way,
100 feet in width, conveyed by Omnius A. Anderson,
et al, to the Atchison Topeka & Santa Fe Railroad
Company by Deed recorded April 12, 1918, in Book
754, page 227 of Deeds; thence northeasterly along
said northwesterly line 350 Feet more or less to the
east line of said Lot 1; thence along said east line
of Lot 1, North 0° 32' West, 138 feet more or less
to the Southeast corner of the tract of land con-
veyed to B.T. Blackburn by deed recorded October 4,
1888 in Book 134, page 474 of Deeds; thence along
the south line of said land of Blackburn and its
westerly prolongation North 88° 57' 30" West, 709.82
feet more or less to the Easterly line of the
Fallbrook Naval Reservation; thence along said
easterly line South 6° 09' West, 972 feet more or
less to the westerly prolongation of the south line
of said Lot 1; thence along said westerly prolongation
of the south line of Lot 1 South 89° 12' 30" East
105 feet more or less to the point of beginning.

That said property contains approximately 9 acres, fully improved with owner's home, orange, lemon and avocado orchards and home garden.

II.

That Parcel I of the property described in the preceding paragraph is traversed by and is riparian to that certain stream or water course known as Fallbrook Creek which arises approximately three miles northeasterly from said property and flows in a general southwesterly direction until it joins the

1  Santa Margarita River of which it is a tributary.

2  III.

3  That on said Parcel 1 is located a well from which
4  Parcel 2 is supplied with water for irrigation, domestic and other
5  purposes. That Parcel 2 is fully developed and planted to trees,
6  garden and other crops and on it these defendants have a house
7  in which they live. That the water requirements of said parcel
8  2 have at all times, since 1924, been fully and completely
9  supplied from water from said well on Parcel I and these defen-
10 dants and their predecessors have used said water for said pur-
11 poses ever since 1924 openly, adversely, continuously and un-
12 interruptedly and under claim of right all of said time. That
13 said parcel I and Parcel 2 have at all times been held, occupied
14 and farmed by these defendants as a single unit.

15  IV.

16  That FRANK PUCELLI and ANNA SOMACAL are the owners of
17 and in possession of those certain tracts or parcels of land
18 situated lying and being in the County of San Diego, State of
19 California more particularly described as:

20 PARCEL I: Blocks 2, 3, 4 and 5 of Harris' Addition to West
21         Fallbrook, according to map thereof No. 574, filed in
22         the office of the County Recorder of said San Diego
23         County, January 8, 1887;
24         EXCEPTING therefrom the parcels conveyed to the
25         Atchison Topeka and Santa Fe Railway by deeds
26         recorded in the office of the Recorder of San Diego
27         County, State of California, and now occupied by
28         said Railway as its right of way in the Town of
29         Fallbrook, California.
30 PARCEL 2: That portion of the Southwest 1/4 of the South-
31         east 1/4 of Section 24, Township 9 South, Range
32         4 West, San Bernardino Meridian, in the County

-4-

9647

of San Diego, State of California, according to United States Government Survey approved June 11, 1880, described as follows: Beginning at the Southwest corner of Lot 17 of Abbott's Addition to West Fallbrook according to map thereof No. 79 filed September 26, 1887, in the office of the Recorder of said San Diego County; thence along the south line of said Lot 17 South 89° 07' 45" East 86 feet more or less, to the westerly line of the right of way of the Atchison, Topeka and Santa Fe Railway Company as per deed from Laura Jennings et al., recorded in Book 776, page 174 of Deeds; thence along said westerly line south 18° 57' west 90.10 feet to the beginning of a curve concave northwesterly having a radius of 523.69 feet thence southerly along said curve 135.50 feet to the west line of said southwest 1/4 of the southeast 1/4 of said section; thence thereon north 0° 50' 30" East 207.37 feet to the point of beginning.

That said property contains approximately 10 acres fully improved with owner's home, lemon, orange and avocado orchards and home garden.

V.

That on said Parcel 2 there is located a well which has been in use ever since 1919 and the water from which well has been used continuously since that time not only for the purpose of supplying the requirements of the land on which said well is located, but also for supplying the requirements of the land set out in Parcel I. That on said Parcel I is also a well dug in the year 1931, the water from which has been used ever since that

1  date not only for supplying the requirements of the lands des-
2  cribed in Parcel I but also the requirements of the lands
3  described in Parcel 2. That at all times since 1919, Parcel 1 and
4  Parcel 2 have been held and farmed as a single unit and that the
5  water produced on Parcel 1 and Parcel 2 have been intermingled
6  and distributed for beneficial use over all of the lands des-
7  cribed in both Parcels 1 and 2 for domestic, irrigation and other
8  purposes. That said water has been so used openly, adversely,
9  continuously and uninterruptedly and under claim of right all of
10 said time ever since 1919 as to the well on Parcel 2 and ever
11 since 1931 as to the well on Parcel I. That said Parcel 2 abuts
12 upon said Fallbrook Creek and is riparian thereto.

                               VI.

That GEORGE M. JONES, an unmarried man, is the owner
of and in possession of that certain tract or parcel of land
situated, lying and being in the County of San Diego, State of
California, more particularly described as follows:

> That portion of the Southwest Quarter of the
> Southeast Quarter of Section 24, Township 9 South,
> Range four West, San Bernardino Meridian, accord-
> ing th U. S. Government Survey approved June 11,
> 1880, described as follows: Beginning at the
> Southwest corner of the Southeast quarter of said
> section 24, thence along the south line of said
> section South 88°56' East 354.99 feet, thence
> North 00°31' East 302.80 feet, said point being
> the Northwest corner of that certain tract of land
> conveyed to Julia M. Emery by deed dated June 28,
> 1932 and recorded in Book 132, page 485 of
> official records of San Diego County, thence North
> 89°17' West 355 feet more or less to the West line
> of the Southeast Quarter of said Section and the

-6-

9649

    true point of beginning, thence South along
said west line 150 feet to a point, thence North-
easterly in a direct line which bears South 89°17'
East, 75 feet from the true point of beginning
thence North 89°17' West 75 feet to the true
point of beginning.

That said property contains approximately one-eighth of an acre and is fully improved with the owner's home and trees and home garden planted thereon.

### III

    That said property is traversed by said Fallbrook Creek to which it is riparian. That at all times since the ownership of said property, said GEORGE M. JONES has secured his water supply and met his requirements and those of his property from said Fallbrook Creek.

### VIII.

    That all of the lands of all these defendants are situated in a semi arid region of the country and are barren, unproductive and of little value without water, but with water said lands are valuable and highly productive for agriculture and other purposes.

### IX.

    That the reasonable requirements of said defendants JOHN T. OWENS and ELTA C. OWENS for beneficial use on their said lands for irrigation, domestic and other purposes is, and will be twenty-seven (27) acre-feet of water per annum.

    That the reasonable requirements of said defendants FRANK PUCELLI and ANNA SOMACAL for beneficial use on their said lands for irrigation, domestic and other purposes is and will be thirty (30) acre-feet of water per annum.

    That the reasonable requirements of said defendant GEORGE M. JONES for beneficial use on his said land for irrigation,

domestic and other purposes is and will be one hundred thousand (100,000) gallons per year.

X.

That Defendants JOHN T. OWENS and ELTA C. OWENS, as the owners of their said lands hereinbefore described, are the owners of the right to use thereon for irrigation, domestic and other beneficial uses up to twenty-seven (27) acre-feet of water per annum from said Fallbrook Creek.

That defendants FRANK PUCELLI and ANNA SOMACAL, as the owners of their said lands hereinbefore described, are the owners of the right to use thereon for irrigation, domestic and other beneficial uses up to thirty (30) acre-feet of water per annum from said Fallbrook Creek.

That defendant GEORGE M. JONES, as the owner of his said land hereinbefore described, is the owner of the right to use thereon for irrigation, domestic and other beneficial uses up to one hundred thousand (100,000) gallons of water per annum.

That the respective claims of each of said defendants are prior and paramount to the rights of Plaintiff.

WHEREFORE these defendants pray:

1. That Plaintiff take nothing by its action.

2. That JOHN T. OWENS and ELTA C. OWENS be found and declared to be the owners, as against Plaintiff, of a prior and paramount right to beneficially use twenty-seven (27) acre-feet of water per annum on their said premises.

3. That FRANK PUCELLI and ANNA SOMACAL be found and declared to be the owners, as against Plaintiff, of a prior and paramount right to beneficially use thirty (30) acre-feet of water per annum on their said premises.

-8-

3651

4. That GEORGE M. JONES be found and declared to be the owner, as against Plaintiff, of a prior and paramount right to beneficially use up to one hundred thousand (100,000) gallons of water per annum on his said premises.

5. That these defendants have judgment for their costs incurred herein and for such other and further relief as the Court may deem meet and proper.

DATED this 1st day of July, 1952.

SWING, SCHARNIKOW & STANIFORTH

BY _____

Attorneys for defendants
JOHN T. OWENS, ELTA C. OWENS,
FRANK PUCELLI, ANNA SOMACAL
and GEORGE M. JONES.

RECEIVED copy of within
Answer — this
1st day of July, 1952
Asst. U. _____
per Barbara _____
Attorneys for plf

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO I, CALIFORNIA

-9-

9652