IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Mary Rose Liedke
_____Name_____
123 W. Palm Ave.
_____Address_____
El Segundo, California
____City____and____State_____
El Segundo 1306M
_____Telephone Number_____

Defendant

FILED
JUL 1 - 1952
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

UNITED STATES OF AMERICA )
)
                    Plaintiff, )
)
         vs.              )    No. 1247
)
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
)
                   Defendants, )

Comes now the defendant (s) __Mary Rose Liedke__
__123 W. Palm Ave., El Segundo, California__
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Mary Rose Liedke

Subscribed and sworn to before me this
___ day of _June_____, 19_52_
_____ Notary Public
In and for the County of Los Angeles, State of California
My Commission Expires Oct. 9, 1953

9654