IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Walter A. Liedke
Name
123 W. Palm Ave.
Address
El Segundo, California
City and State
El Segundo 1306M
Telephone Number

Defendant

FILED
JUL 1 - 1952
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

UNITED STATES OF AMERICA )
            )
      Plaintiff, )
            )
   vs.      )  No. 1247
            )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
            )
      Defendants, )

Comes now the defendant (s) __Walter A. Liedke__
__123 W. Palm Ave., El Segundo, California__
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

[signature: Walter A. Liedke]

Subscribed and sworn to before me this
__22__ day of __June__, 19__52__
[signature] Notary Public
In and for the County of Los Angeles, State of California
My Commission Expires Oct. 9, 1953

9653