IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Inita M. Mahr
Name
P.O. Box 621
Address
Fallbrook, California
City and State
452
Telephone Number

Defendant

FILED

JUL 7 - 1952

EDMUND L. SMITH, Clerk
By /s/ ...........
Deputy Clerk

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )  No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants. )

Comes now the defendant(s) __INITA M. MAHR, sued herein__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Inita M. Mahr

9656