IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Evelyn Ambriola
Name
Route 2  Box 153-A
Address
Elsinore, California
City  and  State
Main 2349
Telephone Number

Defendant

FILED
JUL 7 - 1952
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

UNITED STATES OF AMERICA,
    Plaintiff,
vs.
FALLBROOK PUBLIC UTILITIES DISTRICT, et al.,
    Defendants,

No. 1247

Comes now the defendant(s) **EVELYN AMBRIOLA, SUED HEREIN**

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Evelyn Ambriola*

9657