IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Iris C. Shapiro
Name
3454 West 48 th St.
Address
Los Angeles       Calif.
City       and       State
AX. 16183
Telephone Number

Defendant

FILED

JUL 7 - 1952

EDMUND L. SMITH, Clerk
By /s/ _____
Deputy Clerk

UNITED STATES OF AMERICA      )
                              )
                   Plaintiff, )
                              )
            vs.               )   No. 1247
                              )
FALLBROOK PUBLIC UTILITY      )
DISTRICT, et al.,             )
                              )
                  Defendants, )

Comes now the defendant (s) __Iris C. Shapiro__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*/s/ Iris C Shapiro*

S655