(SPACE BELOW FOR FILING STAMP ONLY)

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

Attorneys for Defendant FALLBROOK PUBLIC UTILITY DISTRICT

FILED

JUL 7 - 1952

EDMUND L. SMITH, Clerk
By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
               Plaintiff
Vs.
FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of
the State of California, et al.,
               Defendants

CIVIL No. 1247-SD

ADDITIONAL AND SUPPLEMENTAL INTERROGATORIES PROPOUNDED BY FALLBROOK PUBLIC UTILITY DISTRICT TO BE ANSWERED BY PLAINTIFF.

     Comes now defendant FALLBROOK PUBLIC UTILITY DISTRICT and propounds the following additional and supplemental interrogatories for Plaintiff to answer under oath under Rule 33 of the Federal Rules of Procedure:

     1. In answering Supplemental Interrogatory No. 12, Plaintiff says, with reference to the two sewage effluent plants:

> "That since said later date (November 1951) the effluent from said Plant No. One (1) has been returned to the watershed of the Santa Margarita River and the system necessary to effect a like disposition of the effluent from said Plant No. Two (2) is substantially complete."

This defendant requests the date the change over of the discharge of said Plant No. 2 was actually completed and put into operation and effluent from said Plant No. 2 first was returned to the Santa Margarita Watershed and its exportation out of the

watershed discontinued and whether all of the effluent from said Plants No. 1 and No. 2 have been since the completion of the change over of the discharge of the plants been continuously returned to the watershed of the Santa Margarita River. If not, state the periods of time when the effluent was not returned since completion of the change over facilities.

2. In answer to Supplemental Interrogatory No. 18, Plaintiff states:

> "That there has been no study or computation to determine the number of individual land holdings within the watershed of the Santa Margarita River."

This Defendant requests Plaintiff to state whether or not it is a fact that Title Companies were asked by Plaintiff to investigate / compile and report and that said Title Companies did report to Plaintiff the names of record owners within the Santa Margarita Watershed the legal description of their lands and the encumbrance holders against said lands. If so, state the number or estimated number and furnish this defendant with a list of names of all persons whom plaintiff has ascertained by said title reports to have or to claim ownership of or an interest in lands or water rights within the Santa Margarita watershed.

3. In answering Supplemental Interrogatory No. 24, Plaintiff states that investigations have been made "in connection with certain users" and that the data so obtained will be made available provided the defendant secures "written acquiescence from those land owners or their attorneys". Accordingly this defendant requests Plaintiff to supply it with a list of the names of those users whose property and claims have been investigated by it and their attorneys so far as the same are known to Plaintiff.

-2-

4. State whether or not the Santa Margarita River is now flowing into the ocean on Plaintiff's property and for how long it has been so flowing into the ocean since January 1, 1952. Estimate the approximate amount of the flow now wasting into the ocean and the estimated amount on other occasions since January 1, 1952 when the flow into the ocean may have been observed by Plaintiff or its agents, officers or employees.

5. What are the amounts and relative priorities of the various riparian, appropriative and prescriptive water rights to the flow of the Santa Margarita River which have been or which the United States is willing to recognize and what are the ultimate amounts of such water rights which the United States is willing to recognize.

6. What is the legal description of the various tracts of land in private ownership which are now riparian to the Santa Margarita River and its tributaries and the acreage of each tract of arable land irrigable from the Santa Margarita River and its tributaries so far as are known to Plaintiff.

7. With regard to Temecula Indian Reservation, what are the present and ultimate acreages of arable land irrigated or irrigable from the Santa Margarita River or its tributaries, the capacity of existing diversion and distribution works, if any, and the amount of water historically diverted.

DATED: July 3, 1952.

SWING, SCHARNIKOW & STANIFORTH

BY _____
Attorneys for defendant
FALLBROOK PUBLIC UTILITY DISTRICT

-3-

1181