## AFFIDAVIT OF SERVICE BY MAIL (C. C. P. 1013a)

(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO  }
STATE OF CALIFORNIA  }  ss.

No.   CIVIL NO. 1247-SD

.......MARIAN W. ALLEN..................................................... being duly sworn, says, that affiant is a citizen
of the United States, over 18 years of age, a resident of San Diego County and not a party to the within action

That affiant's ~~residence X~~ business address is San Diego, California
                                              604 San Diego Trust & Savings Bldg.

That affiant served the attached BY FALLBROOK PUBLIC UTILITY DISTRICT TO BE ANSWERED BY
                                 ADDITIONAL AND SUPPLEMENTAL INTERROGATORIES PROPOUNDED
                                 PLAINTIFF

by placing a true copy thereof in an envelope addressed to Mr. William H. Veeder, Special Assistant

to the Attorney General, c/o Miss Barbara Doe

at ~~their~~ ~~XXX~~ office address, which is U. S. Custom and Court House Building
   ~~residence XXX~~
                              325 West "F" Street, San Diego, California

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on July 5

........................................., 195.2., deposited in the United States Post Office at..........................

...........San Diego, California...... That there is delivery service by the United States mail at the place

so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me

July 5                                   , 195.2   Marian W Allen

_____
Notary Public in and for the County of San Diego, State of California

(SEAL)

1182

FORM 17-A CO. CLK. 5M 10-50 ACME