Yankwich
7/8/52

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**SOUTHERN** DIVISION

U.S.A.,

        Plaintiff

vs

Fallbrook Public Utility District,
 et al.,
        Defendants.

No. 1247-SD    Civil

MINUTES OF THE COURT

Date: **July 8, 1952,**

At: **San Diego,**    Calif.

PRESENT: The Honorable __LEON R. YANKWICH__ District Judge;
       Francis E. Cross, 2:20 PM,
 Deputy Clerks: J.M.Horn, 10 AM.  Reporter: **Marie Zellner**

 Counsel for Plaintiff : Wm H. Veeder, Spec. Ass't to Att'y Gen'l, U.S.A.

 Counsel for Defendant : Phil D. Swing for Fallbrook Public Utility Dist.
  W.B. Dennis for def't Santa Margarita Mutual Water Co.
  Arvin B. Shaw, Deputy Att'y Gen'l, for Intervener, State of Calif.
  L.M. Wright for Defendants Vail, (not officially)
  Gavin M. Craig for State Div. of Water Resources.

PROCEEDINGS: For pretrial hearing; and for hearing on motion of defendant Fallbrook Public Utility District for further answers and to make answers given to interrogatories more specific, pursuant to notice thereof filed June 20, 1952; and for hearing motion of Intervener, State of California, for leave to amend answer, pursuant to notice thereof, filed June 23, 1952.

 Statements are made respectively by the Court, and by Attorneys Veeder, Swing, Dennis, and Shaw.

 Motion of Attorney Shaw to amend the Answer is submitted.

 Attorney Swing makes a statement. Counsel discuss the allegations in the complaint.

 At 4:16 PM Court orders further proceedings herein continued to 10 AM, July 9, 1952.

XXXXXXXXXXXXXXXX

EDMUND L. SMITH, Clerk,
By _FRANCIS E. CROSS_, Deputy Clerk.

1212