7/9/52

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**SOUTHERN** DIVISION

| | |
|---|---|
| U.S.A., <br><br> Plaintiff <br> vs <br> Fallbrook Public Utility District, et al., <br> Defendants. | No. **1247-SD** Civil <br> MINUTES OF THE COURT <br> Date: **July 9, 1952,** <br> At: **San Diego,** Calif. |

PRESENT: The Honorable **LEON R. YANKWICH** District Judge;

Deputy Clerk: **Francis E. Cross**   Reporter: **Marie Zellner**

Counsel for Plaintiff :  Wm H. Veeder, Spec. Ass't to Att'y Gen'l.

Counsel for Defendants:  Phil D. Swing for Fallbrook Public Utility Dist.
 W. B. Dennis for def't Santa Margarita Mutual Water Co.
 Arvin B. Shaw, Deputy Att'y Gen'l, for intervener, State of California.
 Gavin M. Craig, for State Div. of Water Resources.
 David W. Agnew for Dep't of Navy.

PROCEEDINGS: For further pretrial hearing; and for hearing on motion of defendant Fallbrook Public Utility District for further answers and to make answers given to interrogatories more specific, pursuant to notice thereof filed June 20, 1952; and for hearing on motion of intervener, State of California, for leave to amend answer, pursuant to notice thereof filed June 23, 1952. (Note: taken under submission on July 8, 1952).

 At 10:20 AM court reconvenes in Chambers, and Court orders further pretrial hearing proceed. Attorneys Shaw, Veeder, Dennis, and Swing, each, respectively, makes a statement.
 Court and counsel discuss contentions of Santa Margarita Mutual Water Co.
 Attorney Dennis makes a statement.
 At 11:54 AM court recesses to 2 PM, in Chambers.
 At 2:08 PM court reconvenes herein in open court and Attorneys Veeder, Swing, Dennis, Shaw, and Craig being present, and Attorney Agnew also being present; Attorney Shaw makes a statement. Court makes a statement and orders that pretrial hearing proceed.
 Court and counsel make statements re Santa Margarita Mutual Water Co.'s issues. Attorney Veeder makes a statement.
 Counsel and Court make statements re issues involved in Fallbrook Public Utility District, and Attorney Swing makes a statement in connection therewith.
 Statements are made respectively by Attorneys Veeder and Swing and by the Court.
 IT IS ORDERED, on motion of Attorney Dennis, that all defendants who have not answered, have until Sept. 15, 1952, to answer or appear.

 Court declares a recess at 4:17 PM, until 10 AM, July 10, 1952, for further proceedings herein.

EDMUND L. SMITH, Clerk,
By *FRANCIS E. CROSS*, Deputy Clerk.

1213