EDMUND G. BROWN, Attorney General,
ARVIN B. SHAW, JR., Assistant Attorney General,
B. ABBOTT GOLDBERG, Deputy Attorney General,
835 Rowan Building, Los Angeles 13, Calif.
        MAdison 6-0161

Attorneys for the People of the State
of California, Defendant in Intervention.

**FILED**

JUL 10 1952

EDMUND L. SMITH, Clerk

By ........................
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT IN AND

FOR THE SOUTHERN DISTRICT OF CALIFORNIA,

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff<br>        vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>ET AL.,<br><br>                    Defendants,<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Defendant in Intervention. | Civil No. 1247-SD.<br><br>AMENDMENT TO<br>INTERVENOR'S ANSWER. |

        Comes now intervenor and amends its Answer herein filed by

adding thereto, at the end of the "Second Defense", appearing on

pa ge 2 of said Answer, the following "Third Defense";

                    THIRD DEFENSE,

        Intervenor appears in the sovereign, governmental and pro-

prietary capacities of the State of California, in its own interest

and for the protection of its own rights; also as parens patriae, in

the interest of and for the protection of all its citizens, resi-

dents, land owners and water users, and to protect the integrity

and proper application of its Constitution and laws respecting water

and the use thereof, water rights, contracts, property and property

rights; also, as provided in Section 102 of the Water Code of

California, as the absolute owner of all water within the State,

                            -1-

                                        1183

provided that the right to use water may be acquired in any manner

recognized by the law of California, and as owner of the right of

reversion of any rights of use of such water which may be

forfeited or otherwise terminated for non-use or otherwise; and

alleges that it owns and holds and is entitled to the rights,

powers and privileges in this defense set out; Alleges further

that the public interest and welfare require that in the decree

herein the Court define and declare each and every water right

involved herein as against each and every other water right herein

involved.

WHEREFORE, the People of the State of California pray that

the rights of all parties to the within entitled action in and to

the waters of the Santa Margarita River stream system and the use

thereof be adjudicated in accordance with the laws of the State of

California, and that the decree in this proceeding so recite.

EDMUND G. BROWN, Attorney General,

ARVIN B. SHAW, JR.,
Assistant Attorney General

B. ABBOTT GOLDBERG,
Deputy Attorney General.,

By *Arvin B. Shaw jr*
Attorneys for the People of
the State of California,
Defendant in Intervention

-2-

1184