UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**SOUTHERN** DIVISION

| | |
|---|---|
| U.S.A.<br><br>　　　　　　　　　　Plaintiff<br>　vs<br>Fallbrook Public Utility District,<br>　et al.,<br>　　　　　　　　　　Defendants. | No. **1247-SD**　　　Civil<br>MINUTES OF THE COURT<br>Date: **July 10, 1952,**<br>At: **San Diego,**　　　Calif. |

PRESENT: The Honorable **LEON R. YANKWICH**　　District Judge;

　Deputy Clerk: **Francis E. Cross,**　　Reporter: **Marie Zellner,**

　Counsel for Plaintiff l: Wm H. Veeder, Spec. Ass't to Att'y Gen'l.

　Counsel for Defendants:  Phil D. Swing for Fallbrook Public Utility Dist.
　　W.B. Dennis for def't Santa Margarita Mutual Water Co.
　　Arvin B. Shaw, Deputy Att'y Gen'l, for Intervener, State of California.
　　Gavin M. Craig for State Div., of Water Resources.
　　David W. Agnew for Dep't of Navy (with Att'y Veeder).

　PROCEEDINGS: For further pretrial hearing, and for hearing on motion of defendant Fallbrook Public Utility District for further answers and to make answers given to interrogatories more specific, pursuant to notice thereof filed June 20, 1952; and for hearing on motion of intervener, State of Calif., for leave to amend answer, pursuant to notice thereof, filed June 23, 1952. (Note: taken under submission on July 8, 1952.)
　　Court convenes herein at 10 AM. Court makes a statement and Attorney Shaw makes a statement.
　　Attorney Shaw presents in behalf of State of Calif., defendant in intervention, proposed amendment to intervener's answer, and Attorney Veeder argues in opposition. Attorney Shaw makes a statement.
　　Court orders that "Amendment to Intervener's Answer" be filed.
　　Each of Attorneys Shaw and Dennis makes a statement.
　　At 11:25 AM court recesses. At 11:37 AM court reconvenes herein and all being present as before, Court orders pretrial hearing resumed.
　　Court makes a statement. Other counsel make statements.
　　Counsel will present certain orders to the Court re pretrial.

　At 12:25 PM Court declares a recess herein to 9 AM, July 11, 1952, for (1) further hearing on interrogatories, (2) setting cause for trial, and (3) view of the premises.

XXXXXXXXXXXXX

　　　　　　　　　　　　　　　　　EDMUND L. SMITH, Clerk,
　　　　　　　　　　　　　　　　　By **FRANCIS E. CROSS** Deputy Clerk.