UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**SOUTHERN** DIVISION

U.S.A.,                             ) No. **1247-SD**        Civil
                                    )
                                    ) MINUTES OF THE COURT
                   Plaintiff        )
        vs                          ) Date: **July 11, 1952,**
Fallbrook Public Utility District,  ) At: **San Diego,**     Calif.
    et al.,                         )
                                    )
                   Defendants.      )

PRESENT: The Honorable **LEON R. YANKWICH**         District Judge;

Deputy Clerk: **Francis E. Cross**     Reporter: **Marie Zellner**

Counsel for Plaintiff: Wm H. Veeder, Spec. Ass't to Att'y Gen'l.

Counsel for Defendants: Phil D. Swing for Fallbrook Public Utility Dist.
    W.B. Dennis for def't Santa Margarita Mutual Water Co.
    Arvin B. Shaw, Deputy Att'y Gen'l, for Intervener, State of California.
    Gavin M. Craig for State Div. of Water Resources.
    David W. Agnew for Dep't of Navy.
    L.M. Wright for Deft's Vail, present unofficially.

PROCEEDINGS: For further hearing on motion of def't Fallbrook Public Utility District for further answers and to make answers given to interrogatories more specific, pursuant to notice thereof filed June 20, 1952.
    For (1) further hearing on interrogatories; (2) setting cause for trial; (3) view of premises.
    At 9:13 AM court convenes herein. Court makes a statement re proposed pretrial order to be prepared. Each of Attorneys Veeder and Swing makes a statement.
    On question of interrogatories the Court makes a statement.
    There are filed answers to interrogatories of def't Tommy Rawson and of def't Cosette S. Garner.
    Attorney Swing makes a statement re interrogatories. Court makes statement re interrogatories. Attorney Veeder makes a statement.
    It is ordered that certain data be prepared not later than thirty days prior to date of trial. Further discussion takes place re interrogatories. Attorney Dennis makes a statement.
    At 10:12 AM court recesses. At 10:19 AM court reconvenes herein, and all being present as before, Court orders case set for trial at San Diego for Oct. 21, 1952, 10 AM. counsel, clerk and court and court reporter
    At 10:35 AM Court leaves to view the premises, and after viewing the premises in question, Court, counsel, clerk, and court reporter return to San Diego at 5:35 PM.

EDMUND L. SMITH, Clerk,           1214

By **FRANCIS E. CROSS**, Deputy Clerk.