IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Charles B. Withrow
Lola Fay Withrow
_____
Name
Rt. 1, Box W29
_____
Address
Elsinore, California
_____
City          and          State
Main 2014
_____
Telephone Number

Defendant

FILED

JUL 11 1952

EDMUND L. SMITH, Clerk
By _____
Deputy Clerk

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

    Defendants,

No. 1247

Comes now the defendant(s) __Charles B. Withrow   and   Lola Fay Withrow__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Charles B. Withrow*
*Lola Fay Withrow*

9666