WILLIAM STINEHART
Attorney At Law
5045 Wilshire Boulevard
Los Angeles 36, California
Telephone: WEbster 1-1911

FILED

JUL 11 1952

EDMUND L. SMITH, Clerk
By Charles A. Deitz
            Deputy Clerk

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

SOUTHERN DISTRICT OF CALIFORNIA SOUTHERN DIVISION

\* \* \*

UNITED STATES OF AMERICA,  )
                           )
           Plaintiff,      )
                           )   NO. 1247
    vs.                    )
                           )       A N S W E R
FALLBROOK PUBLIC UTILITY DISTRICT, Et Al  )
                           )
           Defendants.     )

\* \* \*

COMES NOW THE DEFENDANT, ALBERS MILLING COMPANY, and for itself answers the complaint herein as follows:

I

The Defendant being without knowledge or information sufficient to form a belief as to the truth of each and every averment and/or allegation contained in Plaintiff's complaint and placing its denial on that ground, denies each and every averment and/or allegation set forth in said complaint.

WHEREFORE, Defendant prays that Plaintiff take nothing and that Defendant be dismissed with its costs.

                                William Stinehart
                                Attorney for Defendant, Albers
                                Milling Company.

9667

TROY V. COX

being by me first duly sworn, deposes and says: that he is the ___VICE PRESIDENT___

ALBERS MILLING COMPANY, Defendant

in the above entitled action; that he has _____ read the foregoing _____

ANSWER

and knows the contents thereof; and that the same is true of ___his___ own knowledge, except as to the matters which are therein stated upon ___his___ information or belief, and as to those matters that he believes it to be true.

Subscribed and sworn to before me this

___11th___ day of ___July___, 19_52_

_____
Notary Public in and for the County of Los Angeles
State of California
(SEAL)
My Commission Expires Feb. 3, 1953

_____ Troy V. Cox _____

Received copy of the within_____ this _____ day of _____, 19____

Attorney____ for_____

Received copy of the within_____ this _____ day of _____, 19____

Attorney____ for_____

---

**(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C. C. P.)**

STATE OF CALIFORNIA, } ss.
County of Los Angeles }

___Louise Barnes___ being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of Los Angeles; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is ___5045 Wilshire Blvd., Los Angeles 36, Calif.___

that on the ___11th___ day of ___July___, 19_52_, affiant served the within ___Answer___ on the ___Plaintiff___ in said action, by placing a true copy thereof in an envelope addressed to the attorney____ of record for said ___Plaintiff___ at the office address of said attorney____, as follows:

Betty Marshall Graydon
1405 Fifth Avenue, Room 301
San Diego, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States Post Office at Los Angeles, California, where is located the office of the attorney____ for the person____ by and for whom said service was made. That there is delivery service by the United States mail at the place so addressed or ** there is a regular communication by mail between the place of mailing and the place so addressed. and

Subscribed and sworn to before me this ___11th___
day of ___July___, 19_52_

_____
Notary Public in and for the County of Los Angeles, State of California.
(SEAL)  My Commission Expires Feb. 3, 1953

___Louise Barnes___

* Here quote from envelope name and address of addressee.
** When the letter is addressed to a post office other than "Los Angeles" strike out "and"; when addressed to "Los Angeles," strike out "or".
WOLCOTTS FORM 862

COPY RECEIVED

9668