FLORENCE A. ANDERSON
Attorney at Law
918 C. C. Chapman Bldg.
756 South Broadway
Los Angeles 14, Cal.
TRinity 7553

Attorney for Defendant
Julienne Vaasa Robinson.

FILED

JUL 11 1952

EDMUND L. SMITH, Clerk

By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
           Plaintiff, )   No. 1247 - Civil
   vs. )
                      )   ANSWER OF
FALLBROOK PUBLIC UTILITY )   JULIENNE VAASA ROBINSON.
DISTRICT, a public service
corporation of the State of )
California, et al.,
                    )
          Defendants. )

Comes now the defendant Julienne Vaasa Robinson, and separating herself from the other defendants, alleges, denies and admits as follows:

I.

Answering defendant alleges that she is without knowledge or information sufficient to form a belief as to the truth of plaintiff's allegation that the above entitled action was commenced or that the complaint was filed "at the request of the Secretary of the Department of the Navy" and therefore denies said allegation.

II.

Answering paragraph I of the complaint, answering defendant denies that any "actual controversy" or any controversy at all, had arisen prior to the commencement of this action or has arisen as between the United States of America and this defendant, as alleged

S677

1  in said paragraph and that as to the other defendants, this defend-
2  ant alleges that she is without knowledge or information sufficient
3  to form a belief as to the truth of the allegation that an actual
4  controversy has arisen between the United States of America and the
5  defendants named herein and therefore denies said allegation.
6  Further answering paragraph I of the complaint, this defendant
7  denies that she has unlawfully or otherwise interfered with the
8  rights of the United States of America.

9                              III.

10      Answering paragraph II of the complaint, this defendant ad-
11  mits that the United States of America acquired the Rancho Santa
12  Margarita at the times alleged in said paragraph and thereafter
13  developed and installed the military establishments and constructed
14  the facilities referred to in said paragraph, on portions of said
15  Rancho, but this defendant is informed and believes, and therefore
16  alleges the fact to be that the said military establishments do not
17  occupy all of the 135,000 acres acquired by the United States of
18  America in the Counties of San Diego and Orange, State of Califor-
19  nia, nor are all of said 135,000 acres utilized for military pur-
20  poses but that several thousand acres of land, the exact amount be-
21  ing unknown to this defendant, has been, at all times since said
22  property was acquired by the United States of America, and now is
23  occupied, used and devoted to commercial farming, said land being
24  rented out in varying sized tracts to various private persons,
25  firms and corporations for that purpose.  This defendant is without
26  knowledge or information sufficient to form a belief as to the truth
27  of the remaining allegations contained in said paragraph and there-
28  fore denies each and every other allegation.

29                              IV.

30      Answering paragraph III of the complaint, this defendant al-
31  leges that she is without knowledge or information sufficient to form
32  a belief as to the truth of the matters alleged therein and therefore

9679

1  denies all the allegations of said paragraph.  However, this defend-
2  ant alleges that if it be true that the State of California has
3  ceded any jurisdiction to the United States of America over said
4  land, such cession was only operative and effective to the extent
5  and for the time that said tract of land was to be used and actual-
6  ly was used for the purpose of erecting and maintaining forts,
7  magazines, arsenals, dockyards and other needful buildings thereon
8  and was not intended to, and in fact did not, extend to the thou-
9  sands of acres of land occupied, used and devoted to commercial
10  farming by private persons, which this defendant is informed and
11  believes to be the fact ever since the United States acquired said
12  land.

13                              V.

14      Answering paragraph IV of the complaint, this defendant does
15  not have sufficient knowledge, information or belief to enable her
16  to answer the allegations therein to the effect that salt water
17  intrusion from the Pacific Ocean threatens the destruction of said
18  basin or that two wells have been destroyed by reason of that intru-
19  sion, and therefore denies said allegations.  This defendant admits
20  that the Santa Margarita River traverses a portion of the property
21  of plaintiff but alleges that it is a non-navigable stream.  Admits
22  that in the dry season of the year the surface stream customarily
23  and ordinarily disappears at a point on the lands of the United
24  States at approximately 8 miles from the ocean, sinking into the
25  sands and gravel at its bed and channel.  That later it re-appears
26  as a surface stream two or three miles below, thence flowing as a
27  surface stream but diminishing in volume to its confluence with
28  tidewater.  This defendant alleges that at various other points and
29  places above plaintiff's said property the river disappears as a
30  surface stream and sinks into the sands and gravels of one or more
31  of the numerous basins which exist underneath each of the valleys
32  which are found along the said river and along its several tribu-

1   taries before said river enters the property of plaintiff.  Alleges

2   that no portion of any of these basins form any part of the basin

3   or basins which underlie plaintiff's said property nor to any part

4   of the basins underlying any portion of plaintiff's said property.

5        This defendant denies that she has in any way encroached upon

6   any rights which plaintiff may have or by her alleged encroachment,

7   threatens a destruction of the basin referred to in said complaint.

8   Denies that the activities of this defendant has in any way en-

9   croached upon or through her alleged encroachment upstream, she has

10  reduced the quantities available to the United States of America

11  from the "subterranean sources" mentioned in said paragraph, or that

12  there has been a reduction in the surface flow of the Santa Margar-

13  ita River through the alleged encroachment of this defendant.

14  Denies that any acts of this defendant has damaged any rights or

15  property of plaintiff.

16       This defendant alleges that, if it is true that there exists

17  a threat of salt water intrusion into the basin or basins in which

18  plaintiff's well or wells are located, or if it is true that two of

19  plaintiff's wells have been destroyed by reason of such intrusion,

20  such injury, or threatened injury, was not the result of the activi-

21  ties of this defendant, nor brought about through her alleged en-

22  croachment upstream, but was, in part at least, the result of a

23  severe and protracted drought affecting all of Southern California

24  and affecting not only the wells of plaintiff but all wells in the

25  Santa Margarita watershed and also wells in every other watershed

26  throughout Southern California.  Furthermore, this defendant is in-

27  formed and believes, and therefore alleges the fact to be that

28  plaintiff's injury, or threatened injury, if any, was brought about

29  principally as the direct result of plaintiff's misuse of the basin

30  or basins underlying its said property and the mismanagement of its

31  said wells and the operation thereof, and in the misuse and mis-

32  application of the water produced therefrom and the wrongful, exces-

3880

1  sive and unreasonable diversions and uses and places of use of said
2  water, including the exportation by plaintiff of large quantities of
3  said water beyond the basin and watershed of said Santa Margarita
4  River from whence said water, or any part thereof, could never return.
5    As to the allegation that "underlying the river and its tribu-
6  taries is a vast underground basin" and that "the basin as a whole
7  creates a large underground reservoir into which a high proportion
8  of the Santa Margarita River sinks" and that "this vast subterranean
9  reservoir constitutes one of the principal sources of water for the
10  military purposes declared above", this defendant alleges that she
11  is without knowledge and information sufficient to form a belief as
12  to the truth of said allegations and therefore denies each and every
13  one of said allegations.
14         VI.
15    Answering paragraph V of the complaint, this defendant admits
16  the trial of the suit referred to in said paragraph, being Action
17  No. 42950 in the Superior Court of the State of California in and
18  for the County of San Diego, but alleges that the decision of the
19  trial court was reversed by the Supreme Court of the State of Cali-
20  fornia (Rancho Santa Margarita v. Vail, 11 C. (2) 501) and there-
21  after a Stipulation or Agreement was entered into between the plain-
22  tiff in said action and the defendant Vail interests calling for the
23  entry of the stipulated judgment therein, a copy of which is attach-
24  ed to and made a part of plaintiff's complaint as Exhibit "A".  This
25  defendant denies that the parties to said litigation declared their
26  rights or fixed their aliquot shares of all the waters of the Santa
27  Margarita River, premised upon the findings of the trial court or
28  upon the decision of the California Supreme Court when the matter
29  was on appeal before it.  This defendant denies that she or her pre-
30  decessors in interest were parties to said suit or to said stipula-
31  tion and denies that any of the rights of this defendant in the
32  Santa Margarita River or its tributaries were adjudicated in said

3695

1  suit or fixed by said judgment.  This defendant alleges that she is
2  not bound in any way by said stipulated judgment, nor are her
3  rights limited or controlled by it.  This defendant is without
4  knowledge or information sufficient to form a belief as to the
5  truth of the remaining allegations in said paragraph and therefore
6  denies each and all of said other allegations.

7                              VII.

8      Answering paragraph VI of the complaint, this defendant ad-
9  mits that plaintiff is the successor in interest of the Rancho
10 Santa Margarita but denies that it is entitled to, or can claim, as
11 against this defendant, all rights, titles, interest and privileges
12 purported to have been given to said Rancho Santa Margarita by the
13 said stipulated judgment, or that plaintiff is entitled to or can
14 claim, as against this defendant, any more water than the amount
15 which is or may be reasonably and actually required for riparian
16 uses and purposes on that portion of said Rancho Santa Margarita
17 which is actually riparian to said Santa Margarita River, which
18 amount of water is, under present conditions, as this defendant is
19 informed and believes, and therefore alleges the fact to be, not to
20 exceed 2,620 acre-feet per annum.

21                             VIII.

22     Answering paragraph VII of the complaint, this defendant al-
23 leges that she is without knowledge or information sufficient to
24 form a belief as to the truth of the allegations therein contained
25 and therefore denies each and all of said allegations.

26                              IX.

27     Answering paragraph VIII of the complaint, this defendant
28 denies that plaintiff has a paramount right to 35,000 acre-feet of
29 water annually or a paramount right to any quantity of water except
30 as herein admitted.  Defendant alleges that she is without knowledge
31 or information sufficient to form a belief as to the truth of the
32 other allegations contained in said paragraph and therefore denies

9882

1  each and all of the other allegations of said paragraph not herein
2  specifically admitted.

### X.

4      Answering paragraph IX of the complaint, this defendant
5  denies that she has made any diversions from the Santa Margarita
6  River in violation of rights of the United States of America; denies
7  that this defendant by reason of her diversions from the Santa Mar-
8  garita River has caused the intrusion of salt water from the Pacific
9  Ocean, or otherwise caused damage to the United States of America;
10  denies that she has repeatedly or at all, through overt acts or
11  otherwise, displayed her disregard for the rights of the United
12  States of America or declared claims in contravention of the rights
13  of the United States of America.  This defendant denies that her
14  rights were acquired subsequent to the rights of the United States
15  of America; denies that this defendant has asserted that her rights
16  were or are paramount to the rights of the United States of America
17  except as set forth in the Second Defense of this Answer to which
18  reference is hereby made for the nature and extent of said asserted
19  rights and claims; denies that she has proceeded to encroach upon
20  or is now encroaching upon, or threatens to encroach upon, the water
21  supply of Camp Pendelton, the United States Naval Hospital or the
22  Naval Ammunition Depot.  This defendant is informed and believes and
23  therefore alleges that but for plaintiff's excessive diversions,
24  unreasonable uses and wrongful exportation of water to places out-
25  side the basin and watershed of Santa Margarita River, as alleged
26  in paragraph V hereof, there would be a sufficient supply of water
27  to meet the rightful needs and lawful requirements of plaintiff and
28  of this defendant.

29      This defendant is without knowledge or information sufficient
30  to form a belief as to the truth of the remaining averments in said
31  paragraph IX contained and therefore denies both generally and spe-
32  cifically each and all of the said allegations except as herein ex-

9693

1  pressly admitted or expressly denied.

2      FOR A FURTHER, SECOND AND SEPARATE DEFENSE, THIS DEFENDANT

3  ALLEGES:

4                          I.

5      That this defendant is the owner of and in possession of all

6  that certain real property situate, lying and being in the County of

7  San Diego, State of California, particularly described as follows:

8          Lot 3 of Section 13, in Township 8 South, Range 1

9          West, San Bernardino Meridian, California,

10  containing approximately 12 acres.

11      That the record title to said described land is vested in

12  Julienne Vaasa Robinson.

13                        II.

14      That all of said land is located in a semi-arid region of the

15  country and without water is unproductive and of little value and is

16  hardly inhabitable, but with water the whole thereof is highly pro-

17  ductive and of great value, and is under cultivation.

18                      III.

19      That the land of this defendant hereinabove described has

20  been at all times, and now is, farmed and operated as a unit with

21  adjoining lands, and the waters produced from one well are inter-

22  mingled with the waters produced from the other wells located on

23  said adjoining lands and used wherever on the ranch seemed best and

24  expedient.

25                      IV.

26      That this defendant as the owner of said above described

27  lands is the owner of the riparian water rights and the right to take

28  a reasonable quantity of water from said Santa Margarita River and

29  its several tributaries for beneficial use on the lands riparian

30  thereto.  That this defendant is the owner of the right to take from

31  said creeks and watercourses and from the strata of underground per-

32  colating water such amount of acre-feet per annum as shall be reason-

8684

1  ably necessary for domestic, irrigation and stock water purposes
2  and that said right of this defendant is correlative with the right
3  of plaintiff to take a reasonable amount of water of the Santa Mar-
4  garita River for reasonable, beneficial and riparian uses on its
5  riparian lands which at the present time, as this defendant is in-
6  formed and believes and therefore alleges to be, not exceeding
7  2620 acre-feet per annum.  That as to all other rights and claims
8  of rights of plaintiff in and to the waters of said Santa Margarita
9  River and its tributaries, the rights of this defendant as the
10 owner of said above described land, are paramount thereto.
11       WHEREFORE, This defendant prays:
12       1.  That plaintiff take nothing by its action;
13       2.  That this defendant be found and declared to be the own-
14 er, as against the plaintiff herein, of a prior and paramount right
15 to all the waters and water supply developed, and to be developed,
16 on her said land;
17       3.  That this defendant be found and declared to be the own-
18 er, as against the plaintiff herein, of a right to beneficially use
19 on all of the land hereinabove described, a reasonable amount of the
20 waters of the Santa Margarita River and its tributaries and a rea-
21 sonable amount of the percolating waters underlying said lands
22 as shall be reasonably necessary per annum, and that said right be
23 found and declared to be correlative with the right of plaintiff to
24 use a reasonable amount of the waters of the Santa Margarita River
25 on its riparian lands for riparian purposes; that as against all
26 other rights and claims of rights of plaintiff to the waters of said
27 Santa Margarita River and its tributaries, the said rights of this
28 defendant be declared to be prior and paramount thereto.
29       4.  That this defendant have judgment for her costs incurred
30 herein, and for such other and further relief as may to the Court
31 seem meet and proper.
32
                                    *Florence A. Anderson*
                              Attorney for Defendant Julienne
                                    Vaasa Robinson.

9

9695

STATE OF CALIFORNIA.  
County of Los Angeles } ss.

_____ Julienne Vaasa Robinson, _____

being by me first duly sworn, deposes and says: That _s_he is _one of the defendants named_

_____

_____

_____

in the foregoing and above entitled action; that _s_he has_____ read the foregoing _Answer_

_____

and knows the contents thereof; and that the same is true of h_er_ own knowledge, except as to the matters which are therein

stated upon h_er_ information or belief, and as to those matters that ___She believes it to be true._____

_____

_____

SUBSCRIBED AND SWORN to before me this _Julienne Vaasa Robinson_

_9th_ day of _July_ 19_52_

_____
Notary Public in and for said County and State.

NOTARIAL
SEAL

(AFFIDAVIT OF SERVICE BY MAIL—1013a, C. C. P.)

STATE OF CALIFORNIA,  
County of Los Angeles } ss.

_____ F. A. Anderson, _____ being first duly sworn, says: That affiant is a citizen of the

United States and a resident of the county of Los Angeles; that affiant is over the age of eighteen years and is not a party to the

within above entitled action; that affiant's _business_ _residence_ address is _918 C. C. Chapman Bldg., 756 South_

_Broadway, Los Angeles 14, California;_ .

that on the_____ _10th_ _____day of_ _July_ _____, 19_52_, affiant served

the within _Answer_

on the _plaintiff_ _____ in said action, by placing a true copy thereof in an envelope

addressed to the attorney— of record for said _plaintiff_ _____ at the

_residence_
office   address of said attorney____ as follows *" _Betty Marshall Graydon, Assistant U. S._
_Attorney, 325 West "F" Street, San Diego 1, California,_ ";
and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States Post Office at
Los Angeles, California, where is located the office of the attorney— for the person— by and for whom said service was made.
That there is delivery service by the United States mail at the place so addressed or •*• there is a regular communication by
mail between the place of mailing and the place so addressed.   and

Subscribed and sworn to before me this _10th_ _____

day of ___July___ _____ 19_52_.

_____
Notary Public in and for the County of Los Angeles, State of California.
(SEAL)
* Here quote from envelope name and address of addressee.
'When the letter is addressed to a post office other than "Los Angeles" strike out "and"; when addressed to "Los Angeles," strike

_F. A. Anderson_

9696