```
                                                        FILED
 1              IN THE UNITED STATES DISTRICT COURT
            IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA    JUL 14 1952
 2                      SOUTHERN DIVISION
                                                         EDMUND L. SMITH, Clerk
 3                                                       By _____
                                                                    Deputy Clerk
 4   UNITED STATES OF AMERICA,        )
                                      )        NO.   1247-SD
 5                  Plaintiff,        )
                                      )
 6            v.                      )        AFFIDAVIT OF SERVICE BY MAIL
                                      )
 7   FALLBROOK PUBLIC UTILITY DISTRICT,)
     a public service corporation of the)
 8   State of California, COSETTE S. GARNER)
     and JACK GARNER, et al. Defendant(s))
 9   UNITED STATES OF AMERICA         )
                                      ) ss.
10   SOUTHERN DISTRICT OF CALIFORNIA  )
```

11

12          Barbara V. Doe      , being first duly sworn, deposes and says:

13          That (s)he is a citizen of the United States and a resident of San

14   Diego County, California;  that (his) (her) business address is 325 West "F"

15   Street, San Diego 1, California;  that (s)he is over the age of eighteen years,

16   and is not a party to the above-entitled action;

17          That on   July 14, 1952    , (s)he deposited in the United States Mail

18   at San Diego, California, in the above-entitled action, in an envelope bearing

19   the requisite postage, a copy of   ANSWERS TO INTERROGATORIES OF DEFENDANTS,

20          COSETTE S. GARNER AND JACK GARNER (with accompany exhibits)

21

22   addressed to   Swing & Gillespie
                    Attorneys at Law
23                  313 Central Building
                    San Bernardino, California

24   his last known address, at which place there is a delivery service of mail

25   from the United States Post Office.

26                                                    *Barbara V. Doe*

27   SUBSCRIBED and SWORN to before me,                Barbara V. Doe

28   this   14th day of   July   , 19 52

29   EDMUND L. SMITH, CLERK,
     U. S. District Court
30   Southern District of California

31
     By _____
32                    Deputy

                                                              1207