LAUNER, CHAFFEE & LAUNER
ATTORNEYS AT LAW
BANK OF AMERICA BUILDING
FULLERTON, CALIFORNIA

ATTORNEYS FOR

Defendants

FILED
JUL 14 1952
EDMOND L. SMITH, Clerk
By_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                    Plaintiff, )  No. 1247-Civil
     vs. )
FALLBROOK PUBLIC UTILITY DISTRICT, )  ANSWER TO COMPLAINT
a public service corporation of the )
State of California, et al., )
                    Defendants. )

- - - - - - - - - - - - - - - - - - - -

Come now defendants MAX M. HENDERSON and AURELIE S. HENDERSON, appearing for themselves alone, and answering plaintiff's complaint on file herein, admit, deny and allege as follows:

I

Answering Paragraph II thereof, defendants, having no information or belief upon the subject mentioned therein, and placing their denial on that ground, deny each and every allegation contained therein.

II

Answering Paragraph III thereof, defendants, having no information or belief upon the subject mentioned therein, and placing their denial on that ground, deny each and every allegation contained therein.

III

Answering the allegations contained in the last three

8669

-1-

sentences of Paragraph IV thereof, defendants, having no information or belief upon the subject mentioned therein, and placing their denial on that ground, deny each and every allegation contained therein.

IV

Answering Paragraph VI thereof, defendants deny each and every allegation therein contained.

V

Answering Paragraph VII thereof, defendants, having no information or belief upon the subject mentioned therein, and placing their denial on that ground, deny each and every allegation contained therein.

VI

Answering Paragraph VIII thereof, defendants deny each and every allegation therein contained.

VII

Answering Paragraph IX thereof, defendants deny each and every allegation therein contained.

WHEREFORE, defendants pray that plaintiff take nothing by reason of its complaint on file herein, and that these defendants be awarded costs of suit incurred herein and for such other and further relief as to the Court may seem proper.

LAUNER, CHAFFEE & LAUNER

By /s/ Robert E. Ward
Attorneys for Defendants

LAUNER, CHAFFEE & LAUNER
ATTORNEYS AT LAW
BANK OF AMERICA BUILDING
FULLERTON, CALIF.
LAMBERT 5-1165
LAMBERT 5-1166

3670

```
STATE OF CALIFORNIA  )
                     ) SS
COUNTY OF            )
```

MAX M. HENDERSON, being first duly sworn, deposes and says:

That he is one of the defendants in the above-entitled action; that he has read the foregoing Answer to Complaint and knows the contents thereof, and the same is true of his own knowledge, except as to matters which are therein stated upon information or belief, and as to those matters that he believes it to be true.

*Max M. Henderson*
Max M. Henderson

SUBSCRIBED AND SWORN TO BEFORE ME this 11th day of July, 1952

*Helen M. Woods*
Notary Public in and for said County and State.

My Commission Expires Mar. 15, 19__

LAUNER, CHAFFEE
& LAUNER
ATTORNEYS AT LAW
BANK OF AMERICA
BUILDING
FULLERTON, CALIF.
LAMBERT 5-1165
LAMBERT 5-1166

-3-

9671