LAUNER, CHAFFEE & LAUNER
ATTORNEYS AT LAW
BANK OF AMERICA BUILDING
FULLERTON, CALIFORNIA

ATTORNEYS FOR Defendants
MAX M. HENDERSON and AURELIE S.
HENDERSON and Cross-complainants

FILED
JUL 14 1952
EDMUND L. SMITH, Clerk
By ........................
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )
    vs. ) No. 1247-Civil
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al., )
        Defendants. ) CROSS-COMPLAINT
- - - - - - - - - - - - - - - - - )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al., )
        Defendants and )
        Cross-Complainants, )
    vs. )
UNITED STATES OF AMERICA, )
        Plaintiff and )
        Cross Defendant. )
- - - - - - - - - - - - - - - - - -

    Come now the defendants and cross-complainants, and for cause of action against plaintiff and cross-defendant, allege as follows:

I

    Cross-complainants are the owners in possession, and entitled to the possession of that certain real property in the County of Riverside, State of California, described as follows:

-1-

1208

> The South Half of the South Half, and the Northwest Quarter of the Southeast Quarter of Section 33; the Southwest Quarter of the Southwest Quarter of Section 34, Township 8 South, Range 3 West, San Bernardino Base and Meridian, County of Riverside, State of California.

The Santa Margarita River, and a tributary thereto known as Stone Creek, flow and from time immemorial have flowed through and over said land. Cross-complainants have developed approximately 14 acres of said land by leveling, removing brush, building a reservior, placing pipe lines and sprinklers thereon, installing pumps and planting avocado trees thereon. In addition to the 14 acres already developed, approximately 4 additional acres are suitable for cultivation. All of said land is arid and requires artificial irrigation to raise and produce agricultural crops and fruit trees. The remainder of said land is, and will be used by cross-complainants for the purpose of raising livestock. Cross-complainants have and still are using water from the Santa Margarita River and Stone Creek to irrigate the land already developed. Cross-Complainants plan to develop and irrigate the additional 4 acres in the same manner, and to use whatever water is necessary to raise livestock on the remainder of said land. In order to maintain the property already developed, carry out the development of the additional acreage and raise livestock on the remainder of said land, it is and will be necessary for cross-complainants to use 52 acre-feet per year from the water of the Santa Margarita River and Stone Creek. Said land is riparian to the Santa Margarita River and Stone Creek, and by reason thereof, cross-complainants are the owners and entitled to make use of said water as outlined above as a riparian owner.

WHEREFORE, cross-complainants pray that said land owned by them be adjudged and decreed to be riparian to the Santa Margarita River and Stone Creek, and the cross-complainants, as

LAUNER, CHAFFEE
& LAUNER
ATTORNEYS AT LAW
BANK OF AMERICA
BUILDING
FULLERTON, CALIF.
LAMBERT 5-1165
LAMBERT 5-1166

riparian owners be adjudged and decreed to be the owners and entitled to use 52 acre-feet of water per year from said Santa Margarita River and Stone Creek.

LAUNER, CHAFFEE & LAUNER

By /s/ Robert E. Ward
Attorneys for Defendants and Cross-Complainants.

STATE OF CALIFORNIA )
                    ) ss
COUNTY OF           )

MAX M. HENDERSON, being by me first duly sworn, deposes and says:

That he is one of the defendants and cross-complainants in the above-entitled action; that he has read the foregoing cross-complaint and knows the contents thereof; and that the same is true of his own knowledge, except as to the matters which are therein stated upon his information or belief, and as to those matters that he believes it to be true.

/s/ Max M. Henderson

SUBSCRIBED AND SWORN TO BEFORE
ME this 11th day of July, 1952.

/s/ Helen M. Woods
Notary Public within and for said
County and State.

My Commission Expires Mar. 16, 1954

LAUNER, CHAFFEE
& LAUNER
ATTORNEYS AT LAW
BANK OF AMERICA
BUILDING
FULLERTON, CALIF.
LAMBERT 5-1165
LAMBERT 5-1166

1210

-3-