**FILED**

JUL 14 1952

EDMUND L. SMITH, Clerk

By _/s/ illegible_
                Deputy Clerk

STATE OF CALIFORNIA,
County of Orange. } ss.

_Helen M. Jones_, being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of Orange; that affiant is over the age of eighteen years and is not a party to the within and above entitled action; that affiant's *business* address is _Launer, Chaffee & Launer Bank of America Building, Fullerton California_

That on the __11th__ day of __July__, A. D. 19_52_, affiant served the within __answer and cross-complaint__ on the __attorneys for plaintiff__ in said action, by placing a true copy thereof in an envelope addressed to __A. Devitt Vanech and Betty Marshall Graydon__, at the *business* address of said __attorneys__ as follows: __1405 Fifth Avenue, San Diego 1, California__

and by then sealing said envelope and depositing the same, with posatge thereon fully prepaid, in the United States Post Office at Fullerton, Calif.

That there is delivery service by United States mail at the place so addressed and there is a regular communication by mail between the place of mailing and the place so addressed.

SUBSCRIBED AND SWORN to before me this 11th day of July, 1952.

_Helen M. Jones_

_Helen M. Woods_
Notary Public in and for said County and State.

(SEAL)    My Commission Expires Mar. 15, 1954

1211