1   Clayson, Stark & Rothrock
    First National Bank Building
2   Corona, California
    Telephone:  99
3

4   Attorneys for Defendants
    Arthur G. Reuter and Phila Reuter
5



FILED

JUL 15 1952

EDMUND L. SMITH, Clerk

By _____
                    Deputy Clerk

6               UNITED STATES DISTRICT COURT

7             SOUTHERN DISTRICT OF CALIFORNIA

8                   SOUTHERN DIVISION

9   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

10  United States of America,

11                      Plaintiff,            No. 1247-Civ.

12          v.                                ANSWER OF ARTHUR G.
                                              REUTER AND PHILA REUTER
13  Fallbrook Public Utility District,
    a public service corporation of
14  the State of Californis, et al.,

15                      Defendants.

16  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

17      Come now the defendants Arthur G. Reuter and Phila Reuter,

18  and in answer to the complaint herein state:

19                          I.

20      Answering Paragraph I these defendants state that they are

21  informed that it is unnecessary to answer the same, but these

22  defendants deny that any actual bona fide controversy exists be-

23  tween them and the plaintiff as alleged in said paragraph or

24  otherwise.  These defendants deny that they have unlawfully or

25  otherwise interfered with the water rights of plaintiff, if any,

26  in the Santa Margarita River, its tributaries or elsewhere.

27                          II.

28      Answering Paragraph II these defendants deny each and every

29  allegation therein contained for lack of knowledge.*

30  _____

31  *Wherever in this answer an averment is denied for lack of
    knowledge, these defendants are without knowledge or information
32  sufficient to form a belief as to the truth of said averment.

9672

CLAYSON & STARK
ATTORNEYS AT LAW
FIRST NATIONAL BANK BUILDING
CORONA, CALIFORNIA

CLAYSON & STARK
ATTORNEYS AT LAW
FIRST NATIONAL BANK BUILDING
CORONA, CALIFORNIA

### III.

Answering Paragraph III these defendants deny each and every allegation therein contained for lack of knowledge.

### IV.

Answering Paragraph IV these defendants deny each and every allegation therein contained for lack of knowledge and in that regard these defendants are informed and believe and therefore state that underlying the Santa Margarita River and its tributaries and adjacent areas are a great many separate underground basins comprised of pervious sands, gravels, boulders and other fluvial deposits, the exact location, extent and depth of which are unknown to these defendants.

### V.

Answering Paragraph V these defendants deny each and every allegation therein contained and in that regard they state that neither these defendants nor any of their predecessors in interest were parties to the said litigation between Rancho Santa Margarita and N. R. Vail and others.

### VI.

Answering Paragraph VI these defendants deny each and every allegation therein contained for lack of knowledge.

### VII.

Answering Paragraph VII these defendants deny each and every allegation therein contained for lack of knowledge.

### VIII.

Answering Paragraph VIII these defendants deny each and every allegation therein contained for lack of knowledge.

### IX.

Answering Paragraph IX these defendants deny each and every allegation contained therein, and in that connection they state that they are the owners of the following described real property situate in the County of San Diego, State of California:

9673

1
2
3
4
5

    The Southeast quarter of the North-
west quarter, the Northeast quarter
of the Southwest quarter, and the
South half of the Southwest quarter of
Section 9, Township 9 South, Range 3
East, of San Bernardino Base and
Meridian. (Containing 160 acres more
or less.)

6    These defendants further state that said real property consists

7    primarily of brush covered range land; that there is one water

8    well thereon which is and for many years last past has been used

9    to obtain water for domestic purposes; and that said land overlies

10    one of the underground basins described in Paragraph IV of this

11    answer, but that said basin is not the same basin from which

12    plaintiff is alleged to receive its water supply.

13        WHEREFORE these defendants pray that plaintiff take nothing

14    by its complaint as against these defendants; that this action

15    be dismissed as to them, and that they have their costs herein.

16        Dated June 14, 1952.

17

18                    CLAYSON, STARK & ROTHROCK.

19                    By _____

20                        Donald D. Stark
                      Attorneys for Defendants Arthur G
Reuter and Phila Reuter

21
22
23
24
25
26
27
28
29
30
31
32

CLAYSON & STARK
ATTORNEYS AT LAW
FIRST NATIONAL BANK BUILDING
CORONA, CALIFORNIA

9674

_____

_____

in the above entitled action; that   he   has _____ read the foregoing _____

_____

and knows the contents thereof; and that the same is true of _____ own knowledge, except as to the matters which are

therein stated upon _____ information or belief, and as to those matters _____ he _____ believes it to be true.

_____

_____

_____

Subscribed and sworn to before me this

_____ day of _____ 19__

_____

Notary Public in and for said County and State of California.

(SEAL)

---

**CLAYSON & STARK**
ATTORNEYS AT LAW
FIRST NATIONAL BANK BUILDING
CORONA, CALIFORNIA
TELEPHONE 99

Attorneys for _____

_____

Received copy of the within _____

this _____ day of _____, 19__

_____

Attorney for _____

_____

( AFFIDAVIT OF SERVICE BY MAIL—1013a, C. C. P.)

**STATE OF CALIFORNIA**
**COUNTY OF RIVERSIDE,** ss.

_____ Jessie M. Copeland _____ being first duly sworn says: That affiant is a citizen of the United States and a resident of the county aforesaid; that affiant is over the age of eighteen years and is not a party to the within above entitled action, that affiant's ~~residence~~ business address is: _____ First National Bank Building _____ Corona, California _____

that on the _____ 14th _____ day of _____ July _____ 1952, affiant served the within _____ Answer of Arthur C. Reuter and Phila Reuter _____

on the _____ Plaintiff _____ in said action, by placing a true copy thereof in an envelope addressed to the attorney __ of record for said _____ Plaintiff _____ at the ~~residence~~ office address of said attorney __ as follows: ** _____ Betty Marshall Graydon
Assistant U. S. Attorney
325 West "F" Street
San Diego, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States Post Office at the city where is located the office of the attorney __ for the person __ by and for whom said service was made. _____ That there is a delivery service by United States mail at the place so addressed or ** there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 14th

day of _____ July _____ 1952

_____

Notary Public in and for said County and State of California.
(SEAL)
** Here quote from envelope name and address of addressee.
** When the letter is addressed to a post office other than where mailed from, strike out "and __ when addressed to the same city where mailed from, or the one ** or **

0675