IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Alys E. and Chester D. Westbrook
Name
Rt 2, Box 120 A
Address
Elsinore, Calif.
City and State
Main 2243
Telephone Number

Defendant

FILED
JUL 16 1952
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

UNITED STATES OF AMERICA

Plaintiff,

vs.                                    No. 1247

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

Defendants,

Comes now the defendant (s) __Alys E. and Chester D. Westbrook__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Alys E. Westbrook*
*Chester D. Westbrook*

9676