MORRIS SANKARY
Assistant United States Attorney
325 West F. Street
San Diego, California
  Telephone: F 9-4101

Attorney for Plaintiff

# FILED

JUL 17 1952

EDMOND L. SMITH, Clerk

By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

FALLBROOK PUBLIC UTILITY DISTRICT, a
public service corporation of the
State of California, et al.,

      Defendants

) Civil No. 1247-SD
)
) MOTION AND ORDER TO
) INCLUDE ADDITIONAL
) PARTIES-DEFENDANT
)
)
)
)
)

   Come now A. DEVITT VANECH, Deputy Attorney General,
WALTER S. BINNS, United States Attorney, and MORRIS SANKARY,
Assistant United States Attorney, attorneys for the plain-
tiff herein and move the Court for an order permitting joinder
of the below-named persons as additional parties-defendant
pursuant to provisions of Rule 21 of the Rules of Civil Procedure.

      PEARL B. ADAMS

      FRANK S. ALVARADO

      ELIZABETH C. ANDERSON

      JOE APARO

      MARIE APARO

      KATHERINE G. ARMSTRONG

      HERBERT ARMSTRONG

      DONALD B. BALDWIN

      FLORENCE LUCILLE BALDWIN

      KATHERINE BANKS

      LEONARD S. BARNES

1215

1. ALICE BARTLETT
2. FRANCIS W. BARTLETT
3. JULIA BARTLETT
4. MABEL BARTLETT
5. PAUL D. BARTLETT
6. ALLEN W. BEACH
7. ELIZABETH BEACH
8. JENNETT BECK
9. WALTER R. BECK
10. BERKELEY BANK for COOPERATIVES
11. WALTER J. BESSE, JR.
12. HARRY C. BETTS
13. MARIE L. BETTS
14. G. H. BIGELOW
15. MICKEY MINERVA BLANKENSHIP
16. GUY BOGART
17. DONLEY BOLINGER
18. PATRICIA M. BOLINGER
19. ELLA M. BROWNELL
20. WELAND S. BROWNELL
21. ALMA CALKINS
22. JACK CALKINS
23. EDWARD C. CARTER
24. RUBY I. CARTER
25. ALICE CHANDLER
26. CLARENCE C. CHANDLER
27. ESTHER CLEMMENS
28. MARION FAY CLEMMENS
29. ALFRED DEE CLEMMENS
30. COLBY B. CLEMMENS
31. BURKLEY A. CLEMMENS
32. JOSEPH A. CRALEGO
33. LOLA M. CRALEGO

1216

2

1 HELEN CROONQUIST

2 S. M. CROONQUIST

3 MARGERY DEWITTE

4 J. B. DURKEE

5 SHIRLEY DURKEE

6 IRMA L. FARMER

7 PAUL C. FARMER

8 FARMERS & MERCHANTS TRUST CO.

9 FIRST NATIONAL TRUST AND SAVINGS BANK

10 GEORGE N. FOSTER

11 JOSEPHINE FRAKES

12 JAMES J. FURLONG

13 ROBERT S. GIBBS

14 LEONA GIBBS

15 HARLAN B. GRISWOLD

16 KATHRYN GRISWOLD

17 FRANCES GROSSMANN

18 CLARA M. HALL

19 ARTHUR F. HALLORAN

20 AUDREY G. HALLORAN

21 EDWARD W. HAMBERGER

22 CARL A. HARMER

23 EDITH SARAH HARMER

24 PEARL HEDLUND

25 RICHARD HEDLUND

26 MELVIN K. HESS

27 MARGARET Z. HESS

28 MARGARET HILL

29 DAVID C. HILL

30 ROSE M. HILL

31 HERBERT C. HOLT

32 ANNA HUNTER

33 DOROTHY HUNTER

1217

3

1. SANNA T. HURTY
2. FRANCES E. HURTY
3. RALPH O. HURTY
4. MILDRED IVEY
5. LAWRENCE B. JOHNSON
6. HAZEL IRENE JOHNSON
7. RAYMOND F. JOHNSON
8. JACK KAUFMAN
9. ROSLYN KAUFMAN
10. ARTHUR A. KING
11. BARRY G. KING
12. ESTELLE KING
13. DOLLY KING
14. CARTER R. KINGSLEY as Trustee for MALCOLM
15. GIBBS, ROBERT S. GIBBS, WILLIAM S. GIBBS,
16. under the will of FANNIE S. GIBBS, deceased
17. JAMES J. KIPKEY
18. HELENA KNIGHT
19. M. W. KNIGHT
20. LAND TITLE INSURANCE CO.
21. VERLA S. LARKIN
22. WILLIAM A. LARKIN
23. JOHN MARTIN LASSER
24. HORACE A. LEONARD
25. MARY Z. LEONARD
26. CELESTE G. LESSING
27. OTTO LESSING
28. EDWARD LUDY
29. RHODA LUDY
30. GEORGE DOUGLASS McBRIDE
31. HAZEL PEARL McBRIDE
32. LAURA B. McLAUGHLIN
33. JOSEPH D. MAHER, JR.

1218

4

1  RICHARD C. MAHER

2  FRED MASHEECO

3  HALCYON MENTON

4  REUEL B. MENTON

5  MAULE B. MILLER

6  IVA P. MYERS

7  LOUIS NAVARRO

8  KIYOME NOGUCHI

9  REBECCA E. O'NEAL

10  L. FRANK O'NEAL

11  MARY OSADCHIK

12  NICK OSADCHIK

13  VIVIA E. O'TOOLE

14  EMMA PERRY nee BATEMAN

15  MITCHELL PERRY

16  VELMA H. PETERSON

17  CHRIS PETERSON

18  KATHERINE K. PETERSON

19  LINDEN W. PETERSON

20  J. PETRI

21  ROSE PETRI

22  GEORGIETTE M. PFAU

23  ZENO J. PFAU

24  BEATRICE WILKINS PHILLIPS

25  GRANT KENNEDY PHILLIPS

26  GERTRUDE PIRR

27  WILEY E. PIRR

28  JUDITH M. POXON, as Guardian of JAMES J.

29  FURLONG, a minor

30  JAMES JOSEPH POXON, as Trustee of Estate

31  of JAMES J. FURLONG, minor

32  MAUDE M. PRIGG

33  EMMA D. PRITCHARD

1219

1     ALEXANDER CHARLES RADCLIFFE

2     JONATHAN STICKNEY RADCLIFFE

3     LOUISE ROACH

4     FRANK ROBERTS

5     JENA ROBERTS

6     W. M. ROBERTS

7     DELMER RUNKLE

8     DANIEL B. SANER

9     JULIA H. SCHRYER

10     WILFRED L. SCHRYER

11     HARRY SEARES

12     MYRTLE C. SIMMONS

13     WILLIAM GLEN SIMMONS

14     RITA SMARR

15     EDNA STEPHENSON

16     FRED REGINAL STEPHENSON

17     CLARENCE A. STEVES

18     RUTH STEVES

19     BLANCHE STEWART

20     FRED J. STEWART

21     IRENE K. STROUD

22     ROBERT A. STROUD

23     JAMES J. SUMMIT AKA JEFF SUMMIT

24     LOTTIE SUMMIT

25     MAX D. THOMPSON

26     KATIE THURBER

27     FRANK A. TOLE

28     GLADYS TOLE

29     OLIVE I. TOLE

30     IRENE VAN LANDUYT

31     A. G. VON NORMAN

32     JENNY D. WALKER

33     SENATOR N. WALKER         1220

1   ETHEL M. WARD AKA ESTHER WARD

2   NAMRE H. WARD

3   ELLA R. WATKINS

4   JAMES C. WATKINS

5   ADER WEBER

6   ERNEST WEBER

7   JACK F. WHALEY

8   ILA WHALEY

9   CHALMERS W. WHITMER

10  ESTELLA WHITMER

11  HARRY O. WINT

12  LEWIS E. WINT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

33

1221

1    This motion is made so that the Court may have before it
2  the additional parties-defendant in order that the subject
3  matter of this controversy may be adjudicated completely in one
4  action.

5
6                              A. DEVITT VANECH
                             Deputy Attorney General

7                              WALTER S. BINNS
                             United States Attorney
8
9
10                             MORRIS SANKARY
                             Assistant United States Attorney

11  IT IS SO ORDERED.
12  Date: July 16, 1952
13
14
15  Judge United States District Court

16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33                                              1222

8