1  MORRIS SANKARY
2  Assistant United States Attorney
   325 West "F" Street
3  San Diego 1, California
   Telephone: F 9-4101
4  Attorney for Plaintiff



**FILED**

JUL 22 1952

EDMUND L. SMITH, Clerk

By ............................................

**Deputy Clerk**

7

8          IN THE UNITED STATES DISTRICT COURT

9      IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10              SOUTHERN DIVISION

11  UNITED STATES OF AMERICA,          )        No. 1247-SD
12                      Plaintiff     )   ANSWERS TO ADDITIONAL AND SUPPLEMENTAL
                                       )   INTERROGATORIES PROPOUNDED BY FALLBROOK
13           vs.                       )   PUBLIC UTILITY DISTRICT TO BE ANSWERED
                                       )   BY PLAINTIFF.
14  FALLBROOK PUBLIC UTILITY DISTRICT, )
       a public service corporation of )        (RULE 33 - F. R. C. P.)
15     the State of California, et al.,)
                                       )
16                      Defendants    )

17

18          Comes now WALTER J. TURNBULL, JR., Trial Attorney, Office of

19  Ground Water Resources, Marine Barracks, Camp Joseph H. Pendleton, Oceanside,

20  California, on behalf of the UNITED STATES OF AMERICA, and responds in con-

21  formity with Rule Four - E (4-e) of the Rules of Civil Procedure for the

22  United States District Court for the Southern District of California, to the

23  Additional and Supplemental Interrogatories of Defendant Fallbrook Public

24  Utility District, Numbers One (1) through Seven (7), inclusive, as follows:

25          1.  Interrogatory Number One (1):

26          In answering Supplemental Interrogatory No. 12, Plaintiff says,

27  with reference to the two sewage effluent plants:

28          "That since said later date (November 1951) the effluent

29          from said Plant No. One (1) has been returned to the

30          watershed of the Santa Margarita River and the system

31          necessary to effect a like disposition of the effluent

32          from said Plant No. Two (2) is substantially complete."

1223

1   This defendant requests the date the change over of the discharge of said Plant
2   No. 2 was actually completed and put into operation and effluent from said
3   Plant No. 2 first was returned to the Santa Margarita Watershed and its
4   exportation out of the watershed discontinued and whether all of the effluent
5   from said Plants No. 1 and No. 2 have been since the completion of the change
6   over of the discharge of the plants been continuously returned to the watershed
7   of the Santa Margarita River.  If not, state the periods of time when the
8   effluent was not returned since completion of the change over facilities.
9           ANSWERING SUPPLEMENTAL INTERROGATORY NUMBER ONE (1):
10          The Plaintiff, UNITED STATES OF AMERICA, states that Plant No. 2
11  has not been completed as of this date, but is substantially completed; that
12  Plant No. 1 was completed July 1, 1950 and has since that date continuously
13  returned the effluent to the watershed.
14          2.  Interrogatory Number Two (2):
15          In answer to Supplemental Interrogatory No. 18, Plaintiff states:
16          "That there has been no study or computation to determine
17          the number of individual land holdings within the water-
18          shed of the Santa Margarita River."
19  This Defendant requests Plaintiff to state whether or not it is a fact that
20  Title Companies were asked by Plaintiff to investigate compile and report and
21  that said Title Companies did report to Plaintiff the names of record owners
22  within the Santa Margarita Watershed the legal description of their lands and
23  the encumbrance holders against said lands.  If so, state the number or
24  estimated number and furnish this defendant with a list of names of all persons
25  whom plaintiff has ascertained by said title reports to have or to claim
26  ownership of or an interest in lands or water rights within the Santa Margarita
27  watershed.
28          ANSWERING SUPPLEMENTAL INTERROGATORY NUMBER TWO (2):
29          The Plaintiff, UNITED STATES OF AMERICA, declares that certain
30  contracts have been entered into with the title companies to secure names of
31  defendants in connection with this litigation.  Those served in the action
32  have been requested in the Complaint to set up their claims, if any, in the

-2-

1    Santa Margarita River.  Only the answering defendants are capable of defining,

2    asserting and proving their rights.  For that reason, the United States of

3    America does not have and is unable to furnish the requested information.

4          3.  Interrogatory Number Three (3):

5          In answering Supplemental Interrogatory No. 24, Plaintiff states

6    that investigations have been made "in connection with certain users" and that

7    the data so obtained will be made available provided the defendant secures

8    "written acquiescence from those land owners or their attorneys".  Accordingly

9    this defendant requests Plaintiff to supply it with a list of the names of those

10    users whose property and claims have been investigated by it and their attorneys

11    so far as the same are known to Plaintiff.

12          ANSWERING SUPPLEMENTAL INTERROGATORY NUMBER THREE (3):

13          The Plaintiff, UNITED STATES OF AMERICA, states that due to the

14    adverse character of the interest owned by the various defendants, the United

15    States of America cannot disclose the names of any defendants to the Defendant,

16    Fallbrook Public Utility District.

17          4.  Interrogatory Number Four (4):

18          State whether or not the Santa Margarita River is now flowing into

19    the ocean on Plaintiff's property and for how long it has been so flowing into

20    the ocean since January 1, 1952.  Estimate the approximate amount of the flow

21    now wasting into the ocean and the estimated amount on other occasions since

22    January 1, 1952 when the flow into the ocean may have been observed by Plaintiff

23    or its agents, officers or employees.

24          ANSWERING INTERROGATORY NUMBER FOUR (4):

25          The Plaintiff, UNITED STATES OF AMERICA, states that the Santa

26    Margarita River is not flowing into the ocean.  Whether any flow is wasting into

27    the ocean is a mixed question of law and fact to be determined by the Court.

28    It is the position of the United States of America that none of the water is

29    wasted; that the United States of America has the legal right to the use of

30    water for which it is asserting its claims; that the water is required to

31    recharge the basins to irrigate lands within the watershed at present and in

32    the future and for all other beneficial uses.

1225

GPO 16—69960-A

1        5.  Interrogatory Number Five (5):

2           What are the amounts and relative priorities of the various

3   riparian, appropriative and prescriptive water rights to the flow of the Santa

4   Margarita River which have been or which the United States is willing to

5   recognize and what are the ultimate amounts of such water rights which the

6   United States is willing to recognize.

7           ANSWERING INTERROGATORY NUMBER FIVE (5):

8           The Plaintiff, UNITED STATES OF AMERICA, for the reasons expressed

9   in No. 2 above does not have the requested information.

10       6.  Interrogatory Number Six (6):

11          What is the legal description of the various tracts of land in

12  private ownership which are now riparian to the Santa Margarita River and its

13  tributaries and the acreage of each tract of arable land irrigable from the

14  Santa Margarita River and its tributaries so far as are known to Plaintiff.

15          ANSWERING INTERROGATORY NUMBER SIX (6):

16          The Plaintiff, UNITED STATES OF AMERICA, does not have the data

17  requested for reasons expressed in No. 2 above and points to the fact that what

18  is riparian land is a highly technical legal question to be decided by the Court

19  predicated upon specific claims by each owner.

20       7.  Interrogatory Number Seven (7):

21          With regard to Temecula Indian Reservation, what are the present

22  and ultimate acreages of arable land irrigated or irrigable from the Santa

23  Margarita River or its tributaries, the capacity of existing diversion and

24  distribution works, if any, and the amount of water historically diverted.

25          ANSWERING INTERROGATORY NUMBER SEVEN (7):

26          The Plaintiff, UNITED STATES OF AMERICA, is informed and believes

27  and therefore alleges that there is no Temecula Indian Reservation.

28  UNITED STATES OF AMERICA      )

29  SOUTHERN DISTRICT OF CALIFORNIA  )    ss.

30  SOUTHERN DIVISION            )

31

32          WALTER J. TURNBULL, JR., being by me first duly sworn, deposes

-4-

1226

1  and says:

2         That he is Trial Attorney in the Office of Ground Water Resources,

3  the United States Marine Corps, at Camp Joseph H. Pendleton, Oceanside,

4  California;

5         That he has read the foregoing ANSWERS TO ADDITIONAL AND SUPPLE-

6  MENTAL INTERROGATORIES PROPOUNDED BY FALLBROOK PUBLIC UTILITY DISTRICT TO BE

7  ANSWERED BY PLAINTIFF and knows the contents thereof and that the same is true

8  of his own knowledge, except as to the matters which are stated therein upon

9  his information or belief and as to those matters that he believes it to be

10  true.

11

12                         WALTER J. TURNBULL, JR.

13

14  Subscribed and sworn to before me this

15  ___22nd___ day of _____July_____, 1952.

16  Edmund L. Smith, Clerk U. S. District Court.
17         Southern District of California
18  By _____ Deputy

19

20

21  Received copy of the within ANSWERS TO ADDITIONAL AND SUPPLEMENTAL INTERROGATORIES

22  this __22nd__ day of ___July___, 1952.

23                         SWING, SCHARNIKOW & STANIFORTH

24

25  By _____
                Phil D. Swing

26

27

28

29

30

31

32

                              1227

-5-