UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )  No. 1247-SD Civil
                         )  MINUTES OF THE COURT
            Plaintiff    )
                         )  Date: August 15, 1952
      vs                 )
                         )  At: Los Angeles, Calif.
FALLBROOK PUBLIC UTILITY DISTRICT, )
et al.,                  )
            Defendant    )

PRESENT: The Honorable  LEON R. YANKWICH  District Judge

Deputy Clerk:  John A. Childress   Reporter: Arline Newell

Counsel for Plaintiff : William H. Veeder, Spec. Asst to Atty Genl.
                        David W. Agnew, Atty with Navy Dept.

Counsel for Defendant : Arvin B. Shaw, Jr., Asst. Atty. Genl., State
                        of Calif., Gilbert F. Nelson, Deputy Atty. Genl.
                        State of Calif.

PROCEEDINGS: Hearing in chambers on pretrial matters.

       The Court and counsel discuss pretrial matters. IT IS ORDERED
that the cause is continued to August 25, 1952, 10 AM., for presentation of
pretrial order and determination of matters to be briefed.

~~IT IS ORDERED~~

EDMUND L. SMITH, Clerk,

By_____, Deputy Clerk.

1228