```
                            FILED
                          AUG 25 1952
                    EDMUND L. SMITH, Clerk
                    By Charles A. Reitz
                              Deputy Clerk
```

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　　)　　Civil No. 1247-SD
　　　　　　　　　　　　　　　　　　)
FALLBROOK PUBLIC UTILITY DISTRICT,　)
　a public service corporation of　)
　the State of California;　　　　　)
SANTA MARGARITA MUTUAL WATER COMPANY,)
　a public service corporation of　)
　the State of California; et al.;　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants,　　　　 )
STATE OF CALIFORNIA,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant in　　　　)
　　　　　　　　Intervention.　　　 )



QUESTIONS OF LAW REQUESTED TO BE DETERMINED
IN ADVANCE OF PRE-TRIAL OF THE ABOVE NAMED DEFENDANTS

　　　　COMES NOW the UNITED STATES OF AMERICA, Plaintiff in the above-entitled action, pursuant to direction by this Court and predicated upon admissions and facts agreed upon by the defendants and petitions this Honorable Court to consider and rule upon in advance of trial the following legal questions:

　　　　1. Whether the riparian rights in the Santa Margarita River system of the United States of America, Plaintiff, are prior and paramount under the laws of the State of California to the appropriative rights claimed by the defendant Santa Margarita Mutual Water Company in that stream in view of the admission by that Company that the earliest date of priority which it is

1234

-1-

asserting is October 4, 1946.

2. Whether the riparian rights in the Santa Margarita River system of the United States of America, Plaintiff, are prior and paramount under the laws of the State of California to the appropriative rights claimed by the defendant Fallbrook Public Utility District in that stream in view of the admission by that District that the earliest date of priority which it is asserting is October 11, 1946.

3. Whether the defendant Fallbrook Public Utility District could initiate rights to the use of water in the Santa Margarita River adverse to those of the United States of America while that District was being permitted to receive water from the Santa Margarita River pursuant to a gratuitous and revocable license from the United States of America.

4. Whether the police power of the State of California respecting the management, control and administration of rights to the use of water is operative within the boundaries of Camp Joseph H. Pendleton, United States Naval Hospital and the United States Naval Ammunition Depot in view of the fact that exclusive jurisdiction resides in the United States of America over those military establishments.

WHEREFORE, the UNITED STATES OF AMERICA, Plaintiff, respectfully petitions this Court to consider the questions presented and to order the filing of briefs in connection with them and to declare the legal principles which will govern in connection with the legal propositions raised by those questions.

Dated: Aug. 20, 1952

William H. Veeder
Special Assistant to the
Attorney General

David W. Agnew
Attorney
Department of the Navy