UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.
                                  )   No. 1247-SD         Civil
                                  )   MINUTES OF THE COURT
          Plaintiff               )
                                  )   Date: Aug. 25, 1952.
     vs                           )
                                  )   At: Los Angeles, Calif.
Fallbrook Public Utility District, et al.)
                                  )
          Defendants,             )

PRESENT:  The Honorable  LEON R. YANKWICH         District Judge

     Deputy Clerk: John A. Childress      Reporter: Arline Newell

     Counsel for Plaintiff :   Wm H. Veeder, Spec. Ass't to Att'y Gen'l.
                               David W. Agnew, Att'y with Navy Dep't.

     Counsel for Defendants:   Phil D. Swing for Fallbrook Public Utility Dist.
          Wm B. Dennis for Santa Margarita Mutual Water Co.
          Arvin B. Shaw, Jr., Ass't Att'y Gen'l, State of Calif.
          Gilbert F. Nelson, Deputy Att'y Gen'l, State of Calif.

PROCEEDINGS: For (1) Presentation of pretrial order and (2) determination of
             matters to be briefed.

     Court and counsel discuss (1) and (2).

     IT IS ORDERED that Gov't file brief by Sept. 15, 1952, and defendants
file reply brief by Oct. 6, 1952, and that Gov't furnish defendants with all
proposed exhibits within two weeks.

     Court signs order on pretrial hearing.




                                           EDMUND L. SMITH, Clerk,

                                           By_____, Deputy Clerk.


                                                                    1229