```
 1  EDMUND G. BROWN, Attorney General
    of California;
 2  ARVIN B. SHAW, JR.,
    Assistant Attorney General;
 3  B. ABBOTT GOLDBERG,
    Deputy Attorney General,
 4  835 Rowan Building,
    Los Angeles 13, California
 5         MAdison 6-0161
 6  Attorneys for the People of the
    State of California,
 7  Defendant in Intervention.
```

FILED
AUG 25 1952
EDMUND L. SMITH, Clerk
By Charles O. Reitz
    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF

CALIFORNIA, SOUTHERN DIVISION.

UNITED STATES OF AMERICA,

            Plaintiff,

  vs.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

            Defendants.

THE PEOPLE OF THE STATE OF CALIFORNIA,

      Defendant in Intervention.

No. 1247 SD.

STATEMENT OF OBJECTION TO DRAFT OF ORDER ON PRE-TRIAL HEARING.

     Counsel for the parties having conferred in response to the Court's direction, and a draft of "Order on Pre-Trial Hearing" and attached "Pre-Trial Order" having been prepared, defendant in intervention The People of the State of California states its objection to the form of the "Order on Pre-Trial Hearing", as prepared, for the following reason:

     As shown by the agreed facts in the "Pre-Trial Order" (pages 17 and 18), a stipulation dated November 29, 1951, has been made between the defendant in intervention and the plaintiff. This stipulation provides in part:

          "V.

     "That the parties to this stipulation will request

-1-

1230

1        the entry of a pre-trial order by this Court defining
2        the issues in this cause in conformity with the
3        statements contained in this stipulation."
4        This stipulation has been approved and ordered filed by
5 the Court.
6        In view of the above quoted provision, it is the view
7 of defendant in intervention that the "Order on Pre-Trial Hearing"
8 should contain a direct order by the Court, as stipulated by the
9 parties, to substantially the following effect:
10        "The issues in this cause are hereby confined and
11        limited in conformity with the statements contained in
12        the stipulation between the State of California and the
13        United States of America, dated November 29, 1951, a
14        copy of which is embraced in paragraph H 1 of the attached
15        Pre-Trial Order."
16 It is suggested that the sentence last above quoted be inserted in
17 the "Order on Pre-Trial Hearing" following line 10, page 2 thereof.
18        DATED this 25th day of August, 1952.

EDMUND G. BROWN, Attorney General
of California

By _____
    Assistant Attorney General,
Attorneys for Defendant in Intervention.