(SPACE BELOW FOR FILING STAMP ONLY)

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

Attorneys for Defendant ROSS D. SWIMM

FILED

SEP 4 - 1952

EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

 -vs-

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of
the State of California, et al.,

      Defendants

No. 1247 SD - Civil

ANSWER OF ROSS D. SWIMM

  Comes now the defendant ROSS D. SWIMM and separating himself from the other defendants, files this his answer to the complaint herein and alleges, admits and denys as follows:

      I.

  This defendant refers to and adopts by reference, as if herein repeated, all the allegations, admissions and denials contained in the answer of EDWARD L. FORSYTH, EUNICE E. FORSYTH and ELEANOR FORSYTH SWIMM heretofore filed herein on or about July 25, 1951.

      II.

  This defendant is the husband of defendant ELEANOR FORSYTH SWIMM who owns an interest in the property described in the answer of said defendants EDWARD L. FORSYTH, EUNICE E. FORSYTH and ELEANOR FORSYTH SWIMM.

-1-

9697

WHEREFORE this defendant prays:

1. That plaintiff take nothing by its action.

2. That the defendants EDWARD L. FORSYTH, EUNICE E. FORSYTH and ELEANOR FORSYTH SWIMM, be decreed as against the plaintiff to be the owners of the right to four (4) acre-feet of water per annum, consumptive use, for beneficial use on the lands described in their said answer.

3. That this defendant have judgment for his costs incurred herein and for such other and further relief as the court may deem proper.

DATED: September 4, 1952.

SWING, SCHARNIKOW & STANIFORTH

BY _____
Attorneys for defendant
ROSS D. SWIMM

-2-

Received copy
9-4-52
Sherwood Roberts
Asst. U.S. Attorney

9688