```
 1  SAMUEL A. GREENBURG
    1014 West Valley Blvd
 2  Alhambra, California
    Atlantic 4-5565
 3
 4  ATtorney for defendants,
    Josephine Frakes and
 5  Dwight L. Frakes.
```

FILED
SEP 8 - 1952
EDMUND L. SMITH, Clerk
By ………… Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al<br><br>　　　　　　Defendants. | Civil No. 1247-SD<br><br>ANSWER OF DEFENDANTS<br>JOSEPHINE FRAKES and<br>DWIGHT L. FRAKES |

   Comes now Josephine Frakes, defendant, and Dwight L. Frakes, sued herein as Doe One to Doe One Thousand, defendant, and answering for themselves alone, in answer to the complaint on file herein, admit, deny and allege.

                                I

   Answering paragraph I, these answering defendants allege that they have no information or belief sufficient to enable them to answr the allegations in said paragraph contained, and basing their denial on such lack of information or belief, deny generally and specifically each and every allegation in said paragraph contained, and the whole thereof.

                                II

   Answering paragraph II of said complaint, these answering defendants admit that Camp Pendelton is a United States Military establishment. Alleges that the other facts stated in said paragraph

-1-

SAMUEL A. GREENBURG
ATTORNEY AT LAW
1014 WEST VALLEY BLVD.
ALHAMBRA, CALIFORNIA
ATLANTIC 4-5565

9721

are matters within the peculiar knowledge of the plaintiff herein and not within the knowledge of these defendants, nor capable of being ascertained by these defendants from the public records. That these defendants do not have any information or belief concerning said facts and basing their denial on said lack of information or belief deny each and every allegation in said paragraph contained, except as herein expressly admitted.

### III

Answering paragraph III, admits allegations therein.

### IV

Answering paragraph IV of complaint, these answering defendants admit that the source of water supply of Camp Pendleton is the Santa Margarita River. Except as herein expressly admitted denies each and every other a;legation in said paragraph contained.

### V

Answering paragraph VII of said complaint, these answering defendants admit allegations therein contained.

### VI

Answering paragraph VIII of said complaint, these answering defendants deny that plaintiff has a paramount right to 35,000 acre feet of water annually from the Santa Marguerita River and deny that the surface stream and subterranean basin constitute a single source of supply of water and denies that plaintiff has a right to full use of water for agricultural purposes as enjoyed by Rancho Santa Margarita

### VII

Answering paragraph IX of said complaint, these answering defendants deny generally and specifically each and every allegation in said paragraph contained, and the whole thereof.

WHEREFORE, these defendants pray that plaintiff take nothing by its complaint on file herein,; that these defendants be hence dismissed ; that defendants have their costs herein incurred; that

SAMUEL A. GREENBURG
ATTORNEY AT LAW
1014 WEST VALLEY BLVD.
ALHAMBRA, CALIFORNIA
ATLANTIC 4-5555

-2-

the Court make its order declaring that plaintiff has no paramount right or title to the use of water in the Santa Margarita River and that plaintiff has no superior right to defendants in said waters; and that plaintiff be forever enjoined from asserting such paramount rights or from infringing upon the property of the defendants herein; and for such other and further relief or order as may be proper and equitable in the premises.

*Samuel A. Greenburg*
Attorney for said Defendants.

SAMUEL A. GREENBURG
ATTORNEY AT LAW
1014 WEST VALLEY BLVD.
ALHAMBRA, CALIFORNIA
ATLANTIC 4-5555

-3-

9723

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

JOSEPHINE FRAKES and DWIGHT L. FRAKES

being by me first duly sworn, depose and say: that they are the defendants

in the above entitled action; that they have read the foregoing Answer

and know the contents thereof; and that the same is true of their own knowledge, except as to the matters which are therein stated upon their information or belief, and as to those matters that believes it to be true.

Subscribed and sworn to before me this 3rd day of September, 1952

Josephine Frakes
Dwight L. Frakes

Notary Public in and for said County and State of California.
(SEAL)

---

(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C.C.P.)

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

GEORGE R. DIXEY being first duly sworn says: That affiant is a citizen of the United States and is a resident of the county aforesaid; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is 1014 West Valley Blvd, Alhambra, California

that on the 4th day of Sept, 1952 affiant served the within Answer on the plaintiff in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said plaintiff at the office address of said attorney as follows:

BETTY MARSHALL GRAYDON
Asst. U S Attorney
San Diego, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States mail at the city where is located the office of the attorney for the person by and for whom said service was made.

Subscribed and sworn to before me this 4th day of Sept, 1952

Notary Public in and for said County and State of California.
(SEAL)

9724