HUGO A. STEINMEYER & WINFIELD JONES
Attorneys for Bank of America NT&SA
650 South Spring Street
Los Angeles 14, California
MAdison 67244, Ext. 524

**FILED**

SEP 15 1952

EDMUND L. SMITH, Clerk

By

Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1247-Civil |
| -vs- | ) | ANSWER OF DEFENDANT |
| FALLBROOK PUBLIC UTILITY DISTRICT, | ) | BANK OF AMERICA NATIONAL |
| a public service corporation of the | ) | TRUST AND SAVINGS |
| State of California, et al., | ) | ASSOCIATION |
| Defendants. | ) | |

Comes now the defendant BANK OF AMERICA NATIONAL TRUST
AND SAVINGS ASSOCIATION, a national banking association, and in
answer to the Complaint in the above entitled action admits,
denies, and alleges as follows:

I

This answering defendant alleges that it is without
knowledge or information sufficient to form a belief as to the
truth of the allegation that said Complaint was filed at the
request of the Secretary of the Department of Navy, and on that
ground denies said allegation.

II

In answer to Paragraph I, this answering defendant
denies that it has interfered unlawfully or otherwise with the
rights of plaintiff to use water.

-1-

9725

### III

In answer to Paragraph II, this answering defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations that the site for the establishment of Camp Joseph H. Pendleton was selected by reason of the unique availability of a supply of water from the Santa Margarita River, and that no other site on the entire West Coast provides the essential factors requisite to properly perform the functions assigned to the military establishments referred to in said Paragraph, and on that ground denies said allegations.

### IV

In answer to Paragraph III, this answering defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said Paragraph, and on that ground denies the allegations contained in said Paragraph, and in that connection alleges that the United States of America is without jurisdiction, exclusive or otherwise, over the real property in which this defendant claims an interest as hereinafter set forth, or the water rights in connection therewith or appurtenant thereto.

### V

In answer to Paragraph IV, this answering defendant denies that a single underground basin underlies said Santa Margarita River and its tributaries, and alleges that numerous separate basins underlie said river and its tributaries above the point at which said river enters the property of plaintiff.  This answering defendant further denies that it has made any encroach- ments which threaten the destruction of the basin referred to in said Paragraph or which have destroyed wells in said basin or which have reduced the quantities of water available to the plaintiff,

-2-

1   and further denies that it has encroached in any manner whatsoever
2   upon any rights of plaintiff to water.  This answering defendant
3   further alleges that it is without knowledge or information suffi-
4   cient to form a belief as to the truth of the allegations that said
5   Santa Margarita River and the underground basin referred to in
6   said Paragraph constitute an all important or principal source
7   of water for the military establishments and military purposes
8   referred to in said Paragraph, and that destruction of said basin
9   is threatened, and on that ground denies said allegations.

                              VI

11          In answer to Paragraph V, this answering defendant
12   alleges that it is without knowledge or information sufficient
13   to form a belief as to the truth of the allegation that the
14   stipulated judgment referred to in said Paragraph was premised
15   upon the findings of the trial Court and upon the decision of
16   California's highest Court, and on that ground denies said allegation.
17   This answering defendant further denies that the Rancho Santa
18   Margarita, predecessor in interest of the United States of
19   America, had its rights in the Santa Margarita River as against
20   this answering defendant, adjudicated by said suit and said
21   stipulated judgment or by either of them.

                              VII

23          In answer to Paragraph VI, this answering defendant
24   denies that plaintiff is entitled to any rights whatsoever as
25   against this answering defendant by reason of the adjudication and
26   judgment referred to therein.

                              VIII

28          In answer to Paragraph VII, this answering defendant
29   alleges that it is without knowledge or information sufficient to
30   form a belief as to the truth of the allegations contained therein,
31   and upon that ground denies the allegations contained therein.

                              -3-

IX

In answer to Paragraph VIII, this answering defendant denies that plaintiff has a paramount right to 35,000 acre-feet of water annually from the Santa Margarita River. This answering defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the balance of allegations contained in said Paragraph, and on that ground denies the balance of the allegations contained in said Paragraph.

X

In answer to Paragraph IX, this answering defendant denies that it has disregarded any rights of the plaintiff, denies that it has caused any intrusion whatsoever of salt water from the Pacific Ocean, and denies that it has caused any damage whatsoever to plaintiff. This answering defendant further denies that it has declared any adverse claim in contravention of the rights of plaintiff, that it asserts any rights subsequent to those of the plaintiff, and that it has encroached upon the water supply referred to in said Paragraph.

FOR A FIRST SEPARATE AND AFFIRMATIVE DEFENSE, this answering defendant alleges:

I

That the defendant BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSOCIATION is a national banking association organized and existing under and by virtue of the laws of the United States.

II

That the defendant FALLBROOK PUBLIC UTILITY DISTRICT is and at all times since 1922 has been a duly organized and established public utility district incorporated and existing under and by virtue of the laws of the state of California, engaged in the public utility business and the supplying of water

-4-

1  for irrigation and domestic purposes to land located within its

2  boundaries and the people living thereon.  That all of the land

3  in said public utility district is within the watershed of the

4  Santa Margarita River and its tributaries.

5                              III

6         That this answering defendant, in the course of its

7  banking business, has made and now has outstanding 107 loans with

8  outstanding unpaid principal balances totaling over $500,000.00,

9  secured by Deeds of Trust upon parcels of land located within

10  said public utility district, including all water and water rights,

11  whether riparian, appropriative or otherwise, and whether or not

12  appurtenant, used in connection therewith and all shares of stock

13  evidencing the same.  That each of said parcels of land receives

14  its water for domestic and irrigation purposes from said Fallbrook

15  Public Utility District.

16                              IV

17         That the lands located within said public utility

18  district, and which are security for this defendant's loans, are

19  situated in a semi-arid region, and the water supply available

20  within the boundaries of said district is wholly inadequate to

21  supply the reasonable needs and requirements of the lands located

22  within said district and the people living thereon.  That a major

23  portion of said land is planted in orchards and growing crops which

24  could not exist without regular and frequent irrigation by the

25  waters supplied by said Fallbrook Public Utility District, and

26  only a few of the people living in said district could continue

27  to live therein without said water for irrigation and domestic

28  purposes.

29                              V

30         That this answering defendant is informed and believes,

31  and therefore alleges that at all times since 1922 said Fallbrook

                             -5-

Public Utility District has been the onwer of a right to appropriate and take water from the said Santa Margarita River and underground basins underlying said river for use within said district up to 1800 acre-feet of water per annum, which right is prior and paramount to the rights of plaintiff herein, and a right to appropriate and take an additional amount of water up to 10,000 acre-feet, which right is subordinate only to the right of plaintiff to take such water as may be actually used and reasonably required by plaintiff for riparian uses and purposes upon riparian land owned by plaintiff.

VI

That at all times since 1922 said Fallbrook Utility District has appropriated and taken from said Santa Margarita River not less than 1800 acre-feet of water per annum, and has supplied said water to the land in said district and the people living thereon for reasonably required domestic and irrigation purposes, and said water has been so used.

VII

That said water so appropriated and taken from said Santa Margarita River by said Fallbrook Public Utility District and supplied to said lands within said district, constitutes a major portion of the water supplied to said lands by said Fallbrook Public Utility District without which the water supply to said lands would be wholly inadequate for the actual and reasonable requirements of said lands for domestic and irrigation purposes.

VIII

That should the parcels of land, which are security for said loans made by this answering defendant, be deprived of that portion of the water supplied by Fallbrook Public Utility District which is, and has been, appropriated and taken from said

-6-

9730

1   Santa Margarita River, said lands would become practically useless
2   for growing crops and orchards and their value would decrease to
3   an amount substantially less than this defendant's outstanding
4   loans thereon, and this defendant would thus be deprived of its
5   security without just and adequate compensation.
6                                   IX
7           That said Deeds of Trust securing said loans, and fully
8   describing the parcels of land conveyed as security thereby, are
9   recorded in the Official Records in the office of the County
10  Recorder of the following counties at the following books and
11  pages:

| County | Book | Page |
|--------|------|------|
| Riverside | 935 | 445 |
| Riverside | 934 | 243 |
| San Diego | 3904 | 123 |
| San Diego | 3844 | 331 |
| San Diego | 3553 | 303 |
| San Diego | 934 | 367 |
| San Diego | 3441 | 7 |
| San Diego | 3454 | 62 |
| San Diego | 433 | 3293 |
| San Diego | 4259 | 243 |
| San Diego | 3441 | 84 |
| San Diego | 4022 | 227 |
| San Diego | 4228 | 378 |
| San Diego | 3553 | 217 |
| San Diego | 2443 | 47 |
| San Diego | 2958 | 242 |
| San Diego | 4037 | 317 |
| San Diego | 2664 | 349 |
| San Diego | 4136 | 327 |

S731

| | County | Book | Page |
|---|---|---|---|
| 1 | | | |
| 2 | San Diego | 3465 | 413 |
| 3 | San Diego | 4131 | 173 |
| 4 | San Diego | 3938 | 396 |
| 5 | San Diego | 4037 | 156 |
| 6 | San Diego | 4015 | 27 |
| 7 | San Diego | 1 | 2778 |
| 8 | San Diego | 3764 | 211 |
| 9 | San Diego | 4183 | 444 |
| 10 | San Diego | 3529 | 154 |
| 11 | San Diego | 4004 | 482 |
| 12 | San Diego | 3015 | 480 |
| 13 | San Diego | 3977 | 64 |
| 14 | San Diego | 4249 | 580 |
| 15 | San Diego | 2272 | 207 |
| 16 | San Diego | 2775 | 330 |
| 17 | San Diego | 2378 | 455 |
| 18 | San Diego | 4112 | 73 |
| 19 | San Diego | 3551 | 417 |
| 20 | San Diego | 2817 | 472 |
| 21 | San Diego | 3913 | 220 |
| 22 | San Diego | 3741 | 101 |
| 23 | San Diego | 3760 | 199 |
| 24 | San Diego | 3264 | 397 |
| 25 | San Diego | 3475 | 53 |
| 26 | San Diego | 4224 | 473 |
| 27 | San Diego | 4134 | 379 |
| 28 | San Diego | 4008 | 257 |
| 29 | San Diego | 2665 | 228 |
| 30 | San Diego | 4037 | 178 |
| 31 | San Diego | 3696 | 178 |

9732

| | County | Book | Page |
|---|---|---|---|
| 1 | | | |
| 2 | San Diego | 3615 | 498 |
| 3 | San Diego | 4212 | 375 |
| 4 | San Diego | 3368 | 222 |
| 5 | San Diego | 3951 | 130 |
| 6 | San Diego | 3606 | 269 |
| 7 | San Diego | 3767 | 369 |
| 8 | San Diego | 3640 | 490 |
| 9 | San Diego | 3689 | 91 |
| 10 | San Diego | 3633 | 442 |
| 11 | San Diego | 4142 | 83 |
| 12 | San Diego | 2842 | 441 |
| 13 | San Diego | 3690 | 455 |
| 14 | San Diego | 3461 | 42 |
| 15 | San Diego | 3366 | 458 |
| 16 | San Diego | 3783 | 289 |
| 17 | San Diego | 3635 | 31 |
| 18 | San Diego | 3733 | 355 |
| 19 | San Diego | 3639 | 170 |
| 20 | San Diego | 3594 | 183 |
| 21 | San Diego | 3662 | 88 |
| 22 | San Diego | 3437 | 26 |
| 23 | San Diego | 4147 | 497 |
| 24 | San Diego | 3358 | 437 |
| 25 | San Diego | 1297 | 142 |
| 26 | San Diego | 3265 | 468 |
| 27 | San Diego | 3965 | 399 |
| 28 | San Diego | 3972 | 15 |
| 29 | San Diego | 4069 | 495 |
| 30 | San Diego | 1652 | 102 |
| 31 | San Diego | 2717 | 365 |

9733

| County | Book | Page |
|--------|------|------|
| San Diego | 2750 | 313 |
| San Diego | 2750 | 301 |
| San Diego | 2439 | 27 |
| San Diego | 2737 | 137 |
| San Diego | 2439 | 219 |
| San Diego | 2486 | 17 |
| San Diego | 2485 | 463 |
| San Diego | 2485 | 287 |
| San Diego | 2401 | 289 |
| San Diego | 2250 | 187 |
| San Diego | 2184 | 344 |
| San Diego | 2474 | 107 |
| San Diego | 2439 | 233 |
| San Diego | 2272 | 345 |
| San Diego | 2485 | 393 |
| San Diego | 2341 | 91 |
| San Diego | 1484 | 325 |
| San Diego | 2239 | 274 |
| San Diego | 2485 | 377 |
| San Diego | 4117 | 381 |
| San Diego | 4241 | 541 |
| San Diego | 3671 | 18 |
| San Diego | 4027 | 76 |
| San Diego | 3825 | 135 |
| San Diego | 4208 | 220 |
| San Diego | 171 | 2696 |

San Diego (Registrar of Titles) Volume 23    Certificate No. 9081

San Diego (Registrar of Titles) Volume 25    Certificate No. 9834

AS A SECOND SEPARATE AND AFFIRMATIVE DEFENSE, this

-10-

9734

answering defendant alleges:

I

This answering defendant realleges and incorporates herein as though set forth herein in full all of the allegations contained in Paragraphs I, II, V, VI and VII of its FIRST SEPARATE AND AFFIRMATIVE DEFENSE.

II

That this answering defendant is the owner of premises located within said public utility district on which it conducts its banking business for the town of Fallbrook and the surrounding area which premises are described as:

> That portion of Lot 5, Block 22 of subdivision of a portion of the West half of the Northeast quarter of Section 24, Township 9, South Range 4 West, San Bernardino Base Meridian, according to a map thereof, No. 162, made by O. N. Sandford, filed in the County of San Diego, May 4, 1885, and generally known as and called West Fallbrook Townsite described as follows:  Commencing at the Southeast corner of said Lot 5, thence North along the East line thereof 50', thence West parallel with the South line of said lot 100' West, thence South, parallel with the East line, 50' to South line of said lot, thence East along said South line 100' to the point of beginning.

III

That said premises have no source of water for domestic purposes other than that supplied by said Fallbrook Public Utility District.

IV

That should this defendant be deprived of the aforesaid source of domestic water or any part of the water which has heretofore been derived therefrom and which has been and now is reasonably and beneficially used upon said premises for domestic purposes, this defendant would be unable to conduct its banking business upon said premises, and said premises and the improvements thereon would become valueless, and this defendant would be thus deprived of its property without just and adequate compensation.

-11-

9735

1    AS A THIRD SEPARATE AND AFFIRMATIVE DEFENSE, this

2  answering defendant alleges:

3                                 I

4      That the defendant BANK OF AMERICA NATIONAL TRUST AND

5  SAVINGS ASSOCIATION is a national banking association organized

6  and existing under and by virtue of the laws of the United States.

7                                 II

8      That this defendant, in the course of its banking business,

9  made and now has outstanding a loan with an unpaid principal balance

10  of $6,000.00 secured by a Deed of Trust upon land described as:

11              Lots 36 and 101 of Sedco, Tract No. 1, as shown by map
                on file in the office of the County Recorder of the
12              County of Riverside, State of California, in Book 10
                of Maps at pages 58 to 75 inclusive, including all water
13              and water rights, whether riparian, appropriative or
                otherwise, and whether or not appurtenant, used in con-
14              nection therewith and all shares of stock evidencing
                the same.
15

16                                III

17      That for more than five years last past all water actually

18  and reasonably necessary for domestic use upon said land has been,

19  and now is, drawn and taken from the waters underlying said land

20  by means of a well located upon said land.

21                                IV

22      That for more than five years last past all water actually

23  and reasonably necessary for irrigation purposes upon said land

24  has been and now is supplied by South Elsinore Mutual Water Company

25  which, this defendant is informed and believes and therefore alleges,

26  is a public utility duly organized and established under the laws

27  of the State of California and which takes and appropriates and

28  has, for more than five years last past, taken and appropriated

29  the water supplied to said land for irrigation purposes from a

30  tributary or basin underlying a tributary of the Santa Margarita

31  River under a right of appropriation which right is prior and

paramount to the right of plaintiff.

-12-

V

That said land is located in a semi-arid region, and the water situated upon and underlying said land is insufficient for any purposes other than reasonable requirements for domestic purposes thereon and said land has no source of water for irrigation of growing crops thereon except the water supplied by said South Elsinore Mutual Water Company.

VI

That should said land be deprived of the aforesaid source of domestic water and the aforesaid source of water for irrigation purposes or any part thereof which water has been and now is reasonably and beneficially used and required upon said land, the value of said land would decrease to an amount substantially less than this defendant's outstanding loan thereon, and this defendant would thus be deprived of its security without just and adequate compensation.

AS A FOURTH SEPARATE AND AFFIRMATIVE DEFENSE, this answering defendant alleges:

I

That this answering defendant is a national banking association organized and existing under and by virtue of the laws of the United States.

II

That this answering defendant, in the course of its banking business, made and now has outstanding a loan with an unpaid principal balance of $6,075.92 secured by a Deed of Trust upon land in the County of Riverside, State of California described as:

> The Southwest quarter of Section 12, Township 7 South, Range 1 West, San Bernardino Base and Meridian, including all water and water rights, whether riparian, appropriative

-13-

S737

1      or otherwise, and whether or not appurtenant, used in
2      connection therewith, and all shares of stock evidencing
      the same.

3      III

4      That for more than five years last past all water actually

5 and reasonably necessary for domestic use and for the watering

6 of livestock kept and grazed upon said land, has been and now is

7 drawn and taken from waters underlying said land by means of a well

8 located upon said land and from the waters of a small creek or

9 stream flowing upon and across the surface of said land.

10      IV

11      That said land has no source of water for domestic pur-

12 poses or for watering of the stock kept and grazed thereon except

13 as above set forth, and should said land be deprived of the afore-

14 said sources of domestic water and water for watering of livestock

15 kept and grazed thereon or any portion of the amount thereof actually

16 and reasonably required upon said premises, the value of said land

17 would decrease to an amount substantially less than this defendant's

18 outstanding loan thereon, and this defendant would thus be deprived

19 of its security without adequate and just compensation.

20

21      AS A FIFTH SEPARATE AND AFFIRMATIVE DEFENSE, this answer-

22 ing defendant alleges:

23      I

24      That this answering defendant is a national banking

25 association organized and existing under and by virtue of the laws

26 of the United States.

27      II

28      That this answering defendant, in the course of its

29 banking business, made and now has outstanding a loan with an

30 unpaid principal balance of $4521.61 secured by a Deed of Trust

31 upon land in the County of Riverside, State of California,

-14-

described as:

> The Northwest quarter of the Southeast quarter of
> Tract C as shown by Machado Bros. & Wolf Judicial Map
> of Section 36, Township 8, South Range 3 West,
> San Bernardino Base and Meridian, including all water
> and water rights, whether riparian, appropriative or
> otherwise, and whether or not appurtenant, used in
> connection therewith, and all shares of stock evidencing
> the same.

### III

That for more than five years last past all water reasonably and actually necessary for use upon said land for domestic purposes has been and now is drawn and taken from waters underlying said land by means of a well located upon said land.

### IV

That there exists no other source of water for domestic purposes upon said land, and should said land be deprived of the aforesaid source of such domestic water as is actually and reasonably required for use upon said property, the value of said land would decrease to an amount substantially less than the outstanding loan thereon, and this defendant would be deprived of its security without just and adequate compensation.

AS A SIXTH SEPARATE AND AFFIRMATIVE DEFENSE, this answering defendant alleges:

### I

That this answering defendant is a national banking association organized and existing under and by virtue of the laws of the United States.

### II

That this answering defendant, in the course of its banking business, made and now has outstanding a loan with an unpaid principal balance of $747.00 secured by a Deed of Trust upon land in the County of Riverside, State of California, described as:

> The Northeast quarter of the Southwest quarter of

-15-

9739

of Section 10, Township 7 South, Range 3 East,
San Bernardino Base and Meridian, including all water
and water rights, whether riparian, appropriative or
otherwise, and whether or not appurtenant, used in
connection therewith, and all shares of stock evidencing
the same.

### III

That for more than five years last past, all water

reasonably and actually required for use upon said land for

domestic purposes has been and now is drawn and taken from water

underlying said land by means of a well located upon said land.

### IV

That there exists no other source from which the water

actually and reasonably required upon said land for domestic pur-

poses can be obtained, and should said land be deprived of the

aforesaid source of domestic water, the value of said land would

decrease to an amount substantially less than the outstanding

balance of said loan, and this defendant would thus be deprived

of its security without just and adequate compensation.


AS A SEVENTH SEPARATE AND AFFIRMATIVE DEFENSE, this

answering defendant alleges:

### I

That this answering defendant is a national banking

association organized and existing under and by virtue of the

laws of the United States.

### II

That this answering defendant, in the course of its

banking business, made and now has outstanding a loan with an

unpaid principal of $3000.91 secured by a Deed of Trust on land

in the County of Riverside, State of California, described as:

A portion of the South one-half of the Southeast quarter
of the Northeast quarter of Section 36, Township 8 South,

-16-

Range 3 West, San Bernardino Base and Meridian, including all water and water rights whether riparian, appropriative or otherwise, and whether or not appurtenant, used in connection therewith, and all shares of stock evidencing the same.

### III

That for more than five years last past, all water actually and reasonably required for domestic use upon said land has been and now is drawn and taken from waters underlying and percolating upon said land by way of a spring located thereon.

### IV

That there exists no other source from which water actually and reasonably required upon said land for domestic purposes can be obtained, and should said land be deprived of said source of such water as is actually and reasonably required upon said land for domestic purposes, the value of said land will decrease to an amount substantially less than the outstanding balance on said loan, and this defendant will be deprived of its security without just and adequate compensation.

AS AN EIGHTH SEPARATE AND AFFIRMATIVE DEFENSE, this answering defendant alleges:

### I

That the alleged cause of action set forth in plaintiff's Complaint is barred by the provisions of Section 318, 319, 336, and 338 (2) of the Code of Civil Procedure of the State of California.

WHEREFORE this answering defendant prays judgment of the Court as follows:

1. That plaintiff take nothing by its Complaint in this action;

2. That the Court adjudge and decree that the defendant

-17-

9741

1    Fallbrook Public Utility District and the defendant South Elsinore

2    Water Company as against the plaintiff are the owners of and have

3    paramount right to appropriate, divert, and take from the Santa

4    Margarita River and its tributaries sufficient waters to supply

5    the necessary and reasonable use of the land hereinbefore referred

6    to;

7         3.   That the Court adjudge and decree the respective rights

8    and duties of the plaintiff and this defendant with respect to

9    the use of water from the Santa Margarita River and its tributaries

10   and the underground basins underlying the same upon and in connection

11   with and for the use of the lands hereinbefore referred to;

12        4.   That this answering defendant have judgment for its

13   costs of suit herein incurred; and

14        5.   For such other and further relief as to the Court

15   may seem just and equitable in the premises.

16

17

18                                BANK OF AMERICA NATIONAL TRUST AND
                                  SAVINGS ASSOCIATION
19

20

21                                By _____

22

23   HUGO A. STEINMEYER & WINFIELD JONES

24

25   By _____
          Attorneys for defendant
26        BANK OF AMERICA NT&SA

27

28

29

30

31


                                -18-

                                                          9742

STATE OF CALIFORNIA      )
                         )  ss
County of Los Angeles    )

_J. N. Crosby_, being first duly sworn, deposes and says;

That he is an officer, to wit: a Vice President of Bank of America National Trust and Savings Association, defendant in the foregoing matter, and as such officer is authorized to make oath for and on behalf of said corporation;

That he has read the foregoing ANSWER of defendant Bank of America National Trust and Savings Association and knows the contents thereof and that the same is true of his own knowledge except as to the matters which are therein stated upon information or belief, and as to those matters he believes it to be true.

_____
                Vice President

Subscribed and sworn to before me
this 12th day of Sept , 1952.

_____
Notary Public in and for said
       County and State

9743

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

~~CENTRAL~~ DIVISION
SOUTHERN

(NATURE OF PLEADING)

ANSWER OF DEFENDANT BANK
OF AMERICA NATIONAL TRUST
AND SAVINGS ASSOCIATION

UNITED STATES OF AMERICA

Plaintiff

-vs-

FALLBROOK PUBLIC UTILITY DISTRICT,
etc., et al.

NO. 1247 Civil

(SPACE BELOW FOR FILING
STAMP ONLY)

HUGO A. STEINMEYER and

Winfield Jones

ATTORNEYS FOR Defendant BANK OF AMERICA NT&SA

650 South Spring Street
Los Angeles 14, California
MAdison 6-7246 Ext. 524

RECEIVED COPY OF THE WITHIN

THIS _____ DAY OF _____ 19___

ATTORNEY _____ FOR _____

AFFIDAVIT OF SERVICE OF MAIL (CCP 1013a)

STATE OF CALIFORNIA  } ss.
COUNTY OF LOS ANGELES }

Dale Castleton on oath says: I am a citizen of
the United States and a resident of said county; I am over the age of eighteen years and
not a party to the above entitled action. My business address is 650 South Spring Street,

Los Angeles 14, California. On the 13th day of September 19 52.

I served the attached ANSWER OF BANK OF AMERICA NT&SA

on ERNEST A. TOLIN, U.S. ATTORNEY and attorney(s) for Plaintiff
BETTY MARSHALL GRAYDON, Asst. U.S. Attorney
in said action putting a true copy thereof enclosed in a sealed envelope, addressed to said
attorney(s) at his their business address at 325 West "F" Street,
San Diego 1, California
in the post office at Los Angeles, California, with postage thereon fully prepaid. There
is regular communication by mail between the place of mailing and the place so addressed.

Dale Castleton, Affiant

Subscribed and sworn to before

me this 13th day of September 19 52

Notary Public in and for said
county and state.

1  Shatford and Shatford
   Attorneys at Law
2  5920 N. Temple City Blvd.
   Temple City, California
3  Atlantic 6-3139

4  Attorneys for Plaintiff

FILED

SEP 15 1952

EDMUND L. SMITH, Clerk
By _____
              Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs

FALLBROOK PUBLIC UTILITY DISTRICT,

et al,

                    Defendants

No. 1247

DISCLAIMER

Come now defendants Joseph A. Cralego and Lola M. Cralego and

answer the complaint on file herein and any amendments thereto, as

follows:

I

These defendants disclaim all right, title or interest of what-

soever character or extent, in or to any or all of the premises describ-

ed in the plaintiff's complaint on file herein.

II

That this disclaimer is filed because these defendants on or

about September 15, 1941 conveyed all their property in Section 7, Town-

ship 9 South, Range 3W, S. B. M. in the County of San Diego, to John L.

Mickle, by deed recorded October 9, 1941, and recorded in Book 1257

page 156 official records of San Diego County, in the office of the

county recorder of said county.

WHEREFORE, these defendants pray for judgment against the plain-

9745

tiff and for all other proper relief.

Shatford and Shatford

by

Walter T. Shatford II

9746

STATE OF CALIFORNIA ` )
                          ss
COUNTY OF LOS ANGELES)

  Joseph A Cralego _____, being by me first duly sworn, deposes and says:  That the

affiant is  one of the answering parties _____ in the above entitled matter; that affiant has
read the foregoing

_____ Disclaimer _____
and knows the contents thereof; and that the same is true of affiant's own knowledge, except
as to the matters which are therein stated upon affiant's information or belief, and as to
those matters that affiant believes it to be true, that this answering party does hereby
make solemn oath that the statements contained in the attached Disclaimer are
true according to the best of my knowledge, information and belief.

Subscribed and sworn to before me this _____

_13_ day of _September_, 19_52_

_____
Notary Public in and for the County of
  Los Angeles, State of California


### AFFIDAVIT OF SERVICE BY MAIL   (C.C. 1013a)


STATE OF CALIFORNIA      )
                         ss
COUNTY OF LOS ANGELES )

  Mable E. von Oder _____, being first duly sworn, says:  That affiant is a citizen
of the United States and a resident of the County of Los Angeles; that affiant is over the
age of eighteen years and not a party to the above entitled cause; that affiant's business ad-
dress is 5920 North Temple City Boulevard, Temple City, California; that on the  _13_
day of  _September_ , 19_52_, affiant served the within _____

_____ Disclaimer _____
on the _____ Plaintiff _____ in said action, by placing a true copy thereof
in an envelope addressed to the attorney of record for said party or parties to the above en-
titled cause at the office address of said attorney of record as follows:

_____ Walter S. Binns, U. S. Attorney _____

_____ U. S. Court House Building, Los Angeles 12, California _____
and by then sealing said envelope and depositing the same with postage thereon fully prepaid
in the United States Post Office at Temple City, California; that there is regular communica-
tion by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this

_13_ day of September _____, 19_52_

_____
Notary Public in and for the County of
  Los Angeles, State of California

8747

**AFFIDAVIT OF SERVICE BY MAIL (C. C. P. 1013a)**

(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO } ss.
STATE OF CALIFORNIA

MARIAN W. ALLEN ................being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's ~~residence~~ business address is........ 604 San Diego Trust & Savings Bldg.
San Diego, California

That affiant served the attached...ANSWER OF GENE E. MARTIN, Exec. of Estate of
ALEXANDER F. HANSEN, Deceased
by placing a true copy thereof in an envelope addressed to...J. LEE RANKIN, Solicitor-General

WILLIAM H. VEEDER, Attorney, Dept. of Justice, WILLIAM E. BURBY,
Attorney, Dept of Justice, Attorneys for Plaintiff
at their ~~residence~~ ~~box~~ office address, which is.........c/o Professor William E. Burby
Attorney at Law
12120 Travis Street
Los Angeles 49, California
which envelope was then sealed and postage fully prepaid thereon, and thereafter was on....................................................

June 5.............................., 195.7.., deposited in the United States Mail        at...................................

......San Diego, California................That there is delivery service by the United States mail at the place
so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me

June 5 ........................ 195.7



*Eleni M. Bradford*
Notary Public in and for the County of San Diego, State of California
(SEAL)

*Marian W Allen*

**AFFIDAVIT OF SERVICE BY MAIL**        Form 9A Co. Clk. 10-56 20M PP     9748