FILED

SEP 15 1952
EDMUND L. SMITH, Clerk
By _____
Deputy Clerk

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247-Civil |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California; SANTA MARGARITA MUTUAL WATER COMPANY, a public service corporation of the State of California; et al.; | ) ) ORDER EXTENDING ) TIME ) |
| Defendants, | ) |
| STATE OF CALIFORNIA, | ) |
| Defendant in Intervention. | ) ) |

Good cause appearing therefor,

IT IS ORDERED that counsel for the UNITED STATES OF AMERICA have to and including Friday, September 19, 1952, to file its brief on questions of law submitted on entry of the Pre-Trial Order.

IT IS FURTHER ORDERED that counsel for the defendants, Santa Margarita Mutual Water Company, Fallbrook Public Utility District and defendant in intervention, State of California, have to and including Friday, October 10, 1952, in which to file their briefs.

Signed pursuant to Rule 2(d) of the Local Rules of this Court in the absence of the Honorable Leon R. Yankwich from the District.

Dated this 15 day of September, 1952.

_____
United States District Judge

1309

Copy received. Bm.

FPI INC ERO-7-14-43-5M-1298

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
__SOUTHERN__ DIVISION

UNITED STATES OF AMERICA,

Plaintiff

vs

FALLBROOK PUBLIC UTILITY DISTRICT,
Defendant

No. __1247-SD__ Civil

MINUTES OF THE COURT

Date: __September 8, 1952__

At __Los Angeles,__ Calif.

PRESENT: The Honorable __LEON R. YANKWICH__ District Judge

Deputy Clerk: __John A. Childress__ Reporter: __Marie Zellner__

XXXXXXXXXXXXXXXXXXXXXXXXXXf :

XXXXXXXXXXXXXXXXXXXXXXt :

PROCEEDINGS: **Good cause appearing, IT IS HEREBY ORDERED that the time**
**of the defendants who have not answered the complaint**
**herein, is extended to January 1, 1953.**

XXXXXXXXXXX

EDMUND L. SMITH, Clerk,   1308

By_____, Deputy Clerk.