IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT
a public service corporation of
the State of California;
SANTA MARGARITA MUTUAL WATER COMPANY
a public service corporation of
State of California, et al; Defendants;

STATE OF CALIFORNIA, Defendants in Intervention

NO. 1247-SD Civil

AFFIDAVIT OF SERVICE BY MAIL

Laureta W. Paredes, being first duly sworn, deposes and says:

That (s)he is a citizen of the United States and a resident of San Diego County, California; that (his) (her) business address is Fox Theatre Bldg., 720 "B", Room 411-A, Street, San Diego 1, California; that (s)he is over the age of eighteen years, and is not a party to the above-entitled action;

That on 15 September 1952 (s)he deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of ORDER EXTENDING TIME

addressed to
    Edmund G. Brown
    Attorney General
    600 State Bldg.
    San Francisco 2, Calif.
his last known address, at which place there is a delivery service of mail from the United States Post Office.

*Laureta A. Paredes*
Laureta W. Paredes

SUBSCRIBED and SWORN to before me, this 23rd day of Sept, 1952.

EDMUND L. SMITH, CLERK,
U. S. District Court
Southern District of California

By *Cinily T. Vila*
          Deputy

FILED
SEP 23 1952
EDMUND L. SMITH, Clerk
By *Cinily T. Vila*
     Deputy Clerk

1433