IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
)   NO. 1247-SD
            Plaintiff,    )        Civil
)
            v.            )   AFFIDAVIT OF SERVICE BY MAIL
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the
State of California; SANTA MARGARITA
MUTUAL WATER COMPANY, a public service
corporation of the State of California;
et al., Defendants.
UNITED STATES OF AMERICA )
STATE OF CALIFORNIA, Defendants in Intervention.
SOUTHERN DISTRICT OF CALIFORNIA )

Laureta W. Paredes, being first duly sworn, deposes and says:

That (s)he is a citizen of the United States and a resident of San Diego County, California; that (his) (her) business address is Fox Theatre Bldg., 720 "B", Rm. 411-A, Street, San Diego 1, California; that (s)he is over the age of eighteen years, and is not a party to the above-entitled action;

That on 15 September 1952 (s)he deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of ORDER EXTENDING TIME

addressed to    Swing, Scharnikow & Staniforth
                604 S. D. Trust & Savings Bldg.
                San Diego 1, Calif.

his last known address, at which place there is a delivery service of mail from the United States Post Office.

                                    Laureta A. Paredes
                                    Laureta W. Paredes

SUBSCRIBED and SWORN to before me,
this 23rd day of Sept., 1952.
EDMUND L. SMITH, CLERK,
U. S. District Court
Southern District of California

By  Emily T. Vila
                Deputy

FILED

SEP 23 1952

EDMUND L. SMITH, Clerk
By Emily T. Vila
            Deputy Clerk

1432