IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
) NO. 1247-SD
Plaintiff, ) Civil
)
v. ) AFFIDAVIT OF SERVICE BY MAIL
FALLBROOK PUBLIC UTILITY DISTRICT, a )
public service corporation of the State
of California; SANTA MARGARITA MUTUAL
WATER COMPANY, a public service corpora-
tion of the State of California; et al;
  Defendants;
UNITED STATES OF AMERICA
STATE OF CALIFORNIA, Defendant in Inter-
SOUTHERN DISTRICT OF CALIFORNIA )   vention.

Laureta W. Paredes , being first duly sworn, deposes and says:

That (s)he is a citizen of the United States and a resident of San Diego County, California; that (his) (her) business address is 720 "B", Room 411-A, Fox Theatre Bldg., Street, San Diego 1, California; that (s)he is over the age of eighteen years, and is not a party to the above-entitled action;

That on 15 September 1952 (s)he deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of   ORDER EXTENDING TIME


addressed to     Arvin B. Shaw, Jr.
                Assistant Attorney General
                State of California
                Rowan Bldg.
                Los Angeles, Calif.
his last known address, at which place there is a delivery service of mail from the United States Post Office.

                                          Laureta W. Paredes
                                          Laureta W. Paredes

SUBSCRIBED and SWORN to before me,

this 23rd day of Sept , 1952.

EDMUND L. SMITH, CLERK,
U. S. District Court
Southern District of California

By _____
         Deputy

FILED

SEP 23 1952

EDMUND L. SMITH, Clerk
By _____
              Deputy Clerk

1434