```
              IN THE UNITED STATES DISTRICT COURT
            IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
                         SOUTHERN DIVISION
```

UNITED STATES OF AMERICA, )
                                  ) NO. 1247-SD
          Plaintiff, )     Civil
                                  )
     v.                   ) AFFIDAVIT OF SERVICE BY MAIL
FALLBROOK PUBLIC UTILITY DISTRICT, a
public service corporation of the State
of California; SANTA MARGARITA MUTUAL
WATER COMPANY, a public service corporation
of the State of California; et al; Defendants;
UNITED STATES OF AMERICA )
STATE OF CALIFORNIA, Defendants in Intervention.
SOUTHERN DISTRICT OF CALIFORNIA )

     Laureta W. Paredes, being first duly sworn, deposes and says:

     That (s)he is a citizen of the United States and a resident of San Diego County, California; that (~~his~~) (her) business address is ~~325 West 1st~~ Fox Theatre Bldg., 720 "B", Rm. 411-A Street, San Diego 1, California; that (s)he is over the age of eighteen years, and is not a party to the above-entitled action;

     That on 15 September 1952 (s)he deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of    ORDER EXTENDING TIME

addressed to      W.B. Dennis, Esq.
                       Route 1, Box 58
                       Fallbrook, Calif.

his last known address, at which place there is a delivery service of mail from the United States Post Office.

*Laureta W. Paredes*

SUBSCRIBED and SWORN to before me,
this 23rd day of Sept., 1952.

EDMUND L. SMITH, CLERK,
U. S. District Court
Southern District of California

By _____ Deputy

FILED
SEP 23 1952
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

1435