IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

1  EARLINE THOMPSON
   Name
2  P.O. BOX 651
   Address
3  FALLBROOK, CALIFORNIA
   City and State
4  NONE
   Telephone Number

Defendant

FILED
SEP 17 1952
EDMUND L. SMITH, Clerk
By /s/ _____
Deputy Clerk

UNITED STATES OF AMERICA )
                         )
        Plaintiff,       )
                         )
    vs.                  )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
        Defendants.      )

Comes now the defendant(s) EARLINE THOMPSON, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ Earline Thompson

9749