IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

G. H. THOMPSON
Name
P.O. BOX 651
Address
FALLBROOK, CALIFORNIA
City and State
NONE
Telephone Number

Defendant

FILED
SEP 17 1952
EDMUND L. SMITH, Clerk
By /s/ J. Munro
Deputy Clerk

UNITED STATES OF AMERICA )
                         )
              Plaintiff, )
                         )
         vs.             )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
             Defendants, )

Comes now the defendant (s) G. H. THOMPSON, sued herein and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

/s/ G H Thompson

9750