IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

James C. Watkins and Ella R. Watkins
Name
754 North Second Avenue
Address
Upland, California
City and State

Telephone Number

Defendant s

**FILED**

SEP 19 1952

EDMUND L. SMITH, Clerk
By _____
Deputy Clerk

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. ) No. 1247
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) James C. Watkins and Ella R. Watkins and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

_____
James C. Watkins
_____
Ella R. Watkins

9751