```
1                    IN THE UNITED STATES DISTRICT COURT
             IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
2                              SOUTHERN DIVISION
3

4   UNITED STATES OF AMERICA,      )
                                   )          NO.    1247-SD
5                    Plaintiff,    )
                                   )
6            v.                    )      AFFIDAVIT OF SERVICE BY MAIL
    FALLBROOK PUBLIC UTILITY DISTRICT, a
7   public service corporation of the State
    of California; SANTA MARGARITA MUTUAL WATER
8   COMPANY, a public service corporation of the
    State of California; et al; Defendants;
9   UNITED STATES OF AMERICA      )
    STATE OF CALIFORNIA, Defendant in Intervention
10  SOUTHERN DISTRICT OF CALIFORNIA )
11

12     Mary J. Campbell         , being first duly sworn, deposes and says:

13          That (s)he is a citizen of the United States and a resident of San

14  Diego County, California;  that (his) (her) business address is 325 West "F"

15  Street, San Diego 1, California;  that (s)he is over the age of eighteen years,

16  and is not a party to the above-entitled action;

17          That on   September 19, 1952 (s)he deposited in the United States Mail

18  at San Diego, California, in the above-entitled action, in an envelope bearing

19  the requisite postage, a copy of    BRIEF IN REGARD TO QUESTIONS PROPOUNDED TO
                                        COURT IN ADVANCE OF TRIAL
20

21
                        Mr. Arvin B. Shaw, Jr.
22  addressed to        Assistant Attorney General
                        State of California
23                      Rowan Building
                        Fifth and Spring Streets, Los Angeles, California
24  his last known address, at which place there is a delivery service of mail

25  from the United States Post Office.

26                                                  Mary J. Campbell

27  SUBSCRIBED and SWORN to before me,

28  this 19th   day of   September , 1952.

29  EDMUND L. SMITH, CLERK,
    U. S. District Court
30  Southern District of California
31
    By
32                      Deputy
```

FILED
SEP 19 1952
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

1431