FILED
SEP 29 1952
EDMUND L. SMITH, Clerk
By John A. Childress
Deputy Clerk

IN THE DISTRICT COURT OF THE UNITED STATES
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

HONORABLE LEON R. YANKWICH, JUDGE

UNITED STATES OF AMERICA,

           Plaintiff,

vs

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of
the State of California, et al.,

           Defendants.

STATE OF CALIFORNIA,

           Defendant in Intervention.

CIVIL NUMBER 1247-SD

O R D E R

    The above-entitled cause has been duly and regularly set for trial for October 21, 1952, as to the defendants Fallbrook Public Utility District, a public service corporation of the State of California, Santa Margarita Mutual Water Company, a public service corporation of the State of California, and the State of California, defendant in intervention.

    Rule 77(b) of the Federal Rules of Civil Procedure provides:

    "All trials upon the merits shall be conducted in open court and, <u>so far as convenient, in a regular court room.</u>"   (Emphasis added)

-1-

1436

Section 142 of the Judicial Code, 28 U.S.C.A., Sec. 142, provides:

> "Court shall be held only at places where Federal quarters and accommodations are available, or suitable quarters and accommodations are furnished without cost to the United States."

The regular courtroom and other hearing facilities provided in the Southern Division of this court in the Customs and Courthouse Building at San Diego, California, will, on October 21, 1952, and thereafter during the period required for the trial of this cause, be required and occupied by the Honorable Jacob Weinberger and other Judges of this court, or assigned thereto, for the conduct of the regular calendar and the business of the Southern Division. The said courtroom and hearing facilities at the said Customs and Courthouse Building at San Diego, California, are the only ones available for the conduct of judicial business for the said Southern Division.

Neither this court, nor any Judge thereof, is empowered to rent or lease other suitable quarters for the trial of the instant suit.(28 U.S.C.A., Sec. 142, as quoted above.) Nor do appropriated funds exist with which to rent or lease such quarters.

The above-entitled cause, by reason of its importance and the time which will be required for its trial, was at the request of Judge Weinberger, transferred to the undersigned. All preliminary proceedings, including the pre-trial had on July 8, 1952, to July 10, 1952, inclusive, were had by the undersigned in San Diego, California. At times, it was necessary to use the court's chambers, while other proceedings were going on in the courtroom. The trial

-2-

1437

of this cause cannot be had in San Diego without disturbing the regular calendar, and no official courtroom is available for the undersigned to try the same in San Diego. The matters on the San Diego calendar requiring regular attention, such as the large number of cases involving illegal immigrations, and civil and criminal cases set for the next three months are of such character as not to permit their postponement while the courtroom at San Diego is being used for the trial of the present case.

The undersigned, on August 25, 1952, denied a motion to continue the trial of said cause against the three named defendants and said parties were ordered to be ready to proceed on October 21, 1952. Public interest demands that the case be proceeded with.

An extensive pre-trial order was signed on August 25, 1952, delimiting the issues in the case. Certain legal questions were ordered submitted on briefs. The Government's brief was filed on September 19, 1952. The brief of the three defendants is due on October 10, 1952. The undersigned has agreed to, and will rule on the legal questions thus briefed before the date of said trial.

NOW THEREFORE, in view of the above facts and good cause appearing, IT IS NOW ORDERED, ADJUDGED AND DECREED that the trial of the above-entitled cause as to the defendants Fallbrook Public Utility District, a public service corporation of the State of California, Santa Margarita Mutual Water Company, a public service corporation of the State of California, and the State of California, defendant in intervention, be hereby transferred to, and that the said trial be had in Courtroom No. 7 of the Central Division, in the Courthouse and Post Office Building at Los Angeles, California.

```
 1         The Clerk is directed to give notice to David
 2   W. Agnew, attorney for the Government, whose latest given
 3   address is at 4111-A Fox Theater Building, 720 "B" Street,
 4   San Diego, California, and to the attorneys for the
 5   defendants at their respective addresses.
 6         DATED this 29th day of September, 1952.
```

/s/ Leon R. Yankwich
LEON R. YANKWICH
Judge

1439