DANIEL W. GAGE
740 Rowan Building,
458 South Spring Street
Los Angeles 13, California

Telephone: MAdison 2293

Attorney for Defendants
Domenick Ippolito, John A.
Ippolito and Theresa Ippolito

FILED
OCT 7 - 1952
EDMUND L. SMITH, Clerk
By _Emily V. Vila_ Deputy Clerk

UNITED STATES DISTRICT COURT

For the

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )   No. 1247
)
vs. )   Civil
)
FALLBROOK PUBLIC UTILITY DISTRICT, )   ANSWER TO COMPLAINT
a public service corporation of the )
State of California, et al., )
)
Defendants. )

Come now the defendants Domenick Ippolito, John A. Ippolito and Theresa Ippolito, and answering for themselves and themselves alone, admit, deny and allege as follows:

I

In answer to paragraph II of plaintiff's complaint defendants have no information or belief, and based upon such lack of information and belief deny specifically each and every allegation contained in said paragraph.

II

In answer to paragraph IV, these answering defendants deny generally and specifically that they have encroached upon or threatened the destruction of the basin referred to in said paragraph IV; and further deny generally and specifically that

-1-

9754

they have made any intrusion in said basin, or that their activities have reduced in any way whatsoever the quantities of water available to the plaintiff herein from the subterranean sources mentioned in said paragraph IV; and further deny that they have caused any reduction in the surface flow of the Santa Margarita River.

III

In answer to paragraphs V, VI, VII and VIII, these answering defendants have no information or belief, and based upon such lack deny generally and specifically each and every allegation contained in said paragraphs.

IV

In answer to paragraph IX, defendants deny generally and specifically that they have wrongfully diverted any water that does not rightfully belong to them, and deny generally and specifically that their actions have caused any damage whatsoever to the United States; that the property occupied by these defendants belongs to them as does the water thereon. Except as expressly admitted these answering defendants deny generally and specifically each and every allegation contained in said paragraph IX.

SECOND DEFENSE.

FOR A SECOND SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

I

That the water on the property now belonging to them was guaranteed to their predecessor in interest and to them by the United States government by the treaty of Guadalupe Hidalgo with Mexico, and that the plaintiff herein is now estopped by virtue of said treaty to claim any right in said water rights belonging to the land of the defendants herein.

-2-

3755

THIRD DEFENSE

FOR A THIRD SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

I

That the property and water rights owned by them were not adjudicated in the stipulated judgment rendered in the matter entitled Rancho Santa Margarita vs. N. R. Vail, et al, in the Superior Court of the State of California, in and for the County of San Diego, No. 42850, and that as a result thereof there is no privity.

FOURTH DEFENSE.

AS A FOURTH, SEPARATE AND DISTINCT DEFENSE DEFENDANTS ALLEGE:

I

That insofar as these answering defendants are concerned, the water rights owned by them are not necessary or needed by the plaintiff for the reasons set forth in plaintiff's complaint.

WHEREFORE, these defendants pray:

1. That plaintiff takes nothing by this action
2. For costs of suit, and for such other and further relief as to the Court seems just.

Daniel W. Gage
Attorney for defendants
Domenick Ippolito
John A. Ippolito
Theresa Ippolito

-3-

9756

Received copy of the within _____ this _____ day of _____ 194_

Attorney for _____

Received copy of the within _____ this _____ day of _____ 194_

Attorney for _____

(AFFIDAVIT OF SERVICE BY MAIL – 1013a, C.C.P.)

STATE OF CALIFORNIA }
COUNTY OF LOS ANGELES } ss.

Kathryn Watts _____, being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of Los Angeles; that affiant is over the age of eighteen years and is not a party to the within and above entitled action; that affiant's business address is: 710 Rowan Building, 458 South Spring Street, Los Angeles 13, California.

That on the 3 day of October 1952, affiant served the within Answer to Complaint on the Plaintiff in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said Plaintiff at the office address of said attorney as follows:

Ernest A. Tolin, U.S. Attorney, and
Betty Marshall Graydon, Asst. U.S. Attorney
325 West "F" St., Room 321, San Diego, Calif.

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States Mail at Los Angeles, California, where is located the office of the attorney for the person by and for whom said service was made.

That there is delivery service by United States mail at the place so addressed, or/and there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 3rd day of October 1952.

_____ (signature)

(SEAL)