IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Rhoda F. Taylor
Address: Route 1 Box 13
City and State: Wildomar, Calif.
Telephone Number:

Defendant

Dated - Oct. 6 - 1952

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

    Defendants,

No. 1247

Comes now the defendant(s) Rhoda F. Taylor

and for her self or ~~themselves~~ alone and answering plaintiff's complaint on file, herein denies ~~(deny)~~ each ~~and every material allegation contained therein~~.

That I am using any water that should go down streams. My present use of water is entirely from a well on my land and is for domestic use and irrigation only on my land.
I make no claim to any flood waters.
My land consists of lots 10, 11, and 12 and portions of vacated streets and alley of the old Wildomar Townsite and borders on Grand Avenue.
The above statement is based on the belief that "Percolating Water" is not involved in this suit.

Signed - Rhoda F. Taylor

Witness - E. R. Taylor

FILED
OCT 7 - 1952
EDMUND L. SMITH, Clerk
By Cindy T. Vila, Deputy Clerk

9753