UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| U.S.A. | No. 1247-SD  Civil |
| vs | MINUTES OF THE COURT |
| Fallbrook Public Utility District | Date: Oct. 7, 1952, |
| | At Los Angeles, Calif. |

PRESENT: The Hon. LEON R. YANKWICH  District Judge;

Deputy Clerk: John A. Childress   Reporter: Marie Zellner

Counsel for Plaintiff: Arvin B. Shaw, Jr.

Counsel for Defendant: Phil D. Swing for Fallbrook Public Utility District
Wm B. Dennis for Santa Margarita Mutual Water Co.

PROCEEDINGS:

Good cause appearing, IT IS HEREBY ORDERED that the three defendants Fallbrook Public Utility District, Santa Margarita Mutual Water Co., and the State of California as intervenor, have until the 15th of Oct. 1952, in which to file their pretrial briefs.

1440

EDMUND L. SMITH, Clerk,

By_____ Deputy Clerk