SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

(SPACE BELOW FOR FILING STAMP ONLY)

FILED

OCT 10 1952

EDMUND L. SMITH, Clerk
By ................................
Deputy Clerk

Attorneys for Defendant FALLBROOK PUBLIC UTILITY DISTRICT

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | No. 1247-SD Civil |
| Plaintiff | ) | NOTICE OF MOTION OF FALLBROOK PUBLIC UTILITY DISTRICT FOR CONTINUANCE |
| vs | ) | |
| FALLBROOK PUBLIC UTILITY DISTRICT a public service corporation of the State of California, et al., | ) | |
| Defendants | ) | |

To PLAINTIFF above named and to JAMES P. Mc GRANERY, Attorney General of the United States;

WALTER BINNS, United States Attorney

DAVID W. AGNEW, Attorney for Department of the Navy, and Special Assistant to the Attorney-General.

You and each of you will please take notice that on the 17th day of October, 1952, at 10:00 o'clock in the forenoon of that day, or as soon thereafter as counsel can be heard, at the Court room in the U. S. Custom and Court House Building, 325 West "F" Street, City of San Diego, State of California, the defendant FALLBROOK PUBLIC UTILITY DISTRICT will move the above entitled Court for a continuance of the separate trial, as to the issues with reference to it, now set to commence October 21st, 1952, on the grounds

1. That said defendant cannot safely go to trial in

-1-

1441

in this action without additional time for preparation for trial and without making further investigations of the facts concerning Plaintiff's claims.

    2. That Plaintiff has delivered to this Defendant numerous and voluminous engineering and hydraulic data and statistical information as the basis of its claims but at such a late date that Defendant's experts have not had a fair or reasonable opportunity to check and evaluate the same and to prepare its case with reference thereto.

    3. That this Defendant has sought, without avail, to have its expert hydraulic engineer inspect the premises of Plaintiff involved in this suit in order to study and formulate geological, engineering and hydraulic opinions regarding the physical and factual basis for Plaintiff's claims. That Plaintiff and its officers and agents in charge of Rancho Santa Margarita have delayed and postponed the date and time when this Defendant's experts and the experts of the State of California might inspect, survey and study the terrain and physical facts on said Rancho Santa Margarita involved in this lawsuit and none of the said experts have been permitted as yet to make said inspections, surveys and studies without which they cannot qualify as expert witnesses for the Defendants or formulate definite opinions as to the issues involved in this action or complete the preparation of the case of these defendants for trial.

    That said motion will be for a continuance for a reasonable time and will be made, based and presented upon the records, papers and files herein and upon the affidavit of PHIL D. SWING which is attached hereto.

Dated this 10th day of October, 1952.

SWING, SCHARNIKOW & STANIFORTH
BY _____
Attorneys for Defendant FALLBROOK PUBLIC UTILITY DISTRICT.

RECEIVED copy of within Notice of Motion this 10 day of Oct., 1952

_____
Attorneys for Plff

-2-

1442