SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
FRANKLIN 9-1131

FILED

EDMUND L. SMITH, Clerk
By _____
        Deputy Clerk

Attorneys for Defendant FALLBROOK PUBLIC UTILITY DISTRICT

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
                    Plaintiff,
        vs.
FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of
the State of California, et al.,
                    Defendants.

NO. 1247-SD CIVIL

POINTS AND AUTHORITIES IN
SUPPORT OF MOTION OF
FALLBROOK PUBLIC UTILITY
DISTRICT FOR A CONTINUANCE

This motion is made by the defendant pursuant to Rule 6 (b) and (d) of said Rules of Civil Procedure and Rule 3 of the local rules.

While the granting or denial of a motion for continuance rests largely, if not entirely, within the discretion of the court, it was said in Flynn vs. Fink, 60 C.A.670,675 that:

"On a motion for a continuance of the trial of a case it is the duty of the trial judge, which the law presumes he will faithfully perform, to work out the justice of the situation".

In Derkmann v. Blumenthal, 69 C.A. 606,608, the court said:

"The court in granting or denying the application, (for continuance) should be governed by a desire to take that course which, under the circumstances disclosed, seems

-1-

1458

most likely to accomplish substantial justice."

In <u>Kalmus v. Kalmus</u> 103 C.A.(2d) 405, 415 the court said:

> "Without doubt, the discretion contemplated by law is not a capricious or arbitary one, but an impartial discretion, guided and controlled in its exercise by fixed legal principles. It is to be exercised in conformity with those legal principles, the spirit of the law, and in a manner to subserve and not to impede or defeat the ends of substantial justice."

The rule in the Federal Courts on Continuances is the same as it is in the State Courts and is that the granting of a continuance is a matter within the sound discretion of the trial court and the authorities are all to the effect that the grant or refusing to grant a continuance is not reversible error unless it clearly appears that there has been an abuse of discretion.

Dundee Petroleum Co. V Clay
267 Fed. 145, 150.

United States v. DeArmond
48 F (2) 465, 466

Sanders v. Hall
74 Fed (2) 399, 406

DATED: October 10, 1952.

Respectfully Submitted

SWING, SCHARNIKOW & STANIFORTH

BY _____
Attorneys for Defendant
FALLBROOK PUBLIC UTILITY DISTRICT

RECEIVED copy of within
Points of Authorities this
10 day of Oct, 1952

_____
Attorneys for Plaintiff

-2-

FILED
OCT 10 1952
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

1459