1    EDMUND G. BROWN, Attorney General,
       ARVIN B. SHAW, JR., Assistant Attorney General,
2    GEORGE G. GROVER, Deputy Attorney General,
       600 State Building,
3    SAN FRANCISCO, CALIFORNIA
          UNderhill 1-8700
4
       Attorneys for the People of the
5    State of California.

6

7

**FILED**

OCT 17 1952

EDMUND L. SMITH, Clerk
By *Gracelyn T. Vila*
           Deputy Clerk

8          IN THE DISTRICT COURT OF THE UNITED STATES

9       IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA,

10               SOUTHERN DIVISION.

11

12    UNITED STATES OF AMERICA,     )

13               Plaintiff,    )      No. 1247-S.D. Civil.

14           vs.           )   AFFIDAVIT OF MAX BOOKMAN IN
                                  )   SUPPORT OF MOTION OF FALL-
15    FALLBROOK PUBLIC UTILITY DISTRICT, )  BROOK PUBLIC UTILITY
       a public service corporation of  )   DISTRICT FOR CONTINUANCE.
16    the State of California, et al.,  )

17               Defendants.  )

18

19    STATE OF CALIFORNIA    )
                      ) ss.
20    COUNTY OF LOS ANGELES  )

21        MAX BOOKMAN, being first duly sworn, deposes and says:

22        That he is principal hydraulic engineer of the Division of

23    Water Resources of the State of California, and is in charge of the

24    Southern California office of said Division at Los Angeles, and is

25    in charge of investigations being made by said Division throughout

26    Southern California.

27        On August 28th, 1952, State Engineer A. D. Edmonston, Chief

28    of the Division of Water Resources, and affiant and L. R. Illing-

29    worth, together with Gavin M. Craig, attorney for the Division of

30    Water Resources, and Arvin B. Shaw, Jr., Assistant Attorney General

31    of the State of California, proceeded to Camp Pendleton, pursuant

32    to an appointment with Major General Oliver P. Smith, commanding

-1-

1583

1  officer of Camp Pendleton, for the purpose of asking for certain
2  information respecting the Santa Margarita River Basin within Camp
3  Pendleton, and for permission to have the Division's experts survey
4  and study the physical features of the Santa Margarita River Basin
5  on Camp Pendleton.  During the discussion it developed that the
6  Marines and the U.S. Geological Survey had made very extensive in-
7  vestigations and had important data in their possession pertinent
8  to the issues of this case, and it was then agreed that the State
9  Engineer should make a written request for such data and information
10  relating to said physical conditions.  At General Smith's suggestion,
11  the representatives of the State retired and, with the collaboration
12  and assistance of Colonel Chester A. Allen and Major A. C. Bowen of
13  the Office of Ground Water Resources of the Marine Corps at Camp
14  Pendleton, prepared a letter addressed to the Commanding Officer of
15  Camp Pendleton, which was signed by Mr. Edmonston, requesting
16  pertinent data and information as to physical conditions on Rancho
17  Santa Margarita, a copy of which letter is attached to and made a
18  part of the affidavit of Phil D. Swing, dated October 9th, 1952, and
19  marked "Exhibit C", and made a part of this affidavit by reference.
20  Said letter was presented to General Smith and by him forwarded to
21  Washington for the approval of higher officers.  Approval was sub-
22  sequently given for General Smith to deliver the requested data
23  within certain limitations, and on September 30th, 1952, General
24  Smith by letter notified the State Engineer that his request had been
25  granted, and asked that representatives of the State contact head-
26  quarters at Camp Pendleton relative to delivery of the data and
27  information.  A copy of said letter is attached to said affidavit
28  of Phil D. Swing, marked "Exhibit D", and hereby made a part hereof
29  by reference.
30      Affiant then directed said L. R. Illingworth to proceed to
31  Camp Pendleton on October 7th, 1952, for the purpose of arranging for
32  the supplying of the necessary information.

1      In affiant's opinion it will take the staff of the State

2  Engineer, or any other engineer, more than three months in which to

3  study, digest and evaluate the data and information to be supplied

4  by the Marine Corps under General Smith's letter, and to draw con-

5  clusions therefrom in connection with other data being secured by

6  the Division outside the Rancho Santa Margarita.  Such data are

7  important in determining the extent and capacities of the under-

8  ground basins on plaintiff's property and the net safe yield of said

9  basins, the threat of salt water intrusion and the best method or

10 methods of excluding the same, as well as other matters necessarily

11 involved in the issues of this case.

12     At said conference on August 28th, 1952, at Camp Pendleton,

13 General Smith, in response to the request of the State Engineer for

14 permission to have the State's experts inspect and study the

15 physical features of the Santa Margarita River watershed on the

16 Rancho Santa Margarita, replied that in his opinion the matter of

17 permission to enter upon the Marine Reservation to make studies and

18 surveys should be deferred until the State had studied all the

19 information that was available to it, including that which General

20 Smith might deliver to the State pursuant to the State Engineer's

21 request; that the State would then be able to make a more specific

22 request for right of ingress to Camp Pendleton than was then

23 possible, and could perhaps shorten the time involved and limit the

24 areas and features to be studied and investigated.  That the State

25 Engineer accepted General Smith's position in this respect and

26 deferred the matter of requesting access to plaintiff's property for

27 the State's experts to study the physical terrain.  That request

28 will, however, be renewed at the appropriate time.

29     Affiant attended a meeting at Camp Pendleton on October 14th,

30 1952, between himself and Mr. Illingworth and two land use experts

31 from the Sacramento office of the Division of Water Resources, on

32 the part of the State, and Major A. C. Bowen and his staff, on the

1585

1 part of the United States. Affiant has read the affidavit of L. R.
2 Illingworth made on this date, and said affidavit correctly recites
3 what transpired at that meeting.
4     The surveys and investigations of the water resources of the
5 Santa Margarita River watershed, now being carried on by the Division
6 of Water Resources, are being made under direction of the Legislature
7 of California in the Budget Act of 1952, and will probably proceed
8 over a period of two years. These investigations and studies are
9 being made for broad public purposes and for the end result of
10 developing information which may be useful with respect to more
11 complete utilization in the future of the water resources of the
12 Santa Margarita watershed. The data , information and conclusions
13 of the Division in this matter will be made public, and will be
14 available both to the plaintiffs and the defendants in the above
15 entitled case for such use as may be of assistance to the Court,
16 both in the forthcoming trial as to the issues between the United
17 States and Fallbrook Public Utility District, Santa Margarita
18 Mutual Water Company, and the State of California, and at any
19 future trial of the issues between the United States and other
20 parties.

21                       *Max Bookman*
22
23 Subscribed and sworn to before me
24 this 15th day of October, 1952.
25
26 *Flossie Park Flynn*
    Notary Public in and for Said
        County and State.
27
28
29 *Received copy on 10/17/52*
30
31 *David W. Agnew*
32 *Attorney, Dept. of the Navy*

                -4-

1586