```
 1  EDMUND G. BROWN, Attorney General,
    ARVIN B. SHAW, JR., Assistant Attorney General,
 2  GEORGE G. GROVER, Deputy Attorney General,
    600 State Building,
 3  SAN FRANCISCO, CALIFORNIA
         UNderhill 1-8700
 4
    Attorneys for the People of the
 5  State of California.
```

FILED
OCT 17 1952
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

IN THE DISTRICT COURT OF THE UNITED STATES

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA,

SOUTHERN DIVISION.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of<br>the State of California, et al.,<br>　　　　　Defendants. | No. 1247-S.D. Civil.<br><br>AFFIDAVIT OF L. R. ILLINGWORTH<br>IN SUPPORT OF MOTION OF<br>FALLBROOK PUBLIC UTILITY<br>DISTRICT FOR CONTINUANCE. |

STATE OF CALIFORNIA ) ss.
COUNTY OF LOS ANGELES )

　　　　L. R. ILLINGWORTH, being first duly sworn, deposes and says:

　　　　That he is associate hydraulic engineer of the Division of Water Resources in the Los Angeles office of said Division.

　　　　That under direction of Max Bookman, he went to Camp Pendleton on October 7th, 1952, and called on Colonel Chester A. Allen, Post Supply Officer. At Colonel Allen's suggestion, affiant called on Captain Lee of the Office of Ground Water Resources in the absence of Major A. C. Bowen. There was then delivered to affiant a colored print of the Land Classification Map of Rancho Santa Margarita at a scale of 1:24000, a print of the Land Utilization Map at a scale of 1:24000, and a Map of the Ysidora Basin irrigation system. Captain Lee stated to affiant that he would refer the matter of

-1-

1560

aerial photographs to Major Bowen upon his return October 9th, 1952, and assured affiant that the photographs would be supplied in the near future. It was tentatively concluded that Mr. Shannon of the Sacramento office of the Division should consult with Major Bowen regarding land classification data, and that a conference should be held between Major Bowen, Mr. Worts of the Long Beach U.S. Geological Survey office and Mr. Lawrence James, a geologist of the Division, in order to arrange for procurement of basic geologic data now in Mr. Worts' custody. Arrangements were made to have the Murrieta office of the Division copy all Camp Pendleton well data available, such work to start immediately. Captain Lee stated that past records from Vail Lake Evaporation Station would be sent to the Division and future records would be submitted monthly. Surface stream records would be available to the Division, as heretofore, in the U.S. Geological Survey records. It was planned that approximately one year's record from five or six recorders currently operating on wells in the Camp Pendleton underground basins would be copied with 35 millimeter microfilm camera.

    At direction of Assistant State Engineer Gordon Zander, affiant, Mr. Max Bookman, Mr. John Shannon and Mr. Roy Haley, land use experts of the Division at the Sacramento office, met at Camp Pendleton on October 14th, 1952, with Major A. C. Bowen and his staff. At that conference certain additional data were received from Major Bowen by affiant, to-wit, the aerial photographs referred to in paragraph 1 of the State Engineer's letter of August 28th, 1952 to the Commanding General at Camp Pendleton, also one copy of certain of the exhibits in the case. The principal field of the conference was a discussion of land classification methods to be used in the Santa Margarita River watershed, both within and without Rancho Santa Margarita.

    Affiant has read the affidavit of Max Bookman made on this date. It correctly recounts the conferences held at Camp Pendleton

1581

on August 28th, 1952, between the State Engineer and General Smith and his subordinates.

*E. R. Illingworth*

Subscribed and sworn to before me this 15th day of October, 1952.

*Flossie Park Flynn*
Notary Public in and for Said County and State.

Received Copy on 10/17/52

*David H. Agnew*
Attorney Dept of the Navy

-3-

1582