UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
<u>SOUTHERN</u> DIVISION

U.S.A. )   No. <u>1247-SD</u>         Civil
                          )
vs                       )   MINUTES OF THE COURT
                          )
Fallbrook Public Utility )   Date: <u>Oct. 17, 1952,</u>
  District, et al.,      )
                          )   At <u>San Diego,</u>        , Calif.


PRESENT: The Hon. <u>LEON R. YANKWICH</u>           District Judge;

Deputy Clerk: <u>J.M. Horn</u>              Reporter: <u>Marie Zellner</u>

Counsel for Plaintiff:  David W. Agnew, Spec. Ass't to Att'y Gen'l;
                        Raymond deS. Shryock, Att'y for U.S. Navy Dep't.

Counsel for Defendants:  Phil D. Swing for Fallbrook Public Utility District
                         W. B. Dennis for def't Santa Margarita Mutual
                            Water Co.
~~PROCEEDINGS:~~        W. Geo. Grover, Deputy Att'y Gen'l, for Inter-
                            vener, State of California.

PROCEEDINGS:  For hearing on motion of the Fallbrook Public Utility District
              for a continuance.

   Court and counsel discuss motion for a continuance.

   Attorney Swing files motion to reconsider and vacate order transferring trial to the Central Division from the Southern Division, and makes a statement in support thereof.

   Court orders said motion filed and **orders said motion denied.**







   IT IS ORDERED that motion for a **continuance of trial is denied, that trial date of Oct. 21, 1952, is vacated, and that cause is re-set for trial Oct. 29, 1952, 10 AM.**









                                           EDMUND L. SMITH, Clerk,

                                           By_____Deputy Clerk.

                                                                         1573