UNITED STATES COURT OF APPEALS

NINTH CIRCUIT

# 1247-SD

**FILED**

OCT 29 1952

EDMUND L. SMITH, Clerk

By *Charles A Keit*
Deputy Clerk

ORDER

FALLBROOK PUBLIC UTILITY DISTRICT,
  a Public Corporation,

                        Petitioner,

          vs.

UNITED STATES DISTRICT COURT IN AND
  FOR THE SOUTHERN DISTRICT OF CALIFORNIA,
  SOUTHERN DIVISION, and LEON R. YANKWICH,
  as JUDGE OF SAID UNITED STATES DISTRICT
  COURT,

                      Respondents.

---

Upon Petition for Writ of Mandamus or Writ of Prohibition.

Before: DENMAN, Chief Judge, and POPE, Circuit Judge.

       It is Ordered that leave to file the petition of
the above petitioner for an order to show cause, etc. is
granted.

       It appearing that the petition shows due cause
therefor,

       It is Ordered that the respondents show cause
to this court on or before ten days herefrom why a writ of
mandamus or a writ of prohibition should not issue directed
to the respondents and commanding them to refrain and
desist from taking any further steps or proceedings to try
the case or issues against the defendant Fallbrook Public
Utility District in the action pending in the United States
District Court for the Southern District of California
entitled "United States of America, Plaintiff, vs.
Fallbrook Public Utility District, a Public Service Cor-
poration, et al., Defendants, and numbered 1247-SD Civil,"
and further commanding respondents to make and enter an
order vacating and setting aside the order dated

1629

1.

September 29, 1952, for the transfer of said action, as

to defendant Fallbrook Public Utility District, from the

Southern/~~District~~ Division of the Southern District to the Central

Division thereof; and

It is further ordered that the trial in that

action be stayed until the decision upon the above order

to show cause.

William D~~~~~~~~
'Chief Judge

Walter L. Pope
Circuit Judge

(Endorsed) OCT 2 8 1952
Filed
Paul P. O'Brien,
Clerk.

A TRUE COPY.
ATTEST OCT 2 8 1952
Paul P. O'Brien,
Clerk.

1630