UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**SOUTHERN** DIVISION

U.S.A.

vs

Fallbrook Public Utility District, et al.

No. **1247-SD** Civil

MINUTES OF THE COURT

Date: **Oct. 29, 1952.**

At **Los Angeles,** , Calif.

PRESENT: The Hon. **LEON R. YANKWICH** District Judge;

Deputy Clerk: **John A. Childress** Reporters: **Marie Zellner and J. D. Ambrose, alternating.**

Counsel for Plaintiff: **David W. Agnew and Raymond deS. Shryock (Navy Dep't)**

Counsel for State of Calif.: **Geo. S. Grover, Deputy Att'y Gen'l, State of (Calif.)**

Counsel for Defendant Fallbrook Public Utility Dist.: **Phil D. Swing;**
Counsel for Defendant Santa Margarita Mutual Water Co.: **Wm B. Dennis.**

PROCEEDINGS: For trial.

Filed teletype communication from Court of Appeals to the District Court.
Lodged certain pretrial exhibits of Santa Margarita Mutual Water Co.

The Court makes a statement and IT IS ORDERED that cause as to defendant Fallbrook Public Utility District is continued to Nov. 18, 1952.

IT IS ORDERED that the trial proceed as to Santa Margarita Mutual Water Co. and the State of California.
On motion of Attorney DeS. Shryock, Court orders cause continued to 2 PM.
At 2 PM court reconvenes herein.
Attorney Dennis moves for joint trial with Fallbrook Public Utility District, and to strike certain portions of the complaint.
Court orders each of said motions denied.

Gov't Ex. 1, 2, 3-A to 3-M incl., 4 to 16 incl., 17-A, 17-B, 18 to 24 incl., 25-A, 25-B, 26 to 35 incl. are admitted in evidence.

H. M. Hall is called, sworn, and testifies for Gov't.

IT IS ORDERED that cause is continued to Oct. 30, 1952, 10 AM, for further trial.

EDMUND L. SMITH, Clerk,

1628

By_____Deputy Clerk.