Yankwich
10/30/52

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs

Fallbrook Public Utility District, et al.,

No. 1247-SD   Civil
MINUTES OF THE COURT
Date: Oct. 30, 1952.
At Los Angeles, Calif.

PRESENT: The Hon. LEON R. YANKWICH   District Judge;

Deputy Clerk: John A. Childress   Reporters Marie Zellner and J. D. Ambrose, alternating.
Counsel for Plaintiff: David W. Agnew and Raymond deS. Shyrock (Navy Dep't)
Counsel for Defendant State of Calif.: Geo. G. Grover, Deputy Att'y Gen'l (State of Calif.)
Counsel for Defendant Santa Margarita Mutual Water Co.: Wm B. Dennis.

PROCEEDINGS: For further trial as to defendants Santa Margarita Mutual Water Co. and State of California.

H.M. Hall, heretofore sworn, testifies further for Gov't.

Filed order for delivery of Gov't Ex. 35 by the clerk at San Diego, Calif., to representative of Gov't for transmission to Los Angeles, Calif.

Wm R. Muehlberger is called, sworn, and testifies for Gov't.

Gov't Ex. 37 is admitted in evidence.

George F. Worts, Jr., is called, sworn, and testifies for Gov't.

IT IS ORDERED further trial is continued to Oct. 31, 1952, 10 AM.

EDMUND L. SMITH, Clerk,

By_____Deputy Clerk.

1631