UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**SOUTHERN** DIVISION

U.S.A.

vs

Fallbrook Public Utility District, et al.

No. **1247-S.D.** Civil

MINUTES OF THE COURT

Date: **Oct. 31, 1952,**

At **Los Angeles,** Calif.

PRESENT: The Hon. **LEON R. YANKWICH** District Judge;

Deputy Clerk: **John A. Childress**   Reporters **Marie Zellner and J.D. Ambrose, alternating.**

Counsel for Plaintiff: **Raymond deS. Shryock and David W. Agnew, Navy Dep't;**

Counsel for Defendants:  **George G. Grover, Deputy Att'y Gen'l, State of Calif., for State of Calif.
Wm B. Dennis for Santa Margarita Mutual Water Co.**

PROCEEDINGS: **For further trial as to defendants Santa Margarita Mutual Water Co. and State of California.**

George F. Worts, Jr., heretofore sworn, testifies further for Gov't.

Allen C. Bowen is called, sworn, and testifies for Gov't.

IT IS ORDERED **that cause is continued to Nov. 5, 1952, 10 AM, for further trial.**

1632

EDMUND L. SMITH, Clerk,

By_____Deputy Clerk.