Yankwich
11/5/52

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs

Fallbrook Public Utility District, et al.

No. 1247-SD   Civil
MINUTES OF THE COURT
Date: Nov. 5, 1952.
At Los Angeles, Calif.

PRESENT: The Hon. LEON R. YANKWICH   District Judge;

Deputy Clerk: John A. Childress   Reporters Marie Zellner and J.D. Ambrose.

Counsel for Plaintiff: Raymond deS. Shryock, David W. Agnew, ~~Mavis Doyle~~;

Counsel for Defendants: Wm B. Dennis for Santa Margarita Mutual Water Co.
Geo. G. Grover, Deputy Att'y Gen'l, State of Calif. for State of Calif.

PROCEEDINGS: For further trial as to defendants Santa Margarita Mutual Water Co., and State of California.

On motion of Attorney deS. Shryock, and stipulation of counsel, IT IS ORDERED that the Gov't's pretrial exhibits filed Aug. 25, 1952, be returned to counsel for Gov't because the original exhibits have been introduced into evidence in their place. Said pretrial exhibits (in accordion folder) are returned to Gov't counsel in open court.

Allen C. Bowen, heretofore sworn, testifies further for Gov't.
Gov't Ex. 38 to 42 incl. are admitted in evidence.

Paul F. Henderson is called, sworn, and testifies for Gov't.

IT IS ORDERED that further trial herein is continued to Nov. 6, 1952, 10 AM.

1633

EDMUND L. SMITH, Clerk,

By_____Deputy Clerk.