Yankwich
11/6/52

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**SOUTHERN** DIVISION

U.S.A.                                    ) No. __1247-SD__ Civil
                                          )
                                          ) MINUTES OF THE COURT:
                    Plaintiff,            )                    TRIAL
        vs                                )
                                          ) Date: __Nov. 6, 1952.__
Fallbrook Public Utility District,        )
 et al.,                                  ) At __Los Angeles,__ Calif.
                                          )
                    Defendants.           )

PRESENT: The Honorable __LEON R. YANKWICH__ District Judge

Deputy Clerk: __John A. Childress__   Reporters: __Marie Zellner and__
                                                  J. D. Ambrose;
Counsel for Plaintiff : Raymond deS. Shryock; David W. Agnew; ~~~~

Counsel for Defendants: Wm B. Dennis for Santa Margarita Mutual Water Co.
                       George G. Grover, Deputy Att'y Gen'l, State of
                         Calif., for State of Calif.

PROCEEDINGS: **For further trial as to defendants Santa Margarita Mutual
              Water Co. and State of California.**

The following witnesses are sworn and testify on behalf of
        Plaintiff                        Defendant
Paul F. Henderson (htf swn)
Henry W. Witman
Wm D. Taylor
Jos. R. McNearny
Elliott B. Robertson

~~The following exhibits are admitted into evidence:~~

    Plaintiff:

    Defendant:

The following exhibits are marked for identification only:

    Plaintiff:

    ~~Defendant:~~

~~XXXXXXXXXXXXXX~~

IT IS ORDERED that **further trial herein is continued to Nov. 7, 1952,
                                                                  10 AM.**


                                EDMUND L. SMITH, Clerk,   1634
                                By_____ Deputy Clerk.