UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**SOUTHERN** DIVISION

U.S.A.  ) No. **1247-SD** Civil
vs  ) MINUTES OF THE COURT:
**Fallbrook Public Utility District, et al.,**  ) TRIAL
) Date: **Nov. 7, 1952,**
) At **Los Angeles,** Calif.

PRESENT: The Honorable **LEON R. YANKWICH** District Judge

Deputy Clerk: **John A. Childress**   Reporters: **Marie Zellner**
                                                **J. D. Ambrose**
Counsel for Plaintiff: **Raymond deS. Shryock and David W. Agnew,**

Counsel for Defendants: **Wm B. Dennis for Santa Margarita Mutual Water Co. and State of California.**
                       **George G. Grover, Deputy Att'y Gen'l, State of Calif., for State of Calif.**

PROCEEDINGS: **For further trial as to defendants Santa Margarita Mutual Water Co. and State of California.**

The following witnesses are sworn and testify on behalf of
    Plaintiff                    Defendant
**Eliott B. Robertson, (htf swn)
David W. Agnew
H. M. Hall, (htf swn)
(Gov't rests)**

The following exhibits are admitted into evidence:
    Plaintiff: **43,**
    Defendant:

The following exhibits are marked for identification only:
    Plaintiff:
    Defendant:

IT IS ORDERED **that cause is continued to Nov. 18, 1952, 10 AM, for further trial.**

EDMUND L. SMITH, Clerk,            1635
By_____ Deputy Clerk.