UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.
vs
Fallbrook Public Utility District, et al.

No. 1247-SD Civil
MINUTES OF THE COURT
Date: Nov. 12, 1952.
At Los Angeles, Calif.

PRESENT: The Hon. LEON R. YANKWICH District Judge;

Deputy Clerk: John A. Childress   Reporter: none

Counsel for Plaintiff: no appearance

Counsel for Defendants: no appearance

PROCEEDINGS:

Letter dated Nov. 10, 1952, from Phil D. Swing, Esq., to the Court regarding date of trial of Fallbrook Public Utility District is filed.

IT IS ORDERED that the cause as to defendant Fallbrook Public Utility District only is continued from Nov. 18, 1952, to Dec. 2, 1952, for trial.

IT IS ORDERED that the date of further trial as to defendants Santa Margarita Mutual Water Co. and the State of California shall remain unchanged, and trial as to said defendants shall resume on Nov. 18, 1952, as heretofore ordered.

EDMUND L. SMITH, Clerk,

By_____ Deputy Clerk.