Yankwich
11/18/52

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
<u>SOUTHERN</u>    DIVISION

U.S.A.

vs

Fallbrook Public Utility District, et al.,

No. 1247          Civil

MINUTES OF THE COURT

Date: Nov. 18, 1952,

At Los Angeles,     , Calif.


PRESENT: The Hon. LEON R. YANKWICH          District Judge;

Deputy Clerk: John A. Childress    Reporters: Marie Zellner and
                                              J. D. Ambrose, alternating.
Counsel for Plaintiff: Raymond deS. Shryock, Att'y, Navy Dep't;
                       David W. Agnew, Spec. Ass't to Att'y Gen'l.

Counsel for Defendants: Wm B. Dennis for Santa Margarita Mutual Water Co.
                        George G. Grover, Deputy Att'y Gen'l, State of
                        Calif., for State of Calif.

PROCEEDINGS:  For further trial as to defendants Santa Margarita Mutual
              Water Co. and State of California.

   Gov't Ex. 44 is admitted in evidence.

   Court and counsel discuss issues of the case.

   Allen C. Bowen, heretofore sworn, is called and testifies as adverse witness by defendants.

   Defts' Ex. A to E incl. are admitted in evidence.


XXXXXXXXXXXX


EDMUND L. SMITH, Clerk,

By_____ Deputy Clerk.

1637