UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN   DIVISION

U.S.A.                              )     No. 1247-SD       Civil

vs                                  )     MINUTES OF THE COURT

Fallbrook Public Utility District,  )     Date: Nov. 19, 1952.
  et al.,                           )
                                    )     At  Los Angeles,      , Calif.


PRESENT: The Hon. LEON R. YANKWICH              District Judge;

  Deputy Clerk: John A. Childress        Reporters Marie Zellner and
                                                   J.D. Ambrose.
  Counsel for Plaintiff: Raymond deS. Shryock, Att'y, Navy Dep't;
                         David W. Agnew, Spec. Ass't to Att'y Gen'l.

  Counsel for Defendants: Wm B. Dennis for def't Santa Margarita Mutual
                          Water Co., Geo. G. Grover, Deputy Att'y Gen'l,
                          State of Calif. for State of Calif.
PROCEEDINGS:  For further trial as to defendants Santa Margarita Mutual
              Water Co. and State of California.

     H.M. Hall and Eliott B. Robertson, respectively, heretofore sworn,
testify on examination by defendants.

     Dave Lynam Caldwell and Harold Conkling, respectively, are called,
sworn, and testify for defendants.

     Defts' Ex. F to K incl., L-1 and L-2, M to Y Incl., and Y-1 to Y-15
incl. (being part of Ex. Y) are admitted in evidence.




     IT IS ORDERED that cause is continued to Nov. 20, 1952, 10 AM, for
              further trial.




                                                            1638

                              EDMUND L. SMITH, Clerk,

                              By_____Deputy Clerk.