Yankwich
11/20/52

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs

Fallbrook Public Utility District, et al.

No. 1247-SD Civil

MINUTES OF THE COURT

Date: Nov. 20, 1952.

At Los Angeles, Calif.

PRESENT: The Hon. LEON R. YANKWICH  District Judge;

Deputy Clerk: John A. Childress    Reporter: Marie Zellner

Counsel for Plaintiff: Raymond deS. Shryock, Att'y, Navy Dep't;
David W. Agnew, Spec. Ass't to Att'y Gen'l.

Counsel for Defendants: Wm B. Dennis for Santa Margarita Mututal Water Co.
George G. Grover, Deputy Att'y Gen'l, State of California, for State of California.

PROCEEDINGS: For further trial as to defendants Santa Margarita Mutual Water Co. and State of California.

Harold Conkling, heretofore sworn, testifies further for defendants. Defts' Ex. Z is admitted in evidence.

Eliott B. Robertson, heretofore sworn, testifies further as adverse witness on examination by defendants.

Both sides rest.

IT IS ORDERED that cause is continued to Nov. 25, 1952, 10 AM, for further trial, and that defendants who have not appeared have until March 31, 1953, to answer and that no defaults will be taken before that date.

EDMUND L. SMITH, Clerk,

1630

By_____ Deputy Clerk.