UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs

Fallbrook Public Utility District, et al.,

No. 1247-SD    Civil

MINUTES OF THE COURT

Date: Nov. 25, 1952.

At Los Angeles, Calif.

PRESENT: The Hon. LEON R. YANKWICH    District Judge;

Deputy Clerk: John A. Childress    Reporters: Marie Zellner and J.D. Ambrose, alternating.

Counsel for Plaintiff: Raymond deS. Shryock, Att'y, Navy Dep't; David W. Agnew, Spec. Ass't to Att'y Gen'l.

Counsel for Defendants: Wm B. Dennis for Santa Margarita Mutual Water Co. George G. Grover, Deputy Att'y Gen'l, State of Calif., for State of Calif.

PROCEEDINGS: For further trial (argument) as to defendants Santa Margarita Mutual Water Co. and State of California.

Attorneys Shryock and Dennis argue to the Court.

IT IS ORDERED that cause is continued to Nov. 26, 1952, 1 PM, for sentence.

1640

EDMUND L. SMITH, Clerk,

By_____Deputy Clerk.