UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
<u>SOUTHERN</u>     DIVISION

U.S.A.  )  No. <u>1247-SD</u>     Civil
         )
vs       )  MINUTES OF THE COURT
         )
Fallbrook Public Utility District, )  Date: <u>Nov. 26, 1952,</u>
   et al.                          )
                                   )  At <u>Los Angeles,</u>    , Calif.

PRESENT: The Hon. <u>LEON R. YANKWICH</u>   District Judge;

Deputy Clerk: <u>John A. Childress</u>    Reporters: <u>Marie Zellner and J.D. Ambrose, alternating.</u>

Counsel for Plaintiff: Raymond deS. Shryock, Att'y, Navy Dep't;
                       David W. Agnew, Spec. Ass't to Att'y Gen'l.

Counsel for Defendants: Wm B. Dennis for Santa Margarita Mutual Water Co.;
                        George G. Grover, Deputy Att'y Gen'l, State of
                        Calif., for State of Calif.

PROCEEDINGS:  For further trial (argument) as to defendants Santa Margarita
              Mutual Water Co. and State of California.

Attorneys Dennis and Grover argue to the Court.

IT IS ORDERED **that cause is continued to Nov. 28, 1952, 9:30 AM, for further trial.**

1641

EDMUND L. SMITH, Clerk,
By_____Deputy Clerk.