UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**SOUTHERN** DIVISION

U.S.A., ) No. 1247-SD    Civil
)
vs ) MINUTES OF THE COURT
)
Fallbrook Public Utility District, ) Date: Nov. 28, 1952,
 et al., )
) At Los Angeles,    , Calif.

PRESENT: The Hon. LEON R. YANKWICH    District Judge;

Deputy Clerk: John A. Childress    Reporters: Marie Zellner and J.D. Ambrose, alternating.

Counsel for Plaintiff: Raymond deS. Shryock, Att'y, Navy Dep't; David W. Agnew, Spec. Ass't to Att'y Gen'l.

Counsel for Defendants: Wm B. Dennis for Santa Margarita Mutual Water Co. George G. Grover, Deputy Att'y Gen'l, State of Calif., for State of Calif.

PROCEEDINGS: For further trial (argument) as to defendants Santa Margarita Mutual Water Co., and State of California.

Attorneys Shryock and Dennis argue further to the Court.

IT IS ORDERED that the cause stand submitted, and that cause is continued from Dec. 2, 1952, to Dec. 9, 1952, for trial as to Def't Fallbrook Public Utility District.

1642

EDMUND L. SMITH, Clerk,

By_____ Deputy Clerk