UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
<u>SOUTHERN</u> DIVISION

U.S.A.  )  No. <u>1247-SD</u>     Civil

vs     )  MINUTES OF THE COURT

Fallbrook Public Utility )  Date: <u>Dec. 30, 1952,</u>
District, et al.
       )  At <u>Los Angeles,</u>   Calif.

PRESENT: The Hon. <u>LEON R. YANKWICH</u>            District Judge;

Deputy Clerk: <u>John A. Childress</u>    Reporter: <u>Marie Zellner</u>

Counsel for Plaintiff: Raymond deS. Shryock, Att'y, Navy Dep't;
                      David W. Agnew, Spec. Ass't to Att'y Gen'l.

Counsel for Defendants: Phil D. Swing for Fallbrook Pub. Utility Dist.
                       Geo. G. Grover, Deputy Att'y Gen'l State of Calif.
                          for State of Calif.
                       Wm B. Dennis for Santa Margarita Mutual Water Co.,
                          and certain other def'ts.

PROCEEDINGS: For (1) trial of def't Fallbrook Public Utility District;
(2) hearing affidavit filed Dec. 8, 1952, of def't Fallbrook Public Utility
District for disqualification.

IT IS ORDERED that def'ts Santa Margarita Mutual Water Co. and State of
California have until 5 PM, Feb. 10, 1953, to file objections to form of
Findings, etc., and Decree proposed by plaintiff.

Attorney Swing orally moves on behalf of def't Fallbrook Public Utility
District for disqualification of Judge Yankwich on the basis of the affidavit
filed Dec. 8, 1952.

Attorney deS. Shryock moves to strike motion of disqualification.

The Court makes a statement and orders motion to disqualify is denied,
and Court orders clerk to strike the affidavit of prejudice from the record.

IT IS ORDERED that cause is continued to March 3, 1953, 10 AM, for trial
as to def't Fallbrook Public Utility District.

XXXXXXXXXXXXX

1765

EDMUND L. SMITH, Clerk,