IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Agnes H. Bethell
Name
P.O. Dr. 67
Address
Temecula, California
City and State
Temecula 201
Telephone Number

Defendant

**FILED**

JAN 20 1953

EDMUND L. SMITH, Clerk
By Charles A. Deitz
Deputy Clerk

UNITED STATES OF AMERICA,         )
                                  )
                    Plaintiff,    )
                                  )
            vs.                   )  No. 1247
                                  )
FALLBROOK PUBLIC UTILITY          )
DISTRICT, et al.,                 )
                                  )
                    Defendants.   )

Comes now the defendant(s) AGNES H. BETHELL

and for herself alone and answering plaintiff's complaint on file, herein denies each and every material allegation contained therein.

Agnes H. Bethell
In Propria Persona

9320

IN THE UNITED STATES DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

--------- oOo ---------

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
) No. 1247 - Civil
vs. )
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, a public service ) AFFIDAVIT OF MAILING
corporation of the State of )
California, et. al., )
)
        Defendants. )

----- oOo -----

STATE OF CALIFORNIA )
) SS
COUNTY OF SAN DIEGO )

        SAMUEL A. HICKS, being duly sworn, deposes and says: That affiant is a citizen of the United States, a resident of the County of Riverside, State of California, over the age of 18 years, not a party to the above action or proceeding in connection with which the service herein referred to was made; that on behalf of Agnes H. Bethell, whose address is P.O. Drawer 67, Temecula, California, which said address is also affiant's address, and on the 17th day of January, 1953, affiant deposited in the United States Mail, at Temecula, California, with postage upon each thereof fully prepaid, a sealed envelope; that said envelope enclosed a true copy of the paper hereto affixed, namely:

        ANSWER OF DEFENDANT, AGNES H. BETHELL

that said envelope bore the following names and address, namely:

        David W. Agnew
        Commander Raymond deS Shyrock
          Attorneys for the Navy Dept.
        Room 247, District Legal Office
        Eleventh Naval District Headquarters
        San Diego 30, California;

that the foregoing persons have their office at a place between which and Temecula, California, there is a regular communication by mail; that where any person above named has filed any document or

documents in the above entitled cause the address following his name is his office address given on such document if only one, or on the last of such documents if more than one.

                                    Samuel A. Hicks

Subscribed and sworn to before me this 17th day of January, 1953.

Notary Public in and for the County of San Diego, State of California.

My Commission Expires June 10, 1954

S322

Temecula, California

January 9th, 1952

Mr. John A. Childress, Deputy
United States District Court
231 U.S. Post Office and Court House
Los Angeles 12, California

**FILED**

JAN 20 1953

EDMUND L. SMITH, Clerk

By _____ Deputy Clerk

Dear Mr. Childress:   USA v. Fallbrook - 1247

    Thank you for your letter of January 7th with instructions for filing answer in the above suit.

    I enclose herewith original answer, with affidavit of mailing attached, and copy of the answer with copy of affidavit attached.

    I have served a copy on the Navy attorneys by mail as the affidavit of mailing will indicate.

    I hope this is all that is necessary and thank you for your assistance.

Very truly yours,

*Agnes H. Bethell*

Agnes H. Bethell
P.O. Dr. 67
Temecula, Calif.

9320A