```
 1  DAVID W. AGNEW
    Special Assistant to the Attorney General
 2  Fox Theatre Building, Room 411-A
    720 "B" Street, San Diego, California
 3  Telephone: Main 3871, Ext. 797

 4  WALTER J. TURNBULL, Jr.
    Attorney, Department of the Navy
 5  Office of Ground Water Resources
    Camp Pendleton, California
 6  Telephone: Oceanside 4111

 7  Attorneys for Plaintiff
```

FILED
JAN 27 1953
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

JUDGMENT
DOCKETED AND ENTERED
JAN 27 1953
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., <br><br> Defendants | Civil Action No. 1247-SD <br> DISMISSAL OF CERTAIN PARTIES-DEFENDANT <br> (Rule 41 - F. R. C. P.) |

DAVID W. AGNEW, Special Assistant to the Attorney General, and Walter J. TURNBULL, Jr., Attorney, Department of the Navy, Attorneys for Plaintiff, respectfully represent:

That it now appears the hereinafter-named parties-defendant in the above-entitled action have been improperly joined as defendants in that their interests are not so interrelated that they must be before the Court in order that adequate relief may be given in the action and would not be prejudiced by a judgment rendered in their absence; that all such parties were made defendants upon the premise that the said parties-defendant were seized of an interest

1766

1 in the hereinafter-described lands which appeared to be
2 situate within the drainage area of the Santa Margarita
3 River and its tributaries, the area which is involved in
4 the issues of this case; that it has been established as
5 the result of title examinations and physical inspections
6 that the hereinafter-described lands lie without the said
7 drainage area; and that such parties have not affirmatively
8 alleged any claims to the use of water of the Santa Margarita
9 River and its tributaries.

10       Therefore, Plaintiff, pursuant to provisions of
11 Rule 41 of the Rules of Civil Procedure, dismisses the
12 above-entitled action as against the following parties-
13 defendant, only insofar as the said action relates to the
14 hereinafter-described lands:

| | |
|---|---|
| Emilie E. Ahrend | Winifred C. Hodapp |
| Floyd E. Ahrend | Paul A. Hodapp, Jr. |
| Adolph F. Anderson | Gertrude P.C. Howard |
| Carl August Berg | Frederick A. Howard |
| Jennie Berg | Harold L. Johnson |
| Arthur E. Bevan | Helen Louise Jones |
| Margaret L. Bevan | Wilson Burdette Jones |
| John C. Bisogno | Buena Vista Jons |
| Marcella Bisogno | Otto H. Jons |
| Helen Blacklidge | Donna King |
| William C. Blacklidge | Louis E. King |
| Blanche Danaher | Mae Walker King |
| Thomas Danaher | Samuel E. King |
| Eugene N. Deyo | James H. Kennington |
| Mearle H. Deyo | Lorena Kennington |
| Ann R. Egan | Frances S. Knox |
| J. P. Egan | John K. Knox |
| George M. Felton | Luke E. Larson |
| Mildred Felton | Glee W. Leander |
| Ruth Felton | Algot Leander |
| Henry E. Felton | Ernest L. Messner |
| Gordon C. Foster | Kathryn F. Messner |
| Peggy Lou Foster | Para L. Meyer |
| J. Antoinette Fuller | Walter V. Meyer |
| Leslie Fuller | Paul George Perinich |
| Lawrence C. Fuller | Nancy T. Perinich |
| Margaret H. Fuller | Virginia Prescott |
| Flora M. Getzin | Ruth P. Rainbolt |
| Henry W. Getzin | Bertha Ralph |
| Mary A. Graffin | Mary Ralph |
| Samuel H. Graffin | Ora L. Ralph |
| William E. Green | Otis T. Ralph |

54

| | |
|---|---|
| Dorothy D. Rankin | Lowry S. Truitt |
| Edan Rath | W. L. Truitt |
| James B. Rankin | Masao Uchimura |
| Jerry Rath | Sadame Uchimura |
| Mary L. Smeltser | Joe A. Vegher |
| Harry S. Smelser | Ruby M. Vegher |
| Harold Irving Smith | Fred Burton Winslow |
| Helen M. Streb | Mable Dorothea Winslow |
| Paul J. Streb | Ceytelle Mae Epson Williams |
| Albert W. Toner | John Alden Williams |
| Anna M. Toner | Myrtle E. Yanke |
| Ann Truitt | |

### DESCRIPTION OF LANDS

Northeast Quarter (NE 1/4); South Half of the Northwest Quarter (S 1/2 of NE 1/4) and the South Half of Section 20, Township 9 South, Range 3 West, San Bernardino Base and Meridian, in the County of San Diego, State of California.

*[signature: David W. Agnew]*
DAVID W. AGNEW
Special Assistant to the
Attorney General

*[signature: Walter J. Turnbull, Jr.]*
WALTER J. TURNBULL, JR.,
Attorney, Department of the
Navy

The Complaint herein is ordered dismissed as to the defendants hereinabove-named insofar as the above-entitled action relates to the land owned by each defendant within the lands above-described.

Date: January 27, 1953  *[signature]*
Chief Judge of the United
States District Court

-3-

1768

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**SOUTHERN** DIVISION

U.S.A.

vs

Fallbrook Public Utility
  District, et al.

No. __1247-SD__ Civil

MINUTES OF THE COURT

Date: __Dec. 30, 1952,__

At __Los Angeles,__ Calif.

PRESENT: The Hon. __LEON R. YANKWICH__ District Judge;

Deputy Clerk: __John A. Childress__   Reporter: __Marie Zellner__

Counsel for Plaintiff: Raymond deS. Shryock, Att'y, Navy Dep't;
                       David W. Agnew, Spec. Ass't to Att'y Gen'l.

Counsel for Defendants: Phil D. Swing for Fallbrook Pub. Utility Dist.
                        Geo. G. Grover, Deputy Att'y Gen'l State of Calif.
                          for State of Calif.
                        Wm B. Dennis for Santa Margarita Mutual Water Co.,
                          and certain other def'ts.

PROCEEDINGS: For (1) trial of def't Fallbrook Public Utility District;
(2) hearing affidavit filed Dec. 8, 1952, of def't Fallbrook Public Utility
District for disqualification.

   IT IS ORDERED that def'ts Santa Margarita Mutual Water Co. and State of
California have until 5 PM, Feb. 10, 1953, to file objections to form of
Findings, etc., and Decree proposed by plaintiff.

   Attorney Swing orally moves on behalf of def't Fallbrook Public Utility
District for disqualification of Judge Yankwich on the basis of the affidavit
filed Dec. 8, 1952.

   Attorney deS. Shryock moves to strike motion of disqualification.

   The Court makes a statement and orders motion to disqualify is denied,
and Court orders clerk to strike the affidavit of prejudice from the record.

   IT IS ORDERED that cause is continued to March 3, 1953, 10 AM, for trial
as to def't Fallbrook Public Utility District.

XXXXXXXXXXXXX

1765

EDMUND L. SMITH, Clerk,

By_____ Deputy Clerk