Yankwich
1/27/53

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | | |
|---|---|---|
| U.S.A. | ) No. 1247-SD Civil | MINUTES OF THE COURT |
| vs | ) | DATE: Jan. 27, 1953; |
| Fallbrook Public Utility District, et al., | ) | AT: Los Angeles, Calif. |

PRESENT: Hon. LEON R. YANKWICH, District Judge;

    Deputy Clerk: John A. Childress;    Reporter: Marie Zellner.

    Counsel for Gov't: no appearance;

    Counsel for Def't: no appearance.

PROCEEDINGS:

    Court signs dismissal as to defendants Emilie E. Ahrend, et al., and orders that said dismissal be filed and entered.

                      EDMUND L. SMITH, Clerk,

                      By_____, Deputy Clerk.

1769