```
 1  EDMUND G. BROWN,            2-7-53 Mailed copy
    Attorney General            to Wm. Veeder, Spec.
 2  GEORGE C. GROVER,           Asst. to Atty. Gen.
    Deputy Attorney General     c/o Commander Shryock
 3  600 State Building          11th Naval Dist.
    San Francisco 2, California San Diego, Cal.
 4  Telephone: UNderhill 1-8700
 5  Attorneys for Appellant State of California

 6  W. B. DENNIS,
    Attorney for Appellant
 7  Santa Margarita Mutual Water Company
    Route 1, Box 58, Fallbrook, California
```

FILED
FEB 7 - 1953
EDMUND L. SMITH, Clerk
By /s/ _____
   Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of<br>the State of California;<br>SANTA MARGARITA MUTUAL WATER COMPANY,<br>a public service corporation of<br>the State of California; et al.;<br><br>      Defendants,<br><br>STATE OF CALIFORNIA,<br><br>      Defendant in<br>      Intervention. | Civil No. 1247-SD<br><br>NOTICE OF APPEAL |

    Notice is hereby given that the SANTA MARGARITA MUTUAL WATER COMPANY, defendant above-named, and the STATE OF CALIFORNIA, defendant in intervention above-named, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the "opinion on the merits as to certain parties" and the "order" which were rendered by the Honorable Leon R. Yankwich, Chief

1774

-1-

1  Judge, on December 9, 1952, and filed and entered on the same
2  day.

*W. B. Dennis* (signature)
W. B. DENNIS,
Attorney for Appellant
Santa Margarita Mutual Water Company
Route 1, Box 58,
Fallbrook, California.

EDMUND G. BROWN,
Attorney General

*George G. Grover* (signature)
GEORGE G. GROVER,
Deputy Attorney General
600 State Building
San Francisco 2, California

Attorneys for Appellant
State of California

1775