The premium charge for this bond
$10.00 Dollars per annum

5335785

FILED

FEB 7 - 1953

EDMUND L. SMITH, Clerk
By /s/ _____
Deputy Clerk

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

United States of America, )
        Plaintiff )
   vs: )
Fallbrook Public Utility District )  No. 1247-S.D CIVIL
and Santa Margarita Mutual Water )
Company, et al, )
        Defendants )  UNDERTAKING FOR COSTS ON APPEAL
- - - - - - - - - - - - - - - - )
State of California, )
       in Intervention )
- - - - - - - - - - - - - - - - )

KNOW ALL MEN BY THESE PRESENTS, that the Fidelity and Deposit Company of Maryland, a corporation organized and existing under the laws of the State of Maryland, and duly licensed to transact business in the State of California, is held and firmly bound unto United States of America, Plaintiff and Appellee in the above entitled matter, in the penal sum of Two Hundred Fifty and No/100 - - Dollars ($250.00), to be paid to the said United States of America, its successors or assigns, or legal representatives, for which payment well and truly to be made, the Fidelity and Deposit Company of Maryland binds itself, its successors and assigns, firmly by these presents.

THE CONDITION OF THE ABOVE OBLIGATION IS SUCH, that

WHEREAS, Santa Margarita Mutual Water Company and the State of California have appealed or are about to appeal to the United States Court of Appeals for the Ninth Circuit, from the opinion on the merits as to certain parties, of December 9, 1952, and the order of December 9, 1952, entered by the United States District Court for the

1771

5 Southern District of California, Southern Division, in the above
6 entitled action.
7 NOW, THEREFORE, if the above named Santa Margarita Mutual Water
8 Company and the State of California shall prosecute said appeal
9 to the effect and answer all costs which may be adjudged against
10 it if the appeal is dismissed or the judgment affirmed, or such

STATE OF CALIFORNIA } ss:
COUNTY OF LOS ANGELES

On this 6th day of February, 19 53, before me, S. M. Smith, a Notary Public, in and for the said County of Los Angeles, State of California, residing therein, duly commissioned and sworn, personally appeared Robert Hecht known to me to be the Attorney-in-Fact of the Fidelity and Deposit Company of Maryland, the Corporation that executed the within instrument, and acknowledged to me that he subscribed the name of the Fidelity and Deposit Company of Maryland thereto and his own names as Attorney-in-Fact.

*S. M. Smith*
Notary Public in and for the County of Los Angeles, State of California
My Commission Expires Feb. 18, 1954

1773

FIDELITY AND DEPOSIT COMPANY OF MARYLAND
By _____
Robert Hecht - Attorney in Fact

25 Examined and recommended for approval as provided in Rule 8.

Attorney

28 APPROVED this _____ day of _____ 1953

1772