Yankwich
2/10/53

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | | |
|---|---|---|
| U.S.A. | ) | No. 1247-SD    Civil |
| vs | ) | MINUTES OF THE COURT |
| Fallbrook Public Utility District, | ) | Date: Feb. 10, 1953, |
| | ) | At: Los Angeles, Calif. |

PRESENT:  The Hon. __LEON R. YANKWICH__ District Judge;

Deputy Clerk: __John A. Childress__   Reporter: __Marie Zellner__

Counsel for Plaintiff: no appearance

Counsel for Defendant: no appearance

PROCEEDINGS:

Gov't's proposed findings, etc., and judgment as to def't Santa Margarita Mutual Water Co. and State of Calif. are lodged.

Proposed amendments of State of Calif and Santa Margarita Mutual Water Co. to Gov't's proposed findings, etc., are lodged.

IT IS ORDERED: that defendants have until 5 PM, Feb. 20, 1953, to file additional objections to proposed findings, etc.

EDMUND L. SMITH, Clerk,

By_____Deputy Clerk.

1770