DEVOR & DORFMAN
LAW OFFICES
GEORGE I. DEVOR
924 VAN NUYS BUILDING
LOS ANGELES 14, CALIFORNIA
VANDIKE 1411

(SPACE BELOW FOR FILING STAMP ONLY)

FILED

FEB 16 1953

EDMUND L. SMITH, Clerk
By Charles A. Lutz
Deputy Clerk

ATTORNEY FOR

UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of
the State of California, et al.,

    Defendants.

No. 1247-Civ.

SUBSTITUTION OF ATTORNEYS

I hereby substitute DEVOR & DORFMAN in the place and stead of Kenneth K. Wright as my attorneys in the above captioned matter.

DATED: February 19, 1953.

Dolores Costello Vruwink

We hereby accept the foregoing substitution.

DATED: January 20th, 1953.

DEVOR & DORFMAN

By Stuart J. Killman

I hereby consent to the foregoing substitution.

DATED: January 21, 1953.

Kenneth K. Wright

1806

1711