UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.  )   No. 1247-SD   Civil
vs  )   MINUTES OF THE COURT
Fallbrook Public Utility District, )   Date: March 2, 1953.
et al.,  )
  )   At: Los Angeles, Calif.

PRESENT: The Hon. LEON R. YANKWICH   District Judge;

Deputy Clerk: John A. Childress   Reporter: None

Counsel for Plaintiff: no appearance

Counsel for Defendants no appearance

PROCEEDINGS:

  IT IS ORDERED that the trial setting of March 3, 1953, as to defendant Fallbrook Public Utility District is vacated, and the cause is reset for trial as to said defendant April 28, 1953.

  IT IS FURTHER ORDERED that those defendants who have not yet appeared are granted until 5 PM, May 15, 1953, in which to appear.

EDMUND L. SMITH, Clerk,

By_____Deputy Clerk.

1857