1  EDMUND G. BROWN, Attorney General
   GEORGE G. GROVER,
2  Deputy Attorney General
   600 State Building
3  Los Angeles 12, California
   Telephone: MAdison 6-1515
4  Attorneys for Defendant in Intervention
   and Appellant People of the
5  State of California

6  W. B. DENNIS,
   Santa Margarita Mutual Water Company
7  Route 1, Box 58, Fallbrook, California
   Attorney for Defendant and Appellant
8

FILED

MAR 5 1953

EDMUND L. SMITH, Clerk
By *Charles A. Deitz*
      Deputy Clerk

9              IN THE UNITED STATES DISTRICT COURT

10                SOUTHERN DISTRICT OF CALIFORNIA

11                      SOUTHERN DIVISION

12  UNITED STATES OF AMERICA,            ) Civil No. 1247-SD
13                    Plaintiff,          ) DESIGNATIONS OF PORTIONS
                                          ) OF RECORD, PROCEEDINGS,
14        v.                              ) AND EVIDENCE TO BE
                                          ) CONTAINED IN RECORD ON
15  FALLBROOK PUBLIC UTILITY DISTRICT,    ) APPEAL
    a public service corporation of      )
16  the State of California; et al.,     )
                                          )
17                    Defendants,         )
                                          )
18  SANTA MARGARITA MUTUAL WATER COMPANY,)
    a public service corporation of     )
19  the State of California,             )
                                          )
20          Defendant and Appellant,      )
                                          )
21  PEOPLE OF THE STATE OF CALIFORNIA,    )
                                          )
22          Defendant in Intervention,    )
                       and Appellant.    )
23

24        Pursuant to Rule 75(a) of the Federal Rules of Civil

25  Procedure, appellants Santa Margarita Mutual Water Company and the

26  People of the State of California hereby designate and include

27  in the record on appeal to the United States Court of Appeals

28  for the 9th Circuit, taken by Notice of Appeal filed February 7,

29  1953, of the following portions of the record, proceedings and

30  evidence in this action:

31        1. Complaint, including Exhibit A thereto.

                                1.

                                                              1858

2. Motion of defendant Santa Margarita Mutual Water Company to dismiss, to strike and for an order directing plaintiff to file a more definite statement.

3. Order denying motion of defendant Santa Margarita Mutual Water Company to dismiss, to strike and for an order directing plaintiff to file a more definite statement.

4. Answer of defendant Santa Margarita Mutual Water Company.

5. Motion of the People of the State of California to intervene.

6. Order granting motion of the People of the State of California to intervene.

7. Answer of the People of the State of California, defendant in intervention.

8. Reply of plaintiff United States of America to answer of defendant Santa Margarita Mutual Water Company.

9. Motion of plaintiff for separate trial on the merits against defendant Santa Margarita Mutual Water Company.

10. Order for separate trials as to defendant Santa Margarita Mutual Water Company and defendant Fallbrook Public Utility District.

11. Order that People of the State of California, defendant in intervention, be a party to the separate trial as to defendant Santa Margarita Mutual Water Company and defendant Fallbrook Public Utility District.

12. Notice and motion to amend answer of the People of the State of California, defendant in intervention.

13. Order that amendment to the answer of the People of the State of California, defendant in intervention, be filed.

14. Amendment to answer of the People of the State of California, defendant in intervention.

1   15. Order on pre-trial hearing
2   16. Pre-trial order.
3   17. All exhibits admitted into evidence in the trial
4   (Plaintiff's Exhibits 1 through 44 and Defendant's Exhibits A
5   through Z).
6   18. Reporter's transcript of proceedings at the trial
7   as follows: from Page 1, Line 1 through Page 192, Line 21;
8   Page 199, Line 9 through Page 215, Line 6; Page 236, Line 9
9   through Page 320, Line 6; Page 346, Line 19 through Page 480,
10  Line 10; Page 505, Line 6, through Page 751, Line 15; Page 785,
11  Line 16, through Page 1027, Line 16.
12  19. Opinion on the merits as to certain parties dated
13  December 9, 1952.
14  20. Order of December 9, 1952.
15  21. Notice of Appeal
16  22. Statement of Points on Appeal.
17  23. This designation of record on appeal.

W. B. DENNIS
Attorney for the
Santa Margarita Mutual Water Company

EDMUND G. BROWN, Attorney General
GEORGE G. GROVER
Deputy Attorney General
Attorneys for the
People of the State of California

By *George G. Grover*

Received a copy of the
foregoing 4 March 1953
Raymond de S. Shryock

3.

1860

Yankwich
3/2/53

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
__SOUTHERN__ DIVISION

U.S.A. )  No. __1247-SD__ Civil
                                  )
vs                                )  MINUTES OF THE COURT
                                  )
Fallbrook Public Utility District,)  Date: __March 2, 1953.__
   et al.,                        )
                                  )  At: __Los Angeles,__ Calif.

PRESENT: The Hon. __LEON R. YANKWICH__        District Judge;

   Deputy Clerk: __John A. Childress__   Reporter: None

   Counsel for Plaintiff: no appearance

   Counsel for Defendants no appearance

PROCEEDINGS:

   IT IS ORDERED that the trial setting of March 3, 1953, as to defendant Fallbrook Public Utility District is vacated, and the cause is reset for trial as to said defendant April 28, 1953.

   IT IS FURTHER ORDERED that those defendants who have not yet appeared are granted until 5 PM, May 15, 1953, in which to appear.

EDMUND L. SMITH, Clerk,

By_____Deputy Clerk.

1857