FILED
MAR 12 1953
EDMUND L. SMITH, Clerk
By *Charles A. Reitz*
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of
the State of California, et al.,

        Defendants,

SANTA MARGARITA MUTUAL WATER COMPANY,
a public service corporation of
the State of California,

        Defendant and Appellant,

PEOPLE OF THE STATE OF CALIFORNIA,

        Defendant in Intervention
               and Appellant.

Civil No. 1247-SD

ORDER EXTENDING TIME

      Counsel for the United States of America, the Santa Margarita Mutual Water Company, and the People of the State of California having agreed that there may be an extension of time for the designation by the United States of America, Appellee, of additional portions of the record on appeal pursuant to Rule 75(a) of the Federal Rules of Civil Procedure, and that there may be an extension of time for the docketing of the appeal and the filing of the record on appeal with the Court of Appeals for the Ninth Circuit pursuant to Rule 73(g) of the Federal Rules of Civil

1.

1865

1  Procedure, said agreement having reference to the Notice of Appeal
2  filed by the Santa Margarita Mutual Water Company and the People
3  of the State of California on February 7, 1953;
4      And it being understood and agreed by all said counsel
5  that the United States of America, in agreeing to said extensions
6  of time, neither concedes nor denies the validity of said appeal;
7      And said counsel having applied to the Court for said
8  extensions of time, and the Court being desirous of facilitating
9  the work of counsel, notwithstanding the fact that the Court
10 adheres to the view that said appeal is premature, as explained in
11 the Order Concerning Findings and Judgment filed on February 24,
12 1953;
13     NOW THEREFORE IT IS ORDERED AS FOLLOWS:  The time within
14 which the United States of America, Appellee, may file a designa-
15 tion of additional portions of the record on appeal is extended
16 until April 6, 1953, and the time within which the appeal shall be
17 docketed and the record on appeal filed with the Court of Appeals
18 for the Ninth Circuit is extended until April 15, 1953.
19     Dated this 12th day of March, 1953.

LEON R. YANKWICH, CHIEF JUDGE