Yankwich
3/12/53

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs

Fallbrook Public Utility District, et al.,

No. 1247-SD Civil

MINUTES OF THE COURT

DATE: March 12, 1953,
Los Angeles, Calif.

PRESENT: LEON R. YANKWICH    District Judge;

Deputy Clerk: John A. Childress;   Reporter: none

Counsel for Plaintiff: no appearance;

Counsel for Defendants: no appearance;

PROCEEDINGS:

Court signs order extending time to April 15, 1953, within which appeal shall be docketed and filed with the Court of Appeals.

EDMUND L. SMITH, Clerk,

By_____, Deputy Clerk.

1864