```
 1  David W. Agnew,
    Raymond de S. Shryock,
 2  Rm. 247, 11th Nav. Distr. Hdqtrs.,
    San Diego 30, Calif.
 3  Attorneys for Plaintiff United States of America
```

**FILED**
MAR 24 1953
EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br><br>　　　　　　Defendants. | Civil No. 1247-SD<br><br>NOTICE OF MOTION |

To defendant Santa Margarita Mutual Water Company and defendant in intervention State of California:

　　　　PLEASE TAKE NOTICE that the undersigned will bring a motion to revise the judgment docketed and entered herein February 25, 1953, for hearing in the United States Court House, Los Angeles 12, California, in the court room of the Honorable Leon R. Yankwich, Chief Judge, at the hour of 10 o'clock a. m., on Monday, April 6, 1953, or as soon thereafter as counsel can be heard.

　　　　Dated March 24, 1953.

　　　　　　　　　　　　　　　　　David W. Agnew
　　　　　　　　　　　　　　　　　Raymond de S. Shryock

　　　　　　　　　　　　　　by: _Raymond de S. Shryock_
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

1865A

```
1  David W. Agnew,
   Raymond de S. Shryock,
2  Rm. 247, 11th Nav. Distr. Hdqtrs.,
   San Diego 30, Calif.
3  Attorneys for Plaintiff United States of America
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|       Plaintiff, ) | Civil No. 1247-SD |
|   v. ) | MOTION TO REVISE |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, a public service ) corporation of the State ) of California, et al., ) | JUDGMENT ENTERED FEBRUARY 25, 1953 |
|       Defendants. ) | |

     Comes now the plaintiff United States of America and respectfully moves the above-entitled court to revise its judgment docketed and entered on February 25, 1953.

     Said motion will be made on the ground that paragraph 17 thereof constitutes a partial adjudication within the meaning of Rule 54(b), Federal Rules of Civil Procedure; that no express determination has been made in said paragraph 17 that there is no just reason for delay; that, upon the present state of the record, the plaintiff United States of America is entitled to have its rights to the use of water and its title finally declared and quieted as to the defendant Santa Margarita Mutual Water Company and the defendant in intervention State of California; that there that there is now no just reason for delay in making final the judgment docketed and entered February 25, 1953, as to the above-named defendants.

     WHEREFORE, plaintiff will move your Honorable Court to

1866

-1-

1  revise said judgment so as to delete paragraph 17 thereof and to
2  substitute in lieu thereof the following:
3      "17. The adjudication here made and the
4  findings of fact and judgment constitute a
5  partial adjudication of the claims here involved
6  pursuant to the Federal Rules of Civil Procedure,
7  Rule 54 (6). It is hereby expressly determined
8  that, as to the defendant Santa Margarita Mutual
9  Water Company and the defendant in intervention
10 State of California, there is no just reason for
11 delay, and it is hereby expressly directed that
12 entry of judgment shall be final as to the said
13 defendants.
14   "This Court reserves the right to grant to
15 the United States of America such further and
16 additional relief as may be required to effectuate
17 this judgment."
18
19           David W. Agnew
20           Raymond de S. Shryock
21
22      by: *Raymond de S. Shryock*
23           Attorneys for Plaintiff
24           United States of America
25 Dated: March 24, 1953.

1 David W. Agnew,
  Raymond de S. Shryock,
2 Rm 247, 11th Nav. Distr. Hdqtrs.,
  San Diego 30, Calif.
3 Attorneys for Plaintiff United States of America

7     IN THE UNITED STATES DISTRICT COURT
8        SOUTHERN DISTRICT OF CALIFORNIA
9              SOUTHERN DIVISION

10 UNITED STATES OF AMERICA,           )
11             Plaintiff,              )   Civil No. 1247-SD
12      v.                             )
                                       )   MEMORANDUM OF POINTS
13 FALLBROOK PUBLIC UTILITY            )
   DISTRICT, a public service         )   AND AUTHORITIES IN SUPPORT
14 corporation of the State            )
   of California, et al.,              )   OF MOTION TO REVISE
15                                     )
             Defendants.               )   JUDGMENT
16

18      Comes now the plaintiff United States of America, the
19 moving party in the above-entitled matter, and files this its
20 memorandum of points and authorities in support of its motion to
21 revise the judgment docketed and entered February 25, 1953:
22      1.  The judgment entered February 25, 1953, was a partial
23 adjudication as to the defendant Santa Margarita Mutual Water
24 Company and the defendant in intervention State of California.
25              F.R.P.C., Rule 54(b).
26      2.  Said judgment was not final as to said named
27 defendants.

                F.R.P.C., Rule 54(b); Opinion of Court
                filed December 9, 1952; Opinion of Court
                concerning Findings and Judgment dated
                February 24, 1953.

31      3.  Said named defendants have already elected to treat
32 the Opinion and Order filed December 9, 1953, and have expressed
33 their intention, through their counsel, to treat the judgment

-1-

1868

entered February 25, 1953, as final, and a finding that there is no just reason for delay will resolve any doubt as to the finality of such judgment as revised.

>Notice of Appeal filed February 7, 1953; F.R.P.C., Rule 54(b).

4. The determination that there is no just reason for delay is a matter for the discretion of the trial court.

>Tobin Packing Co., Inc. v. North American Car Corp., 2 Cir., 188 F.2d 158 (1951).

5. The protracted duration of the within litigation and the absence of assurance of any immediate action bestowing finality upon the proceedings herein entitle the plaintiff to have its rights finally declared as to the within named defendants.

6. The failure to obtain a final declaration and adjudication as to the rights of the United States of America to the use of water at its property known as Camp Pendleton have a direct and vital bearing upon the present and future development of that important military property.

>Testimony of Robertson, Transcript of Record of Trial, Vols. 5 and 6.

David W. Agnew
Raymond de S. Shryock

by: *Raymond de S. Shryock*
Attorneys for Plaintiff
United States of America

Dated: March 24, 1953.