UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**SOUTHERN** DIVISION

U.S.A. ) No. **1247-SD** Civil
)
vs ) MINUTES OF THE COURT
)
Fallbrook Public Utility District, ) Date: April 6, 1953,
etc., et al., )
) At: Los Angeles, Calif.

PRESENT: The Hon. **LEON R. YANKWICH** District Judge;

Deputy Clerk: **John A. Childress** Reporter: **Marie Zellner**

Counsel for Plaintiff   Raymond deS. Shryock

(Water Co.
Counsel for Defendants: Wm B. Dennis for def't Santa Margarita Mutual/
George G. Grover, Deputy Att'y Gen'l, State of Calif. for State of Cal.

PROCEEDINGS:  For hearing motion of U.S.A., filed March 24, 1953, to revise judgment entered Feb. 25, 1953.

Court makes a statement. Attorney Shryock moves for continuance of trial date, and states that Attorney Swing also concurs in such motion for continuance.

COURT ORDERS that trial setting for April 28, 1953, as to Def't Fallbrook, etc., is vacated, and cause is re-set for trial July 7, 1953; and all defendants who have not appeared are allowed until Aug. 1, 1953, 5 PM, to appear.

Counsel argue re motion.

COURT ORDERS said motion stand submitted.

EDMUND L. SMITH, Clerk,

_____ Deputy Clerk.

1873