FILED

APR 13 1953

EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff and Appellee,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,

    Defendants,

SANTA MARGARITA MUTUAL WATER COMPANY, a public service corporation of the State of California

    Defendant and Appellant,

PEOPLE OF THE STATE OF CALIFORNIA,

    Defendant in Intervention and Appellant.

Civil No. 1247-SD

ORDER EXTENDING TIME

IT IS HEREBY ORDERED AS FOLLOWS:

The time in which the appeal taken by the Santa Margarita Mutual Water Company and the People of the State of California on February 7, 1953 shall be docketed and the record on said appeal filed with the Court of Appeals for the Ninth Circuit is extended until April 27, 1953.

Dated this 13th day of April, 1953.

LEON R. YANKWICH, CHIEF JUDGE

1874