EDMUND G. BROWN, Attorney General
GEORGE G. GROVER, Deputy Attorney General
600 State Building
Los Angeles 12, California

Telephone: MA-6-1515

FILED
MAY 12 1953
11:54 A.M.
EDMUND L. SMITH, Clerk
By John A. Childress

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff and Appellee,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,

Defendants,

SANTA MARGARITA MUTUAL WATER COMPANY, a public service corporation of the State of California,

Defendant and Appellant,

PEOPLE OF THE STATE OF CALIFORNIA,

Defendant in Intervention and Appellant.

Civil No. 1247-SD

S T I P U L A T I O N

IT IS HEREBY STIPULATED AS FOLLOWS:

The appeal taken from the Opinion and Order of December 9, 1952, which appeal was initiated by Notice of Appeal filed by the above-named appellants on February 7, 1953, is



1725

1875

hereby dismissed pursuant to Rule 73(a) of the Federal Rules of Civil Procedure.

DATED: May 12th, 1953.

RAYMOND de S. SHRYOCK
DAVID W. AGNEW

Attorneys for Plaintiff and Appellee ~~of~~ the United States of America

By Raymond de S. Shryock

W. B. DENNIS
Attorney for Defendant and Appellant Santa Margarita Mutual Water Company

By W. B. Dennis

EDMUND G. BROWN, Attorney General
GEORGE G. GROVER, Deputy Attorney General

Attorneys for Defendant in Intervention and Appellant ~~of~~ the People of the State of California.

By George G. Grover

It is so ordered.

Date: May 12, 1953

[signature]
Judge.



876