FILED

MAY 12 1953
11:55 A.M.
EDMUND L. SMITH, Clerk
By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

HONORABLE LEON R. YANKWICH, JUDGE

UNITED STATES OF AMERICA,

                Plaintiff,

  vs

FALLBROOK PUBLIC UTILITY
DISTRICT, etc., et al.,

                Defendants.

No. 1247 SD

ORDER ON MOTION
FOR CERTIFICATE
UNDER RULE 54(b)
F.R.C.P.

     The defendant Santa Margarita Water Company and the defendant in intervention State of California having filed a dismissal of the appeal, notice of which was filed February 7, 1953, and not having as of this date, May 12, 1953, appealed from the judgment entered February 25, 1953, the motion of the plaintiff, heretofore argued and submitted on April 6, 1953, requesting the Court to issue a certificate under Rule 54(b) of the Federal Rules of Civil Procedure, determining that there is no just reason for delay in the entry of final judgment, and declaring that the judgment entered against the defendants on February 25, 1953, to be final, is hereby denied.

     Said denial, however, is made without prejudice to the renewal of such motion by the plaintiff, should there be unexcusable delay in bringing to trial the case

-1-

1877

1  against the defendant Fallbrook Public Utility District
2  and the adverse claims asserted by the Fallbrook Public
3  Utility District and the Santa Margarita Water Company.

DATED this 12th day of May, 1953.

LEON R. YANKWICH
Chief U.S. District Judge