UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**SOUTHERN** DIVISION

| | |
|---|---|
| U.S.A., | No. **1247-SD** Civil |
| vs | MINUTES OF THE COURT |
| Fallbrook Public Utility District, et al., | Date: **May 21, 1953,** |
| | At: **Los Angeles,** Calif. |

PRESENT: The Hon. **LEON R. YANKWICH** District Judge;

Deputy Clerk: **John A. Childress**   Reporter: **none**

Counsel for Plaintiff: **no appearance;**

Counsel for Defendants: **no appearance;**

PROCEEDINGS:

Chief Judge Denman of the U. S. Court of Appeals, having called the Judicial Conference of the Ninth Circuit for July 8, 1953, attendance at which is obligatory upon all judges of this Circuit, and good cause appearing,

IT IS ORDERED that the trial of this case, heretofore set for July 7, 1953, is continued to July 14, 1953.

XXXXXXXXXXXX

EDMUND L. SMITH, Clerk,   **1879**

_____ Deputy Clerk.