Yankwich
6/26/53

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
<u>**SOUTHERN**</u> DIVISION

U.S.A.                                               ) No. __1247-SD__ Civil
                                                     )
vs                                                   ) MINUTES OF THE COURT
                                                     )
Fallbrook Public Utility District,)  Date: __June 26, 1953,__
   et al.,                                           )
                                                     ) At: __Los Angeles,__ Calif.

PRESENT: The Hon. __LEON R. YANKWICH__ District Judge;

Deputy Clerk: __Edm. F. Drew__    Reporter: __None__

Counsel for Plaintiff: no appearance

Counsel for Defendants: no appearance

PROCEEDINGS:

Good cause appearing, IT IS HEREBY ORDERED that a hearing be had before Hon. Leon R. Yankwich in Court Room No. 7 on July 1, 1953, 10 AM, (1) to discuss the question of the continuance of the trial of said cause as to Fallbrook Public Utility District, now set for July 14, 1953; and (2) to make final the Judgment heretofore entered in the above case on Feb. 25, 1953, as to defendant Santa Margarita Water Co. and the defendant in intervention the State of California.

Counsel for the Fallbrook Public Utility District and Santa Margarita Water Co. and the State of California and counsel for U.S.A. notified by mail this date.

~~XXXISXORDEREDX~~

1880

EDMUND L. SMITH, Clerk,

By _Edw F Drew_ Deputy Clerk.