Yankwich
7/1/53

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
__SOUTHERN__ DIVISION

U.S.A.,                                      )
                                             )      No. __1247-SD_____ Civil
vs                                           )
                                             )      MINUTES OF THE COURT
Fallbrook Public Utility District, )
 et al.,                                     )      Date:__July 1, 1953,___
                                             )
                                             )      At:__Los Angeles,____ Calif.

PRESENT: The Hon.__LEON R. YANKWICH_____ District Judge;

    Deputy Clerk:__John A. Childress__ Reporter:__Marie Zellner__

    Counsel for Plaintiff: Raymond DeS. Shryock;                  (Water Co.
    Counsel for Defendants: Wm B. Dennis for Def't Santa Margarita Mutual/
                            Phil D. Swing for Def't Fallbrook Public Utility
    Counsel for Defendants: Geo. G. Grover for State of Calif.    (District.

PROCEEDINGS:  For hearing (1) on possible continuance of trial, heretofore
              set for July 14, 1953, as to def't Fallbrook Public Utility
              District; (2) to make final the judgment, heretofore entered
              Feb. 25, 1953, as to def'ts Santa Margarita Mutual Water Co.
              and State of Calif.

        Attorney DeShryock moves for continuance of trial date as to Def't
Fallbrook, etc.
        Each of Attorneys Dennis, Grover, and Swing states he has no opposi-
tion to continuance.
        IT IS ORDERED that all defendants who have not appeared are granted
until Dec. 31, 1953, in which to appear.
        IT IS ORDERED that trial date as to def't Fallbrook Public Utility
District of July 14, 1953, is vacated and trial as to said defendant is set
for Nov. 3, 1953.
        The Court signs certificate with reference to judgment entered Feb.
25, 1953, as to def'ts Santa Margarita Mutual Water Co. and State of Calif.,
declaring said judgment to be a final judgment as of July 1, 1953.
        Counsel are each furnished with a copy of said certificate.


IT IS SO ORDERED.


                                        EDMUND L. SMITH, Clerk,

                                        By_____Deputy Clerk.


                                                            1881