FILED
JUL 1- 1953
EDMUND L. SMITH, Clerk
By John A. Childress, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>                Defendants. | Civil No. 1247-SD<br><br>CERTIFICATE<br>(with reference to<br> Judgment entered<br> February 25, 1953) |

CERTIFICATE OF TRIAL COURT

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, after careful consideration of all the factors which have entered into the deferment of the expeditious disposition of the issues in this litigation, it is hereby expressly determined, on the Court's own motion and after due notice in writing by the Clerk to the parties, that there exists no just reason for delay in the entry of a final judgment against the defendant Santa Margarita Mutual Water Company and the defendant in intervention State of California, and the judgment entered against the foregoing defendants on February 25, 1953, is hereby declared to be final as of this date, in accordance with the provisions of said Rule 54(b).

DATED this 1st day of July, 1953.

Leon R. Yankwich
Chief Judge, U. S. District Court,
Southern District of California