```
1   W. B. DENNIS
    Route 1, Box 58
2   Fallbrook, California
    Telephone: Fallbrook 537
3   Attorney for Defendant,
      Santa Margarita Mutual Water Company
```

FILED
JUL 24 1953
EDMUND L. SMITH, Clerk
By _____
       Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>  a public service corporation of<br>  the State of California,<br>SANTA MARGARITA MUTUAL WATER COMPANY,<br>  a public service corporation of<br>  the State of California, et al.,<br><br>          Defendants,<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>          Defendant in Intervention. | Civil No. 1247-SD<br><br>NOTICE OF APPEAL<br><br>MAILED THREE COPIES<br>OF NOT TO WALTER S. BINNS<br>U.S. ATTY., 600 FEDERAL<br>BLDG. LOS ANGELES 12, Calif |

         Notice is hereby given that the SANTA MARGARITA MUTUAL WATER COMPANY, one of the defendants above-named, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the following-described "JUDGMENT" and "CERTIFICATE":

         (1) The JUDGMENT rendered on February 24, 1953, by the Honorable Leon R. Yankwich, Chief Judge, which JUDGMENT was entered on February 25, 1953, and became final, pursuant to order of the said Chief Judge Yankwich, on July 1, 1953;

1886

   (2) The CERTIFICATE issued by the said Chief Judge Yankwich on July 1, 1953, and filed and entered on the same day, which CERTIFICATE determines that there is no just reason for delay in the entry of a final judgment against the defendant Santa Margarita Mutual Water Company and the defendant in intervention State of California, and declares that the judgment entered against the foregoing defendants on February 25, 1953, is final as of July 1, 1953.

   DATED this 24th day of July, 1953.

                                    W. B. DENNIS
                                    Attorney for Defendant and Appellant,
                                    Santa Margarita Mutual Water Company

1887