The premium charged for this bond is $10.00 Dollars per annum.

5940072

**FILED**

JUL 24 1953

EDMUND L. SMITH, Clerk
By _____ Deputy Clerk

IN THE DISTRICT COURT OF THE UNITED STATES

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    vs.<br><br>Fallbrook Public Utility District,<br>Santa Margarita Mutual Water Company,<br>et al,<br><br>        Defendants.<br><br>The People of the State of California,<br><br>        Defendants in Intervention. | Case No. 1247-SD<br><br>UNDERTAKING FOR COSTS |

KNOW ALL MEN BY THESE PRESENTS, that the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a corporation organized and existing under the laws of the State of Maryland, and duly licensed to transact business in the State of California, is held and firmly bound unto the UNITED STATES OF AMERICA, Plaintiff in the above entitled matter, in the full and just sum of Two Hundred Fifty and no/100 Dollars ($250.00), to be paid to the said UNITED STATES OF AMERICA, its successors or assigns, or legal representatives, for which payment well and truly to be made, the Fidelity and Deposit Company of Maryland binds itself, its successors and assigns, firmly by these presents.

THE CONDITION OF THIS OBLIGATION IS SUCH, that

1898

1   WHEREAS, the above named People of the State of California,
2 Defendants in Intervention, have appealed, or are about to appeal
3 to the United States Circuit Court of Appeals for the Ninth Circuit,
4 from the Declaratory Judgment made and entered against the Defend-

STATE OF CALIFORNIA } ss:
COUNTY OF LOS ANGELES }

On this 22nd day of July, 19 53, before me, S. M. Smith, a Notary Public, in and for the said County of Los Angeles, State of California, residing therein, duly commissioned and sworn, personally appeared Wm. C. Fundenberg known to me to be the Attorney-in-Fact of the Fidelity and Deposit Company of Maryland, the Corporation that executed the within instrument, and acknowledged to me that he subscribed the name of the Fidelity and Deposit Company of Maryland thereto and his own name as Attorney-in-Fact.

Notary Public in and for the County of Los Angeles, State of California

My Commission Expires Feb. 18, 1954

1898 A

16 them, in accordance with their obligation and award execution thereon.
17   SIGNED, sealed and dated this 22nd day of July, 1953.
18         FIDELITY AND DEPOSIT COMPANY OF MARYLAND
19
20   By _____
          Wm. C. Fundenberg, Attorney in Fact
21
22 Examined and recommended for approval as provided in Rule 8.
23         George H. Grover
24                                              Attorney
25 Approved this 24th day of July, 1953.
26         Edmund L. Smith, Clerk, U. S. District Court
            Southern District of California
27         By _____ Deputy Judge
28
29
30
31
32