FILED
AUG 10 1953
EDMUND L. SMITH, Clerk
By /s/ Deputy Clerk

1  EDMUND G. BROWN, Attorney General
   GEORGE G. GROVER, Deputy Attorney General
2  600 State Building
   Los Angeles 12, California
3  MAdison 6-1515

4  Attorneys for Defendant in Intervention

IN THE DISTRICT COURT OF THE UNITED STATES

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 1247-SD |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | ) AFFIDAVIT |
| Defendants, | ) |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) |
| Defendant in Intervention. | ) |

GEORGE G. GROVER, being first duly sworn, deposes and says:

That he is a Deputy Attorney General of the State of California and as such is one of the attorneys for The People of the State of California, Defendant in Intervention in the above-entitled action. That on July 24, 1953, the People of the State of California filed a notice of appeal from the judgment entered February 25, 1953 and from the certificate issued and filed by the Court on July 1, 1953. That on the same day a like appeal was taken by the Santa Margarita Mutual Water Company, one of the defendants in said action. That, in the opinion of affiant,

-1-

1890

COPY RECEIVED

1   it is in the interests of justice and the orderly disposition of
2   both of said appeals that the respective appellants confer with
3   one another in the presentation of their arguments on appeal,
4   inasmuch as the points which said appellants intend to raise are
5   in many respects substantially similar.
6          That the trial of this action as to the defendant Fallbrook
7   Public Utility District is scheduled to commence on November 3,
8   1953.  That many of the questions at said trial may be affected
9   by the disposition of the appeals heretofore mentioned, and that,
10  in the opinion of affiant, it is in the interests of justice that
11  the parties to that trial, to wit, the United States of America
12  and the Fallbrook Public Utility District, be consulted before
13  the issues on said appeals are presented to the Court of Appeals.
14         That the parties to the said appeals hope to limit, so
15  far as proper, the size of the record on appeal and that consulta-
16  tion and agreement among said parties offer the best means of
17  accomplishing that result.  That the transcript for said appeals
18  is now in the process of being corrected by the mutual consent
19  of the parties to said appeals, to wit, the United States of
20  America, the State of California, and the Santa Margarita Mutual
21  Water Company.
22         That because of the importance of said appeals to the
23  water law of California, affiant is required to confer with his
24  superiors in San Francisco, California, in connection with the
25  presentation thereof.  That it is desirable also to confer with
26  the legal staff of the State Division of Water Resources in
27  Sacramento, California.  That affiant maintains his office in
28  Los Angeles, California; that the attorney for the Santa Margarita
29  Mutual Water Company maintains his office in Fallbrook, California;
30  that the attorney for the Fallbrook Public Utility District main-
31  tains his office in San Diego, California; that the attorneys for

the United States of America maintain an office at San Diego, California and that their superiors maintain their office at Washington, D.C. That by reason of the desirability of consulting with all of said attorneys in San Francisco, Sacramento, San Diego, and Fallbrook, California, additional time is needed to docket said appeals and to file a designation of the record on appeal and a statement of points on which appellants intend to rely. That affiant has made arrangements to consult with certain of said attorneys during the forthcoming week and intends to consult with the remainder of said attorneys in the near future. That earlier conferences have been made difficult by reason of other work since the filing of said appeals which affiant has been assigned to perform, notably in connection with People v. Basha et al., an action in the Superior Court for the County of Fresno, California, which action has been of an urgent character and involves efforts to conserve natural resources of California valued at more than $300,000,000.

That, in the opinion of affiant, a designation of the appellate record and a statement of the points on which appellants intend to rely can be prepared within two weeks, and that the allowance of an additional two weeks in which to file such designation and statement is reasonable. That, in the opinion of affiant, such an extension may be made by the District Court by authority of Rule 73(g) of the Federal Rules of Civil Procedure.

*George G. Grover*
George G. Grover

Subscribed and sworn to before me in the County of Los Angeles, State of California, on August 10, 1953.

*Kathryn Buckman*
Kathryn Buckman
Notary Public in and for said County and State.

-3-

1892