1  EDMUND G. BROWN, Attorney General
   GEORGE G. GROVER, Deputy Attorney General
2  600 State Building
   Los Angeles 12, California
3  MAdison 6-1515

4  Attorneys for Defendant in Intervention




IN THE DISTRICT COURT OF THE UNITED STATES

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>  a public service corporation of<br>  the State of California, et al.,<br><br>    Defendants,<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Defendant in Intervention. | No. 1247-SD<br><br>ORDER EXTENDING TIME |

    WHEREAS The People of the State of California, Defendant in Intervention, filed a notice of appeal on July 24, 1953, from the judgment entered herein on February 25, 1953 and from the certificate issued and filed herein on July 1, 1953;

    AND WHEREAS on the same day, defendant Santa Margarita Mutual Water Company filed a like appeal;

    AND WHEREAS the Court has read the affidavit of George G. Grover, Deputy Attorney General of California, filed on this date, and good cause appearing therefrom --

    NOW THEREFORE IT IS ORDERED AS FOLLOWS:

    The time within which The People of the State of

-1-

COPY RECEIVED

California and Santa Margarita Mutual Water Company may serve and file their respective designations of record on appeal and statements of points on which they intend to rely on appeal is extended to and including August 24, 1953.

The time within which the record on said appeals shall be filed and said appeals docketed in the Court of Appeals for the Ninth Circuit is extended to and including September 24, 1953.

DATED this 10th day of August, 1953.

*Leon R. Yankwich*
Leon R. Yankwich
Chief Judge