1  EDMUND G. BROWN, Attorney General
   GEORGE G. GROVER, Deputy Attorney General
2  600 State Building
   Los Angeles 12, California
3  MAdison 6-1515
   Attorneys for Defendant in Intervention,
4    The People of the State of California
5  W. B. DENNIS
   Route 1, Box 58
6  Fallbrook, California
   Telephone: Fallbrook 537
7  Attorney for Defendant, Santa Margarita
     Mutual Water Company
8

9              IN THE UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11                    SOUTHERN DIVISION

12

13  UNITED STATES OF AMERICA,                )
14             Plaintiff,                     )
15       v.                                   )   Civil No. 1247-SD
16  FALLBROOK PUBLIC UTILITY DISTRICT,        )   DESIGNATION OF PORTIONS
    a public service corporation of           )   OF RECORD, PROCEEDINGS,
17  the State of California, et al.,          )   AND EVIDENCE TO BE
                                              )   CONTAINED IN RECORD
18             Defendants,                    )   ON APPEAL
19  THE PEOPLE OF THE STATE OF CALIFORNIA,    )
20             Defendant in Intervention.     )

21  ─────────────────────────────────────────

22        In connection with their respective appeals taken on

23  July 24, 1953, from the judgment entered February 25, 1953, and

24  the certificate issued July 1, 1953, The People of the State of

25  California, Defendant in Intervention, and Santa Margarita Mutual

26  Water Company, Defendant, herewith present their joint designation

27  of the portions of the record, proceedings, and evidence to be

28  contained in the record on said appeals:

29        1. Complaint, including Exhibit A thereto.

30        2. Motion of defendant Santa Margarita Mutual Water

31  Company to dismiss, to strike, and for an order directing plaintiff

                           -1-

                                          1900

                                          295

1738

1   to file a more definite statement.

2       3. Order denying motion of defendant Santa Margarita

3   Mutual Water Company to dismiss, to strike, and for an order

4   directing plaintiff to file a more definite statement.

5       4. Answer of defendant Santa Margarita Mutual Water

6   Company.

7       5. Motion of The People of the State of California to

8   intervene.

9       6. Order granting motion of The People of the State of

10  California to intervene.

11      7. Answer of The People of the State of California,

12  defendant in intervention.

13      8. Reply of plaintiff United State of America to

14  answer of defendant Santa Margarita Mutual Water Company.

15      9. Motion of plaintiff for separate trial on the merits

16  against defendant Santa Margarita Mutual Water Company.

17      10. Order for separate trials as to defendant Santa

18  Margarita Mutual Water Company and defendant Fallbrook Public

19  Utility District.

20      11. Reply of defendant Santa Margarita Mutual Water

21  Company to plaintiff's motion for separate trial on the merits.

22      12. Order that The People of the State of California,

23  defendant in intervention, be a party to the separate trial as to

24  defendant Santa Margarita Mutual Water Company and defendant

25  Fallbrook Public Utility District.

26      13. Notice and motion to amend answer of The People of

27  the State of California, defendant in intervention.

28      14. Order that the amendment to the answer of The People

29  of the State of California, defendant in intervention, be filed.

30      15. Amendment to the answer of The People of the State of

31  California, defendant in intervention.

1     16. Order on pre-trial hearing.

2     17. Pre-trial order.

3     18. All exhibits admitted into evidence in the trial
4  (plaintiff's exhibits 1 through 44, and defendant's exhibits A
5  through Z).

6     19. Reporter's transcript of the proceedings at the
7  trial which was held beginning October 29, 1952, and ending
8  November 28, 1952, as follows:

9          From page 1, line 1, through page 192, line 21;
10         From page 199, line 9, through page 215, line 6;
11         From page 236, line 9, through page 320, line 6;
12         From page 346, line 19, through page 480, line 19;
13         From page 505, line 6, through page 751, line 15;
14         From page 785, line 16, through page 1027, line 16.

15    20. Opinion on the merits as to certain parties, dated
16  December 9, 1952.

17    21. Order of December 9, 1952.

18    22. Findings, conclusions, and judgment entered February
19  25, 1953.

20    23. Order concerning findings and judgment, dated February
21  24, 1953.

22    24. Proposed amendments to proposed findings, conclusions,
23  and judgment, lodged February 20, 1953.

24    25. Notice of hearing to be held July 1, 1953, to
25  determine whether judgment should be made final.

26    26. Certificate of July 1, 1953, making judgment final.

27    27. Reporter's transcript of proceedings on April 6, 1953.

28    28. Reporter's transcript of proceedings of July 1, 1953.

29    29. Notices of appeal of The People of the State of
30  California and Santa Margarita Mutual Water Company, filed on
31  July 24, 1953.

-3-

1902

257

1     30. Order of August 10, 1953, extending time to docket

2  appeals.

3     31. Statement of points on appeal, filed August 24,

4  1953.

5     32. This designation of record on appeal.

7                 EDMUND G. BROWN, Attorney General
8                 GEORGE G. GROVER, Deputy Attorney General
                  Attorneys for The People of the State of
9                 California, Defendant in Intervention
                  and Appellant

10            By _George W. Grover_

13            _W. B. Dennis_
14            W. B. DENNIS
              Attorney for Santa Margarita Mutual Water
15            Company, Defendant and Appellant

-4-

1903