# FILED

SEP 15 1953

EDMOND L. SMITH, Clerk

By _____
                    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
CENTRAL DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs | ) No. 1247-SD |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) CORRECTIONS TO RECORD |
| Defendants. | ) |

RECORD CORRECTIONS - VOLUMES 1 THROUGH 12

SEPARATE TRIAL AGAINST SANTA MARGARITA MUTUAL WATER COMPANY
AND STATE OF CALIFORNIA

| Page | Line | From | To |
|---|---|---|---|
|  |  | Volume 1 |  |
| 15 | 5 | misnomer | misnomer |
| 22 | 20 | secession | cession |
| 23 | 2 | secession | cession |
| 26 | 16 | other | the several |
| 27 | 11 | Shyrock | Shryock |
| 30 | 25 | submit | substitute |
| 32 | 24 | climatical | climatological |
| 35 | 2 | climatical | climatological |
| 39 | 20 | 3-A to 3-15 | 3-A to 3-M |
| 41 | 4 | cased | cases |
| 41 | 17 | Loren | Lauren |
| 52 | 23 | 90,147.55 | 9,147.55 |
| 56 | 16 | Division of Water Ground Resources | Office of Ground Water Resources Records |
| 60 | 19 | Lots |  |

7—1404

U. S. GOVERNMENT PRINTING OFFICE

1950

| | Page | Line | From | To |
|---|---|---|---|---|
| 1 | 61 | 10 | Kauba | Pauba |
| 2 | 62 | 18 | Kauba | Pauba |
| 3 | 65 | 18,19 | completed exhibit | completes exhibits |
| 4 | 71 | 12 | Kauba | Pauba |
| 5 | 84 | 10 | Kauba | Pauba |
| 6 | 85 | 10 | Kauba | Pauba |
| 7 | 88 | 5 | velley | valley |
| 8 | | | Volume 2 | |
| 9 | 99 | 21 | is the nature | is in the nature |
| 10 | 106 | 18 | 3971 | 39,791 |
| 11 | 143 | 24 | Auganga | Aguanga |
| 12 | 134 | 3 | intermediate | intermittent |
| 13 | 136 | 10 | Temecular | Temecula |
| 14 | 140 | 22 | ~~a~~ | no |
| 15 | 153 | 3 | $70,000 | ~~$7,000~~ 70,000 |
| 16 | 207 | 18 | 20 points | two points |
| 17 | | | Volume 3 | |
| 18 | 248 | 9 | furficial | artificial |
| 19 | 287 | 3 | dillers' | drillers' |
| 20 | 307 | 15 | hydrolic | hydraulic |
| 21 | 334 | 1 | inactive | active |
| 22 | 338 | 24 | spoil | soil |
| 23 | 343 | 18,19 | command-readings | commandant-greetings |
| 24 | 353 | 23,24 | acres bisected | acres are bisected by |
| 25 | 354 | 3 | seal | sea |
| 26 | 356 | 16 | give | use |
| 27 | 360 | 5 | my | by |
| 28 | | | Volume 4 | |
| 29 | 396 | 14 | hump and sump | sump and pump |
| 30 | 401 | 10 | objection | objectionable |
| 31 | 435 | 22 | The | This |
| 32 | 488 | 8 | give | five |

| Page | Line | From | To |
|------|------|------|-----|
| 503 | 18 | Anderson | Henderson |
| | | Volume 5 | |
| 545 | 18 | Usidora | Ysidora |
| 563 | 6 | 43 | 42 |
| 566 | 20 | Anderson | Henderson |
| 570 | 14 | trial | ~~try~~ *trail* |
| 570 | 15 | certain not | not certain now |
| 615 | 19 | Remain | Remained |
| 618 | 21 | vacinity | vicinity |
| 619 | 25 | McNeary | McNearny |
| 632 | 14 | pricipal | principal |
| 634 | 5 | coalate | collate |
| | | Volume 6 | |
| 685 | 3 | entirely | entire |
| 687 | 22 | for for | for |
| 688 | 15 | Maine | Marine |
| 688 | 15, 16 | Torro | Toro |
| 688 | 22, 25 | Recruiting | Recruit |
| 689 | 2 | Recruiting | Recruit |
| 692 | 21 | sewerage | sewage |
| 706 | 20 | puming | pumping |
| 716 | 6 | after | as to |
| | | Volume 7 | |
| 772 | 1 | is | its |
| 784 | 12,15,16 | sightless | cyclical |
| 837 | 7 | merciful and | mercifully |
| ~~843~~841 | 23 | the class 8 | Class VIII |
| | | Volume 8 | |
| 898 | 18 | 46,000 | 56,000 |
| 901 | 20 | 1945 | 1944 |
| 905 | 2 | 4 | 14 |
| 926 | 12 | Gerlock | Gerlach |

7—1404

U. S. GOVERNMENT PRINTING OFFICE

1952

| | Page | Line | From | To |
|---|---|---|---|---|
| 1 | 927 | 23 | possible | possibilities |
| 2 | 933 | 10 | 1927 | 1947 |
| 3 | 936 | 24 | 137,000 | 137 |
| 4 | | | Volume 9 | |
| 5 | 968 | 7 | Season | Seasonal |
| 6 | 972 | 6 | 700 | 7400 |
| 7 | 972 | 7 | 1942-1947 | 1924-1947 |
| 8 | 981 | 2 | six | seven |
| 9 | 991 | 23 | arc | area |
| 10 | 994 | 2 | inside | in size |
| 11 | 1000 | 8 | Torro | Toro |
| 12 | 1009 | 8 | privity | privy |
| 13 | 1013 | 23 | over | open |
| 14 | 1014 | 6 | in | and |
| 15 | | | Volume 10 | |
| 16 | 1032 | 23 | 22,000 or 23,000 | 122,000 or 123,000 |
| | 1032 | 24 | acre-feet, | acres, |
| 17 | 1033 | 1 | northwesterly | northeasterly |
| 18 | 1035 | 17 | right | rights |
| 19 | 1036 | 25 | 100 acre-feet | one acre-foot |
| 20 | 1037 | 10 | regarded | disregarded |
| 21 | 1038 | 4 | charge | conduct |
| 22 | 1041 | 18 | only the | the only |
| 23 | 1044 | 17 | officially | beneficially |
| 24 | 1049 | 13 | and of | and |
| 25 | 1052 | 13 | 1936-37 | 1937-38 |
| | 1052 | 20 | run | ran |
| 26 | 1057 | 9 | way | say |
| 27 | 1063 | 5 | careful | career a |
| 28 | 1065 | 2 | 458 | 548 |
| 29 | 1069 | 6 | Meridan | Meridian |
| 30 | 1070 | 9 | Meridan | Meridian |
| 31 | 1071 | 1 | Q | (delete) |
| 32 | 1072 | 24 | 600,000 | 60,000 |

| | Page | Line | From | To |
|---|---|---|---|---|
| 1 | 1073 | 5 | levies | levees |
| 2 | 1075 | 23 | Cal. 2d | Cal. App. 2d |
| 3 | 1076 | 16 | time, | times, |
| 4 | 1077 | 4 | Meridan | Meridian |
| 5 | 1078 | 13 | Cal. 2d | Cal. App. 2d |
| 6 | 1079 | 21 | accedes | exceeds |
| 7 | 1080 | 21 | Arroya | Arroyo |
| 8 | 1101 | 15 | ot | or |
| 9 | 1113 | 14 | decided | cited |
| 10 | 1114 | 11 | Trainor | Traynor |
| 11 | 1122 | 10 | holds | holdings |
| 12 | 1130 | 5 | cannot | only |
| 13 | 1134 | 5 | owner, | owner; |
| 14 | 1134 | 6 | as | has |
| 15 | 1138 | 5 | plaintiff | defendant |
| 16 | 1143 | 14 | Vail's | Hall's |
| 17 | 1149 | 15 | seasonal or | seasonal |
| 18 | 1153 | 2 | water | water year |
| 19 | 1154 | 10 | Murriet | Murrieta |
| 20 | 1158 | 13 | water | water year |
| 21 | 1161 | 1 | low | flow |
| 22 | 1163 | 11 | showin | showing |
| 23 | 1163 | 20 | base | basin |
| 24 | 1171 | 13 | has not ~~be~~ ^been^ impeded | has been ^exceeded^ ~~executed~~ |
| 25 | | | Volume 11 | |
| 26 | 1177 | 5 | Auganga | Aguanga |
| 27 | 1195 | 7 | of | all of |
| 28 | 1205 | 6 | possesses | possess |
| 29 | 1205 | 25 | and | an |
| 30 | 1217 | 3 | many | man |
| 31 | 1221 | 21 | Gebhart | Gearhart |
| 32 | 1226 | 18 | Cal. 2d | Cal. App. 2d |

1954

| | Page | Line | From | To |
|---|---|---|---|---|
| 1 | 1232 | 8 | Raymon | Raymond |
| 2 | 1232 | 13 | 137 | 173 |
| 3 | 1233 | 10 | not | no |
| 4 | 1234 | 11 | Suisan | Suisun |
| 5 | 1235 | 7 | Suisan | Suisun |
| 6 | 1236 | 18 | injury | injure |
| 7 | 1237 | 1 | provide | provides |
| 8 | 1256 | 6 | permitee's | permittee's |
| 9 | 1256 | 25 | injunc- | injunction |
| 10 | 1267 | 1 | privity | privy |
| 11 | 1267 | 11 | landowner | landowners |
| 12 | 1267 | 11 | owner | owners |
| 13 | 1282 | 20-21 | place. Nevertheless | place, nevertheless |
| 14 | 1284 | 3 | decisions | decision |
| 15 | 1284 | 7 | matter | water |
| 16 | 1285 | 1 | 42. That | 42, that |
| 17 | 1285 | 7 | principles | principle |
| 18 | 1285 | 8 | and | and if |
| 19 | 1285 | 12 | need | leave |
| 20 | 1286 | 6 | seasonal or | seasonal |
| 21 | 1287 | 11 | to | of |
| 22 | 1287 | 12 | owners. | ownership. |
| 23 | 1288 | 3 | rights | right |
| 24 | 1291 | 20 | fastening | fastening of the English doctrine |
| 25 | 1291 | 21 | the name | the |
| 26 | 1293 | 24 | Harnow | Harno |
| 27 | 1295 | 25 | in a manner which | in a manner different from that in which |
| 28 | | | Volume 12 | |
| 29 | 1307 | 21 | Gerlock | Gerlach |
| 30 | 1308 | 4 | neglected | eclectic |
| 31 | 1309 | 20 | Volum | Volume |
| 32 | 1310 | 2 | Volume 2 | Volume 3 |

| | Page | Line | From | To |
|---|---|---|---|---|
| 1 | 1310 | 4 | 2,801 | 2,800 and 1,000 |
| 2 | 1314 | 8 | of | is |
| 3 | 1324 | 10 | Gerlock | Gerlach |
| 4 | 1326 | 7 | take | talk |
| 5 | 1330 | 13 | difficult | difficulty |
| 6 | 1332 | 1 | interlopreators | interlopriators |
| 7 | 1332 | 9 | under | and to |
| | 1333 | 5 | 153 | 133 |
| 8 | 1338 | 14 | Grover | Shaw |

Approved:

_____
WM. B. DENNIS
Attorney for Santa Margarita Mutual
Water Company

*George G. Grover*
_____
GEORGE G. GROVER
Deputy Attorney General, State of
California

*Raymond de S. Shryock*
_____
for D. W. AGNEW
RAYMOND deS. SHRYOCK
Attorneys for Plaintiff

It is so ordered.

Date: September 14 1953

_____
Judge.