UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**SOUTHERN** DIVISION

U.S.A. )
vs )
Fallbrook Public Utility )
District, et al. )
)

No. **1247-SD** Civil
MINUTES OF THE COURT
Date: **Sept. 29, 1953,**
At: **Los Angeles,** Calif.

CALENDAR:
~~XXXXXXXX~~ The Hon. **LEON R. YANKWICH** District Judge;

Deputy Clerk: **John A. Childress**   Reporter: **None**

Counsel for Plaintiff:   **no appearance**

Counsel for Defendants:   **no appearance**

PROCEEDINGS:

IT IS ORDERED that cause is placed on calendar of Oct. 12, 1953, 2 PM, for discussion of status of case.

EDMUND L. SMITH, Clerk,

By_____ Deputy Clerk.