```
 1  EDMUND G. BROWN, Attorney General
    GEORGE G. GROVER
 2  Deputy Attorney General
    600 State Building
 3  Los Angeles 12, California
    MAdison 6-1515
 4
    Attorneys for Defendant in Intervention,
 5    The People of the State of California.
```

                        F I L E D
                        OCT 7 - 1953
                        EDMUND L. SMITH, Clerk
                        By _____
                              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
      Plaintiff,           )  Civil No. 1247-SD
  v.                         )  CORRECTIONS
FALLBROOK PUBLIC UTILITY DISTRICT, )  TO RECORD
a public service corporation of )
the State of California, et al., )
      Defendants,          )
THE PEOPLE OF THE STATE OF CALIFORNIA, )
      Defendant in Intervention. )

The following corrections in the Reporter's Transcript of the proceedings of July 1, 1953, are hereby agreed upon:

| Page | Line | From      | To         |
|------|------|-----------|------------|
| 1    | 3    | CENTRAL   | SOUTHERN   |
| 3    | 4    | American  | America    |
| 7    | 4    | Lund      | Nunn       |
| 14   | 7    | imaginery | imaginary  |
| 19   | 11   | Lewis     | Lux        |
| 25   | 16   | not       | (delete)   |
| 25   | 21   | stay      | start      |
| 28   | 8    | knw       | know       |

RAYMOND de S. SHRYOCK,
DAVID W. AGNEW,
Attorneys for Plaintiff
By _Raymond de S. Shryock_
   RAYMOND de S. SHRYOCK

1965

EDMUND G. BROWN, Attorney General
GEORGE G. GROVER, Dep.Atty.Gen.,
Attorneys for Defendant in
Intervention

By _George G. Grover_
GEORGE G. GROVER

W. B. DENNIS
Attorney for Defendant,
Santa Margarita Mutual Water
Company

By _W. B. Dennis_
W. B. DENNIS

It is so ordered.
Date: October 6, 1953

_____
Judge.