UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**SOUTHERN** DIVISION

U.S.A.                               ) No. **1247-SD**       Civil
                                     ) MINUTES OF THE COURT
vs                                   )
                                     ) Date: **Oct. 8, 1953,**
Fallbrook Public Utility District,   )
   et al.                            ) At: **Los Angeles,**   Calif.

PRESENT: The Hon. **LEON R. YANKWICH**               District Judge;

Deputy Clerk: **John A. Childress**    Reporter: **none**

Counsel for Plaintiff:   **no appearance**

Counsel for Defendants   **no appearance**

PROCEEDINGS:

Good cause appearing, and upon agreement of counsel, IT IS ORDERED that this cause is continued from Oct. 12, 1953, to Oct. 26, 1953, 10 AM, for discussion of the status of the case.

EDMUND L. SMITH, Clerk,

By_____ Deputy Clerk.