Yankwich
10/26/53

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

No. __1247-SD__ Civil

UNITED STATES OF AMERICA

MINUTES OF THE COURT

vs.

Date: October 26, 1953

FALLBROOK PUBLIC UTILITY DISTRICT, et al

At: Los Angeles, Calif.

PRESENT: The Hon. __LEON R. YANKWICH__ District Judge;

Deputy Clerk: __John A. Childress__   Reporter: __Marie Zellner__

Counsel for Plaintiff: Raymond de S. Shryock
J. Lee Rankin, Asst Atty Gen. of U.S.

Counsel for Defendant: Phil D. Swing for Fallbrook Pub. Utility Dist.
Wm. B. Dennis for Santa Margarita Mut. Water Co.
George G. Grover for State of California

PROCEEDINGS: For discussion of status of case.


Court and counsel discuss case.


IT IS ORDERED that the trial of defendant Fallbrook Public Utility District is set for March 16, 1954.

IT IS FURTHER ORDERED that time to answer of all defendants who have not yet appeared is continued to March 31, 1954.


EDMUND L. SMITH, Clerk,

By_____ Deputy Clerk.