UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**SOUTHERN** DIVISION

| | | |
|---|---|---|
| U.S.A. | ) | No. 1247-SD  Civil |
| vs | ) | MINUTES OF THE COURT |
| Fallbrook Public Utility District, et al., | ) | Date: March 16, 1954, |
| | ) | At: Los Angeles, Calif. |

PRESENT: The Hon. LEON R. YANKWICH            District Judge;

Deputy Clerk: **John A. Childress**   Reporter: **Marie Zellner**

Counsel for Plaintiff: Laughlin E. Waters, U.S. Att'y.
Counsel for Fallbrook Pub. Utility District: C. H. Scharnikow;

Counsel for Defendants:State of Calif.: George G. Grover.

PROCEEDINGS:  For trial of def't Fallbrook Public Utility District.

Attorney Waters moves to continue for trial.

COURT ORDERS cause continued to Nov. 30, 1954, 10 AM, for trial as to def't Fallbrook Public Utility District.

IT IS ORDERED that the defendants who have not yet appeared are granted until Dec. 31, 1954, to answer.

Filed letter dated March 10, 1954, from Attorney Phil D. Swing to the Court re continuance.

EDMUND L. SMITH, Clerk,

By_____Deputy Clerk.