1  J. LEE RANKIN
   Assistant Attorney General
2    of United States of America

3  ATTORNEY FOR UNITED STATES
     OF AMERICA



FILED

NOV 23 1954

EDMUND L. SMITH, Clerk
By _____
              Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Civil No. 1247-SD |
| v. ) | MOTION FOR CONTINUANCE |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) a public service corporation of ) the State of California, et al., ) | |
| Defendants. ) | |

COMES NOW the UNITED STATES OF AMERICA, acting by and through J. LEE RANKIN, Assistant Attorney General, and WILLIAM H. VEEDER, Special Assistant to the Attorney General, and moves this Honorable Court to continue this cause now set for trial on November 30, 1954, until thirty days after the decision in the case of the State of California v. United States of America; Santa Margarita Mutual Water Company v. United States of America, No. 14049 in the United States Court of Appeals in and for the Ninth Circuit.

This motion is made for the reason that there are involved questions of law in the case before the United States Court of Appeals for the Ninth Circuit which is above mentioned that will have bearing upon the trial in the subject case and it would be for the best interests

- 1 -

1970

1  of all concerned to await that decision.

2                                              UNITED STATES OF AMERICA

3
4                                              *J. Lee Rankin*
                                               J. LEE RANKIN
5                                              Assistant Attorney General

6
7                                              *William H. Veeder*
                                               WILLIAM H. VEEDER
8                                              Special Assistant to the
                                               Attorney General
9

10 Dated: November 17, 1954.