Yankwich
11/23/54

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**SOUTHERN** DIVISION

United States of America

vs.

Fallbrook Public Utility District, et al

No. __1247-SD__ Civil

MINUTES OF THE COURT

Date: __November 23, 1954__

At: __Los Angeles,__ Calif.

PRESENT: Hon. __LEON R. YANKWICH__ District Judge;

Deputy Clerk: __John A. Childress__ Reporter: __none__

Counsel for Plaintiff __No Appearance__

Counsel for Defendant __No Appearance__

PROCEEDINGS:

Upon representation by the Clerk that the State of California by George Grover, Dep. Atty. Gen., and the Fallbrook Public Utility District by Phil Swing, Esq., have stated their consent upon telephonic inquiry by the Clerk, to the granting of the Govt's motion filed today for continuance of trial, the Court signs order vacating trial setting of Nov. 30, 1954 and continuing trial until 30 days after decision of the appeal of the Santa Margarita Mutual Water Co.

1973

EDMUND L. SMITH, Clerk,

By_____Deputy Clerk