FILED
NOV 23 1954
EDMUND L. SMITH, Clerk
By ...........................
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>     v.                              )<br>                                     )<br>FALLBROOK PUBLIC UTILITY DISTRICT,   )<br>  a public service corporation of    )<br>  the State of California, et al.,   )<br>                                     )<br>            Defendants.              ) | Civil No. 1247-SD<br><br>ORDER |

This cause came on for hearing upon the motion of the United States of America, Plaintiff, to continue the action for trial until thirty days after the decision in the case of the State of California v. United States of America; Santa Margarita Mutual Water Company v. United States of America, No. 14049 in the United States Court of Appeals in and for the Ninth Circuit.

It is therefore ordered, adjudged and decreed that the motion be granted and that the date of trial originally set for November 30, 1954, be vacated and the trial continued until thirty days after the decision in question.

NOV 2 3 1954

[signature]
Chief Judge

Date:

- 1 -

1972