UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOU. ~~CENTRAL~~ DIVISION

U.S.A.

vs

Fallbrook Public Utility District, et al.

No. __1247-SD__ Civil

MINUTES OF THE COURT

Date: __Dec. 9, 1954.__

At: __Los Angeles,__ Calif.

PRESENT: Hon. __LEON R. YANKWICH__ District Judge;

Deputy Clerk: __John A. Childress__ Reporter: __none__

Counsel for Plaintiff __no appearance__

Counsel for Defendants __no appearance__

PROCEEDINGS:

IT IS ORDERED that defendants who have not yet appeared are granted until March 31, 1955, in which to appear and answer.

~~IT IS ORDERED~~