Yankwich
3/29/55

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                                No. __1247-SD_____Civil

vs                                    MINUTES OF THE COURT

Fallbrook Public Utility District,    Date:__March 29, 1955,__
et al.
                                      At:__Los Angeles,_____Calif.

PRESENT: Hon.__LEON R. YANKWICH_____District Judge;

   Deputy Clerk:__John A. Childress___ Reporter:__none_____

   Counsel for Plaintiff __no appearance_____

   Counsel for Defendants __no appearance_____

PROCEEDINGS:

        IT IS ORDERED that those defendants who have not yet
appeared are allowed until June 30, 1955, to appear and answer.




-IT-IS-ORDERED-