UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
~~SOUTHERN~~ DIVISION

U.S.A.

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

No. 1247-SD Civil

MINUTES OF THE COURT

Date: November 2, 1955

At: Los Angeles Calif.

PRESENT: Hon LEON R. YANKWICH District Judge;

Deputy Clerk: L. Cunliffe        Reporter: None

Counsel for Plaintiff   No appearance

Counsel for Defendant   No appearance

PROCEEDINGS:

IT IS ORDERED that those defendants who have not yet appeared are allowed until January 31, 1956, to appear and answer.

JOHN A. CHILDRESS, Clerk,       1976

By _____
Deputy Clerk