UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

MINUTES OF THE COURT
Date: March 8, 1956
At: San Diego, Calif.

PRESENT: Hon_____ JACOB WEINBERGER _____ District Judge;

Deputy Clerk: E. M. Enstrom, Jr.   Reporter: _____

PROCEEDINGS:

By consent of the Judges of this court,

IT IS ORDERED that the following Southern Division civil cases are hereby assigned to the respective judges as listed; that counsel hereafter shall place on documents filed in said cases the initial of the respective judge following the case number; and that said cases presently on the calendar for a particular date shall remain as set, subject to change on notice by the judge to whom the case is assigned

ASSIGNED TO JUDGE JAMES M. CARTER:

| | | | | |
|---|---|---|---|---|
| 230 | U.S.A. v. Land | | 1558 | Marino v. Gonsalves |
| 1030 | Thibodo v. U.S.A. | | 1793 | Bourns v. Brown |
| 1247 | U.S.A. v. Fallbrook | | 1801 | Block v. MS Lions Gate |
| 1506 | U.S.A. v. Land | | 1807 | U.S.A. v. Winters |
| 1507 | U.S.A. v. LAND | | 1813 | U.S. ex rel v. Pridemore |
| 1508 | Gibbons v. Best | | 1819 | U.S. ex rel v. Pridemore |
| 1611 | Credit bureau v. Paxton | | 1821 | U.S.A. v. Coleman |
| 1621 | Farris v. S. D. Savings | | 1825 | Brown v. U.S.A. |
| 1628 | U.S.A. v. Adamo | | 1827 | Myers v. U.S.A. |
| 1641 | U.S.A. v. Land | | 1831 | Townsell v. U.S.A. |
| 1651 | U.S.A. v. Land | | 1833 | SD Marine v. "Deolinda" |
| 1675 | Capri v. Warner Bros. | | 1835 | Calif.Marine v. "Valiant" |
| 1680 | Rudnick v. So. Pacific | | 1837 | Weber v. U.S.A. |
| 1716 | Box v. U.S.A. | | 1839 | Volkman v. U.S.A. |
| 1729 | Bellah v. U.S.A. | | 1841 | Carpenter v. U.S.A. |
| 1731 | Petn of DeFalco | | 1843 | U.S.A. v. Dziedzic |
| 1758 | Campbell v. Gonsalves | | 1845 | U.S.A. v. Hare |
| 1775 | Russel v. U.S.A. | | 1847 | U.S.A. v. Abdelcotta |
| 1782 | U.S.A. v. Land | | 1849 | U.S.A. v. Aguilar |
| 1789 | Burnett v. So. Pacific | | 1851 | U.S.A. v. Seabra |

ASSIGNED TO JUDGE JACOB WEINBERGER:

| | | | | |
|---|---|---|---|---|
| 414 | U.S.A. v. Land | | 1794 | Vaughn v. Lewis |
| 1115 | Amend v. Black | | 1795 | Vaughn v. Lewis |
| 1333 | U.S.A. v. Land | | 1796 | Livesley v. Eagle Star Ins. |
| 1546 | U.S.A. v. Land | | 1805 | U.S.A. v. Wallace |
| 1607 | Reed v. U.S.A. | | 1808 | U.S.A. v. Fulton |
| 1629 | Anderson v. S.D.Savings | | 1817 | Roath v. Ryerson |
| 1640 | Gallagher v. Natl. Steel | | 1822 | Loren v. Riddell |
| 1661 | Freeman v. U.S.A. | | 1830 | Bartlett v. U.S.A. |
| 1715 | Burns v. U.S.A. | | 1834 | Parmigian v. Lloyds |
| 1724 | White v. Utah Ins. | | 1836 | U.S.A. v. Zaragoza |
| 1730 | Springer v. Martin | | 1838 | U.S.A. v. Crisman |
| 1753 | Adams v. U.S. | | 1840 | Schmeiser v. U.S.A. |
| 1759 | Prudential v. Heyn | | 1842 | NonLinear v. Ry. Express |
| 1773 | Doney v. Standard Iron | | 1844 | Lisec v. U.S.A. |
| 1780 | Tucker v. Boren | | 1846 | U. S. A. v. Giles |
| 1788 | Drake v. Reed | | 1848 | U.S.A. v. Aguilar |
| 1792 | U.S.A. v. Jaykins | | 1850 | U.S.A. v. Parkhill |

JOHN A. CHILDRESS, Clerk

By_____, Deputy

1977