

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

         Plaintiff,

  vs.

FALLBROOK PUBLIC UTILITY DISTRICT, et al,

         Defendant.

No. 1247-SD

ORDER

    IT APPEARING that the above-entitled case which had been partially tried by Chief Judge Leon R. Yankwich, inadvertently was assigned to Judge James M. Carter by order of the undersigned judges dividing the civil cases pending in the Southern Division, dated March 8, 1956 and

    Good cause appearing, IT IS HEREBY ORDERED that the Order assigning said case to Judge James M. Carter is hereby vacated.

    IT IS FURTHER ORDERED that said case shall be retained by Chief Judge Leon R. Yankwich for all further proceedings until he shall, in accordance with the rules of this court, surrender the same to another judge.

    Dated this 13th day of April, 1956.

                        *James M. Carter*
                        United States District Judge

                        *Jacob Weinberger*
                        United States District Judge

1978