No. 14049

# United States Court of Appeals
## For the Ninth Circuit

PEOPLE OF THE STATE OF CALIF.

vs.

UNITED STATES OF AMERICA.
and
SANTA MARGARITA MUTUAL WATER
COMPANY,          vs.
UNITED STATES OF AMERICA.

# MANDATE

# United States of America, ss:

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To the Honorable, the Judges of the United States District Court for the Southern District of California, Southern Division   Greeting:

WHEREAS, lately in the United States District Court for the Southern District of California, SouthernDivision, before you or some of you, in a cause between United States of America, Plaintiff, and Fallbrook Public Utility District, a public service corporation of the State of California, et al., Defendants, No. 1247, a Judgment was duly filed on the 24th day of February, 1953; which said Judgment is of record and fully set out in said cause in the office of the Clerk of the said District Court, to which record reference is hereby made and the same is hereby expressly made a part hereof.

FILED MAY 3 - 1956
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DOCKETED AND ENTERED
MAY 3 - 1956
CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORRNIA
By _____ Deputy Clerk

AND WHEREAS, the said People of the State of California, and Santa Margarita Mutual Water Company, appealed to this court as by the inspection of the transcript of the record of the said District Court, which was brought into the United States Court of Appeals for the Ninth Circuit by virtue of an appeal agreeably to the Act of Congress, in such cases made and provided, fully and at large appears.

AND WHEREAS, on the 8th day of November, in the year of our Lord, one thousand nine hundred and fifty-four, the said cause came on to be heard before the said United States Court of Appeals for the Ninth Circuit, on the said transcript of record, and was duly submitted:

ON CONSIDERATION WHEREOF, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this casue be, and hereby is reversed and that this cause be, and hereby is remanded to the said District Court with directions to take further proceedings in accordance with the opinion of this court and enter no judgment until the entire suit can be disposed of at the same date.

(March 30, 1956..)

1980

YOU, THEREFORE, ARE HEREBY COMMANDED that such proceedings be had in said cause, in conformity with the opinion and judgment of this court, as according to right and justice, and the laws of the United States, ought to be had, the said appeal notwithstanding.

WITNESS the Honorable Earl Warren, Chief Justice of the United States, the second day of May in the year of our Lord one thousand nine hundred and fifty-six.

_____
CLERK, UNITED STATES COURT OF APPEALS FOR
THE NINTH CIRCUIT

COSTS—

Clerk _____ $ _____

Printing record _____ $ _____

    Total _____ $ _____

1981