UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**SOUTHERN** DIVISION

U.S.A.                                No. **1247-SD**          Civil

vs                                    MINUTES OF THE COURT

Land                                  Date: **May 3, 1956,**

                                      At: **Los Angeles,**     Calif.

PRESENT: Hon. **LEON R. YANKWICH,**           **Chief** District Judge;

   Deputy Clerk: **Louis Cunliffe**    Reporter: **none**

   Counsel for Plaintiff **no appearance**

   Counsel for Defendant **no appearance**

PROCEEDINGS:

    **IT IS ORDERED** that Mandate of U. S. Court of Appeals, Ninth Circuit, dated May 1, 1956, reversing judgment of this Court, be filed and spread upon the records of this Court.

JOHN A. CHILDRESS, Clerk,                    1979

By_____
   Deputy Clerk.           Y-5/3/56