UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
~~PHOENIX~~ SOUTHERN DIVISION

No. __1247-SD__ Civil

UNITED STATES OF AMERICA,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, etc.

MINUTES OF THE COURT

Date: June 12, 1956

At: Los Angeles  Calif.

PRESENT: Hon. __LEON R. YANKWICH__ District Judge;

Deputy Clerk: __L. Cunliffe__   Reporter: __None__

Counsel for Plaintiff __No appearance__

Counsel for Defendant __No appearance__

PROCEEDINGS:

IT IS ORDERED that the above-entitled cause be placed on the calendar for hearing on setting at 2:00 p.m., July 9, 1956, in Los Angeles before this court.

JOHN A. CHILDRESS, Clerk,

By_____
L. Cunliffe, Deputy Clerk.

1982