KRAG AND SWEET
100 South First Street
Alhambra, California

Former Attorneys for
Defendant JOHN H. LEASE



FILED

JUN 27 1956

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, etc., et al.,

    Defendants.

No. 1247 - CIVIL

NOTICE OF SUBSTITUTION OF
ATTORNEYS

TO PLAINTIFF, UNITED STATES OF AMERICA, AND TO ERNEST A. TOLIN, UNITED STATES ATTORNEY, AND BETTY MARSHALL GRAYDON, ASSISTANT U. S. ATTORNEY:

    PLEASE TAKE NOTICE that defendant JOHN H. LEASE, whose address is P. O. Box 73, Dana Point, California, has substituted himself in propria persona as his attorney of record in the above-entitled action in place of KRAG AND SWEET.

    DATED: June 27, 1956.

KRAG AND SWEET

By /s/ Manuel O. Krag
_____

KRAG & SWEET
ATTORNEYS AT LAW
100 SO. FIRST ST.
P. O. BOX 427
ALHAMBRA, CALIF.

1983

STATE OF CALIFORNIA  } ss.
County of Los Angeles

_____

being by me first duly sworn, deposes and says: that    he    is the_____

_____

_____

in the above entitled action: that    he    has_____read the foregoing_____

_____

and knows the contents thereof; and that the same is true of_____own knowledge, except as to the matters which are therein stated upon_____information or belief, and as to those matters that    he    believes it to be true.

_____

_____

Subscribed and sworn to before me this
_____day of_____, 195___

_____
Notary Public in and for the County of Los Angeles, State of California.
[SEAL]

(AFFIDAVIT OF SERVICE BY MAIL)

STATE OF CALIFORNIA, } ss.
County of Los Angeles,

   Anne Houghton _____being sworn, says that she is a citizen of the United States, over 18 years of age, a resident of Los Angeles County and not a party to the within action. That the business address of Krag & Sweet is 100 South First Street, Alhambra, California.

   The affiant served a copy of the attached Notice of Substitution of Attorneys _____by placing said copy in an envelope addressed to Ernest A. Tolin, U.S. Attorney and Betty Marshall Graydon, Asst. U. S. Attorney, 325 West "F" St., San Diego 1, California, which envelope was then sealed and postage fully prepaid thereon, and thereafter was on the 27th day of June, 1956, deposited in the Post Office at Alhambra, California. That there is either delivery service by United States mail at the place so addressed, or regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 27th day of June 1956.    Anne Houghton

_____
NOTARY PUBLIC in and for the County of Los Angeles,
State of California
(SEAL)

KRAG & SWEET
ATTORNEYS AT LAW
ALHAMBRA, CALIF.

1964