KRAG AND SWEET
100 South First Street
Alhambra, California

Former Attorneys for
Defendant JOHN H. LEASE

**FILED**
JUN 27 1956
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　vs.<br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, etc., et al.,<br>　　　　　Defendants. | No. 1247 - CIVIL<br>SUBSTITUTION OF ATTORNEYS |

　　　Defendant JOHN H. LEASE hereby substitutes himself in propria persona as his attorney of record in place of Krag and Sweet.

　　　Dated: June 21st, 1956.

　　　　　　　　　　　　　　　　_John H. Lease_
　　　　　　　　　　　　　　　　John H. Lease

　　　We consent to the above substitution.

　　　Dated: June 26, 1956.

　　　　　　　　　　　　　　　　KRAG AND SWEET

　　　　　　　　　　　　　　　　By _Donald O. King_
　　　　　　　　　　　　　　　　　　Former Attorneys
KRAG & SWEET
ATTORNEYS AT LAW
100 SO. FIRST ST.
P. O. BOX 427
ALHAMBRA, CALIF.

1985