```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF CALIFORNIA
                     SOUTHERN   DIVISION
```

U.S.A.                              No. __1247-SD_____ Civil

vs                                  MINUTES OF THE COURT

Fallbrook Public Utility District,  Date: __July 9, 1956,_____

                                    At: __Los Angeles,_____ Calif.

   PRESENT: Hon. __LEON R. YANKWICH_____ District Judge;

   Deputy Clerk: __Louis Cunliffe__  Reporter: __Marie Zellner____

   Counsel for Plaintiff __David R. Warner, Special Ass't. to Attorney General__

   Counsel for Defendant __See attached list for appearances__

~~PROCEEDINGS:~~

PROCEEDINGS:

   Court makes a statement.

   Attorney John B. Myers, for defendants Larry and Mary Butler, moves for ten days extension of time in which to answer.
   Court grants said motion and allows up to July 20, 1956, for said defendants to answer.
   Attorney George Stahlman moves for a general extension of time for all defendants who have not made an appearance.
   Court recognizes Mr. David R. Warner, Attorney General, as counsel for Gov't herein.
   Mr. David R. Warner offers no objection to said motion of Attorney Stahlman for a general extension of time as to all defendants who have not made an appearance.
   COURT ORDERS that all defendants who have not yet appeared, but have been served, have to, and including Oct. 15, 1956, to appear; this order to include Def'ts Butler, heretofore granted until July 20, 1956.
   Court reads order transferring this case to Judge Weinberger for all further proceedings and orders the clerk to file and enter same.

                                     JOHN A. CHILDRESS, Clerk,

                                 By_____
                                   Deputy Clerk.        Y 7/9/56

2058