FILED

JUL 9 1956

UNITED STATES DISTRICT COURT

Southern District of California

SOUTHERN Division

---

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT
a public service corporation of
the State of California; et al.,

Defendant.

PEOPLE OF THE STATE OF CALIFORNIA,
Defendants in Intervention

No. 1247-SD

### ORDER TRANSFERRING CASE PURSUANT TO RULE 2.

Good cause appearing therefor, IT IS HEREBY ORDERED: that the above-entitled cause be transferred to the Calendar of Judge JACOB WEINBERGER for further proceedings herein.

Los Angeles, California, July 9, 1956.

_____
UNITED STATES DISTRICT JUDGE.

_____
UNITED STATES DISTRICT JUDGE.

Approved:

_____
CHIEF UNITED STATES DISTRICT JUDGE.

2019