```
 1  B. G. Buzzini
    2223 Fulton Street
 2  Berkeley 4, California
    Thornwall 3-9600
 3
```

FILED
JUL 16 1956
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                Plaintiff  )
         vs.               )   1247-SD
Fallbrook Public Utility District )   Civil

SUBSTITUTION OF ATTORNEY

Please take notice that Charlotte Flor FAULKNER and Raymond C. FAULKNER, defendants in the above-entitled action, have changed attorney and that BERT BUZZINI, Esq., 2223 Fulton Street, Berkeley 4, California, has been and is hereby substituted in the place of the undersigned as their attorney herein.

_____
Raymond C. Faulkner

_____
Charlotte Flor Faulkner

The undersigned hereby consents to the above change of attorney.

_____
Edson Abel, Esq.
Attorney for Defendants

Appointment as attorney in the above entitled matter hereby accepted.

_____
Bert Buzzini, Esq.

2061