|   |   |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT IN AND FOR THE SOUTHERN DISTRICT OF |
| 2 | CALIFORNIA SOUTHERN DIVISION |
| 3 | ---oooOooo--- |

FILED
AUG 21 1956
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY /s/ _____ Deputy Clerk

```
 4  UNITED STATES OF AMERICA,                 )
 5                     Plaintiff,              )
 6          vs.                                )
 7  FALLBROOK PUBLIC UTILITY DISTRICT, a       )
 8  public service corporation of the          )
 9  State of California; SANTA MARGARITA       )
10  MUTUAL WATER COMPANY, a public ser-        )
11  vice corporation of the State of Cali-     )
12  fornia; VAIL COMPANY, a corporation,       )
13  MARY VAIL WILKINSON, MAHLON VAIL,          )
14  EDWARD N. VAIL, MARGARET VAIL WISE,        )
15  and NITA M. VAIL, Trustees; PRATT          )
16  MUTUAL WATER COMPANY, a corporation,       )
17  and H. S. PRATT, DON C. PORTER and         )
18  FLORENCE CLEMENS; ERNEST LOUIS BAR-        )
19  BEY; ESSIE BUELAH BARBEY; JAMES OVIATT;    )
20  ANNIE E. BERGMAN, A.K.A. A. E. BERGMAN;    )
21  HAROLD BRINKEROFF; HILDEGARD B. DUBNER,    )
22  A.K.A. H. B. DUBNER; EDWARD F. TYRRELL;    )
23  JOHN C. TYLER; JOHN H. RICHIE; MARIE L.    )
24  RICHIE; FRANK L. JOHNSON; N. L. LOWMAN;    )
25  J. C. PATTEN; WILLIAM W. COTTLE;           )
26  KATHERINE C. GIBBONS; JOHN BARTON;         )
27  IRENE BARTON; O. A. BERGMAN; JAMES F.      )
28  BERGMAN; MINNIE BERGMAN; FRANK A. PAYNE;   )
29  DORIS A. PAYNE; MADELIENE THURBER; CARL    )
30  FELLER; RUTH WENTWORTH; A. H. BUCKLEY;     )
31  DOWNTOWN PROPERTIES, INC., a corporation;  )
```

ANSWER

COUNTERCLAIM

and

CROSS-COMPLAINT

OF

E. MARIA HOLDAWAY,

MARY L. GILES,

VILATE CALDWELL

and

PEARL HUNT.

No. 1247  SD

9766

```
 1  FELIX R. GARNSEY; ISRAEL WANETICK    )
                                          )
 2  and JAIME PORTNEY; VICTORIA M. BARNES )
                                          )
 3  and FLORA COX; VICTORIA M. TOOK;      )
                                          )
 4  EVERT L. BARNEY; RUTH E. BARRE;       )
                                          )
 5  HARRIETT PAYNE; E. H. HEYDEUREICH;    )
                                          )
 6  D. G. VEAZEY; A. F. STUDER; H. R.     )
                                          )
 7  TAYLOR; H. McCHOSSEIN; MRS. GUS       )
                                          )
 8  WEBER; M. M. LLOYD and E. M. LLOYD;   )
                                          )
 9  C. A. KLINE; E. L. BETTS; S. R.       )
                                          )
10  MEDRAN and M. MEDRAN;                 )
                                          )
11                        Defendants.     )
                                          )
12  _____)
```

13    Come now, E. MARIA HOLDAWAY, MARY L. GILES, VILATE CALDWELL and PEARL
14 HUNT, successor-in-interest of G. Bruce Hunt, and enter their appearance in
15 the above entitled cause, make answer to the complaint therein and set forth
16 their counterclaim and cross complaint herein as follows:

17    1. These defendants admit the allegations of paragraph No. I.

18    2. In answer to paragraph II, these defendants admit that the United
19 States has ammunition depots, hospitals and other military establishments at
20 Camp Joseph H. Pendleton. These defendants are not advised as to the acreage
21 of the said Camp or the expenditure of federal funds therein and affirmatively
22 allege that the allegations of paragraph No. II, except as to the ownership of
23 land and water, present no issuable facts and are immaterial allegations in the
24 determination of the rights to the use of water of the streams and underground
25 water sources described in the said complaint.

26    3. Admit the allegations of paragraph No. III.

27    4. In answer to paragraph IV it is admitted that the source of supply of
28 water for Camp Joseph H. Pendleton is the Santa Margarita River; that the said
29 river lies in the Coastal Range of Mountains in Riverside County and flows in a
30 general Westerly direction, and that the flow of said river varies greatly with
31 the seasons of the year and from year to year; and that there is subterranean

- 3 -

2. defendants deny that the river alone has created a subterranean reservoir or that there is any direct connection between the said river and various subterranean basins in the Santa Margarita Valley. Except as admitted, these defendants deny the allegations of paragraph No. IV.

5. In answer to paragraphs V and VI it is admitted that a stipulated judgment was entered in a case of Rancho Santa Margarita, a corporation, against N. R. Vail et al. in the Superior Court of the State of California in and for the County of San Diego, No. 42850 and that the said stipulated judgment was and is binding upon the parties to the said proceeding and their successors-in-interest only, and it is alleged that neither these defendants nor their predecessors-in-interest were parties to said litigation and judgment and are not bound in any respect by said judgment.

6. Deny that the allegations of paragraph No. VII are material to the issues in the above cause.

7. Admit that the United States has a beneficial use for all water lawfully acquired by it by purchase or otherwise. Deny that the United States has a paramount right to fifty five thousand acre feet of water annually from the Santa Margarita River. Deny that it has any right to subterranean water in excess of its correlative rights in common with other land owners and water users to its distributive share of water beneath its said land. Deny that the surface stream and subterranean basin constitute a single source of water and deny that the United States has at any time the right to use subterranean water in excess of its correlative right for any purpose whatsoever and deny that the United States by purchase or otherwise has acquired rights to the use of subterranean water in excess of its correlative portion of the underground water.

8. These defendants deny the allegations of paragraph No. IX.

## COUNTERCLAIM and CROSS-COMPLAINT

By way of Counterclaim against the plaintiff herein, and cross-complaint against the defendants now parties to this proceeding and as against all claimants who may hereafter become parties to the said litigation these

- 4 -

1. That they are joint owners of the following described real estate located in San Diego County, State of California, to-wit:

    Lots 1, 2, 3, and 4 and the South Half of the Southeast Quarter, and the East Half of the Southwest Quarter of Section 21, Lot 4 and the Southwest Quarter of the Southwest Quarter of Section 22; and the Northeast Quarter of the Northwest Quarter and the Northwest Quarter of the Northeast Quarter of Section 28, Township 8 South, Range 4 West, S.B.M.

That said land is irrigable, fertile and by the application of water will produce large and valuable crops of grapes, avocados, citrus fruits and other sub-tropical fruits and vegetables. Said land is underlaid with sand and gravel and contains large quantities of subterranean water. Wells may be drilled and by means of pumps the water may be raised and used for sprinkling or irrigating the said lands.

2. For many years last past the predecessors in interest of these defendants have maintained pumps on said land and have used water from subterranean sources for culinary, stockwatering and irrigation purposes. These defendants, counterclaimants, and cross complainants assert and claim correlative rights to drill said land at such points and to such depths as they may determine; to apply pumps to wells drilled and to raise and distribute water and to use water on said lands and all parts thereof for irrigation and industrial uses and by such methods as they may hereafter adopt.

3. The underground water in the lands hereinabove described forms no part of the stream flow of the Santa Margarita River and if any part of the flow of the said river during any season of any year reaches water basins underneath these defendants', counter-claimants' and cross complainants' land and becomes part of any subterranean basin therein, it is lost to the said plaintiff and is subject to the correlative right of these defendants to drill for, to pump and to use beneficially such water for culinary, stock-watering and irrigation purposes upon the said land and said water is appurtenant thereto.

- 5 -

other present or future defendants in the above-entitled cause quieting title to their correlative rights to, and rights of reasonable use of all water underlying the said lands, and for a decree enjoining the said plaintiff and all of such other defendants from interfering with the reasonable and economical use of the said water for such lawful purposes as these defendants elect to make thereof.

*/s/ J. W. Skeen*

Attorney for defendants, counter-claimants and cross complainants, E. Maria Holdaway, Mary L. Giles, Vilate Caldwell and Pearl Hunt.
802 Utah Oil Building
Salt Lake City, Utah

9770