UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

v.

FALLBROOK PUBLIC UTILITY DISTRICT, etc., et al

No. 1247-SD-W Civil

MINUTES OF THE COURT

DATE: August 29, 1956

AT: San Diego, California

PRESENT: Hon. JACOB WEINBERGER District Judge;

Deputy Clerk: Helen M. White    Reporter: Helen B. Salisbury

Counsel for Plaintiff: None appearing

Counsel for Defendant: Phil D. Swing

PROCEEDINGS: Hearing motion for extension of time in which to answer.

Attorney Swing addresses the Court and requests extension of ninety days in which defendants who have been served may answer.

IT IS ORDERED that all defendants who have been served and have not appeared are given until January 15, 1957, at 5 PM in which to answer.

2062

JOHN A. CHILDRESS, Clerk

By_____
        Deputy