**FILED**

AUG 31 1956

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William W. Luddy_
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California; et al., <br><br> Defendants, <br><br> PEOPLE OF THE STATE OF CALIFORNIA, <br><br> Defendants in Intervention. | No. 1247-SD-W <br><br> ORDER EXTENDING TIME |

Upon motion of Phil D. Swing, Esq., and good cause appearing therefor,

IT IS ORDERED that the time for answer of defendants herein who have been served and have not answered is further extended to and including January 15, 1957.

Dated this ___29th___ day of August, 1956.

_Jacob Weinberger_
United States District Judge

2063

GPO
16—60279-1