HALVERSON & HALVERSON
704 South Spring Street
Suite 611
Los Angeles 14, California

TRinity 9578

Attorneys for Defendants and
Cross-Complainants E Maria Holdaway,
Mary L. Giles, Vilate Caldwell, and
Pearl Hunt

FILED
SEP 4 1956
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
vs.
FALLBROOK PUBLIC UTILITY DISTRICT,
a Public Service Corporation of the
State of California, et al,
    Defendants.

No. 1247 SD

NOTICE OF APPEARANCE

TO THE PLAINTIFF AND SAID COURT, AND THE CLERK THEREOF:

Take notice that the undersigned, Attorneys, with offices at 611 Financial Center Building, Los Angeles, California, hereby appear as local counsel for defendants, E. MARIA HOLDAWAY, MARY L. GILES, VILATE CALDWELL and PEARL HUNT, defendants, counter-claimants and cross-complainants in the above entitled action.

Dated: August 31, 1956.

HALVERSON & HALVERSON

BY George Halverson
Attorneys for said Defendants
Counter-Claimants and Cross-
Complainants

2064