THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Mrs. Vera Reeves Williams
Address: Rt 2, Box 195
City and State: Elsinore, Calif.
Telephone Number: MAin 1841

**Defendant**

FILED
OCT 15 1956
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITIES DISTRICT, et al.,

    Defendants,

No. 1247

Comes now the defendant (s) Mrs. Vera Reeves Williams, Rt 2, Box 195, Elsinore, Calif. and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

    Mrs. Vera Reeves Williams
    Elsinore, Calif