THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Bessie L. Freeman
Address:
City and State: Wildomar, Calif.
Telephone Number:

Defendant

FILED
OCT 15 1956
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY CLERK

UNITED STATES OF AMERICA,

   Plaintiff,

vs.                                     No. 1247

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

   Defendants,

Comes now the defendant (s) Bessie L. Freeman

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Bessie L. Freeman
Wildomar, Calif.