Harold A. & Marian R. Smith
Name
1334 W. Washington Blvd.
Address
Los Angeles 7, California
City        and        State
RI. 8 - 1183
Telephone Number

**Defendant**

FILED
OCT 15 1956
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA

      Plaintiff,

vs.

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

      Defendants,

No. 1247

Comes now the defendant (s) Harold A. & Marian R. Smith

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Harold A. Smith*
*Marian R. Smith*

9776