IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: C. S. HILLIARD
Address: Box 101
City and State: MURRIETA, California
Telephone Number: none

Defendant

FILED
OCT 15 1956
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

UNITED STATES OF AMERICA,
  Plaintiff,
vs.
FALLBROOK PUBLIC UTILITIES DISTRICT, et al.,
  Defendants,

No. 1247

Comes now the defendant (s) C. S. HILLIARD

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

C. S. Hilliard