Mary E. Fletcher
Name
Riverside Co.
Address
Wildomar, Calif
City   and   State
Grand 317
Telephone Number

Defendant

FILED
OCT 15 1956
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
     DEPUTY CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

Defendants,

No. 1247

Comes now the defendant (s) Mary E. Fletcher

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Mary E. Fletcher
Wildomar
Riverside Co.,
Calif.

9778

Copy recd