Wohnetta L. Copeland
**Name**

6616 Olive Ave
**Address**

Long Beach 5- Calif.
**City and State**

Ga. 25-114
**Telephone Number**

**Defendant**

FILED
OCT 15 1956
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITIES DISTRICT, et al.,

    Defendants.

No. 1247

Comes now the defendant (s) Wohnetta L. Copeland

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Wohnetta L. Copeland
6616 Olive Ave
Long Beach, 5 Calif.

9779