UNITED STATES DISTRICT COURT

Southern District of California

Southern Division.

FILED
JAN 4 - 1957
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA

Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT a public service corporation of the State of California; et al.

Defendants.

PEOPLE OF THE STATE OF CALIFORNIA, Defendants in Intervention

No. 1247-SD-W

ORDER TRANSFERRING CASE PURSUANT TO RULE 2.

Good cause appearing therefor, IT IS HEREBY ORDERED: that the above-entitled cause be transferred to the Calendar of Judge JAMES M. CARTER for further proceedings herein.

San Diego, California, January 4th, 1957.

Jacob Weinberger
UNITED STATES DISTRICT JUDGE.

James M Carter
UNITED STATES DISTRICT JUDGE.

Approved:

_____
CHIEF UNITED STATES DISTRICT JUDGE.

2065