```
TANNER, THORNTON & MYERS
Attorneys at Law
215 West Seventh Street
Los Angeles 14, California
Telephone: TRinity 4068

Attorneys for Defendants
  Lawrence William Butler and
  Mary C. Butler,
```

FILED
JAN 14 1957
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>-vs-<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California; LAWRENCE<br>WILLIAM BUTLER, MARY C. BUTLER;<br>et al.,<br><br>　　　　　　Defendants. | No. 1247 - SD<br><br>ANSWER TO COMPLAINT |

　　　　Come now the Defendants, LAWRENCE WILLIAM BUTLER and MARY C. BUTLER, and answering the complaint for themselves alone, admit, deny and allege as follows:

I

　　　　Deny that an actual controversy or otherwise has arisen between the United States of America and either or both of these answering Defendants.

II

　　　　Answering Paragraphs II and III of Plaintiff's complaint on file herein, these answering Defendants have no information or belief on the subject sufficient to enable them to answer the allegations, and placing their denial on that ground, deny generally and specifically every allegation therein.

9780

-1-

III

Answering paragraph IV, these answering defendants deny any encroachments upon the water rights of the Plaintiff.

IV

Answering paragraph V, Defendants have no information or belief on the subject sufficient to enable them to answer said allegations and placing their denial on that ground, deny generally and specifically every allegation therein.  Further answering said paragraph, these Defendants allege that neither they nor their predecessors in interest were parties to the litigation or stipulated judgment between Rancho Santa Margarita and the Vail interests and others in Superior Court Case number 42850 of the State of California, and on that ground aver that neither they nor their predecessors in interest are bound thereby.

V

Deny generally and specifically each and every allegation contained in Paragraphs VI, VII, VIII and IX.

FOR A FURTHER, SEPARATE AND FIRST AFFIRMATIVE DEFENSE, THESE DEFENDANTS ALLEGE:

I

That these Defendants are the owners and entitled to the possession of all the land, water rights and easements set forth in that certain Grant Deed from John W. Allen and Lillian F. Allen, his wife, marked Exhibit "A" and made a part hereof by reference; that these defendants and their predecessors in interest are now and have continuously been the beneficial users of the water from Fern Creek in Section 31, Township 8 South, Range 4 West, San Bernardino Meridian, and that these Defendants are entitled to the continuous beneficial use of said water, both present and prospective, in accordance with the law of the State of California; that the future potential water use requirements of these Defendants in

TANNER, THORNTON & MYERS
ATTORNEYS AT LAW
1028 BARTLETT BUILDING
215 WEST SEVENTH STREET
LOS ANGELES 14, CALIFORNIA
TRINITY 4068

S781

quantity of miners inches are unknown to these Defendants at the present time and these Defendants will ask leave of Court at time of trial to amend this answer in accordance thereto.

FOR A FURTHER, SEPARATE AND SECOND AFFIRMATIVE
DEFENSE, THESE ANSWERING DEFENDANTS ALLEGE:

I

These answering Defendants refer to Paragraph I of their foregoing First Affirmative Defense and incorporate the same herein as though set forth in full.

II

Defendants claim the beneficial use of the aforesaid surface and subterranean water as riparian owners of the aforesaid property.

FOR A FURTHER, SEPARATE AND THIRD AFFIRMATIVE
DEFENSE, THESE ANSWERING DEFENDANTS ALLEGE:

I

Refer to Paragraph I of their foregoing First Affirmative Defense and incorporate the same herein as though set forth in full.

II

These answering Defendants claim the beneficial use of the aforesaid surface and subterranean water as appropriators of said water under the law of the State of California.

FOR A FURTHER, SEPARATE AND FOURTH AFFIRMATIVE
DEFENSE, THESE ANSWERING DEFENDANTS ALLEGE:

I

Refer to Paragraph I of their foregoing First Affirmative Defense and incorporate the same herein as though set forth in full.

II

Defendants claim the continued use and enjoyment of the aforesaid surface and subterranean water as prescriptive rights.

9782

FOR A FURTHER, SEPARATE AND FIFTH AFFIRMATIVE DEFENSE, THESE ANSWERING DEFENDANTS ALLEGE:

I

Refer to Paragraph I of their foregoing First Affirmative Defense and incorporate the same herein as though set forth in full.

II

That these answering Defendants claim all the water flowing in the Fern Canon under claim of right filed by their predecessors in interest, one David S. Lacey, set forth in Exhibit "B" hereof and made a part hereof by reference; that these Defendants claim that they and their predecessors in interest have continuously used the water beneficially and appurtenant to their land and that they are entitled to the continued beneficial use of said water.

WHEREFORE, these answering Defendants pray:

1. That the complaint on file against these Defendants be dismissed;

2. That this Court adjudge, declare and determine that the Plaintiff has no rights superior or paramount to the rights of these Defendants;

3. That these Defendants have not and are not now encrouching upon any of the rights of the Plaintiff;

4. For costs of suit incurred herein; and,

5. For such further relief as may be proper.

TANNER, THORNTON & MYERS

By _____
JOHN B. MYERS
Attorneys for Defendants
Lawrence William Butler and
Mary C. Butler

-4-

STATE OF CALIFORNIA,  
County of ...... Los Angeles ...... } ss.

On this ..11th.. day of ..September.., 19 45 , before me, ..F. Schrempf.................., a Notary Public in and for said County, personally appeared ..John W. Allen & Lillian F. Allen..

known to me to be the person.s whose name.s ..are.. subscribed to the foregoing instrument and acknowledged that ..they.. executed the same.

WITNESS my hand and Official Seal.

_____[signature]_____  
NOTARY PUBLIC in and for said County and State.

---

## Grant Deed

SECURITY-FIRST NATIONAL  
BANK OF LOS ANGELES

Dated _____

TO

_____

5423 9-41 F.S.

SECURITY-FIRST NATIONAL BANK OF  
LOS ANGELES ESCROW NO. 156-1946  
35th & Vermont _____ BRANCH

When recorded please return this Instrument to  
Lawrence Wm. Butler  
6180 Temple Hill Street  
Los Angeles 28, Calif.

RECORDED AT REQUEST OF  
UNION TITLE INSURANCE & TRUST CO.  
OCT 23 1945  9 A.M.  
IN BOOK 1961  
AT PAGE 386  
of Official Records,  
San Diego County, California  
ROGER N. HOWE, County Recorder  
By Deputy [signature]  
I certify that I have correctly transcribed this document in above mentioned book.  
M. I. PALMER  

COMPARED  
PHYLLIS A. ____  
DEPUTY CO_____

In consideration of.................-----Ten-----

to......them...............in hand paid, the receipt of which is hereby acknowledged, do...........

GRANT to...... Lawrence William Butler and Mary C. Butler, husband a

................joint tenants,

all that real property situated in the................................................County of...San

State of California, described as follows:

PARCEL 1. Lot 1 of Section 6, in Township 9 South, Range 4 West, Meridian, containing 43 42/100 acres.

PARCEL 2. East half of the Southeast Quarter of Section 31, Town Range 4 West, San Bernardino Meridian, in the County of San Diego California; together with all water, water rights, easements, rig or servitudes, belonging, appurtenant, or attached thereto in any all of grantors' right title and interest in and to the water, wa riparian rights which may be connected with or appurtenant to sai

Grantors further transfer, convey and grant to grantees herein, or assigns or to the heir of the surviving joint tenant, a right 20 feet in width, over the South half of the Southwest Quarter of 8 South, Range 4 West, S.B.M., for road purposes and for the purp maintaining a pipe line or open ditch for conducting water, toget pump such water as the said grantees herein, their successors or the surviving joint tenant, may desire from that certain stream k Creek", situate on said South half of the Southwest Quarter of Se South, Range 4 West, S.B.M.; as said easement was conveyed to Geo J. E. Brode by deed recorded July 10, 1911, in Book 500, Page 41 San Diego County, California.

PARCEL 3. An easement (Definition: easement being understood to m soil or other ownership) 20 feet in width over south half of sout section 32, Township 8 South, Range 4 West, San Bernardino Meridi San Diego, State of California, according to United States Governm approved April 2, 1885, for road purposes, as said road is now us and has been so used and traveled continuously during the past 30

WITNESS......their..........hands....this........9th..............day of......September



EXHIBIT "B"

(Vol. I, P.32, Water Claims.)

TO WHOMSOEVER IT MAY CONCERN:

    I, the undersigned, a settler in good faith, hereby lay claim to 5 inches of the water flowing through Fern Canon, for stock, irrigation and any other legitimate purpose. I design to take the water at any point that seems most practicable, between its fountain head and the eastern limit of my land claim, which claim is in Section 31, Township 8 South, R. 4 W.

De Luz, San Diego Co., Cal.,              H. M. Daniels.
   Aug. 15, 1884          (Recd. for record, Aug. 18, 1884.)

---

(Vol. I, P.89, Water Claims.)

                  De Luz, San Diego Co., Cal.
                          Aug. 17, 1885

    I hereby declare that I have laid claim to 5 inches of the water running in what is known as Fern Creek in Section 31, Township 8 South, R. 4 W. San B. Mer. It is my purpose to use said water for household servis stock irrigation and other legitimate use.

                          Harriet P. Nye.

Witness: H. L. Barrows.

                      (Recd. for record, Aug. 19, 1885.)

TANNER, THORNTON & MYERS
ATTORNEYS AT LAW
1028 BARTLETT BUILDING
215 WEST SEVENTH STREET
LOS ANGELES 14, CALIFORNIA
TRINITY 4068

9796

(Vol. I, P.105, Water Claims.)

WATER CLAIM

I hereby give notice that I claim all the water flowing in the Fern Canon, except the 5 inches claimed by Harry M. Daniels and the 5 inches claimed by Hattie P. Nye.

Said water to be taken out in the N. W. ¼ of S. W. ¼ of Section 31, in Township 8, S. of R. 4 W., San Ber, Mer, and to be used for irrigating lands in De Luz Valley.

De Luz, Oct. 29, 1885.

Lemon Judson.

(Recd. for record, Nov. 4, 1885.)

---

(Vol. 3, P. 123, Water Claims.)

WATER CLAIM

I hereby give notice that I claim all the water flowing in the Fern Canon, except that now in use and claimed by Henry M. Daniels and Hattie P. Nye. Said water to be taken out in the N.W. ¼ of the S.E. ¼ of Section 31, in Township 8, S. R. 4 W., San B. Mer., and to be used for irrigating lands in De Luz Valley, and for milling, domestic and agricultural purposes.

This filing covering the same water filed on by Lemon Judson, De Lus, Oct. 29, 1885, said filing being recorded in Book No. 1, Water Claims, page 105, in County Recorder's Office, San Diego County, Calif.

David S. Lacey.

De Luz, Calif., Sept. 16, 1896.

9787

STATE OF CALIFORNIA,
County of Los Angeles } ss.

Lawrence William Butler being first duly sworn, says: That he is the one of Plaintiffs

in the above entitled action; that he has _____ read the foregoing Answer to Complaint

and knows the contents thereof; and that the same is true of his own knowledge, except as to the matters which are therein stated upon his information or belief, and as to those matters that he believes it to be true.

Subscribed and sworn to before me
January 10, 1957

Lawrence William Butler

Evelyn E. Schiess
Notary Public in and for the County of Los Angeles,
State of California
(SEAL)

Received copy of the within _____ this _____ day of _____, 19__

Attorney for _____

Received copy of the within _____ this _____ day of _____, 19__

Attorney for _____

(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C. C. P.)

| Affidavit of Service By Mail | Certificate of Service By Mail |
|---|---|
| STATE OF CALIFORNIA, County of Los Angeles } ss. | |

Evelyn Schiess, being first duly sworn, says: That he is and was at all times herein mentioned, a citizen of the United States and employed in the County of Los Angeles, over the age of eighteen years and not a party to the within action or proceeding; that¹

_____ certifies that __he is and was, at all times herein mentioned, an active member of the State Bar of California and not a party to the within action or proceeding; that¹

her business address is 215 West Seventh Street, Los Angeles 14, California

that on January 11, 1957 she served the within Answer to Complaint

on the Plaintiff in said action or proceeding by depositing a true copy thereof, inclosed in a sealed envelope with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at² 215 West Seventh Street

in the City of Los Angeles, California addressed to the attorneys of record for said Plaintiff

at the office address of said attorneys, as follows:³ "Ernest A. Tolin, U. S. Attorney
Betty Marshall Graydon, Asst. U. S. Attorney
325 West "F" Street
San Diego 1, California

Evelyn Schiess
(Affiant's Signature)

Subscribed and sworn to before me January 11, 1957

_____
(Attorney's Signature)

Notary Public in and for County of Los Angeles, State of California
(SEAL)

9788

¹Unless unusual circumstances exist, the portion that follows is the same in wording whether the affidavit or certificate is used. However, only business address may be shown if certificate is used. ²If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office". ³Here quote from envelope name and address of addressee. ⁴Notarization is essential only with the affidavit.

WOLCOTTS FORM 662—REVISED 12-55