SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
BELMONT 9-1131

Attorneys for   Defendants

FILED
JAN 15 1957
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William W. Luddy
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
　　　　　　　Plaintiff　　　 )  NO. 1247-S.D. Civil
　　　　vs.　　　　　　　　　 )  ORDER FOR ENLARGEMENT
FALLBROOK PUBLIC UTILITY DISTRICT, )  OF TIME TO FILE ANSWERS.
a public service corporation, et al. )
　　　　　　　Defendants    )

On motion of PHIL D. SWING, attorney for Defendants GENE E. MARTIN, Executrix of the Estate of Alex F. Hansen, and JOHN A. MARCHANT, in the above entitled action, and good cause having been shown,

IT IS ORDERED that said Defendants and all other Defendants who have been served with Summons and Complaint in this action, and who have not yet answered, have, and are hereby granted, a further extension of time within which to serve and file their Answers to said Complaint, to wit: from this day to and including the 15th day of April, 1957.

Done at San Diego, California, this 15th day of January, 1957.

/s/ James M. Carter
U. S. DISTRICT JUDGE

2066