IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Glenn E. & Lucille Parry
Address: Rt 2- Box 565
City and State: Elsinore, Calif
Telephone Number:

**Defendant**

FILED
JAN 16 1957
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
by William W. Luddy
DEPUTY CLERK

UNITED STATES OF AMERICA

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

    Defendants,

No. 1247

Comes now the defendant (s) Glenn E. Parry and Lucille Parry and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Glenn E Parry
Mrs Lucille Parry

9789