IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Charles I. Rizzo
Name
Route 2   Box 542
Address
Elsinore, California
City   and   State
none
Telephone Number

**Defendant**

FILED

JAN 19 1957

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

No. 1247

FALLBROOK PUBLIC UTILITIES
DISTRICT, et al.,

    Defendants,

Comes now the defendant (s) Charles I Rizzo

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Charles I Rizzo

9791