IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Rita S. G. E. Bittikofer
Name

Rte 2 Box ___
Address

Elsinore    California
City    and    State

Grand 915
Telephone Number

Defendant

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITIES<br>DISTRICT, et al.,<br><br>　　　　　　　Defendants, | No. 1247 |

Comes now the defendant (s) Rita S. G. E. Bittikofer

and for himself/, or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Rita S. Bittikofer*
*Clyde E. Bittikofer*