SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
BELMONT 9-1131

FILED
MAR 29 1957
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By William M. _____
    DEPUTY CLERK

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DISTRICT

UNITED STATES OF AMERICA,              )
                                       )   NO. 1247-S.D. Civil
                  Plaintiff,           )   Notice of Motion
                                       )   ORDER FOR ENLARGEMENT
         vs                            )   OF TIME TO PLEAD
                                       )
FALLBROOK PUBLIC UTILITY DISTRICT,     )
a public service corporation, et al.   )
                                       )
                  Defendants.          )
_____)

TO Plaintiff above named, and

To HERBERT BROWNELL Jr., Attorney General of the United States,

   J. LEE RANKIN, Solicitor General

   WILLIAM E. BURBY, Special Assistant to the Attorney General,

   LAUGHLIN E. WATERS, United States Attorney, Southern District

                of California,

Attorneys for the UNITED STATES OF AMERICA in the above entitled matter:

   YOU, AND EACH OF YOU WILL PLEASE TAKE NOTICE that on Monday the 15th day of April, 1957, at the hour of 10:00 o'clock A.M. of said day, PHIL D. SWING of SWING, SCHARNIKOW & STANIFORTH, attorneys for GENE E. MARTIN, Executrix of the Estate of ALEXANDER F. HANSEN, JOHN A. MARCHANT and MIGNON C. MARCHANT, Defendants in the above entitled action, will move the above entitled court for an order enlarging the time to serve and file their responsive pleading to Plaintiff's Complaint herein, from the 15th day of

9792

*Rec'd Copy*

April, 1957 to the 15th day of June, 1957.

Said Motion will be made and based on the grounds that these Defendants should not be put to the further expense of preparing for trial to defend their long time exercised rights so long as there is a chance and an opportunity for a settlement out of court resulting from the negotiations now in progress between the parties.

DATED: March 29, 1957.

SWING, SCHARNIKOW & STANIFORTH

BY _____
Attorneys for Defendants
GENE E. MARTIN,
Executrix of the Estate of
ALEXANDER F. HANSEN, JOHN A.
MARCHANT and MIGNON C. MARCHANT

POINTS AND AUTHORITIES

Negotiations between the parties are in progress. Plaintiff is not ready for trial and may bring in additional parties as defendants who are not now before the court.

See Letter of J. Lee Rankin, Solicitor General, dated January 30, 1957, to Judge James M. Carter.

The United States Ninth Circuit Court of Appeals suggested a physical solution be sought.

California v. United States of America
235 Fed (2) 647, 659, 662.

-2-

9793

Rule 6(b) Federal Rules of Civil Procedure provides for enlarging the period of time within which an act is to be done.

District judges are given a wide discretion to enlarge the time prescribed or allowed for any step in a civil action.

1 Barron & Holtzoff Federal Practice and Procedure page 379.

The court could in its discretion with or without motion or notice, order the period enlarged if request therefor is made before the expiration of the period originally prescribed. (Rule 6 (b).

Repsectfully Submitted,

SWING, SCHARNIKOW & STANIFORTH
BY _____
Attorneys for Defendants, GENE E MARTIN, Executrix of the Estate of ALEXANDER I. HANSEN, JOHN A. MARCHANT and MIFNON C. MARCHANT.

-3-

9794

**AFFIDAVIT OF SERVICE BY MAIL (C. C. P. 1013a)**
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO } ss.
STATE OF CALIFORNIA }

MARIAN W. ALLEN being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's business address is 604 San Diego Trust & Savings Bldg., San Diego, California

That affiant served the attached ORDER FOR ENLARGEMENT OF TIME TO PLEAD

by placing a true copy thereof in an envelope addressed to J. LEE RANKIN, Solicitor General, WILLIAM E. BURBY, Special Assistant to the Attorney General, LAUGHLIN E. WATERS, United States Attorney, Southern District of California at their office address, which is Office of the Solicitor Genera, Washington D.C., 12120 Travis Street., Los Angeles 40, California ; and U.S. Post Office & Court House Bldg. Los Angeles, California, respectively

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on March 29, 1957, deposited in the United States Mail at San Diego, California. That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me March 29, 1957

Marian W Allen

Notary Public in and for the County of San Diego, State of California
(SEAL)

**AFFIDAVIT OF SERVICE BY MAIL**

Form 9A Co. Clk. 10-56 20M PP