CARTER
4-15-57

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.  
vs.  
FALLBROOK PUBLIC UTILITY DIST.

No. __1247-SD-C__ Civil

MINUTES OF THE COURT

DATE: __APRIL 15, 1957__

AT: San Diego, California

PRESENT: Hon. __JAMES M. CARTER__ District Judge

Deputy Clerk: __WILLIAM W. LUDDY__   Reporter: __JOHN SWADER__

Counsel for Plaintiff __WM. E. BURBY__

Counsel for Defendant __FRANZ R. SACHSE and PHILIP SWING for Fallbrook__
__GEO STALLMAN for certain defendants.__

PROCEEDINGS: HEARING motion of the defendants for ord enlargint time to plead.

Attorney Swing moves in behalf of Gene B. Martin, etc., and John A. Merchant, et al for ord enlarging time to plead.
Attorney Busby argues in opposition to said motion.
Attorney Stallman makes statement.
At 2:05 P.M. IT IS ORDERED that cause set for discussion for May 6, 1957, at 10 A.M.

2076

JOHN A. CHILDRESS, Clerk