Samuel W. Bennett
R.2. Box 51
Fallbrook Calif.

**FILED**
APR 15 1957
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By William W. Luty
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF SOUTHERN CALIFORNIA

SOUTHERN DIVISION

----------

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 1247 ( Civil) |
| Plaintiff, ) | |
| ) | ANSWER |
| vs ) | |
| ) | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) ET AL., ) | |
| ) | |
| Defendants. ) | |

Comes now the defendants Samuel W. Bennett and Mary S. Bennett husband and wife, and answering plaintiffs complaint on file herein admits, denies and alleges as follows:

I

Defendants herein deny each and every material allegation contained in plaintiffs complaint on file herein, except as herein admitted or alleged.

II

Defendants admit that they are the owners of real property consisting of twenty acres, that all of said property is riparian to the Santa Margarita River.

III

Defendants allege that as such riparian owners they have a use for all reasonable and beneficial purposes of the waters of said river.

IV

That all of the lands of defendants are suitable for tillage and cultivation and may be profitably farmed.

WHEREFORE
   Defendants pray;

1. That the Court quiet title to all waters of the

1.

9799

Santa Margarrita Riverand to the rights of these defendants.

 2. That the Coutt find that the property of these defendants is riparian to said river.

 3. For such other relief and declarations as the Court may find proper and for costs of suit herein.

       *Samuel W. Bennett*
       Samuel W. Bennett
       In Pro per.

STATE OF CALIFORNIA )
       ) ss.
COUNTY OF SAN DIEGO )

 Samuel W. Bennett, being first duly sworn, deposes and says:
 That he is one of the defendants in the above action; that he has read the forgoing answer and knows the contents thereof; that the same is true of his own knowledge except as to matters stated herein on information and belief and as to those matters that he believes them to be true.

       *Samuel W. Bennett*
       Samuel W. Bennett

Subscribed and sworn to before me
this 13th day of April, 1957

*Velma E. Smith*
Notary Public in and for the
said County and State.

(SEAL)

2.

9800