John R. Easton
P.O. Box 691
Fallbrook Calif.
In ProPer Persona.



IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICE,<br><br>        Plaintiff,<br><br>vs<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br><br>        Defendants. | No. 1247 (Civil)<br><br>ANSWER |

Comes now the defendant JOHN R. EASTON, and answering plaintiff's complaint on file herein admits, denies and alleges as follows:

I

Defendant denies each and every material allegation contained in plaintiff's complaint on file herein except herein admitted herein amd alleged.

II

Defendant admits that he and his wife MARY EASTON are the owners of eighty acres of land in the County of San Diego California, and allege that all of said land is riparian to the Santa Margarita River and that a portion of said land is riparian to Sandia Creek a tributary of said river and that said Santa Margarita River and sain Sandia Creek in their course of natural flow traverse the property of this defendant.

III

Defendant alleges that as such riparian owner of property on said Santa Margarita River he is the owner of a right

1

9796

of a right to the use of water of said streams. That the defendant is entitled to the use of of all of the waters of said streams which he can put to reasonable and beneficial use.

IV

That all of the lands of this answering defendant are suitable for tillage and may be profitably cultivated by the use of waters from said streams.

FOR A SEPARATE, SECOND AND AFFIRMATIVE DEFENSE DEFENDANT ALLEGES AS FOLLOWS:

I

That the defendant FALLBROOK PUBLIC UTILITY DISTRICT is a public service Corporation distributing and selling water to the Community of Fallbrook. That said defendant serves property not riparian to the Santa Margarita River and further that most of the area served with water by said defendant is without the water-shed of said River.

II

That said defendant for some time past and at present has and is extracting large amounts of water from said river and has unlawfully installed a Dam and sump and other machinery to effect such unlawful diversion and exporting of said waters.

III

That the approperation nlawfully of said waters by said defendant has caused damage to the properties of this defendant and other down-stream users and if continued by said defendant's will cause great and irrepariable injury to this defendant and other down-stream users.

That there are other defendants in this action who are unlawfully diverting and approperating waters from

said stream and its tributaries.

IV

That said Santa Margarith river is a Non-navagible water course lying entirely within the bounderies of the State of California.

WHEREFORE:

Defendant prays.

1. That this Court quiet title to the waters of the santa Margireta River and to the rights of this defendant.

2. That the Court declare that the water rights of this defendant are paramount and superior to the approperations of the Fallbrook Public Utility District and other Appropriators.

3. For such other and further relief and declairations as the court may find proper and for costs.

JOHN R. EASTON

In Pro per persona.

3