FILED
APR 18 1957
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. 1247-SD-C |
| Plaintiff,  ) | |
| v.  ) | ORDER FOR PRETRIAL CONFERENCE |
| FALLBROOK PUBLIC UTILITY DISTRICT,  ) et al.,  ) | |
| Defendants.  ) | |

IT IS HEREBY ORDERED, in accordance with the Federal Rules of Civil Procedure, Rule 16, that a pretrial conference will be held in connection with the above entitled cause on the sixth (6th) day of May, 1957, at ten o'clock in the morning and at two o'clock in the afternoon, in Courtroom No. 2, Federal Building, San Diego, California.

The purpose of this conference will be to consider the following aspects of the above entitled case:

(1) To what extent, if at all, issues in this litigation were determined by the decision in People of the State of California v. United States, 9 Cir. 1956, 235 F.2d 647;

(2) To what extent, if at all, the issues in this litigation can be resolved by reference to the Pretrial Order entered as of August 25, 1952, as reported in 108 F.Supp. 72;

(3) A review of the litigation with respect to parties defendant, including a discussion as to "necessary parties defendant;"

(4) Outline of procedure to be followed in default cases;

  (5) The possible appointment of a Master to hear certain aspects of the case and arrangements pertaining to his compensation;

  (6) Matters pertaining to stipulations, dates for subsequent pretrial conferences and the date of trial and such other matters as may be presented to the Court.

  IT IS FURTHER ORDERED,

    That counsel for the following parties:

     United States of America
     Fallbrook Public Utility District
     Santa Margarita Mutual Water District
     State of California
     The Vail Interests,

serve and file with the Clerk of the court, on or before May 3, 1957, the following:

  (1) Memorandum in which there is <u>listed</u> the principles and issues which in the opinion of counsel were determined by the aforesaid Circuit court decision, and also <u>listing</u> the principles and issues left open for decision by said Circuit decision;

  (2) A list of the paragraph numbers of the pretrial order of August 25, 1952, and of the 15 legal conclusions (108 F.S. 72, at 87), which can be accepted by the party represented by such counsel, as correctly stating the facts and/or principles of law which can be incorporated in a further pretrial order, if necessary.

  IT IS FURTHER ORDERED,

    That counsel for the plaintiff, United States of America, serve and file with the Clerk on or before May 3, 1957:

  (1) A suggested outline of procedure to be followed as to further notice, if any, and procedure to be followed in

instances where the plaintiff seeks to take default of a defendant, and

(2) A memorandum on the appointment of a Master to take evidence concerning certain phases of the case, including the rights of small riparian owners, which will consider,

    1. Authority to appoint the Master
    2. Scope of the Master's duties
    3. Authority and means to compensate the Master.

IT IS FURTHER ORDERED,

(1) that the parties represented by attorney Phil D. Swing, who have not answered or appeared, may have to and including May 3rd, 1957 to file answers;

(2) that the Clerk enter no defaults as to any other parties defendant, until further order of this Court;

(3) that counsel for plaintiff serve copies of this order on all parties who have appeared by counsel in this case.

DATED: April 18, 1957.

                        /s/ James M. Carter
                        United States District Judge