```
1        IN THE DISTRICT COURT OF THE UNITED STATES
2      IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
3                     SOUTHERN DIVISION
```

                                    F I L E D
                                    APR 26 1957
                                    CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA
                                    By William W. Luddy
                                                 DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 1247 Civil |
| vs. | AFFIDAVIT OF SERVICE BY MAIL |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al | |
| Defendants. | |

STATE OF CALIFORNIA ) 
                    ) ss.
COUNTY OF SAN DIEGO )

MARGARET B. TOOKER, being first duly sworn, deposes and says:

That she is a citizen of the United States and a resident of San Diego County, California; that her business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that she is over the age of eighteen years, and is not a party to the above-entitled action;

That on April 24, 1957, and April 25, 1957, she deposited in the United States Mails at Oceanside, California, in the above entitled action, in envelopes bearing the requisite postage, a copy of

ORDER FOR PRETRIAL CONFERENCE

dated April 18, 1957, addressed to the following:

ALLARD, BROWNSBERGER, SHELTON & O'CONNER, 313 First National Building, Pomona, California

FLORENCE A. ANDERSON, 918 C. C. Chapman Building, 756 South Broadway, Los Angeles 14, California

HARRY ASHTON, 408 E. Central Avenue, Balboa, California

BEST, BEST & KRIEGER, Evans Building, Riverside, California

A. B. BIANCHI, 901 Kohl Building, 400 Montgomery Street, San Francisco 4, California

2070

-1-

Copy Rec'd.

1   OFFICE OF THE ATTORNEY GENERAL, Library and Courts Building,
        Sacramento, California, Attn: Adolphus Moskovitz, Deputy
2       Attorney General

3   THOMAS J. BURKE, 504 Granger Building, San Diego 1, California

4   BERT BUZZINI, 2223 Fulton Street, Berkeley 4, California

5   MABEL CLAUSEN, 320 First Trust Building, Pasadena 1, California

6   CLAYSON, STARK AND ROTHROCK, First National Building, Corona,
        California

7
    F. MILLAR CLOUD, 6564 S. Normandie Ave, Los Angeles 44, California
8
    GERALD A. COXE, Attorney at Law, Allessandro Hotel Building, Hemet,
9       California

10  HOWARD E. CRANDALL, 127 W. Anaheim Boulevard, Wilmington, California

11  WILLIAM J. CUSACK, 814 Merritt Building, 307 West 8th Street, Los
        Angeles, 14, California
12
    CHARLES B. DeLONG, 507 Harbor Insurance Building, San Diego 1,
13      California

14  WILLIAM B. DENNIS, Route 1, Box 58, Fallbrook, California

15  DEVOR and DORFMAN, 924 Van Nuys Building, Los Angeles 14, California

16  L. J. DIFANI, 200 Loring Building, Riverside, California

17  EMMETT E. DOHERTY, General Petroleum Building, 612 So Flower Street,
        Los Angeles, California
18
    DONNELLY & MacNULTY, 2655 4th Avenue, San Diego 1, California
19
    LAWRENCE E. DRUMM, Suite 520, 458 S. Spring Street, Los Angeles 13,
20      California

21  ESTUDILLO & BUCCIARELLI, 3900 Market Street, Riverside, California

22  RAY C. EBERHARD, 1231 Bartlett Building, 215 W. 7th Street, Los
        Angeles, 14, California
23
    FENDLER & LERNER, 333 S. Beverly Drive, Beverly Hills, California
24
    DANIEL W. GAGE, 740 Rowan Building, 458 South Spring Street, Los An-
25      geles 13, California

26  ARTHUR M. GEDIMAN, 119 S. Main Street, Elsinore, California

27  ABRAHAM GOTTFRIED, 424 S. Beverly Drive, Beverly Hills, California

28  FRANK E. GRAY, 202 S. Hamilton Drive, Beverly Hills, California

29  SAMUEL A. GREENBURG, 1014 West Valley Boulevard, Alhambra, California

30  TOM HALDE, 417 S. Hill Street, Suite 520, Los Angeles, California

31  HALVERSON & HALVERSON, Suite 611, 704 S. Spring Street, Los Angeles
        14, California
32

2071

1   LESLIE B. HANSON, 4412 York Boulevard, Los Angeles 42, California

2   HAHN, ROSS & SAUNDERS, Suite 611, 608 So. Hill Street, Los Angeles
3        14, California

4   MARY McFARLAND HALL, Attorney at Law, Riverside, California

5   FRANK S. HAMBURGER, 1051 Mills Tower, San Francisco, California

6   J. U. HEMMI, 220 N. Nevada Street, Oceqnside, California

7   JAMES DON KELLER, Esq. & ROBERT G. BERREY, Esq., 302 Civic Center,
         San Diego 1, California

8   JAMES H. KINDEL, JR., Suite 405 Rowan Building, Los Angeles 13,
9        California

10  COURTNEY LACEY, 408 E. Florida Avenue, Hemet, California

11  LAUNER, CHAFFEE & LAUNER, Bank of America Building, Fullerton,
         California

12  WALTER G. LINCOLN, Suite 1113, 742 Hill Street, Los Angeles 14, and
13       to 3137 Vineland Avenue, Baldwin Park, California

14  LINDLEY, LAZAR & SCHALES, 825 Bank of America Building, San Diego 1,
         California
15
    LUCE, FORWARD, KUNZEL & SCRIPPS, 1220 San Diego Trust & Savings
16       BUILDING, San Diego, California

17  WILLIAM O. MACKEY, ESQ. & WILBURN J. MURRY & JAMES M. ANGEL,
         Court House, Riverside
18
    R. M. MARSH, 45-262 Jackson Street, Indio, California
19
    MOFFAT, HENRY M., 121 E 6th Street, Los Angeles 14, California
20
    GLEN H. MUNKELT, San Diego Trust & Savings Building, San Diego, Cal-
21       ifornia

22  JOHN NEBLETT, Suite 500 Mission Inn Rotunda, Riverside, California

23  A. J. O'CONNOR, 639 S. Spring Street, Los Angeles 14, California

24  O'MELVENY & MYERS, 433 S. Spring Street, Los Angeles 14, California

25  BENJAMIN S. PARKS, 916 Van Nuys Building, 210 W. 7th Street, Los
         Angeles 14, California
26
    GEORGE M. PIERSON, 816 Continental Building, Los Angeles 13, California
27
    SARAU, NEBLETT, ADAMS & SARAU, Suite 500, Mission Inn Rotunda,
28       Riverside, California

29  GARY W. SAWTELLE, Attorney at Law, Suite 612, 621 So Spring Street,
         Los Angeles 14, California
30
    SHATFORD AND SHATFORD, 5920 N. Temple City Boulevard, Temple City,
31       California

32  GEORGE STAHLMAN, Route 1, Box 235, Fallbrook, California

1  W. E. STARKE, 1130 Bank of America Building, San Diego, California

2  STEEN AND BAYLE, Suite 802-803, Utah Oil Building, Salt Lake City 1,
     Utah

3
4  HUGO A. STEINMEYER and WINFIELD JONES, 650 S. Spring Street, Los
     Angeles 14, California

5  WILLIAM STINEHART, 5045 Wilshire Boulevard, Los Angeles 36, California

6  SWANWICK, DONNELLY & PROUDFIT, Suite 912 California Bank Building,
     629 S. Spring Street, Los Angeles 14, California

7
8  SWING, SCHARNIKOW & STANIFORTH, Suite 604, 530 Broadway, San Diego 1,
     California'

9  SWING & GILLESPIE, 313 Central Building, San Bernardino, California

10 TANNER, THORNTON & MYERS, 215 W. 7th Street, Los Angeles 14, California

11 TESCHKE, ROHE AND CRAMER, 359 N. Canon Drive, Beverly Hills, California

12 THOMPSON & COLEGATE, 405 Citizens Bank Building, Riverside, California

13 TRIHEY & MIRICH, 565 W. 5th Street, San Pedro, California'

14 CORNELIUS T. WALDO, 7106 Foothill Boulevard, Tujunga, California, and
     to 10742 Nassau Avenue, Sunland, California

15
16 ROBERT W. WALKER, HENRY M. MOFFAT, ROBERT M. CURTISS, 448 Santa Fe
     Building, Los Angeles 14, California

17 GEORGE V. WEIKERT, 918 Oviatt Building, Los Angeles 14, California

18 P. W. WILLETT, Esq. P. O. Box 103, Fallbrook, and WILLIAM H. MACOMBER,
     Esq., 1114 San Diego Trust & Savings Building, San Diego 1,
19   California

20 DENNET WITHINGTON, 1317 "E" Street, San Bernardino, California

21

22

23 the last known addresses of the above, at which places there is a de-

24 livery service by United States Mails from said post offices.

25
                                          *Margaret B. Tooker*
26                                         Margaret B. Tooker

27 Subscribed and sworn to before me
   this _____ day of April, 1957.
28

29
   _____
30 Notary Public in and for County of
   San Diego, State of California
31   my Commission Expires 2/28/58

32

2073

-4-