```
        IN THE DISTRICT COURT OF THE UNITED STATES
       IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
                    SOUTHERN DIVISION
```

**FILED**
APR 30 1957
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Jr.
         DEPUTY CLERK

UNITED STATES OF AMERICA,                )
                                         )
                    Plaintiff,           )
                                         )     No. 1247 Civil
       vs.                               )
                                         )     AFFIDAVIT OF SERVICE BY MAIL
FALLBROOK PUBLIC UTILITY DISTRICT,       )
a public service corporation of          )
the State of California, et al          )
                                         )
                    Defendants.          )

STATE OF CALIFORNIA     )
                        )  ss.
COUNTY OF SAN DIEGO     )

   MARGARET B. TOOKER, being first duly sworn, deposes and says:

   That she is a citizen of the United States and a resident of San Diego County, California; that her business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that she is over the age of eighteen years, and is not a party to the above entitled action;

   That on April 26, 1957, she deposited in the United States Mails at Oceanside, California, in the above entitled action, in envelopes bearing the requisite postage, a copy of

                ORDER FOR PRETRIAL CONFERENCE

dated April 18, 1957, addressed to the following:

CHARLES CARTER, 337 D Street, Perris, California,

KRAG & SWEET, 100 South 1st Street, Alhambra, California,

SHERMAN, THOMPSON & McCARTHY, 5657 Wilshire Boulevard, Los Angeles 36, California.

the last known addresses of the above, at which places there is a

2074

*Copy rec'd*

delivery service by United States Mails from said post offices.



_Margaret B. Tooker_
Margaret B. Tooker

Subscribed and sworn to before me this 26 day of April, 1957

Notary Public in and for County of
San Diego, State of California

My Commission expires 2/28/58

2075