SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
BELMONT 9-1131

SACHSE & PRICE
FALLBROOK, CALIFORNIA

Attorneys for Fallbrook Public Utility District

**FILED**

MAY 1 1957

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William W. Luddy_
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | NO. 1247-SD-C<br><br>MEMORANDUM ON PRE TRIAL ORDER |

As directed by Paragraphs 2 and 6(2) of Order for Pre Trial Conference dated April 18, 1957, Defendant Fallbrook Public Utility District submits its analysis of the Pre-Trial Order reported in 109 Fed. Supplement 28,44, and the legal conclusions reported in 108 Fed. Supp.72,87.

PRE-TRIAL ORDER

This analysis follows the sequence of items as published, and page references are to 109 Fed. Supp.

Jurisdiction: (P.44)   Accepted

Existence of Controversy : (P.44)    Accepted

Request for Action:  (P.44)   Accepted

Separate Trials:  (Pp. 44-45)  Not Applicable

Agreed Facts:

A.  Description of the Santa Margarita River System

-1-

2097

and its Drainage Area: (Pp 45-46)   Accepted

B. Tributaries of the Santa Margarita River: (Pp 46-47)
Accepted

C. Subterranean Basins Underlying the Santa Margarita
River:(Page 47)   Accepted

D. United States Geological Survey: (Pp47-48)
Accepted.

E. Acquisition by The United States of America of Sites
for Camp Joseph H. Pendleton, the United States Naval
Hospital and the United States Naval Ammunition
Depot.  General Statement: (Pp48-51)   Accepted

F. Santa Margarita Mutual Water Company (P.51) Accepted

G. Fallbrook Public Utility District: (Pp.51-52)
Accepted

H. State of California: (Pp52-53)   Accepted

Contentions of the United States of America: (Pp53-60)
This statement is accepted as correctly reflecting the
contentions of the United States. However, the Fallbrook
Public Utility District disputes each of said contentions
except insofar as they are expressly admitted in the
Statement of Agreed Facts, and said District  reserves the
right to object to the admissibility of any evidence, or
to move to strike any evidence in support of anyof said
contentions.

Contentions of Fallbrook Public Utility District: (Pp60-67)
This statement is accepted as correct as of the date it
was made.  However in order to reflect changes in the facts
that have occured since the date of the pre-trial Order,
the Fallbrook Public Utility District will submit a supple-
mental statement  at an early date.

Contentions of Santa Margarita Mutual Water Co.  (Pp68-72 )
This statement is accepted as correctly reflecting the

-2-

2098

contentions of the  Santa Margarita MutualWater Company.
However, the Fallbrook Public Utility District disputes
each of said contentions except insofar as they are
expressly admitted in the Statement of Agreed Facts, and
said District reserves the right to object to the admis-
sibility of any evidence, or to move to strike any evidence
in support of any of said contentions.

<u>Contentions of State of California</u>: (Pp72-73)   Accepted

<u>Facts Disputed by the United States of America</u>:(pp 73-74)
No Comments.

<u>Exhibits</u>:  Pages 75-77)

The Fallbrook Public Utility District will desire to add
to its list of exhibits in order to reflect changes in
facts and conditions since the date of the Pre-Trial Order.

<u>General Stipulations</u>:  (P77)   Accepted

<u>Definitions</u>:  (P. 78)        Accepted


<u>LEGAL CONCLUSIONS AS STATED</u>

1.  This Legal Conclusion is no longer applicable in
view of the United States Circuit Court of Appeals Decision hold-
ing that the Government can assert no rights by reason of prescrip-
tion, appropriation or use.

2.    Accepted

3.    Accepted

4.  This Conclusion is invalid in view of the decision
of the United States Circuit Court of Appeals .

5.  This Conclusion is invalid in view of the decision
of the United States Circuit Court of Appeals.

6.  This Conclusion is valid as an abstract principle of
law.  However in this case the United States Circuit Court of
Appeals held there is no basis for the Government's claim of
prescriptive rights.

-3-

2099

1        7.    Accepted

2        8.    Accepted

3        9.  This Conclusion is invalid to the extent that it

4 refers to p rospective uses by the Government on military in-

5 stallations.

6        10.  This Conclusion is invalid in view of the decision

7 of the United States Circuit of Appeals.

8        11.    Accepted

9        12.  This Conclusion is invalid in view of the decision

10 of the United States Circuit Court of Appeals.

11        13.  This Conclusion is invalid in view of the decision

12 of the United States Circuit Court of Appeals.

13        14.    Accepted

14        15.    Accepted

16 Dated: May ___/___ 1957.

18           Respectfully Submitted,

19           SWING, SCHARNIKOW & STANIFORTH

20           BY *Phil D. Swing*

21           SACHSE & PRICE

22           BY

23           Attorneys for Defendant Fallbrook

24           Public Utility District

-4-

2100