CARTER
5-6-57

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                              No. 1247-SD-C _____ Civil

vs.                                 MINUTES OF THE COURT

FALLBROOK PUBLIC UTILITY DIST.  DATE: May 6, 1957 _____

                                    AT:  San Diego, California

PRESENT: Hon.____JAMES M. CARTER_____ District Judge;

Deputy Clerk: WILLIAM W. LUDDY  Reporter:____JOHN SWADER_____

Counsel for Plaintiff: Wm. E. Burby and Wm. H. Veeder._____

Counsel for Defendant____(see below)_____

PROCEEDINGS:    PRE TRIAL

        At 10:05 convene with the following appearances on behalf of defendants:
Bert Buzzini for Faulkners; Adolphus Moskovity for Attorney General, State
of california; Geo. Grover; for Gibbon; W. B. Dennis for Fallbrook public
utility district; F. E. Lindley forFallbrook Citrus assoc; Leland C.
Nielson for S. D. Gas and Electric, and Santa Fe; Geo Stahlman for Vail;
F. R. Sache and Phil D. Swing for Fallbrook Public utility district; Thomas
J. Burke for J. D. Massengill; Robert G. Berrey, Deputy county counsel
San Diego County; John Neblett for Geo  Cummisn; Leo Degan, Deputy counsel
county of Riverside, and Lawrence E. Drumm for Bradford.
        Attorney Veeder gives brief description of property and makes
suggested plan of procedure.
        At 11:05 recess and at 11:20 reconvene.
        Attorney Veeder continues statement.
        Attorney Swing makes statement, and IT IS ORDERED that defendants
represented by Attorney Swing may have to June 6, 1957 to answer.
        At 12:15 recess to 2:30.
        At 2:40 reconvene herein, appearing as before.
        Attorneys Lindley, Sachse, Stahlman, Moskovitz, Dennis, Berrey and
Veeder each make statements.
        The court request summary of rulings made in previous trial be
submitted, directs meeting of major parties on issues, said meeting
to be held at 10 A.M., May 7, 1957, and IT IS ORDERED counsel for
Government prepart formal order of directions made this day.

                                          JOHN A. CHILDRESS, Clerk

                                          By_____
                                                      Deputy