1  O'MELVENY & MYERS
2  433 SOUTH SPRING STREET
3  LOS ANGELES, CALIFORNIA
4  MICHIGAN 2611



FILED
MAY 6 - 1957
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William W. Luddy_
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,
 v.
FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California; et al.,
   Defendants,
PEOPLE OF THE STATE OF CALIFORNIA,
   Defendants in Intervention.

No. 1247 - SD - C

SUBSTITUTION OF ATTORNEYS AND ORDER.

  Defendants, Mary Vail Wilkinson, Mahlon Vail, Edward N. Vail, Margaret Vail Wise and D. A. Baughman, Trustees under that certain Indenture of Trust dated December 31, 1912 recorded among other places in Book 371, page 279 of Deeds, Riverside County Records, as from time to time thereafter amended, hereby substitute O'Melveny & Myers and George Stahlman as their attorneys in the above matter in place and in stead of O'Melveny &

1 Myers.

2 Dated: May 2, 1957.

      Mary Vail Wilkinson
      Mahlon Vail
      Edward N. Vail
      Margaret Vail Wise
      D. A. Baughman
                    Trustees

      By _____
         Mahlon Vail, Managing Trustee

The undersigned consent and agree to the foregoing Substitution of Attorneys.

      O'MELVENY & MYERS

      By _____
         L. M. Wright

      _____
      George Stahlman

It is hereby ordered that O'Melveny & Myers and George Stahlman be substituted for O'Melveny & Myers as attorneys for defendants Mary Vail Wilkinson, Mahlon Vail, Edward N. Vail, Margaret Vail Wise and D. A. Baughman, Trustees under that certain Indenture of Trust dated December 31, 1912 recorded among other places in Book 371, page 279 of Deeds, Riverside County Records, as from time to time thereafter amended.

      _____
      Judge of the United States
      District Court.

2.

2168