CLAYSON, STARK & ROTHROCK
DONALD D. STARK
GEORGE G. GROVER
Citizens Bank Building
Corona, California
REdwood 7-1910

OWEN W. STRANGE

Attorneys for the Defendant,
Katherine C. Gibbon

FILED
MAY 6 - 1957
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By William W. Luddy
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT et al.,<br><br>  Defendants. | NO. 1247-SD-C<br><br>SUBSTITUTION OF ATTORNEYS |

TO THE CLERK:

Mr. Kenneth K. Wright, formerly associate counsel for Katherine C. Gibbon, defendant, is now deceased. Please substitute Clayson, Stark & Rothrock, Donald D. Stark, and George G. Grover as counsel for said defendant, with Owen W. Strange as associate counsel, in place of Clayson & Stark as counsel and Kenneth K. Wright as associate counsel.

CLAYSON, STARK & ROTHROCK

By *[signature]*

We accept and consent to the foregoing substitution.

*[signature]*
Owen W. Strange

*[signature]*
Donald D. Stark

*[signature]*
George G. Grover

2166