IN THE DISTRICT COURT OF THE UNITED STATES

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

**F I L E D**

MAY 17 1957

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William M. _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of
the State of California, et al

                Defendants.

No. 1247 Civil

AFFIDAVIT OF SERVICE BY MAIL

STATE OF CALIFORNIA    )
                    ) ss.
COUNTY OF SAN DIEGO    )

    MARGARET B. TOOKER, being first duly sworn, deposes and says:

    That she is a citizen of the United States and a resident of San

Diego County, California; that her business address is Office of Ground

Water Resources, Marine Corps Base, Camp Pendleton, California; that

she is over the age of eighteen years, and is not a party to the above

entitled action;

    That on May 10, 1957, and May 13, 1957, she deposited in the United

States Mails at Oceanside, California, in the above entitled action, in

envelopes bearing the requisite postage, a copy of

    NOTICE TO ALL DEFENDANTS AND COURT ORDER RE PROCEDURE

dated May 8, 1957, addressed to the following:

    Allard, Brownsberger, Shelton & O'Conner, 313 First National Build-
       ing, Pomona, California

    Florence A Anderson, 918 C C Chapman Building, 756 So Broadway, Los
       Angeles 14, California

    Harry Ashton, 408 E Central Avenue, Balboa, California

    Best, Best & Krieger, Evans Building, Riverside, California

2179

A B Bianchi, 901 Kohl Building, 400 Montgomery Street, San Francisco 4, California

Office of the Attorney General, Library & Courts Building, Sacramento, California; Attn: Adolphus Moskovits, Deputy Attorney General

Thomas J Burke, 504 Granger Building, San Diego 1, California

Bert Buzzini, 2223 Fulton Street, Berkeley 4, California

Charles Carter, 337 D Street, Perris, California

Mabel Clausen, 320 First Trust Building, Pasadena 1, California

Clayson, Stark & Rothrock, First National Building, Corona, California

F Millar Cloud, 6564 S Normandie Ave, Los Angeles 44, California

Gerald A Coxe, Attorney at Law, Allessandro Hotel Building, Hemet, California

Howard E Crandall, 127 W Anaheim Boulevard, Wilmington, California

William J Cusack, 814 Merritt Building, 307 West 8th Street, Los Angeles 14, California

Charles B DeLong, 507 Harbor Insurance Building, San Diego 1, California

William B Dennis, Route 1, Box 58, Fallbrook, California

Devor and Dorfman, 924 Van Nuys Building, Los Angeles 14, California

L J Difani, 200 Loring Building, Riverside, California

Emmett E Doherty, General Petroleum Building, 612 So Flower Street, Los Angeles, California

Donnelly & MacNulty, 2655 4th Avenue, San Diego 1, California

Lawrence E Drumm, Suite 520, 458 So Spring Street, Los Angeles 13, California

Estudillo & Bucciarelli, 3900 Market Street, Riverside, California

Ray C Eberhard, 1231 Bartlett Building, 215 W 7th Street, Los Angeles 14, California

Fendler & Lerner, 333 So Beverly Drive, Beverly Hills, California

Daniel W Gage, 740 Rowan Building, 458 So Spring Street, Los Angeles 13, California

Arthur M Gediman, 119 So Main Street, Elsinore, California

Abraham Gottfried, 424 So Beverly Drive, Beverly Hills, California

2180

1     Frank E Gray, 202 So Hamilton Drive, Beverly Hills, California

2     Samuel A Greenburg, 1014 West Valley Boulevard, Alhambra, California

3     Tom Halde, 417 So Hill Street, Suite 520, Los Angeles, California

4     Halverson & Halverson, Suite 611, 704 So Spring Street, Los Angeles
5        14, California

6     Mary McFarland Hall, Attorney at Law, Riverside, California

7     Frank S Hamburger, 1051 Mills Tower, San Francisco, California

8     J U Hemmi, 220 No Nevada Street, Oceanside, California

9     James Don Keller, Esq, & Robert G Berrey, Esq, 302 Civic Center,
       San Diego 1, California

10    James H Kindel, Jr, Suite 405 Rowan Building, Los Angeles 13, Cali-
11       fornia

12    Krag & Sweet, 100 So 1st Street, Alhambra, California

13    Courtney Lacey, 408 E Florida Avenue, Hemet, California

14    Launer, Chaffee & Launer, Bank of America Building, Fullerton, Cali-
       fornia

15    Walter G Lincoln, Suite 1113, 742 Hill Street, Los Angeles 14, Cali-
16       fornia, and 3137 Vineland Avenue, Baldwin Park, California

17    Lindley, Lazer & Schales, 825 Bank of America Building, San Diego 1,
       California

18    Luce, Forward, Kunzel & Scripps, 1220 San Diego Trust & Savings Build-
19       ing, San Diego, California

20    William O Mackey, Esq. & Wilburn J Murry & James M Angel, Court House,
       Riverside, California

21    William H Macomber, Esq, 1114 San Diego Trust ¢ Savings Building,
22       San Diego 1, California

23    R M Marsh, 45-262 Jackson Street, Indio, California

24    Henry M Moffat, 121 E 6th Street, Los Angeles 14, California

25    Glen H Munkelt, San Diego Trust & Savings Building, San Diego,
       California

26    John Neblett, 3742 10th Street, Riverside, California

27    A J O'Connor, 639 So Spring Street, Los Angeles 14, California

28    O'Melveny & Myers, 433 So Spring Street, Los Angeles 14, California

29

2181

P W Willett, Esq, PO Box 103, Fallbrook, California

Benjamin S Parks, 916 Van Nuys Building, 210 W 7th Street, Los Angeles 14, California

George M Pierson, 816 Continental Building, Los Angeles 13, California

Saru, Neblett, Adams & Saru, Suite 500, Mission Inn Rotunda, Riverside, California

Gary W Sawtelle, Attorney at Law, Suite 612, 621 So Spring Street, Los Angeles 14, California

Sachse & Price, 217 No Main Street, Fallbrook, California

Shatford & Shatford, 5920 N Temple City Boulevard, Temple City, California

Sherman, Thompson & McCarthy, 5657 Wilshire Boulevard, Los Angeles 36, California

George Stahlman, Route 1, Box 235, Fallbrook, California

Leslie B Hanson, 4412 York Boulevard, Los Angeles 42, California

Hahn, Ross & Saunders, Suite 611, 608 So Hill Street, Los Angeles 14, California

W E Starke 1130 Bank of America Building, San Diego, California

Steen & Bayle, Suite 802-803, Utah Oil Building, Salt Lake City 1, Utah

Hugo A Steinmeyer & Winfield Jones, 650 So Spring Street, Los Angeles 14, California

William Stinehart, 5045 Wilshire Boulevard, Los Angeles 36, California

Swanwick, Donnelly & Proudfit, Suite 912 California Bank Building, 629 So Spring Street, Los Angeles 14, California

Swing, Scarnikow & Staniforth, Suite 604, 530 Broadway, San Diego 1, California

Swing & Gillespie, 313 Central Building, San Bernardino, California

Tanner, Thornton & Myers, 215 W 7th Street, Los Angeles 14, California

Teschke, Rohe & Cramer, 359 N Canon Drive, Beverly Hills, California

Thompson & Colegate, Citizens National Bank Building, Riverside, California

Trihey & Mirich, 565 W 5th Street, San Pedro, California

Cornelius T Waldo, 10742 Massau Avenue, Sunland, California

Robert W Walker, Henry M Moffat, Robert M Curtis, 448 Santa Fe Building, Los Angeles 14, California

George V Weikert, 918 Oviatt Building, Los Angeles 14, California

Dennet Withington, 1317 E Street, San Bernardino, California

2182

NPS. SAN DIEGO

| | | |
|---|---|---|
| 1 | Ruby M Aaberg<br>PO Box 355<br>Fallbrook, California | Evelyn Ambriola<br>Rt 2, Box 153-A<br>Elsinore, California |
| 3 | Robert A Aaberg<br>PO Box 355<br>Fallbrook, California | Earl L Anderson<br>Tidewater Oil Lease<br>Aliso Canyon<br>San Fernando, California |
| 5 | Jessie R Abbott<br>620 So Alturas Street<br>Fallbrook, California | Frankie N Anderson<br>Tidewater Oil Lease<br>Aliso Canyon<br>San Fernando, California |
| 7 | Daniel T Abbott<br>620 So Alturas Street<br>Fallbrook, California | Lettie M Anderson<br>PO Box 5<br>Fallbrook, California |
| 9 | Ellen V Ackles<br>PO Box 596<br>Fallbrook, California | Eric R Andrews<br>Rt 1, Box 275<br>Fallbrook, California |
| 11 | Gerald W Ackles<br>PO Box 596<br>Fallbrook, California | Margaret M Andrews<br>Rt 1, Box 275<br>Fallbrook, California |
| 13 | Albers Milling Co<br>6130 Avalon Blvd<br>Los Angeles, California | James Angelo<br>1212 Scenic Drive<br>San Bernardino, California |
| 15 | Anne N Allan<br>Box 54<br>Wildomar, California | Marguerite H Angelo<br>1212 Scenic Drive<br>San Bernardino, California |
| 17 | Elmer Allen<br>Rt 1, Box 20<br>Fallbrook, California | Anza Community Building Inc<br>Anza, California |
| 19 | Lucille S Allen<br>Rt 1, Box 20<br>Fallbrook, California | Bernard Appel<br>838 Carrillo Drive<br>San Gabriel, California |
| 21 | Helen Kyder Allman<br>1340 Vista Street<br>San Gabriel, California | Ida Appel<br>838 Carrillo Drive<br>San Gabriel, California |
| 23 | Mattison Dean Allman<br>1340 Vista Street<br>San Gabriel, California | William B Appleford<br>321 So Main Street<br>Fallbrook, California |
| 25 | Jimmie R Allmon<br>Box 682<br>Fallbrook, California | Beatriz Arnaiz<br>Box 216<br>Anza, California |
| 27 | Ralph D Allmon<br>Box 682<br>Fallbrook, California | Alex L Arnold<br>2041 W 84th Place<br>Los Angeles, California |
| 29 | John G Almand<br>330 Aviation Road<br>Fallbrook, California | Lilly Arnold<br>2041 W 84th Place<br>Los Angeles, California |
| 31 | Lorraine A Almand<br>330 Aviation Road<br>Fallbrook, California | A R Ashman<br>Box 1<br>Temecula, California |

2183

| | |
|---|---|
| Mary Ashman<br>Box 1<br>Temecula, California | Robert H Baker<br>1700 So Hill Street<br>Oceanside, California |
| Elloene Aufdenkamp<br>Rt 2, Box 199<br>Elsinore, California | Ione B Baker<br>PO Box 73<br>Fallbrook, California |
| William K Auld<br>Winchester, California | Merrill Baker<br>11034 E Lower Azusa Road<br>El Monte, California |
| Clarence W Ayers<br>10130 McNerney Ave<br>South Gate, California | Bert Ballinger<br>Star Route, Box 16-B<br>Hemet, California |
| Ivy B Ayers<br>10130 McNerney Ave<br>South Gate, California | Ralph O Bane<br>2427 N Fallen Leaf<br>South San Gabriel, California |
| Mable J Aytes<br>Rt 2, Box 144<br>Elsinore, California | Elva L Banks<br>Rt 1, Box 238<br>Fallbrook, California |
| | Stanley C Banks<br>Rt 1, Box 238<br>Fallbrook, California |
| | William R Banks<br>Pala, California |
| Elmer Baats<br>Box 303<br>Hemet, California | Marcella C R Barkow<br>215 So Wisconsin Street<br>Fallbrook, California |
| William L Bagby<br>1405 E Mission Road<br>Rt 2, Box 255<br>Fallbrook, California | Harold W Barkow<br>215 So Wisconsin Street<br>Fallbrook, California |
| Lillian H Bagby<br>1405 E Mission Road<br>Rt 2, Box 255<br>Fallbrook, California | Hilda Barkow<br>PO Box 422<br>Fallbrook, California |
| Chalma E Bailey<br>Anza, California | Walter H Barkow<br>PO Box 422<br>Fallbrook, California |
| Howard F Bailey<br>Anza, California | Mary L Barnett<br>Rt 1, Box 513<br>Fallbrook, California |
| Lola Y Bailey<br>Anza, California | Maude M Barnum<br>Rt 1, Box 383<br>Fallbrook, California |
| George W Baird<br>PO Box 56<br>Fallbrook, California | Frank Barnum<br>Rt 1, Box 383<br>Fallbrook, California |
| Minnie M Baird<br>PO Box 56<br>Fallbrook, California | Walter M Barragar<br>124 No Harvey Drive<br>Glendale 6, California |

2184

Helyn M Barragar
124 No Harvey Drive
Glendale 6, California

Walter E Barrett
c/o James Moore
609 2nd Street
Oceanside, California

John Barsky
4585 Whittier Boulevard
Los Angeles 22, California

Sonis Barsky
4585 Whittier Boulevard
Los Angeles 22, California

Helen J Bashaw
Box 50
Winchester, California

J N Bashaw
Box 50
Winchester, California

Lucille Bateman
PO Box 693
Fallbrook, California

Walter W Bateman
PO Box 693
Fallbrook, California

Carl P Bauer
Rt 1, Box 47
Fallbrook, California

Geraldine Bauer
Rt 1, Box 47
Fallbrook, California

Chloe Baxter
De Luz, California

John C Baxter
De Luz, California

Thomas A Beaman
Box 9
Fallbrook, California

Grace V Beaver
Box 55
Wildomar, California

Otto E Beaver
Box 55
Wildomar, California

Justina R Bekk
Rt 2, Box 189
Fallbrook, California

Nellie E Beck
Rt 1, Box 157
Fallbrook, California

William L Beck
Rt 2, Box 189
Fallbrook, California

William L Beck, Jr
Rt 2, Box 189
Fallbrook, California

Dorotha Begien
Box 343
Fallbrook, California

Raymond Begien
Box 343
Fallbrook, California

Emma A Belk
203 Maplewood
Orange, California

John W Belk
203 Maplewood
Orange, California

Charles H Bell
Box 441
Fallbrook, California

Faye I Bell
Box 441
Fallbrook, California

F M Bell
Box 312
Fallbrook, California

Dora A Bell
Box 312
Fallbrook, California

Charles G Bendler
Box 673
Hemet, California

A J Bendler
Box 673
Hemet, California

Anna F Bendler
3319 Paola Avenue
Los Angeles 32, California

Mary Stockdale Bennett
Rt 2, Box 51
Fallbrook, California

Samuel W Bennett
Rt 2, Box 51
Fallbrook, California

-7-

| | | |
|---|---|---|
| 1 | Karl V Bennis<br>5537 E Oceans Ave | Carlotta Berry<br>Rt 2, Box 238 |
| 2 | Long Beach, California | Fallbrook, California |
| 3 | Nina Bennis<br>5537 E Oceans Ave | Charles H Berry<br>Rt 2, Box 238 |
| 4 | Long Beahh, California | Fallbrook, California |
| 5 | George W Benson<br>Rt 2, Box 253 | Elsie H Berry<br>PO Box 19 |
| 6 | Fallbrook, California | 1044 So Old Stage Road<br>Fallbrook, California |
| 7 | Sophia N Benson<br>Rt 2, Box 253 | |
| 8 | Fallbrook, California<br>Isabella A Berger | Marie M Besse<br>1748 Gum Tree Lane |
| 9 | PO Box 25<br>De Lux, California | Fallbrook, California |
| 10 | Harry H Bergman | Agnes H Bethell<br>Box 67<br>Temecula, California |
| 11 | Aguanga, California | E L Betts |
| 12 | Alice D Bergman<br>Aguanga, California | 1044 E Howard Street<br>Pasadena, California |
| 13 | | |
| 14 | Annie E Bergman<br>Aguanga, California | Jewel Bibb<br>Rt 2, Box 28 |
| 15 | Florence Bergman | Fallbrook, California |
| 16 | General Delivery<br>Palomar Mountain, California | Tommie Bibb<br>Rt 2, Box 28 |
| 17 | Carl H Bergman | Fallbrook, California |
| 18 | General Delivery<br>Palomar Mountain, California | Nora Bibb<br>Box 132 |
| 19 | Herman B Bergman | Falabrook, California |
| 20 | Rt 2, Box 432<br>Elsinore, California | J G Bibb<br>Box 132 |
| 21 | Ray Lester Bergman | Fallbrook, California |
| 22 | Box 72<br>Aguanga, California | Francis Bibb<br>302 E Dougherty |
| 23 | Sharon Bergman | Fallbrook, California |
| 24 | Box 72<br>Aguanga, California | James H Bibb<br>302 E Dougherty |
| 25 | Alice Bergman | Fallbrook, California |
| 26 | Aguanga, California | Henry Billet<br>1208 So Main Street |
| 27 | Walter A Bergman<br>4527 55th Street | Fallbrook, California |
| 28 | San Diego, California | Winifred Mary Billet<br>1208 So Main Street |
| 29 | Delia L Bernardin<br>Rt 1, Box 281-B | Fallbrook, California |
| 30 | Fallbrook, California | William Ward Birt<br>Box 367 |
| 31 | Lionel R Bernardin<br>Rt 1, Box 281-B | Fallbrook, California |
| 32 | Fallbrook, California | |

2186

| | |
|---|---|
| 1 | C E Bittikoffer |
| 2 | Rt 2, Box 193-B |
| | Elsinore, California |
| 3 | Rita S Bittikofer |
| 4 | Rt 2, Box 193-B |
| | Elsinore, California |

C E Bittikoffer
Rt 2, Box 193-B
Elsinore, California

Rita S Bittikofer
Rt 2, Box 193-B
Elsinore, California

Loraine L Black
Rt 2, Box 163-B
Elsinore, California

Everelda Black
Rt 2, Box 163-B
Elsinore, California

Eleanor Blackford
PO Box 63
Wildomar, California

Henry Blackford
PO Box 63
Wildomar, California

William T Blacklidge
Rt 2, Box 67
Fallbrook, California

Ruby C Blacklidge
Rt 2, Box 67
Fallbrook, California

Edmee N Blackmore
Winchester, California

Jim M Blackmore
Winchester, California

Lorna M Blakenship
Rt 1, Box 333 (Rainbow)
Fallbrook, California

Ronald I Blankenship
Rt 1, Box 333 (Rainbow)
Fallbrook, California

Robert B Bleeker
Rt 2, Box 25
Fallbrook, California

Madge M Bodell
Box 164
Fallbrook, California

Neal A Bodell
Box 164
Fallbrook, California

Louis Boen
Rt 2, Box 246
Fallbrook, California

Lora Mae Boen
Rt 2, Box 246
Fallbrook, California

Mary V Bogatie
3062 Grape Street
San Diego, California

Arthur T Bogatie
3062 Grape Street
San Diego, California

Ethel M Bolton
Box 704
Fallbrook, California

Lauren D Bolton
Box 704
Fallbrook, California

Ida Boren
Rt 2, Box 167
Fallbrook, California

Jesse Sheldon Boren
Rt 2, Box 167
Fallbrook, California

Deane A Bottorff
5607 Naples Canal
Long Beach, California

May Bottorff
5607 Naples Canal
Long Beach, California

Sam Bouris
Box 64
Romoland, California

George Bouris
Box 64
Romoland, California

Mary Bouris
Box 64
Romoland, California

Roy Bradley
Box 91
Aguanga, California

Frances E Bradley
Box 91
Aguanga, California

Leona Branch
202 W Juniper St
Fallbrook, California

Lucille V Breining
Rt 2, Box 103
Fallbrook, California

2187

| | | |
|---|---|---|
| 1 | Walter M Breining<br>Rt 2, Box 103 | Lawrence Brubaker<br>620 E Latham Ave |
| 2 | Fallbrook, California | Hemet, California |
| 3 | Mabel Bridenbaugh<br>2609 Merced Street | Ruby L Brubaker<br>620 E Latham Avenue |
| 4 | El Monte, California | Hemet, California |
| 5 | Leroy Brittingham<br>4822 Sarena Street | Willie Mae Bryant<br>1965½ Raymond Avenue |
| 6 | Los Angeles, California | Los Angeles, California |
| 7 | Dora Belle Brittingham<br>4822 Sarena Street | Leora M Buck<br>114 N Main Street |
| 8 | Los Angeles, California | Fallbrook, California |
| 9 | Marcus Holt Brown<br>1127 E Orange Grove Ave | Valentine Buck<br>PO Box 99 |
| 10 | Pasadena 6, California | Fallbrook, California |
| 11 | Caterina Brown<br>1127 E Orange Grove Avenue | Dora M Buck<br>601 Minnesota St |
| 12 | Pasadena 6, California | Fallbrook, California |
| 13 | David A Brown<br>Box 14 | W H Buck<br>c/o Dora M Buck |
| 14 | Wildomar, California | 60½ Minnesota St<br>Fallbrook, California |
| 15 | Nancy Jane Brown<br>Box 14 | Adela E Burch<br>Rt 2, Box 188 |
| 16 | Wildomar, California | Fallbrook, California |
| 17 | James E Brown<br>521 Iowa Street | Ora L Burch<br>Rt 2, Box 188 |
| 18 | Fallbrook, California | Fallbrook, California |
| 19 | Jennie M Brown<br>521 Iowa Street | Robert L Burchett |
| 20 | Fallbrook, California | Star Route Box 165<br>Hemet, California |
| 21 | John E Brown<br>Box 287 | Louise E Burnell<br>109 Monte Vista St |
| 22 | Fallbrook, California | Vacaville, California |
| 23 | Lester S Brown<br>Box 501 | Elmer J Burney<br>845 E Alvarado St |
| 24 | Fallbrook, California | Fallbrook, California |
| 25 | Phebe M Brown<br>Box 501 | Hazel D Burney<br>845 E Alvarado St |
| 26 | Fallbrook, California | Fallbrook, California |
| 27 | Rudolph J Brown<br>c/o D A Brown | Amy Anthony Burt<br>Rt 1, Box 51 |
| 28 | Rt 1, Box 14 | Fallbrook, California |
| 29 | Wildomar, California | |
| 30 | Vita Elliott Brown<br>c/o D A Brown | Idah J Burwell<br>8452 E Hermosa Drive |
| 31 | Rt 1, Box 14 | San Gabriel, California |
| 32 | Wildomar, California | |

2188

E C Burwell
8452 E Hermosa Drive
San Gabriel, California

Mariella Busenberg
Box 41
Fallbrook, California

Milo O Busenberg
Box 41
Fallbrook, California

George S Buttress
Rt 1, Box 750
Escondido, California

Hilda R Buttress
3452 Knollcrest Ave
Los Angeles 43, California

Ralph Buzard
5013 N Viceroy
Covina, California

Angeline Anna Cabral
8165 Almond Street
Fontana, California

John Edward Cabral
8165 Almond Street
Fontana, California

John F Caine
Box 256
Fallbrook, California

Sina B Caine
Box 685
Fallbrook, California

Rose M Caine
Box 256
Fallbrook, California

Vilate Caldwell
3528 Mission Boulevard
Mission Beach, California

Urey Calvert
Rt 1, Box 21
Fallbrook, California

Jewell Calvert
Rt 1, Box 21
Fallbrook, California

Etta B Campbell
Anza, California

Oliver B Campbell
Anza, California

Marguerite C Cargile
9301 Flicker Way
Los Angeles 46, California

Dellemore David Cargile
9301 Flicker Way
Los Angeles 46, California

Julia A Carlin
Rt 2, Box 215
Fallbrook, California

John G Carlin
Rt 2, Box 215
Fallbrook, California

Orville W Carpenter
3731 Crestwood Place
San Diego 3, California

Veva L Carpenter
3731 Crestwood Place
San Diego 3, California

Alan Ray Carter
12115 Central Ave
Chino, California

Lawrence R Carter
1412 Lincoln Boulevard
Santa Monica, California

Paula G Carter
1412 Lincoln Boulevard
Santa Monica, California

Louis Carter
Rt 2, Box 153-B
Elsinore, California

Nell F Carter
Rt 2, Box 153-B
Elsinore, California

C F Cartwright
1040 N Orange
Fallbrook, California

Marian Lyall Cartwright
1040 N Orange
Fallbrook, California

Dorothy Cassel
RR 3, Box 525
Golden, Colorado

Chester Cassel
RR 3, Box 525
Golden, Colorado

Albert Ceas
Rt 2, Box 34
Murrieta, California

Etienne Ceas
Rt 2, Box 34
Murrieta, California

Harry A Chapman
Rt 2, Box 166-A
Fallbrook, California

Sybil E Chapman
Rt 2, Box 166-A
Fallbrook, California

Roy Chappell
Box 164
Romoland, California

Paruline L Chappell
Box 164
Romoland, California

Christian Science Society
  of Fallbrook
Box 395
Fallbrook, California

Anthony Christino
11358 E Broadmead Street
El Monte, California

Margaret Christino
11358 E Broadmead Street
El Monte, California

Estella H Cimperman
Box 386
Fallbrook, California

Rudolph Cimperman
Box 386
Fallbrook, California

Charles Clark
Aguanga, California

Charles H Clark
Rt 1, Box 584
Fallbrook, California

Lola Montez Clark
Rt 1, Box 584
Fallbrook, California

George A Clark
Box 22
Fallbrook, California

Hildur M Clark
Rt 1, Box 584
Fallbrook, California

Maude Ellen Clark
PO Box 415
Fallbrook, California

Sawyer Wells Clark
PO Box 415
Fallbrook, California

Doris L Clark
Rt 2, Box 196
Elsinore, California

Guy S Clark
Rt 2, Box 196
Elsinore, California

Frank E Clark
Rt 1, Box 51
Fallbrook, California

Oliver E Clarno
PO Box 51
Fallbrook, California

Abbie Clarno
PO Box 51
Fallbrook, California

Andrew J Clemmens
Box 703
Fallbrook, California

James F Clemons
119 N Main Street
Fallbrook, California

Dorothy Clemons
119 N Main Street
Fallbrook, California

Helene Whelan Cleveland
Rt 1, Box 356
Fallbrook, California

Lewis M Cleveland
Rt 1, Box 356
Fallbrook, California

Alma F Click
Box 21
DeLuz, California

Varia V Click
Rt 2, Box 19
Fallbrook, California

2190

GPO 19—20009-1

John Lucien Clugage
Box 94
Little Rock, California

Flora Dunham Coates
871 San Vicente Road
Arcadia, California

George L Coates
871 San Vicente Road
Arcadia, California

Rissa Intha Coates
1151 Wall Street
Los Angeles 15, California

Louise G Coit
690 Oceanview Street
Vista, California

J Elliot Coit
690 Oceanview Street
Vista, California

Nannie May Coleman
Rt 1, Box 155-A
Romoland, California

Mary J Colton
801 Coronado Ave
Long Beach 4, California

Matthew Colton
801 Coronado Ave
Long Beach 4, California

Addie G Colvin
Box 643
Fallbrook, California

William Herbert Colvin
Box 643
Fallbrook, California

Leone S Combs
10555 Samoa Ave
Tujuga, California

William B Combs
10555 Samoa Ave
Tugunga, California

James E Conley
Rt 2, Box 201
Elsinore, California

Dolores Connell
Winchester, California

Theodore Connely
Rt 2, Box 212
Fallbrook, California

Clarence S Contreras
Anza, California

Clara Marie Contreras
Anza, California

Ernest C Cook
402 E Porter St
Fallbrook, California

Oscar R Cook
Box 582
Fallbrook, California

Lillian I Cook
Box 582
Fallbrook, California

William Cook
402 E Porter St
Fallbrook, California

Arthur H Cooper
Box 72
Wildomar, California

Angy F Cooper
Box 72
Wildomar, California

Grace W Cope
1651 Beryl St
Pacific Beach
San Diego, California

Morris B Cope
1651 Beryl St
Pacific Beach
San Diego, California

Wahnetta L Copeland
6616 Olive Ave
Long Beach 5, California

Cecil A Copeland
6616 Olive Ave
Long Beach 5, California

Ruth B Corliss
248 E Main Street
Alhambra, California

W Burr Corliss
248 E Main Street
Alhambra, California

Glenn W Coy
PO Box 482
Fallbrook, California

Jessie M Coy
PO Box 482
Fallbrook, California

2191

| | |
|---|---|
| Frank Crabtree<br>18602 E 17th St<br>Santa Ana, California | Pearl Dickinson Cummins<br>Winchester, California |
| Barbara Morton Crandall<br>Rt 2, Box 63<br>Fallbrook, California | Robert M Cummins<br>Winchester, California |
| Edna M Crane<br>Rt 1, Box 51<br>Fallbrook, California | Phyllis Curtis<br>3725 W 107th Street<br>Inglewood, California |
| Walter E Crane<br>Rt 1, Box 51<br>Fallbrook, California | Val Curtis<br>3725 W 107th Street<br>Inglewood, California |
| David S Crawford<br>Rt 2, Box 234<br>Fallbrook, California | Annie L S Curtiss<br>1616 Donaldson Street<br>Los Angeles, California |
| Constance L Crawford<br>Rt 2, Box 234<br>Fallbrook, California | William C Curtiss<br>1616 Donaldson Street<br>Los Angeles, California |
| Clifford L Critterden<br>423 Cornell Drive<br>Burbank, California | |
| Martha Crittenden<br>423 Cornell Drive<br>Burbank, California | |
| Zelma F Crooks<br>PO Box 234<br>Fallbrook, California | Mary Jeffers Dager<br>5628 Greenback Ave<br>Van Nuys, California |
| E A Croonquist<br>Box 542<br>Fallbrook, California | Probert W Dager<br>5628 Greenback Ave<br>Van Nuys, California |
| Joseph Cuccio<br>Rt 2, Box 531<br>Fallbrook, California | Dale M Damron<br>Rt 1, Box 6-D<br>Fallbrook, California |
| Alfred J H Cudlipp<br>PO Box 111<br>Fallbrook, California | Carl Darwin<br>Rt 1, Box 191<br>Fallbrook, California |
| Mary Cudlipp<br>Po Box 111<br>Fallbrook, California | Juanita Cayce Darwin<br>Rt 1, Box 191<br>Fallbrook, California |
| Gera Davis Culton<br>1573½ W Adams Boulevard<br>Los Angeles 7, California | Clinton Clifford Davidson<br>Box 48 Star Route<br>Hemet, California |
| Gilbert M Culton<br>1573½ W Adams Boulevard<br>Los Angeles 7, California | |

11ND-GEN-191 (8/56)

2192

NPS. SAN DIEGO

| | | |
|---|---|---|
| 1 | Edith Pearl Davidson<br>Box 48 Star Route<br>Hemet, California | Walter L Dennis<br>Box 772<br>Fallbrook, California |
| 3 | Frances L Davidson<br>Rt 1, Box 27<br>Fallbrook, California | Ellah De Normandie<br>Rt 1, Box 417<br>Fallbrook, California |
| 5 | Andrew Park Davidson<br>Rt 1, Box 27<br>Fallbrook, California | Jewel R Depperman<br>Rt 1, Box 430<br>Carlsbad, California |
| 7 | Clyde W Davis<br>1921 E Mission Road<br>Fallbrook, California | John D Depperman<br>Rt 1, Box 430<br>Carlsbad, California |
| 9 | Ivah M Davis<br>1921 E Mission Road<br>Fallbrook, California | Arthur R De Runtz<br>Rt 1, Box 354<br>Fallbrook, California |
| 11 | George K De Borde<br>Rt 2, Box 122<br>Elsinore, California | Pearl M Dew<br>Rt 1, Box 10<br>Fallbrook, California |
| 13 | Roger De Maggio Sr<br>1520 E 5th Street<br>National City, California | Arthur H Dew<br>Rt 1, Box 10<br>Fallbrook, California |
| 15 | Jennie De Maggio<br>1520 E 5th Street<br>National City, California | Andrew De Wilde<br>Box 67, Monte Vista Drive<br>Vista, California |
| 17 | Mary M Demeron<br>Murrieta Hot Springs<br>Murrieta, California | Ina M Dickenson<br>PO Box 475<br>Fallbrook, California |
| 19 | William L Demeron<br>Murrieta Hot Springs<br>Murrieta, California | A W Dickenson<br>PO Box 475<br>Fallbrook, California |
| 21 | Edith M Denio<br>5103 Clara Street<br>Belle, California | Helen B Dickey<br>Bos 668<br>Twenty-nine Palms, California |
| 23 | Elmer B Denio<br>5103 Clara Street<br>Bell, California | T Y Dickey<br>Box 668<br>Twenty-nine Palms, California |
| 25 | Charlotte Mary Deniston<br>2720 W 82nd Street<br>Inglewodd, California | Mabel M Di Collelmo<br>333 18th Street<br>Santa Monica, California |
| 27 | Willia m H Deniston<br>2720 W 82nd Street<br>Inglewood, California | Ugo Di Collelmo<br>333 18th Street<br>Santa Monica, California |
| 29 | Alice M Dennis<br>Box 772<br>Fallbrook, California | A B Dinsen<br>Star Route #2<br>Fallbrook, California |

2193

| | |
|---|---|
| Carmella Di Piazza<br>PO Box 483<br>Fallbrook, California | David C Donath<br>1625 Hillcrest Lane<br>Fallbrook, California |
| Joseph Di Piazza<br>PO Box 483<br>Fallbrook, California | Kathryn Jane Donath<br>1625 Hillcrest Lane<br>Fallbrook, California |
| Harry J Divine<br>Rt 2, Box 159<br>Romoland, California | Robert E Dorland<br>PO Box 112<br>Temecula, California |
| Lillian L Divine<br>Rt 2, Box 159<br>Romoland, California | Cornelia Dorman<br>Rt 2, Box 138<br>Fallbrook, California |
| John R Dodson<br>Emerald Bay 224<br>Laguna Beach, California | Ura Dorman<br>Rt 2, Box 138<br>Fallbrook, California |
| Pearl Dodson<br>Emerald Bay 224<br>Laguna Beach, California | Phil H Doughty<br>4662 Bancroft Street<br>San Diego, California |
| Mary Isabelle Dold<br>Star Route Box 65<br>Hemet, California | Valeria Doughty<br>4662 Bancroft Street<br>San Diego, California |
| Emil M Dold<br>Star Route Box 65<br>Hemet, California | Thelma M Dunn<br>2633 Locksley Place<br>Los Angeles 39, California |
| Angelo Domenigoni<br>Winchester, California | Edwin Dover<br>Aguanga, California |
| Frances Domenigoni<br>Winchester, California | Essie R Dover<br>Aguanga, California |
| Margherita Domenigoni<br>Winchester, California | Paul Doville<br>Rt 2, Box 14<br>Fallbrook, California |
| Pete Domenigoni<br>Box 46<br>Winchester, California | Mamie M Downs<br>PO Box 341<br>Fallbrook, California |
| Jean Domenigoni<br>Winchester, California | Alberta L Drake<br>Rt 1, Box 97<br>Romoland, California |
| John T Donahoe<br>1915 Glendon Avenue<br>Los Angeles, California | Alden T Drake<br>Rt 1, Box 69<br>Romoland, California |
| William F Donahoe<br>1915 Glendon Ave<br>Los Angeles, California | Amos C Dreher<br>Rt 2, Box 29A<br>Fallbrook, California |

Jeanette D Dreher
Rt 2, Box 29-A
Fallbrook, California

Carl P Drescher
124 S Isbell St
Glendale, California

Ertin George Dunker
PO Box 571
Fallbrook, California

Laura A Dunn
c/o Barbara Dunn
231 Church Street
Chula Vista, California

John R Easton
Box 691
Fallbrook, California

Helen L East
1246 Hillcrest Lane
Fallbrook, California

Lloyd L East
1246 Hillcrest Lane
Fallbrook, California

Helen M Eberlein
Rt 1, Box 5
Fallbrook, California

Jack B Eberlein
Rt 1, Box 5
Fallbrook, California

Daniel W Eckerman
c/o Samuel Frakes
1811 Monte Vista Drive
Whittier, California

Gladys M Eckerman
c/o Samuel Frakes
1811 Monte Vista Drive
Whittier, California

Harry Eehigenburg
Box 608
Fallbrook, California

Katherine Eehigenburg
Box 608
Fallbrook, California

Cynthia S Eggers
Rt 1, Box 147
Fallbrook, California

Elmer R Eggers
Rt 1, Box 147
Fallbrook, California

Bertha J Ellis
Box 583
Fallbrook, California

Henry W Ellis
Box 583
Fallbrook, California

William Ellis
Rt 1, Box 157
Fallbrook, California

Pearl R Ellison
353 Oak Street
Glendale, California

Charlotte Mary Ellen Emery
Rt 2, Box 192
Fallbrook, California

Ralph K Enander
Box 562
Fallbrook, California

Joan C Enander
Box 562
Fallbrook, California

Samuel S Errett
229 W Alvarado
Fallbrook, California

Elsie C Errett
229 W Alvarado
Fallbrook, California

Hale B Eubanks
Rt 2, Box 244
Fallbrook, California

Marjorie H Eubanks
Rt 2, Box 244
Fallbrook, California

2195

Leta E Evans
Rt 1, Box 162
Romoland, California

Zeruah E Everett
607 N Freeman Street
Oceanside, California

Edna G Faeth
1565 E Mission Road, Box 253-A
Fallbrook, California

John M Faeth
1565 E Mission Road, Box 253-A
Fallbrook, California
Fallbrook Assembly of God
PO Box 716
Fallbrook, California

Fallbrook Builders Inc
PO Box 704
Fallbrook, California

Fallbrook Lumber Co
Mission Road
Fallbrook, California

Elsie L Farmer
1539 Mission Road
Fallbrook, California

William R Farmer
1539 Mission Road
Fallbrook, California

Hildegard T Farmer
Rt 2, Box 9
Fallbrook, California

Howard N Farmer
Rt 2, Box 9
Fallbrook, California

Evelyn M Farrant
Star Route
Aguanga, California

Hallie H Ferrell
240 E Fallbrook Street
Fallbrook, California

Gertrude Fester
Rt 2, Box 127
Fallbrook, California

Hugo Fester
Rt 2, Box 127
Fallbrook, California

Winona M Fiala
Winterhaven Road
Fallbrook, California

Richard R Fiala
Winterhaven Road
Fallbrook, California

Moina A Field
Box 655
Fallbrook, California

Ellen K Figaro
11522 E Thienes St
El Monte, California

Louis Figaro
11522 E Thienes St
El Monte, California

Florence M Fike
Aguanga, California

Crystal S Fisher
PO Box 261
Fallbrook, California

Richard C Fisher
PO Box 261
Fallbrook, California

Dorothy Fisher Box
Box 60 Star Rt
Hemet, California

John C Fisher
Box 60, Star Rt
Hemet, California

Mary A Fisher
428 Massahhusetts St
Vista, California

Ralph C Fisher
428 Massachusetts St
Vista, California

F D Fitzsimmons
Pala, California

Flora L Flashh
Box 487
Fallbrook, California

Edward Flasch
Box 487
Fallbrook, California

Dorothy Ann Flavin
1702 S Normandy Ave
Los Angeles, California

Joseph Flavin
1702 S Normandy Ave
Los Angeles, California

William S Fleshman
Rt 1, Box 4A
Fallbrook, California

Martha Fleshman
Rt 1, Box 4A
Fallbrook, California

Ed Flethher Company
1020 9th Avenue
San Diego 1, California

Homer M Fletcher
Rt 1, Box 3
Fallbrook, California

Elizabeth Fletcher
Rt 1, Box 3
Fallbrook, California

Gladys Fletcher
Box 412
Fallbrook, California

J W Fletcher
Box 412
Fallbrook, California

Dolores G Flinn
Rt 2, Box 158
Fallbrook, California

Jewel H Flinn
Rt 2, Box 158
Fallbrook, California

Ethel Flowers
Rt 2, Box 144
Elsinore, California

Roy Flowers
Rt 2, Box 144
Elsinore, California

Clement Fontana
6707 Sepulveda Blvd
Van Nuys, California

Josephine Fontana
6707 Sepulveda Blvd
Van Nuys, California

Tony E Fontana
6707 Sepulveda Blvd
Van Nuys, California

George S Fosnaugh
124 W 126th Street
Los Angeles, California

Aileen Isabell Fosnaugh
124 W 126th Street
Los Angeles, California

Francis Frakes
226 S Winona Drive
Beverly Hills, California

Samuel F Frakes
226 So Winona Drive
Beverly Hills, California

Geroge M Francis
PO Box 327
Fallbrook, California

Margaret E Francis
PO Box 327
Fallbrook, California

Mahlon Frank
1785 San Gabriel
San Marino 9, California

Agnes Frank
1785 San Gabriel
San Marino 9, California

Francis M Fredy
723 N Orange
Fallbrook, California

Augustine Fredy
723 N Orange
Fallbrook, California

Bessie L Freeman
Wildomar, California

Ida Mae Freeman
Box 85
Wildomar, California

James O Freeman
Temecula, California

2197
NPS. SAN DIEGO

Gladys E Freeman
PO Box 64
Wildomar, California

Russell O Freeman
PO Box 64
Wildomar, California

Carl Frick
Winchester, California

Beatrice Fuller
Box 721
Fallbrook, California

William Henry Fuller
Box 721
Fallbrook, California

Earl B Fuller
Rt 1, Box 214
Fallbrook, California

Evelyn M Fuller
128 Wisconsin Street
Fallbrook, California

Ora Grace Fuller
Wisconsin Avenue
Fallbrook, California

Kenneth Homer Gage
629 E 82nd Street
Los Angeles 1, California

George W Gagnon
PO Box 82
Murrieta, California

Flossie L Gakle
6164 Fidler Ave
Bellflower, California

John R Gakle
6164 Fidler Ave
Bellflower, California

Donald R Gallacher
410 Elder Street
Fallbrook, California

Evelyn M Gallacher
140 Elder St
Fallbrook, California

John G Galloway
PO Box 455
Fallbrook, California

Marjorie Galloway
PO Box 454
Fallbrook, California

Ethel Galloway
Box 255
Fallbrook, California

Loren H Galloway
Box 255
Fallbrook, California

Alda W Gemmell
Rt 2, Box 85
Fallbrook, California

John J Gemmell
Rt 2, Box 85
Fallbrook, California

Ida Garbini
Winchester, California

Erle Stanley Gardner
Box 67
Temecula, California

Marionetta Gardner
218 Aviation Road
Fallbrook, California

H Louise Garland
Box 322
Fallbrook, California

Zoe E Gassman
Box 431
Elsinore, California

Gladys L Gassman
Box 431
Elsinore, California

Arthur E Gaston
General Delivery
Banning, California

Harold J Gaston
319 E Ramsey
Banning, California

| | | |
|---|---|---|
| 1 | Gladys R Gauldin | Robert D Gill |
| 2 | 10806 S Painter Ave<br>Whittier, California | 827 Second<br>Imperial Beach, California |
| 3 | Richard R Gauldin | Mildred N Gladding |
| 4 | 10806 Painter Ave<br>Whittier, California | Box 118<br>Fallbrook, California |
| 5 | Lydia E Gerend | James Edward Gladding |
| 6 | 530 N Vine Street<br>Fallbrook, California | Box 118<br>Fallbrook, California |
| 7 | Harry J Geyer | Robert Albert Gladding |
| 8 | Box 664<br>Fallbrook, California | Box 68<br>Fallbrook, California |
| 9 | Mildred M Geyer | Sarah M Gladding |
| 10 | Box 664<br>Fallbrook, California | Box 68<br>Fallbrook, California |
| 11 | Alexandra De Arocha Ghika | Coral C Gledhill |
| 12 | Rt 1, Box 112<br>Fallbrook, California | 2049 Primrose<br>South Pasadena, California |
| 13 | Lucille A Gibbons | Harry J Gledhill |
| 14 | 110 N Main St<br>Fallbrook, California | 2049 Primrose<br>South Pasadena, California |
| 15 | James F Gibbons | Jackson C Glenn |
| 16 | 110 N Main St<br>Fallbrook, California | Dunn Street<br>Wildomar, California |
| 17 | Malcolm A Gibbs | Xenora E Glenn |
| 18 | Rt 2, Box 263<br>Fallbrook, California | Dunn Street<br>Wildomar, California |
| 19 | Katherine L Gibbs | Mary E Golden |
| 20 | Rt 2, Box 263<br>Fallbrook, California | c/o W J Campbell<br>465 Golden Road |
| 21 | William S Gibbs<br>Elsinore, California | Fallbrook, California |
| 22 | | Lela P Goldenbee |
| 23 | Evelyn Gibbs<br>Elsinore, California | 1411 W 66th Street<br>Los Angeles 11, California |
| 24 | Alfred E Gilbert | George W Goldenbee |
| 25 | 1052 W 6th Street<br>Los Angeles 17, California | 1411 W 66th Street<br>Los Angeles 11, California |
| 26 | Mary L Giles | Jean Good<br>General Delivery |
| 27 | 2506 Albatross Street<br>San Diego, California | Fallbrook, California |
| 28 | Betty E Gill | Gladys A Goodcase |
| 29 | 827 Second'<br>Imperial Beach, California | Box 185<br>San Clemente, California |

2199
NPS. SAN DIEGO

Otto R Goodcase
Box 185
San Clemente, California

Douglas C Gordon
720 S Main Street
Fallbrook, California

Opal E Gordon
720 S Main Street
Fallbrook, California

Richard B Goss
Rt 1, Box 196-B
Fallbrook, California

Sarah H Goss
Rt 1, Box 196-B
Fallbrook, California

Harvey O Gossen
1313 E 64th Street
Los Angeles 1, California

Ginger Mae Gottula
Box 1264
Hemet, California

Theodore A Gottula
Box 1264
Hemet, California

G R Gough
401 E Franklin St
Elsinore, California

Bonnie Gough
1st National Bank Building
Elsinore, California

G R Gough
1st National Bank Building
Elsinore, California

Clara Ellis Gracey
PO Box 272
Fallbrook, California

R C Gracey
PO Box 272
Fallbrook, California

George Graham
Rt 1, Box 283
Fallbrook, California

Sarah Jane Graham
Rt 1, Box 283
Fallbrook, California

H L Graham
Box 554
Fallbrook, California

Theresa A Graham
Box 554
Fallbrook, California

Genevieve Graiff
490 Hambaugh Way
Vista, California

Darwin L Graiff
490 Hambaugh Way
Vista, California

Emilie J Grammer
Warner Springs, California

Martin J Grammer
Warner Springs, California

John Fred Grammer
Warner Springs, California

Naomi Mary Grantham
1652 Mission Road
Fallbrook, California

Raymond A Grantham
1652 Mission Road
Fallbrook, California

Alice M Green
2004 N Hoover Street
Los Angeles 27, California

Gertrude A Green
Po Box 274
Fallbrook, California

S W Green
2004 N Hoover Street
Los Angeles 27, California

Zade Green
PO Box 274
Fallbrook, California

Anita A Greer
3462 West Street
Redding, California

2200
NPS. SAN DIEGO

William Clark Greer
3562 West Street
Redding, California

John Gregor
Vista Auto Court
Vista, California

Alfred A Gregory
Box 145
Elsinore, California

Helen Louise Grevatt
Box 61
Fallbrook, California

William Ferens Grevatt
PO Box 61
Fallbrook, California

Harold W Griffith
Box 57
Fallbrook, California

Mary E Griffith
Box 57
Fallbrook, California

Henry C Griffith
Box 57
Fallbrook, California

George A Groebli
PO Box 90
Murrieta, California

Gladys E Groleau
139 S Main Street
Fallbrook, California

Lawrence J Groleau
139 S Main Street
Fallbrook, California

Augusta M Groom
639 DeLuz Road
Fallbrook, California

Homer P Groom
639 DeLuz Road
Fallbrook, California

Edith J Grover
Rt 1, Box 135
Fallbrook, California

Ellis R Grover
Rt 1, Box 135
Fallbrook, California

Orville T Grow
Rt 2, Box 86188
Fallbrook, California

A Mae Gruner
Rt 2, Box 731A
Escondido, California

Jason David Guliher
720 Pacific Ave
Oceanside, California

Lillian A Guliher
720 Pacific Ave
Oceanside, California

Elmar M Gust
1151 Old Stage Road
Fallbrook, California
Viola Gust
1151 Old Stage Road
Fallbrook, California

C W Haggard
Box 137
Star Rt
Hemet, California

Lillie N Haggard
Box 137, Star Rt
Hemet, California

Edward L Haire
1922 W 65th Street
Los Angeles 47, California

Mary E Haire
1922 W 65th Street
Los Angeles 47, California

Alfred P Halbin
203 E College
Fallbrook, California

11ND-GEN-191 (8/56)

| | | |
|---|---|---|
| 1 | Josie G Hale | Thor C Hansen |
| | 237 E Amerige Ave | Box 115 |
| 2 | Fullerton, California | Fallbrook, California |
| 3 | Walter B Hale | Bernadean Hanson |
| | 237 E Amerige Ave | 7830 Allengrove St |
| 4 | Fullerton, California | Downey, California |
| 5 | E Gordon Hall | W Horace Hanson |
| | Rt 1, Box 508 | 7830 Allengrove St |
| 6 | Fallbrook, California | Downey, California |
| 7 | Margaret Burgess Hall | Elsie L Harris |
| | Rt 1, Box 508 | Rt 1, Box 82 |
| 8 | Fallbrook, California | Romoland, California |
| 9 | Lillian M Hamilton | I G Harris |
| | Rt 1, Box 6 | Rt 1, Box 82 |
| 10 | Fallbrook, California | Romoland, California |
| 11 | Etta Hamilton | David R Harris |
| | Po Box 673 | 1851 Jeanette Place |
| 12 | Fallbrook, California | Long Beach, California |
| 13 | Charles G Hamilton | Jeanne M Harris |
| | Rt 1, Box 6 | 1851 Jeanette Place |
| 14 | Fallbrook, California | Long Beach, California |
| 15 | E W Hamilton | Florine D Harrison |
| | Rt 2, Box 236 | 101 N Main Street |
| 16 | Fallbrook, California | Fallbrook, California |
| 17 | Nellie M Hamilton | Leighton L Harrison |
| | Rt 2, Box 236 | 101 N Main Street |
| 18 | Fallbrook, California | Fallbrook, California |
| 19 | Lincoln J Hamilton | Howard V Harrison |
| | Anza, California | PO Box 502 |
| 20 | | Fallbrook, California |
| 21 | Louise Phebe Hamilton | Lillian E Harvey |
| | Anza, California | PO Box 474 |
| 22 | | Fallbrook, California |
| | Douglas Hamilton | Homer H Harvey |
| 23 | PO Box 87 | PO Box 474 |
| | Fallbrook, California | Fallbrook, California |
| 24 | Viola V Hamilton | Cliff H Haselwood |
| | PO Box 87 | PO Box 591 |
| 25 | Fallbrook, California | Fallbrook, California |
| 26 | Bessie P Hampton | Rana D Haselwood |
| | Rt 2, Box 198-B | Box 122 |
| 27 | Fallbrook, California | Fallbrook, California |
| 28 | John Hampton | |
| 29 | Rt 2, Box 198-B | |

2202
NPS, SAN DIEGO

Lena Haselwood
PO Box 591
Fallbrook, California

Lester B Haselwood
BO Box 591
Fallbrook, California

Floyd W Hassler
PO Box 24
Fallbrook, California

Elsie M Hassler
PO Box 24
Fallbrook, California

Shirley M Havers
Rt 2, Box 133
Fallbrook, California

Stewart L Havers
Rt 2, Box 13
Fallbrook, California

Eva J Hawkins
PO Box 613
Fallbrook, California

Hugh G Hawkins
PO Box 613
Fallbrook, California

Velma M Hawn
202 N Brandon Road
Fallbrook, California

George Haworth
Rt 1
Wildomar, California

Laura E Haworth
Rt 1
Wildomar, California

Leslie Orlo Hayes
7046 6th Ave
Los Angeles 43, California

Nelle B Hayes
7046 6th Ave
Los Angeles 43, California

Fletcher H Hayward
Aguanga, California

Theda B Hayward
Agunga, California

Hayward Lumber Co
410 San Fernando Road
Los Angeles 53, California

Alice L Heald
Box 305, Live Oak Park Rd
Fallbrook, California

O P Heald
Box 305, Live Oak Park Rd
Fallbrook, California

Charles F Heald
201 Peck St
Elsinore, California

Hector Hecock
PO Box 692
Fallbrook, California

Mary A Hecock
Rt 1, Box 259
Fallbrook, California

Harry L Hecock
Rt 1, Box 259
Fallbrook, California

Maude Hecock
Rt 1, Box 258
Fallbrook, California

Edna B Hedeen
205 E View Street
Fallbrook, California

Alfred C Hedeen
205 E View St
Fallbrook, California

Frances M Hedler
Winchester, California

William M Hedler
Winchester, California

Lula M Hedrick
529 E Fallbrook Street
Fallbrook, California

Earl O Hedrick
529 E Fallbrook Street
Fallbrook, California

Dora Held
DeLuz Road
Fallbrook, California

2203
NPS. SAN DIEGO

| | |
|---|---|
| Harry Held<br>DeLus Road<br>Fallbrook, California | Lorraine I Hicks<br>Stagecoach Lane<br>Fallbrook, California |
| Esther M Henry<br>PO Box 674<br>Fallbrook, California | Norman L Hicks<br>Stagecoach Lane<br>Fallbrook, California |
| John D Henry<br>PO Box 674<br>Fallbrook, California | C Norman Hicks<br>4383 Piedmont Drive<br>San Diego 7, California |
| George D Hepburn<br>Box 97-B<br>Anza, California | Dorothy Hicks<br>4383 Piedmont Drive<br>San Diego 7, California |
| Florence J Hepburn<br>Box 97-B<br>Anza, California | C S Hilliard<br>Box 101<br>Murrieta, California |
| Mary R Herrell<br>Rt 1, Box 6E<br>Fallbrook, California | Ruth A Hitt<br>Rt 2, Box 176<br>Fallbrook, California |
| Ray N Herrell<br>Rt 1, Box 6E<br>Fallbrook, California | William H Hitt<br>Rt 2, Box 176<br>Fallbrook, California |
| Francis W Hess<br>Rt 2, Box 258<br>Fallbrook, California | Beatrice L Hodding<br>4351 Whitewood Ave<br>Long Beach 8, California |
| Merna J Hess<br>Rt 2, Box 258<br>Fallbrook, California | Walford M Hodding<br>4351 Whitewood Ave<br>Long Beahh 8 California |
| Daisy M Heydenreich<br>5247 Huntington Drive<br>Los Angeles 32, California | Lillian Jean Hodge<br>PO Box 139<br>Fallbrook, California |
| E H Heydenreich<br>5247 Huntington Drive<br>Los Angeles 32, California | Robert B Hodge<br>PO Box 139<br>Fallbrook, California |
| Judy Hibbard<br>1305 N Rose Ave<br>Compton 2, California | Hodges, Kenneth V<br>6110 La Jolla Blvd<br>La Jolla, California |
| Royal Hibbard<br>1305 N Rose Avenue<br>Compton 2, California | Kathleen Diana Hodges<br>6110 La Jolla Blvd<br>La Jolla, California |
| Martha Hibbs<br>PO Box 858<br>Fallbrook, California | Lina S Hofeädt<br>Box 104<br>Wildomar, California |

2204

| | | |
|---|---|---|
| 1 | Charles F Hodeldt<br>Box 104<br>Wildomar, California | Alfred Holsworth<br>PO Box 17<br>DeLuz, California |
| 2 | | |
| 3 | Eleanore F Hoffacker<br>7420 W 92nd Street<br>Los Angeles 45, California | Helen E Holsworth<br>PO Box 17<br>DeLuz, California |
| 4 | | |
| 5 | John G Hoffacker<br>7420 W 92nd Street<br>Los Angeles 45, California | Robert G Hodd<br>806 West Street<br>Oceanside, California |
| 6 | | |
| 7 | Walter Hogarth<br>940 N Orange Drive<br>Los Angeles 38, California | Ruby Lee Hood<br>806 West Street<br>Oceanside, California |
| 8 | | |
| 9 | Cathryn L Holcomb<br>316 3rd Street<br>Chula Vista, California | Gertrude F Hoopes<br>1545 Colegrove Ave<br>Montebello, California |
| 10 | | |
| 11 | E Marie Holdaway<br>PO Box 307<br>El Cajon, California | Leslie W Hoopes<br>1545 Colegrove Ave<br>Montebello, California |
| 12 | | |
| 13 | Bill Holland<br>General Delivery<br>Fallbrook, California | Alonzo V Hoover<br>Box 513<br>Fallbrook, California |
| 14 | | |
| 15 | Marie Holland<br>General Delivery<br>Fallbrook, California | Maria E Hopkins<br>Rt 1, Box 251<br>Fallbrook, California |
| 16 | | |
| 17 | D L Hollowell<br>Rt 1, Box 236<br>Fallbrook, California | William R Hopkins<br>Rt 1, Box 251<br>Fallbrook, California |
| 18 | | |
| 19 | Eva Hollowell<br>Rt 1, Box 236<br>Fallbrook, California | Helen I Houston<br>750 E Alvarado St<br>Fallbrook, California |
| 20 | | |
| 21 | Leone Holman<br>E Elder Street<br>Fallbrook, California | Elizabeth Houston<br>750 E Alvarado St<br>Fallbrook, California |
| 22 | | |
| 23 | William Holman<br>E Elder Street<br>Fallbrook, California | Birdie M Howard<br>Rt 2, Box 148<br>Fallbrook, California |
| 24 | | |
| 25 | Ervin Howard Holmes<br>Star Rt, Box 70<br>Hemet, California | Glentie G Howard<br>Rt 2, Box 148<br>Fallbrook, California |
| 26 | | |
| 27 | Erma Hazel Holmes<br>Star Rt, Box 70<br>Hemet, California | Nellie J Howell<br>Wildomar, California |
| 28 | | Kenneth L Howell<br>Wildomar, California |
| 29 | Raymond Hohn Holmes<br>Rt 1, Box 573<br>Fallbrook, California | |

11IND-GEN-191 (8/56)

-27-

| | | |
|---|---|---|
| 1 | Hilda M Kroch | Irene Hutson |
| | PO Box 494 | 8104 Roy Street |
| 2 | Fallbrook, California | Lemon Grove, California |
| 3 | Theodore E Kroch | Robert H Hutson |
| | PO Box 494 | 8104 Roy Street |
| 4 | Fallbrook, California | Lemon Grove, California |
| 5 | Arthur W Hudson | Delila D Hutton |
| | 549 S Wilton Place | PO Box 331 |
| 6 | Los Angeles 5, California | Fallbrook, California |
| 7 | Marguerite C Hughes | Clarence E Hutton |
| | 110 S Wisconsin | PO Box 331 |
| 8 | Fallbrook, California | Fallbrook, California |
| 9 | Delbert Hughes | Vera Ingalls |
| | Rt 1, Box 288 | Rt 2, Box 214 |
| 10 | Fallbrook, California | Fallbrook, California |
| 11 | Donelda Hughes | William E Ingalls |
| | Rt 1, Box 288 | Rt 2, Box 214 |
| 12 | Fallbrook, California | Fallbrook, California |
| 13 | G Bruce Hunt | Howard Inglish |
| | 120 N Orange Street | Fallbrook, California |
| 14 | El Cajon, California | |
| 15 | Pearl R Hunt | Harriett N Ingram |
| | 120 N Orange Street | 1101 So Cleveland St |
| 16 | El Cajon, California | Oceanside, California |
| 17 | K E Hunter | Bianca Inhelder |
| | 427 W Cypress Street | Rt 2, Box 239 |
| 18 | Glendale 4, California | Fallbrook, California |
| 19 | Joseph G Hunter | William Inhelder |
| | Box 87 | Rt 2, Box 239 |
| 20 | Wildomar, California | Fallbrook, California |
| 21 | Viola M Hunter | W H Ivey |
| | Box 87 | 235 W Cedar Ave |
| 22 | Wildomar, California | Burbank, California |
| 23 | Florence V Huscher | |
| | c/o Martha Hibbs | |
| 24 | Po Box 442 | |
| 25 | Fallbrook, California | |
| 26 | Winifred Fay Huscher | |
| | c/o Martha Hibbs | |
| 27 | PO Box 858 | |
| | Fallbrook, California | |
| 28 | Martha E Huscher | |
| | c/o Martha Hibbs | |
| 29 | PO Box 858 | |
| | Fallbrook, California | |

1IND-GEN-191 (8/56)

2206
NPS. SAN DIEGO

Isabelle B Jack
Rt 2, Box 125
Fallbrook, California

Raymond L Jack
Rt 2, Box 125
Fallbrook, California

Louise Jackson
Aguanga, California

Roy C Jackson
Aguanga, California

Florence H Jacobs
802 Alvarado Street
Fallbrook, California

Lillian M Jacobs
802 Alvarado Street
Fallbrook, California

Gertrude A Jago
Rt 2, Box 145
Fallbrook, California

Herbert E Jago
Rt 2, Box 145
Fallbrook, California

Albert A James
Rt 2, Box 168
Fallbrook, California

Sarah James
Rt 2, Box 168
Fallbrook, California

Herbert James
PO Box 794
Fallbrook, California

Minnie James
PO Box 794
Fallbrook, California

Ruth N James
Rt 2, Box 180-A
Fallbrook, California

William A James
Rt 2, Box 180-A
Fallbrook, California

Della James
c/o Walton T Griffith
2888 Frances Avenue
Los Angeles 5, California

D Jameson
213 No Main Street
Fallbrook, California

Adeline L Jameson
213 No Main Street
Fallbrook, California

Minna Jave
Rt 2, Box 32
Fallbrook, California

Albert Jeffries
PO Box 794
Fallbrook, California

Martha Jeffries
PO Box 794
Fallbrook, California

Ernest Jenewein
406 North Mentor
Pasadena, California

Gertrude Lillian Jenewein
406 North Mentor
Pasadena, California

Francis A Jenewein
1234 So Vine Street
Fallbrook, California

Virginia Mae Jenewein
1234 So Vine Street
Fallbrook, California

Jessie M L Jesson
Box 143
Fallbrook, California

Gwendolyn H Johannsen
Rt 1, Box 82
San Jacinto, California

Louis J Johannsen
Rt 1, Box 82
San Jacinto, California

Arthur W Johnson
2041 East Mission Road
Fallbrook, California

Melena M Johnson
2041 E Mission Road
Fallbrook, California

2207

11ND-GEN-191 (8/56)

NPS. SAN DIEGO

| | |
|---|---|
| Marion V Johnson<br>PO Box 231<br>Fallbrook, California | Frances B Jones<br>1077 Laguna Road<br>Pasadena, California |
| Earl E Johnson<br>PO Box 231<br>Fallbrook, California | George L Jones<br>1077 Laguna Road<br>Pasadena 2, California |
| George E Johnson<br>Rt 2, Box 197<br>Fallbrook, California | Melvin C Jones<br>Box 87<br>Wildomar, California |
| Elivanda Mae Johnson<br>Rt 2, Box 197<br>Fallbrook, California | Nettie Virginia Jones<br>Box 95<br>Fallbrook, California |
| Gust H Johnson<br>Box 288<br>Fallbrook, California | Stanley Jones<br>PO Box 75<br>Fallbrook, California |
| Gertrude Johnson<br>Box 288<br>Fallbrook, California | Bernice H Jorgenson<br>Box 461<br>Fallbrook, California |
| Ober F Johnson<br>Rt 2, Box 130<br>Fallbrook, California | Lloyd L Juelson<br>Box 88<br>Fallbrook, California |
| Vera Lewis Johnson<br>Rt 2, Box 130<br>Fallbrook, California | Marybelle Hawkes Juelson<br>Box 88<br>Fallbrook, California |
| Charles T Johnson<br>Anza, California | B M Jurkovich<br>410 Main Street<br>Huntington Beach, California |
| Frances M Johnston<br>902 Fallbrook Street<br>Fallbrook, California | William James<br>c/o Walton T Griffith<br>2888 Frances Avenue<br>Los Angeles 5, California |
| Mabel L Johnston<br>902 Fallbrook Street<br>Fallbrook, California | |
| Murray S Johnston<br>902 Fallbrook Street<br>Fallbrook, California | |
| John P Jones<br>2725 Harcourt Ave<br>Los Angeles 16, California | |
| Pearl O Jones<br>2725 Harcourt Ave<br>Los Angeles 16, California | |

2208

| | |
|---|---|
| Claire Kaufman<br>7024 Hawthorne Avenue<br>Hollywood 46, California | Arthur A King<br>PO Box 722<br>Fallbrook, California |
| Sam Kaufman<br>7622 Fountain Avenue<br>Los Angeles 46, California | George E King<br>1002 North Orange<br>Fallbrook, California |
| Eckley M Keach<br>53 Wilshire Avenue<br>Vallejo, California | Allene King<br>1002 North Orange<br>Fallbrook, California |
| Edrie Keach<br>53 Wilshire Avenue<br>Vallejo, California | Florence Eva King<br>Box 372<br>Fallbrook, California |
| Ruth Kellum<br>c/o A B Dinsen<br>PO Box 816<br>Star Rt, Box 6<br>Fallbrook, California | Frederick Theodore King<br>Box 372<br>Fallbrook, California |
| H E Kennedy<br>Aguanga, California | Marina B Kingston<br>Po Box 504<br>Fallbrook, California |
| Mina Kennedy<br>Aguanga, California | George E Kingston<br>PO Box 504<br>Fallbrook, California |
| Thomas K Kenney<br>1638 W 83rd Street<br>Los Angeles 47, California | Edward P Kinney<br>Box 26<br>DeLuz, California |
| Ruth W Kenney<br>1638 W 83rd Street<br>Los Angeles 47, California | Mary Kinney<br>Box 26<br>DeLuz, California |
| John B Kentis<br>9943 Bogue<br>Temple City, California | C C Kinsman<br>Box 22<br>Fallbrook, California |
| Penelope C Kentis<br>1268 W 38th Place<br>Los Angeles 37, California | Tyke G Kinsman<br>Box 22<br>Fallbrook, California |
| Faith W Kenworthy<br>General Delivery<br>Fallbrook, California | Marguerite Kirk<br>Rt 2, Box 238-A<br>Fallbrook, California |
| Lionel C Kenworthy<br>General Delivery<br>Fallbrook, California | Laurence Kirk<br>Rt 2, Box 238-A<br>Fallbrook, California |
| Larry H Keown<br>222  Ammunition Road<br>Fallbrook, California | Martha S Kirk<br>PO Box 6010<br>Yermo, California |
| Mildred W Keown<br>222 Ammunition Road<br>Fallbrook, California | Terence S Kirk<br>PO Box 6010<br>Yermo, California |

2209

| | |
|---|---|
| Ellis Kirtley<br>Box 239<br>Fallbrook, California | Clara B Korb<br>Box 211<br>Fallbrook, California |
| Emil Klaviter<br>Rt 1, Box 24<br>Fallbrook, California | Walter L Korb<br>Box 211<br>Fallbrook, California |
| Martha C Klaviter<br>Rt 1, Box 24<br>Fallbrook, California | Samuel K Kotich<br>PO Box 226<br>Fallbrook, California |
| C A Kline<br>Oak Grove<br>Aguanga, California | Walter Rudolph Kuhn<br>Po Box 546<br>Fallbrook, California |
| Laurence D Klose<br>1317 So Mayflower<br>Monrovia, California | John Kuhnis<br>Rt 2, Box 20<br>Fallbrook, California |
| Thomas Gale Knight<br>Box 453<br>Fallbrook, California | |
| Mildred Pearl Knowles<br>PO Box 697<br>Fallbrook, California | |
| Pearl M Knowles<br>PO Box 697<br>Fallbrook, California | |
| Rolly Lawrence Knowles<br>PO Box 697<br>Fallbrook, California | Flora B Lackey<br>311 North Pico St<br>Fallbrook, California |
| John Knudsen<br>Star Rt, Box 30-A<br>Hemet, California | Ida M Lackey<br>627 Juniper Street<br>Fallbrook, California |
| Gladys M Knudsen<br>Star Rt, Box 30-A<br>Hemet, California | James M Lackey<br>627 Juniper Street<br>Fallbrook, California |
| Joseph Merrill Kolb, Executor<br>of Estate of Margaret Kolb,<br>deceased.<br>Temecula, California | Mary W Lamb<br>Rt 1, Box 173<br>Fallbrook, California |
| Theodosia I Kolb<br>Box 162<br>Fallbrook, California | C E Lamb<br>Rt 1, Box 173<br>Fallbrook, California |
| Leora N Korb<br>Box 211<br>Fallbrook, California | Doris E Lancaster<br>Rt 1, Box 1429<br>Carlsbad, California |
| | George D Lancaster<br>Rt 1, Box 1429<br>Carlsbad, California |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

2210

| | |
|---|---|
| 1 | Richard C Lane |
| | 1251 No Coast Boulevard |
| 2 | Laguna Beach, California |
| | |
| 3 | Jessie S Lane |
| | 1251 No Coast Boulevard |
| 4 | Laguna Beach, California |
| | |
| 5 | Alice Lange |
| | PO Box 456 |
| 6 | Fallbrook, California |
| | |
| 7 | George A Lange |
| | PO Box 456 |
| 8 | Fallbrook, California |
| | |
| 9 | Agnes A Langstraat |
| | Front & Elm Sts |
| 10 | Wildomar, California |
| | |
| 11 | Henry Langstraat |
| | Front & Elm Sts |
| 12 | Wildomar, California |
| | |
| 13 | W F Lattimer |
| | 402 E Porter |
| 14 | Fallbrook, California |
| | |
| 15 | Alice M Lattimer |
| | 402 E Porter |
| 16 | Fallbrook, California |
| | |
| 17 | Clarence E Latz |
| | 5807 Lockheed Avenue |
| 18 | Whittier, California |
| | |
| 19 | Margaret E Latz |
| | 5807 Lockheed Avenue |
| 20 | Whittier, California |
| | |
| 21 | Harvey M Laughlin |
| | 844 Hamilton Lane |
| 22 | Fallbrook, California |
| | |
| 23 | Mildred Laughlin |
| | 844 Hamilton Lane |
| 24 | Fallbrook, California |
| | |
| 25 | Fred D Leach |
| | Rt 1, Box 13 |
| 26 | Fallbrook, California |
| | |
| 27 | Grace M Leach |
| | Rt 1, Box 13 |
| 28 | Fallbrook, California |
| 29 | |

James Gordon Leath
Rt 1, Box 45
Fallbrook, California

Margaret Ann Leath
Rt 1, Box 45
Fallbrook, California

Lydia E Leidberg
Box 861
Elsinore, California

Edwin R Leidberg
Box 861
Elsinore, California

Lawrence A Lenfers
Box 62
Fallbrook, California

Nell A Lenfers
Box 62
Fallbrook, California

Vee McCormick Lewis
782 Knoll Park Lane
Fallbrook, California

J M Shell Lewis
782 Knoll Park Lane
Fallbrook, California

Harry A Lewis, Jr
General Delivery
Fallbrook, California

Lael S Lewis
General Delivery
Fallbrook, California

Charles F Leyhe
Rt 1, Box 14
Fallbrook, California

Marjorie W Leyhe
Rt 1, Box 14
Fallbrook, California

Henry R Lichtwald
Anza, California

Mary R Liedke
123 West Palm Avenue
El Segundo, California

Walter A Liedke
123 West Palm Avenue
El Segundo, California

2211

Charles H Liefer
Box 66
Temecula, California

Viola S Liefer
Box 66
Temecula, California

Frank L Lillie
Rt 2, Box 141 (Rainbow)
Fallbrook, California

Nellie Lillie
Rt 2, Box 141
Fallbrook, California

Ruth Lillie
Box 383
Fallbrook, California

Ruth E Lloyd
PO Box 371
Fallbrook, California

Carlton W Lloyd
PO Box 371
Fallbrook, California

Lucille O Lockridge
PO Box 254
Fallbrook, California

Paul F Lockridge
Po Box 254
Fallbrook, California

Fay Winifred Lodes
202 No Wisconsin St
Fallbrook, California

Edgar S Lohman
PO Box 37
Temecula, California

Myrtle D Lohman
PO Box 37
Temecula, California

Alice B Long
PO Box 685
Fallbrook, California

Kenneth W Long
PO Box 685
Fallbrook, California

Milan H Longwell
317 So Hill Street
Oceanside, California

None A Longwell
422 So Ditmar St
Oceanside, California

Salvador Lopez
Box 423
Fallbrook, California

Manon T Lord
Elsinore, California

Victor C Lord
Elsinore, California

Clara Loritsch
Box 198
Fallbrook, California

Harold D Loritsch
Box 198
Fallbrook, California

A Godfrey Loveberg
2218 N New Hampshire
Los Angeles 27, California

Esther Loveberg
2218 N New Hampshire
Los Angeles  27, California

Phillis B Lowe
PO Box 492
Fallbrook, California

Edward C Lubben
1838 E Santa Barbara
Los Angeles, California

Pauline C Lubben
1838 E Santa Barbara
Los Angeles, California

Mary A Ludy
Rt 1, Box 3
Fallbrook, California

Per Z Lund
PO Box 372
El Centro, California

Lundgren, Bpha A
Aguanga, California

2212

Fridolph E E Lundgren
Aguanga, California

Grace Lundgren
8902 Dalton Avenue
Los Angeles 47, California

Alfred E Lutze
Rt 2, Box 208
Fallbrook, California

S F Lyon
Rt 2, Box 470
Elsinore, California

Ora C Lyon
Rt 2, Box 470
Elsinore, California

2213
NPS. SAN DIEGO

Lottie Mae McAnear
221 N Pasadena
Fallbrook, California

Z . H. McAnear
221 N Pasadena
Fallbrook, California

Roy B McCash
Anza, California

Thelma E McCash
Anza, California

Myra L McClung
Fallbrook, California

Cecil B McDaniel
Aguanga, California

Zora M. McDaniel
Aguanga, California

Ernest F McDonald
Rt 2  Box 255-A
Fallbrook, California

Beatrice McDonald
Rt 1  Box 500
Fallbrook, California

Orville J. McDonald
Rt 1  Box 500
Fallbrook, California

Homer C McDowell
Rt 2  Box 30
Fallbrook, California

Marion J. McDowell
Rt 2  Box 30
Fallbrook, California

P P B McElhinney
125 E 8th St
Long Beach, California

Dorothy McElhinney
Romoland, California

Emily McElwain
Rt 1 Box 156
Romoland, California

Norbert A. McElwain
Rt 1 Box 156
Romoland, California

Grace A McGarvin
Rt 2  Box 27
Fallbrook, Californiaz

Jacob A McKathnie
Rt 2  Box 191
Fallbrook, California

Zella M McKathnie
Rt 2  Box 191
Fallbrook, California

Geddie W McKethan
Rt 2  Box 119
Fallbrook, California

Adelbert C  McKinney
Rt 2 Box 1
Elsinore, California

Irene J  McManigill
Rt 1 Box 188
Fallbrook, California

Howard McManigill
1135 Maple Ave.
Los Angeles 15, California

Barbara McMillan
334 East Dougherty
Fallbrook, California

Neola C. McTavish
700 No. Stagecoach Lane
Fallbrook, California

Earl E. McTavish
700 No Stagecoach Lane
Fallbrook, California

Ben Maben
6319 Aldama
Los Angeles 42, California

Edna G. Maben
6319 Aldama
Los Angeles 42, California

Clara E. MacDonald
Rt 2  Box 169
Fallbrook, California

Harriet P. Mack
Star Rt 1 Box 64
Fallbrook, California

Brice H Mack
Star Rt 1, Box 64
Fallbrook, California

Amorita N. Macy
Wildomar, California

Katherine Madley
203 E Fallbrook St
Fallbrook, California

36

2214

| | |
|---|---|
| William C. Madley<br>203 E Fallbrook St<br>Fallbrook, California | Cecil G. Margetts<br>7275 Blackstone St.<br>La Mesa, California |
| Eldridge MacLeod<br>Box 87<br>Wildomar, California | Louise Margetts<br>7275 Blackstone St.<br>La Mesa, California |
| Clara N. MacLeod<br>Box 87<br>Wildomar, California | Jeanne S. Marks<br>Rt 1, Box 242<br>Fallbrook, California |
| Harold R. Mahr<br>507 S Main St<br>Fallbrook, California | Robert J. Marks<br>Rt 1, Box 242<br>Fallbrook, California |
| Inita M. Mahr<br>507 S Main St<br>Fallbrook, California | John Stuart Marshall<br>Box 547<br>Fallbrook, California |
| Ada L Mahr<br>Rt 2 Box 32<br>Fallbrook, California | Nance Harvey Marshall<br>Box 547<br>Fallbrook, California |
| Herbert C. Mahr<br>Rt 2 Box 32<br>Fallbrook, California | Hazel A Martel<br>2501 N San Gabriel Blvd<br>South San Gabriel, California |
| Allen G Mahurin<br>677 Grand Ave<br>Long Beach, California | Charles E Martin<br>Star Rt Box 119<br>Hemet, California |
| Mary G Mahurin<br>677 Grand Ave<br>Long Beach, California | Dora A. Martin<br>Star Rt Box 119<br>Hemet, California |
| Edward Porter Major II<br>4527 Toucan St<br>Torrance, California | Patsy Martin<br>135 S Wisconsin<br>Fallbrook, California |
| Arthur C Malette<br>Rt 2  Box 217<br>Fallbrook, California | George P. Martin<br>135 S Wisconsin St<br>Fallbrook, California |
| Radee Malette<br>Rt 2 Box 217<br>Fallbrook, California | Hazel Martin<br>1334 E Hillcrest Lane<br>Fallbrook, California |
| Louis A Mangan<br>1142 Avalon Blvd<br>Wilmington, California | Verne B Martin<br>Rt 2 Box 262<br>Fallbrook, California |
| Demetrios Z Manthos<br>Star Rt Box 108<br>Anza, California | Madge Marty<br>618 E. Broadway<br>Hawthorne, California |
| John A. Marchant<br>PO Box 426<br>Fallbrook, California | Mar Vista Investment Company<br>2639 Highland Ave<br>National City, California |
| Migno C Marchant<br>PO Box 426<br>Fallbrook, California | Fred Masheeco<br>PO Box 744<br>Fallbrook, California |

GPO 16—20698-1

37

| | | |
|---|---|---|
| 1 | Sybil Masheeco<br>PO Box 744 | Mary E Meyer<br>344 So Arroyo Dr |
| 2 | Fallbrook, California | San Gabriel, California |
| 3 | Alfred Mason | John A Meyer |
| 4 | De Luz, California | 344 So Arroyo Dr<br>San Gabriel, California |
| 5 | Masonic Temple Association of Fallbrook<br>Box 367 | Andrew Meza |
| 6 | Fallbrook, California | 455 E Alvarado<br>Fallbrook, California |
| 7 | Theodore C. Mattfield<br>235 E Juniper | Concepcion Meza |
| 8 | Fallbrook, California | Box 623<br>Fallbrook, California |
| 9 | Orianna F Mattfield<br>235 E Juniper | Justino Meza |
| 10 | Fallbrook, California | Box 623<br>Fallbrook, California |
| 11 | Gladys I Matzinger<br>Star Rt Box 66 | Clarissa S. Miles |
| 12 | Hemet, California | Box 252<br>Fallbrook, California |
| 13 | Norman W. Matzinger<br>Star Rt Box 66 | Ellen M Milholland |
| 14 | Hemet, California | Star Rt Box 79<br>Hemet, California |
| 15 | Pearl V Maule<br>Aguanga, California | Richard L Milholland |
| 16 | Cora May Maze | Star Rt Box 79<br>Hemet, California |
| 17 | PO Box 52<br>Fallbrook, California | Nellie M. Milholland |
| 18 | Mary Medran | Star Rt Box 71<br>Hemet, California |
| 19 | Aguanga, California | George W Milholland |
| 20 | Julian R Medran<br>Aguanga, California | Star Rt Box 71<br>Hemet, California |
| 21 | Bessie Coyle Meredith (Orcutt) | Robert L Miller |
| 22 | Box 554<br>Fallbrook, California | 1216 South Main St<br>Fallbrook, California |
| 23 | Ernest L Messner<br>5429 Crenshaw Blvd | Saranda H Miller |
| 24 | Los Angeles 43, California | 1216 So Main St<br>Fallbrook, California |
| 25 | Kathryn F Messner<br>5429 Crenshaw Blvd | Perry Eugene Milton |
| 26 | Los Angeles 43, California | Box 471<br>Fallbrook, California |
| 27 | Bertha I Meyer<br>Rt 2 Box 195 | Norissa Pauline Milton |
| 28 | Fallbrook, California | Box 471<br>Fallbrook, California |
| 29 | Peter Meyer<br>Rt 2 Box 195 | William A Minnick<br>660 Redondo Ave |
| | Fallbrook, California | Long Beach, California |

**2216**

NPS. SAN DIEGO

11ND-GEN-191 (8/56)

| | |
|---|---|
| Nellie P Minnick<br>660 Redondo Ave<br>Long Beach, Calif. | Ila L Moore<br>Box 10<br>Seattle, Washington |
| Catalina L Miranda<br>PO Box 731<br>Fallbrook, California | J L Moore<br>Box 10<br>Seattle, Washington |
| Edith Tittle Mitchell<br>7345 Richland Ave<br>Linda Vista, California | Paul R Moore<br>245 So Brandon Rd<br>Fallbrook, California |
| Daisey E Mixer<br>Rt 2 Box 183<br>Fallbrook, California | Sylvia Moore<br>245 So Brandon Rd<br>Fallbrook, California |
| Dorothy Moffat<br>Rt 2 Box 173<br>Fallbrook, California | Hertha Morefield<br>2241 23rd St<br>Santa Monica, California |
| Violet S Mohlenhoff<br>Box 5W Star Rt<br>Hemet, California | Howard B Morefield<br>2241 23rd St<br>Santa Monica, California |
| A C Mohlenhoff<br>Box 5W Star Rt<br>Hemet, California | Nolberto Lucas Moreno<br>1957 American Ave<br>Long Beach, California |
| Joseph H Monser (Mouser)<br>Rt #1<br>Wildomar, California | Amalia Moreno<br>1957 American Ave<br>Long Beach, California |
| Margaret A. Monser (Mouser)<br>Rt 1<br>Wildomar, California | Iride Morgagni<br>1926 E Mission Rd<br>Fallbrook, California |
| Kathleen M. Moon<br>Rt 1 Box 44<br>Fallbrook, California | Medardo Morgagni<br>1926 E Mission Rd<br>Fallbrook, California |
| John O Moon<br>Rt 1 Box 44<br>Fallbrook, California | B D MORRIS Jr<br>Rt 2 Box 250<br>Fallbrook, California |
| Rilla M. Mooney<br>Box 142<br>Fallbrook, California | Patricia C R Morris<br>Rt 2 Box 250<br>Fallbrook, California |
| Hollis L. Mooney<br>Box 142<br>Fallbrook, California | Cecil E Morris<br>202 Ammunition Rd<br>Fallbrook, California |
| Albertie A Moore<br>Star Rt<br>Winchester, California | John J Morris<br>202 Ammunition Rd<br>Fallbrook, California |
| James L. Moore<br>Star Route<br>Winchester, California | Sarah E Morris<br>Box 47<br>Fallbrook, California |

2217

1IND-GEN-191 (8/56)

NPS. SAN DIEGO

| | |
|---|---|
| THomas E Morris<br>PO Box 47<br>Fallbrook, California | Dora H. Navarro<br>PO Box 294<br>Fallbrook, California |
| Robie T Morris<br>PO Box 174<br>Fallbrook, California | Frank R Navarro<br>PO Box 294<br>Fallbrook, California |
| Lucy A Morris<br>PO Box 174<br>Fallbrook, California | Amy Neiswender<br>Rt 1 Box 492<br>Fallbrook, California |
| Perry C Morrissey<br>Aguanga, California | Chester B Neiswender<br>Rt 1 Box 492<br>Fallbrook, California |
| Arta L Morrissey<br>Aguanga, California | Myrtle Nelson<br>PO Box 64<br>Fallbrook, California |
| Grace L Morse<br>3012 Chamone St<br>San Diego 5, California | Ida Nehen<br>3001 W 83rd St<br>Inglewood, California |
| Robert M Morse<br>3012 Chamone St<br>San Diego 5 California | John D Nehen<br>3001 W 83rd St<br>Inglewood, California |
| Bennie R Mosher<br>Box 15<br>De Luz, California | Geneva B Nicholas<br>Rt 2 Box 235-A<br>Fallbrook, California |
| Lura G Mosher<br>Box 15<br>De Luz, California | W H Nicholas<br>Rt 2 Box 235-A<br>Fallbrook, California |
| Julia D Munro<br>303 Starboard Lane<br>Fallbrook, California | Nellie M. Nicholas<br>PO Box 291<br>Fallbrook, California |
| Cora Myers<br>Rt 2 Box 30A<br>Fallbrook, California | Ralph F Nichols<br>PO Box 291<br>Fallbrook, California |
| Herbert B L Myers<br>Rt 2 Box 30A<br>Fallbrook, California | Ruth E Nicola<br>925 S Garland St<br>Alhambra, California |
| Myrtis Myers<br>128 E Juniper<br>Fallbrook, California | Tesla C Nicola<br>925 S Garland St<br>Alhambra, California |
| S C Myers<br>128 E Juniper<br>Fallbrook, California | Georgia Nicolas<br>225 N Franklin St<br>Hemet, California |
| Anna Nagele<br>839 N Iowa<br>Fallbrook, California | |

1   Marius Edmund Nicolas
    225 North Franklin St
2   Hemet, California

3   Marius A Nicolas
    Winchester, California
4

5   Mary Nicolas
    Winchester, California

6   Fred C Nielsen
    Fallbrook, California
7

8   Hazel K Nielsen
    General Delivery
9   Fallbrook, California

10   Dorothy F Noble
    Rt 2 Box 143
11   Fallbrook, California

12   Ralph C Noble
    Rt 2 Box 143
13   Fallbrook, California

14   Hoke S Norville
    2833 Shadow Lawn St
15   Los Angeles 26, California

16   Mabel H Norville
    2833 Shadow Lawn St
17   Los Angeles 26, California

18   Frank Novak Jr
    320 N La Jolla Ave
19   Los Angeles 48, California

20   Martha Ruth Novak
    320 N La Jolla Ave
21   Los Angeles 48, California

22

23

24

25   Rosaline G O'Connor
    Box 251
26   Fallbrook, California

27   Edna L Oest
    Rt 2 Box 155
28   Elsinore, California

29   Fred W Oest
    Rt 2 Box 155
    Elsinore, California

Victoria Ohngren
145 W Clemmens Lane
Fallbrook, California

Clyde L Olson
PO Box 414
Fallbrook, California

Lydia J Olson
PO Box 414
Fallbrook, California

Ruth M O'Neal
Fallbrook, California

Willard R. O'Neal
Fallbrook, California

Mabel D Ong
General Delivery
Fallbrook, California

Sherwood Charles Orcutt
Box 554
Fallbrook, California

Wilma Waters Orcutt
Box 554
Fallbrook, California

Louise M O'Rourke
Rt 2 Box 244
Fallbrook, California

Thomas J O'Rourke
Rt 2 Box 244
Fallbrook, California

Herbert Orr
PO Box 203
Fallbrook, California

Lucille Orr
PO Box 203
Fallbrook, California

Maybelle Orr
Rt 1 Box 39
Fallbrook, California

Ralph E Orr
Rt 1 Box 39
Fallbrook, California

Donald T Oster
771 S Michillinda Ave
Pasadena 10, California

2219
NPS. SAN DIEGO

| | |
|---|---|
| 1 | Pauline B Oster |
| | 771 S Michillinda Ave |
| 2 | Pasadena 10, California |
| | |
| 3 | Edythe A Oswald |
| | Box 694 |
| 4 | Fallbrook, California |
| | |
| 5 | Jackson M Oswald |
| | Box 916 |
| 6 | Fallbrook, California |
| | |
| 7 | Robert A Oswald |
| | Box 694 |
| 8 | Fallbrook, California |
| | |
| 9 | Susie M Oswald |
| | Box 916 |
| 10 | Fallbrook, California |
| | |
| 11 | Georgia E Ott |
| | 848 Rosemead Blvd |
| 12 | East San Gabriel, California |
| | |
| 13 | L W Otto |
| | 1735 Ramiro Rd |
| 14 | San Marino, California |
| | |
| 15 | Vidella M Otto |
| | 1735 Ramiro Rd |
| 16 | San Marino, California |
| | |
| 17 | |
| 18 | |
| 19 | |
| | |
| 20 | David C Painter |
| | 128 Camino Patricia |
| 21 | Vista, California |
| | |
| 22 | Margaret Painter |
| | 128 Camino Patricia |
| 23 | Vista, California |
| | |
| 24 | Coburn T Palmer |
| | 202 View St |
| 25 | Fallbrook, California |
| | |
| 26 | Marjorie H Palmer |
| | 202 View St |
| 27 | Fallbrook, California |
| | |
| 28 | Fred Parch |
| | Box 732 |
| 29 | Fallbrook, California |

Nora E Parch
Box 732
Fallbrook, California

Annie Adele Parkinson
PO Box 518
Fallbrook, California

Frank P Parkinson
PO Box 518
Fallbrook, California

Francis Rowe Parkinson
PO Box 518
Fallbrook, California

Reba E Parkinson
Star Rt Box 78
Hemet, California

Rose Marie Parkinson
PO Box 511
Fallbrook, California

William E Parkinson
Star Rt Box 78
Hemet, California

Amy Parks
RFD #2 Box 153-C
Elsinore, California

Clark L Parks
933 No Olive
Fallbrook, California

Davis W Parks
PO Box 266
Fallbrook, California

Hester E Parks
PO Box 266
Fallbrook, California

Mabel A Par s
933 No Olive
Fallbrook, California

Glenn E Parry
Rt 2 Box 192
Elsinore, California

Lucille Parry
Rt 2 Box 192
Elsinore, California

Hugh R Parshall Jr
Rt 2 Box 181
Fallbrook, California

2220

11ND-GEN-191 (8/56)

NPS. SAN DIEGO

| | |
|---|---|
| Patricia M Parshall<br>Rt 2 Box 181<br>Fallbrook, California | Delmar Perigo<br>Box 603<br>Fallbrook, California |
| Arthur R Parshall<br>1120 Old Stage Rd<br>Fallbrook, California | Ira Perigo<br>Rt 2 Box 142<br>Fallbrook, California |
| Ethel M Parshall<br>1120 Old Stage Road<br>Fallbrook, California | Lula Perigo<br>PO Box 159<br>Fallbrook, California |
| Fred B Patrick<br>Rt 1 Box 131<br>Romoland, California | Orville E Perry<br>Rt 2 Box 182<br>Elsinore, California |
| Marie M Patrick<br>Rt 1 Box 131<br>Romoland, California | Anna M Peters<br>Box 624<br>Fallbrook, California |
| Ora Patton<br>Box 481<br>Fallbrook, California | Mabel A Peterson<br>8998 Norma Pl<br>Los Angeles 46, California |
| Thomas Victor Paulson<br>Rt 2 Box 198<br>Fallbrook, California | Richard A Peterson<br>8998 Norma Pl<br>Los Angeles 46, California |
| Victor J Paulson<br>Rt 2 Box 198<br>Fallbrook, California | James W Phelps<br>Rt 2 Box 48<br>Fallbrook, California |
| Alma E Paulson<br>Rt 2 Box 198<br>Fallbrook, California | Lena L Phelps<br>1222 So Vine<br>Fallbrook, California |
| Elsie M Payne<br>PO Box 818<br>Fallbrook, California | Grace C Phillips<br>Box 99<br>Fallbrook, California |
| John H Payne<br>PO Box 818<br>Fallbrook, California | Edna Earle Pierce<br>116 E 62nd St<br>Los Angeles 3, California |
| Delfina Pena<br>621 E Mayberry<br>Hemet, California | Frank B Pierce<br>116 E 62nd St<br>Los Angeles 3, California |
| Elsie Pena<br>General Delivery<br>Anza, California | Leora A Pitman<br>PO Box 742<br>Fallbrook, California |
| Ethel S Pepple<br>Rt 2 Box 227<br>Fallbrook, California | Ethel V Pittam<br>Star Route<br>Sage Store<br>Hemet, California |
| Granville C Pepple<br>Rt 2 Box 227<br>Fallbrook, California | Lew E Pittam<br>Star Route - Sage Store<br>Hemet, California |

11ND-GEN-191 (8/56)

2221

NFS. SAN DIEGO

| | |
|---|---|
| 1 | Dayton M. Plank |
| 2 | 412 E Fallbrook St |
| | Fallbrook, California |

Dayton M. Plank
412 E Fallbrook St
Fallbrook, California

Lois E Plank
412 E Fallbrook St
Fallbrook, California

Elizabeth A Plumley
7039 Templeton
Huntington Park, California

John R Plumley
7039 Templeton
Huntington Park, California

Edith M Pollock
849 Highway 80
El Cajon, California

Elwin C Pollock
849 Highway 80
El Cajon, California

Estelle M. Pomeroy
Star Rt Box 93
Aguanga, California

Timothy Cyril Pomeroy
Star Rt Box 93
Aguanga, California

J R Poorman
PO Box 35
Mountain Center, California

Jean E Poorman
POBox 35
Mountain Center, California

Benjamin F Porter
Rt 2 Box 235
Fallbrook, California

Dorothy K Porter
Rt 2 Box 235
Fallbrook, California

Catherine B Pourroy
Box 39
Winchester, California

Frances Pourroy
Box 32
Winchester, California

Fred J Pourroy
Box 32
Winchester, California

Pierre Pourroy, Jr
Box 39
Winchester, California

O Eugene C Prehoda
Box 494
Culver City, California

Valetta Prehoda
Box 494
Culver City, California

Albert H Preston
945 So Alturas St
~~Extra~~ Fallbrook, California

George W. Prigg
Box 39
Fallbrook, California

Ada E Pruitt
11306 E Magnolia Ave
El Monte, California

James L. Pruitt
11306 E. Magnolia Ave.
El Monte, California

Harry A Pursche
16813 So Vermont Ave
Gardena, California

Helen B Pursche
16813 So Vermont Ave
Gardena, California

Charles M Purtee
Rt 1 Box 42
Fallbrook, California

Lena Jo Purtee
Rt 1 Box 42
Fallbrook, California

Hazel S Qualls
325 E Fallbrook St
Fallbrook, California

Lloyd G Qualls
325 E Fallbrook St
Fallbrook, California

Marion F. Quinn
General Delivery
Fallbrook, California

**2222**

NPS. SAN DIEGO

11ND-GEN-191 (8/56)

44

| | |
|---|---|
| Merle H Rackin<br>1301 So Fairfax Rd<br>Bakersfield, California | Conception M. Ramos<br>PO Box 262<br>Fallbrook, California |
| Charles E Rafferty<br>1021 So Prospect<br>San Gabriel, California | George H Ramsey<br>Rt 2 Box 164<br>Fallbrook, California |
| Mabel Rafferty<br>1021 So Prospect<br>San Gabriel, California | John A Ramsey<br>Rt 2 Box 126<br>Fallbrook, California |
| Jessie K Rafter<br>790 Stagecoach Lane<br>Fallbrook, California | Mary Agnes Ramsey<br>Rt 2 Box 126<br>Fallbrook, California |
| Samuel E Rafter<br>790 Stagecoach Lane<br>Fallbrook, California | Nellie M Ramsey<br>Rt 2 Box 164<br>Fallbrook, California |
| Dorsey W Ragland<br>2626 No Peck Rd<br>El Monte, California | D Ransom<br>PC Box 533<br>Fallbrook, California |
| Jack R Ragland<br>359 E Elliott Ave<br>El Monte, California | Ethel H Ransom<br>632 E Porter<br>Fallbrook, California |
| Floyd W Rail<br>230 E Fallbrook St<br>Fallbrook, California | Doris G Rarick<br>425 E Porter<br>Fallbrook, California |
| Isabella Rail<br>230 E Fallbrook St<br>Fallbrook, California | Geyer E Rarick<br>425 E Porter<br>Fallbrook, California |
| Rainbow Valley Grange #689<br>C/o Mrs G Trigg<br>Rt 2 Box 113<br>Fallbrook, California | Jessie Rasmus<br>General Delivery<br>Fallbrook, California |
| Charles S Rainey<br>Rt 1 Box 268<br>Fallbrook, California | Duate Ravaioli<br>2020 E Mission Rd<br>Fallbrook, California |
| Pansy H Rainey<br>Rt 1 Box 268<br>Fallbrook, California | Lillie Mae Ravaioli<br>2020 Mission Rd<br>Fallbrook, California |
| James Raisis<br>Anza, California | John B Raymond<br>PO Box 134<br>Fallbrook, California |
| Clarence L Ramos<br>PO Box 262<br>Fallbrook, California | Robert W Raymond<br>Box 425<br>Fallbrook, California |

2223

11ND-GEN-191 (8/56)

NPS, SAN DIEGO

| | | |
|---|---|---|
| 1 | Viola M Raymond<br>PO Box 134 | Carl E Rice<br>2761 Franklin St |
| 2 | Fallbrook, California | La Crescehta, California |
| 3 | Lela May Reed<br>Box 363 | Gussie Rice<br>2761 Franklin St |
| 4 | Fallbrook, California | La Crescenta, California |
| 5 | Merlin D Reed<br>Box 363 | Joseph Rice<br>712 Olive |
| 6 | Fallbrook, California | Fallbrook, California |
| 7 | Ernest G Register<br>General Delivery | Wanda L Rice<br>712 Olive St |
| 8 | Anza, California | Fallbrook, California |
| 9 | Eleanora M Rehnlund<br>870 California Ave | Imogene R. Richards<br>PO Box 566 |
| 10 | Long Beach 13, California | Fallbrook, California |
| 11 | Bror H Rehnlund<br>870 California Ave | Joseph A Richards<br>PO Box 566 |
| 12 | Long Beach 13, California | Fallbrook, California |
| 13 | Francis J Reitenbach<br>Old Highway 395 | Helen H Richardson<br>Rt 1 Box 216 |
| 14 | Fallbrook, California | Fallbrook, California |
| 15 | Ruth E Reitenbach<br>Old Highway 395 | Scott W Richardson<br>Rt 1 Box 216 |
| 16 | Fallbrook, California | Fallbrook, California |
| 17 | Cruze Reyes<br>Aguanga, California | John H Richie<br>Box 139 Star Route |
| 18 | | Hemet, California |
| 19 | Helen C. Rheingans<br>Rt 2 Box 72 | Marie L Richie |
| 20 | Elsinore, California | Box 139 Star Route<br>Hemet, California |
| 21 | Joe E Rheingans<br>Rt 2 Box 72 | Myrtle E Ridenour<br>1037 Redondo Blvd |
| 22 | Elsinore, California | Los Angeles 19, California |
| 23 | Edna Rhodes<br>Box 108 | Ralph O Ridenour<br>1037 Redondo Blvd |
| 24 | Fallbrook, California | Los Angeles 19, California |
| 25 | H Neil Rhodes<br>Box 711 | Christine Rivers<br>PO Box 34 |
| 26 | Fallbrook, California | Fallbrook, California |
| 27 | Roy Rhodes<br>Box 108 | Frank Rivers<br>PO Box 34 |
| 28 | Fallbrook, California | Fallbrook, California |
| 29 | Ruby N Rhodes<br>Box 711<br>Fallbrook, California | |

11ND-GEN-191 (8/56)

2224

NPS. SAN DIEGO

| | | |
|---|---|---|
| 1 | Edward Roalfe<br>3955 Brunswick Ave.,<br>Los Angeles, California | Lincoln Rogers<br>2068 E Mission Rd<br>Fallbrook, California |
| 3 | Marjorie G Roalfe<br>3955 Brunswick Ave<br>Los Angeles, California | George Romocean<br>Box 104 Grand Ave Station<br>Elsinore, California |
| 5 | Ervin A Robbins<br>Box 655<br>Fallbrook, California | Goldie Romocean<br>Box 104 Grand Ave Station<br>Elsinore, California |
| 7 | Buster Roberson<br>PO Box 276<br>Fallbrook, California | Bessie M Rooney<br>5742 Burnham<br>Buena Park, California |
| 9 | Mary Roberson<br>PO Box 276<br>Fallbrook, California | Daniel J Rooney<br>5742 Burnham<br>Buena Park, California |
| 11 | Charles A Roberts<br>1328 E 55th St<br>Long Beach, California | Nadia H Roper<br>PO Box 373<br>Fallbrook, California |
| 13 | Margaret Alice Roberts<br>1328 E 55th St<br>Long Beach, California | Samuel C Roper<br>PO Box 373<br>Fallbrook, California |
| 15 | Alma C Robertson<br>Winchester, California | Anna Rotz<br>Rt 2 Box 190<br>Elsinore, California |
| 17 | E W Robison<br>Rt 2 Box 3<br>Elsinore, California | Albert Don Rounds<br>706 S Myers St<br>Oceanside, California |
| 19 | Viola N Robison<br>Rt 2 Box 3<br>Elsinore, California | Violet G Rounds<br>706 S Myers St<br>Oceanside, California |
| 21 | John R Rodriguez<br>Box 84<br>Wildomar, California | Charlotte C. Rowe<br>Rt 1 Box 248<br>Fallbrook, California |
| 23 | Socorro Rodriguez<br>Box 84<br>Wildomar, California | Helen Rowton<br>PO Box 175<br>Fallbrook, California |
| 25 | Camille H Roesch<br>Rt 1 Box 241<br>Fallbrook, California | Zana A Royal<br>Rt 2 Box 171<br>Fallbrook, California |
| 27 | George E Roesch<br>Rt 1 Box 241<br>Fallbrook, California | |
| 29 | Elizabeth B Rogers<br>2068 E Mission Rd<br>Fallbrook, California | |

2225

NPS. SAN DIEGO

| | | |
|---|---|---|
| 1 | Janette Sager | George G Saunders |
| 2 | Box 102 | 555 W Clemmens Lane |
| | Wildomar, California | Fallbrook, California |
| 3 | Thomas L Sager | Faleta C Saunders |
| 4 | Box 102 | 555 W Clemmens Lane |
| | Wildomar, California | Fallbrook, California |
| 5 | Frazier M Sallee | Edward W Saurin |
| 6 | Box 126 | General Delivery – V A Branch |
| | San Jacinto, California | Los Angeles, California |
| 7 | Mary E Sallee | Samuel S Schier |
| 8 | Box 126 | Rt 1 Box 178-C |
| | San Jacinto, California | Fallbrook, California |
| 9 | Ethel M Salt | Ancrew Schmitt |
| 10 | 635 Hillcrest Lane | 130 Hillside Dr |
| | Fallbrook, California | Vista, California |
| 11 | Harold Salt | George Martin Schmoll |
| 12 | 635 Hillcrest Lane | Anza, California |
| | Fallbrook, California | |
| 13 | Domingo T Salvatierra | Louise La Fever Schneider |
| 14 | PO Box 434 | Rt 2 Box 187-A |
| | Fallbrook, California | Elsinore, California |
| 15 | Marie T Salvatierra | Charles A Schneider |
| 16 | PO Box 434 | Rt 2 Box 187-A |
| | Fallbrook, California | Elsinore, California |
| 17 | Pedra N Salvatierra | Walter C Schneider |
| 18 | PO Box 434 | 134 E Dougherty |
| | Fallbrook, California | Fallbrook, California |
| 19 | Pedro T Salvatierra | Marianne Schneider |
| 20 | PO Box 434 | 134 E Dougherty |
| | Fallbrook, California | Fallbrook, California |
| 21 | Arthur A Sample | First Assembly of God Church |
| 22 | Box 85 | Fern Schoenhoff, Trustee |
| | Fallbrook, California | 4352½ Hamilton St |
| | | San Diego, California |
| 23 | Marjorie B. L. San Pedro | First Assembly of God Church |
| 24 | 5813 Lockheed Ave | San Schoenhoff, Trustee |
| | Whittier, California | 4352½ Hamilton St |
| | | San Diego, California |
| 25 | Effie M Sauble | John L Schooley |
| 26 | PO Box 395 | PO Box 625 |
| | FALLBROOK, California | Fallbrook, California |
| 27 | Leonard E Sauble | Rosalie Schooley |
| 28 | PO Box 395 | PO Box 625 |
| | Fallbrook, California | Fallbrook, California |
| 29 | | |

**2226**

| | |
|---|---|
| Daizy D Schultz<br>Rt 2 Box 179<br>Fallbrook, California | Margaret M. Seitrich<br>Rt 2 Box 15-B<br>Fallbrook, California |
| Roland W Schultz<br>Rt 2 Box 179<br>Fallbrook, California | Melville D Seitrich<br>Rt 2 Box 15-B<br>Fallbrook, California |
| Alice L. Schwalbach<br>404 S Ditmar St<br>Oceanside, California | Leon J Servel<br>Rt 1<br>Murrieta, California |
| Lionel G Schwalbach<br>422 S Ditmar St<br>Oceanside, California | Clementine C Servel<br>Rt 1<br>Murrieta, California |
| Arthur C Schwartz<br>3616 W 113th St<br>Inglewood, California | Leona J Servel<br>Main Real Estate Company<br>Indio, California |
| Myrtle Harris Scott<br>8122 San Luis<br>South Gate, California | Doris E Severns<br>Star Rt Box 26<br>Hemet, California |
| Hugh Scott<br>8122 San Luis<br>South Gate, California | Robert W Severns<br>Star Rt Box 26<br>Hemet, California |
| Grace N Scott<br>538 W Bourne St<br>La Jolla, California | Harold Sewell<br>Winchester, California |
| Selby C Scott<br>538 W Bourne St<br>La Jolla, California | Mabel Sewell<br>Winchester, California |
| Henry H Scott<br>Aguanga, California | Estate of Barbara Ann Auld<br>C/o Mabel Ann Sewell, Guardian<br>Winchester, California |
| Lois Scott<br>Aguanga, California | Iris C Shapiro<br>3454 W 48th St<br>Los Angeles, California |
| Daisy W Scovoli<br>215 E View St<br>Fallbrook, California | Bert Sharp<br>Star Rt 100<br>Hemet, California |
| Harry J Scovoli<br>215 E View St<br>Fallbrook, California | Maude E Sharp<br>Star Rt 101<br>Hemet, California |
| Mable S Seery<br>2552 Elm Ave<br>Long Beach, California | Anna M Shaw<br>Box 106<br>Wildomar, California |
| Mike A Seery<br>2552 Elm Ave<br>Long Beach, California | Harold B Shaw<br>Box 106<br>Wildomar, California |

2227

Novellia L Shearer
533 S Wilton Pl
Los Angeles, California

William D Shearer
533 S Wilton Pl
Los Angeles, California

Winona A Sheppherd
Box 512
San Jacinto, California

Jasper Dewey Sherman
Anza, California

Laura Sherman
Anza, California

Luella G Shipley
508 W Alvarado
Fallbrook, California

Verne G Shipley
508 W Alvarado
Fallbrook, California

Delta A Shultz
PO Box 215
Fallbrook, California

James C Shultz
PO Box 215
Fallbrook, California

Herman H Silveria
Aguanga, California

Helen Brandt Simonds
Aguanga, California

Dorothy A Simonich
2175 Earl Ave
Long Beach 6, California

Gladys W Sims
Box 282 Gum Tree Lane
Fallbrook, California

James L Sims
Box 282
Gum Tree Lane
Fallbrook, California

Leslie V Sims
PO Box 65
Fallbrook, California

Thelma M Sims
PO Box 65
Fallbrook, California

Leila F Skiver
3870 Pontiac St
Riverside, California

Obed E Smelser
1212 Scenic Dr
San Bernardino, California

Jane Hillweg Smiley
General Delivery
Fallbrook, California

M. D. Smiley
General Delivery
Fallbrook, California

Alice W Smith
Box 123
Fallbrook, California

C Franklin Smith
Wildomar, California

Eva H Smith
Rt 2 Box 261
Fallbrook, California

Floyd O Smith
Rt 2 Box 261
Fallbrook, California

G A Smith
Rt 2 Box 195-A
Elsinore, California

George C Smith
Rt 1 Box 235
Fallbrook, California

Harold A Smith
Baxter Road
Wildomar, California

Harry V Smith
PO Box 265
Fallbrook, California

Ione C Smith
404 Juniper St
Fallbrook, California

Irving Hamilton Smith
404 Juniper St
Fallbrook, California

2228
NPS. SAN DIEGO

| | | |
|---|---|---|
| 1 | Julia T Smith<br>903 E Orange<br>Long Beach, California | Grace E Snow<br>Box 68<br>Murrieta, California |
| 3 | John G Smith<br>Box 162<br>Temecula, California | Ada Belle Solso<br>PO Box 114<br>Fallbrook, California |
| 5 | Marian Smith<br>Baxter Road<br>Wildomar, California | Roy O Solso<br>PO Box 114<br>Fallbrook, California |
| 7 | Maude L. Smith<br>Wildomar, California | Lemuel Sommerville<br>General Delivery<br>Fallbrook, California |
| 8 | Myrtle Smith<br>Box 265<br>Fallbrook, California | Lillian Sommerville<br>General Delivery<br>Fallbrook, California |
| 10 | Sidney G Smith<br>903 E Orange<br>Long Beach, California | Dorothy Soudan<br>Rt 2 Box 219<br>Fallbrook, California |
| 12 | W I Smith<br>Anza, California | Earle E Soudan<br>Rt 2 Box 219<br>Fallbrook, California |
| 14 | Zelma E Smith<br>Anza, California | Gustav A Spaniol<br>Star Rt Box 64<br>Hemet, California |
| 15 | Leonard O Smohl<br>PO Box 103<br>Murrieta, California | Rose Spaniol<br>Star Rt Box 64<br>Hemet, California |
| 18 | Ethel L Smohl<br>PO Box 103<br>Murrieta, California | Ruth Spann<br>8916 Ruthellen<br>Los Angeles 47, California |
| 20 | Nellie Smohl<br>PO Box 103<br>Murrieta, California | Isaac John Spann<br>8916 Ruthellen<br>Los Angeles 47, California |
| 22 | Marjorie A Snavely<br>Star Rt<br>Aguanga, California | C. J. Spore<br>PO Box 95<br>Wildomar, California |
| 24 | Charles H Snavely, Jr.<br>Star Rt<br>Aguanga, California | Jeanie Spore<br>PO Box 95<br>Wildomar, California |
| 26 | John Herbert Snodgrass<br>Star Rt<br>Hemet, California | Lorene N St James<br>319 E Dougherty<br>Fallbrook, California |
| 28 | Glen C Snow<br>Box 68<br>Murrieta, California | |

2229

William V Stahl
1505 Hillcrest Lane
Fallbrook, California

Bessie B Stambaugh
PO Box 457
Fallbrook, California

V. G Stambaugh
PO Box 457
Fallbrook, California

Lydia A Stanfield
12449 E Lambert Rd
Whittier, California

Dewiss Staude
C/o Bank of America
Fallbrook, California

Elliott E Staude
C/o Bank of America
Fallbrook, California

Evaline C Staude
PO Box 38
Fallbrook, California

Cliver B Staude
PO Box 38
Fallbrook, California

Gilbert Stearns
Box 49
Winchester, California

Zelma Stearns
Box 49
Winchester, California

John Steinhoff
Rt 2 Box 186
Fallbrook, California

Lloyd Sterling
Rt 1 Box 5
Fallbrook, California

Bertha Sterling
305 W Alvarado
Fallbrook, California

Donald R Stevenson
PO Box 444
Fallbrook, California

Ethel T Stevenson
PO Box 444
Fallbrook, California

Agnes R Steward
Rt 1 Box 355
Fallbrook, California

James C Stewart, Jr
1235 Old Stage Rd
Fallbrook, California

Kathryn Stewart
1235 Old Stage Rd
Fallbrook, California

George Arthur Stites
State Hwy Dist #8
San Bernardino, California

Katherine Jean Stites
620 High Ave
Redlands, California

Frederic E Stokes
22C N Chapel Ave
Alhambra, Calif.

Helen D Stokes
22C N Chapel Ave
Alhambra, California

Lyle W Stokes
Rt 2 Box 135
Fallbrook, California

Marie Stokes
Rt 2 Box 135
Fallbrook, California

James Addison Stonebreaker
629 E 82nd St
Los Angeles 1, California

Frank Stoner
Box 13
De Luz, California

J A Stoner
Box 13
De Luz, California

Gus J Strodthoff
5537 E Ocean Blvd
Long Beach 5, California

Una Strodhoff
5537 E Ocean Blvd.
Long Beach 5, California

2230

NPS. SAN DIEGO

| | | |
|---|---|---|
| 1 | Orville Strosnider<br>960 N Grand Ave<br>San Pedro, California | Mary F Taft<br>2009 Fair Oaks Ave<br>South Pasadena, California |
| 3 | Alta Strosnider<br>960 N Grand Ave<br>San Pedro, California | Walter S Taft<br>2009 Fair Oaks Ave<br>South Pasadena, California |
| 5 | Elliott H Stuart<br>Box 212<br>Fallbrook, California | Chester O Tanner<br>3255 4th Ave<br>San Diego 3, California |
| 7 | Mamie A Stuart<br>Box 212<br>Fallbrook, California | Theodosia S Tanner<br>3255 4th Ave<br>San Diego 3, California |
| 9 | A. V. Studer<br>Oak Grove St<br>Aguanga, California | B F Taylor<br>Wildomar, California |
| 11 | A R Stutesman<br>Hill & Ivy Sts<br>Fallbrook, California | Burt Taylor<br>Rt 1 Box 17<br>Wildomar, California |
| 13 | Ruth W Stutesman<br>Hill & Ivy Sts<br>Fallbrook, California | Fannie D Taylor<br>Wildomar, California |
| 15 | Carrie Lee Summit<br>520 N Main St<br>Fallbrook, California | Hazel M Taylor<br>117 E Ivy St<br>Fallbrook, California |
| 17 | Coralee Summit<br>PO Box 287<br>Fallbrook, California | Henry C Taylor<br>117 E Ivy St<br>Fallbrook, California |
| 19 | T G Summit<br>PO Box 277<br>Fallbrook, Calif. | Imogene C Taylor<br>4020 Carolina St<br>San Pedro, California |
| 21 | William Thomas Summit<br>520 N Main St<br>Fallbrook, California | Minnie A Taylor<br>1234 Morningside Way<br>Venice, California |
| 23 | Elaine Sutter<br>Rt 1 Grand Ave<br>Wildomar, California | Rhoda Frances Taylor<br>Rt 1 Box 13<br>Wildomar, California |
| 25 | William W Sutter<br>Rt 1 Grand Ave<br>Wildomar, California | W Madison Taylor<br>4020 Carolina St<br>San Pedro, California |
| 27 | Norman LeRoy Sutton<br>PO Box 293<br>Fallbrook, California | Minnie M Tesch<br>1221 W. Williams St<br>Banning, California |
| 29 | Ralph E Swigart<br>Box 48<br>Bonsall, California | Edith Thaiss<br>Aguanga, California<br><br>William Thaiss<br>Aguanga, California |

2231

11ND-GEN-191 (8/56)

NPB. SAN DIEGO

1  Alvin S Tharp
2  Star Rt
   Hemet, California

3  Mildred E Lee Tharp
4  Star Rt
   Hemet, California

5  Gertrude Thomas
6  PO Box 638
   Fallbrook, California

7  William G Thomas
8  PO Box 638
   Fallbrook, California

9  Arthur T Thompson
10 1501 S Almansor
   Alhambra, California

11 Bulah Thompson
12 1501 S Almansor
   Alhambra, California

13 Earline R Thompson
14 PO Box 651
   Fallbrook, California

15 Ethelyn Thompson
16 PO Box 145
   Fallbrook, California

17 Graford H Thompson
18 PO Box 651
   Fallbrook, California

19 Louis C Thompson
20 218 W Fig St
   Fallbrook, California

21 Mary M Thompson
22 Rt 1
   Murrieta, California

23 Paul H Thompson
24 Rt 1
   Murrieta, California

25 Robert R Thompson
26 PO Box 145
   Fallbrook, California

27 Walsie G Thompson
28 218 W Fig St
   Fallbrook, California

29 C Thorenson
   645 S Alturas St
   Fallbrook, California

Gladys M Thorenson
645 S Alturas St
Fallbrook, California

Ardrenna Thrithart
Rt 2 Box 16
Elsinore, California

V C Thrithart
Rt 2 Box 16
Elsinore, California

Virginia Thurber
PO Box 23
Fallbrook, California

William Grant Thurber, Jr
PO Box 23
Fallbrook, California

Marjorie Tittle
7345 Richland Ave.
Linda Vista, California

Mary Tittle
7345 Richland Ave
Linda Vista, California

Reese Day Tittle
6972 Gledden St
San Diego, California

Alice H Tobin
Rt 2 Box 575
San Marcos, California

Arthur M Tobin
Rt 2 Box 575
San Marcos, California

Irma L Tobin
Aguanga, California

Joseph Russell Tobin
Aguanga, California

Michael V Tobin
1702 S Normandie
Los Angeles 6, California

Ruby N Tobin
1702 S Normandie
Los Angeles 6, California

John Tomasewski
Rt 2 Box 5
Fallbrook, California

2232

11ND-GEN-191 (8/56)                    NPS. SAN DIEGO

| | |
|---|---|
| Miranda Tomasewski<br>Rt 2 Box 5<br>Fallbrook, California | Clyde S Tripp<br>Box 68 Star Rt<br>Hemet, California |
| Nicholas W Tomlin<br>2222 Gum Tree Lane<br>Fallbrook, California | Olive E Tripp<br>Star Rt Box 202<br>Hemet, California |
| Lucy C Tomlin<br>2222 Gum Tree Lane<br>Fallbrook, California | F H Tritchka<br>Box 6<br>Fallbrook, California |
| Dorothy E Tompkins<br>Box 636<br>Fallbrook, California | Gretta M Tritchka<br>Box 6<br>Fallbrook, California |
| Sterling S Tompkins<br>Box 636<br>Fallbrook, California | Edna Lee Trotter<br>PO Box 43<br>Fallbrook, California |
| Mabel L Toner<br>Star Rt Box 190<br>Aguanga, California | Loel C Trotter<br>PO Box 43<br>Fallbrook, California |
| Rex J Toner<br>Star Rt Box 190<br>Aguanga, California | Adele S Truitt<br>219 E Elder St<br>Fallbrook, California |
| Fremont A Torkilson<br>1254 Hillcrest Lane<br>Fallbrook, California | Donald B Trunnell<br>Aguanga, California |
| Irene L Torkilson<br>1254 Hillcrest Lane<br>Fallbrook, California | Esther Bergman Trunnell<br>Aguanga, California |
| Bessie H Tracy<br>PO Box 416<br>Fallbrook, California | Elizabeth M. Turner<br>Wildomar, California |
| Ralph E Tracy<br>PO Box 416<br>Fallbrook, California | W E Turner<br>Wildomar, California |
| Tempe C Tribbett<br>Rt 2 Box 169<br>Fallbrook, California | Mary Turk<br>Rt 2 Box 183<br>South Grand Ave<br>Elsinore, California |
| James K Trindle<br>PO Box 1088<br>Fallbrook, California | Clyde Tuttle<br>Rt 1 Box 257<br>Fallbrook, California |
| Barbara M Trindle<br>PO Box 1088<br>Fallbrook, California | Marjorie B Tuttle<br>Rt 1 Box 257<br>Fallbrook, California |

11ND-GEN-191 (8/56)

2233
NPS. SAN DIEGO

Gladys W Uhl
324 Hillcrest Lane
Fallbrook, California

Sylvester J Uhl
324 Hillcrest Lane
Fallbrook, California

Allene Padleford Urner
Rt 1 Box 224
Fallbrook, Californoa

Mark E Urner
Rt 1 Box 224
Fallbrook, California

James H Vanderslice
PO Box 433
Fallbrook, California

Vera B Vanderslice
PO Box 433
Fallbrook, California

Gilbert R Vandyke
PO Box P M
Fallbrook, California

Gladys L. Van Gorden
Aguanga, California

Dorothy C Veazey
Box 243 Hillcrest Station
San Diego, California

Houston A Vines
333 E Fallbrook St
Fallbrook, California

Eva E Vines
333 E Fallbrook St
Fallbrook, California

John W Vinzant
Rt 2 Box 197
Fallbrook, California

Rosa Vinzant
Rt 2 Box 197
Fallbrook, California

Laura Vitale
6605 Cleon Ave
N Hollywood, California

William Vitale
6605 Cleon Ave
N Hollywood, California

Harry B Vix
218 Orange
Fallbrook, California

J Lenore Vix
218 Orange
Fallbrook, California

Fred Vlasek
PO Box 413
Fallbrook, California

Reeta Vlasek
PO Box 413
Fallbrook, California

DeLisle C Voorhees
919 N Olive Ave
Fallbrook, California

Ruth A Voorhees
919 N Olive Ave
Fallbrook, California

Floyd C Walker
Rt 1 Box 1141
Escondido, California

Grace M Walker
Rt 1 Box 1141
Escondido, California

John Z Walker
General Delivery
Fallbrook, California

Olga G Walker
General Delivery
Fallbrook, California

**2234**

| | | |
|---|---|---|
| 1 | Helen Wallace | James C Watkins |
| 2 | Rt 1 Box 165 | 754 N 2nd St |
| | Fallbrook, California | Upland, California |
| 3 | Lawrence Wallace | Harry Watson |
| 4 | Rt 1 Box 165 | 145 Monterey Blvd |
| | Fallbrook, California | Hermosa Beach, California |
| 5 | Ethel R Waller | Ollie Watson |
| 6 | PO Box 611 | Box 253 |
| | Fallbrook, California | Oceanside, California |
| 7 | Norbert A Waller | Faye O Webb |
| 8 | PO Box 611 | 41 Star Route |
| | Fallbrook, California | Hemet, California |
| 9 | Jewel E Walls | Herbert M Webb |
| 10 | PO Box 83 | 41 Star Route |
| | Fallbrook, California | Hemet, California |
| 11 | Robert H Walls | Gustav Weber |
| 12 | PO Box 83 | Palomar Mt, California |
| | Fallbrook, California | |
| 13 | William J Waltz | Marion Weber |
| 14 | 4517 S Figueroa St | Palomar Mt, California |
| | Los Angeles 37, California | |
| 15 | Hildegard Waltz | LeRoy I Weeks |
| 16 | 4517 S Figueroa St | 812 N Iowa |
| | Los Angeles 37, California | Fallbrook, California |
| 17 | Edwin Ward | Nellie M Weeks |
| 18 | 13061 Addison St | 812 N Iowa |
| | Van Nuys, California | Fallbrook, California |
| 19 | Minnie Ward | Dorothy Weiner |
| 20 | 13061 Addison St | 2409 Via Nina |
| | Van Nuys, California | Montebello, California |
| 21 | Fern M Ware | Hy Weiner |
| 22 | Star Rt 1 Box 6 | 2409 Via Nina |
| | Fallbrook, California | Montebello, California |
| 23 | Lawrence E Ware | Dolores Weinrich |
| 24 | Star Rt 1 Box 6 | 211 E Dougherty St |
| | Fallbrook, California | Fallbrook, California |
| 25 | Ira B Washburn | Peter J Jr. Weisel |
| 26 | Rt 2 Box 253 | 1459 N Fullerton |
| | Fallbrook, California | La Habra, California |
| 27 | Ella R Watkins | Leonard S Wernicke |
| 28 | 754 N 2nd St | Rt 1 Box 599 |
| | Upland, California | Fallbrook, California |
| 29 | | Florence H Wernicke |
| | | Rt 1 Box 599 |
| | | Fallbrook, California |

2235

| | |
|---|---|
| Chesley H West<br>PO Box 32<br>Fallbrook, California | F. B. Whitmore<br>615 Milo Terr<br>Los Angeles 42, Calif. |
| Lillie C West<br>PO Box 32<br>Fallbrook, California | Wilber E Whitney<br>Murrieta, California |
| Alys E Westbrook<br>Box 120-A<br>Elsinore, California | Ferrell E Whitten<br>11907 S Denver Ave<br>Los Angeles 44, California |
| Chester D Westbrook<br>Box 120-A<br>Elsinore, California | Mary F Whitten<br>11907 S Denver Ave<br>Los Angeles 44, California |
| Eleanore Wester<br>Box 656<br>Fallbrook, California | Harold R Wickerd<br>Wildomar, California |
| Frances Westfall<br>PO Box 668<br>Fallbrook, California | Phronia P Wickerd<br>Wildomar, California |
| Victor B Westfall, Jr.<br>PO Box 668<br>Fallbrook, California | Fawn P Wilcox<br>502 E Fallbrook St<br>Fallbrook, California |
| Claude Weston<br>PO Box 44<br>Lakeside, California | F Hugh Wilcox<br>502 E Fallbrook St<br>Fallbrook, California |
| Lorraine Weston<br>PO Box 44<br>Lakeside, California | Leo John Wiley<br>5643 Mission Blvd<br>Riverside, California |
| Edith M Wetzler<br>Box 635<br>Fallbrook, California | Roy O Wiley, Jr<br>PO Box 308<br>Fallbrook, California |
| John L Wetzler<br>Box 635<br>Fallbrook, California | Ruby Marie Wiley<br>5643 Mission Blvd<br>Riverside, California |
| Alice Adams White<br>PO Box 683<br>Fallbrook, California | Verna O Wiley<br>PO Box 308<br>Fallbrook, California |
| Fred H White<br>PO Box 683<br>Fallbrook, California | Gail Williams<br>819 N Genesee St<br>Los Angeles, Calif. |
| Anna B Whitmore<br>615 Mile Terr<br>Los Angeles 42, California | Lloyd I Williams<br>RFD #1 Box 8<br>Fallbrook, California |
| | Lynn P Williams<br>Rt 1 Box 494<br>Fallbrook, California |

| | |
|---|---|
| 1 | L C Williams |
| | 819 N Genesee St |
| 2 | Los Angeles, California |
| 3 | Thelma B Williams |
| | RFD #1 Box 8 |
| 4 | Fallbrook, California |
| 5 | Vera Reeves Williams |
| | Rt 2 Box 195 Grand Ave |
| 6 | Elsinore, California |
| 7 | Mamie J Williams |
| | Rt 1 Box 494 |
| 8 | Fallbrook, California |
| 9 | Flossie F Willis |
| | Star Rt Box 65 |
| 10 | Hemet, California |
| 11 | William V Willis |
| | Star Rt Box 65 |
| 12 | Hemet, California |
| 13 | Harry O Windsor |
| | 301 E Plymouth |
| 14 | Inglewood, Calif. |
| 15 | Rhetta Winter |
| | 1511 S Vermont Ave |
| 16 | Los Angeles 6, California |
| 17 | Walter J Winzell |
| | 941 W Alvarado St |
| 18 | Fallbrook, California |
| 19 | Lucille M Winzell |
| | 941 W Alvarado St |
| 20 | Fallbrook, California |
| 21 | Margaret Wisdom |
| | 5121 S Van Ness Ave |
| 22 | Los Angeles 62, California |
| 23 | William Harvey Wisdom |
| | 5121 S Van Ness Ave |
| 24 | Los Angeles 62, California |
| 25 | Charles Withrow |
| | Knotts Ranch |
| 26 | Elsinore, California |
| 27 | Lola Fay Withrow |
| | Knotts Ranch |
| 28 | Elsinore, California |
| 29 | |

Ruby I Wolfe
PO Box 524
Fallbrook, California

Russell P Wolfe
PO Box 524
Fallbrook, California

Helen Wolmuth
Rt 2 Box 197
Fallbrook, California

James Wolmuth
Rt 2 Box 197
Fallbrook, California

Brittie I Womack
Rt 1 Box 53
Fallbrook, California

Earl G Womack
Rt 1 Box 53
Fallbrook, California

Womans Saturday Afternoon Club
Rt 1 Box 250
Fallbrook, California

Elsie M Wood
Box 121 Star Rt
Hemet, California

Harris R Wood
Box 121, Star Rt
Hemet, California

Gladys E Woodbury
Rt 1 Box 38
Fallbrook, California

George T Woodlock
PO Aguanga, California

Floyd D Woodrey
General Delivery
Fallbrook, California

Lucille K Woodrey
General Delivery
Fallbrook, California

H C Woodrow
328 N Main St
Fallbrook, California

2237
NPS. SAN DIEGO

| | | |
|---|---|---|
| 1 | Lillian L Woodrow<br>328 S Main St | Paul G Wright<br>Rt 1 Box 152 |
| 2 | Fallbrook, California | Romoland, California |
| 3 | Anna K Woods | Verba B Wright<br>PO Box 29 |
| 4 | Anza, California | Fallbrook, California |
| 5 | Richard A Woods<br>Anza, California | |
| 6 | Mary E Woods | Ted R Yagle<br>PO Box 545 |
| 7 | 908 N Beverly Glen Blvd<br>Los Angeles 24, California | Fallbrook, California |
| 8 | William Samuel Woods | Edna P Young<br>Rt 2 Box 4 |
| 9 | 908 N Beverly Glen Blvd<br>Los Angeles 24, California | Wildomar, California |
| 10 | Lillian H Woody | Julia M Young<br>Box 36 |
| 11 | Box 42<br>Fallbrook, California | Winchester, California |
| 12 | Doris I Worcester | Kenneth W Young<br>Box 46 |
| 13 | 410 Catalpa Road<br>Arcadia, California | Winchester, California |
| 14 | Genevieve E Wray | Rhoda A Young<br>430 S Main St |
| 15 | PO Box 190<br>Fallbrook, California | Fallbrook, California |
| 16 | Glenn W Wray | Grace May Yount<br>Box 334 W Fig Stm |
| 17 | PO Box 190<br>Fallbrook, California | Fallbrook, California |
| 18 | Betty J Wright | William T Yount<br>Box 334 W Fig St |
| 19 | Rt 1 Box 152<br>Romoland, California | Fallbrook, California |
| 20 | Darwin B Wright | Althea L Zeiders<br>Rt 63, Romoland, California |
| 21 | 1821 S Custer Ave<br>Alhambra, California | |
| 22 | Edward W Wright | Louis B Ziegler<br>Box 206 |
| 23 | Rt 1 Box 129<br>Romoland, California | Hemet, California |
| 24 | Fred M Wright | Nell J Ziegler<br>Box 206, Hemet, California |
| 25 | PO Box 29<br>Fallbrook, California | Charles Zimmerman |
| 26 | L Christine Wright | 336 N Hill, Fallbrook, California |
| 27 | Rt 1 Box 62<br>Romoland, California | Emma Zimmerman<br>336 N Hill, Fallbrook, California |
| 28 | Lucille A Wright | Lee Zimmerman<br>Aguanga, California |
| 29 | 1821 S Custer Ave<br>Alhambra, California | |

2238

1   the last known addresses of the above, at which places there is a de-

2   livery service by United States Mails from said post offices.

3

4

5

6                                      Margaret B. Tooker
                                       Margaret B Tooker

7

8   Subscribed and sworn to before me
    this ____18____ day of May, 1957.

9

10  Notary Public in and for County of
    San Diego, State of California

11  My Commission expire 8/28/1958

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

2239