FILED
MAY 17 1957
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ................
DEPUTY CLERK

IN THE DISTRICT COURT OF THE UNITED STATES

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
            Plaintiff,     )   No. 1247 Civil
    vs.                    )   AFFIDAVIT OF SERVICE BY MAIL
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of    )
the State of California, et al,    )
            Defendants.    )

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF SAN DIEGO   )

MARGARET B. TOOKER, being first duly sworn, deposes and says:

That she is a citizen of the United States and a resident of San Diego County, California; that her business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that she is over the age of eighteen years and is not a party to the above-entitled action;

That on May 15, 1957, she deposited in the United States Mails at Oceanside, California, in the above entitled action, in envelopes bearing the requisite postage, a copy of

NOTICE TO ALL DEFENDANTS AND COURT ORDER RE PROCEDURE

dated May 8, 1957, addressed to the following:

   Clayson, Stark and Rothrock and Donald D Stark and George G Grover,
      Associate Counsel Owen W Strange, Citizens Bank Building, Corona,
      California

   Ada Dee Erwin, 223 So Hillcrest Ave, La Habra, California

   Robert M Erwin, 223 So Hillcrest Ave, La Habra, California

2177

11ND-GEN-191 (8/56)                                    NPS. SAN DIEGO

-1-

1  John H Lease, Box 73, Dana Point, California

2  Dolores C Vruwink, c/o Dolores Costello Barrymore, Route 2, Fallbrook,
   California

4  the last known addresses of the above, at which places there is a de-

5  livery service by United States Mails from said post offices.

Margaret B Tooker
Margaret B Tooker

Subscribed and sworn to before me
this _16th_ day of May, 1957

Louis A. Knapp
Notary Public in and for County of
San Diego, State of California
(SEAL)

My Commission Expires 2/28/58

2178

11ND-GEN-191 (8/56)                                NPS. SAN DIEGO