ALLARD, SHELTON AND O'CONNOR
ATTORNEYS AT LAW
SUITE 313 CALIFORNIA BANK BUILDING
POMONA, CALIFORNIA
TELEPHONE LYCOMING 21043

Attorneys for **Defendant**

FILED
MAY 13 1957
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By William W. Luddy, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT
et al.,

    Defendants.

No. 1247-SD-C

SUBSTITUTION OF ATTORNEYS

    Defendant, ROBERT M. ERWIN, hereby substitutes himself, ROBERT M. ERWIN, 223 South Hillcrest, La Habra, California, as his attorney in the above entitled-action in place of ALLARD, SHELTON & O'CONNOR.

    Dated: May 6, 1957.

                                                 ROBERT M. ERWIN, In Pro Per.

    The undersigned do hereby consent to the substitution of ROBERT M. ERWIN, in pro per, one of the defendants in the above-entitled action, in our place and stead.

    Dated: May 2, 1957.

                                        ALLARD, SHELTON & O'CONNOR

                                        By Joseph A. Allard, Jr.

2175