```
 1  CLAYSON, STARK & ROTHROCK
    DONALD D. STARK
    GEORGE G. GROVER
 2  Citizens Bank Building
    Corona, California
 3  REdwood 7-1910

 4  OWEN W. STRANGE

 5  Attorneys for the Defendant,
    William W. Cottle
```

FILED

MAY 14 1957

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     -vs-<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>            Defendants. | NO. 1247-SD-C<br><br>SUBSTITUTION<br>OF ATTORNEYS |

TO THE CLERK:

Mr. Kenneth K. Wright, formerly associate counsel for William W. Cottle, defendant, is now deceased. Please substitute Clayson, Stark & Rothrock, Donald D. Stark, and George G. Grover as counsel for said defendant, with Owen W. Strange as associate counsel, in place of Clayson & Stark as counsel and Kenneth K. Wright as associate counsel.

CLAYSON, STARK & ROTHROCK

By _____

We accept and consent to the foregoing substitution.

_____
Donald D. Stark

_____
Owen W. Strange

_____
George G. Grover

MITCHEL AND STRANGE
ATTORNEYS AT LAW
SUITE 835 ROWAN
BUILDING
458 SOUTH SPRING ST.
LOS ANGELES 13, CALIF.
MADISON 6-0161