J. LEE RANKIN
SOLICITOR GENERAL
 OF THE UNITED STATES
WASHINGTON 25, D. C.

Attorney for the UNITED STATES OF AMERICA

# FILED

MAY 21 1957

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1247 - SD - C |
| Plaintiff, | ) | CHRONOLOGICAL LIST OF ORDERS |
| | ) | ENTERED BY THE TRIAL COURT IN |
| v. | ) | THIS CAUSE |
| FALLBROOK PUBLIC UTILITY DISTRICT, | ) | |
| et al., | ) | |
| Defendants. | ) | |

Comes now the United States of America acting by and through J. Lee Rankin, Solicitor General, David R. Warner, William E. Burby, and William H. Veeder, Attorneys, Department of Justice, pursuant to the Notice and Order of this Honorable Court entered in this Cause on May 8, 1957, and submits this, its chronological list of Orders entered by this Honorable Court in this Cause, as follows:

1.  January 25, 1951 — Complaint of United States filed.

2.  May 9, 1951 — Minute Order denying all motions to dismiss complaint and denying all motions to require a more definite statement.

3.  May 11, 1951 — Formal Order on above.

4.  August 15, 1951 — Order entered granting permission to State of California to intervene.

5.  October 24, 1951 — Stipulation between Vail and United States filed.

6.  November 30, 1951 — Stipulation between State of California and United States filed.

7.  January 24, 1952 — Order denying motion of the United States to try certain issues separately.

9823

8. February 25, 1952 — Order dismissing two parties as having no interest.

9. February 25, 1952 — Minute Order that motion for separate trials stand submitted.

10. February 27, 1952 — Minute Order denying motion of Fallbrook Public Utility District to strike from plaintiff's reply to answer of said District.

11. March 31, 1952 — Minute Order for separate trials as to Santa Margarita Mutual Water Company and Fallbrook Public Utility District.

12. April 3, 1952 — Order dismissing 55 parties as having no interest.

13. April 8, 1952 — Order transferring Cause to Judge Yankwich.

14. April 25, 1952 — Order denying motion of Fallbrook Public Utility District to reconsider Order for separate trial.

15. May 14, 1952 — Order dismissing Pacific Telephone and Telegraph Company as having no interest.

16. July 8, 9, 10, 1952 — Pretrial Hearing.

17. July 11, 1952 — Order setting October 21, 1952, as date for trial. Court viewed premises.

18. August 15, 1952 — Minute Order, pro-trial Order to be presented August 25, 1952.

19. August 25, 1952 — Pre-trial Order entered. This Order is reported in 109 Federal Supplement 28. This Order contains the following procedural order: "The Court finds that it is for the best interests of the parties hereto and for the public interest that all rights to the use of water in the Santa Margarita River System of all parties to this action be determined as against the others and the filing of cross-pleadings is dispensed with as unnecessary and inconvenient. Provided that the Order setting this cause for separate trials is not affected hereby."

2

9824

20. September 8, 1952 — Order transferring case to Los Angeles
    for trial as to Santa Margarita Mutual Water Company and
    Fallbrook Public Utility District.

21. October 22, 1952 — Pretrial opinion of certain questions of
    law filed (15 points of law specifically mentioned).

22. October 29, 1952 — Order for trial as to Santa Margarita Mutual
    Water Co. and State of California at Los Angeles.

23. October 21, 1952 to November 28, 1952 — Trial as to Santa
    Margarita Mutual Water Company and State of California.

24. December 9, 1952 — Opinion and Order for findings and judgment
    quieting title of Government on merits as to Santa Margarita
    Mutual Water Company. Reported in 109 Fed. Supp. 28.

25. February 24, 1953 — Order filed concerning findings and judgment
    as to Santa Margarita Mutual Water Company. Reported in 110
    Fed. Supp. 767.

26. February 25, 1953 — Order filed of findings of fact and
    conclusions of law, determining water rights between the United
    States and Santa Margarita Mutual Water Company. Docketed and
    entered judgment determining water rights between the United
    States and Vail interests as per judgment of the Superior
    Court of the State of California, San Diego, California, dated
    December 27, 1940. Order also filed that this judgment
    constitutes a partial adjudication only and will not become
    final until claims of Santa Margarita Mutual Water Company and
    Fallbrook Public Utility District are finally determined.

27. July 1, 1953 — Order filed making judgment final against Santa
    Margarita Mutual Water Company and continuing trial against
    Fallbrook Public Utility District to November 3, 1953.

28. October 26, 1953 — Case discussed. Trial as to Fallbrook
    Public Utility District continued until March 16, 1954.

29. March 16, 1954 — Trial as to Fallbrook Public Utility District
    continued to November 30, 1954.

9825

30. November 23, 1954 — Trial as to Fallbrook Public Utility District continued until thirty days after the decision of the U. S. Circuit Court of Appeals for the Ninth Circuit on appeal of Santa Margarita Mutual Water Company.

31. May 3, 1956 — Mandate and opinion of United States Circuit Court of Appeals for the Ninth Circuit received and filed reversing judgment. No judgment can be entered until entire case disposed of. This decision is reported in 235 F(2d) 647.

32. January 4, 1957 — Order transferring Cause to Judge Carter.

33. January 15, 1957 — Order extending to April 15, 1957, time for filing answers by defendants who have not done so.

34. April 18, 1957 — Order for pre-trial conference directing counsel for plaintiff to file suggested outline of procedure before May 3, 1957, and memorandum on appointment of a Water Master. Order provided that no defaults be entered until further order of the Court.

35. May 8, 1957 — Notice and Order to all defendants regarding procedures; regarding availability of engineering data at the Office of the United States located in Rainbow, California; requiring meeting of counsel on July 15, 1957, and August 15, 1957, to discuss physical solution or settlement; ordering further pre-trial hearing on September 4, 1957; and providing for filing of briefs by counsel on certain issues in the case.

In accordance with the Order of this Honorable Court as set forth in paragraph three of the aforesaid Order of May 8, 1957, a copy of this Memorandum is being served upon counsel for all parties who have appeared by counsel in this Cause.

UNITED STATES OF AMERICA

J. LEE RANKIN,
Solicitor General

WILLIAM E. BURBY,
Attorney, Department of Justice

DAVID R. WARNER,
Attorney, Department of Justice

WILLIAM H. VEEDER,
Attorney, Department of Justice

May 20 1957

4

9826