IN THE DISTRICT COURT OF THE UNITED STATES IN AND FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FILED
MAY 27 1957
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

UNITED STATES OF AMERICA, )
)
                Plaintiff, )
) NO. 1247-SD-Civil
      vs. )
) AFFIDAVIT OF SERVICE BY MAIL
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al, )
)
                Defendants )

State of California )
                   ) ss.
County of San Diego )

      CECIL W. TORASSA, being first duly sworn, deposes and says:

That she is a citizen of the United States and a resident of San Diego County, California; that her business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that she is over the age of eighteen years and is not a party to the above entitled action;

      That on May 23, 1957, she deposited in the United States mails at Oceanside, California, in the above entitled action, in envelopes bearing the requisite postage, a copy of

  CHRONOLOGICAL LIST OF ORDERS ENTERED BY THE TRIAL COURT IN THIS CAUSE, dated May 20, 1957, addressed to the following:

Allard, Brownsberger, Shelton & O'Connor, 313 1st National Bldg.,
    Pomona, California;
Florence A. Anderson, 918 C. C. Chapman Bldg., 756 South Broadway,
    Los Angeles, California;
Henry Ashton, 408 E. Central Ave., Balboa, California;

Office of the Attorney General, Library and Courts Building, Sacramento,
    California, Attention of Adolphus Moskovits, Deputy Atty. General;
Best, Best & Krieger, Evans Building, Riverside, California

A. A. Bianchi, 901 Kohl Bldg., 400 Montgomery St., San Francisco, Calif.;

Thomas J. Burke, 504 Granger Bldg., San Diego 1, California;

9827

1. Bert Buzzini, 2233 Fulton St., Berkeley 4, California;
2. Mabel Clausen, 320 1st Trust Bldg., Pasadena, California;
   George G. Grover, Owen Strange, Messrs Clayson, Stark & Rothrock, First National Bank Building, Corona, California;
3. Gerald A. Coxe, Alessandro Hotel Bldg., Hemet, California;
4. Howard E. Crandall, 127 W. Anaheim Blvd., Wilmington, California;
5. William J. Cusack, Room 814 Merritt Bldg., 307 W. 8th St., Los Angeles, California;
6. Charles B. DeLong, 507 Harbor Insurance Bldg., San Diego 1, Calif.;
7. W. B. Dennis, 365 Broadway, Vista, California;
8. Leonard J. Difani, 200 Loring Bldg., Riverside, California;
9. Emmett E. Doherty, General Petroleum Bldg., 612 Flower St., Los Angeles, California;
10. J. A. Donnelley & Richard P. MacNulty, 1403 Bank of America Bldg., San Diego 1, California;
11. Devor & Dorfman, 924 Van Nuys Bldg., Los Angeles 14, California;
12. Lawrence E. Drumm, 458 S. Spring St., Suite 820, Los Angeles 14, Calif.;
13. Ray C. Eberhard, Room 1231 Bartlette Bldg., 215 W. 7th St., Los Angeles 14, California;
14. Estudillo & Bucciarelli, 3900 Market St., Riverside, California;
15. Fendler, Weber & Lerner, 333 S. Beverly Drive, Beverly Hills, Calif.;
16. Daniel W. Gage, 740 Rowan Building, 458 S. Spring St., Los Angeles 13, California;
17. Arthur M. Gediman, 119 S. Main St., Elsinore, California;
18. Abraham Gottfried, 424 S. Beverly Drive, Beverly Hills, California;
19. Frank E. Gray, 202 S. Hamilton Dr., Beverly Hills, California;
20. Samuel A. Greenbarg, 1014 West Valley Blvd., Alhambra, California;
21. Hahn, Ross & Saunders, Suite 611, 608 S. Hill St., Los Angeles, 14, Calif;
22. Tom Halde, Suite 520, 417 S. Hill St., Los Angeles 13, Calif.;
23. Mary McFarland Hall, Riverside, California;
24. Halverson & Halverson, Suite 611, 704 S. Spring St., Los Angeles 14, Calif.;
25. Frank S. Hamburger, 1031 Mills Tower, San Francisco, California;
26. Leslie B. Hanson, 4412 York Blvd., Los Angeles, California;
27. J. U. Hemmi, 220 N. Nevada St., Oceanside, California;
28. James Don Keller & Robert G. Berrey, 302 Civic Center, San Diego 1, Calif.
29. James H. Kindel, Jr., Suite 405 Rowan Bldg., Los Angeles 13, California.

1. Courtney Lacey, 408 E. Florida Ave., Hemet, California;
2. Launder, Chaffee & Launer, Bank of America Bldg., Fullerton, California;
3. Walter Gould Lincoln, Suite 1113, 742 S. Hill St., Los Angeles 14, California;
4. Lindley, Lazar & Scales; 825 Bank of America Bldg., San Diego 1, Calif.;
5. Luce, Forward, Kunzel & Scripps, 1220 San Diego Trust & Svgs Bldg., San Diego 1, California
6. William O. Mackey & Wilburn J. Murry & James H. Angell, Court House, Riverside, California;
7. William H. Macomber, 1114 San Diego Trust & Savings Bldg., San Diego 1, Calif.;
8. Richard M. Marsh, 45-262 Jackson St., Indio, California;
9. Henry M. Moffatt, 121 E. 6th St., Los Angeles 14, California;
10. O'Melveny & Myers & Geo. Stahlman, 433 S. Spring St., Los Angeles 13, Calif.;
11. John Neblett, 3742 10th St., Riverside, California;
12. A. J. O'Connor, 639 S. Spring St., Los Angeles 14, California;
13. Benjamin S. Parks, Room 916, 210 W. 7th St., Los Angeles 14, California;
14. George M. Pierson, 816 Continental Bldg., Los Angeles 13, California;
15. Sachse & Price, 217 No. Main St., Fallbrook, California;
16. J. Lee Rankin, Assistant Attorney General, Department of Justice, Washington, D. C.
17. Sarau Adams, Neblett & Sarau, Suite 500, Mission Inn Rotunda, Riverside, California;
18. Gary W. Sawtelle, Suite 612, 621 S. Spring St., Los Angeles 14, California;
19. Shatford & Shatford, 5920 Temple City Blvd., Temple City, California;
20. J. D. Skeen, 802 Utah Oil Bldg., Salt Lake City, Utah;
21. George Stahlman, Rt 1, Box 235, Fallbrook, California;
22. W. E. Starke, 1130 Bank of America Bldg., San Diego 1, California;
23. Hugo A. Steinmyer & Winfield Jones, 650 S. Spring St., Los Angeles 14, Calif.;
24. William Stinehart, 5045 Wilshire Blvd., Los Angeles 36, California;
25. Swanwick, Donnelly & Proudfit, Suite 912 California Bank Bldg., 629 South Spring St., Los Angeles 14, California;
26. Swing, Scharnikow & Staniforth, Phil D. Swing, Suite 604, 530 Broadway, San Diego 1, California
27. Tanner, Thornton & Myers, 215 W. 7th St., Los Angeles 14, California;
28. Teschke, Rohe & Cramer, 359 No. Cannon Drive, Beverly Hills, Calif.;
29. Thompson & Colgate, 405 Citizens Bank Bldg., Riverside, California;

1. Trihey & Mirich, 565 W. 5th St., San Pedro, California;

2. Cornelius T. Waldo, 10742 Nassau Ave., Sunland, California;

3. Robert W. Walker, Henry M. Moffatt, Robert S. Curtiss, 448 Santa Fe Bldg., Los Angeles 14, California;

4. G. V. Weikert, 918 Oviatt Bldg., Los Angeles 14, California;

5. P. W. Willett, P. O. Box 103, Fallbrook, California;

6. Dennett Withington, 1317 E St., San Bernardino, California;

the last known addresses of the above, at which places there is a delivery service by United States mails from said post offices.

Subscribed and sworn to before me this 24 day of May, 1957.

_____
Notary Public in and for the
County of San Diego,
State of California

(My commission expires 2/28/58)

_____
Cecil W. Torassa