ROBERT W. WALKER
HENRY M. MOFFAT
ROBERT B. CURTISS
448 Santa Fe Building
121 East Sixth Street
Los Angeles 14, California
MUtual 0111

Attorneys for Defendant,
THE ATCHISON, TOPEKA AND
SANTA FE RAILWAY COMPANY

FILED
JUN 25 1957
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William W. Luddy
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
       Plaintiff,
vs.
FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,
       Defendants.

No. 1247 SD-C

ASSOCIATION OF ATTORNEYS

  We, the undersigned, attorneys of record for defendant, THE ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY, a corporation, hereby associate the firm of LUCE, FORWARD, KUNZEL & SCRIPPS in the prosecution and trial of the above entitled action.

  Dated this 13th day of June, 1957.

ROBERT W. WALKER
HENRY M. MOFFAT
ROBERT B. CURTISS

By /s/ [signature]
Attorneys for Defendant,
THE ATCHISON, TOPEKA AND
SANTA FE RAILWAY COMPANY

We accept said association in the above entitled action.

Dated this 24th day of June 1957.

LUCE, FORWARD, KUNZEL & SCRIPPS

By /s/ Leland C. Nielsen

2240

STATE OF CALIFORNIA,
County of __San Diego__ } ss.

__Sylvia S. Martin__ being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of __San Diego__; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's ~~residence~~ business address is __1220 San Diego Trust & Savings Bldg., San Diego 1, California,__ that on the __25th__ day of __June__, 19__57__, affiant served the within __Association of Attorneys__ on the __Plaintiff__ in said action, by placing a true copy thereof in an envelope addressed to the attorney__s__ of record for said __Plaintiff United States of America__ at the ~~residence~~ office address of said attorney____, as follows°  "

  Mr. Laughlin E. Waters, U. S. Attorney,
  600 U. S. Post Office and Court House Bldg.,
  Los Angeles 12, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at°° __San Diego, California__, California, where is located the office of the attorney__ for the person__ by and for whom said service was made.

That there is delivery service by the United States mail at the place so addressed or °°° there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __25th__ day of __June__, 19__57__.

_Mildred C. Smith_ (signature)    _Sylvia S. Martin_ (signature)
Notary Public in and for the County of __San Diego__, State of California.
(SEAL)
° Here quote from envelope name and address of addressee.
°° If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office."
°°° When the letter is addressed to a post office other than city in which letter is mailed strike out "and"; when addressed to city in which letter is mailed strike out "or."

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 9-50

2240A