IN THE DISTRICT COURT OF THE UNITED STATES IN AND FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

**FILED**

JUL 1 7 1957

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
— Deputy Clerk

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al,

                    Defendants.

No. 1247-SD-Civil

AFFIDAVIT OF SERVICE BY MAIL

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF SAN DIEGO   )

          MARGARET B. TOOKER, being first duly sworn, deposes and says:

That she is a citizen of the United States and a resident of San Diego

County, California; that her business address is Office of Ground Water Re-

sources, Marine Corps Base, Camp Pendleton, California; that she is over the

age of eighteen years and is not a party to the above entitled action.

          That on July 15, 1957, she deposited in the United States mails

at Oceanside, California, in the above entitled action, in envelopes bear-

ing the requisite postage, a copy of

                    MEMORANDUM

          "* * * SUGGESTING METHODS OF TRIAL OF THIS ACTION
          BY AREAS, CLASSIFICATIONS, SEGMENTS OR OTHER METHODS
          LOOKING TOWARDS AN EXPEDITIOUS TRIAL OF THE ACTION,
          AND TAKING INTO ACCOUNT THE PROBLEMS OF THE SMALL
          LANDOWNERS RESIDENT IN DIFFERENT AREAS INVOLVED,
          * * *."

dated July 5, 1957, addressed to the following:


     Allard, Brownsberger, Shelton & O'Connor, 313 First National Building
          Pomona, California

2283

11ND-GEN-191 (8/56)

NPS. SAN DIEGO

-1-

1   Florence A. Anderson, 918 C. C. Chapman Building, 756 South Broadway
        Los Angeles, California
2
3   Henry Ashton, 408 E. Central Avenue, Balboa, California

    Office of the Attorney General, Library and Courts Building, Sacramento,
4       California; Attention:  Adolphus Moskovits, Deputy Attorney General

5   Best, Best & Krieger, Evans Building, Riverside, California

6   A. A. Bianchi, 901 Kohl Building, 400 Montgomery Street, San Francisco,
        California
7
    Thomas J. Burke, 504 Granger Building, San Diego 1, California
8
    Bert Buzzini, 2233 Fulton Street, Berkeley 4, California
9
    Mabel Clausen, 320 First Trust Building, Pasadena, California
10
    George G. Grover, Owen Strange, Messrs, Clayson, Stark & Rothrock, First
11      National Bank Building, Corona, California

12  Gerald A. Coxe, Alessandro Hotel Building, Hemet, California

13  Howard E. Crandall, 127 W. Anaheim Boulevard, Wilmington, California

14  William J. Cusack, Room 814 Merritt Building, 307 West 8th Street, Los
        Angeles, California
15
    Charles B. DeLong, 507 Harbor Insurance Building, San Diego 1, California
16
    W. B. Dennis, 365 Broadway, Vista, California
17
    Leonard J. Difani, 200 Loring Building, Riverside, California
18
    Emmett E. Doherty, General Petroleum Building, 612 Flower Street, Los
19      Angeles, California

20  J. A. Donnelley & Richard P. MacNulty, 1403 Bank of America Building,
        San Diego 1, California
21
22  Devor & Dorfman, 924 Van Nuys Building, Los Angeles 14, California

23  Lawrence E. Drumm, 458 So Spring Street, Suite 820, Los Angeles 14, Cali-
        fornia
24
25  Ray C. Eberhard, Room 1231 Bartlett Building, 215 West 7th Street, Los
        Angeles 14, California
26
    Estudillo & Bucciarelli, 3900 Market Street, Riverside, California
27
    Oliver P. Ensley, Attorney at Law, Hemet, California
28
    Fendler, Weber & Lerner, 333 So Beverly Drive, Beverly Hills, California
29
    Daniel W. Gage, 740 Rowan Building 458 So Spring Street, Los Angeles 13,
        California

2284

1    Arthur M. Gediman, 119 So Main Street, Elsinore, California

2    Abraham Gottfried, 424 So Beverly Drive, Beverly Hills, California

3    Frank E. Gray, 202 So Hamilton Drive, Beverly Hills

4    Samuel A. Greenburg, 1014 West Valley Boulevard, Alhambra, California

5    Hahn, Ross & Saunders, Suite 611, 608 So Hill Street, Los Angeles 14,
     California

6
     Tom Halde, Suite 520, 417 So Hill Street, Los Angeles 13, California
7

8    Frank S. Hamburger, 1031 Mills Tower, San Francisco, California

9    Halverson & Halverson, Suite 621, 704 So Spring Street, Los Angeles 14,
     California

10   Leslie B. Hanson, 4412 York Boulevard, Los Angeles, California

11   J. U. Hemmi, 220 No Nevada Street, Oceanside, California

12   James Don Keller & Robert G. Berrey, 302 Civic Center, San Diego 1,
     California
13
     James H. Kindel, Jr., Suite 405, Rowan Building, Los Angeles 13,
14   California

15   Courtney Lacey, 408 E. Florida Avenue, Hemet, California

16   Launer, Chaffee & Launer, Bank of America Building, Fullerton, Cali-
     fornia
17
     Walter Gould Lincoln, Suite 1113, 742 So Hill Street, Los Angeles 14,
18   California

19   Lindley, Lazar & Scales, 825 Bank of America Building, San Diego 1,
     California
20
     Luce, Forward, Kunsel & Scripps, 1220 San Diego Trust & Savings Build-
21   ing, San Diego 1, California

22   William O. Mackey, Wilburn J. Murry, James H. Angell, Court House,
     Riverside, California
23
     William H. Macomber, 1114 San Diego Trust & Savings Building, San
24   Diego 1, California

25   Richard M. Marsh, 45-262 Jackson Street, Indio, California

26   Henry M. Moffatt, 121 East 6th Street, Los Angeles 14, California

27   O'Melveny & Myers, & George Stahlman, 433 So Spring Street, Los
     Angeles 13, California
28
     John Neblett, 3742 10th Street, Riverside, California
29

2285

1   A. J. O'Connor, 639 So Spring Street, Los Angeles 14, California

2   Benjamin S. Parks, Room 916, 210 West 7th Street, Los Angeles 14, California

3   George M. Pierson, 816 Continental Building, Los Angeles 13, California

4   Richardson & Henderson, 174 North Palm Canyon Drive, Palm Springs, California

5   Sachse & Price, 217 No Main Street, Fallbrook, California

6   Sarau, Adams, Meblett & Sarau, Suite 500, Mission Inn Rotunda, Riverside, California

7   Gary W. Sawtelle, Suite 612, 621 So Spring Street, Los Angeles 14, California

8   Shatford & Shatford, 5920 Temple City Boulevard, Temple City, California

9   J. D. Skeen, 802 Utah Oil Building, Salt Lake City, Utah

10   George Stahlman, Route 1, Box 235, Fallbrook, California

11   W. E. Starke, 1130 Bank of America Building, San Diego 1, California

12   Hugo A. Steinmyer & Winfield Jones, 750 So Spring Street, Los Angeles, 14, California

13   William Stinehart, 5045 Wilshire Boulevard, Los Angeles 36, California

14   Swing & Swing, Attorneys at Law, 313 Central Building, San Bernardino, California

15   Swing, Scharnikow & Staniforth, Phil D. Swing, Suite 604, 530 Broadway, San Diego 1, California

16   Tanner, Thorton & Myers, 215 West 7th Street, Los Angeles 14, California

17   Teschke, Rohe & Cramer, 359 No Cannon Drive, Beverly Hills, California

18   Thompson & Colgate, 405 Citizens Bank Building, Riverside, California

19   Trihey & Mirich, 565 West 5th Street, San Pedro, California

20   Cornelius T. Waldo, 10742 Nassau Avenue, Sunland, California

21   Robert W. Walker, Henry M. Moffatt & Robert S. Curtiss, 448 Santa Fe Building, Los Angeles 14, California

22   C. V. Weikert, 918 Oviatt Building, Los Angeles 14, California

23   P. W. Willett, P. O. Box 103, Fallbrook, California,

the last known addresses of the above, at which places there is a delivery
service by United States mails from said post offices.

Margaret B. Tooker

Subscribed and sworn to before me
this  15th  day of July, 1957.

Notary Public in and for the County
of San Diego, State of California

My Commission expires _Dec 28 1958_