SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
BELMONT 9-1131

and

SACHSE AND PRICE
Fallbrook, California

Attorneys for FALLBROOK PUBLIC UTILITY DISTRICT

FILED
JUL 8 - 1957
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff<br>vs<br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br>　　　　Defendants | NO. 1247-SD-C<br>MEMORANDUM SUGGESTING METHODS OF TRIAL |

Come now counsel for Defendant, FALLBROOK PUBLIC UTILITY DISTRICT and make the following suggestions regarding the methods of trial of this action:

An orderly procedure would seem to call for trying this action, if a trial becomes necessary, by the several areas where the physical and hydrological facts were more or less closely interrelated. However, it would hardly be practicable or feasible, at this time, to fix definite boundaries or adopt hard and fast limits for the proposed areas. The several tributaries could, each reasonably constitute a separate area or segment of the river for the ascertainment and determination, as against the United States, of the water rights of the lands located within its watershed.

However, much as to the method of procedure, may finally depend on the Pre-trial Order to be entered herein, after September 4, 1957, outlining the rules of law applicable to the trial

copy rec'd.

2263

of this action. For instance, Fallbrook will contend that the Stipulation made in 1940 between the Vails and Rancho Santa Margarita (Exhibit "A" of Plaintiff's Complaint) and the Stipulation made and entered herein dated July 8, 1952 ratifying the earlier Stipulation, have made immaterial to the United States what the rights and uses of water of landowners above the Vail Dam are or may be. Also, other defendants are contending that "percolating waters" which are not part of the Santa Margarita River or its tributaries or underground basins which are a part of said stream, are not within the issues of this action, nor subject to any claim of the United States in this case. If either of these contentions should be adopted by the court, very substantial areas within the watershed of the River can be excluded from consideration in the trial of this action.

The method of proceeding "by classifications" would appear to contribute little towards an expeditious trial of the action since the rights of all appropriators are "subject to vested rights" which includes all riparian rights. Fallbrook has already expressed its willingness to concede to all defendants herein their upstream diversions for riparian uses.

In closing, we offer this further suggestion:

If Plaintiff insists that it must have a lawsuit to ascertain and determine the water rights belonging to its Camp Pendleton lands it does not follow that it is necessary that every landowner in the watershed of the River must sue every other land owner. We submit that neither necessity, reason, nor justice compell every one of the 3600 defendants to be adverse to every other defendant in this Action. And we think the Court should so declare, in the interest of expediting the trial of the action

-2-

2264

and to lessen the burden and expense on the small landowners.

DATED: July 8, 1957.

Respectfully Submitted,

SWING, SCHARNIKOW & STANIFORTH

BY *[signature: Phil D. Swing]*

SACHSE AND PRICE

BY *[signature]*

Attorneys for Defendant FALLBROOK PUBLIC UTILITY DISTRICT

-3-

2265

## AFFIDAVIT OF SERVICE BY MAIL

1 STATE OF CALIFORNIA )
                     ) ss
2 COUNTY OF SAN DIEGO )

3       KATHERINE ENIGENBURG, being duly sworn, deposes and says:

4       That affiant is a citizen of the United States, over the age

5 of 18 years, and not a party to the within action; that affiant's place of

6 employment and business address is office of Fallbrook Public Utility

7 District, Fallbrook, California; that on the 8th day of July 1957,

8 affiant enclosed a true copy of the within MEMORANDUM SUGGESTING METHODS

9 OF TRIAL dated July 8, 1957, in an envelope for each of the persons named

10 below, addressed to each of them at the address set out immediately below

11 each respective name, sealed said envelope, and deposited the same in

12 the United States Mail at Fallbrook, California, with postage thereon

13 fully prepaid; that there is delivery service by United States Mail at

14 each of the places so addressed, or there is regular communication by

15 mail between the said place of mailing and each of the places so addressed:

16
      Bert Buzzini
      2223 Fulton Street
17      Berkeley 4, California

18      Allard, Brownsberger, Shelton &
       O'Conner
19      313 First National Building
     Pomona, California
20

     Florence A. Anderson
21      918 C. C. Chapman Building
     756 South Broadway
22      Los Angeles, California

23      Henry Ashton, Esq.,
     408 East Central Avenue
24      Balboa, California

25      Best, Best & Kireger
     Evans Building
26      Riverside, California

27      A. A. Bianchi
     901 Kohl Building
28      400 Montgomery Street
     San Francisco, California
29
     Thomas J. Burke
30      504 Granger Building
     San Diego 1, California
31
     Mabel Clausen
32      320 First Trust Building
     Pasadena, California
33

```
 1    Clayson, Stark & Rothrock
      First National Building
 2    Corona, California
      Attention:  George G. Grover
 3
      Gerald A. Coxe
 4    Alessandro Hotel Building
      Hemet, California
 5
      Howard E. Crandall
 6    127 West Anaheim Building
      Wilmington, California
 7
      Wm. J. Cusack, Esq.
 8    Room 814 Merritt Building
      307 West 8th Street
 9    Los Angeles, California

10    W. B. Dennis
      365 Broadway
11    Vista, California

12    Devor & Dorfman
      924 Van Nuys Building
13    Los Angeles 14, California

14    Leonard J. Difani
      200 Loring Building
15    Riverside, California

16    J. A. Donnelley & Richard P.
        MacNulty
17    1403 Bank of America Building
      San Diego 1, California
18
      Lawrence E. Drumm
19    458 South Spring Street
      Suite 820
20    Los Angeles 14, California

21    Ray C. Eberhard
      Room 1231 Bartlette Building
22    215 West 7th Street
      Los Angeles 14, California
23
      Estudillo & Bucciarelli
24    3900 Market Street
      Riverside, California
25
      Fendler, Weber & Lerner
26    333 South Beverly Drive
      Beverly Hills, California
27
      Daniel W. Gage
28    740 Rowan Building
      458 South Spring Street
29    Los Angeles 13, California

30    Arthur M. Gediman
      119 South Main Street
31    Elsinore, California

32

33                          -2-                           2267
```

```
 1    Abraham Gottfried
      424 South Beverly Drive
 2    Beverly Hills, California

 3    Frank E. Gray
      202 South Hamilton Drive
 4    Beverly Hills, California

 5    Tom Halde
      417 South Hill Street, Suite 520
 6    Los Angeles 13, California

 7    Frank S. Hamburger
      1031 Mills Tower
 8    San Francisco, California

 9    Leslie B. Hanson
      4412 York Boulevard
10    Los Angeles, California

11    James Don Keller &
      Robert G. Berrey
12    302 Civic Center
      San Diego 1, California
13
      Courtney Lacey
14    408 East Florida Avenue
      Hemet, California
15
      Launder, Chaffee & Launer
16    Bank of America Building
      Fullerton, California
17
      Walter Gould Lincoln
18    Suite 1113
      742 South Hill Street
19    Los Angeles 14, California

20    Lindley, Lazar & Scales
      825 Bank of America Building
21    San Diego 1, California

22    Luce, Forward, Kunzel & Scripps
      1220 San Diego Trust & Savings Building
23    San Diego 1, California

24    William O. Mackey, Wilburn J. Murray
      James H. Angell
25    County of Riverside
      Courthouse
26    Riverside, California

27    Richard M. Marsh
      45-262 Jackson Street
28    Indio, California

29    J. U. Memmi
      220 North Nevada Street
30    Oceanside, California

31    Lt. David W. Miller, USN
      Office of Ground Water Resources
32    Marine Corps Base
      Camp Pendleton, California
33
```

2268

-3-

John Neblett
500 Mission Inn Rotunda
Riverside, California

A. J. O'Connor
639 South Spring Street
Los Angeles 14, California

Henry M. Moffatt
121 East 6th Street
Los Angeles 14, California

O'Melveny & Myers
433 South Spring Street
Los Angeles 13, California
Attention: George Stahlman

Benjamin S. Parks
Room 916
219 West 7th Street
Los Angeles 14, California

George M. Pierson
816 Continental Building
Los Angeles 13, California

J. Lee Rankin
Solicitor General
Department of Justice
Washington, D. C.

Sarau, Adams, Neblett & Sarau
Suite 500, Mission Inn Rotunda
Riverside, California

Shatford & Shatford
5920 Temple City Boulevard
Temple City, California

W. E. Starke
1130 Bank of America Building
San Diego 1, California

J. D. Skeen
802 Utah Oil Building
Salt Lake City, Utah

Hugo A. Steinmyer & Winfield Jones
650 South Spring Street
Los Angeles 14, California

William Stinehart
5045 Wilshire Boulevard
Los Angeles 36, California

Swing, Scharnikow & Staniforth
Suite 604
530 Broadway
San Diego 1, California
Attention: Phil D. Swing

Tanner, Thornton & Myers
215 West 7th Street
Los Angeles 14, California

2269

```
 1      Thompson & Colgate
        405 Citizens Bank Building
 2      Riverside, California

 3      William H. Veeder
        Special Assistant to the Attorney General
 4      Department of Justice
        Washington, D. C.
 5
        William E. Burby
 6      12120 Travis Street
        Los Angeles 49, California
 7
        Cornelius T. Waldo
 8      10742 Nassau Avenue
        Sunland, California
 9
        Robert W. Walker, Henry M. Moffat,
10      Robert S. Curtiss
        448 Santa Fe Building
11      Los Angeles 14, California

12      G. V. Weikert
        918 Oviatt Building
13      Los Angeles 14, California

14      P. W. Willett
        P. O. Box 103
15      Fallbrook, California

16      William H. Macomber
        1114 San Diego Trust & Savings Building
17      San Diego 1, California

18      Dennett Withington
        1317 E. Street
19      San Bernardino, California

20

21

22                                    Katherine Enganberg

23  Subscribed and sworn to
    before me this 8th day of
24  July, 1957.

25  Eloise C. Bergstrom
    Notary Public in and for the
26  County of San Diego, State of California.

27  My commission expires May 25, 1961
```

-5-

2270