```
GERALD A. COXE
209 Avalonia Street,
Playa Del Rey, California
Telephone EXmont 70695
Attorney for Defendant
Myrtle E. Parks
```

FILED
JUL 15 1957
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Jr
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br>vs<br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al,<br>           Defendants. | Number 1247 - Civil<br>SUBSTITUTION OF ATTORNEYS |

To the Clerk of the above entitled Court:

The undersigned hereby relieves Gerald A. Coxe, from any and all duties and responsibility as my attorney of record in the above entitled action and hereby elect to represent myself as one of the defendants in said action, from this date and until further notice.

Dated: June 20, 1957.

*Myrtle E. Parks*
Myrtle E. Parks - Defendant.

I hereby consent and agree to the foregoing substitution.

Dated: June 28, 1957.

*Gerald A. Coxe*
Gerald A. Coxe - Attorney of Record
for Myrtle E. Parks, Defendant.

2282