O'MELVENY & MYERS
&
GEORGE STAHLMAN
R. 1 Box 235
Fallbrook Calif.

Attorneys for VAIL CO. Def.

FILED
JUL 18 1957
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )
)
  v. ) No. 1247-SD-C
)
FALLBROOK PUBLIC UTILITY )
  DISTRICT, et al., )
)
        Defendants. )

MEMORANDUM

"***SUGGESTED METHODS OF TRIAL PERSUANT TO COURT ORDER OF MAY 'th 1957***"

Since Vail Co properties are located up-stream from properties off all other persons designated by the Court as principal defendants and the defendants FALLBROOK PUBLIC UTILITY DISTRICT and defendants SANTA MARGARITA MUTUAL WATER CO. having in open Court declared they are claiming no rights against riparian owners or up-stream appropriators, these being the only kind of rights being claimed by Vail Co., we believe that to suggest methods of trying disputes between down-stream participants would be presumptious.

Such suggestions of methods of trial which we will make are limited to what we believe concern our interests in the case.

We believe that since Vail Co. does not invade many of the major disputes between other parties that Vail Co. presence will not be required at all times during the trial and that their presence should only be required when matters affecting Vail Co. rights are being heard.

1.

2288

1    We realize that the Court cannot take the responsibility
2 of notifying or alerting parties to an action concerning their pre-
3 sence. However we respectfully suggest that the Court require any
4 party desiring to present evidence which may affect the rights
5 of other parties presently absent give timely notice to this effect.
6    Absent parties should be available for this notice at
7 all times and be required to to be present within a stated period
8 after notice.
9    That the parties not wishing to be present during the
10 entire trial be required in pre-trial order to designate what
11 issues or matters they desire to be present at and waive appearance
12 in all other matters.

Respectfully submitted for
VAIL CO.

George Stahlman

2.

2289