IN THE DISTRICT COURT OF THE UNITED STATES IN AND FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

# FILED

AUG 26 1957

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
Deputy Clerk

UNITED STATES OF AMERICA,

      Plaintiff,

  vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of
the State of California, et al,

      Defendants.

No. 1247-SD Civil

AFFIDAVIT OF SERVICE BY MAIL

STATE OF CALIFORNIA )
        ) ss.
COUNTY OF SAN DIEGO )

  MARGARET B. TOOKER, being first duly sworn, deposes and says:

That she is a citizen of the United States and a resident of San Diego

County, California; that her business address is Office of Ground Water Re-

sources, Marine Corps Base, Camp Pendleton, California; that she is over

the age of eighteen years and is not a party to the above entitled action.

  That on August 21, 1957, she deposited in the United States

mails at Oceanside, California, in the above entitled action, in envelopes

bearing the requisite postage, a copy of

  MEMORANDUM OF THE UNITED STATES OF AMERICA IN
  REGARD TO NOTICE TO ALL DEFENDANTS AND COURT
  ORDER RE PROCEDURE PARAGRAPH 6 (a) THROUGH (i)

dated August 18, 1957, addressed to the following:

11ND-GEN-191 (8/56)               2421
                  NPS SAN DIEGO

(1)

1  Allard, Brownsberger, Shelton & O'Connor, 313 First National Building, Pomona, California

2

3  Florence A. Anderson, 918 C. C. Chapman Building, 756 South Broadway, Los Angeles, California

4  Henry Ashton, 408 E. Central Avenue, Balboa, California

5  Office of the Attorney General, Library and Courts Building, Sacramento, California;  Attention:  Adolphus Moskovitz, Deputy Attorney General

6

7  Best, Best & Krieger, Evans Building, Riverside, California

A. A. Bianchi, 901 Kohl Building, 400 Montgomery Street, San Francisco, California

8

9  Thomas J. Burke, 504 Granger Building, San Diego 1, California

10  Bert Buzzini, 2233 Fulton Street, Berkeley 4, California

11  Mabel Clausen, 320 First Trust Building, Pasadena, California

12  George G. Grover, Owen Strange, Messrs, Clayson, Stark & Rothrock, First National Bank Building, Corona, California

13

14  Howard E. Crandall, 127 W. Anaheim Boulevard, Wilmington, California

William J. Cusack, Room 814 Merritt Building, 307 West 8th Street, Los Angeles, California

15

16  Charles B. DeLong, 507 Harbor Insurance Building, San Diego 1, California

17  W. B. Dennis, 365 Broadway, Vista, California

18  Leonard J. Difani, 200 Loring Building, Riverside, California

19  Emmett E. Doherty, General Petroleum Building, 612 Flower Street, Los Angeles, California

20

21  J. A. Donnelley & Richard P. MacNulty, 4th at Nutmeg, 2655 4th, San Diego, California

22  Devor & Dorfman, 924 Van Nuys Building, Los Angeles 14, California

23  Lawrence E. Drumm, 458 So Spring Street, Suite 820, Los Angeles 14, California

24

25  Ray C. Eberhard, Room 1231 Bartlett Building, 215 West 7th Street, Los Angeles 14, California

26  Estudillo & Bucciarelli, 3900 Market Street, Riverside, California

27  Oliver P. Ensley, Attorney at Law, Hemet, California

28  Fendler, Weber & Lerner, 330 So Beverly Drive, Beverly Hills, California

29

2422

Daniel W. Gage, 740 Rowan Building, 458 So Spring Street, Los Angeles 13, California

Arthur M. Gediman, 119 So Main Street, Elsinore, California

Abraham Gottfried, 424 So Beverly Drive, Beverly Hills, California

Frank E. Gray, 202 So Hamilton Drive, Beverly Hills, California

Samuel A. Greenburg, 1014 West Valley Boulevard, Alhambra, California

Hahn, Ross & Saunders, Suite 611, 608 So Hill Street, Los Angeles 14, California

Crider, Tilson & Ruppe, 548 So Spring Street, Los Angeles 13, California, Attention:  Tom Halde

Frank S. Hamburger, 1031 Mills Tower, San Francisco, California

Halverson & Halverson, Suite 611, 704 So Spring Street, Los Angeles 14, California

Leslie B. Hanson, 4412 York Boulevard, Los Angeles, California

J. U. Hemmi, 220 No Nevada Street, Oceanside, California

James Don Keller & Robert G. Berrey, 302 Civic Center, San Diego 1, California

James H. Kindel, Jr., Suite 405, Rowan Building, Los Angeles 13, California

Courtney Lacey, 408 E. Florida Avenue, Hemet, California

Launer, Chaffee & Launer, Bank of America Building, Fullerton, California

Walter Gould Lincoln, Suite 1113, 742 So Hill Street, Los Angeles 14, California

Lindley, Lazar & Scales, 825 Bank of America Building, San Diego 1, California

Luce, Forward, Kunsel & Scripps, 1220 San Diego Trust & Savings Building, San Diego 1, California

William O. Mackey, Wilburn J. Murry, James H. Angell, Court House, Riverside, California

William H. Macomber, 1114 San Diego Trust & Savings Building, San Diego 1, California

Richard M. Marsh, 45-262 Jackson Street, Indio, California

Henry M. Moffatt, 121 East 6th Street, Los Angeles 14, California

O'Melveny & Myers, & George Stahlman, 433 So Spring Street, Los Angeles, 13, California

2423

1IND-GEN-191 (8/56)

NPS, SAN DIEGO

1  John Neblett, 3742 10th Street, Riverside, California

2  A. J. O'Connor, 639 So Spring Street, Los Angeles 14, California

3  Benjamin S. Parks, Room 916, 210 West 7th Street, Los Angeles 14, California

4

5  George M. Pierson, 816 Continental Building, Los Angeles 13, California

Richardson & Henderson, 174 North Palm Canyon Drive, Palm Springs, California

6

7  Sachse & Price, 217 No. Main Street, Fallbrook, California

8  Sarau, Adams, Neblett & Sarau, Suite 500, Mission Inn Rotunda, Riverside, California

9

Gary W. Sawtelle, Suite 612, 621 So Spring Street, Los Angeles 14, California

10

11  Shatford & Shatford, 5920 Temple City Boulevard, Temple City, California

12  J. D. Skeen, 802 Utah Oil Building, Salt Lake City, Utah

13  George Stahlman, Route 1, Box 235, Fallbrook, California

14  W. E. Starke, 1130 Bank of America Building, San Diego 1, California

15  Hugo A. Steinmyer & Winfield Jones, 750 So Spring Street, Los Angeles 14, California

16

17  William Stinehart, 5045 Wilshire Boulevard, Los Angeles 36, California

Swing & Swing, Attorneys at Law, 313 Central Building, San Bernardino, California

18

19  Swing, Scharnikow & Staniforth, Phil D. Swing, Suite 604, 530 Broadway, San Diego 1, California

20

21  Tanner, Thorton & Myers, 215 West 7th Street, Los Angeles 14, California

22  Teschke, Rohe & Cramer, 359 No Cannon Drive, Beverly Hills, California

23  Thompson & Colgate, 405 Citizens Bank Building, Riverside, California

24  Trihey & Mirich, 565 West 5th Street, San Pedro, California

25  Cornelius T. Waldo, 10742 Nassau Avenue, Sunland, California

26  Robert W. Walker, Henry M. Moffatt & Robert S. Curtiss, 448 Santa Fe Building, Los Angeles 14, California

27  G. V. Weikert, 918 Oviatt Building, Los Angeles 14, California

28  P. W. Willett, P. O. Box 103, Fallbrook, California,

29  Dennett Withington, 1317 "E" Street, San Bernardino, California

2424

1   The last known addresses of the above, at which places there is a delivery

2   service by United States mails from said post offices.

3

4

5                                                    Margaret B. Tooker

6

7   Subscribed and sworn to before me
    this  22  day of August, 1957.

8

9

    Notary Public in and for said
10  County and State.

11

12  My Commission expires  Feb 28, 1958

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

11ND-GEN-191 (8/56)              -5-

2425

NPB. SAN DIEGO