UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK PUBLIC UTILITY DISTRICT

No. __1247-SD-C__ Civil

MINUTES OF THE COURT

DATE: __Sept. 4, 1957__

AT: San Diego, California

PRESENT: Hon. __JAMES M. CARTER__ District Judge

Deputy Clerk: __WILLIAM W. LUDDY__   Reporter: __JOHN SWADER__

Counsel for Plaintiff __WILLIAM VEEDER AND WILLIAM BURBY__

Counsel for Defendants: BERT BUZZINI, ADOLPHUS MOSKOVITZ, GEORGE G. GROVER, W. B. DENNIS, DON CLARKE, ROGER RUFFIN, Lt. DAVID W. MILLER, GEORGE STAHLMAN PHIL D. SWING.

PROCEEDINGS:

At 10:20 A.M. court reconvenes herein.

Court orders certain corrections be made in transcript of August, 1957.

Attorney Swing, Veeder, Stahlman, Sachse, Moskovitz and Court each make statements.

At 11:05 A.M. a recess is declared by the Court, and the Court instructs counsel to appear in chambers for informal discussion.

At 4:30 P.M. the court informs Clerk discussion continued to September 5, 1957, at 1:00 P.M. for further informal discussion in chambers without the reporter or clerk.

2426

JOHN A. CHILDRESS, Clerk