IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

**FILED**
SEP 12 1957
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

    Defendants.

No. 1247-SD-C

RELEASE OF ATTORNEYS

TO: LINDLEY, LAZAR & SCALES

  This is to advise you and the above entitled court that by mutual agreement your representation of the undersigned, in the above entitled cause, is terminated as of this date, and you will not be required or expected to represent the undersigned defendant in any further proceedings therein.

  DATED: MAY 5 1957.

          _Madeline G. Miller_
          Madeline G. Miller
          9631 Sunkist Ave
          Anaheim, Calif.

The above relinquishment accepted.

DATED: AUG 23 1957.

LINDLEY, LAZAR & SCALES

By _F. E. Lindley_

APPROVED *and defendant to act in pro per.*

DATE: 9/12/57

_James M. Carter_
Judge

LINDLEY, LAZAR, & SCALES
ATTORNEYS AT LAW
825 BANK OF AMERICA BLDG.
SAN DIEGO 1, CALIF.
BELMONT 3-5181

2427