IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FILED
SEP 12 1957
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
Deputy Clerk

UNITED STATES OF AMERICA,
      Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,
      Defendants.

No. 1247-SD-C

RELEASE OF ATTORNEYS

ORIGINAL

TO: LINDLEY, LAZAR & SCALES

  This is to advise you and the above entitled court that by mutual agreement your representation of the undersigned, in the above entitled cause, is terminated as of this date, and you will not be required or expected to represent the undersigned defendant in any further proceedings therein.

DATED: *19 Aug, 1957*

        FALLBROOK CITRUS ASSOCIATION

        By *Robert H. Pinkley*
          *Vice President*
         address *Fallbrook, Calif.*

The above relinquishment accepted.

DATED: AUG 23 1957

LINDLEY, LAZAR & SCALES

By *P. C. Lindley*

APPROVED *and defendant to act in proper*

DATE: *9/12/57*

*James M. Carter*
Judge

2428

LINDLEY, LAZAR, & SCALES
ATTORNEYS AT LAW
825 BANK OF AMERICA BLDG.
SAN DIEGO 1, CALIF.
BELMONT 3-5181