J. LEE RANKIN
SOLICITOR GENERAL
  OF THE UNITED STATES
WASHINGTON 25, D. C.

Attorney for the UNITED STATES OF AMERICA

FILED
OCT 9 - 1957
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 1247-SD-C |
| FALLBROOK PUBLIC UTILITY DISTRICT, Et al., | ) |
| Defendants, | ) |
| STATE OF CALIFORNIA, | ) |
| Intervening Defendant. | ) |

AFFIDAVIT OF SERVICE BY MAIL

DISTRICT OF COLUMBIA   ) ss.

   INEZ M. MILLER, being first duly sworn, deposes and says:  That she is a citizen of the United States and a resident of Fairfax County, Virginia; that her business address is Department of Justice, Washington, D. C.; that she is over the age of eighteen years and not a party to the above-entitled cause;

   That on the 4th day of October, 1957, she deposited in the United States mail in the post office at Washington, D. C., in an envelope bearing the requisite postage, in the above-entitled action, a copy of the "Memorandum of Proposal for Settlement of Subject Case by United States of America," addressed to each of the following:

   Bert Buzzini, 2223 Fulton Street, Berkeley 4, California
   Allard, Brownsberger, Shelton & O'Conner, 313 1st National Building,
      Pomona, California
   Florence A. Anderson, 918 C. C. Chapman Building, 756 S. Broadway,
      Los Angeles, California
   Henry Ashton, Esquire, 408 E. Central Avenue, Balboa, California
   Best, Best, & Krieger, Evans Building, Riverside, California
   A. A. Bianchi, 901 Kohl Building, 400 Montgomery Street, San Francisco, Calif.
   Office of the Attorney General, Library and Courts Building, Sacramento,
      California; Attention: Adolphus Moskovitz, Deputy Attorney General
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

2478

- 1 -

1. Major A. C. Bowen, USMC, Office of Ground Water Resources, Camp Pendleton, California
2. Thomas J. Burke, 504 Granger Building, San Diego 1, California
3. Mabel Clausen, 320 - 1st Trust Building, Pasadena, California
   George G. Grover, Owen Strange, Messrs. Clayson, Stark & Rothrock Citizens Bank Building, Corona, California
4. Gerald A. Coxe, Alessandro Hotel Building, Hemet, California
   Howard E. Crandall, 127 W. Anaheim Building, Wilmington, California
5. Wm J. Cusack, Esquire, Room 814 Merritt Building, 307 W. 8th Street, Los Angeles, California
6. W. B. Dennis, 365 Broadway, Vista, California
   Devor & Dorfman, 924 Van Nuys Building, Los Angeles 14, California
7. Leonard J. Difani, 200 Loring Building, Riverside, California
   J. A. Donnelley & Richard P. MacNulty, 1403 Bank of America Building,
8. San Diego 1, California
   Lawrence E. Drumm, 458 S. Spring, Suite 820, Los Angeles 14, California
9. Ray C. Eberhard, Room 1231 Bartlette Building, 215 W. 7th Street, Los Angeles 14, California
10. Estudillo & Bucciarelli, 3900 Market Street, Riverside, California
    Fendler, Weber & Lerner, 333 S. Beverly Dirve, Beverly Hills, California
11. Daniel W. Gage, 740 Rowan Building, 458 S. Spring Street, Los Angeles 13 California
12. Arthur M. Gediman, 119 S. Main Street, Elsinore, California
    Abraham Gottfried, 424 S. Beverly Drive, Beverly Hills, California
13. Frank E. Gray, 202 S. Hamilton Drive, Beverly Hills, California
    Hahn, Ross & Saunders, Suite 611, 608 S. Hill Street, Los Angeles 14,
14. California
    Tom Halde, 417 S. Hill Street, Suite 520, Los Angeles 13, California
15. Frank S. Hamburger, 1031 Mills Tower, San Francisco, California
    Leslie B. Hanson, 4412 York Boulevard, Los Angeles, California
16. James Don Keller, & Robert G. Berrey, 302 Civic Center, San Diego 1, California
    Courtney Lacey, 408 E. Florida Avenue, Hemet, California
17. Launer, Chaffee & Launer, Bank of America Building, Fullerton, California
    Walter Gould Lincoln, Suite 1113, 742 S. Hill Street, Los Angeles 14,
18. California
    Lindley, Lazar & Scales, 825 Bank of America Building, San Diego 1,
19. California
    Luce, Forward, Kunzel & Scripps, 1220 San Diego Trust & Savings Building,
20. San Diego 1, California
    William O. Mackey and Wilburn J. Murry & James H. Angell, Court House,
21. Riverside, California
    Richard M. Marsh, 45-262 Jackson Street, Indio, California
22. J. U. Memmi, 220 N. Nevada Street, Oceanside, California
    Lt. David W. Miller, USN, Office of Ground Water Resources, Marine
23. Corps Base, Camp Pendleton, California
    John Neblett, 500 Mission Inn Rotunda, Riverside, California
24. A. J. O'Connor, 639 S. Spring Street, Los Angeles 14, California
25. Henry M. Moffatt, 121 E. 6th Street, Los Angeles 14, California
    O'Melveny & Myers, 433 S. Spring Street, Los Angeles, 13 California
26. Benjamin S. Parks, Room 916, 219 W. 7th Street, Los Angeles 14, California
    George M. Pierson, 816 Continental Building, Los Angeles 13, California
27. Sarau, Adams, Neblett & Sarau, Suite 500, Mission Inn Rotunda, Riverside, California
28. Shatford & Shatford, 5920 Temple City Boulevard, Temple City, California
    W. E. Starke, 1130 Bank of America Building, San Diego 1, California
29. J. D. Skeen, 802 Utah Oil Building, Salt Lake City, Utah
    Hugo A. Steinmyer & Winfield Jones, 650 S. Spring Street, Los Angeles 14
30. California
    William Stinehart, 5045 Wilshire Boulevard, Los Angeles 36, California
31. Swing, Scharnikow & Staniforth, Phil D. Swing, Suite 604, 530 Broadway, San Diego 1, California
32. Tanner, Thornton & Myers, 215 W. 7th Street, Los Angeles 14, California

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

2479

GPO 16—29905-2

1   Thompson & Colgate, 405 Citizens Bank Building, Riverside, California
    William E. Burby, 12120 Travis Street, Los Angeles 49, California
2   Cornelius T. Waldo, 10742 Nassau Avenue, Sunland, California
    Robert W. Walker, Henry M. Moffat, Robert B. Curtiss, 448 Santa Fe
3       Building, 121 E. 6th Street, Los Angeles 14, California
    G. V. Weikert, 918 Oviatt Building, Los Angeles 14, California
4   P. W. Willett, Esquire, P. O. Box 103, Fallbrook, California
    William H. Macomber, 1114 San Diego Trust & Savings Building,
5       San Diego 1, California
    Dennett Withington, 1317 E. Street, San Bernardino, California
6   Franz R. Sachse, Sachse & Price, 217 North Main Street, Fallbrook
        California
7   George Stahlman, R. 1, Box 235, Fallbrook, California;

        That on the 4th day of October, 1957, she deposited in the United
States mail in the post office at Washington, D. C., in the above-entitled
action, a package bearing the requisite postage, containing twenty-five copies
of the "Memorandum of Proposal for Settlement of Subject Case by United States
of America," addressed to the Clerk, United States District Court, Southern
District of California, Southern Division, Federal Building, San Diego,
California, to be deposited with the Clerk of the Court so that they may be
available for the small users;

        All in accordance with the direction of Honorable James M. Carter,
Presiding Judge - Order of the Court of May 8, 1957;

        That there is a delivery service by United States mail from the
above-named post office to each of the above addressed.

                                                    _Inez M. Miller_
                                                    Inez M. Miller

        Subscribed and sworn to before me this
7th           day of October     1957.

                                                    _Emily McC. Ireland_
                                                    Notary Public, D. C.

My Commission Expires:
Feb. 28, 1959.

(SEAL)

- 3 -                                                               2480