CARTER
10-15-57

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                                  No. __1247-SD-C_____Civil

vs.                                     MINUTES OF THE COURT

FALLBROOK, etc., et al                  DATE: _October 15, 1957_

                                        AT: San Diego, California

PRESENT: Hon. _____JAMES M. CARTER_____District Judge

    Deputy Clerk: WILLIAM W. LUDDY    Reporter: JOHN SWADER

    Counsel for Plaintiff    WILLIAM H. VEEDER, AND WM. E. BURBY.

    Counsel for Defendants: BERT BUZZINI, ADOLPHUS MOSKOVITZ. W. B. DENNIS,
LT. DAVID MILLER, GEO. STAHLMAN, PHIL D. SWING, FRANZ SACHSE,
PROCEEDINGS:

    At 2:30 P.M. all parties ready.
    The court makes statement re settlement offer of Government.
    Mr. Veeder makes statement.
    At 3:35 P.M. a recess is declared by the Court.
    At 3:45 P.M. reconvene herein.
    Mr. Sachse makes statement.
    The court makes statement and finds that Department of Justice
has no intention to settle case.
    IT IS ORDERED cause is set for October 21, 1957, at 2 P.M. for
hearing on matters presented in Briefs.

                                                                2486
JOHN A. CHILDRESS, Clerk