SACHSE and PRICE
Attorneys at Law
217 North Main Street
Fallbrook, California
RAndolph 8-1154
**FILED**
OCT 17 1957
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By William W. Luddy
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California; SANTA MARGARITA MUTUAL WATER COMPANY, a corporation; et al.,

    Defendants,

THE PEOPLE OF THE STATE OF CALIFORNIA

    Defendant in Intervention.

No. 1247-SD

SUBSTITUTION OF ATTORNEYS

The undersigned defendants hereby substitute SACHSE and PRICE as their attorneys of record in the within proceedings in place of CORNELIUS T. WALDO.

Dated: May 27, 1957.

    _____
    (signature) Richard W. Callaway

    _____
    Mildred C. Callaway

I consent to the above substitution.

Dated: May 30, 1957.

    _____
    Cornelius T. Waldo

2481

- 1 -

1  Above substitution accepted.
2  Dated: May **27**, 1957.
3
4                                    SACHSE AND PRICE
5
6                                    BY _Franz R. Sachse_
7
8

## AFFIDAVIT OF SERVICE BY MAIL (C. C. P. 1013a)
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO } ss.
STATE OF CALIFORNIA }
                           No.

FRANZ R. SACHSE ............ being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of San Diego County and not a party to the within action

That affiant's business address is ...... 217 North Main Street, Fallbrook, California

That affiant served the attached ...... Substitution of Attorneys

by placing a true copy thereof in an envelope addressed to ...... Hon. J. Lee Rankin

                                       Solicitor General

at his office address, which is ...... Washington 25, D. C.

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on ......
October 10, 1957, deposited in the United States Mail at Fallbrook,
California ...... That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me
October 10, 1957          _Franz R. Sachse_
_Eloise C. Bergstrom_                                    2483
Notary Public in and for the County of San Diego, State of California
(SEAL) My commission expires May 25, 1961      Form 71 Mun. 9-56 5M PP

25
26
27
28
29
30
31
32

                         - 2 -                    2483