```
SACHSE and PRICE
Attorneys at Law
217 North Main Street
Fallbrook, California
RAndolph 8-1154
```

**FILED**
OCT 17 1957
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By William _____ /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California; SANTA MARGARITA
MUTUAL WATER COMPANY, a corporation;
et al.,

           Defendants,

THE PEOPLE OF THE STATE OF CALIFORNIA

           Defendant in Intervention.

No. 1247-SD-C

SUBSTITUTION OF

ATTORNEYS

       The undersigned defendant hereby substitutes SACHSE and PRICE as her attorneys of record in the within proceedings in place of SIDNEY DORFMAN.

       Dated: 25 July, 1957.

           _____

I consent to the above substitution.

       Dated: 27 July, 1957.

           _____
           Sidney Dorfman

Above substitution accepted.

       Dated: 25 July, 1957

           SACHSE and PRICE
           by _____

2484

**AFFIDAVIT OF SERVICE BY MAIL (C.C.P. 1013a)**
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO } ss.
STATE OF CALIFORNIA

No. ............

FRANZ R. SACHSE ............ being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of San Diego County and not a party to the within action

That affiant's business address is ...... 217 North Main Street, Fallbrook, California

That affiant served the attached ...... Substitution of Attorneys

by placing a true copy thereof in an envelope addressed to ...... Hon. J. Lee Rankin

...... Solicitor General, Washington 25, D.C.

at their office address, which is ...... Washington 25, D. C.

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on ......

...... October 10, ........., 1957, deposited in the United States Mail at ...... Fallbrook,

...... California ........... That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me

...... October 10, ........., 1957

Notary Public in and for the County of San Diego, State of California
(SEAL) My commission expires May 25, 1961

Form 71 Mun. 9-56 5M PP 2485