```
            UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF CALIFORNIA
                  SOUTHERN DIVISION
```

U.S.A.                             No.  ___1247-SD-C___  Civil

vs.                                MINUTES OF THE COURT

FALLBROOK, etc., et al             DATE: OCTOBER 21, 1957

                                   AT: San Diego, California

PRESENT: Hon. ____JAMES M. CARTER____ District Judge

   Deputy Clerk: WILLIAM W. LUDDY   Reporter: JOHN SWADER

   Counsel for Plaintiff  WM. VEEDER AND WM. BURBY.

   Counsel for Defendants: BERT BUZZINI, ADOLPHUS MOSKOVITZ, GEORGE G.
                            GROVER, W. B. DENNIS, LT. DAVID MILLER,
PROCEEDINGS:                GEO. STAHLMAN, PHIL D. SWING, & SACHSE & BRICE
   HEARING ON MATTERS RAISED IN BRIEFS.

      At 2:30 convene herein.
      The court makes statement re various matters.
      Ex. No. "A" is received for this hearing only.
      At 3:55 P.M. recess.
      At 4:05 P.M. reconvene herein.
      Copies of Ex. "A" are handed to counsel.
      Attorneys Moskovitz, Grover and Veeder each make statements.
      IT IS ORDERED that Attorney for the Government file brief by 11-12-57
and counsel for other parties filed briefs within 10 days thereafter.
      IT IS ORDERED cause is set for hearing on pre trial stip for
December 3, 1957, at 10 A.M., and further ordered that suggested material
be given to Major Bowen by Nov. 8, 1957.
      Draft of proposed P/T order be prepared by Nov. 22, 1957, and exparte
motion to add parties be made on October 28, 1957.
      IT IS ORDERED that Ex. "A" released and may be substituted by copy.
      At 7:15 P.M. court adjourns.

                                                         2487

                                       JOHN A. CHILDRESS, Clerk