IN THE DISTRICT COURT OF THE UNITED STATES IN AND FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

F I L E D

NOV 5, 1957

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of
the State of California, et al,

        Defendants.

No. 1247-SD-Civil

AFFIDAVIT OF SERVICE BY MAIL

STATE OF CALIFORNIA   )
              ) ss.
COUNTY OF SAN DIEGO  )

    MARGARET B. TOOKER, being first duly sworn, deposes and says: That

she is a citizen of the United States and a resident of San Diego County,

California; that her business address is Office of Ground Water Resources,

Marine Corps Base, Camp Pendleton, California; that she is over the age

of eighteen years and is not a party to the above entitled action.

    That on November 1, 1957, and on November 5, 1957, she deposited in

the United States mails at Oceanside, California, in the above entitled

action, in envelopes bearing the requisite postage, a copy of

        MOTION TO ADD NECESSARY PARTIES AND TO DISMISS
        CERTAIN PARTIES DEFENDANT, dated October 25, 1957

        ORDER FOR JOINDER OF PARTIES AND FOR DISMISSAL OF
        CERTAIN PARTIES DEFENDANT, dated October 28, 1957

        ORDER THAT THE CLERK ENTER NO DEFAULTS UNTIL FURTH-
        ER ORDER OF THE COURT, dated October 28, 1957,

addressed to the following:

2608

11ND-GEN-191 (8/56)         (1)             NPS, SAN DIEGO

1  Allard, Brownsberger, Shelton & O'Connor, 313 First National Building,
     Pomona, California

2

3  Florence A. Anderson, 918 C. C. Chapman Building, 756 South Broadway,
     Los Angeles, California

4  Henry Ashton, 408 E. Central Avenue, Balboa, California

5  Office of the Attorney General, Library and Courts Building, Sacramento,
     California;  Attention:  Adolphus Moskovits, Deputy Attorney General

6

7  Best, Best & Krieger, Evans Building, Riverside, California

   A. A. Bianchi, 901 Kohl Building, 400 Montgomery Street, San Francisco,
8     California

9  Thomas J. Burke, 504 Granger Building, San Diego 1, California

10  Bert Buzzini, 2233 Fulton Street, Berkeley 4, California

11  Mabel Clausen, 320 First Trust Building, Pasadena, California

12  Clayson, Stark & Rothrock, ... Citizens Bank Building, Corona, California
     Attention:  George G. Grover & Owen Strange

13

   Howard E. Crandall, 127 W. Anaheim Boulevard, Wilmington, California
14
   William J. Cusack, Room 814 Merritt Building, 307 West 8th Street,
15     Los Angeles, California

16  Charles B. DeLong, 507 Harbor Insurance Building, San Diego 1, California

17  W. B. Dennis, 365 Broadway, Vista, California

18  Leonard J. Difani, 200 Loring Building, Riverside, California

19  Emmett E. Doherty, General Petroleum Building, 612 Flower Street, Los
     Angeles, California
20
   J. A. Donnelley & Richard P. MacNulty, 4th at Nutmeg, 2655 4th, San Diego,
21     California

22  Devor & Dorfman, 924 Van Nuys Building, Los Angeles 14, California

23  Lawrence E. Drumm, 458 So Spring Street, Suite 820, Los Angeles 14,
     California
24
   Ray C. Eberhard, Room 1231 Bartlett Building, 215 West 7th Street, Los
25     Angeles 14, California

26  Estudillo & Bucciarelli, 3900 Market Street, Riverside, California

27  Oliver P. Ensley, Attorney at Law, Hemet, California

28  Fendler, Weber & Lerner, 330 So Beverly Drive, Beverly Hills, California

29

1  Daniel W. Gage, 740 Rowan Building, 458 So Spring Street, Los Angeles
   13, California

2

3  Arthur M. Gediman, 119 So Main Street, Elsinore, California

   Abraham Gottfried, 424 So Beverly Drive, Beverly Hills, California

4
   Frank E. Gray, 202 So Hamilton Drive, Beverly Hills, California

5
   Samuel A. Greenburg, 1014 West Valley Boulevard, Alhambra, California

6
   Hahn, Ross & Saunders, Suite 611, 608 So Hill Street, Los Angeles 14,
7     California

8  Crider, Tilson & Ruppe, 548 So Spring Street, Los Angeles 13, California,
      Attention: Tom Halde

9
   Frank S. Hamburger, 1031 Mills Tower, San Francisco, California

10
   Halverson & Halverson, Suite 611, 704 So Spring Street, Los Angeles 14,
11    California

12  Leslie B. Hanson, 4412 York Boulevard, Los Angeles, California

13  J. U. Hemmi, 220 No Nevada Street, Oceanside, California

14  James Don Keller, San Diego County District Attorney, Robert G. Berrey,
       Deputy District Attorney, 302 Civic Center, San Diego 1, California
15
    James H. Kindel, Jr., Suite 405, Rowan Building, Los Angeles 13,
16     California

17  Courtney Lacey, 408 E. Florida Avenue, Hemet, California

18  Launer, Chaffee & Launer, Bank of America Building, Fullerton, California

19  Walter Gould Lincoln, Suite 1113, 742 So Hill Street, Los Angeles 14,
       California
20
    Lindley, Lazar & Scales, 825 Bank of America Building, San Diego 1,
21     California

22  Luce, Forward, Kunzel & Scripps, 1220 San Diego Trust & Savings Building
       San Diego 1, California
23
    William O. Mackey, Riverside County Counsel, Wilburn J. Murry, Deputy and
24     James H. Angell, Deputy, County Court House, Riverside, California

25  William H. Macomber, 1114 San Diego Trust & Savings Building, San Diego 1,
       California
26
    Richard M. Marsh, 54-262 Jackson Street, Indio, California
27
    Henry M. Moffatt, 121 East 6th Street, Los Angeles 14, California
28
    O'Melveny & Myers, & George Stahlman, 433 So Spring Street, Los Angeles,
29     13, California

2610

1   Neblett, Walker & Sullivan, 3742 10th Street, Riverside, California
      Attention: John Neblett

2

3   A. J. O'Connor, 639 So Spring Street, Los Angeles 14, California

    Benjamin S. Parks, Room 916, 210 West 7th Street, Los Angeles 14,
4        California

5   George M. Pierson, 816 Continental Building, Los Angeles 13, California

6   Richardson & Henderson, 174 North Palm Canyon Drive, Palm Springs,
         California

7

8   Sachse & Price, 217 No. Main Street, Fallbrook, California

    Sarau, Adams, Neblett & Sarau, Suite 308 Lewis Building, 3972 Main Street,
9        Riverside, California

10  Gary W. Sawtelle, Suite 612, 621 So Spring Street, Los Angeles 14,
         California

11

12  Shatford & Shatford, 5920 Temple City Boulevard, Temple City, California

13  J. D. Skeen, 802 Utah Oil Building, Salt Lake City, Utah

    George Stahlman, Route 1, Box 235, Fallbrook, California
14

15  W. E. Starke, 1130 Bank of America Building, San Diego 1, California

16  Hugo A. Steinmyer & Winfield Jones, 750 So Spring Street, Los Angeles
         14, California

17  William Stinehart, 5045 Wilshire Boulevard, Los Angeles 36, California

18  Swing & Swing, Attorneys at Law, 313 Central Building, San Bernardino,
         California

19

20  Swing, Scharnikow & Staniforth, Phil D. Swing, Suite 604, 530 Broadway,
         San Diego 1, California

21  Tanner, Thorton & Myers, 215 West 7th Street, Los Angeles 14, California

22  Teschke, Rohe & Cramer, 359 No Cannon Drive, Beverly Hills, California

23  Thompson, & Colgate, 405 Citizens Bank Building, Riverside, California

24  Trihey & Mirich, 565 West 5th Street, San Pedro, California

25  Cornelius T. Waldo, 10742 Nassau Avenue, Sunland, California

26  Robert W. Walker, Henry M. Moffatt & Robert S. Curtiss, 448 Santa Fe
         Building, Los Angeles 14, California

27

28  G. V. Weikert, 918 Oviatt Building, Los Angeles 14, California

    P. W. Willett, P.O. Box 103, Fallbrook, California
29

    Dennett Withington, 1317 "E" Street, San Bernardino, California

                                                    2611

1  The last known addresses of the above, at which places there is a delivery

2  service by United States mails from said post offices.

4

5                                                          Margaret B. Tooker
                                                          Margaret B. Tooker

6

7  Subscribed and sworn to before me

8  this __5ª__ day of November, 1957

9

   Notary Public in and for said

10 County and State.

11

   My commission expires __Feb 28, 1958__

12

2612