**FILED**
OCT 28 1957
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William W. Luddy
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
          Plaintiff,
     v.
FALLBROOK PUBLIC UTILITY DISTRICT, et al.,
          Defendants.

No. 1247-SD-C

ORDER THAT THE CLERK ENTER NO DEFAULTS UNTIL FURTHER ORDER OF THE COURT

The United States of America, having on October 28, 1957, filed an ex parte motion "to add necessary parties and to dismiss certain parties defendant" and the court on October 28, 1957, having made an order for the joinder of such new parties and for the dismissal of certain parties defendant, and the clerk having on October 28, 1957, issued a summons directed to the new parties so joined, and the court having on April 18, 1957, made an order that no defaults were to be entered by the clerk pending further order of the court:

NOW THEREFORE,

IT IS ORDERED that notwithstanding the joinder of the additional parties and the issuance of a summons as to any party defendant directed to them, no default shall be entered by the clerk until further order of the court.

In view of the fact that the plaintiff proposes to file an amended complaint, and in view of the fact that a proposed pretrial order will hereafter be prepared for service on all parties defendant;

IT IS FURTHER ORDERED that the present complaint, the order joining additional parties defendant and the summons issued thereon be not served on the new defendants until further order of the court.

/s/ James M. Carter
JAMES M. CARTER
United States District [Judge]

2606

Copy Rec'd    10/28/57