IN THE DISTRICT COURT OF THE UNITED STATES IN AND FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FILED

NOV 5, 1957

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
               Plaintiff, )
) No. 1247-SD-Civil
vs. )
) AFFIDAVIT OF SERVICE BY MAIL
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of )
the State of California, et al, )
)
              Defendants. )

STATE OF CALIFORNIA   )
) ss.
COUNTY OF SAN DIEGO    )

    MARGARET B. TOOKER, being first duly sworn, deposes and says: That she is a citizen of the United States and a resident of San Diego County, California; that her business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that she is over the age of eighteen years and is not a party to the above entitled action.

    That on November 1, 1957, and on November 5, 1957, she deposited in the United States mails at Oceanside, California, in the above entitled action, in envelopes bearing the requisite postage, a copy of

        MOTION TO ADD NECESSARY PARTIES AND TO DISMISS
        CERTAIN PARTIES DEFENDANT, dated October 25, 1957

        ORDER FOR JOINDER OF PARTIES AND FOR DISMISSAL OF
        CERTAIN PARTIES DEFENDANT, dated October 28, 1957

        ORDER THAT THE CLERK ENTER NO DEFAULTS UNTIL FURTH-
        ER ORDER OF THE COURT, dated October 28, 1957,

addressed to the following:

2608

11ND-GEN-191 (8/56)        (1)        NPS, SAN DIEGO

1  Allard, Brownsberger, Shelton & O'Connor, 313 First National Building,
     Pomona, California

2  Florence A. Anderson, 918 C. C. Chapman Building, 756 South Broadway,
3    Los Angeles, California

4  Henry Ashton, 408 E. Central Avenue, Balboa, California

5  Office of the Attorney General, Library and Courts Building, Sacramento,
     California; Attention: Adolphus Moskovits, Deputy Attorney General
6
7  Best, Best & Krieger, Evans Building, Riverside, California

   A. A. Bianchi, 901 Kohl Building, 400 Montgomery Street, San Francisco,
8    California

9  Thomas J. Burke, 504 Granger Building, San Diego 1, California

10 Bert Buzzini, 2233 Fulton Street, Berkeley 4, California

11 Mabel Clausen, 320 First Trust Building, Pasadena, California

12 Clayson, Stark & Rothrock,       Citizens Bank Building, Corona, California
     Attention: George G. Grover & Owen Strange
13
   Howard E. Crandall, 127 W. Anaheim Boulevard, Wilmington, California
14
   William J. Cusack, Room 814 Merritt Building, 307 West 8th Street,
15   Los Angeles, California

16 Charles B. DeLong, 507 Harbor Insurance Building, San Diego 1, California

17 W. B. Dennis, 365 Broadway, Vista, California

18 Leonard J. Difani, 200 Loring Building, Riverside, California

19 Emmett E. Doherty, General Petroleum Building, 612 Flower Street, Los
     Angeles, California
20
   J. A. Donnelley & Richard P. MacNulty, 4th at Nutmeg, 2655 4th, San Diego,
21   California

22 Devor & Dorfman, 924 Van Nuys Building, Los Angeles 14, California

23 Lawrence E. Drumm, 458 So Spring Street, Suite 820, Los Angeles 14,
     California
24
   Ray C. Eberhard, Room 1231 Bartlett Building, 215 West 7th Street, Los
25   Angeles 14, California

26 Estudillo & Bucciarelli, 3900 Market Street, Riverside, California

27 Oliver P. Ensley, Attorney at Law, Hemet, California

28 Fendler, Weber & Lerner, 330 So Beverly Drive, Beverly Hills, California

29

2609

11ND-GEN-191 (8/56)        -2-                              NPS. SAN DIEGO

1. Daniel W. Gage, 740 Rowan Building, 458 So Spring Street, Los Angeles 13, California
2. Arthur M. Gediman, 119 So Main Street, Elsinore, California
3. Abraham Gottfried, 424 So Beverly Drive, Beverly Hills, California
4. Frank E. Gray, 202 So Hamilton Drive, Beverly Hills, California
5. Samuel A. Greenburg, 1014 West Valley Boulevard, Alhambra, California
6. Hahn, Ross & Saunders, Suite 611, 608 So Hill Street, Los Angeles 14, California
7. Crider, Tilson & Ruppe, 548 So Spring Street, Los Angeles 13, California, Attention: Tom Halde
8. Frank S. Hamburger, 1031 Mills Tower, San Francisco, California
9. Halverson & Halverson, Suite 611, 704 So Spring Street, Los Angeles 14, California
10. Leslie B. Hanson, 4412 York Boulevard, Los Angeles, California
11. J. U. Hemmi, 220 No Nevada Street, Oceanside, California
12. James Don Keller, San Diego County District Attorney, Robert G. Berrey, Deputy District Attorney, 302 Civic Center, San Diego 1, California
13. James H. Kindel, Jr., Suite 405, Rowan Building, Los Angeles 13, California
14. Courtney Lacey, 408 E. Florida Avenue, Hemet, California
15. Launer, Chaffee & Launer, Bank of America Building, Fullerton, California
16. Walter Gould Lincoln, Suite 1113, 742 So Hill Street, Los Angeles 14, California
17. Lindley, Lazar & Scales, 825 Bank of America Building, San Diego 1, California
18. Luce, Forward, Kunsel & Scripps, 1220 San Diego Trust & Savings Building San Diego 1, California
19. William O. Mackey, Riverside County Counsel, Wilburn J. Murry, Deputy and James H. Angell, Deputy, County Court House, Riverside, California
20. William H. Macomber, 1114 San Diego Trust & Savings Building, San Diego 1, California
21. Richard M. Marsh, 54-262 Jackson Street, Indio, California
22. Henry M. Moffatt, 121 East 6th Street, Los Angeles 14, California
23. O'Melveny & Myers, & George Stahlman, 433 So Spring Street, Los Angeles, 13, California

2610

11ND-GEN-191 (8/56)

-3-

NPS. SAN DIEGO

1  Neblett, Walker & Sullivan, 3742 10th Street, Riverside, California
   Attention: John Neblett

2  A. J. O'Connor, 639 So Spring Street, Los Angeles 14, California

3  Benjamin S. Parks, Room 916, 210 West 7th Street, Los Angeles 14, California

4  George M. Pierson, 816 Continental Building, Los Angeles 13, California

5  Richardson & Henderson, 174 North Palm Canyon Drive, Palm Springs, California

6  Sachse & Price, 217 No. Main Street, Fallbrook, California

7  Sarau, Adams, Neblett & Sarau, Suite 308 Lewis Building, 3972 Main Street, Riverside, California

8  Gary W. Sawtelle, Suite 612, 621 So Spring Street, Los Angeles 14, California

9  Shatford & Shatford, 5920 Temple City Boulevard, Temple City, California

10 J. D. Skeen, 802 Utah Oil Building, Salt Lake City, Utah

11 George Stahlman, Route 1, Box 235, Fallbrook, California

12 W. E. Starke, 1130 Bank of America Building, San Diego 1, California

13 Hugo A. Steinmyer & Winfield Jones, 750 So Spring Street, Los Angeles 14, California

14 William Stinehart, 5045 Wilshire Boulevard, Los Angeles 36, California

15 Swing & Swing, Attorneys at Law, 313 Central Building, San Bernardino, California

16 Swing, Scharnikow & Staniforth, Phil D. Swing, Suite 604, 530 Broadway, San Diego 1, California

17 Tanner, Thorton & Myers, 215 West 7th Street, Los Angeles 14, California

18 Teschke, Rohe & Cramer, 359 No Cannon Drive, Beverly Hills, California

19 Thompson, & Colgate, 405 Citizens Bank Building, Riverside, California

20 Trihey & Mirich, 565 West 5th Street, San Pedro, California

21 Cornelius T. Waldo, 10742 Nassau Avenue, Sunland, California

22 Robert W. Walker, Henry M. Moffatt & Robert S. Curtiss, 448 Santa Fe Building, Los Angeles 14, California

23 G. V. Weikert, 918 Oviatt Building, Los Angeles 14, California

24 P. W. Willett, P.O. Box 103, Fallbrook, California

25 Dennett Withington, 1317 "E" Street, San Bernardino, California

The last known addresses of the above, at which places there is a delivery service by United States mails from said post offices.

                                                      Margaret B. Tooker
                                                      _____
                                                         Margaret B. Tooker

Subscribed and sworn to before me this 5th day of November, 1957

_____
Notary Public in and for said County and State.

My commission expires Feb. 28, 1958

2612

11ND-GEN-191 (8/56)        -5-        NPS. SAN DIEGO