ENTERED
OCT 30 1957
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORRNIA
By _____ Deputy Clerk

FILED
OCT 28 1957
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br>vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT, et al,<br>    Defendants. | No. 1247-SD-C<br>ORDER FOR JOINDER<br>OF<br>PARTIES AND FOR DISMISSAL<br>OF<br>CERTAIN PARTIES-DEFENDANT |

Upon representation of William E. Burby, Attorney, Department of Justice, Attorney for Plaintiff in the above-entitled action, in a Motion to Add Necessary Parties and To Dismiss Certain Parties-Defendant dated 25 October 1957, and good cause appearing therefor,

IT IS HEREBY ORDERED that the persons named in Exhibit C of the aforesaid motion are joined as parties-defendant in the above-entitled action.

IT IS FURTHER ORDERED that the parties-defendant named in Exhibit E of the aforesaid motion are dismissed from the above-entitled action.

DATED: This 28 day of October, 1957.

_____
Judge of the United States District
Court, Southern District of California.

2607