IN THE DISTRICT COURT OF THE UNITED STATES IN AND FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FILED

NOV 12 1957

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William W. Luddy
Deputy Clerk

UNITED STATES OF AMERICA,

         Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of
the State of California, et al.,

         Defendants.

No. 1247-SD Civil

AFFIDAVIT OF SERVICE BY MAIL

STATE OF CALIFORNIA   ) ss.
COUNTY OF SAN DIEGO   )

     MARGARET B. TOOKER, being first duly sworn, deposes and says: That she is a citizen of the United States and a resident of San Diego County, California; that her business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that she is over the age of eighteen years and is not a party to the above entitled action.

     That on November 12, 1957, she deposited in the United States mails at Oceanside, California, in the above entitled action, in envelopes bearing the requisite postage, a copy of

          MEMORANDUM OF POINTS AND AUTHORITIES SUB-
          MITTED BY THE UNITED STATES OF AMERICA
          PURSUANT TO THIS COURT'S DIRECTION OF
          OCTOBER 21, 1957,

addressed to the following:

2647

11ND-GEN-191 (8/56)       NPS. SAN DIEGO

-1-

1. Allard, Brownsberger, Shelton & O'Connor, 313 First National Building, Pomona, California

2. Florence A. Anderson, 918 C. C. Chapman Building, 756 South Broadway, Los Angeles, California

3. Henry Ashton, 408 E. Central Avenue, Balboa, California

4. Office of the Attorney General, Library and Courts Building, Sacramento, California; Attention: Adolphus Moskovits, Deputy Attorney General

5. Best, Best & Krieger, Evans Building, Riverside, California

6. A. A. Bianchi, 901 Kohl Building, 400 Montgomery Street, San Francisco, California

7. Thomas J. Burke, 504 Granger Building, San Diego 1, California

8. Bert Buzzini, 2233 Fulton Street, Berkeley 4, California

9. Mabel Clausen, 320 First Trust Building, Pasadena, California

10. Clayson, Stark & Rothrock, Citizens Bank Building, Corona, California, Attention: George G. Grover & Owen Strange

11. Howard E. Crandall, 127 W. Anaheim Boulevard, Wilmington, California

12. William J. Cusack, Room 814 Merritt Building, 307 West 8th Street, Los Angeles, California

13. Charles B. DeLong, 507 Harbor Insurance Building, San Diego 1, California

14. W. B. Dennis, 365 Broadway, Vista, California

15. Leonard J. Difani, 200 Loring Building, Riverside, California

16. Emmett E. Doherty, General Petroleum Building, 612 Flower Street, Los Angeles, California

17. J. A. Donnelley & Richard P. MacNulty, 4th at Nutmeg, 2655 4th, San Diego, California

18. Devor & Dorfman, 924 Van Nuys Building, Los Angeles 14, California

19. Lawrence E. Drumm, 458 So Spring Street, Suite 820, Los Angeles 14, California

20. Ray C. Eberhard, Room 1231 Bartlett Building, 215 West 7th Street, Los Angeles 14, California

21. Estudillo & Bucciarelli, 3900 Market Street, Riverside, California

22. Oliver P. Ensley, Attorney at Law, Hemet, California

23. Fendler, Weber & Lerner, 330 So Beverly Drive, Beverly Hills, California

1    Daniel W. Gage, 740 Rowan Building, 458 So Spring Street, Los Angeles 13, California

2

3    Arthur M. Gediman, 119 So Main Street, Elsinore, California

4    Abraham Gottfried, 424 So Beverly Drive, Beverly Hills, California

5    Frank E. Gray, 202 So Hamilton Drive, Beverly Hills, California

6    Samuel A. Greenburg, 1014 West Valley Boulevard, Alhambra, California

7    Hahn, Ross & Saunders, Suite 611, 608 So Hill Street, Los Angeles 14, California

8    Crider, Tilson & Ruppe, 548 So Spring Street, Los Angeles 13, California, Attention: Tom Halde

9

10    Frank S. Hamburger, 1031 Mills Tower, San Francisco, California

11    Halverson & Halverson, Suite 611, 704 So Spring Street, Los Angeles 14, California

12    Leslie B. Hanson, 4412 York Boulevard, Los Angeles, California

13    J. U. Hemmi, 220 No. Nevada Street, Oceanside, California

14    Office of San Diego County District Attorney, 302 Civic Center, San Diego 1, California; Attention: Robert G. Berrey, Deputy District Attorney

15

16    James H. Kindel, Jr., Suite 405, Rowan Building, Los Angeles 13, California

17    Courtney Lacey, 408 E. Florida Avenue, Hemet, California

18    Launer, Chaffee & Launer, Bank of America Building, Fullerton, California

19    Walter Gould Lincoln, Suite 1113, 742 So Hill Street, Los Angeles 14, California

20

21    Lindley, Lazar & Scales, 825 Bank of America Building, San Diego 1, California

22    Luce, Forward, Kunsel & Scripps, 1220 San Diego Trust & Savings Building, San Diego 1, California

23

24    Office of Riverside County Counsel, County Court House, Riverside, California; Attention Wilburn J. Murry, Deputy and James H. Angell, Deputy

25    William H. Macomber, 1114 San Diego Trust & Savings Building, San Diego 1, California

26

27    Richard M. Marsh, 54-262 Jackson Street, Indio, California

28    Henry M. Moffatt, 121 East 6th Street, Los Angeles 14, California

29    O'Melveny & Myers, & George Stahlman, 433 So Spring Street, Los Angeles 13, California

2649

1. Neblett, Walker & Sullivan, 3742 10th Street, Riverside, California
    Attention: John Neblett
2. A. J. O'Connor, 639 So Spring Street, Los Angeles 14, California
3. Benjamin S. Parks, Room 916, 210 West 7th Street, Los Angeles 14, California
4. 
5. George M. Pierson, 816 Continental Building, Los Angeles 13, California
6. Richardson & Henderson, 174 North Palm Canyon Drive, Palm Springs, California
7. 
8. Sachse & Price, 217 No. Main Street, Fallbrook, California
9. Sarau, Adams, Neblett & Sarau, Suite 308 Lewis Building, 3972 Main Street, Riverside, California
10. Gary W. Sawtelle, Suite 612, 621 So Spring Street, Los Angeles 14, California
11. 
12. Shatford & Shatford, 5920 Temple City Boulevard, Temple City, California
13. J. D. Skeen, 802 Utah Oil Building, Salt Lake City, Utah
14. George Stahlman, Route 1, Box 235, Fallbrook, California
15. W. E. Starke, 1130 Bank of America Building, San Diego 1, California
16. Hugo A. Steinmyer & Winfield Jones, 750 So Spring Street, Los Angeles 14, California
17. William Stienhart, 5045 Wilshire Boulevard, Los Angeles 36, California
18. Swing & Swing, Attorneys at Law, 313 Central Building, San Bernardino, California
19. 
20. Swing, Scharnikow & Staniforth, Suite 604, 530 Broadway, San Diego 1, California; Attention: Phil D. Swing
21. Tanner, Thorton & Myers, 215 West 7th Street, Los Angeles 14, California
22. Teschke, Rohe & Cramer, 359 No Cannon Drive, Beverly Hills, California
23. Thompson & Colgate, 405 Citizens Bank Building, Riverside, California
24. Trihey & Mirich, 565 West 5th Street, San Pedro, California
25. Cornelius T. Waldo, 10742 Nassau Avenue, Sunland, California
26. Robert W. Walker, Henry M. Moffatt & Robert S. Curtiss, 448 Santa Fe Building, Los Angeles 14, California
27. 
28. G. V. Weikert, 918 Oviatt Building, Los Angeles 14, California
29.

P. W. Willett, P. O. Box 103, Fallbrook, California

Dennett Withington, 1317 "E" Street, San Bernardino, California,

the last known addresses of the above, at which places there is a delivery service by United States mails from said post offices.

                                        Margaret B. Tooker
                                        _____

Subscribed and sworn to before me this __13__ day of November, 1957.

----------  _Laura a. _____
Notary Public in and for said County
            and State.

My Commission Expires Feb. 28, 1958