IN THE DISTRICT COURT OF THE UNITED STATES IN AND FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

**FILED**
NOV 26 1957
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
                Plaintiff, )
    v. ) No. 1247-SD-C
FALLBROOK PUBLIC UTILITY DISTRICT, ) AFFIDAVIT OF SERVICE BY MAIL
a public service corporation of )
the State of California, et al., )
                Defendants, )
STATE OF CALIFORNIA, )
                Defendant in )
                Intervention. )

STATE OF CALIFORNIA )
                 ) ss.
County of San Diego )

        MARGARET B. TOOKER, being first duly sworn, deposes and says: That she is a citizen of the United States and a resident of San Diego County, California; that her business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that she is over the age of eighteen years and is not a party to the above entitled action.

        That on November 22, 1957, she deposited in the United States mails at Oceanside, California, in the above entitled proceedings, in envelopes bearing the requisite postage, a copy of

                PROPOSED ORDER ON PRE-TRIAL

dated November 18, 1957, addressed to the following:

2669

1. Allard, Brownsberger, Shelton & O'Connor, 313 First National Building, Pomona, California

2. Florence A. Anderson, 918 C. C. Chapman Building, 756 South Broadway, Los Angeles, California

3. Henry Ashton, 408 E. Central Avenue, Balboa, California

4. Office of the Attorney General, Library and Court Building, Sacramento, California; Attention: Adolphus Moskovits, Deputy Attorney General

5. Best, Best & Krieger, Evans Building, Riverside, California

6. A. A. Bianchi, 901 Kohl Building, 400 Montgomery Street, San Francisco, California

7. Thomas J. Burke, 504 Granger Building, San Diego 1, California

8. Bert Buzzini, 2233 Fulton Street, Berkeley 4, California

9. Mabel Clausen, 320 First Trust Building, Pasadena, California

10. Clayson, Stark & Rothrock, Citizens Bank Building, Corona, California, Attention: George G. Grover & Owen Strange

11. Howard E. Crandall, 127 W. Anaheim Boulevard, Wilmington, California

12. William J. Cusack, Room 814 Merritt Building, 307 West 8th Street, Los Angeles, California

13. Charles B. DeLong, 507 Harbor Insurance Building, San Diego 1, California

14. W. B. Dennis, 365 Broadway, Vista, California

15. Leonard J. Difani, 200 Loring Building, Riverside, California

16. Emmett E. Doherty, General Petroleum Building, 612 Flower Street, Los Angeles, California

17. J. A. Donnelley & Richard P. MacNulty, 4th at Nutmeg, San Diego, California (2655 4th Ave)

18. Devor & Dorfman, 924 Van Nuys Building, Los Angeles 14, California

19. Lawrence E. Drumm, 458 So Spring Street, Suite 820, Los Angeles 14, California

20. Ray C. Eberhard, Room 1231 Bartlett Building, 215 West 7th Street, Los Angeles 14, California

21. Estudillo & Bucciarelli, 3900 Market Street, Riverside, California

22. Oliver P. Ensley, Attorney at Law, Hemet, California

23. Fendler, Weber & Lerner, 330 So Beverly Drive, Beverly Hills, California

2670

IIND-GEN-191 (8/56)

1. Daniel W. Gage, 740 Rowan Building, 458 So Spring Street, Los Angeles 13, California

2. Arthur M. Gediman, 119 So Main Street, Elsinore, California

3. Abraham Gottfried, 424 So Beverly Drive, Beverly Hills, California

4. Frank E. Gray, 202 So Hamilton Drive, Beverly Hills, California

5. Samuel A. Greenburg, 1014 West Valley Boulevard, Alhambra, California

6. Hahn, Ross & Saunders, Suite 611, 608 So Hill Street, Los Angeles 14, California

7. Crider, Tilson & Ruppe, 548 So Spring Street, Los Angeles 13, California, Attention: Tom Halde

8. Frank S. Hamburger, 1031 Mills Tower, San Francisco, California

9. Halverson & Halverson, Suite 611, 704 So Spring Street, Los Angeles 14, California

10. Leslie B. Hanson, 4412 York Boulevard, Los Angeles, California

11. J. U. Hemmi, 220 No Nevada Street, Oceanside, California

12. Office of San Diego County District Attorney, 304 Civil Center, San Diego 1, California, Attention: Robert G. Berrey, Deputy District Attorney

13. James H. Kindel, Jr., Suite 405, Rowan Building, Los Angeles 13, California

14. Courtney Lacey, 408 E. Florida Avenue, Hemet, California

15. Launer, Chaffee & Launer, Bank of America Building, Fullerton, California

16. Walter Gould Lincoln, Suite 1113, 742 So Hill Street, Los Angeles 14, California

17. Lindley, Lazar & Scales, 825 Bank of America Building, San Diego 1, California

18. Luce, Forward, Kunsel & Scripps, 1220 San Diego Trust & Savings Building, San Diego 1, California

19. Office of Riverside County Counsel, County Court House, Riverside, California; Attention: Wilburn J. Murry, Deputy and James H. Angell, Deputy

20. William H. Macomber, 1114 San Diego Trust & Savings Building, San Diego 1, California

21. Richard M. Marsh, 54-262 Jackson Street, Indio, California

22. Henry M. Moffatt, 121 East 6th Street, Los Angeles 14, California

2671

1  O'Melveny & Myers, & George Stahlman, 433 So Spring Street, Los Angeles 13, California

2  Neblett, Walker & Sullivan, 3742 10th Street, Riverside, California
   Attention: John Neblett

3  A. J. O'Connor, 639 So Spring Street, Los Angeles 14, California

4  Benjamin S. Parks, Room 916, 210 West 7th Street, Los Angeles 14, California

5  George M. Pierson, 816 Continental Building, Los Angeles 13, California

6  Richardson & Henderson, 174 North Palm Canyon Drive, Palm Springs, California

7  Sachse & Price, 217 No. Main Street, Fallbrook, California

8  Sarau, Adams, Neblett & Sarau, Suite 308 Lewis Building, 3972 Main Street, Riverside, California

9  Gary W. Sawtelle, Suite 612, 621 So Spring Street, Los Angeles 14, California

10 Shatford & Shatford, 5920 Temple City Boulevard, Temple City, California

11 J. D. Skeen, 802 Utah Oil Building, Salt Lake City, Utah

12 George Stahlman, Route 1, Box 235, Fallbrook, California

13 W. E. Starke, 1130 Bank of America Building, San Diego 1, California

14 Hugo A. Steinmyer & Winfield Jones, 650 So Spring Street, Los Angeles 14, California

15 William Stienhart, 5045 Wilshire Boulevard, Los Angeles 36, California

16 Swing & Swing, Attorneys at Law, 313 Central Building, San Bernardino, California

17 Swing, Scharnikow & Staniforth, Suite 604, 530 Broadway, San Diego 1, California; Attention: Phil D. Swing

18 Tanner, Thorton & Myers, 215 West 7th Street, Los Angeles 14, California

19 Teschke, Rohe & Cramer, 359 No Cannon Drive, Beverly Hills, California

20 Thompson & Colgate, 405 Citizens Bank Building, Riverside, California

21 Trihey & Mirich, 565 West 5th Street, San Pedro, California

22 Cornelias T. Waldo, 10742 Nassau Avenue, Sunland, California

23 Robert W. Walker, Henry M. Moffatt & Robert S. Curtiss, 448 Santa Fe Building, Los Angeles 14, California

24 G. V. Weikert, 918 Oviatt Building, Los Angeles 14, California

2672

1  P. W. Willett, P. O. Box 103, Fallbrook, California

2  Dennett Withington, 1317 "E" Street, San Bernardino, California,

4  the last known addresses of the above, at which places there is a delivery

5  service by United States mails from said post offices.

*Margaret B. Tooker*

Subscribed and sworn to before me
this  25  day of November, 1957

*Louis A. Karp*
Notary Public in and for said
County and State.

My Commission Expires Feb. 28, 1958

2673