1

2

IN THE DISTRICT COURT OF THE UNITED STATES IN AND FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

3

SOUTHERN DIVISION

4

# FILED

5

JAN 2 4 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

6    UNITED STATES OF AMERICA,                  )
                                               )
7                        Plaintiff,            )
                                               )          No. 1247-SD Civil
8            vs.                               )
                                               )      AFFIDAVIT OF SERVICE BY MAIL
9    FALLBROOK PUBLIC UTILITY DISTRICT,)
        a public service corporation of )
10      the State of California, et al.,)
                                               )
11                       Defendants.    )

12

13

14   STATE OF CALIFORNIA     )
                             )  ss.
15   COUNTY OF SAN DIEGO     )

16          THOMAS STRENTZ, being first duly sworn, deposes and says:

17   That he is a citizen of the United States and a resident of San Diego

18   County, California; that his business address is Office of Ground Water

19   Resources, Marine Corps Base, Camp Pendleton, California; that he is

20   over the age of eighteen years and is not a party to the above entitled

21   action.

22          That, in the above entitled action, on January 20, 1958, he

23   deposited in the United States mail at Oceanside, California, a

24   copy of

25                    PROPOSED ORDER ON PRE-TRIAL
                                and
26              Letter from James M. Carter, U. S. District Judge,
                dated January 14, 1958, addressed to Mr. William
27              Veeder, Special Assistant to the Attorney General,
                Department of Justice, Washington, D. C.

28

29

2878

11ND-GEN-191 (8/56)                    -1-                         NPS. SAN DIEGO

1    addressed to the last known addresses of the persons listed in Exhibit A,

2    attached hereto and made a part hereof, in envelopes bearing the requisite

3    postage and at which places there is a delivery service by United States

4    mails from said post offices.

5

6

7

8                                       Thomas Strawn

9    Subscribed and sworn to before me

10    this    23    day of January, 1958.

11    Notary Public in and for said

12          County and State.

13

14    My Commission Expires Feb. 28, 1958

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

1   Allard, Brownsberger, Shelton & O'Connor, 313 First National Building,
       Pomona, California

2
    Florence A. Anderson, 918 C. C. Chapman Building, 756 South Broadway, Los
3      Angeles, California

4   Henry Ashton, 408 E. Central Avenue, Balboa, California

5    Office of the Attorney General, Library and Courts Building, Sacramento,
       California; Attention:  Adolphus Moskovits, Deputy Attorney General
6
    Best, Best & Krieger, Evans Building, Riverside, California
7
    A. A. Bianchi, 901 Kohl Building, 400 Montgomery Street, San Francisco, California
8
    Thomas J. Burke, 504 Granger Building, San Diego 1, California
9
    Bert Buzzini, 2233 Fulton Street, Berkeley 4, California
10
    Mabel Clausen, 320 First Trust Building, Pasadena, California
11
    Clayson, Stark & Rothrock, Citizens Bank Building, Corona, California,
12     Attention:  George G. Grover & Owen Strange

13  Howard E. Crandall, 127 W. Anaheim Boulevard, Wilmington, California

14  William J. Cusack, Room 814 Merritt Building, 307 West 8th Street,
       Los Angeles, California
15
    Charles B. DeLong, 507 Harbor Insurance Building, San Diego 1, California
16
    W. B. Dennis, 365 Broadway, Vista, California
17
    Leonard J. Difani, 220 Loring Building, Riverside, California
18
    Emmett E. Doherty, General Petroleum Building, 612 Flower Street, Los Angeles,
19     California

20  J. A. Donnelley & Richard P.  MacNulty, 2655 4th Ave, San Diego, California

21  Devor & Dorfman, 924 Van Nuys Building, Los Angeles 14, California

22  Lawrence E. Drumm, 458 So Spring Street, Suite 820, Los Angeles 14, California

23  Ray C. Eberhard, Room 1231 Bartlett Building, 215 West 7th Street, Los Angeles
       14, California
24
    Estudillo & Bucciarelli, 3900 Market Street, Riverside, California
25
    Oliver P. Ensley, Attorney at Law, Hemet, California
26
    Fendler, Weber & Lerner, 333 So Beverly Drive, Beverly Hills, California
27
    Daniel W. Gage, 740 Rowan Building, 458 So Spring Street, Los Angeles 13,
28     California

29  Arthur M. Gediman, 119 So Main Street, Elsinore, California


                                      -1-

                                                          Exhibit A


                                                   2880

1  Abraham Gottfried, 424 So Beverly Drive, Beverly Hills, California

2  Frank E. Gray, 202 So Hamilton Drive, Beverly Hills, California

3  Samuel A. Greenburg, 1014 West Valley Boulevard, Alhambra, California

4  Hahn, Ross & Saunders, Suite 611, 608 So Hill Street, Los Angeles 14,California

5  Crider, Tilson & Ruppe, 548 So Spring Street, Los Angeles 13, California,
     Attention:  Tom Halde

6
   Frank S. Hamburger, 1031 Mills Tower, San Francisco, California

7
   Halverson & Halverson, Suite 611, 704 So Spring Street, Los Angeles 14,California

8
   Leslie B. Hanson, 4412 York Boulevard, Los Angeles, California

9
   J. U. Hemmi, 220 No. Nevada Street, Oceanside, California

10
   Office of San Diego County District Attorney, 302 Civic Center, San Diego 1, Cal-
11     ifornia; Attention:  Robert G. Berrey, Deputy District Attorney

12  James H. Kindel, Jr., Suite 405, Rowan Building, Los Angeles 13, California

13  Courtney Lacey, 408 E. Florida Avenue, Hemet, California

14  Launer, Chaffee & Launer, Bank of America Building, Fullerton, California

15  Walter Gould Lincoln, Suite 1113, 742 So Hill Street, Los Angeles 14, California

16  Lindley, Lazar & Scales, 825 Bank of America Building, San Diego 1, California

17  Luce, Forward, Kunzel & Scripps, 1220 San Diego Trust & Savings Building,
     San Diego 1, California

18
   Office of Riverside County Counsel, County Court House, Riverside, California;
19     Attention:  Wilburn J. Murry, Deputy and James H. Angell, Deputy

20  William H. Macomber, 1114 San Diego Trust & Savings Building, San Diego 1,
     California

21
   Richard M. Marsh, 54-262 Jackson Street, Indio, California

22
   Henry M. Moffatt, 121 East 6th Street, Los Angeles 14, California

23
   O'Melveny & Myers, & George Stahlman, 433 So Spring Street, Los Angeles 13,
24     California

25  Neblett, Walker & Sullivan, 3742 10th Street, Riverside, California
     Attention:  John Neblett

26
   A. J. O'Connor, 639 So Spring Street, Los Angeles 14, California

27
   Benjamin S. Parks, Room 916, 210 West 7th Street, Los Angeles 14, California

28
   George M. Pierson, 816 Continental Building, Los Angeles 13, California

29

2881

1   Richardson & Henderson, 174 North Palm Canyon Drive, Palm Springs, California

2   Sachse & Price, 217 North Main Street, Fallbrook, California

3   Sarau, Adams, Neblett & Sarau, Suite 308 Lewis Building, 3972 Main Street,
    Riverside, California

4

Gary W. Sawtelle, Suite 612, 621 So Spring Street, Los Angeles 14, California

5

Shatford & Shatford, 5920 Temple City Boulevard, Temple City, California

6

J. D. Skeen, 802 Utah Oil Building, Salt Lake City, Utah

7

George Stahlman, Route 1, Box 235, Fallbrook, California

8

W. E. Starke, 1130 Bank of America Building, San Diego 1, California

9

Hugo A. Steinmyer & Winfield Jones, 650 So Spring Street, Los Angeles 14,
10   California

11  William Stienhart, 5045 Wilshire Boulevard, Los Angeles 36, California

12  Swing & Swing, Attorneys at Law, 313 Central Building, San Bernardino,
    California

13

Swing, Scharnikow & Staniforth, Suite 604, 530 Broadway, San Diego 1, California;
14   Attention:  Phil D. Swing

15  Tanner, Thorton & Myers, 215 West 7th Street, Los Angeles 14, California

16  Teschke, Rohe & Cramer, 359 No Cannon Drive, Beverly Hills, California

17  Thompson & Colgate, 405 Citizens Bank Building, Riverside, California

18  Trihey & Mirich, 565 West 5th Street, San Pedro, California

19  Cornelius T. Waldo, 10742 Nassau Avenue, Sunland, California

20  Robert W. Walker, Henry M. Moffatt & Robert S. Curtiss, 448 Santa Fe Building,
    Los Angeles 14, California

21

G. V. Weikert, 918 Oviatt Building, Los Angeles 14, California

22

P. W. Willett, P. O. Box 103, Fallbrook, California

23

Dennett Withington, 1317 "E" Street, San Bernardino, California

24

25

26

27

28

29

-3-

2882