| | |
|---|---|
| 1  EDMUND G. BROWN, Attorney General | **FILED** |
| 2  ADOLPHUS MOSKOVITZ, Deputy Attorney General | NOV 20 1957 |
| 3  Library and Courts Building | CLERK, U.S. DISTRICT COURT |
|    Sacramento, California | SOUTHERN DISTRICT OF CALIFORNIA |
|    Telephone: HI 5-4711, Ext. 4574 | By _____ Deputy Clerk |

Attorneys for Defendants in Intervention

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California; et al.,

        Defendants,

PEOPLE OF THE STATE OF CALIFORNIA,

        Defendants in Intervention.

No. 1247-SD-C

ORDER FOR EXTENSION OF TIME TO FILE MEMORANDA

Good cause appearing, the time allowed to the State of California and the other defendants in the above-entitled action for filing memoranda of points and authorities in answer to the memorandum of the United States entitled "Memorandum of Points and Authorities Submitted by the United States of America Pursuant to This Court's Direction of October 21, 1957" is extended to December 13, 1957.

Dated: 11/19/57.

James M. Carter
United States District Judge

2668