SWING, SCHARNIKOW & STANIFORTH
SACHSE and PRICE
Attorneys at Law
217 North Main Street
Fallbrook, California
RAndolph 8-1154

Attorneys for Defendants

FILED

NOV 29 1957

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
                Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
                Defendants

No. 1247-SD-C

SUGGESTED REVISIONS
IN PROPOSED PRE-TRIAL
ORDER

        Fallbrook Public Utility District, defendant herein, respectfully suggests the following Amendments to the Proposed Pre-Trial Order submitted by the United States of America November 18, 1957. All page references are to the said Proposed Pre-Trial Order.

        1. Page 4. A new Paragraph 7a should be inserted as follows:

        "7a. Approximately 5 miles below Temecula Gorge, in the Northwest Quarter of Section 7, Township 9 South Range 3 West, SBM, the Santa Margarita River has its confluence with Sandia Creek. Immediately upstream from the confluence of Sandia Creek and the Santa Margarita River is the pumping plant and diversion works of the Fallbrook Public Utility District."

        2. A new paragraph 7b should be inserted as follows:

        "7b. Immediately downstream from the confluence of Sandia Creek and the Santa Margarita River is what is know as the

- 1 -

2726

1  Fallbrook-Lippincott damsite."
2         3. Page 12. A new paragraph should be inserted after
3  paragraph 8, to state as follows:
4         "8a. On June 30, 1948, the United States of America,
5  acting by and through the United States Navy Department, filed
6  Application number 12576 with the State of California, Department
7  of Public Works, Division of Water Resources, State Engineer, for
8  the appropriation of 165,000 acre feet per annum from the Santa
9  Margarita River through storage in a dam to be constructed on Camp
10 Joseph H. Pendleton, for municipal or military, domestic and
11 irrigation uses. The said Application was duly noticed, and on
12 August 12 through 14 a hearing on said Application was held before
13 the State Water Rights Board in San Diego, California. The United
14 States did not, however, appear at said hearing except specially,
15 to protest the hearing, and did not offer any evidence in support
16 of said Application. The said Application is now pending before
17 the Water Rights Board of the State of California."
18        4. Page 13. Paragraph 3 should be corrected to reflect
19 the facts to read as follows:
20        "3. Pursuant to the last mentioned application, there
21 was issued on February 18, 1948, to the Fallbrook Public Utility
22 District, Permit number 7033. That Permit was issued subject to
23 vested rights. The quantity of water to be diverted under said
24 Permit was not to exceed 2.5 cubic feet per second from April 1 to
25 November 1 of each year and throughout the remainder of the year
26 as required for irrigation, domestic and municipal purposes. There-
27 after, the Fallbrook Public Utility District has exercised its
28 rights under said Permit and has diverted and put to beneficial
29 use the full amount granted under said Permit. The amount of said
30 diversions is set forth in Fallbrook Exhibit _____ attached hereto
31 and made a part hereof by reference."
32        5. Page 13. Paragraph 6 should be re-written to

2727

reflect the facts, as follows:

"6. Application Number 12178 to appropriate water for irrigation, domestic and municipal uses was filed November 28, 1947 by the Fallbrook Public Utility District with the State of California, Department of Public Works, Division of Water Resources, State Engineer. The application is for the storage of 10,000 acre feet of water per annum between November 1 and June 1 - 500 acre feet from Rainbow Creek and 9500 acre feet from the Santa Margarita River. Said application was duly noticed, and on August 12 through 14, 1957, hearing thereon was held before the State Water Rights Board in San Diego, California. The matter was submitted and is now pending before the State Water Rights Board awaiting decision."

6. Page 13. Paragraph 7 should be re-written to reflect the facts as follows:

"7. Application Number 12179 to appropriate water for irrigation, domestic and municipal uses filed November 28, 1947 by the Fallbrook Public Utility District with the State of California, Department of Public Works, Division of Water Resources, State Engineer. The application is for the storage of 10,000 acre feet of water per annum between November 1 and June 1, - 1500 acre feet from Sandia Creek and 8500 acre feet from the Santa Margarita River. Said application was duly noticed and on August 12 through 14 hearing thereon was held before the State Water Rights Board in San Diego, California. The matter was submitted and is now pending before the State Water Rights Board awaiting decision."

7. Page 14. Additional paragraphs should be inserted after paragraph 8 as follows:

"8a. The Fallbrook Public Utility District comprises an area of 8192 acres, approximately 22% of which lies within the watershed of the Santa Margarita River and approximately 78% of which lie within the watershed of the San Luis Rey River. The

- 3 -

2728

population of the District is estimated at 9000. The assessed value of the real and personal property within the District as of 1 July 1957 was $7,762,150.

    8b. The Fallbrook Sanitary District comprises 1000 acres, all of which lie within the boundaries of the Fallbrook Public Utility District. Approximately 90% of the area of this same District is within the Santa Margarita River watershed and 10% is within the San Luis Rey watershed. In February of 1955 the Fallbrook Sanitary District placed into operation a sewage disposal plant located in the Santa Margarita River watershed on Fallbrook Creek, approximately ¼ mile upstream from the boundary of the United States Naval Ammunition Depot. Said sewage disposal plant handles all sewage accumulated through the collection system of the Fallbrook Sanitary District. The inflow of sewage to said disposal plant by months since its construction is set forth in Fallbrook's Exhibit ____ attached hereto and made a part hereof by reference. All of the sewage effluent from said plant is discharged into the Santa Margarita River watershed through Fallbrook Creek.

    8c. On January 14, 1955, the Fallbrook Public Utility District filed a proceeding in eminent domain in the Superior Court of the State of California in and for the County of San Diego, entitled "Fallbrook Public Utility District vs. Martin et al.", being case number 194426 of the files of said Court. Said action seeks to condemn approximately 1385 acres of land in the watershed of the Santa Margarita River for construction of a dam and reservoir at the Fallbrook-Lippincott site. As of November 1, 1957 the District had acquired by negotiated purchase 44 parcels of the lands under condemnation, totalling 913 acres, all of which lands are within the watershed of the Santa Margarita River or its tributary, Sandia Creek.

    8. In addition to the foregoing, it is suggested

that the material appearing on page 7 under the heading "<u>United States Geological Survey Records.</u>" would be more helpful to the Court and to counsel if the location of the several gaging stations was indicated, possibly by stream mile as is done in the State of California Bulletin 57, see Table 8, Vol. 1, page 47.

  9. Since the legal and factual potentials of the Fallbrook Public Utility District and the proposed exhibits to be presented in evidence in support thereof will depend upon the extent to which the contested facts included in the foregoing suggested revisions are agreed to, the Fallbrook Public Utility District requests permission to submit its contentions and list of exhibits after decision has been made as to the agreed facts.

Dated November 26, 1957

      SWING, SCHARNIKOW and STANIFORTH
      SACHSE and PRICE

      by _____
      Attorneys for the Fallbrook Public
      Utility District

2730

## AFFIDAVIT OF SERVICE BY MAIL (C. C. P. 1013a)
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO } ss.
STATE OF CALIFORNIA }

No. 1247-SD-C

FRANZ R. SACHSE being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's business address is 217 North Main Street, Fallbrook, California

That affiant served the attached SUGGESTED REVISIONS IN PROPOSED PRE-TRIAL ORDER by placing a true copy thereof in an envelope addressed to (1) William H. Veeder, Esq., (2) Adolphus (3) Moskovitz Esq. and George Stahlman, Esq.

at their office address, which is (1) Camp Pendleton, Oceanside, Calif. (2) Office of Ground Water Resources, Library & Courts Bldg. Sacramento 14, Calif. (3) Route 1, Box 235, Fallbrook, California

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on November 26, 1957, deposited in the United States Mail at Fallbrook, California. That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me November 26, 1957

Notary Public in and for the County of San Diego, State of California
(SEAL) My commission expires May 25, 1961

**AFFIDAVIT OF SERVICE BY MAIL**

Form 9A Co. Clk. 10-56 20M PP

2731



**Office of the Solicitor General**
**Washington, D. C.**

December 2, 1957

FILED
DEC 3 1957
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
Deputy Clerk

To the Counsel of Record:

    This will refer to the case of United States of America v. Fallbrook Public Utility District et al., No. 1247-SD-C in the United States District Court for the Southern District of California, Southern Division.

    There are transmitted to you herewith copies of revised pages of the agreed facts of the Proposed Pre-trial Order transmitted on November 18, 1957 to Judge James M. Carter, presiding. Accompanying these pages is an index directing your attention to each of the revisions.

    There are likewise enclosed proposed tentative contentions of the United States of America to the extent that they have been developed to date. An index of the changes made in the Contentions of the United States which were set forth in the original Pre-trial Order, filed with the Court August 25, 1952, will assist you in finding the revisions which are now proposed.

Sincerely,

William H. Veeder
WILLIAM H. VEEDER
Attorney, Department of Justice

2732