CARTER
12-3-57
3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                                         No. ___1247-SD-C___ Civil

vs.                                            MINUTES OF THE COURT

FALLBROOK, etc., et al                         DATE: Dec. 3, 1957

                                               AT: San Diego, California

PRESENT: Hon. _____JAMES M. CARTER_____ District Judge

Deputy Clerk: WILLIAM W. LUDDY   Reporter: JOHN SWADER

Counsel for Plaintiff WILLIAM VEEDER, AND WILLIAM BURBY

Counsel for Defendant BERT BUZZINI, ADOLPHUS MOSKOVITZ, MAXXXXM XMEM
PHIL D. SWING, FRANZ SACHSE, GEO. STAHLMAN,
PROCEEDINGS:  PRE TRIAL HEARING

At 10:20 A.M. both sides answer ready.
The Court states documents received, and IT IS ORDERED that Defendants Fallbrook, suggested revisions in proposed P/T ord be filed as to Nov. 29,1957, and IT IS FURTHER ORDERED that Proposed P/T order be LODGED as of Nov. 19,1957.
Filed Governments changes in mx proposed pre trial order.
Mr. Veeder, and Mr. Sachse each make statements re changes in pre trial order.
The court and counsel discuss suggested revisions by Fallbrook in proposed P/T ord.
Mr. Moskovitz makes statement re suggested revisions by State of California in proposed pre trial order, and court and counsel discuss said revisions.
Mrs. Stahlman makes statements re revisions in proposed pre trial order by defendant Vail.
Attorney Swing makes statement
At 11:20 a recess is declared by the court, and at 11:38 A.M. court reconvenes herein.
Court and counsel discuss p/t order, and procedure of trial.
At 12:10 P.M. a recess is declared to 1:30 P.M.
At 1:32 P.M. reconvene appearing as before.
Attorney Veeder makes statement.
Court and counsel further discuss pre trial.
IT IS ORDERED that defendant State of California file brief by Dec. 13, 1957, and Government file answering brief by Dec. 24,1957.
IT IS ORDERED cause is set for Jan. 16, 6, 1958, at 10 A.M for the following: 1. HEARING on Briefs; 2 HEARING on P/T stipulation; 3 Discussion on Exhibits; 4 HEARING on appointment of Master; and 5 discussion of date of trial.
At 3:10 P.M. court adjourns herein.

JOHN A. CHILDRESS, Clerk
By _William W. Luddy_
         Deputy