IN THE DISTRICT COURT OF THE UNITED STATES IN AND FOR THE
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

FILED
JAN 2- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
                Plaintiff, )
) No. 1247-SD Civil
vs. )
) AFFIDAVIT OF SERVICE
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of )
the State of California, et al., )
)
                Defendants. )

STATE OF CALIFORNIA  )
                     ) ss.
COUNTY OF SAN DIEGO  )

      CLIFFORD D. LEWALLEN, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

      That, in the above entitled action, on December 31, 1957, he, personally, delivered to Swing, Scharnikow & Staniforth, Suite 604, 530 Broadway, San Diego 1, California; Attention: Phil D. Swing, a copy of

MOTION
FOR RULINGS OF LAW RESPECTING CALIFORNIA'S
STIPULATION OF NOVEMBER 29, 1951, WITH THE
UNITED STATES OF AMERICA

MEMORANDUM
IN SUPPORT OF
MOTION FOR RULING IN ADVANCE OF TRIAL

2853

11ND-GEN-191 (8/56)

NPS SAN DIEGO

-1-

MEMORANDUM
IN RESPONSE TO REPLY BRIEFS
OF CALIFORNIA AND THE
FALLBROOK PUBLIC UTILITY DISTRICT

LETTER ADDRESSED TO HONORABLE JAMES M. CARTER, UNITED STATES DISTRICT JUDGE, DATED DECEMBER 27, 1957, FROM J. LEE RANKIN, SOLICITOR GENERAL OF THE UNITED STATES

*/s/ Clifford I. Lewallen*

Subscribed and sworn to before me this 2nd day of January, 1957.

*/s/ Laura A. Tapp*
Notary Public in and for said County and State.

My Commission Expires Feb. 28, 1958.

2854

11ND-GEN-191 (8/56)     -2-     NPS. SAN DIEGO