UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FILED
JAN 2 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ 
           DEPUTY CLERK

UNITED STATES OF AMERICA, )
           Plaintiff, )   No. 1247 Sou Div Civil
    vs )   ORDER FOR TRANSPORTATION
FALLBROOK PUBLIC UTILITY )   OF EXHIBITS
DISTRICT, etc., et al. )
           Defendants.

    It appearing to the Court that the exhibits in the above case are needed at San Diego for further proceedings; that because of the bulky nature of some of the exhibits, their transportation presents a problem; and that the Navy Department is willing to transport the exhibits to the Clerk's Office at San Diego;

    IT IS ORDERED that the Clerk is authorized to turn over the exhibits in above case to a representative of the Navy Department for delivery to the Clerk's Office at San Diego.

    Dated: January 2, 1958.

                                        /s/ Leon R. Yankwich
                                        LEON R. YANKWICH, Chief Judge

Received from Clerk
Jan. 2, 1958 (all following except
Dft"E") Gov't Ex. 1 to 44 incl. and
Def't's Ex. A to Z incl. and
15 vols. Reporters Transcript.
Map (12' length) showing drainage area
Santa Margarita River. /s/ Robert E. Nagle, Jr.
Robert E. Nagle, Jr.,
Lt. J.G., U. S. Navy.

Received from Robert E. Nagle, Jr.,
U. S. Navy, all of said exhibits
this _____ day of January, 1958. (Except
as of 1-8)
/s/ _____
Deputy Clerk, U. S. District Court
            San Diego.