UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

No. __1247-SD-C__ Civil

MINUTES OF THE COURT

DATE: Jan. 6, 1958

AT: San Diego, California

PRESENT: Hon. __JAMES M. CARTER__ District Judge

Deputy Clerk: WILLIAM W. LUDDY   Reporter: JOHN SWADER

Counsel for Plaintiff WILLIAM E. BURBY AND WILLIAM VEEDER

Counsel for Defendants. F. Sachse, A. Moskovitz, W. R. Dennis, Geo. Stahlman, Geo Grover, Lt. David Miller, and Major A. Bowen.

PROCEEDINGS: HEARING on Pltfs mot for ruling of law respecting stip of 11-29-51.; Argument of Briefs.; P/T Stio. Discussion on Exhibits; appointment of Master, and setting for trial.

IT IS ORDERED that pursuant to letter of Dec. 10, 1957 from Solicitor General to Judge Carter, that Plaintiffs memo of Points and authorities, filed Nov. 12, 1957, page 1, line 29, word "required" be changed to "acquired"
At 10:35 A.M. both sides ready.
Attorney Veeder makes statement.
At 10:40 A.M. a recess is declared by court.
At 10:55 A.M. court reconvenes with counsel present.
Plaintiffs Motion for ruling, etc., is discussed.
IT IS ORDERED that Fallbrook and Santa Margarita be shown as now joining in stipulation of Nov. 29, 1951.
Attorney Veeder makes statement.
At 12:05 a recess is declared to 2 P.M.
At 2:05 reconvene herein.
Attorney Veeder makes further statements.
At 3:15 recess.
At 3:30 P.M. reconvene.
Attorney Moskovitz makes statement.
At 4:28 P.M. recess to 9:30 A.M., January 7, 1958.

2855

JOHN A. CHILDRESS, Clerk
By _____
Deputy