UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.  
vs.  
FALLBROOK, etc., et al

No. __1247-SD-C__ Civil

MINUTES OF THE COURT

DATE: Jan. 7, 1958

AT: San Diego, California

PRESENT: Hon. __JAMES M. CARTER__ District Judge

Deputy Clerk: WILLIAM W. LUDDY    Reporter: JOHN SWADER

Counsel for Plaintiff WILLIAM VEEDER, AND WILLIAM BURBY

Counsel for Defendants: Phil Swing; F. Sachse; A. Moskovitz; W. Dennis; Geo. Stahlman; George Grover, Lt. David Miller, and Maj. A. Bowen.

PROCEEDINGS:

At 9:35 A.M. both sides answer ready.
Court and counsel each make statements.
At 10:50 A.M. a recess is declared by the court, and at 11:05 A.M. Court reconvenes.
IT IS ORDERED that motion of Pltf. for ruling, etc. be amended by binding additional parties thereto.
The court makes statement, and IT IS ORDERED said motion is granted and the court finds parties bound, including the U. S. A., by stipulation of Nov. 29, 1951
IT IS ORDERED that order be prepared by Attorney Moskovitz within 10 days.
IT IS ORDERED that government submit statement on Severance theory.
IT IS ORDERED that defendant submit statement on Dedication theory and pro tonto severance theory. To be prepared by Attorney Sachse.
Both sides make statement re appointment of master.
At 12:05 P.M. recess to 2 P.M.
At 2:05 P.M. court reconvenes.
Court and counsel discuss further appointment of master and also pre trial stipulation.
At 3:20 P.M. recess, and at 3:32 P.M. court reconvenes.
Attorney Stahlman, and Attorney Grover each makes statements.
IT IS ORDERED that motion re setting aside order of seperate trial, pre trial, and pre trial hearing heretofore entered in 1952, granted, and stand submitted, attorney Dennis to prepare formal order.
At 4:23 P.M. recess to Jan. 8, 1958, at 10 A.M.

JOHN A. CHILDRESS, Clerk

By _William W. Luddy_    2868