CARTER
1-8-58

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                                No. ____1247-SD-C____ Civil

vs.                                   MINUTES OF THE COURT

FALLBROOK, etc., et al                DATE: Jan. 8, 1958

                                      AT: San Diego, California

PRESENT: Hon. ____JAMES M. CARTER____ District Judge

Deputy Clerk: WILLIAM W. LUDDY    Reporter: JOHN SWADER

Counsel for Plaintiff WM. VEEDER AND WM. BURBY

Counsel for Defendants: Phil D. Swing, F. Sachse, Geo. Stahlman, W. R. Dennis, A. Moskovitz, Lt. David Miller, and Major A. Bowen.
PROCEEDINGS:     FURTHER PRE TRIAL

At 10:15 A.M. both sides ready.
Corrections are made in the excerpt of the transcript.
Court and counsel discuss pre trial stipulation.
At 11:25 A.M. a recess is declared by the court, and at 11:45 A.M. court reconvenes.      suggested.
The court outlines/procedure
IT IS ORDERED cause is set for Feb. 10, 1958, at 10 A.M. for argument on matters raised in briefs; hearing as to Fallbrooks starting point, application for permit by U. S. A., military use.
IT IS ORDERED that Government file brief by Jan. 28, 1958 and Fallbrook and other parties who may so desire, file briefs by Feb. 7, 1958.
At 12:15 P.M. court adjourns.

JOHN A. CHILDRESS, Clerk
By _____

2869