CARTER
1-30-58

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                           No. __1247-SD-C__ Civil

vs.                              MINUTES OF THE COURT

FALLBROOK, etc., et al           DATE: __Jan. 30, 1958__

                                 AT: San Diego, California

PRESENT: Hon. ____JAMES M. CARTER____ District Judge

Deputy Clerk: __WILLIAM W. LUDDY__  Reporter: __NONE__

Counsel for Plaintiff _____NONE_____

Counsel for Defendant _____NONE_____

PROCEEDINGS:

It appearing that a meeting of the Judges of this district is to be held in Los Angeles on Feb. 10, 1958, IT IS ORDERED that cause is continued to Feb. 11, 1958, at 10 A.M. for pre trial hearing.

(counsel notified)

JOHN A. CHILDRESS, Clerk
By_____
                Deputy

2883