UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

    vs.

FALLBROOK, etc., et al

No. 1247-SD-C Civil

MINUTES OF THE COURT

DATE: Feb. 11, 1958

AT: San Diego, California

PRESENT: Hon. JAMES M. CARTER, District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporter: JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND WILLIAM BURBY

Counsel for Defendants: ADOLPHUS MOSKOVITZ, PHIL SWING, FRANZ SACHSE, GEORGE STAHLMAN.

PROCEEDINGS: PRE TRIAL

    At 10 A.M. court convenes herein.
    The court makes statement, and declared a recess.
    At 10:10 A.M. reconvene.
    Court and counsel meet informally with the reporter and clerk absent.
    At 3:30 P.M. reporter and clerk present.
    The court makes statements re matters discussed in informal hearing.
    At 4:45 P.M. recess to 9:30 A.M. 2-12-58.

JOHN A. CHILDRESS, Clerk    2884