IN THE DISTRICT COURT OF THE UNITED STATES IN AND FOR THE
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

FILED
MAR 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

UNITED STATES OF AMERICA,
   Plaintiff,
vs.
FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of
the State of California, et al.,
   Defendants.

No. 1247-SD Civil

AFFIDAVIT OF SERVICE BY MAIL

STATE OF CALIFORNIA  )
         ) ss.
COUNTY OF SAN DIEGO  )

  MARGARET B. TOOKER, being first duly sworn, deposes and says:
That she is a citizen of the United States and a resident of San Diego
County, California; that her business address is Office of Ground Water
Resources, Marine Corps Base, Camp Pendleton, California; that she is
over the age of eighteen years and is not a party to the above entitled
action.

  That, in the above entitled action, on March 14, 1958, she
deposited in the United States mail at Oceanside, California, a copy of
  SUPPLEMENTAL ORDER RESPECTING BINDING EFFECT AND MEANING
  OF STIPULATION DATED NOVEMBER 29, 1951, ENTERED INTO BE-
  TWEEN THE UNITED STATES OF AMERICA AND THE STATE OF CAL-
  IFORNIA,

- 1 -

2904

addressed to:

    Office of the Attorney General, Library and Courts Building, Sacramento, California; Attention: Adolphus Moskovits, Deputy Attorney General

    W. B. Dennis, 365 Broadway, Vista, California

    O'Melveny & Myers & George Stahlman, 433 So Spring Street, Los Angeles 13, California

    Sachse & Price, 217 North Main Street, Fallbrook, California

    George Stahlman, Route 1, Box 235, Fallbrook, California

    Swing, Scharnikow & Staniforth, Suite 604, 530 Broadway, San Diego 1, California; Attention: Phil D. Swing

in envelopes bearing the requisite postage and at which places there is a delivery service by United States mails from said post offices.

                                                  Margaret B. Tooker

Subscribed and sworn to before me this 18 day of March, 1958.

Notary Public in and for said County and State

My Commission Expires 2-28-1962