# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

U.S.A.                                    No. _____1247-SD-C_____ Civil

vs.                                       MINUTES OF THE COURT

FALLBROOK, etc., et al                    DATE: _____Feb. 12, 1958_____

                                          AT: San Diego, California

PRESENT: Hon. _____JAMES M. CARTER_____, District Judge;

Deputy Clerk: WILLIAM W. LUDDY  Reporter: JOHN SWADER
JOHN CRANSTON, Special master
Counsel for Plaintiff: WILLIAM VEEDER, AND WILLIAM BURBY


Counsel for Defendants: ADOLPHUS MOSKOVITZ, FRANZ SACHSE, AND GEORGE STAHLMAN

PROCEEDINGS:   PRE TRIAL

   At 10:45 A.M. court and counsel each make statements.
   At 11:30 court and counsel meet informally
   At 12:30, recess to 2 P.M.
   At 2 P.M. reconvene.
   Attorney Veeder moves admission of Lt. David W. Miller, and Lt. Robert E. Nagle specially for this case, and IT IS ORDERED said motion is granted.
   Court and counsel meet informally.
   At 4:35 P.M. adjourn.

2885

JOHN A. CHILDRESS, Clerk