FILED
FEB 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By [signature] DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTRHERN DIVISION

1247-SD-C

UNITED STATES OF AMERICA,

Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

Defendants.

ORDER OF REFERENCE AND APPOINTMENT OF SPECIAL MASTER

This cause having come on for pretrial hearings commencing the 8th day ofMay, 1957, counsel for the United States of America, plaintiff, and for the following named principal defendants,

The Fallbrook Public Utility District;
The State of California;
The Vail Company, Inc,;
The Santa Margarita Mutual Water Company

having filed comprehensive memoranda formulating the issues in the case as asserted by them; oral arguments having been heard; the complex issues of both fact and law having been reviewed; recognition being accorded to the fact that involved in this action are the claimed rights in the Santa Margarita River of many water users whose claims and interests this Court and all parties concerned are desirous of protecting at minimum cost and inconvenience; the principal parties having agreed to the reference of the issue involving proof of the claims of certain users;

THIS COURT finds, based upon the information before it, that good cause exists and expeditious disposition of this case demands the appointment

2886

of a Special Master to take evidence relating to the claims of the certain users, NOW, THEREFORE,

IT IS HEREBY ORDERED that the Honorable John M. Cranston of San Diego, State of California, having expressed a willingness to accept an appointment as Special Master, and this Court having full faith and confidence in his ability, integrity and qualifications, be and he is hereby appointed Special Master in this cause with authority to summon witnesses, issue subpoenas and to take evidence, all as provided under the Federal Rules of Civil Procedure, Rule 53 (a) to (e) inclusive, in regard to the following matters:

> There shall be taken by the Special Master evidence offered in proof of the claims to rights to the use of water of the Santa Margarita River and its tributaries, of the numerous claimants referred to above including but in no way limited to the title of the lands or interests in lands claimed by them; their claimed irrigated and irrigable acreage; the kind, extent, type and character of their claimed rights to the use of water.

The conduct of the hearings by the Special Master shall be in accordance with and pursuant to orders of this Court made from time to time. Hearings shall commence on April 28, 1958, at 10:00 A. M., at the Reche School house, near Like Oak Park, on Live Oak Road, about two and one-half miles east of Fallbrook, San Diego County, California, and thereafter continued from day to day, and from time to time and at such places of hearing as shall, from time to time, be ordered by the Special Master.

At the hearing, oral and documentary evidence offered by the parties shall be received or rejected in accordance with the established rules of evidence, practice and procedure.

All hearings will be reported and a copy of the transcript of the proceedings will be filed with the initial report of the Special Master relating to such hearing provided for by this order.

All parties desiring to present evidence to the Special Master are directed to appear at the time and place set forth above. Hearings shall be conducted as far as practicable on an area basis, and informal notice of the areas to be considered on specific dates, and the places of hearings, if other than the Reche School, will be published at the direction of the Special Master from time to time for the convenience of parties, and for information purposes only, in the Fallbrook Enterprise, The Elsinore Sun, The Riverside Daily Enterprise and such other newspapers as may be ordered by the Court, and will be posted from time to time at the Reche School house and at the post offices at Fallbrook, Elsinore, Hemet, Murrieta, Temecula, Anza and Aguanga, California.

Information will also be available for the convenience of parties at the Ground Water Resources Office of the United States, located at Rainbow, San Diego County, California, telephone RAndolph 8-1943, 12:00 noon to 4:00 P. M., Monday through Friday, as to dates and places of continued hearings and general areas proposed to be considered at such hearings.

The publication or non-publication and the posting or non-posting of the notices above referred to shall not however, constitute a limitation upon the powers of the Special Master to hear and consider all evidence presented to him.

The Special Master is directed in compliance with the Federal Rules of Civil Procedure, Rule 53 (e), to find specially all relevant facts and state separately his conclusions of law based upon the hearings for which provision is made in this order and submit a report including them to this Court with all convenient speed promptly after the termination of the hearing, or at such other and earlier times as this Court may order.

Following the conclusion of each hearing before the Special Master, copies of his proposed findings of fact and conclusions of law will be caused by him to be mailed or delivered to the parties or their attorneys participating in such hearing. Said parties shall have 15 days after mailing or delivery within which to file with the Special Master, any objections which

2888

they may have to said proposed findings and conclusions; all said objections shall be heard and determined by the Special Master. After the findings of fact and the conclusions of law have been signed by the Special Master, they together with his initial report, shall be filed with the clerk and copies thereof be mailed to the participating parties or their attorneys.

Thereafter, a notice as directed by the Court shall be mailed to all parties, fixing a date in Court room No. 2, United States District Court, 325 West F Street, San Diego 1, or such other place as the Court may fix in the notice, for hearing on such particular findings of fact and conclusions of law of the Special Master, as are referred to in such notice. Within 15 days after said notice of said hearing has been mailed, any party may file written objections to said findings of fact and conclusions of law with the clerk of this Court. At the time and place specified in said notice, the Court will consider all such written objections to such findings of fact and conclusions of law of the Special Master so referred to in the notice, together with any evidence offered in support of such objections and any non cumulative evidence relating to the matters previously heard by the Special Master and relating to the findings and conclusions referred to in the notice. The Court will then approve, modify or reject said findings of fact and conclusions of law of the Special Master or will make such other findings of fact and conclusions of law, or other orders as the Court shall deem appropriate.

Subsequently, the Special Master shall make his final report and file the same with the clerk. The Court will thereafter set a time and place for a final hearing on the Special Master's final report, and notice of the time and place thereof shall be served by the clerk by mail upon all parties. At the time and place of the hearing the Court will consider among other things, the integration of all the findings of fact and conclusions of law of the Special Master which have been approved by the Court, and will determine the correlative rights of all the parties to this action, and will then make its findings of fact and conclusions of law and decree finally

determining the rights of all parties to this action.

IT IS FURTHER ORDERED that the compensation of the Special Master shall be One Hundred Fifty Dollars ($150) a day plus reasonably necessary expenses incurred by him for each and every day of trial or hearing, and that he shall be compensated Twenty-five Dollars ($25) per hour for each and every hour spent on the case other than the days of hearing or trial, payment to be made pursuant to and in accordance with such additional orders as may be necessary or advisable.

IT IS FURTHER ORDERED that the plaintiff, United States of America, shall, pending the entry of final judgment in this case, pay the compensation of the Special Master and the necessary expenses of hearing rooms, transportation, court reporter, clerical help and all expenses in connection with proceedings conducted by the Special Master, on the basis of bills submitted periodically to the Department of Justice.

The Court reserves until the conclusion of the trial of this action and the entry of final judgment herein, the apportionment of the above expenditures among the plaintiff and the various major defendants in the action, said apportionment if made, to be based upon the findings of fact, conclusions of law and final decree to be entered herein.

IT IS FURTHER ORDERED, that nothing in this order or any further reference to the Special Master, shall preclude or prevent any party from participating in any hearing before the Special Master or the Court.

DATED this 12th day of February, 1958.

James M. Carter
JAMES M. CARTER
United States District Judge

Approved as to form and the above order consented to:

William H. Veeder
United States of America

Adolphus Moskovitz
State of California

Franz R. Sachse
Fallbrook Public Utility District

George Stahlman
Vail Company, Inc.

2890