FILED

FEB 14 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *William M. Luddy*
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

No. 1247-SD-C

UNITED STATES OF AMERICA,  )
          Plaintiff  )
    v.  )  OATH OF SPECIAL MASTER
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al,  )
          Defendants  )

      I, JOHN M. CRANSTON, do solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as Special Master under the reference and order of appointment filed February 13, 1958, in the above entitled cause, according to the best of my abilities and understanding, agreeably to the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

                                                  *John M. Cranston*

2895

1    Subscribed and sworn to before me this 14th day of February, 1958.

John A. Childress, Clerk, U. S. District Court,
Southern District of California

By William W. Ludol, Deputy

CLERK OF THE U. S. DISTRICT COURT