FILED

FEB 14 1958

CLEn., U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William W. Luddy_
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

No. 1247-SD-C

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff      )
                                   )
          v.                       )                 AFFIDAVIT
                                   )
FALLBROOK PUBLIC UTILITY           )
DISTRICT, et al,                   )
                                   )
                    Defendants     )

John A. Childress, Clerk, U. S. District Court,
Southern District of California

Before me, _____ By  WILLIAM W. LUDDY  Deputy _____

_____(Title),

personally appeared, JOHN M. CRANSTON, who being first duly sworn,

deposes and says:

        I am not a Communist or Facist. I do not advocate

nor am I knowingly a member of any organization that advocates

the overthrow of the constitutional form of the Government of

the United States, or which seeks by force or violence to deny

other persons their rights under the Constitution of the United

States.    I do further swear that I will not so advocate, nor will

I knowingly become a member of such organization during the period

that I am an employee of the Federal Government or any agency

thereof.

_____

1  Subscribed and sworn to before me
   John A. Childress, Clerk, U. S. District Court,
2        Southern District of California

3  this 14th day of February, 1958.

FILED

FEB 14 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William W. Luddy_
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

No. 1247-SD-C

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff        )
                             )
        v.                   )            AFFIDAVIT
                             )
FALLBROOK PUBLIC UTILITY     )
DISTRICT, et al,             )
                             )
            Defendants       )

John A. Childress, Clerk, U. S. District Court,
Southern District of California

Before me, ____ By **WILLIAM W. LUDDY** Deputy ____

_____(Title)

personally appeared, JOHN M. CRANSTON, who being first duly sworn,

deposes and says:

        That he has no interest in the cause in which he has

been appointed or in the issues he will or may be called upon to

hear and decide as Special Master in such cause; that he is not

related in any degree to any of the Judges of the U. S. District

Court for the Southern District of California.

_(signature)_

Subscribed and sworn to before me
John A. Childress, Clerk, U. S. District Court,
Southern District of California

By _William W. Luddy_ Deputy

this 14th day of February, 1958.

2893