**FILED**

FEB 14 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By William W. Luddy
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

No. 1247-SD-C

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| v. | )  AFFIDAVIT |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al, | ) |
| Defendants | ) |

John A. Childress, Clerk, U. S. District Court,
Southern District of California

Before me, _____ By WILLIAM W. LUDDY Deputy

_____ (Title),

personally appeared, JOHN M. CRANSTON, who being first duly sworn, deposes and says:

That he has been appointed to the office of Special Master in case No. 1247-SD-C, by order of reference dated and filed February 13, 1958, and that neither he nor anyone acting in his behalf, has given, transferred, promised or paid any consideration for, or in expectation or hope of receiving assistance in securing such appointment.

                                    John M. Cranston

Subscribed and sworn to before me
John A. Childress, Clerk, U. S. District Court,
Southern District of California
By William W. Luddy, Deputy
this 14th day of February, 1958.

2894