FILED

FEB 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William W. Luddy
        DEPUTY CLERK

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br> a public service corporation of<br> the State of California;<br>SANTA MARGARITA MUTUAL WATER COMPANY,<br> a public service corporation of<br> the State of California; et al.;<br><br>   Defendants.<br><br>STATE OF CALIFORNIA,<br><br>   Defendant in<br>   Intervention. | Civil No. 1247-SD<br><br>ORDER EXTENDING THE TIME FOR<br>LODGING SUPPLEMENTARY AND<br>AMENDED COMPLAINT AND TIME<br>FOR ARGUMENT THEREON |

Upon motion duly made in behalf of the Plaintiff, United States of America, by William E. Burby, Attorney, Department of Justice, and good cause having been shown, it is hereby ordered that the time for lodging a Supplementary and Amended Complaint in this cause is hereby extended to the 24th day of March, 1958 and the time for argument on the motion to file said Supplementary and Amended Complaint is hereby extended to the 7 day of April, 1958, at 10 A M

Dated: 2/21/58

/s/ James M. Carter
James M. Carter
United States District Judge

Copy Recd

2897