FILED
MAR 10 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ Williams
   DEPUTY CLERK

LODGED
MAR 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
/s/ Williams
   Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,

    Defendants.

NO. 1247-SD-C

ORDER DIRECTING SERVICE OF ORDERS AND RELATED DATA

Good cause having been found to exist, based upon comprehensive pre-trial conferences;

IT IS HEREBY ORDERED THAT the United States Marshal, his deputies, or any other person or persons charged with the responsibility of serving process in this cause shall likewise serve upon all parties, through their respective counsel or otherwise, copies of the orders entered by this Court appointing a Special Master to take evidence in this case, the orders construing the stipulation of November 29, 1951, and such other material as this Court may specifically order from time to time.

Dated 3/10/58

/s/ James M. Carter
JAMES M. CARTER
United States District Judge

2903