Attorney for the UNITED STATES OF AMERICA

MAR 24 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By William W. ___
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,

    Defendants.

NO. 1247-SD-C

COMPLAINT

AND

SUPPLEMENTARY AND AMENDATORY COMPLAINT

* * * * *

NOTICE AND ORDERS

HONORABLE JAMES M. CARTER,
United States District Judge,
Presiding

HONORABLE JOHN M. CRANSTON
Special Master

2906

MOTION TO FILE SUPPLEMENTARY AND AMENDATORY COMPLAINT WAS GRANTED AND SAID SUPPLEMENTARY COMPLAINT WAS REMOVED AND AND FILED AS SEPERATE DOCUMENT ON APRIL 7, 1958

*William W. Luddy*
WILLIAM W. LUDDY
Deputy Clerk

2906A

**FILED**

MAR 24 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                Plaintiff, )<br>      v.                  )<br>FALLBROOK PUBLIC UTILITY DISTRICT, )<br>ET AL.,                  )<br>               Defendants. ) | CIVIL NO. 1247-SD-C<br><br>NOTICE OF MOTION FOR LEAVE TO FILE COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT AND OF ORDER APPOINTING SPECIAL MASTER AND OPPORTUNITY TO OBJECT TO APPOINTMENT |

      PLEASE TAKE NOTICE that the United States of America will bring the accompanying Motion for Leave to File Complaint and Supplementary and Amendatory Complaint on for hearing before this Court in Court room No. 2, United States District Court, 325 West F Street, San Diego 1, California, on the 7th day of April, 1958, at 10 o'clock in the forenoon of that day, or as soon thereafter as counsel can be heard.

      NOTICE IS ALSO HEREBY GIVEN of the Order of February 12, 1958, a copy of which is attached, entered by this Court appointing a Special Master to take evidence in this cause and otherwise to act all in accordance with that order. Immediately following the hearing respecting the Motion for Leave to File Complaint and Supplementary and Amendatory Complaint referred to above, or as soon thereafter as counsel can be heard, the United States of America will bring on for hearing any

- i -

2907


objections to the appointment of the Special Master and to the powers conferred upon him by the last mentioned order of February 12, 1958.

Dated March 19, 1958

UNITED STATES OF AMERICA

J. LEE RANKIN
Solicitor General

WILLIAM H. VEEDER,
Attorney, Department of Justice

WILLIAM E. BURBY,
Attorney, Department of Justice

## SUBJECT INDEX

|   | Page |
|---|---|
| Notice of Motion for Leave to File Complaint and Supplementary and Amendatory Complaint and of Order Appointing Special Master and Opportunity to Object to Appointment | i-ii |
| Subject Index | iii |
| Order Directing Service of Orders and Related Data | iv |
| Motion for Leave to File Complaint and Supplementary and Amendatory Complaint | v-vi |
| Complaint and Supplementary and Amendatory Complaint | 1-40 |
| Exhibits - | |
| A - Stipulated Judgment | 41-53 |
| B - Description of lands within Coahuila Indian Reservation | 54 |
| C - Description of lands within Pechanga Indian Reservation | 55 |
| D - Description of lands within Ramona Indian Reservation | 56 |
| E - Description of lands within Cleveland National Forest | 57-59 |
|     Description of lands within San Bernardino National Forest | 60 |
| F - Licensees permitted to use waters on Cleveland National Forest | 61-63 |
| G - Description of lands within the public domain administered by the Bureau of Land Management | 64-71 |
| H - Licensees who have been permitted to use waters arising upon the public domain | 72 |
| Order of Reference and Appointment of Special Master | 73-77 |

2909

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,<br><br>    Defendants. | NO. 1247-SD-C<br><br>ORDER DIRECTING<br>SERVICE OF ORDERS<br>AND RELATED DATA |

Good cause having been found to exist, based upon comprehensive pre-trial conferences:

IT IS HEREBY ORDERED THAT the United States Marshal, his deputies, or any other person or persons charged with the responsibility of serving process in this cause shall likewise serve upon all parties, through their respective counsel or otherwise, copies of the order entered by this Court appointing a Special Master to take evidence in this case, the order construing the stipulation of November 29, 1951, and such other material as this Court may specifically order from time to time.

Dated:   March 10, 1958.

                                                         S/    James M. Carter
                                                         JAMES M. CARTER
                                                         United States District Judge

```
 1
 2
 3
 4
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT
 9         IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10                        SOUTHERN DIVISION
11
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO. 1247-SD-C |
| v. | ) | |
| FALLBROOK PUBLIC UTILITY DISTRICT, | ) | MOTION FOR LEAVE TO FILE |
| a public service corporation of the State of California, | ) | COMPLAINT AND SUPPLEMENTARY |
| ET AL., | ) | AND AMENDATORY COMPLAINT |
| Defendants. | ) | |

COMES NOW THE UNITED STATES OF AMERICA, acting by and through J. Lee Rankin, Solicitor General, William H. Veeder, Attorney, Department of Justice, and William E. Burby, Attorney, Department of Justice, pursuant to Federal Rules of Civil Procedure, Rule 15, and moves this Honorable Court for leave to file the attached pleading designated COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT.

The supplementary and amendatory aspects of the accompanying pleading are essential to bring to date the original Complaint filed in this cause January 25, 1951, to the end that there are presented the numerous changes in status of the facts and of the law as they relate to this cause. The amendments, moreover, are reflective of the exercise by the United States of America of its rights to the use of the waters of the Santa Margarita River in connection with Camp Pendleton, the United States Naval Ammunition Depot and the United States Naval Hospital. These supplements

- v -

and amendments to the original Complaint are in furtherance of justice and are in contemplation of the decision of the Court of Appeals for the Ninth Circuit in the case of People of the State of California v. United States, 235 F.2d 647 (C.A.9, 1956).

UNITED STATES OF AMERICA

J. LEE RANKIN,
Solicitor General

WILLIAM H. VEEDER,
Attorney, Department of Justice

Dated: March 19, 1958

WILLIAM E. BURBY
Attorney, Department of Justice.

- vi -

2912

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FALLBROOK PUBLIC UTILITY<br>　DISTRICT, et al.,<br><br>　　　　Defendants. | ORDER OF REFERENCE AND<br><br>APPOINTMENT OF SPECIAL MASTER |

　　　　This cause having come on for pretrial hearings commencing the 8th day of May, 1957, counsel for the United States of America, plaintiff, and for the following named principal defendants,

　　　　The Fallbrook Public Utility District;
　　　　The State of California;
　　　　The Vail Company, Inc.;
　　　　The Santa Margarita Mutual Water Company

having filed comprehensive memoranda formulating the issues in the case as asserted by them; oral arguments having been heard; the complex issues of both fact and law having been reviewed; recognition being accorded to the fact that involved in this action are the claimed rights in the Santa Margarita River of many water users whose claims and interests this Court and all parties concerned are desirous of protecting at minimum cost and inconvenience; the principal parties having agreed to the reference of the issue involving proof of the claims of certain users;

　　　　THIS COURT finds, based upon the information before it, that good cause exists and expeditious disposition of this case demands the appointment

-73-

2913

All parties desiring to present evidence to the Special Master are directed to appear at the time and place set forth above. Hearings shall be conducted as far as practicable on an area basis, and informal notice of the areas to be considered on specific dates, and the places of hearings, if other than the Reche School, will be published at the direction of the Special Master from time to time for the convenience of parties, and for information purposes only, in the Fallbrook Enterprise, The Elsinore Sun, The Riverside Daily Enterprise and such other newspapers as may be ordered by the Court, and will be posted from time to time at the Reche School house and at the post offices at Fallbrook, Elsinore, Hemet, Murrieta, Temecula, Anza and Aguanga, California.

Information will also be available for the convenience of parties at the Ground Water Resources Office of the United States, located at Rainbow, San Diego County, California, telephone RAndolph 8-1943, 12:00 noon to 4:00 P.M., Monday through Friday, as to dates and places of continued hearings and general areas proposed to be considered at such hearings.

The publication or non-publication and the posting or non-posting of the notices above referred to shall not, however, constitute a limitation upon the powers of the Special Master to hear and consider all evidence presented to him.

The Special Master is directed in compliance with the Federal Rules of Civil Procedure, Rule 53 (e), to find specially all relevant facts and state separately his conclusions of law based upon the hearings for which provision is made in this order and submit a report including them to this Court with all convenient speed promptly after the termination of the hearing, or at such other and earlier times as this Court may order.

Following the conclusion of each hearing before the Special Master, copies of his proposed findings of fact and conclusions of law will be caused by him to be mailed or delivered to the parties or their attorneys participating in such hearing. Said parties shall have 15 days after mailing or delivery within which to file with the Special Master, any objections which

they may have to said proposed findings and conclusions; all said objections shall be heard and determined by the Special Master. After the findings of fact and the conclusions of law have been signed by the Special Master, they together with his initial report, shall be filed with the clerk and copies thereof be mailed to the participating parties or their attorneys.

Thereafter, a notice as directed by the Court shall be mailed to all parties, fixing a date in Court room No. 2, United States District Court, 325 West F Street, San Diego 1, or such other place as the Court may fix in the notice, for hearing on such particular findings of fact and conclusions of law of the Special Master, as are referred to in such notice. Within 15 days after said notice of said hearing has been mailed, any party may file written objections to said findings of fact and conclusions of law with the clerk of this Court. At the time and place specified in said notice, the Court will consider all such written objections to such findings of fact and conclusions of law of the Special Master so referred to in the notice, together with any evidence offered in support of such objections and any non cumulative evidence relating to the matters previously heard by the Special Master and relating to the findings and conclusions referred to in the notice. The Court will then approve, modify or reject said findings of fact and conclusions of law of the Special Master or will make such other findings of fact and conclusions of law, or other orders as the Court shall deem appropriate.

Subsequently, the Special Master shall make his final report and file the same with the clerk. The Court will thereafter set a time and place for a final hearing on the Special Master's final report, and notice of the time and place thereof shall be served by the clerk by mail upon all parties. At the time and place of the hearing the Court will consider among other things, the integration of all the findings of fact and conclusions of law of the Special Master which have been approved by the Court, and will determine the correlative rights of all the parties to this action, and will then make its findings of fact and conclusions of law and decree finally

-76-

2916

1  determining the rights of all parties to this action.

2      IT IS FURTHER ORDERED that the compensation of the Special Master
3  shall be One Hundred Fifty Dollars ($150) a day plus reasonably necessary
4  expenses incurred by him for each and every day of trial or hearing, and
5  that he shall be compensated Twenty-five Dollars ($25) per hour for each
6  and every hour spent on the case other than the days of hearing or trial,
7  payment to be made pursuant to and in accordance with such additional orders
8  as may be necessary or advisable.

9      IT IS FURTHER ORDERED that the plaintiff, United States of America,
10 shall, pending the entry of final judgment in this case, pay the compensation
11 of the Special Master and the necessary expenses of hearing rooms, transpor-
12 tation, court reporter, clerical help and all expenses in connection with
13 proceedings conducted by the Special Master, on the basis of bills submitted
14 periodically to the Department of Justice.

15     The Court reserves until the conclusion of the trial of this action
16 and the entry of final judgment herein, the apportionment of the above expen-
17 ditures among the plaintiff and the various major defendants in the action,
18 said apportionment if made, to be based upon the findings of fact, conclusions
19 of law and final decree to be entered herein.

20     IT IS FURTHER ORDERED, that nothing in this order or any further
21 reference to the Special Master, shall preclude or prevent any party from
22 participating in any hearing before the Special Master or the Court.

23     DATED this __12th__ day of __February__, 19_58_.

25

26 Approved as to form and the above order consented to:

                                    s/ James M. Carter
                                      JAMES M. CARTER
                                      United States District Judge

27 s/ William H. Veeder
   United States of America

28

29 s/ Adolphus Moskovitz
   State of California

30 s/ Franz R. Sachse
   Fallbrook Public Utility District

31

32 s/ George Stahlman
   Vail Company, Inc.