IN THE DISTRICT COURT OF THE UNITED STATES IN AND FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

**FILED**

MAR 26 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | No. 1247-SD Civil |
| vs ) | AFFIDAVIT OF SERVICE BY MAIL |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) | |
| Defendants. ) | |

STATE OF CALIFORNIA )
) ss.
COUNTY OF SAN DIEGO )

MARGARET B. TOOKER, Being first duly sworn, deposes and says: That she is a citizen of the United States and a resident of San Diego County, California; that her business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that she is over the age of eighteen years and is not a party to the above entitled action.

That, in the above entitled action, on March 24, 1958, she deposited in the United States mail at Oceanside, California, a copy of

    NOTICE OF MOTION FOR LEAVE TO FILE COMPLAINT AND SUPPLE-
    MENTARY AND AMENDATORY COMPLAINT AND OF ORDER APPOINTING
    SPECIAL MASTER AND OPPORTUNITY TO OBJECT TO APPOINTMENT,
    and
    LETTER ADDRESSED TO CLERK, UNITED STATES DISTRICT COURT,
    325 WEST F STREET, SAN DIEGO 1, CALIFORNIA, dated MARCH 19,
    1958, FROM J. LEE RANKIN, SOLICITOR GENERAL,

addressed to the last known addresses of the persons listed in Exhibit A,

- 1 -

2926

1 | attached hereto and made a part hereof, in envelopes bearing the requisite
2 | postate and at which places there is a delivery service by United States
3 | mails from said post offices.

*Margaret B. Tooker*

Subscribed and sworn to before me this 24 day of March, 1958

*[signature]*
Notary Public in and for said County and State.

My Commission Expires Feb. 28, 1962

2926-A

1. Allard, Brownsberger, Shelton & O'Connor, 313 First National Building, Pomona, California

2. Florence A. Anderson, 918 C. C. Chapman Building, 756 South Broadway, Los Angeles, California

3. Henry Ashton, 408 E. Central Avenue, Balboa, California

4. Office of the Attorney General, Library and Courts Building, Sacramento, California; Attention: Adolphus Moskovits, Deputy Attorney General

5. Best, Best & Krieger, Evans Building, Riverside, California

6. A. A. Bianchi, 901 Kohl Building, 400 Montgomery Street, San Francisco, California

7. Thomas J. Burke, 504 Granger Building, San Diego 1, California

8. Bert Buzzini, 2233 Fulton Street, Berkeley 4, California

9. Mabel Clausen, 320 First Trust Building, Pasadena, California

10. Clayson, Stark & Rothrock, Citizens Bank Building, Corona, California, Attention: George G. Grover & Owen Strange

11. Howard E. Crandall, 127 W. Anaheim Boulevard, Wilmington, California

12. William J. Cusack, Room 814 Merritt Building, 307 West 8th Street, Los Angeles, California

13. Charles B. DeLong, 507 Harbor Insurance Building, San Diego 1, California

14. W. B. Dennis, 365 Broadway, Vista, California

15. Leonard J. Difani, 220 Loring Building, Riverside, California

16. Emmett E. Doherty, General Petroleum Building, 612 Flower Street, Los Angeles, California

17. J. A. Donnelley & Richard P. MacNulty, 2655 4th Ave, San Diego, California

18. Devor & Dorfman, 924 Van Nuys Building, Los Angeles 14, California

19. Lawrence E. Drumm, 458 So Spring Street, Suite 820, Los Angeles 14, California

20. Ray C. Eberhard, Room 1231 Partlett Building, 215 West 7th Street, Los Angeles 14, California

21. Estudillo & Bucciarelli, 3900 Market Street, Riverside, California

22. Oliver P. Ensley, Attorney at Law, Hemet, California

23. Fendler, Weber & Lerner, 333 So Beverly Drive, Beverly Hills, California

24. Daniel W. Gage, 740 Rowan Building, 458 So Spring Street, Los Angeles 13, California

25. Arthur M. Gediman, 119 So Main Street, Elsinore, California

-1-

Exhibit A

2927

1  Abraham Gottfried, 424 So Beverly Drive, Beverly Hills, California

2  Frank E. Gray, 202 So Hamilton Drive, Beverly Hills, California

3  Samuel A. Greenburg, 1014 West Valley Boulevard, Alhambra, California

4  Hahn, Ross & Saunders, Suite 611, 608 So Hill Street, Los Angeles 14, California

5  Crider, Tilson & Ruppe, 548 So Spring Street, Los Angeles 13, California,
   Attention: Tom Halde

6

7  Frank S. Hamburger, 1031 Mills Tower, San Francisco, California

8  Halverson & Halverson, Suite 611, 704 So Spring Street, Los Angeles 14, California

9  Leslie B. Hanson, 4412 York Boulevard, Los Angeles, California

10  J. U. Hemmi, 220 No. Nevada Street, Oceanside, California

11  Office of San Diego County District Attorney, 302 Civic Center, San Diego 1, California; Attention: Robert G. Berrey, Deputy District Attorney

12  James H. Kindel, Jr., Suite 405, Rowan Building, Los Angeles 13, California

13  Courtney Lacey, 408 E. Florida Avenue, Hemet, California

14  Launer, Chaffee & Launer, Bank of America Building, Fullerton, California

15  Walter Gould Lincoln, Suite 1113, 742 So Hill Street, Los Angeles 14, California

16  Lindley, Lazar & Scales, 825 Bank of America Building, San Diego 1, California

17  Luce, Forward, Kunsel & Scripps, 1220 San Diego Trust & Savings Building,
    San Diego 1, California

18

19  Office of Riverside County Counsel, County Court House, Riverside, California;
    Attention: Wilburn J. Murry, Deputy and James H. Angell, Deputy

20  William H. Macomber, 1114 San Diego Trust & Savings Building, San Diego 1,
    California

21

22  Richard M. Marsh, 54-262 Jackson Street, Indio, California

23  Henry M. Moffatt, 121 East 6th Street, Los Angeles 14, California

24  O'Melveny & Myers, & George Stahlman, 433 So Spring Street, Los Angeles 13,
    California

25  Neblett, Walker & Sullivan, 3742 10th Street, Riverside, California
    Attention: John Neblett

26

27  A. J. O'Connor, 639 So Spring Street, Los Angeles 14, California

28  Benjamin S. Parks, Room 916, 210 West 7th Street, Los Angeles 14, California

29  George M. Pierson, 816 Continental Building, Los Angeles 13, California

-2-

2928

1  Richardson & Henderson, 174 North Palm Canyon Drive, Palm Springs, California

2  Sachse & Price, 217 North Main Street, Fallbrook, California

3  Sarau, Adams, Neblett & Sarau, Suite 308 Lewis Building, 3972 Main Street, Riverside, California

4  Gary W. Sawtelle, Suite 612, 621 So Spring Street, Los Angeles 14, California

5  Shatford & Shatford, 5920 Temple City Boulevard, Temple City, California

6  J. D. Skeen, 802 Utah Oil Building, Salt Lake City, Utah

7  George Stahlman, Route 1, Box 235, Fallbrook, California

8  W. E. Starke, 1130 Bank of America Building, San Diego 1, California

9  Hugo A. Steinmyer & Winfield Jones, 650 So Spring Street, Los Angeles 14, California

11  William Stienhart, 5045 Wilshire Boulevard, Los Angeles 36, California

12  Swing & Swing, Attorneys at Law, 313 Central Building, San Bernardino, California

13  Swing, Scharnikow & Staniforth, Suite 604, 530 Broadway, San Diego 1, California; Attention: Phil D. Swing

15  Tanner, Thorton & Myers, 215 West 7th Street, Los Angeles 14, California

16  Teschke, Rohe & Cramer, 359 No Cannon Drive, Beverly Hills, California

17  Thompson & Colgate, 405 Citizens Bank Building, Riverside, California

18  Trihey & Mirich, 565 West 5th Street, San Pedro, California

19  Cornelius T. Waldo, 10742 Nassau Avenue, Sunland, California

20  Robert W. Walker, Henry M. Moffatt & Robert S. Curtiss, 448 Santa Fe Building, Los Angeles 14, California

21  G. V. Weikert, 918 Oviatt Building, Los Angeles 14, California

22  P. W. Willett, P. O. Box 103, Fallbrook, California

23  Dennett Withington, 1317 "E" Street, San Bernardino, California

-3-

2929