FILED

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

MAR 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William W. Luddy_
DEPUTY CLERK

UNITED STATES OF AMERICA,

          Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT,
et al.,

          Defendants.

No. 1247-SD-C

MOTION TO ADD NECESSARY PARTIES
AND TO REVOKE ORDER PROHIBITING
SERVICE ON NEW DEFENDANTS
DATED OCTOBER 28, 1957

Comes now the United States of America, acting by and through William E. Burby, attorney, Department of Justice, and in support of this motion respectfully brings the following to the attention of this Honorable Court:

Subsequent to the order of the Court joining certain parties-defendant in this action, dated October 28, 1957, the names of certain other persons having real property interests within the Santa Margarita River watershed have been ascertained, those persons being named on Exhibit A attached hereto.

THEREFORE, the United States of America respectfully moves this Honorable Court to add as necessary parties to this cause those persons who are named in the attached Exhibit A.

This Honorable Court by order dated October 28, 1957, which order is attached hereto as Exhibit B, directed "that the present complaint and order joining additional parties-defendant and the summons issued thereon be not served upon the new defendants until further order of the Court". This order was based in part upon the information that the United States intended to file an amended complaint in the action.

INASMUCH AS the United States lodged a "Complaint and Supplementary and Amendatory Complaint" with this Court on March 24, 1958, and noticed a hearing on this "Complaint and Supplementary and Amendatory Complaint" for April 7, 1958, it is respectfully moved that that portion of the order of October 28, 1957, prohibiting service on new defendants be revoked.

DATED: March 27, 1958.

_William E. Burby_
William E. Burby
Attorney
Department of Justice

2918

|   |   |   |
|---|---|---|
|   |   | CALIFORNIA, STATE OF DEPT OF MENTAL HYGIENE AS GUARDIAN OF ESTATE OF MABEL WICKERSHAM, INCOMPETENT |
| 1 | ADAIR, RICHARD | BOWLIN, EVE S. | CIANFRINI, JOHN |
| 2 | ALEXANDER, IVAN D. | BONGIOVANNI CONSTRUCTION COMPANY, a co-parther-ship | CLARK, DAVID J. |
| 3 | AMERICAN LOAN COR-PORATION | | CLARK, LOTTIE S. |
| 4 | ANDERSON, NINA B. | BRABY, FOREST J. | CLARK, LUTHER T. |
| 5 | ANGELOTY, ACHILLES | BROWN, HELEN L. | CLARKSON, GEOFFREY |
| 6 | APPLEGATE, MAX | BROWN, KENNETH O. | CLEM, CATHERINE B. CLEM, RICHARD T. |
| 7 | ARNOLD, ANDREW | BROWN, MARGARET F. | CLEVELAND, HELENE W. |
| 8 | ASEJIAN, ARAXIE | BROWN, MELVIN H. | CLEVELAND, LEWIS M. |
| 9 | ASEJIAN, CHARLES M. | BUNKER, C. E. | COCHRAN, BEVERLY |
| 10 | AYRES, RUTH F. | BUNKER, MARY F. | COCHRAN, WILLIAM M. |
| 11 | | BURCHETT WARREN PHILLIP | COCKERLINE, MATTHEW J. |
| 12 | | BURCHETT, EVALENE | COCKERLINE, NETTIE |
| 13 | BARR, MATT | CALDWELL, ELLEN A. | CODA, LEO |
| 14 | BARRY, JAMES L. | CALDWELL, JACK W. | CODA, LILLIAN L. |
| 15 | BARRY, YVONNE | CALIFORNIA PACIFIC TITLE INSURANCE CO. | COLE, LOUISE C. |
| 16 | BECK, NELLIE P. | CALLAN, BRIDGIE E. | COLLINS, LOTTIE V. |
| 17 | BECK, VICTOR W. | CALLAN, THOMAS J. | CONKLE, ELDA W. |
| 18 | BELL, BONNIE | CALOIA, ENNIS V. | CONKLE, PHILLIP M. |
| 19 | BELL, CHARLES | CANTRELL, EDITH M. | CURPHEY, MYRTLE E. |
| 20 | BELL, HELEN G. | CARLILE, GRACE F. | CURPHEY, WILLIAM E. |
| 21 | BELL, RAY R. | CARLILE, LEVI L. | |
| 22 | BISOGNO, JOHN C. | CATON, EDITH M. | DAVENPORT, RALPH M. |
| 23 | BISOGNO, MARCELLA | CANTON, VERSAL H. | DE LAITE, DOROTHY K. |
| 24 | BLACK, HAZEL J. | CECCHETTINI, ADELAIDE | DE LAITE, JOHN E. |
| 25 | BLACKFORD, ELMER R. | CECCHETTINI, THOMAS V.JR. | DENTON, FREDONIA F. |
| 26 | BLACKFORD, FLORENCE W. | CHANDLER, GLEN M. | DENTON, GERALD R. |
| 27 | BLAKELY, CAMILLA J. | CHANDLER, MARY S. | DETWILER, CHARLES W. |
| 28 | BLEIMAN, DINAH | CIANFRINI, CAROL JOAN | DETWILER, HILDA N. |
| 29 | BLEIMAN, HENRY | | DILLON, ALTA D. |

| # | | | |
|---|---|---|---|
| 1 | DILLON, WAYNE L. | GAULDING, KARL J.JR. | HERRIMAN, HELEN |
| 2 | DINDINGER, K. R. | GOODWIN, ANNE C. | HERRIMAN, VANZO L. |
| 3 | DODGE, MILDRED E. | GOODWIN, GORDON | HEWITSON, FRANCES J. |
| 4 | DOEHRING, PAUL C. JR. | GOUGH, G. R.,TRUSTEE | HEWITSON, THOMAS A. |
| 5 | DOUGHERTY, HELEN M. | IN INSTRUMENT RE-CORDED IN BOOK 2302, PAGE 87 ET SEQ., OF-FICIAL RECORDS OF SAN DIEGO COUNTY | HILL, HELEN DURR |
| 6 | DOUGHERTY, JOHN D. | | HOLT, FREDA |
| 7 | | | HOLT, WILLIAM |
| 8 | ELDRIDGE, JESSIE KATE | GRAHAM, KENNETH | HOME TITLE COMPANY |
| 9 | EMERY, ALICE D. | GRUNER, JOSEPH A. | HOUTZ, KARL G. |
| 10 | EMERY, FRANK H. | GRUNER, JUNE B. | HOUTZ, MARGARET A. |
| 11 | EPPERT, JOHN W. | GUMMOW, EVA M. | HOWELL, GEORGE A. F. |
| 12 | EVANS, CLIFFORD J. | GUMMOW, DONALD L. | HUBBARD, HUGH |
| 13 | EVANS, LILLIAN J. | | HUDSPETH, JAMES L. |
| 14 | | HALLENBERG, HARRY WILLIAM | |
| 15 | FARMERS AND MERCHANTS TRUST COMPANY OF LONG BEACH | HANDELMAN, MAX | HUDSPETH, LETTIE JANE |
| 16 | | HANSEN, ALEX F., AKA ALEXANDER F. HANSEN, DECEASED, HEIRS OR DEVISEES OF | HUNTER, ELAINE M. |
| 17 | FEICKERT, ARCHIE C. | | HUNTER, KENNETH A. |
| 18 | FEICKERT, HARRY E. | | HYATT, MILDRED M. |
| 19 | FIREMAN'S FUND INDEM-NITY CO. | HARDISON, RUTH O. | |
| 20 | FISHER, ELIZABETH M. | HARMON, BRYANT M. | INLAND MORTGAGE CO. |
| 21 | FISHER, THEODORE W. | HARMON, S. JANE | IRVINE, B. G. |
| 22 | FLOYD, ESTELA G. | HARMON, DOROTHY | IVEY, W. H. |
| 23 | FLOYD, MELVIN E. | HASSELQUIST, GUSTAV H. | |
| 24 | FRANCIS, CLYDE | HASSELQUIST, JEANNE B. | JACKSON, HOWARD T. |
| 25 | FRANCIS, PEARL M. | HAZARD, EDWARD J. | JACKSON, MARY AGNES |
| 26 | FRANCISCO, M. ROBI E. | HELVEY, K. F. | JANDA, EARL |
| 27 | FRICK, TEMPE C., FORMERLY KNOWN AS TEMPE C. TRIBBETT | HENRY, GEORGE C. | JANDA, GOLDA |
| 28 | | HENRY, GERTRUDE B. | JEFFRIES, ELEANOR G. |
| 29 | | HERRIMAN, CARL H. | |

| | | | |
|---|---|---|---|
| 1 | JEFFRIES, GEORGE T. | LEWANDOWSKI, HELEN A. | MARTIN, KENNETH V. |
| 2 | JENKINS, MARIE T. | LEWANDOWSKI, JOHN | MARTIN, VERA I. |
| 3 | JENSEN, EDNA | LIEFER, CHARLES JACK | MAZE, GILBERT T. |
| 4 | JENSEN, WILLIAM F. | LIEFER, NATHALINE JEAN | MERRICK, MYRAH |
| 5 | JOHNSON, FRED W. | LILLIE, TIM, AKA LILLIE, T. W. | MEYER, MINNIE M. |
| 6 | JOHNSON, GLADYS E. | | MINOR, JAMES |
| 7 | JOHNSON, MELVIN N. | LOBB, JANET | MINOR, JESSIE FAYE |
| 8 | JOHNSON, RUDOLPH | LOBB, THOMAS, JR. | MITCHELL, LOUIS |
| 9 | JUDD, REBA M. | LOPEZ, ANGEL | MOON, JANE P. |
| 10 | JUDD, RUSSELL J. | LOS ANGELES TIMES FED-ERAL CREDIT UNION | MOON, THEODORE L. |
| 11 | | LUCAS, WALTER | MORRIS, ALFRED |
| 12 | KENTON, EMMA C. | LONOG, FERNE | MORRIS, JULIA V. |
| 13 | KINDELL, DOROTHY M. | LUNOG, JOHN | MOSLEY, CHARLENE ROBERTA |
| 14 | KINDELL, WILLIAM M. | LUTHER, DOROTHY F. | MOSLEY, CHARLES EDWIN |
| 15 | KINDIG, C. E. | LUTHER, HAROLD M. | MOSSBERG, CLARENCE E. |
| 16 | KINDIG, M. VELMA | | MOSSBERG, EDITH R. |
| 17 | KING, MAE WALKER | McDONALD, B. MORSE, JR. | MYERS, HARRY |
| 18 | KING, SAMUEL EDWARD | McDOWELL, LUCIENNE | MYERS, PEARL JEWELL |
| 19 | KONKLE, BARBARA | McDOWELL, Wilmore | MYRACLE, PAUL |
| 20 | KONKLE, CHARLES F. | McMAHAN, FRANKIE C. | MYRACLE, PEARL |
| 21 | KROMFOLS, VICTOR | McMAHAN, WALTER CARL | |
| 22 | | MADESKO, MITCHELL | NASH, EVELYNE |
| 23 | LARSON, LUKE | MARCUS, MURRAY M. | NASH, TED |
| 24 | LASH, CHARLOTTE KIRK | MARCUS, VIOLET M. | NEAGLEY, CLINTON R. |
| 25 | LASH, SAMUEL R. | MARKLEY, EARL | NEAGLEY, IRMA C. |
| 26 | LAUGHLIN, HOMER, ESTATE OF | MARKLEY, JESSIE M. | NELSON, DOROTHY STOCKMAR |
| 27 | | MARKLEY, ROBERT EARL | NELSON, MARTIN L, ADMINIS-TRATOR OF ESTATE OF  THOMAS J. RAWSON AKA THOMAS JEF-FERSON RAWSON, AKA TOMMIE RAWSON AKA TOM RAWSON, AKA T. RAWSON AKA T. R. RAWSON |
| 28 | LAWYERS TITLE GUARANTY CO. | MARTIN, ESPERANCE S. | |
| 29 | LEADBEATER, MAVIS L. | | |

| | | | |
|---|---|---|---|
| 1 | NEW, FRED | PITT, FLORENCE | RUZICKA, JUDITH A. |
| 2 | NEW, KATHRYN A. | POSTON, ALICE RUTH | RUZICKA, STANLEY O. |
| 3 | | POSTON, TOLBERT AUBREY | RUZICKA, VICTOR S. |
| 4 | OILER, PHILIP R. | PRESSEY, EDWIN | |
| 5 | OVERBY, ELLEN C. | PRESSEY, MARGARET | SAN DIEGO IMPERIAL CORP. |
| 6 | OVERBY, GRANT | PRUETT, EVA O. | SAVERIEN, GALE HOUSTON |
| 7 | OWEN ELECTRIC COMPANY, INCORPORATED | PRUETT, JIM R. | SCHOETZOW, EMELINE |
| 8 | | PYLE, HATTIE E. | SCHOETZOW, RAY E. |
| 9 | | | SCHOETZOW, VICTOR P. |
| 10 | PACIFIC COAST TITLE CO OF RIVERSIDE | RAY, A. W. | SCHOLER, ARTHUR E. |
| 11 | PAGE, BERTHA D. | ROBBINS, GENEVIEVE | SCHROEDER, W. A. |
| 12 | PAGE, SAMUEL C. | ROBERTS, EUGENE | SHAVER, GAIUS RAY |
| 13 | PATERSON, EDWARD S. | ROBERTS, IRIS A. | SHAVER, STELLA C. |
| 14 | PATERSON, MILDRED | ROBINSON, J. D. | SEAY, HELENE |
| 15 | PATTERSON, JOHN H. | ROBINSON, LAURA A. | SEAY, JOE |
| 16 | PATTERSON, LETITIA | ROGERS, DAVID ROBERT | SECURITY-FIRST NATIONAL BANK, A NATIONAL BANK-ING ASSOCIATION, OF RIVERSIDE, CALIF. |
| 17 | PERINICH, NANCY T. | ROGERS, GINA | |
| 18 | PERINICH, PAUL G. | ROGERS, ROY | |
| 19 | PERRY, JANE A. | ROSS, WILLIAM L. | SEVIER, DONALD C. |
| 20 | PERRY, PAUL H. | ROYER, MARY A. | SEVIER, JOHN H. |
| 21 | PETERSEN, HOLGER M. | RUBBERT, LORETTA E. | SHARP, JAMES C. |
| 22 | PETERSEN, MADGA M. | RUBBERT, MARTIN H. | SHARP, MARGUERITE |
| 23 | PETERSON, JACK L. | GUY M. RUSH COMPANY | SHEA, ELEANOR T. |
| 24 | PFEFFERKORN, RUTH H. | RUSSELL, AUDREY DARLENE | SHEA, FRANK ANTHONY |
| 25 | PHELPS, DOROTHY Y. | | SHELTON, JAMES H. |
| 26 | PHELPS, ROBERT WOFFORD | RUSSELL, GEORGE D. | SHEPPARD, ADELAIDE J. |
| 27 | PICO, DAN | RUZICKA, ELMER V. | SHEPPARD, WILLIAM H. |
| 28 | PIONEER TITLE INSUR-ANCE COMPANY | RUZICKA, FRANCES | SHRODE, DAVID R. |
| 29 | | RUZICKA, GLORIA | SHRODE, MILDRED R. |

_ 5 _

11ND-GEN-191 (8/56)

2922

| | | | |
|---|---|---|---|
| 1 | SIBRIAN, JOSEPHINE M. | THOMAS, PEGGY J. | WATCHTOWER BIBLE & TRACT SOCIETY OF NEW YORK INC. |
| 2 | SKENFIELD, CHARLES E. | TIDO'S LODGE, A CALIFORNIA CORPORATION | |
| 3 | SKENFIELD, RUTH E. | | |
| 4 | SMITH, ALBERT H. | TIETSCHE, Nola Pearl | WEBER, GERALD V. |
| 5 | SMITH, GERALDINE | TIETSCHE, Paul W. | WEBER, HELEN J. |
| 6 | SMITH, LOREN D. | TINGLER, CARL A. | WEDEKING, FRANCES M. |
| 7 | SMITH, LORRAINE M. | TINGLER, CHARLES | WEDEKING, VIRGIL M. |
| 8 | SMOLIER S. M. | TINGLER, HOWARD J. | WELCH, LEE |
| 9 | SNIDOW, PERCY W. | TINGLER, OPAL | WELCH, LOIS |
| 10 | SPAULDING, GRANDIN | TINGLER, WILLIAM R. | WELLER, LUCILE DAVENPORT |
| 11 | SPAULDING, MARY | TIRK, PATRICIA | |
| 12 | STECKEL, EDWARD H. | TODD, TOM T. | WHITE, DOROTHY O. |
| 13 | STECKEL, ROSE H. | TRIPP, CARLA OLSEN | WILHELM, THERESIA L. |
| 14 | STEWART, MARIAN E. | TRIPP, CHARLES H. | WILLIS, ADA |
| 15 | STEWART, THEODORE R. | TULE VALLEY LAND AND CATTLE CO, A LIMITED PARTNERSHIP | WILLIS, ARTHUR |
| 16 | ST. JOHN, ANNA MARGARET | | WILLIS, BARBARA |
| 17 | STOCKMAR, ROBERT A. | TYNER, HARRY F. | WILLIS, RICHARD |
| 18 | STOMBAUGH, GLADYS B. | TYNER, MAE A. | WILLOUGHBY, LUTHER A. |
| 19 | STONER, FRED J. | | WILLOUGHBY, PATRICIA A. |
| 20 | STONER, RUTH L., AS ADMINISTRATRIX OF ESTATE OF WINIFRED STONER, DECEASED. | VAIL CO, INCORPORATED | WOOD, HELEN M. |
| 21 | | VAN WERT, ALEXIA R. | WOOD, MYRON E. |
| 22 | SUFFICOOL, JACK R. | VANDENBERGH, H. VAUGHN | WRIGHT, CAMERON |
| 23 | SUFFICOOL, VAUGHN W. | VARGAS, MARY E. | WRIGHT, JEAN M. |
| 24 | SWAIM, ALICE A. | VARGAS, PETE L. | WROTNOWSKI, DELCINE |
| 25 | | | YAPLE, HAROLD D. |
| 26 | | WAGGONER, T. E. | YAPLE, NELLIE E. |
| 27 | TANGWAY, ALICE E. | WALKER, FRANK R. | YORK, EDITH DAVENPORT |
| 28 | TAYLOR, WILLIAM M. | WALKER, WILLIAM D. | ZWICKER, BERTHA D. |
| 29 | THOMAS, DONALD JAMES | | ZWICKER, J. WARD |

11ND-GEN-191 (8/56)

2923

EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
                Plaintiff,     )        No. 1247-SD-C
                               )
        v.                     )     ORDER THAT THE CLERK
                               )     ENTER NO DEFAULTS UNTIL
FALLBROOK PUBLIC UTILITY DISTRICT, )  FURTHER ORDER OF THE COURT
et al,                         )
                               )
                Defendants.    )

The United States of America, having on October 28,
1957, filed an ex parte motion "to add necessary parties and
to dismiss certain parties defendant" and the court on
October 28, 1957, having made an order for the joinder of
such new parties and for the dismissal of certain parties
defendant, and the clerk having on October 28, 1957, issued
a summons directed to the new parties so joined, and the court
having on April 18, 1957, made an order that no defaults were
to be entered by the clerk pending further order of the court;

NOW THEREFORE,

IT IS ORDERED that notwithstanding the joinder
of the additional parties and the issuance of a summons
directed to them, no default as to any party defendant shall be
entered by the clerk until further order of the court.

In view of the fact that the plaintiff proposes to
file an amended complaint, and in view of the fact that a
proposed pretrial order will hereafter be prepared for service
on all parties defendant;

IT IS FURTHER ORDERED that the present complaint and
the order joining additional parties defendant and the summons
issued thereon be not served on the new defendants until fur-
ther order of the court.

Dated:   October 28, 1957.

                          /s/ James M. Carter
                         JAMES M. CARTER
                         United States District Judge

EXHIBIT "B"

2924