IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

FILED
MAR 27 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
    DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

    Defendants.

No. 1247-SD-C

ORDER TO ADD NECESSARY PARTIES AND TO REVOKE ORDER PROHIBITING SERVICE ON NEW DEFENDANTS DATED OCTOBER 28, 1957

Upon representation of William E. Burby, attorney, Department of Justice, attorney for plaintiff, in the above entitled action in the MOTION TO ADD NECESSARY PARTIES AND TO REVOKE ORDER PROHIBITING SERVICE ON NEW DEFENDANTS DATED OCTOBER 28, 1957, the aforesaid motion being dated March 27, 1958, and good cause appearing therefor,

IT IS HEREBY ORDERED that the persons named in Exhibit "A" of the aforesaid motion are joined as parties-defendant in the above entitled action.

IT IS FURTHER ORDERED that that portion of the Court's Order dated October 28, 1957, attached to the aforesaid motion as Exhibit "B", providing "that the present complaint and order joining additional parties-defendant and the summons issued thereon be not served upon the new defendants until further order of the court", is hereby revoked.

DATED: This 27th day of March, 1958.

                    _____
                    Judge of the United States District Court
                    Southern District of California

2925