IN THE DISTRICT COURT OF THE UNITED STATES IN AND FOR THE
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

FILED
MAR 31 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William W. Luddy
      DEPUTY CLERK

UNITED STATES OF AMERICA, )
              Plaintiff )
  vs. )  No. 1247-SD-Civil
FALLBROOK PUBLIC UTILITY DISTRICT, )  AFFIDAVIT OF SERVICE BY MAIL
et al., )
             Defendants. )

STATE OF CALIFORNIA )
                 ) ss.
COUNTY OF SAN DIEGO )

      THOMAS STRENTZ, being first duly sworn, deposes and says:
That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

      That, in the above entitled action, on March 27, 1958, he deposited in the United States mail at Oceanside, California, a copy of

      MOTION TO ADD NECESSARY PARTIES AND TO REVOKE ORDER PRO-
      HIBITING SERVICE ON NEW DEFENDANTS DATED October 28, 1957,
                            and
      ORDER TO ADD NECESSARY PARTIES AND TO REVOKE ORDER PRO-
      HIBITING SERVICE ON NEW DEFENDANTS DATED OCTOBER 28, 1957,

- 1 -

2930

addressed to the last known addresses of the persons listed in Exhibit A, attached hereto and made a part hereof, in envelopes bearing the requisite postage and at which places there is a delivery service by United States mails from said post offices.

*Thomas Strentz*

Subscribed and sworn to before me this 28 day of March, 1958.

*Louis A. Toff*
Notary Public in and for said County and State.

My Commission Expires Feb. 28, 1962.

- 2 -

2931