LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

Attorneys for Defendant - FALLBROOK PUBLIC UTILITY DISTRICT

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FALLBROOK PUBLIC UTILITY DISTRICT, ) <br> ET AL., ) <br> ) <br> Defendants. ) | CIVIL No. 1247-SD-C <br> NOTICE OF MOTION OF DEFENDANT FALLBROOK PUBLIC UTILITY DISTRICT TO DISMISS, TO STRIKE AND FOR AN ORDER DIRECTING PLAINTIFF TO MAKE A MORE DEFINITE STATEMENT |

To J. Lee Rankin, Solicitor General; William H. Veeder, Attorney, Department of Justice, and William E. Burby, Attorney, Department of Justice, attorneys for plaintiff, 325 West F Street, San Diego, California.

   PLEASE TAKE NOTICE that defendant Fallbrook Public Utility District will bring the accompanying Motion to Dismiss, Motion to Strike, and Motion for an Order Directing Plaintiff to Make a More Definite Statement on for hearing before this Court in Court Room No. 2, United States District Court, 325 West F Street, San Diego, California, on the 7th day of April 1958 at 10 o'clock A.M., or as soon thereafter as counsel can be heard.

Dated: April 3, 1958

        SWING, SCHARNIKOW and STANIFORTH
        SACHSE and PRICE

        by _(signature)_
         Franz R. Sachse
        Attorneys for defendant
        FALLBROOK PUBLIC UTILITY DISTRICT

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.

CIVIL No. 1247-SD-C

FRANZ R. SACHSE, being first duly sworn, says: That affiant, whose address is 1092 South Main Street, Fallbrook, California is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Notice of Motion of Defendant Fallbrook Public Utility District to Dismiss, To Strike and for an Order Directing Plaintiff to Make a More Definite Statement (Copy title of paper served) on the Plaintiff (Name of party served) in said action, by placing a true copy thereof in an envelope addressed as follows:

William H. Veeder, Esq., Camp Pendleton, Oceanside, California

William H. Veeder, Esq., Department of Justice, 325 West F St., San Diego, Calif.
(Name and address as shown on the envelope)

sealed and deposited on the 3rd day of April, 1958, in the United States Mail at Fallbrook, San Diego, California (Place of mailing, name of county) with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 3rd day of April, 1958

Elsie C. Bergstrom
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires May 25, 1961    2940