UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.       No. __1247-SD-C_____ Civil

vs.       MINUTES OF THE COURT

FALLBROOK, etc., et al     DATE: ____APRIL 7, 1958____

AT: San Diego, California

PRESENT: Hon. ____JAMES M. CARTER____, District Judge;

Deputy Clerk: WILLIAM W. LUDDY    Reporter: JOHN SWADER

Counsel for Plaintiff: WILLIAM VEEDER AND WILLIAM BURBY, Lt. David MILLER, Lt. ROBERT Nagel, Col. A. C. Bowen, Col. Elliott Robertson, Cmd. Dan Flynn,

Counsel for Defendants: ad ADOLPHUS MOSKOVITZ, PHIL SWING, FRANZ SACHSE, GEORGE STAHLMAN, GEORGE GROVER, BURT BUZZINI

JOHN CRANSTON, Special Master.

PROCEEDINGS 1. HEARING Plaintiffs motion to file supplementary and amended complaint.
2. HEARING objections to appointment of Special Master
3. HEARING defendant Fallbrook motion to dismiss, to strike and for an order directing Plaintiff to make a more definite stmt.

At 10:45 A.M. convene herein.
Filed Fallbrooks objections to Plaintiffs motion ti file supplementary and amended complaint.
Attorney Veeder argues in support of motion to file supplementary and amended complaint.
Attorneys Moskovitz, Swing, and Sachse each make statement in opposition to said motion.
At 12:15 P.M. recess to 2:45 P.M.
At 3:45 reconvene herein.
IT IS ORDERED that attorney Veeder draw supplemental order respecting binding effect and meaning of Stipulation dated Nov. 29, 1951 between U.S.A. and state of California.
IT IS ORDERED that Plaintiffs motion to file supplementary and amended complaint is granted. Attorney Veeder to prepare formal order.
Counsel stipulate that Fallbrooks motion (3) may be considered as now filed to amended complaint.
IT IS ORDERED that hearing objections to appointment of the Special Master is continued to April 8, 1958.
IT IS ORDERED cause is continued to April 8, 1958, at 9:30 A.M.

JOHN A. CHILDRESS, Clerk

2947