UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                                    No. 1247-SD-C            Civil

vs.                                       MINUTES OF THE COURT

FALLBROOK, etc., et al                    DATE: APRIL 8, 1958

                                          AT: San Diego, California

PRESENT: Hon. ___JAMES M. CARTER___, District Judge;

   Deputy Clerk: WILLIAM W. LUDDY   Reporter: JOHN SWADER

   Counsel for Plaintiff: WILLIAM VEEDER AND WILLIAM BURBY,
Col. A. C. Bowen, Col. Elliott Robertson, Lt. David Miller, Lt. Robert
Nagle, Commander Dan Flynn.

   Counsel for Defendants: Bert Buzzini, George Stahlman, Franz Sachse,
Adolphus Moskovitz

PROCEEDINGS: HEARING ON OBJECTION TO APPOINTMENT OF MASTER

   At 10:20 A.M. reconvene herein.
   Attorney Veeder and Attorney Sachse each make statements.
   No objections having been filed or stated to the appointment of the
Master, the Court concludes, as to the people served, there are no
objections to the appointment of the Master.
      IT IS ORDERED that Attorney Veeder prepare order revoking
the order heretofore entered for Seperate trial, and also order
respecting cross pleadings.
      IT IS ORDERED that hearing on defendant Fallbrook motion to dismiss
etc, is set for June 16, 1958, and any other motions to the amended
complaint that may be filed, be noticed for that date.
      Court and counsel discuss procedure of service of summons, and
also the documents for service.
      IT IS ORDERED that cause is continued to April 9, 1958, at 9:30 A M.
for further hearing.

                                                                    3047

                                          JOHN A. CHILDRESS, /Clerk