FILED

APR 8 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1247-SD-C |
| Plaintiff, ) | |
| v. ) | ORDER RESPECTING CROSS-PLEADINGS |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) ET AL., ) | |
| Defendants. ) | |

By reason of the numerous parties to this cause:

IT IS HEREBY ORDERED that all rights to the use of water in the Santa Margarita River system of all parties to this action shall be determined as against the others and the filing of cross-pleadings is dispensed with as unnecessary and inconvenient.

Dated April 8, 1958.

_____
JAMES M. CARTER
United States District Judge

3037