**FILED**

APR 8 - 1958

CLERK, U.S. DISTRICT COURT,
SOUTHERN DISTRICT OF CALIFORNIA
By ........................
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>                Plaintiff, )<br><br>        v. )<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, )<br>ET AL., )<br><br>                Defendants, )<br><br>PEOPLE OF THE STATE OF CALIFORNIA, )<br><br>                Defendants in )<br>                Intervention. ) | No. 1247-SD-C<br><br>SUPPLEMENTAL ORDER RESPECTING<br>BINDING EFFECT AND MEANING OF<br>STIPULATION DATED NOVEMBER 29,<br>1951, ENTERED INTO BETWEEN THE<br>UNITED STATES OF AMERICA AND<br>THE STATE OF CALIFORNIA |

There was entered by this Court on the 11th day of February, 1958, an order respecting the effect and meaning of the stipulation of November 29, 1951, between the United States of America and the State of California.

Objections to that order and the interpretation of the stipulation contained in it were made and reserved by the United States of America. Moreover, a question having been raised as to the scope of the order referred to above, it is desirable to limit and define its application.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

(a)  The stipulation of November 29, 1951, referred to in this order and the order of February 11, 1958, is strictly limited to the approximately 133,000 acres of land in San Diego County, California, acquired by the United States of America from the Rancho Santa Margarita and which now constitute the sites for Camp Pendleton, the United States Naval Ammunition Depot and the United States Naval Hospital, and to the rights to the use of water acquired by the United States of America from the Rancho Santa

- 79 -

3039

1   Margarita, together with any rights to the use of water it may have gained

2   by prescription or use or both since its acquisition of the Rancho Santa

3   Margarita.

4        (b)  No other lands or rights to the use of water claimed by

5   the United States of America in this litigation will be subject to or

6   bound by the stipulation of November 29, 1951, and insofar as lands other

7   than those referred to in paragraph (a) above are concerned, this cause

8   will be tried as though neither the stipulation of November 29, 1951, had

9   been entered into nor the order of February 11, 1958, entered by this Court.

10       (c)  The United States of America disclaims any right to augment

11  its rights to the use of water claimed by it in connection with Camp

12  Pendleton, the United States Naval Ammunition Depot and the United States

13  Naval Hospital by reason of its rights to the use of water, claimed in

14  connection with its other land in the watershed of the Santa Margarita

15  River.

16       (d)  Prescriptive rights to the use of water claimed by the

17  United States of America will be based upon and be determined pursuant to

18  the laws of the State of California.  The term "prescriptive rights" as

19  used in this paragraph relates to the acquisition of rights by adverse

20  possession as distinguished from any other means of acquiring rights

21  such as by inverse condemnation.

22       Dated:  *April 8 1958*

23

24

25                     *James M. Carter*
                          JAMES M. CARTER
26                    United States District Judge

27

28

29

30

31

32

- 80-

3040