**F I L E D**

APR 8 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William M. Dudley_
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,               )
                    Plaintiff,          )        No. 1247-SD-C
                                        )
        v.                              )
                                        )
FALLBROOK PUBLIC UTILITY DISTRICT,      )        ORDER REVOKING ORDER FOR
    a public service corporation of     )
    the State of California, et al.,     )        SEPARATE TRIAL
                                        )
                    Defendants.         )

            Good cause having been shown, it is hereby ordered that the

minute order of March 31, 1952, for a separate trial with reference

to the Santa Margarita Mutual Water Company and the defendant, Fallbrook

Public Utility District, be and the same is hereby revoked.


Dated:  April 8, 1958

                                        JAMES M. CARTER
                                    United States District Judge

3038