UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                                    No. _____1247-SD-C_____ Civil

  vs                                      MINUTES OF THE COURT

FALLBROOK, etc., et al                    DATE: April 9, 1958

                                          AT: San Diego, California

PRESENT: Hon. _____JAMES M. CARTER_____, District Judge;

   Deputy Clerk: WILLIAM W. LUDDY   Reporter: JOHN SWADER

   Counsel for Plaintiff: WILLIAM VEEDER AND WILLIAM BURBY. Lt. David Miller, Lt. Robert Nagle, Commander Dan Flynn, Col. Elliott Robertson.

   Counsel for Defendants: Franz Sachse, Adolphus Moskovitz, George Stahlman
   SPECIAL MASTER: John M. Cranston.

PROCEEDINGS:

   At 9:30 A.M. convene herein.
   Attorney Veeder presents proposed orders to the court.
   Attorney Stahlman states he will file general answer to Amended and supplementary complaint, and IT IS ORDERED that he is given 20 days to file amended answer.
   IT IS ORDERED that when answer be filed by Mr. Stahlman, that the Clerk note the time of such filing thereon
   IT IS ORDERED that answers may be filed, and after filing, motions may be made.
   IT IS ORDERED that seperate briefs be filed as to each subject matter.
   IT IS ORDERED that Attorney Veeder file Brief on what the governments rights are to land on Indian reservations and Forest Domain, and FURTHER ordered that the Government mark areas and submit to the court, and counsel.
   IT IS ORDERED that the order that formal order be submitted re the filing of the amended complaint is set aside, and the amended complaint be filed in compliance with the Minute order granting motion to file amended complaint on April 7, 1958.
   At 10:25 A.M. court adjourns herein.

3046

JOHN A. CHILDRESS, Clerk