FILED

APR 9 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By William M. [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
            Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, et al,
            Defendants.

No. 1247-SD--C

ORDER RESPECTING RESPONSIVE PLEADINGS

On April 7, 1958, this Court entered an order permitting the filing by the United States of America of its Complaint and Supplementary and Amendatory Complaint; that pleading set forth the allegations of the Complaint which was originally filed. To that original Complaint answers have been filed by numerous parties.

Good cause being shown,

WHEREFORE IT IS HEREBY ORDERED that all pleadings presently on file in response to the original Complaint in this cause are declared to be in answer to the above mentioned pleading filed by the United States of America to the extent that they place in issue the allegations of the original Complaint.

IT IS, HOWEVER, FURTHER ORDERED that to join issue with the Supplementary and Amendatory aspects of the pleading filed April 7, 1958, all parties must make timely filings of pleadings in response to those Supplementary and Amendatory allegations.

Dated: April 9, 1958.

/s/ James M. Carter
JAMES M. CARTER
United States District Judge

3045