FILED

APR 9 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br><br>               Defendants. | No. 1247-SD-C<br><br>AMENDMENT TO "ORDER OF REFERENCE AND APPOINTMENT OF SPECIAL MASTER", SETTING DATE OF FIRST HEARING FOR MAY 21, 1958 |

       On February 12, 1958, this Court entered an ORDER OF REFERENCE AND APPOINTMENT OF SPECIAL MASTER, which contains in part the provision that "Hearings shall commence on April 28, 1958, at 10:00 A.M., at the Reche School House, near Live Oak Park, on Live Oak Road, about two and one-half miles east of Fallbrook, San Diego County, California, and thereafter continued from day to day, and from time to time and at such places of hearing as shall, from time to time, be ordered by the Special Master."

       IT IS HEREBY ORDERED that the aforesaid sentence be amended to show the date May 21, 1958, in lieu of April 28, 1958.

       Dated:  April 9, 1958.

                                                 /s/ James M. Carter
                                                JAMES M. CARTER
                                                United States District Judge



FILED

APR 9 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
         Plaintiff, )
  v. )
FALLBROOK PUBLIC UTILITY DISTRICT, )
et al., )
         Defendants. )

No. 1247-SD-C

ORDER PERMITTING INCLUSION BY REFERENCE IN THE "COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT" THE NAMES OF THE PARTIES-DEFENDANT SET FORTH IN THE SUMMONS ISSUED ON APRIL 9, 1958

This Court having on April 7, 1958, entered an order permitting the filing by the United States of America of a COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT, and having directed the Clerk to issue a summons on the COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT, and good cause having been shown:

IT IS HEREBY ORDERED that the names of the parties-defendant set forth in the summons issued on this 9th day of April, 1958, in this cause, in addition to the Fallbrook Public Utility District, may be incorporated by reference into the title of this action in the aforesaid COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT.

IT IS FURTHER ORDERED that the United States Marshal, his deputies, or any other person or persons charged with the responsibility of serving process in this cause, shall likewise serve upon all parties, through their respective counsel or otherwise, copies of this order.

Dated: April 9, 1958.

_____
JAMES M. CARTER
United States District Judge

3043