FILED
11:10 AM
APR 9 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By [signature] DEPUTY CLERK

O'Melveny & Myers
433 South Spring Street
Los Angeles, California
and
George Stahlman
Route 1, Box 235
Fallbrook, California

RAndolph 8-2310

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, et al,
Defendants.

No. 1247-SD-C

SEPARATE ANSWER OF VAIL CO., INC.

Comes now Vail Co., Inc., in answer to plaintiff's Complaint and Supplementary and Amendatory Complaint, on file herein, and answers for Vail Co. only, admits, denies, and alleges as follows:

The Vail Co., Inc., answering defendant herein, in the original complaint filed herein on January 25, 1951, was described as defendants Mary Vail Wilkinson, Mahlon Vail, Edward N. Vail, Margaret Vail Wise and Nita M. Vail, Trustees. Since the answer to the original complaint of January 25, 1951, the interests of all parties defendant answering herein have been transferred to Vail Co., Inc., incorporated under the laws of the State of Nevada.

Answering defendant adopts and hereby makes part of this answer the answer filed by defendants Mary Vail Wilkinson, Mahlon Vail, Edward N. Vail, Margaret Vail Wise and Nita M. Vail, Trustees, which said answer was filed to the original complaint on March 25, 1951, and adopts said previously filed answer as said answer may affect any of the



INDEXED

allegations contained in the Supplementary and Amendatory Complaint being answered herein. This answering defendant admits all of the allegations as contained in count VIII and count IX of said Supplementary and Amendatory Complaint, and generally and specifically denies each and all other allegations as contained in said Supplementary and Amendatory Complaint.

GEORGE STAHLMAN
Attorney for Vail Co., Inc.