FILED
APR 9 - 1958
12:05 PM
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
           Plaintiff, )
   v. )
FALLBROOK PUBLIC UTILITY DISTRICT, )
et al., )
           Defendants. )

No. 1247-SD-C

ORDER SETTING DATE FOR TRIAL AND REVOKING ORDERS DATED APRIL 18, 1957, AND OCTOBER 28, 1957, THAT NO DEFAULTS WOULD BE ENTERED PENDING FURTHER ORDER OF THE COURT

      Good cause having been shown,

      IT IS HEREBY ORDERED that the trial of this case will commence before this Court, as distinguished from the Special Master, in Court Room No. 2, United States District Court, 325 West "F" Street, San Diego 1, California, on the 16th day of June, 1958, at 10 o'clock in the forenoon of that day, or as soon thereafter as counsel can be heard, subject to being continued from day to day and time to time, no further formal notice of the date of trial other than this order to be given.

      This Court having on April 18, 1957, entered an ORDER FOR PRETRIAL CONFERENCE, which provided in part "that the Clerk enter no defaults as to any other parties defendant, until further order of this Court":

      IT IS HEREBY ORDERED that that portion of the aforesaid order of April 18, 1957, providing "that the Clerk enter no defaults as to any other parties defendant, until further order of this Court" is hereby revoked.

      This Court having on October 28, 1957, entered an ORDER THAT THE CLERK ENTER NO DEFAULTS UNTIL FURTHER ORDER OF THE COURT:

      IT IS HEREBY ORDERED that that portion of the order of October 28, 1957, providing that "notwithstanding the joinder of the additional parties and the issuance of a summons directed to them, no default as to any party defendant shall be entered by the Clerk until

1 | further order of the Court" is hereby revoked.
2 |      IT IS HEREBY ORDERED that the United States Marshal, his deputies
3 | or any other person or persons charged with the responsibility of serving
4 | process in this cause shall likewise serve upon all parties, through
5 | their respective counsel or otherwise, a copy of this order.
6 |      Dated: April 9, 1958.
7 |           12:05 PM

                                          /s/ James M. Carter
                                          JAMES M. CARTER
                                        United States District Judge

- 2 -