F I L E D

APR 11 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
         Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,
         Defendants.

No. 1247-SD-C

NOTICE OF DATE OF TRIAL; OF ORDER APPOINTING SPECIAL MASTER AND OPPORTUNITY TO OBJECT TO APPOINTMENT; AND NOTICE OF HEARING BEFORE SPECIAL MASTER

    PLEASE TAKE NOTICE that the above entitled case will come on for trial before this Court in Court Room No. 2, United States District Court, 325 West F Street, San Diego 1, California, on the 16th day of June, 1958, at 10 o'clock in the forenoon of that day, or as soon thereafter as counsel can be heard. There is attached a copy of the order setting the case for trial on this last mentioned date.

    NOTICE IS ALSO HEREBY GIVEN of the Order of February 12, 1958, a copy of which is attached, entered by this Court appointing a Special Master to take evidence in this cause and otherwise to act all in accordance with that order. Immediately prior to the initiation of the trial on June 16, 1958, the United States of America will bring on for hearing any objections to the appointment of the Special Master and to the powers conferred upon

3048

1  him by the last mentioned order of February 12, 1958.
2         NOTICE IS ALSO HEREBY GIVEN of the hearing before the Special Master,
3  which will commence on the 21st day of May, 1958, at 10:00 o'clock in the
4  forenoon at the Reche School House, near Live Oak Road, about two and one-
5  half miles east of Fallbrook, California, all in accordance with the order
6  of the Court, a copy of which is attached.
7         Dated  April 9, 1958.

UNITED STATES OF AMERICA


*[signature]*
J. LEE RANKIN
Solicitor General


*[signature]*
WILLIAM H. VEEDER
Attorney, Department of Justice


*[signature]*
WILLIAM E. BURBY
Attorney, Department of Justice

- 2 -

3049