**FILED**

APR 16 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br>   v.<br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br>         Defendants. | No. 1247-SD-C<br><br>AFFIDAVIT OF SERVICE BY MAIL |

State of California )
                   ) ss.
County of San Diego )

      CALVIN J. CRUZ, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

      That in the above entitled action, on 11 April 1958, he deposited in the United States mail at Oceanside, California, a copy of

         SUMMONS, dated April 9, 1958,

         NOTICE, dated April 9, 1958,

         ORDER SETTING DATE FOR TRIAL AND REVOKING ORDERS DATED APRIL 18, 1957, AND OCTOBER 28, 1957, THAT NO DEFAULTS WOULD BE ENTERED PENDING FURTHER ORDER OF THE COURT, dated April 9, 1958,

3054

1  ORDER PERMITTING INCLUSION BY REFERENCE IN THE
2  "COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT"
   THE NAMES OF THE PARTIES-DEFENDANT SET FORTH IN THE
3  SUMMONS ISSUED ON APRIL 9, 1958, dated April 9, 1958,

4  ORDER DIRECTING SERVICE OF ORDERS AND RELATED DATA,
      dated March 10, 1958,

5  ORDER RESPECTING CROSS-PLEADINGS, dated April 8, 1958,

6  ORDER RESPECTING RESPONSIVE PLEADINGS, dated April 9, 1958,

7  COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT,
      dated March 19, 1958
8
9  ORDER OF REFERENCE AND APPOINTMENT OF SPECIAL MASTER,
      dated February 12, 1958

10 AMENDMENT TO "ORDER OF REFERENCE AND APPOINTMENT OF
      SPECIAL MASTER", SETTING DATE OF FIRST HEARING
11    FOR MAY 21, 1958, dated April 9, 1958,

12 SUPPLEMENTAL ORDER RESPECTING BINDING EFFECT AND
      MEANING OF STIPULATION DATED NOVEMBER 29, 1951,
13    ENTERED INTO BETWEEN THE UNITED STATES OF AMERICA
      AND THE STATE OF CALIFORNIA, dated April 8, 1958,
14
15 ORDER RESPECTING BINDING EFFECT AND MEANING OF STIPULATION
      DATED NOVEMBER 29, 1951, ORIGINALLY ENTERED BETWEEN THE
16    UNITED STATES OF AMERICA AND THE STATE OF CALIFORNIA,
      dated February 11, 1958,

17 STIPULATION, dated November 29, 1951.
18
19 addressed to the last known addresses of the persons listed in Exhibit A,
20 attached hereto and made a part hereof, in envelopes bearing the
21 requisite postage, at which places there is a delivery service by
22 United States mails from said post offices.
23
24
25 Subscribed and sworn to before
26 me this 14th day of April, 1958.
27 _____       _____
   Notary Public in and for said
28 County and State
29 (My commission expires Feb 28, 1962)
30
31
32

2

3055

1   Allard, Brownsberger, Shelton & O'Connor, 313 First National Building, Pomona, California

2   Florence A. Anderson, 918 C. C. Chapman Building, 756 South Broadway, Los Angeles, California

3

4   Henry Ashton, 408 E. Central Avenue, Balboa, California

5   Office of the Attorney General, Library and Courts Building, Sacramento, California; Attention: Adolphus Moskovits, Deputy Attorney General

6   Best, Best & Krieger, Evans Building, Riverside, California

7   A. A. Bianchi, 901 Kohl Building, 400 Montgomery Street, San Francisco, California

8   Thomas J. Burke, 504 Granger Building, San Diego 1, California

9   Bert Buzzini, 2233 Fulton Street, Berkeley 4, California

10  Mabel Clausen, 320 First Trust Building, Pasadena, California

11  Clayson, Stark & Rothrock, Citizens Bank Building, Corona, California, Attention: George G. Grover & Owen Strange

12

13  Howard E. Crandall, 127 W. Anaheim Boulevard, Wilmington, California

14  William J. Cusack, Room 814 Merritt Building, 307 West 8th Street, Los Angeles, California

15  Charles B. DeLong, 507 Harbor Insurance Building, San Diego 1, California

16  W. B. Dennis, 365 Broadway, Vista, California

17  Leonard J. Difani, 220 Loring Building, Riverside, California

18  Emmett E. Doherty, General Petroleum Building, 612 Flower Street, Los Angeles, California

19

20  J. A. Donnelley & Richard P. MacNulty, 2655 4th Ave, San Diego, California

21  Devor & Dorfman, 924 Van Nuys Building, Los Angeles 14, California

22  Lawrence E. Drumm, 458 So Spring Street, Suite 820, Los Angeles 14, California

23  Ray C. Eberhard, Room 1231 Bartlett Building, 215 West 7th Street, Los Angeles 14, California

24  Estudillo & Bucciarelli, 3900 Market Street, Riverside, California

25  Oliver P. Ensley, Attorney at Law, Hemet, California

26  Fendler, Weber & Lerner, 333 So Beverly Drive, Beverly Hills, California

27  Daniel W. Gage, 740 Rowan Building, 458 So Spring Street, Los Angeles 13, California

28

29  Arthur M. Gediman, 119 So Main Street, Elsinore, California

-1-

Exhibit A

3056

1  Abraham Gottfried, 424 So Beverly Drive, Beverly Hills, California

2  Frank E. Gray, 202 So Hamilton Drive, Beverly Hills, California

3  Samuel A. Greenburg, 1014 West Valley Boulevard, Alhambra, California

4  Hahn, Ross & Saunders, Suite 611, 608 So Hill Street, Los Angeles 14, California

5  Crider, Tilson & Ruppe, 548 So Spring Street, Los Angeles 13, California,
   Attention: Tom Halde

6  Frank S. Hamburger, 1031 Mills Tower, San Francisco, California

7  Halverson & Halverson, Suite 611, 704 So Spring Street, Los Angeles 14, California

8  Leslie B. Hanson, 4412 York Boulevard, Los Angeles, California

9  J. U. Hemmi, 220 No. Nevada Street, Oceanside, California

10 Office of San Diego County District Attorney, 302 Civic Center, San Diego 1, Cal-
11   ifornia; Attention: Robert G. Berrey, Deputy District Attorney

12 James H. Kindel, Jr., Suite 405, Rowan Building, Los Angeles 13, California

13 Courtney Lacey, 408 E. Florida Avenue, Hemet, California

14 Launer, Chaffee & Launer, Bank of America Building, Fullerton, California

15 Walter Gould Lincoln, Suite 1113, 742 So Hill Street, Los Angeles 14, California

16 Lindley, Lazar & Scales, 825 Bank of America Building, San Diego 1, California

17 Luce, Forward, Kunsel & Scripps, 1220 San Diego Trust & Savings Building,
     San Diego 1, California

18
19 Office of Riverside County Counsel, County Court House, Riverside, California;
     Attention: Wilburn J. Murry, Deputy and James H. Angell, Deputy

20 William H. Macomber, 1114 San Diego Trust & Savings Building, San Diego 1,
     California

21
22 Richard M. Marsh, 54-262 Jackson Street, Indio, California

23 Henry M. Moffatt, 121 East 6th Street, Los Angeles 14, California

24 O'Melveny & Myers, & George Stahlman, 433 So Spring Street, Los Angeles 13,
     California

25 Neblett, Walker & Sullivan, 3742 10th Street, Riverside, California
     Attention: John Neblett

26
27 A. J. O'Connor, 639 So Spring Street, Los Angeles 14, California

28 Benjamin S. Parks, Room 916, 210 West 7th Street, Los Angeles 14, California

29 George M. Pierson, 816 Continental Building, Los Angeles 13, California

-2-

1. Richardson & Henderson, 174 North Palm Canyon Drive, Palm Springs, California
2. Sachse & Price, 217 North Main Street, Fallbrook, California
3. Sarau, Adams, Neblett & Sarau, Suite 308 Lewis Building, 3972 Main Street, Riverside, California
4. Gary W. Sawtelle, Suite 612, 621 So Spring Street, Los Angeles 14, California
5. Shatford & Shatford, 5920 Temple City Boulevard, Temple City, California
6. J. D. Skeen, 802 Utah Oil Building, Salt Lake City, Utah
7. George Stahlman, Route 1, Box 235, Fallbrook, California
8. W. E. Starke, 1130 Bank of America Building, San Diego 1, California
9. Hugo A. Steinmyer & Winfield Jones, 650 So Spring Street, Los Angeles 14, California
10. 
11. William Stienhart, 5045 Wilshire Boulevard, Los Angeles 36, California
12. Swing & Swing, Attorneys at Law, 313 Central Building, San Bernardino, California
13. Swing, Scharnikow & Staniforth, Suite 604, 530 Broadway, San Diego 1, California; Attention: Phil D. Swing
14. 
15. Tanner, Thorton & Myers, 215 West 7th Street, Los Angeles 14, California
16. Teschke, Rohe & Cramer, 359 No Cannon Drive, Beverly Hills, California
17. Thompson & Colgate, 405 Citizens Bank Building, Riverside, California
18. Trihey & Mirich, 565 West 5th Street, San Pedro, California
19. Cornelius T. Waldo, 10742 Nassau Avenue, Sunland, California
20. Robert W. Walker, Henry M. Moffatt & Robert S. Curtiss, 448 Santa Fe Building, Los Angeles 14, California
21. O. V. Weikert, 918 Oviatt Building, Los Angeles 14, California
22. P. W. Willett, P. O. Box 103, Fallbrook, California
23. Dennett Withington, 1317 "E" Street, San Bernardino, California