In The United States District Court
Southern District of California
Southern Division

Kathleen Diana Hodges and
Kenneth B. Hodges
6110 La Jolla Blvd.
La Jolla, California
Telephone number
Glencourt 4-6552

FILED
APR 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Defendant
United States of America
Plaintiff

No. 1247-SD-C

vs

Fallbrook Public Utility
District, et al.,
Defendants

Comes now the defendants, Kathleen Diana Hodges and Kenneth B. Hodges, sued herein and for herself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Kathleen Diana Hodges
Kenneth B. Hodges

9908

Copy Rec'd                                   INDEXED