FILED

APR 24 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William W. Luddy
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,

    Defendants.

No. 1247-SD-C

MOTION TO ADD NECESSARY PARTIES

Comes now the United States of America, acting by and through David W. Miller, attorney for the plaintiff, and in support of this motion respectfully brings the following to the attention of this Honorable Court:

Subsequent to the order of the Court joining certain parties-defendant in this action, dated March 27, 1958, the names of certain other persons having real property interests within the Santa Margarita River watershed have been ascertained, those persons being:

| | |
|---|---|
| LEWIS R. OLIVOS | MONROE SHARPLESS |
| PHOEBE OLIVOS | CLARENCE A. THORSON |
| EVE UZELAC MITCHELL | VERA T. THORSON |

Inasmuch as these persons acquired their interests prior to the filing of the lis pendens in this action, the United States of America respectfully moves this Honorable Court to add as necessary parties to this cause those persons who are named above.

DATED: April 23, 1958

/s/ David W. Miller
David W. Miller
Attorney for Plaintiff

3164