**FILED**

APR 24 1958

CLERK, U.S. DISTRICT COURT
HERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,

    Defendants.

No. 1247-SD-C

ORDER TO ADD NECESSARY PARTIES

GOOD CAUSE HAVING BEEN SHOWN IT IS HEREBY ORDERED THAT the following named persons are joined as parties-defendant in the above entitled action:

| | |
|---|---|
| LEWIS R. OLIVOS | MONROE SHARPLESS |
| PHOEBE OLIVOS | CLARENCE A. THORSON |
| EVE UZELAC MITCHELL | VERA T. THORSON |

Dated: April 24, 1958.

Judge of the United States District Court
Southern District of California

3163