FILED

APR 24 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | No. 1247-SD-C |
|   v. | ) | NOTICE OF DATE OF TRIAL AND OF |
| | ) | ORDER APPOINTING SPECIAL MASTER |
| FALLBROOK PUBLIC UTILITY DISTRICT, | ) | AND OPPORTUNITY TO OBJECT TO |
| ET AL., | ) | APPOINTMENT |
|     Defendants. | ) | |

PLEASE TAKE NOTICE that the above entitled case will come on for trial before this Court in Court Room No. 2, United States District Court, 325 West F Street, San Diego 1, California, on the 16th day of June, 1958, at 10 o'clock in the forenoon of that day, or as soon thereafter as counsel can be heard.  There is attached a copy of the order setting the case for trial on this last mentioned date.

NOTICE IS ALSO HEREBY GIVEN of the Order of February 12, 1958, a copy of which is attached, entered by this Court appointing a Special Master to take evidence in this cause and otherwise to act all in accordance with that order.  Immediately prior to the initiation of

3161

Copy Reed

1  the trial on June 16, 1958, the United States of America will bring on

2  for hearing any objections to the appointment of the Special Master and

3  to the powers conferred upon him by the last mentioned order of

4  February 12, 1958.

5          Dated  April 11, 1958.

8                                      UNITED STATES OF AMERICA

11                          _____
                            J. LEE RANKIN
12                          Solicitor General

15                          William H. Veeder
                            _____
16                          WILLIAM H. VEEDER
                            Attorney, Department of Justice

19                          _____
20                          WILLIAM E. BURBY
                            Attorney, Department of Justice