LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

Attorneys for DEFENDANTS

FILED
APR 28 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William W. ___
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,

    Defendants.

No. 1247-SD-C

ANSWER OF DEFENDANTS FELIX R. GARNSEY AND THEODORA L. GARNSEY

Defendants Felix R. Garnsey and Theodora L. Garnsey, answering plaintiff's Complaint, and Supplement to Complaint, for themselves alone and not for any other defendant, admit, deny and allege as follows:

FIRST DEFENSE

I

Repeat and re-allege, the same as though set forth herein in full, all of the allegations and affirmative defenses set forth in their answer to plaintiff's Original Complaint.

II

Defendants have no knowledge or information sufficient to enable them to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XX, XXIII and XXIV of plaintiff's Supplement to Complaint.

- 1 -

III

Deny the allegations of Counts XXI, XXII and XXV of plaintiff's Supplement to Complaint.

Dated: __April 25, 1958__.

                        SWING, SCHARNIKOW and STANIFORTH
                        SACHSE and PRICE

                        by _[signature]_
                        Attorneys for defendants
                        Felix R. Garnsey and Theodora L. Garnsey

AFFIDAVIT OF SERVICE BY MAIL—1013a, C. C. P.

STATE OF CALIFORNIA, } ss.   No. 1247-SD-C
COUNTY OF San Diego

FRANZ R. SACHSE, being first duly sworn, says: That affiant, whose address is

1092 South Main Street, Fallbrook, California

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached  Answer of Defendants Felix R. Garnsey and Theodora L. Garnsey
(Copy title of paper served)

on the  Plaintiff  in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)

as follows:
1. William H. Veeder, Esq., Department of Justice, Washington, D. C.
2. Department of Ground Water Resources, Camp Pendleton, Oceanside, Calif.
3. Mr. John M. Cranston, Special Master, 1410 Bank of America Bldg., San Diego 1, Calif.
(Name and address as shown on the envelope)

sealed and deposited on the 25 day of April, 1958, in the United States Mail at

Fallbrook, San Diego, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 25th day of April, 1958

Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires May 25, 1961

9942