Bert Buzzini
2223 Fulton Street
Berkeley 4, California
Telephone: THornwall 3-9600

Attorney for Defendants
Charlotte Flo Faulkner
Raymond C. Faulkner

**FILED**

APR 28 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *William W. Luiz*
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA )
     Plaintiff )
    vs. )
FALLBROOK PUBLIC UTILITIES )
DISTRICT, et al. )

No. 1247-50-C

Answer of Charlotte Flo Faulkner and
Raymond C. Faulkner to Complaint and
Supplementary and Amendatory Complaint

Now comes the defendants, Charlotte Flo Faulkner and Raymond C. Faulkner,

and answer the Complaint and Supplementary and Amendatory Complaint herein,

admit, deny and allege as follows:

                    I.

By Order Respecting Responsive Pleadings dated April 9, 1958 wherein all

pleadings presently on file in response to the original Complaint in this

cause are declared to be in answer to the Complaint and Supplementary and

Amendatory Complaint of the United States of America, the defendants

re-allege and re-aver each and every allegation in the Answer filed in

this Court on the 20th day of July 1951, and by way of reference make

that answer a part of this answer.

                   II.

Answering counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII,

XV, XVI, XVII, XVIII, XX, XXI, XXII, XXIV, these defendants are without

knowledge or information sufficient to form a belief as to the truth of

the allegations contained therein and on that ground deny each and every

one of said counts.

         - 1 -

9935

INDEXED

*copy filed*

### III.

Answering Count XIV, the defendants admit the allegation set forth in Paragraph II but further allege that as to Paragraph I they are without information sufficient to form a belief of the truth the allegation contained therein and upon that ground deny it.

### IV.

Answering Count XIX, Paragraphs I, II and III, the defendants are without information sufficient to form a belief of the truth of the allegation and upon that ground deny it. As to Paragraphs IV and V, the defendants do not believe that there is a diversion duty for the irrigation of lands described in Plaintiff's Exhibit "G" in the amount of four and two-tenths (4.2) acre feet per acre per year, nor in any other amount.

The defendants further believe that the United States of America has no reserved rights in the use of water for stockwatering nor any other purpose upon those lands and that by reason of its admission that the appropriators of water listed by name in Plaintiff's Exhibit "H" hold permits issued by the State of California, that the United States of America is not a licensor and upon that ground deny it.

### V.

Answering Count XXIII, Paragraph III deny that a military use is a proper riparian use. As to the allegation in Paragraphs I and II, the defendants lack sufficient information upon which to form a belief and upon that ground deny them.

### VI.

Answering Count XXV, the defendants believe that their use of water is not adverse to the use of water by the United States of America. These defendants further deny that they or either of them is invading or threatening to invade the rights to the use of water of the United States in the Santa Margarita River or anywhere else.

- 2 -

9936

1   WHEREFORE, these defendants pray:

2         1. That the plaintiff take nothing by this action.

3         2. That defendants have and recover their costs herein expended.

4

5

6                                     Bert Buzzini

7                                Attorney for Defendants
                               Charlotte Flo Faulkner

8                                Raymond C. Faulkner

9

10 Dated: April 24, 1958

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32                             - 3 -

STATE OF CALIFORNIA )
                    )  SS.
COUNTY OF ALAMEDA   )

BERT BUZZINI, being duly sworn, says that he is an attorney at law, and is
the attorney of record for Charlotte Flo Faulkner and Raymond C. Faulkner,
defendants in the within-entitled cause, and that he has his office in the
City of Berkeley, County of Alameda, State of California;  that the parties
named hereinafter are attorneys of record for the plaintiff and other
defendants in said cause and have their offices outside of the County of
Alameda, State of California;  that in the said City of Berkeley and in
each of the places which said attorneys have their offices there is a
United States Post Office, and between said City of Berkeley and said other
places there is a regular daily communication by United States mail;  that
on the 24th day of April, 1958, affiant served a true copy of the answer of
Charlotte Flo Faulkner and Raymond C. Faulkner herein on the following
named attorneys:

                    William H. Veeder, Esq.
                    Special Assistant to the Attorney General
                    Department of Justice
                    Washington, D.C.

                    J. Lee Rankin, Esq.
                    Solicitor General
                    Department of Justice
                    Washington, D.C.

                    Adolphus Moskovitz, Esq.
                    Deputy Attorney General
                    Library and Courts Bldg.
                    Sacramento, California

                    George G. Grover, Esq.
                    Attorney at Law
                    First National Bldg.
                    Corona, California

                    W. B. Dennis, Esq.
                    Attorney at Law
                    365 Broadway
                    Vista, California

                    George Stahlman, Esq.
                    Attorney at Law
                    Box 235
                    Fallbrook, California

9938

Phil D. Swing, Esq.
Attorney at Law
Suite 604, 530 Broadway
San Diego 1, California

Messrs. Sachse & Price
Attorneys at Law
217 North Main St.
Fallbrook, California

John M. Cranston, Esq.
Attorney at Law
1410 Bank of America Bldg.
San Diego, California

by depositing copies of said answer on said date in the Post Office at

Berkeley, said County of Alameda, State of California, properly enclosed

in sealed envelopes separately addressed to the said attorneys at their

respective addresses shown and prepaying the postage therein.

BERT BUZZINI

Subscribed and sworn to before me this 24th day of April, 1958.

CHARLES A. RUMMEL
Notary Public in and for the
County of Alameda, State of California

(SEAL)

9939