FILED

APR 28 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
           Plaintiff,     )
                          )   NO. 1247-SD-C
       v.                 )
                          )   OFFER OF SETTLEMENT
FALLBROOK PUBLIC UTILITY DISTRICT, )
ET AL.,                   )
                          )
           Defendants.    )

The UNITED STATES OF AMERICA agrees that any defendant or defendants named in this cause who sign the attached stipulation marked Exhibit A and made a part of this offer of settlement, will not be required to answer or further to participate in the litigation. This offer of settlement of the litigation is made subject, however, to review of each transaction and the approval of it by the Officer in Charge of the Office of Ground Water Resources, Camp Pendleton, California, or whomever may otherwise be designated by the undersigned. The UNITED STATES OF AMERICA in making this offer neither acts for nor purports to bind any cross-claimants in this case.

UNITED STATES OF AMERICA

Dated: April 25, 1958

/s/ J. Lee Rankin
J. LEE RANKIN,
Solicitor General

3178

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,<br><br>        Defendants. | NO. 1247-SD-C<br><br>STIPULATION LIMITING AND SETTLING RIGHTS TO THE USE OF WATER |

The undersigned defendant(s), whose address is _____

_____

for (himself) (themselves), (his) (their) executors, administrators, successors and assigns agree to limit (his) (their) rights to the use of water in connection with the following described lands:

either in the surface or sub-surface flow of the Santa Margarita River and its tributaries or other waters within the watershed of that stream, to that

- 1 -

3179

quantity of water which will be reasonably required for domestic uses. It is further agreed that "domestic use" as used in connection with the above described lands limits the use of water to a single house and outbuildings or to a single farmstead; and that the domestic use will also be limited to those common to homes including the incidental watering of domestic livestock for family sustenance and the irrigation of not to exceed one-half acre in lawn, ornamental shrubbery, garden, and truck.

It is further agreed by the defendant(s) that the court may enter a decree limiting the rights to the use of water in connection with the above described lands to those required for domestic purposes as above defined, by the defendant(s), (his) (their) administrators, executors, successors and assigns and that based upon this stipulation the defendant(s) will not be required to file responsive pleadings to the complaint and supplementary and amendatory complaint served upon (him) (them) or to otherwise participate in this litigation. This stipulation when executed by the undersigned constitutes an acceptance of the Offer of Settlement by the United States of America, a copy of which is attached.

_____  
Husband

Dated: _____

_____  
Wife

Reviewed and approved:

_____  
Officer in Charge of the  
  Office of Ground Water Resources  
  Camp Pendleton, California.

- 2 -

3180