LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

(SPACE BELOW FOR FILING STAMP ONLY)

# FILED

APR 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
DEPUTY CLERK

Attorneys for __Defendants__

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>ET AL.,<br><br>　　　　Defendants. | No. 1247-SD-C<br><br>ANSWER OF DEFENDANTS<br>FRANZ R. SACHSE and<br>ROWENA SACHSE |

　　　　Defendants Franz R. Sachse and Rowena Sachse, answering plaintiff's complaint and supplement to complaint herein, admit, deny and allege as follows:

### FIRST DEFENSE

I

　　　　These answering defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint on file herein and therefore deny all of said allegations for want of information or belief.

II

　　　　Answering paragraph V of plaintiff's Original Complaint herein, these answering defendants admit the litigation referred to and admit that a stipulated judgment was entered therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that said litigation or said stipulated judgment

9943

- 1 -

INDEXED

affect these answering defendants in any way; deny that they were parties thereto; and deny that said stipulated judgment determines the rights of plaintiff as against these defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

These answering defendants have no information or knowledge sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefor deny all of said allegations for want of information or belief.

### V

Deny the allegations of Counts XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE THESE DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California and within the watershed of the Santa Margarita River, as described in Exhibit A, attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, hereunto attached and made a part hereof by reference, as follows:

PARCEL ONE: This parcel consists of 40 acres more or less riparian to an un-named intermittent stream which flows through said Parcel in a northeasterly to southwesterly direction. Defendants claim full riparian rights in the waters of

S944

- 2 -

said un-named stream and also claim rights to the waters percolating beneath said parcel, as overlying landowners.

PARCEL TWO: This parcel consists of 4.5 acres, more or less, planted to avocado trees over ten years old. Defendants claim rights to the waters percolating beneath said parcel as overlying landowners.

WHEREFOR, these answering defendants pray:

1. That plaintiff take nothing against these answering defendants.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands herein described and of the character herein described.

3. That this Honorable Court adjudge and decree that the water rights of these defendants are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to the rights to the use of water as set forth herein as aginst all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other and further relief as seems just.

SACHSE AND PRICE,
Attorneys at law,

by *Curtis K. Price*
Curtis K. Price

LANDS OWNED BY DEFENDANTS FRANZ R. SACHSE
AND ROWENA SACHSE

PARCEL ONE:

The SE ¼ of the NE ¼ of Section 16, Township 9 South, Range 3 West, S.B.M.

PARCEL TWO:

All that portion of Lot 4 (Southwest Quarter of the Southwest Quarter) of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Beginning at the Northwest corner of said Lot 4, thence South 0° 20' 15" West along the West line of said Lot a distance of 418.50 feet to the Northwest corner of land described in Parcel 1 in Deed to Earl O. Hedrick et ux dated October 27, 1953 and filed in the office of the Registrar of Land Titles in said San Diego County on November 24, 1953 as Torrens Document No. 31303; thence South 89° 54' East along the North line of said Hedrick's land 110 feet to the most Southerly corner of land described in Parcel 2 in said deed to Hedrick; thence along the West and North lines of said Parcel 2 North 0° 21' 15" East 30.85 feet and South 89° 54' East 51.89 feet to the Southwesterly corner of land conveyed to Roger A. Gleason et ux by deed dated July 15, 1953 and recorded in Book 4930 page 129 of Official Records; thence along the Westerly, Northwesterly and Northerly boundaries of said land as follows: North 40° 45' West, 34.24 feet; thence North 5° 40' East, 27.54 feet; thence North 44° 45' East, 32.17 feet; thence North 56° 14' 30" East, 32.19 feet; thence North 62° 23' 30" East, 38.27 feet; thence North 48° 06' 50" East, 43.60 feet; thence South 84° 38' 10" East, 63.07 feet to a point on the Westerly line of land conveyed to Charles R. Cobb and wife by deed dated October 20, 1953 and recorded in Book 5044, page 419 of Official Records; thence along the Westerly and Northerly lines of said Cobb's land North 15° 03' West, 8.92 feet and North 89° 54' 30" East, 353.65 feet to the East line of the West 20.39 acres of said Lot 4; thence North 0° 20' 15" East along said East line, 243.85 feet to the North line of said Lot 4; thence West along said North line, 671.40 feet to the point of beginning.

The above described land being shown on Record of Survey Map No. 3498 filed in the office of the Recorder of said San Diego County November 8, 1954.

AFFIDAVIT OF SERVICE BY MAIL—1013a, C. C. P.

STATE OF CALIFORNIA, } ss.  No. 1247-SD-C
COUNTY OF San Diego

CURTIS K. PRICE, being first duly sworn, says: That affiant, whose address is

1092 South Main Street, Fallbrook, California

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached  Answer of Defendants Franz R. Sachse and Rowena Sachse

(Copy title of paper served)

on the  Plaintiff  in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

1. Mr. William H. Veeder, Department of Justice, Washington, D. C.
2. Office of Ground Water Resources, Camp Pendleton, Oceanside, Calif.
3. Mr. John M. Cranston, 1410 Bank of America Bldg, San Diego, Calif.
(Name and address as shown on the envelope)

sealed and deposited on the 28th day of  April , 195 8 , in the United States Mail at

Fallbrook, San Diego County, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this  28th

day of  April , 195 8

[signature] Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

[signature] Curtis K. Price

My Commission expires  May 25, 1961      9947