LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154



FILED

APR 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Attorneys for __Defendants__

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.

    Defendants,

No. 1247-SD-C

REQUEST FOR ADMISSIONS

UNDER RULE 36.

    Defendants Franz R. Sachse and Rowena Sachse request plaintiff within twenty (20) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1. The lands described in the Answer of these defendants are all irrigable lands.

    2. A reasonable water duty for the lands described in the Answer of these defendants is 4.2 acre feet per acre per year.

    3. The lands described as "Parcel One" in the Answer of these defendants are all riparian to an un-named intermittent stream which flows through said Parcel in a northeasterly to south-westerly direction.

    4. The lands described as "Parcel Two" in the Answer of these defendants are not riparian to the Santa Margarita River or to any of its tributaries.

- 1 -

3161

     5. The waters underlying the lands described as "Parcel Two" in the Answer of these defendants are percolating groundwaters.

     6. The waters underlying the lands described as "Parcel Two" in the Answer of these defendants are not a part of the Santa Margarita River or any of its tributaries.

     The foregoing requests for admissions are submitted without prejudice to the right of these defendants to submit additional such requests under the provisions of Rule 36.

SACHSE and PRICE
Attorneys at Law

by Curtis R. Price
Attorneys for Defendants
Franz R. Sachse and
Rowena Sachse

3182

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.          No. 1247-SD-C

CURTIS K. PRICE _____, being first duly sworn, says: That affiant, whose address is

1092 South Main Street, Fallbrook, California

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached  Request for Admissions Under Rule 36

(Copy title of paper served)

on the    Plaintiff    in said action, by placing a true copy thereof in an envelope addressed
         (Name of party served)
as follows:

1. Mr. William H. Veeder, Department of Justice, Washington, D. C.
2. Office of Ground Water Resources, Camp Pendleton, Oceanside, Calif.
3. Mr. John M. Cranston, 1410 Bank of America Bldg., San Diego, Calif.
(Name and address as shown on the envelope)

sealed and deposited on the 28th day of April, 1958, in the United States Mail at

Fallbrook, San Diego County, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 28th

day of April, 1958.

_____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

                                                              Curtis K. Price

My Commission expires  May 25, 1961        3183