LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

Attorneys for **Defendants**

FILED

APR 30 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,)
) No. 1247-SD-C
Plaintiff, )
) ANSWERS OF FALLBROOK PUBLIC
vs. ) UTILITY DISTRICT TO
) INTERROGATORIES OF THE
FALLBROOK PUBLIC UTILITY DISTRICT,) UNITED STATES SUBMITTED
ET AL., ) APRIL 21, 1958
)
Defendants. )

    FRANZ R. SACHSE, one of the Attorneys for Defendant Fallbrook Public Utility District, submits herewith its answers to certain of the Interrogatories submitted to it by the United States, dated April 21, 1958. Concurrently herewith, Fallbrook is submitting its objections to those Interrogatories which it is not answering in this document.

    1. The date construction will start is unknown. Fallbrook will comply with the Orders of the State Water Rights Board.

    2. There has been no determination of the quantity of water to which the United States is entitled. The Orders of the State Water Rights Board and this Court will be complied with.

    7. There has been no "determination" by Fallbrook as to the quantities of water to which the United States is entitled.

    9. The Orders of the State Department of Water Resources as will be contained in the dam permit will be obeyed.

    10. See answer 9, above. Fallbrook will comply with the

- 1 -

3184

Orders of the State Water Rights Board and this Court.

11. Fallbrook has made no determination of the quantities of water to be delivered to the United States during construction.

12. No construction permit has been applied for. Upon completion of land acquisition and plans and specifications, application will be made.

16. Fallbrook has accepted the conclusions of the State of California, Department of Public Works, Division of Water Resources, as set forth in Bulletin 57, "<u>Santa Margarita River Investigation</u>" published by that Department in 1956.

21. For the fiscal year 1957-8, $1,200,000.

22. No bonds for dam construction have been authorized. An election will be held when the Board of Directors of the District determine to call one.

23. The Board of Directors will determine the apportionment of any bond issue between revenue and general obligation bonds.

25. There are no "..outstanding assessments.." against any lands within the District. Attention is invited to the fact that Fallbrook is a Public Utility District, <u>not</u> an Irrigation District.

26. See answer 25, above.
27. See answer 25, above.
28. See answer 25, above.
29. See answer 25, above.
30. See answer 25, above.
31. See answer 25, above.
32. None
47. Fallbrook maintains no records sufficient to enable it to answer this question.
48. See answer 47, above.
51. See answers 47 and 48 above.
52. No.
68. Fallbrook claims no rights to the use of the waters of

LAW OFFICES
BACHSE AND PRICE
1003 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

the Santa Margarita River dating from 1932.

    69. 90 gallon per minute pump; 6" pipe; capacity of pipe would vary with size of pump.

    70. See Exhibit A, attached.

    71. See Exhibit A, attached.

    72. Two pumps are presently used to divert from the Santa Margarita River to Fallbrook. Their capacities are as follows:
- a. Both pumps together without booster, 1500 gpm.
- b. Both pumps together with booster, 2500 gpm.
- c. Present pipe line could carry additional capacity if additional pumps or boosters were installed.

    73. See Exhibit B attached.

STATE OF CALIFORNIA )
                    ) SS.
County of San Diego )

FRANZ R. SACHSE, being duly sworn, deposes and says:

He is one of the attorneys for this answering Defendant in the above entitled action; that he has read the foregoing Answers of Fallbrook Public Utility District to Interrogatories of the United States Submitted April 21, 1958, and knows the contents thereof; that the same is true of his own knowledge, except as to the matters which are therein stated on his information or belief and as to those matters that he believes it to be true.

*/s/ Franz R. Sachse*

Subscribed and sworn to before
me on April 29, 1958

_____
Notary Public in and for said
County and State
My commission expires May 25, 1961

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 3 -

3186

## AMOUNTS DIVERTED FROM THE SANTA MARGARITA RIVER
## IN ADDITION TO UNKNOWN AMOUNTS FROM PRIVATE WELLS

| Year | Acre Feet | Year | Acre Feet |
|---|---|---|---|
| 1925 | 2.3 | 1937 | 79.0 |
| 1926 | 11.3 | 1938 | 94.5 |
| 1927 | 12.2 | 1939 | 107.0 |
| 1928 | 15.3 | 1940 | 141.0 |
| 1929 | 21.7 | 1941 | 126.5 |
| 1930 | 21.3 | 1942 | 183.5 |
| 1931 | 21.6 | 1943 | 208.9 |
| 1932 | 24.6 | 1944 | 139.0 |
| 1933 | 45.2 | 1945 | 157.0 |
| 1934 | 70.5 | 1946 | 63.0 |
| 1935 | 59.0 | 1947 | 94.0 |
| 1936 | 84.5 | | |

## WATER PUMPED from SANTA MARGARITA RIVER by FALLBROOK PUBLIC UTILITY DISTRICT

|  | 1948 | 1949 | 1950 | 1951 | 1952 | 1953 |
|---|---|---|---|---|---|---|
| Jan. | .0 | 10.4 | 0 | 19.0 | 27.8 | 0 |
| Feb. | .5 | 7.6 | 0 | 11.1 | 35.6 | 4. |
| Mar. | .4 | 9.6 | 0 | 26.4 | 59.4 | 50.5 |
| Apr. | .25 | 0 | 2.0 | 90.0 | 0 | 150. |
| May | .25 | 9.1 | 35.4 | 39.3 | 25.5 | |
| June | .25 | .2 | 50.3 | 88.8 | 249.6 | |
| July | .25 | 1.0 | 72.2 | 79.7 | 201.0 | |
| Aug. | 7.6 | 5.0 | 51.0 | 60.2 | 143. | |
| Sept. | 8.7 | 31.0 | 37.9 | 86.5 | 50. | |
| Oct. | 14.0 | 48.0 | 27.2 | 125.0 | 44. | |
| Nov. | 13.0 | 71.0 | 38.9 | 140.0 | 20. | |
| Dec. | 12.8 | 16.3 | 28.7 | 92.2 | 0 | |
| Total | 58.0 | 208.2 | 343.6 | 858.2 | 855.9 | |

3187

DIVERSIONS BY MONTHS FROM THE SANTA MARGARITA RIVER UNDER PERMIT NO. 7032
In Acre-Feet

### 1948

| Month | Acre-Feet |
|---|---|
| January | 0 |
| February | .5 |
| March | .4 |
| April | .25 |
| May | .25 |
| June | .25 |
| July | .25 |
| August | 7.6 |
| September | 8.7 |
| October | 14.0 |
| November | 13.0 |
| December | 12.8 |
| **Total** | **58.0** |

### 1949

| Month | Acre-Feet |
|---|---|
| January | 10.4 |
| February | 7.6 |
| March | 9.6 |
| April | 0 |
| May | 9.1 |
| June | .2 |
| July | 1.0 |
| August | 5.0 |
| September | 31.0 |
| October | 48.0 |
| November | 71.0 |
| December | 15.3 |
| **Total** | **208.2** |

### 1950

| Month | Acre-Feet |
|---|---|
| January | 0 |
| February | 0 |
| March | 0 |
| April | 2.0 |
| May | 35.4 |
| June | 50.3 |
| July | 72.2 |
| August | 51.0 |
| September | 37.9 |
| October | 27.2 |
| November | 38.9 |
| December | 28.7 |
| **Total** | **343.6** |

### 1951

| Month | Acre-Feet |
|---|---|
| January | 19.0 |
| February | 11.1 |
| March | 26.4 |
| April | 90.0 |
| May | 39.3 |
| June | 88.8 |
| July | 79.7 |
| August | 60.2 |
| September | 86.5 |
| October | 125.0 |
| November | 140.0 |
| December | 92.2 |
| **Total** | **858.2** |

### 1952

| Month | Acre-Feet |
|---|---|
| January | 27.8 |
| February | 35.6 |
| March | 59.4 |
| April | 0 |
| May | 25.5 |
| June | 249.6 |
| July | 201 |
| August | 143 |
| September | 50 |
| October | 44 |
| November | 20 |
| December | 0 |
| **Total** | **855.9** |

### 1953

| Month | Acre-Feet |
|---|---|
| January | 0 |
| February | 4. |
| March | 50.5 |
| April | 150 |
| May | 150 |
| June | 150 |
| July | 116 |
| August | 227 |
| September | 304 |
| October | 360 |
| November | 115 |
| December | 120 |
| **Total** | **1746.5** |

### 1954

| Month | Acre-Feet |
|---|---|
| January | 167. |
| February | 0 |
| March | 0 |
| April | 0 |
| May | 114 |
| June | 180 |
| July | 75 |
| August | 56 |
| September | 46 |
| October | 107 |
| November | 88 |
| December | 42 |
| **Total** | **875** |

### 1955

| Month | Acre-Feet |
|---|---|
| January | 35. |
| February | 19.7 |
| March | 17.8 |
| April | 147.5 |
| May | 60 |
| June | 165 |
| July | 88 |
| August | 74 |
| September | 50 |
| October | 106 |
| November | 153 |
| December | 149 |
| **Total** | **1065** |

### 1956

| Month | Acre-Feet |
|---|---|
| January | 236 |
| February | 144 |
| March | 211 |
| April | 199 |
| May | 237 |
| June | 180 |
| July | 59 |
| August | 20 |
| September | 43 |
| October | 50 |
| November | 104 |
| December | 158 |
| **Total** | **1641** |

Available Colorado River Water taken in lieu.

UNDER PERMIT NO. 7033 Cont.

EXHIBIT
Page 2.

### 1957

| | |
|---|---|
| January | 117.5 |
| February | 0 |
| March | 0 |
| April | 234.6 |
| May | 174 |
| June | 141.1 |
| July | 25.1 |
| August | 14.3 |
| September | 8.7 |
| October | 44.9 |

Total thru Oct. 760.2

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF **San Diego** } ss.    No. **1247-SD-C**

**FRANZ R. SACHSE**, being first duly sworn, says: That affiant, whose address is

**1092 South Main Street, Fallbrook, California**

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached **Answers of Fallbrook Public Utility District to Interrogatories of the United States Submitted April 21, 1958**
(Copy title of paper served)

on the **Plaintiff** in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)

as follows:
(1) Mr. William H. Veeder, Department of Justice, Washington, D. C.
(2) Mr. John M. Cranston, 1410 Bank of America Bldg., San Diego, Califl.
(3) Office of Ground Water Resources, Camp Pendleton, Oceanside, Calif.

(Name and address as shown on the envelope)

sealed and deposited on the **29** day of **April**, 195**8**, in the United States Mail at

**Fallbrook, San Diego, California**
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this **29th**

day of **April**, 195**8**

_____
Notary Public in and for said County and State

(SEAL)

Stuart's FORM 23

My Commission expires **May 25, 1961**

3190