LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

Attorneys for ___Defendants___

FILED

APR 30 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1247-SD-C |
| Plaintiff, | OBJECTIONS OF FALLBROOK PUBLIC UTILITY DISTRICT TO INTERROGATORIES OF THE UNITED STATES, DATED APRIL 21, 1958 |
| vs. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL., | |
| Defendants. | |

Defendant Fallbrook Public Utility District objects to the following Interrogatories of the United States dated April 21, 1958. Answers to those Interrogatories to which no objection is made are being filed concurrently herewith.

1. Objection to Interrogatories 3, 4, 5 and 6:

Answers to the questions would be immaterial and irrelevant to any issue in these proceedings. Since no determination has been made as to the rights of the United States and since no detailed plans or specifications for the dam are yet completed (See Answer to Interrogatory 12), the questions are not pertinent to any issue and cannot now be answered.

2. Objection to Interrogatory 8:

The same objection as stated in 1, above.

3. Objection to Interrogatories 13, 14, 15, 17, 18, 19 and 20:

These questions are irrelevant and immaterial to any issue in these proceedings. They can only relate to the economic

- 1 -

3191

feasibility of the proposed Fallbrook Project, which is a matter entirely outside the jurisdiction of this Court. Assuming that some water is available for the Fallbrook Project, the cost of the project and the cost of water to the users are matters to be considered by the Board of Directors of the District, not by this Court.

4. Objection to Interrogatory 24:

The questions are irrelevant and immaterial. Whether or not the Fallbrook Project can be financed and at what cost are matters outside any of the issues in this case.

5. Objections to Interrogatories 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, and 45:

The questions are irrelevant and immaterial. They relate entirely to the manner of financing the project and to the possibility of annexations to the District. Neither of these questions is within the jurisdiction of this Court. They are a matter of policy to be determined by the duly elected officials of the District.

6. Objections to Interrogatory 46, 49 and 50:

The question is irrelevant and immaterial to any issue in this case. The Fallbrook Public Utility District is an appropriator of water. The extent of its rights are not determined by irrigable acreage, actual, demand or other factors such as control the rights of riparian owners.

7. Objections to Interrogatory 51:

See Objections to Interrogatories 46 and 49.

8. Objections to Interrogatories 53, 54, 55, 56, 57, 58, 59, 60, 61, 61, 63, 64, 65, 66 and 67:

The questions are irrelevant and immaterial. Assuming the existence of a water right by Fallbrook, the method of construction of any dam is outside the jurisdiction of this Court and is solely within the jurisdiction of the Dam Department of the State Depart-

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1184

- 2 -

3192

ment of Water Resources which will be required to approve all plans and specifications.

9. Objections to Interrogatories 74, 75, 76 and 77:

The questions are irrelevant and immaterial. They do not relate in any degree to the determination of this defendant's rights to water from the Santa Margarita River.

WHEREFORE, defendant Fallbrook Public Utility District respectfully moves this Honorable Court to strike the above-numbered Interrogatories, for the reasons stated.

SWING, SCHARNIKOW and STANIFORTH
SACHSE and PRICE

by *[signature]*
Attorneys for the Fallbrook Public Utility District

- 3 -

3193

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss. 1247-SD-C

FRANZ R. SACHSE, being first duly sworn, says: That affiant, whose address is

1092 South Main Street, Fallbrook, California

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached **Objections of Fallbrook Public Utility District to Interrogatories of the United States, Dated April 21, 1958**
(Copy title of paper served)

on the **Plaintiff** in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)

as follows:
(1) Mr. William H. Veeder, Department of Justice, Washington, D. C.
(2) ~~Mr. John M. Cranston, 1410 Bank of America Bldg, San Diego, Calif.~~
(3) Department of Ground Water Resources, Camp Pendleton, Oceanside, Calif.
(Name and address as shown on the envelope)

sealed and deposited on the **29** day of **April**, 195**8**, in the United States Mail at

**Fallbrook, San Diego;, California**
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this **29th**
day of **April**, 195**8**

_____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires **May 25, 1961**      3194