HUGO A. STEINMEYER & WINFIELD JONES
650 South Spring Street
Los Angeles 14, California
MAdison 67244, Ext. 524

Attorneys for defendant
CONTINENTAL AUXILIARY COMPANY

FILED

APR 30 1953

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,             )  No. 1247-SD-C
                                      )
              Plaintiff,              )  ANSWER OF DEFENDANT
                                      )  CONTINENTAL AUXILIARY COMPANY
      vs.                             )  TO COMPLAINT AND SUPPLEMENTARY
                                      )  AND AMENDATORY COMPLAINT
FALLBROOK PUBLIC UTILITY DISTRICT,    )
et al.,                               )
              Defendants.             )

    Comes now the defendant CONTINENTAL AUXILIARY COMPANY and in answer to the Complaint and Supplementary and Amendatory Complaint on file herein admits, denies and alleges as follows:

I

    In answer to that portion of said Complaint and Supplementary and Amendatory Complaint which realleges the original Complaint herein, this answering defendant:

    (A) Adopts the Answer of BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSOCIATION to said original Complaint and by this reference incorporates said Answer herein as though set forth herein in full.

    (B) Alleges that this answering defendant is the trustee under each of the Deeds of Trust referred to in said Answer of BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSOCIATION.

II

    In answer to the supplementary and amendatory aspects

1.

9943
INDEXED

```
 1  of counts II through XXV inclusive, this answering defendant alleges
 2  that it is without knowledge or information sufficient to form a
 3  belief as to the truth of any of the averments contained therein
 4  and on that ground denies generally and specifically each and every
 5  averment contained therein.
```

                              CONTINENTAL AUXILIARY COMPANY

                        By _____
                              Assistant Secretary

HUGO A. STEINMEYER & WINFIELD JONES

By _____
    Attorneys for defendant
    CONTINENTAL AUXILIARY COMPANY


STATE OF CALIFORNIA    )
                       ) ss
County of Los Angeles  )

      ALFRED T. TWIGG, being by me duly sworn, deposes and says that he is an officer, to-wit: Assistant Secretary of CONTINENTAL AUXILIARY COMPANY in the foregoing action and as such officer is authorized to make oath for and on behalf of said corporation; that he has read the foregoing ANSWER and knows the contents thereof and that the same is true of his own knowledge, except as to the matters which are therein stated upon information and belief, and as to those matters he believes it to be true.

                                                                              Affiant

Subscribed and sworn to before me
this 29th day of April, 1958.

_____
Notary Public in and for said
     County and State

8949

HUGO A. STEINMEYER & WINFIELD JONES
650 South Spring Street
Los Angeles 14, California
MAdison 67244, Ext. 524

Attorneys for BANK OF AMERICA NATIONAL TRUST
AND SAVINGS ASSOCIATION

FILED

APR 30 1958

CLERK, U.S. DISTRICT COURT,
SOUTHERN DISTRICT OF CALIFORNIA
By _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) No. 1247-SD-C
                          )
            Plaintiff,    ) ANSWER OF DEFENDANT BANK OF
                          ) AMERICA NATIONAL TRUST AND
     vs.                  ) SAVINGS ASSOCIATION TO
                          ) COMPLAINT AND
FALLBROOK PUBLIC UTILITY DISTRICT, ) SUPPLEMENTARY AND AMENDATORY
                          ) COMPLAINT
et al.,                   )
                          )
            Defendants.   )

Comes now the defendant BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSOCIATION and, having heretofore filed its Answer to the original Complaint herein, answers the supplementary and amendatory aspects of the Complaint and Supplementary and Amendatory Complaint on file herein as follows:

I

In answer to the supplementary and amendatory aspects of counts II through XXV inclusive, this answering defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of any of the averments contained therein and on that ground denies generally and specifically each and every averment contained therein.

BANK OF AMERICA NATIONAL TRUST AND
SAVINGS ASSOCIATION

By _____
              Vice President

HUGO A. STEINMEYER & WINFIELD JONES

By _____
   Attorneys for BANK OF AMERICA
   NATIONAL TRUST AND SAVINGS ASSOCIATION

9950

INDEXED

1  STATE OF CALIFORNIA    )
                          ) ss
2  County of Los Angeles  )

3           J. F. GENSLEY, JR. being by me duly sworn, deposes
4  and says that he is an officer, to-wit: Vice President of
5  BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSOCIATION in the
6  foregoing action and as such officer is authorized to make oath
7  for and on behalf of said corporation; that he has read the
8  foregoing ANSWER and knows the contents thereof and that the same
9  is true of his own knowledge, except as to the matters which are
10 stated therein upon information or belief, and as to those matters
11 he believes it to be true.

                                       _____
                                                 Affiant

15 Subscribed and sworn to before me
16 this 29th day of April, 1958.

18 _____
   Notary Public in and for said
19      County and State

9651