1  HUGO A. STEINMEYER & WINFIELD JONES
   650 South Spring Street
2  Los Angeles 14, California
   MAdison 67244, Ext. 524
3
   Attorneys for BANK OF AMERICA NATIONAL TRUST
4  AND SAVINGS ASSOCIATION

**F I L E D**

APR 3 0 1953

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                    SOUTHERN DIVISION

11  UNITED STATES OF AMERICA,      )   No. 1247-SD-C

12                    Plaintiff,   )   ANSWER OF DEFENDANT BANK OF
                                       AMERICA NATIONAL TRUST AND
13       vs.                       )   SAVINGS ASSOCIATION TO
                                       COMPLAINT AND
14  FALLBROOK PUBLIC UTILITY DISTRICT, )  SUPPLEMENTARY AND AMENDATORY
                                       COMPLAINT
15  et al.,                        )

16  _____ Defendants.   )

17        Comes now the defendant BANK OF AMERICA NATIONAL TRUST

18  AND SAVINGS ASSOCIATION and, having heretofore filed its Answer

19  to the original Complaint herein, answers the supplementary and

20  amendatory aspects of the Complaint and Supplementary and Amendatory

21  Complaint on file herein as follows:

22                           I

23        In answer to the supplementary and amendatory aspects

24  of counts II through XXV inclusive, this answering defendant alleges

25  that it is without knowledge or information sufficient to form a

26  belief as to the truth of any of the averments contained therein

27  and on that ground denies generally and specifically each and

28  every averment contained therein.

BANK OF AMERICA NATIONAL TRUST AND
SAVINGS ASSOCIATION

By_____
                        Vice President

HUGO A. STEINMEYER & WINFIELD JONES

By_____
     Attorneys for BANK OF AMERICA
   NATIONAL TRUST AND SAVINGS ASSOCIATION

6950

INDEXED



STATE OF CALIFORNIA   )
                       ) ss
County of Los Angeles )

       J. F. GENSLEY, JR.   being by me duly sworn, deposes and says that he is an officer, to-wit: Vice President of BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSOCIATION in the foregoing action and as such officer is authorized to make oath for and on behalf of said corporation; that he has read the foregoing ANSWER and knows the contents thereof and that the same is true of his own knowledge, except as to the matters which are stated therein upon information or belief, and as to those matters he believes it to be true.

                                _____
                                    Affiant

Subscribed and sworn to before me this 29th day of April, 1958.

_____
Notary Public in and for said
     County and State

8851