IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
SOUTHERN DISTRICT OF CALIFORNIA SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>-vs-<br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br>            Defendants. | ANSWER TO ORIGINAL AND SUPPLEMENTARY AND AMENDATORY COMPLAINT, STATEMENT OF CLAIM AND COUNTERCLAIM BY ADOPTION, OF<br>E. MARIA HOLDAWAY, MARY L. GILES, VILATE CALDWELL and PEARL HUNT<br><br>No. 1247 |

    Come now E. Maria Holdaway, Mary L. Giles, Vilate Caldwell and Pearl Hunt, and for their answer, statement of claim, and counterclaim in the above matter, adopt their answer and counterclaim made and filed herein as their answer, statement and counterclaim to the plaintiff's original complaint and Supplementary and Amendatory complaint.

    These defendants pray for judgment quieting title to their correlative water rights as prayed in the said original answer.

                                J. D. Skeen
                                Attorney for the above named defendants.
                                J. D. SKEEN
                                522 Newhouse Building
                                Salt Lake City 11, Utah

FILED
APR 30 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____, DEPUTY CLERK

9952

INDEXED