IN THE DISTRICT COURT OF THE UNITED STATES IN AND FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FILED
MAY 1 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William W. Luddy
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
             Plaintiff, )   No. 1247-SD-Civil
)
  vs. )   AFFIDAVIT OF SERVICE BY MAIL
)
FALLBROOK PUBLIC UTILITY DISTRICT, )
et al., )
)
             Defendants. )

STATE OF CALIFORNIA   )
                            ) ss.
COUNTY OF SAN DIEGO   )

     R. E. NAGLE, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

     That, in the above entitled action, on April 29, 1958, he deposited in the United States mail at Oceanside, California, a copy of

              OFFER OF SETTLEMENT and STIPULATION LIMITING
              AND SETTLING RIGHTS TO THE USE OF WATER

-1-

3196

addressed to the last known addresses of the persons listed in Exhibit A, attached hereto and made a part hereof, in envelopes bearing the requisite postage and at which places there is a delivery service by United States mails from said post offices.

                              R. E. Nagle

Subscribed and sworn to before me this ___ day of April, 1958.

_____
Notary Public in and for said
   County and State.

My Commission Expires Feb. 28, 1962.

-2-

1  Allard, Brownsberger, Shelton & O'Connor, 313 First National Building, Pomona, California

2  Florence A. Anderson, 918 C. C. Chapman Building, 756 South Broadway, Los Angeles, California

3  Henry Ashton, 408 E. Central Avenue, Balboa, California

4  Office of the Attorney General, Library and Courts Building, Sacramento, California; Attention: Adolphus Moskovits, Deputy Attorney General

5  Best, Best & Krieger, Evans Building, Riverside, California

6  A. A. Bianchi, 901 Kohl Building, 400 Montgomery Street, San Francisco, California

7  Thomas J. Burke, 504 Granger Building, San Diego 1, California

8  Bert Buzzini, 2233 Fulton Street, Berkeley 4, California

9  Mabel Clausen, 320 First Trust Building, Pasadena, California

10 Clayson, Stark & Rothrock, Citizens Bank Building, Corona, California, Attention: George G. Grover & Owen Strange

11 Howard E. Crandall, 127 W. Anaheim Boulevard, Wilmington, California

12 William J. Cusack, Room 814 Merritt Building, 307 West 8th Street, Los Angeles, California

13 Charles B. DeLong, 507 Harbor Insurance Building, San Diego 1, California

14 W. B. Dennis, 365 Broadway, Vista, California

15 Leonard J. Difani, 220 Loring Building, Riverside, California

16 Emmett E. Doherty, General Petroleum Building, 612 Flower Street, Los Angeles, California

17 J. A. Donnelley & Richard P. MacNulty, 2655 4th Ave, San Diego, California

18 Devor & Dorfman, 924 Van Nuys Building, Los Angeles 14, California

19 Lawrence E. Drumm, 458 So Spring Street, Suite 820, Los Angeles 14, California

20 Ray C. Eberhard, Room 1231 Bartlett Building, 215 West 7th Street, Los Angeles 14, California

21 Estudillo & Bucciarelli, 3900 Market Street, Riverside, California

22 Oliver P. Ensley, Attorney at Law, Hemet, California

23 Fendler, Weber & Lerner, 333 So Beverly Drive, Beverly Hills, California

24 Daniel W. Gage, 740 Rowan Building, 458 So Spring Street, Los Angeles 13, California

25 Arthur M. Gediman, 119 So Main Street, Elsinore, California

-1-

Exhibit A

3198

1.  Abraham Gottfried, 424 So Beverly Drive, Beverly Hills, California
2.  Frank E. Gray, 202 So Hamilton Drive, Beverly Hills, California
3.  Samuel A. Greenburg, 1014 West Valley Boulevard, Alhambra, California
4.  Hahn, Ross & Saunders, Suite 611, 608 So Hill Street, Los Angeles 14, California
5.  Crider, Tilson & Ruppe, 548 So Spring Street, Los Angeles 13, California, Attention: Tom Halde
6.  Frank S. Hamburger, 1031 Mills Tower, San Francisco, California
7.  Halverson & Halverson, Suite 611, 704 So Spring Street, Los Angeles 14, California
8.  Leslie B. Hanson, 4412 York Boulevard, Los Angeles, California
9.  J. U. Hemmi, 220 No. Nevada Street, Oceanside, California
10. Office of San Diego County District Attorney, 302 Civic Center, San Diego 1, California; Attention: Robert G. Berrey, Deputy District Attorney
11. James H. Kindel, Jr., Suite 405, Rowan Building, Los Angeles 13, California
12. Courtney Lacey, 408 E. Florida Avenue, Hemet, California
13. Launer, Chaffee & Launer, Bank of America Building, Fullerton, California
14. Walter Gould Lincoln, Suite 1113, 742 So Hill Street, Los Angeles 14, California
15. Lindley, Lazar & Scales, 825 Bank of America Building, San Diego 1, California
16. Luce, Forward, Kunsel & Scripps, 1220 San Diego Trust & Savings Building, San Diego 1, California
17. Office of Riverside County Counsel, County Court House, Riverside, California; Attention: Wilburn J. Murry, Deputy and James H. Angell, Deputy
18. William H. Macomber, 1114 San Diego Trust & Savings Building, San Diego 1, California
19. Richard M. Marsh, 54-262 Jackson Street, Indio, California
20. Henry M. Moffatt, 121 East 6th Street, Los Angeles 14, California
21. O'Melveny & Myers, & George Stahlman, 433 So Spring Street, Los Angeles 13, California
22. Neblett, Walker & Sullivan, 3742 10th Street, Riverside, California Attention: John Neblett
23. A. J. O'Connor, 639 So Spring Street, Los Angeles 14, California
24. Benjamin S. Parks, Room 916, 210 West 7th Street, Los Angeles 14, California
25. George M. Pierson, 816 Continental Building, Los Angeles 13, California

-2-

3139

1    Richardson & Henderson, 174 North Palm Canyon Drive, Palm Springs, California

2    Sachse & Price, 217 North Main Street, Fallbrook, California

3    Sarau, Adams, Neblett & Sarau, Suite 308 Lewis Building, 3972 Main Street, Riverside, California

4    Gary W. Sawtelle, Suite 612, 621 So Spring Street, Los Angeles 14, California

5    Shatford & Shatford, 5920 Temple City Boulevard, Temple City, California

6    J. D. Skeen, 802 Utah Oil Building, Salt Lake City, Utah

7    George Stahlman, Route 1, Box 235, Fallbrook, California

8    W. E. Starke, 1130 Bank of America Building, San Diego 1, California

9,10    Hugo A. Steinmyer & Winfield Jones, 650 So Spring Street, Los Angeles 14, California

11    William Stienhart, 5045 Wilshire Boulevard, Los Angeles 36, California

12    Swing & Swing, Attorneys at Law, 313 Central Building, San Bernardino, California

13,14    Swing, Scharnikow & Staniforth, Suite 604, 530 Broadway, San Diego 1, California; Attention: Phil D. Swing

15    Tanner, Thorton & Myers, 215 West 7th Street, Los Angeles 14, California

16    Teschke, Rohe & Cramer, 359 No Cannon Drive, Beverly Hills, California

17    Thompson & Colgate, 405 Citizens Bank Building, Riverside, California

18    Trihey & Mirich, 565 West 5th Street, San Pedro, California

19    Cornelius T. Waldo, 10742 Nassau Avenue, Sunland, California

20    Robert W. Walker, Henry M. Moffatt & Robert S. Curtiss, 448 Santa Fe Building, Los Angeles 14, California

21    G. V. Weikert, 918 Oviatt Building, Los Angeles 14, California

22    P. W. Willett, P. O. Box 103, Fallbrook, California

23    Dennett Withington, 1317 "E" Street, San Bernardino, California