FILED

MAY 1 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William W. Luddy
DEPUTY CLERK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
              Plaintiff, ) No. 1247-SD-C
    vs. ) OATH OF CLERK-BAILIFF
FALLBROOK PUBLIC UTILITY ) TO SPECIAL MASTER
DISTRICT, etc., et al., )
             Defendants. )

I, _____GEORGE W. EDWARDS_____, Having been appointed Clerk-Bailiff to the Special Master in this case, do solemnly swear that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely without any mental reservation or purpose of evasion; that I will well and faithfully discharge the duties of the office on which I am about to enter, SO HELP ME GOD.

/s/ George W. Edwards

Subscribed and sworn to before me this ___ day of May 1958.

JOHN A. CHILDRESS, Clerk
By /s/ William W. Luddy
William W. Luddy, Deputy

3195