```
                                                    FILED
                                                    MAY 1 - 1958
1  JACOB A. McKATHNIE AND ALICE LOUISE McKATHNIE
   Defendants in propria persona                    CLERK, U.S. DISTRICT COURT
2  47595 Rainbow Canyon Road,                       SOUTHERN DISTRICT OF CALIFORNIA
   Route 2, Box 191, Fallbrook, California.         By /s/ _____ DEPUTY CLERK
3
```

4                IN THE UNITED STATES DISTRICT COURT
5                   SOUTHERN DISTRICT OF CALIFORNIA
6                           SOUTHERN DIVISION
7
8   UNITED STATES OF AMERICA,        )
                                     )
9                 Plaintiff,         )    ANSWER OF DEFENDANTS
                                     )    JACOB A. McKATHNIE  and
10           v.                      )    ALICE LOUISE McKATHNIE
                                     )
11  FALLBROOK PUBLIC UTILITY         )
    DISTRICT, ET AL,                 )
12                Defendants.        )

13       The defendants, JACOB A. McKATHNIE & ALICE LOUISE McKATHNIE
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:
17
             ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
18                       AMENDATORY COMPLAINT
19       These answering defendants hereby incorporate by reference
20  all of the allegations contained in the answer to said Complaint and
21  Supplementary and Amendatory Complaint filed in this case by Newton
22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I to V,
23  inclusive, of the portion thereof entitled "Affirmative Statement of
24  Rights") and make each and all of said allegations a part of this
25  answer the same as if herein set forth at length.
26
                     AFFIRMATIVE STATEMENT OF RIGHTS
27
28       These defendants own 13.40 acres of land in Riverside
29  County, California, and within the watershed of the Santa Margarita
30  River, more particularly described in the document attached hereto,
31  marked Exhibit A, which is hereby incorporated by reference as a
32  part of this statement.

                                                              9979

                                                           INDEXED

1  This land is riparian land; approximately (4) acres are tillable
2  and the balance can be used for grazing cattle or horses and for
3  the purpose of raising turkeys, chickens or fowl. Defendants
4  have irrigated portions of this land, and the water for this purpose
5  has been obtained from a well on the property and Rainbow Creek which
6  runs through the property.
7  There are 35 bearing fruit trees and flower gardens on the
8  property.

18       WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*Jacob A. McKathnie*

*Alice Louise McKathnie*

Defendants in propria persona

Dated: April 30, 1958.
Received May 1st 1958 at San Diego, Calif. Wa Reavey, Assist U.S. atty.

9980

Exhibit A

The Northly 200 feet of the Southerly 950 feet of the Northeast quarter of the Southeast quarter of Section 36, Township 8 South, Range 3 West, San Bernardino Base Meridian, the Northerly and Southerly lines of said parcel being parallel with the Southerly line of said Northeast quarter of the Southeast quarter of said Section. EXCEPTING therefrom that portion thereof lying Easterly of the Westerly line of Riverside-San Diego Highway.

The North 400 feet of the South 750 feet of the Northeast quarter of the Southeast quarter of Section 36, Township 8 South, Range 3 West, San Bernardino Base and Meridian. EXCEPTING that portion thereof lying Easterly of the Westerly line of the Riverside-San Diego Highway as same now exists.

SUBJECT TO: Convenants, conditions, restrictions, and easements of record.

9981