FILED

MAY 1 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By 
      DEPUTY CLERK

1  Lucienne McDowell and Wilmore McDowell
   Defendants in propria persona
2  R R 2 Box 23
   Fallbrook, Calif.
3

4              IN THE UNITED STATES DISTRICT COURT
5               SOUTHERN DISTRICT OF CALIFORNIA
6                     SOUTHERN DIVISION
7
   UNITED STATES OF AMERICA,         )   CIVIL NO. 1247 - SD - C
8                                    )
               Plaintiff,            )   ANSWER OF DEFENDANTS
9                                    )
        v.                           )
10                                   )   Lucienne McDowell and
   FALLBROOK PUBLIC UTILITY          )   Wilmore McDowell
11 DISTRICT, ET AL,                  )
                                     )
12             Defendants.           )

13     The defendants, Lucianne McDowell and Wilmore McDowell
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17     ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
               AMENDATORY COMPLAINT
18
19     These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.

26              AFFIRMATIVE STATEMENT OF RIGHTS
27     These defendants own 80   acres of land in San  Diego
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32
                                                    9977

                                              INDEXED

This land is riparian land; approximately sixty (60) acres are tillable and the rest could be used for grazing cattle, sheep or goats. During the time defendants have owned and lived on the land, rains have been heavy and irrigation has not been needed. As the defendants do not have figures at present as to how much water we will need to irrigate the land as it is or as it becomes more developed, we ask for a reasonable, fair and adequate portion of the water.

Lot 1 in Section 17; the Northeast Quarter of the Northwest Quarter in Section 20, and Lot1 (the Northeast Quarter of the Northeast Quarter) and Lot 2 (the Northwest Quarter of the Northeast Quarter), both in Section 20, all being in Township 8 South, Range 4 West, San Bernardin Meridian, in the County of San Diego, State of California, According to the United States Government Survey approved April 28, 1885; Excepting from Lots 1 and 2 in Section 20 that portion thereof conveyed to Ralph W. Hiestand by deed recorded March 11, 1935 in book 382, page 264 of Official Records and Excepting from Lot 2 in Section 20 that portion thereof conveyed to Byron E Richmond by deed recorded April 9, 1936 in Book 489, page 321 of Official Records.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Lucienne McDowell*

*Wilmore McDowell*

Defendants in propria persona

RR 2 Box 23
Fallbbook, Calif.

April 30, 1958

Dated:

Received May 1st 1958 at San Diego. W. Seavey Assist U.S. att'y.

9978