

FILED

MAY 1 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

1  NEWTON T. BRYANT and WILLIE MAE BRYANT
Defendants in propria persona
2  1965½ Raymond Avenue
Los Angeles 7, California
3

4

5             IN THE UNITED STATES DISTRICT COURT

6             SOUTHERN DISTRICT OF CALIFORNIA

7                    SOUTHERN DIVISION

8  UNITED STATES OF AMERICA,        )
9                    Plaintiff,     )      CIVIL NO. 1247-SD-C
10         v.                       )      ANSWER TO COMPLAINT AND
                                    )    SUPPLEMENTARY AND AMENDATORY
11  FALLBROOK PUBLIC UTILITY         )          COMPLAINT OF
DISTRICT, ET AL.,                )        NEWTON T. BRYANT AND
12                                   )         WILLIE MAE BRYANT
              Defendants   )
13

14         The defendants, NEWTON T. BRYANT and WILLIE MAE BRYANT,

15  each severing from their co-defendants and each for himself or her-

16  self alone, in answer to the Complaint and Supplementary and Amenda-

17  tory Complaint on file herein, admit, deny, and allege:

18

19             ANSWER TO ORIGINAL COMPLAINT

20                         I.

21         These answering defendants have no information or belief

22  sufficient to enable them to answer the allegations of Paragraphs II

23  and VII of the original Complaint and basing their denial upon that

24  ground, deny all allegations in said paragraphs contained.

25

26                         II.

27         Answering the allegations of Paragraph IV, defendants

28  deny that any conduct of these answering defendants threatens the

29  destruction of the basin referred to in said paragraph or damages

30  the plaintiff in any manner.

31                         III.

32         Answering the allegations of Paragraphs V and VI, deny

33  that the litigation and/or the stipulated judgment referred to in

Copy Received

INDEXED
9982

said paragraphs are binding upon or in any manner affect the rights of these answering defendants, and deny that the plaintiff is entitled to any rights, titles, interests, or privileges as against any of the answering defendants by reason thereof.

IV.

Answering the allegations of Paragraph VIII, admit that the plaintiff makes the claims and assertions specified in said paragraph; these answering defendants have no information or belief sufficient to enable them to answer the remaining allegations of said paragraph and basing their denial on that ground, deny all of said allegations.

V.

Answering the allegations of Paragraph IX, deny that any action or conduct of any of these answering defendants has caused the plaintiff any damage or has contributed to any of the injuries alleged in said paragraph; these answering defendants have no information or belief sufficient to enable them to answer the remaining allegations of said paragraph and basing their denial on that ground, deny all of said allegations.

ANSWER TO SUPPLEMENT TO COMPLAINT

Answer to Counts Nos. I to XIV, Inclusive

I.

In answer to Counts I to XIV, inclusive, of the Supplement to plaintiff's Complaint, these answering defendants hereby incorporate by reference Paragraphs I to V, inclusive, of the above Answer to plaintiff's original Complaint.

II.

These answering defendants admit that the plaintiff makes the contentions set forth in said counts; deny that any actions of these answering defendants have injured plaintiff; and have no information or belief sufficient to enable them to answer any of

S983

1  the remaining allegations in any of said counts contained and bas-
2  ing their denial on that ground, deny all of said allegations not
3  hereinabove expressly admitted or denied.

### Answer to Counts Nos. XV-XXI, Inclusive

I.

7  These answering defendants hereby incorporate by refer-
8  ence Paragraphs I and II of their Answer to Counts I to XIV, in-
9  clusive.

II.

11  These answering defendants deny each and every allegation
12  contained in Paragraphs II and III of Count XXI.

III.

14  The defendants admit that plaintiff owns certain tracts
15  of land comprising the Cleveland and San Bernardino National For-
16  ests which are administered by the Bureau of Land Management of the
17  Department of the Interior, which tracts are within the watershed
18  of the Santa Margarita River; admit the allegations with reference
19  to the flow of Temecula Creek and its tributaries; admit that the
20  exhibits mentioned in said Counts are attached to the Complaint; ad-
21  mit that the United States of America makes the contentions set
22  forth in Counts XVIII, XIX, and XX; these answering defendants have
23  no information or belief sufficient to enable them to answer the re-
24  maining allegations in said Counts XV to XXI, inclusive, and basing
25  their denial on that ground, deny all of said allegations.

### ANSWER TO AMENDMENT TO COMPLAINT
### Answer to Counts Nos. XXII to XXV, Inclusive

I.

30  These answering defendants hereby incorporate by refer-
31  ence Paragraphs I, II and III of their Answer to Counts XV to XXI,
32  inclusive.

-3-

## II.

These answering defendants deny the allegations of Paragraphs I and II of Count XXII.

## III.

These answering defendants admit that plaintiff makes the contentions set forth in Paragraph III of Count XXII; deny each and every allegation in said paragraph contained except as hereinabove admitted.

## IV.

These answering defendants admit that plaintiff makes the contentions set forth in Counts XXII to XXV, inclusive; admit that the application referred to in Paragraph II of Count XXIV was filed and in this connection allege that said application was rejected and denied by the State Board of Water Rights of the State of California on April 10, 1958; admit that these answering defendants claim the right to the use of water specified in the Affirmative Statement of Rights hereinbelow set forth; deny that any claim of these defendants invades any rights of the United States of America; deny the allegations of Count XXI except as hereinabove expressly admitted.

## V.

These answering defendants have no information or belief sufficient to enable them to answer the remaining allegations contained in said counts and basing their denial upon that ground, deny all of the allegations not hereinabove expressly admitted or denied.

## AFFIRMATIVE STATEMENT OF RIGHTS

## I.

These answering defendants own thirty (30) acres of land situated within the watershed of the Santa Margarita River, more particularly described as follows:

> That certain land situated in San Diego
> County known as the Southwest Quarter of

-4-

9925

1  　　　　the Southeast Quarter (excepting the Nor-
2  　　　　therly 330 feet) of Section 5, Township 9
   　　　　South, Range 4 West.

3  This land is riparian land; approximately twenty (20) acres are

4  tillable and the balance can be used for grazing cattle and for

5  raising turkeys, chickens and fowl.  Defendants have irrigated por-

6  tions of the land in the past and water for this purpose has been

7  obtained by pumping directly from De Luz Creek, which runs through

8  the property.

9  　　　　　　　　　　II.

10  　　　　Defendants claim the right to use eighty (80) acre feet

11  of water per year from De Luz Creek on this land.  Defendants do not

12  claim any prescriptive rights or any appropriative rights.

13  　　　　WHEREFORE, these defendants pray that plaintiff take

14  nothing against them by reason of the Complaint and Supplementary

15  and Amendatory Complaint on file herein; that said Complaint be dis-

16  missed as against these defendants; that defendants' right to water,

17  as hereinabove set forth, be quieted as against the plaintiff and

18  against all other defendants in this action; and for such other and

19  further relief as the Court may deem proper.

20

21  　　　　　　　*Newton V Bryant*

22

23  　　　　　　　*Willie Mae Bryant*

24  　　　　　　　Defendants in propria persona
25  　　　　　　　1965½ Raymond Avenue
   　　　　　　　Los Angeles 7, California

26  Dated:  April 23, 1958

27

28  *Received May 1st 1958 at*
29  *San Diego, Calif.*
30  *Wasleaver, assist. U.S. att'y.*
31

32

　　　　　　　　　-5-　　　　　　　　　　　　8986