```
                                            F I L E D

                                            MAY 2 - 1958

                                          CLERK, U.S. DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA
                                       By William W. Luddy
                                                      DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
     v.                         )   No. 1247-SD-C
                                )
FALLBROOK PUBLIC UTILITY DISTRICT)   SUMMONS
ET AL.,                         )
                                )
            Defendants.         )

To the following Defendants:

✓ LEWIS R. OLIVOS            ✓ MONROE SHARPLESS

✓ PHOEBE OLIVOS              ✓ CLARENCE A. THORSON

✓ EVE UZELAC MITCHELL        ✓ VERA T. THORSON

You are hereby summoned and required to serve upon J. Lee Rankin, Solicitor General, plaintiff's attorney, whose address is Room 332, 325 West "F" Street, San Diego, California, an answer to the "COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT" which is herewith served upon you, within <u>20 days</u> after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Dated: April 24, 1958.

                                JOHN A. CHILDRESS, Clerk
                                U. S. District Court,
                                Southern District of California

                                By: William W. Luddy

Note: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure

                                                            3201

Form No. USM 282
Edition 4-22-55

 

# RETURN ON SERVICE OF WRIT

**United States of America,**  }  ss:   #1247 U.S. Marshal Civil
Southern DISTRICT OF California            Los Angeles, Calif.

I hereby certify and return that I served the annexed __Summons__
                                                    (Writ)
on the therein-named __Lewis R. & Phoebe Olivos__
                     (Individual, company, corporation, etc.)

together with copy of complaint
by handing to and leaving a true and correct copy thereof with __both of the above named__

(Individual or agent of company, corporation, etc.)

personally at __2224 Greenleaf__
                (Address—Street number, apartment number,
rural route, etc.)
at __Santa Ana, Calif.__ ................................ in the said District
       (City)                          (State)
at __6:30__ a̶.̶m̶.̶—p. m., on the __28th__ day of __April__, 19__58__

Marshal's fees ............ $4.00          Robert W. Ware
Mileage 68 @ .10¢           6.80                 United States Marshal.
                                      By /s/ [signature]
                                                         Deputy.

U. S. GOVERNMENT PRINTING OFFICE  16—17777-2

3202

Form No. USM 232
Edition 4-22-55

# RETURN ON SERVICE OF WRIT

𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔬𝔣 𝔄𝔪𝔢𝔯𝔦𝔠𝔞,   } ss:   #1247 U.S. Marshal Civil SD

Southern DISTRICT OF California

I hereby certify and return that I served the annexed ____Summons____
(Writ)
on the therein-named ____Eve Uzelac Mitchell____
(Individual, company, corporation, etc.)

together with copy of complaint
by handing to and leaving a true and correct copy thereof with ____Eve Uzelac Mitchell____
(Individual or agent of company, corporation, etc.)

personally at ____6582 Midway Dr.____
(Address—Street number, apartment number, rural route, etc.)

at ____El Toro Marine Base Santa Ana, California____ in the said District
(City)                                    (State)

at __9:00__ a. m.—~~p. m.~~, on the __1st__ day of __May__, 19__58__

Marshal's fees ____$2.00____

Mileage __80 @ .10¢____8.00____

Robert ?W. Ware
United States Marshal.
By [signature]
Deputy.

U. S. GOVERNMENT PRINTING OFFICE   16—17777-2

3203

Form No. USM 282
Edition 4-22-55

 

# RETURN ON SERVICE OF WRIT

**United States of America,**
Southern DISTRICT OF California } ss:

#1247 U.S. Marshal Civil SD

I hereby certify and return that I served the annexed ___Summons___
(Writ)

on the therein-named ___Monroe Sharpless___
(Individual, company, corporation, etc.)

together with copy of complaint
by handing to and leaving a true and correct copy thereof with ___Monroe Sharpless___

(Individual or agent of company, corporation, etc.)

personally at ___17272 La Veta___
(Address—Street number, apartment number, rural route, etc.)

at ___Near Orange   California___ in the said District
       (City)              (State)

at ___8:30___ a. m.—~~p. m.~~, on the ___1st___ day of ___May___, 19__58__

Marshal's fees ___$2.00___

Mileage ___xx___

Robert W. Ware
United States Marshal.

By _[signature]_
Deputy.

U. S. GOVERNMENT PRINTING OFFICE   10—17777-2

3204

Form No. USM 282
Edition 4-22-55

 

# RETURN ON SERVICE OF WRIT

**United States of America,**

Southern DISTRICT OF California } ss:

1247 SD

I hereby certify and return that I served the annexed ___summons___
(Writ)

on the therein-named ___Vera T. Thorson___
(Individual, company, corporation, etc.)

~~together with copy of complaint~~

by handing to and leaving a true and correct copy thereof/with ___her___

(Individual or agent of company, corporation, etc.)

personally at ___3514 6th Ave.___
(Address—Street number, apartment number, rural route, etc.)

at ___San Diego, Calif.___ in the said District
(City)      (State)

at __5:45__ x̶x̶x̶n̶.—p. m., on the ___24th___ day of ___April___, 19__58__

Robert W. Ware
United States Marshal.

By ___Raymond T Wohlgemuth___
Deputy.

Marshal's fees ___$2.00___

Mileage _____

U. S. GOVERNMENT PRINTING OFFICE   16—17777-2

3205

Form No. USM 282
Edition 4-22-55

# RETURN ON SERVICE OF WRIT

**United States of America,**

...Southern... DISTRICT OF ...California......   } ss:

1247 SD

I hereby certify and return that I served the annexed ........summons........
(Writ)

on the therein-named ............Clarence A. Thorson............
(Individual, company, corporation, etc.)

together with copy of complaint
by handing to and leaving a true and correct copy thereof /with ...him...

(Individual or agent of company, corporation, etc.)

personally at ............3514 16th St.............
(Address—Street number, apartment number, rural route, etc.)

at ......San Diego, Calif........................................ in the said District
  (City)                          (State)

at 5:45p ...~~a. m.~~—p. m., on the ......24th...... day of ......April......, 19 58

Marshal's fees .....$2.00.....
Mileage ....4 mi....   .40
          $2.40

Robert W. Ware
United States Marshal.

By  RT Wahlgren
                                    Deputy.

U. S. GOVERNMENT PRINTING OFFICE   16—17777-2

3206