```
 1  JAMES DON KELLER, District Attorney
        and County Counsel
 2
    By DONALD L. CLARK, Deputy
 3
    302 Civic Center, San Diego 1, Calif.
 4  BE 9-7561, Ext. 451

 5  Attorneys for Defendant De Luz School
                          District.
 6
```

FILED

MAY 2- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al,<br><br>    Defendants. | No. 1247-SD-C<br><br>ANSWER OF<br><br>DE LUZ SCHOOL DISTRICT<br><br>TO<br>COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT |

COMES NOW the defendant De Luz School District, a public school district of the State of California, and severing itself from the other defendants and appearing for itself alone, by way of answer to plaintiff's complaint and supplementary and amendatory complaint herein, admits, denies, and alleges as follows:

ANSWER TO COMPLAINT AS ORIGINALLY FILED

In answer to the complaint as originally filed herein on January 25, 1951, this defendant refers to its answer to complaint filed herein in this Court on March 13, 1952 and by this reference incorporates each and every admission, denial and allegation contained in said answer as though set forth at length at this point herein.

-1-

Copy rec'd

INDEXED  10001

ANSWER TO SUPPLEMENT TO COMPLAINT

I

In answer to the supplement to complaint herein this defendant re-avers and re-alleges each and every admission, denial, and allegation in this defendant's answer to the complaint which this defendant filed in this Court on March 13, 1952 and by way of reference makes that answer a part of this answer to the supplement to complaint as completely as though that answer were set forth at length at this point herein.

II

Further answering the allegations of the supplement to the complaint herein, this answering defendant does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and not hereinabove expressly admitted or denied and, therefore, denies each and every allegation of said supplement to complaint not hereinabove expressly admitted or denied.

ANSWER TO AMENDMENT TO COMPLAINT

I

In answer to the amendment to complaint herein this defendant re-avers and re-alleges each and every admission, denial, and allegation in this defendant's answer to the complaint which this defendant filed in this Court on March 13, 1952, and by way of reference makes that answer a part of this answer to the amendment to complaint as complete as though that answer were set forth at length herein.

II

Further answering the allegations of the amendment to complaint herein, this answering defendant does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and not hereinabove expressly admitted or denied and, therefore, denies each and every allegation of said amendment to complaint not hereinabove expressly

admitted or denied.

WHEREFORE, this answering defendant prays:

1. That plaintiff take nothing by this action;

2. That the Court adjudge and decree that this defendant is the owner of and entitled to possession of the above described real property with the right to produce and extract any and all waters from said real property needed for domestic use, including the operation and maintenance of a public school, and for the irrigation purposes upon said real property;

3. That the Court adjudge and decree that this defendant is entitled to take and divert any and all waters from the De Luz Creek and any tributary thereto for domestic use, including the operation and maintenance of a public school, and for irrigation purposes upon the above described real property of this defendant;

4. That plaintiff be forever barred from asserting any right, title, interest or estate in or to said real property or in or to any and all waters which may be taken or extracted from said real property or the De Luz Creek or any tributary thereof for use on said real property, adverse to this defendant, and that plaintiff be restrained and enjoined from asserting any such claims;

5. That this defendant have such further relief as the Court may deem meet and proper; and

6. That this defendant recover its costs herein incurred and expended.

JAMES DON KELLER, District Attorney and County Counsel in and for the County of San Diego, State of California

By *Donald L. Clark*
DONALD L. CLARK, Deputy
Attorneys for defendant De Luz School District.