1  JAMES DON KELLER, District Attorney
      and County Counsel
2
   By DONALD L. CLARK, Deputy
3
   302 Civic Center, San Diego 1, Calif.
4  BE 9-7561, Ext. 451

5  Attorneys for Defendant Fallbrook Union
                  School District.
6

7

8

9             IN THE UNITED STATES DISTRICT COURT

10       IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11                      SOUTHERN DIVISION

12

13  UNITED STATES OF AMERICA,           )    No. 1247-SD-C
                                        )
14                  Plaintiff,          )    ANSWER OF
                                        )
15       v.                             )
                                        )    FALLBROOK UNION
16  FALLBROOK PUBLIC UTILITY            )    SCHOOL DISTRICT
    DISTRICT, a public service         )
17  corporation of the State            )
    of California, et al,               )              TO
18                                      )    COMPLAINT AND SUPPLEMENTARY
                    Defendants.         )    AND AMENDATORY COMPLAINT
19

20       COMES NOW the defendant Fallbrook Union School District,

21  a public school district of the State of California,

22  and severing itself from the other defendants and appearing for

23  itself alone, by way of answer to plaintiff's complaint and

24  supplementary and amendatory complaint herein, admits, denies,

25  and alleges as follows:

26           ANSWER TO COMPLAINT AS ORIGINALLY FILED

27       In answer to the complaint as originally filed herein

28  on January 25, 1951, this defendant refers to its answer to

29  complaint filed herein in this Court on March 13, 1952 and by

30  this reference incorporates each and every admission, denial and

31  allegation contained in said answer as though set forth at

32  length at this point herein.

33

                              -1-                         10007
                                                        INDEXED

FILED
MAY 2- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By William M _____
         DEPUTY CLERK

ANSWER TO SUPPLEMENT TO COMPLAINT

I

In answer to the supplement to complaint herein this defendant re-avers and re-alleges each and every admission, denial, and allegation in this defendant's answer to the complaint which this defendant filed in this Court on March 13, 1952 and by way of reference makes that answer a part of this answer to the supplement to complaint as completely as though that answer were set forth at length at this point herein.

II

Further answering the allegations of the supplement to the complaint herein, this answering defendant does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and not hereinabove expressly admitted or denied and, therefore, denies each and every allegation of said supplement to complaint not hereinabove expressly admitted or denied.

ANSWER TO AMENDMENT TO COMPLAINT

I

In answer to the amendment to complaint herein this defendant re-avers and re-alleges each and every admission, denial, and allegation in this defendant's answer to the complaint which this defendant filed in this Court on March 13, 1952, and by way of reference makes that answer a part of this answer to the amendment to complaint as complete as though that answer were set forth at length herein.

II

Further answering the allegations of the amendment to complaint herein, this answering defendant does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and not hereinabove expressly admitted or denied and, therefore, denies each and every allegation of said amendment to complaint not hereinabove expressly

-2-

10008

21   and that plaintiff be restrained and enjoined from asserting any

(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C. C. P.)

**FILED**

MAY 2- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By William W. Luedy
DEPUTY CLERK

UNITED STATES OF AMERICA,

           Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT
a public service corporation of
the State of California, et al,
           Defendants.

No. 1247-SD-C

IN THE UNITED STATES DISTRICT
COURT IN AND FOR THE SOUTHERN
DISTRICT OF CALIFORNIA, SOUTHERN
DIVISION.

STATE OF CALIFORNIA,   } ss.
   County of San Diego

           Elizabeth Sieker, being first duly sworn deposes and says:

That affiant is a citizen of the United States and a resident of the County of San Diego; that affiant is over the age of eighteen years and is not a party to the within and above entitled action;

    That affiant's business address is: Room 302 Civic Center Bldg., San Diego 1, California;

    That on the 1st day of May, 1958, affiant served the within Answers of De Luz School District, Fallbrook Union High School District, Fallbrook Union School District and Vallecitos School District to Complaint and Supplementary and Amendatory Complaint on the plaintiff in said action, by placing a true copy thereof in an envelopes addressed to the attorneys of record for said plaintiff at the offices of said attorneys as follows   (Then quote from envelope name and address of addressee)  J. Lee Rankin, Solicitor General of the United States, Washington 25, D.C.; William H. Veeder, Department of Justice, Washington 25, D.C.; William E. Burby, Department of Justice, Washington 25, D.C.;

and by then sealing said envelopes and depositing the same, with postage thereon fully prepaid, in the United States mail at San Diego, California, where is located the office of the attorney for the party by and for whom said service was made.

    That there is a regular daily communication of United States mail between the place of mailing and the place so addressed.

                                                   *Elizabeth Sieker*

    Subscribed and sworn to before me this 1st day of May, 1958.

                             R. B. JAMES, County Clerk and ex officio Clerk of the Superior Court

(SEAL)

                           By _____ Deputy

1-51-1500—PP

10010