```
 1   JAMES DON KELLER, District Attorney
         and County Counsel
 2
     By DONALD L. CLARK, Deputy
 3
     302 Civic Center, San Diego 1, Calif.
 4   BE 9-7561, Ext. 451

 5   Attorneys for Defendant Fallbrook Union
                 School District.
 6
```

FILED

MAY 2- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By William M. _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al,<br>　　　　Defendants. | No. 1247-SD-C<br><br>ANSWER OF<br><br>FALLBROOK UNION SCHOOL DISTRICT<br><br>TO<br>COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT |

COMES NOW the defendant Fallbrook Union School District, a public school district of the State of California, and severing itself from the other defendants and appearing for itself alone, by way of answer to plaintiff's complaint and supplementary and amendatory complaint herein, admits, denies, and alleges as follows:

　　　　ANSWER TO COMPLAINT AS ORIGINALLY FILED

In answer to the complaint as originally filed herein on January 25, 1951, this defendant refers to its answer to complaint filed herein in this Court on March 13, 1952 and by this reference incorporates each and every admission, denial and allegation contained in said answer as though set forth at length at this point herein.

-1-

Copy recd   10007

INDEXED

ANSWER TO SUPPLEMENT TO COMPLAINT

I

In answer to the supplement to complaint herein this defendant re-avers and re-alleges each and every admission, denial, and allegation in this defendant's answer to the complaint which this defendant filed in this Court on March 13, 1952 and by way of reference makes that answer a part of this answer to the supplement to complaint as completely as though that answer were set forth at length at this point herein.

II

Further answering the allegations of the supplement to the complaint herein, this answering defendant does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and not hereinabove expressly admitted or denied and, therefore, denies each and every allegation of said supplement to complaint not hereinabove expressly admitted or denied.

ANSWER TO AMENDMENT TO COMPLAINT

I

In answer to the amendment to complaint herein this defendant re-avers and re-alleges each and every admission, denial, and allegation in this defendant's answer to the complaint which this defendant filed in this Court on March 13, 1952, and by way of reference makes that answer a part of this answer to the amendment to complaint as complete as though that answer were set forth at length herein.

II

Further answering the allegations of the amendment to complaint herein, this answering defendant does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and not hereinabove expressly admitted or denied and, therefore, denies each and every allegation of said amendment to complaint not hereinabove expressly

-2-

10008

21  and that plaintiff be restrained and enjoined from asserting any

Case 3:51-cv-01247-JO-SBC   Document 1901   Filed 05/02/58   PageID.6178   Page 3 of 3

(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C. C. P.)

FILED
MAY 2- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By William W. Luedy, DEPUTY CLERK

UNITED STATES OF AMERICA,
          Plaintiff,
     v.
FALLBROOK PUBLIC UTILITY DISTRICT
a public service corporation of
the State of California, et al,
          Defendants.

No. 1247-SD-C

IN THE UNITED STATES DISTRICT
COURT IN AND FOR THE SOUTHERN
DISTRICT OF CALIFORNIA, SOUTHERN
DIVISION.

STATE OF CALIFORNIA, } ss.
   County of San Diego }

................Elizabeth Sieker,................being first duly sworn deposes and says:

That affiant is a citizen of the United States and a resident of the County of San Diego; that affiant is over the age of eighteen years and is not a party to the within and above entitled action;

That affiant's business address is: Room 302 Civic Center Bldg., San Diego 1, California;

That on the......1st......day of......May......, 1958..., affiant served the within...Answers of De Luz School District, Fallbrook Union High School District, Fallbrook Union School District and Vallecitos School District to Complaint and Supplementary and Amendatory Complaint on the..........plaintiff..........in said action, by placing a true copy thereof in an envelopes addressed to the attorneys of record for said..plaintiff..........

at the offices of said attorneys as follows   (Then quote from envelope name and address of addressee)  J. Lee Rankin, Solicitor General of the United States, Washington 25, D.C.; William H. Veeder, Department of Justice, Washington 25, D.C.; William E. Burby, Department of Justice, Washington 25, D.C.;

and by then sealing said envelopes and depositing the same, with postage thereon fully prepaid, in the United States mail at San Diego, California, where is located the office of the attorney for the party by and for whom said service was made.

That there is a regular daily communication of United States mail between the place of mailing and the place so addressed.

*Elizabeth Sieker*

Subscribed and sworn to before me this
......1st...... day of ......May......, 1958...

R. B. JAMES, County Clerk and ex officio Clerk of the Superior Court

(SEAL)

By ................................... Deputy

1-51-1500—PP

10010