FILED

MAY 2- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
BELMONT 9-1131

Attorneys for Defendants FRANK R. CAPRA and LUCILLE W. CAPRA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff<br><br>      vs<br><br>FALLBROOK PUBLIC UTILITIES<br>DISTRICT, et al.<br><br>            Defendants. | NO. 1247-SD-C<br><br>ANSWER OF FRANK R. CAPRA AND<br>LUCILLE W. CAPRA TO COMPLAINT<br>AND SUPPLEMENTARY AND AMENDATORY<br>COMPLAINT. |

Now comes the defendants, FRANK R. CAPRA and LUCILLE W.
CAPRA, and answer the Complaint and Supplementary and Amendatory
Complaint herein, admit, deny and allege as follows:

I.

By Order Respecting Responsive Pleadings dated April 9,
1958 wherein all pleadings presently on file in response to the
original Complaint in this cause are declared to be in answer to
the Complaint and Supplementary and Amendatory Complaint of the
United States of America, the defendants re-allege and re-aver
each and every allegation in the Answer filed in this Court on
the 1st day of November, 1951, and by way of reference make that
Answer a part of this Answer.

II.

Answering Counts II, III, IV, V, VI, VII, VIII, IX, X, XI,
XII, XIII, XV, XVI, XVII, XVIII, XIX, XX, XXI, XXII, XXIV, these
Defendants are without knowledge or information sufficient to form

-1-

INDEXED

10011

Copy rec'd

1  a belief as to the truth of the allegations contained therein

2  and on that ground deny each and every one of said counts.

3                         III.

4         Answering Count XIV, the Defendants admit the allegation

5  set forth in Paragraph II but further allege that as to Paragraph

6  I they are without information sufficient to form a belief of the

7  truth of the allegation contained therein and upon that ground

8  deny it.

9                         IV.

10        Answering Count XXIII, Paragraph III deny that a military

11 use is a proper riparian use.  As to the allegation in Paragraphs

12 I and II, the Defendants lack sufficient information upon which

13 to form a belief and upon that ground deny them.

14                        V.

15        Answering Count XXV, these Defendants admit that the

16 claims set forth in this litigation by the United States of America

17  far exceed the available supply of water in the Santa Margarita

18 River;  allege that these claims have put a cloud on the right

19 and title of these Defendants to use a reasonable share of the

20 waters of the Santa Margarita River and its tributaries bene-

21 ficially upon their said lands which are riparian thereto.  Deny

22 that these Defendants, or either of them, have exercised or are

23 presently exercising rights to the use of water of the Santa

24 Margarita River in a manner that invades or threatens to invade

25 the rights of the United States  of America.  As to the remainder

26 of the allegations contained in said Count XXV, these Defendants

27 are without knowledge or information sufficient to form a belief

28 as to the truth of the allegations and on that ground deny each

29 and every one of said allegations.

30

31        WHEREFORE, these Defendants pray:

32                        -2-

                                        10012

1        1.  That the Plaintiff take nothing by this action.

2        2.  That Defendants have and recover their costs

3        herein expended.

4

5  DATED: May 1st 1958.

6                              SWING, SCHARNIKOW & STANIFORTH

7                              BY _Phil D. Swing_

8                              Attorneys for Defendants

9                              FRANK R. CAPRA and LUCILLE W. CAPRA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31                      -3-

32

1
SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
2
SAN DIEGO 1, CALIFORNIA
BELMONT 9-1131

3

4

5   Attorneys for Defendants   FRANK R. CAPRA and LUCILLE W. CAPRA

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10                    SOUTHERN DIVISION

11  UNITED STATES OF AMERICA          )
                                      )
12                    Plaintiff       )        NO. 1247-SD-C
                                      )
13            vs                      )   AFFIDAVIT OF SERVICE BY MAIL
                                      )        (C.C.P. 1013a)
14  FALLBROOK PUBLIC UTILITIES        )
    DISTRICT, et al.,                 )
15                    Defendants.     )
                                      )

16
    STATE OF CALIFORNIA    )
17                        ) ss
    COUNTY OF  SAN DIEGO   )
18

19          MARIAN W. ALLEN, being first duly sworn, says:  That

20  affiant is a citizen of the United States, over 18 years of age,

21  a resident of San Diego County, and not a party to the within

22  action;

23          That affiant's business address is 604 San Diego Trust

24  & Savings Bldg., San Diego, California;

25          That affiant served the attached ANSWER OF FRANK R.CAPRA

26  AND LICILLE W. CAPRA TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY

27  COMPLAINT by placing a true copy thereof in envelopes addressed

28  as follows:

29                      Honorable J. Lee Rankin
                        Solicitor General
30                            and
                        Mr. William H. Veeder, Special Assistant
31                      to the Attorney General
                        Department of Justice
32                      Washington, D.C.

                            -1-

                                        10014

Mr. Adolphus Moskovitz
Deputy Attorney General
Department of Justice
Sacramento, California

Mr. John M. Cranston,
Special Master
1425 Bank of America Building
San Diego, California

Mr. Franz R.Sachse
Attorney at Law
Fallbrook, California

which envelopes were then sealed and postage fully prepaid there-
on, and thereafter on May 2, 1958 , were deposited in the United
States Mail at San Diego, California; that there is delivery
service by the United States mail at the places so addressed.

*Marian W. Ellen*

SUBSCRIBED AND SWORN TO
before me this 2nd day of May, 1958.

*Elsie M. Bradford*
Notary Public in and for
said County and State.

-2-

10015