1 | CLAYSON, STARK & ROTHROCK
DONALD D. STARK
2 | GEORGE G. GROVER
Security Bank Building
3 | Corona, California
REdwood 7-1910
4 |
OWEN W. STRANGE
5 |
Attorneys for Defendant,
6 | Katharine C. Gibbon

**FILED**

MAY 5 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

7

8

9                   UNITED STATES DISTRICT COURT

10            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11                       SOUTHERN DIVISION

12

13 | UNITED STATES OF AMERICA,)
14 |            Plaintiff,   )
15 |        v.               )          NO. 1247-CIV.
16 | FALLBROOK PUBLIC UTILITY )          ANSWER OF
     DISTRICT et al.,        )
17 |                         )          KATHARINE C. GIBBON
18 |            Defendants.  )

19

20        COMES NOW Defendant, Katharine C. Gibbon (originally

21 sued herein as Katherine C. Gibbons and later sued herein as

22 Katharine C. Gibbons), and answering Plaintiff's COMPLAINT

23 AND SUPPLEMENTARY AND AMENDATORY COMPLAINT on file herein,

24 admits, denies, and alleges as follows:

25                       ANSWER TO COMPLAINT

26        Answering Plaintiff's complaint as originally filed and

27 as again set forth in Plaintiff's COMPLAINT AND SUPPLEMENTARY

28 AND AMENDATORY COMPLAINT, this Defendant adopts, and by this

29 reference incorporates herein, this Defendant's answer to

30 said complaint as originally filed, and remakes each and all

31 of the admissions, denials, and allegations contained in said

32 answer, as though here fully set forth.

-1-

10037

## ANSWER TO SUPPLEMENT TO COMPLAINT

### ANSWER TO COUNT NO. I

Answering Count No. I of Plaintiff's supplement to complaint, this Defendant adopts, and by this reference incorporates herein, this Defendant's answer to the complaint as originally filed, and remakes each and all of the admissions, denials, and allegations contained in said answer, as though here fully set forth.

### ANSWER TO COUNT NO. II

Answering Paragraph I of Count No. II of Plaintiff's supplement to complaint, this Defendant adopts, and by this reference incorporates herein, this Defendant's answer to the complaint as originally filed and this Defendant's answer to Count No. I of Plaintiff's supplement to complaint, and remakes each and all of the admissions, denials, and allegations contained in said answers as though here fully set forth.

### ANSWER TO COUNT NO. III

#### I

Answering Paragraph I of Count No. III of Plaintiff's supplement to complaint, this Defendant adopts, and by this reference incorporates herein, this Defendant's answer to the complaint as originally filed and this Defendant's answers to Counts No. I and No. II of Plaintiff's supplement to complaint, and remakes each and all of the admissions, denials, and allegations contained in said answers as though here fully set forth.

#### II

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the final sentence of Paragraph II of Count No. III of Plaintiff's supplement to complaint.

10038

### III

Answering Paragraph V of Count No. III of Plaintiff's supplement to the complaint, this Defendant denies that the Santa Margarita River is already over-appropriated and denies that the United States of America has suffered or will suffer irreparable damage as alleged in said Paragraph V.

### ANSWER TO COUNT NO. IV

### I

Answering Paragraph I of Count No. IV of Plaintiff's supplement to complaint, this Defendant adopts, and by this reference incorporates herein, this Defendant's answer to the complaint as originally filed and this Defendant's answers to Counts No. I through No. III, inclusive, of Plaintiff's supplement to complaint, and remakes each and all of the admissions, denials, and allegations contained in said answers as though here fully set forth.

### II

Answering Paragraphs No. IV and No. V of Count No. IV of Plaintiff's supplement to complaint, this Defendant denies, generally and specifically, each and all of the allegations contained therein.

### ANSWER TO COUNT NO. V

### I

Answering Paragraph I of Count No. V of Plaintiff's supplement to complaint, this Defendant adopts, and by this reference incorporates herein, this Defendant's answer to the complaint as originally filed and this Defendant's answers to Counts No. I through No. IV, inclusive, of Plaintiff's supplement to complaint, and remakes each and all of the admissions, denials, and allegations contained in said answers as though here fully set forth.

-3-

10039

II

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs II, III, and IV of Count No. V of Plaintiff's supplement to complaint.

III

This Defendant denies, generally and specifically, each and all of the allegations contained in Paragraphs V and VII of Count No. V of Plaintiff's supplement to complaint.

ANSWER TO COUNT NO. VI

I

Answering Paragraph I of Count No. VI of Plaintiff's supplement to complaint, this Defendant adopts, and by this reference incorporates herein, this Defendant's answer to the complaint as originally filed and this Defendant's answers to Counts No. I through No. V, inclusive, of Plaintiff's supplement to complaint, and remakes each and all of the admissions, denials, and allegations contained in said answers as though here fully set forth.

II

This Defendant denies, generally and specifically, each and all of the allegations contained in Paragraphs III, IV, and V of said Count No. VI.

ANSWER TO COUNT NO. VII

I

Answering Paragraph I of Count No. VII of Plaintiff's supplement to complaint, this Defendant adopts, and by this reference incorporates herein, this Defendant's answer to the complaint as originally filed and this Defendant's answers to Counts No. I through No. VI, inclusive, of Plaintiff's supplement to complaint, and remakes each and all of the admissions, denials, and allegations contained in said answers as though here fully set forth.

-4-

10040

## II

This Defendant denies, generally and specifically, each and all of the allegations contained in Paragraphs II and III of said Count No. VII.

### ANSWER TO COUNT NO. VIII

#### I

Answering Paragraph I of Count No. VIII of Plaintiff's supplement to complaint, this Defendant adopts, and by this reference incorporates herein, this Defendant's answer to the complaint as originally filed and this Defendant's answers to Counts No. I through No. VII, inclusive, of Plaintiff's supplement to complaint, and remakes each and all of the admissions, denials, and allegations contained in said answers as though here fully set forth.

#### II

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of Paragraph III of said Count No. VIII. This Defendant denies, generally and specifically, each and all of the allegations contained in the remaining sentences of said Paragraph III.

#### III

This Defendant denies, generally and specifically, each and all of the allegations contained in Paragraph IV of said Count No. VIII.

### ANSWER TO COUNT NO. IX

#### I

Answering Paragraph I of Count No. IX of Plaintiff's supplement to complaint, this Defendant adopts, and by this reference incorporates herein, this Defendant's answer to the complaint as originally filed and this Defendant's answers to Counts No. I through No. VIII, inclusive, of Plaintiff's supplement to complaint, and remakes each and all of the

10041

-5-

1  admissions, denials, and allegations contained in said answers

2  as though here fully set forth.

                              II

3

4       Answering Paragraph III of said Count No. IX, this

5  Defendant adopts, and by this reference incorporates herein,

6  this Defendant's answer to Count No. VIII of Plaintiff's

7  supplement to complaint, and remakes each and all of the

8  admissions, denials, and allegations of that answer as though

9  here fully set forth.

                             III

10

11      This Defendant denies, generally and specifically, each

12 and all of the allegations contained in Paragraph IV of said

13 Count No. IX.

14              ANSWER TO COUNT NO. X

                              I

15

16      Answering Paragraph I of Count No. X of Plaintiff's

17 supplement to complaint, this Defendant adopts, and by this

18 reference incorporates herein, this Defendant's answer to the

19 complaint as originally filed and this Defendant's answers to

20 Counts No. I through No. IX, inclusive, of Plaintiff's supple-

21 ment to complaint, and remakes each and all of the admissions,

22 denials, and allegations contained in said answers as though

23 here fully set forth.

                              II

24

25      Answering Paragraph III of said Count No. X, this

26 Defendant denies that the Defendant in Intervention California

27 has violated this Court's jurisdiction, in the manner alleged

28 in said Paragraph III or otherwise.

                             III

29

30      This Defendant denies, generally and specifically, each

31 and all of the allegations contained in the last sentence of

32 Paragraph IV of said Count No. X, and each and all of the

                             -6-

                                            10042

1    allegations contained in Paragraph V of said Count No. X.

2

3                    ANSWER TO COUNT NO. XI

4                            I

5          Answering Paragraph I of Count No. XI of Plaintiff's

6    supplement to complaint, this Defendant adopts, and by this

7    reference incorporates herein, this Defendant's answer to the

8    complaint as originally filed and this Defendant's answers to

9    Counts No. I through No. X, inclusive, of Plaintiff's supple-

10   ment to complaint, and remakes each and all of the admissions,

11   denials, and allegations contained in said answers as though

12   here fully set forth.

13                           II

14         This Defendant denies, generally and specifically, each

15   and all of the allegations contained in Paragraph II of said

16   Count No. XI.

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

10043

ANSWER TO COUNT NO. XII

I

Answering Paragraph I of Count No. XII of Plaintiff's supplement to complaint, this Defendant adopts, and by this reference incorporates herein, this Defendant's answer to the complaint as originally filed and this Defendant's answers to Counts No. I through No. XI, inclusive, of Plaintiff's supplement to complaint, and remakes each and all of the admissions, denials, and allegations contained in said answers as though here fully set forth.

II

This Defendant denies, generally and specifically, each and all of the allegations contained in Paragraphs II, III, and IX of said Count No. XII, and each and all of the allegations contained in the last sentence of Paragraph VIII of said Count No. XII.

III

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs IV, V, VI, and VII of said Count XII, or the allegations contained in the first two sentences of Paragraph VIII of said Count XIX.

ANSWER TO COUNT NO. XIII

I

Answering Paragraph I of Count No. XIII of Plaintiff's supplement to complaint, this Defendant adopts, and by this reference incorporates herein, this Defendant's answer to the complaint as originally filed and this Defendant's answers to Counts No. I through No. XII, inclusive, of Plaintiff's supplement to complaint, and remakes each and all of the admissions, denials, and allegations contained in said answers as though here fully set forth.

-8-

## II

Defendant denies, generally and specifically, each and all of the allegations contained in Paragraphs III and V of said Count No. XIII.

## III

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs IV and VI of said Count No. XIII.

## ANSWER TO COUNT NO. XIV

### I

Answering Paragraph I of Count No. XIV of Plaintiff's supplement to complaint, this Defendant adopts, and by this reference incorporates herein, this Defendant's answer to the complaint as originally filed and this Defendant's answers to Counts No. I through No. XIII, inclusive, of Plaintiff's supplement to complaint, and remakes each and all of the admissions, denials, and allegations contained in said answers as though here fully set forth.

## ANSWER TO COUNT NO. XV

### I

Answering Paragraph I of Count No. XV of Plaintiff's supplement to complaint, this Defendant adopts, and by this reference incorporates herein, this Defendant's answer to the complaint as originally filed and this Defendant's answers to Counts No. I through No. XIV, inclusive, of Plaintiff's supplement to complaint, and remakes each and all of the admissions, denials, and allegations contained in said answers as though here fully set forth.

### II

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs II, IV, V, and VI, of said Count No. XV.

10045

ANSWER TO COUNT NO. XVI

I

Answering Paragraph I of Count No. XVI of Plaintiff's supplement to complaint, this Defendant adopts, and by this reference incorporates herein, this Defendant's answer to the complaint as originally filed and this Defendant's answers to Counts No. I through No. XV, inclusive, of Plaintiff's supplement to complaint, and remakes each and all of the admissions, denials, and allegations contained in said answers as though here fully set forth.

II

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs II, III, IV, and V, of said Count No. XVI.

ANSWER TO COUNT NO. XVII

I

Answering Paragraph I of Count No. XVII of Plaintiff's supplement to complaint, this Defendant adopts, and by this reference incorporates herein, this Defendant's answer to the complaint as originally filed and this Defendant's answers to Counts No. I through No. XVI, inclusive, of Plaintiff's supplement to complaint, and remakes each and all of the admissions, denials, and allegations contained in said answers as though here fully set forth.

II

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs III, IV, V, and VI of said Count No. XVII.

10046

ANSWER TO COUNT NO. XVIII

I

Answering Paragraph I of Count No. XVIII of Plaintiff's
supplement to complaint, this Defendant adopts, and by this
reference incorporates herein, this Defendant's answer to the
complaint as originally filed and this Defendant's answers to
Counts No. I through No. XVII, inclusive, of Plaintiff's
supplement to complaint, and remakes each and all of the ad-
missions, denials, and allegations contained in said answers
as though here fully set forth.

II

Answering Paragraph II of said Count No. XVIII, this
defendant denies that all of the Cleveland and San Bernardino
National Forests are located within the watershed of the Santa
Margarita River.  This Defendant is without knowledge or in-
formation sufficient to form a belief as to the truth of the
remaining allegations of said Paragraph II.

III

Answering Paragraph III of said Count No. XVIII, this
defendant denies that in the paragraph numbered VI of the
original complaint there is any description of Temecula Creek.

IV

This Defendant is without knowledge or information
sufficient to form a belief as to the truth of the allegations
contained in Paragraphs V, VI, VII, VIII, IX, X, and XI of
said Count No. XVIII.

ANSWER TO COUNT NO. XIX

I

Answering Paragraph I of Count No. XIX of Plaintiff's
supplement to complaint, this Defendant adopts, and by this
reference incorporates herein, this Defendant's answer to the
complaint as originally filed and this Defendant's answers to

-11-

10047

Counts No. I through No. XVIII, inclusive, of Plaintiff's supple-
ment to complaint, and remakes each and all of the admissions,
denials, and allegations contained in said answers as though
here fully set forth.

II

This Defendant is without knowledge or information
sufficient to form a belief as to the truth of the allegations
contained in Paragraphs II, III,  and IV of said Count No. XIX.

III

This Defendant is without knowledge or information
sufficient to form a belief as to the truth of the allegations
contained in the first, second, and fourth sentences of
Paragraph V of said Count No. XIX.

ANSWER TO COUNT NO. XX

I

Answering Paragraph I of Count No. XX of Plaintiff's
supplement to complaint, this Defendant adopts, and by this
reference incorporates herein, this Defendant's answer to the
complaint as originally filed and this Defendant's answers to
Counts No. I through No. XIX, inclusive, of Plaintiff's supple-
ment to complaint, and remakes each and all of the admissions,
denials, and allegations contained in said answers as though
here fully set forth.

II

Answering Paragraph II of said Count No. XX, this Defendant
admits that the United States of America "claims" and "asserts"
as therein set forth, but this Defendant denies, generally and
specifically, each and all of the remaining allegations con-
tained in said Paragraph II, and denies that said claims and
assertions, or any of them, are lawful, rightful, or valid.

-12-

ANSWER TO COUNT NO. XXI

I

Answering Paragraph I of Count No. XXI of Plaintiff's supplement to complaint, this Defendant adopts, and by this reference incorporates herein, this Defendant's answer to the complaint as originally filed and this Defendant's answers to C ounts No. I through No. XX, inclusive, of Plaintiff's supplement to complaint, and remakes each and all of the admissions, denials, and allegations contained in said answers as though here fully set forth.

II

This Defendant denies, generally and specifically, each and all of the allegations contained in Paragraphs II and III of said Count No. XXI.

10049

<u>ANSWER TO AMENDMENT TO COMPLAINT</u>

ANSWER TO COUNT NO. XXII

I

Answering the first (un-numbered) paragraph of Count
No. XXII of Plaintiff's amendment to complaint, this Defendant
adopts, and by this reference incorporates herein, this
Defendant's answer to the complaint as originally filed and this
Defendant's answer to Counts No. I through No. XXI of Plaintiff's
supplement to complaint, and remakes each and all of the
admissions, denials, and allegations of said answers as though
here fully set forth.

II

This Defendant denies, generally and specifically, each
and all of the allegations contained in Paragraph I of said
Count No. XXII.

III

This Defendant is without knowledge or information
sufficient to form a belief as to the truth of the allegations
contained in Paragraph II of said Count No. XXII.

IV

(a)  This Defendant denies, generally and specifically,
each and all of the allegations contained in the first two
sentences of Subparagraph (a) of Paragraph III of said Count
No. XXII, and denies that the United States of America has a
storage right to the use of any water at all for Lake O'Neil.

(b)  This Defendant is without knowledge or information
sufficient to form a belief as to the truth of the allegation
in Subparagraph (b) of said Paragraph III that diversion and
use of water outside of the watershed was commenced by the
predecessor in interest of the United States of America.  This
Defendant denies, generally and specifically, each and all of
the remaining allegations contained in said Subparagraph (b),

-14-

10050

1  and denies that the United States of America has a right to
2  divert directly from the surface or subsurface flow of the
3  Santa Margarita River 4,800 acre-feet, or any quantity, annually
4  for use both within and outside, or either within or outside,
5  the watershed of the Santa Margarita River, with a priority of
6  January 1, 1937, or with any priority.

7      (c)  This Defendant denies, generally and specifically,
8  each and all of the allegations contained in the first sentence
9  of Subparagraph (c) of Paragraph III of said Count No. XXII, and
10  denies that Plaintiff has, in addition to its riparian rights or
11  otherwise, the right to divert, directly or indirectly, from the
12  surface or subsurface flow of the Santa Margarita River 3,200
13  acre-feet of water, or any amount, annually or at all.  This
14  Defendant is without knowledge or information sufficient to form
15  a belief as to the truth of the allegations contained in the
16  second and third sentences of said Subparagraph (c).  Answering
17  the allegations contained in the last clause of the last sentence
18  of said Subparagraph (c) (lines 31 and 32 on page 35 of
19  Plaintiff's amendment to complaint), this Defendant admits that
20  the United States of America "claims" a right to the quantity of
21  water referred to therein, with a priority date of January 1,
22  1910, but denies that the United States of America has such a
23  right and denies that said claim is lawful, rightful, or valid.
24  This Defendant is without knowledge or information sufficient to
25  form a belief as to the truth of the remaining allegations
26  contained in the last sentence of said Subparagraph (c) (lines 27
27  through 30, inclusive, on page 35 of Plaintiff's amendment to
28  complaint).

29                  ANSWER TO COUNT NO. XXIII
30                              I
31      Answering the first ~~(un-numbered)~~ paragraph of Count
32  No. XXIII of Plaintiff's amendment to complaint, this Defendant

10051

adopts, and by this reference incorporates herein, this
Defendant's answer to the complaint as originally filed, and
this Defendant's answer to Counts No. I through No. XXI,
inclusive, of Plaintiff's supplement to complaint, and this
Defendant's answer to Count No. XXII of Plaintiff's amendment
to complaint, and remakes each and all of the admissions,
denials, and allegations of said answers as though here fully
set forth.

## II

Answering the first sentence of Paragraph II of said
Count No. XXIII, this Defendant admits that Plaintiff "claims"
as therein set forth, but this Defendant is without knowledge
or information sufficient to form a belief as to the truth of
the remaining allegations of said first sentence.  This Defendant
is without knowledge or information sufficient to form a belief
as to the truth of the allegations contained in the second
sentence of said Paragraph II of said Count No. XXIII.  This
Defendant denies, generally and specifically, each and all of
the allegations contained in the third sentence of said Paragraph
II of said Count No. XXIII.

## III

Answering Paragraph III of said Count No. XXIII, this
Defendant admits that Plaintiff "claims" that a military use is
a proper riparian  use, but this Defendant denies, generally and
specifically, each and all of the remaining allegations contained
in said Paragraph III.

-16-

10052

ANSWER TO COUNT NO. XXIV

I

Answering Paragraph I of Count No. XXIV of Plaintiff's amendment to complaint, this Defendant adopts, and by this reference incorporates herein, this Defendant's answer to the complaint as originally filed, and this Defendants answers to Counts No. I through No. XXI, inclusive, of Plaintiff's supplement to complaint, and this Defendant's answers to Counts No. XXII and XXIII of Plaintiff's amendment to complaint, and remakes each and all of the admissions, denials, and allegations of said answers as though here fully set forth.

II

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first and second sentences of Paragraph II of said Count No. XXIV (lines 9 through 21, inclusive, on page 37 of Plaintiff's amendment to complaint).  This Defendant admits that Plaintiff "claims" as set forth in the last sentence of said Paragraph II, but this defendant denies that said claim is lawful, rightful, or valid, and denies that the United States of America has a storage right of 165,000 acre-feet of water per annum from the Santa Margarita River, or of any amount, with a priority of June 30, 1948, or with any priority.

ANSWER TO COUNT NO. XXV

I

Answering Paragraph I of Count No. XXV of Plaintiff's amendment to complaint, this Defendant adopts, and by this reference incorporates herein, this Defendant's answer to the complaint as originally filed, and this Defendant's answers to Counts No. I through No. XXI, inclusive, of Plaintiff's supplement to complaint, and this Defendant's answers to Counts No. XXII through XIV, inclusive, of Plaintiff's amendment to

-17-

10053

1  complaint, and remakes each and all of the admissions, denials,
2  and allegations of said answers as though here fully set forth.

II

4      This Defendant denies, generally and specifically, each
5  and all of the allegations contained in Paragraph II of said
6  Count No. XXV.

8      FOR A FURTHER, SECOND AND SEPARATE DEFENSE TO PLAINTIFF'S
9  "COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT," THIS
10  DEFENDANT ALLEGES:

I

12      This Defendant adopts, and by this reference incorporates
13  herein, the FURTHER, SECOND AND SEPARATE DEFENSE of this De-
14  fendant's answer to the complaint as originally filed, and this
15  Defendant re-alleges each and all of the allegations of said
16  defense as though here fully set forth.

17      FOR A FURTHER, THIRD AND SEPARATE DEFENSE TO PLAINTIFF'S
18  "COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT," THIS
19  DEFENDANT ALLEGES:

I

21      This Defendant adopts, and by this reference incorporates
22  herein, the FURTHER, THIRD AND SEPARATE DEFENSE of this
23  Defendant's answer to the complaint as originally filed, and
24  this Defendant re-alleges each and all of the allegations of
25  said defense as though here fully set forth.

26      FOR A FURTHER, FOURTH AND SEPARATE DEFENSE TO PLAINTIFF'S
27  "COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT," THIS
28  DEFENDANT ALLEGES:

I

30      This Defendant adopts, and by this reference incorporates
31  herein, the FURTHER, FOURTH AND SEPARATE DEFENSE of this
32  Defendant's answer to the complaint as originally filed, and

-18-

this Defendant re-alleges each and all of the allegations of
said defense as though here fully set forth.

FOR A FURTHER, FIFTH AND SEPARATE DEFENSE TO PLAINTIFF'S
"COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT," THIS
DEFENDANT ALLEGES:

I.

That each of the purported causes of action set forth in
Plaintiff's "Complaint and Supplemental and Amendatory Complaint"
is barred by the provisions of Section 318 of the Code of Civil
Procedure of the State of California.

FOR A FURTHER, SIXTH AND SEPARATE DEFENSE TO PLAINTIFF'S
"COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT," THIS
DEFENDANT ALLEGES:

I

That each of the purported causes of action set forth in
Plaintiff's "Complaint and Supplemental and Amendatory Complaint"
is barred by the provisions of Section 319 of the Code of Civil
Procedure of the State of California.

WHEREFORE, this Defendant prays:

1.   That Plaintiff take nothing by reason of its action
herein;

2.   That the Court adjudge and decree that this Defendant
as against Plaintiff is entitled to take 100 miner's inches of
water from Temecula River and that this Defendant is the owner
of said right, free and clear of any claims, right, title or
interest of Plaintiff, and that Plaintiff has no estate or interest
therein, or in any part thereof, and that Plaintiff be forever
debarred and enjoined from asserting any claim whatever in or to
said water adverse to this Defendant;

3.   That the Court determine and declare the respective
rights and duties of Plaintiff and this Defendant with respect

10055

1   to the use of water of the Santa Margarita River, Temecula
2   River and its tributaries on their respective riparian lands
3   and that it find and declare the use to which such water may be
4   put on such lands;

5       4.   That the Defendant have her costs herein incurred
6   and such other relief as to the Court may seem just and
7   equitable.

8           CLAYSON, STARK & ROTHROCK
        DONALD D. STARK
9           GEORGE G. GROVER
        OWEN W. STRANGE
10

11          By _George G. Grover_
12             Attorneys for
           Defendant Katharine C. Gibbon

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

-20-

10056

## CERTIFICATE OF SERVICE

I, George G. Grover, hereby certify that I am a member of the bar of the United States District Court for the Southern District of California, and that I served the foregoing Answer   upon each of the following persons by sealing one copy thereof in an envelope and depositing the same in the United States mail at Corona, California, on May 2, 1958, with postage thereon fully prepaid, addressed as follows:

J. Lee Rankin
Solicitor General
Room 332
325 West "F" Street
San Diego, California

Bert Buzzini
Attorney at Law
2223 Fulton Street
Berkeley 4, California

Adolphus Moskovitz
Deputy Attorney General
Library & Courts Bldg.
Sacramento, California

W. B. Dennis
Attorney at Law
365 Broadway
Vista, California

George Stahlman
Attorney at Law
Box 235
Fallbrook, California

Phil D. Swing
Attorney at Law
Suite 604
530 Broadway
San Diego 1, California

Sachse & Price
Attorneys at Law
217 No. Main Street
Fallbrook, California

Tom Halde
Attorney at Law
Room 530
548 So. Spring Street
Los Angeles, California

DATED: May 2, 1958.

George G. Grover
George G. Grover

10057