SIDNEY SNYDER and
HAROLD W. SNYDER
215 So. La Cienega Boulevard
Beverly Hills, California
OLeander 5-8111

Defendants in Propria Personam

**FILED**

MAY 6 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
          Plaintiff,       )   No. 1247-SD-C
                           )
     vs.                   )   ANSWER TO COMPLAINT AND
                           )   SUPPLEMENTARY AND
FALLBROOK PUBLIC UTILITY DISTRICT, )
et al,                     )   AMENDATORY COMPLAINT
          Defendants.      )

   Come now the Defendants, SIDNEY SNYDER and HAROLD W. SNYDER, in the above-entitled action, and for themselves alone in answer to the Complaint and Supplementary and Amendatory Complaint herein, deny generally and specifically each and every material allegation contained therein.

                                        _____
                                        SIDNEY SNYDER

                                        _____
                                        HAROLD W. SNYDER

INDEXED

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES } ss.

SIDNEY SNYDER being duly sworn, deposes and says: That he is **one of the Defendants** in the within and above entitled action; that he has read the within and foregoing **Answer** and knows the contents thereof; that the same is true of **his** own knowledge, except as to the matters which are therein stated on **his** information and belief, and as to those matters that he believes it to be true.

Subscribed and sworn to before me this **5th** day of **May**, 19**58**

(SEAL)
Notary Public in and for said County and State
My Commission Expires Oct. 16, 1959

(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES } ss.

**McGREW WILLIS**, being first duly sworn, says: That affiant, whose address is **215 So. La Cienega Blvd., Beverly Hills, California** is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action. That affiant served the attached **Answer**

(copy title of paper served)

on the **Plaintiff** in said action, by placing a true copy thereof in an envelope addressed as follows: **J. LEE RANKIN, Solicitor General, Room 332, 325 West "F" Street, San Diego, California**

(name and address as shown on the envelope)

sealed and deposited on the **5th** day of **May**, 19**58**, in the United States Mail at **Beverly Hills, California**

(place of mailing, name of county)

with postage fully prepaid thereon, and there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this **5th** day of **May**, 19**58**

Notary Public in and for said County and State
(SEAL) My Commission Expires Oct. 16, 1959

SNYDER & SNYDER
ATTORNEYS AND
COUNSELORS AT LAW
SUITE 202
CALIFORNIA BANK BLDG
9441 WILSHIRE BLVD.
BEVERLY HILLS, CALIF.
BRADSHAW 2-4159
CRESTVIEW 5-4327