SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154
Attorneys for



F I L E D

MAY 7 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>    Defendants. | No. 1247-SD-C<br><br>REQUEST FOR<br>ADMISSIONS UNDER<br>RULE 36 |

    Defendants William A. Goodchap and Roberta L. Goodchap, husband and wife **------------------------------------ request plaintiff within twenty (20) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1. The lands described in the answer of defendants William A. Goodchap and Roberta L. Goodchap, husband and wife, include five (5) acres of irrigable land.

    2. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

    3. All of the lands described in the Answer of these defendants are riparian to the West Fork of De Luz Creek, which flows through the property of these defendants in a northeasterly

32154

to southwesterly direction.

                SACHSE AND PRICE

                By
                Attorneys for Defendants
                William A. Goodchap and
                Roberta L. Goodchap.

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF __San Diego__ } ss.    No. 1247-SD-C

__FRANZ R. SACHSE__, being first duly sworn, says: That affiant, whose address is

__1092 South Main St., Fallbrook, Calif.__
is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached __Request for Admissions under Rule 36__

(Copy title of paper served)

on the __Plaintiff__ in said action, by placing a true copy thereof in an envelope addressed
as follows:      (Name of party served)

__Mr. William H. Veeder, Department of Justice, Washington, D. C.__

(Name and address as shown on the envelope)

sealed and deposited on the __5__ day of __May__, 195__8__, in the United States Mail at

__Fallbrook, San Diego County, California__
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __5__

day of __May__, 195__8__

__Eloise C. Bergstrom__                                  __Franz R. Sachse__
Notary Public in and for said County and State

(SEAL)                                                                                              3217

Stuart FORM 23                                  My Commission expires __May 25, 1961__