LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

Attorneys for Defendants

(SPACE BELOW FOR FILING STAMP ONLY)

FILED

MAY 7 - 1953

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1247-SD-C |
| Plaintiff, | INTERROGATORIES |
| vs. | OF FALLBROOK PUBLIC UTILITY |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL., | DISTRICT TO BE ANSWERED BY UNITED STATES OF AMERICA |
| Defendants. | |

The Fallbrook Public Utility District, Defendant, requests that the United States of America answer under oath, in accordance with the Federal Rules of Civil Procedure, Rule 33, the following interrogatories:

1. Reference Paragraph II, Count XV, (page 25) Supplementary Complaint: What are the "..rights to the use of water.." referred to therein, and specifically, are those rights contended to be riparian rights, appropriative rights, prescriptive rights or some other form of right.

2. Reference paragraph II, Count XVI, (page 26) Supplementary Complaint: the same question.

3. Reference paragraph III, Count XVII, (page 28) Supplementary Complaint: the same question.

4. Reference paragraph VI, Count XV, (page 26), Supplementary Complaint: When the reservation of waters referred to in said paragraph took place, and whether such reservation was by

Statute, in a grant, by Executive Order, or some other form. If possible, a copy of the reservation would be appreciated.

5. Reference paragraph V, Count XVI, (page 27), Supplementary Complaint: same question.

6. Reference paragraph VI, Count XVII, (page 28) Supplementary Complaint: same question.

7. Reference paragraph X, Count XVIII, (page 30), Supplementary Complaint: same question.

8. Reference paragraph V, Count XIX, (page 32), Supplementary Complaint: same question.

9. Reference paragraph VI, Count XIII, (page 24), Supplementary Complaint: When and how did California "admit" that all of the lands of the United States referred to in that Count are riparian in character?

10. Reference Count XVIII, (pages 28-31), Supplementary Complaint:

    a. Please supply a tabulation of the Licenses and Permits issued by the State of California to the United States for the use of water within the Cleveland National Forest, indicating the date of application, the location, the quantity of water, the purpose, and the status, i.e., License, Permit or Application.

    b. Please supply the same information requested in *a* above, for the San Bernardino National Forest.

    c. Please state whether or not the United States has abandoned the rights acquired under the Licenses, Permits and Applications covered in *a* and *b* above.

    d. Please state whether or not the United States presently asserts any rights to the use of water based upon the Licenses, Permits and Applications referred to in *a* and *b* above.

11. Reference Count XXIV, (pages 36-37) Supplementary Complaint:

    a. Please state whether or not Application

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-1154

3211

No. 12576 was, when filed, an application of the United States of America.

  b. Please state whether or not the United States has abandoned Application No. 12576.

  c. Please state when, subsequent to 30 June 1948, the United States determined that there was no longer any water available for appropriation in the Santa Margarita River.

12. Reference Original Complaint (pages 1-7):

  a. Please state the average number of military personnel stationed at Camp Joseph H. Pendleton for each of the years 1942-57.

  b. Please state the average number of dependents of military personnel housed on Camp Pendleton for each of the years 1942-1957.

  c. Please state the average number of civilians (other than military dependents) housed on Camp Pendleton for each of the years 1942-1957.

  d. Please state the average number of civilians resident off-Base employed on Camp Pendleton for each of the years 1942-1957.

  e. Please supply the same information requested in a, b, c and d ABOVE as to the United States Naval Hospital.

  f. Please supply the same information requested in a, b, c and d above as to the Naval Ammunition Depot.

  g. Please state the number of acres of Camp Pendleton <u>outside</u> the watershed of the Santa Margarita River, supplied with water from the basins of the Santa Margarita River, under lease for agricultural purposes for each of the years 1942-1957.

  h. Please state the amount of water diverted outside the watershed of the Santa Margarita River <u>for all purposes</u> for each of the years 1942-1957.

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 3 -

3212

11. Please state the number of personnel, military, dependent and non-dependent civilian, housed within Camp Pendleton, but outside the watershed of the Santa Margarita River, and supplied with water from the Santa Margarita River basins, for each of the years 1942-1957.

12. Please supply a tabulation of the gaged run-off at the DeLuz Creek, ONeill Ditch and Ysidora gages for the period since 1 July 1957.

13. Please state the estimated discharge from Lake O'Neill by months since 1 July, 1957.

14. Please state the total acreage of spreading basins on Camp Pendleton.

15. Please state the total acre foot capacity of all reservoirs on the military reservations within the watershed.

16. Please furnish a list of the reservoirs in the military reservations and within the watershed of the Santa Margarita River, including a statement of the capacity of each in acre feet.

17. Reference Counts XV, XVI and XVII (pages 25-28) Supplementary Complaint: Please supply the following information with regard to each of the Indian Reservations referred to in those Counts:

    a. Population resident on the reservation.

    b. Present agricultural development including crops and acreages.

    c. Present water development. i.e., wells, dams and reservoirs.

The foregoing interrogatories are submitted with the privilege to the right of this defendant to file additional interrogatories.

SACHSE and PRICE

by [signature]
Attorneys for the Fallbrook Public
Utility District

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 4 -

3213

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF **San Diego** } ss.    1247-SD-C

**FRANZ R. SACHSE**, being first duly sworn, says: That affiant, whose address is **1092 S. Main Street, Fallbrook, California** is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached **Interrogatories of Fallbrook Public Utility District to be answered by United States of America**
(Copy title of paper served)

on the **Plaintiff** in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

**Mr. William. H. Veeder, Department of Justice, Washington, D. C.**

(Name and address as shown on the envelope)

sealed and deposited on the **5** day of **May**, 195**8**, in the United States Mail at **Fallbrook, San Diego County, California**
(Place of mailing, name of county)
with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this **5** day of **May**, 195**8**.

_____
Notary Public in and for said County and State

(SEAL)
Stuart's FORM 23

_____
My Commission expires **May 25, 1961**    3214