SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154




FILED

MAY 7 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> vs. ) <br> FALLBROOK PUBLIC UTILITY DISTRICT, ) <br> a public service corporation of the ) <br> State of California, et al., ) <br> Defendants. ) | No. 1247-SD-C <br> ANSWER OF DEFENDANTS <br> WILLIAM A. GOODCHAP <br> AND <br> ROBERTA L. GOODCHAP |

Defendants WILLIAM A. GOODCHAP AND ROBERTA L. GOODCHAP, husband and wife, answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

INDEXED

10076

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendant s .

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE :

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

All of the defendants' property is riparian to the West Fork of De

- 2 -

Luz Creek, which Creek flows through the property of defendants in a northeasterly to southwesterly direction. Defendants claim full riparian rights in and to the waters of said Creek.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendants prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by _____
Attorneys for defendant

# EXHIBIT A

The North Half of the Northeast Quarter of the Northeast Quarter of the Northwest Quarter of Section 29, Township 8 South, Range 4 West, San Bernardino Meridian, consisting of 5 acres more or less.



- 4 -

Exhibit A

10079

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF CALIFORNIA,
COUNTY OF **San Diego** } ss.    No. **1247-SD-C**

**FRANZ R. SACHSE**, being first duly sworn, says: That affiant, whose address is

**1092 S. Main Street, Fallbrook, California**

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached **Answer of Defendants William A. Goodchap and Roberta L. Goodchap**
(Copy title of paper served)

on the **Plaintiff** in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

**Mr. William H. Veeder, Department of Justice, Washington, D. C.**

(Name and address as shown on the envelope)

sealed and deposited on the **5th** day of **May**, 195**8**, in the United States Mail at

**Fallbrook, San Diego County, California**
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this **5th**

day of **May**, 195 **8**

_____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires **May 25, 1961**

10080