SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone:  RAndolph 8-1154

F I L E D

MAY 7 - 1953

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By 222 _____
                              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )          No. 1247-SD-C
        vs.                        )
                                   )          ANSWER OF DEFENDANT S
FALLBROOK PUBLIC UTILITY DISTRICT, )          BURTON LEWIS and
a public service corporation of the )
State of California, et al.,       )          MICHAEL TAYLOR
                                   )
                    Defendants.    )
_____)

Defendant s  BURTON LEWIS and MICHAEL TAYLOR

answering plaintiff's Complaint and Supplement to Complaint

for  themselves   alone and not for any other defendant, admit ,

deny and allege as follows:

### FIRST DEFENSE

I

Defendant s   have   no knowledge or information

sufficient to form a belief as to the allegations contained

in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's

Original Complaint herein, and therefore deny  all of said

allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original

Complaint herein, defendant s   admit    the litigation

- 1 -

INDEXED

10070

referred to and admit  that a stipulated judgment was entered
into therein, a copy of which is attached to plaintiff's
Complaint marked Exhibit A.  Defendants  deny   that they are
parties to said litigation or in any way bound thereby; and
deny  that said stipulated judgment determines the rights of
plaintiff against defendants  .

### III

Deny   the allegations of paragraph IX of plain-
tiff's Original Complaint.

### IV

Defendants   have no knowledge or information
sufficient to form a belief as to the allegations contained in
Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII,
XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's
Supplement to Complaint, and therefore deny    all of said
allegations for want of information or belief.

### V

Deny   the allegations of Count XXI, XXII and XXV of
plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS
ALLEGE  :

### I

Defendants are  the owners of real property situated
in the County of San Diego, State of California, as described
in Exhibit A attached hereto and made a part hereof by
reference.

### II

Defendants claim   water rights appurtenant to the
real property described in Exhibit A, as follows:

All of the property described in Exhibit A attached

- 2 -

10071

1  hereto as riparian to the west fork of De Luz Creek and all of

2  the said property is irrigable.  Defendants claim full correllative

3  riparian rights in the waters of the west fork of De Luz Creek.

4                              III

5        Defendants are appearing in this procedure as successors

6  in title to and purchasers from the defendants named in the

7  summons herein as William N. Jost and Selma M. Jost and Norman

8  Kogen and LaVerne Kogen, defendants.



10072

WHEREFORE, defendants  pray   judgment as follows:

1.   That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2.   That this Honorable Court adjudge and decree that defendant s  **are**  the owner s   of water rights appurtenant to the lands described herein as described in this Answer.

3.   That this Honorable Court adjudge and decree that the water rights of defendant s  prior and paramount to all of the claimed water rights of plaintiff herein.

4.   That this Honorable Court quiet the title of defendant s   in and to  **their**  rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5.   For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by ⟨signature⟩
Attorneys for defendant

- 3 -

10073

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

**EXHIBIT A**

The northwest quarter of the southeast quarter of Section 20, Township 8 South, Range 4 West, San Bernardino Meridian.



- 4 -

STATE OF CALIFORNIA,

COUNTY OF__San Diego__ } ss.          1247-SD-C

__FRANZ R. SACHSE_____, being first duly sworn, says: That affiant, whose address is

__1092 South Main Street, Fallbrook, California__

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached___**Answer of Defendants Burton Lewis and Michael Taylor**

_____

(Copy title of paper served)

on the_____**Plaintiff**_____in said action, by placing a true copy thereof in an envelope addressed
          (Name of party served)

as follows:

__Mr. William H. Veeder, Department of Justice, Washington, D. C.__

_____

(Name and address as shown on the envelope)

sealed and deposited on the_____day of_____**May**_____, 195__8__, in the United States Mail at

__Fallbrook, San Diego County, California__
          (Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this_____

day of_____**May**_____, 195__8__

_Boise C. Bergstrom_____
Notary Public in and for said County and State

(SEAL)

F FORM 23

My Commission expires____**May 25, 1961**____

10075