FILED

MAY 7 - 1953

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone:  RAndolph 8-1154

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>                    Plaintiff, )<br><br>        vs. )<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, )<br>a public service corporation of the )<br>State of California, et al., )<br><br>                    Defendants. )<br>———————————————————— ) | No. 1247-SD-C<br><br>ANSWER OF DEFENDANTS<br><br>TRUMAN C. ROWLEY and<br><br>BEATRIX ROWLEY |

        Defendants, TRUMAN C. ROWLEY and BEATRIX ROWLEY,

husband and wife,

answering plaintiff's Complaint and Supplement to Complaint

for themselves   alone and not for any other defendant, admit ,

deny and allege as follows:

                    FIRST DEFENSE

                         I

        Defendants   have   no knowledge or information

sufficient to form a belief as to the allegations contained

in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's

Original Complaint herein, and therefore deny all of said

allegations for want of information or belief.

                         II

        Answering paragraph V of plaintiff's Original

Complaint herein, defendants   admit   the litigation

                    - 1 -

INDEXED

10064

referred to and admit  that a stipulated judgment was entered

into therein, a copy of which is attached to plaintiff's

Complaint marked Exhibit A.  Defendants  deny   that they are

parties to said litigation or in any way bound thereby; and

deny   that said stipulated judgment determines the rights of

plaintiff against defendants  .

III

        Deny   the allegations of paragraph IX of plain-

tiff's Original Complaint.

IV

        Defendants   have  no knowledge or information

sufficient to form a belief as to the allegations contained in

Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII,

XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's

Supplement to Complaint, and therefore deny   all of said

allegations for want of information or belief.

V

        Deny   the allegations of Count XXI, XXII and XXV of

plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS

ALLEGE   :

I

        Defendants are the owners  of real property situated

in the County of San Diego, State of California, as described

in Exhibit A attached hereto and made a part hereof by

reference.

II

        Defendants  claim   water rights appurtenant to the

real property described in Exhibit A, as follows:

Parcel One is not riparian to De Luz Creek or any of its

- 2 -

10065

1 tributaries. Defendants assert full rights as overlying landowners

2 to the use of all waters percolating beneath said parcel in an

3 amount not to exceed 4.2 acre feet per acre per year.

4      Parcels Two and Three are riparian to the West Fork

5 of De Luz Creek. Defendants assert full correlative riparian

6 rights to the use of the waters of said creek in an amount not to

7 exceed 4.2 acre feet per acreper year.



10066

1
2
3
4
5          WHEREFORE, defendants pray   judgment as follows:
6                    1.   That plaintiff take nothing by its
7     Complaint and Supplement to Complaint herein.
8                    2.   That this Honorable Court adjudge and
9     decree that defendants are   the owners      of water rights
10    appurtenant to the lands described herein as described in
11    this Answer.
12                   3.   That this Honorable Court adjudge and
13    decree that the water rights of defendants    prior and
14    paramount to all of the claimed water rights of plaintiff
15    herein.
16                   4.   That this Honorable Court quiet the
17    title of defendants    in and to **their**   rights to the use
18    of water as set forth herein as against all adverse claims of
19    plaintiff or other defendants herein.
20                   5.   For costs of suit and for such other
21    relief as seems just.
22
23                                 SACHSE and PRICE
24                                 by _____
25                                 Attorneys for Defendant
26
27
28
29
30
31
32

10067

EXHIBIT A

PARCEL ONE:    Southwest Quarter of the Southwest Quarter of
Section 20, Township 8 South, Range 4 West and the
Southeast Quarter of the Southeast Quarter of Section
19, Township 8 South, Range 4 West consisting of 80
acres more or less.

PARCEL TWO:    Southeast Quarter of the Southwest Quarter of
Section 20, Township 8 South, Range 4 West consisting
of 40 acres more or less.

PARCEL THREE: Southwest Quarter of the Southwest Quarter of the
Southeast Quarter of Section 20, Township 8 South,
Range 4 West, consisting of 10 acres more or less.

- 4 -                              EXHIBIT A

10068

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,

COUNTY OF **San Diego** } *ss.*    No. **1247-SD-C**

_____ **FRANZ R. SACHSE** _____, *being first duly sworn, says: That affiant, whose address is*

_____ **1092 South Main Street, Fallbrook, California** _____

*is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.*

*That affiant served the attached* **Answer of Defendants Truman C. Rowley and**

**Beatrix Rowley**
(Copy title of paper served)

*on the* **Plaintiff** _____*in said action, by placing a true copy thereof in an envelope addressed*
(Name of party served)
*as follows:*

**Mr. William H. Veeder, Department of Justice, Washington, D. C.**

(Name and address as shown on the envelope)

*sealed and deposited on the* **5** *day of* **May** _____, 195**8**, *in the United States Mail at*

**Fallbrook,San Diego County, California**
(Place of mailing, name of county)

*with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.*

*Subscribed and sworn to before me this* **5**

*day of* **May** , 195**8**

_____
Notary Public in and for said County and State

(SEAL)

*Stuart* FORM 23

My Commission expires **May 25, 1961**

10069