1  LUCE, FORWARD, KUNZEL & SCRIPPS
   1220 San Diego Trust & Savings Building
2  San Diego 1, California
   BE 9-9244
3
   Attorneys for Defendants
4

**FILED**

MAY 7- 1958



CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1247-SD-C |
| Plaintiff, | |
| vs. | **A F F I D A V I T** |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | |
| Defendants. | |

STATE OF CALIFORNIA )
                    ) ss:
COUNTY OF SAN DIEGO )

    ROBERT E. McGINNIS, being first duly sworn, deposes and says:

    That he is associated with Luce, Forward, Kunzel & Scripps and is one of the attorneys for the defendants, The Atchison, Topeka & Santa Fe Railway, San Diego Gas & Electric Company, Connecticut Mutual Life Insurance Company, Ewart W. Goodwin, Mary Alice Goodwin, Charles F. Sawday, Ruth Cornell Sawday, Arthur W. Carey, Inez Carey, Paul D. Bradshaw, Margaret Bradshaw, in the above-entitled action; that the Supplementary and Amendatory Complaint filed and served herein by the United States of America is unusually large in volume and difficult to analyze and answer in that it relates to parcels of property covering a wide area and owned by many different parties.

3218

1  WHEREFORE, affiant prays that the above-named defendants
2  be extended time within which to file their Answers to and including
3  the 23rd day of May, 1958.

*Robert E. McGinnis*
ROBERT E. McGINNIS

6  Subscribed and Sworn to before me
7  this 7th day of May, 1958.

*Geraldine R. Davis*
Notary Public in and for said
County and State.

My Commission Expires April 8, 1962

3219