LUCE, FORWARD, KUNZEL & SCRIPPS
1220 San Diego Trust & Savings Building
San Diego 1, California
BE 9-9244

Attorneys for Defendants.

FILED
MAY 7- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>    Defendants. | No. 1247-SD-C<br><br>EX PARTE ORDER |

Good cause appearing,

IT IS HEREBY ORDERED that the time of the defendants, The Atchison, Topeka & Santa Fe Railway, San Diego Gas & Electric Company, Connecticut Mutual Life Insurance Company, Ewart W. Goodwin, Mary Alice Goodwin, Charles F. Sawday, Ruth Cornell Sawday, Arthur W. Carey, Inez Carey, Paul D. Bradshaw, Margaret Bradshaw, in this action is hereby extended to and including the 23rd day of May, 1958.

Dated 5/7/58.

JUDGE OF THE DISTRICT COURT.

3220

## AFFIDAVIT OF SERVICE BY MAIL (C. C. P. 1013a)
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO } ss.
STATE OF CALIFORNIA }

No. 1247-SD-C

RUTH DRAY ......being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's ~~residence~~ business address is 1220 San Diego Trust & Savings Bldg., San Diego 1, California

That affiant served the attached EX PARTE ORDER; and AFFIDAVIT

by placing a true copy thereof in an envelope addressed to J. Lee Rankin

Solicitor General

at ~~their~~ his ~~residence~~ office ~~her~~ address, which is Washington, D.C.

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on

May 7, 1958, deposited in the United States Mail at San Diego, California ......That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me

May 7, 1958

*Ruth Dray*

*Geraldine C. Davis*
Notary Public in and for the County of San Diego, State of California
(SEAL)   My Commission Expires April 8, 1962

**AFFIDAVIT OF SERVICE BY MAIL**

Form 9A Co. Clk. 10-56 20M PP

3221