LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

Attorneys for **Defendants**

(SPACE BELOW FOR FILING STAMP ONLY)

**FILED**

MAY 8 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

    Defendants,

THE PEOPLE OF THE STATE OF CALIFORNIA,

    Defendant in Intervention.

No. 1247-SD-C

SUBSTITUTION OF ATTORNEYS

    The undersigned defendants hereby substitute SACHSE and PRICE as their attorneys of record in the within proceedings in place of BENJAMIN S. PARKS.

    Dated: May 6, 1958.

    _Charles F. Sill_

    _Pauline H. Sill_

I consent to the above substitution.

    Dated: May 5th, 1958.

    _Benjamin S. Parks_

- 1 -

3318

Above substitution accepted.

Dated: May 8, 1958.

SACHSE and PRICE

by *[signature]*

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.  No. 1247-SD-C

FRANZ R. SACHSE, being first duly sworn, says: That affiant, whose address is 1092 S. Main St., Fallbrook, California is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached  Substitution of Attorneys

_____
(Copy title of paper served)

on the  Plaintiff
(Name of party served)

in said action, by placing a true copy thereof in an envelope addressed as follows:

Mr. William H. Veeder, Department of Justice, Washington, D. C.

_____
(Name and address as shown on the envelope)

sealed and deposited on the  8th  day of  May , 195 8 , in the United States Mail at

Fallbrook, San Diego, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this  8th
day of  May , 195 8

_____
Notary Public in and for said County and State

(SEAL)
Stuart FORM 23

3318

May 25, 1961
My Commission expires

