SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

FILED

MAY 8 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>    Defendants. | No. 1247-SD-C<br><br>ANSWER OF DEFENDANTS<br>RICHARD F. MATTHEWS and<br>ROSABEL L. MATTHEWS |

Defendants RICHARD F. MATTHEWS and ROSABEL L. MATTHEWS, husband and wife, answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

INDEXED

10116

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE :

I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

A. All of the lands of defendants described in

1  Exhibit A are riparian to the West Fork of De Luz Creek and
2  defendants claim full correlative riparian rights to the use
3  of said waters.
4      B. Defendants claim prescriptive rights to the
5  diversion and storage of not to exceed 50 acre feet per year of
6  the waters of the West Fork of De Luz Creek in a dam known as the
7  "Upper Dam", located upon an un-named intermittent stream
8  tributary to the West Fork of De Luz Creek on the lands of
9  defendants in Lot 5 of Section 21, Township 8 South, Range 4 West,
10 San Bernardino Meridian. Said claimed prescriptive right is
11 for agricultural and recreational purposes, and is based upon
12 open, notorious and adverse use of the said waters since prior
13 to January 1, 1953.

- 2 A -

10118

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendants prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by [signature]
Attorneys for defendant

EXHIBIT A

PARCEL 1: Beginning at the Southwest corner of Lot 1 (Northeast Quarter of the Northeast Quarter) of Section 20, Township 8 South, Range 4 West, San Bernardino Meridian; thence East along the South boundary of said Lot to the Southeast corner of said Lot; thence North along the Eastern boundary of said Lot to the San Diego-Riverside County line; which point is the Northeast corner of said Lot 1; thence Northwesterly along the County line to a point 380 feet Southeasterly from the Northwest corner of said Lot 1; thence Southwesterly to a point on the South boundary of Lot 2; of said Section 20, 100 feet West of the Southwest corner of said Lot 1; thence East to starting point on the Southwest corner of said Lot 1.

PARCEL 2: An Easement for a right of way for the sole purpose of constructing and maintaining a private road of 40 feet in width over, on and across that portion formerly owned by Edward C. Richman, of Lots 1 and 2, in the Northeasterly Quarter of Section 20, Township 8 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, the said right of way being a point 338 feet West of the Southeast corner of said Lot 2, and thence extending in a Northeasterly direction an approximate distance of 800 feet to the De Luz creek being the same courses and distances as said right of way was and was in use on June 7, 1935.

County of San Diego, State of California, described as follows:

The Southeast Quarter of the Northeast Quarter of Section 20, Township 8 South, Range 4 West, San Bernardino Meridian, and the Lot 5 of Section 21, Township 8 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California.

- 4 -    Exhibit A

10120

STATE OF CALIFORNIA,
COUNTY OF __San Diego__ } ss.     No. 1247-SD-C

__FRANZ R. SACHSE__, being first duly sworn, says: That affiant, whose address is

__1092 S. Main St., Fallbrook, California__

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached __Answer of Defendants Richard F. Matthews and Rosabel L. Matthews__
(Copy title of paper served)

on the __Plaintiffs__ in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

__Mr. William H. Veeder, Department of Justice, Washington, D. C.__

(Name and address as shown on the envelope)

sealed and deposited on the __6__ day of __May__, 195__8__, in the United States Mail at
__Fallbrook, San Diego, California__
(Place of mailing, name of county)
with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __6__ day of __May__, 195__8__

_____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires __May 25, 1961__

10121