# FILED

MAY 8 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>  a public service corporation of<br>  the State of California;<br>SANTA MARGARITA MUTUAL WATER COMPANY,<br>  a public service corporation of<br>  the State of California; et al.;<br><br>          Defendants,<br><br>STATE OF CALIFORNIA,<br><br>          Defendant in<br>          Intervention. | Civil No. 1247-SD<br><br>STIPULATION ON PRE-TRIAL |

AGREED FACTS

Jurisdiction:

This Court has jurisdiction of the above-entitled action by reason of the express declaration by Congress that the United States District Court "* * * shall have original jurisdiction of all civil actions, suits or proceedings commenced by the United States, * * *."

Request for Action:

At the request of the Department of the Navy this action was instituted by the Attorney General of the United States of America.

Existence of Controversy:

An actual controversy exists among the claimants of rights to the use of water from the Santa Margarita River.

-1-

3223

California's Request to be a Party:

The State of California petitioned to intervene in this cause and the petition was granted.

A. Description of the Santa Margarita River System and Its Drainage Area

1. The Santa Margarita River [1] is a non-navigable intermittent stream having a drainage area of 742 square miles, 197 square miles of which are situated in San Diego County, California, and 545 square miles in Riverside County, California. The Santa Margarita River watershed is semiarid.

2. Temecula Creek and Murrieta Creek have their junction at the head of Temecula Canyon and there form the Santa Margarita River.

3. Rising on the northeastern slope of the Aguanga Mountain in San Diego County, near the present site of the Palomar Observatory, Temecula Creek proceeds in a northerly and westerly direction a distance of approximately fourteen miles where it enters the Pauba Grant of the Vail Estate. After entering the Pauba Grant it flows northwesterly through a portion of the grant known as Nigger Valley, for a distance of a little more than three miles. It then enters a narrow canyon on the Pauba Grant known as Nigger Canyon. In a state of nature Temecula Creek flowed through Nigger Canyon for a distance of approximately two miles. Situated across the channel of Temecula Creek at the upper end of Nigger Canyon on the Pauba Grant, in the Northwest Quarter of the Northwest Quarter, Section 10, Township 8 South, Range 1 West, is the Vail Dam, creating a reservoir with a capacity of approximately 50,000 acre-feet.

4. Below the Vail Dam, Temecula Creek traverses Pauba Grant for a distance of approximately eight miles.

---

[1] See map next page, Santa Margarita River Watershed; see also map of Santa Margarita River Watershed - USA 101, filed with the Court.

U.S. MARINE CORPS
OFFICE OF GROUND WATER RESOURCES
Camp Pendleton, California

SANTA MARGARITA RIVER
WATERSHED

Drawing Number W-1b   Date: September '57
Scale 1:250,000

LEGEND

Watershed Boundary
Intermittent Streams
Perennial Streams
(August Flow)
Ground Water Storage Units

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

MAP - SANTA MARGARITA RIVER WATERSHED

5.  Leaving the Pauba Grant of the Vail Estate, Temecula Creek con-

tinues its westerly course across that portion of the Little Temecula Grant,

title of which is in the Vail Estate, for a distance of approximately one and

a half miles.  That stream then enters that portion of the Temecula Grant,

title of which is in the Vail Estate, flowing a distance of approximately two

miles.

6.  Immediately before leaving that portion of the Temecula Grant,

title of which is in the Vail Estate, Temecula Creek has its confluence with

-3-

3225

1  Murrieta Creek and below that point is known as the Santa Margarita River.

2      7.  The Santa Margarita River then enters Temecula Canyon and

3  flows through the steep narrow gorge southerly and westerly for a distance

4  of approximately 20 miles, where the canyon widens into the Santa Margarita

5  Valley through which the stream meanders for a distance of 11 miles to

6  enter the Pacific Ocean.  Though Temecula Creek, prior to its confluence

7  with Murrieta Creek, flows alternately as a surface and subsurface stream,

8  the Santa Margarita River throughout the canyon reach in the state of

9  nature was a perennial surface stream.

10      8.  In the Northwest Quarter of Section 7, Township 9 South,

11  Range 3 West, SBM, the Santa Margarita River has its confluence with

12  Sandia Creek.  Immediately upstream from the confluence of Sandia Creek

13  and the Santa Margarita River is the pumping plant and diversion works of

14  the Fallbrook Public Utility District.  In agreeing to that location the

15  United States of America does not admit that the Fallbrook Public Utility

16  District has legal authority to maintain the diversion and pumping plant,

17  but rather contends that the maintenance of those structures and the use

18  of them invades the vested rights of the United States of America.

19      9.  Immediately downstream from the confluence of Sandia Creek

20  and the Santa Margarita River is what has been denominated by Fallbrook as

21  the Fallbrook-Lippincott damsite.

22      10.  Eleven miles after entering the Temecula Canyon, the Santa

23  Margarita River enters the Marine Corps Base, Camp Pendleton.  It then con-

24  tines on its southwesterly course through Camp Pendleton, Naval Ammunition

25  Depot, and United States Naval Hospital lands for a distance of approximately

26  20 miles to the Pacific Ocean.  For the full 20 miles the course of the

27  river lies entirely within the property of the United States of America.*

28      The Santa Margarita River within the boundaries of the above-

29  mentioned military establishments is at present an intermittent stream.

30  However, in the state of nature it continued as a perennial surface stream

31

32  * Except for such properties and lands as the Atchison, Topeka and Santa
   Fe Railroad Company may own.

1  until it debouched from its canyon upon the alluvial plain of the Santa

2  Margarita Valley near the headworks of the O'Neill Ditch after which it

3  became for the remainder of its course an intermittent stream.

4        B.   Tributaries of the Santa Margarita River

5        There are several tributaries of the Santa Margarita River from

6  tidewater to its head waters;

7        1.  DeLuz Creek, an intermittent stream which rises on the Santa

8  Rosa Grant of the Vail Estate, proceeds in a westerly and southerly direc-

9  tion to its confluence with the Santa Margarita River several miles within

10  the boundary lines of Camp Pendleton.

11        2.  Fallbrook Creek, an intermittent stream, rises east and south

12  of the Santa Margarita River.  Most of its length is within the boundaries

13  of Camp Pendleton and the United States Naval Ammunition Depot and it has

14  its present terminus in Lake O'Neill, an artifical reservoir which lies

15  within the Camp Pendleton area.  In the state of nature, Fallbrook Creek

16  flowed into the Santa Margarita River.

17        3.  Sandia Creek, an intermittent stream which rises on the Santa Rosa

18  Grant of the Vail Estate, proceeds in a southerly direction to its con-

19  fluence with the Santa Margarita River at a point a short distance above the

20  easterly boundary of Camp Pendleton, in the Northwest Quarter ($NW\frac{1}{4}$), Section 7,

21  Township 9 South, Range 3 West.

22        4.  Rainbow Creek is an intermittent stream which rises east and

23  south of the main channel of the Santa Margarita River and proceeds in a

24  northerly and westerly direction to its confluence with that river a short

25  distance above Sandia Creek.

26        5.  Murrieta Creek, an intermittent stream, has its source north

27  and west of the Temecula Grant of the Vail Estate and traverses the lands of

28  that grant before it joins Temecula Creek to form the Santa Margarita River.

29  Junction of the streams takes place at a point about a half mile east of the

30  westerly boundary of Temecula Grant of the Vail Estate and a short distance

31  east of Temecula Canyon.  It has several tributaries, Cole Creek, Santa Gertru-

32  dis Creek, Warm Springs Creek and others.  These are all intermittent streams.

-5-

3227

6. Coahuila Creek, an intermittent stream, has its origin on the southwest slopes of the Santa Jacinto Mountains, southeast of Thomas Mountain. From its source it proceeds south and west for a distance of approximately 13 3/4 miles passing through the Terwilliger Valley, also known as Anza Valley, to the lower end of the Coahuila Valley. Both Terwilliger and Coahuila Valleys are alluvial filled and serve as underground reservoirs. After leaving Coahuila Valley it flows southwest 4 miles to its confluence with Wilson Creek approximately 17 3/4 miles from its point of origin. Between its headwaters and junction with Wilson Creek it flows for 7 1/2 miles across the Coahuila Indian Reservation. Wilson Creek down stream from its confluence with Coahuila Creek is also known as Lancaster Creek. From that confluence Wilson Creek flows through alluvium filled basins to its junction with the Temecula Creek at Nigger Valley.

7. Penjango Creek, also known as Pechanga Creek, an intermittent stream, is tributary to Temecula Creek, rising south of that stream and joining it a short distance upstream from the junction of the stream last mentioned with Murrieta Creek. From its source to confluence Penjango Creek traverses a portion of the Little Temecula Grant, and then flows across the Temecula Grant of the Vail Estate, the property upon which its junction with Temecula Creek takes place.

Other affluents of Temecula Creek are Arroyo Seco and Chihuahua Creek, both of which are intermittent in character, flowing only during periods of high precipitation and entering Temecula Creek above Nigger Canyon.

C. Subterranean Basins Underlying Santa Margarita River

From its head waters to the Pacific Ocean, the watershed of the Santa Margarita River System is underlaid with numerous subterranean basins. They differ greatly in size and capacity.

Underlying the military establishments in question within the Santa Margarita River watershed are one or more underground basins or segments of basins, commonly known as:

1. Upper or O'Neill Basin or Segment,

2. Chappo or Home Ranch Basin or Segment,

-6-

3228

3.  Ysidora Basin or Segment

Agreement in regard to the alluvial basins will not preclude defendants from contending that the named segments or basins are independent basins.  Neither will it preclude the United States from contending that those segments or basins are geologically and hydrologically connected and constitute one basin.

Throughout the ground-water basin or basins within the watershed of the Santa Margarita River underlying Camp Pendleton are numerous wells of varying depths in the alluvium.  The surface and subsurface area and the character and type of the deposits penetrated by the wells, so far as the same are known to the United States of America, have been analyzed.  Defendants reserve the right to question the accuracy of these analyses and present contradictory evidence.

D.  United States Geological Survey Records

The United States Geological Survey has maintained and published records of the following principal gauging stations within the watershed of the Santa Margarita River:

| Stream | Station | Present River Miles from Ocean | Period of Record |
|--------|---------|-------------------------------|------------------|
| Santa Margarita River | Ysidora | 2.42 | Feb 19, 1923 to date |
| Santa Margarita River | Fallbrook | 18.73 | Nov 25, 1924 to date |
| Santa Margarita River | Near Temecula | 29.9 | Jan 30, 1923 to date |
| Temecula Creek | Nigger Canyon | 41.07 | Jan 30, 1923 to date |
| Murrieta Creek | Temecula | 30.4 | Oct 1, 1930 to date |

In addition measurements have been taken for diversions at O'Neill Ditch and at other places on the Santa Margarita River System.

-7-

3229

The approximately 135,000 acres of land are presently utilized for the following purposes, among others:

Camp Pendleton:

It is the function of Camp Pendleton to provide housing and training facilities for units of the Armed Forces, to conduct training of units of the Armed Forces in amphibious warfare and experimental work with landing craft, landing vehicles, tracked and affiliated equipment and the development thereof; to conduct combat training of the various units of the United States Marine Corps, including air-ground support coordination, and use of artillery, tanks and other equipment used in the conduct of modern amphibious and land warfare. In addition to the aforementioned activities, it is the function of Camp Pendleton to provide logistic support for units of the United States Marine Corps together with materiel maintenance and storage facilities, for supplies and equipment and to house and train replacements for subsequent assignment to various operating units of the United States Marine Corps.

United States Naval Hospital:

The United States Naval Hospital, with a capacity of approximately 1,550 beds, established at Camp Pendleton, provides medical and hospital services to personnel of the Armed Forces, their dependents and other authorized personnel at 83 Naval shore activities located in the Southern California area and provides medical and hospital care to personnel of units of the United States Fleet.

United States Naval Ammunition Depot:

The United States Naval Ammunition Depot, Fallbrook, California, provides facilities for the storage, segregation, reconditioning and issuing of ammunition for operating units of the United States Fleet and the United States Marine Corps and maintains ammunition stocks for shore establishments of the United States Navy located in the Southern California area. In addition, this Naval Ammunition Depot stores and ships ammunition for use by combat elements of the United States Navy and the United States Marine Corps.

3231

1    Agreement as to the use of the properties above mentioned neither

2    constitutes an admission respecting the utilization of the entire area for

3    military purposes nor does it constitute an admission respecting the extent

4    or effect of the exclusive jurisdiction of the United States of America over

5    the property in question.

6    4.   The **Santa Margarita River in its course traverses virtually the**

7    **length of Camp Pendleton--United** States Naval Ammunition Depot--United States Naval Hospital

8    lands from northeast to southwest for a distance of approximately 20 miles.

9    There are no users below Camp Pendleton on the Santa Margarita River for the

10   United States of America owns the lands on both banks of that stream from the

11   point where the Santa Margarita River enters upon the military establishments

12   above mentioned to the point of confluence of the river with the Pacific

13   Ocean, except for such properties and lands as the Atchison, Topeka and Santa

14   Fe Railroad Company may own.

15   5.   A portion of the approximately 135,000 acres of lands owned by

16   the United States of America comprising the military establishments in

17   question is riparian to the Santa Margarita River.

18   6.   By a stipulated judgment, dated December 26, 1940, filed Decem-

19   ber 27, 1940, filed with the Clerk of the Superior Court in San Diego County,

20   State of California, Case No. 42850, Rancho Santa Margarita v. Vail et al.,

21   Exhibit A of the complaint in this case, a defendant in this action, the Vail

22   Estate, and the Rancho Santa Margarita, a corporation, predecessor in interest

23   of the United States of America, concluded protracted litigation between them-

24   selves over their respective rights in the Santa Margarita River.  By agreeing

25   to the facts set forth in this paragraph, the defendants do not admit the ad-

26   missibility of the said stipulated judgment or waive any rights to have said

27   stipulated judgment deleted from the records in the proceeding.

28   7.   The Plaintiff is owner in fee of approximately 6,869.6 acres of

29   land which lie within the watershed of DeLuz Creek and is the owner in fee

30   of approximately 3,798.9 acres of land lying within the watershed of Fallbrook

31   Creek.

32

3232

8. The Plaintiff is the owner in fee of approximately 7,258.9 acres of land lying within the watershed of Pilgrim Creek and the owner in fee of approximately 1,942.1 acres of land lying within the watershed of Windmill Creek. That said Windmill Creek and said Pilgrim Creek drain into and are part of the watershed of the San Luis Rey River.

F. Santa Margarita Mutual Water Company.

1. The Santa Margarita Mutual Water Company is a mutual water company organized and existing under and pursuant to the laws of the State of California and is currently in good standing.

G. Fallbrook Public Utility District.

1. The Fallbrook Public Utility District is a public agency of the State of California, organized and existing under and pursuant to the Public Utility District Act of the State of California, and is currently in good standing.

2. The legal title to whatever rights Fallbrook Public Utility District may have acquired or may hereafter acquire to the waters of the Santa Margarita River system by virtue of its said applications to and permits from the State of California or otherwise, are vested in the District in trust for the uses and purposes set forth in the Public Utility District Act of the State of California and the beneficiaries of the trust are the landowners and water users in the District.

3. On January 14, 1955, the Fallbrook Public Utility District filed a proceeding in eminent domain in the Superior Court of the State of California in and for the County of San Diego, entitled "Fallbrook Public Utility District vs. Martin et al.", being case number 194426 of the files of said court. Said action seeks to condemn approximately 1385 acres of land in the watershed of the Santa Margarita River for construction of a dam and reservoir.

H. State of California

1. The State of California, defendant in intervention, has entered into the following stipulation with the United States of America:

-11-

3233

"On the 15th day of August, 1951, the People of the State of California, in accordance with invitation of the United States of America, petitioned this Court to intervene in this litigation.  On that date an Order was allowed and entered by this Court granting the Petition.

"For the clarification of the issues in this litigation, and for the benefit of all parties to this cause, it is hereby stipulated:

I

"That in Paragraphs VIII and IX of Plaintiff's Complaint herein, and in Paragraphs 2 and 3 of the Prayer of said Complaint, the word 'paramount' is used in the same sense in which that word is used in the second paragraph, on page 374 of the opinion of the Supreme Court of California in the case of Peabody v. Vallejo, 2 Cal. 2d 351 (fourth paragraph on page 494, 40 Pac.2nd 486).

II

"That in this cause, the United States of America claims only such rights to the use of water as it acquired when it purchased the Rancho Santa Margarita, together with any rights to the use of water which it may have gained by prescription or use, or both, since its acquisition of the Rancho Santa Margarita.

III

"That the United States of America claims by reason of its sovereign status no right to the use of a greater quantity of water than is stated in Paragraph II hereof.

IV

"That the rights of the United States of America to the use of water herein are to be measured in accordance with the laws of the State of California.

V

"That the parties to this Stipulation will request the entry of a pretrial Order by this Court defining the issues in this cause, in conformity with the statements contained in this Stipulation.

VI

"That there will be a full, complete and mutual exchange of data and information as to the subject matter of this cause collected by the respective parties to this stipulation, including data respecting the issuance of any permits or licenses issued by the State of California in connection with the rights to the use of water of the Santa Margarita River.  Such exchange of information by the United States, will be subject to clearance by the Commanding Officer, Camp Joseph H. Pendleton, in respect to military security, as determined by said Officer.

"Dated:  November 29, 1951."

-12-

3234

2. Fallbrook Public Utility District and the Santa Margarita Mutual Water Co. have joined in and have agreed to be bound by the Stipulation of November 29, 1951, and the Stipulation among the parties has been approved by the Court and ordered filed.

3. Counsel for the State of California are presently informed that the State of California has some land ownership and has some liens on lands within the Santa Margarita system watershed. These land ownerships change from time to time as most of them concern tax deeded lands and lands which have escheated to the State. An investigation of the present status of such ownerships is now under way and leave will be asked to file an amended answer within a reasonable time before trial to allege such ownerships.

I. Applications, Permits and Licenses filed with, or
   received from, the State of California */

Santa Margarita Mutual Water Company:

1. Application No. 11578 to appropriate water was filed October 4, 1946, by the Santa Margarita Mutual Water Company with the State of California, a copy of that application is filed with the Clerk of the Court and available for examination.

2. Application No. 11578 was amended by an amended application filed January 27, 1948, a copy of that amended application is filed with the Clerk of the Court and available for examination.

3. Application No. 11578 was further amended by an amended application filed August 3, 1951, a copy of that amended application is filed with the Clerk of the Court and available for examination.

4. Application No. 12152 to appropriate water was filed November 12, 1947, by the Santa Margarita Mutual Water Company with the State of California, a copy of that application is filed with the Clerk of the Court and available for examination.

---

*/ Whenever the term State of California is used in this section it
   refers to the California State Water Rights Board or its predecessor.

3235

5. Application No. 12152 was amended by an amended application filed January 27, 1948, a copy of that amended application is filed with the Clerk of the Court and available for examination.

6. Application No. 12152 was further amended by an amended application filed August 3, 1951, a copy of that amended application is filed with the Clerk of the Court and available for examination.

Fallbrook Public Utility District:

1. Application No. 11586 to appropriate water was filed October 11, 1946, by the Fallbrook Public Utility District with the State of California, a copy of that application is filed with the Clerk of the Court and available for examination.

2. Pursuant to Application No. 11586, there was issued on February 18, 1948, to the Fallbrook Public Utility District, Permit No. 7033, a copy of that permit is filed with the Clerk of the Court and available for examination.

3. On December 31, 1957, the California State Water Rights Board issued to the Fallbrook Public Utility District its license for diversion and use of water, No. 4906, purporting to be based upon Application No. 11586 and Permit No. 7033 of the Fallbrook Public Utility District, a copy of that license is filed with the Clerk of the Court and available for examination.

4. Application No. 11587 to appropriate water was filed October 11, 1946, by the Fallbrook Public Utility District with the State of California, a copy of that application is filed with the Clerk of the Court and available for examination.

5. Application No. 11587 was amended by an amended application filed December 11, 1950, a copy of that amended application is filed with the Clerk of the Court and available for examination.

6. Pursuant to Application No. 11587, there was issued on April 23, 1951, to the Fallbrook Public Utility District, Permit No. 8511, a copy of that permit is filed with the Clerk of the Court and available for examination.

-14-

3236

7(a) An application numbered 12178 and an application numbered 12179 were filed November 28, 1947, by the Fallbrook Public Utility District with the State of California, copies of those applications are filed with the Clerk of the Court and available for examination, together with the letter of transmittal dated November 25, 1947, and signed by George F. Yackey.  Thereafter, the Fallbrook Public Utility District requested extensions of time to complete those applications, which extensions were granted by the State of California, and on July 28, 1952, Application No. 12178 and Application No. 12179 were completed. Copies of the applications as amended are filed with the Clerk of the Court and available for examination, together with the letter of transmittal,dated July 22, 1952, and signed by George F. Yackey.  Protests to those applications were filed by the United States on October 1, 1952, copies of those protests are filed with the Clerk of the Court and available for examination.  Those protests were dismissed by letter dated November 3, 1952, a copy of that letter is filed with the Clerk of the Court and available for examination.

(b) In agreeing to the above set forth facts in paragraph 7(a), the United States of America is not agreeing that the action taken by the Fallbrook Public Utility District constituted the completion of the original filing, but rather that it constituted an amendment as of July 28, 1952, to the original filing of November 28, 1947.

(c) In agreeing to the above set forth facts in paragraph 7(a), the United States of America and the Santa Margarita Mutual Water Company are not agreeing that the action taken by the Fallbrook Public Utility District or the State of California constituted the completion of the original filings or amended filings.

-15-

3237

United States of America:

1.  The United States of America denying that its rights could be prejudiced by the following acts, agrees that:

(a)  Application No. 12576 signed by Jack E. Cochrane for the United States Navy Department, was filed on June 30, 1948.  A copy of that application is filed with the Clerk of the Court and available for examination.

(b)  On December 13, 1948, an amended Application No. 12576 signed by M. H. Aubey for the United States Navy Department, was filed. A copy of that amended application is filed with the Clerk of the Court and available for examination.

(c)  On July 13, 1949, the application was amended as requested by a letter from the Commanding General, Camp Joseph H. Pendleton, to the State of California.  That letter was dated July 13, 1949.  A copy of that letter is filed with the Clerk of the Court and available for examination.

J.  Hearing before the California State Water
    Rights Board.

1.  On June 4, 1957, the California State Water Rights Board issued a notice of pre-hearing conference in the matters of Applications No. 11578 and No. 12152, Santa Margarita Mutual Water Company; Applications No. 12178 and No. 12179, Fallbrook Public Utility District; Application No. 12576, United States Navy Department, and protests thereto.  A copy of that notice is filed with the Clerk of the Court and available for examination.  Pursuant to that notice a pre-hearing conference was held July 9, 1957, in Sacramento, California.

2.  On August 7, 1957, the California State Water Rights Board issued a notice in the matters of Applications No. 11578 and No. 12152, Santa Margarita Mutual Water Company; Applications No. 12178 and No. 12179, Fallbrook Public Utility District; Application 12576, United States Navy Department, that a hearing would be held on the above entitled matters,

-16-

3238

1   and protests thereto, on August 12, 1957, in San Diego, California.

2        3.  On August 12-14, 1957, a hearing was held before the

3   California State Water Rights Board in San Diego, California, in

4   regard to Applications No. 11578 and No. 12152, Santa Margarita

5   Mutual Water Co.; Applications No. 12178 and No. 12179, Fallbrook

6   Public Utility District, and protests thereto.

7        4.  A special appearance was made at the hearing above

8   mentioned by the United States of America, objection being made

9   that the Board was without jurisdiction to entertain the hearing.

10   The Board proceeded, nevertheless, to hold the hearing regarding

11   Applications No. 11578 and No. 12152, Santa Margarita Mutual

12   Water Co.; and Applications No. 12178 and No. 12179, Fallbrook

13   Public Utility District.

14        5.  On April 10, 1958, the Board made and adopted the

15   following decisions and orders:

16        (a)  Decision No. D896 concerning Application No.

17   11578 of the Santa Margarita Mutual Water Company.

18        (b)  Decision No. D897 concerning Application No.

19   12152 of the Santa Margarita Mutual Water Company and

20   Applications No. 12178 and 12179 of the Fallbrook Public

21   Utility District.

22        (c)  An order concerning Application No. 12576

23   of the United States Navy Department.

24   A copy of each of the above is filed with the Clerk of the Court

25   and is available for examination.

26        6.  The parties in agreeing as to the facts contained

27   in these paragraphs do not ascribe to them any legal inferences

28   as to whether Application No. 12576 was or was not before the Board

29   or considered by the Board, or as to whether the Board legally

30   entered an order in regard to it.

31        7.  Copies of the notices referred to in paragraphs 1

3239

and 2 were received by the District Public Works Officer, 11th
Naval District, San Diego, California.

        8.  The parties reserve the right to attack the validity
or legality of all applications, permits, licenses, notices,
hearings and orders, or any other phases or aspects of them, re-
ferred to in Sections I and J.  By the Agreements referred to in
Sections I and J, the parties neither waive any grounds for attack-
ing those matters nor any grounds for defending against those
attacks.

        K.  Revocable License and Permit to use
            Water from the Santa Margarita River.

        On file with the Clerk of the Court and available for
examination is a revocable license entered into between Rancho
Santa Margarita and the Fallbrook Public Utility District on July
20, 1932.  It was revoked by the United States of America by
letter of May 24, 1948, effective 12:00 o'clock midnight of July
31, 1948, a copy of that letter is filed with the Clerk of the
Court and available for examination.

| UNITED STATES OF AMERICA | EDMUND G. BROWN, |
| --- | --- |
| | Attorney General of the State |
| | of California |
| | ADOLPHUS MOSKOVITZ, Deputy |
| *J. Lee Rankin* | Attorney General |
| J. LEE RANKIN | |
| Solicitor General | By *Adolphus Moskovitz* |
| | ADOLPHUS MOSKOVITZ |
| | Attorneys for Defendant  in |
| *William H. Veeder* | Intervention, The State of Cali- |
| WILLIAM H. VEEDER | fornia |
| Attorney, Department of Justice | |
| | *signature* |
| | FALLBROOK PUBLIC UTILITY DIST. |
| | *signature* |
| WILLIAM E. BURBY | VAIL COMPANY, INC. |
| Attorney, Department of Justice | |
| Dated: Sept. 25, 1958 | *signature* |
| *Robert J. McInnis* | SANTA MARGARITA MUTUAL WATER CO. |
| Charles Sawday et al | |
| dba Rock Mountain Ranch | |

-18-



# Office of the Solicitor General
## Washington, D. C.

May 5, 1958

AIR MAIL
SPECIAL DELIVERY

Honorable James M. Carter
United States District Judge
San Diego 1. California

Dear Judge Carter:

     This will refer to the case entitled United States of
America v. Fallbrook Public Utility District, et al., in the
United States District Court for the Southern District of
California, Southern Division, No.1247-SD-C.

     Enclosed is the signed original "Stipulation on Pre-
Trial" setting forth the "Agreed Facts". It has been signed by
all parties who have participated in the pre-trial hearings.
The stipulation is attached to a proposed order prepared for
your signature. If acceptable to you I would appreciate it if
you would sign the order and have it filed. When that is
accomplished the order and stipulation will be reproduced and
distributed.

                Sincerely,

                J. Lee Rankin

                J. Lee Rankin
                Solicitor General

Enclosure

3240 A

FILED
MAY 7 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

FILE IN DUPLICATE

( For full information concerning the filling out of this form refer to Regulations and Rules and Regulations Governing the Appropriation of Water )

**STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC WORKS**
**DIVISION OF WATER RESOURCES**
**STATE ENGINEER**

1946 OCT 4   AM 8 52

Application No. ........... Filed ....October 4, 1946 ........ at 8:52 A. ..M.
*(Applicant must not fill in the above blanks)*

# APPLICATION TO APPROPRIATE UNAPPROPRIATED WATER

### This application involves in no way the right to construct a dam

I, ......SANTA MARGARITA MUTUAL WATER COMPANY......
*Name of applicant*

of ......FALLBROOK...... County of ......SAN DIEGO......
*Post office*

State of......CALIFORNIA......, do hereby make application for a permit to appropriate the

following described unappropriated waters of the State of California, SUBJECT TO EXISTING RIGHTS:

## Source, Amount, Use and Location of Diversion Works

1. The source of the proposed appropriation is **(1) Santa Margarita River; (2) Temecula River**
   **(2) Riverside County**      *Give name of stream, lake, etc., if named; if unnamed state nature of source and that it is unnamed*
   located in **(1) San Diego and** County, tributary to **(1) Pacific Ocean and (2) Santa Margarita River**

2. The amount of water which applicant desires to appropriate under this application is as follows:
   **from Santa Margarita River**
   (a) For diversion to be directly applied to beneficial use without storage / ........**60**........ cubic feet per
   *1 cubic foot per second equals 40 statute miner's inches or 646,317 gallons per day*

second, to be diverted from ......**1 April**...... to......**30 November**...... of each season.
   *Beginning date each season          Closing date each season*   **from Temecula River**

   (b) For diversion to be stored temporarily and later applied to beneficial use / ........**5000**........ acre-feet
   *1 acre-foot equals 325,851 gallons*

per annum, to be collected between......**1 January**...... and......**31 December**...... of each season.
   *Beginning date each season          Closing date each season*

   NOTE.—Answer (a) or (b) or both (a) and (b) as may be necessary. The amounts stated must be in definite terms of some established unit of measurement. Neither these amounts nor the season may be increased after application is filed.

3. The use to which the water is to be applied is **Irrigation and incidental domestic use**
   *Domestic, irrigation, power, municipal, mining, industrial, recreational*
   purposes.

4. The point of diversion is to be located **(1) Santa Margarita River: 1320 ft. S. and 1800 ft**
   *State bearing and distance or coordinate distance to section or quarter section corner*
   **East of N.W. corner Sect. 7, T9S, R3W.  (2) Temecula River 1000 ft. S. and 1320 ft. E.**
   **of SW Cor of Sect. 3, T8S R1W, projected**
   being within the **(1) NE¼ of NW¼ of Sect. 7, Tp9S, R3W. and (2) NW¼ of NW¼**
   *State 40-acre subdivision of U. S. Government survey or projection thereof*    **projected    Counties**
   of Section......**10**......, Tp.......**8S**......, R.......**1W**...... M., in the County of **(1) San Diego and (2) River-**
   **side**

5. The main conduit terminates in......**NE¼ of SE¼**......of Sec.......**13**......, Tp......**9S**......, R.**4W**......, **SBB&M.**
   *State 40-acre subdivision of U. S. Government survey or projection thereof*

## Description of Diversion Works

   NOTE.—An application can not be approved for an amount grossly in excess of the estimated capacity of the diversion works

6. Intake or Headworks (fill only those blanks which apply)
   **from Santa Margarita River**
   (a) Diversion will be made by pumping: Capacity of plant......**30,000**......gallons per minute.

   (b) Diversion will be by gravity, the diverting dam being......feet in height (stream bed to
   level of overflow); ......feet long on top; and constructed of......
   *Concrete, earth, brush, etc.*
   **on Temecula River**
   (c) The storage dam will be......**100**......feet in height (stream bed to overflow level); ......**420**......feet

long on top; have a freeboard of......**20**......feet, and be constructed of......**earth**......
   *Concrete, earth, etc.*

7. Storage Reservoir......**Nigger Canon**......
   *Name*

   The storage reservoir will flood lands in......**Sections 9,10,11,14,15 and 16 in Tp.8S, R1W,SBB&M**
   *Indicate section or sections, also 40-acre subdivisions unless shown upon map*   **(projected)**

   It will have a surface area of........**1000 ±**........acres, and a capacity of........**41,000±**........acre-feet.
   ☞ In case of insufficient space for answers in form, attach extra sheets at top of page 3 and cross reference.

FORM 1

**SUPERSEDED**        3241

SMMW CO
Applic. No 11578
Filed Oct 4 1946

8. **Conduit Syste.** (describe main conduits only)

(a) Canal, ditch, flume: Width on top (at water line) ........... feet; width at bottom ........... Cross out two not used

feet; depth of water ........... feet; length ........... feet; grade ........... feet per 1,000 feet; materials

of construction ........... Earth, rock, timber, etc.

(b) Pipe line: Diameter ....**From reservoir on Temecula River**.... in ....**30**.... s; length ....**100,000**.... feet; grade ....**4**.... feet per

1,000 feet; total fall from intake to outlet ....**400**.... feet; kind ....**rolded steel**.... Riveted steel, concrete, wood, etc.

**Pipe line from Santa Margarita River: Pressure line of 36" welded steel 0000 ft. long**

Note.—If a combination of different sizes or kinds of conduit is to be used, attach extra sheets with complete description, also show
location of each clearly on map.

9. The estimated capacity of the diversion works proposed is ........... State cubic feet per second or gallons per minute

The estimated cost of the diversion works proposed is **in excess of $500,000.** Give only cost of intake, or headworks, pumps, motor generators and main conduits described herein.

## Completion Schedule

10. Construction work will begin on or before ........**1 October 1947**...........

Construction work will be completed on or before .....**1 January 1950**...........

The water will be completely applied to the proposed use on or before ....**1 January 1951**...........

## Description of Proposed Use

11. **Place of Use. Portions of: Sect. 15,17,18,20,21,28,29,30,33,34 and 35, Tp. 8S** State 40-acre subdivisions of the public land survey. If area is unsurveyed indicate the location as if lines of the public land

**R3W; Sect. 4,5,6,7,8 and 9 Tp.10S R3W; and Sect. 13,25 and 36 Tp.9S R4W SBBM** survey were projected. In the case of irrigation use state the number of acres to be irrigated in each 40-acre tract, if same permits. If water does not permit listing all 40-acre

**(partially projected)** tracts, describe area in a general way and show detail upon map. These blanks need not be filled in when municipal use is proposed.

Does applicant own the land whereon use of water will be made? .......**No**........... Yes or No

**Water is to be used on lands of stockholders in company** If applicant does not own land whereon use of water will be made, state what arrangements have been made with owner.

12. **Domestic Use.** Domestic use is proposed as follows: ........... Describe nature of use which may include stock water and the irrigation of domestic

gardens not exceeding one-half acre each in area connected with places of residence.

The amount for which application is made was determined by ........... Describe basis of quantity needed

13. **Irrigation Use.** The area to be irrigated is........**5,000**........... acres. State net acreage to be irrigated

The segregation of acreage as to crops is as follows: Rice...........acres; alfalfa...........acres;

orchard....**5,000**....acres; general crops...........acres; pasture ...........acres.

Note.—Care should be taken that the various statements as to acreage are consistent with each other, with the statement in Paragraph 11,
and with the map.

The irrigation season will begin about ........**1 April**........... and end about....**1 December**........... Beginning date each season    Closing date each season

The land to be irrigated has **another** water right or source of water supply other than that herein applied for. The nature **no other**

and amount of the additional supply referred to is **private dug wells; amount of supply is unknown**

**but is inadequate**
14. **Power Use.** The total fall to be utilized is...........feet. Difference between nozzle or draft tube water level and first free water surface above

The maximum amount of water to be used through the penstock is...........cubic feet per second.

The maximum theoretical horsepower capable of being generated by the works is...........horsepower. Second feet × fall ÷ 8.8

The use to which the power is to be applied is........... For distribution and sale or private use, etc.

The nature of the works by means of which power is to be developed is........... Turbine, Pelton wheel, etc.

The size of nozzle to be used is...........inches.

The water **will** be returned to...........in...........of **will not** Name stream    State 40-acre subdivision

Sec...........Tp...........R...........M.

SRMM.CC
Appl.Lic. No 11578
F41ed Oct 4 1946

**3242**

DO NOT WRITE IN THIS SPA

ATTACH EXTRA SHEETS HERE

**15. Municipal Use.** This application is made for the purpose of serving ............................................... Name city or cities, town or towns.  Urban areas only

.......................................................................... having a present population of ...................................

The estimated average daily consumption during the month of maximum use at the end of each five-year period until the

full amount applied for is put to beneficial use is as follows:

.......................................................................................................................................

.......................................................................................................................................

.......................................................................................................................................

**16. Mining Use.** The name of the mining property to be served is .............................................
Name of claim

.......................................................... and the nature of the mines is ...........................................
Gold placer, quartz, etc.

The method of utilizing the water is ..................................................................................................

It is estimated that the ultimate water requirement for this project will be ........................................
Cubic feet per second, gallons per minute.  State basis of estimate

The water will / will not be polluted by chemicals or otherwise. ........................................................
Explain nature of pollution, if any

and it will / will not be returned to ............................ in ............................ of ............
Name stream                    State 40-acre subdivision

Sec. ................., Tp. ................., R. ................., ........, .......M.

**17. Industrial Use.** The nature of the use proposed is ...................................................
Describe nature and method of use

.......................................................................................................................................

The amount for which application is made was determined by ..................................................
Describe basis of estimate of quantity needed

.......................................................................................................................................

**18. Recreational Use.** Water will be used for ..........................................................................
Describe nature and method of use

The amount for which application is made was determined by ..................................................
Describe basis of estimate of quantity needed

# General

**19.** Are the maps as required by the Rules and Regulations filed with Application? ......**No**......  If not,
Yes or No

state specifically the time required for filing same....**60 days**..........................................................

**20.** Does the applicant own the land at the proposed point of diversion? ......**No**......  If not, state what
Yes or No

steps have been taken to secure right of access thereto.**Negotiations have been started with owners to**

**obtain necessary right-of-way and land**

**21.** What is the name of the post office most used by those living near the proposed point of diversion?

**Fallbrook, California and Temecula, California**

**22.** What are the names and address of claimants of water from the source of supply below the proposed point

of diversion? **Vail Co., 5658 Wilshire Blvd., Los Angeles, Calif.**

**Fallbrook Public Utility District, Fallbrook, Calif.**

**U. S. Navy, Camp Pendleton, Oceanside, Calif.**

SMMW CO
Applic. No 11578
Filed Oct 4 1946

[SIGNATURE OF APPLICANT].....**SANTA MARGARITA MUTUAL WATER COMPANY**

3243

**FILE IN DUPLICATE**

{ For full information concerning the filling out of this form refer to Regulation 4 of Rules and Regulations Governing the Appropriation of Water }

## STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC WORKS
### DIVISION OF WATER RESOURCES
#### STATE ENGINEER

1946 OCT 4  AM 8 52

Application No. ......11578...... Filed ....October 4, 1946.... at .8:52 A....M.

(Applicant must not fill in the above blank)

# APPLICATION TO APPROPRIATE UNAPPROPRIATED WATER
### This application involves in no way the right to construct a dam

I, ............SANTA MARGARITA MUTUAL WATER COMPANY............

    Name of applicant

of............FALLBROOK............................County of ....SAN DIEGO............

    Post office

State of ....CALIFORNIA............................, do hereby make application for a permit to appropriate the

following described unappropriated waters of the State of California, *SUBJECT TO EXISTING RIGHTS:*

## Source, Amount, Use and Location of Diversion Works

1. The source of the proposed appropriation is (1) Santa Margarita River; (2) Temecula River

    (2) Riverside County      Give name of stream, lake, etc., if named; if unnamed state nature of source and that it is unnamed

located in (1) San Diego and County, tributary to (1) Pacific Ocean and (2) Santa Margarita River

2. The amount of water which applicant desires to appropriate under this application is as follows:

    from Santa Margarita River

    (a) For diversion to be directly applied to beneficial use without storage, /............60............cubic feet per

        1 cubic foot per second equals 40 statute miner's inches or 446,117 gallons per day

second, to be diverted from ............1 April............to............30 November............of each season.

    Beginning date each season      Closing date each season

    from Temecula River

    (b) For diversion to be stored temporarily and later applied to beneficial use /............5000............acre-feet

per annum, to be collected between............1 January............and............31 December............of each season.

    Beginning date each season      Closing date each season      1 acre-foot equals 325,851 gallons

    NOTE.—Answer (a) or (b) or both (a) and (b) as may be necessary. The amounts stated must be in definite terms of some established unit of measurement. Neither these amounts nor the season may be increased after application is filed.

3. The use to which the water is to be applied is....Irrigation and incidental domestic use............

    Domestic, irrigation, power, municipal, mining, industrial, recreational

    ............................................................purposes.

4. The point of diversion is to be located (1) Santa Margarita River; 1270 ft. N. and 905 ft.

    S.W.      State bearing and distance or coordinate distances to section or quarter section corner

East of NW. corner Sect. 7, T9S, R3W. (2) Temecula River 1000 ft. N. and 1320 ft. E.

of SW Cor. of Sect. 3, T8S R1W, projected

being within the (1) E¼ of N¼ of Sect. 7, Tp.9S, R3W, and (2) NW¼ of N¼

    State 40-acre subdivision of U. S. Government survey or projection thereof    projected    Counties

of Section ....10...., Tp. ..8S...., R. ..1W/...., S.B.B.& M., in the County of (1) San Diego and (2) River-

    side

5. The main conduit terminates in NE¼ of SE¼ of Sec.15, Tp. 9S, 3 R1W, S.B.B. & M.

    State 40-acre subdivision of U. S. Government survey or projection thereof

## Description of Diversion Works

    NOTE.—An application can not be approved for an amount grossly in excess of the estimated capacity of the diversion works

6. Intake or Headworks (fill out those blanks which apply)

    from Santa Margarita River

    (a) Diversion/will be made by pumping. Capacity of plant....30,000....gallons per minute.

    (b) Diversion will be by gravity, the diverting dam being....................feet in height (stream bed to

level of overflow); ....................feet long on top; and constructed of....................

         Concrete, earth, brush, etc.

    on Temecula River

    (c) The storage dam will be....100....feet in height (stream bed to overflow level) ; ....420....feet

long on top; have a freeboard of....20....feet, and be constructed of....earth....

         Concrete, earth, etc.

7. Storage Reservoir....Nigger Canon....

    Name

The storage reservoir will flood lands in Sections 9,10,11,14,15 and 16 in Tp.8S, R1W,SBB&M

    Indicate section or sections, also 40-acre subdivisions unless shown upon map

    (projected)

It will have a surface area of....1000 ±....acres, and a capacity of....41,000±....acre-feet.

    3244

    ☞ In case of insufficient space for answers in form, attach extra sheets at top of page 3 and cross reference.

    SMMW CO

    Applic. No. 11578

8. **Conduit Syst** (...escribe main conduits only)

(*a*) Canal, ditch, flume: Width on top (at water line) ................feet; width at bottom ..............

feet; depth of water ................feet; length ................feet; grade ..............feet per 1,000 feet; materials

of construction ................

(*b*) Pipe line  *from reservoir on Temecula River*  Diameter = 36" ..........inches; length ...100,000...feet; grade ......4......feet per

1,000 feet; total fall from intake to outlet. .....400....feet; kind ...welded steel

*Pipe line from Santa Margarita River: Pressure line of 36" welded steel 8000 ft. long*

0. The estimated capacity of the diversion works proposed is ................

The estimated cost of the diversion works proposed is **in excess of $500,000**...

## Completion Schedule

10. Construction work will begin on or before ....1 October 1947

Construction work will be completed on or before ...1 January 1950

The water will be completely applied to the proposed use on or before ...1 January 1951

## Description of Proposed Use

11. Place of Use. Portions of Sect. *7,8,9,15,*16,17,18,20,21,*22,27,*28,29,30,*31,32,*33,34 and 35, Tp.8S.

R3W: Sect. *3, and 8,* 4,5,6,7,8 and 9, Tp.10S. R3W: and Sect. 13,25 and 36, Tp.9S R4W, SBB&M ,

*and of Sections 1,12 and 13, T.9S, R.4W, SBB&M (partially projected.)*

Does applicant own the land whereon use of water will be made? ...No..

*Water is to be used on lands of stockholders in company*

12. Domestic Use. Domestic use is proposed as follows: ................

................

The amount for which application is made was determined by ................

13. Irrigation Use. The area to be irrigated is ~~8,000~~ *12,000* ........acres.

The segregation of acreage as to crops is as follows: Rice ................acres; alfalfa ................acres;

orchard ~~6,000~~ *12000* ........acres; general crops ................acres; pasture ................acres.

NOTE.—Care should be taken that the various statements as to acreage are consistent with each other, with the statement in Paragraph 11, and with the map.

The irrigation season will begin about ....1 April........and end about ...1 December

The land to be irrigated has ~~no other~~ *another* water right or source of water supply other than that herein applied for. The nature

and amount of the additional supply referred to is *private dug wells; amount of supply is unknown*

*but is inadequate*

14. Power Use. The total fall to be utilized is ................feet.

The maximum amount of water to be used through the penstock is ................cubic feet per second.

The maximum theoretical horsepower capable of being generated by the works is ................horsepower.

The use to which the power is to be applied is ................

The nature of the works by means of which power is to be developed is ................

The size of nozzle to be used is ................inches.

The water will / will not be returned to ................in ................of ................

Sec. ................, Tp. ................, R. ................, M.

3245

SM&W CO.
Applic. No 11576

DO NOT WRITE IN THIS SPACE

ATTACH EXTRA SHEETS HERE

**15. Municipal Use.** This application is made for the purpose of serving .......................................................
.................................... Name city or cities, town or towns.  Urban areas only

............................................................................................................ having a present population of ............................

The estimated average daily consumption during the month of maximum use at the end of each five-year period until the

full amount applied for is put to beneficial use is as follows:

...............................................................................................................................................................

...............................................................................................................................................................

...............................................................................................................................................................

**16. Mining Use.** The name of the mining property to be served is ...........................................................
                                                                                                   Name of claim

.............................................................and the nature of the mines is...................................................
                                                                                                        Gold placer, quartz, etc.

The method of utilizing the water is......................................................................................................

It is estimated that the ultimate water requirement for this project will be ..................................................
                                                                                       Cubic feet per second, gallons per minute.  State basis of estimate

The water will / will not be polluted by chemicals or otherwise.....................................................................
                                                                                              Explain nature of pollution, if any

and it will / will not be returned to.............................................in.............................................of
                                                       Name stream                          State 40-acre subdivision

Sec..................., Tp..................., R..................., M.

**17. Industrial Use.** The nature of the use proposed is.........................................................................
                                                                                      Describe nature and method of use

...............................................................................................................................................................

The amount for which application is made was determined by.......................................................................
                                                                                              Describe basis of estimate of quantity needed

**18. Recreational Use.** Water will be used for..............................................................................................
                                                                                         Describe nature and method of use

The amount for which application is made was determined by.......................................................................
                                                                                              Describe basis of estimate of quantity needed

# General

**19.** Are the maps as required by the Rules and Regulations filed with Application?___No_____  If not,
                                                                                                 Yes or No

state specifically the time required for filing same. _60 days_.............................................................

**20.** Does the applicant own the land at the proposed point of diversion?_____No_____  If not, state what
                                                                                          Yes or No

steps have been taken to secure right of access thereto._Negotiations have been started with owners to_
obtain necessary right-of-way and land

**21.** What is the name of the post office most used by those living near the proposed point of diversion?

_____Fallbrook, California and Temecula, California_____

**22.** What are the names and addresses of claimants of water from the source of supply below the proposed point

of diversion? _Vail Co., 5658 Wilshire Blvd., Los Angeles, Calif._

____Fallbrook Public Utility District, Fallbrook, Calif.____

____U. S. Navy, Camp Pendleton, Oceanside, Calif.____

SMMW CO
Applic. No 11578
Filed Jan 27 1948

[SIGNATURE OF APPLICANT] SANTA MARGARITA MUTUAL WATER COMPANY
BY

3246

FILE IN DUPLICATE

[For full information concerning the filling out of this form refer to Regu-
lation 4 of Rules and ... , Governing the Appropriation of Water]

## STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC WORKS
### DIVISION OF WATER RESOURCES
#### STATE ENGINEER

AMENDED
**Application No.** 11575     Filed October 4, 1946 ... at ... 8:52 A.M.

AMENDED APPLICATION RECEIVED AUG 2 ...

# APPLICATION TO APPROPRIATE UNAPPROPRIATED WATER
### This application involves in no way the right to construct a dam

I, ......Santa Margarita Mutual Water Co............................
                     Name of applicant

of ....Fallbrook.................................. County of ...... San Diego ..........

State of........ California ..................... , do hereby make application for a permit to appropriate the

following described unappropriated waters of the State of California, SUBJECT TO EXISTING RIGHTS:

## Source, Amount, Use and Location of Diversion Works

1. The source of the proposed appropriation is (1) Santa Margarita River. (2) Temecula River
                                                 Give name of stream, lake, etc. If unnamed, so state natural of source and that it is unnamed

located in .... Riverside ........ County, tributary (1) Pacific Ocean (2) Santa Margarita River

2. The amount of water which applicant desires to appropriate under this application is as follows:

     (a) For diversion to be directly applied to beneficial use without storage (1) 60 ..... cubic feet per

second, to be diverted from ........ April 1 .......... to ...... November 30 ...... of each season.
                              Beginning date each season                Closing date each season

     (b) For diversion to be stored temporarily and later applied to beneficial use (2) 5000 ...... acre-feet
                                                                                  1 acre-foot equals 325,851 gallons

per annum, to be collected between ........ January 1 ......... and ...... December 31 ...... of each season.
                                      Beginning date each season          Closing date each season

Note.—Answer (a) or (b) or both (a) and (b) as may be necessary.  The amounts stated must be in definite terms of some established
unit of measurement.  Neither these amounts nor the water may be increased after application is filed.

3. The use to which the water is to be applied is ...Irrigation and incidental domestic use
                                                     Domestic, irrigation, power, municipal, mining, industrial, recreational

.......................................................................................... purposes.

4. The point of diversion is to be located (1) 1650' W. and 900' S. of NE cor. Sec. 24
                                                    State bearing and distance or coordinate distances to section or quarter section corner

T. 8S R. 3 W. SBB&M   (2) 400'E and 3400'N of SW Cor. Sec 10, T.8S, R1W. SBM

being within the ....SE¼.SE¼........ (3) SE¼ of NW¼ ......... (See Supplemental)
                 State 40-acre subdivision of U. S. Government survey or projection thereof

of Section....24...., Tp...8.S.....,R. 3 W.,  SBB & M., in the County of ......... Riverside.....................
           (2) 10      8.S        1 W

5. The main conduit terminates in .... SE¼ SE¼ .......of Sec. 36 , Tp. 8 S., R. 3 W. , SBB& M.
                                      State 40-acre subdivision of U. S. Government survey or projection thereof

## Description of Diversion Works

NOTE.—An application can not be approved for an amount greatly in excess of the estimated capacity of the diversion works.

6. Intake or Headworks (fill only those blanks which apply)

     (a) Diversion will be made by pumping: Capacity of plant (1) 30,000 gallons per minute.

     (b) Diversion will be by gravity, the diverting dam being ....... .... ..................feet in height (stream bed to

level of overflow); ............ ............... feet long on top; and constructed of ............................
                                                                              Concrete, earth, brush, etc.

     (c) The storage dam will be (2) 120 .. feet in height (stream bed to overflow level); ......................feet

long on top; have a freeboard of......................feet, and be constructed of .....concrete (arch dam)...........
                                                                              Concrete, earth, etc.

7. Storage Reservoir........Pauba.....
                            Name

The storage reservoir will flood lands in Sec. 10,11,12, 14,15,16 T8S R1W SBB&M
                                           Indicate section or sections, also shows subdivisions unless shown upon map

It will have a surface area of ...... 1078 ....... acres, and a capacity of 49,522 ............acre-feet. (See Supplement)
                    ☛ In case of insufficient space for answers in form, attach extra sheets at top of page 3 and cross reference.

FORM 1

3247

SMW Co.
Applic. 11578
Filed Aug 2 1951

8. **Conduit System** (describe main conduits only)

(a) Canal, ditch, flume: Width on top (at water line).......... .......... feet; width at bottom.........
Cross out two not used

feet; depth of water.......... feet; length .......... feet; grade.......... feet per 1,000 feet; materials

of construction.......... Earth, rock, timber, etc.  54 inches length 9630 feet' upgrade to saddle 48' per

(b) Pipe line: Diameter .... 36 inches length .......... 6500 feet; grade.......... feet per 1000
rise highest point 465 feet                    downgrade from saddle

1,000 feet; total fall from intake to outlet .... 420 .... feet; kind Riveted Steel .......... 461 per 1000
Riveted steel, cement, wood-stave, etc.

Note.—If a combination of different sizes or kinds of conduit is to be used, attach extra sheets with complete description, also show location of each clearly on map.

9. The estimated capacity of the diversion works proposed is .... 30,000 gallons per minute
State cubic feet per second or gallons per minute

The estimated cost of the diversion works proposed is .... $300,000 plus share in reservoir
Give only cost of intake, or headworks, pumps, storage reservoirs and other conduits described herein. cost estimated at $200,000

## Completion Schedule

10. **Construction work** will begin on or before .... October 1, 1952

Construction work will be completed on or before .... December 31, 1953

The water will be completely applied to the proposed use on or before .... January 1, 1957

## Description of Proposed Use

11. **Place of Use.** 12,600 acres gross as shown on map accompanying this
State 40-acre subdivisions of the public land survey. If area is unsurveyed indicate the location as if lines of the public land survey were projected. In the case of irrigation use state the number of acres to be irrigated in each 40-acre tract, if space permits. If space does not permit listing of all

application. Net irrigable area 8000 acres

40-acre tracts, describe uses in a general way and show detail upon map. These blanks need not be filled in when municipal use is proposed.

**Does applicant own the land whereon use of water will be made?** .... No
Yes or No

Water is to be used on lands of stockholders in Company
If applicant does not own land whereon use of water will be made, state what arrangements have been made with owner.

12. **Domestic Use.** Domestic use is proposed as follows: Usual domestic requirements
Describe nature of use which may include stock water and the irrigation of domestic
in farm residences. Use is incidental to irrigation purposes
gardens not exceeding one-half acre with each place of residence. State number and kind of stock to be watered, number of houses and people to be served.

The amount for which application is made was determined by.......... (See letter of Sept. 7, 1956 ERP 9/6/56)
Describe basis of quantity needed

13. **Irrigation Use.** The area to be irrigated is .... 8000 .......... acres.
State net acreage to be irrigated

The segregation of acreage as to crops is as follows: Rice .......... acres; alfalfa .......... acres;

orchard .... 8000 .......... acres; general crops .......... acres; pasture .......... acres.

Note.—Care should be taken that the various statements as to acreage are consistent with each other, with the statement in Paragraph 11, and with the map.

The irrigation season will begin about .... April 1 .... and end about .... December 31
Beginning date each season                    Closing date each season

The land to be irrigated has another [struck: no other] water right or source of water supply other than that herein applied for. The nature

and amount of the additional supply referred to is .... uncertain. Some from Metropolitan Water District and some from ground water beneath the service area

14. **Power Use.** The total fall to be utilized is .......... feet.
Difference between nozzle or draft tube water level and first free water surface above

The maximum amount of water to be used through the penstock is .......... cubic feet per second.

The maximum theoretical horsepower capable of being generated by the works is .......... horsepower.
Second feet × fall ÷ 8.8

The use to which the power is to be applied is .......... 
For distribution and sale or private use, etc.

The nature of the works by means of which power is to be developed is .......... 
Turbine, Pelton wheel, etc.

The size of the nozzle to be used is .......... inches.

The water will / will not be returned to.......... in .......... of..........
Name stream                    State 40-acre subdivision

Sec.......... , Tp.......... , R.......... , .......... , .......... M.

SDCWC.
Applic. 11578
Filed Aug 3 1951

3248

DO NOT WRITE IN THIS SPACE

ATTACH EXTRA SHEETS HERE

**15. Municipal Use.** This application is made for the purpose of serving................................................................
................................................................................ having a present population of.........................................

The estimated average daily consumption during the tenth of maximum use at the end of each five-year period until the

full amount applied for is put to beneficial use is as follows:

...........................................................................................................................................................................

...........................................................................................................................................................................

...........................................................................................................................................................................

**16. Mining Use.** The name of the mining property to be served is.................................................................

................................................................ and the nature of the mines is................................................................

The method of utilizing the water is.................................................................................................................................

It is estimated that the ultimate water requirement for this project will be......................................................................

The water will / will not be polluted by chemicals or otherwise.......................................................................................

and it will / will not be returned to.................................................. in.................................................. of

Sec................., Tp................., R................., .........................M.

**17. Industrial Use.** The nature of the use proposed is.................................................................................................

...........................................................................................................................................................................

The amount for which application is made was determined by.........................................................................................

...........................................................................................................................................................................

**18. Recreational Use.** Water will be used for.................................................................................................................

The amount for which application is made was determined by.........................................................................................

## General

**19.** Are the maps as required by the Rules and Regulations filed with Application?............**Yes**............. If not,

state specifically the time required for filing same ........................................................ (b) **No**

**20.** Does the applicant own the land at the proposed point of diversion? **No** ........................ If not, state what

" { (b) The Vail Company } steps have been taken to secure right of access thereto. **None as yet.  Company has power to condemn**
5658 Wilshire Blvd, L.A. 36, Calif.

**21.** What is the name of the post office most used by those living near the proposed point of diversion?

**Fallbrook, Calif.**

**22.** What are the names and addresses of claimants of water from the source of supply below the proposed point

of diversion? **Fallbrook Public Utility**

**U.S. Marine Camp Pendleton**

SMMW CO.
Aplic. 11576.
Filed Aug 3 1951

[SIGNATURE OF APPLICANT] *Santa Margarita Mutual Water Co*
*by Richard C. Yarnell (seal)*

3250

FILE IN DUPLICATE

[ For full information concerning the filling out of this form refer to Regu-
lation 4 of Rules and Regulations Governing the Appropriation of Water ]

## STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC WORKS
### DIVISION OF WATER RESOURCES
#### STATE ENGINEER

Application No. **12152** Filed November 12, 1947 at 8:38 A. M.
(Applicant must not fill in the above blanks)

# APPLICATION TO APPROPRIATE UNAPPROPRIATED WATER
### This application involves in no way the right to construct a dam

I.

Name SANTA MARGARITA MUTUAL WATER CO.

of FALLBROOK County of SAN DIEGO
Post office

State of CALIFORNIA , do hereby make application for a permit to appropriate the following described unappropriated waters of the State of California, SUBJECT TO EXISTING RIGHTS:

## Source, Amount, Use and Location of Diversion Works

1. The source of the proposed appropriation is SANTA MARGARITA R.
Give name of source and state nature of source and that it is unnamed

located in San Diego County, tributary to Pacific Ocean

2. The amount of water which applicant desires to appropriate under this application is as follows:

(a) For diversion to be directly applied to beneficial use without storage 80 cubic feet per
1 cubic foot per second equals 50 miner's inches or 646,317 gallons per day

second, to be diverted from January 1 to November 31 of each season.
Beginning                    Closing

(b) For diversion to be stored temporarily and later applied to beneficial use 60,000 acre-feet
1 acre-foot equals 325,851 gallons

per annum, to be collected between January 1 and December 31 of each season.
Beginning                    Closing

NOTE.—Answer (a) or (b) or both (a) and (b) as may be necessary. The amounts stated must be over a period of years unit of measurement. Neither these amounts nor the season may be increased after application is filed. **if necessary**

3. The use to which the water is to be applied is Irrigation and incidental domestic use.
purposes.

4. The point of diversion is to be located See supplement
State bearing and distance from section or quarter section corner

being within the
State 40-acre subdivision of U. S. Government survey or projection thereof

of Section , Tp. , R. M., in the County of

5. The main conduit terminates in of Sec. , Tp. , R. M.
State 40-acre subdivision of U. S. Government survey or projection thereof

## Description of Diversion Works

NOTE.—An application can not be approved for an amount grossly in excess of the estimated capacity of the diversion works

6. Intake or Headworks (fill only those blanks which apply) **See supplement**

(a) Diversion will be made by pumping: Capacity of plant gallons per minute.

(b) Diversion will be by gravity, the diverting dam being feet in height (stream bed to
level of overflow) ; feet long on top; and constructed of
Concrete, earth, brush, etc.

(c) The storage dam will be feet in height (stream bed to overflow level) ; feet
long on top; have a freeboard of feet, and be constructed of
Concrete, earth, etc.

7. Storage Reservoir Fallbrook reservoir site (See supplement)

The storage reservoir will flood lands in
Indicate section or sections, also 40-acre subdivisions unless shown upon map

8. **Conduit System.** (describe main conduits only.)

(a) Canal, ditch, flume: Width on top (at water line) .............. feet; width at bottom ..............

feet; depth of water .............. feet; length .............. feet; grade .............. feet per 1,000 feet; materials

of construction .............. 

(b) Pipe line: Diameter .............. inches; length .............. feet; grade .............. feet per

1,000 feet; total fall from intake to outlet.............. feet; kind ..............

NOTE.—If a combination of different sizes or kinds of conduit is to be used, attach extra sheets with complete description, also show location of each clearly on map.

9. The estimated capacity of the diversion works proposed is ..............

The estimated cost of the diversion works proposed is ..............

# Completion Schedule

10. Construction work will begin on or before ..............

Construction work will be completed on or before..............

The water will be completely applied to the proposed use on or before ..............

# Description of Proposed Use

11. **Place of Use. Portions of Sections 7,8,9,15,16,17,18,20,21,22,27,28,29,30,31,**
**32,33,34 and 35 T9S R3W; Sections 3,4,5,6,7,8,9 and 18 T10S R3W; Sections 12,13,25 and**
**36 T9S R4W SBB&M and of Sections 1,12 and 13, T10S R4W SBB&M (partially projected)**

Does applicant own the land whereon use of water will be made? **No**

**Water is to be used on lands of stockholders in company**

If applicant does not own land whereon use of water will be made, state what arrangements have been made with owner.

12. **Domestic Use.** Domestic use is proposed as follows: ..............

..............

..............

The amount for which application is made was determined by ..............

13. **Irrigation Use.** The area to be irrigated is .............. acres.

The segregation of acreage as to crops is as follows: Rice.............. acres; alfalfa .............. acres;

orchard.............. acres; general crops.............. acres; pasture .............. acres.

NOTE.—Care should be taken that the various statements as to acreage are consistent with each other, with the statement in Paragraph 11, and with the map.

The irrigation season will begin about **January 1** and end about **December 31**

The land to be irrigated has **another** water right or source of water supply other than that herein applied for. The nature and amount of the additional supply referred to is **Some of lands are now irrigated from private dug wells but supply is inadequate for even present development**

14. **Power Use.** The total fall to be utilized is .............. feet.

The maximum amount of water to be used through the penstock is .............. cubic feet per second.

The maximum theoretical horsepower capable of being generated by the works is .............. horsepower.

The use to which the power is to be applied is ..............

The nature of the works by means of which power is to be developed is ..............

The size of nozzle to be used is.............. inches.

The water **will / will not** be returned to .............. in .............. of

SUPPLEMENT

1. Damsite will be on Santa Margarita River between NW¼ of Section 7, T9S R3W and NW¼ of Section 13, T9S R4W, SBB&M, partially projected, both inclusive.  Location will be determined by surveys while application is being completed.  The total watershed area above the upper site is about 660 square miles.  There are only 2 to 3 square miles of watershed between the two locations and no diversions.  A dam at either site would control essentially the same water.  There are no diversions between the upper and lower limits noted above.

2. Point of direct diversion will be at same location as damsite noted above.

3. Water will be pumped to the place of use.

SMMW CO.
Application No. 12152
Filed Nov. 12, 1947.

**15. Municipal Use.** This application is made for the purpose of serving ........................................................
<span style="font-size:small">Name city or cities, town or towns.   Urban areas only</span>

.......................................................................................having a present population of ........................

The estimated average daily consumption during the month of maximum use at the end of each five-year period until the

full amount applied for is put to beneficial use is as follows:

........................................................................................................................................................

........................................................................................................................................................

........................................................................................................................................................

........................................................................................................................................................

**16. Mining Use.** The name of the mining property to be served is ........................................................
<span style="font-size:small">Name of claim</span>

..........................................................................and the nature of the mines is ..........................................
<span style="font-size:small">Gold placer, quartz, etc.</span>

The method of utilizing the water is ................................................................................................................

It is estimated that the ultimate water requirement for this project will be ..............................................................
<span style="font-size:small">Cubic feet per second, gallons per minute.   State basis of estimate</span>

The water $\begin{smallmatrix}\text{will}\\\text{will not}\end{smallmatrix}$ be polluted by chemicals or otherwise ........................................
<span style="font-size:small">Explain nature of pollution, if any</span>

and it $\begin{smallmatrix}\text{will}\\\text{will not}\end{smallmatrix}$ be returned to ................................................in ................................of
<span style="font-size:small">Name stream</span>      <span style="font-size:small">State 40-acre subdivision</span>

Sec. ................, Tp. ........................, R. ................, ..................M.

**17. Industrial Use.** The nature of the use proposed is ..........................................................................
<span style="font-size:small">Describe nature and method of use</span>

The amount for which application is made was determined by ..................................................................................
<span style="font-size:small">Describe basis of estimate of quantity needed</span>

**18. Recreational Use.** Water will be used for ..........................................................................................
<span style="font-size:small">Describe nature and method of use</span>

The amount for which application is made was determined by ..................................................................................
<span style="font-size:small">Describe basis of estimate of quantity needed</span>

# General

**19.** Are the maps as required by the Rules and Regulations filed with Application? ........**No**........ If not,
<span style="font-size:small">Yes or No</span>

state specifically the time required for filing same ................**one year**................

**20.** Does the applicant own the land at the proposed point of diversion? ........**No**........ If not, state what
<span style="font-size:small">Yes or No</span>

steps have been taken to secure right of access thereto ..................................................................................

**21.** What is the name of the post office most used by those living near the proposed point of diversion?

........**Fallbrook, California**..........................................................................................................

**22.** What are the names and addresses of claimants of water from the source of supply below the proposed point

of diversion? **United States Marine Base, Camp Pendleton, Oceanside, California**

........................................................................................................................................................

SMMW CO.
Application No. 12152
Filed Nov. 12, 1947

*Sa La Margarita Mutual Wat. Co.*

[SIGNATURE OF APPLICANT] ..............................................................

3254

FILE IN DUPLICATE

[For information concerning the filling out of this form or in Regulation of Rules and Regulations Governing the Appropriation of Water]

## STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC WORKS
### DIVISION OF WATER RESOURCES
#### STATE ENGINEER

Application No. **12152** Filed November 12, 1947 at 8:38 A. M.

APPLICATION RECEIVED

# APPLICATION TO APPROPRIATE UNAPPROPRIATED WATER
### This application involves in no way the right to construct a dam

I, SANTA MARGARITA MUTUAL WATER CO.
Name of applicant

of FALLBROOK County of SAN DIEGO
Post Office

State of CALIFORNIA, do hereby make application for a permit to appropriate the following described unappropriated waters of the State of California, *SUBJECT TO EXISTING RIGHTS:*

## Source, Amount, Use and Location of Diversion Works

1. The source of the proposed appropriation is Santa Margarita River
   Give name of stream, lake, etc., if named; if unnamed state nature of source and that it is unnamed

located in San Diego County, tributary to Pacific Ocean

2. The amount of water which applicant desires to appropriate under this application is as follows:

(a) For diversion to be directly applied to beneficial use without storage 60 cubic feet per
1 cubic foot per second equals 40 statute miner's inches or 646,317 gallons per day

second, to be diverted from January 1 to December 31 of each season.
Beginning date each season     Closing date each season

(b) For diversion to be stored temporarily and later applied to beneficial use 60,000 acre-feet
1 acre-foot equals 325,851 gallons

per annum, to be collected between January 1 and December 31 of each season, and over a period of years
Beginning date each season     Closing date each season     if necessary

NOTE.—Answer (a) or (b) or both (a) and (b) as may be necessary. The amounts stated must be in definite terms of some established units of measurement. Neither these amounts nor the season may be increased after application is filed.

3. The use to which the water is to be applied is Irrigation and incidental domestic use
   Domestic, irrigation, power, municipal, mining, industrial, recreational
   purposes.

4. The point of diversion is to be located See supplement
   State bearing and distance or coordinate distances to section or quarter section corner

being within the
   State 40-acre subdivision of U. S. Government survey or projection thereof

of Section Tp. R. M., in the County of

5. The main conduit terminates in NE¼ of SE¼ of Sec. 18, Tp. 9S, R. 3W, SBB&M.
   State 40-acre subdivision of U. S. Government survey or projection thereof

## Description of Diversion Works

NOTE.—An application can not be approved for an amount grossly in excess of the estimated capacity of the diversion works

6. Intake or Headworks (fill only those blanks which apply) See supplement

(a) Diversion will be made by pumping; Capacity of plant gallons per minute.

(b) Diversion will be by gravity, the diverting dam being feet in height (stream bed to level of overflow); feet long on top; and constructed of
   Concrete, earth, brush, etc.

(c) The storage dam will be feet in height (stream bed to overflow level); feet long on top; have a board of feet, and be constructed of
   Concrete, earth, etc.

7. Storage Reservoir Fallbrook reservoir site (See supplement)
   Name

The storage reservoir will flood lands in
   Indicate section or sections, also 40-acre subdivisions unless shown upon map

It will have a surface area of acres, and a capacity of acre-feet.
☞ In case of insufficient space for answers in form, attach extra sheets at top of page 3 and cross refer

3255

SMM Co.

8. **Conduit System** (describe the main conduits only)

(a) Canal, ditch, flume: Width on top (at water line) ............................feet; width at bottom ..........
Cross out two not used

feet; depth of water ................... feet; length ................... feet; grade ................... feet per 1,000 feet; materials

of construction ...................
Earth, rock, timber, etc.

(b) Pipe line: Diameter........................ inches; length....................feet; grade ....................feet per

1,000 feet; total fall from intake to outlet....................feet; kind ....................
Riveted steel, cement, wood-stave, etc.

NOTE.—If a combination of different sizes or kinds of conduit is to be used, attach extra sheets with complete description, also show
location of each clearly on map.

9. The estimated capacity of the diversion works proposed is ....................
State cubic feet per second or gallons per minute

The estimated cost of the diversion works proposed is *in excess of 1,000,000*
Give note cost of intake, or headworks, pumps, storage reservoirs and main
conduits described herein

## Completion Schedule

10. Construction work will begin on or before *1 January 1952*

Construction work will be completed on or before *1 January 1956*

The water will be completely applied to the proposed use on or before *1 January 1960*

## Description of Proposed Use

11. **Place of Use.** Portions of Sections 7,8,9,15,16,17,18,20,21,22,27,28,29,30,31,
State where subdivisions of the public land survey. If area is unsurveyed indicate the location as if lines of the public land

32,33,34 and 35 T9S R3W: Sections 3,4,5,6,7,8,9 and 18 T10S R3W: Sections 12,13,25 and
survey were projected. In the case of irrigation use state the number of acres to be irrigated in each 40-acre tract, if space permits. If space does not permit listing all 40-acre

36 T9S R4W SBB&M and of Sections 1,12 and 13, T10S R4W SBB&M (partially projected)
tracts, describe area in a general way and show detail upon map. These blanks need not be filled in when municipal use is proposed.

Does applicant own the land whereon use of water will be made? ....No....
Yes or No

Water is to be used on lands of stockholders in company
If applicant does not own land whereon use of water will be made, state what arrangements have been made with owner.

12. **Domestic Use.** Domestic use is proposed as follows: *Incidental to use of*
Describe nature of use which may include stock water and the irrigation of domestic

*irrigation supply*
gardens not exceeding one-half acre each in area connected with places of residence.

The amount for which application is made was determined by....................
Describe basis of quantity needed

13. **Irrigation Use.** The area to be irrigated is....*12000*....................acres.
State net acreage to be irrigated

The segregation of acreage as to crops is as follows: Rice....................acres; alfalfa....................acres;

orchard *12000*....................acres; general crops....................acres; pasture....................acres.

NOTE.—Care should be taken that the various statements as to acreage are consistent with each other, with the statement in Paragraph 11,
and with the map.

The irrigation season will begin about.....**January 1**.....and end about.....**December 31**.....
Beginning date each season                                    Closing date each season

The land to be irrigated has ~~another~~ water right or source of water supply other than that herein applied for. The nature
no other                  Some of lands are now irrigated from private dug wells

and amount of the additional supply referred to is.**but supply is inadequate for even present development**

14. **Power Use.** The total fall to be utilized is....................feet.
Difference between nozzle or draft tube water level and first free water surface above

The maximum amount of water to be used through the penstock is....................cubic feet per second.

The maximum theoretical horsepower capable of being generated by the works is....................horsepower.
Second feet × fall ÷ 8.8

The use to which the power is to be applied is....................
For distribution and sale or private use, etc.

The nature of the works by means of which power is to be developed is....................
Turbine, Pelton wheel, etc.

The size of nozzle to be used is....................inches.

3256

SUPPLEMENT

1. Damsite will be on Santa Margarita River between NW¼ of
Section 7, T9S R3W and NW¼ of Section 13, T9S R4W, SBB&M, partially
projected, both inclusive. Location will be determined by surveys
while application is being completed. The total watershed area
above the upper site is about 660 square miles. There are only 2
to 3 square miles of watershed between the two locations and no
diversions. A dam at either site would control essentially the
same water. There are no diversions between the upper and lower
limits noted above.

2. Point of direct diversion will be at same location as
damsite noted above.

3. Water will be pumped to the place of use.

SMMW Co.
Application No. 12115
Filed Jan. 27, 1940

**ATTACH EXTRA SHEETS HERE**

15. **Municipal Use.** This application is made for the purpose of serving _____
<span style="font-size:small">Name city or cities, town or towns.  Urban areas only</span>
_____having a present population of_____

The estimated average daily consumption during the month of maximum use at the end of each five-year period until the

full amount applied for is put to beneficial use is as follows:

_____

_____

_____

16. **Mining Use.** The name of the mining property to be served is_____
<span style="font-size:small">Name of claim</span>
_____and the nature of the mines is_____
<span style="font-size:small">Gold placer, quartz, etc.</span>

The method of utilizing the water is_____

It is estimated that the ultimate water requirement for this project will be_____
<span style="font-size:small">Cubic feet per second, gallons per minute.  State basis of estimate</span>

The water will / will not be polluted by chemicals or otherwise_____
<span style="font-size:small">Explain nature of pollution, if any</span>

and it will / will not be returned to_____in_____of
<span style="font-size:small">Name stream</span>  <span style="font-size:small">State 40-acre subdivision</span>

Sec._____, Tp._____, R._____, _____M.

17. **Industrial Use.** The nature of the use proposed is_____
<span style="font-size:small">Describe nature and method of use</span>

The amount for which application is made was determined by_____
<span style="font-size:small">Describe basis of estimate of quantity needed</span>

18. **Recreational Use.** Water will be used for_____
<span style="font-size:small">Describe nature and method of use</span>

The amount for which application is made was determined by_____
<span style="font-size:small">Describe basis of estimate of quantity needed</span>

## General

19. Are the maps as required by the Rules and Regulations filed with Application?____No____ If not,
<span style="font-size:small">Yes or No</span>

state specifically the time required for filing same_____one year

20. Does the applicant own the land at the proposed point of diversion?____No____ If not, state what
<span style="font-size:small">Yes or No</span>

steps have been taken to secure right of access thereto.

21. What is the name of the post office most used by those living near the proposed point of diversion?

Fallbrook, California

22. What are the names and addresses of claimants of water from the source of supply below the proposed point

of diversion? United States Marine Base, Camp Pendleton, Oceanside, California

_____

_____

_____

_Santa Margarita Mutual Water Co._

3258

[SIGNATURE OF APPLICANT]_____

<span style="font-size:small">State Co.<br>Application No. 1215<br>Filed Jun. 27, 1945</span>

FILE IN DUPLICATE

[ . . . . . . . . . . on the filing out of this form refer to Regu-
lations of rules and dep 1 time (not cover the Appropriation of Water)]

STATE OF CALIFORNIA  DEPARTMENT OF PUBLIC WORKS
DIVISION OF WATER RESOURCES
STATE ENGINEER

AMENDED
Application No. 12152....... Filed November 12, 1947 at 8:38...... AM.

LICENSED APPLICATION RECEIVED 1/57

# APPLICATION TO APPROPRIATE UNAPPROPRIATED WATER

### This application involves in no way the right to construct a dam

I, .....Santa Margarita Mutual Water Co................................................................
Name of applicant

of .....Fallbrook...................................................... County of ....... San Diego.........................
Post office

State of ....... California............... , do hereby make application for a permit to appropriate the
following described unappropriated water of the State of California, SUBJECT TO EXISTING RIGHTS:

## Source, Amount, Use and Location of Diversion Works

1. **The source** of the proposed appropriation is ..... Santa Margarita River.................
(Give name of stream, lake, etc. If it is an unnamed state source of source and that it is unnamed)

located in .....San Diego........... County, tributary to ....... Pacific Ocean........................

2. **The amount** of water which applicant intends to appropriate under this application is as follows:

(a) For diversion to be directly applied to beneficial use without storage ..... 60.......cubic feet per
1 cubic foot per second equals 40
miner's inches or 646,317
gallons per day

second, to be diverted from ..... January 1........... to ..... December 31........of each season.
Beginning date each season                                    Closing date each season

(b) For diversion to be stored temporarily and later applied to beneficial use ..... 60,000.......acre-feet
cumulatively                                                    1 acre-foot equals 325,851 gallons

per annum, to be collected between ..... January 1........ and ..... December 31........of each season,
over a period of years if necessary
NOTE.—Amounts (a) or (b) or both (a) and (b) may be necessary. The amounts stated must be in definite terms of some established
unit of measurement. Neither these amounts nor the season may be increased after application is filed.

3. **The use** to which the water is to be applied is  Irrigation and incidental domestic use
Domestic, irrigation, power, municipal, mining, industrial, recreational

.................................................................................................................................purposes.

4. **The point of diversion** is to be located  a. dam extending S 40° 20' 30" E 896'
Give bearing and distance or coordinate distances to section or quarter section corner

.and N 71° 30' W 590' from a point 1242' S and 440' of NW cor.Sec.7
T9S R3W

being within the..NE¼  NE¼......................................................................................
State 40-acre subdivision of U. S. Government survey or projection thereof

of Section ..12...., Tp...9..S..., R...4..W.., SBB & M., in the County of ..... San Diego...........................
at SW cor,

5. **The main conduit** terminates in ..NW¼  NW¼....., of Sec..28...., Tp...9..S..., R.3..W...., SBB & M.
State 40-acre subdivision of U. S. Government survey or projection thereof

## Description of Diversion Works

NOTE.—An application can not be approved for an amount greatly in excess of the estimated capacity of the diversion works.

6. **Intake or Headworks** (fill only those blanks which apply)

(a) Diversion will be made by pumping; Capacity of plant ..... 30,000.... gallons per minute.

(b) Diversion will be by gravity, the diverting dam being ...................................feet in height (stream bed to

level of overflow) ; ...................feet long on top; and constructed of.................................................
Concrete, earth, brush, etc.

(c) The storage dam will be .....178.5... feet in height (stream bed to overflow level) ; ...1486..........feet

long on top; have a freeboard of.....25..........feet, and be constructed of...... earth...............................
Concrete, earth, etc.

7. **Storage Reservoir** .....Fallbrook..................................................................
Name
Sec.33 T8S R3W   Sec.36 T8S R4W
The storage reservoir will flood lands in Secs.4,5,6,7,8,9, T9S R3W Sec.1 & 12,T9S R4W
Indicate section or sections; also 40-acre subdivisions unless shown upon map   all SBB&M

8. **Conduit System** (describe m. in conduit body)

(a) **Canal**, ditch, flume. Width on top (at water line).................feet; width at bottom................

feet; depth of water.............................feet; long ....................feet; grade ...............feet per 1,000 feet; materials

of construction...................................................Earth, rock, timber, etc.

(b) **Pipe line:** Diameter ___54 inches___ length ___14,816___ feet. To saddle 31' per 1000
                                      ___48___ inches; length ___14,524___ feet; grade ....................feet per
rise
1,000 feet; total fall from intake is not less .....515....... feet; kind ___Riveted Steel___  down grade from saddle 10'
                                                                                                 per 1000

NOTE.—If a combination of different sizes or kinds of conduit is to be used, attach extra sheets for complete description, also show location of each clearly on map.

9. **The estimated capacity** of the diversion works proposed is ___50,000 gallons per minute___
                                                                    State cubic feet per second or gallons per minute

**The estimated cost** of the diversion works proposed is ___$6,500,000___
                                                               Give only cost of intake, or headworks, pumps, storage reservoirs and main conduits described herein.

## Completion Schedule

10. **Construction work** will begin on or before ......October 1, 1952

Construction work will be completed on or before .............December 31, 1955

The water will be completely applied to the proposed use on or before .....January 1, 1959

## Description of Proposed Use

11. **Place of Use.** ___12,600 acres gross as shown on map accompanying this___
                                          State 40-acre subdivisions of the public land survey. If area is unsurveyed indicate the location as if lines of the public land
___application. Net irrigable area 8000 acres___
survey were projected. In the case of irrigation use state the number of acres to be irrigated in each 40-acre tract, if space permits. If space does not permit listing of all
40-acre tracts, describe area in a general way and show detail upon map. These blanks need not be filled in when subdivided use is proposed.

**Does applicant own the land** whereon use of water will be made? ....No.....
                                                                       Yes or No
___Water to be used on lands of Stockholders in Company___
___None___     ___Applicant has power of condemnation___
If applicant does not own land whereon use of water will be made, state what arrangements have been made with owner.

12. **Domestic Use.** Domestic use is proposed as follows: ___Usual domestic requirements___
                                                                  Describe nature of use which may include stock water and the irrigation of domestic
___in farm residences. Use is incidental to irrigation purposes.___
gardens not exceeding one-half acre with each place of residence. State number and kind of stock to be watered, number of houses and people to be served.

**The amount for which application** is made was determined by..........................................................
                                                                        Describe basis of quantities needed

13. **Irrigation Use.** The area to be irrigated is.........8000..............................................acres.
                                                           State net acreage to be irrigated

The segregation of acreage as to crops is as follows: Rice...................acres; alfalfa.....................acres;

orchard.....8000...............acres; general crops.....................acres; pasture.....................acres.

NOTE.—Care should be taken that the various statements as to acreage are consistent with each other, with the statement in Paragraph 11, and with the map.

The irrigation season will begin about.......April 1..........and end about.......December 31.......
                                            Beginning date each season                        Closing date each season

**The land to be irrigated has** another water right or source of water supply other than that herein applied for. The nature
                            has no

and amount of the additional supply referred to is..uncertain. Some from Metropolitan Water Dist.
and some from ground water beneath the service area

14. **Power Use.** The total fall to be utilized is..................................................................feet.
                                                        Difference between nozzle or draft tube water level and free water surface above

The maximum amount of water to be used through the penstock is ...................................cubic feet per second.

The maximum theoretical horsepower capable of being generated by the works is ..........................horsepower.
                                                                                    Second feet X fall ÷ 8.8

The use to which the power is to be applied is.................................................................
                                                        For distribution and sale or private use, etc.

The nature of the works by means of which power is to be developed is ....................................
                                                                          Turbine, Pelton wheel, etc.

The size of the nozzle to be used is....................inches.

The water will be returned to.......................in....................of
            will not              Name stream              State 40-acre subdivision

Sec..........., Tp.........., R.........., M.

3260

SMMW CO
Application No. 12152
Filed Aug. 3, 1951

See Application 11578
See later of Sept. 4, 1951
R.P. Water

Supplement   (See letter of Sept. 1, 1951 from appl.)
E.F.P. 9/6/51

(20). Names & addresses of owners at the point of diversion

James O. Turnbull
Rt. 2  Box 3
Fallbrook, California

Walter Dickey
General Delivery
Fallbrook, California

John R. Easton
P.O. Box 691
Fallbrook, California

Robert Morse
3096 - 15th St.
San Diego, California

Richard Bray
P.O. Box 665
Fallbrook, California

Henry A. (Gene) Martin
1133 So. Loma Ave.
El Monte, California

SMWW CO.
Application No. 12152
Filed Aug. 3, 1951

DO NOT WRITE IN THIS SPACE

ATTACH EXTRA SHEETS HERE

15. **Municipal Use.** This application is made for the purpose of serving............................................................
.......................................................................................... having a present population of.........................................

The estimated average daily consumption during the month of maximum use at the end of each five-year period until the full amount applied for is put to beneficial use is as follows:

.......................................................................................................................................
.......................................................................................................................................
.......................................................................................................................................

16. **Mining Use.** The name of the mining property to be served is........................................
.................................................................. and the nature of the mines is..........................................

The method of utilizing the water is................................................................................................

It is estimated that the ultimate water requirement for this project will be............................................................

The water $\frac{\text{will}}{\text{will not}}$ be polluted by chemicals or otherwise ..........................................................

and it $\frac{\text{will}}{\text{will not}}$ be returned to....................................in....................................of

Sec......................, Tp......................, R......................, ........................M.

17. **Industrial Use.** The nature of the use proposed is..........................................

.......................................................................................................................................

The amount for which application is made was determined by..........................................

18. **Recreational Use.** Water will be used for..........................................

The amount for which application is made was determined by..........................................

.......................................................................................................................................

# General

19. Are the maps as required by the Rules and Regulations filed with Application?........**Yes**..........If not, state specifically the time required for filing same..........................................

20. Does the applicant own the land at the proposed point of diversion?..........**No**..........If not, state what steps have been taken to secure right of access thereto....**Numerous owners. Company has power of condemnation** (See Supplement)

21. What is the name of the post office most used by those living near the proposed point of diversion?

.......**Fallbrook**.......

22. What are the names and addresses of claimants of water from the source of supply below the proposed point of diversion?.......**U.S. Marine Camp Pendleton**.......

.......................................................................................................................................
.......................................................................................................................................
.......................................................................................................................................

3262

[SIGNATURE OF APPLICANT] *Santa Margarita Mutual Water Co.*
*by Richard C. Quinell (Sec'd)*
SMMW CO.
Application No. 12152

FILE IN DUPLICATE

STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC WORKS
DIVISION OF WATER RESOURCES

Application No. _____ Dated ____ October 11, 1945 ____ at __ 11:55 A. M.

APPLICATION TO APPROPRIATE UNAPPROPRIATED WATER

I, ____ FALLBROOK PUBLIC UTILITY DISTRICT , a municipal corporation

of ____ Fallbrook _____ County of _____ San Diego _____

State of ____ California _____ do hereby make application for a permit to appropriate the

following described unappropriated waters of the State of California, SUBJECT TO EXISTING RIGHTS:

## Source, Amount, Use and Location of Diversion Works

1. The source of the proposed appropriation is ____ Santa Margarita River ____

located in ____ San Diego ____ County, tributary to ____ Pacific Ocean ____

2. The amount of water which applicant desires to appropriate under this application is as follows:

   (a) For diversion to be directly applied to beneficial use without storage, ____ 22(TWO & ONE half) ____ cubic feet per

second, to be diverted from ____ January 1 ____ to ____ December 31 ____ of each season.

   (b) For diversion to be stored temporarily and later applied to beneficial use, ____ none ____ acre-feet

per annum, to be collected between _____ and _____ of each season.

   NOTE.—Answer (a) or (b) or both (a) and (b) as may be necessary. The amounts stated must be in definite terms of some established unit of measurement. Neither these amounts nor the season may be increased after application is filed.

3. The use to which the water is to be applied is ____ Domestic and municipal use & irrigation ____ purposes.

4. The point of diversion is to be located ____ 2251 West of center line NW¼-N¼ Sec. 7-9S
At a point approximately 1,920 feet NW¼ from W. center line of Sec. 7,
T9S, R3W, SBB&M & 1,550 feet W of N & S center line of Sec. 7, T9S, R3W.

being within the ____ E¼ of NW¼ of NW¼ ____ of Section ____ 7 ____, Tp. ____ 9S ____, R. ____ 3W ____, S.B.B.&M., in the County of ____ San Diego ____

5. The main conduit terminates in F.P.U.D., system Sec. 24 , Tp. 9S , R. 3W , S.B.M.

## Description of Diversion Works

NOTE.—An application can not be approved for an amount grossly in excess of the estimated capacity of the diversion works

6. Intake or Headworks (fill only those blanks which apply)

   (a) Diversion will be made by pumping: Capacity of plant ____ 1500 ____ gallons per minute.

   (b) Diversion will be by gravity, the diverting dam being _____ feet in height (stream bed to

level of overflow); _____ feet long on top; and constructed of _____

   (c) The storage dam will be _____ feet in height (stream bed to overflow level); _____ feet

long on top; have a freeboard of _____ feet, and be constructed of _____

7. Storage Reservoir

The storage reservoir will flood lands in _____

3263

8. Conduit System (describe main conduits only)

(a) Canal, ditch, flume: Width on top (at water line)_____ feet; width at bottom _____

feet; depth of water _____ feet; length _____ feet; grade _____ feet per 1,000 feet; materials

of construction _____

(b) Pipe line: Diameter __12__ inches; length __7,000__ feet; grade _____ feet per

1,000 feet; total fall from intake to outlet _____ feet; kind __welded steel__

Note—If a combination of different sizes or kinds of conduits is to be used, attach extra sheets with complete description, also show location of each clearly on map.

9. The estimated capacity of the diversion works proposed is __1,500__ g.p.m.

The estimated cost of the diversion works proposed is __$30,000.00__

## Completion Schedule

10. Construction work will begin on or before __January 15, 1947__

Construction work will be completed on or before __January 15, 1949__

The water will be completely applied to the proposed use on or before __December 31, 1949__

## Description of Proposed Use

11. Place of Use. __Fallbrook Public Utility District (see map attached)__

Does applicant own the land whereon use of water will be made __No, except office & water works__

12. Domestic Use. Domestic use is proposed as follows: __Gardens, family orchards, stock, industrial poultry, residences, etc.__

The amount for which application is made was determined by __an estimate for population of 3,000__

13. Irrigation Use. The area to be irrigated is __five thousand (5,000)__ acres, __of a municipal corporation__

The segregation of acreage as to crops is as follows: Rice, _____ acres; alfalfa _____ acres;

orchard _____ acres; general crops _____ acres; pasture _____ acres.

The irrigation season will begin about __April 1st__ and end about __November 1st__

The land to be irrigated has __another__ water right or source of water supply other than that herein applied for. The nature and amount of the additional supply referred to is __San Luis Rey Permit #5227, 2500 ac. ft; private wells__

14. Power Use. The total fall to be utilized is __none__

The maximum amount of water to be used through the penstock is __none__ cubic feet per second.

The maximum theoretical horsepower capable of being generated by the works is _____ horsepower.

The use to which the power is to be applied is _____

The nature of the works by means of which power is to be developed is _____

The size of nozzle to be used is _____ inches.

The water will be returned to _____ is _____

3264

DO NOT WRITE IN THIS SPACE

ATTACH EXTRA SHEETS HERE

15. **Municipal Use.** This application is made for the purpose of serving the Fallbrook Public
Utility District, a public and municipal corporation having a present population of 1,000.
There are no incorporated towns within the District
The estimated average daily consumption during the month of maximum use at the end of each five-year period until the
full amount applied for is put to beneficial use is as follows:

_____1,620,000 gallons from the end of the first year after the_____

_____application is granted._____

_____

16. **Mining Use.** The name of the mining property to be served is_____
_____and the nature of the mines is_____

The method of utilizing the water is_____

It is estimated that the ultimate water requirement for this project will be_____

The water will / will not be polluted by chemicals or otherwise_____
and is will / will not be returned to_____ in_____ of

Sec._____ Tp._____ R._____ M.

17. **Industrial Use.** The nature of the use proposed is_____

The amount for which application is made was determined by_____

18. **Recreational Use.** Water will be used for_____

The amount for which application is made was determined by_____

# General

19. Are the maps as required by the Rules and Regulations filed with Application? Yes _____ If not,
state specifically the time required for filing same_____

20. Does the applicant own the land at the proposed point of diversion? Yes _____ If not, state what
steps have been taken to secure right of access thereto_____

21. What is the name of the post office most used by those living near the proposed point of diversion?
_____Fallbrook_____

22. What are the names and addresses of claimants of water from the source of supply below the proposed point
of diversion?_____none_____

_____

FPUD
Appl. No. 11586
Filed Oct. 11, 1946

FALLBROOK PUBLIC UTILITY DISTRICT

APPLICANT MUST NOT FILL IN BLANKS BELOW

# PERMIT No.___7033____

This is to certify that the application of which the foregoing is a true and correct copy has been considered and is hereby approved SUBJECT TO VESTED RIGHTS and the following limitations and conditions:

1. The amount of water appropriated shall be limited to the amount which can be beneficially used, and shall not exceed two and five-tenths (2.5) cubic feet per second, from about April 1 to about November 1 of each year, throughout the remainder of the year as required for domestic and municipal uses.

In case of rotation the equivalent of such continuous flow allowance for any thirty day period may be diverted in a shorter time if there be no interference with other vested rights.

2. The maximum amount herein stated may be reduced in the license if investigation so warrants.

3. Actual construction work shall begin on or before **June 1, 1948** and shall thereafter be prosecuted with reasonable diligence, and if not so commenced and prosecuted this permit may be revoked.

4. Said construction work shall be completed on or before **December 1, 1950.**

5. Complete application of the water to the proposed use shall be made on or before **December 1, 1952.**

6. Progress reports shall be filed promptly by permittee on forms appropriate to the purpose which will be provided annually by the State Engineer until license is issued.

7. All rights and privileges under this permit including method of diversion, method of use and quantity of water diverted are subject to the continuing authority of the Department acting through the State Engineer in accordance with law and in the interest of the public welfare to prevent waste, unreasonable use, unreasonable method of use or unreasonable method of diversion of said water, **and to prevent unreasonable interference with vested rights.**

This permit is issued and permittee takes it subject to the following provisions of the Water Code:

Section 1390. A permit shall be effective for such time as the water actually appropriated under it is used for a useful and beneficial purpose in conformity with this division (of the Water Code), but no longer.

Section 1391. Every permit shall include the enumeration of conditions therein which in substance shall include all of the provisions of this article and the statement that any appropriation of water to whom a permit is issued takes it subject to the conditions therein expressed.

Section 1392. Every permittee, if he accepts a permit, does so under the conditions precedent that no value whatsoever in excess of the actual amount paid to the State therefor shall at any time be assumed to or claimed for any permit granted or issued under the provisions of this division (of the Water Code), or for any rights granted or acquired under the provisions of this division (of the Water Code), in respect to the regulation by any competent public authority of the services or the price of the services to be rendered by any permittee or by the holder of any rights granted or acquired under the provisions of this division (of the Water Code) or in respect to any valuation for purposes of sale to or purchase, whether through condemnation proceedings or otherwise, by the State or any city, city and county, municipal water district, irrigation district, lighting district, or any political subdivision of the State, of the rights and property of any permittee, or the possessor of any rights granted, issued, or acquired under the provisions of this division (of the Water Code).

Witness my hand and the seal of the
Department of Public Works of the State of California
this   18th   day of February   1948

EDWARD HYATT, State Engineer

3206

FPUD
Appl. No. 11586
Permit No. 7033

# IMPORTANT
## [Please Read Carefully]

1. *Note the terms and conditions of this permit.* Construction work must be prosecuted diligently, and the water promptly applied to the beneficial uses intended. Annual reports of progress will be expected from you upon forms which will be furnished for the purpose. When the water has been fully applied to the beneficial uses intended the Water Code requires that you notify the State Engineer thereof.

2. Neither this application nor the permit is a water right, but *if the terms and conditions of the permit are observed a water right can be obtained through beneficial use of the water*—the extent of the right to be determined by a field inspection which will be made by a representative of the State Engineer.

3. *No change in point of diversion or place of use can be made under this application and permit* without the consent of the State Engineer.

4. *If the rights under this permit are assigned* immediate notice to that effect with the name and address of the new owner should be forwarded to the State Engineer, Sacramento, California.

5. *Please advise immediately of any change of address.* Until otherwise advised communications will be used in the letter transmitting this permit.

FPUD
Appl. No. 11596
Permit No. 7033



STATE OF CALIFORNIA--STATE WATER RIGHTS BOARD

# License for Diversion and Use of Water

APPLICATION____11586____     PERMIT____7033____     LICENSE____4906____

THIS IS TO CERTIFY, *That*   Fallbrook Public Utility District
Fallbrook, California

            *has* <sup>a</sup>   *made proof as of*   June 6, 1957
*(the date of inspection) to the satisfaction of the State Water Rights Board of a right to the use of the water of*
Santa Margarita River in San Diego County

*tributary to*   Pacific Ocean

*for the purpose of*   irrigation, domestic and municipal uses
*under Permit*       7033   *of the State Water Rights Board and that said right to the use of said water has been perfected in accordance with the laws of California, the Rules and Regulation of the State Water Rights Board and the terms of the said permit; that the priority of the right herein confirmed dates from*   October 11, 1946; *and that the amount of water to which such right is entitled and hereby confirmed, for the purposes aforesaid, is limited to the amount actually beneficially used for said purposes and shall not exceed*   two and five-tenths (2.5) cubic feet per second to be diverted from about April 1 to about November 1 for irrigation and throughout the remainder of the year as required for domestic and municipal purposes.

       The equivalent of such continuous flow allowance for any thirty-day period may be diverted in a shorter time if there be no interference with other vested rights.
    *The point*     *of diversion of such water is*     *located*   north one thousand nine hundred-twenty (1920) feet and west one thousand five hundred-fifty (1550) feet from the center of Section 7, T9S, R3W, SBB&M, being within NW¼ of NW¼ of said Section 7.

    *A description of the lands or the place where such water is put to beneficial use is as follows:*   Within boundaries of Fallbrook Public Utility District as shown on map filed with State Water Rights Board.

    *All rights and privileges under this license including method of diversion, method of use and quantity of water diverted are subject to the continuing authority of the State Water Rights Board in accordance with law and in the interest of the public welfare to prevent waste, unreasonable use, unreasonable method of use or unreasonable method of diversion of said water.*

    *Reports shall be filed promptly by licensee on appropriate forms which will be provided for the purpose from time to time by the State Water Rights Board.*

3267

*This license is granted and license accepts all rights herein confirmed subject to the following provisions of the Water Code:*

Section 1621.  Each license shall be in such form and contain such terms as may be prescribed by the board.

Section 1626.  All licenses shall be under the terms and conditions of this division (of the Water Code).

Section 1627.  A license shall be effective for such time as the water actually appropriated under it is used for a useful and beneficial purpose in conformity with this division (of the Water Code) but no longer.

Section 1628.  Every license shall include the enumeration of conditions therein which in substance shall include all of the provisions of this article and the statement that any appropriator of water to whom a license is issued takes the license subject to the conditions therein expressed.

Section 1629.  Every licensee, if he accepts a license does so under the conditions precedent that no value whatsoever in excess of the actual amount paid to the State therefor shall at any time be assigned to or claimed for any license granted or issued under the provisions of this division (of the Water Code), or for any rights granted or acquired under the provisions of this division (of the Water Code), in respect to the regulation by any competent public authority of the services or the price of the services to be rendered by any licensee or by the holder of any rights granted or acquired under the provisions of this division (of the Water Code) or in respect to any valuation for purposes of sale or to purchase, whether through condemnation proceedings or otherwise, by the State or any city, city and county, municipal water district, irrigation district, lighting district, or any political subdivision of the State, of the rights and property of any licensee, or the possessor of any rights granted, issued, or acquired under the provisions of this division (of the Water Code).

Section 1630.  At any time after the expiration of twenty years after the granting of a license, the State or any city, city and county, municipal water district, irrigation district, lighting district, or any political subdivision of the State shall have the right to purchase the works and property occupied and used under the license and the works built or constructed for the enjoyment of the rights granted under the license.

Section 1631.  In the event that the State, or any city, city and county, municipal water district, irrigation district, lighting district, or political subdivision of the State so desiring to purchase and the owner of the works and property cannot agree upon the purchase price, the price shall be determined in such manner as is now or may hereafter be provided by law for determining the value of property taken in eminent domain proceedings.

Dated:   DEC 3  1957

STATE WATER RIGHTS BOARD

By  *Leslie C. Jopson*
LESLIE C. JOPSON
*Chief Engineer*

LICENSE:
STATE OF CALIFORNIA
STATE WATER RIGHTS BOARD

LICENSE
TO APPROPRIATE WATER

ISSUED TO   Fallbrook Public Utility District

DATED:

3268

FPUD
Applic. 11586
License 4906

 

**FILE IN DUPLICATE**

> For full information concerning the filling out of this form refer to Regulation 4 of Rules and Regulations Governing the Appropriation of Water

## STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC WORKS
### DIVISION OF WATER RESOURCES
### STATE ENGINEER

Application No. 11557 Filed October 11, 1946 at 11:36 A. M.

(Applicant must not fill in the above blanks)

# APPLICATION TO APPROPRIATE UNAPPROPRIATED WATER
### This application involves in no way the right to construct a dam

I, __Fallbrook Public Utility District__

Name of applicant

of __Fallbrook__ County of __San Diego__

Post office

State of __California__, do hereby make application for a permit to appropriate the

following described unappropriated waters of the State of California, *SUBJECT TO EXISTING RIGHTS:*

## Source, Amount, Use and Location of Diversion Works

    1. The source of the proposed appropriation is __Santa Margarita River__

Give name of stream, lake, etc., if named; if unnamed state nature of source and that it is unnamed

located in __San Diego__ County, tributary to __Pacific Ocean__

    2. The amount of water which applicant desires to appropriate under this application is as follows:

        (*a*) For diversion to be directly applied to beneficial use without storage _____ cubic feet per

1 cubic foot per second equals 40 statute miner's inches or 646,317 gallons per day

second, to be diverted from _____ to _____ of each season.

Beginning date each season      Closing date each season

        (*b*) For diversion to be stored temporarily and later applied to beneficial use __10,000__ acre-feet

1 acre-foot equals 325,851 gallons

per annum, to be collected between __January 1__ and __December 31__ of each season.

Beginning date each season      Closing date each season

Note.—Answer (*a*) or (*b*) or both (*a*) and (*b*) as may be necessary. The amounts stated must be in definite terms of some established unit of measurement. Neither these amounts nor the season may be increased after application is filed.

    3. The use to which the water is to be applied is __domestic and municipal use__

Domestic, irrigation, power, municipal, mining, industrial, recreational

_____ purposes.

    4. The point of diversion is to be located _____

State bearing and distance or coordinate distances to section or quarter section corner

being within the _____

State 40-acre subdivision of U. S. Government survey or projection thereof

of Section _____, Tp. _____, R. _____ M., in the County of _____

                      Fallbrook Public Utility

    5. The main conduit terminates in __District System__ Sec. __24__, Tp. __9S__, R. __3W__, __SBB.__ M.

State 40-acre subdivision of U. S. Government survey or projection thereof

## Description of Diversion Works

NOTE.—An application can not be approved for an amount grossly in excess of the estimated capacity of the diversion works

    6. Intake or Headworks (fill only those blanks which apply)

        (*a*) Diversion will be made by pumping: Capacity of plant _____ gallons per minute.

        (*b*) Diversion will be by gravity, the diverting dam being _____ feet in height (stream bed to

level of overflow); _____ feet long on top; and constructed of _____

Concrete, earth, brush, etc.

        (*c*) The storage dam will be _____ feet in height (stream bed to overflow level); _____ feet

long on top; have a freeboard of _____ feet, and be constructed of _____

Concrete, earth, etc.

    7. Storage Reservoir _____

Name

The storage reservoir will flood lands in _____

Indicate section or sections, also 40-acre subdivisions unless shown upon map

It will have a surface area of _____ acres, and a capacity of _____

☞ In case of insufficient space for answers in form, attach extra sheets at top of page 3 and cross ref.

3269

FPUD
Appl. No. 11587

8. **Conduit System** (the main conduits only):

(a) Canal, ditch, flume: Width on top (at water line) ......................... feet; width at bottom
Cross out item not used

feet; depth of water ........... feet; length ........... feet; grade ................... feet per 1,000 feet; materials

of construction ...................
Earth, rock, timber, etc.

(b) Pipe line: Diameter........... inches; length........... feet; grade ................... feet per

1,000 feet; total fall from intake to outlet...............feet; kind...................
Riveted steel, cement, wood-stave, etc.

Note.—If a combination of different sizes or kinds of conduit is to be used, attach extra sheets with complete description, also show
location of each clearly on map.

9. The estimated capacity of the diversion works proposed is...................
State cubic feet per second or gallons per minute

The estimated cost of the diversion works proposed is...................
Give only cost of intake, or headworks, pumps, storage reservoirs and main
conduits described herein

## Completion Schedule

10. Construction work will begin on or before. **January 1, 1950**

Construction work will be completed on or before............ **January 1, 1953**

The water will be completely applied to the proposed use on or before **Jan 1, 1956**

## Description of Proposed Use

11. Place of Use. **Fallbrook Public Utility District**
State 40-acre subdivisions of the public land survey. If area is an insured indicate the location as if lines of the public land
survey were projected. In the case of irrigation use state the number of acres to be irrigated in each 40-acre tract. If areas per permits. If areas does not permit listing all 40 acre
tracts, describe area in a general way and show detail upon map. These blanks need not be filled in when municipal use is proposed.

Does applicant own the land whereon use of water will be made? **No, except for population of**
Yes or No
**10,000**

If applicant does not own land whereon use of water will be made, state what arrangements have been made with owner.

12. Domestic Use. Domestic use is proposed as follows: **Gardens, family orchards,**
**industrial** Describe nature of use which may include stock water and the irrigation of domestic
**stock, poultry, residences, etc.**
gardens not exceeding one-half acre each in area connected with places of residence.

The amount for which application is made was determined by **estimation for population of 10,000**
Describe basis of quantity needed

13. Irrigation Use. The area to be irrigated is **5,000** ................... acres,
Acreage to be irrigated
**of a public & municipal corporation**
The segregation of acreage as to crops is as follows: Rice........... acres; alfalfa. ........... acres;

orchard. **5,000** ........... acres; general crops........... acres; pasture ........... acres.
Note.—Care should be taken that the various statements as to acreage are consistent with each other, with the statement in Paragraph 11,
and with the map.

The irrigation season will begin about **April 1** ...and end about **Nov 1**
Beginning date each season                Closing date each season

The land to be irrigated has ~~another~~ no other water right or source of water supply other than that herein applied for. The nature
**private wells,**
and amount of the additional supply referred to is **San Luis Rey Permit #5227, 2500 ac. ft;/**

14. Power Use. The total fall to be utilized is...................feet.
Difference between nozzle or draft tube water level and flow from water surface above

The maximum amount of water to be used through the penstock is...................cubic feet per second.

The maximum theoretical horsepower capable of being generated by the works is...................horsepower.
Second feet × fall ÷ 8.8

The use to which the power is to be applied is...................
For distribution and sale as private use, etc.

The nature of the works by means of which power is to be developed is...................
Turbine, Pelton wheel, etc.

The size of nozzle to be used is...................inches.

The water ~~will~~ will not be returned to...................
Name stream

DO NOT WRITE IN THIS SPACE

ATTACH EXTRA SHEETS HERE

**15. Municipal Use.** This application is made for the purpose of serving Fallbrook Public Utility
Name city or cities, town or towns.  Urban areas only
District, a public & minicipal corporation having a present population of 3,000

The estimated average daily consumption during the month of maximum use at the end of each five-year period until the

full amount applied for is put to beneficial use is as follows:

**16. Mining Use.** The name of the mining property to be served is
Name of claim

and the nature of the mines is
Gold placer, quartz, etc.

The method of utilizing the water is

It is estimated that the ultimate water requirement for this project will be
Cubic feet per second, gallons per minute.  State basis of estimate

The water will/will not be polluted by chemicals or otherwise.
Explain nature of pollution, if any in
State 40-acre subdivision

and it will/will not be returned to
Name stream in of

Sec. Tp. R. M.

**17. Industrial Use.** The nature of the use proposed is
Describe nature and method of use

The amount for which application is made was determined by
Describe basis of estimate of quantity needed

**18. Recreational Use.** Water will be used for
Describe nature and method of use

The amount for which application is made was determined by
Describe basis of estimate of quantity needed

# General

**19.** Are the maps as required by the Rules and Regulations filed with Application? No If not,
Yes or No

state specifically the time required for filing same. 1 year

**20.** Does the applicant own the land at the proposed point of diversion? If not, state what
Yes or No

steps have been taken to secure right of access thereto.

**21.** What is the name of the post office most used by those living near the proposed point of diversion?
Fallbrook

**22.** What are the names and addresses of claimants of water from the source of supply below the proposed point

of diversion? Unknown

FPUD
Appl. No. 11587
Filed Oct. 11, 1946

FALLBROOK PUBLIC UTILITY DISTRICT                    3271

[SIGNATURE OF APPLICANT]                     J. E. Potter
President Board of Directors

FILE IN DUPLICATE

[For full information concerning the filing out of this form prior to Article 4 of R.S. and Regulations Pertaining to appropriation of Water]

## STATE OF CALIFORNIA. DEPARTMENT OF PUBLIC WORKS
### DIVISION OF WATER RESOURCES
### STATE ENGINEER

**Application No.** 11887   filed October 14, 1940   at 11:30 A.M.

AMENDED APPLICATION RECEIVED

# APPLICATION TO APPROPRIATE UNAPPROPRIATED WATER

I,    FALLBROOK PUBLIC UTILITY DISTRICT

of   Fallbrook      County of    San Diego

State of   California      do hereby make application for a permit to appropriate the following described unappropriated waters of the State of California, SUBJECT TO VESTED RIGHTS:

## Source, Amount, Use and Location of Diversion Works

1. The source of the proposed appropriation is   Santa Margarita River

located in   San Diego    County, tributary to   Pacific Ocean

2. The amount of water which applicant desires to appropriate under this application is as follows:

     (a) For diversion to be directly applied to beneficial use           cubic feet per

second, to be diverted from                of each year.

     (b) For diversion to be stored and later applied to beneficial use   30,000      acre-feet

per annum, to be collected between   January 1    and   December 31    of each season.

NOTE.—Answer (a) or (b) or both (a) and (b) as may be necessary. If amount under (a) is less than .025 cubic foot per second, state in gallons per day. Neither the amount nor the rates may be increased after application is filed.

3. The use to which the water is to be applied is   Domestic, municipal and irrigation          purposes.

4. The point of diversion is to be located   approx. 1,600 feet South and 80 feet West

     from NE corner of Section 12 T9S R4W, and by

being within the   SE¼ of NE¼

of Section   12 , Tp. 9S , R. 4W , S.B.B. & M., in the County of   San Diego
              Fallbrook Public Utility District System

5. The main conduit terminates in        of Sec.    Tp.    R.     M.

## Description of Diversion Works

NOTE.—An application can not be approved for an amount greatly in excess of the estimated capacity of the diversion works.

6. **Intake or Headworks** (fill only those blanks which apply)

     (a) Diversion will be made by pumping from         

     (b) Diversion will be by gravity, the diverting dam being        feet in height (stream bed to

level of overflow);        feet long on top; and constructed of       

     (c) The storage dam will be   180    feet in height (stream bed to overflow level);   700    feet

long on top; have a freeboard of   20    feet, and be constructed of   concrete and steel.

7. **Storage Reservoir**   Fallbrook Reservoir

     The storage reservoir will flood lands in T.8 & 9 S.   R3 & 4 W. as shown on map filed with

     State Engineer. 3272

It will have a surface area of   515    acres, and a capacity of   34,000    acre-feet.

8. **Conduit System** (describe main conduits only)

(a) Canal, ditch, flume: Width on top (at water line)................................feet; width at bottom ..............................

feet; depth of water........................feet; length ........................feet; grade ..............................feet per 1,000 feet; materials

of construction................................

(b) Pipe line; Diameter. ........18.... inches; length ..11,000.... feet; grade **Pressure line** per

1,000 feet; total fall from intake to outlet ........................feet.

Note.—If a combination of different sizes or kinds of conduit is to be used, sketch extra sheets with complete description, also show location of each clearly on map.                                                                            **Present 2,500 g.p.m.**

9. **The estimated capacity** of the diversion conduit or pumping plant proposed is....**Ultimate  20 c.f.s.**

**The estimated cost** of the diversion works proposed is....**$1,500,000.**

## Completion Schedule

10. **Construction** work will begin on or before....**work has already after permit is issued**

Construction work will be completed on or before....**January 1, 1966 (conditions permitting)**

**The water will be completely applied** to the proposed use on or before ....**January 1, 1970**

## Description of Proposed Use

11. **Place of Use.** Within boundaries of Fallbrook Public Utility District in T.G.S., R.3 & R.3 & 4 W., S.B.B. & M. as shown on map filed with State Engineer. Gross area 8192 acres.

**Does applicant own the land** whereon use of water will be made? ....**See (12)**

**Applicant is a Public Utility**

12. **Domestic Use.** Domestic use is proposed as follows: **Gardens, family orchards, stock, poultry, residences, industrial, etc.**

**The amount** for which application is made was determined by **estimated for population of 15,000.**

13. **Irrigation Use.** The area to be irrigated is **approximately 6,192** ....acres.

**The segregation of acreage** as to crops is as follows: Rice............................acres; alfalfa............................acres;

orchard.. **6,000**............................acres; general crops.... **2,192**............................acres; pasture............................acres.

Note.—Care should be taken that the various statements as to acreage are consistent with each other, with the statement in Paragraph 11, and with the map.

**The irrigation season** will begin about **April 1** ............................ and end about....**November 1**

**The land to be irrigated has** another water right or source of water supply other than that herein applied for. The nature

and amount of the additional supply referred to is **San Luis Rey Permit #6227, 2,500 Ac. ft; private wells, Colorado River water and Santa Margarita Permit #7033 for 2.0 c.f.s.**

14. **Power Use.** The total fall to be utilized is............................feet.

**The maximum amount** of water to be used through the penstock is............................cubic feet per second.

**The maximum theoretical horsepower** capable of being generated by the works is............................horsepower.

**The use** to which the power is to be applied is............................

**The nature of the works** by means of which power is to be developed is............................

**The size of the nozzle** to be used is............................inches.

3273

DO NOT WRITE IN THIS SPACE

ATTACH EXTRA SHEETS HERE

15. **Municipal Use.** This application is made for the purpose of serving......**Fallbrook and adjoining**
Name city or cities, town or towns. Unless sewer only

**areas**................................................................................ having a present population of........**8,000**............

The estimated average daily consumption during the month of maximum use at the end of each five-year period until the

full amount applied for is put to beneficial use is as follows:

**Ultimate population estimated at 16,000.**

16. **Mining Use.** The name of the mining property to be served is.................................................
Name of claim

.......................................................... and the nature of the mines is.................................................
Gold placer, quartz, etc.

The method of utilizing the water is..................................................................................................

It is estimated that the ultimate water requirement for this project will be.................................................
Cubic feet per second, gallons per minute. State basis of estimate

The water will / will not be polluted by chemicals or otherwise.................................................
Explain nature of pollution, if any

and it will / will not be returned to.................................. in.................................. of
Named stream                          State 40-acre subdivision

Sec.................., Tp.................., R.................., .................., M.

17. **Industrial Use.** The nature of the use proposed is.................................................
Describe nature and method of use

The amount for which application is made was determined by.................................................
Describe basis of estimate of quantity needed

18. **Recreational Use.** Water will be used for.................................................
Describe nature and method of use

The amount for which application is made was determined by.................................................
Describe basis of estimate of quantity needed

# General

19. Are the maps as required by the Rules and Regulations filed with Application?.....**Yes**..................... If not,
Yes or No

state specifically the time required for filing same.................................................

20. Does the applicant own the land at the proposed point of diversion?.....**No**..................... If not, give name and
Yes or No

address of owner and state what steps have been taken to secure right of access thereto.**Will secure by purchase**

**or condemnation**.................................................

21. What is the name of the post office most used by those living near the proposed point of diversion?

**Fallbrook**.................................................

22. What are the names and addresses of claimants of water from the source of supply below the proposed point

of diversion?.....**U. S. Navy, 11th Naval District, San Diego**

FPUD
Appl. No. 11587
Filed Dec. 11, 1950

3274

APPLICANT MUST NOT FILL IN BLANKS BELOW

## PERMIT No. 8511

This is to certify that the application of which the foregoing is a true and correct copy has been considered and is hereby approved SUBJECT TO VESTED RIGHTS and the following limitations and conditions:

1. The amount of water appropriated shall be limited to the amount which can be beneficially used, and shall not exceed   ten thousand (10,000) acre-feet per annum to be collected from January 1 to December 31 of each year.

## IMPORTANT

### [Please Read Carefully]

1. *Note the terms and conditions of this permit.* Construction work must be prosecuted, and the water applied to the beneficial uses intended with due diligence. Annual reports of progress will be expected from you upon forms which will be furnished for the purpose. When the water has been fully applied to the beneficial uses intended the Water Code requires that you notify the State Engineer thereof.

2. Neither this application nor the permit is a water right, but *if the terms and conditions of the permit are observed a water right can be obtained through beneficial use of the water*—the extent of the right to be determined by a field inspection which will be made by a representative of the State Engineer.

3. *No change in point of diversion, or place of use or character of use, can be made under this application and permit* without the approval of the State Engineer.

4. *If the rights under this permit are assigned* immediate notice to that effect with the name and address of the new owner should be forwarded to the State Engineer, Sacramento, California.

5. *Please advise immediately of any change of address.* Until otherwise advised communications will be sent to the address used in the letter transmitting this permit.

FPUD
Appl. No. 11587
Permit No. 8511

*This permit is issued and permittee takes it subject to the following provisions of the Water Code:*

**Section 1390.** A permit shall be effective for such time as the water actually appropriated under it is used for a useful and beneficial purpose in conformity with this division (of the Water Code), but no longer.

**Section 1391.** Every permit shall include the enumeration of conditions therein which in substance shall include all of the provisions of this article and the statement that any appropriator of water to whom a permit is issued takes it subject to the conditions therein expressed.

**Section 1392.** Every permittee, if he accepts a permit, does so under the conditions precedent that no value whatsoever in excess of the actual amount paid to the State therefor shall at any time be assigned to or claimed for any permit granted or issued under the provisions of this division (of the Water Code), or for any rights granted or acquired under the provisions of this division (of the Water Code), in respect to the regulation by any competent public authority of the services or the price of the services to be rendered by any permittee or by the holder of any rights granted or acquired under the provisions of this division (of the Water Code) or in respect to any valuation for purposes of sale to or purchase, whether through condemnation proceedings or otherwise, by the State or any city, city and county, municipal water district, irrigation district, lighting district, or any political subdivision of the State, of the rights and property of any permittee, or the possessor of any rights granted, issued, or acquired under the provisions of this division (of the Water Code).

*Witness my hand and the seal of the Department of Public Works of the State of California this* 23rd *day of* April 19 51

A. D. EDMONSTON,
*State Engineer*

3275

FPUD
Appl. No. 11587
Permit No. 8511

BOARD OF DIRECTORS
Emil I. Schmitz, President
Frans R. Beshee, Vice-President
Robert T. Grey
Otto P. Heald
Victor B. Westfall

GEORGE F. YACKEY, Engineer
and General Manager
E. McEUEN, Sect.-Treasurer
DIV. OF WATER RESOURCES
SANTA...

## FALLBROOK
## PUBLIC UTILITY DISTRICT
P. O. Box 417 — Telephone 411
FALLBROOK, CALIFORNIA

1947 NOV 28   AM 10 12

November 25, 1947

Mr. Edward Hyatt , State Engineer
Division of Water Resources
P. O. Box 1079
Sacramento, California

Dear Mr. Hyatt:

Enclosed herewith are our applications for 10,000 acre feet per annum
from the Santa Margarita to be collected between November 1 and June 1 of
each year and to be held in a reservoir to be constructed in Sandia Creek
and another reservoir in Rainbow Creek. It is our idea in making these
applications to earmark run-off of the streams mentioned and the Santa
Margarita for a major project on the Santa Margarita. Then, in the event
that a major project is temporarily delayed, to use these applications
as a source of temporary supply for us to hold water during the wet
seasons and years for those periods when it is essential to have it in
Fallbrook.

If the applications are not in a complete enough form, we will be
glad to amend them as required.

Very truly yours,

George F. Yackey, General Manager

GFY:vb
Enc
Registered

FPUD
Applic. No. 12178, 12179
Letter dated 25 Nov 1947

3276

FILE IN DUPLICATE.

[For full information concerning the filling out of this form refer to ... gu-
lation 4 of Rules and Regulations Governing the Appropriation of Water]

## STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC WORKS
### DIVISION OF WATER RESOURCES
#### STATE ENGINEER

Application No. **12178** Filed  November 28, 1947  at  10:09 A. ....M.

*(Applicant must not fill in the above blanks)*

# APPLICATION TO APPROPRIATE UNAPPROPRIATED WATER

### This application involves in no way the right to construct a dam

I. Fallbrook Public Utility District

*Name of applicant*

of  Fallbrook  County of  San Diego

*Post office*

State of California  do hereby make application for a permit to appropriate the

following described unappropriated waters of the State of California, *SUBJECT TO EXISTING RIGHTS:*

## Source, Amount, Use and Location of Diversion Works

1. The source of the proposed appropriation is  Rainbow Creek

*Give name of stream, lake, etc., if named; if unnamed state nature of source and that it is unnamed*

located in  San Diego  County, tributary to  Santa Margarita River, and Santa Margarita
River, located in San Diego County, tributary to Pacific Ocean.  See Note "A".

2. The amount of water which applicant desires to appropriate under this application is as follows:

(a) For diversion to be directly applied to beneficial use without storage .................................. cubic feet per

1 cubic foot per second equals 40
miners miner's inches or 646,317
gallons per day

second, to be diverted from .................................. to .................................. of each season.

*Beginning date each season*          *Closing date each season*

(b) For diversion to be stored temporarily and later applied to beneficial use  10,000  acre-feet

1 acre-foot equals 325,851 gallons

per annum, to be collected between  Nov 1  and  June 1  of each season.

*Beginning date each season*          *Closing date each season*

NOTE.—Answer (a) or (b) or both (a) and (b) as may be necessary. The amounts stated must be in definite terms of some established
unit of measurement. Neither these amounts nor the reason may be increased after application is filed.

3. The use to which the water is to be applied is  Municipal, domestic and irrigation

*Domestic, irrigation, power, municipal, mining, industrial, recreational*

.................................. purposes.

4. The point of diversion is to be located  in NE ¼ Sec 8 - T 9 S - R3W or point upstream

*State bearing and distance or coordinate distances to section or quarter section corner*

therefrom.

being within the ..................................

*State 40-acre subdivision of U. S. Government survey or projection thereof*

of Section .........., Tp. .........., R. .........., ......., in the County of ..................................

Fallbrook Public Utility

5. The main conduit terminates in  District System  of Sec. 18 , Tp. 9S , R. 4W , SBB M.

*State 40-acre subdivision of U. S. Government survey or projection thereof*

## Description of Diversion Works

NOTE.—An application can not be approved for an amount grossly in excess of the estimated capacity of the diversion works.

6. Intake or Headworks (fill only those blanks which apply)

(a) Diversion will be made by pumping: Capacity of plant .................................. gallons per minute.

(b) Diversion will be by gravity, the diverting dam being .................................. feet in height (stream bed to

level of overflow) ; .................................. feet long on top; and constructed of ..................................

*Concrete, earth, brush, etc.*

(c) The storage dam will be .................................. feet in height (stream bed to overflow level) ; .................................. feet

long on top; have a freeboard of .................................. feet, and be constructed of ..................................

*Concrete, earth, etc.*

7. Storage Reservoir  Rainbow Reservoir

*Name*

The storage reservoir will flood lands in  Sec 8 & 9, T 9 S - R 3 W

*Indicate section or sections, also 40-acre subdivisions unless shown upon map*

It will have a surface area of .................................. acres, and a capacity of .................................. acre-feet.

3277

*In case of insufficient space for answers in form, attach extra sheets at top of page 1 and cross reference.*

Form 1

FPUD
Appl. No. 12178

8. **Conduit System** (for tube main conduits only)

    (a) Canal, ditch, flume; Width on top (at water line)_____ feet; width at bottom _____

_____ feet; depth of water_____ feet; length _____ feet; grade_____ feet per 1,000 feet; materials

of construction_____

    (b) Pipe line; Diameter_____ inches; length_____ feet; grade_____ feet per

1,000 feet; total fall from intake to outlet_____ feet; kind _____

    NOTE.—If a combination of different sizes or kinds of conduit is to be used, attach extra sheets with complete description, also show location of each clearly on map.

    9. The estimated capacity of the diversion works proposed is_____

    The estimated cost of the diversion works proposed is_____

## Completion Schedule

    10. Construction work will begin on or before_____

Construction work will be completed on or before_____

The water will be completely applied to the proposed use on or before_____

## Description of Proposed Use

    11. Place of Use.  __Fallbrook Public Utility District_____

survey were projected.  In the case of irrigation use state the number of acres to be irrigated in each 40-acre tract, if space permits.  If space does not permit listing of all 40-acre tracts, describe area in a general way and show detail upon map.  These blanks need not be filled in when municipal use is proposed.

    Does applicant own the land whereon use of water will be made? _____

If applicant does not own land whereon use of water will be made, state what arrangements have been made with owner.

    12. Domestic Use.  Domestic use is proposed as follows: __Gardens, family orchards, stock,__

__poultry, residences, industrial, etc.__

The amount for which application is made was determined by __estimated for population for 10,000__

    13. Irrigation Use.  The area to be irrigated is __5000__ acres.
__of a public and municipal corporation__
The segregation of acreage as to crops is as follows: Rice_____ acres; alfalfa_____ acres;

orchard __5000__ acres; general crops_____ acres; pasture_____ acres.

    NOTE.—Care should be taken that the various statements as to acreage are consistent with each other, with the statement in Paragraph 11, and with the map.

The irrigation season will begin about __April 1__ and end about __Nov. 1__

The land to be irrigated has ~~another~~ no other water right or source of water supply other than that herein applied for.  The nature

and amount of the additional supply referred to is __San Luis Rey Permit #5227, 2500 ac. ft; private wells.__

    14. Power Use.  The total fall to be utilized is_____ feet.

The maximum amount of water to be used through the penstock is_____ cubic feet per second.

The maximum theoretical horsepower capable of being generated by the works is_____ horsepower.

The use to which the power is to be applied is_____

The nature of the works by means of which power is to be developed is_____

The size of the nozzle to be used is_____ inches.

The water ~~will~~ will not be returned to_____ in_____ of

3278

Notes:

"A". It is the intent of this application to apply
for all surplus waters flowing in Rainbow Creek during the
months indicated, these waters to be stored behind a dam
located as stated in paragraph 7 hereof. These waters
admittedly do not total 10,000 acre feet per annum, but
it is intended to supplement them by diverting by gravity
or pumping from the Santa Margarita River during flood
season enough additional water to complete the 10,000
acre feet. In this connection, reference is made to
this District's Application number 11587, for 10,000
acre feet per annum of flood waters to be stored at the
Fallbrook damsite on the Santa Margarita River, dated
October 11, 1946.

FPUD
Appl. No. 12178
Filed Nov.28, 1947

2279

**ATTACH EXTRA SHEETS HERE**

15. **Municipal Use.** This application is made for the purpose of serving Fallbrook Public Utility
District, a public and Municipal Corporation having a present population of 5000

The estimated average daily consumption during the month of maximum use at the end of each five-year period until the
full amount applied for it put to beneficial use is as follows:

_____

_____

_____

16. **Mining Use.** The name of the mining property to be served is _____
_____ and the nature of the mines is _____

The method of utilizing the water is _____

It is estimated that the ultimate water requirement for this project will be _____

The water will / will not be polluted by chemicals or otherwise _____

and it will / will not be returned to _____ in _____ of

Sec. _____, Tp. _____, R. _____, _____ M.

17. **Industrial Use.** The nature of the use proposed is _____

The amount for which application is made was determined by _____

18. **Recreational Use.** Water will be used for _____

The amount for which application is made was determined by _____

## General

19. Are the maps as required by the Rules and Regulations filed with Application? No         If not,
state specifically the time required for filing same. 1 Year

20. Does the applicant own the land at the proposed point of diversion? _____ If not, state what
steps have been taken to secure right of access thereto. _____

21. What is the name of the post office most used by those living near the proposed point of diversion?
Fallbrook

22. What are the names and addresses of claimants of water from the source of supply below the proposed point
of diversion? Unknown

_____

_____

_____

FALLBROOK PUBLIC UTILITY DISTRICT

3280

FILE IN DUPLICATE

RECEIVED
DIV. OF WATER RESOUR
SACRAMENTO

[For full information concerning the filling out of this form refer to Regulations and Regulations Governing the Appropriation of Water]

## STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC WORKS
### DIVISION OF WATER RESOURCES
#### STATE ENGINEER

1947 NOV 28   AM 10  2

Application No. 12179 Filed ___November 28, 1947___ at__10:12 A.__ M.
(Applicant must not fill in the above blanks)

# APPLICATION TO APPROPRIATE UNAPPROPRIATED WATER
## This application involves in no way the right to construct a dam

I, ___Fallbrook Public Utility District___
Name of applicant

of ___Fallbrook_____ County of __San Diego____
Post office

State of __California_____, do hereby make application for a permit to appropriate the
following described unappropriated waters of the State of California, SUBJECT TO EXISTING RIGHTS:

## Source, Amount, Use and Location of Diversion Works

1. The source of the proposed appropriation is ___Sandia Creek___
Give name of stream, lake, etc., if named; if unnamed state source of source and then it is unnamed

located in __San Diego_____ County, tributary to __Santa Margarita River, and Santa Margarita__
River, located In San Diego County, tributary to Pacific Ocean.   See Note "A".

2. The amount of water which applicant desires to appropriate under this application is as follows:

(a) For diversion to be directly applied to beneficial use without storage._____ cubic feet per
1 cubic foot per second equals 40
miner's inches or 646.317
gallons per day

second, to be diverted from _____ to_____ of each season.
Beginning date each season          Closing date each season

(b) For diversion to be stored temporarily and later applied to beneficial use . __10,000__ . acre-feet
1 acre-foot equals 325,851 gallons

per annum, to be collected between_____Nov. 1_____ and____June 1_____ of each season.
Beginning date each season          Closing date each season

Note.—Answer (a) or (b) or both (a) and (b) as may be necessary.  The amounts stated must be in definite terms of some established
unit of measurement.  Neither these amounts nor the season may be increased after application is filed.

3. The use to which the water is to be applied is __Municipal, domestic and irrigation__
Domestic, irrigation, power, municipal, mining, industrial, recreational

_____ purposes.

4. The point of diversion is to be located __in E. ½ NW. ½ Sec. 7 , T. 9 SR. 3 W.__
State bearing and distance or coordinate distances to section or quarter section corner

being within the_____
State 40-acre subdivision of U. S. Government survey or projection thereof

of Section _____, Tp.____, R._____ M., in the County of_____

5. The main conduit terminates in __Fallbrook Public Utilities__
__District System__ of Sec. 18__, Tp. 9S__, R.____4W__, SBB____M.
State 40-acre subdivision of U. S. Government survey or projection thereof

## Description of Diversion Works

NOTE.—An application can not be approved for an amount grossly in excess of the estimated capacity of the diversion works.

6. Intake or Headworks (fill only those blanks which apply)

(a) Diversion will be made by pumping: Capacity of plant_____gallons per minute.

(b) Diversion will be by gravity, the diverting dam being_____feet in height (stream bed to
level of overflow);_____feet long on top; and constructed of_____
Concrete, earth, brush, etc.

(c) The storage dam will be_____feet in height (stream bed to overflow level);_____feet
long on top; have a freeboard of_____feet, and be constructed of_____
Concrete, earth, etc.

7. Storage Reservoir __Sandia Reservoir___
Name

The storage reservoir will flood lands in __Sec. 7 and 8, T9SR3W__
Indicate section or sections, also 40-acre subdivisions unless shown upon map

It will have a surface area of_____ acres, and a capacity of_____acre-feet.
☞ In case of insufficient space for answers in form, attach extra sheets at top of page 1 and cross reference

3281

8. **Conduit System** (describe main conduits only)

(a) Canal, ditch, flume: Width on top (at water line)...................feet; width at bottom

Cross out two not used

feet; depth of water...................feet; length ...................feet; grade...................feet per 1,000 feet; materials

of construction...................

Earth, rock, timber, etc.

(b) Pipe line: Diameter...................inches; length...................feet; grade...................feet per

1,000 feet; total fall from intake to outlet...................feet; kind...................

Riveted steel, cement, wood stave, etc.

NOTE.—If a combination of different sizes or kinds of conduit is to be used, attach extra sheets with complete description, also show
location of each clearly on map.

9. The **estimated capacity** of the diversion works proposed is...................

State cubic feet per second or gallons per minute

The **estimated cost** of the diversion works proposed is...................

Give only cost of intake, or headworks, pumps, storage reservoirs and main
conduits described herein

## Completion Schedule

10. **Construction work will begin** on or before...................

Construction work will be completed on or before...................

The water will be completely applied to the proposed use on or before...................

## Description of Proposed Use

11. **Place of Use.** ...Fallbrook Public Utility District...................

State 40-acre subdivisions of the public land survey. If area is unsurveyed indicate the location as if lines of the public land
survey were projected. In the case of irrigation use state the number of acres to be irrigated in each 40-acre tract, if space permits. If space does not permit listing of all
40-acre tracts, describe area in a general way and show detail upon map. These blanks need not be filled in when municipal use is proposed.

Does applicant own the land whereon use of water will be made? ...................

Yes or No

If applicant does not own land whereon use of water will be made, state what arrangements have been made with owner.

12. **Domestic Use.** Domestic use is proposed as follows: ...Gardens, family orchards, stock,

Describe nature of use which may include stock water and the irrigation of domestic

...poultry, residences, industrial, etc.

gardens not exceeding one-half acre with each place of residence. State number and kind of stock to be watered, number of houses and people to be served.

The amount for which application is made was determined by...estimated for population for 10,000

Describe basis of quantity needed

13. **Irrigation Use.** The area to be irrigated is...5000...................acres,
The segregation of acreage as to crops is as follows: Rice...................acres; alfalfa...................acres;
of a public and municipal corporation

orchard...5000...acres; general crops...................acres; pasture...................acres.

NOTE.—Care should be taken that the various statements as to acreage are consistent with each other, with the statement in Paragraph 11,
and with map.

The length of the season w...................crops...................stock...................

Cross out each crop

The land to be irrigated is...................and apply that this area appended for agriculture.

and amount of the additional supply referred to is...San Luis Rey Permit #5227, 2500 ac.ft.; private wells.

14. **Power Use.** The total fall to be utilized is...................feet.

Difference between nozzle or drafts tube water level and that from water surface above

The maximum amount of water to be used through the penstock is...................cubic feet per second.

The maximum theoretical horsepower capable of being generated by the works is...................horsepower.

Second feet × fall ÷ 8.8

The use to which the power is to be applied is...................

For distribution and sale or private use, etc.

The nature of the works by means of which power is to be developed is...................

Turbine, Pelton wheel, etc.

The size of the nozzle to be used is...................inches.

The water will / will not be returned to...................in...................

Name stream                   State 40-acre subdivision

3282

Notes:

"A" .  It is the intent of this application to apply
for all surplus waters flowing in Sandia Creek during the
months indicated, these waters to be stored behind a dam
located as stated in Paragraph 7 hereof.  These waters
admittedly do not total 10,000 acre feet per annum, but
it is intended to supplement them by diverting by gravity
or pumping from the Santa Margarita River during flood
season enough additional water to complete the 10,000
acre feet.  In this connection, reference is made to
this District's Application number 11587, for 10,000
acre feet per annum of flood waters to be stored at the
Fallbrook damsite on the Santa Margarita River, dated
October 11, 1946.

FPUD
Appl. No. 12179
Filed Nov. 28, 1947

3283

**ATTACH EXTRA SHEETS HERE**

15. **Municipal Use.** This application is made for the purpose of serving _____**Fallbrook Public Utility**

<small>Name city or cities, town or towns. Urban area only</small>

**District, a public and municipal corporation** _____ having a present population of ____**8000**_____

The estimated average daily consumption during the month of maximum use at the end of each five-year period until the full amount applied for is put to beneficial use is as follows:

_____

_____

_____

16. **Mining Use.** The name of the mining property to be served is _____

<small>Name of claim</small>

_____ and the nature of the mines is _____

<small>Gold placer, quartz, etc.</small>

The method of utilizing the water is _____

It is estimated that the ultimate water requirement for this project will be _____

<small>Cubic feet per second, gallons per minute, Acre feet of sediment</small>

The water will / will not be polluted by chemicals or otherwise _____

<small>Explain nature of pollution, if any</small>

and it will / will not be returned to _____ in _____ of ____

<small>Name stream</small>          <small>State 40-acre subdivision</small>

Sec._____, Tp._____, R._____, _____M.

17. **Industrial Use.** The nature of the use proposed is _____

<small>Describe nature and method of use</small>

_____

The amount for which application is made was determined by _____

<small>Describe basis of estimate of quantity needed</small>

_____

18. **Recreational Use.** Water will be used for _____

<small>Describe nature and method of use</small>

The amount for which application is made was determined by _____

<small>Describe basis of estimate of quantity needed</small>

# General

19. Are the maps as required by the Rules and Regulations filed with Application? ____**No**____ If not,

<small>Yes or No</small>

state specifically the time required for filing same _____**1 Year**_____

20. Does the applicant own the land at the proposed point of diversion? _____ If not, state what

<small>Yes or No</small>

steps have been taken to secure right of access thereto _____

21. What is the name of the post office most used by those living near the proposed point of diversion?

_____**Fallbrook**_____

22. What are the names and addresses of claimants of water from the source of supply below the proposed point

of diversion? _____**Unknown**_____

_____

_____

FALLBROOK PUBLIC UTILITY DISTRICT

[SIGNATURE OF APPLICANT]_____ *E. J. Schmitz* _____ 3284

E. J. Schmitz,

President Board of Directors

FPUD
Appl. No. 12179
Filed Nov. 28, 1947

**BOARD OF DIRECTORS**
Otis P. Heald, President
Robert Y. Gray
Chas. D. Sayre
L. H. Stratton
Victor B. Westfall

GEORGE F. YACKEY, Engineer
and General Manager
Phil D. Swing, Attorney

## FALLBROOK
## PUBLIC UTILITY DISTRICT

P. O. Box 471 — Telephone 112
FALLBROOK, CALIFORNIA

July 22, 1952

Mr. A. D. Edmonston, State Engineer
Department of Public Works
Division of Water Resources
P. O. Box 1079
Sacramento, California.

Attention Mr. Gordon Zander.

Gentlemen:

Enclosed are two copies each of completed
applications No. 12178-Rainbow and No. 12179-Sandia and
one tracing and three prints of our drawing M-110 and
four prints of our drawing M-102, bearing the note

"Map 102, tracing filed with Application
No. 11587 in Office of State Engineer".

We believe the above applications are now
in complete form and will appreciate your expediting action,
so that we can get the permits at as early a date as possible.

Very truly yours,

George F. Yackey
General Manager

GFY:ke
enc

FPUD
Applications No. 12178 & 12179
Letter dtd July 22, 1952

3285

**FILE IN DUPLICATE**

[For full information concerning the filling out of this form refer to
Article 4 of Rules and Regulations Pertaining to Appropriation of Water]

## STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC WORKS
### DIVISION OF WATER RESOURCES
#### STATE ENGINEER

Application No. 12178 .......Filed November 18, 1947 at 10:07 A. M.
(Applicant must not fill in the above blanks)

AMENDED APPLICATION RECEIVED 7/25/52

# APPLICATION TO APPROPRIATE UNAPPROPRIATED WATER

I, ........Fallbrook Public Utility District..................................................
Name of applicant

of ........Fallbrook.................................................... County of ...San Diego..........
Address

State of ....California.................................., do hereby make application for a permit to appropriate the

following described unappropriated waters of the State of California, *SUBJECT TO VESTED RIGHTS:*

## Source, Amount, Use and Location of Diversion Works

1. The source of the proposed appropriation is (1) Rainbow Creek
(2) Santa Margarita River.
Give name of stream, lake, etc., if unnamed state nature of source and that it is unnamed

located in .. San Diego.......... County, tributary to (1) Santa Margarita River (2) Pacific Ocean

2. The amount of water which applicant desires to appropriate under this application is as follows:

    (*a*) For diversion to be directly applied to beneficial use ........................................ cubic feet per
1 cubic foot per second equals 40
miners miner's inches or 646,317
gallons per day

second, to be diverted from .......................... to .......................... of each year.
Beginning date                         Closing date

    (*b*) For diversion to be stored and later applied to beneficial use .... 10,000 ........ acre-feet
1 acre-foot equals 325,851 gallons

(1) 500    (2) 9,500 acre feet
per annum, to be collected between ........November 1.... and .... June 1 ........ of each season.
Beginning date                  Closing date

Note.—Answer (*a*) or (*b*) or both (*a*) and (*b*) as may be necessary. If amount under (*a*) is less than .025 cubic foot per second, state in
gallons per day. Neither the amount nor the season may be increased after application is filed.

3. The use to which the water is to be applied is Municipal, domestic & irrigation ..
Domestic, irrigation, power, municipal, mining, industrial, recreational

............................................................................................................ purposes.

4. The point of diversion is to be located (1) S 32° W   2530 ft. from NE cor. Sec. 8
State bearing and distance or coordinate distances from section or quarter section corner

T 9S, R 3W S.B.E.& M.
(2) 1600 ft. S & 60 ft. W from NE cor. Sec. 12, T 9S, R 4W, S.B.B.& M.

being within the (1) S. W. ¼ of the N. E. ¼
(2) S. E. ¼ of the N. E. ¼
State 40-acre subdivision of U. S. Government survey or projection thereof

(1) 8
of Section (2) 12, T. 9 S. , R. 4 W. , ..S.B.. , B. & M. , in the County of.... San Diego.

5. The main conduit terminates in .. Fallbrook , of Sec. Public Utility District System , B. & M.
State 40-acre subdivision of U. S. Government survey or projection thereof

## Description of Diversion Works

NOTE.—An application can not be approved for an amount grossly in excess of the estimated capacity of the diversion works.

6. **Intake or Headworks** (fill only those blanks which apply)

    (*a*) Diversion will be made by pumping from ..................................................
Sump, other well, unobstructed channel, etc.

    (*b*) Diversion will be by gravity, the diverting dam being.......................... feet in height (stream bed to

level of overflow) ; .......... feet long on top; and constructed of.....................................
Concrete, earth, brush, etc.           (1) 675
(1) 50
    (*c*) The storage dam will be (2) 186 ........ feet in height (stream bed to overflow level) ; (2) 700 .... feet
(1) 5                                     (1) Earthfill
long on top; have a freeboard of (2) 20 ......feet, and be constructed of (2) Concrete & Steel ............ .
Concrete, earth, etc.

7. **Storage Reservoir** (1) Rainbow Reservoir ........ (2) Fallbrook Reservoir ..........................
Name

    The storage reservoir will flood lands in (1) Sec. 8&3 , T 9S, R 3W S.B.B.& M (2) T 8&9S, R 3&4 W.
Indicate section or sections, also 40-acre subdivisions unless shown upon map       S.B.B.& M (See Map)

(1)  30                                 (1)  500                                   3286
It will have a surface area of (2) ... 515 .......... acres, and a capacity of (2) 32,000.. acre-feet.

In case of insufficient space for answers in form, attach extra sheets at top of page 3 and cross reference

FPUD
Applic. No. 12178
Filed 28 Jul 1952

FORM 1

8. **Conduit System** (describe main conduits only)   Water from Rainbow Reservoir will be released into natural channel and recuperated at Fallbrook Reservoir. Water will be pumped to F.P.U.D. system from Fallbrook Reservoir.

(a) Canal, ditch, flume: Width on top (at water line) ............................... feet; width at bottom ...............

............... feet; depth of water ............... feet; length.............. feet; grade ................................... feet per 1,000 feet; materials

of construction ...................................................
<small>Earth, rock, timber, etc.</small>

(b) Pipe line: Diameter  12"  inches; length  11,000 feet; grade pressure line feet per

1,000 feet; total fall from intake to outlet ............... feet; kind  steel
<small>Riveted steel, concrete, wood-stave, etc.</small>

NOTE.—If a combination of different sizes or kinds of conduit is to be used, attach extra sheets with complete description, also show location of each clearly on map.                     Present  2600 gpm

9. The estimated capacity of the diversion conduit or pumping plant proposed is ultimate  20 cfs
<small>State cubic feet per second or gallons per minute</small>

The estimated cost of the diversion works proposed is  $100,000  new works
<small>Give only cost of intake, or headworks, pumps, storage reservoirs and main conduits described herein</small>

## Completion Schedule

10. Construction work will begin on or before ..  ...........  December 1, 1953

Construction work will be completed on on or before  ....  December 1, 1955

The water will be completely applied to the proposed use on or before  December 1, 1960

## Description of Proposed Use

11. **Place of Use.** Fallbrook Public Utility District, as shown on map filed with
<small>State where subdivisions of the public land occur. If area is unsurveyed indicate the location as if lines of the public land</small>

State Engineer. Gross area of district 8,182 acres. Net irrigable area 7,200 acres
<small>survey were projected. In the case of irrigation use state the number of acres to be irrigated in each 40-acre tract, if space permits. If space does not permit listing of all</small>

<small>40-acre tracts, describe area in a general way and show detail upon map.</small>

Does applicant own the land whereon use of water will be made?  No
<small>Yes or No</small>

In legally constituted district
<small>If applicant does not own land whereon use of water will be made, give name and address of owner and state what arrangements have been made with him.</small>

12. **Domestic Use.** Domestic use is proposed as follows:  Gardens, family orchards,
<small>Describe nature of use which may include stock water and the irrigation of domestic</small>

stock, poultry, residences, etc.
<small>garden not exceeding one-half acre with each place of residence. State number and kind of stock to be watered, number of houses and people to be served.</small>

The amount for which application is made was determined by  estimated for population of 10,000
<small>Describe basis of quantity needed</small>

13. **Irrigation Use.** The area to be irrigated is  7200  acres.
<small>State net acreage to be irrigated</small>

The segregation of acreage as to crops is as follows: Rice.................. ...................... acres; alfalfa......................... ...........acres;

orchard  6000  acres; general crops  1200  acres; pasture........................ ........... acres.

NOTE.—Care should be taken that the various statements as to acreage are consistent with each other, with the statement in Paragraph 11, and with the map.

The irrigation season will begin about  April 1  and end about  November 1
<small>Beginning date</small> <small>Closing date</small>

The land to be irrigated has  another  water right or source of water supply other than that herein applied for. The nature
<small>no other</small>

and amount of the additional supply referred to is  Permits 5227, 7033 and 8511

14. **Power Use.** The total fall to be utilized is ............................................................................................................... feet.
<small>Difference between nozzle or draft tube water level and draft free water surface above</small>

The maximum amount of water to be used through the penstock is....................................................cubic feet per second.

The maximum theoretical horsepower capable of being generated by the works is  ............................................. horsepower.
<small>Second feet 'X' fall ÷ 8.8</small>

The use to which the power is to be applied is.......................................................................................................................
<small>For distribution and sale or private use, etc.</small>

The nature of the works by means of which power is to be developed is............................................................................
<small>Turbine, Pelton wheel, etc.</small>

The size of the nozzle to be used is......  ...................inches.

The water  will  be returned to ....................................................in.......................................................
        will not                              <small>Name stream</small>                  <small>State 40-acre subdivision</small>

Sec........ ........ , Tp........ ............ , R........ ............ , ........................ , B. & M.

3287

FPUB
Applic. No. 12178
Filed 28 Jul 1952

DO NOT WRITE IN THIS SPACE

ATTACH EXTRA SHEETS HERE

15. **Municipal Use.** This application is made for the purpose of serving Fallbrook Public Utility District
Name of city or claim, town or town. Urban areas only
a public and municipal corporation............. having a present population of ...... 4500 ......

The estimated average daily consumption during the month of maximum use at the end of each five-year period until the

full amount applied for is put to beneficial use is as follows:

| ......1955 | - | 6000 | 1970 | - | 9000 |
|---|---|---|---|---|---|
| ......1960 | - | 7000 | 1975 | - | 10,000 |
| ......1965 | - | 8000 | | | |

16. **Mining Use.** The name of the mining property to be served is ...........
Name of claim
and the nature of the mines is ...........
Gold placer, quartz, etc.

The method of utilizing the water is ...........

It is estimated that the ultimate water requirement for this project will be ...........
Cubic feet per second, gallons per minute. State basis of estimate

The water will / will not be polluted by chemicals or otherwise ...........
Explain nature of pollution, if any

and it will / will not be returned to ........... in ........... of
Name stream                                   State if as to subdivision

Sec......, T......, R......, B. & M.

17. **Industrial Use.** The nature of the use proposed is ...........
Describe nature and method of use

...........

The amount for which application is made was determined by ...........
Describe basis of estimate of quantity needed

...........

18. **Recreational Use.** Water will be used for ...........
Describe nature and method of use

The amount for which application is made determined by ...........
Describe basis of estimate of quantity needed

...........

# General

19. Are the maps as required by the Rules and Regulations filed with Application? Yes ........... . If not,
Yes or No

state specifically the time required for filing same ...........

                     (1) yes

20. Does the applicant own the land at the proposed point of diversion? (2) yes ........... If not, give name and
Yes or No

address of owner and state what steps have been taken to secure right of access thereto ...........

21. What is the name of the post office most used by those living near the proposed point of diversion?

       Fallbrook

22. What are the names and addresses of claimants of water from the source of supply below the proposed point

of diversion? U. S. Navy, 11th Naval District, San Diego.

........... FPUD
........... Applic.No. 12176
........... Filed 28 Jul 1952

[SIGNATURE OF APPLICANT] _George W. Yackey_ 3288

FILE IN DUPLICATE

[For full information concerning the filling out of this form refer to Article 4 of Rules and Regulations Pertaining to Appropriation of Water]

### STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC WORKS
### DIVISION OF WATER RESOURCES
### STATE ENGINEER

Application No. 12179   Filed November 26, 1947   at 10:12 A. M.

AMENDED APPLICATION RECEIVED 7/28/52 Applicant must not fill in the above blanks

# APPLICATION TO APPROPRIATE UNAPPROPRIATED WATER

I, Fallbrook Public Utility District
       Name of applicant

of Fallbrook ............................................................ County of San Diego

State of California ............, do hereby make application for a permit to appropriate the

following described unappropriated waters of the State of California, SUBJECT TO VESTED RIGHTS:

## Source, Amount, Use and Location of Diversion Works

(1) Sandia Creek
1. The source of the proposed appropriation is (2) Santa Margarita River
       Give name of stream, lake, etc., if unnamed state nature of source and thus it is unnamed

located in San Diego County, tributary to (1) Santa Margarita River (2) Pacific Ocean.

2. The amount of water which applicant desires to appropriate under this application is as follows:

   (a) For diversion to be directly applied to beneficial use ........................................................cubic feet per
                                                                                            1 cubic foot per second equals 40 statute miner's inches or 646,317 gallons per day

second, to be diverted from ........................................ to ........................................of each year.
                                  Beginning date                            Closing date

   (b) For diversion to be stored and later applied to beneficial use 10,000 ....................acre-feet
(1) 1500   (2) 8500 acre feet                                                         1 acre-foot equals 325,851 gallons

per annum, to be collected between; November 1 and June 1 of each season.
                                       Beginning date                      Closing date

   NOTE—Answer (a) or (b) or both (a) and (b) as may be necessary. If amount under (a) is less than .025 cubic foot per second, state in gallons per day. Neither the amount nor the season may be increased after application is filed.

3. The use to which the water is to be applied is Municipal, domestic & irrigation
                                                       Domestic, irrigation, power, municipal, mining, industrial, recreational

........................................................................................................................ purposes.

4. The point of diversion is to be located (1) S 32° W  650 ft. from NE Cor. Sec. 12, T 9S,
                                               State bearing and distance or coordinate distances from section or quarter section corner
R 4W, S.B.B.& M.
   (2) 1600 ft. S.& 60 ft. W. from NE Cor Sec. 12, T 9S, R 4W, S.B.B.& M.

                   (1)  NE ¼ of NE ¼
being within the  (2)  SE ¼ of NE ¼
                       State 40-acre subdivision of U.S. Government survey or projection thereof
                   (1) 12
of Section (2) 12, T. 9S. , R 4W .............., S. B. B. & M., in the County of San Diego

5. The main conduit terminates in Fallbrook Public Utility District System
                                       of Sec. ......., ................., .................................... B. & M.
                                    State 40-acre subdivision of U.S. Government survey or projection thereof

## Description of Diversion Works

NOTE—An application can not be approved for an amount grossly in excess of the estimated capacity of the diversion works.

6. Intake or Headworks (fill only those blanks which apply)

   (a) Diversion will be made by pumping from ........................................................................
                                                   Sump, offset well, underground channel, etc.

   (b) Diversion will be by gravity, the diverting dam being ....................feet in height (stream bed to

level of overflow); ........................feet long on top; and constructed of ..............................................
                                                                                Concrete, earth, brush, etc.
                                (1) 85                                      (1) 460
   (c) The storage dam will be (2) 156 feet in height (stream bed to overflow level); (2) 700 feet
                                (1) 5                                  (1) concrete
long on top; have a freeboard of (2) 20 feet, and be constructed of (2) concrete & steel .....................
                                                                        Concrete, earth, etc.

7. Storage Reservoir (1) Sandia Reservoir  (2) Fallbrook Reservoir
                         Name                            Sec. 36,  T 8S, R 4W

The storage reservoir will flood lands in (1) Secs. 1 & 12, T 9S, R 4W,S.B.P.& M. (2) T 8 & 9S,
                                            Indicate section or sections, state 40-acre subdivisions unless shown upon map R 3 & 4W, S.B.B.& M.
                              (1) 54.5
It will have a surface area of (2) 515 acres, and a capacity of (1) 32,000 acre-feet. (see map)
                                                                  (2) 32,600
   ☞ In case of insufficient space for answers in form, attach sheets at top of page 3 and cross refer

FORM 1                                                                                         3289

                                                              FPUD
                                                              Applic. No. 12179
                                                              Filed 28 Jul 1952

8. **Conduit System** (describe main conduits only) Water from Sandia Reservoir will be released into natural channel and rerepulated at Fallbrook Reservoir. Water will be pumped to Fallbrook system from Fallbrook Reservoir.

(a) Canal, ditch, flume: Width on top (at water line) ............. feet; width at bottom ............

feet; depth of water .......... feet; length ......... feet; grade ............... feet per 1,000 feet; materials

of construction ............................. Earth, rock, timber, etc.

(b) Pipe line: Diameter ..... 12" ..... inches; length ... 11,000 .. feet; grade Pressure line feet per

1,000 feet; total fall from intake to outlet .......... feet; kind ..... steel .... Riveted steel, concrete, wood stave, etc.

Note.—If a combination of different sizes or kinds of conduit is to be used, attach extra sheets with complete description, also show location of each clearly on map.

9. The estimated capacity of the diversion conduit or pumping plant proposed is Present 2700 gpm Ultimate 25 cfs Give cubic feet per second or gallons per minute

The estimated cost of the diversion works proposed is ..... $100,000 new works Give mile cost of intake, or headworks, pumps, storage reservoirs and main conduits described herein.

## Completion Schedule

10. **Construction work will begin on or before** ............ December 1, 1953

Construction work will be completed on or before ... ....... December 1, 1955

The water will be completely applied to the proposed use on or before ....... December 1, 1960

## Description of Proposed Use

11. **Place of Use.** Fallbrook Public Utility District, as shown on map filed with State Engineer State or other subdivision of the public land survey. If area is ..... one of subdivide the location or if lines of the public land

State Engineer, Acres area of District 8,124 Acres. Not irrigable from 7,300 acres corner were protected. In the case of irrigation we state the number of acres to be irrigated in each 40-acre tract, if space permits. If space does not permit listing of all

40-acre tracts, describe area in a general way and show detail up on map.

Does applicant own the land whereon use of water will be made? ...No Yes or No

In locally constituted District If applicant does not own land whereon use of water will be made, give name and address of owner and state what arrangements have been made with him.

12. **Domestic Use.** Domestic use is proposed as follows: Gardens, family orchards, Describe nature of use which may include stock water and the irrigation of domestic

stock, prairie residences, etc. gardens not exceeding one-half acre with each place of residence. State number and kind of stock to be watered, number of houses and people to be served.

The amount for which application is made was determined by estimated for population of 10,000 Describe basis of quantity needed

13. **Irrigation Use.** The area to be irrigated is ..... 7200 .................................... acres. State net acreage to be irrigated

The segregation of acreage as to crops is as follows: Rice ............... acres; alfalfa ................... acres;

orchard ..... 6000 ....... acres; general crops .. 1200 ......... acres; pasture ................. acres. Note.—Care should be taken that the various statements as to acreage are consistent with each other, with the statement in Paragraph 11, and with the map.

The irrigation season will begin about ..... April 1 ............... and end about ... November 1 Beginning date Closing date

The land to be irrigated has another water right or source of water supply other than that herein applied for. The nature no other

and amount of the additional supply referred to is ...Permits 5227, 7033 and 8611 ...... ... ... ...

14. **Power Use.** The total fall to be utilized is ........................................................................ feet. Difference between nozzle or draft tube water level and first free water surface above

The maximum amount of water to be used through the penstock is.................................................... cubic feet per second.

The maximum theoretical horsepower capable of being generated by the works is ........................... ... horsepower. Second feet × fall ÷ 8.8

The use to which the power is to be applied is........................................................................... For distribution and sale or private use, etc.

The nature of the works by means of which power is to be developed is .... ............................................ Turbine, Pelton wheel, etc.

The size of the nozzle to be used is...... .............inches.

The water will/will not be returned to ..................................................in........................... State 40-acre subdivision Name stream

Sec. ............. , Tp. ............ , R. .................. .................. B. & M.

FPUD Applic. No. 12179

3290

DO NOT WRITE IN THIS SPACE

ATTACH EXTRA SHEETS HERE

15. **Municipal Use.** This application is made for the purpose of serving Fallbrook Public Utility District
<span style="font-size:smaller">Name city or claim, town or towns. Urban areas only</span>
a public and municipal corporation ............ having a present population of 4500

The estimated average daily consumption during the month of maximum use at the end of each five-year period until the full amount applied for is put to beneficial use is as follows:

1955  -  6000             1970  -  9000

1960  -  7000             1975  -  10,000

1965  -  8000

16. **Mining Use.** The name of the mining property to be served is ............
<span style="font-size:smaller">Name of claim</span>
................ and the nature of the mines is ............
<span style="font-size:smaller">Gold placer, quartz, etc.</span>

The method of utilizing the water is ............

It is estimated that the ultimate water requirement for this project will be ............
<span style="font-size:smaller">Cubic feet per second, gallons per minute. State basis of estimate</span>

The water will / will not be polluted by chemicals or otherwise............
<span style="font-size:smaller">Explain nature of pollution, if any</span>
and it will / will not be returned to ............
<span style="font-size:smaller">Name stream</span>
in ............
<span style="font-size:smaller">State 40-acre subdivision</span>
of
Sec............, T............, R............, ............ B. & M.

17. **Industrial Use.** The nature of the use proposed is............
<span style="font-size:smaller">Describe nature and method of use</span>

The amount for which application is made was determined by............
<span style="font-size:smaller">Describe basis of estimate of quantity needed</span>

18. **Recreational Use.** Water will be used for............
<span style="font-size:smaller">Describe nature and method of use</span>
The amount for which application is made was determined by............
<span style="font-size:smaller">Describe basis of estimate of quantity needed</span>

# General

19. Are the maps as required by the Rules and Regulations filed with Application? Yes ............ If not,
<span style="font-size:smaller">Yes or No</span>
state specifically the time required for filing same............

20. Does the applicant own the land at the proposed point of diversion? (1) Yes (2) Yes ............ If not, give name and
<span style="font-size:smaller">Yes or No</span>
address of owner and state what steps have been taken to secure right of access thereto............
(2)xxxxwillxbexsenderens

21. What is the name of the post office most used by those living near the proposed point of diversion?
Fallbrook

22. What are the names and addresses of claimants of water from the source of supply below the proposed point
of diversion? U. S. Navy, 11th Naval District, San Diego.

FPUD
Applic. No. 12179
Filed 26 Jul 1952

[SIGNATURE OF APPLICANT] George W. Yackey
Fld. Mgr.

-3291

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC WORKS
DIVISION OF WATER RESOURCES
STATE ENGINEER
Sacramento 5

P R O T E S T

Application 12178

DAVID W. AGNEW, Special Assistant to the Attorney General of the
United States, Room 411-A, Fox Theater Building, 720 "B" Street, San
Diego, California, duly authorized and directed by the Attorney General
of the United States, and at the request of the Department of the Navy,
having carefully considered the notice relative to the application of
Fallbrook Public Utility District (Application 12178) to appropriate
water from Rainbow Creek, tributary to the Santa Margarita River, and
the Santa Margarita River at points situated in the southwest quarter
of the northeast quarter of Section 8, Township 9 South, Range 3 West,
S.B.B. &M., and the southeast quarter of the northeast quarter of
Section 12, Township 9 South, Range 4 West, S.B.B. &M., San Diego
County, California, protests against the approval of that application.
That protest is premised on the fact that the proposed appropriation
of the aforesaid Fallbrook Public Utility District will result in a
diminution of the water available in the Santa Margarita River which
constitutes the source of water supply for Camp Pendleton and the
U. S. Naval Hospital, Oceanside, California, and the U. S. Naval
Ammunition Depot, Fallbrook, California.  Those military establish-
ments are essential to the national defense and any reduction of the
water available in the Santa Margarita River will cause irreparable
damage to the United States and will be resisted.

FURTHER, that protest is premised on the fact that the subject
matter of application 12178 is directly involved in the proceeding
now pending in the District Court of the United States for the
Southern District of California Southern Division, entitled United
States of America, Plaintiff, v. Fallbrook Public Utility District,
a public service corporation of the State of California; et al,
Defendants; Civil No. 1247-SD.

3292

FILED
Applic. No. 12178
USA Protest.

- 2 -

As successor in interest to rights of Rancho Santa Margarita, a corporation, in the Santa Margarita River the United States is entitled as a riparian proprietor to participate in the available supply of water in that stream on the basis of that Stipulated Judgment entered on December 26, 1940, by the Superior Court of California In and For the County of San Diego, in the case entitled Rancho Santa Margarita v. Vail, et al; Civil No. 42850. That Stipulated Judgment is by reference made a part hereof. The United States likewise claims such other rights as it may be entitled to as against the applicants which may not be specifically described in the aforesaid Stipulated Judgment.

By filing this PROTEST with the Department of Public Works Division of Water Resources, State Engineer, State of California, and forwarding a copy of it to the above-named applicants the United States seeks only to bring to the attention of the aforesaid State agency and the applicants the rights claimed by the United States in the Santa Margarita River and its intention to resist any encroachment upon those rights. It does not by this PROTEST or the filing of it submit those rights to the jurisdiction of the Division of Water Resources or in any way subject them to the jurisdiction of the State of California, its courts or any of its administrative tribunals.

David N. Agnew
DAVID W. AGNEW
Special Assistant to the Attorney General

Dated: September 27, 1952

3293
FPUD
Aplic No. 12478
USA Protest

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC WORKS
DIVISION OF WATER RESOURCES
STATE ENGINEER
Sacramento 5

P R O T E S T

Application 12179

DAVID W. AGNEW, Special Assistant to the Attorney General of the
United States, Room 411-A, Fox Theater Building, 720 "B" Street, San
Diego, California, duly authorized and directed by the Attorney General
of the United States, and at the request of the Department of the Navy,
having carefully considered the notice relative to the application of
Fallbrook Public Utility District (Application 12179) to appropriate
water from Sandia Creek, tributary to the Santa Margarita River, and
the Santa Margarita River at points situated in the northeast quarter
of the northeast quarter of Section 12, Township 9 South, Range 4 West,
S.B.B. &M., and the southeast quarter of the northeast quarter of
Section 12, Township 9 South, Range 4 West, S.B.B. &M., San Diego
County, California, protests against the approval of that application.
That protest is premised on the fact that the proposed appropriation
of the aforesaid Fallbrook Public Utility District will result in a
diminution of the water available in the Santa Margarita River which
constitutes the source of water supply for Camp Pendleton and the
U. S. Naval Hospital, Oceanside, California, and the U. S. Naval
Ammunition Depot, Fallbrook, California.  Those military establish-
ments are essential to the national defense and any reduction of the
water available in the Santa Margarita River will cause irreparable
damage to the United States and will be resisted.

FURTHER, that protest is premised on the fact that the subject
matter of application 12179 is directly involved in the proceeding
now pending in the District Court of the United States for the
Southern District of California Southern Division, entitled United
States of America, Plaintiff, v. Fallbrook Public Utility District,
a public service corporation of the State of California; et al,
Defendants; Civil No. 1247-SD.

3294

FPUD
Applic. No. 12179
USA Protest

- 2 -

As successor in interest to rights of Rancho Santa Margarita, a corporation, in the Santa Margarita River the United States is entitled as a riparian proprietor to participate in the available supply of water in that stream on the basis of that Stipulated Judgment entered on December 26, 1940, by the Superior Court of California In and For the County of San Diego, in the case entitled Rancho Santa Margarita v. Vail, et al; Civil No. 42850.  That Stipulated Judgment is by reference made a part hereof.  The United States likewise claims such other rights as it may be entitled to as against the applicants which may not be specifically described in the aforesaid Stipulated Judgment.

By filing this PROTEST with the Department of Public Works Division of Water Resources, State Engineer, State of California, and forwarding a copy of it to the above-named applicants the United States seeks only to bring to the attention of the aforesaid State agency and the applicants the rights claimed by the United States in the Santa Margarita River and its intention to resist any encroachment upon those rights.  It does not by this PROTEST or the filing of it submit those rights to the jurisdiction of the Division of Water Resources or in any way subject them to the jurisdiction of the State of California, its courts or any of its administrative tribunals.

_David W. Agnew_
DAVID W. AGNEW
Special Assistant to the Attorney General

Dated:  September 27, 1952

3295

November 3, 1952

Applications 12178 - 12179

Mr. David W. Agnew
Special Assistant to the
  Attorney General
Room 411-A
Fox Theater Building
720 - B Street
San Diego, California

Dear Mr. Agnew:

Reference is made to the protest submitted by you on
behalf of the Department of the Navy against the above numbered
applications of Fallbrook Public Utility District.

Under the provisions of Section 719, Article 11, Title 23
of the California Administrative Code, protests against applications
to appropriate water must meet certain requirements. These protest
requirements are set forth in the enclosed leaflet. Inasmuch as the
protest submitted by you is silent as to the extent of the present
and past use of water by the Navy at Camp Pendleton, the U. S. Naval
Hospital, Oceanside, and the U. S. Naval Ammunition Depot, Fallbrook,
and also as to the location of Navy's point of diversion on Santa
Margarita River, the protest has been adjudged insufficient and it
is hereby dismissed with leave to amend and resubmit within fifteen
days from present date.

Very truly yours,

A. D. EDMONSTON, STATE ENGINEER

By_____
Harrison Smitherum
Supervising Hydraulic Engineer

KLW:MUH

cc: Fallbrook Public Utility District
    P. O. Box 427
    Fallbrook, California

NOV 3 - '52 K.L.W

01K  How c

FPUD
Applic.No. 12178, 12179
Letter dated 3 Nov 1952

3296

FILE IN DUPLICATE

[ For fu... information concerning the filling out of this form refer to Regu-
lation 4 of Rules and Regulations Governing the Appropriation of Water ]

DIV OF WATER RESOURCES

## STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC WORKS
### DIVISION OF WATER RESOURCES
#### STATE ENGINEER

1948 JUN 30   AM 11 25

Application No. ..12576.. Filed ....June 30, 1948...... at 11:25 A. M.
<span>(Applicant must not fill in the above blanks)</span>

# APPLICATION TO APPROPRIATE UNAPPROPRIATED WATER
### This application involves in no way the right to construct a dam

I, ....U. S. NAVY DEPARTMENT..............
<span>Name of applicant</span>

of .................................. County of ......................
<span>Post office</span>

State of ........................................, do hereby make application for a permit to appropriate the

following described unappropriated waters of the State of California, SUBJECT TO EXISTING RIGHTS:

## Source, Amount, Use and Location of Diversion Works

1. The source of the proposed appropriation is ..TEMECULA-SANTA MARGARITA RIVER......
<span>(Give name of stream, lake, etc., if named; if unnamed state source of source and that it is unnamed)</span>

located in ..San Diego..... County, tributary to ...Pacific Ocean :.........

2. The amount of water which applicant desires to appropriate under this application is as follows:

(a) For diversion to be directly applied to beneficial use without storage .............................cubic feet per
<span>(one cubic foot per second equals 40
miners inches and/or 646,317
gallons per day)</span>

second, to be diverted from.........................to.....................of each season.
<span>Beginning date each season        Closing date each season</span>

(b) For diversion to be stored temporarily and later applied to beneficial use ...165,000.... acre-feet
<span>(See Supplement #1)</span>
<span>( 1 acre-foot equals 325,851 gallons)</span>

per annum, to be collected between ...1 October...... and ...30 September........ of each season.
<span>Beginning date each season        Closing date each season</span>

Note.—Answer (a) or (b) or both (a) and (b) as may be necessary.  The amounts stated must be in definite terms of some established
unit of measurement.  Neither these amounts nor the season may be increased after application is filed.

3. The use to which the water is to be applied is ..Military, Irrigation....
<span>Domestic, irrigation, power, municipal, mining, industrial, recreational</span>

....and Domestic....................................................................purposes.

4. The point of diversion is to be located ..at the Santa Margarita Dam Site, in U.S.M.C....
<span>State bearing and distance on section distances to section or quarter section corner</span>

...Camp Pendleton......

being within the S¼ of Section 29, T.9.S., R.4 W., S.B.B.M. and the N½ of......
<span>State 40-acre subdivision of U. S. Government survey or projection thereof</span>

of Section 32..., Tp...9S...., R. 4 W., S.B.D. & M., in the County of...San Diego......

5. The main conduit terminates in...................of Sec....20..., Tp...10S..., R.4.W..... SBB. .M.
<span>State 40-acre subdivision of U. S. Government survey or projection thereof</span>

and Sec.11, T.11S., R.5W., SBBM

## Description of Diversion Works

NOTE.—An application can not be approved for an amount grossly in excess of the estimated capacity of the diverting works

6. Intake or Headworks (fill only those blanks which apply)

(a) Diversion will be made by pumping: Capacity of plant ..16900...... gallons per minute.  (See Supplement)
<span>#2</span>

(b) Diversion will be by gravity, the diverting dam being ....190...... feet in height (stream bed to

level of overflow): ..2000.....feet long on top; and constructed of ...Earth Fill..............
<span>Concrete, earth, brush, etc.</span>

(c) The storage dam will be ...190..... feet in height (stream bed to overflow level) : ...2000.... feet

long on top; have a freeboard of ....10...... feet, and be constructed of....Earth Fill......
<span>Concrete, earth, etc.</span>

U.S.NAVY DEPT.
Appl. No. 12576
Filed June 30, 1948

7. Storage Reservoir ..Santa Margarita Reservoir..........
<span>Name</span>

The storage reservoir will flood lands in U.S. Marine Corps, Camp Pendleton and U.S. Naval Depot
Fallbrook within Sections, 8,2,13,14,15,16,17,20,21,22,28,29,9S TWP9S-R4W

It will have a surface area of ....1970.....acres, and a capacity of ..165,000.... acre-feet.
<span>In case of insufficient space for answers in form, attach sheets in two of map r and cross reference.</span>

SUPERSEDED

3297

FORM 1 ...........

8. Conduit System (for the main conduit only).

(a) Canal, ditch, flume: Width on top (at water line) ................. feet; width at bottom .................
_Cross out two not used_

feet; depth of water ............ feet; length ............ feet; grade ............ feet per 1,000 feet; materials

of construction ....................
_Earth, rock, timber, etc._

### See Supplement #2

(b) Pipe line: Diameter ............ inches; length ............ feet; grade .................. feet per

1,000 feet; total fall from intake to outlet .......... feet; kind ....................
_Riveted steel, cement, wood-stave, etc._

NOTE—If a combination of different sizes or kinds of conduit is to be used, attach extra sheets with complete description, also show location of each clearly on map.

8. The estimated capacity of the diversion works proposed is **25 Cu.Ft. per sec.** ..................
_State cubic feet per second or gallons per minute_

The estimated cost of the diversion works proposed is **6,000,000** ....................
_sites, wells, cost of intakes, or headworks, pumps, storage reservoirs and main conduits described herein_

## Completion Schedule

10. Construction work will begin on or before **8 Mos. from date of Appropriation of Funds.**

Construction work will be completed on or before **3 Yrs. from date of Appropriation of Funds**

The water will be completely applied to the proposed use on or before **4 Yrs. from date of Appropriation of Funds**

## Description of Proposed Use

11. Place of Use. **U.S.M.C., Camp Pendleton, Oceanside, California, U.S. Naval Hospital,**
_State 40-acre subdivisions of the public land survey. If area is numerical indicate the location or if lines of the public land_

**Santa Margarita Ranch, Oceanside, California, and U.S. Naval Ammunition Depot, Fallbrook,**
_survey are not numerical state number of acres to be irrigated in each 40-acre tract, if space permits. If space does not permit listing all 40-acre_

**California. (See Attached Map)**
_tracts, describe area in a general way and show detail upon map. These blanks need not be filled in when municipal use is proposed._

Does applicant own the land whereon use of water will be made? **Yes**
_Yes or No_

If applicant does not own land whereon use of water will be made, state what arrangements have been made with owner.

12. Domestic Use. Domestic use is proposed as follows: **Military Facilities, including Barracks**
_Describe nature of use which may include such water and the irrigation of domestic_

**and Housing together with grounds; tenants on agricultural lands.**
_gardens not exceeding one-half acre each in area connected with places of residence._

The amount for which application is made was determined by **(See Supplement #3)**
_Describe basis of quantity needed_

13. Irrigation Use. The area to be irrigated is **2350** ....................... acres.
_State net acreage to be irrigated_

The segregation of acreage as to crops is as follows: Rice.......................... acres; alfalfa.............................. acres;

orchard ................ acres; general crops.......................... acres; pasture **(See Supplement #4)**..... acres.

NOTE—Care should be taken that the various statements as to acreage are consistent with each other, with the statement in Paragraph 11, and with the map.

The irrigation season will begin about **1 May** ....................... and end about **31 October** ............
_Beginning date each season_                                      _Closing date each season_

The land to be irrigated has **another** water right or source of water supply other than that herein applied for. The nature
_xxxxxxx_

**Riparian rights defined by Sup.Court Judgment(Santa**
and amount of the additional supply referred to is **Margarita vs Vail)Ground water pumping which may be**
**curtailed by proposed upstream conservation dam.**

14. Power Use. The total fall to be utilized is.............................................................feet.
_Difference between nozzle or draft tube water level and free water surface above_

The maximum amount of water to be used through the penstock is.......................................cubic feet per second.

The maximum theoretical horsepower capable of being generated by the works is.........................................horsepower.
_Second feet × fall ÷ 8.8_

The use to which the power is to be applied is...............................................
_For distribution and sale or private use, etc._

The nature of the works by means of which power is to be developed is.........................................
_Turbine, Pelton wheel, etc._

The size of nozzle to be used is................inches.

The water will / will not be returned to....................... in ..........................
_Name stream_          _State 40-acre subdivision_

Sec................ Tp.......... R............ M.

**3298**

## SUPPLEMENT NO. 1

(A) The safe economic yield of a reservoir at the Santa
Margarita Dam site with a capacity of 165,000 acre
feet was determined to be 12,700 acre feet per year.
This yield was predicated on the simultaneous oper-
ation of a storage reservoir upstream at the Nigger
Canyon site with a spillway level capacity of 41,340
acre feet and a safe economic yield of 5,000 acre
feet per year. Net evaporation losses were assumed
at 3.4 feet per year for the Santa Margarita site
and 3.8 feet for Nigger Canyon. The minimum yield
period used as an index was the period of least runoff
from 1895 to 1904.

## SUPPLEMENT NO. 2

(A) The main diversions of water from the storage reser-
voir will be by means of a gravity, pressure conduit
serving several booster pumping stations which will
deliver water to higher existing and proposed pressure
regulating reservoirs and thence to the distribution
mains. (Refer to attached map).

(B) The size of main conduits and their length follows:

| 30" Diameter | Steel | Length | 21750 Ft. |
|---|---|---|---|
| 24" " | " | " | 25800 " |
| 18" " | C.I. | " | 16125 " |
| 16" " | W.S.P. | " | 56000* ≠ 87000 |
| 14" " | " | " | 18750* |
| 12" " | " | " | 69000* |

This list does not include complete size requirements for
the entire distribution system.

(C) In addition to direct booster pump supply it is proposed
to release water into underground storage for recovery
by existing wells and pumps from the Chappo and Ysidora
pumping basins. The amount released will be determined by
the requirements necessary to prevent salt water intrusion
into the lower or Ysidora pumping basin.

                                    * Existing in place.

## SUPPLEMENT NO. 3

(A) The need for an additional water supply for military and
domestic use at Camp Joseph H. Pendleton has been created
by the fact that the Camp has been designated as a perm-
anent base for Marine Corps activities on the West Coast.
The present planning figures used in computing water re-
quirements are as follows:

| | |
|---|---|
| One Peace Time Division | 23479 |
| Signal School Students | 1000 |
| Tracked Vehicle Students | 350 |
| Civ.Serv.Housing 218 Units @ 3.5 | 763 |
| Officer & NCO Housing 13,000 @ 3.5 | 44500 |
| Fallbrook NAD Total Personnel | 2000 |

72,092 @ 100 GPD =
7,209,200 GPD
U.S. Naval Hospital 2000 @ 150 GPD =   300,000  "
7,509,200 GPD

U.S. NAVY DEPT.
Appl. No. 12576
Filed June 30, 1948

3299

### SUPPLEMENT NO. 3 (Cont'd)

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | = 2,740,000,000 G. Per Year |  |  |  |  |  |
|  | = 8,420 Acre Ft. Per Year |  |  |  |  |  |
| Present Irrigation Required | = 2,620 | " | " | " | " |  |
| Estimated Additional Irrigation Requirements | = 1,500 | " | " | " | " |  |
|  | 12,540 | " | " | " | " |  |

12,540 Acre Ft. = 35.4 Acre Ft. per day = 17.9 Sec.Ft.Cont.Flow.
Assumed short period rate for conduit design = 25 Sec. Ft.

### SUPPLEMENT NO. 4

The division of irrigated lands according to acreage, crops and approximate water demand follows:

| CROP | ACREAGE | WATER REQUIREMENT |
|---|---|---|
| Lemon Groves | 135 |  |
| Truck Gardens | 1135 | 2500 Acre Ft. |
| Flowers & Nursery | 100 | (Approx.Present Use) |
| Calif.Dept.Agric.Exp.Farm | 240 | 200 |
| Golf Course | 190 | 200 |
| Alfalfa | 550 | 1100. |
| USN Hospital Lawn | 60 | 120 |
| Totals | 2410 Acres | 4120 Acre Ft. |

U.S.NAVY DEPT.
Appl. No. 12576
Filed June 30, 1948

3300

ATTACH EXTRA SHEETS HERE

**15. Municipal Use.** This application is made for the purpose of serving.............................................................
Name city or cities, town or towns.   Urban areas only

...................................................................................................having a present population of.................................................

The estimated average daily consumption during the month of maximum use at the end of each five-year period until the

full amount applied for is put to beneficial use is as follows:

**16. Mining Use.** The name of the mining property to be served is...................................................................
Name of claim

..................................................................and the nature of the mines is...................................................................
Gold placer, quartz, etc.

The method of utilizing the water is...................................................................

It is estimated that the ultimate water requirement for this project will be...................................................................
Cubic feet per second, gallons per minute.   State basis of estimate

The water will/will not be polluted by chemicals or otherwise...................................................................
Explain nature of pollution, if any

and it will/will not be returned to...........................................................in...........................................................of
Name stream                                        State if more subdivision

Sec.................., Tp.................., R.................., .................. M.

**17. Industrial Use.** The nature of the use proposed is...................................................................
Describe nature and method of use

The amount for which application is made was determined by...................................................................
Describe basis of estimate of quantity needed

**18. Recreational Use.** Water will be used for...................................................................
Describe nature and method of use

The amount for which application is made was determined by...................................................................
Describe basis of estimate of quantity needed

## General

**19.** Are the maps as required by the Rules and Regulations filed with Application? **Yes**.............. If not,
Yes or No

state specifically the time required for filing same...................................................................

**20.** Does the applicant own the land at the proposed point of diversion? **Yes**.............. If not, state what
Yes or No

steps have been taken to secure right of access thereto...................................................................

**21.** What is the name of the post office most used by those living near the proposed point of diversion?

...............Oceanside, California & Fallbrook, California...............

**22.** What are the names and addresses of claimants of water from the source of supply below the proposed point

of diversion? ......**None**...................................................................

...................................................................................................................................

U. S. NAVY DEPT.
Appl. No. 12576
Filed June 30, 1948

U. S. Navy Department

Jack E. Cochrane
By direction of Chief of
the Bureau of Yards and Docks,
acting under the direction of

By: Jack E. Cochrane

3301

FILE IN DUPLICATE

[For the information concerning the filing out of this form or to Regulation of Rules and Regulations Governing the Appropriation of Water]

## STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC WORKS
### DIVISION OF WATER RESOURCES
### STATE ENGINEER

Application No. 12576 Filed June 30, 1948 at 11:25 A.M.
(Applicant must not fill in the above blanks)

# APPLICATION TO APPROPRIATE UNAPPROPRIATED WATER

### This application involves in no way the right to construct a dam

I, U. S. Navy Department
Name of applicant

of _____ County of _____
Post office

State of _____, do hereby make application for a permit to appropriate the

following described unappropriated waters of the State of California, SUBJECT TO EXISTING RIGHTS:

## Source, Amount, Use and Location of Diversion Works

1. The source of the proposed appropriation is Santa Margarita River
Give name of stream, lake, etc., if named; if unnamed state nature of source and that it is unnamed

located in San Diego County, tributary to Pacific Ocean

2. The amount of water which applicant desires to appropriate under this application is as follows:

    (a) For diversion to be directly applied to beneficial use without storage _____ cubic feet per
    1 cubic foot per second equals 40 miners inches or 646,317 gallons per day

second, to be diverted from _____ to _____.
Beginning date each season          Closing date each season

    (b) For diversion to be stored temporarily and later applied to beneficial use 165,000 acre-feet
1 acre-foot equals 325,851 gallons

per annum, to be collected between 1 October and 30 April of each season.
Beginning date each season          Closing date each season

    Note.—Answer (a) or (b) or both (a) and (b) as may be necessary. The amounts stated must be in definite terms of some established unit of measurement. Neither these amounts nor the season may be increased after application is filed.

3. The use to which the water is to be applied is Municipal (Military)
Domestic, irrigation, power, municipal, mining, industrial, recreational

_____ purposes.

4. The point of diversion is to be located 1181.69' S-42°-55'-27" E from S.E. Cor.
State bearing and distance or coordinate distances to section or quarter section corner

Sec. 30

being within the NW ¼ of NW ¼
State 40-acre subdivision of U. S. Government survey or projection thereof

of Section 32, Tp. 9 S., R. 4 W., SBB & M., in the County of San Diego

5. The main conduit terminates in SE ¼ of NW ¼, of Sec. 22, Tp. 11 S., R. 5 W., SBB & M.
State 40-acre subdivision of U. S. Government survey or projection thereof

## Description of Diversion Works

NOTE.—An application can not be approved for an amount grossly in excess of the estimated capacity of the diversion works.

6. Intake or Headworks (fill only those blanks which apply)

    (a) Diversion will be made by pumping: Capacity of plant 16,900 gallons per minute.

    (b) Diversion will be by gravity, the diverting dam being _____ feet in height (stream bed to

level of overflow); _____ feet long on top; and constructed of _____.
Concrete, earth, brush, etc.

    (c) The storage dam will be 190 feet in height (stream bed to overflow level); 2,000 feet

long on top; have a freeboard of 10 feet, and be constructed of Earth fill
Concrete, earth, etc.

7. Storage Reservoir Santa Margarita Reservoir (DeLuz Site)
Name

The storage reservoir will flood lands U. S. Marine Corps, Camp Pendleton and U.S. Naval
State ownership of sections, the 40-acre subdivisions unless shown upon map

Depot Fallbrook within Sections 8,9,15,16,17,20,21,22,28,29,32, T 9 S, R 4 W SBB&M
It will have a surface area of 1,970 acres, and a capacity of 165,000 acre-feet.

☞ In case of insufficient space for answers in form, attach extra sheets at top of page 3 and cross reference.

FORM 1

U.S. NAVY DEPT.
Appl. No. 12576
Filed Dec. 13, 1948

3302

8. **Conduit System** (describe main conduits only)

    (a) Canal, ditch, flume: Width on top (at water line) .................... feet; width at bottom _____
<br><small>Cross out two are used</small>

feet; depth of water.................... feet; length.................... feet; grade.................... feet per 1,000 feet; materials

of construction_____
<br><small>Earth, rock, timber, etc.</small>

    (b) Pipe line: Diameter.................... (See Supplement 1)
<br>....................inches; length.................... feet; grade.................... feet per

1,000 feet; total fall from intake to outlet.................... feet; kind_____
<br><small>Riveted steel, cement, wood-stave, etc.</small>

<small>NOTE.—If a combination of different sizes or kinds of conduit is to be used, attach extra sheets with complete description, also show location of each clearly on map.</small>

9. The estimated capacity of the diversion works proposed is **25 Cu.ft. per sec.**
<br><small>State cubic feet per second or gallons per minute</small>

    The estimated cost of the diversion works proposed is **$6,000,000**
<br><small>Give only cost of intake, or headworks, pumps, storage reservoirs and main conduits described herein</small>

## Completion Schedule

10. Construction work will begin on or before **8 Mo. from date of appropriation of funds**

Construction work will be completed on or before **3 Yr. from date of appropriation of funds**

The water will be completely applied to the proposed use on or before **4 Yr. from date of appropriation of funds**

## Description of Proposed Use

11. **Place of Use.** U.S.M.C., Camp Pendleton, Oceanside, Calif., U.S. Naval Hospital,
<br><small>State 40-acre subdivisions of the public land survey. If area is unsurveyed indicate the location or if lines of the public land</small>
<br>Santa Margarita Ranch, Oceanside, Calif., and U.S. Naval Ammunition Depot,Fallbrook, Calif.
<br><small>survey were projected. In the case of irrigation use state the number of acres to be irrigated in each 40-acre tract, if space permits. If space does not permit listing of all</small>
<br>(As shown on map filed with State Engineer)
<br><small>40-acre tracts, describe area in a general way and show detail upon map. These blanks need not be filled in when municipal use is proposed.</small>

Does applicant own the land whereon use of water will be made? **Yes**
<br><small>Yes or No</small>

If applicant does not own land whereon use of water will be made, state what arrangements have been made with owner._____

12. **Domestic Use.** Domestic use is proposed as follows: _____
<br><small>Describe nature of use which may include stock water and the irrigation of domestic</small>

<small>gardens not exceeding one-half acre with each place of residence. State number and kind of stock to be watered, number of houses and people to be served.</small>

_____

The amount for which application is made was determined by_____
<br><small>Describe basis of quantity needed</small>

13. **Irrigation Use.** The area to be irrigated is_____ acres.
<br><small>State net acreage to be irrigated</small>

The segregation of acreage as to crops is as follows: Rice_____ acres; alfalfa_____ acres;

orchard_____ acres; general crops_____ acres; pasture_____ acres.

<small>NOTE.—Care should be taken that the various statements as to acreage are consistent with each other, with the statement in Paragraph 11, and with the map.</small>

The irrigation season will begin about_____ and end about_____
<br><small>Beginning date each season         Closing date each season</small>

The land to be irrigated has   another   water right or source of water supply other than that herein applied for. The nature
<br>              no other

and amount of the additional supply referred to is_____

14. **Power Use.** The total fall to be utilized is_____ feet.
<br><small>Difference between mantle or draft tube water level and first free water surface above</small>

The maximum amount of water to be used through the penstock is_____ cubic feet per second.

The maximum theoretical horsepower capable of being generated by the works is_____ horsepower.
<br><small>Second feet × fall ÷ 8.8</small>

The use to which the power is to be applied is_____
<br><small>For distribution and sale or private use, etc.</small>

The nature of the works by means of which power is to be developed is_____
<br><small>Turbine, Pelton wheel, etc.</small>

The size of the nozzle to be used is....................inches.      3303

The water   will   be returned to_____ in_____
<br>      will not       <small>Name stream</small>                   <small>State 40-acre subdivision</small>

Sec._____, Tp._____, R._____, _____, M. _____
<br>
U.S. NAVY DEPT.
<br>Appl. No. 12576
<br>Filed Dec. 13, 1948

## SUPPLEMENT 1

Size and Length of Main Conduit

| Diameter | Kind | Length |
|----------|------|--------|
| 30 in. | steel | 21,750 ft. |
| 24 in. | steel | 25,800 ft. |
| 18 in. | C.I. | 16,125 ft. |
| 16 in. | W.S.P. | 143,000 ft. |
| 14 in. | W.S.P. | 18,750 ft. |
| 12 in. | W.S.P. | 69,000 ft. |

U.S. NAVY DEPT.
Appl. No. 12576
Filed Dec. 13, 1948

3304

DO NOT WRITE IN THIS SPACE

ATTACH EXTRA SHEETS HERE

15. **Municipal Use.** This application is made for the purpose of serving Camp Joseph H. Pendleton

<span style="font-size:small">Name city or place, town or town. Urban areas only</span>

U.S. Naval Hospital & Fallbrook Naval Amm. Depot having a present population of Approx. 12,000

one

The estimated average daily consumption during the month of maximum use at the end of each five-year period until the (Estimates based on proposed controlling growth & approved applied for is put to beneficial use is as follows: expansion of Camp Pendleton as provided for by 5-yr. development plan).

| | Yearly Use | No. of Max.Use | Daily Av.Max.No. | | Yearly Use | No.of Max.Use | Daily Av.Max.Mo |
|---|---|---|---|---|---|---|---|
| At present | 5,750 | 720 Ac.Ft. | 23.2 Ac.Ft. | 3rd Yr. | 9820 | 1,225 | 39.5 |
| End 1st Yr. | 7,110 | 887 " " | 28.6 " " | 4th " | 11,180 | 1,400 | 45.0 |
| " 2nd " | 8,460 | 1,058 " " | 34.0 " " | 5th " | 12,540 | 1,570 | 50.0 |

16. **Mining Use.** The name of the mining property to be served is _____
<span style="font-size:small">Name of claim</span>

_____ and the nature of the mines is _____
<span style="font-size:small">Gold placer, quartz, etc.</span>

The method of utilizing the water is _____

It is estimated that the ultimate water requirement for this project will be _____
<span style="font-size:small">Cubic feet per second, gallons per minute. State basis of estimate</span>

The water will/will not be polluted by chemicals or otherwise _____
<span style="font-size:small">Explain nature of pollution, if any</span>

and it will/will not be returned to _____ in _____ of
<span style="font-size:small">Name stream</span> <span style="font-size:small">State 40-acre subdivision</span>

Sec._____, Tp._____, R._____, _____, M.

17. **Industrial Use.** The nature of the use proposed is _____
<span style="font-size:small">Describe nature and method of use</span>

The amount for which application is made was determined by _____
<span style="font-size:small">Describe basis of estimate of quantity needed</span>

18. **Recreational Use.** Water will be used for _____
<span style="font-size:small">Describe nature and method of use</span>

The amount for which application is made was determined by _____
<span style="font-size:small">Describe basis of estimate of quantity needed</span>

## General

19. Are the maps as required by the Rules and Regulations filed with Application? Yes . If not,
<span style="font-size:small">Yes or No</span>
state specifically the time required for filing same _____

20. Does the applicant own the land at the proposed point of diversion? Yes . If not, state what
<span style="font-size:small">Yes or No</span>
steps have been taken to secure right of access thereto _____

21. What is the name of the post office most used by those living near the proposed point of diversion?

Oceanside, Calif. and Fallbrook, Calif.

22. What are the names and addresses of claimants of water from the source of supply below the proposed point
of diversion? None

U.S. NAVY DEPT.
Appl. No. 12576
Filed Dec.13, 1948

UNITED STATES NAVY DEPARTMENT

3305

[SIGNATURE OF APPLICANT] M. H. Aubey
M. H. AUBEY
By direction of the Chief of the Bureau of
Yards and Docks

IN REPLYING
REFER TO NO.

UNITED STATES MARINE CORPS
HEADQUARTERS, MARINE BARRACKS,
CAMP JOSEPH H. PENDLETON,
OCEANSIDE, CALIFORNIA.

6/2/275-de
N25/N26-6

13 July 1949

278366

State of California,
Department of Public Works,
Division of Water Resources,
Public Works Building,
Sacramento 5, California.

Re:       Application No. 12576

Refs:     (a)  State of Calif Dept of Pub Wks ltr to USN Dept
               Comdt's Office 11ND, dtd 8Jul49.
          (b)  State of Calif Dept of Pub Wks ltr to USN Dept
               Comdt's Office 11ND, dtd 28Jun49.

Atten:   Mr. Gordon Zander, Principal Hydraulic Engineer.

Gentlemen:

As stated in reference (a), the first amendment to Application No.
12576 was the result of an interpretation of Article 8, Paragraph
701, Section C of the State of California Rules, Regulations, and
Information pertaining to "Appropriation of Water in California,"
1946 Edition, made by Mr. Walter E. Stoddard.  This interpreta-
tion was confirmed in conference with Mr. George B. Gleason on 30
July 1948 at the office of the Division of Water Resources, Los
Angeles, California.

In accordance with the proposal outlined in reference (b), and in
accordance with the interpretation of the Principal Hydraulic
Engineer of Paragraph 2 (b) of Application No. 12576, it is re-
quested that Application No. 12576 be further amended as follows:

U.S.A.
Application No. 12576
Letter dtd July 13, 1949

3306

6/2/275-de                                              13 July 1949

Re:        Application No. 12576.

Paragraph 2 (b) of Application No. 12576 to read:

"For diversion to be stored temporarily and later
applied to beneficial use, 165,000 (one hundred
sixty-five thousand) acre feet per annum, to be
collected between 1 October and 30 April of each
season."

                              Very truly yours,

                              G. B. ERSKINE,
                              Major General, USMC,
                              Commanding.

CC:

CMC
ChfBuY&D
JAGMC
Com11
PSO
PWO

-2-

U.S.A.
Application No. 12576
Letter dtd July 13, 1949

3307

STATE OF CALIFORNIA - STATE WATER RIGHTS BOARD
1401 - 21st Street
P.O. Box 1592
Sacramento 7, California

In the matter of )
)
Applications 11578, 12152, )
)
 SANTA MARGARITA MUTUAL WATER )
 COMPANY )
)
Applications 12178, 12179, )
)
 FALLBROOK PUBLIC UTILITY )
 DISTRICT )
)
Application 12576, )
)
 U. S. NAVY DEPARTMENT )

NOTICE OF PREHEARING CONFERENCE

Sources: Santa Margarita River,
Temecula Creek, Rainbow
Creek, Sandia Creek

Counties: San Diego, Riverside

TO APPLICANTS, PROTESTANTS,
AND OTHER INTERESTED PARTIES:

  You are hereby notified that a prehearing conference will be held on Tuesday, July 9, 1957, at 10 a.m., in the hearing room of the State Water Rights Board, 4th floor, Kaiser Building, 1401 - 21st Street, Sacramento, California.

  The purpose of this conference is to select a convenient date for hearing of the applications, and to devise means of expediting the hearing.  All parties who intend to appear and offer evidence at the hearing are expected to attend or be represented at the conference and to be prepared to discuss stipulations concerning the issues involved with the objective of reducing duration of the hearing.  Consideration will also be given to arrangements for an exchange among the parties of copies of exhibits and written statements of professional qualifications of expert witnesses in advance of the hearing.  No testimony will be received at this conference.

       /s/ Henry Holsinger
          Henry Holsinger, Chairman
          State Water Rights Board

Dated: Sacramento, California
   June 4, 1957

         STATE WATER RIGHTS BOARD NOTICE
         Dated June 4, 1957

3308

REVOCABLE LICENSE AND AGREEMENT
TO USE WATER
FROM SANTA MARGARITA RIVER

THIS AGREEMENT made and entered into this 20th day of July, 1932, by and between RANCHO SANTA MARGARITA, a corporation, First Party, and FALLBROOK PUBLIC UTILITY DISTRICT, a municipal corporation, Second Party:

WITNESSETH:

WHEREAS, Rancho Santa Margarita is a corporation organized and existing under the laws of the State of California, and is the owner of that certain tract of land commonly known as the Santa Margarita Ranch, situated in the County of San Diego, State of California; and

WHEREAS, the lands comprising the said Santa Margarita Ranch are riparian to that certain stream of water in said county known as the Santa Margarita River, and said Rancho Santa Margarita is the owner of and exercising riparian rights in and to the waters of said river; and

WHEREAS, Fallbrook Public Utility District is a municipal corporation organized under the laws of the State of California embracing territory located within the County of San Diego, all as shown on that certain map attached hereto, marked Exhibit A; and

WHEREAS, said public utility district has been organized and is functioning for the purpose of supplying the inhabitants of said district with public utility service including the furnishing and supplying of its inhabitants with water for domestic purposes; and

WHEREAS, said district is in need of an additional supply of water for the purpose of furnishing water for domestic purposes to the inhabitants of said district, and is desirous of securing said additional supply of water from said Santa Margarita River;

NOW, THEREFORE, in consideration of the mutual covenants and agreements of the parties hereto as hereinafter expressed,

3309

Revocable License    1    2

[illegible] respective parties,

IT IS FURTHER [illegible] additional [illegible]

1. That the Rancho [illegible] grants to Fallbrook Public Utility District a revocable [illegible] consent to divert and take from the Santa [illegible] [illegible] [illegible] inches of water continuous flow [illegible] [illegible] [illegible] for the purpose of supplying the inhabitants of said Fallbrook Public Utility District with water for domestic uses.

Such revocable license or permit is granted upon the following express terms and conditions:

(a) This revocable license or permit shall continue in effect until expressly revoked in writing by Rancho Santa Margarita, its successors or assigns. In the event of revocation of this license or permit, a notice of revocation in writing shall be served on said District by delivering to the President or Secretary of said Fallbrook Public Utility District at the office of said district a copy of said written notice or by mailing a copy thereof, postage prepaid, to said President or Secretary and addressed to said President or Secretary, General Delivery, Fallbrook, California, at least sixty (60) days before the date expressed in said notice when said revocation shall become legally effective.

(b) Water taken and used under this revocable license or permit shall be diverted from Section (7), in Township Nine (9) South, Range Three (3) West, S.B.M., or at such other point on said river as may be selected and agreed upon by the parties hereto.

(c) If at any time said Rancho Santa Margarita shall construct a dam and reservoir at any point on said river and, by reason thereof, flood or otherwise require or use those portions of the watershed of said river in Section Seven (7), Township Nine (9) South, Range Three (3) West, S.B.M., or any part thereof, which may be occupied or used or owned or controlled

- 2 -

3310

| Revocable License |
[illegible]

by said Fallbrook Public Utility District, then and in that
event, said District covety and herein expressly undertakes
and agrees to permit the said Rancho Santa Margarita to flood
or otherwise use or occupy the said lands, or any part there-
of, in said Section Seven (7), Township Nine (9) South, Range
Three (3) West, S.B.M., notwithstanding the fact that said
district may be using and occupying or intending to use and
occupy said lands for diversion and pumping purposes, PROVIDED
HOWEVER, that in event said Rancho Santa Margarita shall flood
or otherwise occupy said lands of the Fallbrook Public Utility
District, then said District, under this revocable license and
permit, shall have the right thereafter to take and divert said
ten (10) miner's inches of water from said river by pumping
said water from the reservoir, and the waters impounded therein,
so constructed and maintained by said Rancho Santa Margarita or
its successors in interest.

(d) As a condition precedent to the effectiveness of the
revocable license and permit herein provided for, the approval
of the same by the Vail Company, an association of persons
transacting business under that common name, Margaret R. Vail,
N. R. Vail, Mary Vail Wilkinson, Mahlon Vail and Wm. Banning Vail,
as Trustees of said Vail Company, Margaret R. Vail, N. R. Vail,
Mary Vail Wilkinson, Mahlon Vail, Wm. Banning Vail, Edward N.
Vail, Margaret Russell Vail and Samuel Stiles shall be obtained
upon the form attached hereto, entitled "Revocable Consent by
Vail Company", the same being made a part hereof as though in this
paragraph fully set forth.

IN WITNESS WHEREOF, the parties hereto have caused this
agreement to be duly executed by their respective officers

3311

- 3 -          Revocable License

thereunto duly authorized on the day and year hereinabove
first written.

RANCHO SANTA MARGARITA

By Errol W. McQuerneY, Vice-President

By Lindell W. Daly, Secretary

First Party

FALLBROOK PUBLIC UTILITY DISTRICT

By C. E. Lamb, President

By M. D. Einsel

By Gilbert F. Maze

Members of the Board of Directors

Second Party

ATTEST:

John H. Chase,

Clerk and Secretary

(SEAL)

3312

- 4 -

WHEREAS, Rancho Santa Margarita, a corporation, referred to in the foregoing agreement, and the undersigned, are now and heretofore have been litigating their respective rights as riparian owners to the waters of said Santa Margarita River; and

WHEREAS, Rancho Santa Margarita, a corporation, and the undersigned are willing to consent to the diversion of water from the Santa Margarita River by said Fallbrook Public Utility District for the purposes and under the terms and conditions set forth in the foregoing revocable license and permit, and in this revocable consent;

NOW, THEREFORE, the undersigned hereby consent to the granting of said revocable license and permit, but subject to and upon the following reservations and conditions, to-wit:

(1) The undersigned, and each of them, specifically reserve the right to revoke this consent at any time.

(2) The undersigned, and each of them, specifically reserve all their rights in and to the waters of the Santa Margarita River, including the Temecula River and all tributaries to and branches of said Santa Margarita River and said Temecula River.

(3) It is specifically agreed that the diversion of waters by said Fallbrook Public Utility District, pursuant to the terms of the foregoing revocable license and permit and this consent thereto, shall not be considered either by said Rancho Santa Margarita or by the undersigned as any modification or limitation of the rights of said Rancho Santa Margarita or the undersigned as against one another in and to the waters, and the use of the waters, of said Santa Margarita River but, on the contrary, in any judicial proceeding involving the rights of the undersigned and said Rancho Santa Margarita to the waters of said river and the use thereof, any diversions made

- 1 -

y said Fallbrook Utility District under the terms of the
foregoing revocable license and permit and this consent
hereto shall be treated, and shall have the same legal
force and effect, as between said parties and their successors
in interest, as though made by said Rancho Santa Margarita and
by it used upon its lands riparian to said stream.

(4) It is expressly understood and agreed between the
parties hereto now owning and exercising riparian rights in
and to said river that all abstractions of water from said
river by Fallbrook Public Utility District under said revoc-
able license shall be from the share of water of the lower
riparian owner or owners and in no case shall ever come from
or be taken from the share of the undersigned.

(5) Water shall never be diverted under said revocable
license from said rivers, or any of them or any of their
tributaries, at any point upon the lands of the undersigned,
or any of them, or at any point above or upstream from the
lands of the undersigned, or any of them.

The approval and consent herein expressed shall continue
in effect until expressly revoked in writing by Vail Company,
its successors or assigns. This consent and approval may be
revoked by serving a written notice of revocation on said
Fallbrook Public Utility District. Such notice may be served
by delivering a copy thereof to the president or secretary of
said district at the district office, or by mailing a copy
thereof, postage prepaid, to said president or secretary and
addressed to said president or secretary and addressed to said
president or secretary, General Delivery, Fallbrook, California,
at least sixty (60) days before the date expressed in said
notice when said revocation shall become effective.

```
                        VAIL COMPANY
                        By N. R. Vail, Managing Trustee
                           N. R. Vail
                           Margaret R. Vail
                           Mary Vail Wilkinson
                           W. B. Vail
                           Mahlon Vail
                              Trustees of Vail Company
```

3314

Revocable License    8

ND11/N1-13
B410.1/PUT/ecl
C5-40-SD-2


The President,
Fallbrook Public Utility District,
General Delivery,
Fallbrook, California.

           Re:  Revocable License and Permit to use
              water from the Santa Marguarita River
              between Rancho Santa Marguarita and
              Fallbrook Public Utility District dated
              the 20th day of July 1932.

Sir:

You are hereby notified that the United States of America, as
successor to all of the rights and powers of the permittor, Rancho
Santa Marguarita, under the above mentioned revocable license and
permit, acting pursuant to the express power granted in Paragraph
1(a) thereof, does hereby revoke said revocable license and permit,
such revocation to become effective on July 31, 1948 at 12 o'clock
midnight.

              Very truly yours,


              J. J. MANNING, Rear Admiral, CEC, USN,
              Chief of the Bureau of Yards and Docks,
              By direction of the Secretary of the Navy.


CC:
Com11
Comdt. Marine Corps


Revocation of
Revocable License
Letter dtd May 24, 1948

3315