**FILED**

MAY 8 - 1958

CLERK, U.S. DISTRICT COURT.
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,

     v.

FALLBROOK PUBLIC UTILITY DISTRICT,
et al.,

               Defendants.

No. 1247-SD-C

ORDER ON PRE-TRIAL STIPULATION

     This Court having considered the attached Pre-Trial Stipulation, good cause having been shown, does order and declare that the parties signatory to it are bound by its terms and will be relieved of them only to prevent manifest injustice.

     Dated: 5/8/58

_____
JAMES M. CARTER
United States District Judge