**FILED**

MAY 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
DEPUTY CLERK

Fred M. Jones &
Grace R. Jones
416 N. Horne St.
Oceanside, Calif.
May 2, 1958.

Honorable James M. Carter,
United States District Judge,
United States District Court,
325 West F Street,
San Diego 1, Calif.

Your Honor:    IN RE: Summons No. 1247 - SD - C

In compliance with the above Summons in regards to property described as: "The S½ of the SW ¼ of section 28 and the W½ of the NW¼ of section 33 and the NW¼ of the SW¼ of section 33 Eight South 4 west S. B. M. In the County of San Diego, In the State of California." We hereby make this statement:

> We bought the parcel of land described above with the understanding that the water situation between the Government and Fallbrook would not have any bearing on this property, so we bought it with that knowledge in view. Now we find we are involved in that water suit.

> We have complied with the request stated in the summons and have had a soil geologic survey and investigation related to the possibility of improvements and use of the land.

Enclosed please find report from the University of California, Agricultural Extension Service.

Hoping this meets with your approval,

Sincerely

Fred M. Jones

Grace R. Jones

Encl:1

10122

INDEXED

CO-OPERATIVE EXTENSION WORK
IN
AGRICULTURE AND HOME ECONOMICS
State of California

University of California
United States Department of
Agriculture and County of
San Diego, co-operating.

University of California
Agricultural Extension Service

BLDG. 1, 4005 ROSECRANS
SAN DIEGO 10, CALIFORNIA
TELEPHONE CYpress 8-4181, EXT. 271

TO WHOM IT MAY CONCERN:

The soil type on a 200-acre block of land in the De Luz area has been requested by the owners of this property, Mr. Fred M. and Mrs. Grace Jones, who reside at 416 North Horn, Oceanside, California. The property that is listed in three parcels is as follows:

> 40-acre block, northwest quarter of southwest quarter of Section 33 in Township 8 and Range 4 west; 80 acre block, west half of northwest quarter of Section 33 of Range 4 west, Township 8; 80-acre block, south half of southwest quarter of Section 28 of Township 8 south and Range 4 west, all of which are located in the De Luz area.

The soil in this area has not been positively identified, but from its texture, is of the granitic type with medium depth and medium water-holding capacity. This land is located in an area largely frost-free. It should be suitable to many crops where adequate water is available. This soil, which ranges from 12- to 36-inch depth, would support most of the vegetable crops, along with the subtropical fruits, such as citrus and avocados.

The water requirements would range from approximately 3 feet for the subtropicals and as high as 5 to 7 feet for a double crop vegetable program.

If further information as to the desirable crops and production problems is desired regarding this parcel of land, I would be happy to elaborate on each where requested.

Yours very truly,

UNIVERSITY OF CALIFORNIA
Agricultural Extension Service

Bernarr J. Hall
Farm Advisor

BJH:hh

10123