Bates Booth and
GRAY, BINKLEY & PFAELZER
ATTORNEYS AT LAW
488 South Spring Street
LOS ANGELES 13, CALIFORNIA
MADISON 6-1252



(SPACE BELOW FOR FILING STAMP ONLY)

**FILED**
MAY 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ................................
DEPUTY CLERK

Attorneys for Defendant, Southern Counties Gas Company of California

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DIS-<br>TRICT, ET AL.,<br><br>　　　　Defendants. | No. 1247-SD-C<br><br>ANSWER TO COMPLAINT AND<br>SUPPLEMENTARY AND<br>AMENDATORY COMPLAINT |

　　　Defendant SOUTHERN COUNTIES GAS COMPANY OF CALIFORNIA, a California corporation, answering all counts of the Complaint and Supplementary and Amendatory Complaint for itself alone, admits, denies and alleges as follows:

### FIRST DEFENSE

I

　　　This defendant has no ownership or right and claims no ownership or right to use the waters from the Santa Margarita River, or any other waters, described in the Complaint and Supplementary and Amendatory Complaint.

II

　　　This defendant has not used, diverted or encroached upon any rights the United States or any other party has, or claims to have, in the waters from the Santa Margarita River, or any other waters, described in the Complaint and Supplementary and Amenda- tory Complaint.

- 1 -

10124

SECOND DEFENSE

I

This defendant is the owner of an easement for a right of way for the instalation, operation and maintenance of a pipeline for the high-pressure transmission of gas under, over and across a portion of the lands which are referred to in the Complaint and Supplementary and Amendatory Complaint as Camp Joseph H. Pendleton.

The grant of said easement for a right of way is contained in a series of instruments, each of which is recorded in Official Records of San Diego County. Said instruments, the parties to them, the dates thereof and the places of record, are as follows:

Agreement between Rancho Santa Margarita and Southern Counties Gas Company of California, dated April 19, 1934, recorded in Book 292 at Page 357.

Agreement between Rancho Santa Margarita and Southern Counties Gas Company of California, dated March 30, 1937, recorded in Book 765 at Page 127.

Agreement between Rancho Santa Margarita and Southern Counties Gas Company of California, dated May 26, 1941, recorded in Book 1221 at Page 441.

Agreement between United States of America and Southern Counties Gas Company of California, dated April 21, 1943, recorded in Book 1500 at Page 129.

Grant of easement by United States of America to Southern Counties Gas Company of California, dated January 10, 1951, recorded in Book 3987 at Page 321.

Grant of easement by United States of America to Southern Counties Gas Company of California, dated December 15, 1953, recorded in Book 5890 at Page 235.

Grant of easement by United States of America to Southern
BATES BOOTH
ATTORNEY AT LAW
LOS ANGELES

- 2 -

10125

Counties Gas Company of California, dated April 12, 1956, recorded in Book 6145 at Page 236.

Each of said instruments is hereby incorporated as if it were fully set forth in this Answer.

II

Said easement for a right of way described and set forth in paragraph I is but a portion of a major distribution gas line of this defendant, through which it, as a public utility operating in the State of California, delivers gas to the San Diego Gas and Electric Company, which has no other source of obtaining gas. The San Diego Gas and Electric Company furnishes the gas obtained from this defendant to consumers in San Diego County, including the United States facilities described in the Complaint and Supplementary and Amendatory Complaint.

III

This defendant does not own the fee title to any real property which borders upon the Santa Margarita River or upon any other tributaries, streams or alluvial deposits described in the Complaint and Supplementary and Amendatory Complaint.

IV

The rights of this defendant in this litigation are as just set forth in paragraph I, II and III above.

WHEREFORE, this defendant demands:

1. That this court decree this defendant to be the owner of the easement for a right of way described in this Answer;

2. That if the plaintiff desires to take this defendant's easement for a right of way described and set forth in this Answer, that this court order the plaintiff furnish to the defendant a substituted easement for a right of way in lieu thereof;

3. That if the plaintiff desires to take this defendant's easement for a right of way as described and set forth in this Answer, that just compensation be awarded this defendant for the

BATES BOOTH
ATTORNEY AT LAW
LOS ANGELES

- 3 -

10126

1 | taking of such rights as are taken from it by the plaintiff;
2 |     4. For such other and further relief as the court may
3 | deem just and proper.
4 |     Dated this 9th day of May, 1958.

                        BATES BOOTH and
                        GRAY, BINKLEY & PFAELZER

                        By _____
                           ORVILLE A. ARMSTRONG, JR

                          Attorneys for Defendant
                      SOUTHERN COUNTIES GAS COMPANY
                             OF CALIFORNIA

BATES BOOTH
ATTORNEY AT LAW
LOS ANGELES

10127

**(VERIFICATION — 446, 2015.5 C. C. P.)**

STATE OF CALIFORNIA  } ss.
COUNTY OF

I am the _____

_____

in the above entitled action; I have read the foregoing _____

_____

and know the contents thereof; and I certify that the same is true of my own knowledge, except as to those matters which are therein stated upon my information or belief, and as to those matters I believe it to be true.

_____

_____

_____

I certify (or declare), under penalty of perjury,* that the foregoing is true and correct.

Date_____        _____
                                              (Signature)


**(PROOF OF SERVICE BY MAIL — 1013a, 2015.5 C. C. P.)**

STATE OF CALIFORNIA  } ss.
COUNTY OF Los Angeles

I am a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within above entitled action; my business address is:

458 South Spring Street, Los Angeles 13, California

On the **9th of May**, 19 **58**, I served the within **Answer to Complaint and Supplementary and Amendatory Complaint**

on the **plaintiff's attorney** in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at **Los Angeles, California** addressed as follows:

    J. Lee Rankin, Solicitor General
    Room 332
    325 West "F" Street
    San Diego, California

I certify (or declare), under penalty of perjury,* that the foregoing is true and correct.

Date **May 9, 1958**        *Margaret Miyauchi*
                                        (Signature)
                                  Margaret Miyauchi

*Both the verification and proof of service by mail forms, being signed under penalty of perjury, do not require notarization

GRAY, BINKLEY &
PFAELZER
ATTORNEYS AT LAW

10128