SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

# FILED

MAY 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1247-SD-C |
| Plaintiff, ) | ANSWER OF DEFENDANTS |
| vs. ) | FRANK E. COUCH and |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) a public service corporation of the) State of California, et al., ) | ANNA J. COUCH |
| Defendants. ) | |

Defendants Frank E. Couch and Anna J. Couch, husband and wife,
answering plaintiff's Complaint and Supplement to Complaint for
themselves alone and not for any other defendant, admit, deny
and allege as follows:

## FIRST DEFENSE

I

Defendants have no knowledge or information
sufficient to form a belief as to the allegations contained
in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's
Original Complaint herein, and therefore deny all of said
allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original
Complaint herein, defendants admit the litigation

- 1 -

INDEXED

COPY RECEIVED

10134

referred to and admit that a stipulated judgment was entered
into therein, a copy of which is attached to plaintiff's
Complaint marked Exhibit A.  Defendants deny that they are
parties to said litigation or in any way bound thereby; and
deny that said stipulated judgment determines the rights of
plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's
Original Complaint.

IV

Defendants have no knowledge or information sufficient
to form a belief as to the allegations contained in Counts II,
III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI,
XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to
Complaint, and therefore deny all of said allegations for want
of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of
plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS
ALLEGE:

I

Defendants are the owners of real property situated
in the County of San Diego, State of California, as described
in Exhibit A attached hereto and made a part hereof by
reference.

II

Defendants claim water rights appurtenant to the
real property described in Exhibit A, as follows:

**Parcels One and Two are riparian to an un-named tributary**

- 2 -

10135

of Camps Creek which flows through said Parcels in a generally
westerly to easterly direction.

Parcel Two is also riparian to Camps Creek which crosses
said Parcel in the northeast corner thereof.

Approximately 40 acres of said lands are arable and irrig-
able, and defendants claim full correlative riparian rights to the
use of the waters of said streams in an amount not to exceed 4.2
acre feet per acre per annum. Defendants also claim ownership as
overlying landowners of the waters percolating beneath said lands,
but not yet a part of the waters of said streams.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its
Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and
decree that defendants are the owners of water rights
appurtenant to the lands described herein as described in
this Answer.

3. That this Honorable Court adjudge and
decree that the water rights of defendant are prior and
paramount to all of the claimed water rights of plaintiff
herein.

4. That this Honorable Court quiet the
title of defendants in and to their rights to the use of
water as set forth herein as against all adverse claims of
plaintiff or other defendants herein.

5. For costs of suit and for such other
relief as seems just.

SACHSE and PRICE

by
Attorneys for defendant

- 3 -

10136

EXHIBIT A

PARCEL 1:   South 1/4 of the Northwest 1/4, Section 31, Township 8 South, Range 4 West, San Bernardino Meridian.

PARCEL 2:   Northwest 1/4 of the Northeast 1/4 of Section 31, Township 8 South, Range 4 West, San Bernardino Meridian.

Consisting of 120 acres.

10137

EXHIBIT A

AFFIDAVIT OF SERVICE BY MAIL—Form 5, C. C. P.

STATE OF CALIFORNIA,
COUNTY OF __San Diego__ } ss.

No. 1247 SD C

FRANZ R. SACHSE _____, being first duly sworn, says: That affiant, whose address is

__1092 S. Main St., Fallbrook, Calif.__

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached_____ **Answer of Defendants Frank E. Couch and**

**Anna J. Couch**

(Copy title of paper served)

on the_____ __Plaintiff__ _____in said action, by placing a true copy thereof in an envelope addressed
as follows:       (Name of party served)

__Mr. William H. Veeder, Department of Justice, Washington, D. C.__

(Name and address as shown on the envelope)

sealed and deposited on the __9__ day of_____ **May** _____, 195 **8**, in the United States Mail at

__Fallbrook, San Diego, Calif.__

(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this_____ 9

day of_____ **May** _____, 195 **8**

_____
Notary Public in and for said County and State

(SEAL)

_Stuart_ FORM 23

My Commission expires__ **5/21/61** ____

10137A