IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

**F I L E D**

MAY 19 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

               Plaintiff,

    vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
et al.,

               Defendants.

No. 1247-SD-Civil

AFFIDAVIT OF SERVICE BY MAIL

STATE OF CALIFORNIA )
               ) ss.
COUNTY OF SAN DIEGO )

    CALVIN J. CRUZ, being first duly sworn, deposes and says:  That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

    That in the above entitled action, on May 14, 1958, he deposited in the United States mail at Oceanside, California, a copy of

    NOTICE, dated May 9, 1958; MOTIONS RESPECTING ORDER OF FEBRUARY 11, 1958; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION; AFFIDAVIT; and letter to Honorable James M. Carter, United States District Judge, San Diego, California, dated May 5, 1958, from J. Lee Rankin, Solicitor General,

addressed to the last known addresses of the persons listed in Exhibit A, attached hereto and made a part hereof, in envelopes bearing the requisite postage at which places there is a delivery service by United States mails from said post offices.

                      *Calvin J. Cruz*

Subscribed and sworn to before me
this _15_ day of May, 1958

*Louis Topf*
Notary Public in and for said
 County and State

My Commission Expires Feb 28, 1962.

3481

1   Allard, Brownsberger, Shelton & O'Connor, 313 First National Building,
    Pomona, California

2

    Florence A. Anderson, 918 C. C. Chapman Building, 756 South Broadway, Los
3   Angeles, California

4   Henry Ashton, 408 E. Central Avenue, Balboa, California

5   Office of the Attorney General, Library and Courts Building, Sacramento,
    California; Attention:  Adolphus Moskovits, Deputy Attorney General
6

    Best, Best & Krieger, Evans Building, Riverside, California
7

    A. A. Bianchi, 901 Kohl Building, 400 Montgomery Street, San Francisco, California
8

    Thomas J. Burke, 504 Granger Building, San Diego 1, California
9

    Bert Buzzini, 2233 Fulton Street, Berkeley 4, California
10

    Mabel Clausen, 320 First Trust Building, Pasadena, California
11

    Clayson, Stark & Rothrock, Citizens Bank Building, Corona, California,
12   Attention:  George G. Grover & Owen Strange

13  Howard E. Crandall, 127 W. Anaheim Boulevard, Wilmington, California

14  William J. Cusack, Room 814 Merritt Building, 307 West 8th Street,
    Los Angeles, California
15

    Charles B. DeLong, 507 Harbor Insurance Building, San Diego 1, California
16

    W. B. Dennis, 365 Broadway, Vista, California
17

    Leonard J. Difani, 220 Loring Building, Riverside, California
18

    Emmett E. Doherty, General Petroleum Building, 612 Flower Street, Los Angeles,
19   California

20  J. A. Donnelley & Richard F. MacNulty, 2655 4th Ave, San Diego, California

21  Devor & Dorfman, 924 Van Nuys Building, Los Angeles 14, California

22  Lawrence E. Drumm, 458 So Spring Street, Suite 820, Los Angeles 14, California

23  Ray C. Eberhard, Room 1231 Bartlett Building, 215 West 7th Street, Los Angeles
    14, California
24

    Estudillo & Bucciarelli, 3900 Market Street, Riverside, California
25

    Oliver P. Ensley, Attorney at Law, Hemet, California
26

    Fendler, Weber & Lerner, 338 So Beverly Drive, Beverly Hills, California
27

    Daniel W. Gage, 740 Rowan Building, 458 So Spring Street, Los Angeles 13,
28   California

29  Arthur M. Gediman, 119 So Main Street, Elsinore, California


-1-


Exhibit A


3482

1   Richardson & Henderson, 174 North Palm Canyon Drive, Palm Springs, California

2   Sachse & Price, 217 North Main Street, Fallbrook, California

3   Sarau, Adams, Neblett & Sarau, Suite 308 Lewis Building, 3972 Main Street,
        Riverside, California

4   Gary W. Sawtelle, Suite 612, 621 So Spring Street, Los Angeles 14, California

5   Shatford & Shatford, 5920 Temple City Boulevard, Temple City, California

6   J. D. Skeen, 802 Utah Oil Building, Salt Lake City, Utah

7   George Stahlman, Route 1, Box 235, Fallbrook, California

8   W. E. Starke, 1130 Bank of America Building, San Diego 1, California

9   Hugo A. Steinmyer & Winfield Jones, 650 So Spring Street, Los Angeles 14,
10        California

11  William Stienhart, 5045 Wilshire Boulevard, Los Angeles 36, California

12  Swing & Swing, Attorneys at Law, 313 Central Building, San Bernardino,
13        California

    Swing, Scharnikow & Staniforth, Suite 604, 530 Broadway, San Diego 1, California;
14       Attention:  Phil D. Swing

15  Tanner, Thorton & Myers, 215 West 7th Street, Los Angeles 14, California

16  Teschke, Rohe & Cramer, 359 No Cannon Drive, Beverly Hills, California

17  Thompson & Colgate, 405 Citizens Bank Building, Riverside, California

18  Trihey & Mirich, 565 West 5th Street, San Pedro, California

19  Cornelius T. Waldo, 10742 Nassau Avenue, Sunland, California

20  Robert W. Walker, Henry M. Moffatt & Robert S. Curtiss, 448 Santa Fe Building,
21       Los Angeles 14, California

22  O. V. Weikert, 918 Oviatt Building, Los Angeles 14, California

23  P. W. Willett, P. O. Box 103, Fallbrook, California

24  Dennett Withington, 1317 "E" Street, San Bernardino, California

25  **Snyder & Snyder, 215 South La Cienega Blvd, Beverly Hills, California**

26  **Thomas P. Menzies, 803 Rowan Building, 458 So Spring Street, Los Angeles 13,
                                California**

27

28

29

-3-