F I L E D

May 9, 1958        MAY 12 1958



CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK

John A. Childress, Clerk
United States District Court
Southern District of California
209 U. S. Custom and Court House
San Diego 1, California

                    Re:   United States v. Fallbrook
                          Public Utility District et al.
                          (No. 1247-SD-CIV)

Dear Sir:

        Please change our address on your records to the

following:

                    Clayson, Stark & Rothrock
                    Security Bank Building
                    Corona, California
                    REdwood 7-1910

        We are sending copies of this notification to the

various attorneys who have been appearing regularly in the

case, as shown by the attached certificate.

                    Sincerely yours,

                    CLAYSON, STARK & ROTHROCK

                    By _George G. Grover_
                         George G. Grover

GGG/oh              Attorneys for Defendants
                    Katharine C. Gibbon and
                    William W. Cottle

                                        3324

COPY RECEIVED

## CERTIFICATE OF SERVICE

I, George G. Grover, hereby certify that I am a member of the bar of the United States District Court for the Southern District of California, and that I served the attached notice of change of address upon each of the following persons by sealing one copy thereof in an envelope and depositing the same in the United States mail at Corona, California, on May _9_ , 1958, with postage thereon fully prepaid, addressed as follows:

J. Lee Rankin
Solicitor General
Room 332
325 West "F" Street
San Diego, California

Bert Buzzini
Attorney at Law
2223 Fulton Street
Berkeley 4, California

Adolphus Moskovitz
Deputy Attorney General
Library & Courts Bldg.
Sacramento, California

W. B. Dennis
Attorney at Law
365 Broadway
Vista, California

George Stahlman
Attorney at Law
Box 235
Fallbrook, California

Phil D. Swing
Attorney at Law
Suite 604
530 Broadway
San Diego 1, California

Sachse & Price
Attorneys at Law
217 No. Main Street
Fallbrook, California

Tom Halde
Attorney at Law
Room 530
548 So. Spring Street
Los Angeles, California

DATED: May _9_ , 1958.

_George G. Grover_
George G. Grover

3325