Max M. Henderson and Aurelie S. Henderson

P.O. Box 635, Fallbrook, Calif.    Randolph 8-1405

Defendants in propria persona

FILED

MAY 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

United States of America

    Plaintiff

v

Fallbrook Public Utility

    District et al

    Defendants

CIVIL NO 1247-SD-C

Answer of Defendants

    Comes now defendants Max M. Henderson and Aurelie S. Henderson in answer to plaintiffs amended and supplementary complaint.

I

    The answering defendants, having heretofore filed answer and cross complaint to plaintiffs original complaint filed in this action hereby adopts and reaffirms all of the allegations and matters in said answer and cross-complaint except as to any matters which may be in conflict with this present answer.

II

    Defendants further admit, deny and allege as follows- Defendants Max M. Henderson and Aurelie S. Henderson are owners of land described as follows- South half of the South Half and the Northwest quarter of the Southeast Quarter of Section 33; the Southwest quarter of Southwest quarter of Section 34, Township 8 south, range 3 west, San Bernardino Base and Meridian as recorded in Book 506, Page 6, Records of Riverside County, California.

10229

COPY RECEIVED INDEXED

### III

Defendants claim that this land is traversed for one-half mile by the Santa Margarita River, and that this stream is the only present source of water for the irrigation of the defendants lands. And said lands in their entirety are riparian to the Santa Margarita River and said defendants allege that they have riparian rights correlative with all other rightful owners of riparian land on said Santa Margarita stream system.

That the defendants herein own a single parcel of land comprising approximately 240 acres, more or less, that all of said lands as heretofore stated are riparian to said Santa Margarita River. That of the total acreage owned by defendants 22.5 acres are subject to profitable and practical irrigation and that the balance of said lands are suitable for cabin and home sites. At the present water duty on land now under cultivation, an annual water draft is required of 45.1 acre feet and that the water duty requirement of the land subject to profitable and practical irrigation is 52.9 acre feet.

### IV

That the future development of this property for the purposes above indicated will require water in addition to the 52.9 acre feet for domestic and other uses.

### V

In answer to the many and diverse allegations to plaintiffs amendatory and supplemental complaint on file herein, defendants allege that the many controversies created by the allegations contained in said amendatory and supplemental complaint do not appear to affect the interests of these defendants and therefore will not be answered; however if it should appear by reason of of the allegations of any of the other parties to this action, or evidence in this case that the interests of these defendants may in any manner be affected, we herein reserve the right to amend this answer.

### VI

To all other allegations in said complaint- amendatory and supplemental- regarding the claims of plaintiff, these answering defendants are uninformed and by reason of lack of information or belief regarding these claims, these answering defendants deny all material allegations.

10230

VII

These defendants are informed and believe and upon said information and belief allege that there are numerous parties to this action who are unlawfully appropriating and diverting substantial quantities of water which affect and damage the rights of these answering defendants and other rightful users of water in the Santa Margarita watershed.

VIII

Wherefore defendants herein pray-

1. That this honorable court determine and declare the respective rights of these defendants and of all other parties to this action.

2. That this honorable court declare and adjudge that all of the rights to the use of water asserted by these defendants are prior and paramount to the rights of all other parties to this action.

3. That this honorable court enjoin any parties to this action from invading or threatening to invade the rights to the use of water; title to which is in these defendants: and enjoin all parties from asserting adverse claims to the rights of the use of water against the rights of these defendants.

*Max M. Henderson*

Defendants in propria persona

Dated May 6 1958

10231

```
 1  EARL MALMROSE
    651 Bendix Building
 2  1206 Maple Avenue
    Los Angeles 15, California
 3  RIchmond 9-3201
 4  Attorney for Defendants
    NATHANIEL A. DAVIS and CREELA DAVIS
```



FILED
MAY 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                 Plaintiff, <br>     vs. <br> FALLBROOK PUBLIC UTILITY DISTRICT, et al., <br>                 Defendants. | No. 1247-SD-C <br><br> ANSWER OF DEFENDANTS <br> NATHANIEL A. DAVIS and <br> CREELA DAVIS |

Come now the defendants NATHANIEL A. DAVIS and CREELA DAVIS and for answer to the complaint on file herein allege as follows:

I

Defendants deny generally and specifically each and every allegation contained in said complaint that pertains to them and the whole thereof and further deny that they have or are now diverting any water as alleged in said complaint or otherwise.

WHEREFORE, defendants pray that plaintiff's complaint be dismissed as to them and for such other and further relief as may be just and proper.

                                              _____
                                              Attorney for defendants
                                              Nathaniel A. Davis and
                                              Creela Davis

EARL MALMROSE
ATTORNEY AT LAW
651 BENDIX BUILDING
1206 MAPLE AVENUE
LOS ANGELES 15
RICHMOND 9-3201

10144

STATE OF CALIFORNIA, } ss.
County of Los Angeles

Nathaniel A. Davis

being first duly sworn, says: That ___he is ~~the~~ one of the defendants

in the above entitled action; that ___he has _____ read the foregoing _____

Answer

and knows the contents thereof; and that the same is true of ___his___ own knowledge, except as to the matters which are therein stated upon ___his___ information or belief, and as to those matters that he believes it to be true.

Subscribed and sworn to before me
May 12, 19 58

*Earl Malmros* (signature)
Notary Public in and for the County of Los Angeles, State of California
(SEAL)

*Nathaniel A. Davis* (signature)

Received copy of the within _____ this _____ day of _____, 19____

Attorney for _____

Received copy of the within _____ this _____ day of _____, 19____

Attorney for _____

(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C. C. P.)

| Affidavit of Service By Mail | Certificate of Service By Mail |
|---|---|

STATE OF CALIFORNIA, } ss.
County of Los Angeles

_____, being first duly sworn, says: That he is and was at all times herein mentioned, a citizen of the United States and employed in the County of Los Angeles, over the age of eighteen years and not a party to the within action or proceeding; that¹

h_is_ ~~residence~~ address is  1206 Maple Avenue, Los Angeles 15, California
   business

that on May 12, 1958, he served the within answer

on the plaintiff in said action or proceeding by depositing a true copy thereof, inclosed in a sealed envelope with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at² 1206 Maple Avenue,

in the City of Los Angeles, California addressed to the attorney___ of record for said plaintiff

at the residence address of said attorney _____, as follows:³ "
   office

(Affiant's Signature)
Subscribed and sworn to before me May 12, 19 58

Earl Malmrose _____ certifies that ___he is and was, at all times herein mentioned, an active member of the State Bar of California and not a party to the within action or proceeding; that¹

J. Lee Rankin, Solicitor General
Room 332, 325 West "F" Street
San Diego, California
"
*Earl Malmrose* (signature)
(Attorney's Signature)

10145

Notary Public in and for County of Los Angeles, State of California.⁴
(SEAL)
¹Unless unusual circumstances exist, the portion that follows is the same in wording whether the affidavit or certificate is used. However, only business address may be shown if certificate is used.
²If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office". ³Here quote from envelope name and address of addressee. ⁴Notarization is essential only with the affidavit.
WOLCOTTS FORM 862—REVISED 12-55                                                                                         60929