LAW OFFICES
SACHSE AND PRICE
1092 South Main Street
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

Attorneys for Defendants

(SPACE BELOW FOR FILING STAMP ONLY)

FILED

MAY 13 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                          )
              Plaintiff,  )   No. 1247-SD-C
                          )
     vs.                  )   ORDER AUTHORIZING DEFENDANTS
                          )   TRUMAN C. ROWLEY and
FALLBROOK PUBLIC UTILITY DISTRICT, ) BEATRIX ROWLEY TO FILE AN
a public service corporation of the ) AMENDED ANSWER.
State of California, et al., )
                          )
              Defendants. )

    Upon representation of Franz R. Sachse, attorney for defendants Truman C. Rowley and Beatrix Rowley in the within proceedings, and it appearing to the satisfaction of the Court that through inadvertence and mistake the said defendants neglected to describe certain of their lands located within the Santa Margarita River watershed in their answer now on file, and neglected to claim water rights for said lands, and good cause appearing therefor,

    IT IS HEREBY ORDERED that defendants Truman C. Rowley and Beatrix Rowley are authorized to file in the within proceedings their Amended Answer, dated 10 May 1958.

Dated __12 May 1958

_____
James M. Carter
Judge of the United States
District Court, Southern District
of California

3398