SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154



FILED

MAY 13 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> vs. <br> FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., <br>     Defendants. | No. 1247-SD-C <br> **AMENDED** <br> ANSWER OF DEFENDANTS <br> TRUMAN C. ROWLEY and <br> BEATRIX ROWLEY |

  Defendants, TRUMAN C. ROWLEY and BEATRIX ROWLEY, **husband and wife,** answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

#### I

  Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

#### II

  Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

Parcel One is not riparian to De Luz Creek or any of its

- 2 -

tributaries. Defendants assert full rights as overlying landowners to the use of all waters percolating beneath said parcel in an amount not to exceed 4.2 acre feet per acre per year.

Parcels Two and Three are riparian to the West Fork of De Luz Creek. Defendants assert full correlative riparian rights to the use of the waters of said creek in an amount not to exceed 4.2 acre feet per acre per year.

Parcel Four consists of approximately 8.5 acres of arable and irrigable land located on the northerly slope of the uplands on which the community for Fallbrook is located. It is not riparian to the Santa Margarita River or any of its tributaries but has a small drainage-seep which contains water all year. Defendants claim full correlative rights as overlying landowners to the waters percolating beneath said lands, in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by _____
Attorneys for defendant

- 3 -

10141

EXHIBIT A

PARCEL ONE: Southwest Quarter of the Southwest Quarter of Section 20, Township 8 South, Range 4 West and the Southeast Quarter of the Southeast Quarter of Section 19, Township 8 South, Range 4 West consisting of 80 acres more or less.

PARCEL TWO: Southeast Quarter of the Southwest Quarter of Section 20, Township 8 South, Range 4 West consisting of 40 acres more or less.

PARCEL THREE: Southwest Quarter of the Southwest Quarter of the Southeast Quarter of Section 20, Township 8 South, Range 4 West, consisting of 10 acres more or less.

PARCEL FOUR: Beginning at the Southeast corner of the Northwest ¼ of SE ¼, Sec. 13, T.9 S., R 4 W., S.B.M., thence along S line thereof N 88° 56' 10" W 785.71 ft; thence N 1° 03' 50" E. 567.07 ft; thence N. 81° 20' E 226.5 ft; thence N 80° 20' E 112.65 ft; thence No 67° 44' E 77.45 ft; thence N 86° 03' 30" E 372.6 ft to the E line of said N.W.¼ of S.E.¼; thence along E line thereof So 0° 15' W 690.36 ft to the point of beginning (Excepting therefrom the southerly 335 ft. of the Easterly 400' thereof, consisting of 8.5 acres more or less.

- 4 -                                       EXHIBIT A

10142

**AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)**

STATE OF CALIFORNIA,
COUNTY OF __San Diego__ } ss.

__FRANZ R. SACHSE__, being first duly sworn, says: That affiant, whose address is __1092 S. Main Street, Fallbrook, California__ is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached __Order Authorizing Filing Amended Answer and Amended Answer of defendants Truman C. Rowley and Beatrix Rowley__
(Copy title of paper served)

on the __Plaintiff__ in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)

as follows: __William H. Veeder, Ass't. Attorney General, Department of Justice, Washington, D.C.__

(Name and address as shown on the envelope)

sealed and deposited on the __10th__ day of __May__, 195__8__, in the United States Mail at __Fallbrook, California__
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __10__ day of __May__ 195__8__

__Curtis K. Price__
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires __Oct 14, 1961__

10143