FILED

MAY 14 1958

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
                Plaintiff, )
)
vs. ) No. 1247-SDeC
)
FALLBROOK PUBLIC UTILITY ) ANSWER OF DEFENDANT, R.W. SNOW
DISTRICT, ET AL, )
)
                Defendants. )

      Comes now the defendant, R.W. Snow, and in answer to plaintiff's complaint and supplementary and amendatory complaint admits, denies and alleges as follows:

I

      In answering said complaint and supplementary and amendatory complaint this answering defendant alleges that said complaint is of such length and of such nature and contains matters, excepting the existence of Camp Pendleton, that require vast time to investigate and are without the knowledge of this defendant and cannot readily be determined by him and concerning which he has no information and belief and on said grounds this answering defendant denies each and every allegation contained therein except that he alleges that he is now the owner of and has for many years been the owner of certain irragable lands more particularly described in Exhibit G Page 64 beginning at line 27 and ending at line 32 on said page.

II

      In further answering said complaint this answering defendant alleges for lack of information and belief that the Order of Court Exhibit A is not binding upon him in that he nor his predecessors in interest were not parties to said action nor have they had notice thereof.

10185

-1-

III

This answering defendant further requests that in view of the complexity of this matter that he, during the hearing herein, be permitted to amend his answer upon discovering facts upon which he can answer more fully.

WHEREFOR this answering defendant prays that as to him the said complaint be dismissed and that the Court find that he is entitled to the waters upon or under his land and for such other and further relief as the Court may deem just.

R. W. Snow,
In Pro Per
5110 Seventh Ave.,
Los Angeles, California.