```
           THOMAS J. BURKE
           ATTORNEY AT LAW
          504 GRANGER BUILDING
          SAN DIEGO 1, CALIFORNIA
               BE 4-4470
```



ATTORNEY FOR Defendant, J. D. Massengill



UNITED STATES DISTRICT COURT

For The

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | No. 1247 SD-Civ. |
| vs. ) | ANSWER OF J. D. MASSENGILL |
| FALLBROKK PUBLIC UTILITY DISTRICT ) | |
| A public service corporation of the ) State of California, et al., ) | |
| Defendants. ) | |

Comes now the defendant, J. D. Massengill, named on Page 34, Column 3, Line 15 of plaintiff's Complaint and Supplementary and Amendatory Complaint and by way of answer to said amended complaint alleges as follows:

FIRST DEFENSE

I

This defendant refers to and adopts by reference and herein repeats the allegations, admissions and denials contained in First Defense of the Answer of the Defendants ERNEST LOUIS BARBEY and ESSIE BUELAH BARBEY, on file herein as fully and as completely as if they were herein set out verbatim.

FOR A FURTHER, SECOND AND SEPARATE DEFENSE, THIS DEFENDANT ALLEGES:

10188

I

1   
2        This defendant is the owner of land within the watershed of
3   the Santa Margarita River and its tributaries and as such owns
4   rights in and to the waters of said river and its tributaries to
5   wit:  Prescriptive rights and riparian rights as hereinafter set out.
6   That the land which is owned by this defendant is all that piece or
7   parcel of land situated, lying and being in the County of Riverside,
8   State of California, more particularly described as follows:
9        The North one-half of the Southeast quarter
10       of the Northwest quarter and all of that part
11       of land of Lot No. Two (2) and Lot No. Three (3)
12       lying North and East of State Highway, known as
13       State Highway No. 79, and also as Imperial High-
14       way, said Highway being a boundary line, all the
15       above land being in Section nineteen (19) Town-
16       ship eight (8) South, Range One (1) East, S.B.B.M.

II

18       That said property is improved with a house, the home of this
19  defendant.  That on said property is located a well, some sixty feet
20  deep from which this answering defendant gets his present supply of
21  water.
22       That said land has been used by defendant and his predecessors
23  in interest for more than seventy-five years, openly, notoriously,
24  continuously, adversely and under claim of right to meet the domestic
25  and irrigation requirements thereof.
26       That crossing said land is a natural water course or unnamed
27  creek which is a tributary of the Temecula Creek which is a tribu-
28  tary of the Santa Margarita River.

III

30       That said land abuts on a natural water course or unnamed creek,
31  which is a tributary of the Temecula Creek which is a tributary of
32  the Santa Margarita River, which unnamed water course or creek has

no surface flow except in periods of heavy rainfall but which water course or creek does have a continuous sub-surface flow which percolates in an underground channel passing under and through a part of this defendant's land from which percolating water, defendant and his said land obtains the present supply of water therefor. That the amount of water required, and which will be required by this defendant for reasonable beneficial use upon his said land is ninety-five acre-feet per annum consumptive use.

IV

That defendant is the owner of the right to use ninety-five acre-feet of water per annum from said unnamed creek and from the underground percolating water on his said land, which rights is paramount to the rights of plaintiff.

FOR A FURTHER, THIRD AND SEPARATE DEFENSE THIS DEFENDANT ALLEGES:

I

That defendant is the owner of the real property described and set forth in the Further, Second and Separate Defense of this defendant.

II

That all of this defendant's land overlies an underground basin or stratum of percolating water which contains water in quantity and volume sufficient to furnish and adequate and dependable supply of water for his said land which said water may be obtained therefrom by sinking wells therein and pumping water therefrom. That only a small portion of said land is at present cultivated and irrigated but that all of his said land is arable, fertile and capable of producing valuable crops when irrig ated and defendant intends to so irrigate said land upon said underground percolating water. That said land is in a semi-arid region of the country and is of no value without water. That said lands are without other means of obtaining water for domestic or irrigation purposes. That the amount of water required and which will be required by this defendant for the present and prospec-

-3-

10190

tive reasonable beneficial uses upon his said land is ninety-five acre-feet per annum concumptive use.

### III

That said defendant owns the right to use ninety-five acre-feet per annum of said underground percolating water on his said land which right is correlative with the rights of plaintiff to a reasonable amount of the waters of the Santa Margarita River for riparian purposes and uses on its riparian lands which amount, as this defendant is informed and believes, is 2620 acre-feet per annum, and as to all other rights or claims of right of plaintiff, this defendant's said right is paramount.

FOR A FURTHER, FOURTH AND SEPARATE DEFENSE THIS DEFENDANT ALLEGES:

### I

That said purported cause of action set forth in Plaintiff's Complaint herein is barred by the provisions of Section 318, 319, 336 and 338 (2) of the Code of Civil Procedure of the State of California.

SUPPLEMENTARY TO ANSWER AND AMENDATORY COMPLAINT

J. D. MASSENGILL re-alleges and re-avers each and every allegation in the Answer which he filed in this Court on January 20, 1952, and by way of reference makes that Answer a part of this supplementary and amendatory Answer and each and every count hereafter set forth as completely as though that Answer were set forth in this paragraph in full, and that Answer remains unchanged except as specifically supplemented and amended by this pleading.

Answering Count No. II of plaintiff's supplementary and amendatory Complaint, this answering defendant has no knowledge, information or belief as to the allegations therein contained and for the foregoing reason denies the same.

### ANSWERING COUNT NO. III

Of plaintiff's supplementary and amendatory Complaint, this answering defendant has no knowledge, information or belief as to the

-4-

10191

allegations therein contained and for the foregoing reason denies the same.

### ANSWERING COUNT NO. IV

Of plaintiff's supplementary and amendatory Complaint, this answering defendant has no knowledge, information or belief as to the allegations therein contained and for the foregoing reason denies the same.

### ANSWERING COUNT NO. V

Of plaintiff's supplementary and amendatory Complaint, this answering defendant has no knowledge, information or belief as to the allegations therein contained and for the foregoing reason denies the same.

### ANSWERING COUNT NO. VI

Of plaintiff's supplementary and amendatory Complaint, this answering defendant has no knowledge, information or belief as to the allegations therein contained and for the foregoing reason denies the same.

### ANSWERING COUNT NO. VII

Of plaintiff's supplementary and amendatory Complaint, this answering defendant has no knowledge, information or belief as to the allegations therein contained and for the foregoing reason denies the same.

### ANSWERING COUNT NO. VIII

Of plaintiff's supplementary and amendatory Complaint, this answering defendant has no knowledge, information or belief as to the allegations therein contained and for the foregoing reason denies the same.

### ANSWERING COUNT NO. IX

Of plaintiff's supplementary and amendatory Complaint, this answering defendant has no knowledge, information or belief as to the allegations therein contained and for the foregoing reason denies the same.

ANSWERING COUNT NO. X

Of plaintiff's supplementary and amendatory Complaint, this answering defendant has no knowledge, information or belief as to the allegations therein contained and for the foregoing reason denies the same.

ANSWERING COUNT NO. XI

Of plaintiff's supplementary and amendatory Complaint, this answering defendant has no knowledge, information or belief as to the allegations therein contained and for the foregoing reason denies the same.

ANSWERING COUNT NO. XII

Of plaintiff's supplementary and amendatory Complaint, this answering defendant has no knowledge, information or belief as to the allegations therein contained and for the foregoing reason denies the same.

ANSWERING COUNT NO. XIII

Of plaintiff's supplementary and amendatory Complaint, this answering defendant has no knowledge, information or belief as to the allegations therein contained and for the foregoing reason denies the same.

ANSWERING COUNT NO. XIV

Of plaintiff's supplementary and amendatory Complaint, this answering defendant has no knowledge, information or belief as to the allegations therein contained and for the foregoing reason denies the same.

ANSWERING COUNT NO. XV

Of plaintiff's supplementary and amendatory Complaint, this answering defendant has no knowledge, information or belief as to the allegations therein contained and for the foregoing reason denies the same.

ANSWERING COUNT NO. XVI

Of plaintiff's supplementary and amendatory Complaint, this answering defendant has no knowledge, information or belief as to the

allegation therein contained and for the foregoing reason denies the same.

## ANSWERING COUNT NO. XVII

Of plaintiff's supplementary and amendatory Complaint, this answering defendant has no knowledge, information or belief as to the allegations therein contained and for the foregoing reason denies the same.

## ANSWERING COUNT NO. XVIII

Of plaintiff's supplementary and amendatory Complaint, this answering defendant has no knowledge, information or belief as to the allegations therein contained and for the foregoing reason denies the same.

## ANSWERING COUNT NO XIX

Of plaintiff's supplementary and amendatory Complaint, this answering defendant has no knowledge, information or belief as to the allegations therein contained and for the foregoing reason denies the same.

## ANSWERING COUNT NO. XX

Of plaintiff's supplementary and amendatory Complaint, this answering defendant has no knowledge, information or belief as to the allegations therein contained and for the foregoing reason denies the same.

## ANSWERING COUNT NO. XXI

Of plaintiff's supplementary and amendatory Complaint, this answering defendant has no knowledge, information or belief as to the allegations therein contained and for the foregoing reason denies the same.

## ANSWERING COUNT NO. XXII

Of plaintiff's supplementary and amendatory Complaint, this answering defendant has no knowledge, information or belief as to the allegations therein contained and for the foregoing reason denies the same.

10194

## ANSWERING COUNT NO. XXIII

Of plaintiff's supplementary and amendatory Complaint, this answering defendant has no knowledge, information or belief as to the allegations therein contained and for the foregoing reason denies the same.

## ANSWERING COUNT NO. XXIV

Of plaintiff's supplementary and amendatory Complaint, this answering defendant has no knowledge, information or belief as to the allegations therein contained and for the foregoing reason denies the same.

## ANSWERING COUNT NO. XXV

Of plaintiff's supplementary and amendatory Complaint, this answering defendant has no knowledge, information or belief as to the allegations therein contained and for the foregoing reason denies the same.

WHEREFORE: This defendant prays that the United States of America may be enjoined and restrained from interferring with defendant's use and enjoyment of the above described real property. That this right has been enjoyed by defendant and his predecessors for 75 years prior to the commencement of this action. That the defendant has been forced to expend great sums of money, time and trouble to protect a water right that should never have been questioned, and for all other proper relief.

THOMAS J. BURKE, Atty. for Deft.

STATE OF CALIFORNIA ) ss.
COUNTY OF SAN DIEGO )

J.D. MASSENGILL, being sworn, says: That he is one of the defendants in the above entitled action; that he has read the foregoing Answer and knows the contents thereof and that the same is true of his own knowledge, except as to those matters which are therein stated on his information and belief, and as to those matters, that he believes them to be true.

JD MASSENGILL

Subscribed and sworn to before me this 13th day of May 1958.

THOMAS J. BURKE
Notary Public in and for said County and State

10195