```
 1  WATSON, HART & MIERAS
 2  Attorneys at Law
 3  5939 Monterey Road
 4  Los Angeles 42, California
 5  CLinton 6-2188
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF CALIFORNIA
 9                      SOUTHERN DIVISION
10
11  UNITED STATES OF AMERICA,         )     NO. 1247-SD-C
12                     Plaintiff,     )     ANSWER TO SUPPLEMENTARY
                                      )     AND AMENDATORY COMPLAINT ON
13     -vs-                           )     BEHALF OF MELVERTON E.
                                      )     TRAINOR AND LILLIAN V.
14  FALLBROOK PUBLIC UTILITY DISTRICT,)          TRAINOR
    a public service corporation of the)
15  State of California, MELVERTON E. )
    TRAINOR, LILLIAN V. TRAINOR, et al.)
16                                    )
                       Defendants     )
17
```



FILED
MAY 14 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

18        Come now the Defendants, MELVERTON E. TRAINOR and LILLIAN
19  V. TRAINOR and separating themselves from all other defendants, and
20  in answer to Plaintiff's Complaint on file herein, admit, deny, and
21  allege as follows:
22                                  I
23        These answering defendants deny generally and specifically
24  each and every allegation contained in said supplementary and
25  amendatory complaint, and each and every paragraph therein con-
26  tained in each count thereof, except that these answering de-
27  fendants admit and allege that they are the owners in fee simple
28  of the following described parcel of property, the same being one
29  of the portions of said properties described and set forth as the
30  subject matter of the above entitled complaint. That said property
31  is described as follows:
32            Lot 13, Section 17, Township 9 South,

1  Range 2 East, SBBM.

2  WHEREFORE, these answering defendants pray that plaintiff
3  take nothing by its action; that this Honorable Court determine and
4  declare that the plaintiff has no right, title, or interest in and
5  to said parcel of property; that the defendants are the sole owners
6  thereof in fee simple; for costs of suit, and for such other and
7  further relief as to the Court deems proper.

WATSON, HART & MIERAS

By *Claude A. Watson*
Claude A. Watson
Attorneys for Defendants
Melverton E. Trainor and
Lillian V. Trainor

10197