SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

**F I L E D**

MAY 14 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
                 Plaintiff,     )        No. 1247-SD-C
                                )
        vs.                     )     ANSWER OF DEFENDANTS
                                )
FALLBROOK PUBLIC UTILITY DISTRICT, )  GEORGE WEBSTER TOWNE and
a public service corporation of the)
State of California, et al.,    )     ROSE GARRISON TOWNE
                                )
                 Defendants.    )

Defendants   GEORGE WEBSTER TOWNE and ROSE GARRISON

TOWNE, husband and wife,

answering plaintiff's Complaint and Supplement to Complaint for

themselves alone and not for any other defendant, admit, deny

and allege as follows:

FIRST DEFENSE

I

Defendants have no knowledge or information

sufficient to form a belief as to the allegations contained

in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's

Original Complaint herein, and therefore deny all of said

allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original

Complaint herein, defendants admit the litigation

- 1 -

10180

COPY RECEIVED

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A.  Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

10181

1  Defendants are the owners of approximately 10 acres of land

2  described in Exhibit A, hereunto attached. All of the said lands

3  are arable and irrigable, and all of said lands are riparian to

4  the West Fork of De Luz Creek. Defendants claim full correlative

5  riparian rights to the use of the waters of said stream in an amount

6  not to exceed 4.2 acre feet per acre per annum.

7

8

9

10        WHEREFORE, defendants pray judgment as follows:

11             1.  That plaintiff take nothing by its

12  Complaint and Supplement to Complaint herein.

13             2.  That this Honorable Court adjudge and

14  decree that defendants are the owners of water rights

15  appurtenant to the lands described herein as described in

16  this Answer.

17             3.  That this Honorable Court adjudge and

18  decree that the water rights of defendant are prior and

19  paramount to all of the claimed water rights of plaintiff

20  herein.

21             4.  That this Honorable Court quiet the

22  title of defendants in and to their rights to the use of

23  water as set forth herein as against all adverse claims of

24  plaintiff or other defendants herein.

25             5.  For costs of suit and for such other

26  relief as seems just.

27

28                              SACHSE and PRICE

29                              by

30                              Attorneys for defendant

31

32                    -  3  -

10182

1

2

**EXHIBIT A**

PARCEL 1:

The South half of the Northeast Quarter of the Northeast Quarter of the Northwest Quarter of Section 29, Township 8 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California.

PARCEL 2:

The North half of the Southeast Quarter of the Northeast Quarter of the Northwest Quarter of Section 29, Township 8 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California.

PARCEL 3:

The West 30 feet of the East 510 feet of the North half of the Northeast Quarter of the Northeast Quarter of the Northwest Quarter of Section 29, Township 8 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California.

PARCEL 4:

An easement for road purposes over the Northerly 10 feet of the Northwest Quarter of the Northeast Quarter of the Northwest Quarter from the existing road in said Northwest Quarter of the Northeast Quarter of the Northwest Quarter to the West line of the Northeast Quarter of the Northeast Quarter of the Northwest Quarter of Section 29, Township 8 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California.

PARCEL 5:

An easement for road purposes over the Northerly 10 feet of said Northeast Quarter of the Northeast Quarter of the Northwest Quarter, of Section 29, Township 8 South, Range 4 West, San Bernardino Meridian, EXCEPTING therefrom the East 510 feet.

PARCEL 6:

An undivided one-half interest in and to the well situated within the North Half of the Northeast Quarter of the Northeast Quarter of the Northwest Quarter of Section 29, Township 8 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California.

27

28

29

30

31

32

10183

**Exhibit A**

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,

COUNTY OF ___San Diego___ } ss.   1247 SD C

___Franz R. Sachse,___ _____, being first duly sworn, says: That affiant, whose address is

___1092 S. Main St., Fallbrook, Calif.___

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached ___mm Answer of Defendants George Webster Towne and___

___Rose Garrison Towne___
(Copy title of paper served)

on the___Plaintiff___ _____in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

___Mr. J. Lee Rankin, Room 332, 325 W. F Street, San Diego, California___

(Name and address as shown on the envelope)

sealed and deposited on the___12___ day of___May___ _____, 195_8_, in the United States Mail at

(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this___12___

day of___May___, 195_8_

_____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires___May 25, 1961___ 10184