LEO GOODMAN
Attorney at Law
629 South Hill Street
Los Angeles 14, California
TRinity 8505

Attorney for Defendants
Publix Title Company and
General Title Clearing Company.

FILED
MAY 14 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By William [signature] DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff<br>vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT<br>et al,<br>               Defendants | NO. 1247-SD-C<br><br>ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT. |

    Come now defendants Publix Title Company, a California corporation, and General Title Clearing Company, a California corporation, and in answer to the complaint and supplementary and amendatory complaint on file herein, admit, deny and allege as follows, to wit:

                              I

    Defendants have not sufficient information or belief to answer or to form an opinion as to the matters and allegations contained in plaintiff's complaint, and for lack of such information and belief deny all the material allegations thereof, except that defendants admit the existence of plaintiff.

                              II

    Defendants have not sufficient information or belief to answer or to form an opinion as to the matters and allegations contained in plaintiff's supplementary and amendatory complaint,

1.

10177

and for lack of such information and belief deny all the material allegations thereof, except that defendants admit the existence of plaintiff.

AS FURTHER DENIAL AND AFFIRMATIVE DEFENSE,
ANSWERING DEFENDANTS ALLEGE AS FOLLOWS:

I

That each of said answering defendants owns certain properties located within the areas referred to in the complaint and supplementary and amendatory complaint, and as to said properties, each answering defendant alleges that it owns said properties and all water rights pertaining thereto and located on, in and under the same or appurtenant thereto, together with the right to take and use the same.

II

Answering defendants deny that plaintiff owns any rights, water rights or water interests in, on or appurtenant to any lands owned by answering defendants or either of them, and in that regard answering defendants allege that they are the sole owners of any and all water rights of any nature and description affecting any lands owned by them or either of them or in which they have any rights.

WHEREFORE, these answering defendants pray that plaintiff take nothing by its complaint and supplementary and amendatory complaint; for their costs of suit incurred herein; and for such other and further relief as to the Court may seem just and proper.

Leo Goodman
Attorney for Defendants
Publix Title Company and
General Title Clearing Company.