SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

FILED
MAY 14 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
          Plaintiff,       )   No. 1247-SD-C
                           )
     vs.                   )   ANSWER OF DEFENDANT
                           )
FALLBROOK PUBLIC UTILITY DISTRICT, )  CORA MYERS
a public service corporation of the )
State of California, et al., )
                           )
          Defendants.      )

Defendant     Cora MYERS

answering plaintiff's Complaint and Supplement to Complaint
for herself   alone and not for any other defendant, admits,
deny and alleges as follows:

FIRST DEFENSE

I

Defendant has   no knowledge or information
sufficient to form a belief as to the allegations contained
in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's
Original Complaint herein, and therefore denies all of said
allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original
Complaint herein, defendant  admits  the litigation

- 1 -

INDEXED COPY RECEIVED                           10172

referred to and admits that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendant denies that she is a party to said litigation or in any way bound thereby; and denies that said stipulated judgment determines the rights of plaintiff against defendant .

III

Denies the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendant has no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore denies all of said allegations for want of information or belief.

V

Denies the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT ALLEGES :

I

Defendant is the owner of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendant claims water rights appurtenant to the real property described in Exhibit A, as follows: All of the lands of the said defendant are riparian to the East Fork of DeLuz Creek

- 2 -

10173

which borders said property along its southeasterly boundary; and said lands are also riparian to an un-named tributary of the East Fork of De Luz Creek which touches the South corner of the defendant's property.

WHEREFORE, defendant prays judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendant is the owner of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendant in and to her rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by [signature]
Attorneys for defendant

- 3 -

10174

EXHIBIT A

All those portions of Section 29 and 32, Township 8 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows: Beginning at the North Quarter corner of said Section 32; thence North 60 feet along the West line of the Southwest Quarter of the Southeast Quarter of said Section 29; thence East 454.11 feet; thence South 34°30' East 323.3? feet; thence South 30°09' West, 150.12 feet; thence South 49°46'30" West, 400 feet; thence South 45°51'30" West, 129.48 feet, more or less, to the West line of the Northwest Quarter of Northeast Quarter of said Section 32;

- 4 -

Exhibit A

10175

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C.C.P.)

STATE OF CALIFORNIA,
COUNTY OF **San Diego** } ss.

1247 SD C

**FRANZ R. SACHSE**, being first duly sworn, says: That affiant, whose address is

**1092 S. Main St., Fallbrook, Calif.**

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached **Answer of Defendant Cora Myers**

(Copy title of paper served)

on the **Plaintiff** in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

**Mr. J. Lee Rankin, Room 332, 325 W. F St., San Diego, Calif.**

(Name and address as shown on the envelope)

sealed and deposited on the **12** day of **May**, 195**8**, in the United States Mail at

**Fallbrook, San Diego, California**
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this **12**

day of **May**, 195**8**

*Eloise G. Bergstrom*
Notary Public in and for said County and State

(SEAL)

Stuarti FORM 23

My Commission expires **May 25, 1961**

10176