SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154



FILED

MAY 14 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ............................
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )
    vs. )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al., )
        Defendants. )

No. 1247-SD-C

ANSWER OF DEFENDANTS
DAVID R. FOSS; MARY OLIA FOSS;
sued herein as OLIA FOSS;
MARION FOSS ELLEDGE; HERBERT C.
FOSS; R. E. FOSS; FLORENCE FOSS
ROBERTS; HARRY SEARES; LAURA
FOSS SEARES; LILA FOSS KRAUSE
and HOWARD A. KRAUSE

Defendants DAVID R. FOSS; MARY OLIA FOSS, sued herein as OLIA FOSS; MARION FOSS ELLEDGE; HERBERT C. FOSS; R. E. FOSS; FLORENCE FOSS ROBERTS; HARRY SEARES; LAURA FOSS SEARES; LILA FOSS KRAUSE and HOWARD A. KRAUSE, answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

All of the lands of the said defendants are riparian to the East Fork of DeLuz Creek which flows through the said lands in a general northeasterly to southwesterly direction and all of said lands are arable and irrigable. That portion of the said lands described as Lot 3 is also riparian to a tributary of the East Fork of De Luz Creek which flows through said Lot 3 in a generally northerly to southerly direction and all of said lands are arable and irrigable. Defendants claim full correlative riparian rights in said stream to an amount not to exceed 4.2 acre feet per acre per annum. Defendants also claim rights as overlying landowners to the use of the waters percolating beneath said lands, but not yet part of the waters of said stream.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by [signature]
Attorneys for defendant

- 3 -

10169

EXHIBIT A

The said defendants are the owners of undivided interests in the following described real property, as hereinafter set forth:

The Northeast Quarter of the Northeast Quarter of Section 23, Township 8 South, Range 4 West, Lot 3 (Southeast Quarter of Southwest Quarter) Section 22, Township 8 South, Range 4 West, North Half of Northwest Quarter of Section 27, Township 8 South, Range 4 West, San Bernardino Meridian, County of San Diego, State of California, according to United States Government Survey approved April 28, 1885.   Consisting of approximately 175 acres.

    1/3  Herbert C. Foss
    1/6  R. E. Foss
    1/6  Florence Foss Roberts
    1/6  Harry Seares
          Laura Foss Seares
    1/6  Lila Foss Krause
          Howard A. Krause

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.        No. 1247-SD-C

FRANZ R. SACHSE _____, being first duly sworn, says: That affiant, whose address is

1092 S. Main St., Fallbrook, Calif.
is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached  Answer of Defendants  David R. Foss; Mary Olia Foss, sued herein as Olia Foss; Marion Foss Elledge; Herbert C. Foss; R. E. Foss; Florence Foss Roberts; Harry Seares; Laura Foss Seares; Lila Foss Krause and Howard A. Krause.
(Copy title of paper served)

on the ___ Plaintiff ___ in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

J. Lee Rankin, Room 332, 325 W. F. Street, San Diego, Calif.

(Name and address as shown on the envelope)

sealed and deposited on the 12 day of May, 1958, in the United States Mail at

Fallbrook, San Diego, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 12

day of May, 1958

_Bois C. Bergstrom_
Notary Public In and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires May 25, 1961      10171