**F I L E D**

MAY 14 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By_____
DEPUTY CLERK

SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>        Defendants. | No. 1247-SD-C<br><br>ANSWER OF DEFENDANTS<br>FRANK J. CHESTMOLOWITZ<br>AND<br>PATRICIA ANN CHESTMOLOWITZ |

Defendants FRANK J. CHESTMOLOWITZ and PATRICIA ANN
CHESTMOLOWITZ, husband and wife,
answering plaintiff's Complaint and Supplement to Complaint for
themselves alone and not for any other defendant, admit, deny
and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information
sufficient to form a belief as to the allegations contained
in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's
Original Complaint herein, and therefore deny all of said
allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original
Complaint herein, defendants admit the litigation

- 1 -

10192

INDEXED      ...... RECEIVED

referred to and admit that a stipulated judgment was entered
into therein, a copy of which is attached to plaintiff's
Complaint marked Exhibit A.  Defendants deny that they are
parties to said litigation or in any way bound thereby; and
deny that said stipulated judgment determines the rights of
plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's
Original Complaint.

### IV

Defendants have no knowledge or information sufficient
to form a belief as to the allegations contained in Counts II,
III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI,
XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to
Complaint, and therefore deny all of said allegations for want
of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of
plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS
ALLEGE:

### I

Defendants are the owners of real property situated
in the County of San Diego, State of California, as described
in Exhibit A attached hereto and made a part hereof by
reference.

### II

Defendants claim water rights appurtenant to the
real property described in Exhibit A, as follows:

- 2 -

The lands of the defendants are riparian to an un-named intermittent stream which flows through the property in a generally westerly to easterly direction, and approximately 20 acres are arable and irrigable.  Defendants claim full correlative riparian rights to the use of the water of said stream in an amount not to exceed 4.2 acre feet per acre per annum.  The lands of defendants also contain many running springs.  Defendants claim full rights to the use of all water arising from said springs.

WHEREFORE, defendants pray judgment as follows:

1.  That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2.  That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3.  That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4.  That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5.  For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by
Attorneys for defendant

- 3 -

10164

EXHIBIT A

The Southeast 1/4 of the Southwest 1/4 of Section 5, Township 9 South, Range 4 West, San Bernardino Meridian, containing 40 acres more or less.

- 4 -                    Exhibit A

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF _____San Diego_____ } ss.    1247 SD C

_____FRANZ R. SACHSE_____, being first duly sworn, says: That affiant, whose address is

_____1092 S. Main Street, Fallbrook, California_____
is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and
not a party to the above entitled action.

That affiant served the attached_____Answer of Defendants Frank J. Chestmolowitz and_____

_____Patricia Ann Chestmolowitz_____
(Copy title of paper served)

on the_____Plaintiff_____in said action, by placing a true copy thereof in an envelope addressed
            (Name of party served)
as follows:

Mr. J. Lee Rankin, Room 332, 325 W. F Street, San Diego 1, Calif.


(Name and address as shown on the envelope)

sealed and deposited on the_12_ day of_____May_____, 195_8_, in the United States Mail at

_____Fallbrook, San Diego County, California_____
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this_____12_____

day of_____May_____, 195_8_

_____Doris C. Bergstrom_____          _____Franz R. Sachse_____
Notary Public in and for said County and State

(SEAL)

Stuart's FORM 23

My Commission expires_____May 25, 1951_____  10166