

FILED

MAY 14 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
        DEPUTY CLERK

SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone:  RAndolph 8-1154


IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
               Plaintiff,          )      No. 1247-SD-C
                                   )
          vs.                      )      ANSWER OF DEFENDANT
                                   )
FALLBROOK PUBLIC UTILITY DISTRICT, )      John Kunis
a public service corporation of the)
State of California, et al.,       )
                                   )
               Defendants.         )
_____)

          Defendant   John Kuhnis , a single man,


answering plaintiff's Complaint and Supplement to Complaint

for    himself    alone and not for any other defendant, admits,

deny and alleges as follows:

                    FIRST DEFENSE

                          I

          Defendant  has       no knowledge or information

sufficient to form a belief as to the allegations contained

in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's

Original Complaint herein, and therefore denies all of said

allegations for want of information or belief.

                          II

          Answering paragraph V of plaintiff's Original

Complaint herein, defendant    admits   the litigation

                          - 1 -

INDEXED

... RECEIVED

10157

referred to and admits that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendant denies that parties to said litigation or in any way bound thereby; and denies that said stipulated judgment determines the rights of plaintiff against defendant .

### III

Denies the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendant has no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore denies all of said allegations for want of information or belief.

### V

Denies the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT ALLEGES :

### I

Defendant is the owner of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendant claims water rights appurtenant to the real property described in Exhibit A, as follows: All of the lands of defendant are riparian to the East Fork of De Luz Creek.

- 2 -

10158

1 Approximately 60 acres of said lands are arable and irrigable.

2 Defendant claims full correlative riparian rights to the use of

3 the waters of said stream in an amount not to exceed 4.2 acre

4 feet per acre per annum.  Defendant claims rights as overlying landowner
to the waters percolating beneath said lands but not yet a part of said
5       WHEREFORE, defendant   prays   judgment as follows:     stream.

6           1.   That plaintiff take nothing by its

7 Complaint and Supplement to Complaint herein.

8           2.   That this Honorable Court adjudge and

9 decree that defendant   is   the owner   of water rights

10 appurtenant to the lands described herein as described in

11 this Answer.

12           3.   That this Honorable Court adjudge and

13 decree that the water rights of defendant   prior and

14 paramount to all of the claimed water rights of plaintiff

15 herein.

16           4.   That this Honorable Court quiet the

17 title of defendant   in and to   his   rights to the use

18 of water as set forth herein as against all adverse claims of

19 plaintiff or other defendants herein.

20           5.   For costs of suit and for such other

21 relief as seems just.

22

23           SACHSE and PRICE

24           by _____

25           Attorneys for defendant

26

27

28

29

30

31

32

- 3 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

## EXHIBIT A

Southeast 1/4 of the Northeast 1/4; the North 1/2 of the Southeast 1/4 and the Northeast 1/4 of the Southwest 1/4 of Section 28, Township 8 South, Range 4 West, San Bernardino Meridian, consisting of 160 acres more or less.

10160

- 4-                                               Exhibit A

AFFIDAVIT OF SERVICE BY MAIL—1013a, C. C. P.

STATE OF CALIFORNIA,
COUNTY OF __San Diego__ } ss.                    1247 SD C

_____FRANZ R. SACHSE_____, being first duly sworn, says: That affiant, whose address is

_____1092 S. Main Street, Fallbrook, Calif._____

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached_____ **Answer of Defendant  John Kuhnis**

_____
(Copy title of paper served)

on the_____ **Plaintiff**_____in said action, by placing a true copy thereof in an envelope addressed
            (Name of party served)
as follows:

_____Mr. J. Lee Rankin, Room 332, 325 W. F Street, San Diego 1, Calif._____

_____
(Name and address as shown on the envelope)

sealed and deposited on the __12__ day of_____ **May**_____, 195_ **8** _, in the United States Mail at

_____Fallbrook, San Diego, California_____
            (Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this__ **12**_____

day of_____ **May**_____, 195_ **8**

_Boisi C. Bergstrom_
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires_____ **May 25, 1961**    10161