SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

**FILED**

MAY 14 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 1247-SD-C |
| vs. ) | ANSWER OF DEFENDANTS |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) | HERBERT E. SHAVER and |
| a public service corporation of the) | |
| State of California, et al., ) | JOAN B. SHAVER |
| Defendants. ) | |

Defendants  Herbert E. Shaver and Joan B. Shaver,
husband and wife,
answering plaintiff's Complaint and Supplement to Complaint for
themselves alone and not for any other defendant, admit, deny
and allege as follows:

<u>FIRST DEFENSE</u>

I

Defendants have no knowledge or information
sufficient to form a belief as to the allegations contained
in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's
Original Complaint herein, and therefore deny all of said
allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original
Complaint herein, defendants admit the litigation

- 1 -

INDEXED

COPY RECEIVED

10152

referred to and admit that a stipulated judgment was entered
into therein, a copy of which is attached to plaintiff's
Complaint marked Exhibit A.  Defendants deny that they are
parties to said litigation or in any way bound thereby; and
deny that said stipulated judgment determines the rights of
plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's
Original Complaint.

IV

Defendants have no knowledge or information sufficient
to form a belief as to the allegations contained in Counts II,
III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI,
XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to
Complaint, and therefore deny all of said allegations for want
of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of
plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS
ALLEGE:

I

Defendants are the owners of real property situated
in the County of San Diego, State of California, as described
in Exhibit A attached hereto and made a part hereof by
reference.

II

Defendants claim water rights appurtenant to the
real property described in Exhibit A, as follows:

- 2 -

10153

All of the lands of defendants are riparian to the West Fork of De Luz Creek which traverses the northwest corner of the lands of defendants.  22 acres of the said lands are presently planted to orchard, vineyard and row crops, and all of the remainder of said lands are arable and irrigable.  Defendants claim full correlative riparian rights to the use of the waters of said stream.

Defendants also claim rights as overlying landowners to the use of the waters percolating beneath said lands but not yet a part of the waters of said stream.

WHEREFORE, defendants pray judgment as follows:

1.  That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2.  That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3.  That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4.  That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5.  For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by _____
Attorneys for defendant

- 3 -

10154

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

EXHIBIT A


The Northeast 1/2 of the Southeast 1/4, and the
Southeast 1/4 of the Southwest 1/4 of the Southeast 1/4,
Section 20, Township 8 South, Range 4 West, San Bernardino
Meridian, containing 30 acres more or less.

10155

Exhibit A

AFFIDAVIT OF SERVICE BY MAIL—1013a, C. C. P.

STATE OF CALIFORNIA,
COUNTY OF   San Diego   } ss.

No. 1247 SD C

Franz R. Sachse _____, being first duly sworn, says: That affiant, whose address is

1092 S. Main St., Fallbrook, Calif.

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached ____ Answer of Defendants Herbert E. Shaver and Joan B.

Shaver

(Copy title of paper served)

on the ____ Plaintiff _____in said action, by placing a true copy thereof in an envelope addressed
as follows:

(Name of party served)

Mr. J. Lee Rankin, Room 332, 325 W. F St., San Diego, California

(Name and address as shown on the envelope)

sealed and deposited on the ___12___ day of___ May _____, 195 _8_, in the United States Mail at

Fallbrook, San Diego, California

(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this ___12___

day of___ May _____, 195 _8_

_Eloise C. Bergstrom_ (signature)
Notary Public in and for said County and State

_Franz R. Sachse_ (signature)

(SEAL)

Stuart FORM 23

My Commission expires ___May 25, 1961___   10156