SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154



FILED

MAY 14 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,)
)
    Plaintiff,)  No. 1247-SD-C
)
vs.)  ANSWER OF DEFENDANT
)
FALLBROOK PUBLIC UTILITY DISTRICT,)  ROBERT B. BLEEKER
a public service corporation of the)
State of California, et al.,)
)
    Defendants.)

    Defendant    ROBERT B. BLEEKER

answering plaintiff's Complaint and Supplement to Complaint for himself alone and not for any other defendant, admits, deny and alleges as follows:

### FIRST DEFENSE

#### I

    Defendant has no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore denies all of said allegations for want of information or belief.

#### II

    Answering paragraph V of plaintiff's Original Complaint herein, defendant admits the litigation

- 1 -

10146

referred to and admits that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendant denies that he is a party ~~parties~~ to said litigation or in any way bound thereby; and denies that said stipulated judgment determines the rights of plaintiff against defendant .

### III

Denies the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendant has no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore denies all of said allegations for want of information or belief.

### V

Denies the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT ALLEGES :

### I

Defendant is the owner of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendant claims water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendant are traversed by the following streams:

    A. East Fork of De Luz Creek, flowing through said lands in a generally northeasterly to southwesterly direction.

    B. Cottonwood Creek, flowing through the lands of defendants in a generally northerly to southerly direction and forming a junction with the East Fork of De Luz Creek in the Northwest Quarter of Section 32, Township 8 South, Range 4 West, San Bernardino Meridian.

    C. An un-named tributary of the East Fork of De Luz Creek flowing through the lands of defendant in a generally northerly to southerly direction.

Defendant is the owner of approximately 390 acres of land as described in Exhibit A, approximately 300 acres of which is arable and irrigable, and defendant claims full, correlative riparian rights to the use of the waters of said streams in an amount not to exceed 4.2 acre feet per acre per annum.

Defendant also claims ownership as an overlying landowner of the waters percolating beneath said lands, but not yet in contact with the streams above mentioned.

WHEREFORE, defendant prays judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendant is the owner of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendant in and to his rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by _____
Attorneys for defendant

- 3 -

10149

REAL ESTATE

1. An undivided one-half (1/2) interest in ranch on Murrieta Road, De Luz, San Diego County, California, described as follows:

    Parcel 1: The Southeast Quarter of the Southeast Quarter of Section 20; the North Half of the Northwest Quarter of the Northeast Quarter, and the North Half of the Northeast Quarter of the Northeast Quarter of Section 29.

    Parcel 2: The South Half of the Northwest Quarter of the Northeast Quarter and the South Half of the Northeast Quarter of the Northeast Quarter of Section 29.

    Parcel 3: The Northwest Quarter of the Northwest Quarter of Section 28.

    Parcel 4: The Southwest Quarter of the Northeast Quarter of Section 29

    Parcel 5: The Southeast Quarter of the Northeast Quarter of Section 29.

    Parcel 6: The Northeast Quarter of the Southwest Quarter of Section 29

    Parcel 7: The Northwest Quarter of the Southeast Quarter of Section 29

    Parcel 8: The Northeast Quarter of the Southeast Quarter of Section 29.

    Parcel 9: All that portion of the Southeast Quarter of the Southeast Quarter and of the Southwest Quarter of the Southeast Quarter of Section 29, described as follows:

    Beginning at the Northeast corner of said Southeast Quarter of the Southeast Quarter of Said Section 29; thence South along the East line of said Section, 80 rods, more or less, to the Southeast corner of said Section; thence West along the South line of said Section, 60 rods, more or less, to a point distant thereon 20 rods East of the Southwest corner of Said Southeast Quarter of the Southeast Quarter of said Section; thence North 40 rods; thence West 40 rods; thence North 40 rods, more or less, to a point 20 rods West of the Northeast corner of said Southwest Quarter of the Southeast Quarter of said Section; thence East along the North line of said Southwest Quarter of the Southeast Quarter and said Southeast Quarter of the Southeast Quarter, 100 rods to the point of beginning, EXCEPTING from said Parcel 9 that portion lying Northwesterly of Old Road Survey 77, as shown on the records in the office of the County Surveyor of said San Diego County.

    All of the foregoing described property being situated in Township 8 South, Range 4 West, S. B. M., in the County of San Diego.

EXHIBIT A

- 4 -

AFFIDAVIT OF SERVICE BY MAIL—1013a, C.C.P.

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.    1247 SD C

FRANZ R. SACHSE, being first duly sworn, says: That affiant, whose address is 1092 S. Main St., Fallbrook, Calif. is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Answer of Defendant Robert B. Bleeker
(Copy title of paper served)

on the Plaintiff in said action, by placing a true copy thereof in an envelope addressed as follows:

Mr. J. Lee Rankin, Room 332, 325 W. F. Street, San Diego 1, Calif.
(Name and address as shown on the envelope)

sealed and deposited on the 12 day of May, 1958, in the United States Mail at Fallbrook, San Diego, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 12 day of May, 1958.

Eloise G. Bergstrom
Notary Public in and for said County and State

(SEAL)
Stuartt FORM 23

My Commission expires May 25, 1961

10151