```
                LAW OFFICES
             SACHSE AND PRICE
           1092 SOUTH MAIN STREET
           FALLBROOK, CALIFORNIA
              RANDOLPH 8-1154
```

**FILED**

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William W. Luddy_
                    DEPUTY CLERK

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL No. 1247-SD-C |
| vs. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET. AL., | REQUEST FOR ADMISSIONS UNDER RULE 36. |
| Defendants. | |

     Defendant Fallbrook Public Utility District requests plaintiff United States of America within twenty (20) days after the service of this request to admit for the purpose of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial, that each of the following statements are true:

     1. All diversions and uses of water from the Santa Margarita River within the boundaries of the military reservations of Camp Joseph H. Pendleton, the Naval Ammunition Depot and the United States Naval Hospital are located downstream and below the diversions of Fallbrook Public Utility District.

     2. Application No. 12576 of the United States Navy Department, filed June 30, 1948 with the State of California, Department of Public Works, Division of Water Resources, to appropriate un-appropriated waters of the Santa Margarita River is the only application to appropriate unappropriated waters of

- 1 -

3403

1 that river for use within the military reservations of Camp
2 Joseph H. Pendleton, the Naval Ammunition Depot and the United
3 States Naval Hospital that has ever been filed with the State
4 of California by the United States or any of its departments or
5 agencies.

6     3. No application to appropriate un-appropriated waters
7 of the Santa Margarita River for use within the lands that now
8 comprise the military reservations of Camp Joseph H. Pendleton,
9 the Naval Ammunition Depot and the United States Naval Hospital
10 was filed with the State of California by the predecessors in
11 interest of the United States on such lands during the period
12 December 19, 1914 to the date of acquisition of such lands by
13 the United States.

14     4. The United States Navy, represented by Capt. A.
15 K. Fogg, appeared at the Hearing held before Hon. Gordon Zander,
16 Examiner for the State of California, Department of Public Works,
17 Division of Water Resources on December 16, 1947, at which
18 hearing there was considered Application No. 11586 of the
19 Fallbrook Public Utility District to appropriate two and one-half
20 (2½) cubic feet per second of the waters of the Santa Margarita
21 River.

22     5. At the present time waters of the Santa Margarita
23 River which flow past the Ysidora Gaging Station can no longer be
24 recaptured for any consumptive use by the United States.

25     6. Since the acquisition of Camp Joseph H. Pendleton
26 by the United States in 1942 water stored in Lake O'Neill has
27 not been directly applied to either irrigation of crops or to
28 domestic use.

29     7. Prior to the acquisition of Camp Joseph H. Pendleton
30 by the United States in 1942 water stored in Lake O'Neill was
31 used for direct irrigation of crops.

32     8. The only use of the O'Neill Ditch is to divert

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 2 -

water of the Santa Margarita River into Lake O'Neill.

9. During the winter of 1957-8 discharge from Lake O'Neill has been run into spreading basins designed to increase percolation of the water into underground storage.

10. During 1957-8 the United States has raised the height of the O'Neill Ditch diversion dam.

11. The United States has never received a permit from the State of California authorizing the construction of the dam and storage reservoir located on the Naval Ammunition Depot in Sec. 27, T. 9 S., R 4 W. S.B.M. .

12. The United States has never received a permit from the State of California authorizing the construction of the dam and storage reservoir located on Camp Joseph H. Pendleton in an un-named intermittent stream in Sec. 2, T. T. 10 S. R. 5 W. .

13. The United States has never received a permit from the State of California authorizing the construction of the dam and storage reservoir located on Camp Joseph H. Pendleton, in Pueblitos Canyon, on the boundary between Sec. 25, T. 10 S, R. 5 W., and Sec. 30, T. 10 S., R. 4 W. S.B.M. .

14. The United States has never received a permit from the State of California authorizing the construction of either of the two dams and storage reservoirs located on Camp Joseph H. Pendleton on an un-named intermittent stream in Sec. 30, T. 10 S., R. 4 W., S.B.M. .

15. The United States has never received a permit from the State of California for the construction of the two dams and storage reservoirs located on Camp Joseph H. Pendleton on un-named intermittent streams in Sec. 31, T. 10 S., R. 4 W., S.B.M. .

16. All diversions of the defendant Fallbrook Public Utility District from the Santa Margarita River since 18 February 1948 have been authorized by Permit or License of the State of California.

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-1154

17. The only use being presently made by the United States of America of water within the Cleveland National Forest and San Bernardino National Forest lands in the watershed of the Santa Margarita River is use authorized by Permit or License of the State of California.

18. The National Forest Service, United States Department of Agriculture has not requested the Department of Justice to assert the claims to rights to the use of water on National Forest Lands which are set forth in plaintiff's Complaint and Supplementary and Amendatory Complaint.

19. The United States Department of the Interior has not requested the Department of Justice to assert the claims to rights to the use of water on Bureau of Land Management Lands which are set forth in plaintiff's Complaint and Amendatory and Supplementary Complaint.

20. The Bureau of Indian Affairs has not requested the Department of Justice to assert the claims to rights to the use of water on Indian Reservations which are set forth in plaintiff's Complaint and Amendatory and Supplementary Complaint.

The foregoing Requests for Admissions under Rule 36 are submitted without prejudice to the right of this defendant to submit other requests for admissions under the same rule from time to time during these proceedings.

SWING, SCHARNIKOW and STANIFORTH,
SACHSE and PRICE

BY _____
Franz R. Sachse

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 4 -

3406

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.

Franz R. Sachse _____, being first duly sworn, says: That affiant, whose address is

1092 South Main St., Fallbrook, California,

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached **Request for Admissions**

(Copy title of paper served)

on the **Plaintiff** _____ in said action, by placing a true copy thereof in an envelope addressed
   (Name of party served)
as follows:

Hon. J. Lee Rankin, Room 332, 325 W. F Street, San Diego, California

(Name and address as shown on the envelope)

sealed and deposited on the __13__ day of __May__, 195_8_, in the United States Mail at

Fallbrook,        San Diego County,        California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __13th__

day of __May__, 195_8_.

_____
Notary Public in and for said County and State

(SEAL)
Stuart FORM 23

My Commission expires __May 25, 1961.__        3407