**Kathleen Diana Hodges and Kenneth B. Hodges**  **FILED**

Defendants in propria persona

MAY 15 1958

6IIO La Jolla blvd.     La Jolla, California

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,                )
             Plaintiff,                )
       v.                               )
FALLBROOK PUBLIC UTILITY           )
DISTRICT, ET AL,                         )
           Defendants.             )

Amended

ANSWER OF DEFENDANTS

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I to V, inclusive, of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 8 1/2 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10232

COPY RECEIVED

INDEXED

All that portion of the southwest quarter of the Southeast
quarter of Section 29 and that portion of the Northwest quarter
of the Northeast quarter of Section 32, Township 8 South, Range
4 West, S. B. M. and described as follows;
     Beginning at an angle point in the center line of old
Road Survey No.77, according to map thereof on file in the
office of the County Surveyor of said San Diego County, said
point being 60 feet more or less along said center line from the
South line of said Section 29, thence along said center line of
said road North 27* 49' east, 306 feet and North 33* 22' East
260 feet; thence West on a line parallel with the South line of
said Section 29, 788.90 feet more or less to the West line of
said Southwest quarter of the Southeast quarter of said Section
29; thence South along said West line 480 feet, more or less, to
it's point of intersection with a line drawn parallel with said
South line of said Section 29 through the point of beginning;
thence East along said parallel line 262.36 feet to a point;
thence South 35* East 312.59 feet to a point on the approximate
center line of said Road No. 77; thence North 31* 53' East 243.35
feet along said center line of said road and North 34* 33' East
60 feet more or less to the point of beginning.

10233

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18          WHEREFORE, these defendants pray that plaintiff take
19   nothing against them by reason of the Complaint and Supplementary
20   and Amendatory Complaint on file herein; that said Complaint be
21   dismissed as against these defendants; that defendants' right to
22   water, as hereinabove set forth, be quieted as against the plain-
23   tiff and against all other defendants in this action; and for such
24   other and further relief as the Court may deem proper.
25
26                              *Kathleen Diana Hodges*
27
28                              *Kenneth B. Hodges*
29                              Defendants in propria persona
30
31
32   Dated:  5-2-58

                                                  10234