Daniel and Rose Marie O'Brien
Defendants in propria persona
4706 Del Mar, San Diego 7, California

FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
         Plaintiff,
    v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
         Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

Daniel O'Brien and
Rose Marie O'Brien

The defendants, Daniel O'Brien and Rose Marie O'Brien each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 80 acres of land in Riverside County County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10235

COPY RECEIVED                                                                       INDEXED

Exhibit A.

The South half of the Northwest quarter of Section 14, Township 7 South, Range 2 East, San Bernardino Base and Meridan.

10236

There has been a well on this land for many years, the water having been used chiefly to water cattle.

A year ago we dug a seventy-five foot well. We have planted one thousand evergreen trees, for Christmas trees, and Plan to continue annual plantings indefinitely. We have planted bulbs, flowers, vegetables and ~~suchxotherxtrees~~ decorative plantings. We plan to dig additional wells.

We plan to plant pear, apple, and peach trees. We plan to plant berries, vegetables, and such other trees, fruits and shrubs as seem suitable.

We plan to raise a few head of cattle, sheep, donkeys or other animals.

At least thirty-five acres of this land is immediately tillable. The entire eighty acres would grow evergreens; would graze cattle, horses, sheep, donkeys; would raise turkeys, chickens, fowl or any domesticated animal.

---

Defendants claim prescriptive rights to the water which has been used on these lands to water cattle for many years.

Defendants claim prescriptive rights to an unlimited amount of water from our seventy-five foot well.

Defendants claim appropriative rights to dig other wells from time to time, and use an unlimited amount of water from these wells.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Daniel O'Brien*

*Rose Marie O'Brien*

Defendants in propria persona

Dated:   May 3, 1958

10237