Claire Kaufman and Sam Kaufman, 2160 E Mission Rd Fallbrook Calif

Defendants in propria persona

**F I L E D**

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
by _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br><br>       Defendants, | CIVIL NO. 1247 - SD - C<br><br>ANSWER OF DEFENDANTS<br><br>Claire Kaufman and<br><br>Sam Kaufman |

The defendants,     Claire Kaufman and Sam Kaufman

each severing from their co-defendants and each for himself or her-

self alone, in answer to the Complaint and Supplementary and Amenda-

tory Complaint on file herein, admit, deny, and allege:

     ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
            AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference

all of the allegations contained in the answer to said Complaint and

Supplementary and Amendatory Complaint filed in this case by Newton

T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

of the portion thereof entitled "Affirmative Statement of Rights")

and make each and all of said allegations a part of this answer

the same as if herein set forth at length.

         AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 31.6 acres of land in   San Diego
              (31.67)

County, California, and within the watershed of the Santa Margarita

River, more particularly described ~~in the document attached hereto~~

~~marked Exhibit A, which is hereby incorporated by reference as a~~

~~part of this statement~~ as follows: Parcel 1. E one half of W half

of NE¼ of Sec 17, T 9 S R3W, S.B.M.   Parcel 2. East ½ of NE¼

of SW¼ of Sec 17 T 9 S R3W, S.B.M.  according to U.S. Govt Survey.

10331

COPY RECEIVED

INDEX

This land is orchard land suitable for avocados, citrus and other sub tropical fruits. It also has value as residential land.

Presently about 9 acres are being irrigated.

Water used is furnished by a 32 foot well and pump.

While the property is qualified for inclusion in the Fallbrook Public Utility District it has never been connected and all water has come from the above well since purchase by present owners and before that by all previous owners.

The defendant claims the right to use any and all waters pertinent to this land under the laws of the State of California.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Elaine Kaufman*

*Daniel Kaufman*

Defendants in propria persona

Dated: *May 9- 1958*

10332