FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ illegible

John C. and Chloe L. Baxter
Defendants in propria persona
Rt. 2, Box 34, Fallbrook, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>  Defendants. | ANSWER OF DEFENDANTS<br><br>John C. and Chloe L. Baxter |

The defendants, John C. and Chloe L. Baxter, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I to V, inclusive, of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 60 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10238

COPY RECEIVED                                                                INDEXED

EXHIBIT A

County of San Diego, State of California, S 1/2 of S.E. 1/4 of S.W. H of section 19 TWP & south range 4 W S.B.M. 20 acres and the N.E. 1/4 of N.W. 1/4 of section 30 TWP & south range 4 W S.B.M. 40 acres.

10239

1   This land is riparian land; 37.25 acres are tillable
2   to be used for avocados, lemons and deciduous.
3   Defendants have irrigated portions of this land in the
4   past and water for this purpose has been used from a spring on
5   the property.
6   Defendants claim the right to use eighty (80) acre
7   feet of water per year from springs and from a tributary of
8   the DeLuz Creek.

18   WHEREFORE, these defendants pray that plaintiff take
19   nothing against them by reason of the Complaint and Supplementary
20   and Amendatory Complaint on file herein; that said Complaint be
21   dismissed as against these defendants; that defendants' right to
22   water, as hereinabove set forth, be quieted as against the plain-
23   tiff and against all other defendants in this action; and for such
24   other and further relief as the Court may deem proper.

*John C Baxter*

*Chloe L Baxter*

Defendants in propria persona

Dated: May, 2, 1958

10240