FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/

1  Esther C. Drake
   Defendants in propria persona
2  1351 West 27th Drive
3  San Pedro, California

4           IN THE UNITED STATES DISTRICT COURT
5             SOUTHERN DISTRICT OF CALIFORNIA
6                   SOUTHERN DIVISION
7
8  UNITED STATES OF AMERICA,           )   CIVIL NO. 1247 - SD - C
                                       )
9              Plaintiff,              )   ANSWER OF DEFENDANTS
                                       )   Supplementary and Amendatory
10       v.                            )   Complaint of
                                       )   Esther C. Drake
11 FALLBROOK PUBLIC UTILITY            )
   DISTRICT, ET AL,                    )
12                                     )
               Defendants,             )

13      The defendants,
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
19      These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.
26              AFFIRMATIVE STATEMENT OF RIGHTS
27      These defendants own 240 acres of land in San Diego
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32

10241

COPY RECEIVED                                          INDEXED

1. This land is riparian land; approximately one hundred and twenty
2. (120) acres are tillable and the balance can be used for grazing
3. cattle and for raising turkeys, chicken, and fowl.  Defendant
4. is in the act of developing this land and building a home on
5. this property.
6. Defendant claims the right to sue three hundred and eighty (380)
7. acre feet of water per year from drilled or dug wells developed
8. on stream that runs through property.  Defendant does not claim
   any prescriptive rights or any appropriative rights.

    The South Half of the Southwest Quarter of Section 27;
North Half of Northwest Quarter of Section 34; Southeast
Quarter of Southeast Quarter of Section 28, Northeast Quarter
of Northeast Quarter of Section 33, Township 8 South, Range
4 West, San Bernardino Meridian, in the County of San Diego,
State of California, according to Official Survery thereof,
approved April 28, 1885.
    Excepting from all of said above described property,
all coal or other minerals in said land as excepted and res-
erved by the United States of America in Patent recorded
November 14, 1942 in Book 1424, page 397 of Official records.

         WHEREFORE, these defendants pray that plaintiff take
19. nothing against them by reason of the Complaint and Supplementary
20. and Amendatory Complaint on file herein; that said Complaint be
21. dismissed as against these defendants; that defendants' right to
22. water, as hereinabove set forth, be quieted as against the plain-
23. tiff and against all other defendants in this action; and for such
24. other and further relief as the Court may deem proper.

_Ethen C. Drake_

Defendants in propria persona
1351  17ᵗʰ  Drive
San  Pedro  Calif

Dated: 5-6-58

10242