HOMER C. MCDOWELL and MARION J. MCDOWELL
Defendants in propria persona
R. R. #2 BOX 30
FALLBROOK, CALIFORNIA.

FILED
MAY 15 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ) | ANSWER OF DEFENDANTS |
| v. | ) | SUPPLEMENTARY AND AMENDATORY COMPLAINT OF HOMER C. MCDOWELL AND MARION J. MCDOWELL |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | ) | |
| Defendants, | ) | |

The defendants, HOMER C. MCDOWELL AND MARION J. MCDOWELL each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 160 acres of land in DeLuz, San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10243

COPY RECEIVED                                                    INDEXED

LEGAL DESCRIPTION

The Southeast Quarter of the Southwest Quarter of Section Twenty-nine and the North Half of the Northwest Quarter and the Southeast Quarter of the Northwest Quarter of Section Thirty-two, all in Township Eight South, Range Four West, San Bernardino Base and Meridian, in the County of San Diego, State of California, According to United States Government Survey approved April 28, 1885

Together with all water rights appurtenant or otherwise appertaining to the same.

Defendants claim all rights to water percolating through their land and to take water from their spring and well and from their two streams located on their property.
Defendants have irrigated portions of this land in the past. Defendants also plan to dig a well on their west forty acres. Defendants have a home and a garden, orchard of fruit trees; also rent pasture for cattle. For this purpose they claim the right to use 354.7 acre feet of water per year.
This land is Riparian Land. Approximately ninety (90) acres are tillable and the balance can be used for grazing.

REFERENCE: Engineering Report Number 211, 8S/4W/29,32

On the property of Homer C. McDowell and Marion J. McDowell.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Homer C. McDowell*

*Marion J. McDowell*

Defendants in propria persona
RR #2 Box 30
Fallbrook, Calif.

Dated: April 28, 1958

10244