Robert Steinberg & Alyne Steinberg
Defendants in propria persona

Route 2 Box 166

FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ ...

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

 v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
Robert & Alyne Steinberg

  The defendants, Robert & Alyne Steinberg each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

  ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
    AMENDATORY COMPLAINT

  These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

  AFFIRMATIVE STATEMENT OF RIGHTS

  These defendants own Approx 23 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10245

COPY RECEIVED               INDEXED

1  Portion of S ½ of S.E ¼ of Sect 1, T9S-R3W, SBB&M
2  On May 1952, Engineering personnal of Office Of Ground
3  Water Resources, Camp Pendleton, made a physical inspection
4  of our land.
5  We are pleased with the report, and are willing to
6  negociate on the findings of this report.

18  WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*Robert Steinberg*

*Alpha Steinberg*

Defendants in propria persona

32 Dated: May 2, 1958

10246