Steven Nemeth and Mabel L. Nemeth
Defendants in propria persona
R.R. 2 Box 77 A Fallbrook California

FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By [signature]

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>Steven Nemeth and Mabel L. Nemeth |

The defendants, Steven Nemeth and Mabel L. Nemeth each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 3 acres of land in County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement. The North 435 feet of the East 300 feet of the S.W. 1/4 of the N.W. 1/4 of Sect. 12. Township 9 S. Range 3. W. San Bernardino Meridian.

10247

COPY RECEIVED

INDEXED

The Defendants State:

That these acres are all planted to fruit trees and vegetables.

The water supply is from a 20 feet deep dug well situated in the lowest part of the farm. The source of the water is from rain seepage from these acres.

We have spent a good share of our savings to plant the trees and to bring the soil up to its present condition.

We raise most of our feed on this farm, therefore we need all the water of this shallow well to irrigate the land.

We wish to spend our declining years here. I am past 70, and make our living on these acres.

We signed for a land survey. The land was surveyed last November.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Steven Nemeth

Mabel I. Nemeth

Defendants in propria persona

Dated: May 6 - 1958