FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

1  RUDOLPH C. FOSS
   Defendants in propria persona
2
   Route 2, Box 29
3  Fallbrook, California

4              IN THE UNITED STATES DISTRICT COURT

5                SOUTHERN DISTRICT OF CALIFORNIA

6                      SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,        )
8                                    )
              Plaintiff,             )      ANSWER OF DEFENDANTS
9                                    )      CIVIL NO. 1247-SD-C
         v.                          )
10                                   )     ANSWER TO COMPLAINT AND
   FALLBROOK PUBLIC UTILITY          )   SUPPLEMENTARY AND AMENDATORY
11 DISTRICT, ET AL,                  )           COMPLAINT OF
                                     )          RUDOLPH C. FOSS.
12            Defendants.            )

13         The defendants,   RUDOLPH C. FOSS

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17
               ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
18                      AMENDATORY COMPLAINT

19         These answering defendants hereby incorporate by reference

20 all of the allegations contained in the answer to said Complaint and

21 Supplementary and Amendatory Complaint filed in this case by Newton

22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I to V,

23 inclusive, of the portion thereof entitled "Affirmative Statement of

24 Rights") and make each and all of said allegations a part of this

25 answer the same as if herein set forth at length.

26
               AFFIRMATIVE STATEMENT OF RIGHTS
27
                                   &3/4
28         These defendants own 889 acres of land in San Diego

29 County, California, and within the watershed of the Santa Margarita

30 River, more particularly described in the document attached hereto,

31 marked Exhibit A, which is hereby incorporated by reference as a

32 part of this statement.

                                              10249

COPY RECEIVED

                                              INDEXED

EXHIBIT A.

Parcel #1.

    84W-18-2
    LOT 2 & SW 1/4 OF SE 1/4
    TRACT'L        SEC 18-8-4W

---

Parcel #2.

    85W-24-3      S 1/2 OF NW
    1/4 & E 1/2 OF NE 1/4 & SW 1/4
    OF NE 1/4 & SE 1/4 SEC 24-8-5W

---

Parcel #3.

    84W-19-1
    (EXC NE 1/4 OF NE 1/4) & (EXC
    E 1/2 OF SE 1/4 OF NE 1/4) &
    (EXC E 1/2 OF SE 1/4) & (EXC s
    3/4 OF S 1/2 OF SW 1/4 OF SE
    1/4 & (EXC S 1/2 OF SE 1/4 OF
    SW 1/4)         SEC 19-8-4W

---

10250

1    This land is riparian land, some tillable, and a vast

2 amount can be used for grazing stock.  Defendants have irrigated

3 portions of the land in the past, and water for this purpose has

4 been obtained by pumping directly from Cottonwood Creek which runs

5 through the property.  This land has a great number of springs --

6 possibly 16 or more in number.  The defendants claim the right to

7 the full flow of springs.  Defendants claim the right to use 490 acre-

8 feet of water per year.

9

10

11

12

13

14

15

16

17

18    WHEREFORE, these defendants pray that plaintiff take

19 nothing against them by reason of the Complaint and Supplementary

20 and Amendatory Complaint on file herein; that said Complaint be

21 dismissed as against these defendants; that defendants' right to

22 water, as hereinabove set forth, be quieted as against the plain-

23 tiff and against all other defendants in this action; and for such

24 other and further relief as the Court may deem proper.

*Rudolph C. Foss*

25

26 Rudolph C. Foss.

27

28

29 Defendants in propria persona

30 Route 2, Box 29

31 Fallbrook, California

32 Dated: *May 2, 1958.*

10251