Ruth Kellum Dinsen and A. B. Dinsen
Defendants in propria persona
Rural Route 2, Box 6
Fallbrook, California

**FILED**

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

Ruth Kellum Dinsen
and
A. B. Dinsen

The defendants, Ruth Kellum Dinsen and A. B. Dinsen each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 160.74 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement. Description of land mentioned in San Diego County is as follows: (Cont.)

South ½ of SE ¼ Incl. Lot 5 Sec 4-9-4W = 76.86
East ½ of NW ¼ Incl. Lot 3 Sec 9-9-4W = 55.78
Lot 2 NW ½ of NE ¼ Sec 9-9-4W = 28.10
Total number of acres 160.74

COPY RECEIVED    INDEXED

10252

Defendants have paid for and are in the process of adding to this 160.74 acres a parcel of land from Bureau of Land Management, Los Angeles, known as Lot 1, Sec. 9, T9, Range 4 W S B M California containing 3.56 acres making total holdings 164.3 acres.

Deed for the 160.74 acres described appearing of record in Book No. 1411 of Deeds at Page 316, Jan. 17, 1928.

Defendants claim water rights as follows: the right to use the water from the small spring that arises on the property described in Deed mentioned. This spring runs a half gallon a minute.

Defendants claim the right to use the rainfall on this property. Two Soil Conservation Dams were approved by the government and made in two ravines. These do not hold water longer than a few weeks after the rains stop.

Defendants claim the right to irrigate about 75 acres, lying on both sides of De Luz Road, fairly level and tillable land, with 4.2 acre feet of water per acre per year, from potential wells.

Defendants claim the right to include the 3.56 acres described as Lot 1, Sec 9, T9, in water privileges for the 160.74 acres when purchase is completed.

Defendants claim that all waters on this land described above originates on said land, from the spring and percolating water and rainfall.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Ruth Kellum Dinsen

A B Dinsen

Defendants in propria persona

Dated: April 30, 1958

10253