FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William

1  Clara E. McDonald and Grover C. McDonald
   **Defendants in propria persona**
2  Rt. 2  Box 169, Fallbrook, California

4              IN THE UNITED STATES DISTRICT COURT
5                SOUTHERN DISTRICT OF CALIFORNIA
6                      SOUTHERN DIVISION

7  UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
8                                   )
              Plaintiff,            )   ANSWER OF DEFENDANTS
9                                   )
       v.                           )
10                                  )   CLARA E. MCDONALD AND
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )   GROVER C. MCDONALD
                                    )
12            Defendants,           )

13     The defendants, CLARA E. MCDONALD & GROVER C. MCDONALD
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17     ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
              AMENDATORY COMPLAINT
18
19     These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.

26              AFFIRMATIVE STATEMENT OF RIGHTS
27     These defendants own 10 acres of land in San Diego
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32

10254

COPY RECEIVED                                          INDEXED

EXHIBIT "A"

COPY FROM GRANT DEED:   Book 6885   Page 97

The North Half of the East Half of the Northeast Quarter of the Southwest Quarter of Section 1, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey and being also known as Lot 59 in Rainbow, County of San Diego, according to map No. 477, filed in the office of the County Recorder of San Diego County January 10, 1888. Also that portion of the Northerly 10 feet of First Street adjoining the above described property on the South as vacated and closed to public use.
NOTE:   Said land is also shown on Record of Survey Map no. 1008.

10255

This land is riparian land, approximately ten (10) acres general sloping and tillable which chould be used for sub-tropical, truck gardening or flower gardening. Defendants have irrigated portions of this land in the past obtaining water from pumping plant. Defendants claims the right to use 4.2 acre feet per acre for this farming purpose heretofore described or a total of 42 (forty-two) acre feet. Defendants do not claim any prescriptive or appropriate rights.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Clara E. McDonald*

*Grover B. McDonald*

Defendants in propria persona

Dated: May 5th 1958

10256