FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

1  HAROLD. W. BARKOW AND MARCELLA C. R. BARKOW
2  Defendants in propria persona

3  215 So. Wisconsin Street, Fallbrook, San Diego County, Calif.

4             IN THE UNITED STATES DISTRICT COURT
5             SOUTHERN DISTRICT OF CALIFORNIA
6                    SOUTHERN DIVISION

7
8  UNITED STATES OF AMERICA,
9              Plaintiff,                ANSWER OF DEFENDANTS
10       v.                              HAROLD W. BARKOW
11 FALLBROOK PUBLIC UTILITY                    and
   DISTRICT, ET AL,
12             Defendants.               MARCELLA C. R. BARKOW

13       The defendants, HAROLD W. BARKOW & MARCELLA C. R. BARKOW
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:

17
18           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT

19       These answering defendants hereby incorporate by reference
20  all of the allegations contained in the answer to said Complaint and
21  Supplementary and Amendatory Complaint filed in this case by Newton
22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I to V,
23  inclusive, of the portion thereof entitled "Affirmative Statement of
24  Rights") and make each and all of said allegations a part of this
25  answer the same as if herein set forth at length.

26
27              AFFIRMATIVE STATEMENT OF RIGHTS

28       These defendants own Approx. 33 acres more or less ~~acres of land in~~ San Diego
29  County, California, and within the watershed of the Santa Margarita
30  River. ~~more particularly described in the document attached hereto,~~
31  ~~marked Exhibit A, which is hereby incorporated by reference as a~~
32  ~~part of this statement.~~

10257

COPY RECEIVED                                    INDEXED

CLAIMS

Defendants claim the right to use such water as is reasonably necessary for domestic purposes and irrigation of the aforesaid agricultural lands.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Harold W. Barkow*
HAROLD W. BARKOW

*Marcella C R Barkow*
MARCELLA C. R. BARKOW
Defendants in propria persona

Dated: May 1, 1958

10258