E. C. Sullivan and Anna L. Sullivan

E. C. Sullivan and Anna L. Sullivan, 834 E. Fallbrook Street, Fallbrook, Calif.
Defendants in propria persona

FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>    Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>E. C. Sullivan and<br>Anna L. Sullivan |

The defendants, E. C. Sullivan and Anna L. Sullivan each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 14.7 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

Property described in "Exhibit A" attached hereto is in process of sale; the new owners will be George H. Curtis and Gertrude E. Curtis, 834 E. Fallbrook Street, Fallbrook, Calif.

10259

COPY RECEIVED                                                                INDE...

E. C. Sullivan and Ena L. Sullivan

EXHIBIT "A"

All of Lots 11 and 14 of Shipley Tract, West Fallbrook, in the County of San Diego, State of California, according to the Map thereof No. 132, filed in the office of the Recorder of Said San Diego County, August 22, 1887.

EXCEPTING THEREFROM the following described portion:

Commencing at the point of intersection of the center line of Fruit Street, as shown on said Map No. 132, with the Northerly prolongation of the East line of said Lot 11; thence South along said Northerly prolongation along the East line of said Lots 11 and 14, and along the Southerly prolongation thereof, 1326 feet more or less, to a point on the center line of the County Road adjacent to the South line of said Lot 14; thence West along the center line of said road 137 feet; thence North along a line parallel with said East line of said Lots, 255 feet to a point; thence at right angles West 61 feet; thence at right angles North and parallel with the East line of said Lots 14 and 11, a distance of 1071 feet, more or less to a point on the center line of the aforesaid Fruit Street; thence East along said center line, 198 feet to the point of commencement.

10260

1   The land referred to herein is located on an intermittent stream.
2 Approximately fourteen and one-half (14½) Acres are tillable and are
3 planted to lemons and avocados and miscellaneous fruits. This grove
4 was originally planted in 1929 and has been watered since that time by
5 a well on the described property which was dug in 1929 and has been con-
6 tinuously in use since that date. There is also a conservation check
7 dam on the intermittent stream which holds approximately 3½ Acre feet
8 of water above the well which percolates to and adds to the volume of the
9 well.
10   According to the U. S. Soil Conservation Service, 3 Acre feet of water
11 is necessary to maintain each acre of planted grove;
12   THEREFORE, we claim forty-three and one-half (43½) Acre feet of
13 water from intermittent flow of stream and from percolating waters.

18   WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

                    E. C. Sullivan
                    Anna L. Sullivan
                    Defendants in propria persona

32 Dated: 5-5-58

10261