ELIZABETH POSTON (widow)

Defendants in propria persona

R. Route 2, Box 35
Fallbrook, California

**FILED**

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William Likely_

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                         Plaintiff, )
v.                                       )
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL,            )
                        Defendants, )

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
SUPPLEMENTARY AND AMENDATORY
COMPLAINT OF
ELIZABETH POSTON

    The defendants,  ELIZABETH POSTON each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

**ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT**

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

**AFFIRMATIVE STATEMENT OF RIGHTS**

    These defendants own 7½ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10262

INDEXED

COPY RECEIVED

EXHIBIT A

Parcel #1.

Legal Description of property in Escrow No. 133-4659

POSTON to PRIOR

The Easterly 330 feet of the Southwest Quarter of the Northeast Quarter of Section 28, Township 8 South, Range 4 West, San Bernardine Meridian, according to United States Government Survey, April 28, 1885, EXCEPTING therefrom the North 330 feet thereof, in the County of San Diego, State of California.

(Stanley W. Prior & Marva Prior,
  3620 Lombardy Road,
      Pasadena, California)

Parcel #2.

Lot 33 of College Street Tract in the County of San Diego, State of California, according to the Map thereof No. 2593, filed in the Office of the Recorder of San Diego County, October 24, 1949; EXCEPT therefrom the West 30 feet thereof.

10263

Parcel #1.

1. Defendants claim all rights to water percolating through their land and to take water from their well located on the property. Defendants have irrigated portions of this land in the past. They have a home and garden, and expect, in the near future, to plant 2 acres in family fruit trees. For this purpose they claim the right to use 17.57 Acre-feet of water per year.

Reference: Engineering Report No. 236, 8s/4W/28 on the property of ELIZABETH POSTON, on April 8, 1958 this property was sold to Stanley W. Prior & Marva Prior,
3620 Lombardy Road
Pasadena, California.

---

Parcel #2.

Residential Lot for Home to be built in near future. Defendants claim adequate water for Domestic, Garden, and Family Fruit trees.

---

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Elizabeth Poston*
Elizabeth Poston

Defendants in propria persona
R. Route 2, Box 35
Fallbrook,
California

Dated: May 2nd 1958

10264