FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____

JOHN A. FAY AND ERA LEE FAY
Defendants in propria persona
755 N. Stage Coach Lane, Fallbrook, California.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

JOHN A. FAY AND ERA LEE FAY

The defendants, JOHN A. FAY AND ERA LEE FAY, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

        AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1½ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10265

COPY RECEIVED                                      INDEXED

1  This land is all tillable and is now planted with Avocado and
2  Citrus trees; the land is irrigated by water obtained from The
3  Fallbrook Public Utility District.  Defendants, however, claim the
4  right to dig a well and take water from such well at any time in the
5  future.  Defendants claim the right to the use of sufficient water
6  at any time to properly irrigate the land.

18       WHEREFORE, these defendants pray that plaintiff take
nothing against them by reason of the Complaint and Supplementary
and Amendatory Complaint on file herein; that said Complaint be
dismissed as against these defendants; that defendants' right to
water, as hereinabove set forth, be quieted as against the plain-
tiff and against all other defendants in this action; and for such
other and further relief as the Court may deem proper.

*John A. Fay*
*Era Lee Fay*
Defendants in propria persona

Dated:    May 5, 1958.

10266

EXHIBIT "A".

That portion of the Southwest Quarter of the Southwest Quarter of Section 17, Township 9 South, Range 3 West, S.B.M., in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Beginning at the Southwest corner of said Section 17; thence along the West line of said Section, North 0° 42' 40" West, 1067.45 feet; thence South 89° 50' 30" East, 20.00 feet to the true point of beginning; thence continuing South 89° 50' 30" East, 259.03 feet; thence South 0° 42' 40" East, 209.37 feet to the Northeast corner of a parcel of land conveyed to Neal S. Heis and wife, by deed dated August 4, 1949 and recorded in Book 3303 page 44 of Official Records; thence North 89° 50' 30" West along the North line of land so conveyed, 259.03 feet to the Northwest corner thereof being a point in a line which is parallel with and 20.00 feet East of the said West line of Section 17; thence along said parallel line, North 0° 42' 40" West, 209.37 feet to the true point of beginning.

10267