Rt 2, Box 227-A, Fallbrook, CAL

Defendants in propria persona

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
)
        Plaintiff,
)
    v.
)
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
)
        Defendants,
)

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

WILLIAM P. OLMSTED AND
HENRIETTA ELIOT (ROSS) FRITZ

The defendants, WILLIAM P. OLMSTED AND HENRIETTA ELIOT (ROSS) FRITZ each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants OLMSTED AND THE DEFENDANT (ROSS) FRITZ HOLDS A TRUST DEED UPON owns 2.78 acres of land in SAN DIEGO County, California, and within the watershed of the Santa Margarita River, more particularly described AS PARCEL ONE in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement. DEFENDENT OLMSTED OWNS 14.71 ACRES OF LAND IN SAN DIEGO COUNTY, AND 6.0 ACRES OF IT IS WITHIN THE WATERSHED OF THE SANTA MARGARITH RIVER, DESCRIBED AS PARCEL TWO IN EXHIBIT A, ATTACHED HERETO.

10262

COPY RECEIVED

INDEXED

THAT PORTION OF THE NW 1/4 OF THE SE 1/4 OF SECTION 16 T9S, R3W, SAN BERNADINO MERIDIAN, IN THE COUNTY OF SAN DIEGO, DESCRIBED AS FOLLOWS:

BEG AT A PT ON THE E & W C/L OF SEC 16 DIST THN N 89°-01'-10" E 300 FT FR CEN OF SD SEC, TH S 2°-45' E 100 FT, TH SLY 220.20 FT ALONG 500 FT RAD TAN CUR CONC WLY, TH S 22°-29' W 38.49 FT TO C/L OF MISSION RD 1-C, TH ALG SD C/L S 67°-30' E 438.89 FT, TH ELY ALG 1000 FT RAD TAN CUR CONC SLY 208.57 FT, TH S 55°-33' E 434.21 FT, TH ELY 117.52 FT ALG 1000 FT RAD TAN CUR CONC NLY, TH S 62°-17' E 17.68 FT TO E LINE OF SD NW 1/4 OF SE 1/4, TH ALG SD E LINE N 0°-45'-10" W 952.34 FT TO NE COR OF SD NW 1/4 OF SE 1/4, TH ALG E&W C/L OF SEC 16 S 89°-01'-10" W 1007.18 FT TO PT OF BEGINNING.

10270

2) DEFENDANT OLMSTED CLAIMS THE RIGHT TO USE FIFTEEN (15) ACRE FEET OF WATER PER YEAR ON PARCEL TWO FROM A WELL OR WELLS. DEFENDANTS DO NOT CLAIM ANY PRESCRIPTIVE RIGHTS OR ANY APPROPRIATIVE RIGHTS.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*William P. Olmsted*

*Henrietta Eliot (Ross) Fritz*

Defendants in propria persona

Dated: May 5, 1958

10271

EXHIBIT A - PARCEL ONE

THAT PORTION OF THE N½ OF THE S½ OF SECTION 16 T9S, R3W, SAN BERNADINO MERIDIAN, IN THE COUNTY OF SAN DIEGO, DESCRIBED AS FOLLOWS:

BEG AT CENTER OF SEC 16, TH N89°-01'-10"E ALG E&W C/L THF 300 FT, TH S2°-45'E 100 FT, TH SLY 220.20 FT ALG 500 FT RAD TAN CUR CONC WLY, TH S22°-29'W 38.49 FT TO THE C/L OF MISSION RD 1-C, TH ALG SAID C/L N67°-30'W 441.67 FT TO LINE WHICH BEARS S 0°-34'E FROM A PT ON THE E&W C/L OF SEC 16 DIST THN 157.64 FT FROM POINT OF BEGINNING, TH N0°-43'W 173.82 FT TO SAID PT, TH N89°-01'-10"E 157.64 FT ALG E&W C/L OF SEC 16 TO POINT OF BEGINNING.

10269

SEC 16 S 89°-01'-10"W 1007.18 FT TO PT OF BEGINNING.

10270

2) DEFENDANT OLMSTED CLAIMS THE RIGHT TO USE FIFTEEN (15) ACRE FEET OF WATER PER YEAR ON PARCEL TWO FROM A WELL OR WELLS. DEFENDANTS DO NOT CLAIM ANY PRESCRIPTIVE RIGHTS OR ANY APPROPRIATIVE RIGHTS.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*William P. Olmsted*

*Henrietta Eliot (Ross) Fritz*

Defendants in propria persona

Dated: May 5, 1958

10271