Case 3:51-cv-01247-JO-SBC   Document 1960   Filed 05/15/58   PageID.6603   Page 1 of 3

```
 1  NORBERT A. WALLER and ETHEL R. WALLER
    Defendants in propria persona
 2  P.O. Box 611
    Fallbrook, California
 3
 4              IN THE UNITED STATES DISTRICT COURT
 5                 SOUTHERN DISTRICT OF CALIFORNIA
 6                        SOUTHERN DIVISION
 7
    UNITED STATES OF AMERICA,        )
 8                                   )
                Plaintiff,           )   ANSWER OF DEFENDANTS
 9                                   )
         v.                          )   CIVIL NO. 1247-SD-C
10                                   )   ANSWER TO COMPLAINT AND
    FALLBROOK PUBLIC UTILITY         )   SUPPLEMENTARY AND AMENDATORY
11  DISTRICT, ET AL,                 )   COMPLAINT OF
                                     )   NORBERT A. WALLER AND
12              Defendants.          )   ETHEL R. WALLER
```


FILED
MAY 15 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

         The defendants,  NORBERT A. WALLER and ETHEL R. WALLER
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

               ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                         AMENDATORY COMPLAINT

         These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I to V,
inclusive, of the portion thereof entitled "Affirmative Statement of
Rights") and make each and all of said allegations a part of this
answer the same as if herein set forth at length.

                    AFFIRMATIVE STATEMENT OF RIGHTS

         These defendants own 11.30 acres of land in San Diego
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

                                                        10272

COPY RECEIVED                                           INDEXED

EXHIBIT A

Parcel #1.

Lot 13, Shipley Tract of West Fallbrook, according to Map thereof No. 132, filed in the office of the County Recorder.

---

Parcel #2.

All of Lots One and Two and a portion of Lots 3, 4 and 5 of Block 46, West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 567, filed in the office of the County Recorder October 9, 1888, also a portion of Fig Street and alley, vacated, by the Board of Supervisors of said County, described as a whole as follows:
Beginning at a point in the South line of said Lot 5 distant South 89°21' East 253 feet from the Southwest corner of Lot 6 of said Block 46; thence South 89°21' East 5.00 feet to the Southwest corner of the parcel of land conveyed to Norbert A. Waller, et ux, by deed recorded in Book 2187, page 29 of Official Records; thence along the Westerly and Northerly lines of said land of Waller North 0°33' East 125 feet and North 77°12'30" East 127.89 feet to the Westerly line of the tract of land conveyed by F. W. Bartlett, et al, to Lucy A. Root, by deed recorded in Book 553, page 356 of Deeds; thence along said Westerly line of the land of Root North 9°54'10" West (record North 9°50' West) 177.86 feet to the Easterly prolongation of the South line of Lot 2 of Block 44 of said West Fallbrook, thence along said Easterly prolongation of the South line of Lot 2 and along the South line of Lots 2, 3 and 4 of said Block 44, North 89°20' West 350.05 feet to the Northerly prolongation of the West line of said Block 46; thence along said Northerly prolongation of the West line of Block 46 South 0°34'10" West 25 feet to the center line of Fig Street; thence along said center line of Fig Street South 89°20' East 134.93 feet to the Northerly prolongation of the center line of alley in said Block 46; thence along said Northerly prolongation of the center line of alley and along the center line of the alley South 0°33' West 174.65 feet to a point distant North 0°33' East 130 feet from the North line of Elder Street; thence parallel with the North line of Elder Street South 89°21' East 118.00 feet; thence South 0°33' West 130 feet to the point of beginning.

---

Parcel #3.
Lot 3 of College Street Tract of Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 2593 filed in the office of the Recorder of said San Diego County;
ALSO that portion of the West 208.71 feet of the Northeast Quarter of the Northwest Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 west, San Bernardino Meridian, which lies East of said Lot 3 and is bounded on the North by the Easterly prolongation of the North line of said Lot 3 and on the South by the Easterly prolongation of the South line of said Lot 3.

---

10273

1  Parcel #1 consists of approximately 9 acres planted to orchard;
2  approximately 1 acre irrigated pasture; also family fruit and
3  garden, all of which has been and is being irrigated from a well
4  on this property which also includes a home. For the upkeep of
5  the above we claim the right to use 50 acre-feet of water per
6  year from this well.
7  Parcel #2 consists of 1.13 acre planted to avocado trees which are
8  presently being irrigated through the Fallbrook Public Utility
9  District. Nevertheless, we also claim the right to any percolating
10 water on this property, now and for ever.
11 Parcel #3 consists of one business lot, approximately 55x138, for
12 which we claim the right to use adequate Domestic or Industrial
13 water, as required.

   The defendants herein neither waive nor relinquish their
right or rights to the present use or future development and use of
water, including the right to store water, in, under, or upon any
and all of the lands described herein; but they do claim and affirm
all such rights. They further deny each and every allegation as
contained in the complaint against them.

   WHEREFORE, these defendants pray that plaintiff take
nothing against them by reason of the Complaint and Supplementary
and Amendatory Complaint on file herein; that said Complaint be
dismissed as against these defendants; that defendants' right to
water, as hereinabove set forth, be quieted as against the plain-
tiff and against all other defendants in this action; and for such
other and further relief as the Court may deem proper.

*Norbert A. Waller*
Norbert A. Waller and

*Ethel R. Waller*
Ethel R. Waller

Defendants in propria persona
P.O. Box 611
Fallbrook,
California

Dated: 4-29-58

10274