
FILED
MAY 15 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

ROY E. BARDWELL and PEARL E. BARDWELL
Defendants in propria persona
Star Route
Aguanga, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )   CIVIL NO. 1247 - SD - C
               Plaintiff,  )   ANSWER OF DEFENDANTS
        v.                 )   ROY E. BARDWELL and
FALLBROOK PUBLIC UTILITY   )   PEARL E. BARDWELL
DISTRICT, ET AL,           )
               Defendants, )

The defendants, ROY E. BARDWELL and PEARL E. BARDWELL, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 15.55 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED.

10275
INDEXED

**EXHIBIT A**                                             Roy E. Bardwell and
                                                          Pearl E. Bardwell

The West Half of Lot 1, Excepting the Northerly 380 feet thereof in Section 27, Township 9 South, Range 2 East, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved January 31, 1895.

10276

1  Defendant's source of water is from a well and the water is used for
2  domestic purposes only. The land is not tillable and is suitable for
3  residences only.
4  Defendants claim the right to drill additional wells for domestic use,
5  should the need arise.

18      WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*Ray E. Bardwell*

*Pearl E. Bardwell*

Defendants in propria persona
Star Route
Aguanga, California

Dated: 6 May 1958

10277