FREDRIC E. STOKES and HELEN D. STOKES
Defendants in propria persona
Star Route
Aguanga, California

FILED
MAY 15 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

FREDRIC E. STOKES and

HELEN D. STOKES

    The defendants, FREDRIC E. STOKES and HELEN D. STOKES, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                  AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

                AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 155 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10278

COPY RECEIVED                  INDEXED

**EXHIBIT A**                                              FREDRIC E. STOKES and
                                                           HELEN D. STOKES

Lot One in Section Twenty-seven, except West One-half lying South of

North three hundred and eighty (380) feet,

Lot Four in Section Twenty-six,

Lot Sixteen of Section Twenty-two, and

Lot Thirteen of Section Twenty-three,

all in Township Nine South, Range Two East, San Bernardino Meridian,

in the County of San Diego, State of California,

according to United States Government Survey approved

January 31, 1895, May 17, 1918 and September 15, 1939.

10279

Of the total of 155 acres owned by defendants, approximately ten (10) acres in Lot 13, Section 23, are tillable, but have never been tilled, and the balance of approximately 145 acres is too rough to be cultivated. Defendant's source of water is from a well and is used for domestic purposes only.

Defendants claim the right to drill additional wells for domestic use and irrigation of the above mentioned ten acres should the necessity arise.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Fredric E. Stoker*

*Helen A. Stoker*

Defendants in propria persona
Star Route
Aguanga, California

Dated:   6 May 1958

10280