FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

1  Arthur B. Caughlan and Helen M. Caughlan
   Defendants in propria persona
2  RFD 2 Box 229C
3  Fallbrook, Calif.

4               IN THE UNITED STATES DISTRICT COURT
5                 SOUTHERN DISTRICT OF CALIFORNIA
6                        SOUTHERN DIVISION

7  UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
8                                   )
                   Plaintiff,       )   ANSWER OF DEFENDANTS
9           v.                      )   Arthur B. Caughlan  and
10                                  )   Helen M. Caughlan
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )
                                    )
12                 Defendants,      )

13      The defendants, Arthur B. Caughlan and Helen M. Caughlan
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17      ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18
19      These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.

26              AFFIRMATIVE STATEMENT OF RIGHTS
27      These defendants own  1  acres of land in  San Diego
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32

                                                          10281

COPY RECEIVED                                            INDEXED

1  Defendants claim the right to use water bought from
2  the Fallbrook Public Utility District for domestic and
3  garden purposes. Defendants further claim the rights to all
4  water which may subsequently be found on the property described
5  in Exhibit A.

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Arthur B Caughlan*

*Helen M Caughlan*

Defendants in propria persona

32  Dated: May 5, 1958

10282

## Exhibit A

That portion of the Northeast Quarter of the Southwest Quarter of Section 16, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Beginning at a point on the North line of said Southwest Quarter distant South 89 degrees 01' 10" West 157.64 feet from the Northeast corner of said Southwest Quarter, said point of beginning being the Northeast corner of the tract of land conveyed to James M. Warner, Jr., by deed recorded in Book 1101, page 228 of Official Records; thence along said North line South 89 degrees 01' 10" West 400.93 feet to the center line of Mission Road NO. 1-C and the true point of beginning; thence continuing along said North line South 89 degrees 01' 10" West 213.16 feet; thence South 15 degrees 36' East 203.01 feet; thence North 69 degrees 22' East 358.46 feet to a point in the center line of said Mission Road No. 1-C distant South 67 degrees 30' East 191.35 feet from the true point of beginning; thence North 67 degrees 30' West 191.35 feet to the true point of beginning.

10283