```
                                              F I L E D

                                              MAY 15 1958
  1
                                              CLERK, U.S. DISTRICT COURT
  2   Defendants in propria persona           SOUTHERN DISTRICT OF CALIFORNIA
                                              By _____
  3                                                        DEPUTY CLERK

  4              IN THE UNITED STATES DISTRICT COURT

  5                SOUTHERN DISTRICT OF CALIFORNIA

  6                      SOUTHERN DIVISION

  7
      UNITED STATES OF AMERICA,     )   CIVIL NO. 1247 - SD - C
  8                                 )
                 Plaintiff,         )   ANSWER OF DEFENDANTS
  9                                 )   Lewis M. Cleveland
           v.                       )   and
 10                                 )   Helena W. Cleveland
      FALLBROOK PUBLIC UTILITY      )
 11   DISTRICT, ET AL,              )
                                    )
 12              Defendants,        )
```

The defendants, Lewis M. and Helena W. Cleveland
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 15 acres of land in San Diego County, California, and out of the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

Block K and L of Rainbow Townsite
Lot 2 of Rainbow Colony                    10284

COPY RECEIVED                              INDEXED

Found by Marine Surveyors by instrument that flood waters go to San Luis Rey River. Also photo's taken by Marine officer during 1958 flood showing water flowing to San Luis Rey River.

This 15 acres consist of 4½ citrus (all citrus land) and remainder in Buildings, corral and Oat hay.

Requirement to cover land as irrigated in citrus would be 60 acre ft per year

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

                    *Lewis M Cleveland*

                    *Helene M Cleveland*

                    Defendants in propria persona

Dated: 5-8-58

10285