EVE U. MITCHELL  AND  MONROE SHARPLESS
Defendants in propria persona
17272 LA VETA AVE., ORANGE, CALIFORNIA

F I L E D

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

EVE U. MITCHELL
MONROE SHARPLESS

    The defendants, EVE U. MITCHELL AND MONROE SHARPLESS each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
    AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

    AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 160 acres of land in SAN DIEGO County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10289
INDEXED

1. WE, THE DEFENDANTS HEREIN JOINTLY AND SEVERALLY ASSERT AND CLAIM AS FOLLOWS:
2. THAT THERE ARE TRIBUTARIES OF DE LUZ CREEK FLOWING THROUGH EACH OF THE LANDS
3. DESCRIBED IN EXHIBIT A AS PARCELS 1 to 4, SUCH FLOW BEING SEASONAL AND THAT
4. EACH OF SAID PARCELS HAVE RIPARIAN RIGHTS IN SAID FLOW; THAT WATER PERCOLATES
5. THROUGH THE GRAVEL BELOW THE SURFACE OF EACH OF SAID PARCELS; THAT WATER IS
6. HELD IN UNDERGROUND RESERVOIRS IN EACH OF SAID PARCELS; THAT WATER HAS BEEN
7. AND/OR WILL BE RECOVERABLE FROM BELOW THE SURFACE BY THE DRILLING OF WELLS
8. ON EACH OF SAID PARCELS,
9. NOW, THEREFORE, WE CLAIM THE RIGHT TO IMPOUND WATER AND TO RECOVER WATER FROM
10. BELOW THE SURFACE BY THE DRILLING OF WELLS ON EACH OF SAID PARCELS FOR THE USE
11. OF ANY OR ALL OF SAID PARCELS; FURTHERMORE, WE DENY THE RIGHT OF PLAINTIFF
12. HEREIN, BOTH NOW AND AT ANY TIME IN THE FUTURE, TO ANY WATER FLOWING OVER OR
13. PERCOLATING UNDER THE SURFACE OF SAID PARCELS OF LAND.

18.     WHEREFORE, these defendants pray that plaintiff take
19. nothing against them by reason of the Complaint and Supplementary
20. and Amendatory Complaint on file herein; that said Complaint be
21. dismissed as against these defendants; that defendants' right to
22. water, as hereinabove set forth, be quieted as against the plain-
23. tiff and against all other defendants in this action; and for such
24. other and further relief as the Court may deem proper.

*Ene H. Mitchell*

*Monroe Sharpless*

Defendants in propria persona

32. Dated: May 7, 1958

10291

EXHIBIT A

PARCEL 1: THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER OF SECTION 33, TOWNSHIP 8 SOUTH, RANGE 4 WEST, SAN BERNARDINO BASE AND MERIDIAN.

PARCEL 2: THE SOUTHEAST QUARTER OF THE NORTHWEST QUARTER OF SECTION 33, TOWNSHIP 8 SOUTH, RANGE 4 WEST, SAN BERNARDINO BASE AND MERIDIAN.

PARCEL 3: THE NORTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 33, TOWNSHIP 8 SOUTH, RANGE 4 WEST, SAN BERNARDINO BASE AND MERIDIAN.

PARCEL 4: THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 28, TOWNSHIP 8 SOUTH, RANGE 4 WEST, SAN BERNARDINO BASE AND MERIDIAN.

10290
INDEXED

COPY RECEIVED