

**FILED**

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

1  Lewis J. Klein and Eleanor L. Klein
   Defendants in propria persona
2  10709 Firmona Ave.
   Inglewood 2, Calif.
3

4              IN THE UNITED STATES DISTRICT COURT

5               SOUTHERN DISTRICT OF CALIFORNIA

6                    SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,         )    CIVIL NO. 1247 - SD - C
8                                    )
                Plaintiff,           )    ANSWER OF DEFENDANTS
9                                    )
        v.                           )    Lewis J. Klein and
10                                   )
   FALLBROOK PUBLIC UTILITY          )    Eleanor L. Klein
11 DISTRICT, ET AL,                  )
                                     )
12              Defendants,          )

13      The defendants, Lewis J. Klein and Eleanor L. Klein
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
19      These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.

26              AFFIRMATIVE STATEMENT OF RIGHTS
27      These defendants own  65 acres of land in  San Diego
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32

                                                    10286

COPY RECEIVED
                                                    INDEXED

1   There is a creek running through this property and (I), (we)
2 claim riparian rights to a proportionate share of the waters of
3 this creek. There is an existing well on this property and (I),
4 (we) claim this well and the right to drill three (3) additional
5 wells for domestic and irrigation purposes. There are forty-five
6 (45) acres of this property suitable for tillage in one form or
7 another. Fifteen (15) acres are suitable for avocadoes and citrus
8 for which three (3) acre feet of water per acre per year is claimed
9 or a total of forty-five (45) acre feet. Thirty acres are suitable
10 for corn, permanent pasture, various truck gardening and fruits,
11 for which three (3) acre feet of water per acre per year is claimed
12 for a total of ninety (90) acre feet. The remaining twenty (20)
13 acres are suitable for grazing, building sites, etc. and a claim o f
14 one (1) acre foot per acre per year is made for a total of twenty
15 (20) acre feet. The total of one hundred fifty-five (155) acre feet
16 per year is claimed for this property.

18   WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*Lewis J. Klein*

*Eleanor L. Klein*

Defendants in propria persona

Dated: May 5, 1958

10287

"Exhibit A"

The Northwest Quarter of the Northwest Quarter; the West Half of the Northeast Quarter of the Northwest Quarter and the South Half of the Southeast Quarter of the Northeast Quarter of the Northwest Quarter, all in Section 29, Township 8 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California.

10288