1  Emmett S. and Mary M. Mc Cormick, 1035 So. Alturas Street, Fallbrook, Calif.
   Defendants in propria persona
2
3                                                          **FILED**
4              IN THE UNITED STATES DISTRICT COURT         MAY 15 1958
5              SOUTHERN DISTRICT OF CALIFORNIA             CLERK, U.S. DISTRICT COURT
                                                           SOUTHERN DISTRICT OF CALIFORNIA
6                        SOUTHERN DIVISION                 By _____
7
8  UNITED STATES OF AMERICA,       )   CIVIL NO. 1247 - SD - C
                 Plaintiff,         )   ANSWER OF DEFENDANTS
9                                   )
         v.                         )   Emmett S. and Mary M. Mc Cormick
10                                  )
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )
                                    )
12               Defendants,        )

13      The defendants, Emmett S. and Mary M. Mc Cormick
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17      ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                   AMENDATORY COMPLAINT
18
19      These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.

26           AFFIRMATIVE STATEMENT OF RIGHTS
27      These defendants own 3½ acres of land in San Diego
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32

                                                          10292
COPY RECEIVED                                             **INDEXED**

1  This land is planted to avacados, is tillable. Defendants have
2  irrigated this land in the past from water obtained from Fallbrook
3  P.U.D. We also claim the right to drill wells to obtain water
4  either percolating or pool from underneath our land and to
5  use same for irrigation purposes.

18         WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*Emmett B McCormick*
Emmett S. Mc Cormick

*Mary M. McCormick*
Mary M. Mc Cormick
   Defendants in propria persona

Dated: 5-9-58

10293

SCHEDULE C

Description of land in the County of San Diego, State of California, title to which is insured by this policy:

PARCEL 1:

The South Half of those portions of Lot Four in Section Twenty-four and Lot One in Section Twenty-five all in Township Nine South, Range Four West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved, June 11, 1880, described as follows:

Commencing at a point 304.3 feet South of the Southwest corner of the Northeast Quarter of Southwest Quarter of Section 24; thence running South 0°12' East 1384 feet along the center line of road to a point; thence North 89°18' West 710 feet, more or less, to the Easterly line of Santa Margarita Grant; thence along the Easterly line of said Grant, North 5°57' East 1389.7 feet to a point; thence South 89°18' East 561 feet, more or less, to the point of commencement.

EXCEPTING THEREFROM that portion thereof lying South of a line that is parallel with and distant 416 feet at right angles Northerly from the South line thereof.

PARCEL 2:

All that portion of Rancho Santa Margarita y Las Flores in the County of San Diego, State of California, as delineated upon a Map in Book 7, of Patents, page 39, and as shown by records of Survey Maps Nos. 794 and 831, records of the County of San Diego, described as follows:

Beginning at a point on the East boundary line of said Rancho Santa Margarita y Las Flores, distant thereon South 7°04' 52.98" West 11,947.06 feet from Corner No. 1 of said Rancho; thence continuing along said Easterly boundary line South 7°04' 52.98" West 284.83 feet to the closing corner of Sections 24 and 25, Township 9 South, Range 4 West; thence continuing along said Easterly boundary line South 7°04' 52.98" West 371.32 feet; thence North 88°21'44" West 116.92 feet to an iron bolt; thence North 6°52'50" East 368.96 feet to a one and one-half inch iron pipe with brass cap marked "R.S.M" Section 24-Section 25"; thence North 6°52'50" East 286.97 feet to a 5/8 inch iron pin; thence South 88°21'44" East 119.23 feet to the point of beginning.

EXCEPTING THEREFROM that portion thereof lying South of the Westerly prolongation of a line that is parallel with and distant 416 feet at right angles Northerly from the South line of the following described property; South Half of those portions of Lot 4 in Section 24, and Lot 1, in Section 25, all in Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows:

Commencing at a point 304.3 feet South of the Southwest corner of the Northeast Quarter of the Southwest Quarter of Section 24; thence running South 0°12' East 1384 feet along the center line of road to a point; thence North 89°18' West 710 feet, more or less, to the Easterly line of said Grant North 5°57' East 1389.7 feet toa point; thence South 89°18' East 561 feet, more or less, to the point of commencement.

10294