Bennie R. Mosher, and Lura G. Mosher, husband and wife,
Defendants in propria persona
R. 2, Box 15,
Fallbrook, California

**FILED**

IN THE UNITED STATES DISTRICT COURT

MAY 15 1958

SOUTHERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

        Defendants.

ANSWER OF DEFENDANTS
Bennie R. Mosher, and
Lura G. Mosher,

        The defendants, Bennie R. Mosher and Lura G. Mosher,
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

        These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I to V,
inclusive, of the portion thereof entitled "Affirmative Statement of
Rights") and make each and all of said allegations a part of this
answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

        These defendants own 125  acres of land in San Diego
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

10295

INDEXED

That certain land situated in San Diego County, known as the Northwest quarter of the Northeast quarter and the North half of the Northwest quarter Section 5, Township 9 Range 4 West, Except the Westerly five acres, & (EXC N 165 FT LYING W OF A LI DAF BAP IN N LI SEC 5 DIST N 89°11'E 1091.28 FT FR SW COR SEC 32TH S 1°14'E 165 FT) Sec 5-9-4W

This land is riparian land; approximately fifty and eight tenths (50.8) acres are tillable and the balance can be used for grazing cattle and for raising turkeys chickens and fowl. Defendants have irrigated portions of the land in the past and water for this purpose has been obtained by pumping directly from a well and from De Luz Creek, which runs through this property.

Defendants claim the right to use one hundred ninety seven and one tenth (197.1) acre feet of water per year from a well and from De Luz Creek on this land. Defendants do not claim any perscriptive rights or any appropeiative rights. This is in accordance with Naval Survey, engineering report no. 213-98/4W/5

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Bennie R. Mosher*

*Lena G. Mosher*

Defendants in propria persona

Dated: *May 8, 1958*

10296