**F I L E D**

1   WILLIAM F. and ALICE M. LATTIMER
    **Defendants in propria persona**
2   402 E Porter St. Fallbrook

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William M. Resse_
                    IV σ¢}

3

4                IN THE UNITED STATES DISTRICT COURT

5                  SOUTHERN DISTRICT OF CALIFORNIA

6                       SOUTHERN DIVISION

7

8   UNITED STATES OF AMERICA,           )        CIVIL NO. 1247 - SD - C

                    Plaintiff,          )          ANSWER OF DEFENDANTS
9                                                William And Alice Lattimer

10          v.

11  FALLBROOK PUBLIC UTILITY
    DISTRICT, ET AL,

12                  Defendants,  )

13      The defendants, William F. and Alice M. Lattimer

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17      ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT
18

19      These answering defendants hereby incorporate by reference

20  all of the allegations contained in the answer to said Complaint and

21  Supplementary and Amendatory Complaint filed in this case by Newton

22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23  of the portion thereof entitled "Affirmative Statement of Rights")

24  and make each and all of said allegations a part of this answer

25  the same as if herein set forth at length.

26          AFFIRMATIVE STATEMENT OF RIGHTS

27      These defendants own  2  acres of land in  S an Diego

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

31  part of this statement.

32      PAR.   94W-39-I
        VILLINGER S UB.
        E.379. 89FT OF N 229. 33 FT
        LOTS I THRU 7 BLK A & LOTS I THRU 6 BLK B

10287

COPY RECEIVED

**INDEXED**

1      At the presemt time we are using Fallbrook Utility
2  Water,but our two acres are for sale and the future owners
3  may want to plant trees,and it would take six(6) acre feet of
4  water a year to irrigate.

18      WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

26  *Alice M. Lattimer*

28  *William J. Lattimer*

29          Defendants in propria persona

32  Dated: *May 13, 1955*

10298