1 | HENRY D. JAY and M. LUCILLE JAY, husband and wife as joint tenants.
Defendants in propria persona
2
3 | P. O. Box 723, Fallbrook, California

**FILED**

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | HENRY D. JAY |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | and |
| | M. LUCILLE JAY |
| Defendants, | |

The defendants, HENRY D. JAY and M. LUCILLE JAY each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 12.61 acres of land in SAN DIEGO County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10299

COPY RECEIVED                                                  INDEXED

1   We claim all water rights including the right to drill wells if desired.

2   Parcel 1 has about 780 avocado trees planted and a few different kinds
3   of fruit trees around our home. This parcel has been in my family since 1888.
4   We are and have been using Fallbrook Public Utility water.

5   Parcel 2 has about 40 avocado trees and a few different kinds of fruit
6   trees. This parcel was purchased in 1951. It uses Fallbrook Public Utility
7   water.

8   Parcel 3 is a lot about 86 X 130 feet. It has a house and a few fruit
9   trees. It also has a well about 46 feet deep which was hand dug many years ago.
10  The well furnishes water for the house and garden. This parcel was purchased
11  in 1956.

12  All three Parcels are situated on high ground within the watershed of the
13  Santa Margarita River. These answering defendants deny that any claim of these
14  defendants invades any rights of the United States of America.

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Henry W. Jay*

*M. Lucille Jay*

Defendants in propria persona

32  Dated: May 12, 1958

10300

EXHIBIT A

Parcel Number 1

All of Block Number Sixty Eight (68) containing 10.65 Acres more or less in the township of West Fallbrook in said San Diego County, State of California as surveyed and mapped by O.I. Sanford in January 1887.

(Block 68 is bounded as follows: south, Dougherty Street; west, Olive Avenue; north, Porter Street; east, township boundry of Fallbrook.)

Grant Deed by Union Title Insurance and Trust Company. Document Number 140875, October 27, 1955 at 9:00 A.M. Book 5846, page 376, Official Records, County of San Diego, California, Roger N. Howe, Court Recorder. Henry D. Jay and M. Lucille Jay husband and wife, as joint tenants the real property in the State of California described as: Block 68 of West Fallbrook, according to Map thereof Number 567, filed in the office of County Recorder of San Diego County, October 9, 1888.

Parcel Number 2

Sub Parcel 1:
All that portion of Lot 1 (Southwest Quarter of the Southwest Quarter) of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows:
Beginning at a point on the West line of said Lot 1, distant thereon North 0° 04' East, 158 feet from the Southwest corner of said Section 18; thence North 0° 04' East along said West line, 158.79 feet to the Southwest corner of a parcel of land conveyed to David C. Hill and wife by deed dated July 30, 1948 and recorded in Book 2900, page 139 of Official Records; thence North 89° 53' East along the South line of land so conveyed, 238.71 feet to the Southeast corner thereof, being a point on the West line of a parcel of land conveyed to Lewis M. Lutz by deed dated July 30, 1948 and recorded in Book 2899, page 171 of Official Records; thence South 0° 04' West along the West line of said land conveyed to Lutz, 158.79 feet to a point bearing North 89° 53' East from the point of beginning; thence South 89° 53' West, 238.71 feet to the point of beginning.

Sub Parcel 2:
All that portion of Lot 1 (Southwest Quarter of the Southwest Quarter) of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows:
Beginning at a point on the West line of said Lot 1, distant thereon North 0° 04' East, 23 feet from the Southwest corner of said Section 18; thence North 0° 04' East along the West line, 135 feet; thence North 89° 53' East, 238.71 feet to a point on the West line of a parcel of land conveyed to Lewis M. Lutz by deed dated July 30, 1948 and recorded in Book 2899, page 171 of Official Records; thence South 0° 04' West, parallel with the West line of said Section, 135 feet to the South line of a parcel of land conveyed to John Reaney by deed dated March 4, 1938 and recorded in Book 841 page 247 of Official Records; thence Westerly along said South line, being parallel with the South line of said Lot 1, a distance of 238.71 feet to the point of beginning.

Parcel Number 3

Lot 16 of Pruett and Short's Subdivision of Block 65 of West Fallbrook, in the County of San Diego, State of California, according to Map thereof Number 490 filed in the office of Recorder of San Diego County February 20, 1888.
Together with the Southerly one-half of Kentucky Street vacated, adjoining said Lot 16 on the North; also together with the Easterly one-half of Deacon Street, vacated, adjoining said Lot 16 and adjoining said closed portion of Kentucky Street, on the West. (Street number is: 740 Iowa Street)

10301