Herbert E. Jago
   and
Gertrude A. Jago
Defendants in propria persona
Route 2, Box 145, Fallbrook, California

**FILED**

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Herbert E. Jago |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | and Gertrude A. Jago |
| Defendants, | |

The defendants, Herbert E. Jago, and Gertrude A. Jago each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 70 approximately acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10302

COPY RECEIVED                                           INDEXED

According to information given by the United States Department of Agriculture Soil Conservation Service cooperating with Mission S.C.P. on May 9, 1958, approximately 45 acres of the defendants property is within the Santa Margarita watershed, and suited to agricultural purposes. It consists of Vista sandy loam of varying depths, generally well drained, and partly in frost-free areas, suitable for citrus, avocados, and row crops under irrigation, and raising of fowl.

A small dam held back waters for irrigation purposes in the past, and defendants claim right to build an enlarged dam to back up 35 acre feet of water. Defendants also claim right to dig a well or wells for domestic and irrigation purposes to supplement Colorado River Water which is available. Defendants claim a minimum requirement of 45 acre feet of water.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Herbert E. Jaego*

*Gertrude (illegible)*

Defendants in propria persona

Dated: May 12, 1958

10303

EXHIBIT A

PROPERTY BELONGING
to
Herbert E. Jago and Gertrude A. Jago

The West Half of the Southeast Quarter
and the Southwest Quarter of the Northeast
Quarter of Section Seven, Township Nine South,
Range Two West, San Bernardino Meridian, in
the County of San Diego, State of California,
according to United States Government Survey
approved January 15, 1892.

The East Half of the Northeast Quarter of
Section Eighteen and the East Half of the
Southeast Quarter of Section Seven,
Township Nine South, Range Two West, San
Bernardino Meridian, in the County of San
Diego, State of California according to
the Official Plat of the Survey of said
land, on file in the General Land Office.

10303 A

