Leon Roach and Louise Roach
**Defendants in propria persona**
2932 E. 60th Place
Huntington Park, Calif.

FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
Leon Roach and
Louise Roach

    The defendants, Leon Roach and Louise Roach each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 20 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10304

COPY RECEIVED

INDEXED

This is double highway frontage, property, improved with two (2) residences, electricity installed, telephone available. We claim the right to percolating water of any kind and claim the right to drill a well or wells for the present two (2) dwellings plus additional domestic water for possible rental units, or for use of families in the event the property is subdivided ; and / or water used in operation of roadside business. We claim the right to take our share of waters flowing under and through our property and to erect check dams to augment the water supply and prevent erosion on three streams that flow after a rain. We claim the right to sufficient water to irrigate five (5) acres, run a chicken ranch and water ten (10) head of stock.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*[Signatures]*

Defendants in propria persona
2932 E. 60th Place
Huntington Park, Calif.

Dated: May 8, 1958

10365

"Exhibit "A"

That certain land situated in Riverside County known as The North one-half of the Northeast quarter of the Northeast quarter of Section 19, Township 8 South, Range 1 East, San Bernardino Base and Meridian. Excepting therefrom any portion conveyed for highway purposes.

## CHANGE IN OWNERSHIP

George L. Poignee and Louise H. Poignee, husband and wife have taken title to the above described property by virtue of a Grant Deed dated March 5, 1958 and recorded March 27, 1958 in Book 2245 at Page 84 Et. Sec., Records of Riverside County, Calif. Mr. & Mrs. Poignee can be reached at 9544 Ralph Street., Rosemead, Calif. Telephone No. Gilbert 8-2282

*Change of Ownership approved.*
*George L. Poignee*
*Louise H. Poignee*

10306