CHARLES JAY and CARROL JUNE COAST
Defendants in propria persona
Route 2, Box 214, Fallbrook, California.

FILED
MAY 15 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
    v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
        Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
CHARLES JAY and Carrol JUNE COAST

The defendants, CHARLES JAY and CARROL JUNE COAST, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 20+ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10207

COPY RECEIVED

INDEXED

1  There is no developed source of water on this property at present.
2  We claim rights to drill a well water approximately 300 feet deep and a check dam if desired.
3  We claim riparian rights to water from Rainbow Creek Original deed was homesteaded from government.
4  We claim the rights to percolating water of any kind after well and dam are in evidence.
5  We do not have any acres under irrigation, but plan to develop 20 acres for pasture and needed water for domestic use on home
6  site as discribed under exhibit A.
7  We are now packing water from a well on Rainbow Creek on other people's property.
8  Maximum amount of water need to develop property--- 14 acre feet

9  We defendants, in answer to complaint, do answer, as did the prepared statement of defendants
10      NEWTON T. BRYANT and WILLIE MAE BRYANT
    except where it does not pretain to us.
11      pg. 4, sections 27 thro. 32 and pg. 5, sections 1 thro 12.

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Charles J. Coast*

*Carrol June Coast*

　　　　　　　　　　　Defendants in propria persona

32  Dated: 5-12-58

10308