FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ [signature]

WILLIAM E. INGALLS and VERA INGALLS
Defendants in propria persona
Route 2, Box 214, Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

        Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
WILLIAM E. and VERA INGALLS

The defendants, WILLIAM E. and VERA INGALLS each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 19 acres of land in San Deigo County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10311

INDEXED

COPY RECEIVED

1. There is no developed source of water on this property at present
2. We are drilling a well and constructing a check dam. The well,
3. if drilled to approximately 300 feet, will probably provide a reliable source of domestic water. The check dam will be a very unreliable supply, filling in wet years and dry in periods of
4. drought.
5. The well and dam are ~~apparently~~ joint ventures with the owner of the adjacent property.
6. We claim riparian rights to water from Rainbow Creek if desired. Original deed was homesteaded from grovernment.
7. We claim the rights to percolating water of any kind because of well and check dam.
8. We have approximately 2 acres under irrigation, but have about 8 acres to put into orchard and garden with a small acreage for wood and pasture.
9. We are now packing water from a well on Rainbow Creek on other people's property. 1200 gal. per wk.
10. Maximum amount of water need to develop property--- 24 A.ft.per yr.
11. We defendants, in answer to complaint, do answer, as did the prepared statement of defendants
12. NEWTON T. BRYANT and WILLIE MAE BRYANT except where it does not pretain to us
13. pg.4, sections 27 thro. 32 and pg. 5, sections 1 thro 12

18. WHEREFORE, these defendants pray that plaintiff take
19. nothing against them by reason of the Complaint and Supplementary
20. and Amendatory Complaint on file herein; that said Complaint be
21. dismissed as against these defendants; that defendants' right to
22. water, as hereinabove set forth, be quieted as against the plain-
23. tiff and against all other defendants in this action; and for such
24. other and further relief as the Court may deem proper.

*William E. Ingalls*

*Vera Ingalls*

Defendants in propria persona

32. Dated: 5/12/58

10312

Property Discription

South half of South east Quarter of the northeast Quarter of Section 10
Township 9 South, Range 3 West, San Bernardino meridan, San Deigo County and West 150 feet of east corner 305 feet of North 60 feet ( House site)

In Addition, first party (mr. William E. Ingalls) retains a pipe line easement across South half of Southeast Quarter of the northeast Quarter of Sectio 10
Township 9 South, Range 3 West, San Bernardi no meridan, San Deigo County

Exhibit A

10309

Property Description

North half of Southeast quarter of the northeast ~~quarter of the northeast~~ quarter of Section 10 Township 9 South, Range 3 West, San Bernardino meridan, San Deigo County (except West 150 feet of east corner 305 feet of North 60 feet) House site of Daughter.

In addition, first party (Mr. Mc Cracken) grants second party (William E. Ingalls ) a pipe line easement for the purpose of constructing and maintaining a pipeline upon and across the Northeast Quarter of the Southeast Quarter of said Section 10, Township 9 South, Range 3, S.B.M.. which said pipeline shall commence at the joint boundary line between the Southeast Quarter of the Northeast One Quarter and the Northeast Quarter of the Southeast Quarter of said Section 10; thence running in a S Southerly direction to the creek which runs across the Northeast Quarter of the Southeast Quarter of said Section 10.

When South half of Quarter section discribed above was deeded to daughter (C.J. Coast) the pipeline & easement was included in her deed.

Exhibit - A

10310