**FILED**

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

Phillip S. Marshall and Dorothy L. Marshall
Defendants in propria persona
929 E Alvarado St.
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
|---|---|
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Phillip S. Marshall and Dorothy L. Marshall |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants. | |

The defendants, Phillip S. Marshall and Dorothy L. Marshall each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 3.92 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10313

COPY RECEIVED                                    INDEXED

I

This land is in the Fallbrook Public Utility District and all the water used, has come through their facilities. All of this land is tillable. Approximately 2½ acres are planted to lemons and avocados which are now irrigated, the balance is bare land which the Defendants intend to plant to lemons and avocados in the future.

II

The Defendants claim the right to use 3,500,000 gallons of water per year from the Fallbrook Public Utility District on this land.

III

The Defendants claim the right to percolating water of any kind and at a later date, Defendants will drill a well and wish to reserve the right to do so.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Phillip S. Marshall*

*Dorothy L. Marshall*

Defendants in propria persona

Dated: May 12, 1958

10314

FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK

EXHIBIT A,

That certain land situated in San Diego County known as the East 100 feet of the West 320 feet of Lot 7 and the East 305.67 feet of the West 525.67 feet of the North Half of Lot 10 of the Shipley Tract, in the County of San Diego, State of California, According to Map thereof No. 132

10315