William V. Stahl
Defendants in propria persona
1505 Hillcrest Lane
Fallbrook, Calif.

F I L E D

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )   CIVIL NO. 1247 - SD - C
               Plaintiff,      )   ANSWER OF DEFENDANTS
    v.                              )   William V. Stahl
FALLBROOK PUBLIC UTILITY             )
DISTRICT, ET AL,                     )
               Defendants,     )

    The defendants, William V. Stahl
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
               AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

             AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own  3  acres of land in San Diego County County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10319

COPY RECEIVED                                              INDEXED

This entire, approximately three acres of land except where home is located, is planted to avocado and orange trees, now ten years old and in good production. This three acre tract had formerly been a portion of approximately a ten acre tract, that had been farmed, in previous twenty years, growing oranges and lemons. Water then, for entire tract was pumped from a well, located on the south east portion of said tract; this well is still in use and furnishing necessary water for a portion of former tract - However, at present, all water used on my three acre tract is furnished or supplied by the Fallbrook Public Utility District, and is principally water coming from the Colorado River. Due to the pervious top soil of my three acres of land and the slope of the land to the south and extending over water bearing sub-soil, due to allegations as per above, I reserve the right to, at any time, dig a well and maintain a pump on my property to recover and use water lost due to percolation and seepage from my land and from said basin.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*William V. Stahl*

Defendants in propria persona

Dated: May 9th, 1958

10320

Exhibit A

The West one hundred eighty feet of the North Half of the Southeast Quarter of Southeast Quarter of Section Eighteen, Township Nine South, Range Three West, San Bernardino Meridian, In the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879. EXCEPTING therefrom the North 330 feet thereof.

And

The North three hundred thirty feet of West one hundred eighty feet of North Half of Southeast Quarter of Southeast Quarter of Section Eighteen, Township Nine South, Range Three West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879.

10321