ELMER O. CHASE AND EMMA CHASE
Defendants in propria persona
P. O. Box  642
Fallbrook,  California

**F I L E D**

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

        Defendants,

)
)
)
)
)
)
)
)
)
)

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

ANSWER TO COMPLAINT AND
SUPPLEMENTARY AND AMENDATORY
COMPLAINT OF
ELMER O. CHASE AND
EMMA CHASE

The defendants,   ELMER O CHASE AND EMMA CHASE
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own $2\frac{1}{2}$  acres of land in  San Diego
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

10322

COPY RECEIVED

**INDEXED**

"Exhibit A"

## Description of Property

County of San Diego, State of California.

The SOUTH ONE-HALF of the following described property.

The North 425.8 feet of the West 31 rods of the Northwest quarter of the Northwest Quarter of Section 19. In Township 9 South, Range 3 West S.B.M. Also an easment and right of way for road purpose, pipe lines or drainage ditches, over and across a strip of land 30 feet in width and being more particularly described as follows.

Commencing at the Southeast corner of the North 425.8 feet of the West 31 rods of the Northwest Quarter of the Northwest Quarter of Section 19, in Township 9 South, Range 3 West, S.B.M.; thence South in a direct line to a point on the Northerly boundary line of the public road or highway shown on Survey No. 338. on file in the office of the Surveyor of San Diego County; thence West along the Northerly boundary line of said highway a distance of 30 feet; thence at right angles North to a point on the South Boundary line of the said North 425.8 feet of the West 31 rods of the Northwest Quarter of the Northwest Quarter of said Section 19, that is distant thereon 30 feet West from the point of commencement, thence East along South line a distance of 30 feet, to the point of commencement.

Containing TWO-AND-ONE-HALF Acres PLUS ROAD EASMENT.

10323

1  Defendants claim all riparian rights and all rights to water
   percolating through their land whether from springs, streams or
2  wells located on their property for domestic, industrial, business,
   watering of live stock and poultry or irrigation purposes. They
3  have a home, garage fruit trees and poultry for home use.
   In addition to the avocado, grape-fruit, lemon, peach and orange
4  trees of bearing age, they plan to plant more trees on what is now
   vacant landas recommended by the United States Soil Conservation
5  Service. For this present and future purpose they claim the right
   to use six acre feet of water per year on this land.
6  Defendants claim all the rights of overlying landowners to
   any water which may originate in or under or cross their land.
7  Defendants claim the right to dig or drill wells and exercise
   water reclamation and conservation practices as now or may be
8  known.
   Defendants hereby incorporate the same as though set forth herein
9  in full allof the Affirmative Defenses of the Fallbrook Public
   Utility District on file in these proceedings.

10

11

12

13

14

15

16

17

18      WHEREFORE, these defendants pray that plaintiff take

19  nothing against them by reason of the Complaint and Supplementary

20  and Amendatory Complaint on file herein; that said Complaint be

21  dismissed as against these defendants; that defendants' right to

22  water, as hereinabove set forth, be quieted as against the plain-

23  tiff and against all other defendants in this action; and for such

24  other and further relief as the Court may deem proper.

25

26                              *Elmer O. Chase*

27                              ELMER O. CHASE

28                              *Emma Chase*

29                              EMMA CHASE
                    Defendants in propria persona

30

31

32  Dated:    April 28th  1958

                                              10324