FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

Jens E. Sorenson and Lillian E. Sorenson
Defendants in propria persona
324 E. Fallbrook St.
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff, 　　　　　) ANSWER OF DEFENDANTS
　　　　v.　　　　　　　　　　　) Jens E. Sorenson and
　　　　　　　　　　　　　　　　　) Lillian E. Sorenson
FALLBROOK PUBLIC UTILITY 　　) 
DISTRICT, ET AL, 　　　　　　 )
　　　　　　　　　　　　　　　　　)
　　　　　　Defendants, 　　　　)

　　　　The defendants, Jens E. Sorenson and Lillian E. Sorenson each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

　　　　ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
　　　　　　AMENDATORY COMPLAINT

　　　　These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

　　　　AFFIRMATIVE STATEMENT OF RIGHTS

　　　　These defendants own 2.85 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10316

COPY RECEIVED　　　　　　　　　　　　　　　　　　　　　　　　　　　　INDEXED

I

This land is in the Fallbrook Public Utility District and all the water used has come through their facilities. All this land is tillable and planted to avocados.

II

The Defendants claim the right to use 1,500,000 gallons of water per year from the Fallbrook Public Utility District on this land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*[signature: Lars E. Sorenson]*

*[signature: Lillian E. Sorenson]*

Defendants in propria persona

Dated:    May 12 1958.

10317

EXIBIT   A.


The West 364.11 feet of the East 654.11 feet of the South 340 feet of the Southwest Quarter of the Northeast Quarter of the Southeast Quarter of Section 24, Township 9 South, range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to the United States Government Survey approved June 11, 1880.

10318