ROBEY T. MORRIS and LUCY A. MORRIS

Defendants in propria persona
405 W. Alvarado St., Fallbrook, California

**FILED**
MAY 15 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants,

CIVIL NO. 1247 - SD - C
ANSWER OF DEFENDANTS
ROBEY T. MORRIS and LUCY A. MORRIS

The defendants, ROBEY T. MORRIS and LUCY A. MORRIS each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own approximately 1½ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10325

COPY RECEIVED    INDEXED

The land described in Exhibit A, attached, is used for a home and income rental property, as follows:

6 room home at 405 West Alvarado St. - 4 room Garage Apt., Rental at 110 No. Pasadena St. - One Duplex Rental at 114-116 No Pasadena St.

Defendants claim the right to use sufficient water for the above named home and 3 rentals or any other home or rental built in the future and sufficient water to irrigate all lawns, trees and shrubbery on land described in Exhibit A.

Defendants have used water on the land and building described in Exhibit A for the past 7½ years.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Robey T. Morris*

*Lucy A. Morris*

Defendants in propria persona

Dated: May 9 - 1958

10326

"EXHIBIT A"

That portion of Block 113 of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 743 filed in the office of the Recorder of San Diego County March 6, 1893, described as follows:

Beginning at the Northeast corner of said Block 113; thence along the East line of said Block 113 South 0° 41' 45" West 224 feet to the Southeast corner of said Block 113; thence along the South line of said Block 113 North 89° 20' 30" West 65 feet; thence parallel with the East line of said Block 113 North 0° 41' 45" East 110 feet; thence parallel with the South line of said Block 113 South 89° 20' 30" East 15 feet; thence parallel with the East line of said Block 113 North 0° 41' 45" East 114.05 feet to the North line of said Block 113; thence along said North line South 89° 17' 15" East 50 feet to the point of beginning.

RESERVING therefrom an easement for sanitary sewer purposes over the North 6 feet of the South 116 feet thereof.

10327