FRANK PUCELLI and ANNA PUCELLI
Defendants in propria persona
Box 485,
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF FRANK PUCELLI AND ANNA PUCELLI

F I L E D

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

The defendants, FRANK PUCELLI and ANNA PUCELLI each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 4 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10328

COPY RECEIVED

INDEXED

EXHIBIT A

Parcel 1:

All that portion of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, lying South of Abbotts Addition, Map No. 79 and West of the West Line of the Atchison, Topeka and Santa Fe Railway right-of-way.

Parcel 2:

Lots 2 and 3 of Harris Addition to West Fallbrook No. 1, according to Map thereof No. 574, filed in the office of the Recorder of San Diego County on January 9, 1887, EXCEPT therefrom the A. R. & S. F. RR right-of-way and that portion of Lot 6 in said Harris Addition described as follows: Beginning at the intersection of the center line of the unnamed street lying South of Lot 6 with the southerly prolongation of the East line of Lot 6; thence North along said Southerly prolongation 50 feet; thence North 89°26' 30" West to the Northerly prolongation of the Easterly line of Lot 5; thence Southerly along said Northerly prolongation to the center line of said unnamed street; thence East along said center line to the point of beginning in said street closed.

-----------

10329

Defendants claim all rights to waters percolating through their land, whether from springs or streams, etc. and to take water from their well already located on the property -- whether for domestic, industrial, business or irrigation purposes. They have a home, garages, barn and other buildings, also a garden and family fruit trees.

They have in addition, 125 Avocado trees, 10 years old, also 140 Lemon trees from 9 to 25 years old. On the vacant land they plan to plant more trees as recommended by the United States Soil Conservation Service. For this purpose they claim the right to use 25 acre-feet of water next year.

The defendants herein neither waive nor relinquish their right or rights to the present use or future development and use of water, including the right to store water, in, under, or upon any and all of the lands described herein; but they do claim and affirm all such rights. They further deny each and every allegation as contained in the complaint against them.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Frank Pucelli*
___Frank Pucelli___ and

*Anna Pucelli*
___Anna Pucelli___

Defendants in propria persona
Box 485,
Fallbrook,
California

Dated: *Apr 29, 1958*

10330