Claire Kaufman and Sam Kaufman, 2160 E Mission Rd Fallbrook Calif
Defendants in propria persona

FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
by _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
   v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
        Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

Claire Kaufman and
Sam Kaufman

    The defendants, Claire Kaufman and Sam Kaufman each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                  AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

              AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 31.6 (31.67) acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described ~~in the document attached hereto marked Exhibit A, which is hereby incorporated by reference as a part of this statement~~ as follows: Parcel 1. E one half of W half of NE¼ of Sec 17, T 9 S R3W, S.B.M. Parcel 2. East ½ of NE¼ of SW¼ of Sec 17 T 9 S R3W, S.B.M. according to U.S. Govt Survey.

10331

COPY RECEIVED                             INDEXED

1   This land is orchard land suitable for avocados, citrus and other sub tropical fruits.
2   It also has value as residential land.

3   Presently about 9 acres are being irrigated.

4   Water used is furnished by a 32 foot well and pump.

5
6   While the property is qualified for inclusion in the Fallbrook Public Utility District it has never been connected and all water has come from the
7   above well since purchase by present owners and before that by all previous owners.
8
9   The defendent claims the right to use any and allwaters pertinent to this land under the laws of the State of California.
10

18   WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

_Elaine Kaufman_
_Daniel Kaufman_
Defendants in propria persona

Dated: May 9- 1958

19332