Milo O. Busenburg and Mariella Busenburg
Defendants in propria persona
P.O. Box 4I
Fallbrook, Calif.

# FILED
MAY 15 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br><br>  Defendants, | CIVIL NO. 1247 - SD - C<br><br>ANSWER OF DEFENDANTS<br>Milo O. Busenburg and<br>Mariella Busenburg |

The defendants, Milo O. Busenburg and Mariella Busenburg each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own six acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10333

COPY RECEIVED                                                                 INDEXED

1  There is a creek running through the back of our place.
2  We reserve the right to drill a well for domestic and
3  irrigation purposes if the need and occasion arises.

18  WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*/s/ M. C. Busenburg*

*/s/ Mariella Busenburg*

Defendants in propria persona

32 Dated: May 12, 1958

10334

EXHIBIT A

Description of the land.

PARCEL 1:
    That portion of the Southwest Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, described as follows:
    Beginning at the Southwest corner of the Southeast Quarter of said Section 24, Township 9 South, Range 4 West; thence along the South line of said Quarter, East 630.00 feet to the West line of the County Highway; thence North along the West line of the County Highway North 163 feet.

PARCEL 2:
    That portion of the North 231 feet of the Northwest Quarter of the Northeast Quarter of Section 25, Township 9 South, Range 4 West, lying and being West of the center line of the County Highway.

10335