E.E.CLOUSE
Defendants in propria persona
Rt.2 Box 196 c
Fallbrook California

FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

    Defendants.

ANSWER OF DEFENDANTS

E.E.CLOUSE

The defendants,    E.E.CLOUSE
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I to V, inclusive, of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 5 1/2 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10336

COPY RECEIVED

INDEXED

EXHIBIT A,:

All that portion of Government Lot 8 in Fractional Section 30, Township 8 South, Range 2 West, San Bernardino Base and Meridian, as shown by United States Government Survey, lying Easterly of the Easterly line of the State Highway, as referred to in Deeds dated February 9, 1932 and recorded March 9, 1932 in Book 69, page 208, and dated September 7, 1935 and recorded March 17, 1936 in Book 268, page 552 respectively of Official Records of Riverside County, California;

EXCEPTING therefrom all that portion thereof particularly described as follows: Beginning at the intersection of the Easterly line of said LOT 8 and the Easterly line of the pavement on State Highway, as referred to above; thence Southerly along the Easterly line of said Lot, 675 feet; thence North 68° 08' 40" West, 351.35 feet, to the Easterly line of the pavement of said State Highway; thence Northeasterly, along the Easterly line of said pavement, to the point of beginning

10337

The only source of water is a well dug about 30 feet deep in the lower ground from which water is pumped to the house for domestic use, watering the yard; and 22 fruit trees; flowers; and emergency fire protection.

It is also anticipated that addition wells be dug to supply water for domestic use to new homes to be built along the Highway.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*[signature]*

Defendants in propria persona

Dated: 4/29/58

10338