1 Roy O. Solso and Ada Belle Solso
  Defendants in propria persona
2 127 E. Juniper, Fallbrook, California

**FILED**

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William ____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,               )
            Plaintiff,                  )   ANSWER OF DEFENDANTS
     v.                                 )   Roy O. Solso
FALLBROOK PUBLIC UTILITY                )   and
DISTRICT, ET AL,                        )   Ada Belle Solso
            Defendants.                 )

The defendants, Roy O. Solso and Ada Belle Solso each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I to V, inclusive, of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own ____ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10339

COPY RECEIVED                                                    INDEXED

*We use Fallbrook Public Utility water for domestic use.*

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Roy O. Salso*
*Ada Belle Salso*
Defendants in propria persona

Dated: 5-2-58

10340

### Parcel 1   Exhibit A

Fallbrook Calif
In the town of west Fallbrook
Alley clsd. adj. & all
Lot 1 blk 37
Alley clsd. adj. & all
Lot 2 blk 37
(exc w 100 ft thf) alley clsd.
Adj. & lots 9 & 10 blk 37

### Parcel 2   Exhibit B

Fallbrook Calif.
In the town of west Fallbrook
W 1/2 alley clsd adj.&
Lot 6 blk 9

Fallbrook Calif.
In the town west Fallbrook
W 1/2 alley clsd adj &
lot 7 blk 9

### Parcel 3   Exhibit C

Fallbrook Calif.
In map 2310
Lot 24

10341