FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

A. W. Silva and I. M. Silva
Defendants in propria persona
2071 Garnet Avenue
San Diego 9, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

    Defendants.

ANSWER OF DEFENDANTS

A. W. SILVA and
I. M. SILVA

The defendants, A. W. Silva and I. M. Silva each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I to V, inclusive, of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 132 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10342

COPY RECEIVED

INDEXED

## EXHIBIT A

That certain land situated in San Diego County known and described as Lot 1 (the Southeast Quarter of the Northeast Quarter); Lot 2 (the Southwest Quarter of the Northeast Quarter); and the north one-half of the Southeast Quarter, all in Section 26, Township 8 South, Range 4 West, San Bernardino Meridian.

I.

These defendants allege the above described land is both riparian and watershed; that there is a spring upon said land which runs all year in rainy years and most of the year in dry years; that approximately eighty (80) acres of said land is tillable and suitable for avocados and that the remainder of said land is suitable for building sites or for grazing in its present state; that this land is not now irrigated; that if and when this land is utilized for avocados or other irrigational uses, it will require approximately one hundred sixty (160) acre feet of water annually.

II.

The defendants herein claim the right to the use of one hundred sixty (160) acre feet of water per annum from the watershed, riparian, and well sources, surface and sub-surface sources, of water on said land. These defendants do not claim any prescriptive rights nor any appropriative rights.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other further relief as the Court may deem proper.

_____
A. W. Silva

_____
I. M. Silva
Defendants in propria persona

Dated: May 1, 1958

-2-