FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT,
SOUTHERN DISTRICT OF CALIFORNIA
By _____

1  Dr Daniel L.Ransom and Mrs Ethel H.Ransom.
   Defendants in propria persona
2  632 East Porter Street.,Fallbrook,California.

3

4              IN THE UNITED STATES DISTRICT COURT

5                SOUTHERN DISTRICT OF CALIFORNIA

6                       SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,      )   CIVIL NO. 1247 - SD - C
8                                 )
                  Plaintiff,      )   ANSWER OF DEFENDANTS
9                                 )
          v.                      )   Dr Daniel L.Ransom
10                                )   Mrs Ethel H.Ransom
   FALLBROOK PUBLIC UTILITY       )
11 DISTRICT, ET AL,               )
                                  )
12                Defendants,     )

13      The defendants,    Dr Daniel L.Ransom  Mrs Ethel H.Ransom
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17      ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25

26              AFFIRMATIVE STATEMENT OF RIGHTS
27      These defendants own 1.39 acres of land in San Diego County
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32

                                                        10347

COPY RECEIVED                                          INDEXED

```
 1  Reserve the water rights for proper care and maintainance of all
 2  Avocado, fruit and other trees now planted and to be planted on this
 3    property.
 4  Reserve the water rights for any House or Houses that may be built
 5  on this property as well as the two(2)Houses already built and
 6  occupied.
 7  Reserve the water rights for any future subdivision of this property
 8  Reserve the water rights of any well or wells that may be dug in the
 9  future, upon this property.
10  Reserve the water rights to percolating water that may be upon or
11  in the soil of this property.
12
13
14
15
16
17
18             WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.
25
26                              Mrs. Ethel H. Ransom
27
28                              Dr. Daniel V. Ransom.
29                              Defendants in propria persona
30
31
32  Dated: May 13, 1958.
```

10348

Description of land Title

" The South Half of Block Sixty-seven of West
Fallbrook, in the County of San Diego, State of California,
according to Map thereof No.567, filed in the office
of the County Recorder of San Diego County October
9, 1888;

EXCEPTING therefrom the West 256.67 feet thereof;

Also EXCEPTING therefrom the NORTH fifty feet of the
EAST 217.80 feet thereof."

Be advised that, since this "Policy of Title Insurance"
was issued to "Ethel H. Ransom, June 21st, 1948; several
A married Woman"
parcels of the property have been sold, reducing her
holdings to 1.39 acres. Tax Receipts show this.

10349