FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ..................

Dorothy Moffat
Defendants in propria persona
Route 2, Box 175, Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

Dorothy Moffat

The defendants, Dorothy Moffat each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 13.93/100 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10344

COPY RECEIVED                                    INDEXED

AFFIRMATIVE STATEMENT OF RIGHTS

The defendent states that she has requested the Ground Water Resources to survey her property, that no conflict with the findings of such survey is anticipated; but that, lacking report from the Ground Water Resources at this time, the defendent claims that thirteen and ninety-three hundredths (13.93) acres of her land is fertile and tillable, and for this land she claims four and two tenths (4.2) acre feet of water per acre.

The defendent states that well water has been used regularly on her property by her family for the past thirty-five (35) years and the defendent claims the right to place wells with laterals on her property in the future and beneficially use on the property such water obtained.

There are at present approximately eight (8) acres of citrus trees, also family orchard and truck garden under irrigation. Well water is also used for household purposes. All the land is suitable for citrus or avocado trees and the defendent intends to plant the entire acreage.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Dorothy Moffat*

Defendants in propria persona

Dated: May 10, 1958

10345

### Exhibit A

Lot Forty (40) and East one-half (East ½) of Lot Forty-one (41) of Rainbow, in the County of San Diego, State of California, as per map thereof Number 477, filed in the office of the Recorder of said San Diego County on January 10th, 1888.
EXCEPTING that portion thereof consisting of approximately 1.07 acres deeded to the Highway Department of the State of California.

10346