*James F. Gibbons* and *Lucille A. Gibbons*
Defendants in propria persona
110 No Main St
Fallbrook, Calif

**FILED**

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *William Ward*
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )   CIVIL NO. 1247 - SD - C
                          )
            Plaintiff,    )   ANSWER OF DEFENDANTS
                          )   *James F. Gibbons*
      v.                  )   *Lucille A. Gibbons*
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, ET AL,          )
                          )
            Defendants,   )

The defendants, *James F. Gibbons* and *Lucille A. Gibbons* each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1 1/5 acres of land in *San Diego* County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10350

COPY RECEIVED                                    INDEXED

1. The defendants own three separate pieces of property within the watershed of the Santa Margarita River. Defendants are now serviced with water from the Fallbrook Public Utility District and claim the right to drill a well in the future for domestic use, watering shrubs, garden, aand irrigating the following trees; 25 orange trees, 10 olive trees, 19 avocado trees, 3 cherry trees, 2 tangerine trees, 1 lemon tree, 1 fig tree.

The defendants also claims water for commercial use in the future for the property described in the document attached marked exhibit A. This property has a building on it suitable for a restaurant or a beauty shop. In the future we may want to lease it for a business requiring more water than is used at the present time.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*James F. Gibbons*

*Mrs Lucille A. Gibbons*

Defendants in propria persona

Dated: May 14, 1958

10351

Exhibit A #2

458305

# Grant Deed

CURTIS A. DONATH AND DOROTHEA H. DONATH

Exhibit A #1

## Grant Deed

Affix I.R.S. $ ..........

Form 19S Rev. 10-47    THIS FORM FURNISHED BY TITLE INSURANCE AND TRUST COMPANY

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

M. G. MacMILLAN and JULIETTE MacMILLAN, husband and wife

GRANT to   J. F. GIBBONS and LUCILLE A. GIBBONS, husband and wife, do hereby

the real property in the Community of Fallbrook, County of San Diego, State of California, described as:

The East 100 feet of the South __ feet of Lot 5 in Block __ of West Fallbrook, according to Map No. ___ filed in the office of the County Recorder of said San Diego County, May __, 1885, excepting therefrom the South __ feet ___ and also excepting therefrom any portion of the North __ feet of said Lot 5.

Together with the non-exclusive right of ingress and egress to the above described property over that portion of said Lot 5, described as follows:

The West 10 feet of the __ ___ and the West 65 feet of the East 100 feet of the North __ feet ___ the West 5 feet of the East 105 feet of the North 5 feet.

Dated: June __, 1948

Exhibit A #2

# Grant Deed

CURTIS A. DONATH AND DOROTHEA H. DONATH

husband and wife

in consideration of - - - - TEN AND NO/100 - - - - - - - - - - - - - - - - - - - - - DOLLARS,

to _____them_____ in hand paid, receipt of which is hereby acknowledged, do hereby

GRANT TO       JAMES F. GIBBONS AND LUCILLE A. GIBBONS
               husband and wife as joint tenants

the real property in the _____

County of San Diego, State of California, described as follows:

Lot 18, Donath and Pierce Subdivision, according to Map thereof No. 2310 filed in the office of the County Recorder April 16, 1946.



TO HAVE AND TO HOLD to said Grantee

WITNESS our hands this 15th day of April 1947

Curtis A. Donath
Dorothea H. Donath

Bank of America
NATIONAL TRUST & SAVINGS ASSOCIATION

Exhibit A #2

*Exhibit A #3*

BOOK 3358 PAGE 453



# GRANT DEED

THIS FORM FURNISHED BY UNION TITLE INSURANCE AND TRUST COMPANY

Affix I. R. S. $ 1.10

Form 553 3-48

**PATRICIA W. PIERCE, a widow,** FOR A VALUABLE CONSIDERATION, does hereby GRANT to **JAMES F. GIBBONS and LUCILLE A. GIBBONS, husband and wife, as joint tenants,** the real property in the County of San Diego, State of California, described as:

The South Half of lot 19 of Donath and Pierce Tract, in the County of San Diego, State of California, according to Map thereof No. 2310, filed in the office of the County Recorder of San Diego County, April 16, 1946.

Dated: July 14, 1949.

*Patricia W. Pierce*

State of California  
County of San Diego } ss.

On _____ July 14 _____ , 19 49, before me, the undersigned, a Notary Public in and for said County and State, personally appeared **Patricia W. Pierce** known to me to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same.

Witness my hand and official seal.

*[notary signature]*  
Notary Public in and for said County and State.  
My Commission Expires July 25, 1952

SPACE BELOW FOR RECORDER'S USE ONLY

DOCUMENT No.  
RECORDED AT REQUEST OF  
UNION TITLE INSURANCE & TRUST CO.  
OCT 21 1949 at 9: A.M.  
BOOK 3358 PAGE 453  
OFFICIAL RECORDS  
County of San Diego, California  
L. A. HOWE, County Recorder  
By _____ Deputy