Dale L. Stinson and Emma G. Stinson, husband and wife
Defendants in propria persona
1322 W. 162nd Street,
Gardena, California

FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
  v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
        Defendants.

ANSWER OF DEFENDANTS
Dale L. Stinson and
Emma G. Stinson

The defendants, Dale L. Stinson and Emma G. Stinson each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I to V, inclusive, of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 6 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10254

INDEXED

COPY RECEIVED

All that portion of the North 165.00 feet of Lots Three (3) and Four (4) of Section 5, Township 9 South, Range 4 West, San Bernadino Meridian, in the County of Siego, State of California, according to the United States Government Survey approved January 15, 1892, which lies West of the following described line: Beginning at a point in the North line of said Section 5, distant North 89 Deg. 11 Min. East 1091.28 feet from the Southwest Corner of the Section 32 Township 8 South, Range 4 West, San Bernadino Meridian thence South 1 Deg. 14 Min. East 165.00 feet,

Excepting therfrom that portion thereof of the West Five (5) Acres of Lot Four (4). Total 61.00 acres.

This land is riparian land, approximately four and four tenths (4.4) acres are tillable, and the balance can be used for grazing or raising poultry. Water for irrigation of this land is available by pumping from De Luz Creek, which runs through this property.

Defendents claim the right to use thirteen and eight tenths (13.8) acre feet per year, by pumping from De Luz Creek and/or a well of water. Defendents do not claim any perscriptive rights or any appropriative rights. This is in accordance with the Naval Survey, engineering report no. 220-9S/4W/5

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Dale L. Stinson*

*Emma G. Stinson*

Defendants in propria persona

Dated: 5/7/58

10355