**F I L E D**

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. Ccum. W. Juels_

1  ROLLIN BROWN and DOROTHY S.F. BROWN
   Defendants in propria persona
2  Route 2 — Box 174
   Fall Brook, California
3

4              IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                    SOUTHERN DIVISION

7

8  UNITED STATES OF AMERICA,           )

9                    Plaintiff,        )        ANSWER OF DEFENDANTS

                     v.                )          ROLLIN BROWN and
10                                      )        DOROTHY S.F. BROWN

11 FALLBROOK PUBLIC UTILITY            )
   DISTRICT, ET AL,                    )
12                    Defendants.      )

13         The defendants, ROLLIN BROWN and DOROTHY S.F. BROWN

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17

18         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT

19         These answering defendants hereby incorporate by reference

20 all of the allegations contained in the answer to said Complaint and

21 Supplementary and Amendatory Complaint filed in this case by Newton

22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I to V,

23 inclusive, of the portion thereof entitled "Affirmative Statement of

24 Rights") and make each and all of said allegations a part of this

25 answer the same as if herein set forth at length.

26

27         AFFIRMATIVE STATEMENT OF RIGHTS

28         These defendants own six  acres of land in San Diego

29 County, California, and within the watershed of the Santa Margarita

30 River, more particularly described in the document attached hereto,

31 marked Exhibit A, which is hereby incorporated by reference as a

32 part of this statement.

                                              10356

COPY RECEIVED                          INDEXED

The defendants state that Rainbow Creek passes through their property and their lands are riparian. The defendants state that they have requested the Ground Water Resources to survey their property; that no conflict with the findings of such survey is anticipated; but lacking report from the Ground Water Resources at this time, the defendants claim that approximately five (5) acres of their land is fertile bottom ground and tillable, and for this land they claim four and two-tenths (4.2) acre-feet of water per acre.

## II

The defendants further state that they own two wells; that wells have supplied them with water for beneficial use on the property since 1939; and that, prior to 1939, use was made of the same wells by former owners. Therefore, the defendants claim right by use to a quantity of water from their wells equal to the past use of well water on the property, for the needs of livestock, to irrigate pastures, trees and gardens, and for household use; and the defendants claim right to deepen their wells and extend laterals or to dig new wells to assure them of a quantity of well water equal to that of past use.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Y Collis Brown*

*Dorothy S. F. Brown*

Defendants in propria persona
Route 2 — Box 174
Fall Brook, California

Dated: May 12, 1958

## EXHIBIT A

The East Half of the Northwest Quarter of the Northwest
Quarter (excepting the Northerly 429 feet) and (excepting the
Southerly 500 feet) of Section 12, Township 9 South, Range
3 West, San Bernardino Meridian, County of San Diego, State of
California, according to United States Government Survey
approved September 11, 1879.
——and——

(20' x 20' well site) West 20 feet of the East 61.47
feet of the South 20 feet of the North 131.82 feet of the East
Half of the Northwest Quarter of the Northwest Quarter of
Section 12, Township 9 South, Range 3 West, San Bernardino
Meridian, County of San Diego, State of California, according to
United States Government Survey approved September 11, 1879.   10358