```
                                                    F I L E D

  JOHN L. WAGENAAR and MARY AGNES WAGENAAR           MAY 15 1958
  Defendants in propria persona
  24 Lindero Avenue,                           CLERK, U.S. DISTRICT COURT
     Long Beach, California                    SOUTHERN DISTRICT OF CALIFORNIA
                                               By _____

              IN THE UNITED STATES DISTRICT COURT

                SOUTHERN DISTRICT OF CALIFORNIA

                       SOUTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | JOHN L. WAGENAAR AND MARY AGNES WAGENAAR |
| Defendants, | |

The defendants, John L. Wagenaar and Mary Agnes Wagenaar each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 80 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED                                       INDEXED

10359

EXHIBIT A

PARCEL #1.

    The Northwest Quarter of Southeast Quarter of Section 12, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to Map thereof filed in the office of the County Recorder of San Diego County, according to United States Government Survey approved January 15, 1892.

PARCEL #2.

    The Southwest Quarter of Northeast Quarter of Section 12, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved January 15, 1892. EXCEPTING any coal or other minerals as reserved by United States of America in Patent dated June 1, 1932 and recorded December 12, 1932 in Book 184, page 43 of Official Records.

------------

10360

1 Defendants claim all riparian rights to all waters percolating through their land, whether from springs or streams or wells, etc. and to take water from the land -- whether for domestic, industrial, commercial or irrigation purposes. They have a home, a garden and family fruit trees. They are now drawing water for domestic and irrigation uses from the Santa Margarita River, and hereby claim the right to continue to do so, in sufficient quantities to supply their home, garden and trees.

Their future plan is to develop their vacant 80 acres of land for a resort or grove, and do hereby claim an unlimited quantity of water as required in the future to develop said resort or grove.

In addition to the claim and uses as herein made, the defendants claim all the rights of overlying landowners to any water which may originate in or under or cross their land. Defendants claim the right to drill and dig wells and exercise water reclamation and conservation practices as now or may be known.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*John L. Wagenaar*
JOHN L. WAGENAAR

*Mary Agnes Wagenaar*
MARY AGNES WAGENAAR

Defendants in propria persona
24 Lindero Avenue
Long Beach,
California

Dated: *April 28, 1958*

10361