```
W. Roy Ware and Hazel I. Ware
Defendants in propria persona
P. O. Box 108,
Whittier, Calif.
```

**FILED**

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br><br>Defendants, | CIVIL NO. 1247 - SD - C<br><br>ANSWER OF DEFENDANTS<br>W. Roy Ware<br>and<br>Hazel I. Ware |

The defendants, W. Roy Ware and Hazel I. Ware each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own $7\frac{1}{2}$ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10362

COPY RECEIVED                                    INDEXED

These answering defendants own 7½ acres of land situated on Rainbow Creek, a tributary of the Santa Margarita River. For appx. 300 ft. Rainbow Creek runs through our property and has been the source of water for domestic and irrigation use for more than 20 years. About an acre of 20 year old citrus trees on the property have been raised on Rainbow Creek irrigation water, drawn from wells along the creek. About 4 acres more are suitable for citrus and avocado trees.

We claim Riparian rights to the use of 20 acre feet of water per year for domestic and irrigation purposes, to be drawn from the creek or from wells within our property.

Legal description is attached hereto.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*[signature]*

*[signature]*

Defendants in propria persona

Dated: at Whittier, Calif,
May 12, 1958

10363

## Exhibit "A"
### Legal Description.

The South 500 ft. of the East half of the North-west Quarter of the North-west Quarter of Section 12, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to the United States Government survey, approved Sept. 11, 1879.

Owned by W. Roy Ware and Hazel I. Ware, husband and wife.

10364