FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

1  Eben E. Mitterling and Gina Mitterling
   Defendants in propria persona
2  Rt. 1 Box 87, Fallbrook, Cal

3

4           IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                   SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
8                                   )
                    Plaintiff,      )   ANSWER OF DEFENDANTS
9                                   )   Eben E. Mitterling
          v.                        )        and
10                                  )   Gina Mitterling
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )
                                    )
12                  Defendants,     )

13     The defendants, Eben E. Mitterling and Gina Mitterling
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:

17     ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
              AMENDATORY COMPLAINT
18
       These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25

26           AFFIRMATIVE STATEMENT OF RIGHTS

27     These defendants own 10.17 acres of land in San Diego
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32

                                                      10365

COPY RECEIVED                                         INDEXED

## Exhibit A

That portion of lot 38 in Subdivision of tract "D" of the part of Rancho Monserate, in the county of San Diego, State of California, according to map thereof No.821, filed in the office of the County Recorder of San Diego County September 25, 1896, lying East of the County Boulevard, as the same was located on October 21, 1925.

EXCEPTING from said portion of Lot 38 that portion described as follows:
Beginning at the Northwest corner of said Lot 38; thence South $0°$ 06' 30" East along the East line of said Lot 833.98 feet to the Northwest corner of the South 8 acres of that portion of said Lot lying Easterly of the County Boulevard, now U. S. Highway No. 395 as located on October 21, 1925; thence North $89°$ 38' West along the North line of said South 8 acres, 816.53 feet to the Northwesterly corner thereof; being a point on a curve in the Easterly line of said Highway having a radius of 1020.00 feet, the center of said curve bears south $55°$ 43' 30" West from said point; thence Northwesterly along said Easterly line and along said curve through a central angle $5°$ 09' 30" for a distance of 91.83 feet; thence North $39°$ 26' West tangent to said curve, and along said Easterly line 136.86 feet to the beginning of a tangent curve to the right in said line having a radius of 280.00 feet; thence Northwesterly along said curve through a central angle of $23°$ 46' for a distance of 116.15 feet; thence North $15°$ 40' West tangent to said curve and along said Easterly line 400.09 feet to the beginning of a tangent curve to the left in said line having a radius of 3020.00 feet; thence Northwesterly along said curve, through a central angle of $3°$ 20' for a distance of 175.70 feet; thence North $19°$ 00' West tangent to said curve and along said easterly line 2.00 feet, more or less to its intersection with the North line of said Lot 38; thence South $89°$ 38' East along said North line 1171.50 feet to the Point of Beginning.

PARCEL 2:
That portion of Lot 51 in the subdivision of tract "D" of part of RANCHO MONSERATE, in the county of San Diego, State of California, according to Map No. 821, filed in the office of the County Recorder of San Diego County, September 25, 1896, lying East of the County Boulvard as the same located on October 21, 1925.

EXCEPTING from said portion of Lot 51 that portion lying Southerly of the following decreibed line: Beginning at the Northeast corner of said lot 51; thence south $44°$ 47' 20" West 257.96 feet; thence South $89°$ 27' 40" West 152.99 feet; thence South $0°$ 32' 20" East 7.50 feet; thence South $89°$ 27' 40" West 220.75 feet, more or less, to the center line of County Boulevard as the same was located on October 21, 1925.

Excepting from said Parcels 1 and 2 that portion conveyed in deed to Walter Hughes, et ux, recorded October 5, 1954 in book 5385, page 358 of official Records, described as follows:
Beginning at the Northeast corner of said Lot 51; thence South $44°$ 47' 20" West 35.00 feet to a point, said point being in a curve concave Southeasterly having a radius of 35.00 feet, the radial line through said point bears South $44°$ 37' 20" West; thence Northeasterly along said curve 82.53 feet to the East line of said Lot 38; thence along said East line South $0°$ 06' 30" East 35.00 feet to the Point Of Beginning.

10366

Approximately eight (8) acres are tillable and the balance unusable. the defendants have irrigated portions of the eight (8) acres in the past and the water for this purpose has been obtained from a well located on the property.

2

Defendants claim the right to use twenty (20) acre feet of water per year from this well on this land. Defendants do not claim any prescriptive rights or any appropriative rights.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_____

_____
Defendants in propria persona

Dated: MAY 10TH 1958