F I L E D

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ ...

Alfred Holsworth and Helen E. Holsworth, husband and wife
Defendants in propria persona
R. 2, Box 9,
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

        Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
Alfred Holsworth and
Helen E. Holsworth

The defendants, Alfred Holsworth and Helen E. Holsworth, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 20 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10368

COPY RECEIVED          INDEXED

That certain land situated in San Diego County known as the East Half (E½) of the Northeast Quarter (NE¼) of the Northwest Quarter (NW¼) of Section Eight (8) Township Nine (9) South, Range Four (4) West, S. B. M., in the County of San Diego, State of California, according to Government Survey.

Of this land, approximately seven acres are tillable and the balance can be used for grazing cattle and for raising turkeys chickens and fowl. Defendents have irrigated portions of the land in the past and water for this purpose has been obtained by pumping from a well or wells located on the property.

Defendents claim the right to use twenty one (21) acre feet of water per year from these wells on this land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Alfred Holsworth*

*Helen E Holsworth*

Defendants in propria persona

Dated: May 7 1958

10363