```
                                                    FILED
 1  EDWIN W. STREETER and BERTHA R. STREETER        MAY 15 1958
    Defendants in propria persona                   CLERK, U.S. DISTRICT COURT
 2  4375 Narragansett Ave                           SOUTHERN DISTRICT OF CALIFORNIA
    San Diego (7) California                        By _____
 3
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ) | ANSWER OF DEFENDANTS |
| v. | ) | EDWIN W. STREETER |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | ) | BERTHA R. STREETER |
| Defendants, | ) | |

The defendants, EDWIN W. STREETER and BERTHA R. STREETER each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 320 acres of land in Riverside, County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10370

COPY RECEIVED                                          INDEXED

1  This is riparian land. Approximtely 290 acres are tillable.
2  Approximately 200 acres can be irrigated.
3  At this time the tillable land is used for grain production and
4  cattle grazing.
5  There are no wells on this land at the present time.
6  A land use survey has been requested but has not been completed
7  as of this date.
8      Defendents claim the right to drill wells in the future
9  to pump approximately 840 acre feet of water pr.year for domestic
10 and irrigation purposes.
11 Defendents do not claim any perscriptive or any appropriative
12 rights.

       WHEREFORE, these defendants pray that plaintiff take
nothing against them by reason of the Complaint and Supplementary
and Amendatory Complaint on file herein; that said Complaint be
dismissed as against these defendants; that defendants' right to
water, as hereinabove set forth, be quieted as against the plain-
tiff and against all other defendants in this action; and for such
other and further relief as the Court may deem proper.

*Edwin H. Streeter*
*Bertha N. Streeter*

                    Defendants in propria persona
                    4375 Narragansett Ave
                    San Diego (7) California

Dated: 9 May 1958

10371

"EXHIBIT A"

EDWIN W. STREETER and BERTHA R. STREETER

320 acres

South half of Section 35

Range 2 West, San Bernardio Base Line

Township 6

Riverside County

State of California.

10372