JOHN PARKER & LILLIE S. PARKER,
5468 EAST PITT AVENUE,
FRESNO, CALIFORNIA

Defendants in propria persona

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, ) | |
| v. ) | ANSWER OF DEFENDANTS |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, ET AL, ) | |
| Defendants, ) | |

The defendants, John Parker and Lillie S. Parker, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

I

These defendants own sixty-two and six-tenths (62.6) acres of land situated within the watershed of the Santa Margarita River, more particularly described as follows:

> Lot Two (2), Section Twenty-two (22) and the Northwest Quarter of the Northeast Quarter (NW 1/4 of NE 1/4) of Section Twenty-seven (27) in Township Eight (8) South, Range Four (4) West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved April 28, 1885.

This land is riparian land; approximately twenty-two and one-half (22.5) acres are tillable and the balance can be used for grazing cattle and for raising turkeys, chickens and fowl. Defendants have irrigated portions of the land in the past and water for this purpose has been obtained directly by pumping from De Luz Creek, which runs through the property and by pumping from a well on the property. One well and one unfinished well exist on the property.

II

Defendants claim the right to use ninety (90) acre feet of water per year from De Luz Creek on this land. Defendants do not claim any prescriptive rights or any appropriative rights.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*John Parker*
*Lillie S. Parker*
Defendants in propria persona
5468 East Pitt Avenue
Fresno, California

Dated: May 7, 1958   COPY RECEIVED

10373

INDEXED