FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

1  Ewald O. Harringer and Olga P. Harringer
   Defendants in propria persona
2  445 W. Clemmens Lane, Fallbrook Calif.
3
4           IN THE UNITED STATES DISTRICT COURT
5             SOUTHERN DISTRICT OF CALIFORNIA
6                   SOUTHERN DIVISION
7
8  UNITED STATES OF AMERICA,            )   CIVIL NO. 1247 - SD - C
                                        )
          Plaintiff,                    )   ANSWER OF DEFENDANTS
9                                       )
       v.                               )   Ewald O. Harringer
10                                      )   Olga P. Harringer
   FALLBROOK PUBLIC UTILITY             )
11 DISTRICT, ET AL,                     )
                                        )
12        Defendants,                   )

13        The defendants, Ewald O. Harringer, Olga P. Harringer
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
          These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
26            AFFIRMATIVE STATEMENT OF RIGHTS
27        These defendants own one acres of land in San Diego
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32

10377

COPY RECEIVED                                              INDEXED

Defendants claim the right to at least six acre feet per year for support of Chicken Ranch and domestic use throughout summer and all year. Source of supply being six inch water line of J. Pub. passing property. Also defendants claim riparian rights to water underground of said property shallow well if drilled of thirty to forty feet or more independent as cup irrigation water for same use as above.

Defendants state that approximately one fourth of said land described herein can be cultivated as truck land for the growing of sweet corn, tomatoes etc the rest being used for poultry and few trees.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Edward A. Harringer

Olga P. Harringer

Defendants in propria persona

Dated: May 10 - 1958

10379

Copy of quit claim to
Ewald C. Harringer & Olga P.
Harringer, husband & wife.

That portion of the Northeast quarter of the Northwest quarter of Section 25, Township 9 South, Range 4 West, San Bernardino meridian according to U.S. Govt. survey described as follows:

Beginning at the southwest corner of said Northeast quarter of the Northwest quarter; thence North 600 feet; thence east 192 feet; thence south 246 feet; thence east 200 feet to the point of true beginning thence continuing east 120 feet thence south 354 feet, thence west 120 feet thence thence North 354 feet to the true point of beginning.

"Exhibit A"

10378