```
                                              F I L E D

                                               MAY 15 1958
 1  Earle E. Soudan and Dorothy Soudan
                                              CLERK, U.S. DISTRICT COURT
    Defendants in propria persona             SOUTHERN DISTRICT OF CALIFORNIA
 2  Rt. 2, Box 219                            By _____

 3  Fallbrook, California

 4              IN THE UNITED STATES DISTRICT COURT

 5              SOUTHERN DISTRICT OF CALIFORNIA

 6                    SOUTHERN DIVISION

 7
    UNITED STATES OF AMERICA,     )   CIVIL NO. 1247 - SD - C
 8                                )
                Plaintiff,        )   ANSWER OF DEFENDANTS
 9                                )
         v.                       )
10                                )   Earle E. Soudan
    FALLBROOK PUBLIC UTILITY      )        and
11  DISTRICT, ET AL,              )   Dorothy Soudan
                                  )
12              Defendants,       )
```

13       The defendants,    Earle E. Soudan and Dorothy Soudan
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:
17       ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference
19
    all of the allegations contained in the answer to said Complaint and
20
    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25

26              AFFIRMATIVE STATEMENT OF RIGHTS

27       These defendants own 20 acres of land in San Diego
28  County, California, and within the watershed of the Santa Margarita
29  River, more particularly described in the document attached hereto,
30  marked Exhibit A, which is hereby incorporated by reference as a
31  part of this statement.
32

                                                        10374

    COPY RECEIVED                                        INDEXED

1  Approximately 18 acres of my land are tillable and suitable for truck crops, avo-
2  cado or citrus or decidious trees. Approximately one acre is now planted to trees,
3  three to twelve years old. Plus 4,000 chickens. This land was bought to plant to
4  truck crops and avocado and citrus trees and any other farming which might be
5  necessary to earn a living and pay taxes on this land. Without water this land
6  would be worthless. The cost of buying water for all this land would make it un-
7  profitable to plant. Portions of this property has been irrigated in past by pump-
8  ing from well on property. Therefore these defendents claim the right to sufficient
9  water to develope, plant and irrigate said land and use approximately 36 acre feet
10 water per year. These defendents claim right to pumping such water from existing
11 two wells and further developing such water from these wells or drilling of any
12 additional wells needed. These defendents also claim the South half of pro-
13 perty slopes toward the San Louis Rey watershed. All runoff water on south half
14 of property runs toward San Louis Rey watershed. Both existing wells are on the
15 south half of property. Therefor these defendents claim that south half of pro-
16 perty does not pretain to this case and that south half of property should be eli-
17 minated from this suit. These defendents claim all water rights to south halfe of
17½ property.

18         WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

25
26                          *Earle E. Soudan*
27
28                          *Dorothy Soudan*
29                          Defendants in propria persona
30
31
32 Dated: *May 12, 1958*

                                                        10375

EXHIBIT - A

Property Discription.

The East Half of the North Half of the Northwest
Quarter of the Northwest Quarter, Section 14,
Township 9 South, Range 3 West, San Bernardino Meridian,
in the County of SanDiego, State of California.
And the West half of the North half of the Northwest
quarter of the Northwest quarter of 14. Township 9 South.
Range 3. West. San Bernardino Bas and Meridian.

EARLE E. SOUDAN and DOROTHY SOUDAN

10376