FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

1   Cyril M. Ewing and Mildred Ewing
    Defendants in propria persona
2
    Box 109 Murrieta, California
3
4              IN THE UNITED STATES DISTRICT COURT
5                 SOUTHERN DISTRICT OF CALIFORNIA
6                      SOUTHERN DIVISION
7
    UNITED STATES OF AMERICA,          )    CIVIL NO. 1247 - SD - C
8
                    Plaintiff,         )    ANSWER OF DEFENDANTS
9
           v.                          )  Cyril M. Ewing and Mildred Ewing
10
    FALLBROOK PUBLIC UTILITY           )
11  DISTRICT, ET AL,                   )
12                  Defendants,        )
13      The defendants, Cyril M. Ewing and Mildred Ewing
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:
17      ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                  AMENDATORY COMPLAINT
18
19      These answering defendants hereby incorporate by reference
20  all of the allegations contained in the answer to said Complaint and
21  Supplementary and Amendatory Complaint filed in this case by Newton
22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23  of the portion thereof entitled "Affirmative Statement of Rights")
24  and make each and all of said allegations a part of this answer
25  the same as if herein set forth at length.
26              AFFIRMATIVE STATEMENT OF RIGHTS
27      These defendants own 90 acres of land in  San Diego
28  County, California, and within the watershed of the Santa Margarita
29  River, more particularly described in the document attached hereto,
30  marked Exhibit A, which is hereby incorporated by reference as a
31  part of this statement.
32  S ½ of SW¼  80 acres Sec. 24-8-5W

    W¼ of S¼ of W½ of NW¼   10 acres Sec. 25-8-5W

    San Diego County, California

    COPY RECEIVED

    10380

    INDEXED

We, Cyril M. Ewing and Mildred Ewing, and our heirs forever after, do hereby request the court to dismiss the pending suit, of U.S.A. versus above named defendants, pertaining Water Rights on our property for the following reasons:

We have been using all available water from spring, well, and small dam on place by riparian rights, for domestic use, live stock, orchards and truck garden crops before and since August 1938, when we received the deed to the land which was Homesteaded with inherent Water Rights, by my uncle, C.B. Guittard. This Homestead Patent was signed by former President of the U.S. Franklin D. Roosevelt.

I also have an additional Water Right granted by the State of California from the U.S. Forest Reserve.

We hereby claim all available water, as stated, as it has been put to beneficial use and necessary to provide living and existence for our family, which we have done before and since the year 1938. This is prior to the existence of Camp Pendleton, and we therefor claim prior rights to the necessary use of all available water as stated and pray your Honorable Court to uphold our Constitutional Rights as Citizens and to dismiss the pending suit, as we have no other means of providing a living for our family if denied or restricted the use of our only available water.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Cyril M. Ewing

Mildred Ewing

**Defendants in propria persona**

Dated: May 12, 1958

10387