FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

Charles H. Berry and Carlotta Berry
**Defendants in propria persona**
929 Riverview Drive
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  ) CIVIL NO. 1247 - SD - C
        Plaintiff,  ) ANSWER OF DEFENDANTS
   v.  ) Charles H. Berry
FALLBROOK PUBLIC UTILITY  ) and Carlotta Berry
DISTRICT, ET AL,  )
        Defendants,  )

The defendants, Charles H. Berry and Carlotta Berry each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 7 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

Property description attached:

10388

COPY RECEIVED                                                      INDEXED

PROPERTY DESCRIPTION

IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, all that portion of the Northeast Quarter of the Southeast Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows:

Commencing at the Northwest corner of said Northeast Quarter of the Southeast Quarter of said Section 17, thence north 89 degrees, 45' 45" West along the North line of said Southeast Quarter, 18.20' to a point on the center line of the County Road known as Road Survey No. 954 according to the Map thereof on file in the office of the County Surveyor, the aforesaid point being on a curve in said center line, concave Northeasterly having a radius of 500' the radial line through said point bearing North 61 degrees, 26' 50" East; thence Southeasterly along said center line and curve, 38.81' to the end thereof; thence South 33 degrees 00' East tangent to said curve and along said center line 668.09' to the true point of beginning, being the Southwesterly corner of a parcel of land conveyed to W. H. Nicholas and wife by deed dated June 28, 1949 and recorded in Book 3254, page 152 of Official Records; **  
North 40 degrees 14' 30" East, 122.50'; North 77 degrees 32' 30" East, 62.76'; South 81 degrees 31' 30" East, ~~East~~ 115.65' and South 61 degrees 34' 30" East, 105.62' to the Southeasterly corner of said land; thence South 72 degrees 33' 30" East, 86.65'; thence South 88 degrees 03' 30" East, 78.75'; thence South 79 degrees 50' 30" East, 51.70'; thence South 40 degrees 58' East, 72.75'; thence South 58 degrees 30' 33" East 44.20'; thence South 49 degrees 03' East, 149.70' to a point on the curve in the center line of Mission Road 1-C according to the Map thereof on file in said County Surveyor's office, said curve being concave Northwesterly having a radius of 800 feet and the radial line through the aforesaid point bearing North 68 degrees 08' West; thence Southwesterly along said curve, 503.81' to the end thereof; thence South 63 degrees 57' West along said center line, being tangent to the aforementioned curve, 132.44' to its intersection with the center line of said Road Survey No. 954; thence North 21 degrees 43' 30" West along said center line, 243.20' (record 243.35 feet) to the beginning of a curve therein, concave Southwesterly and having a radius of 1500'; thence Northwesterly along said curve, 295.18' to the end thereof; thence North 33 degrees 00' West tangent to said curve and along said center line, 106.85' to the true point of beginning.

** (Insert above)

Thence along the Southerly line of land so conveyed,

1   Land is completely planted to avocados except portion occupied by residence.

2   Present practice is to irrigate with water supplied by Fallbrook Public Utility District. Water is furnished from Red Mountain reservoir which is all Colorado River water.

3   Our present use is roughly ten acre feet per year. As the avocado trees are practically mature, it is not expected that future water use will exceed this amount a great deal.

4   If conditions warrant the expense at some future date, a well will be drilled to supply the seven acres with a portion or all the water requirements, such well to be drilled on the Santa Margarita water shed.

5   We, the defendants, claim rights to waters from percolation and the right to drill wells on the aforementioned property and to use such waters for domestic and irrigation purposes as may be required.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_____

_____
Defendants in propria persona

Dated: 5-12-1958

10830