ZADE GREEN and GERTRUDE A. GREEN
Defendants in propria persona
P.O. Box 274
Fallbrook, California

F I L E D

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, ) | ANSWER OF DEFENDANTS |
| v. ) | ZADE GREEN AND |
| FALLBROOK PUBLIC UTILITY ) | GERTRUDE A. GREEN |
| DISTRICT, ET AL., ) | |
| Defendants ) | |

The defendants, ZADE GREEN and GERTRUDE A. GREEN, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer, the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own seven and thirty-eight-hundredths (7.38) acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10391

COPY RECEIVED

INDEXED

Approximately four (4) acres are planted to producing lemon trees, and approximately two (2) acres are planted to producing avocados.

Defendants have irrigated this land in the past by water obtained from the Fallbrook Public Utility District. Approximately one acre of the non-producing portion of this land is tillable and can be used for avocado or lemon growing.

Defendants claim the rights to percolating water on this land and wish to reserve the right to drill a well at a later date.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Zade Green*

*Gertrude A. Green*

Defendants in propria persona

Dated: May 9, 1958

EXHIBIT A

PARCEL 1.

That portion of the SW 1/4 of the SE 1/4 of Sec 13 Twp 9 South, Range 4 West, San Bernardino Meridian in the County of San Diego, State of California, according to U.S. Govt Survey approved June 11, 1880; bounded on the north by the north line of the said SW 1/4 of SE 1/4, on the East by the West Line of Blocks 59 and 60 of West Fallbrook as shown on Map No. 567 filed in the Office of County Recorder of San Diego County Oct 9, 1888, and on the South and West by road shown on said map of said West Fallbrook as the Westerly and Northerly continuation of Main Avenue, said road being old Survey No. 49 as shown by plat on file in the Office of County Surveyor.

PARCEL 2.

All of Block 60 of West Fallbrook in the County of San Diego, State of California, according to Map thereof No. 567 filed in the Office of the County Recorder of San Diego County Oct 9, 1888. Also the alley in Block 60 and also that portion of Townsend St. adjoining Block 60 and the West Half of Vine Ave. on the North; the North 1/2 of the unnamed Street lying between Blocks 59 and 60 of West Fallbrook and adjoining said Block 60 on the South up to the center line of Vine Ave; the West 1/2 of Vine Ave. adjoining said Block 60 on the East, all as closed to public use Sept 6, 1912 by order of the Board of Supervisors Records and being according to aforesaid map No. 567 of Fallbrook.

10383