FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

1  FRED D. LEACH and GRACE M. LEACH
   Defendants in propria persona
2  1115 So. Alturas Street
   Fallbrook, California
3

4         IN THE UNITED STATES DISTRICT COURT
5            SOUTHERN DISTRICT OF CALIFORNIA
6                  SOUTHERN DIVISION

7  UNITED STATES OF AMERICA,           )   CIVIL NO. 1247 - SD - C
8                                      )
                Plaintiff,             )   ANSWER OF DEFENDANTS
9                                      )
           v.                          )   ANSWER TO COMPLAINT AND
10                                     )   SUPPLEMENTARY AND AMENDATORY
   FALLBROOK PUBLIC UTILITY            )   COMPLAINT OF
11 DISTRICT, ET AL,                    )   FRED D. LEACH and
                                       )   GRACE M. LEACH
12              Defendants.            )

13     The defendants, FRED D. LEACH and GRACE M. LEACH
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:

17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
       These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25

26             AFFIRMATIVE STATEMENT OF RIGHTS
27     These defendants own 2 &3/4 acres of land in San Diego
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32

10334

COPY RECEIVED                                              INDEXED

EXHIBIT A

Parcel #1.

PAR. 94W-25-1B & 166 S 47.75 FT LOT 4
SEC 24 & N 368.25 FT LOT 1 SEC 25 &
(EXC ALL LYING W OF A LI DAF BEG AT
NW COR LOT 1 TH N ALG N PROL OF E LOT
LI 47.75 FT TH N 88°57'30''W 346 FT TO
TPOB TH S 24°13'50''W 162.47 FT TH N
74°17'30''W 32.52 FT TH S 16°09' 40'
'W 225 FT TH S 88°57'30''E 195 FT &
S 0°32'E 57.70 FT TO LI S OF ABOVE
DES PROP) & (EXC S 100 FT OF E 150
FT THF) & (EXC BEG AT NE COR LOT L
TH S 0°32' E 141.11 FT TH N 88°57'30''
W 233.18 FT TH N 0°32'W TO N LI SD
LOT 1 TH ELY TO POB IN LOT 1) IN LOT
4 SEC 24 & LOT 1 SEC. 25-9-4W.

10395

Defendants claim the right to all waters percolating through their land. Defendants have irrigated portions of this land in the past. They have a home and garden and expect, in the near future, to plant this land to an orchard. For this purpose they claim the right to use 10 acre-feet of water per year. The water being used on this land is being served through the Fallbrook Public Utility District.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Fred D. Leach          and

Grace M. Leach

Defendants in propria persona
1115 So. Alturas Street
Fallbrook, California

Dated:

10396