Lauren D. Bolton and Ethel M. Bolton
Defendants in propria persona
1412 East Mission Road, Fallbrook, California

FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )   CIVIL NO. 1247 - SD - C
              Plaintiff,   )   ANSWER OF DEFENDANTS
       v.                  )   Lauren D. Bolton
                           )   Ethel M. Bolton
FALLBROOK PUBLIC UTILITY   )
DISTRICT, ET AL,           )
              Defendants.  )

The defendants, Lauren D. Bolton & Ethel M. Bolton each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 4½ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10397

INDEXED

Exhibit A

The South one half of the
The Southeast Quarter of the Southwest Quarter of the Southeast
Quarter of Section 18, Township 9 South, Range 3 West, excepting
the West 132 feet, San Bernardino Meridian, According to U. S.
Government survey approved September 11, 1879.

Subject to any covenants, conditions, restrictions, reservations,
rights, rights of way and easements of record.

That portion of the Northeast Quarter of the Northwest Quarter
of Section 25, Township 9 South, Range 4 West, San Bernardino
Meridian, according to United States Government Survey, Approved
June 11, 1880, described as follows:

Beginning at the Southwest corner of said Southeast Quarter of
the Northwest Quarter; thence North 600 feet; thence East 448 feet
to the true point of beginning; thence South 246 feet; thence
East 64 feet; thence North 246 feet; thence West 64 feet to the
true point of beginning.

Defendants claim all the rights of overlying landowners and to water which may originate or cross their land.

Defendants claim the right to drill wells and exercise water reclaimation and conservation practices as are now or may be known.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Lauren D. Bolton*
Lauren D. Bolton

*Ethel M. Bolton*
Defendants in propria persona

Dated: May 13, 1958

10389