```
                                                    F I L E D

    JOHN STINTIN and                                MAY 15 1958
    KATIE LEWIS STINTIN
                                                CLERK, U.S. DISTRICT COURT
    Defendants in propria persona               SOUTHERN DISTRICT OF CALIFORNIA
                                                By _____
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br><br>    Defendants, | CIVIL NO. 1247 - SD - C<br><br>ANSWER OF DEFENDANTS<br><br>JOHN STINTIN and<br>KATIE LEWIS STINTIN |

The defendants, JOHN STINTIN and KATIE LEWIS STINTIN each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2+ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10400

COPY RECEIVED                                                      INDEXED

That portion of the Northeast Quarter of Northwest Quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows:
Beginning at the Southwest corner of said Northeast Quarter of Northwest Quarter; thence North 600 feet; thence East 192 feet; thence South 246 feet to the true point of beginning; thence East 200 feet; thence South 354 feet; thence West 221.96 feet to a point distant East 170.04 feet from the Southwest corner of said Northeast Quarter of Northwest Quarter; thence North parallel with the West line of said Northeast Quarter of Northwest Quarter 339.70 feet to the Southeasterly line of the tract of land conveyed to Donath and Pierce, Inc., by deed recorded October 29, 1952 in Book 4639, page 2 of Official Records; thence Northeasterly along said Southeasterly line of said land of Donath and Pierce, Inc., 25.92 feet to the true point of beginning.

The defendants claim the right to take water from a well or a spring, the rights to percolating water of any kind and the right to drill a well.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_____
JOHN STINTIN

_____
KATIE LEWIS STINTIN
Defendants in propria persona

Dated: May 12-58

10401