F I L E D

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

1  Virgil A. Claytor    Verda M. Claytor
   **Defendants in propria persona**
2  P.O. Box 27
   Murrieta Only.
3

4            IN THE UNITED STATES DISTRICT COURT

5               SOUTHERN DISTRICT OF CALIFORNIA

6                    SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,          )      CIVIL NO. 1247 - SD - C
8
                  Plaintiff,          )      ANSWER OF DEFENDANTS
9                                             Virgil A. Claytor
          v.                          )      Verda M. Claytor
10
   FALLBROOK PUBLIC UTILITY           )
11 DISTRICT, ET AL,                   )

12              Defendants,           )

13      The defendants,   Virgil A. Claytor and Verda M. Claytor

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17      ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25

26              AFFIRMATIVE STATEMENT OF RIGHTS
27
        These defendants own 80  acres of land in  San Diego
28
   County, California, and within the watershed of the Santa Margarita
29
   River, more particularly described in the document attached hereto,
30
   marked Exhibit A, which is hereby incorporated by reference as a
31
   part of this statement.
32

                                          10402

COPY RECEIVED                                            INDEXED

Pertaining to the water rights on this land:

I, V.A. Claytor and Verda M. Claytor and all the heirs, want all the riparian water rights on this land to use for stock and to irrigate such crops as I want to raise.

Virgil A. Claytor

We the undersigned and our heirs lay Claim to all the water rights on the Sky Ranch and ask that this case be dismissed against same. By reason of Homestead Patent on all water rights of which we understand was signed and granted to Elizabeth Coleman By the President of the United States at time of Homestead.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Virgil A. Claytor

Verda M. Claytor

Defendants in propria persona

Dated: May 12, 1958

10403

DESCRIPTION   *EXHIBIT. A*

That portion of the Unsurveyed Public Domain of the United States of America, situated in the County of San Diego, State of California, according to official Plat of Homestead Entyr Survey No. 54, returned to General Land Office, described as follows:

Beginning at Corner No. One (1), from which corner No. Three (3) of the Santa Rosa Rancho bears North one degree, fourteen Minutes West One Hundred Fifty-two chains distant and Corner No. Five (5) of Homestead Entry Survey No. Forty-nine (49) bears North five degrees, East, forty-four and eighty-seven hundredths chains distant; thence South eighty-eight degrees, three minutes East five and eighty-eight hundredths chains to Corner No. Two(2); thence South twelve degrees, twenty-six minutes East nineteen and four hundredths chains to Corner No. Three (3); thence South three degrees, fifty-one minutes West twenty-six and ninety-three hundredths chains to Corner No. Four (4); thence North eighty-eight degrees, eight minutes West seven and three-hundredths chains to Corner No. Five (5); thence North eighteen degrees, nineteen minutes West twenty and forty-one hundredths chains to Corner No. Six (6); thence North eighty-eight degrees, thirty-three minutes West fifteen and fifteen hundredths chains to corner No. Seven (7); thence South eleven degrees, thirty-six minutes West four and sixty-two hundredths chains to Corner No. Eight (8); thence North eight-eight degrees, thirth-six minutes west four and forty-eight hundredths chains to Corner No. Nine (9); thence North two degrees, six minutes east twenty-four and twenty-one hundredths chains to Corner No. Ten (10); thence South eighty-eight degrees twenty-five minutes East nine and seventy-five hundredths chains to Corner No. Eleven (11); thence South twenty-four degrees, twenty-three minutes West nine and seventy-two hundredths chains to Corner No. Twelve (12); thence South two degrees, fifty-six minutes West four and eleven hundredths chains to Corner No. Thirteen (13); thence south eighty-eight degrees, twenty-two minutes East fourteen and twenty-five hundredths chains to corner No. Fourteen (14); thence north fourteen degrees, forty-seven minutes east twenty and twenty-six hundredths chains to Corner No. One (1), the place of beginning.

10404