Jerry F. Burt and Catherine T. Burt
Defendants in propria persona
724 Stage Coach Lane
Fallbrook, California

FILED
MAY 15 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
Jerry F. Burt and
Catherine T. Burt

The defendants, Jerry F. Burt and Catherine T. Burt, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2/3 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10405

COPY RECEIVED      INDEXED

1  Defendants have small avocado grove and may at some future
2  date, either add more trees or build rental units on
3  available space, therefore they claim the right to
4  drill well if ever needed.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Jerry T Burt*

*Catherine J. Burt*

Defendants in propria persona

Dated: MAY 13 1958

10407

That portion of the South Half of the Southeast Quarter of the Southeast Quarter of Section 18, Township 9 South, Range 3 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to the United States Government Survey approved September 11, 1879, described as follows:

Beginning at the Northeast corner of the said South Half of the Southeast Quarter of the Southeast Quarter of the said Section 18, thence South 89°32'30" West, along the North line of the said South Half of the Southeast Quarter of the Southeast Quarter of said Section 18, a distance of 291.65 feet; thence South 7°39'30" East, 100.74 feet; thence North 89°32'30" East, to a point in the East line of said Section 18; thence along said East line, North 0°42'40" West, 100.0 feet, to the point of beginning.

RESERVING therefrom an easement and right of way for road purposes over the East 20.0 feet thereof, together with the right to convey said Easement to present and future owners of all or any portion of said South ½ of Southeast Quarter of Southeast Quarter lying Southerly of the Southerly line of the land first above described, and Northerly of U. S. Highway 395.

Exhibit "A"

10406

