FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Edward L. and Mary E. Haire
1922 West 65th Street, Los Angeles 47, California
Defendants in propria persona

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

        Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

    The defendants, Edward L. and Mary E. Haire each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

                AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 31.5 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10410

COPY RECEIVED    INDEXED

EXHIBIT A   -   CIVIL NO. 1247-SD-C

1. S/W 1/4 of N/E 1/4 (East of Pala Road)

    Section 33, T. 8 S., R. 2 W.  S.B.M.
    Pala Road, Temecula, Riverside County, California

2. Location, East side of paved Pala Road, 5.4 miles South East of Temecula and 0.5 miles North of Riverside -- San Diego County Line.

3. Area comprises 31.5 acres, approximately 28.5 acres of which are susceptible to practical and profitable irrigation.

4. Land is traversed by, and is riparian to, two unnamed seasonal creeks, one from East to West through approximate center, and one from South to North, just inside Western boundary, and converging with East-West stream within confines of property, and passing, as a single stream, in a Northwesterly direction to convergence with Pechanga Creek.

10411

1        Water rights stem from land and come from
2  The United States of America by grant to original predecessor
3  owner--"To have and to hold, with appurtenances thereof, and to
4  heirs and assigns forever",--through Homestead Certificate No. 317.
5  Approved and granted by President of United States, Feb. 1, 1882.
6  Rights unchallenged for seventy years.
7        Water supply from well or wells on property.  Riparian
8  rights on two creeks traversing property.
9        For 28.5 acres susceptible to practical and profitable
10 irrigation, we claim entitlement to all waters which may be used
11 for beneficial purposes up to maximum reasonable diversion duty
12 of 4.2 acre-feet, per acre, per year, as applied by Federal
13 Government on lands of adjacent Pechanga Indian Reservation, in
14 correlation with rights of all other landowners.

18       WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*Edward L. Haire*

*Mary E. Haire*

          Defendants in propria persona

Dated: May 9, 1958

10412