John M. Garrison
Sadie F. Garrison
Defendants in propria persona
3623 Jasmine Ave.
Los Angeles, 34, California.

FILED
MAY 15 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William A. _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )  CIVIL NO. 1247 - SD - C
          Plaintiff,       )  ANSWER OF DEFENDANTS
     v.                    )
FALLBROOK PUBLIC UTILITY   )  John M. Garrison
DISTRICT, ET AL,           )      &
          Defendants,      )  Sadie F. Garrison

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 155 4/10 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10413

COPY RECEIVED                                    INDEXED

Temecula LD & Water Co. MB 8/359 SD 40 Acres Lot 90

Temecula LD & Water Co. MB 8/359 SD 30.34 Acres Lot 101..Exc por sold off of orignal 40 Acres, leaving 30.34 Acres

Temecula LD & Water Co. MB 8/359 SD  NE 50 Acres  Lot 205

Temecula LD & Water Co. MB 8/359 SD  NW $\frac{1}{4}$ of SE $\frac{1}{4}$ NW$\frac{1}{4}$ 30 Acres  Lot 149

Temecula LD & Water Co. MB 8/359  SD SE $\frac{1}{8}$ of SW $\frac{1}{8}$ of NW $\frac{1}{8}$   4.70 Acres   Lot 17

In view of the fact that I claim water rights, under the treaty of Guadalupe Hidalgo, I claim the right for myself or others who may acquire the above property still belonging to myself and wife in joint tenancy, to a well or wells producing three acre feet per year on fifty (50) acres of the above described property per year. Said fifty acres to be of my choosing.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*John M. Garrison*

*Sodie F. Garrison*

Defendants in propria persona

Dated: 5-12-58

10414