Charlotte S. Clark
Defendants in propria persona

2611½ Monmouth, Los Angeles

F I L E D

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ Wallace M. Vedder
    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>　　　　Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>Charlotte S. Clark |

The defendants, Charlotte S. Clark each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10415

COPY RECEIVED                                      INDEXED

Defendant claims the right to percolating water of any kind and reserves the right to drill a well.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Charlotte S. Clark*
Charlotte S. Clark
Defendants in propria persona

Dated:   5/13/58

EXHIBIT A

That portion of Lot 105 of that certain tract of land in Temecula Rancho, Riverside County, California, as shown by map entitled "Map of Temecula Land and Water Co.", said map being on file in the office of the County Recorder of San Diego County, State of California, in Book 8 of Maps, at page 359 thereof, bounded and described as follows:

Commencing at the intersection of the center line of Monroe Avenue with the northwesterly boundary line of said Lot 105 produced in a northeasterly direction; thence southwesterly along the northwesterly boundary line of Lot 105 and said northeasterly prolongation thereof 330 feet to a point; thence southeasterly along a line paralleling the center line of Monroe Avenue 528 feet to a point, which is the true point of beginning; thence southeasterly along a line paralleling the center line of Monroe Avenue 132 feet to a point; thence southwesterly along a line paralleling the center line of Fig Street 330 feet to a point; thence northwesterly along a line paralleling the center line of Monroe Avenue 132 feet to a point; thence northeasterly along a line paralleling the center line of Fig Street 330 feet to the point of beginning, containing one acre, more or less.

10417