Clark C. Barnes + Betty C. Barnes
Defendants in propria persona
Rt. 2. Bx 189-A
Fallbrook, Calif

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
Clark C. Barnes
Betty C. Barnes

The defendants, Clark C. + Betty C. Barnes each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 7.5 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10418
INDEXED

COPY RECEIVED

1  PARCEL 1:  Beginning N.W. corner S.E. ¼ of S.E. ¼, S. 172', S.E. to old State Hwy, N.E. 380' M/L to beginning. 4.50 Ac. M/L of Section 36, Twn. 8 S. R 3 W, SBBM.
2  PARCEL 2:  N.W. ¼ of S.E. ¼, 40 Ac Sec 36, Twn. 8 S. R 3 W, SBBM.
3
4  We claim the right to retain water rights of all springs (if any) and or wells on our properties.
5  We have been growing eight varieties of berries the past two years because our plans are to grow plants and berries for the
6  market on 4 acres of Parcel #1. This will include grapes, garden, etc. for home use.
7
8  We have made application for soil and geological tests, which are being processed on our property. Please refer to those reports made available to the Court by the Office of Ground Water Resources
9  as to how many acre feet of water we will need for parcel #1 and parcel #2. We have riparian rights.
10

18           WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

               *Clark Caldwell Barnes* (signature)

               *Betty Bell Barnes* (signature)
                    Defendants in propria persona

32  Dated:

                                                            10419