1  NEAL S. HEIS and THELMA G. HEIS
   **Defendants in propria persona**
2  1708 East Mission Road
   Fallbrook, California
3

F I L E D

MAY 1 5 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK

4            IN THE UNITED STATES DISTRICT COURT

5               SOUTHERN DISTRICT OF CALIFORNIA

6                     SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,          )    CIVIL NO. 1247 - SD - C
8                                      )
                   Plaintiff,          )    ANSWER OF DEFENDANTS
9                                      )    Neal S. Heis
           v.                          )        and
10                                     )    Thelma G. Heis
   FALLBROOK PUBLIC UTILITY            )
11 DISTRICT, ET AL,                    )
                                       )
12                 Defendants,         )

13      The defendants, Neal S. Heis and Thelma G. Heis

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                     AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
            AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own two(2) acres of land in San Diego
27
   County, California, and within the watershed of the Santa Margarita
28
   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31
   That certain land situated in San Diego County known as the East 259.03 feet
32 of the SW ¼ of the SW ¼ of Sec. 17, Township 9 So. Range 3 W, S.B.M., in the
   County of San Diego, State of California, lying Northerly of the Northerly
   line of Mission Road No. 1-C, EXCEPTING, therefrom the Northerly 481.32 feet
   thereof.

                                                    10420

COPY RECEIVED                                       INDEXED

This land is tillable.  Now planted to 92 avocado trees and 17 citrus and various fruit trees.  We will plant 40 more avocado trees this summer. Estimate of nine (9) acre feet of water will be needed for irrigation and household consumption on this two acres henceforth.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Neal F. Heis_

_Thelma H. Heis_

**Defendants in propria persona**

Dated:  13 May 1958

10421