MARK B. MCCAHON AND MAE E. MCCAHON
Defendants in propria persona
901 S. ALTURAS ST. FALLBROOK, CALIF.

FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )   CIVIL NO. 1247 - SD - C
        Plaintiff,  )   ANSWER OF DEFENDANTS
    v.  )  MARK B. MCCAHON AND
FALLBROOK PUBLIC UTILITY  )  MAE E. MCCAHON
DISTRICT, ET AL,  )
        Defendants,  )

The defendants, MARK B. MCCAHON AND MAE E. MCCAHON each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 4.2 acres of land in SAN DIEGO County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10422

COPY RECEIVED                                                          INDEXED

EXHIBIT A

PARCEL 1: All that portion of lot 4, in Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, described as follows: Beginning at a point 304.3 feet South of the Southwest corner of the Northeast Quarter of the Southwest Quarter of said Section 24, said point of beginning being the Northeast corner of a tract of land conveyed to Gilbert J. Mahaney by deed recorded October 13, 1945, in Book 1952, page 357 of Official Records; thence Southerly along the Easterly line of said tract a distance of 332.41 feet to the Northeasterly corner of a tract of land conveyed to Joseph Barbuscia and wife, by deed dated February 21, 1941, and recorded in Book 1188, page 184 of Official Records; thence North 88° 23' West along the Northerly line of said tract conveyed to Barbuscia 88 feet to the Northwesterly corner thereof; thence North 0° 28' East 10 feet; thence North 88° 23' West 385.21 feet more or less to the Westerly line of said land coveyed to Mahaney, said Westerly line being also a portion of the East boundary of Rancho Santa Margarita y las Flores, as shown on Record of Survey Maps Nos. 794 and 831; thence Northerly along the East boundary of said Rancho 319.12 feet to the Northwesterly corner of said land conveyed to Mahaney; thence Easterly along the North line of land so conveyed 439.30 feet, more or less, to the point of beginning.

PARCEL 2: All that portion of the Rancho Santa Margarita y las Flores as delineated upon a Map in Book 7, page 34 of Patents and as shown by Record of Survey Maps No. 794 and 831 filed in the County Recorder's Office, described as follows: Beginning at the Northwest corner of a tract of land conveyed to Maxine Tanzey by deed dated May 25, 1926, and recorded in Book 1196, page 197 of Deeds, said corner being South 7° 04' 52.98" West 11,211.26 feet from corner No. 1 of said Rancho; thence Southerly along the Westerly line of said Tanzey Tract and along Easterly boundary of said Rancho 319.12 feet to the Southwesterly corner of tract described in Parcel 1: thence North 87° 51' 13" West 120.40 feet; thence North 6° 52' 50" East 317.63 feet; thence South 88° 30' 40" East 121.85 feet to the point of beginning.

1  DEFENDANTS CLAIM THE RIGHT TO USE ALL THE WATER FROM
EXISTING WELLS ON PROPERTY TO IRRIGATE THE COMPLETE PROPERTY
2  OF 4.2 ACRES. ALSO THE DEFENDANTS CLAIM THE RIGHT TO DRILL
NEW WELLS OR TO DEEPEN OR ENLARGE ANY EXISTING WELLS ON
3  THIS PROPERTY.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Mark B McCahon*

*Mac E. McCahon*

Defendants in propria persona

Dated: May 12, 1958

10424