Edgar A. Richards, Jr. and Ruth M. Richards
Defendants in propria persona
Route 2, Box 118
Fallbrook, California

FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

Edgar A. Richards, Jr.
and
Ruth M. Richards

The defendants, Edgar A. Richards, Jr. and Ruth M. Richards each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 80 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10425

COPY RECEIVED    INDEXED

This land is Riparian land; approximately seventy (70) acres are tillable and are used for grazing cattle and raising fowl. Defendants are planning an avocado and citrus orchard of approximately 45 acres. Defendants are irrigating portions of this land at present and will in the future to a much greater extent. Water is obtained from three (3) wells now with plans for installing two more wells.

Defendants claim the right to use three hundred (300) acre feet of water per year on this land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Edgar H. Richards*

*Ruth M. Richards*

Defendants in propria persona
Route 2, Box 118
Fallbrook, California

Dated: May 10, 1958

10426

EXHIBIT "A"

These answering defendants own eighty (80) acres of land, more particularly described as follows:

The West Half of the Southwest Quarter of Section 11, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to the United Sates Government Survey approved September 11, 1879.

10427