S.O. & Celona Gentry
Defendants in propria persona
884 No. Knollpark Ln.
Fallbrook Calif.

FILED
MAY 15 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William W. [illegible]

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
S.O. & Celona Gentry

The defendants, S.O. & Celona Gentry each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own One acres of land in San Diego County County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10436

COPY RECEIVED

INDEXED

I want the right to Water from Fallbrook Public Utility District for Fifty Trees and A Garden and Lawn and Flowers and the right to Dig A Well some time

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Sherman C. Gentry_
_Celoma Gentry_
Defendants in propria persona

Dated: Apr. 10- 1958

10437

Exhibit A

Discription of Property
Lot 17 of Donath and Pierce Tract in the County of
San Diego State of California, according to Map
thereof No.2310, Filed in the Officeof the County
Recorder of San Diego County April 16 1946

10438