*Otto J Kolb*
*Lillian C Kolb*
*John J Kolb*
*Louise Kolb*

FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____

1  Defendants in propria persona
2  3143 Russell St
3  San Diego 6, Calif.

4              IN THE UNITED STATES DISTRICT COURT
5                 SOUTHERN DISTRICT OF CALIFORNIA
6                        SOUTHERN DIVISION

7  UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
8                Plaintiff,         )
9                                   )   ANSWER OF DEFENDANTS
        v.                          )   Otto J Kolb
10                                  )   Lillian C Kolb
   FALLBROOK PUBLIC UTILITY         )   John J Kolb
11 DISTRICT, ET AL,                 )   Louise Kolb
12              Defendants.         )

13      The defendants, Otto J Kolb, Lillian C Kolb, John J Kolb, Louise Kolb
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:

17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
              AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own  1  lot of land in San Diego
27
   County, California, and within the watershed of the Santa Margarita
28
   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31

32
                                                           10430

COPY RECEIVED                                              INDEXED

Reserve right to obtain water from Fallbrook Public Utility District; also to reserve right to drill wells on our property.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Otto J. Kolb*
*Lillian E. Kolb*
*Geo. F. Kolb*
*Louis Kolb*

Defendants in propria persona

Dated: 5-12-58

10440

EXHIBIT "A"

Lot 10, Block 36 of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 567, filed in the office of the Recorder of San Diego County, October 9, 1888; EXCEPTING therefrom the East 50 feet thereof.

10441