IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DISTRICT

**FILED**

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT
and defendants Grace W. Cope and
Morris B. Cope listed on page 10
of Exhibit "A",

        Defendants.

No. 1247-SD-C

ANSWER

To the UNITED STATES OF AMERICA, Plaintiff:

Defendants Grace W. COPE and Morris B. COPE, do not have sufficient information to answer all the allegations in the complaint. Therefor they enter a general denial to all allegations as applied to their interests.

These answering Defendants have only a beneficial interest under a trust deed to the following described property ; Par. 54— 178— 5 (Exc 5-A and 5-B) Sec.24-9-4W.

Dated May 9, 1958.

    *Grace W. Cope*
Grace W. COPE,   Defendant
787 Colima St.,La Jolla, Calif.

    *Morris B Cope*
Morris B. COPE   Defendant.
787 Colima St., La Jolla, Calif.

Original.

10442

COPY RECEIVED        INDEXED