FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

Defendants in propria persona
Anna Doerrer and Amy D. Roberts, P.O. Box 563, Fallbrook, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
      Plaintiff,
   v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
      Defendants.

ANSWER OF DEFENDANTS

Anna Doerrer and
Amy D. Roberts

The defendants, Anna Doerrer and Amy D. Roberts, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I to V, inclusive, of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2-3/4 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10443

INDEXED

COPY RECEIVED

Exhibit A

Anna Doerrer and Amy D Roberts..................................................
..................................................................................
For and in consideration of Ten and no100ths....................Dollars,
Do.......hereby grant to Anna Doerrer and Amy D Roberts, mother and daughter

As joint tenents
..................................................................................
All that Real Property situated in the
State of California, described as follows:
        That portion of Lot 2 of Section 20, Township 8 South, Range 4 West, S.B.M, particularly described as follows:
        Beginning at a point in the South line of said Lot 2, 435 feet East of the Southwest corner thereof; thence East along the Southerly line of said Lot, 536 feet; thence North 19° East 103 feet to a point; thence Northwesterly to a point 340 feet North of the point of beginning; thence South 340 feet to the point of beginning, excepting all coal and other minerals in said land, as Reserved in Patent from United States of America, recorded in Book 14 page 268 of Deeds.
        Also all right, title and interest in and to that certain permit to drill well and use water, recorded August 2, 1949 in Book 3275 pages 132 and 133 of Official Records in the office of the Recorder of said San Diego County.

1.     County taxes for the fiscal year 1949-50 now a lien, but not payable until November 1, 1949.

2.     Special assessment taxes of the Middle San Luis Rey soil Conservation District, which said special assessment taxes are included in and made a part of the County taxes.

3.     An easement over any portion of the property herein described included in a private road of 40 feet in width over, in and across that portion now owned by Edward C Richman, of Lots 1 and 2 in the Northeast quarter of Section 20, Township 8 South, Range 4 West; the said right of way beginning at a point 338 feet West of the Southeast corner of said Lot 2, thence extending in a Northeasterly direction approximate distance of 800 feet to the De Lux Creek, and incidental purposes as granted to Ralph W. Hiestand, in deed recorded September 26, 1935 in Book 441, page 113, Official Records.

4.     The right to prospect for, mine and remove all coal and other minerals in said land as reserved by United States of America in deed recorded October 20, 1924 in book 441 14, page 268 of deeds

5.     Any adverse title or claim of interest of the United States of America, or claimants thereunder, and any action or proceeding by the United States of America, now commenced or hereafter instituted to enforce or establish any right withheld or preserved by conditions of land grants or other acts of Congress.

                                              *Anna Doerrer*
                                              *Amy N. Roberts*

10444

This land is riparian land; 2-3/4 acres are tillable to be used for avocados, lemons or deciduous.

Defendants have irrigated portions of this land in the past and water for this purpose has been used from a well on the property.

Defendants claim the right to use six (6) acre feet of water per year from wells and from a tributary of the DeLuz Creek.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Anna Poerner*

*Amy D Roberts*

Defendants in propria persona

Dated: 5-12-58

10445