William H. Hitt and Ruth A. Hitt
Defendeants in propia persona
Rt. 2 Box 176
Fallbrook, California

**FILED**

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> FALLBROOK PUBLIC UTILITY <br> DISTRICT, ET AL, <br> Defendants, | CIVIL NO. 1247 - SD - C <br><br> ANSWER OF DEFENDANTS <br><br> WILLIAM H. HITT AND <br> RUTH A. HITT |

The defendants, William H. Hitt and Ruth A. Hitt, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by William H. Hitt and Ruth A. Hitt (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own two (2) acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

The defendants state that they have requested the Office of Ground Water Resources, MCB, Camp Joseph H. Pendleton, California

10446

COPY RECEIVED

INDEXED

to survey their property; that no conflict with the findings of such survey is anticipated; but that, lacking report from the Office of Ground Water Resources at this time, the defendants claim that approximately 1.75 acres of their land is fertile and tillable, and for this land they claim four and two-tenths (4.2) acre feet of water per acre.

II

The defendants state that well water has been used beneficially on their property in the past; and the defendants claim right to place wells on their property in the future, and beneficially use on the property any such water obtained.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amedatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*William H. Hitt*
William H. Hitt

*Ruth A. Hitt*
Ruth A. Hitt

Defendants in propria persona

Dated: May 12, 1958

10447

EXHIBIT A

The West 300 feet of the East 600 feet of the North 290.40 feet of the Southwest Quarter of the Northwest Quarter of Section 12, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California

Exhibit A

Exhibit A

10448