VERNON D. SIMPSON AND ANNA B. SIMPSON
Defendants in propria persona
ROUTE 2 BOX 193, FALLBROOK, CAL.

**FILED**

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br><br>　　　　　Defendants, | CIVIL NO. 1247 - SD - C<br><br>ANSWER OF DEFENDANTS<br><br>VERNON D. SIMPSON AND<br>ANNA B. SIMPSON |

　　The defendants, VERNON D. SIMPSON AND ANNA B. SIMPSON each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

　　ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
　　　　AMENDATORY COMPLAINT

　　These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

　　AFFIRMATIVE STATEMENT OF RIGHTS

　　These defendants own 1.6 acres of land in RIVERSIDE County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10449

COPY RECEIVED

INDEXED

EXHIBIT A

DESCRIPTION OF PROPERTY OWNED BY VERNON D. SIMPSON AND
ANNA B. SIMPSON, HUSBAND AND WIFE
AS JOINT TENANTS.

That portion of the Southerly 50 feet of the Southeast Quarter of the Northeast Quarter and the North Half of the North Half of the Northeast Quarter of the Southeast Quarter of Section 36, Township 8 South, Range 3 West, San Bernardino Meridian, in the County of Riverside, State of California, described as follows:
Commencing at the Southeast corner of the Northeast Quarter of said Section; thence Notherly, along the Easterly line of said Northeast Quarter of said Section, 50 feet; thence Westerly, along the Northerly line of the Southerly 50 feet of the Northeast Quarter of said Section, 442.96 feet more or less, to the Northeast corner of that certain parcel of land conveyed to Harry Elwood Emery, et ux, by deed filed for record March II, 1947 as Instrument No 1318, the true point of beginning; thence Southerly, along the Easterly line of said parcel, 215 feet, more or less, to the Southerly line of the North Half of the North Half of the North Half of the Northeast Quarter of the Southeast Quarter of said Section; thence Easterly, along said Southerly line of said North Half of the North Half of the North Half of the Northeast Quarter of the Southeast Quarter to the Westerly line of the State Highway as shown on Record of Survey on file in Book 12, page 61 of Records of Survey, Riverside County Records; thence Northerly, along said Westerly line of Said State Highway, as shown on said Record of Survey, to the Northerly line of the Southerly 50 feet of the Northeast Quarter of said Section: then ce Westerely along said Northerly line of said Southerly 50 feet of the Northeast Quarter, to the point of beginning;
EXCEPTING therefrom that portion thereof conveyed to the State of California by deed filed for record August 20, 1948 as Instrument No 2858
Said property is shown on record of Survey on file in Book 12, page 61 of Records of Survey, Riverside County Records.

10450

## AFFIRMATIVE STATEMENT OF RIGHTS

The defendants state that they have not requested the Ground Water Resources to survey their property, however are invited to do so at their convenience. We feel that no conflict with the findings of such a survey is anticipated; but that lacking report document from the Ground Water Resources at this time, the defendants claim that approximately one and one half (1½) acres of their land is fertile and tillable and for this land they claim four and two-tenths (4.2) acre feet of water per acre.

## II

The defendants state that well water is being used beneficially on their property, and the defendants claim right to place more wells on their property in the future, and beneficially used on the property any such water obtained.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*/s/ [signature]*
*/s/ Anna B. Simpson*
Defendants in propria persona

Dated: May 10, 1958.

10451