VINCENT P. PELLANDA AND MARIAN V. PELLANDA
Defendants in propria persona
Rt. 2 Box 172, Fallbrook, Calif.

FILED
MAY 15 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants,

CIVIL NO. 1247 - SD - C
ANSWER OF DEFENDANTS
VINCENT P. PELLANDA AND
MARIAN V. PELLANDA

The defendants, VINCENT P. PELLANDA AND MARIAN V. PELLANDA each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 3 acres of land in SAN DIEGO. County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10452

INDEXED

AFFIRMATIVE STATEMENT OF RIGHTS

The defendants state that they have requested the Ground Water Resources to survey their property; that no conflict with the findings of such survey is anticipated; but that, lacking report from the Ground Water Resources at this time, the defendants claim that approximately three (3) acres of their land is fertile, and tillable, and for this land they claim four and two-tenths (4.2) acre feet of water per acre.

II

The defendants state that well water is being used beneficially on their property, and the defendants claim right to place more wells on their property in the future, and beneficially use on the property any such water obtained.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Vincent P. Pellanda*

*(Mrs) Maria W. Pellanda*

Defendants in propria persona

Dated: May 8, 1957.

10453

EXHIBIT A
DESCRIPTION OF PROPERTY OWNED BY VINCENT P. PELLANDA AND MARIAN V. PELLANDA
HUSBAND AND WIFE AS JOINT TENANTS

>The West 330 feet of the North 429 feet of the East Half of the Northwest Quarter of the Northwest Quarter of Section 12, Township 9 South, Range 3 West, San BernardinoMeridian, in the County of San Diego, State of California, according to United States Government Survey approved Sept. 11, 1879

10454