J.D. Harrison & Velma Lee Harrison
Defendants in propria persona
P.O. Box 75 Fallbrook Calif

FILED
MAY 15 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By [signature] DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
Defendants.

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS J.D. Harrison & Velma Lee Harrison

The defendants, J.D. Harrison & Velma Lee Harrison each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2/3 acres of land in San Diego County County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10455

INDEXED

I have [illegible] 1 lemon 1 walnut 1 tangerine 35 Avocados 2 Peach trees 2 orange 1 Plum 1 Grapefruit I certainly wouldn't want to loose the Privilege of Digging a well should should it ever become necessary. I have no dolia in gallons or acre feet the amt of water I would use in a year, due to consuming water this 94 my grove was almost a complete failure. I am not familiar with the allegations made against the Fallbrook Utility Dist & the land owners, therefore I don't consider my self capable of making any decisions one way or other. Had I known about this water enemy I would have came to California in the first place.

C. J. Harrison & Velma Lee Harrison

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

2/3 of acre in Section 20

Defendants in propria persona

C. J. Harrison & Velma Lee Harrison

P.O. Box 75 Fallbrook Calif

Dated: May 12th 1958

10456

Exhibit A

Lot 11 of Smith & Pina Tract In the County of Sandiego State of California, according to Map thereof, No 2310 filed in the office of the County Recorder of Sandiego Co April 16, 1946