N. C. THORESON and GLADYS M. THORESON
Defendants in propria persona
645 So. Alturas
Fallbrook, California

**FILED**
MAY 15 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>　　　　　Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF<br>N. C. THORESON and GLADYS M. THORESON |

The defendants, N. C. THORESON and GLADYS M. THORESON each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 7.38 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10458

COPY RECEIVED

INDEXED

EXHIBIT A

PARCEL #1.

All that portion of the Rancho Santa Margarita y Las Flores, in the County of San Diego, State of California, as delineated upon a map in Book 7, page 39 of Patents in the office of the Recorder of said San Diego County, and as shown by Record of Survey Maps Nos. 794 and 831, records of San Diego County, described as follows:
Beginning at the Northeast corner of Lot 3, Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, thence South 1°01'50" West, 516.34 feet; thence North 88°37'10" West crossing the East line of said Rancho Santa Margarita, 448.34 feet to the fence line of said Rancho, as shown on said Record of Survey Map No. 831; thence along said fence line South 6°52'50" West, 502.30 feet to the true point of beginning; thence South 88°37'10" East, 124 feet to the Easterly line of said Rancho; thence along the Easterly line of said Rancho South 7°04'52.98" West, 607.82 feet to the Southeast corner of the tract of land conveyed by Union Title and Trust Company to Clarence H. Jacobs, et ux, by deed recorded in Book 1138 page 323 of Official Records; thence along the South line of said land of Jacobs North 88°30'40" West, 121.85 feet to the Southwest corner thereof; thence along the Westerly line of said land of Jacobs, North 6°52' 50" East, 607.37 feet to the true point of beginning.

PARCEL #2.

All that portion of said Lot Three, Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows:
Beginning at the Northeast corner of said Lot 3; thence South 1°0'50" West, 516.34 feet; thence North 88°37'10" West crossing the East line of said Rancho Santa Margarita 448.34 feet to the fence line of said Rancho, as shown on said Record of Survey Map No. 831; thence along said fence line South 6°52'50" West, 502.30 feet; thence South 88°37'10" East, 124 feet to the Easterly line of said Rancho being the true point of beginning; thence continuing South 88°37'10" East, 375.68 feet to the East line of said Lot 3; thence South 1°0'50" West 302.30 feet to the Southeast corner of said Lot 3; thence Westerly along the South line of said Lot 3 to the Easterly line of said Rancho; thence along said Easterly line of said Rancho North 7°04'52.98" East to the true point of beginning.

PARCEL #3.

All that portion of Lot Four of said Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows:
Beginning at the Northeast corner of said Lot 4; thence South along East line of said Lot 4, 304.30 feet; thence North 89°18' West to the Easterly line of said Rancho, thence Northerly along said Easterly line of said Rancho to the Northwest corner of said Lot 4; thence Easterly along the North line of said Lot 4 to the point of beginning.

------------

10453

1  Defendants claim all riparian rights to waters percolating through their land, whether from springs or streams or wells, etc.
2  and to take water from the land -- whether for domestic, industrial, business or irrigation purposes. They have a home, a garden and
3  family fruit trees.

4  They have in addition 470 Avocado trees, 8 to 12 years old. On their vacant land they plan to plant more trees in the future, as
5  recommended by the United States Soil Conservation Service. For each this purpose they claim the right to use 32 acre-feet of water next
6  year.

7  In addition to the claim and uses as herein made, the defendants claim all the rights of overlying landowners to any water which
8  may originate in or under or cross their land. Defendants claim the right to drill and dig wells and exercise water reclamation
9  and conservation practices as now or may be known.

10  Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public
11  Utility District on file in these proceedings.

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*N. C. Thoreson*

      N. C. Thoreson   and

*Gladys M. Thoreson*

      Gladys M. Thoreson

Defendants in propria persona

645 So. Alturas
Fallbrook,
California

Dated: *April 28 - 1958*

10460