Cooper Ida

Defendants in propria persona
502 N. Hill St. Fallbrook Calif

FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,         )      CIVIL NO. 1247 - SD - C

            Plaintiff,            )      ANSWER OF DEFENDANTS

      v.                          )      Ida Cooper

FALLBROOK PUBLIC UTILITY          )
DISTRICT, ET AL,                  )

            Defendants,           )

      The defendants, Ida Cooper

each severing from their co-defendants and each for himself or her-

self alone, in answer to the Complaint and Supplementary and Amenda-

tory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

      These answering defendants hereby incorporate by reference

all of the allegations contained in the answer to said Complaint and

Supplementary and Amendatory Complaint filed in this case by Newton

T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

of the portion thereof entitled "Affirmative Statement of Rights")

and make each and all of said allegations a part of this answer

the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

      These defendants own 2.11 acres of land in San Diego

County, California, and within the watershed of the Santa Margarita

River, more particularly described in the document attached hereto,

marked Exhibit A, which is hereby incorporated by reference as a

part of this statement.

10461

COPY RECEIVED                                    INDEXED

1  I have a drilled well 450' feet deep - 10"top to 8"dia,
2  put down in 1935, not used the last 10 years.
3  but want the right to use it if I have to. to water
4  30 trees 2 years old. want to plant the remainder
5  with citrus and avocado. when I can be sure
6  to have reasonable and sufficient water, not
7  at 1957 price. I cannot afford to.
8  I need 8.86 acre feet for the 2.11 acres —

18      WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

_____

_Ida Cooper_
      Defendants in propria persona

Dated: May 12 - 1958

10462

Portion Lot 1, Section 24, Township 9 Range 4 West, San Bernardino Meridian, in the County of San Diego

Beginning at the northeast corner of said Lot 1; thence along the East line of said Lot 1. South °28' West 557.76 feet to the northeast corner of the tract of land conveyed to Zimmerman by deed recorded in Book 1495, page 258 of Deeds; thence along the north line of said land of Zimmerman north 89° 13' 30" West 165.00 feet; thence parallel with the East line of said Lot 1 north 0° 28' East 557.76 feet to north line of said Lot 1; thence along said north line South 89° 13' 30" East 165.00 feet to the point of beginning

10463