1  Donald N. Radmacher and Julietta L. Radmacher
   Defendants in propria persona
2  870 Knollpark Lane, Fallbrook, Calif.

FILED
MAY 15 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, ) CIVIL NO. 1247 - SD - C
    v. ) ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY ) Donald N. Radmacher
DISTRICT, ET AL, ) and
        Defendants. ) Julietta L. Radmacher

    The defendants, Donald N. Radmacher & Julietta L. Radmacher each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 3/4 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10464

COPY RECEIVED        INDEXED

1  Defendants are now serviced with water
2  from the Fallbrook Public Utility District
3  and claim the right to drill a well
4  in the future for domestic use, watering
5  lawns and shrubbery, irrigating 52 avacado
6  trees, 1 lemon tree, 2 orange trees, 2 lime
7  trees, 1 grapefruit tree, 1 peach tree and
8  2 tangerine trees.

    WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

                      Donald M. Radmacher

                      Julietta L. Radmacher
                      Defendants in propria persona

Dated: May 7, 1958

10465

6613 PAGE 444

**Bank of America**
NATIONAL TRUST ASSOCIATION

TITLE ORDER NO. _____
ESCROW NO. 133-4365

I. R. S. $ 7.15

WHEN RECORDED PLEASE RETURN TO

Donald N. Radmacher
527 N. Main Street
Fallbrook, California

# Grant Deed
### INDIVIDUAL

"Exhibit A"

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
GRANT A. REILLY and DOROTHY J. REILLY, husband and wife, ----------

do hereby GRANT to
DONALD N. RADMACHER and TRULETTA L. RADMACHER, husband and wife, as joint tenants,

all that real property situated in the .................................... County of San Diego,
State of California, described as follows:

Lot 16 of Donath and Pierce Tract, in the County of San Diego, State of
California, according to Map thereof No. 2310, filed in the office of the County
Recorder April 16, 1946.

DATED: May 14, 1957.

Grant A. Reilly
Dorothy J. Reilly

STATE OF CALIFORNIA
COUNTY OF San Diego } ss.

On May 17, 19 57, before me, the
undersigned, a Notary Public in and for said San Diego
County and State, personally appeared
Grant A. Reilly and Dorothy J. Reilly

known to me to be the person S whose name S are
subscribed to the within instrument and acknowledge to me
that t he y executed the same.

WITNESS my hand and official seal.

Frances Damken

Notary Public in and for said San Diego County and

-- (NOTARIAL SEAL) --

(FOR COUNTY RECORDER'S USE ONLY)

DOCUMENT No. 85380
RECORDED AT REQUEST OF
UNION TITLE INSURANCE & TRUST COMPANY
JUN 10 1957
at 9:00 A.M.
BOOK 6613 PAGE 444
OFFICIAL RECORDS
County of San Diego, California
Fee $ 0.00
ROGER N. HOWE, County Recorder
By _____ Deputy
COMPARED