SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

**FILED**

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )  No. 1247-SD-C
    vs. ) ANSWER OF DEFENDANT
FALLBROOK PUBLIC UTILITY DISTRICT, ) GEORGIA WALLING
a public service corporation of the )
State of California, et al., )
        Defendants. )

      Defendant   GEORGIA WALLING, a single woman, answering plaintiff's Complaint and Supplement to Complaint for   herself   alone and not for any other defendant, admits, deny and allegesas follows:

### FIRST DEFENSE

I

      Defendant   has   no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deniesall of said allegations for want of information or belief.

II

      Answering paragraph V of plaintiff's Original Complaint herein, defendant   admits   the litigation

- 1 -

COPY RECEIVED

10477

INDEXED

referred to and admits that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendant denies that parties to said litigation or in any way bound thereby; and denies that said stipulated judgment determines the rights of plaintiff against defendant.

### III

Denies the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendant has no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore denies all of said allegations for want of information or belief.

### V

Denies the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT ALLEGES :

### I

Defendant is the owner of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendant claims water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendant located in the South 1/2 of

Section 25, Township 8 South, Range 5 West, are traversed by Camps Creek, which flows through said lands in a generally westerly to easterly direction. All of said lands are riparian to Camps Creek and defendants asserts full correlative riparian rights to the use of the waters of said stream on said lands.

The remainder of the lands of defendant are not riparian to any stream, but overlie large quantities of percolating ground waters and contain many springs. Defendant asserts full correlative rights to the use of the percolating ground waters underlying her lands, and full and absolute rights to the use of the springs rising upon her lands. A reasonable irrigation duty for the lands of defendant is 4.2 acre feet per acre per year.

WHEREFORE, defendant prays judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendant is the owner of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendant in and to her rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by  
Attorneys for defendant

EXHIBIT A

Lots one and two, the southeast quarter of the northwest quarter and the southwest quarter of the northeast quarter of Section thirty in Township eight south of Range four west and the northeast quarter and the southwest quarter of Section Twenty-five in Township eight south of Range five west of the San Bernardino Meridian, California, containing four hundred eighty-one acres and seventy-three hundredths of an acre.

Southeast quarter of Section twenty-five in Township eight south of Range five west of the San Bernardino Meridian, California, containing one hundred sixty acres.

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF CALIFORNIA,
COUNTY OF __San Diego__ } ss.

1247 SD C

Franz R. Sachse _____, being first duly sworn, says: That affiant, whose address is

1092 S. Main St., Fallbrook, Calif.

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached __Answer of defendant Georgia Walling__

(Copy title of paper served)

on the __Plaintiff__ in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

Hon. J. Lee Rankin, Room 332, 325 W. F Street, San Diego, Calif.

(Name and address as shown on the envelope)

sealed and deposited on the __13__ day of __May__, 195__8__, in the United States Mail at

Fallbrook, San Diego, Calif.
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __13__

day of __May__, 195__8__

_____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires __May 25, 1961__

10482