BUSCH & MARONEY
ATTORNEYS-AT-LAW
207 NORTH 2ND AVE.  •  PHONE YUKON 2-1562
UPLAND, CALIFORNIA



FILED
MAY 15 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br><br>    Defendants. | CIVIL NO. 12-47 SD-C<br><br>ANSWER OF DEFENDANTS, CLENTIE G. HOWARD AND BIRDIE M. HOWARD |

The defendants, Clentie G. Howard and Birdie M. Howard, each severing from their co-defendants and each for himself and herself alone, in answer to the complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

              ANSWER TO COMPLAINT AND SUPPLEMENTARY
              AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer, the same as if herein set forth at length.

                      AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own  10  acres of land in San Diego County California more particularly described in the description thereof attached hereto, marked Exhibit "A", which is hereby incorporated by

BUSCH & MARONEY
ATTORNEYS-AT-LAW
207 NORTH 2ND AVE.
PHONE YUKON 2-1562
UPLAND, CALIFORNIA

COPY RECEIVED

INDEX 10467

1  reference as a part of this statement.

2  II

3  That these defendants and their predecessors in title have
4  improved said property and placed all of said property to
5  beneficial use, and have dug wells and have extracted from said
6  wells water for the use and benefit of said property; that said
7  property to the extent of  6  acres thereof is devoted to a
8  lemon grove and avocados; that defendants for more than 13 yrs
9  years have conducted a poultry farm upon said property with a
10 flock of 1000 laying hens, all of which require the use of
11 water as an adjunct thereto; that in addition, defendants maintain,
12 and have maintained for more than 13 years last past, a rabbitry
13 upon said premises which requires the use of water; that said
14 property is further improved with a residence in which these
15 defendants reside, which requires the use of domestic water; that
16 defendants require for the uses aforesaid a minimum of 10
17 acre feet of water per annum, which said amount has been put to
18 beneficial use upon said property.

19 FOR A FURTHER, OTHER AND SEPARATE DEFENSE TO PLAINTIFF'S
20 SUPPLEMENTARY AND AMENDATORY COMPLAINT THESE ANSWERING DEFENDANTS
21 ALLEGE:

22 I.

23 Reallege and reaver each and every allegation contained in
24 paragraph I of these answering defendant's first affirmative
25 statement of rights above, as completely as though set forth in
26 full herein.

27 II.

28 That these defendants are informed and believe and upon such
29 information and belief allege that their said real property does
30 not, nor any part thereof, lie within the watershed of the Santa
31 Margarita, but does in truth and in fact lie within the watershed
32 of the San Luis Rey or its tributary.

BUSCH & MARONEY
ATTORNEYS-AT-LAW
857 NORTH 2ND AVE.
PHONE YUKON 2-1562
UPLAND, CALIFORNIA

10468

FOR A FURTHER, OTHER AND SEPARATE DEFENSE AND AFFIRMATIVE STATEMENT OF RIGHTS TO PLAINTIFF'S SUPPLEMENTARY AND AMENDATORY COMPLAINT THESE ANSWERING DEFENDANTS ALLEGE:

I.

Reallege and reaver each and every allegation contained in paragraph I of these answering defendant's first affirmative statement of rights above, as completely as though set forth in full herein.

II.

That these answering defendants have through their extraction of percolating water underlying their said real property openly and adversly obtained and now are the possessors of a prescriptive right to take __10__ acre feet of water from the percolating waters underlying their said real property.

FOR A FURTHER, OTHER AND SEPARATE DEFENSE AND AFFIRMATIVE STATEMENT OF RIGHTS TO PLAINTIFF'S SUPPLEMENTARY AND AMENDATORY COMPLAINT THESE ANSWERING DEFENDANTS ALLEGE:

I.

Reallege and reaver each and every allegation contained in paragraph I of these answering defendant's first affirmative statement of rights above, as completely as though set forth in full herein.

II.

That these answering defendants as  overlying owners of land described in Exhibit "A" hereto attached having a paramount right to the percolating waters underlying their said real property to the extent of the water reasonably necessary for use on their overlying land, which these answering defendants allege to be __10__ acre feet per annum.

WHEREFORE, these answering defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Com-

BUSCH & MARONEY
ATTORNEYS-AT-LAW
207 NORTH 2ND AVE.
PHONE YUKON 2-1562
UPLAND, CALIFORNIA

10453

plaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*/s/ Clentie G. Howard*
*/s/ Birdie M. Howard*
DEFENDANTS

BUSCH & MARONEY
BY */s/ Henry McBusch*
Attorney for Defendants

STATE OF CALIFORNIA ) ss.
COUNTY OF SAN BERNARDINO )

Clentie G. Howard and Birdie M. Howard, being sworn says: That they are the defendants in the above entitled action; that they have read the foregoing ANSWER TO COMPLAINT, and know the contents thereof; that the same is true of their own knowledge, except as to the matters which are therein stated on their information or belief and as to those matters that they believe it to be true.

*/s/ Clentie G. Howard*
*/s/ Birdie M. Howard*

Subcribed and sworn to before me this 10 day of May, 1958.

*/s/ Velma E. Smith*
Notary Public in and for said County and State. My Commission Expires April 9, 1960

BUSCH & MARONEY
ATTORNEYS-AT-LAW
267 NORTH 2ND AVE.
PHONE YUKON 2-1562
UPLAND, CALIFORNIA

10470

Exhibit "A"

Lot 6 of Rainbow, County of San Diego, State of California, according to Map thereof No. 477, filed in the office of the recorder of San Diego County January 10, 1888.

BUSCH & MARONEY
ATTORNEYS-AT-LAW
307 NORTH 2ND AVE.
PHONE YUKON 2-1562
UPLAND, CALIFORNIA

10471