SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )
   vs. )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al., )
        Defendants. )

No. 1247-SD-C

ANSWER OF DEFENDANTS
MERCY ANDERSON (Sued herein
as MERCY E. PYEATT) and
NILER R. PYEATT

    Defendants MERCY ANDERSON (sued herein as MERCY E. PYEATT) and NILER R. PYEATT, answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

FIRST DEFENSE

I

    Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

    Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

COPY RECEIVED     INDEXED

10472

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows: The lands of defendant contain approximately 12 acres of arable and irrigable

- 2 -

10473

lands, and are traversed by an un-named tributary of Camps Creek which flows through the southeast corner of said lands, in a generally westerly to easterly direction. All of said lands are riparian to said stream. The lands of defendant also contain many springs two of which have been developed by defendants for domestic and agricultural use. The lands of defendants are also underlain with percolating ground waters not yet a part of any stream and defendants claim full correlative rights to the use of said ground waters. A reasonable water duty for the lands of defendants is an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by _____
Attorneys for defendant

- 3 -

EXHIBIT A

The Northwest 1/4 of the Northwest 1/4 of Section 31, Township 8, Range 4 West, San Bernardino Meridian, containing 40 acres more or less.

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF __San Diego__ } ss.        1247 SD C

__FRANZ R. SACHSE_____, being first duly sworn, says: That affiant, whose address is

__1092 S. Main Street, Fallbrook, Calif._____
is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached __Answer of Defendants Mercy Anderson and Niler R. Pyeatt__

(Copy title of paper served)

on the __Plaintiff_____ in said action, by placing a true copy thereof in an envelope addressed
       (Name of party served)
as follows:

__Hon. J. Lee Rankin, Room 332, 325 W. F St., San Diego 1, Calif.__

(Name and address as shown on the envelope)

sealed and deposited on the __13__ day of __May__, 195__8__, in the United States Mail at

__Fallbrook, San Diego, California__
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __13__

day of __May__, 195__8__

m _____
Notary Public in and for said County and State

(SEAL)
Stuart FORM 23                My Commission expires __May 25, 1961__    10476