IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

FILED
MAY 15 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
DEPUTY CLERK

Kenneth Marion Brittingham (single)
of
P. O. Box No. 1
Cedar Glen, San Bernardino County, California
Telephone Number: Arrowhead 5283

Defendant

UNITED STATES OF AMERICA       )
                               )
            Plaintiff          )
                               )   No. 1247-SD-C
            vs.                )
                               )
FALLBROOK PUBLIC UTILITY       )
DISTRICT, et al.,              )
                               )
            Defendants         )

Comes now the defendant Kenneth Marion Brittingham and for himself alone and answering Plaintiff's "COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT", Summons on which was issued on April 9, 1958, on file, denies each and every material allegation contained therein.

/s/ Kenneth Marion Brittingham
Kenneth Marion Brittingham

May 12, 1958

Sent by U. S. Mail:

Original and Copy......To:   The United States District Court
                             Southern District of Calif.,
                             Southern Division
                             Court Room No. 2, 325 West "F" Street,
                             San Diego 1, California

Two Copies.............To:   J. Lee Rankin
                             Solicitor General
                             Room 332,
                             325 West "F" Street
                             San Diego 1, California

COPY RECEIVED                                        10483

INDEXED