FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

1   Defendants in propria persona *William F. Cook*
2   *402 E. Porter St. Fallbrook, Cal*

4           IN THE UNITED STATES DISTRICT COURT
5              SOUTHERN DISTRICT OF CALIFORNIA
6                    SOUTHERN DIVISION

8   UNITED STATES OF AMERICA,           )   CIVIL NO. 1247 - SD - C
                Plaintiff,              )   ANSWER OF DEFENDANTS
10        v.                            )   *William F. Cook*
11  FALLBROOK PUBLIC UTILITY            )
    DISTRICT, ET AL,                    )
12              Defendants.             )

13      The defendants, *William F. Cook*
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:

            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT

        These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

                    AFFIRMATIVE STATEMENT OF RIGHTS
        These defendants own *3* acres of land in *San Diego*
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

                                                        10380

COPY RECEIVED                                           INDEXED

Parts of Blocks A-B-C & D.
Block 66 Villingers Sub.,
Townsight of West Fallbrook
Map thereof No 567 San Diego
County

10381


1 I Receive Water from Fallbrook
2 Public Utility District,
4 I have been using Four (4)
5 acre feet pr. year, Irrigation Lemons,
6
7 Home, family orchard, Hens etc.
8 The property will grow all kinds
9 of crops being frost proof during
10
11 the 23 yrs. I have lived here
12 No Wells or creeks on property.

18     WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

                                                          William F. Cook

                                          Defendants in propria persona

32 Dated: May 12, 1958

                                                                      10382