**FILED**

MAY 15 1358

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

1 ERNEST C. COOK AND LETTIE A. COOK
Defendants in propria persona
2 914 North Olive Ave.,
Fallbrook, California
3

4        IN THE UNITED STATES DISTRICT COURT

5          SOUTHERN DISTRICT OF CALIFORNIA

6              SOUTHERN DIVISION

7
UNITED STATES OF AMERICA,          )    CIVIL NO. 1247 - SD - C
8                                   )
                 Plaintiff,         )    ANSWER OF DEFENDANTS
9                                   )
         v.                         )
10                                  )    ERNEST C. COOK AND LETTIE A. COOK
FALLBROOK PUBLIC UTILITY            )
11 DISTRICT, ET AL,                 )
                                    )
12             Defendants,          )

13      The defendants, ERNEST C. COOK AND LETTIE A. COOK

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17      ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
              AMENDATORY COMPLAINT
18

19      These answering defendants hereby incorporate by reference

20 all of the allegations contained in the answer to said Complaint and

21 Supplementary and Amendatory Complaint filed in this case by Newton

22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23 of the portion thereof entitled "Affirmative Statement of Rights")

24 and make each and all of said allegations a part of this answer

25 the same as if herein set forth at length.

26           AFFIRMATIVE STATEMENT OF RIGHTS

27      These defendants own 3/4 acres of land in SAN DIEGO

28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.

32

                                            10383

COPY RECEIVED                               INDEXED

## Exhibit A

A portion of Block 66 of West Fallbrook as per Map No. 567, in the County of San Diego, State of California, Being also known as a portion of Block "D", Villinger Subdivision of Block 66, Townsite of West Fallbrook, Map No. 333, records of said County, and a portion of the alley in said Block "D" as vacated by order of the Board of Supervisors, March 1, 1920, and recorded in Book 751, page 100 of Deeds, records of said County, described as a whole as follows, to-wit:

Beginning at the Southeast corner of said Block 66, thence along the South line thereof North 89°13'30" West 141.30 feet, thence parallel to the East line of said Block 66 North 0°20'30" East 208.10 feet, thence North 88°12'30" East 141.40 feet to the said East line of Block 66, thence thereon South 0°20'30" West 214.43 feet to the point of beginning.

10384

1  This land is all tillable, suitable for avocadoes, lemons, commercial flowers,

2  truck garden and family orchard.  One-half of this property is now planted to

3  avocadoes.  Future plantings of avocadoes, family orchard and garden are

4  planned.  This land located in an area suitable for residences, and could be

5  sold for this purpose in the future.

6                                    II

7  Defendants claim the right to use three (3) acre feet per year from the

8  Fallbrook Public Utility District and any other sources available now and

9  in the future to take care of the needs of this property for domestic and

10 irrigation purposes.

11

12

13

14

15

16

17

18        WHEREFORE, these defendants pray that plaintiff take

19 nothing against them by reason of the Complaint and Supplementary

20 and Amendatory Complaint on file herein; that said Complaint be

21 dismissed as against these defendants; that defendants' right to

22 water, as hereinabove set forth, be quieted as against the plain-

23 tiff and against all other defendants in this action; and for such

24 other and further relief as the Court may deem proper.

25

26                              *Ernest C Cook*

27

28                              *Lettie A. Cook*

29                              Defendants in propria persona

30

31

32 Dated: May 9, 1958


10365