FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ...

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

Donald Harris Brittingham (husband) and Marion Louise Brittingham (wife)
of
1044 South Euclid Avenue
San Gabriel, California
Telephone Number: ATlantic 6-5174

Defendants

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )   No. 1247-SD-C
        vs.              )
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
                         )
            Defendants   )

Come now the defendants Donald Harris Brittingham and Marion Louise Brittingham and for himself or themselves alone and answering Plaintiff's "COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT", Summons on which was issued on April 9, 1958, on file, deny each and every material allegation contained therein.

*Donald Harris Brittingham*
Donald Harris Brittingham

*Marion Louise Brittingham*
Marion Louise Brittingham

May 12, 1958

Sent by U. S. Mail:

Original and Copy.....To: The United States District Court,
                          Southern District of Calif.,
                          Southern Division
                          Court Room No. 2, 325 West "F" Street,
                          San Diego 1, California

Two Copies............To: J. Lee Rankin
                          Solicitor General
                          Room 332,
                          325 West "F" Street
                          San Diego 1, California

10484

COPY RECEIVED

INDEXED