FILED

MAY 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ Allen Mixley

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

Dora Belle Brittingham (maiden name: Dora Belle Harris)
and
Le Roy Brittingham
of
3350 Thelma Avenue
Los Angeles 32, California
Telephone Number: CApitol 1-1047

Defendants

UNITED STATES OF AMERICA      )
                              )
             Plaintiff,       )
                              )
        vs.                   )   No. 1247-SD-C
                              )
FALLBROOK PUBLIC UTILITY      )
DISTRICT, et al.,             )
                              )
             Defendants       )

   Come now the defendants Dora Belle Brittingham (maiden name: Dora Belle Harris) and Le Roy Brittingham

and for herself or themselves alone and answering Plaintiff's

"COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT",

Summons on which was issued on April 9, 1958, on file, deny

each and every material allegation contained therein.

*Dora Belle Brittingham*
Dora Belle Brittingham

*Le Roy Brittingham*
Le Roy Brittingham

May 12, 1958:

Sent by U.S. Mail:

Original and Copy......To:   The United States District Court
                             Southern District of Calif.,
                             Southern Division
                             Court Room No. 2, 325 West "F" Street,
                             San Diego 1, California

Two Copies.............To:   J. Lee Rankin
                             Solicitor General
                             Room 332,
                             325 West "F" Street
                             San Diego 1, California

10495

COPY RECEIVED                                    INDEXED