A. J. O'CONNOR, ESQ.
639 South Spring Street, Suite 815
Los Angeles 14, California

TRinity 3123

Attorney for Defendants Leslie Scott,
Beatrice Scott, Willard R. Scott and Irene Scott

FILED

MAY 16 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. 1247 Civil SD |
| vs. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT |
| Defendants. | |

NOW COME the defendants, LESLIE SCOTT, BEATRICE SCOTT, WILLARD R. SCOTT and IRENE SCOTT and separating themselves from the other defendants above named, and answering plaintiff's COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT for themselves alone and not for any other defendants, admit, deny, and allege as follows:

I

Answering COMPLAINT (PARAGRAPHS I THROUGH IX) AS ORIGINALLY FILED these answering defendants refer to Paragraphs I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, and XIII of their ANSWER to said Complaint as originally filed and by this reference make the same a part hereof as completely as though that ANSWER and each and every count thereof was set forth in this Paragraph in full.

AUGUST J. O'CONNOR
ATTORNEY AT LAW
639 S. SPRING STREET
LOS ANGELES 14, CALIF.
TRINITY 3123

-1-

INDEXED

10487

II

Answering SUPPLEMENT TO COMPLAINT, COUNT NO. I, answering Paragraph I of COUNT NO. II, Paragraph I of COUNT NO. III, Paragraph I of COUNT NO. IV, Paragraph I of COUNT NO V, Paragraph I of COUNT NO. VI, Paragraph I of COUNT NO. VII, Paragraph I of COUNT NO. VIII, Paragraph I of COUNT NO. IX, Paragraph I of COUNT NO. X, Paragraph I of COUNT NO. XI, Paragraph I of COUNT NO. XII, Paragraph I of COUNT NO. XIII, Paragraph I of COUNT NO. XIV, Paragraph I of COUNT NO. XV, Paragraph I of COUNT NO. XVI, Paragraph I of COUNT NO. XVII, Paragraph I of COUNT NO. XVIII, Paragraph I of COUNT NO. XIX, Paragraph I of COUNT NO. XX, Paragraph I of COUNT NO. XXI, and answering AMENDMENT TO COMPLAINT, COUNT NO. XXII, page 34, lines 4 to 12 inclusive, Paragraph I of COUNT NO. XXIII, Paragraph I of COUNT NO. XXIV, Paragraph I of COUNT NO. XXV, these answering defendants refer to Paragraphs I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, and XIII of their ANSWER to said Complaint as originally filed and by this reference make the same a part hereof as completely as though that ANSWER and each and every count thereof was set forth in this Paragraph in full.

III

Answering Paragraph II of COUNT NO. XI these answering defendants have no knowledge, information or believe sufficient to enable them to answer, and basing their denial upon that ground, deny generally and specifically, each and every, all and singular, the allegations therein contained and the whole thereof.

IV

Answering Paragraphs II, III, and IX of COUNT NO. XII these answering defendants have no knowledge, information or believe sufficient to enable them to answer, and basing their denial upon that ground, deny generally and specifically, each and every, all and singular, the allegations therein contained and the whole thereof.

V

Answering Paragraph IV of COUNT NO. XIII these answering defend-

AUGUST J. O'CONNOR
ATTORNEY AT LAW
639 S. SPRING STREET
LOS ANGELES 14, CALIF.
TRINITY 2129

-2-

10488

ants have no knowledge, information or believe sufficient to enable them to answer, and basing their denial upon that ground, deny generally and specifically, each and every, all and singular, the allegations therein contained and the whole thereof.

VI

Answering Paragraphs II, and III of COUNT NO. XXI these answering defendants have no knowledge, information or believe sufficient to enable them to answer, and basing their denial upon that ground, deny generally and specifically, each and every, all and singular, the allegations therein contained and the whole thereof.

VII

Answering Paragraphs I, II, and III of COUNT NO. XXII of AMENDMENT TO COMPLAINT these answering defendants have no knowledge, information or believe sufficient to enable them to answer, and basing their denial upon that ground, deny generally and specifically, each and every, all and singular, the allegations therein contained and the whole thereof.

VIII

Answering Paragraphs II, and III of COUNT NO. XXIII these answering defendants have no knowledge, information or believe sufficient to enable them to answer, and basing their denial upon that ground, deny generally and specifically, each and every, all and singular, the allegations therein contained and the whole thereof.

IX

Answering Paragraph II of COUNT NO. XXIV these answering defendants have no knowledge, information or believe sufficient to enable them to answer, and basing their denial upon that ground, deny generally and specifically, each and every, all and singular, the allegations therein contained and the whole thereof.

X

Answering Paragraph II of COUNT NO. XXV these answering defendants admit that said defendants assert adverse claims to the rights to the use of water of the plaintiff in the Santa Margarita River and its water shed, but

AUGUST J. O'CONNOR
ATTORNEY AT LAW
630 S. SPRING STREET
LOS ANGELES 14, CALIF.
TRINITY 3123

10489

deny that their exercise of said rights to the use of water invades or threatens to invade the rights to the use of water of the plaintiff. And on this behalf further allege that if any deficiency exists in the alleged subterranean basin as alleged in the said Complaint, that it is caused by the deficiency in rainfall in years past and by the further fact that the alleged use by the plaintiff for military establishments is a use not contemplated by the alleged rights to use the water of the Santa Margarita River or the historical use thereof by the predecessor in interest of plaintiff, but by an excessive use for military establishments and for services of activities never contemplated and by further use of said water on lands which were neither riparian to the water shed of the Santa Margarita River or its surface or sub-surface tributaries, and upon lands which were not reasonably and profitably capable of being irrigated from said river or its tributaries or said water shed.

XI

That these defendants are now, and at all times material to this cause of action, have been owners in fee simple of the following described lots or parcels of real estate lying, situate and being in the County of San Diego and State of California, to wit:

> Lots 5, 6, 7, 10, 11, 12, 13 and 14 of Section 6 of Township 9 South of Range 2 East of the San Bernardino Meridian California and containing 318.400 acres, more or less,

within the water shed of the Santa Margarita River of which approximately 200 acres are and have been susceptible of practicable and profitable irrigation and that a reasonable diversion duty for the irrigation of those lands is four and two-tenths (4.2) acre-feet per acre per year.

XII

That the aforesaid lands were the subject of a homestead entry by Joseph A. Scott, predecessor in interest to these defendants, in or about the year 1916 and that thereafter, to wit: on the 2nd day of August, 1921 the United States of America issued to the said Joseph A. Scott its patent to said lands and all of them, being recorded Patent No. 817158 and further numbered Los

AUGUST J. O'CONNOR
ATTORNEY AT LAW
639 S. SPRING STREET
LOS ANGELES 14, CALIF.
TRINITY 3123

-4-

10490

1  Angeles 030575 and 030827. That the said Joseph A. Scott died in the year
2  1942 and devised the aforesaid lands and each and all of the said lots therein
3  mentioned to these defendants and that the same were distributed to these de-
4  fendants by a decree of the Probate Court of the State of California, in and for
5  the County of Los Angeles, and numbered 213,251 on the records of said Probate
6  court.

XIII

8  That immediately after the said Joseph A. Scott entered upon said
9  lands in or about the year 1916 asaforesaid, he caused to be drilled upon said
10 lands four wells. That thereafter he did use and defendants have used from
11 the waters available from said wells, that amount of water only which was rea-
12 sonably necessary for the use of said lands for domestic and agricultural pur-
13 poses. That, without the use of said water, the said lands would be and are
14 valueless. That at no time did any of said parties ever use any water which
15 was not necessary to ordinary domestic purposes and the aforesaid agricultural
16 purposes and that which was not reasonably and practically required for the
17 proper use of said property or all of it. That these defendants have and now
18 claim the right to use that water which can be produced from said wells on the
19 aforesaid real estate or any part thereof which is reasonably necessary and
20 practicable for ordinary domestic and agricultural use and activities on said
21 lands and that any rights which plaintiff may have are subordinate and inferior
22 to the rights of these defendants.
23 WHEREFORE, defendants pray that they may have judgment against
24 plaintiff as follows:
25 (1) That the plaintiff take nothing by its complaint on file herein as
26 against these defendants, and that the same be dismissed as against these
27 defendants;
28 (2) That this Court determine the rights of these defendants to the use
29 of water to be extracted from the wells upon their own property as aforesaid
30 and to declare and determine said rights as against the rights of all other de-
31 fendants herein named and as against the plaintiff and to determine and adjudge
32 that the rights of the plaintiff are subject to and subordinate to the rights and

AUGUST J. O'CONNOR
ATTORNEY AT LAW
639 S. SPRING STREET
LOS ANGELES 14, CALIF.
TRINITY 3128

-5-

10491

interest of these defendants. That any rights that the Court may adjudicate as belonging to the United States in the use of any of the water from the Santa Margarita River or its surface or sub-surface tributaries and water shed shall be made subject to the rights of these defendants and owners in both riparian waters and percolating waters.

    (3) That these defendants have such other and further relief as may be meet and proper in the premises.

                                                          */s/ A. J. O'Connor*
A. J. O'CONNOR – Attorney for Defendants Leslie Scott, Beatrice Scott, Willard R. Scott and Irene Scott.

AUGUST J. O'CONNOR
ATTORNEY AT LAW
635 S. SPRING STREET
LOS ANGELES 14, CALIF.
TRINITY 9129

10492

STATE OF CALIFORNIA } ss.
COUNTY OF LOS ANGELES

LESLIE SCOTT

being by me first duly sworn, deposes and says: that he is the **One of the Answering Defendants Herein**

in the above entitled action; that he has read the foregoing **Answer to Complaint and Supplementary and Amendatory Complaint**

and knows the contents thereof; and that the same is true of his own knowledge, except as to the matters which are therein stated upon his information or belief, and as to those matters he believes it to be true.

Subscribed and sworn to before me this 14th day of May, 1958

Notary Public in and for said County and State of California
A. J. O'Connor
(SEAL)

x Leslie Scott

---

(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C.C.P.)

STATE OF CALIFORNIA } ss.
COUNTY OF LOS ANGELES

Ines F. Enciso being first duly sworn says: That affiant is a citizen of the United States and a resident of the county aforesaid; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is **639 South Spring Street, Suite 815, Los Angeles 14, California**

that on **May 15, 1958** affiant served the within **Answer to Complaint and Supplementary and Amendatory Complaint** on the **Plaintiff** in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said **Plaintiff** at the office address of said attorney as follows:

J. LEE RANKIN
Solicitor General of the U.S.A.
c/o Office of Ground Water Resources
Marine Corps Base
Camp Pendleton, California

William E. Burby
12120 Travis Street
Los Angeles 49, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States mail at the city where is located the office of the attorney for the person by and for whom said service was made.
That there is a delivery service by United States mail at the place so addressed or, there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 15th day of May, 1958

Notary Public in and for said County and State of California
(SEAL)  A. J. O'Connor

Ines F. Enciso

*Here quote from envelope name and address of addressee.
**When the letter is addressed to a post office other than where mailed from, strike out "and"; when addressed to the same city where mailed from, strike out "or."

10493