FILED

MAY 16 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William M. Reed_ 
DEPUTY CLERK

1  SWING, SCHARNIKOW & STANIFORTH
   ATTORNEYS AT LAW
   604 SAN DIEGO TRUST & SAVINGS BUILDING
2  SAN DIEGO 1, CALIFORNIA
   BELMONT 9-1131

3

4

5  Attorneys for Defendants named below

6

7

8           IN THE UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                  SOUTHERN DIVISION

11  UNITED STATES OF  AMERICA,      )
                                    )        NO. 1247-SD-C
12                     Plaintiff)    ANSWER OF JOHN T. OWENS, ELTA C.
                                    )   OWENS, FRANK PUCELLI, ANNA
13         vs                       )   SOMACAL AND GEORGE M. JONES TO
                                    )   COMPLAINT AND SUPPLEMENTARY AND
14  FALLBROOK PUBLIC UTILITIES      )   AMENDATORY COMPLAINT.
    DISTRICT et al, Defendants.     )
15                                  )
                                    )
16  _____ )

17          Come now the defendants JOHN T. OWENS, ELTA C. OWENS,

18  FRANK PUCELLI, ANNA SOMACAL and GEORGE M. JONES, and answer the

19  Complaint and Supplementary and Amendatory Complaint herein, admit,

20  deny and allege as follows:

21                         I.

22          By Order Respecting Responsive Pleadings dated April 9,

23  1958 wherein all pleadings presently on file in response to the

24  original Complaint in this cause are declared to be in answer to

25  the Complaint and Supplementary and Amendatory Complaint of the

26  United States of America, the defendants re-allege and re-aver

27  each and every allegation in the Answer filed in this Court on the

28  1st day of July, 1952, and by way of reference make that Answer

29  a part of this Answer.

30                         II.

31          Answering Counts II, III, IV, V, VI, VII, VIII, IX, X, XI,

32  XII, XIII, XV, XVI, XVII, XVIII, XIX, XX, XXI, XXII, XXIV, these

                         -1-

Copy rec'd  10494

COPY RECEIVED

INDEXED

1  Defendants are without knowledge or information sufficient to
2  form a belief as to the truth of the allegations contained there-
3  in and on that ground deny each and every one of said counts.

III.

5  Answering Count XIV, the Defendants admit the allegation
6  set forth in Paragraph II but further allege that as to Paragraph
7  I they are without information sufficient to form a belief of the
8  truth of the allegation contained therein and upon that ground
9  deny it.

IV.

11  Answering Count XXIII, Paragraph III deny that a military
12  use is a proper riparian use. As to the allegation in Paragraphs
13  I and II, the Defendants lack sufficient information upon which
14  to form a belief and upon that ground deny them.

V.

16  Answering Count XXV, these Defendants admit that the
17  claims set forth in this litigation by the United States of Amer-
18  ica far exceed the available supply of water in the Santa Mar-
19  garita River; allege that these claims have put a cloud on the
20  right and title of these Defendants to use a reasonable share of
21  the waters of the Santa Margarita River and its tributaries bene-
22  ficially upon their said lands which are riparian thereto. Deny
23  that these Defendants, or either of them, have exercised or are
24  presently exercising rights to the use of water of the Santa
25  Margarita River in a manner that invades or threatens to invade
26  the rights of the United States of America. As to the remainder
27  of the allegations contained in said Count XXV, these Defendants
28  are without knowledge or information sufficient to form a belief
29  as to the truth of the allegations and on that ground deny each
30  and every one of said allegations.

32  WHEREFORE, these Defendants pray:

-2-

10495

1        1. That Plaintiff take nothing by its action.

2        2. That JOHN T. OWENS AND ELTA C. OWENS be found and

3           declared to be the owners, as against Plaintiff,

4           of a prior and paramount right to beneficially

5           use twenty-seven (27) acre-feet of water per

6           annum on their said premises.

7

8        3. That FRANK PUCELLI and ANNA SOMACAL be found and

9           declared to be the owners, as against Plaintiff,

10          of a prior and paramount right to beneficially

11          use thirty (3) acre-feet of water per annum on

12          their said premises.

13       4. That GEORGE M. JONES be found and declared to be

14          the owner, as against Plaintiff, of a prior and

15          paramount right to beneficially use up to one

16          hundred thousand (100,00) gallons of water per

17          annum on his said premises.

18       5. That these Defendants have judgment for their

19          costs incurred herein and for such other and

20          further relief as the Court may deem meet and

21          proper.

22

23   DATED: May 15ᵗʰ, 1958.

24

25                    SWING, SCHARNIKOW & STANIFORTH

26                    BY Phil D. Swing

27                    Attorneys for Defendants
                      JOHN T. OWENS, ELTA C. OWENS,

28                    FRANK PUCELLI, ANNA SOMACAL
                      and GEORGE M. JONES.

29

30

31                  -3-

32

                                         10496

```
 1        SWING, SCHARNIKOW & STANIFORTH
                  ATTORNEYS AT LAW
 2          604 SAN DIEGO TRUST & SAVINGS BUILDING
               SAN DIEGO 1, CALIFORNIA
                  BELMONT 9-1131
 3

 4

 5   Attorneys for Defendants JOHN T. OWENS, ELTA C. OWENS,
                    FRANK PUCELLI, ANNA SOMACAL
 6                    and GEORGE M. JONES

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              SOUTHERN DISTRICT OF CALIFORNIA

10                    SOUTHERN DIVISION

11   UNITED STATES OF AMERICA    )
                                 )         NO. 1247-SD-C
12                 Plaintiff     )
                                 )    AFFIDAVIT OF SERVICE BY MAIL
13            vs                 )
                                 )        (C.C.P.1013a)
14   FALLBROOK PUBLIC UTILITIES  )
     DISTRICT, et al,            )
15                    Defendants.)
                                 )
16   _____
17   STATE OF CALIFORNIA )
                         )SS
     COUNTY OF SAN DIEGO )
18
```

19        MARIAN W. ALLEN, being first duly sworn, says:  That

20   affiant is a citizen of the United States, over 18 years of age,

21   a resident of San Diego County, and not a party to the within

22   action;

23        That affiant's business address is 604 San Diego Trust

24   & Savings Bldg., San Diego, California;

25        That affiant served the attached ANSWER OF JOHN T.OWENS,

26   ELTA C. OWENS, FRANK PUCELLI, ANNA SOMACAL and GEORGE M. JONES TO

27   COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT by placing a

28   true copy thereof in envelopes addressed as follows:

```
29              Honorable J. LeeRankin
                Solicitor General
30                     and
                Mr. William H. Veeder, Special Assistant
31              to the Attorney General
                Department of Justice
32              Washington, D.C.
```

                            -1-

                                              10497

1   Mr. Adolphus Moskovitz
    Deputy Attorney General
2   Department of Justice
    Sacramento, California
3
    Mr. John M. Cranston
4   Special Master
    1425 Bank of America Bldg.
5   San Diego, California
6   Mr. Franz R. Sachse
    Attorney at Law
7   Fallbrook, California.
8   which envelopes were then sealed and postage fully prepaid
9   thereon, and thereafter on May 16 1958, were deposited in the
10  United States Mail at San Diego, California; that there is
11  delivery service by the United States mail at the places so
12  addressed.
13
14                              *Marian N. Allen*
15
16  SUBSCRIBED AND SWORN TO
17  before me this 16th day of May, 1958.
18  *Elsie M. Bradford*
19
    Notary Public in and for
20      said County and State.
21
22
23
24
25
26
27                      -2-
28
29
30
31
32

                                        10498