```
1   LUCE, FORWARD, KUNZEL & SCRIPPS
    1220 San Diego Trust & Savings Building
2   San Diego 1, California
    BElmont 9-9244
3
```

**F I L E D**

MAY 16 1958

CLERK, U.S. DISTRICT COURT,
SOUTHERN DISTRICT OF CALIFORNIA
By _William M. Luckey_
                            DEPUTY CLERK

```
4   Attorneys for Defendants.
```

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | No. 1247-SD-C |
| vs. | * | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL., | * | SUBSTITUTION |
| Defendants. | * | OF ATTORNEYS |

The defendants, Ewart W. Goodwin, Mary Alice Goodwin, Charles F. Sawday, Ruth Cornell Sawday, Arthur W. Carey, Inez Carey, Paul D. Bradshaw and Margaret Bradshaw, hereby substi-tutes Luce, Forward, Kunzel & Scripps, 1220 San Diego Trust and Savings Building, San Diego 1, California, as their at-torneys in the above entitled action in the place and stead of Swing, Scharnikow & Staniforth, 604 San Diego Trust & Savings Building, San Diego 1, California.

DATED this __15th__ day of ~~April~~ May, 1958.


_Ewart W. Goodwin_
EWART W. GOODWIN

We hereby consent to the substitution of Luce, Forward, Kunzel & Scripps, for attorneys for the defendants named above in the above entitled action in our place and stead.

DATED this __5th__ day of April, 1958.

LAW OFFICES
LUCE, FORWARD, KUNZEL & SCRIPPS
SUITE 1220 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

SWING, SHARNIKOW & STANIFORTH

By _Phil D. Swing_

We hereby agree to be substituted in place of Swing, Sharnikow and Staniforth in the above entitled action as attorneys for the defendants named.

DATED this _30th_ day of April, 1958.

LUCE, FORWARD, KUNZEL & SCRIPPS

By _Robert M. Dennis_

- 2 -