```
                                              (SPACE BELOW FOR FILING STAMP ONLY)
```

1      LAW OFFICES
       SACHSE AND PRICE
       1092 SOUTH MAIN STREET
2     FALLBROOK, CALIFORNIA
       RANDOLPH 8-1154            **FILED**

3

4                                            MAY 16 1958

5   Attorneys for _____Defendants_____    CLERK, U.S. DISTRICT COURT
                                   SOUTHERN DISTRICT OF CALIFORNIA
6                                        By _____ DEPUTY CLERK

7

8           IN THE UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10               SOUTHERN DIVISION

11 UNITED STATES OF AMERICA,         )

12           Plaintiff,            )    No. 1247-SD-C

13       vs.                              )    REQUEST FOR ADMISSIONS

14 FALLBROOK PUBLIC UTILITY DISTRICT,  )        UNDER RULE 36
    ET AL.,
15

16           Defendants.       )

17       Defendant Fallbrook Public Utility District requests

18 plaintiff United States of America within twenty (20) days after

19 the service of this request to make the following admissions for

20 the purpose of this action only and subject to all pertinent

21 objections to admissibility which may be interposed at the trial.

22       1.   That the document attached hereto marked Exhibit A

23 is a genuine and true copy of U. S. Marine Corps Press Release

24 dated April 17, 1958, from Camp Pendleton, California.

25       2.   That the statements contained in said press release

26 are true.

27      The foregoing Request for Admissions is made without

28 prejudice to the right of defendant to make further such requests

29 from time to time during these proceedings.

30                                 SWING, SCHARNIKOW & STANIFORTH
                                   SACHSE and PRICE
31
                                   BY _____
32

COPY RECEIVED

                         - 1 -                                      3465

EXHIBIT A

OFFICIAL U.S. MARINE CORPS RELEASE

O1
1168-58

Base Information Section
Marine Corps Base
Camp Pendleton, California

(For further information contact Capt. Eddie E. Evans
SA 2-4111, ext 1315)

FOR IMMEDIATE RELEASE

    CAMP PENDLETON, Calif., April 17 -- The flow of Santa Margarita River water to sea was stopped at 8:30 a.m. this morning April 17, when the Marine Corps Base completed a series of water spreaders aboard the Base. It is estimated that the completed work will conserve 600 acre feet of water a day. (195,600,000 gallons per day)

    The Base Maintenance Section, utilizing ten thousand cubic yards of material, repaired dikes damaged by the recent rain storms. Work on the reconstruction effort was first begun on April 1, but was interrupted by storms. On April 14 the project was again undertaken to stop the flow of water into the sea.

-more-

SANTA MARGARITA RIVER 2-2-2

    During the repair work, an earth dam at Ysidora flats and four dikes were concentrated on. The first dike is upstream from the Ysidora Gauging Station; the second is at the Ysidora Crossing; the third below the 22 Area Industrial area; and the fourth at the Rifle Range Road in the Chappo Flats area.

-USMC-

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 2 -

EXHIBIT A

3466

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.     1247 SD C

FRANZ R. SACHSE, being first duly sworn, says: That affiant, whose address is 1092 S. Main St., Fallbrook, Calif. is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Request for Admissions

(Copy title of paper served)

on the Plaintiff in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

Hon. J. Lee Rankin, Room 332, 325 W. F St., San Diego 1, Calif.

(Name and address as shown on the envelope).

sealed and deposited on the 14 day of May, 1958, in the United States Mail at

Fallbrook, San Diego, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 14 day of May, 1958

_____
Notary Public in and for said County and State

(SEAL)
Stuart's FORM 23

My Commission expires May 25, 1961

3466A