(SPACE BELOW FOR FILING STAMP ONLY)

G. NORMAN KENNEDY
418 SECURITY BUILDING
234 EAST COLORADO STREET
PASADENA, CALIFORNIA
SYCAMORE 6-8144
RYAN 1-6090



F I L E D

MAY 16 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William M. King_
                    DEPUTY CLERK

Attorney for  Defendants Ed M. Suderman
              and Doris Lucille Suderman

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,       )
                                )      No. 1247-SD-C
                  Plaintiff,    )
                                )   ANSWER OF DEFENDANTS
         v.                     )   ED M. SUDERMAN AND
                                )   DORIS LUCILLE SUDERMAN
FALLBROOK PUBLIC UTILITY        )
DISTRICT, a public service corpor- )
ation of the State of California, et al., )
                                )
                  Defendants.   )
_____)

     ED M. SUDERMAN and DORIS LUCILLE SUDERMAN, answering

plaintiff's complaint and supplement to complaint, for themselves alone,

admit, deny and allege as follows:

FIRST DEFENSE

I

     These answering defendants have no knowledge or information

sufficient upon which to base or form a belief as to the allegations contained

in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's original complaint

herein and therefore deny each and all of said allegations for want of informa-

tion or belief.

II

     For answer to paragraph V of plaintiff's original complaint herein,

these answering defendants admit the litigation referred to and admit that a

stipulated judgment was entered into therein, a copy of which said judgment

is attached to plaintiff's complaint and marked as "Exhibit A".  These

-1-

10499

1   answering defendants deny that they were parties to said litigation or bound

2   in any way thereby and deny that said stipulated judgment determines the

3   rights of plaintiff against these answering defendants.

III

5   Deny the allegations of paragraph IX of plaintiff's original complaint.

IV

7   These answering defendants have no knowledge or information

8   sufficient upon which to base or form a belief as to the allegations contained

9   in COUNTS II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI,

10   XVII, XVIII, XIX, XXIII and XXIV of plaintiff's supplement to complaint and

11   therefore deny each and all of said allegations for want of information or

12   belief.

V

14   Deny the allegations of COUNTS XXI, XXII and XXV of plaintiff's

15   supplement to complaint.

17   AS A SECOND SEPARATE AND AFFIRMATIVE
     DEFENSE, THESE ANSWERING DEFENDANTS
     ALLEGE THAT:

I

20   Defendants are the owners of certain real property situated in the

21   County of San Diego, State of California, described as follows:

22   The southwest quarter of the northwest quarter of Section

23   12, Township 9 South, Range 3 West, S.B.M., San Diego

24   County, EXCEPT THEREFROM the easterly 750 feet thereof.

25   That portion of the southeast quarter of northeast quarter of

26   Section 11, Township 9 South, Range 3 West, S.B.M., San

27   Diego County, described as follows:

28   Beginning at northeast corner of southeast quarter of north-

29   east quarter of Section 11, westerly along northern line of

30   southeast quarter of northeast quarter a distance of 50 feet;

31   thence southerly and parallel with easterly boundary line of

32   said southeast quarter of northeast quarter a distance of

LAW OFFICES
G. NORMAN KENNEDY
PASADENA, CALIFORNIA

-2-

10500

1    100 feet; thence easterly and parallel with northern boundary

2    line of said southeast quarter of northeast quarter a distance

3    of 50 feet to the easterly boundary line of said southeast

4    quarter of northeast quarter; thence northerly along the said

5    easterly boundary line a distance of 100 feet to the point of

6    beginning.

7          II

8    Said decribed land contains seventeen and one-half (17-1/2) acres,

9 more or less, of which said land ten (10) acres is arable and irrigable.

10        III

11    These answering defendants claim water rights appurtenant to said

12 described property as follows:

13    They are entitled to and claim full correlative rights to the use of

14 water of said stream (Rainbow Creek) in an annual amount not to exceed 4.2

15 acre fee per acre as to each of said ten (10) acres.

16    WHEREFORE, the defendants pray judgment as follows:

17    1. That plaintiff take nothing by its complaint and supplemental

18 complaint herein.

19    2. That this court adjudge and decree that the defendants ED M.

20 SUDERMAN and DORIS LUCILLE SUDERMAN are the owners of water rights

21 appurtenant to the land herein described.

22    3. That this court adjudge and decree that the water rights of said

23 defendants are prior to and paramount to all of the claimed water rights of

24 plaintiff herein.

25    4. That this court quiet the title of said defendants in and to their

26 rights to the use of water as set forth herein as against all adverse claims of

27 plaintiff or other defendants herein.

28    5. That these answering defendants have their costs of suit and for

29 such other relief as is just and meet.

30

31                G. NORMAN KENNEDY
                    Attorney for said defendants

32

10501