G. NORMAN KENNEDY
415 SECURITY BUILDING
234 EAST COLORADO STREET
PASADENA, CALIFORNIA
SYCAMORE 6-8144
RYAN 1-6090

Attorney for  Defendants Ed M. Suderman
and Doris Lucille Suderman

FILED
MAY 16 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William _____
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                  Plaintiff, )
   v. )
FALLBROOK PUBLIC UTILITY )
DISTRICT, a public service corpor- )
ation of the State of California, et )
al., )
                  Defendants. )

No. 1247-SD-C

REQUEST FOR ADMISSIONS
UNDER RULE 36
FEDERAL RULES OF CIVIL
PROCEDURE

     Pursuant to the provisions of rule 36, Federal Rules of Civil Procedure, the defendants named in this cause as ED M. SUDERMAN and DORIS LUCILLE SUDERMAN, who are husband and wife, request that within ten (10) days after service upon you of this request, for the purpose of the above-styled cause only, and subject to all pertinent objections which may be made at the trial of said cause, the plaintiff admit the truth of the following facts:

     1.  The land described in the answer of said defendants include ten (10) acres of arable and irrigable land.

     2.  A reasonable water duty for said land is 4.2 acre feet per acre per year.

     3.  Said land as described in the answer of said defendants is owned by them in fee simple absolute.

     4.  Rainbow Creek runs through, in and upon the said described

land of said defendants.

5. The said land of said defendants is riparian to Rainbow Creek.

*G. NORMAN KENNEDY*
Attorney for Defendants Ed M. Suderman
and Doris Lucille Suderman

415 Security Building
234 East Colorado Boulevard
Pasadena, California