(SPACE BELOW FOR FILING STAMP ONLY)

G. NORMAN KENNEDY
415 SECURITY BUILDING
234 EAST COLORADO STREET
PASADENA, CALIFORNIA
SYCAMORE 6-8144
RYAN 1-6090

Attorney for Defendants Ed W. Suderman
and Doris Lucille Suderman

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service corporation of the State of California, et al.,

    Defendants.

No. 1247-SD-C

REQUEST FOR ADMISSIONS
UNDER RULE 36
FEDERAL RULES OF CIVIL
PROCEDURE

    Pursuant to the provisions of rule 36, Federal Rules of Civil Procedure, the defendants named in this cause as ED W. SUDERMAN and DORIS LUCILLE SUDERMAN, who are husband and wife, request that within ten (10) days after service upon you of this request, for the purposes of the above-styled cause only, and subject to all pertinent objections which may be made at the trial of said cause, the plaintiff admit the truth of the following facts:

    1. The land described in the answer of said defendants include ten (10) acres of arable and irrigable land.

    2. A reasonable water duty for said land is 4.2 acre feet per acre per year.

    3. Said land as described in the answer of said defendants is owned by them in fee simple absolute.

    4. Rainbow Creek runs through, in and upon the said described

-1-

3471

1 land of said defendants.

2   8. The said land of said defendants is riparian to Rainbow Creek.

G. NORMAN KENNEDY
Attorney for Defendants Ed M. Suderman
and Doris Lucille Suderman

415 Security Building
234 East Colorado Boulevard
Pasadena, California

-2-

3472

(SPACE BELOW FOR FILING STAMP ONLY)

1  G. NORMAN KENNEDY
   415 SECURITY BUILDING
2  234 EAST COLORADO STREET
   PASADENA, CALIFORNIA
   SYCAMORE 6-8144
3  RYAN 1-6090

4                                                        FILED

5  Attorney for Defendants Ed M. Suderman               MAY 16 1958
              and Doris Lucille Suderman
6                                                  CLERK, U.S. DISTRICT COURT
                                                   SOUTHERN DISTRICT OF CALIFORNIA
7                                                  By _____
                                                              DEPUTY CLERK

8           IN THE UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10                  SOUTHERN DIVISION

11
   UNITED STATES OF AMERICA,    )
12                              )         No. 1247-SD-C
              Plaintiff,        )
13                              )   AFFIDAVIT OF SERVICE BY MAIL
        v.                      )
14                              )
   FALLBROOK PUBLIC UTILITY     )
15 DISTRICT, a public service cor- )
   poration of the State of California, )
16 et al.,                      )
              Defendants.       )
17 _____)

18 STATE OF CALIFORNIA    )
                          ) SS
19 COUNTY OF LOS ANGELES  )

20         VENISE DAY, being first duly sworn, says: That affiant, whose

21 address is 415 Security Building, 234 East Colorado Street, Pasadena,

22 California, is a citizen of the United States, a resident of the county where the

23 herein described mailing took place; over the age of 18 years and not a party

24 to the above entitled action.

25         That affiant served the attached ANSWER OF DEFENDANTS ED M.

26 SUDERMAN AND DORIS LUCILLE SUDERMAN and REQUEST FOR ADMISSIONS

27 UNDER RULE 36 FEDERAL RULES OF CIVIL PROCEDURE on the following

28 persons, by placing a true copy thereof in envelopes addressed as follows:

29         J. Lee Rankin
           Solicitor General of the United States
30         Washington 25, D. C.

31         United States Attorney
           210 United States Custom and Court House
32         San Diego 1, California

                         -1-

                                              3487

```
 1            William E. Burby, Esquire
              12120 Travis Street
 2            Los Angeles 49, California

 3   sealed and deposited on the 15th day of May, 1958, in the United States mail

 4   at Pasadena, County of Los Angeles, State of California, with postage fully

 5   prepaid thereon, and there is regular communication by mail between the

 6   place of mailing and the place so addressed.

 7

 8

 9                                      _____Venise Day_____
                                              VENISE DAY
10

11

12   Subscribed and sworn to before me this

13   15th day of May, 1958

14   _Della C. Carlson_____
15   Notary Public in and for said County and
              State
16
```