Ted and William C Shaw
Defendants pg 47 Col 1 Line 17
275 Mt View Pl. Palm Springs Calif
Tel FA 5-5328

In the United States District Court
Southern District of California
Southern Division

F I L E D

MAY 16 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

| United States of America | No 1247 SD-C |
| Plaintiff | Answer of Defendant |
| v | Ted and William C Shaw |
| Fallbrook Public Utility Dist et al | to Complaint and Supplementary and amended Complaint |
| Defendants | |

The defendants Ted and William C Shaw answering to the amended and supplementary complaint filed in this action on file herein, denies and alleges upon information and belief that they have no knowledge or information sufficient to enable them to answer, and basing their denial upon that ground denies the allegations therein contained

Ted and William C Shaw
Appearing in person
TED SHAW
275 MOUNTAINVIEW PL.
PALM SPRINGS, CALIF.
TEL.

Received 5.20.58 —
Watcavey USA San Diego

INDEXED

Copy rec'd

10496