Ted and Lillian C Shaw.
Defendants Pg 47 Colue 1 line 17
275 Mt View Pl. Palm Springs Calif
Tel FA 5-5328

**FILED**

MAY 16 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

In the United States District Court
Southern District of California
Southern Division

United States of America
                    Plaintiff
            v.
Fallbrook Public Utility Dist
et al
                    Defendants

No 1247 SD.-C

Notice of Appearance
in person

To Hon. James M. Carter U.S. Dist Judge Presiding
Please take notice that defendants
Ted and Lillian C Shaw named in page 47 Col 1 line 17
hereby appear in person in this action and
demand a copy of all papers and proceedings
be served upon them, in this action

Ted and Lillian C Shaw
appearing in person

Mr & Mrs TED SHAW
275 MOUNTAINVIEW PL
PALM SPRINGS. CALIF.
TEL.

Received v no 58
Wateaver Calif San Diego.

copy rec'd

3460