LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RAndolph 8-1154

Attorneys for Defendant Fallbrook Public Utility District

FILED
MAY 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )
    vs. )
FALLBROOK PUBLIC UTILITY DISTRICT, )
ET. AL., )
        Defendants. )

No. 1247-SD-C

NOTICE OF HEARING TO DETERMINE OBJECTIONS OF DEFENDANT FALLBROOK PUBLIC UTILITY DISTRICT TO INTERROGATORIES OF THE UNITED STATES OF AMERICA.

PLEASE TAKE NOTICE that on 21 May 1958, at the Reche Schoolhouse, on Live Oak Park Road, near Fallbrook, California, at 10:00 A.M. or as soon thereafter as counsel can be heard, defendant Fallbrook Public Utility District will bring on for hearing before this Court, Hon. James M. Carter, Judge, presiding, its Objections to the Interrogatories of the United States of America.

The objections will be upon the grounds stated in the written Objections to said Interrogatories, dated 29 April 1958, which have heretofore been served upon Plaintiff herein.

Dated 19 May 1958

SWING, SCHARNIKOW & STANIFORTH
SACHSE & PRICE
By _____

Receipt of a copy of the within Notice of Hearing acknowledged 19 May 1958

_____
Attorney for Plaintiff

3503