```
 1  THEODORE R. MEYER,
    RICHARD HAAS,
 2  BROBECK, PHLEGER & HARRISON,
    111 Sutter Street,
 3  San Francisco 4, California.
    Telephone:  SUtter 1-0666.
 4
    Attorneys for Defendant
 5  General Mills Inc.
```

FILED

MAY 19 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

NORTHERN DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,

        Defendants.

NO. 1247-SD-C

ORDER EXTENDING TIME

        Defendant General Mills Inc. having duly applied to the Court for an order extending its time, and good cause appearing therefor,

        It Is Hereby Ordered that said defendant may have to and including June 13, 1958, in which to plead, move or otherwise respond to the Complaint and Supplementary and Amendatory Complaint on file herein.

        Dated: May 16, 1958.

                              James M. Carter,
                              United States District Judge.

3478