FILED

MAY 19 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By [signature] DEPUTY CLERK

ADELBERT NELSON and MABEL NELSON
Defendants in propria persona
10550 Cantara St.
Sun Valley, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

The defendants, ADELBERT NELSON and MABEL NELSON each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 80 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

EXHIBIT "A"

1)Description of land: North half of Southwest Quarter of Section 24, Township 8 South, Range 5 West, S.B.B.M.

2) Description of water rights:

a) Riparian rights to water on above described land.

b) Rights to divert water within Cleveland National Forest from the area of the East half of Section 23, Township 8 South, Range 5 West. Secured by Application to Appropriate Water No. 9291 filed with the State of California, Permit No. 5201 issued by the State of California and U.S. Forest Service Special Use Permit.

c) Quantity of water consumed: 16000 gallons daily.

d) Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

Furthermore, we pray the court to award us, the aforementioned defendants, adequate damages to reimburse us for the cost of preparing and prosecuting our defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon us by this attempted acrimonious, confiscatory usurpation of property rights, instituted against us by the agencies of the United States Government.

water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Adelbert Nelson
ADELBERT NELSON

Mabel Nelson
MABEL NELSON

Defendants in propria persona
10550 Cantara St.
Sun Valley, California

Dated: 3 May 1958