SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154



F I L E D

MAY 19 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )  No. 1247-SD-C
vs. ) ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY DISTRICT, ) W. J. ROSS and
a public service corporation of the )
State of California, et al., ) EULA ROSS
        Defendants. )

    Defendants W. J. ROSS and EULA ROSS, husband and wife, answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

    Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

    Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

INDEXED

- 1 -

10539

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

1. The lands described in Exhibit A are riparian to Fern Creek which flows through the North 1/2 of the Southwest 1/4 and

- 2 -

the Northeast 1/4 of the Southeast 1/4 of said Section 31 in a generally westerly to easterly direction. The remainder of said lands are riparian to Camps Creek which flows thru said lands in a generally northwesterly to southeasterly direction. Defendants claim for said lands full correlative riparian rights to the use of the waters of said streams in an amount not to exceed 4.2 acre feet per acre per year.

2. Defendants also claim water rights appurtenant to said lands by reason of an appropriation with the State of California dated April 2, 1892, made by their predecessor in interest, H. M. Daniels, to the amount of 100 inches of water under four inch pressure. Defendants and their predecessors have continuously diverted water under said claim since that date.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by *[signature]*
Attorneys for defendant

- 3 -

10541

## EXHIBIT A

Defendants are the owners of an interest in the following described real property, as beneficiaries under a Deed of Trust:

The East 1/2 of the Northeast 1/4; the Southwest 1/4 of the Northeast 1/4; the Northwest 1/4 of the Southeast 1/4; the North 1/2 of the Southwest 1/4; and the Northeast 1/4 of the Northwest 1/4, Section 31, Township 8 South, Range 4 West, San Bernardino Meridian, 240 acres more or less.

- 4 -    EXHIBIT A

10542

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA, } ss.
COUNTY OF San Diego

1247 SD C

Franz R. Sachse _____, being first duly sworn, says: That affiant, whose address is

1092 S. Main St., Fallbrook, Calif.

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached **Answer of Defendants W. J. Ross and Eula Ross**

(Copy title of paper served)

on the **plaintiff** in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

Hon. J. Lee Rankin, Room 332, 325 W. F St., San Diego, Calif.

(Name and address as shown on the envelope)

sealed and deposited on the **12** day of **May**, 195**8**, in the United States Mail at

**Fallbrook, San Diego, Calif.**
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this **15**

day of **May**, 195**8**

_____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires **5-21-61**

10543