ASHTON, DROHAN AND MARCHETTI
ATTORNEYS AT LAW
SUITE 206
3345 NEWPORT BOULEVARD
P. O. BOX 428
NEWPORT BEACH, CALIFORNIA
ORIOLE 3-7160

FILED MAY 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

LODGED MAY 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

Attorneys for Defendants, A. S. Richardson and Eileen Richardson

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
vs.
FALLBROOK PUBLIC UTILITY DISTRICT, et al.,
    Defendants.

No. 1247-SD-C

ANSWER OF A. S. RICHARDSON and EILEEN RICHARDSON TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

Come now the defendants, A. S. Richardson and Eileen Richardson, and answering for themselves alone, and not for any other defendant herein, by way of Answer to plaintiff's Complaint, and Supplementary and Amendatory Complaint, admit, deny and allege as follows, to wit:

I

Repeat each and every allegation or denial contained in the answering defendants Answer filed herein to the original Complaint in these proceedings and makes each and every allegation, denial or defense therein pleaded a part of this Answer as fully and with the same effect as though the same were fully set forth herein.

II

That these answering defendants do not have sufficient information to enable them to form a belief as to the truth of the

INDEXED

-1-

10502

verbose and repetitive Complaint and Supplementary and Amendatory Complaint of the plaintiff's herein and basing their Answer on such lack of informaiton and belief, deny each and every allegation of said Complaint and put the plaintiff's on proof thereof.

III

That except in so far as the Answer of the answering defendants herein admit any of the allegations of the Complaint and Supplemental and Amendatory Complaint of the plaintiff's herein, these answering defendants deny each and every allegation contained therein insofar as said allegations apply to the property and rights of the plaintiff's herein.

WHEREFORE, these answering defendants pray that the plaintiff take nothing by this action, and that by decree of this court it be adjudged and decreed that these defendants, A. S. RICHARDSON and EILEEN RICHARDSON, are the owners of and entitled to possession of the above-described real property with the right to produce and extract any and all waters from said real property needed for domestic use and for agricultural use on said real property, and to take and divert any and all waters of the Santa Margarita River, and its tributaries, for domestic use or for agricultural use on said real property, and that said plaintiff and all persons claiming under said plaintiff be forever barred from asserting any rights adverse to these answering defendants, and that they, and each of them, be forever barred and restrained from interfering with the rights of the answering defendants to divert water from the Santa Margarita River, or its tributaries, for domestic use or for agricultural use on their said real property or to take and divert any and all waters originating on the San Mateo Creek side of said crest for such purposes upon the real property of the answering defendants, and that the defendants recover their costs herein expended.

ASHTON, DROHAN & MARCHETTI

By /s/ Harry Ashton
Attorneys for Defendants,
A. S. RICHARDSON and EILEEN RICHARDSON

-2-

10503

STATE OF CALIFORNIA } ss.
COUNTY OF ORANGE

A. S. RICHARDSON being duly sworn, deposes and says: That he is one of the defendants in the within and above entitled action; that he has read the within and foregoing Answer and knows the contents thereof; that the same is true of his own knowledge, except as to the matters which are therein stated on his information and belief, and as to those matters that he believes it to be true.

Subscribed and sworn to before me this 9th day of May, 19 58.

*A. S. Richardson*

(SEAL) *Harry Ashton*
Notary Public in and for said County and State

My commission expires May 18, 1961.

(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C. C. P.)

STATE OF CALIFORNIA } ss.
COUNTY OF ORANGE

Joyce Hennessey being first duly sworn says: That affiant, whose address is 3345 Newport Blvd., Newport Beach, California is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Answer of A.S. Richardson and Eileen Richardson to Complaint and Supplementary and Amendatory Complaint on the plaintiff in said action, by placing a true copy thereof in an envelope addressed as follows: J. Lee Rankin, Solicitor General, William H. Veeder, Atty Dept. of Justice, William E. Burby, 325 West F Street, San Diego, Calif.

sealed and deposited on the 9th day of May 19 58, in the United States Mail at Newport Beach, California with postage fully prepaid thereon, and there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 9th day of May, 19 58.

(SEAL) *Harry Ashton*
Notary Public in and for said County and State

*Joyce Hennessey*

10504