(SPACE BELOW FOR FILING STAMP ONLY)

LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

Attorneys for___Defendant___



**FILED**

MAY 1 9 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
ET AL.,

        Defendants.

No. 1247 SD C

REPLY OF FALLBROOK PUBLIC
UTILITY DISTRICT TO MOTION
OF THE UNITED STATES OF
AMERICA REGARDING INTRODUCTION
OF ORAL EVIDENCE

    Defendant Fallbrook Public Utility District, in reply

to the Motion of the United States of America dated May 9, 1958,

requesting permission to introduce oral testimony concerning the

meaning and effect of the Stipulation of November 29, 1951, objects

to the granting of said Motion upon the following grounds:

I

    By its Order dated February 11, 1958 this Honorable

Court has determined that the Stipulation of November 29, 1951 is

un-ambiguous.  The meaning and effect of a Stipulation shall be

determined by the language of the Stipulation, _except_ in cases of

ambiguity, in which event evidence as to the intent of the parties

may be offered.

II

    By its Order dated April 8, 1958, this Honorable Court

limited the effect of its prior ruling of February 11, 1958, in

order to meet the uncertainties raised by the filing of an Amenda-

- 1 -

3476

1  tory and Supplementary Complaint by the United States.  That Order
2  was made in response to a request of the United States.  That Order
3  did not in any way revoke or modify the Court's previous Order
4  that the Stipulation was in fact un-ambiguous.

5                                    III

6            By its course of conduct since the execution of the
7  Stipulation November 29, 1951, the United States has repeatedly
8  ratified and re-affirmed that Stipulation, and should not be per-
9  mitted at this late date to change the basic premises of fact and
10  of law upon which this case has proceeded through a trial, an appeal,
11  and a year of pre-trial hearings.

12           WHEREFORE, defendant Fallbrook Public Utility District
13  respectfully objects to the admission of any evidence, oral or
14  written, bearing upon the interpretation of the Stipulation of
15  November 29, 1951.

16                          SWING, SCHARNIKOW & STANIFORTH
17                          SACHSE and PRICE
18                          by _____
19                  MEMORANDUM OF POINTS AND AUTHORITIES
20           In the interpretation of stipulations, the rules
21  applicable to interpretation of contracts apply. (83 C.J.S.,
22  Stipulations, Sec. 11, cases cited).

23           The law of California is specific that when an agreement
24  has been reduced to writing, there can be no evidence as to the
25  intent of the parties in entering into such an agreement except:
26  1.  "Where a mistake or imperfection of the writing is put in
27  issue by the pleadings".
28  2.  "Where the validity of the agreement is the fact in dispute".
29  3.  Extrinsic ambiguity or intrinsic illegality or fraud.
30  (California Code of Civil Procedure Sec. 1856).  (Emphasis added).

31                          SWING, SCHARNIKOW & STANIFORTH
32                          SACHSE AND PRICE
                            by _____

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 2 -

3477

*AFFIDAVIT OF SERVICE BY MAIL*—(1013a, C. C. P.)

STATE OF CALIFORNIA,

COUNTY OF___San Diego___ }ss.      1247 SD C

_____Franz R. Sachse_____, being first duly sworn, says: That affiant, whose address is

_____1092 S. Main St., Fallbrook, Calif._____
is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and
not a party to the above entitled action.

That affiant served the attached___Reply of Fallbrook Public Utility District to Motion

of the United States of America Regarding Introduction of Oral Evidence
(Copy title of paper served)

on the_____Plaintiff_____in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

Hon. J. Lee Rankin, Room 332, 325 W. F St., San Diego, Calif.


(Name and address as shown on the envelope)

sealed and deposited on the_16_day of_____May_____, 195_8_, in the United States Mail at

Fallbrook, San Diego, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.


Subscribed and sworn to before me this____16_____

day of____May_____, 195_8_

_Boise C. Bergstson_                    _Mary R. Sachse_
Notary Public in and for said County and State

**(SEAL)**

*Stuart* FORM 23

My Commission expires_____May 25, 1961_____
                                    3477A