LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

Attorneys for **Defendants**

FILED
MAY 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,

    Defendants.

No. 1247-SD-C

REPLY OF DEFENDANT
FALLBROOK PUBLIC UTILITY
DISTRICT TO MOTION OF THE
UNITED STATES OF AMERICA
RESPECTING ORDER OF
FEBRUARY 11, 1958.

Defendant Fallbrook Public Utility District, in reply to the Motion of the United States of America dated May 9, 1958, requesting this Court to reconsider its Order of February 11, 1958, objects to the granting of said Motion upon the following grounds:

I

The Motion of the United States is predicated upon the fact that a Deputy Attorney General of the State of California, Mr. Abbott Goldberg, appears to disagree with the legal position taken by the State of California and by his superior, the Attorney General of that State. It should be noted that:

    1. Mr. Goldberg is not now and never was in charge of the case of the State of California in these proceedings.

    2. The interpretation of the Stipulation of November 29, 1951, volunteered by a person not connected with the action,

- 1 -

3473

1 should be of no weight or significance whatsoever.

2     3. The highest legal officials of the United States of
3 America have repeatedly made statements for the record, before
4 Congressional Committees, in Court and to the Press, affirming the
5 interpretation of the Stipulation of November 29, 1951, which is
6 embodied in the Order of this Court dated February 11, 1958.

7     4. By Act of Congress, Public Law 537, 83rd Congress,
8 the "Utt Act", it is expressly provided that the laws of the State
9 of California shall apply in this proceeding, and thus the very
10 subject which the United States here seeks to have reconsidered
11 by the Court has been determined not only by the Stipulation,
12 but also by Legislation.

13     Wherefore, Defendant Fallbrook Public Utility District
14 respectfully objects to any reconsideration by this Court of its
15 Order of February 11, 1958.

                              SWING, SCHARNIKOW and ATANIFORTH
                              SACHSE and PRICE

                              BY _____
                                  Franz R. Sachse

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

3474

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Fallbrook Public Utility District respectfully invites the attention of the Court to its Memorandum of Points and Authorities relating to the Motion of the United States requesting an interpretation of the Stipulation of November 29, 1951, and to its Reply Brief dated November 27, 1957, in both of which are extensive quotations from the testimony of officials of the United States Department of Justice, including the Attorney General, regarding the Stipulation in question.

SWING, SCHARNIKOW & STANIFORTH
SACHSE and PRICE

BY [signature]

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 3 -

3475

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.    No. 1247-SDθC

Franz R. Sachse, being first duly sworn, says: That affiant, whose address is

Fallbrook, California

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Reply of Defendant Fallbrook Public Utility District to Motion of the United States of America Respecting Order Of Febr. 11, 1958
(Copy title of paper served)

on the Plaintiff in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

Hon. J. Lee Rankin, Room 332, 325 W. F St., Fallbrook, Calif.

(Name and address as shown on the envelope)

sealed and deposited on the 16 day of May, 1958, in the United States Mail at

Fallbrook, San Diego, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 16

day of May, 1958

_____
Notary Public in and for said County and State

(SEAL)

Stuart's FORM 23

My Commission expires May 25, 1961

3475A