ARTHUR M. GEDIMAN
110 South Main Street
Elsinore, California
Telephone: Main 1981

Attorney for Defendants,
FRANK NOVAK, Jr., and
MARTHA RUTH NOVAK.

FILED

MAY 19 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           ) Civil Action File No.
                                    )    1247-SD-C
              Plaintiff,            )
                                    ) ANSWER TO COMPLAINT AND
      -vs-                          ) SUPPLEMENTARY AND AMENDA-
                                    ) TORY COMPLAINT.
FALLBROOK PUBLIC UTILITY DISTRICT,  )
a public service corporation of     )
the State of California, et al,     (
                                    )
              Defendants.           )

Come now the Defendants FRANK NOVAK, Jr., and MARTHA RUTH NOVAK, and severing from their co-Defendants, answer the Complaint and Supplementary and Amendatory Complaint herein as follows:

I.

Answering Paragraphs I to VIII, inclusive, of Plaintiff's Complaint, your Answering Defendants deny that they have any knowledge or information sufficient to form a belief as to the truth of any of the allegations set forth in said Paragraphs, and for that reason deny the same.

II.

Answering Paragraph IX of Plaintiff's Complaint, Answering Defendants deny that they are encroaching upon or threatening the destruction of Plaintiff's water supply mentioned in the said Paragraph.

III.

2  Answering Count No. I of Plaintiff's Supplement to Complaint,
Answering Defendants deny the same for the same reasons set forth
in the denial of Answering Defendants to Plaintiff's Complaint.

IV.

Answering Paragraphs I, II and III of Plaintiff's Count No. II
of Supplement to Complaint, Answering Defendants deny the same for
the same reasons set forth in the denial of Answering Defendants to
Plaintiff's Complaint.

V.

Answering Paragraphs I, II, III, IV and V of Plaintiff's
Count No. III of Supplement to Complaint, Answering Defendants deny
the same for the same reasons set forth in the denial of Answering
Defendants to Plaintiff's Complaint.

VI.

Answering Count No. IV of Plaintiff's Supplement to Complaint,
Answering Defendants deny the same for the same reasons set forth in
the denial of Answering Defendants to Plaintiff's Complaint.

VII.

Answering Paragraphs I, II, III, IV, V, VI and VII of Count
No. V of Plaintiff's Supplement to Complaint, Answering Defendants
deny the same for the same reasons set forth in the denial of Answering Defendants to Plaintiff's Complaint.

VIII.

Answering all of the Paragraphs of Counts No. VI to XXV inclusive, of Plaintiff's Supplement to Complaint, Answering Defendants
deny the same for the same reasons set forth in the denial of Answering Defendants to Plaintiff's Complaint.

AND FOR A FURTHER AND SEPARATE DEFENSE YOUR
DEFENDANTS HEREIN ALLEGE:

I.

That the Temecula River, which Plaintiff alleges as the

10509

source of supply of the water of the Santa Margarita River, flows, and from time immemorial has flowed, through, over and upon the lands of your Answering Defendants, and which said lands are riparian thereto, and riparian rights attach thereto, and your said Defendants are entitled to have the water of said stream flow by, through, over and upon the said lands, and to make such use of said water as riparian owners are entitled to make hereof.

WHEREFORE, your Answering Defendants pray that Plaintiff take nothing by its action against these Defendants and that these Defendants be hence dismissed with their costs.

_____
Attorney for Answering Defendants

Frank Novak, Jr.

Martha Ruth Novak

STATE OF CALIFORNIA (
County of Los Angeles ) SS.

FRANK NOVAK, Jr. and MARTHA RUTH NOVAK being by me first duly sworn, depose and say: That they are two of the Defendants in the above-entitled action; that they have read the foregoing Answer and know the contents thereof; that the same is true of their own knowledge, except as to those matters which are therein stated on their information or belief, and as to those matters that they believe it to be true.

Frank Novak, Jr.

Martha Ruth Novak

Subscribed and sworn to before me, this 14th day of May, 1958.

_____
Notary Public in and for said County and State. My Commission Expires July 30, 1958

- 3 -

10509

United States of America
  Plaintiff
Fallbrook Public Utility District, etc. et. al.,
  Defendants

Case No. SD-C 1247

AFFIDAVIT OF MAILING
OF
Answer to Complaint and Supplementary and Amendatory Complaint.

State of California,
County of Riverside, } ss.

THE UNDERSIGNED, being first duly sworn, says: that affiant is a citizen of the United States and a resident of Riverside County, over the age of eighteen years and not a party to the cause herein, that affiant's {business ~~residence~~} address is 110 South Main Street, Elsinore, California.

That on the 16th day of May 19 58, affiant served a copy of the attached paper, to-wit: Answer to Complaint and Supplementary and Amendatory Complaint.

by depositing said copy enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States postoffice mail box at the City of Elsinore, California, addressed as follows:

J. Lee Rankin
Solicitor General
of the United States
Washington 25, D.C.

That there is either delivery service by United States mail at the place so addressed, or regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 16th day of May, 1958.

Arthur W. Gediman
Signature of Affiant

10510
Judge or Clerk

Notary Public in and for the County of Riverside, State of California
(SEAL) My commission expires 10/13/58