Frankie N. Anderson
_____
Name

3389 Loma Vista Rd.
_____
Address

Ventura, Calif.
_____
City and State

Miller 3-8523
_____
Telephone Number

Defendant

**FILED**

MAY 19 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *M. D. Kisling*
      DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
   vs.                    )   No. 1247-SD-C
                          )
FALLBROOK PUBLIC UTILITY  )   SUMMONS
DISTRICT, et al.,         )
                          )
            Defendants,   )

Comes now the defendant(s) __Frankie N. Anderson__ and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Frankie N. Anderson*

Copy mailed May 18, 1958 to Mr. J. Lee Rankin, Solicitor General, Room 332, 325 West "F" Street, San Diego, California.

*Frankie N. Anderson*

INDEXED

Copy rec'd

10505