Earl L. Anderson
Name

3389 Loma Vista Rd.
Address

Ventura, Calif.
City and State

Miller 3-8523
Telephone Number

Defendant

**FILED**

MAY 19 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. D. _____
   DEPUTY CLERK

UNITED STATES OF AMERICA )
)
                    Plaintiff, )
)
        vs.              )    No. 1247-SD-C
)
FALLBROOK PUBLIC UTILITY )    SUMMONS
DISTRICT, et al.,        )
)
                    Defendants, )

Comes now the defendant (s) __Earl L. Anderson__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Earl L. Anderson*

Copy mailed May 18, 1958 to Mr. J. Lee Rankin SolicitorGeneral, Room 332, 325 West "F" Street, San Diego, California.

*Earl L. Anderson*

*copy mail*

INDEXED

10506