Gladys M. Eckerman
Name

1702 Sequoia Avenue
Address

Burlingame, California
City and State

Oxford 7-3402
Telephone Number

Defendant

**FILED**

MAY 19 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

UNITED STATES OF AMERICA,          )
                                   )
                      Plaintiff,   )
                                   )
          vs.                      )     No. 1247-SD-C
                                   )
FALLBROOK PUBLIC UTILITY           )     SUMMONS
DISTRICT, et al.,                  )
                                   )
                      Defendants,  )

Comes now the defendant (s) Gladys M. Eckerman

and for herself ~~himself or themselves~~ alone and answering plaintiff's complaint on file, herein denies ~~denies~~ each and every material allegation contained therein.

_Gladys M. Eckerman_

Copy mailed May 19, 1958 addressed to Mr.
J. Lee Rankin, Solicitor General, Room 332,
325 West "F" Street, San Diego, California.

_Gladys M. Eckerman_

INDEXED                                          10544