DANIEL W. ECKERMAN
Name

1702 Sequoia Avenue
Address

Burlingame, California
City and State

Oxcord 73402
Telephone Number

Defendant

*Answer*

**FILED**

MAY 19 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *William d. ...*

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
    vs.                  )   No. 1247-SD-C
                         )
FALLBROOK PUBLIC UTILITY )   SUMMONS
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant (s)   Daniel W. Eckerman

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Daniel W. Eckerman*

Copy mailed May 19, 1958 and addressed to Mr. J. Lee Rankin, Solicitor General, Room 332, 325 West "F" Street, San Diego, California.

*Daniel W. Eckerman*

**INDEXED**

10545