Frakes, Frances
Name

226 So. Willaman Dr.
Address

Beverly Hills - Calif
City and State

Olympia 22063
Telephone Number

Answer

# FILED

MAY 19 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

Defendant

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
    vs.                  )   No. 1247-SD-C
                         )
FALLBROOK PUBLIC UTILITY )   ~~SUMMONS~~
DISTRICT, et al.,        )
                         )
            Defendants,  )

Comes now the defendant(s) __Frances Frakes__

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

(mrs.) __Frances Frakes__

Copy mailed May 17, 1958 to Mr. J. Lee Rankin
Solicitor General, Room 332 - 325 West "F" Street
                                    San Diego - Calif.

INDEXED

Original

10546