Gladys R Gaulden
Name

10806 Painter Ave
Address

Whittier Calif
City and State

Oxbow 63238
Telephone Number

Defendant

FILED
MAY 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ William W. _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                          )
            Plaintiff,    )
                          )
    vs.                   )   No. 1247-SD-C
                          )
FALLBROOK PUBLIC UTILITY  )   SUMMONS
DISTRICT, et al.,         )
                          )
            Defendants,   )

Comes now the defendant(s) Gladys R Gaulden

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Gladys R Gaulden

Copy mailed May 17, 1958 to
Mr J. Lee Rankin, Solicitor
General, Room 332, 325 West F Street,
San Diego, Calif.

Gladys R Gaulden

INDEXED

10547