Richard R Gaulden
_____
Name

10806 Painter
_____
Address

Whittier        Calif
_____
City   and   State

Oxbow 63238
_____
Telephone Number

Defendant

FILED

MAY 19 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By William M Pridge
               DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247-SD-C |
| FALLBROOK PUBLIC UTILITY ) | SUMMONS |
| DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant(s) Richard R Gaulden

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Richard R Gaulden

Copy Mailed May 17-1958
to Mr. J. Lee Rankin Solicitor
General. Room 332- 325 "F" Street
                San Diego Calif
          Richard R Gaulden

INDEXED

10548