Defendants in propria persona
3306 Rancho La Carlota Rd.
Covina, California

FILED
MAY 20 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA )
        Plaintiff )
V. )
FALLBROOK PUBLIC UTILITY DISTRICT )
and those defendants listed on )
Exhibit "A" which is attached to )
this summons and made a part of it )
by reference )
        Defendants )

No. 1247-SD-C

Answer

    Comes now the defendants, Hugh W. Garland and Frances H. Garland, and in answer to the Complaint and Supplementary and Amendatory Complaint on file herein and admits, denies and alleges as follows:

I

    Denies generally and specifically each and every material allegation contained in the Complaint and Supplementary and Amendatory Complaint on file herein

    Wherefore, the answering defendants pray that the plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other relief as the Court may deem proper.

BY: *Hugh W. Garland*
       *Frances H. Garland*
Dated: May 17, 1958
       Defendants in propria persona

INDEXED

10551

No. 1247 - SD

STATE OF CALIFORNIA,
COUNTY OF Los Angeles } ss.

Answer

Hugh W. and Frances H. Garland
they are the de...

_____ in the within and above entitled action; that ___ he has they have read the within and foregoing answer _____ and knows the contents thereof; that the same is true of their _____ own knowledge, except as to the matters which are therein stated on _____ information and belief, and as to those matters that the y believes it to be true.

Hugh W. Garland
Frances H. Garland

Subscribed and sworn to before me this 19th day of May, 19 58

(SEAL)     R. Anne Sullen
Notary Public in and for said County and State
My Commission Expires Dec. 12, 1960

(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF _____ } ss.

Betty June Graham _____, being first duly sworn says: That affiant, whose address is 626 So. Second Avenue, Covina, California is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached No. 1247 - SD - C Answer
(copy title of paper served)

on the John A. Childress, Clerk _____ in said action, by placing a true copy thereof in an envelope addressed as follows: John A. Childress, Clerk, U. S. District Court
Southern District of California, San Diego, Calif.
(name and address as shown on the envelope)

sealed and deposited on the 19 day of May, 19 58, in the United States Mail at Covina, California
(place of mailing, name of county)
with postage fully prepaid thereon, and there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 19th day of May, 19 58

R. Anne Sullen                        Betty June Graham
Notary Public in and for said County and State
(SEAL)
My Commission Expires Dec. 12, 1960

10552