```
 1  HOWLAND and PRINDLE
    Clayton L. Howland
 2  539 So. Spring Street
    Los Angeles 14, California.
 3
 4  Telephone: TUcker 2271
 5  Attorneys for Defendants.
```

FILED

MAY 20 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>    Defendants. | CIVIL NO. 1247 -SD-C<br><br>ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF<br><br>FRANK O. QUERRY, AND ODESSA D. QUERRY. |

COMES NOW the defendants FRANK O. QUERRY and ODESSA D. QUERRY, each for himself and herself for an answer to the complaint and supplementary and amendatory complaint, admit, deny and allege as follows:

FOR AN ANSWER TO THE ORIGINAL COMPLAINT

I

The allegations contained in paragraph I thereof are denied.

II

For an answer to paragraph II of the original complaint, these defendants are without knowledge or information sufficient to form a belief as to the truth of the averments thereof, and basing their denial upon that ground, deny each and every allegation in

INDEXED

-1-

10528

1 said paragraph contained.

### III

For an answer to the allegations contained in paragraphs III and VII of the original complaint, the facts are neither admitted nor denied, but these defendants call for proof thereof.

### IV

These answering defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of pragraph IV of the original complaint, and basing their denial thereon, deny the allegations contained in said paragraph, and specifically deny that these defendants threaten the destruction of the basin referred to in said paragraph or have damaged the plaintiff in any manner, or at all.

### V

In answer to paragraphs V and VI, these answering defendants deny that the adjudication suit or the stipulated judgment referred to in said paragraphs are binding upon or in any way effects the rights of these defendants, and deny that the plaintiff is entitled to any rights, titles, interest as against these answering defendants by reason thereof.

### VI

Answering paragraph VIII of the original complaint, these answering defendants admit that plaintiff makes the claim and asserts rights specified in said paragraph; that these answering defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining averments of said paragraph and basing their denial thereon deny all of said allegations.

### VII

Answering paragraph IX of the original complaint, these answering defendants deny that any action or conduct on their

1  part has caused the plaintiff any damage or has contributed to any
2  of the injuries alleged in said paragraph; these defendants are with-
3  out knowledge or information sufficient to form a belief as to the
4  truth of the remaining averments of said paragraph, and basing
5  their denial thereon deny all of said allegations.

### FOR AN ANSWER TO SUPPLEMENT TO COMPLAINT

#### I.

8       In answer to Counts Nos. I to X inclusive of
9  plaintiff's supplement to complaint, defendants by reference hereby
10 incorporate and make a part hereof their answers in paragraphs I to
11 VII in their answer hereof to the original complaint, as though
12 they were again fully set forth.

#### II

14       Admit that the plaintiff makes the assertions set
15 forth in said counts; that these answering defendants are without
16 knowledge or information sufficient to form a belief as to the truth
17 of any of the remaining averments in any of the paragraphs of said
18 Counts set forth, and basing their denial thereon, deny all
19 averments not hereinbefore expressly admitted.

#### III

21       In answer to Count No.XI of plaintiff's supplement
22 to complaint, these answering defendants in answer to paragraph I
23 thereof by reference hereby incorporate and make their answers set
24 forth in paragraphs I to VII of their answer herein and to Counts
25 I to X inclusive in paragraph I to II hereof inclusive, as though
26 the same were again fully set forth herein.

#### IV

28       These answering defendants are without knowledge or
29 information sufficient to form a belief as to the truth of the
30 allegations contained in paragraph II of Count No. XI and basing
31 their denial on that ground deny all the allegations thereof.

V

For an answer to Count No. XII of plaintiff's supplement to complaint, these defendants in answer to the paragraph I thereof hereby incorporate and make by reference to paragraph I to VII of answer to original complaint and of I to IV hereof inclusive of their answer to supplement to complaint as though the same were again set forth in full herein.

VI

Answering the allegations of paragraphs II and III of Count No. XII hereof, these answering defendants deny that any conduct or action on their part have injured plaintiff; and that they are without knowledge or information as to the truth of the remaining allegations of said paragraphs and basing their denials thereon deny each and every allegation therein contained.

VII

Answering the allegations of paragraphs IV, V and VI, of Count No. XII, these answering defendants are without knowledge or information as to the truth of the allegations contained therein, and basing their denials on this ground deny all of said allegations.

VIII

Answering paragraphs VII of Count No. XII, these answering defendants and each of them deny each and every allegation in said paragraph contained, and deny that any action or conduct on the part of defendant FRANK O. QUERRY has caused plaintiff any damage or contributed to any injuries claimed by plaintiff; and in this connection these answering defendants claim that they have a riparian right and an overlying property owner's right to pump and use water from their premises and stream thereon for the use of their premises hereafter described.

IX

Answering paragraphs VIII and IX of Count No. XII of plaintiff's Supplement to Complaint, these answering defendants

-4-

10531

1  deny generally and specifically each and every allegation in said
2  paragraphs contained, and deny that any action or conduct of these
3  answering defendants have injured and/or damaged plaintiff, or at all.

X

ANSWER TO COUNT No. XIII of the Supplement to the Complaint.

I

Answering paragraph I of Count XIII these answering defendants in answer thereto by reference hereby incorporate and make by reference their answers to the paragraphs of plaintiff's original complaint contained and set forth in paragraphs I to VII inclusive of this answer, and in paragraphs I to IX inclusive of their answer to supplement to complaint as though the same were again set forth herein in full.

II

In answer to paragraphs II, III, IV, V and VI of Count No. XIII of supplement to Complaint, these answering defendants admit that plaintiff makes certain claims therein, and admit that the claim asserted by these defendants herein is a riparian water right and may be adverse to claims of the plaintiff; and allege that in that connection that the claims of these defendants are right and just and that they are entitled to have and use water in regard to their lands in question and that those rights are riparian rights and overlying property right which they have by virtue of the ownership and location of their premises hereafter described; that they are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in said paragraphs and basing their denial thereon deny all of said allegations.

XI

ANSWER TO COUNT No. XIV of Supplement to Plaintiff's Complaint.

-5-

10532

I

These answering defendants in answer to paragraph I of Count No. XIV by reference hereby incorporate and make a part hereof their answers in paragraphs I to VII inclusive of original complaint and to their answers in paragraphs I to X hereof to the supplement to the complaint, as though they were again fully set forth herein.

II

Admit allegations of paragraph II of Count No. XIV of plaintiff's supplement to complaint.

XII

ANSWER TO COUNTS Nos. XV to XXI inclusive of plaintiff's supplement to complaint.

I

In answer to paragraphs I of Counts No. XV to XXI inclusive, these defendants by reference hereby incorporate paragraph I to VII of their answer to original complaint and paragraphs I to XI of their answers to Counts Nos. I to XIV inclusive of plaintiff's supplement to Complaint, as though said answers were again fully set forth herein.

II

Answering remaining paragraphs of Counts No. XV to XXI except for paragraphs II to III of Count No. XXI of said supplement, these answering defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of said paragraphs and basing their answer thereon deny all of said allegations.

III

In answer to paragraphs II and III of Count No. XXI of plaintiff's supplement to complaint, these answering defendants deny each and every allegations therein contained.

ANSWER TO AMENDMENT TO COMPLAINT

-6-

I

1  In answer to Count No. XXII of amendment to
2  complaint, defendants in answer thereto by reference hereby
3  incorporate their answers herein to Counts No. I through XXI of sup-
4  plement, contained in paragraphs I to XII of their answers to said
5  counts of the supplement, as though the same were again set forth
6  herein in full.

II

8  These answering defendants deny each and every
9  allegations contained and set forth in paragraphs I and II of
10 Count No. XXII of the plaintiff's amendment to complaint.

XIII

12 ANSWER TO COUNT No. XXIII to Amendment to Complaint.

I

14 Answering paragraph I of Count No. XXIII hereof,
15 these answering defendants in answer thereto by reference hereby
16 incorporate their answers to Counts No. I to XXII of plaintiff's
17 supplementary and amendatory complaint and by reference said answers
18 contained in paragraphs I to XII of their answer herein, as though
19 the same were again set forth herein in full.

II

21 These answering defendants deny the allegations of
22 paragraphs II and III of Count XXIII hereof, and in this connection
23 these answering defendants claim that a use of the water herein for
24 military use is not a proper riparian use thereof.

XIV

26 ANSWER TO COUNT No. XXIV of Amendment to Complaint.

I

28 Answering paragraph I of Count No. XXIV hereof,
29 these answering defendants in answer thereto by reference hereby
30 incorporate their answers to Counts No. I to XXIII of plaintiff's
31 supplementary and Amendatory complaint and by reference said answers
32 contained in paragraphs I to XIII of their answer herein, as though

10534

1 the same were again set forth herein in full.

## II

Answering paragraphs II of Count No. XXIV hereof, these answering defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and basing their denial on that ground deny all the allegations contained in said paragraph.

## XV

ANSWER TO COUNT No. XXV of Plaintiff's Amendment to Complaint.

## I

Answering paragraph I of Count No. XXV hereof, these answering defendants in answer thereto by reference hereby incorporate their answers to Counts No. 1 to XXIV of plaintiff's Supplementary and Amendatory Complaint and by reference said answers contained in paragraphs I to XIV of their answer herein, as though the same were again set forth herein in full.

## II

In answer to paragraph II of Count No. XXV hereof, these answering defendants admit they assert and claim a riparian right as well as an overlying land owners' right to the use of the water in the Santa Margarita river basin and watershed as will be hereafter more fully set forth as an affirmative defense; deny each and every other allegations in said paragraph contained.

### AFFIRMATIVE DEFENSES

### FIRST DEFENSE

#### I.

That the right of action set forth in the complaint did not accrue within ten years before the commencement of the action.

### SECOND DEFENSE

#### I.

That the defendants are informed and believe and therefore allege that plaintiff is appropriating and using water

-8-

from the Santa Margarita river and basin for purposes other than riparian and/or overlying owner's beneficial uses.

II

That the use of waters from the Santa Margarita river for military purposes is not a proper riparian use of said river water.

THIRD DEFENSE

That the complaint and supplementary and amendatory complaint fails to state a claim against these answering defendants upon which relief can be granted.

FOURTH DEFENSE

That these defendants own 380 acres more or less of land situated within the watershed of the Santa Margarita River, more particularly described as follows:

The real property situated in County of Riverside, State of California, described as follows:

PARCEL I:

Lot F of LITTLE TEMECULA RANCHO, as set apart in the Decree of Partition recorded June 28, 1892 in Book 199 page 454 of Deeds, records of San Diego County, California, in action entitled "William Wolf vs Romona Wolf, et al.," and particularly shown on partition map referred to in said decree, on file in the office of the County Clerk of San Diego County.

EXCEPTING therefrom the portion thereof particularly described as follows:

Beginning at the most Westerly corner of said Lot F;

Thence Southeasterly along the Southwesterly line of said lot F, 1151.15 feet;

Thence Northeasterly, parallel with the Northwesterly line of said Lot, 1175.00 feet;

Thence Northwesterly, parallel with the Southwesterly line of said Lot, 1151.15 feet; to the Northwesterly line of said Lot;

Thence Southwesterly, along the Northwesterly line of said lot,

-9-

1175.00 feet to the point of beginning.

ALSO EXCEPTING from said Lot F an easement in favor of the public over and along the Northwesterly 30 feet and the Northeasterly 30 feet thereof, for road purposes.

PARCEL 2:

Government Lot 1 in Section 29 and Government Lot 1 and Northeast Quarter of Southeast Quarter of Section 30, Township 8 South Range 2 West, San Bernardino Meridian, as shown by United States Government Survey.

This property is riparian land; and approximately 210 acres are tillable and the balance can be used for grazing cattle and other purposes. The answering defendants have irrigated and are now irrigating portions of their property, as did their predecessors before them, and the waters for this purpose obtained by pumping a well, drilled by defendants' predecessors thereon, and directly from Pechango Creek which runs through said property.

II

These answering defendants claim that they have riparian rights and overlying ground water rights and by reason thereof claim the right to use 1400 acre feet of water per year from the Pechango Creek and from the underground waters flowing, stored or percolating in and under and through said described property.

WHEREFORE, defendants pray that Plaintiff take nothing against them by reason of the complaint and supplementary and amendatory complaint filed herein; that the same be dismissed against these defendants; that defendants' right to water, as hereinabove set forth, be quieted against the plaintiff and against all other defendants in this action; and that these defendants recover their costs incurred herein, and have such other and further relief as is proper and equitable.

DATED: May 19th, 1958.

Attorney for Defendants
Frank O. Querry and Odessa D. Querry.

-10-

10537

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES

FRANK O. QUERRY

being by me first duly sworn, deposed and says: That he is one of the defendants

in the above entitled action; that he has read the foregoing ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDMENDATORY COMPLAINT

and knows the contents thereof; and that the same is true of his own knowledge, except as to the matters which are therein stated upon his information or belief, and as to those matters that he believes it to be true.

Subscribed and sworn to before me this 19th day of May, 1958.

Frank O. Querry

Notary Public in and for the County of Los Angeles, State of California

[NOTARIAL SEAL]

(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES

Clayton L. Howland being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of Los Angeles; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is 639 So. Spring St., Los Angeles, California;

that on the 19th day of May, 1958, affiant served the within Answer to Complaint and Supplementary and Amendatory Complaint

on the Plaintiff in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said Plaintiff at the office address of said attorney, as follows: J. LEE RANKIN, SOLICITOR GENERAL of the United States, Room 332, 325 West "F" Street, SAN DIEGO, Calif.

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail box, sub-post office, substation, or mail chute (or other like facility) regularly maintained by the Government of the United States at Los Angeles, California, where is located the office of the attorney for the person by and for whom said service was made.

That there is delivery service by the United States mail at the place so addressed, or there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 19th day of May, 1958.

Clayton L. Howland

Notary Public in and for the County of Los Angeles, State of California
(SEAL)

* Here quote from envelope name and address of addressee.
** If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office."
*** When the letter is addressed to a post office other than city in which letter is mailed strike out "and" when addressed to city in which letter is mailed strike out "or".

WOLCOTTS FORM 713 — U. S. DISTRICT COURT — REV. (1)

10538