FILED
MAY 20 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

ORIGINAL

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>         Plaintiff, <br> vs. <br> FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., <br>         Defendants. | No. 1247 - Civil <br><br> ANSWER OF PALOMAR SAVINGS & LOAN ASSOCIATION TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT |

Comes now defendant PALOMAR SAVINGS & LOAN ASSOCIATION, and for itself alone answers the complaint and supplementary and amendatory complaint of the United States of America, plaintiff in the above entitled action, as follows:

I

Palomar Savings & Loan Association is incorporated under the laws of the State of California, is authorized to and is engaged in the business of savings and loan association, with its office in Escondido, California.

II

Palomar Savings & Loan Association denies that it has done, is doing or intends to do anything contrary to or detrimental to the rights of the United States of America in the surface or subsurface waters of the Santa Margarita River and/or its tributories. Palomar Savings & Loan Association does not own or does not claim to own any land or any water rights in the Santa Margarita water-shed.

INDEXED

Copy recd

10516

### III

Palomar Savings & Loan Association, in the regular and ordinary course of its business has made real estate loans on certain tracts or pieces of land lying within the Santa Margarita River water-shed. Each of these loans was made in good faith prior to the time that the United States of America, by its said complaint and supplementary and amendatory complaint, made a claim, if it did or has made any such claim, to water on or in and/or under said lands, and without any knowledge that the United States of America claimed, pretended to claim or intended to claim any water rights affecting said lands.

This defendant avers that the United States of America does not, in its said complaint and supplementary and amendatory complaint, claim or allege that it has any interest in or any water rights connection with any of the lands on which this defendant has made loans as above stated. Each of said loans is secured by a Trust Deed and by reason thereof and the circumstances, Palomar Savings & Loan Association has a lien on each of said lands prior and superior to any claim or right of the United States of America to and upon said land and on said water on, in or under said land.

### IV

The owners of the lands on which Palomar Savings & Loan Association has made loans as hereinabove alleged, together with the description of the respective parcels of lands, the date of the making of the loan and the date, book and page of the recording of the respective trust deeds are shown on Exhibits 1 through 7 hereto attached, incorporated in and made a part of this answer as if fully set out at this place.

WHEREFORE, this defendant prays that plaintiff take nothing against this defendant, that judgment be entered that the rights of this defendant under its respective Trust Deeds

10517

1 are prior and superior to any and all claims of the plaintiff
2 herein; that this defendant have judgment for its costs and for
3 all other proper relief.

4     DATED: __MAY 16 1958__, 1958.

6                                  PALOMAR SAVINGS & LOAN ASSOCIATION

7                                  By _Edward L. Lindley_
8                                                 Vice President

9 Received 5.20.58
10 W. Weaver Ansa San Diego

10518

**Schedule A - Continued**

PARCEL 1

The North 131.82 feet, measured along the East and West lines of that portion of the East Half of the Northwest Quarter of the Northwest Quarter of Section 12, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Beginning at the Northeast Corner of said Northwest Quarter of the Northwest Quarter; thence West along the North line thereof 333.55 feet, more or less, to the Northeast corner of that land conveyed to A. W. Bruce and wife by deed recorded October 29, 1942, in Book 1417, page 348 of Official Records; thence South along the East line of said Bruce's land 429 feet to the Southeast corner thereof; thence East parallel with the North line of said Northwest Quarter of the Northwest Quarter 333.22 feet more or less to the East line of said Northwest Quarter of the Northwest Quarter; thence North along said East line 429 feet to the point of beginning.

EXCEPTING therefrom the well site, being the West 20 feet of the East 61.47 feet of the South 20 feet thereof.

RESERVING therefrom an easement and right of way for ingress and egress for road and pipe line purposes over the West 15.97 feet of the East 41.47 feet of the South 20 feet thereof.

ALSO RESERVING therefrom the right to construct and maintain underground laterals for the development of water over the East 61.47 feet thereof.

---

Title Vested in DONALD B. BALDWIN and FLORENCE L. BALDWIN, husband and wife, as joint tenants.

Trust Deed for $9,500.00 dated 6-7-56. Recorded date 6-18-56, in Book 6141, Page 525.

Exhibit No. 1

10519

SCHEDULE C

The land referred to in this policy is described as follows:

Lots 8, 9 and 10 in Block 38 of West Fallbrook, in the County of San Diego, State of California, according to the Map thereof No. 567, filed in the office of the County Recorder of San Diego County, October 9, 1888.

Title Vested in: John C. Bisogno and Marcella Bisogno, husband and wife, as joint tenants, as to an undivided one-half interest;
and
Amelia Pontrelli, a widow,
as to an undivided one-half interest.

Trust Deed for $6,500.00. Recorded Date 12-6-57, in Book 6860, Page 193.

**Union Title Insurance** and **Trust Company**
SAN DIEGO 12     CALIFORNIA

10520

Exhibit No. 2

vm/loan

60440074

FORM 522 11-54   (CLTA STANDARD OR EXTENDED COVERAGE)

## SCHEDULE C

Description of land, title to which is insured by this policy:

PARCEL 1:

The Southerly 140 feet of the West 130 feet of the East 513.79 feet of that portion of Lot 8, of the Shipley Tract, West Fallbrook, in the County of San Diego, State of California, according to the Map thereof No. 132, filed in the office of the County Recorder of San Diego County, August 22, 1887, lying Northerly of the location and prolongation of a line which is parallel with and 165.10 feet Northerly at right angles from the Southerly line of said Lot 8.

PARCEL 2:

An easement and right of way for ingress and egress for road purposes through, over, along and across the West 5 feet of the East 518.79 feet of that portion of said Lot 8, lying Northerly of the location and prolongation of a line which is parallel with and 165.10 feet Northerly at right angles from the Southerly line of said Lot 8, said easement and right of way to be appurtenant to and for the use and benefit of the present or future owner or owners of all or any portion of Parcel No. 1 herein above described.

PARCEL 3:

Easement and right of way for road and utility purposes over and across the West 20 feet of the East 398.79 feet of said Lot 8. EXCEPTING therefrom that portion thereof lying Southerly of the Northerly line of Parcel 1 above described.

Title Vested in: Walter E. Dethlefs and Mary E. Dethlefs, husband and wife, as joint tenants.

Trust Deed for $8,000.00. Recorded date 12-21-56, in Book 6391, Page 363.

Exhibit No. 3



Union Title Insurance and Trust Company
SAN DIEGO 12    CALIFORNIA

10521

PARCEL 1 : The South 100 feet of the North 410 feet and the North 200 feet of the South 250 feet of the South half of the Southeast quarter of the Northeast quarter of Section 36, Township 8 South, Range 3 West, San Bernardino Base and Meridian;

EXCEPTING therefrom any portion thereof included within the right of way of the State Highway;
ALSO EXCEPTING therefrom any portion thereof conveyed to the State of California by Deed recorded May 11, 1948 in Book 907 page 391 of Official Records, Riverside County Records.

PARCEL 2 : That portion of the South 100 feet of the North 310 feet of the South half of the Southeast quarter of the Northeast quarter of Section 36, Township 8 South, Range 3 West, San Bernardino Base and Meridian, described as follows:
BEGINNING at a point on the North line of the South 350 feet of the Southeast quarter of the Northeast quarter of said Section 36, 809.18 feet Westerly along the said North line from the Westerly right of way line of State Highway Route VIII-Riv-77-A;
THENCE from said point of beginning, along said North line, North 89°34'51" West, 5.51 feet;
THENCE North 24°28'51" West, 50.24 feet;
THENCE North 52°28'51" West, 5.75 feet;
THENCE South 37°31'09" West, 5.00 feet;
THENCE North 52°28'51" West, 20.00 feet;
Thence North 37°31'09" East, 20.00 feet;
THENCE South 52°28'51" East, 20.00 feet;
THENCE South 37°31'09" West, 5.00 feet;
THENCE South 52°28'51" East, 3.25 feet;
THENCE South 24°28'51" East 57.38 feet to the aforesaid North line; THENCE along said North line, North 89°34'51" West, 5.51 feet to the point of beginning.

Title Vested in: Clifford T. Gossman and Hilda Gossman, husband and wife, as joint tenants.

Trust Deed for $991.09.  Recorded date 10-4-56 in Book 6286, Page 44.

Exhibit No. 4

10522

BH-loan                                                         74092-4

(A STANDARD OR EXTENDED COVERAGE)

## SCHEDULE C

Description of land, title to which is insured by this policy:

      The West 91 feet of the South 164.81 feet of the Easterly 30 Acres of the Northeast Quarter of the Northwest Quarter of Section 18, Township 9 South, Range 3 West, San Bernardino Base and Meridian, according to United States Government Survey approved September 11, 1879.

**Title Vested in: Francis Rowe Parkinson and Rose Marie Parkinson, husband and wife, as joint tenants.**

**Trust Deed for $3,800.00. Recorded date 9-16-55 in Book 5794, page 522.**

Exhibit No. 5

Union Title Insurance and Trust Company
SAN DIEGO 12                    CALIFORNIA

10523

4

SCHEDULE "A"

The South 36 feet of Lot 5 in Pruett and Short's Subdivision of Block 65 of WEST FALLBROOK, according to the Map thereof No. 490, filed in the office of the Recorder of said San Diego County, February 20, 1888; TOGETHER WITH that portion of the Westerly Half of Deacon Street lying Easterly of and adjoining said South 36 feet of Lot 5 AND ALSO that portion of the Northerly Half of Kentucky Street lying Southerly of and adjoining said Lot 5 and lying Southerly of and adjoining said portion of the Westerly Half of Deacon Street, as said streets were vacated and closed to public use by a Resolution of the Board of Supervisors of said San Diego County, passed and adopted on February 27, 1950 and filed in the office of the Recorder of said San Diego County, March 7, 1950 in Book 3529, page 370 of Official Records.

**Title Vested in: Jack Quinn and Frankie Mae Quinn, husband and wife, as joint tenants.**

**Trust Deed for $6,300.00.  Recorded date 5-17-56, in Book 6103, page 225.**

Exhibit No. 6

10524

## SCHEDULE C

Description of land, title to which is insured by this policy:

### PARCEL 1:

The West 7 Acres of the East 25 Acres of the Northeast Quarter of the Southwest Quarter of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California.

Excepting therefrom that portion lying within the West 182 feet of the South 164.81 feet of the East 30 Acres of said Northeast Quarter of Southwest Quarter.

### PARCEL 2:

The West 5 Acres of the East 30 Acres of the Northeast Quarter of the Southwest Quarter of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California.

Excepting therefrom that portion lying within the West 182 feet of the South 164.81 feet of the East 30 Acres of said Northeast Quarter of Southwest Quarter.

### PARCEL 3:

The South 52 feet of the East 25 feet of the West 116 feet of the East 30 Acres of the Northeast Quarter of the Southwest Quarter of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California.

**Title Vested in:** Earl A. Serry and Betty B. Serry, husband and wife, as joint tenants.

**Trust Deed** for $20,000.00. Recorded date 6-19-57 in Book 6628, Page 240.

Exhibit No. 7



**Union Title Insurance** and **Trust Company**
SAN DIEGO 12            CALIFORNIA

10525