# FILED

MAY 20 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *M. D. Keeley*
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

ORIGINAL

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1247 - Civil |
| Plaintiff, | ANSWER OF FALLBROOK CITRUS |
| | ASSOCIATION TO COMPLAINT |
| vs. | AND SUPPLEMENTARY AND |
| | AMENDATORY COMPLAINT |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al, | |
| Defendants. | |

Comes now FALLBROOK CITRUS ASSOCIATION, one of the
defendants in the above entitled action and for itself makes
answer to the complaint and supplementary and amendatory complaint
of plaintiff, United States of America, in said action.

I

This defendant by reference adopts its answer to the
original complaint herein, which answer was filed on or about
February 6, 1952.  Said answer is adopted and averred as the
answer to the original complaint, that part of the recent complaint
and supplementary and amendatory complaint which repeats the
original complaint and to all those allegations in the supplementary
and amendatory complaint, part of the recent reading which are
the same or in substance the same, as the allegations in the
original complaint.  This defendant by reference makes its former
answer a part of the present answer, the same as if set out in full
at this place.

*a py rec'd*

INDEXED

10512

II

With reference to COUNTS NO. II, III, IV, V, VI, VII, VIII and IX this defendant does not attempt to make a specific answer to each of said Counts, because each of said Counts is directed specifically against a defendant named therein and makes no reference to this defendant Fallbrook Citrus Association; however, if and insofar as any allegations in any of said Counts may be considered as directed against or as applicable to this defendant, such allegations are denied.

III

COUNT NO.X in said supplementary and amendatory complaint is directed against the State of California.  This defendant is a California Municipal Corporation and as such is a part of the State of California, subject to its laws and regulations and entitled to the benefit and enjoyment thereof.

Therefore, this defendant adopts the answer of the State of California to the original complaint and the answer of the State of California to the recent supplementary and amendatory complaint, and incorporates both of them as a part of its answer as fully as if set out at this place.

IV

In answer to Paragraph II of COUNT NO. XI this defendant denies that

> "the number of acres of lands riparian
> to the Santa Margarita River susceptible of
> practicable and profitable irrigation, title
> to which is in the United States of America,
> has been increased over and above 12,375 acres
> of lands of that character referred to in
> paragraph V of the complaint to approximately
> 18,650 acres."

In that respect this defendant avers that the number of acres has not increased but by putting additional acres under irrigation, the United States has, and by the allegations of said Paragraph II, proposes to and indicates its intention to take water

-2-

10513

1  lawfully belonging to other lands in the Santa Margarita water-shed
2  to the detriment and irreparable loss to said other lands and their
3  owners.

4                                    V

5          In answer to Paragraph II of COUNT NO. XII this defen-
6  dant avers that the primary and principal cause of variation in
7  the surface and subsurface of the flow of the Santa Margarita
8  River is the amount and character of rainfall within the water-shed.
9  During most of the years since this suit was filed, rainfall has
10 been light, hence there was a decrease in the flow; but notwith-
11 standing, as this defendant is informed and believes and therefore
12 avers, plaintiff herein has at all times had sufficient water for
13 its needs and purposes and including a considerable amount of
14 water devoted for purely agricultural purposes.

15         The rainy season, July 1, 1957, to June 30, 1958, has
16 already produced rainfall substantially in excess of the average
17 and as a result Santa Margarita River is flowing as a surface
18 stream and wasting into the ocean.  Naturally, this increased flow
19 has replenished by subterranean basins and gravels as it passed
20 by and over them.

21                                   VI

22         In answer to COUNTS NO. XIII, XV, XVI, XVII, XVIII, XIX,
23 and XX this defendant avers that from the pleadings referred to it
24 appears that the United States of America (through its Naval
25 Department) is suing the United States of America in several of
26 its other departments, and attempting to set up against said
27 several other departments of itself, prescriptive rights to the
28 use of water which heretofore and now has been and is dedicated to
29 the use and benefit of those other departments of the United States
30 of America and on the basis of said claimed prescriptive rights
31 to transfer the water from the uses to which it has been dedicated
32 to a new and different use.

                                                        10514

## VII

In answer to COUNTS NO. XXI and XXII this defendant admits that the plaintiff has taken, used and diverted large quantities of water from the Santa Margarita River and avers that it has claimed the right to all such water by reason of its acquisition of the Santa Margarita Reservation or Site and this defendant avers that by such taking the United States has not gained any new or enlarged right to water.

## VIII

This defendant does not have information sufficient to enable it to answer COUNT NO. XXIII and COUNT NO. XXIV and thereupon denies the allegations contained in each Count.

WHEREFORE this defendant prays that the plaintiff take nothing against this defendant, that this defendant have judgment against the plaintiff determining its rights as a riparian owner and as the owner of land having its natural and inherent rights to water on, in and under the surface of said land including (but not exclusively) all perculating water under said land, and that said water rights constitute a part of said land and belong to Fallbrook Citrus Association, and for all other proper relief.

DATED: _____ May 16, _____, 1958.

FALLBROOK CITRUS ASSOCIATION

By _Frank Puccelli_

Secretary

Received 5.20.58
Watereve Aura/San Diego

10515

-4-