```
AILEEN ISABELLE FOSNAUGH
         Name
124 W 126TH STREET
         Address
LOS ANGELES 61, CALIFORNIA
   City        and      State
PLYMOUTH 5-8288
     Telephone Number
```

**FILED**

MAY 20 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Defendant

UNITED STATES OF AMERICA )
)
                Plaintiff, )
)
    vs. )   No. 1247-SD-C
)
FALLBROOK PUBLIC UTILITY )   SUMMONS
DISTRICT, et al., )
)
               Defendants, )

Comes now the defendant (s) AILEEN ISABELLE FOSNAUGH

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

*Aileen Isabelle Fosnaugh*

COPY MAILED MAY 19, 1958 TO MR. J LEE RANKIN, SOLICITOR GENERAL
                                ROOM 332
                                325 WEST "F" STREET
                                SAN DIEGO, CALIFORNIA

*Aileen Isabelle Fosnaugh*

*copy rec'd*

INDEXED

10511