1   THEODORE R. MEYER,
    RICHARD HAAS,
2   BROBECK, PHLEGER & HARRISON,
    111 Sutter Street,
3   San Francisco 4, California.
    Telephone: SUtter 1-0666.
4
    Attorneys for Defendant
5   General Mills Inc.

6

7

8           IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

9           NORTHERN DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

10

11  UNITED STATES OF AMERICA,              NO. 1247-SD-C

12                  Plaintiff,

13          vs.

14  FALLBROOK PUBLIC UTILITY
    DISTRICT, et al.,
15
                    Defendants.
16

17

18          INTERROGATORIES PROPOUNDED
             TO PLAINTIFF BY DEFENDANT
19              GENERAL MILLS INC.

20          Pursuant to R.C.P. Rule 33, defendant General Mills

21  Inc. propounds the following interrogatories to plaintiff:

22          1.  What land or interest in land does General Mills

23              Inc. own or possess or claim to own or possess

24              which plaintiff contends to be relevant to this

25              action?

26          2.  What water rights does General Mills Inc. own or

27              possess, or claim to own or possess, which plain-

28              tiff contends to be relevant to this action?

29          3.  For what reason or reasons has General Mills Inc.

30              been joined as a defendant in this action, and

FILED

MAY 20 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
          DEPUTY CLERK

1   what relief does plaintiff seek against said

2   corporation?

4                    *Theodore R. Meyer*
5                    Theodore R. Meyer

6                    *Richard Haas*
7                    Richard Haas

8                    *Brobeck, Phleger & Harrison*
9                    Brobeck, Phleger & Harrison

10
11                   Attorneys for defendant
     General Mills Inc.

12

13

14        CERTIFICATE OF SERVICE

15

16        I certify that a copy of the foregoing Interrogatories

17   Propounded to Plaintiff by Defendant General Mills Inc. has been

18   served on plaintiff by mailing a copy thereof to J. Lee Rankin,

19   Esq., Room 332, 325 West "F" Street, San Diego, California.

20        DATED:  May 19, 1958.

22                   *Richard Haas*
23                   Richard Haas

24

25

26

27

28

29

30

                         2.                              3480