UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

No. 1247-SD-C=                Civil

MINUTES OF THE COURT

DATE: May 21, 1958

AT: San Diego, California

U.S.A.
vs
FALLBROOK, etc., et al

PRESENT: Hon. JAMES M. CARTER, District Judge;

Deputy Clerk: WILLIAM W. LUDDY    Reporter: JOHN SWADER
SPECIAL MASTER: JOHN CRANSTON

Counsel for Plaintiff: WILLIAM VEEDER: WILLIAM BURBY, DAVID MILLER; COL. ELLIOTT ROBERTSON, COL. A. C. BOWEN:

Counsel for Defendants: JOHN BRUCKER MYERS, RAY EBERHART, DEWITT MANNING FRANZ SACHSE, ADOLPHUS MOSKOVITZ, HARRY ASHTON, DON KELLER, MILTON MILKES, W. B. DENNIS, GEORGE STAHLMANN, GEORGE GROVER.

PROCEEDINGS: The following pro per defendants from De Luz area appeared. John C. Baxter, Daun Gillett, Pearl R. Hunt, Frank Peppercorn, Ruth Peppercorn, Hans C. Morlowell, Fred M. and Grace Jones, Dilate Caldwell, Mary Giles, Berry Mosier, Vera Click, Darle L. Stinson, Ester C. Drake, Paul Dunville, xRamh Ruth Denson, and Paul Couck.

PROCEEDINGS: Commencement of proceeding before Master.

AT THE RECHE SCHOOL, NEAR FALLBROOK

    At 10:00 A.M. court convenes at the Reche School in Fallbrook
    The Court address the parties.
    Mr. Cranston addresses the parties.
    The court answers questions of the various parties.
    At 11:25 A.M. a recess is declared by the Court, and at 11:40 reconvene.
    Attorney Veeder makes opening statement for the Government.
    At 11:55 A.M. court adjourn to San Diego, at 2P.M. for hearing on various motions.
    At 3:00 P.M. reconvene in San Diego, Court Room #2, with the following counsel present. Veeder, Burby, Lt. Miller, Col Robertson, Commander Flynn, Stahlman, Sachse, Moskovitz, Grover, B. Abbott Goldberg, Harry Ashton, Arthur L. Littleworth, and James Krieger.
    Objections of Fallbrook, and State of California to hearing motions overruled, and court grants pltfs motion to call witnesses.
    Attorney Veeder makes statement.
    Attorney Abbott Goldberg is called, sworn, and testifies on motion respecting order of Feb. 11, 1958.
    IT IS ORDERED that transcript dated 1-2-52 may be withdrawn by parties to be returned tomorrow.
    At 4:40 P.M. a recess is declared to May 22, 1958, at 9:30 A.M. for further hearing on motion respecting order of Feb. 11, 1958

3508

JOHN A. CHILDRESS, Clerk
By William W. Luddy