**FILED**

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, ) 1247-SDC
     v. ) ACKNOWLEDGMENT OF RECEIPT
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
        Defendants. )

    I hereby acknowledge receipt of copies of the Answers in the above entitled case of the following named defendants:

        E. E. CLOUSE
        ROY O. SOLSO and ADA BELLE SOLSO
        A. W. SILVA and I. M. SILVA
        KATHLEEN DIANA HODGES and KENNETH B. HODGES
        DANIEL O'BRIEN and ROSE MARIE O'BRIEN
        JOHN C. BAXTER and CHLOE L. BAXTER
        ESTHER C. DRAKE
        HOMER C. McDOWELL and MARION J. McDOWELL
        ROBERT STEINBERG and ALYNE STEINBERG
        STEVEN NEMETH and MABEL L. NEMETH
        RUDOLPH C. FOSS
        RUTH KELLUM DINSEN and A. B. DINSEN
        CLARA E. McDONALD and GROVER C. McDONALD
        HAROLD W. BARKOW and MARCELLA C. R. BARKOW
        E. C. SULLIVAN and ANNA L. SULLIVAN

3504

| | |
|---|---|
| 1 | ELIZABETH POSTON |
| 2 | JOHN A. FAY and ERA LEE FAY |
| 3 | WILLIAM P. OLMSTED and HENRIETTA ELIOT (ROSS) FRITZ |
| 4 | NORBERT A. WALLER and ETHEL R. WALLER |
| 5 | ROY E. BARDWELL and PEARL E. BARDWELL |
| 6 | FREDERIC E. STOKES and HELEN D. STOKES |
| 7 | ARTHUR B. CAUGHLAN and HELEN M. CAUGHLAN |
| 8 | LEWIS M. CLEVELAND and HELENE W. CLEVELAND |
| 9 | LEWIS J. KLEIN and ELEANOR L. KLEIN |
| 10 | EVE U. MITCHELL and MONROE SHARPLESS |
| 11 | EMMETT S. McCORMICK and MARY M. McCORMICK |
| 12 | BENNIE R. MOSHER and LURA G. MOSHER |
| 13 | ALFRED HOLSWORTH and HELEN E. HOLSWORTH |
| 14 | EDWIN W. STREETER and BERTHA R. STREETER |
| 15 | JOHN PARKER and LILLIE S. PARKER |
| 16 | EARLE E. SOUDAN and DOROTHY SOUDAN |
| 17 | EWALD O. HARRINGER and OLGA P. HARRINGER |
| 18 | WILLIAM F. COOK |
| 19 | ERNEST C. COOK and LETTIE A. COOK |
| 20 | CYRIL M. EWING and MILDRED EWING |
| 21 | CHARLES H. BERRY and CARLOTTA BERRY |
| 22 | ZADE GREEN and GERTRUDE A. GREEN |
| 23 | FRED D. LEACH and GRACE M. LEACH |
| 24 | WILLIAM F. and ALICE M. LATTIMER |
| 25 | HENRY D. JAY and M. LUCILLE JAY |
| 26 | HERBERT E. JAGO and GERTRUDE A. JAGO |
| 27 | LEON ROACH and LOUISE ROACH |
| 28 | CHARLES JAY and CARROL JUNE COAST |
| 29 | WILLIAM E. INGALLS and VERA INGALLS |
| 30 | PHILLIP S. MARSHALL and DOROTHY L. MARSHALL |
| 31 | JENS E. SORENSON and LILLIAN E. SORENSON |
| 32 | WILLIAM V. STAHL |

1. ELMER O. CHASE and EMMA CHASE
2. ROBEY T. MORRIS and LUCY A. MORRIS
3. FRANK PUCELLI and ANNA PUCELLI
4. CLAIRE KAUFMAN and SAM KAUFMAN
5. MILO O. BUSENBURG and MARIELLA BUSENBURG
6. VERNON D. SIMPSON and ANNA B. SIMPSON
7. VINCENT P. PELLANDA and MARIAN V. PELLANDA
8. J. D. HARRISON and VELMA LEE HARRISON
9. N. C. THORESON and GLADYS M. THORESON
10. IDA COOPER
11. DONALD N. RADMACHER and TRULETTE L. RADMACHER
12. MARK B. McCAHON and MAE E. McCAHON
13. EDGAR A. RICHARDS, JR. and RUTH M. RICHARDS
14. GRANVILLE G. PEPPLE and ETHEL S. PEPPLE
15. S. O. and CELONA GENTRY
16. OTTO J. KOLB, LILLIAN C. KOLB, JOHN F. KOLB, LOUISE KOLB
17. GRACE W. COPE and MORRIE B. COPE
18. ANNA DOERRER and AMY D. ROBERTS
19. WILLIAM H. HITT and RUTH A. HITT
20. LAUREN D. BOLTON and ETHEL M. BOLTON
21. JOHN STINTIN and KATIE LEWIS STINTIN
22. VIRGIL A. CLAYTOR and VERDA M. CLAYTOR
23. JERRY F. BURT and CATHERINE T. BURT
24. D. E. ROSE and MYRTLE E. ROSE
25. EDWARD L. and MARY E. HAIRE
26. JOHN M. GARRISON and SADIE F. GARRISON
27. CHARLOTTE S. CLARK
28. CLERK E. BARNES and BETTY B. BARNES
29. NEAL S. HEIS and THELMA G. HEIS
30. DANIEL L. RANSOM and ETHEL M. RANSON
31. DOROTHY MOFFAT
32. ~~XXXXXXXXXXXXXXXXX~~

```
 1    ROLLIN BROWN and DOROTHY S. F. BROWN
 2    CLENTIE G. HOWARD and BIRDIE M. HOWARD
 3    JAMES F. GIBBONS and LUCILLE A. GIBBONS
 4    EBEN E. MITTERLING and GINA MITTERLING
 5    DALE L. STINSON and EMMA G. STINSON
 6    JOHN L. WAGENAAR and MARY AGNES WAGENAAR
 7    W. ROY WARE and HAZEL I. WARE
```

DATED: May 15, 1958.

*William A. Weaver*
Assist US attorney
San Diego, Calif.