Mr. and Mrs. Myron K. Lee
**Defendants in propria persona**
Aguanga, California

F I L E D

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. Kusly
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>　　　　Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>Mr. and Mrs. Myron K. Lee |

　　The defendants,　　Mr. and Mrs. Myron K. Lee each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

　　These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

　　These defendants own 40 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

　　　　　　　　See Exhibit A

COPY RECEIVED

10789

AFFIRMATIVE STATEMENT OF RIGHTS

1  These answering defendants own (40) acres of land situated
2  within the watershed of the Santa Margarita River, more particularly
3  described as follows:
4      That certain land situated in San Diego County known as
    the Southwest quarter of the Northeast quarter of Section
5      9, Township 9 South, Range 3 East, San Bernardino Base
6  Meridian. (Located in Chihuahua Valley).
7  Approximately (10) acres are tillable and the balance can be used
8  for grazing livestock.
9      Defendants claim the right to sufficient water for domestic use
10 and sufficient water to irrigate (10) of these (40) acres which are
11 suitable for raising alfalfa, orchard, and etc. Defendants wish to
12 claim rights to spring which in times past has been used to water
13 livestock. Spring is located on defendants property.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*/s/ Myron V. Lee*

*/s/ Lin E. Lee*

Defendants in propria persona

Dated: May 14, 1958

10790

EXHIBIT A

Legal description of the property owned by Myron K. Lee and Lois E. Lee is as follows:

Southwest quarter of the Northeast quarter of Section 9, Township 9 South, Range 3 East, San Bernardino Base Meridian, San Diego County. (Located in Chihuahua Valley).

10791