F I L E D

Jimmie Kazaroff & Bennie Kazaroff
Defendants in propria persona
468 Weston    Hemet, California

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. Ruspley
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,

     v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

          Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

Jimmie Kazaroff
&
Bennie Kazaroff

    The defendants,   Jimmie Kazaroff & Bennie Kazaroff
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
              AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

           AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 118 acres of land in   Riverside
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

COPY RECEIVED

10732

We operate a commercial hog ranch, which at the present has approximately 3000 hogs. Between the hogs and the boiler, (used to heat treat the garbage due to laws passed by the State & Federal governments, our need for water varies daily.

We have three wells on the ranch all using jack pumps. One well is used only for the two houses on the ranch for the men and their families. It is only pumping through a 3/4 inch pipe. The other two wells are used only for the hogs and the boiler, using a 1½ inch pipe. All three wells run dry if used steady, therefore, we haul water daily from our neighbors.

Our plant operates from 9 to 10 hours daily, depending on the number of loads coming in and the number of tons. We are not wasting any water by irrigating. We plan to drill a better well in the near future to eliminate hauling water.

We are using approximately 10 to 14 acres for our hogs, the rest of our land is suitable only for dry farming or grazing of cattle or raising foul. From time to time we have government contracts for the disposal of their garbage from military instalations. At present we are collecting and hauling from Camp Pendleton and also the Marine Base in El Toro.

We are constantly checked by Federal, State, and County inspectors and we have to meet certain requirements to be eligible to bid on contracts. We feel that we have the right to use what water we can find on our land since there doesn't seem to be an over abundance anywhere on our land. We have no dams, resevours, or ponds to hold any normal run off.

We feel that we require for each day at least 8000 gallons of water.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Bonnie C. Kazaoff*

*Jimmie E. Kazaoff*

Defendants in propria persona

Dated: May 11, 1958

10793

EXHIBIT    A

GOVERNMENT LOTS ONE, TWO AND THREE OF
SECTION SIX IN TOWNSHIP SEVEN SOUTH
OF RANGE ONE WEST OF THE SAN BERNARDINO
MERIDIAN, CALIFORNIA

10794