G. R. GOUGH
Defendants in propria persona
Box 27, Elsinore, California.

FILED
MAY 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. C. Kiesling
   Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )   CIVIL NO. 1247 - SD - C
                          )
            Plaintiff,    )   ANSWER OF DEFENDANTS
                          )
       v.                 )   G. R. GOUGH
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, ET AL,          )
                          )
            Defendants,   )

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 15 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

EXHIBIT "A":

10795

Property situated in the County of Riverside, State of California.

The westerly rectangular 30 feet of the S-½ of the S-½ of the S-½ of the S-½ of the NW-¼ of Section 35, Township 6 South, Range 3 West,

COPY RECEIVED

COPY RECEIVED

EXHIBIT "A":

Property situated in the County of Riverside, State of California.    10795

The westerly rectangular 30 feet of the S-$\frac{1}{2}$ of the S-$\frac{1}{2}$ of the S-$\frac{1}{2}$ of the S-$\frac{1}{2}$ of the NW-$\frac{1}{4}$ of Section 35, Township 6 South, Range 3 West, San Bernardino Base and Meridian,

AND,

The westerly rectangular 30 feet of the N-$\frac{1}{2}$ of the N-$\frac{1}{2}$ of the N-$\frac{1}{2}$ of the N-$\frac{1}{2}$ of the N-$\frac{1}{2}$ of the SW-$\frac{1}{4}$ of said Section 35.

10795 A

All 15 acres of this land is under cultivation and is used for growing grain and hay, it is suitable for raising poultry and a limited number of livestock are kept and maintained on the property. A family orchard has been irrigated along with some row crops from a domestic well. It may be necessary in the future to drill a new well or deepen the present well, in order to supply existing needs. A creek runs across the property and furnishes sub-irrigation for a portion of the grain and alfalfa land. Defendants claims the right to develop existing wells or drill new wells to supply needs of trees and crops on the property.

Defendant does not claim any prescriptive rights or any appropriative rights.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.



_____
Defendants in propria persona

Dated: MAY 15 1958

10796