Walter L. Dennis, Alice M Dennis
Defendants in propria persona
PO Box 772 Fallbrook Calif

FILED
MAY 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
    v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
        Defendants,

CIVIL NO. 1247 - SD - C
ANSWER OF DEFENDANTS
Walter L. Dennis
Alice M. Dennis

The defendants, Walter L. Dennis, Alice M Dennis, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own one (1) acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10797

Defendants claim right to 4 acre feet of water per year which is being furnished by the Fallbrook Public Utility District for irrigation and domestic use. Land has all been planted to bearing avocado trees for the past ten years.

Defendants claim the right to drill a well and pump water at a later date.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Walter T. Dennis_

_Alice M. Dennis_

Defendants in propria persona

Dated: May 15, 1958.

10798

EXHIBIT A.

That portion of Lot 1, said Lot 1 being the Southwest Quarter of the Southwest quarter of Section 18, Township 9 South, range 3 West, San Bernardino Meridian, County of San Diego, State of California, described as follows:
Beginning at the Northeast Corner of said Lot 1, and continuing along the North line of said Lot in a Westerly direction at an angle of South 89°53' West for a distance of 804.94 feet West to a point; thence South at an angle North 0°6' East for a distance of 444.33 feet to a point which is the South Easterly corner of the land of Laura A. Dunn, and the true point of beginning; thence Westerly along said South line of the land of said Laura A. Dunn, 219.5 feet to a point; thence Southerly parallel with the Easterly line of the said land of Laura A. Dunn, prolonged Southerly for a distance of 198.55 feet to a point; thence Easterly on a line parallel with the Northerly line of the land hereby conveyed, 219.5 feet to a point; thence Northerly along the said prolonged Easterly line of the said land of Laura A. Dunn, 198.55 feet to the point of beginning.

-----------

10799