BEULAH B. BUCKNER
12603 WASHINGTON PLACE, APT. 1,
LOS ANGELES 66, CALIFORNIA
Defendants in propria persona

FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. Kuszling
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
          Plaintiff,
v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
          Defendants.

ANSWER OF DEFENDANTS

BEULAH B. BUCKNER

The defendants, BEULAH B. BUCKNER each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I to V, inclusive, of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 390 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10800

I.

This land extends into the river channel, where wells may be put down to draw water, although the river proper does not run over the land. Of the total acres, approximately 50% is tillable; 30% is suitable for groves; the remainder has been used extensively for grazing and the raising of poultry. The land has been partially irrigated in the past by pumping from wells and minor streams on the property.

II.

These defendants have and have had building plans and a prospectus circulated, proposing the development of the ranch. These plans have had to be delayed because of this suit clouding the property title to the detriment and damage of the defendants. Defendants claim the right of use to the available water on the land with all suitable prescriptive and appropriative rights.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Wilbur G. Buckner

*Beulah B. Buckner* (signature)
Beulah B. Buckner
Defendants in propria persona
12603 Washington Place, Apt. 1
Los Angeles 66, Calif.

Dated: May 14, 1958

10801

EXHIBIT "A"

Legal description and plat of the three hundred and ninety (390) acres in San Diego County, California owned by Wilbur G. and Beulah B. Buckner:

    South West Quarter ($\frac{1}{4}$) and the South West Quarter ($\frac{1}{4}$) of the South East Quarter ($\frac{1}{4}$), all in Section #1, Township 9, Range 4 West of the San Bernardino Meridian.

    East one-half ($\frac{1}{2}$) of the South East Quarter ($\frac{1}{4}$) of Section #2, Township 9, Range 4 West of the San Bernardino Meridian.

(Except for the South West Quarter ($\frac{1}{4}$) of the North East Quarter ($\frac{1}{4}$) of the North West Quarter ($\frac{1}{4}$) ) the North one-half ($\frac{1}{2}$) of the North West Quarter ($\frac{1}{4}$) and the South East Quarter ($\frac{1}{4}$) of the North West Quarter ($\frac{1}{4}$) all in Section #12, Township 9, Range 4 West of the San Bernardino Meridian.



10802