FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. Kresling
   DEPUTY CLERK

Vernon L. Beattie & Ruth D. Beattie
**Defendants in propria persona**
333 Woodcrest Drive
Fallbrook, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
Vernon L. Beattie &
Ruth D. Beattie

The defendants, Vernon L. Beattie & Ruth D. Beattie each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 40 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10803

EXHIBIT A

Legal Description of property in Escrow No. 1690762

BEATTIE to KRIEGEL

The Northeast Quarter of the Southeast Quarter of Section 1, Township 9 South, Range 3 West, San Bernardino, Meridian in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879.

(Thomas C. Kriegel & Edna Kriegel
   Rt. 2, Box B183,
      Fallbrook, Calif.)

10804

1  Defendents claim all rights to water percolating through their land and to take
2  water from the five wells in existence located on this property.
3  Defendents have approximately 28 acres planted to lemons and avocados and have
4  irrigated portions of this land in the past.
5  They expect to plant approximately 8 more acres of avocados in the future. The
6  balance of 3 acres is in home, bldgs, and grazing land for cattle.

          II

8  Defendents claim the right to use 144 acre feet of water per year.
9  Defendents further claim prescriptive rights to spring developed approximately
10 40 years ago on the 40 East of this one and piped to house reservoir.
11 Defendents reserve rights to drill or dig wells in the future on this 39 acres.
12 Defendents do not claim any appropriative rights.
13 Defendents request provision be made for later amendment as final determination
14 of needs has not been completed.

18       WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

                                *Vernon L. Beattie*

                                *Ruth M. Beattie*

                             **Defendants in propria persona**
                             333 Woodcrest Drive,
                             Fallbrook, Calif.

32 Dated:      May 14, 1958