BUSCH & MARONEY
ATTORNEYS-AT-LAW
267 NORTH 2ND AVE.  •  PHONE YUKON 2-1562
UPLAND, CALIFORNIA

F I L E D

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ M. B. Kiesberg
        Deputy

Attorneys for **Defendants**

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                        Plaintiff, )
vs. )
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
                        Defendants. )

CIVIL NO. 1247

ANSWER OF DEFENDANTS LAUREL SHOCKEY, JULIA B. SHOCKEY

The defendants, Laurel Shockey and Julia B. Shockey, each severing from their co-defendants and each for himself and herself alone, in answer to the complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

The answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer, the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

That these defendants own 15.1 acres of land in San Diego County more particularly described in the description thereof attached hereto marked Exhibit "A" which is hereby incorporated by reference as a

BUSCH & MARONEY
ATTORNEYS-AT-LAW
267 NORTH 2ND AVE.
YUKON 2-1562
CALIFORNIA
COPY RECEIVED

10806

That the parcels of land described in said Exhibit "A" attached hereto and made a part of this answer lie adjacent to each other; that there is located on Parcel 2 of said described lands two wells; that all of said land and every part thereof is suitable for cultivation and the growing of trees and crops; that these defendants allege that the reasonable and necessary amount of water to be extracted is 45.1 acre feet per annum to be used upon said real property.

FOR A FURTHER, OTHER AND SEPARATE DEFENSE TO PLAINTIFF'S SUPPLEMENTARY AND AMENDATORY COMPLAINT THESE ANSWERING DEFENDANTS ALLEGE:

I.

Reallege and reaver each and every allegation contained in paragraph I of these answering defendant's first affirmative statement of rights above, as completely as though set forth in full herein.

II.

That these defendants are informed and believe and upon such information and belief allege that their said real property described in Exhibit "A" does not, nor any part thereof, lie within the watershed of the Santa Margarita, but does in truth and in fact lie within the watershed of the San Luis Rey, or its tributary.

FOR A FURTHER, OTHER AND SEPARATE DEFENSE AND AFFIRMATIVE STATEMENT OF RIGHTS TO PLAINTIFF'S SUPPLEMENTARY AND AMENDATORY COMPLAINT THESE ANSWERING DEFENDANTS ALLEGE:

I.

Reallege and reaver each and every allegation contained in paragraph I of these answering defendant's first affirmative statement of rights above, as completely as though set forth in full herein.

II.

BUSCH & MARONEY
ATTORNEYS-AT-LAW
207 NORTH 2ND AVE.
PHONE YUKON 2-1862
UPLAND, CALIFORNIA

10807

1. That these answering defendants as overlying owners of land described in Exhibit "A" hereto attached having a paramount right to the percolating waters underlying their said real property to the extent of the water reasonably necessary for use on their overlying land, which these answering defendants allege to be 45.1 acre feet per annum.

WHEREFORE, these answering defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendant's right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

/s/ Laurel W. Shockey
/s/ Julia B. Shockey
                    Defendants

BUSCH & MARONEY
BY /s/ Henry M. Busch
   Attorneys for Defendants

STATE OF CALIFORNIA      )
COUNTY OF SAN BERNARDINO )

Laurel Shockey and Julia B. Shockey, being sworn says: That they are the defendants in the above entitled action; that they have read the foregoing ANSWER TO COMPLAINT, and knows the contents thereof; that the same is true of their own knowledge, except as to the matters which are therein stated on their information or belief and as to those matters that they believe it to be true.

/s/ Laurel W. Shockey
/s/ Julia B. Shockey

Subscribed and sworn to before me this 13th day of May, 1958.

/s/ [Notary signature]
Notary Public in and for said County and State.

BUSCH & MARONEY
ATTORNEYS-AT-LAW
267 NORTH 2ND AVE.
PHONE YUKON 2-1562
UPLAND, CALIFORNIA

MY COMMISSION EXPIRES SEPT. 17, 1958

10808

EXHIBIT "A"

PARCEL NO. 1: That portion of the East half of the East half of the Northeast quarter of the Southeast quarter of Section 11, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

BEGINNING at the Southeast corner of said Northeast quarter of Southeast quarter; thence along the East line of said Section 11, North 0° 34' 30" West 433.66 feet; thence South 61° 10' West 371.78 feet to the West line of said East Half of East Half of Northeast quarter of Southeast quarter; thence along said West line South 0° 26' 35" East 256.67 feet to the South line of said Northeast quarter of Southeast quarter; thence thereon North 89° 35' 50" East 328.06 feet to the point of beginning.

PARCEL NO. 2: That portion of the northwest quarter of the southwest quarter of Section 12, Township 9 South, Range 3 West, San Bernardino Meridian in the County of San Diego, State of California, according to United States Government survey approved September 11, 1879, described as follows:

BEGINNING at the southwest corner of said northwest quarter of southwest quarter; thence along the south line of said northwest quarter of southwest quarter north 89° 17' east 701.18 feet; thence parallel with the west line of said Northwest quarter of Southwest quarter north 0° 34' 30" West 808.82 feet; thence south 61° 10' West 796.05 feet to a point in the West line of said Section 12 distant north 0° 34' 30" West 433.66 feet from the southwest corner of said northwest quarter of southwest quarter; thence along said west line south 0° 34' 30" East 433.66 feet to the point of beginning.

PARCEL NO. 3: That portion of the Northwest quarter of the Southwest quarter of Section 12, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

BEGINNING at the Southwest corner of said Northwest quarter of Southwest quarter; thence along the South line of said Northwest quarter of Southwest quarter North 89° 17' East 701.18 feet; thence parallel with the West line of said Section 12 North 0° 34' 30" West 288.70 feet to the true point of beginning; thence parallel with the South line of said Northwest quarter of Southwest quarter North 89° 17' East 190.68 feet; thence parallel with the West line of said Section 12 North 0° 34' 30" West 622.14 feet to the Southerly line of the Tract of land conveyed to Charles P. Busch by deed recorded in Book 1026, page 139 of Official Records; thence along said Southerly line and its extension South 61° 10' West 216.48 feet to the Northeast corner of the tract of land conveyed to Laurel and Julia B. Shockey by deed recorded in Book 5139, page 72 of official records; thence along the West line of said land of Shockey South 0° 34' 30" East 520.12 feet to the true point of beginning. SUBJECT to all easements and rights of way of record. Also subject to an easement to grantors, their heirs and assigns for pipe line purposes for the benefit of adjoining land over and across the above described property to Mission Road, including the retention of all pipelines now installed and the right to maintain the same.

BUSCH & MARONEY
ATTORNEYS-AT-LAW
807 NORTH 2ND AVE.
PHONE YUKON 2-1562
UPLAND, CALIFORNIA

10939