FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. E. Teasley
       Deputy Clerk

Donald B. Baldwin and Florence Lucille Baldwin
Defendants in propria persona
R.R.2, Box 172A
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

        Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

Donald B. Baldwin and
Florence Lucille Baldwin

The defendants, Donald B. Baldwin and Florence Lucille Baldwin each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own $3\frac{1}{4}$ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10810

AFFIRMATIVE STATEMENT OF RIGHTS

The defendants state that they have requested the Ground Water Resources to survey their property; that no conflict with the findings of such survey is anticipated; but that, lacking report from the Ground Water Resources at this time, the defendants claim that approximately three (3) acres of their land is fertile and tillable, and for this land they claim four and two-tenths (4.2) acre-feet of water per acre.

II

The defendants state that well water has been used beneficially on their property in the past; and the defendants claim right to place wells on their property in the future, and beneficially use on the property any such water obtained.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Donald B. Baldwin*

*Florence L. Baldwin*

Defendants in propria persona

Dated: May 12, 1958

10811

PARCEL I

The North 131.82 feet, measured along the East and West lines of that portion of the East Half of the Northwest Quarter of the Northwest Quarter of Section 12, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Beginning at the Northeast Corner of said Northwest Quarter of the Northwest Quarter; thence West along the North line thereof 333.55 feet, more or less, to the Northeast corner of that land conveyed to A. K. Bruce and wife by deed recorded October 29, 1942, in Book 1417, page 348 of Official Records; thence South along the East line of said Bruce's land 429 feet to the Southeast corner thereof; thence East parallel with the North line of said Northwest Quarter of the Northwest Quarter 333.72 feet more or less to the East line of said Northwest Quarter of the Northwest Quarter; thence North along said East line 429 feet to the point of beginning.

EXCEPTING therefrom the well site, being the East 20 feet of the East 61.47 feet of the South 20 feet thereof.


PARCEL II

That portion of the East Half of the Northwest Quarter of the Northwest Quarter of Section 12, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Beginning at the Northeast Corner of said Northwest Quarter of the Northwest Quarter; thence West along the North line thereof, 333.55 feet, more or less, to the Northeast corner of that land conveyed to A. K. Bruce and wife by deed recorded October 29, 1942, in Book 1417, page 348 of Official Records; thence South along the East line of said Bruce's land 429 feet to the Southeast corner thereof; thence East parallel with the North line of said Northwest Quarter of the Northwest Quarter 333.72 feet more or less to the East line of said Northwest Quarter of the Northwest Quarter; thence North along said East line 429 feet to the point of beginning.

EXCEPTING therefrom the North 131.82 feet measured along the East and West lines thereof.

10812