Blaine W. Lanterman
Merle Rusmisell and
Madeline Rusmisell
**Defendants in propria persona**
Rt. 2, Box 187,
Fallbrook, California

F I L E D

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *M. D. Kesling*
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br><br>    Defendants, | CIVIL NO. 1247 - SD - C<br><br>ANSWER OF DEFENDANTS<br><br>Blaine W. Lanterman<br>Merle Rusmisell and<br>Madeline Rusmisell |

    The defendants, Blaine W. Lanterman, Merle & Madeline Rusmisell each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

               AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 26 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10813

1. We claim the right to retain the water rights to all springs or wells on our property.

2. We claim the right to reserve domestic water rights for ourselves and any future homes that may be built on our property.

3. We are presently maintaining a business on our property and we claim the right to use what water is needed for public rest rooms, beautification of the grounds and for future business improvements.

4. We have made application for soil and geological tests which are being processed on our property. Please refer to those reports made available to the Court by the Office of Ground Water Resources as to how many acre feet of water we will need for our present citrus grove, numerous other fruit and nut trees, garden, and for future plantings. We have riparian rights on this land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Blaine W. Lanterman*
*Merle Rusmisell*
*Madeline Rusmisell*
Defendants in propria persona

Dated: 5-15-58

10814

EXHIBIT A

PARCEL 1: The Southwest quarter of the Southeast quarter of Section 36, Township 8 South, Range 3 West, San Bernardino Base and Meridian, as shown by United States Government Survey approved April 28, 1885;

EXCEPTING therefrom the Northerly 352 feet;

ALSO EXCEPTING that portion by metes and bounds: Beginning at the Southwest corner of said Southeast quarter; thence North, on the West line of said Southeast quarter, 392 feet; thence in a straight line Southeasterly, to a point in the East line of the Southwest quarter of said Southeast quarter, 90 feet North of the Southeast corner of the Southwest quarter of said Southeast quarter; thence South, on said East line, 90 feet; thence west, on the South line of said Southeast quarter, to the point of beginning of said excepted portion;

ALSO EXCEPTING therefrom that portion conveyed to the State of California by Deed filed for record October 11, 1948 as Instrument No. 1158, described as follows: Beginning at a point on the East line of said Southwest quarter of said Southeast quarter of said Section 36, distant thereon North 1° 13' 50" East 89.85 feet (recorded 90 feet) from the Southeast corner of said Southwest quarter, said point of beginning being the Northeast corner of the property conveyed to Alfred E. Lutze, a single man, by Deed recorded August 10, 1946 in Book 770 page 52 of Official Records, Riverside County Records; thence North 76° 43' 03" West along the Northerly line of said Lutze property, 45.52 feet; thence from a tangent bearing North 39° 43' 41" East, along a curve to the left, with a radius of 2950 feet, through an angle of 1° 24' 40", a distance of 72.65 feet, to a point on the Easterly line of Southwest quarter; thence South 1° 13' 50" West, along the East line of said Southwest quarter, 66.92 feet to the point of beginning.

PARCEL 2: The Southeast quarter of the Southeast quarter of Section 36, Township 8 South, Range 3 West, San Bernardino Base and Meridian;

EXCEPTING therefrom that portion thereof beginning on the Easterly line of said Southeast quarter of the Southeast quarter of said Section, 800 feet Southerly from the Northeast corner thereof; thence North 70° 15' West 1286.15 feet to a point on the Westerly line of said Southeast quarter of the Southeast quarter, 352 feet Southerly from the Northwest corner thereof; thence Northerly on the Westerly line of said Southeast quarter of the Southeast quarter, 352 feet to the Northwest corner thereof; thence Easterly on the Northerly line of said Southeast quarter of the Southeast quarter, 1321.10 feet to the Northeast corner thereof; thence Southerly on the Easterly line of said Southeast quarter of the Southeast quarter, 800 feet to the point of Beginning;

EXCEPTING therefrom the Northeasterly 330 feet thereof as conveyed to Fred R. Becker and Julia A. Becker, his wife, as joint tenants, which said Deed was recorded May 24, 1933;

ALSO EXCEPTING therefrom any portion of the County Highway;

ALSO EXCEPTING that portion lying Easterly of the Westerly line of the parcel conveyed to the State of California by Deed recorded May 13, 1948 as Instrument No. 1732.

10815