Mr. and Mrs. F.E.E. Lundgren
Defendants in propria persona
Aguanga, California

FILED
MAY 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. B. _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )  CIVIL NO. 1247 - SD - C
        Plaintiff, ) ANSWER OF DEFENDANTS
   v. )
FALLBROOK PUBLIC UTILITY ) Mr. and Mrs. F.E.E. Lundgren
DISTRICT, ET AL, )
        Defendants, )

The defendants,   Mr. and Mrs. F.E.E. Lundgren
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

       ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
              AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

            AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 270 acres of land in San Diego
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

               See exhibit A

COPY RECEIVED

                                  10816

AFFIRMATIVE STATEMENT OF RIGHTS

Gentlemen: We are very confused and unable to determine what all this hodge-podge of legal terms and expressions are, and wish to make the following statement: This land has been in the family since 1916, and just now, over all these years we are in a position to use this land for the purpose of making a living. (Being unable to do so previously on account of having no money). Out of a total of 170 acres, we would like to claim sufficient water to irrigate 65 of these acres which are suitable for growing alfalfa, orchard, etc., also sufficient water for domestic purposes. We wish to claim rights to one spring which has been in use since 1916, and also 4 nearby springs which in times past have been used to water stock. All of these are on our property. Nearly all the water on this property originates on this property as there is little land up above us.

Legal description of this property is as follows:
S½ of the NW¼ of section 10, and the SE¼ of the SE¼ and the S½ and the NE¼ of the NE¼ of the SE¼ and the E½ and the NW¼ of the NE¼ of Section 9, Township 9 South, Range 3E San Bernardino Base and Meridian, San Diego County. (Located In Chihuahua Valley)

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Trudelph E E Lundgren*

*Etha A. Lundgren*

Defendants in propria persona

Dated: May 14, 1958

10817

EXHIBIT A

Legal description of the property of Fridolph E.E. Lundgren and Opha A. Lundgren is as follows:

S½ of the N.W.¼ of Section 10, and the S.E.¼ of the S.E.¼ and the S.½ and the N.E.¼ of the N.E.¼ of the S.E.¼ and the E½ and the N.W.¼ of the N.E.¼ of section 9, Township 9 South, Range 3E, San Bernardino Base and Meridian, San Diego County. (Located in Chihuahua Valley).

10818