FILED

MAY 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. S. Kissling
DEPUTY CLERK

Robert L. Freeman and Frank A. Freeman and Norma J. Freeman
Defendants in propria persona
9321 & 9309 Victoria Ave. South Gate, Califl

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )   CIVIL NO. 1247 - SD - C
                                     )
            Plaintiff,               )   ANSWER OF DEFENDANTS
                                     )
      v.                             )
                                     )
FALLBROOK PUBLIC UTILITY             )
DISTRICT, ET AL,                     )
                                     )
            Defendants,              )

The defendants, Robert L. Freeman and Frank A. Freeman and Norma J. Freeman each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 52.27 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

That certain portion of the South Half of the Northeast Quarter of Section 4, Township 9 South, Range 3 West, S.B.M.

COPY RECEIVED                                                10819

Parcel #I

This land is riparian land; approximately (16) acres can be used for Avacados, Lemons, and Peach Trees, also Truck gardening and Permanent Pasture for Live Stock Turkeys, Chickens, and cattle. Defendants have irrigated portions of the land in the past and water for this purpose has been obtained by pumping directly from Santa Margareta River which runs through the property.

II

Defendants claim right to use eighty (80) acre feet of water per year from Santa Margareta River on this land, Defendants also reserve the right to drill well now or at some future date. Defendants do not claim any prescriptive rights or any appropraitive rights.

Parcel #2

This land is adjoining to Parcel #I approximately four (4) acres can be used for Avocados, Lemon Trees, and permanent pasture. Defendants wish to reserve right to drill well now or at a future date.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Robert L. Freeman*

*Frank W. Freeman*  *Thelma J. Freeman*

Defendants in propria persona

Dated: 5-14-58

10820

Official Records of said County; thence North 32° 45' 50" West 845.75 feet; thence North 56° 40' 30" East 172.28 feet; thence North 83° 59' 30" East 226.15 feet; thence South 76° 09' 30" East 108.12 feet to the West line of said tract of Freeman; thence along said West line South 1° 09' 10" West 803.80 feet to the point of beginning.

10822