FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. C. _____ Deputy Clerk

1  Roger C. Pepple and Patricia J. Pepple
   Defendants in propria persona
2  P.O. Box 881
   Fallbrook, California
3

4            IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                     SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,        )  CIVIL NO. 1247 - SD - C
8                                   )
                  Plaintiff,        )  ANSWER OF DEFENDANTS
9                                   )
             v.                     )  Roger C. Pepple
10                                  )  Patricia J. Pepple
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )
                                    )
12                Defendants,       )

13       The defendants, Roger C. Pepple and Patricia J. Pepple
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:

17       ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25

26              AFFIRMATIVE STATEMENT OF RIGHTS

27       These defendants own 1.40 acres of land in San Diego
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32

COPY RECEIVED                                           10823

Exhibit A.

    Par.   93W-9-3
    BAP on W LI Sec 9 A Dist Thn S 481.15 Ft Fr Nw Cor Thf Th N 87°47'30''E 330.22 Ft Th S 191.7 Ft Th W 330 Ft Th N 178.85 Ft to POBIN NW $\frac{1}{4}$ of NW $\frac{1}{4}$
        Sec.   9-9-3W

10824

We, Roger C. Pepple and Patricia J. Pepple, believe that as we own approximatly an acre of irrigable land plus the house that we need and are entitled to three acre feet of water annually. This being the minimum amount of water necessary to the growing of crops (orchard or row crops) in this area.

This property has been under cultivation off and on at least since 1942 and has used water from an easement to the Santa Margarita river since it was separated from the George A. Lange property in 1947. To date we have used only domestic water but would like in the future to plant a family orchard, berry patch, garden, etc.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Roger C. Pepple*

*Patricia J. Pepple*

Defendants in propria persona

Dated: May 14, 1958

10825