# FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. O. Buscher_
DEPUTY CLERK

LESTER E. SONES and LOIS M. SONES
Defendants in propria persona
409 E. Fallbrook Street
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

        Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

LESTER E. SONES AND
LOIS M. SONES

    The defendants,   LESTER E. SONES AND LOIS M. SONES
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
    AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

    AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 2.08 acres of land in  San Diego
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

COPY RECEIVED

10826

## EXHIBIT A

That protion of the North twenty Acres of the
West thirty Acres of the Southeast Quarter of the
Southeast Quarter of Section Twenty-four, Township
Nine South, Range Four West, San Bernardino Base
and Meridian, in the County of San Diego, State of
California, according to Official United States
Government Survey, described as Follows:

Beginning at a point in the North line of the
Southeast Quarter of the Southeast Quarter of said
Section 24, distant North 89° 06' 45" West 660.00
feet  from the Northeast corner thereof; thence
South 0° 20' 15" West, parallel with the East line
of said Southeast Quarter of the Southeast Quarter
a Distance of 331.00 feet; thence North 89° 06' 45"
West, parallel with the North line of said Southeast
Quarter of Southeast Quarter of said Section 24,
367.96 feet to a point distant South 89° 06' 45" East
300.13 feet from the West line of said Southeast
Quarter of the Southeast Quarter; thence North 0°
22' 30" East, parallel with the West line of said
Southeast Quarter of the Southeast Quarter; a distance
of 331.00 feet to a point in the North line of said
Southeast Quarter of the Southeast Quarter; thence
along said North line South 89° 06' 45" East, 367.74
feet to the point of beginning.


Except that portion of land recently sold as described
in Exhibit B, which is hereby incorporated as a part of
this statement.

10827

## EXHIBIT B

That portion of the North 20.00 acres of the West 30.00 acres of the Southeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880, described as follows:

Beginning at a point in the North line of the Southeast Quarter of the Southeast Quarter of said Section 24, distant North 89° 06' 45" West 660.00 feet from the Northeast corner thereof; thence South 0° 20' 15" West parallel with the East line of said Southeast Quarter of Southeast Quarter, a distance of 331.00 feet; thence North 89° 06' 45" West parallel with the North line of said Southeast Quarter of Southeast Quarter, a distance of 150.00 feet; thence North 0° 20' 15" East parallel with the East line of said Southeast Quarter of Southeast Quarter a distance of 331.00 feet to said North line of said Southeast Quarter of Southeast Quarter; thence along said North line, South 89° 06' 45" East 150.00 feet to the point of beginning.

10827A

1    On our 217.74 frountage X 331.00 dept X 217.96
2  back line we raise a home archard, garden and a few chickens
   besides our home, we wish to claim enough water to
3  care for any needs that might arise also if need should
   ever arise, we claim the right to place a well on our property
4  or retain any water which might run across our property
   due to rain.

5

6

7

8

9

10

11

12

13

14

15

16

17

18    WHEREFORE, these defendants pray that plaintiff take

19  nothing against them by reason of the Complaint and Supplementary

20  and Amendatory Complaint on file herein; that said Complaint be

21  dismissed as against these defendants; that defendants' right to

22  water, as hereinabove set forth, be quieted as against the plain-

23  tiff and against all other defendants in this action; and for such

24  other and further relief as the Court may deem proper.

25

26                    _Lester E. Jones_

27

28                    _Lois M. Jones_

29                    Defendants in propria persona

30                    409 E. Fallbrook St.
                      Fallbrook, California
31

32  Dated: 5-15-58

                                        10828