FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. Kiesling DEPUTY CLERK

Johnnie Cannon and Elizabeth Cannon
Defendants in propria persona
R 2 Box 184-E
Fallbrook, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>Johnnie Cannon<br>Elizabeth Cannon |

The defendants, Johnnie Cannon and Elizabeth Cannon each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

[illegible] defendants [illegible] that [illegible] water from [illegible] and also which [illegible] land [illegible] to live. The water [illegible] necessary on the land, and if [illegible] to dig a third well. As there are at present two houses on the property, and we intend to build a third in the future. We the defendants claim the right to domestic water for 3 houses and also not less than 4 acre ft. of water for irrigation purposes.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

x John Garner

and Elizabeth Garner

Defendants in propria persona

Dated: 5-15-58

10830

[illegible] of the South- east quarter 800 feet South of the Northeast corner of said Southeast quarter of the Southeast quarter thence North 70° 15' West 1386.15 feet to a point on the West line of said Southeast quarter of the Southeast quarter 352 feet South of the Northwest corner of said Southeast quarter of the Southeast quarter thence South on the said West line to a point distant at right angles, 330 feet from the above mentioned course, "North 70° 15 ' West, 1386.15 feet" thence Southeast in a straight line to a point in the East line of said Southeast quarter of the Southeast quarter, distant at right angles 330 feet from the said course "North 70° 15' West, 1386.15 feet" produced; thence North on said East line to the point of beginning;

EXCEPTING that portion of said Northerly 100 feet which lies East of the following described line by metes and bounds: Beginning at a point on the Northerly line of the above described property distant thereon 418.58 feet Southeasterly from the Northwest corner thereof; thence Southerly on an angle to the right of 102° 44' 30" a distance of 102.52 feet to the Southerly line of said Northerly 100 feet;

ALSO EXCEPTING therefrom that portion thereof included in Highway.

10831