FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

Floyd C. Walker
Grace M. Walker           Hilda R. Buttress
Defendants in propria persona
Rt. 1 - Box 709           3452 Knollcrest Ave.
Escondido, California     Los Angeles 43, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,      )     CIVIL NO. 1247 - SD - C
                               )
                Plaintiff,     )     ANSWER OF DEFENDANTS
                               )
        v.                     )     Floyd C. Walker
                               )
FALLBROOK PUBLIC UTILITY       )     Grace M. Walker
DISTRICT, ET AL,               )
                               )     Hilda R. Buttress
                Defendants,    )

The defendants, Floyd C. Walker, Grace M. Walker, Hilda R. Buttress
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 40  acres of land in San Diego
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

COPY RECEIVED

10832

This land is riparian land; approximately twenty (20) acres are tillable and the balance can be used for grazing cattle and for raising turkeys, chickens and fowl.

Defendants claim the right to use eighty (80) acre feet of water per year from De Luz Creek on this land. Defendants do not claim any prescriptive rights or any appropriative rights.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Floyd C. Walker
Grace M. Walker

*Hilda R. Buttram*

Defendants in propria persona

Dated:   May 10, 1958

10833

NORTH EAST QUARTER (NE¼) OF THE NORTH EAST QUARTER (NE¼) OF SECTION

TEN (10) TOWNSHIP NINE (9) SOUTH, RANGE THREE (3) WEST S.B.M. BEING

FORTY (40) ACRES MORE OR LESS ACCORDING TO GOVERNMENT SURVEY.

* EXHIBIT A *

10834