*Gertrude Crabtree*
1  Defendants in propria persona
2  RR 2 Box 196 Fallbrook Cal
3
4              IN THE UNITED STATES DISTRICT COURT
5                 SOUTHERN DISTRICT OF CALIFORNIA
6                         SOUTHERN DIVISION
7
8  UNITED STATES OF AMERICA,        )  CIVIL NO. 1247 - SD - C
                                    )
9              Plaintiff,           )  ANSWER OF DEFENDANTS
                                    )  *Gertrude Crabtree*
10       v.                         )
                                    )
11 FALLBROOK PUBLIC UTILITY         )
   DISTRICT, ET AL,                 )
12                                  )
              Defendants,           )
13      The defendants, *Gertrude Crabtree*
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17      ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT
18
19      These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.
26              AFFIRMATIVE STATEMENT OF RIGHTS
27      These defendants own 31.19 acres of land in Riverside Co.
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.  Lot 8 west of San Diego Aqueduct and
32    East of State Highway.  Sec. 30 T 8 R. 2 west

COPY RECEIVED              EXHIBIT A                    10835

or claim the right to use the water from a spring which has been the source of domestic water for this property for more than 40 years.
Also the right to dig a well or wells as necessity arises.
Said land is not avacado or citrus land but could be divided for homesites and a small portion may be adaptable to deciduous trees.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Gertrude Gabler*

Defendants in propria persona

Dated: May 9 1958

10836