JOHN G. ALMAND and LORAINE A. ALMAND
Defendants in propria persona
330 West Avaition Road
Fallbrook, California
FILED
MAY 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

   Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF JOHN G. ALMAND AND LORAINE A. ALMAND.

  The defendants, John G. Almand, and Loraine Al Almand, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

  ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
    AMENDATORY COMPLAINT

  These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

    AFFIRMATIVE STATEMENT OF RIGHTS

  These defendants own approximately 4 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10837

EXHIBIT A

PARCEL 1: That portion of the South 10 acres of the Southeast Quarter of Southwest Quarter of Section 24, Township 9 South, Range 4 West San Bernardino Meridian, lying South and East of the right of way line of the Fallbrook branch of the Atchison, Topeka and Santa Fe Railway Company, in the County of San Diego, State of California.

PARCEL 2: That portion of the Northeast Quarter of Northwest Quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows:

Beginning at the Northeast corner of said Northwest Quarter; thence South 87°42' West, 362.90 feet; thence South 59°18' West, 167.60 feet; thence South 35°06' West, 143.32 feet; thence South 59°01' West, 302.46 feet to an intersection with the East line of the land conveyed to Albert B. Clemmens and wife by Deed dated May 31, 1932, and recorded in Book 142, page 43 of Official Records of San Diego County; thence North 0°47' East along the East line of said tract to its intersection with the right of way line of the Fallbrook Branch of the Atchison, Topeka and Santa Fe Railway Company; thence Northeasterly along said right of way line to the North line of Section 25; thence East along the North line of said Section 25 to the point of beginning.

10838

Defendants claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries; whether from springs, streams or wells, etc., and to take water from the land -- whether for domestic, industrial, business or irrigation purposes. They have a home, a garden and family fruit trees. They are now being served water through the Fallbrook Public Utility District; however, an intermittent creek runs through their land from which they claim the right to use water whenever available.

In addition, they have 200 lemon trees, 4 to 9 years old, and 3 avocado trees. On their vacant land they plan to plant more trees in the future as recommended by the United States Soil Conservation Service. For these purposes they claim the right to use 20 acre-feet of water per year.

In addition to the claim and uses as herein made, the defendants claim all the rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill and dig wells, and exercise water reclamation and conservation practices as now or may be known.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*John G. Almand*
——John G. Almand——and

*Loraine A. Almand*
——Loraine A. Almand——

Defendants in propria persona

330 West Aviation Road
Fallbrook,
California

Dated: May-10-1958

10839