FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. D. Teasley_
DEPUTY CLERK

1  Ray L. Bergman and Sharon Bergman
   Defendants in propria persona
2  Aguanga, California
3
4                  IN THE UNITED STATES DISTRICT COURT
5                    SOUTHERN DISTRICT OF CALIFORNIA
6                            SOUTHERN DIVISION
7
8  UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
                                    )
           Plaintiff,               )   ANSWER OF DEFENDANTS
9                                   )
       v.                           )   Ray L. Bergman and
10                                  )   Sharon Bergman
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )
                                    )
12         Defendants,              )

13     The defendants, Ray L. Bergman and Sharon Bergman
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                   AMENDATORY COMPLAINT
18
       These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
              AFFIRMATIVE STATEMENT OF RIGHTS
26
       These defendants own 134 acres of land in Riverside
27
   County, California, and within the watershed of the Santa Margarita
28
   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31
32

COPY RECEIVED                                              10046

Parcel I

This property is cleared, but undeveloped; it is well-located on State Highway #79, being adjacent to the Aguanga Post office, which would indicate probable commercial or residential developement in the future. The 14 acres in this plot are tillable. Defendants claim the right to drill a well, or wells, if needed, to supply water for any commercial, residential, or farming operations in the future.

Parcel II

This property is riparian in that a spring originates on it, said spring being an unnamed tributary to the Temecula Creek. The water from this spring has been used for domestic purposes and for watering stock. The amount of water flowing from the spring varies from year to year, depending on the rainfall. Defendants claim the right to use water from the spring for domestic use and for stock; defendants claim the privilege to develop more water on the property as needed in the future.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_____

_____

Defendants in propria persona
Aguanga, California

Dated: May 19, 1958

10847

EXHIBIT A

Description of property owned by Ray L. Bergman and Sharon Bergman, Aguanga, California:

Parcel I

The West half of the Southwest quarter of the Southeast quarter of Section 27, Township 8 south, Range 1 east, San Bernardino Base and Meridian. Except the following described portion: beginning at the Northwest corner of above described property, thence running south 990 feet, thence running East 264 feet, thence running North 990 feet, thence running West 264 feet to the point of beginning.

Parcel II

The South half of the Northwest quarter and the Southwest quarter of the Northeast quarter of Section 36, Township 8 south, Range 1 east, San Bernardino Base and Meridian.

10848