FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
    DEPUTY CLERK

1  Marie M Besse
   Defendants in propria persona
2  1748 Gum Tree Lane, Fallbrook, California.
3
4              IN THE UNITED STATES DISTRICT COURT
5                SOUTHERN DISTRICT OF CALIFORNIA
6                       SOUTHERN DIVISION
7
8  UNITED STATES OF AMERICA,       )  CIVIL NO. 1247 - SD - C
                                   )
              Plaintiff,           )  ANSWER OF DEFENDANTS
9                                  )
         v.                        )  Marie M. Besse
10                                 )
   FALLBROOK PUBLIC UTILITY        )
11 DISTRICT, ET AL,                )
                                   )
12            Defendants,          )

13      The defendants,  Marie M. Besse
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                   AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
26              AFFIRMATIVE STATEMENT OF RIGHTS
27      These defendants own 3.06 acres of land in San Diego
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32

COPY RECEIVED

10849

1   Defendants, owner of 3.06 acres of tillable
2   land, claim all rights of an overlying land-
    owner and the right to use any water which
3   later may originate or cross their land.
    Defendants further reserve the right to drill
4   wells and practice water reclamation and con-
    servation practices are now or may be known.
5   Defendants claim a share and equitable por-
    tion of the benefits of all the water rights
6   of the Fallbrook Public Utility District to
    which they pay taxes.
7   Only Fallbrook Public Utility District water
    is being used on Parcel 1. The grove consists
8   of 60 trees most of which are 11 years old.
    38 Avocados, 12 citrus, and 10 trees of var-
9   ious other fruits.

18        WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

                                    *Marie M. Besse*
                                    ―――――――――――――――――

                                    Defendants in propria persona

32  Dated: MAY 19, 1958

10950

"Exhibit A"

Parcel 1.   1.04 Acres   Developed.

That portion of the Southwest quarter of the Southwest quarter of Section 17, Township 9 South, Range 3 West, S.B.M. in the County of San Diego, State of California, described as follows:

Beginning at a point in the South line of said Section 17 distant South 89 deg. 56' East 503.54 feet from the Southwest corner of said Section 17; thence continuing along said South line South 89 deg. 56' East 141.24 feet; thence North 24 deg. 39' East 175.55 feet; thence North 29 deg. 34' West 124.56 feet; thence North 89 deg. 40 feet West 136.44 feet; thence South 27 deg. 53 ' West 72.10 feet; thence South 29 deg. 23 ' East 114.46 feet; thence South 20 deg. 21' West 112.12'feet to the point of beginning.

Parcel 2.   2.02 Acres   Undeveloped.

That portion of the Southeast quarter of the Southeast quarter of Section 18, Township 9 South, Range 3 West, S.B.M. in the County of San Diego, State of California, described as follows:

Beginning at the Southeast corner of Section 18 South 0 deg. 42' 40" East 373.30 feet to the center line of U.S. Highway No. 395; thence along said center line on a tangent thereto South 49 deg. 52' 30" West 633.11 feet to the beginning of a curve concave to the Northwest and having a radius of 500 feet; thence Southwesterly along said curve 349.06 feet to the end thereof; thence South 0 deg. 07' 30" East 4.45 feet to the South line of said Section 18; thence thereon North 89 deg. 35' 629.17 feet to the point of beginning.

10851