**FILED**

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ M. L. Kusler
     DEPUTY CLERK

WILLIAM T. BLACKLIDGE and RUBY C. BLACKLIDGE
Defendants in propria persona

2002 E. Alvarado Street,
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | CIVIL NO. 1247 - SD - C |
|---|---|---|
| Plaintiff, | ) | ANSWER OF DEFENDANTS |
| v. | ) | ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | ) | WILLIAM T. BLACKLIDGE AND RUBY C. BLACKLIDGE |
| Defendants, | ) | |

The defendants, William T. Blacklidge and Ruby C. Blacklidge each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own $\frac{1}{2}$ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10852

EXHIBIT A

Parcel #1.

Lots 1, 2 and 3 in Block W of Bartlett's Addition to West Fallbrook No. 1, in the County of San Diego, State of California, according to the Map thereof No. 470, filed in the office of the Recorder of said San Diego County, January 4, 1888; ALSO all that portion of the East Half of Minnesota Street lying West of and adjoining said Lot 1 and all that portion of the West Half of Wisconsin Street, lying East of and adjoining said Lots 1, 2 and 3 as vacated and closed to public use on February 15, 1893 by Order of the Board of Supervisors of said County, recorded in Book 15, page 310 of Supervisors Records; ALSO all that portion of the East Half of Minnesota Street lying West of and adjoining said Lots 2 and 3 as vacated and closed to public use on January 13, 1947 by Order of Board of Supervisors of said County, recorded January 16, 1947 in Book 2319, page 440 of Official Records.

Parcel #2.

An easement for a 15-foot private road for ingress to and egress from Lot 2 in Block W of Bartlett's Addition to West Fallbrook No. 1, according to the Map thereof No. 470 over that portion of Lots 4 and 5 in Block N of Bartlett's Addition to West Fallbrook No. 1, according to Map No. 470, described as follows:

Beginning at the Northwest corner of Lot 5, Block N of Bartlett's Addition to West Fallbrook No. 1 in the County of San Diego, State of California according to the Map thereof No. 470, filed in the office of the Recorder of said San Diego County, January 4, 1888; thence East along the North line of said Lot 5, 15 feet to the true point of beginning; thence South parallel with the West line of said Lot 5, 72 feet to the beginning of a curve to the left whose center bears East parallel with the North line of Lot 4 Block N and whose radius of 25 feet; thence along the arc of said curve, an arc distance of 40 feet; thence East parallel with the South line of Lot 4, a distance of 124.99 feet to the East line of Minnesota Avenue; thence North along the East line of said Avenue, 15 feet; thence West parallel with the North line of Lot 4, 124.99 feet to the beginning of a curve to the right, having a radius of 10 feet and whose center bears North; thence along the arc of said curve, an arc distance of 15 feet; thence North parallel with the East line of Lot 5, 72 feet to the North line of Lot 5; thence West, 15 feet to the true point of beginning.

10853

Defendants claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries; whether from springs, streams, or wells, etc., and to take water from their land, whether for domestic, industrial, business or irrigation purposes.

Defendants have 2 Rentals and a small Grove of 10 Avocado trees on about one-half acre, on the vacant portion of which they plan to plant more trees in the future. For the above purposes, defendants claim the right to use 3 acre-feet of water per year.

In addition to the claim and uses as herein made, the defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill and dig wells, and exercise water reclamation and conservation practices as now or may be known.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*William T. Blacklidge*
William T. Blacklidge

*Ruby C. Blacklidge*
Ruby C. Blacklidge

Defendants in propria persona

2002 E. Alvarado Street,
Fallbrook, California

Dated: May 19 – 1958

10854