

FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ M. A. Keesling
   DEPUTY CLERK

1  Richard T. Clem and Catherine B. Clem
    Defendants in propria persona
2  5665 Hardy Avenue
   San Diego 15, Calif.
3
4              IN THE UNITED STATES DISTRICT COURT
5                SOUTHERN DISTRICT OF CALIFORNIA
6                      SOUTHERN DIVISION
7
   UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
8                                   )
                    Plaintiff,      )   ANSWER OF DEFENDANTS
9                                   )   Richard T. Clem and
        v.                          )   Catherine B. Clem
10                                  )
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )
                                    )
12                  Defendants,     )

13       The defendants, Richard T. Clem and Catherine B. Clem
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:
17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference
19
    all of the allegations contained in the answer to said Complaint and
20
    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25
                  AFFIRMATIVE STATEMENT OF RIGHTS
26
         These defendants own 80   acres of land in San Diego
27
    County, California, and within the watershed of the Santa Margarita
28
    River, more particularly described in the document attached hereto,
29
    marked Exhibit A, which is hereby incorporated by reference as a
30
    part of this statement.
31
32
    COPY RECEIVED                                        10855

These answering defendants own eighty acres of land situated within the watershed of the Santa Margarita River, more particularly described as follows:

>   That certain land situated in San Diego County known as the Southwest Quarter of the Northeast Quarter (40 acres) North half of Southeast Quarter of Northeast Quarter ( 20 acres) and North half of Southeast Quarter of Northwest Quarter (20 acres) of Section 5, T. 9 S., R.3 W., SBM.

Approximately half of this land is suitable for planting trees avocados or lemons, the balance can be used for grazing cattle or raising turkeys or fowl. Defendants claim the right to drill well and to take four acre feet of water per acre or 160 acre feet of water for irrigation of their future orchards. There is an unnamed creek running thru the property greater part of the year that could could be damed for a reservoir to store rain water, which could be used in irrigating the improved land in the future.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Richard D. Clem*

*Catherine B. Clem*

Defendants in propria persona

Dated: 5-20-58

10856