FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

1  WILLIAM HERBERT COLVIN and ADDIE G. COLVIN
   Defendants in propria persona
2  425 West Ivy Street
   Fallbrook, California
3
                IN THE UNITED STATES DISTRICT COURT
4
                   SOUTHERN DISTRICT OF CALIFORNIA
5
                         SOUTHERN DIVISION
6

7  UNITED STATES OF AMERICA,      )    NO. 1247-SD-C
                                   )
8              Plaintiff,          )    ANSWER OF DEFENDANTS
                                   )
9         v.                       )    ANSWER TO COMPLAINT AND
                                   )    SUPPLEMENTARY AND AMENDATORY
10 FALLBROOK PUBLIC UTILITY        )    COMPLAINT OF
   DISTRICT, ET AL,                )    WILLIAM HERBERT COLVIN AND
11                                 )    ADDIE G. COLVIN.
               Defendants          )
12

13      The defendants, William Herbert Colvin and Addie G. Colvin,

14 each severing from their co-defendants and each for himself or

15 herself alone, in answer to the Complaint and Supplementary and

16 Amendatory Complaint on file herein, admit, deny, and allege:

17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT
18

19      These answering defendants hereby incorporate by reference

20 all of the allegations contained in the answer to said Complaint and

21 Supplementary and Amendatory Complaint filed in this case by Newton

22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23 of the portion thereof entitled "Affirmative Statement of Rights")

24 and make each and all of said allegations a part of this answer the

25 same as if herein set forth at length.

26               AFFIRMATIVE STATEMENT OF RIGHTS

27      These defendants own 9½ acres of land in San Diego County,

28 California, and within the watershed of the Santa Margarita River, more

29 particularly described in the document attached hereto, marked Exhibit A,

30 which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10857

### EXHIBIT A

1.     PARCEL 1:   94W-45-29, in the town of West Fallbrook,
2. MAP 824, LOT 8, BLK 24.
3.     PARCEL 2:  94W-24-9X3, begin at most Southeast corner
4. ROS 1808 TH N 89° 11' W 12 FT TO TPOB TH N 0° 28' E 156 FT
5. TH N 89° 11' W 306.2 FT TH N 0° 28' E 245 FT TH N 89° 13' 30" W
6. 485.58 FT TH S 46° 09' 10" W 184.26 FT TH S 81° 10' 10" W
7. 116.49 FT TH S 67° 58' 40" W 57.26 FT TO BDY OF RHO SANTA MARGARITA
8. AS PER ROS 831 TH CNTG S 67° 58' 40" W 152.82 FT TO ORIGINAL RHO BDY
9. TH S ALONG SD BDY TO N LI OF IVY STREET TH S 89° 11' E TO TPOB IN
10. RHO SANTA MARGARITA & IN LOT 1

10858

1   Defendants claim all riparian rights to all waters percolating
2   through their land, whether from the Santa Margarita River and its
3   tributaries; whether from springs, streams or wells, etc., and to
4   take water from the land, whether for domestic, industrial,
5   business or irrigation purposes.  They have a home, a garden and
6   family fruit trees.  They are now being served water through the
7   Fallbrook Public Utility District.
8       In addition they have 170 avocado trees, twelve to thirty years
9   old, and thirty lemon trees.  On their vacant land they plan to plant
10  more trees in the future as recommended by the United States Soil
11  Conservation Service.  For these purposes they claim the right to use
12  eighteen acre-feet of water per year.
13      In addition to the claim and uses as herein made, the defendants
14  claim all the rights of overlying landowners to any water which
15  may originate in, or under, or cross their land.  Defendants claim
16  the right to drill and dig wells, and exercise water reclamation
17  and conservation practices as now or may be known.
18      Defendants hereby incorporate the same as though set forth herein
19  in full all of the Affirmative Defenses of the Fallbrook Public
20  Utility District on file in these proceedings.
21      Defendants claim all the above for all lands in which they have
22  any financial interest whatsoever.
23      WHEREFORE, these defendants pray that plaintiff take
24  nothing against them by reason of the Complaint and Supplementary
25  and Amendatory Complaint on file herein; that said Complaint be
26  dismissed as against these defendants; that defendant's right to
27  water, as hereinabove set forth, be quieted as against the plaintiff
28  and against all other defendants in this action; and for such other
29  and further relief as the Court may deem proper.

                                    *William Herbert Colvin*
                                    William Herbert Colvin and
                                    *Addie G. Colvin*
                                    Addie G. Colvin
        Dated:                      Defendants in propria persona
        May 19, 1958                425 West Ivy Street
                                    Fallbrook, California

10859