F I L E D

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *m. a. Kelsofers*
DEPUTY CLERK

MILDRED E. DODGE

Defendants in propria persona

2021 Raymond Avenue
Long Beach Calif

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,      )      CIVIL NO. 1247 - SD - C

             Plaintiff,      )      ANSWER OF DEFENDANTS

    v.      )      MILDRED E. DODGE

FALLBROOK PUBLIC UTILITY      )
DISTRICT, ET AL,      )

            Defendants,      )

    The defendants,      MILDRED E. DODGE

each severing from their co-defendants and each for himself or her-

self alone, in answer to the Complaint and Supplementary and Amenda-

tory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
            AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference

all of the allegations contained in the answer to said Complaint and

Supplementary and Amendatory Complaint filed in this case by Newton

T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

of the portion thereof entitled "Affirmative Statement of Rights")

and make each and all of said allegations a part of this answer

the same as if herein set forth at length.

           AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 160 acres of land in San Diego

County, California, and within the watershed of the Santa Margarita

River, more particularly described in the document attached hereto,

marked Exhibit A, which is hereby incorporated by reference as a

part of this statement.

COPY RECEIVED

10860

Exhibit "A"

The South Half of the Northwest Quarter and the

North Half of the Southwest Quarter of Section 26,

Township 8 South, Range 4 West, SBM, in the

County of San Diego, according to United States

Government Survey approved April 28, 1885.

160 Acres in above.

Defendant claims the right to use all the water now developed,

and to water which may originate in, or may be found on or under,

or which may cross their land.

Defendant claims the right to dig or drill wells, and

exercise water reclamation and conservation practices

as are now, or may be known.

WHEREFORE, these defendants pray that plaintiff take
nothing against them by reason of the Complaint and Supplementary
and Amendatory Complaint on file herein; that said Complaint be
dismissed as against these defendants; that defendants' right to
water, as hereinabove set forth, be quieted as against the plain-
tiff and against all other defendants in this action; and for such
other and further relief as the Court may deem proper.

*Mildred E. Dodge*

Defendants in propria persona

2021 Raymond Avenue Long Beach Calif

Dated:        May 13, 1958.

10861