FILED
MAY 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. C. Kunkle

Defendants in propria persona  FRED A. ROGERS & IDA A. ROGERS
P.O. Box 696, Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,　　　) 　CIVIL NO. 1247 - SD - C
　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　)　ANSWER OF DEFENDANTS
　　　　　　　　　　　　　　　　)　FRED A. ROGERS
　　v.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)　IDA A. ROGERS
FALLBROOK PUBLIC UTILITY　　　　)
DISTRICT, ET AL,　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　Defendants,　　　　)

The defendants, FRED A. ROGERS & IDA A ROGERS each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1.06 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10862

We are currently being supplied water by the Fallbrook Public Utility District and expect to so continue.
Our yearly consumption for domestic purposes and the irrigation of some fifty avocado trees and various other small trees since we aquired the property two years ago, averages 540 thousand gallons yearly.
We irrigate less than an acre and there is no possibility that this acreage be increased. The crop consists of avocados and small fruit. The maximum area to be cultivated has been reached.
We claim water in amount approximating the aforementioned figure, also the right to drill a well should the Utility Company now serving us, ever be in short supply or it become otherwise desirable.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Fred A Rogers*

*Lois A Rogers*

Defendants in propria persona

Dated: May 19, 1958.

10863

Sheet 3.

### Exhibit "A"

That portion of the Southeast Quarter of the Southeast Quarter of section 24, Township 9 South, Range 4 West S.B.M., in the County of San Diego State of California, according to United States Government Survey approved June 11, 1880, described as follows: Beginning at a point in the North line of said Southeast quarter of Southeast quarter distant North 89 degrees 06' 45" West 463.65 feet from the Northeast corner of said Southeast quarter of Southeast quarter; thence South 9 degrees 18' West 334.59 feet to the South line of the tract of land conveyed by Vivia E. O'Toole to Katherine L. Schmidt by deed recorded in book 1111, page 351 of official records; thence along said South line North 89 degrees 06' 45" West 114.20 feet to the Southwest corner of said land of Schmidt; thence along the West line of said land of Schmidt North 0 degrees 20' 15" East 331.00 feet to said North line of Southeast Quarter of Southeast Quarter; thence thereon South 89 degrees 06' 45" East 166.35 feet to the point of beginning.

10864