JOHN G. SMITH and CLARA E SMITH
Defendants in propria persona
P. O. Box 162
Temecula, Calif.

FILED
MAY 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
              Plaintiff, )
   v. )
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
             Defendants, )

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
JOHN G. SMITH and CLARA E SMITH

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 42.8 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10865

EXHIBIT A

Legal Description:

Lots 1 and 2 of fractional section 20, Township 8 South, Range 1 West and that portion of the North 1/2 of the Southeast 1/4 of said Section 20 described as follows: Beginning at the Northeast corner of the Southeast 1/4; thence West along the North line of said Southeast 1/4 2640 feet to the Northwest corner of the Southeast 1/4; thence South 13° 30' East 339.44 feet to the South line of North 330 feet of said North 1/2 of Southeast 1/4; Thence East along said South line 2560.50 feet to the East line of Section 20; thence North 330 feet to the point of beginning.

10866

We claim all percolating water rights. All riparian rights that we can develope on approximately 42.5 acreage.

Engineering Report No.
241 - 8us-1-w- 8-20
Exception

We have 2 wells.. When one sands up, we clean out the other for use.

We plan to clean out to approximately 200 ft.

Have approximately 11 acres in oats, at present

We plan to clear 7 acres more, which would be 18 acres potential irrigation requirement.

We do not believe that any water used on our acreage would affect anyone as there is no wells in the immediate vicinity.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*John G. Smith*

*Clara E. Smith*

Defendants in propria persona

Dated: May 19, 1958