

Millicent Y. Taylor,
Fourth & Sussex, Spring Lake, New Jersey

Defendants in propria persona

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. C. Keeley_
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, ) | ANSWER OF DEFENDANTS |
| v. ) | |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, ET AL, ) | MILLICENT Y. TAYLOR |
| Defendants, ) | |

The defendants, Millicent Y. Taylor

each severing from their co-defendants and each for himself or her-

self alone, in answer to the Complaint and Supplementary and Amenda-

tory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference

all of the allegations contained in the answer to said Complaint and

Supplementary and Amendatory Complaint filed in this case by Newton

T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

of the portion thereof entitled "Affirmative Statement of Rights")

and make each and all of said allegations a part of this answer

the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 616 acres of land in San Diego

County, California, and within the watershed of the Santa Margarita

River, more particularly described in the document attached hereto,

marked Exhibit A, which is hereby incorporated by reference as a

part of this statement.

COPY RECEIVED

10868

## EXHIBIT A

SANDIA

All of Section 36, T 8 S, R 4 W, S.B.B.M. in the County of San Diego,
State of California according to the U.S. Government Survey thereof,

EXCEPTING that portion of the East Half of the Southwest 1/4 and the
West Half of the Southeast Quarter of said Section 36, described as follows:

Beginning at a point on the Southerly line of said Section 36, distant
thereon South 88° 52' 34" West, 943.55 feet from the Northeast corner of
Section 1, Township 9 South, Range 4 West; thence North 27° 08' 35" West,
84.65 feet; thence North 15° 52' 25" West, 549.59 feet; thence North 11° 41'
East 336.27 feet; thence North 13° 13' West 218.75 feet; thence South 45°33'40"
West, 316.25 feet; thence North 81° 24' 30" West 370.79 feet; thence North
33° 17' West, 501.44 feet; thence South 89° 22' 25" West, 426.37 feet; thence
South 24° 32' 15" East, 327.49 feet; thence South 29° 46' 50" East, 1279.37
feet to a point on the North line of said Section 1, distant thereon
South 88° 52" 34" West, 1637.05 feet from the Northeast corner thereof;
thence along the Northerly line of said Section 1, North 88° 52' 34" East,
693.50 feet to the point of beginning.

10869

1  Defendant claims in addition to overlying rights, full riparian

2  rights to waters of Sandia Creek which runs through his land and to waters

3  of intermittent unnamed creeks tributary to Sandia Creek which cross

4  parts of the land.

5  Defendant claims appropriative rights to 2.5 cfs. of water

6  from Sandia Creek by virtue of State of California Permit granted on

7  Application #8007 of July 3, 1934, and the right to finished construction

8  and use of the works started under this permit by the prior owner.

9  Defendant hereby incorporates the same as though set forth

10  herein in full all of the Affirmative Defenses of the Fallbrook Public

11  Utility District on file in these proceedings.

12

13

14

15

16

17

18  WHEREFORE, these defendants pray that plaintiff take

19  nothing against them by reason of the Complaint and Supplementary

20  and Amendatory Complaint on file herein; that said Complaint be

21  dismissed as against these defendants; that defendants' right to

22  water, as hereinabove set forth, be quieted as against the plain-

23  tiff and against all other defendants in this action; and for such

24  other and further relief as the Court may deem proper.

25

26  _William H. Taylor_

27

28  _by George F. Yackey_

29  Defendants in propria persona

30

31

32  Dated:  MAY 2 0 1958

10870