

F I L E D

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

1  F. HUGH WILCOX AND FAWN P. WILCOX

2  Defendants in propria persona
   502 East Fallbrook Street
3  Fallbrook, Calif.

4

5               IN THE UNITED STATES DISTRICT COURT

6                  SOUTHERN DISTRICT OF CALIFORNIA

7                         SOUTHERN DIVISION

8  UNITED STATES OF AMERICA         )    CIVIL NO. 1247 - SD - C
                                    )
9                Plaintiff,         )    ANSWER OF DEFENDANTS
                                    )
10       v.                         )    F. HUGH WILCOX AND FAWN P. WILCOX
                                    )
11 FALLBROOK PUBLIC UTILITY         )
   DISTRICT, ET AL,                 )
12               Defendants,        )

13       The defendants,    F. HUGH WILCOX AND FAWN P. WILCOX

14 each severing from their co-defendants and each for himself or herself

15 alone, in answer to the Complaint and Supplementary and Amendatory Com-

16 plaint on file herein, admit, deny, and allege:

17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
                    AFFIRMATIVE STATEMENT OF RIGHTS
26
         These defendants own  Two acres of land in  San Diego
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30

31

32

COPY RECEIVED

10874

"EXHIBIT A"

The North 393.85 feet of the West half of the East half of the South half of the Northeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to the United States Government Survey approved June 11, 1880.

ALSO conveying an easement for road purposes over the West 12 feet of said west half of the East half of the South half of the Northeast Quarter of the Southeast Quarter excepting the North 393.85 feet thereof, of Section 24, Township 9 South Range 4 West, San Bernardino Meridian.

ALSO an easement for pipe line purposes over the East 5 feet of the West 168 feet of said West half of the East half of the South half of the Northeast Quarter of the Southeast Quarter, excepting the North 393.85 feet thereof, of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian.

EXCEPTING that parcel of land granted to OTIS FRANKLIN SCOVILLE and LUCY SCOVILLE March 2, 1951 for a valuable consideration described as:

The South 120 feet of the North 393.85 feet of the West half of the East half of the South half of the Northeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian in the County of San Diego, State of California, according to the United States Government Survey approved June 11, 1880.

10875

1  The property described in "Exhibit A" attached hereto is tillable land and at present planted to avocados, citrus and deciduous fruit trees including a few berries and grapes.

2  Defendants claim all the right of overlying land owners and to water
3  which may originate in or may be found, on, or under, or which may cross
4  their land.

5  Defendants claim the right to dig or drill wells and exercise water
6  reclamation and conservation practices as are now or may be known.

7  Defendants hereby incorporate, the same as though set forth herein
8  in full, all the Affirmative Defenses of the Fallbrook Public Utility
9  District on file in these proceedings.

10  Defendants claim all the above for all lands in which they have any
11  financial interest whatsoever.

12  Furthermore, we pray the court to award us, the aforementioned defendants
13  adequate damages to reimburse us for the cost of preparation and prosecut-
14  ing our defense, to alleviate the grevious physical, moral and intellect-
15  ual suffering inflicted upon us by this attempted acrimonious, confiscat-
16  ory usurpation of property rights, instituted against us by the agencies
17  of the United States Government.

18  WHEREFORE, these defendants pray that plaintiff take nothing
19  against them by reason of the Complaint and Supplementary and Amenda-
20  tory Complaint on file herein; that said Complaint be dismissed as
21  against these defendants; that defendants' right to water, as hereinabove
22  set forth, be quieted as against the plaintiff and against all other de-
23  fendants in this action; and for such other and further relief as the
24  Court may deem proper.

N. Hugh Wilcox

Fawn P. Wilcox

Defendants in propria persona
502 East Fallbrook St.
Fallbrook, Calif.

32 Dated: 20 May 1958

10876