

FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

1  John W. Vinzant and Rosa A. Vinzant.
   William P. Gall and Ruth L. Gall
2  Defendants in propria persona
   1422 Fallbrook St., Fallbrook, California.
3

4

5              IN THE UNITED STATES DISTRICT COURT

6                SOUTHERN DISTRICT OF CALIFORNIA

7                     SOUTHERN DIVISION

8  UNITED STATES OF AMERICA         )   CIVIL NO. 1247 - SD - C
                                    )
9            Plaintiff,             )    ANSWER OF DEFENDANTS
                                    )    John W. Vinzant.
10      v.                          )    Rosa A. Vinzant.
                                    )    William P. Gall.
11 FALLBROOK PUBLIC UTILITY         )    Ruth L. Gall.
   DISTRICT, ET AL,                 )    *John W Vinzant*
12           Defendants,            )    *Rosa A Vinzant*
                                         *William P. Gall* *Ruth L. Gall*
13      The defendants,

14 each severing from their co-defendants and each for himself or herself

15 alone, in answer to the Complaint and Supplementary and Amendatory Com-

16 plaint on file herein, admit, deny, and allege:

17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18
            These answering defendants hereby incorporate by reference all
19
    of the allegations contained in the answer to said Complaint and Supple-
20
    mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
    and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
    thereof entitled "Affirmative Statement of Rights") and make each and all
23
    of said allegations a part of this answer the same as if herein set forth
24
    at length.
25
                     AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own 97.8 acres of land in Riverside
27
    County, California, and within the watershed of the Santa Margarita River,
28
    more particularly described in the document attached hereto, marked Exhibit
29
    A, which is hereby incorporated by reference as a part of this statement.
30

31

32

                                                                10877

COPY RECEIVED

This land is riparian land; approximately twenty (20) acres are tillable and forty (40) acres of the balance can be used for grazing cattle and for raising turkeys, chickens and fowl. Defendants have irrigated portions of the land in the past and water for this purpose has been obtained by pumping springs and well which is located on the property.

## II

Defendants claim the right to use two hundred and fifty two (252) acre feet of water per year from Temecula River Basin on this land. All the right or overlying Land Owners and to water which may originate in or may be found, on, or under, or which may cross their land. The right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known. Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these Proceedings.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*John W. Vinzant*
*Rosa A. Vinzant*
*William P. Gall*

*Ruth T. Gall*

Defendants in propria persona

Dated: 5-20-58

10872

EXHIBIT "A"

Certain real property in the County of Riverside, State of California, known as the Granite Garden in the community of Rainbow, and more particularly described as:

All of the Northeast Quarter of the Northwest Quarter of Section 31, Township 8 South, Range 2 West, San Bernardino Meridian, and a portion of the Southwest Quarter of the Southeast Quarter and of the Southeast Quarter of the Southwest Quarter of Section 30, Township 8 South, Range 2 West, San Bernardino Meridian, in the County of Riverside, State of California, described as follows: Beginning at the Southwest corner of said Southeast Quarter of the Southwest Quarter; thence along the West line of said Southeast Quarter of the Southwest Quarter North 0° 09' 40" East 1159.84 feet to the Southwesterly corner of the tract of land conveyed by Minnie M. Tesch to Victor J. Paulson, et al, by deed recorded in Book 822, page 258 of Official Records; thence along the Southerly line of said land of Paulson South 57° 51' East 613.30 feet and South 85° 28' East 2134.56 feet to the East line of said Southwest Quarter of the Southeast Quarter; thence along said East line South 0° 02' 50" East 886.84 feet to the Southeast corner of said Southwest Quarter of the Southeast Quarter; thence along the South line of said Southwest Quarter of the Southeast Quarter of North 85° 14' 50" West 1342.22 feet to the Southeast corner of said Southeast Quarter of the Southwest Quarter; thence along the South line of said Southeast Quarter of the Southwest Quarter North 85° 11' West 1318.15 feet to the point of beginning; ALSO a portion of Lot 8 (Southwest Quarter of the Southwest Quarter) of said Section 30, described as follows: Beginning at the intersection of the East line of said Lot 8 with the Easterly line of the pavement of the State Highway; thence along said East line of Lot 8, South 0° 09' 40" West 675 feet; thence along the Northerly line of the Parcel of land conveyed by Tesch to Demeron by deed recorded in Book 807, Page 538 of Official Records, North 68° 08' 40" West 351.35 feet to the Easterly line of the pavement on said State Highway; thence Northeasterly along the Easterly line of said pavement to the point of beginning.

10873