George F. Yackey and Alma H. Yackey
P. O. Box 871, Fallbrook, California.



**Defendants in propria persona**

FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 1247 - SD - C |
|        Plaintiff, ) | ANSWER OF DEFENDANTS |
|     v. ) | |
| FALLBROOK PUBLIC UTILITY ) | GEORGE F. YACKEY |
| DISTRICT, ET AL, ) | and |
|        Defendants, ) | ALMA H. YACKEY |

The defendants,  George F. Yackey and Alma H. Yackey
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own      acres of land in San Diego
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

COPY RECEIVED

10880

## EXHIBIT-A

### Santa Margarita Drive

W 1/2 of N 665 ft. of Lot 2 of NW 1/4 of the SW 1/4 of Section 18, T 9 S, R 3 W, S.B.B.M., excepting the S 10 feet of the E 644.86 ft., and excepting the S 252.80 ft. of the W 195 ft.  Also the N 10 ft. of the S 20 ft. of the NE 1/4 of the NW 1/4 of the SW 1/4 of Section 18, T 9 S, R 3 W, S.B.B.M.

### Dougherty Street

All that portion of NE 1/4 lying N of Dougherty Street and between Main and Pico Streets in Section 24, T 9 S, R 4 W.

### Kalmia Street

Lots 1, 2 and 3 in Block 10 of West Fallbrook, according to the Amended Map thereof No. 743, filed in the Office of the County Recorder of San Diego County, March 6, 1893.

### De Luz Road

Parcel No. 1:   That portion of the Rancho Santa Margarita Y Las Flores, in the County of San Diego, State of California, as delineated upon a Map in Book 7, page 39 of Patents and as shown on Record of Survey Map No. 831 filed in the County Recorder's Office of said San Diego County described as follows:

Beginning at a point on the Easterly boundary line of said Rancho Santa Margarita Y Las Flores, distant thereon South 7° 04' 52.98" West, 2920.87 feet from Corner No. 1 of said Rancho; thence continuing along said Easterly boundary line South 7° 04' 52.98" West; 1317.07 feet; thence North 88° 17' West 150.36 feet; thence North 6° 51' 55" East, 1315.59 feet; thence South 88° 39' 30" East, 155.44 feet to the point of beginning.

Parcel No. 2:   Lot 2 in Section 13, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, together with 2 acres of land being in the Southwest corner of the Southwest Quarter of the Northeast Quarter of Section 13 lying West of the County Road, commencing 30 feet from the center of road as located on September 26, 1891.

EXCEPTING all mineral and oil rights as reserved in deed from Inga M. Grahn, a widow, recorded August 15, 1928, in Book 1504, page 280 of Deeds.

10881

1    These defendants claim all the rights of overlying landowners
2  and to water which may originate or cross their land.
3    These defendants claim the right to drill wells and exercise
4  water reclamation and conservation practices as are now or may be known.
5    These defendants hereby incorporate the same as though set
6  forth herein in full all of the Affirmative Defenses of the Fallbrook
7  Public Utility District on file in these proceedings.
8    These defendants claim all the above for all lands in which
9  they have any financial interest whatever.
10
11
12
13
14
15
16
17
18    WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.
25
26
27
28                                    Defendants in propria persona
29
30
31
32  Dated:   MAY 2 0 1958

1.0882