SAMUEL HURWITZ
100 West Chapman
Orange, California

Kellogg 8-2391

Attorney for Defendant

FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT, SOUTHERN
DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

FALLBROOK PUBLIC UTILITY DISTRICT
et al,

    Defendants.

NO. 1247-SD-C

ANSWER OF DEFENDANT FIRST
NATIONAL BANK OF ORANGE

    The First National Bank of Orange, a national banking association, severing itself from its co-defendants, and appearing for itself alone, in answer to plaintiff's complaint, supplemental complaint, and amendatory complaint, admits, denies and alleges as follows:

I

    This defendant does not have knowledge or information sufficient to enable this defendant to form a belief as to the truth of all of the allegations and averments contained in plaintiff's pleadings, and based on such lack of knowledge and information, this defendant generally and specifically denies and controverts each and every averment and allegation contained in plaintiff's pleadings.

II

    This defendant alleges on information and belief that the pleadings of plaintiff fail to state facts sufficient to state a cause of action against this defendant and based on such

SAMUEL HURWITZ
ATTORNEY AT LAW
100 W. CHAPMAN AVE.
ORANGE, CALIFORNIA
KELLOGG 8-2391

1.

10897

information and belief this defendant generally and specifically denies and controverts each and every averment and allegation contained in plaintiff's pleadings.

This defendant further states that the pleadings of plaintiff do not allege nor describe any certain land which is owned or held by the First National Bank of Orange. This defendant further alleges that so far as its records disclose, it does not own or hold any land in San Diego County, California as its own property. The defendant is a national banking institution, and as such is executor of numerous wills, trustee under various testamentary of trusts and trustee under various deeds of trust, in all of which capacities this defendant holds title to certain real properties, and unless the particular land which this defendant allegedly owns is described in the pleadings of the plaintiff, this defendant is unable to determine in what way it may be affected by this action nor why this defendant was named and served. While this defendant is named in the index and title of this cause, this defendant has been unable to determine where, if at all, it is specifically named in the pleadings of the plaintiff.

WHEREFORE, having fully answered plaintiff's complaint, supplementary complaint and amendatory complaint, this defendant prays that plaintiff take nothing by said pleadings, and that the same be dismissed as to this defendant, and that this defendant have its costs incurred.

SAMUEL HURWITZ

By *Robert B Holland*
Robert B. Holland
Attorney for Defendant
First National Bank of Orange

SAMUEL HURWITZ
ATTORNEY AT LAW
100 W. CHAPMAN AVE.
ORANGE, CALIFORNIA
KELLOGG 8-2391

10898

```
STATE OF CALIFORNIA    }
COUNTY OF              } ss.
```

_____

being duly sworn, deposes and says: That ___ he is _____

_____

_____ in the within and above entitled action; that ___ he has _____

read the within and foregoing _____

_____ and knows the contents thereof;

that the same is true of _____ own knowledge, except as to the matters which

are therein stated on _____ information and belief, and as to those matters that ___ he

believes it to be true.

This Answer is not verified because of Rule 11, Federal Rules of ~~Civil Procedure, and because plaintiff's complaint was not~~ verified.

Subscribed and sworn to before me this _____

day of _____, 19___   _____

(SEAL)                _____
                      Notary Public in and for said County and State

(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C. C. P.)

```
STATE OF CALIFORNIA    }
COUNTY OF   ORANGE     } ss.
```

Dorothy Buffington _____ being first duly sworn says: That affiant, whose address is

100 West Chapman, Orange, California _____

_____ is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached   ANSWER OF DEFENDANT FIRST NATIONAL BANK OF ORANGE

_____
(copy title of paper served)

on the   Plaintiff _____ in said action, by placing a true copy thereof in an
         (name of party served)
envelope addressed as follows:
         J. Lee Rankin, Solicitor General
         Room 332, 325 West "F" Street
         San Diego, California
         (name and address as shown on the envelope)

sealed and deposited on the 20 day of   May   19 58, in the United States

Mail at   Orange, California
          (place of mailing, name of county)

with postage fully prepaid thereon, and there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this    20

day of     May          , 19 58

_____        _____
(SEAL)                           Dorothy Buffington
Notary Public in and for said County and State

My commission expires Sept. 19, 1960.

10899