FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ M. L. Keesling
       DEPUTY CLERK

1  MRS MABEL L. JOHNSTON and MURRAY S. JOHNSTON
   Defendants in propria persona
2  311 W. Elder St.
   Fallbrook, California
3

4               IN THE UNITED STATES DISTRICT COURT

5                 SOUTHERN DISTRICT OF CALIFORNIA

6                       SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,      )   CIVIL NO. 1247 - SD - C
8                                 )
                Plaintiff,        )   ANSWER OF DEFENDANTS
9                                 )
          v.                      )   MRS MABEL L. JOHNSTON and
10                                )   MURRAY S. JOHNSTON
   FALLBROOK PUBLIC UTILITY       )
11 DISTRICT, ET AL,               )
                                  )
12              Defendants,       )

13       The defendants, MRS MABEL L. JOHNSTON and MURRAY S. JOHNSTON
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17       ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
               AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
              AFFIRMATIVE STATEMENT OF RIGHTS
26                                    more or less
         These defendants own ½   acres of land in San Diego
27
   County, California, and within the watershed of the Santa Margarita
28
   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31

32

COPY RECEIVED                                          10608

Well water from wells dug, drilled, or otherwise developed, has been used for irrigation, domestic, and other purposes, in the general area in which our properties are located, for over 50 years.

Defendants claim all water rights inherent with these properties, including the right to drill, dig, or otherwise develop well water for whatever purpose may be deemed necessary or desirable by defendants, their heirs, assigns, or successors.

Defendants hereby incorporate, the same as tho set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Mrs. Mabel L. Johnston*

*Murray S. Johnston*

Defendants in propria persona

Dated:   May 20, 1958

10609

EXHIBIT "A"

The East 51.86 feet of the West 155.58 feet of the South Half of Block 103 of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 567, filed in the Office of the County Recorder of San Diego County.

The South Half of Block 103, EXCEPTING the West 207.44 feet thereof, also the East 51.86 feet of the West 207.44 feet of the South Half of Block 103, in West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 567, filed in the Office of the County Recorder.

All that portion of the Northwest Quarter of the Southeast Quarter of Section Twenty-four (24), Township Nine (9), South, Range Four (4), West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey, approved June 11, 1880, described as follows:

Beginning at a point 30 feet Westerly from the center line of Main Avenue, said point being on a line which would be an Easterly prolongation of the South line of Elder Street, as shown on Amended Map of West Fallbrook No. 743, filed in the Office of the County Recorder of San Diego County March 6, 1893; thence Westerly along the Southerly line of Elder Street, 21.65 feet to the Easterly line of the Atchison, Topeka & Santa Fe Railway Company right of way; thence Southerly & Westerly along the Easterly line of said right of way 67.1 feet; thence Easterly and parallel with the Southerly line of Elder Street and 56 feet distant therefrom 58.85 feet to the Westerly line of Main Avenue; thence Northerly along the Westerly line of said Main Avenue to point of beginning.

10610

EXHIBIT "A"

The East 51.86 feet of the West 155.58 feet of the South Half of Block 103 of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 567, filed in the Office of the County Recorder of San Diego County.

The South Half of Block 103, EXCEPTING the West 207.44 feet thereof, also the East 51.86 feet of the West 207.44 feet of the South Half of Block 103, in West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 567, filed in the Office of the County Recorder.

All that portion of the Northwest Quarter of the Southeast Quarter of Section Twenty-four (24), Township Nine(9), South, Range Four (4), West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey, approved June 11, 1880, described as follows:

Beginning at a point 30 feet Westerly from the center line of Main Avenue, said point being on a line which would be an Easterly prolongation of the South line of Elder Street, as shown on Amended Map of West Fallbrook No. 743, filed in the Office of the County Recorder of San Diego County March 6, 1893; thence Westerly along the Southerly line of Elder Street, 21.65 feet to the Easterly line of the Atchison, Topeka & Santa Fe Railway Company right of way; thence Southerly & Westerly along the Easterly line of said right of way 67.1 feet; thence Easterly and parallel with the Southerly line of Elder Street and 56 feet distant therefrom 58.85 feet to the Westerly line of Main Avenue; thence Northerly along the Westerly line of said Main Avenue to point of beginning.

10611