```
                                                F I L E D

1   MURRAY S. JOHNSTON                          MAY 21 1958
    Defendant in propria persona
2   902 E. Fallbrook St.                        CLERK, U.S. DISTRICT COURT
    Fallbrook, California                       SOUTHERN DISTRICT OF CALIFORNIA
3                                               By M. C. Kiesling
                                                        DEPUTY CLERK

4              IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                    SOUTHERN DIVISION

7
    UNITED STATES OF AMERICA,        )    CIVIL NO. 1247 - SD - C
8                                    )
              Plaintiff,             )    ANSWER OF DEFENDANT
9                                    )
        v.                           )    MURRAY S. JOHNSTON
10                                   )
    FALLBROOK PUBLIC UTILITY         )
11  DISTRICT, ET AL,                 )
                                     )
12            Defendants,            )
```

13    The defendant,   MURRAY S. JOHNSTON
                       his
14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
           AMENDATORY COMPLAINT
18    This
      These answering defendant hereby incorporates by reference
19
 all of the allegations contained in the answer to said Complaint and
20
 Supplementary and Amendatory Complaint filed in this case by Newton
21
 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
 of the portion thereof entitled "Affirmative Statement of Rights")
23
 and make each and all of said allegations a part of this answer
24
 the same as if herein set forth at length.
25
           AFFIRMATIVE STATEMENT OF RIGHTS
26    This                           more or less
      These defendant owns 23   acres of land in San Diego
27                         and without
 County, California, and within the watershed of the Santa Margarita
28
 River, more particularly described in the document attached hereto,
29
 marked Exhibit A, which is hereby incorporated by reference as a
30
 part of this statement.
31

32

   COPY RECEIVED                                            10612

1. Well water from wells dug, drilled, or otherwise developed, has been used
2. for irrigation, domestic, and other purposes, in the general area in which
3. this property is located, for over 50 years.
4.     This property is a Citrus and Avocado Ranch. It has been owned by mem-
5. bers of our family for over 30 years and has been irrigated with well water
6. from wells developed on the ranch during this entire period.
7.     Defendant claims all water rights inherent with this property including
8. the right to impound or otherwise store water in accordance with recognized
9. soil and water conservation practices, ~~as well as~~ together with the right
10. to dig, drill, or otherwise develop additional well water for irrigation,
11. domestic, or whatever purpose may be deemed necessary or desirable by de-
12. fendant, his heirs, assigns, or successors.
13.     Defendant hereby incorporates, the same as tho set forth herein in full,
14. all the Affirmative Defenses of the Fallbrook Public Utility District.

    WHEREFORE, this defendant prays that plaintiff take nothing against him by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against this defendant; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

                                *Murray S. Johnston*

                                Defendant in propria persona

Dated: May 20, 1958

EXHIBIT "A"

The South one-half (S½) of Lot Ten (10) and all of Lot Fifteen (15) in the Shipley Tract of West Fallbrook.

Also that certain piece or parcel of land situate in the Southeast corner of Lot Sixteen (16) of Shipley Tract of West Fallbrook, according to Map No. 132, filed in the Office of the County Recorder August 22, 1887, bounded and described as follows, to-wit:

Commencing at the Southeast corner of said Lot Sixteen, thence North and along the East line of said Lot Sixteen 380 feet; thence West 257.79 feet; thence South 24 degrees and 23 minutes West to a point on the South line of said Lot Sixteen; thence East 430 feet to the point of beginning.

All that portion of Lots 11 and 14 of Shipley Tract, West Fallbrook, according to the Map thereof No. 132, filed in the Office of the Recorder of said San Diego County August 22, 1887, described as follows:

Commencing at the point of intersection of the center line of Fruit Street, as shown on Said Map No. 132, with the Northerly prolongation of the East line of said Lot 11; thence South along said Northerly prolongation, along the East line of said Lots 11 and 14 and along the Southerly prolongation thereof, 1326 feet, more or less, to a point on the center line of the County Road adjacent to the South line of said Lot 14; thence West along the center line of said road, 137 feet, thence North along a line parallel with said East line of said Lots, 255 feet to a point; thence at right angles West, 61 feet; thence at right angles North and parallel with the East line of said Lots 14 and 11 a distance of 1071 feet, more or less, to a point on the center line of the aforesaid Fruit Street; thence East along said center line 198 feet to the point of commencement.