```
(MURRAY S. JOHNSTON and FRANCES M. JOHNSTON
(Murray S. Johnston and Frances M. Johnston)
Defendants in propria persona
902 E. Fallbrook St.,
Fallbrook, Falifornia
```

FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | MURRAY S. JOHNSTON and |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | FRANCES M. JOHNSTON |
| Defendants, | |

The defendants, MURRAY S. JOHNSTON and FRANCES M. JOHNSTON each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1½ acres of land, more or less, in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10615

1  Well water from wells dug, drilled, or otherwise developed, has been used
2  for irrigation, domestic, and other purposes, in the general area in which
3  our properties are located, for over 50 years.
4      Defendants claim all water rights inherent with these properties, in-
5  cluding the right to dig, drill, or otherwise develop well water for whatever
6  purpose may be deemed necessary or desirable by defendants, their heirs,
7  assigns, or successors.
8      Defendants hereby incorporate, the same as tho set forth herein in full,
9  all the Affirmative Defenses of the Fallbrook Public Utility District on
10  file in these proceedings.

    WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Murray S. Johnston*

*Frances M. Johnston*

    Defendants in propria persona

Dated:  May 20, 1958

10616

EXHIBIT "A"

Lots 4,5,6,7, in Block 27 of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 567, filed in the Office of the County Recorder of San Diego County, October 9, 1888.

The East 315 feet of the West 660 feet of the Northwest Quarter of the Northeast Quarter of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian in the County of San Diego, State of California, according to U.S. Government Survey approved September 11, 1879. EXCEPTING therefrom the South 990 feet thereof.

That portion of the Northwest Quarter of the Northeast Quarter of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to U.S. Government Survey approved September 11, 1879, described as follows:

Beginning at the Northeast corner of said Northwest Quarter of Northeast Quarter; thence along the North line of said Section 19 South 89 degrees 35 minutes West 655.86 feet to a point distant North 89 degrees 35 minutes East 660 feet from the Northwest corner of said Northwest Quarter of Northeast Quarter, being the true point of beginning; thence continuing along said North line of Section 19 South 89 degrees 35 minutes West 4.14 feet to the West line of the East Half of said Northwest Quarter of Northeast Quarter; thence along said West line South 0 degrees 0 minutes 10 seconds East 336.32 feet to the North line of the South 990 feet of said Northwest Quarter of the Northeast Quarter; thence along said North line North 89 degrees 44 minutes 30 seconds East 3.89 feet to the East line of the West 660 feet of said Northwest Quarter of Northeast Quarter; thence along said East line North 0 degrees 02 minutes 20 seconds East 336.32 feet to the point of beginning.

10617