James M. Lackey and Ida M. Lackey
Defendants in propria persona
627 E. Juniper St.
Fallbrook, Calif

FILED
MAY 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. Kusafuu
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
    Plaintiff, ) ANSWER OF DEFENDANTS
v. ) Supplementary and Amendatory
FALLBROOK PUBLIC UTILITY ) Complaint of
DISTRICT, ET AL, ) James M. Lackey and
    Defendants, ) Ida M. Lackey;

The defendants James M. Lackey, Ida M. Lackey
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
        AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

    AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own $\frac{1}{2}$ acres of land in San Diego
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

COPY RECEIVED

10626

Exhibit A

Lots One (1) two (2) and three (3) of Block Y of Bartletts Addition to West Fallbrook, No 1, in the County of San Diego, State of California.

At present we are using Fallbrook public Utility District water for our grounds and house use and buy arrowhead spring bottle water for drinking for coffee and tea.

We wish to reserve all water rights to our land now and always.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*James M. Lackey*

*Ida M Lackey*

Defendants in propria persona

Dated: 5-21-58

10627