*Robert L. Burchett & Evalene E. Burchett*

Warren Phillip Burchett
**Defendants in propria persona**
Oak Grove, Aguanga, California

FILED
MAY 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ M. O. Kiesling
         Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Warren P. Burchett |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants, Warren P. Burchett each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 40 acres of land in          County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement. The northeast one quarter (1/4) of the northeast one quarter (1/4) of section 29, township 8 south, range 1 east, S.B.B.M.

COPY RECEIVED

10656

1  We reserve the right to use all water that can be deveolped
2  on the full 40 acres by the drilling of wells as may be necessary
3  if the land remains in one parcel of 40 acres or is subdivided in
4  the future in several or more parcels where it would necessitate
5  individual wells. This land can be cultivated and irrigated only
6  through the drilling of water wells on said property. The wells
7  would be used for domestic use, and for any stock we might have in
8  the future.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Warren Phillips Burchett*
*Robert E. Burchett*
*Evalene E. Burchett*
Defendants in propria persona

Dated:

10857