FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M O Kissling_
    Deputy Clerk

1  Fletcher H. Hayward
   Defendants in propria persona
2  Aguanga, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br><br>　　　　　Defendants, | CIVIL NO. 1247 - SD - C<br><br>ANSWER OF DEFENDANTS<br><br>Fletcher H. Hayward |

　　　　The defendants, Fletcher H. Hayward each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

　　　　ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
　　　　　　　　AMENDATORY COMPLAINT

　　　　These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

　　　　　　　　AFFIRMATIVE STATEMENT OF RIGHTS

　　　　These defendants own two acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10669

The answering defendant owns a one-tenth interest in a well and pump located 260 feet North and 135 feet East from southwest corner of Northwest quarter of southwest quarter, Section 26, Township 8 south, Range 1 east, San Bernardino Meridian, and a pipe line carrying water from this well to defendant's house on the land owned by him. The water from this well has been used by riparian rights since 1940, with no objections from any downstream users. It is riparian by the fact that it comes up from the underground stratas on the land upon which the well is located. There being no stream of any kind running to or from it. The defendant claims a riparian right to one-tenth interest in the water from this well equal to three (3) acre feet per acre a year on two acres for a total of six acre feet per year.

At this time, water is used in the house and yard located on the defendant's land. However, the defendant expects to have a two (2) acre garden growing vegetables on the sandy loam land thereon, and requests the privilege of using six (6) acre feet per annum from the one-tenth interest owned in the above mentioned well.

The defendant believes that this is a fair and equitable request to ask, with deference to the plaintiff and the other defendants. Praying to the court to give a just consideration.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Fletcher H. Hayward*

Defendants in propria persona

Dated: May 15, 1958

EXHIBIT A

Description of land owned by Fletcher H. Hayward, Aguanga, California:

Beginning 100 feet west and 200 feet south of the northeast corner of the southeast quarter of the southeast quarter of Section 27, Township 8 south, Range 1 east of San Bernardino Base and Meridian, south 200 feet, then west 500 feet to the easterly line of Riverside county road #47, then north-easterly along Riverside county road #47, 216 feet, then 400 feet east to the point of beginning. Containing Two Acres.

A one-tenth interest in well and pumping equipment located 260 feet north and 135 feet east from the southwest corner of the northwest quarter of the southwest quarter of Section 26, Township 8 south, Range 1 east, of San Bernardino Base and Meridian. Also a one-tenth interest in a pipe line from this well to the house on above described land.



10671