"Exhibit A"

Elizabeth C. Anderson
Defendants in propria persona
Aguanga, California. R.F.D.

FILED
MAY 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. C. Kerrigan
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )  CIVIL NO. 1247 - SD - C
                           )
            Plaintiff,     )  ANSWER OF DEFENDANTS
                           )  Elizabeth C. Anderson.
    v.                     )
                           )
FALLBROOK PUBLIC UTILITY   )
DISTRICT, ET AL,           )
            Defendants,    )

The defendants, Elizabeth C. Anderson, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 10 acres of land in San Diego, County, County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

Half acre sold to: Irene P. Barnes and Ruth A. Twist (Deceased) — On January 18, 1954, Deed held by Elizabeth C. Anderson until payments completed.

Description of half acre: North 100 feet of East 200 feet of Northeast Quarter of Section 20, Township 9 South, Range 2 East, San Bernardino Meridian, lot 8, In San Diego County, State of California.

COPY RECEIVED

These answering defendants own ten (10) acres of land situated within the watershed of Santa Margarita River, described as follows:

"North east quarter of lot 8, in section 20, Township 9 South, Range 2 East, San Bernardino Meridian, in the County of San Diego, State of California, according to the United States Government Survey approved Jan 31, 1895
(A recent survey was made by present owner)

Approximately 8 acres are tillable or for raising turkeys or fowl, the balance can be used for grazing. Portions of this land has been irrigated by defendents. Water has been obtained from wells.

The defendents claim the right to pump water for use in the future, as above stated. Temecula Creek runs through this property.
I reserve the right to drill more wells if necessary, for sale of acreage.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Elizabeth C. Anderson*

Defendants in propria persona

Dated: May 18, 1958.

10841

Description of 10 acres of land in San Diego County, State of California.
Owner: Elizabeth C. Anderson.

Northeast Quarter of lot 8.
In Section 20,
Township 9 South
Range 2 East
San Bernardino Meridian,
In San Diego County, State of California,
according to the survey made by United States Government
Approved January 31, 1895.
A recent survey was made by present Owner.

Elizabeth C. Anderson

May 18, 1958                              10842