Robert L. Burchett & Evalene E. Burchett
Defendants in propria persona
Star Route, Box 165, Hemet, Calif.

FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. Kiesling
        Deputy

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )   CIVIL NO. 1247 - SD - C
                           )
              Plaintiff,   )   ANSWER OF DEFENDANTS
                           )
       v.                  )
                           )   Robert L. Burchett
FALLBROOK PUBLIC UTILITY   )
DISTRICT, ET AL,           )   Evalene E. Burchett
                           )
              Defendants,  )

The defendants, Robert L. & Evalene E. Burchett each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 160 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement. The Southwest Quarter($\frac{1}{4}$) of Southeast Quarter($\frac{1}{4}$) of Section 20, and the North Half ($\frac{1}{2}$) of Northeast Quarter ($\frac{1}{4}$) of Northeast Quarter ($\frac{1}{4}$) of Section 29. Township 8 South, Range 1 East, San Bernardino Base and Meridian, as shown by United States Government Survey.

COPY RECEIVED

10658

We are using a continuous flow of water from one well, 105 ft. deep, for living quarters, a business consisting of a small Cafe and Gas Station. We reserve the right to use all water that can be developed on the full 160 acres in the future by the drilling of additional wells as may be necessary, and if the land is subdivided or sold in parcels. Also there are 80 acres that may in time, be cultivated and irrigation will be necessary, so several wells will be necessary to do this.

We supply five families with water. They haul it from here in containers, when their water supply runs out. Others get it while working their bees. Also we need water for what ever live stock we have or wish to have in the future.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Robert J. Burckett*

*Evalene E. Burckett*

Defendants in propria persona

Dated: May 19th '58

10859