FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. D. Keeof__
DEPUTY CLERK

1   Theda B. Hayward
2   Defendants in propria persona
    Aguanga, California
3

4           IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                    SOUTHERN DIVISION

7
    UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
8                                    )
                   Plaintiff,        )   ANSWER OF DEFENDANTS
9                                    )
           v.                        )     Theda B. Hayward
10                                   )
    FALLBROOK PUBLIC UTILITY         )
11  DISTRICT, ET AL,                 )
12                 Defendants,       )

13       The defendants, Theda B. Hayward

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17       ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18

19       These answering defendants hereby incorporate by reference

20  all of the allegations contained in the answer to said Complaint and

21  Supplementary and Amendatory Complaint filed in this case by Newton

22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23  of the portion thereof entitled "Affirmative Statement of Rights")

24  and make each and all of said allegations a part of this answer

25  the same as if herein set forth at length.

26            AFFIRMATIVE STATEMENT OF RIGHTS

27       These defendants own 270 acres of land in Riverside

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

31  part of this statement.

32

COPY RECEIVED

10672

AFFIRMATIVE STATEMENT OF RIGHTS continued

Theda B. Hayward

This 270 acres is riparian land. Attached is a map (Exhibit B), showing the location of the 270 acres and showing that part which is watershed (125 acres), also that which is susceptible of practicable and profitable irrigation (145 acres.) . The three walls that have been dug and springs that exist are shown. No water to be taken from any above ground streams that enter or leave the land owned by the defendant. As is shown on the map, a horst which holds the riparian water back thereby it being impossible for use of the water interferring with down stream users.

This land has been in the defendant's family since 1866. The family living on it, farming it, and using the water from it constantly since that time, growing alfalfa, permanent pasture, grain hay, truck garden produce, and cattle. The defendant has lived on, and had her home on, this same piece of land and used the riparian water from it for better than 42 years. This is a longer period of time than the plaintiff, and most of the defendants, have even known of their holdings.

A reasonable diversion is asked from these walls and springs (with the right to develop them more,) for irrigation of the 145 acres for profitable tilling of the irrigatable land and domestic use for the five houses thereon. The defendant asks for three and five tenths (3.5) acre feet per acre a year (507.5 acre feet per year) which is less than that

1    set forth for the Indian Reservations and National Forests, which have

2    lands that are not as well adapted to practable agricultural uses.

3    There has been 70 acres of land irrigated and used for growing cattle

4    feed, truck gardening, vineyards, and an orchard in the past 92 years

5    by the defendant and her family, and at this time the defendant is irri-

6    gating 28 acres of land and growing pasture for cattle.  Also supplying

7    water for the five houses with their yards and gardens (5 acres).  There

8    are three acres in orchard and vineyard.

9      However, the defendant claims riparian rights on the 270 acres of

10    land owned by her and asks the right to develop enough water for the 145

11    acres that are irrigatable at 3.5 acre feet per acre a year or 507.5

12    acre feet per year to grow crops mentioned above that have been grown

13    at a profit.

14      The defendant believes that this is a fair and equitable request

15    to ask with deference to the plaintiff and the other defendants.

16    Praying to the court to give a just consideration.

17

18      WHEREFORE, these defendants pray that plaintiff take

19    nothing against them by reason of the Complaint and Supplementary

20    and Amendatory Complaint on file herein; that said Complaint be

21    dismissed as against these defendants; that defendants' right to

22    water, as hereinabove set forth, be quieted as against the plain-

23    tiff and against all other defendants in this action; and for such

24    other and further relief as the Court may deem proper.

25

26                 *Theda B. Hayward*

27

28

29                 Defendants in propria persona

30

31

32 Dated:

     May 17- 1958

                                      10674

EXHIBIT A

Description of lands owned by Theda B. Hayward, Aguanga, California:

Southwest quarter of southwest quarter of Section 23, Township 8 south,
Range 1 east, San Bernardino Base and Meridian.

West half of west half and northeast quarter of southwest quarter (lot 7)
of Section 26, Township 8 south, Range 1 east except the following:
starting 75 feet north of southwest corner of northwest quarter of south-
west quarter, 250 feet north and 75 feet east, then 250 feet south and
75 feet west back to the starting point.

That part of the southeast quarter of southeast quarter of Section 27,
Township 8 south, Range 1 east, which lays south and east of Riverside
county road #47, known as Cahuilla Road, except beginning 100 feet west
and 200 feet south of the northeast corner of the southeast quarter of
southeast quarter, Section 27.  South 200 feet and west to the easterly
line of the Cahuilla Road, 500 feet then northeasterly along Cahuilla
Road 216 feet then 400 feet east to the point of beginning.

Beginning at southeast corner of northeast quarter of southeast quarter
north 75 feet then west to the easterly line of Cahuilla Road.  This piece
of land, 75 feet by 350 feet, being in the northeast quarter of south-
east quarter of Section 27, Township 8 south, Range 1 east, San Bernardino
Base and Meridian.

10675

EXHIBIT A    continued

Theda B. Hayward

Subject to rights of way and easements of record for nine-tenths interest in well and pumping equipment located 260 feet north and 135 feet east of northeast corner of southeast quarter of southeast quarter of Section 27, and pipe line to property 100 feet west and 200 feet south of northeast corner of southeast quarter of southeast quarter of Section 27, Township 8 south, Range 1 east, San Bernardino Base and Meridian.

10676

Exhibit B



1" = 660'

T. 8 S. R. 1 E. S.B.M.

N

☐ = Land under irrigation or has been (70 acres)

☐ = Land owned by Theda B. Hayward Total 270 Acres Irrigatable 145 Acres of sandy loam land

□ = Five Houses
△ = Reservoir
--- = Pipe lines
s = Springs

10677

EXHIBIT C

    We, the undersigned, do swear and affirm that we have lived near and on Theda B. Hayward's land since before 1890, and know that irrigated crops have been grown on it for at least 65 years.

    We have grown vegetables and alfalfa on this land, and found that it is well adapted for that use.

    We have also heard, from older people who have since passed on, that the land and water was owned and used by the Bergman family since the 1860's.

*Harry H. Bergman*

*David G. Godfrey*

Dated: *May 16, 1958*

10678