FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. [signature] DEPUTY CLERK

NINA B. ANDERSON
Defendants in propria persona
Route 2, Box 31, Fallbrook, Calif.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

NINA B. ANDERSON

The defendants, NINA B. ANDERSON each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 287 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

I have Riparian Water Rights on Fern Creek and Camps Creek. I will be using water from both of these creeks this summer for permanent pasture and orchard. I also have ~~Prescriptive~~ Appropriative Water Right which is being used continuously to water permanent pasture and orchard.

COPY OF ~~PRESCRIPTIVE~~ APPROPRIATIVE WATER RIGHT

I, Henry M. Daniels, of De Luz, San Diego County, California, claim the water now flowing and to be developed in what is known as Fern Creek, to the limit of one hundred inches, measured under a four inch pressure.

It is my purpose to use this water for irrigation, stock and household purposes on my ranch. It is my design to divert the stream near its source, and carry the water to my land, partly in a ditch, not less than one foot wide and eighteen inches deep, and partly in flumes and pipes of corresponding dimensions.

(Signed) Henry M. Daniels

De Luz, April 2, 1892.

Received for Record April 11, 1892
at 22 min. past 2 o'clock P.M. at
request of H. M. Daniels

E. H. Miller, County Recorder
A. P. Johnson, Jr. Deputy
Recorded in Book No. 21 of Water Claims, Page 283.
Records of San Diego County, California.
May 23, 1892, at 1 o'clock 13 min. P. M.
E.H. Miller, County Recorder
by H. R. Haight, Deputy.

Pd 75¢

Exhibit "A"

PARCEL 1 - The East 1/2 of the Northeast 1/4; and The Southwest 1/4 of the Northeast 1/4; and The Northwest 1/4 of the Southeast 1/4; and The North 1/2 of the Southwest 1/4 of Section 31, Township 8 South, Range 4 West, San Diego County, State of California. 247 Acres

PARCEL 2 - The Northeast 1/4 of the Northwest 1/4 of Section 31, Township 8 South, Range 4 West, San Diego County, State of California. 40 Acres

Defendant has Riparian Water Rights on Camps Creek and Fern Creek, and claims the right to use all the water now developed, and to all the water which may originate in, or may be found on or under, or which may cross her land.

Defendant claims the right to dig or drill wells, and exercise water reclamation and conservation practices as are now, or may be known.

Furthermore the Defendant prays the court to award her damages to reimburse her for the cost of preparing and prosecuting her defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon her by this action instituted against her by the agencies of the United States Government.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Nina B. Anderson

Defendants in propria persona

Dated: May 15, 1958.

10845