Richard A. Peterson
Name
8998 Norma Place
Address
Los Angeles 46  California
City and State
C.R. 1-6755
Telephone Number

Defendant

(answer)
**FILED**
MAY 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Jr.
DEPUTY CLERK

UNITED STATES OF AMERICA )
                Plaintiff, )
       vs.                 )    No. 1247-SD-C
FALLBROOK PUBLIC UTILITY   )    SUMMONS
DISTRICT, et al.,          )
                Defendants,)

Comes now the defendant(s) Richard A. Peterson
Mrs. Mabel A. Peterson
and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Richard A. Peterson
Mrs. Mabel A. Peterson

Copy mailed May 20, 1958 to Mr. J. Lee Rankin
Solicitor General Room 332, 324 West F Street
San Diego California
Richard A. Peterson

10553

Copy Made   INDEXED