Robert A & Irene K. STROUD
_Name_

806 East Leslie Drive
_Address_

San Gabriel California
_City and State_

Atlantic 76280
_Telephone Number_

**F I L E D** (answer)

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Jr
DEPUTY CLERK

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| vs. ) | No. 1247-SD-C |
| FALLBROOK PUBLIC UTILITY ) | SUMMONS |
| DISTRICT, et al., ) | |
| Defendants, ) | |

Comes now the defendant (s) Robert A Stroud and Irene K Stroud (husband and wife) and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Robert A. Stroud
Irene Stroud

Copy Mailed May 24 1958
to Mr. J. Lee Rankin
Solicitor General
Rm 332, 325 West F St.
San Diego
California

INDEXED

10554