SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

**FILED**

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>    Defendants. | No. 1247-SD-C<br><br>ANSWER OF DEFENDANTS<br>HARRY H. BERGMAN and<br>ALICE D. BERGMAN, Husband<br>and Wife. |

Defendants, HARRY H. BERGMAN and ALICE D. BERGMAN, husband and wife;

answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

10557

Copy recd  INDEXED

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of RIVERSIDE, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

The lands of defendants described as Parcel One include approximately 450 acres of arable and irrigable land. The lands described as Parcel Two are all arable and irrigable. Defendants assert water rights appurtenant to said lands as follows:

PARCEL ONE: This parcel is riparian to Coahuilla Creek, which flows through said Parcel in a generally east to west direction, near the northerly line of said Parcel. Parcel One is also traversed by Wilson Creek, an intermittent tributary of Coahuilla Creek. Defendants claim full correlative riparian rights to the waters of each of said streams in an amount not to exceed 4.2 acre feet per acre per year.

Parcel One also contains more than twenty-five (25) flowing springs, all of which disappear into the ground before leaving said Parcel and without becoming a part of any stream. Said springs are highly mineralized, and the chemical composition of their water is distinctly different from that of any of the surface waters of the Santa Margarita River or its tributaries. Defendants allege that said spring waters arise from extreme depths, and are not a part of any stream, surface or sub-surface. Defendants assert absolute ownership of said spring waters.

PARCEL TWO: Defendants assert full correlative rights to the use of the ground waters percolating beneath said Parcel in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by *[signature]*
Attorneys for defendant

- 3 -

10560

PARCEL 1:    In Section 7, T 8 S, R 2 E, S.B.M.,

Lots 1 and 2, Excepting Cauhilla Road and Excepting that portion of Lot 2 SE of County Road, containing 63 acres more or less.

In Section 12, T 8 S, R 1 E, S.B.M.,

N E $\frac{1}{4}$ of the S E $\frac{1}{4}$ NW of Cauhilla Road, containing 13.65 acres more or less.

W $\frac{1}{2}$ of NW $\frac{1}{4}$ and the NW $\frac{1}{4}$ of the SW $\frac{1}{4}$, containing 120 acres more or less.

NE $\frac{1}{4}$, excepting that portion SE of County Road; E $\frac{1}{2}$ of NW $\frac{1}{4}$; NE $\frac{1}{4}$ of SW $\frac{1}{4}$; NW $\frac{1}{4}$ of SE $\frac{1}{4}$ excepting Cahuilla Road and excepting that portion of the NW $\frac{1}{4}$ of SE $\frac{1}{4}$ SE of County Road, containing 316.50 acres more or less.

All of Section 1, T 8 S, R 1 E, S.B.M., EXCEPTING SW $\frac{1}{4}$ of SW $\frac{1}{4}$ of SE $\frac{1}{4}$; and EXCEPTING E $\frac{1}{2}$ of E $\frac{1}{2}$ of SE $\frac{1}{4}$ of SW $\frac{1}{4}$; and EXCEPTING SE $\frac{1}{4}$ of NE $\frac{1}{4}$ of SW $\frac{1}{4}$, containing 625.32 acres more or less.

PARCEL 2:

E 200 feet more or less of the S$\frac{1}{2}$ of the E$\frac{1}{2}$ of the SE $\frac{1}{4}$ of the SW$\frac{1}{4}$ of Section 16, T 7 S, R 3 E, S.B.M., containing 3 acres more or less.

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 4 -

EXHIBIT A

10561

**AFFIDAVIT OF SERVICE BY MAIL**—(1013a, C.C.P.)

STATE OF CALIFORNIA,  } ss.
COUNTY OF San Diego

No. 1247 SD C

Franz R. Sachse, being first duly sworn, says: That affiant, whose address is

1092 S. Main Street, Fallbrook, California

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Answer of Defendants Harry H. Bergman and Alice D. Bergman, husband and wife
(Copy title of paper served)

on the Plaintiff in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

H. Lee Rankin, Room 332, 325 W. F Street, San Diego, California

(Name and address as shown on the envelope)

sealed and deposited on the 19 day of May, 1958, in the United States Mail at

Fallbrook, San Diego, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 19

day of May, 1958

_Doris C. Bergstrom_
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

_Franz R. Sachse_

10562

My Commission expires May 25, 1961