1   JANE ADDAMS STANSBURY
    Defendant in propria persona
2   1341 Olive Lane
    La Canada, California
3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10                                  SOUTHERN DIVISION

11

12  UNITED STATES OF AMERICA,              )
                                           )
13                  Plaintiff,             )       CIVIL NO. 1247-SD-C
                                           )
14            v.                           )       ANSWER TO COMPLAINT AND
                                           )       SUPPLEMENTARY AND AMENDA-
15                                         )       TORY COMPLAINT OF
    FALLBROOK PUBLIC UTILITY               )       JANE ADDAMS STANSBURY
16  DISTRICT, ET AL.,                      )
                                           )
17                  Defendants             )

18            The defendant, JANE ADDAMS STANSBURY, severing her-

19  self from her co-defendants and for herself alone, in answer

20  to the Complaint and Supplementary and Amendatory Complaint

21  on file herein, admits, denies and alleges as follows:

22                          ANSWER TO ORIGINAL COMPLAINT

23                                        I.

24            This answering defendant has no information or be-

25  lief sufficient to enable her to answer the allegations of

26  Paragraphs II and VII of the original Complaint and basing

27  her denial upon that ground, denies all allegations in said

28  paragraphs contained.

29                                       II.

30            In answer to the allegations of Paragraph IV of the

31  original complaint, defendant denies that any conduct of this

32

                                                              10563

1  answering defendant threatens the destruction of the basin

2  referred to in said paragraph or damages the plaintiff in any

3  manner.

4  III.

5  In answer to the allegations of Paragraphs V and VI

6  of the original Complaint, this answering defendant denies that

7  the litigation and/or the stipulated judgment referred to in

8  said paragraphs are binding upon or in any manner affect the

9  rights of this answering defendant, and denies that the

10  plaintiff is entitled to any rights, titles, interests or

11  privileges as against this answering defendant by reason thereof.

12  IV.

13  In answer to the allegations of Paragraph VIII,

14  of said original Complaint, this answering defendant admits

15  that the plaintiff makes the claims and assertions specified

16  in said paragraph; this answering defendant has no information

17  or belief sufficient to enable her to answer the remaining al-

18  legations of said paragraph and basing her denial on that

19  ground, denies all of said allegations.

20  V.

21  In answer to the allegations of Paragraph IX of said

22  original Complaint, this answering defendant denies that any

23  action or conduct of this answering defendant has caused the

24  plaintiff any damage or has contributed to any of the injuries

25  alleged in said paragraph; this answering defendant has no

26  information or belief sufficient to enable her to answer the

27  remaining allegations of said paragraph and basing her denial

28  on that ground, denies all of said allegations.

29  ANSWER TO SUPPLEMENT TO COMPLAINT

30  Answer to Counts Nos. I vo XIV, Inclusive

31  I.

32  In answer to Counts I to XIV, inclusive, of the

-2-

10564

1  Supplement to plaintiff's Complaint, this answering defendant

2  hereby incorporates by reference Paragraphs I to V, inclusive,

3  of the above Answer to plaintiff's original Complaint.

4                              II.

5          This answering defendant admits that the plaintiff

6  makes the contentions set forth in said counts; denies that

7  any actions of this answering defendant has injured plaintiff;

8  and has no information or belief sufficient to enable her to

9  answer any of the remaining allegations in any of said counts

10  contained and basing her denial on that ground, denies all

11  of said allegations not hereinabove expressly admitted or

12  denied.

13          <u>Answer to Counts Nos. XV-XXI, Inclusive</u>

14                              I.

15          This answering defendant hereby incorporates by re-

16  ference Paragraphs I and II of her Answer to Counts I to XIV,

17  inclusive.

18                              II.

19          This answering defendant denies each and every al-

20  legation contained in Paragraphs II and III of Count XXI.

21                              III.

22          This answering defendant admits that plaintiff owns

23  certain tracts of land comprising the Cleveland and San

24  Bernardino National Forests which are administered by the

25  Bureau of Land Management of the Department of the Interior,

26  which tracts are within the watershed of the Santa Margarita

27  River; admits the allegations with reference to the flow of

28  Temecula Creek and its tributaries; admits that the exhibits

29  mentioned in said Counts are attached to the Complaint; admits

30  that the United States of America makes the contentions set

31  forth in Counts XVIII, XIX and XX; this answering defendant

32

                              -3-                           10565

1  has no information or belief sufficient to enable her to answer

2  the remaining allegations in said Counts XV to XXI, inclusive,

3  and basing her denial on that ground, denies all of said allega-

4  tions.

5  ANSWER TO AMENDMENT TO COMPLAINT

6  ANSWER TO COUNTS NOS. XXII TO XXV, INCLUSIVE

7  I.

8  This answering defendant hereby incorporates by reference

9  Paragraphs I, II and III of her Answer to Counts XV to XXI, in-

10  clusive.

11  II.

12  This answering defendant denies the allegations of Para-

13  graphs I and II of Count XXII.

14  III.

15  This answering defendant admits that plaintiff makes the

16  contentions set forth in Paragraph III of Count XXII; denies each

17  and every allegation in said paragraph contained except as here-

18  inabove admitted.

19  IV.

20  This answering defendant admits that plaintiff makes the

21  contentions set forth in Counts XXII to XXV, inclusive; admits

22  that this answering defendant claims the right to the use of

23  water specified in the Affirmative Statement of Rights hereinbelow

24  set forth; denies that any claim of this defendant invades any

25  rights of the United States of America; denies the allegations

26  of Count XXI except as hereinabove expressly admitted or denied.

27  V.

28  This answering defendant has no information or belief

29  sufficient to enable her to answer the remaining allegations con-

30  tained in said counts and basing her denial upon that ground,

31  denies all of the allegations not hereinabove expressly admitted

32  or denied.

10566

## AFFIRMATIVE STATEMENT OF RIGHTS

### I.

This answering defendant owns eighty (80) acres of land situated within the watershed of the Santa Margarita River, more particularly described as follows:

> That certain land situate in the County of
> San Diego, State of California, known as the
> East Half (E½) of the Southeast Quarter (SE¼)
> of Section 32, Township 8 South, Range 4 West.

The said land is riparian land. This answering defendant is informed and believes and therefore alleges that the De Luz Creek, or a tributary thereof, runs through the land. Approximately forty (40) acres of said land are tillable and the balance can be used for poultry raising and for cattle grazing. This answering defendant does not claim any prescriptive or appropriative rights.

### II.

This answering defendant claims the right to use one hundred sixty (160) acre feet of water per year from the watercourse running through this land.

WHEREFORE, this answering defendant prays that plaintiff take nothing against her by reason of the complaint or supplementary amendatory complaint on file herein; that the same be dismissed as against this answering defendant; that this answering defendant's right to water, as herein set forth, be quieted as against plaintiff and all other defendants in this action; and for such other and further relief as may be just and proper in the premises.

DATED:  May 20, 1958

_Jane Addams Stansbury_
Jane Addams Stansbury
Defendant in propria persona
1341 Olive Lane
La Canada, California

-5-

10587

1

## AFFIDAVIT OF SERVICE BY MAIL

2

3

STATE OF CALIFORNIA     )

4                               )    SS

COUNTY OF LOS ANGELES    )

5

6            PHILIP A. CRAMER, being first duly sworn, says:

7 That affiant, whose address is 359 North Canon Drive, Beverly

8 Hills, California, is a citizen of the United States, a resident

9 of the county where the herein described mailing took place;

10 over the age of 18 years and not a party to the above entitled

11 action.  That affiant served the attached Answer to Complaint

12 and Supplementary and Amendatory Complaint of Jane Addams Stansbury

13 on the plaintiff in said action, by placing a true copy thereof

14 in an envelope addressed as follows:

15                  J. Lee Rankin, Solicitor General
                 Room 332, 325 West "F" Street

16                  San Diego, California

17 sealed and deposited on the 20ᵗʰ day of May, 1958, in the

18 United States Mail at Beverly Hills, California, with postage

19 fully prepaid thereon, and there is regular communication by

20 mail between the place of mailing and the place so addressed.

21                       _Philip A. Cramer_

22

Subscribed and sworn to before

23

me this 20ᵗʰ day of May, 1958.

24

25      _Robert A. Robe_

Notary Public in and for said

26 County and State.

My Commission Expires February 17, 1962

27

28

29

30

31

32