Jerome K. Fisher and
Isobel Y. Fisher
1116 Lorain Road
San Marino, California

In Propria Persona

# FILED

**MAY 21 1958**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ............................ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
etc., et al.,

                Defendants.

No. 1247-SD-C

ANSWER OF DEFENDANTS,

JEROME K. FISHER and
ISOBEL Y. FISHER

      Come now the defendants, Jerome K. Fisher and Isobel Y.
Fisher, and for answer to the Complaint and Supplementary and
Amendatory Complaint on file in the above entitled action, admit,
deny and allege as follows:

                      I.

      That these answering defendants have no sufficient
information or belief to serve as a basis for detailed and exact
answer to the various allegations set forth in the Complaint and
in the Supplementary and Amendatory Complaint on file herein, and
basing their denial upon such lack of information or belief, deny,
generally and specifically, each and all of the allegations con-
tained in each of said pleadings except insofar as they are herein-
after expressly admitted.

                    II.

      Admit that these answering defendants are the owners of

10581

INDEXED

1   certain real property located in the areas affected by the plead-
2   ings of the United States Government in the within cause and that
3   they claim certain rights in and to waters in connection with the
4   use, ownership and operation of said real property, the exact
5   nature and extent of which rights are not now known to these
6   answering defendants and the nature and extent of which rights
7   these defendants wish to have determined by the Court in this pro-
8   ceeding.

9       WHEREFORE, these answering defendants pray that the
10  Plaintiff in the above entitled action take no affirmative relief
11  as against them and that the Court make its adjudication fixing,
12  specifying and determining the rights of these answering defendants
13  in and to waters in connection with their ownership of real property
14  as hereinabove alleged, and for such other and further relief as
15  to the Court may seem proper.

                                            _Jerome K. Fisher_

                                            Isobel Y. Fisher

-2-

10582

STATE OF CALIFORNIA,
County of Los Angeles } ss.

Jerome K. Fisher

being first duly sworn, deposes and says: that   he is   one of the defendants

in the above entitled action; that   he has_____read the foregoing   Answer

and knows the contents thereof; and that the same is true of his   own knowledge, except as to the matters
which are therein stated upon his   information or belief, and as to those matters that   he believes it to be true.

Subscribed and sworn to before me this
15th day of   May   , 19 58

Jerom K. Fisher
J. K. F.

Notary Public in and for the County of Los Angeles, State of California.
[SEAL]

Received copy of the within_____this_____day of_____, 195___

Attorney_for_____

Received copy of the within_____this_____day of_____, 195___

Attorney_for_____

(AFFIDAVIT OF SERVICE BY MAIL—1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES. } ss.

Charles E. Beardsley_____, being first duly sworn, says: That affiant is a citizen of the
United States and a resident of the County of Los Angeles; that affiant is over the age of eighteen years and is not a party to the
within and above entitled action; that affiant's business/residence address is:   610 Rowan Bldg.

Los Angeles 13, California

that on the   19th   day of   May   , 195 8, affiant served
the within   Answer of Defendants, Jerome K. Fisher and Isabel Y. Fisher
on the   Plaintiff   in said action, by placing a true copy thereof in an envelope
addressed to the attorney   of record for said   Plaintiff
at the residence/office address of said attorney   as follows:   J. Lee Rankin
Solicitor General of the United States
Washington 25, D. C.

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States mail at Los
Angeles, California, where is located the office of the attorney   for the person   by and for whom said service was made;
That there is delivery service by United States mail at the place so addressed or/and   there is a regular communication
by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this   19th
day of   May   , 195 8

Charles E. Beardsley

Notary Public in and for the County of Los Angeles, State of California.
(SEAL)

*Here quote from envelope name and address of addressee.
**When the letter is addressed to a post office other than "Los Angeles," strike out "and"; when addressed to "Los Angeles," strike out "or."

10503