F I L E D

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ M. L. Kiesling
    DEPUTY

1  AMOS C. DREHER and
   JEANETTE E. DREHER
2  Defendants in propria persona
   1862 Gum Tree Lane
3  Fallbrook, California

4

5          IN THE UNITED STATES DISTRICT COURT

6             SOUTHERN DISTRICT OF CALIFORNIA

7                   SOUTHERN DIVISION

8  UNITED STATES OF AMERICA      )   CIVIL NO. 1247 - SD - C
                                 )
9              Plaintiff,        )   ANSWER OF DEFENDANTS
                                 )
10       v.                      )   AMOS C. DREHER and
                                 )   JEANETTE E. DREHER
11 FALLBROOK PUBLIC UTILITY      )
   DISTRICT, ET AL,              )
12             Defendants,       )

13       The defendants, AMOS C. DREHER and JEANETTE E. DREHER
14 each severing from their co-defendants and each for himself or herself
15 alone, in answer to the Complaint and Supplementary and Amendatory Com-
16 plaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
                    AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own 5.53 acres of land in San Diego
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30

31

32

COPY RECEIVED

10584

1    Defendants claim the right to use such water as is reasonably necessary for domestic purposes and irrigation of the aforesaid land.

2    Defendants also claim the right to recover rainfall and underground waters through the use of wells or any other recovery method.

3    Furthermore, we pray the court to award us, the aforementioned defendants, adequate damages to reimburse us for the cost of preparing and prosecuting our defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon us by this attempted acrimonious, confiscatory usurpation of property rights, instituted against us by the agencies of the United States Government.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Amos C. Dreher*
AMOS C. DREHER

*Jeanette E. Dreher*
JEANETTE E. DREHER
Defendants in propria persona

Dated: 5-21-58

10585

EXHIBIT A

All that portion of the South Half of the Southwest Quarter of Section Seventeen, Township Nine South, Range Three West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows:

Beginning at the Southwest corner of said Section 17; thence along the South line of said Section 17, South 89° 56' East 994.78 feet; thence North 23° 45' 20" West 785.42 feet to the center line of County Highway Commission, Mission Road 1-C; thence along said center line North 71° 16' 30" East 115.88 feet to the beginning of a curve concave to the South, having a radius of 300 feet; thence Easterly along said curve 137.01 feet to the end thereof; thence on a tangent to said curve South 82° 33' 30" East 243.39 feet to the true point of beginning; thence South 2° 23' West 738.67 feet to the South line of said Section 17; thence along said South line South 89° 56' east 337.05 feet to the Southeast corner of the parcel of land conveyed to Mattison Dean Allman et ux by deed recorded in Book 1958, page 385 of Official Records; thence along the Easterly line of said Allman land North 2° 23' East 690.58 feet to said center line of Mission Road 1-C; thence along said center line North 79° 58' 30" West 12.71 feet to the beginning of a curve concave to the South, having a radius of 4000 feet; thence Westerly along said curve 180.35 feet to the end thereof; thence on a tangent to said curve North 82° 33' 30" West 145.49 feet to the true point of beginning.

10586