Wilfred L. Schryer
Name

304 Springfield St
Address

Huntington Beach, California
City and State

Lex. 66208
Telephone Number

Defendant

(answer)
**FILED**

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                         )
        Plaintiff,       )
                         )
    vs.                  )   No. 1247-SD-C
                         )
FALLBROOK PUBLIC UTILITY )   SUMMONS
DISTRICT, et al.,        )
                         )
        Defendants.      )

Comes now the defendant (s) _____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

W.L. Schryer

Copy mailed to Mr. J. Lee Rankin, May 20 1958
Solicitor General. Room 332 - 325 W. F st
San Diego California

10555

INDEXED
Copy made