Julia H. Schryer
Name

304 Springfield
Address

Huntington Beach California
City and State

LEX 66208
Telephone Number

Defendant

(answer)
FILED
MAY 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Jr
DEPUTY CLERK

UNITED STATES OF AMERICA, )
　　　　　　　Plaintiff, )
　　vs. )   No. 1247-SD-C
FALLBROOK PUBLIC UTILITY )   SUMMONS
DISTRICT, et al., )
　　　　　　　Defendants, )

　　Comes now the defendant (s) _____

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

　　　　　　　　　　　Julia H. Schryer

Copy sent May. 20. 1958 To Mr. J. Lee Rankin
Solicitor General  Room 332 -
　　　　　　　　　　325 West F St
　　　　　　　　　　San Diego California

10556

INDEXED
copy made