1 Hildegard B. Dubner A.K.A. H.B. Dubner
2 Defendants in propria persona
3 Aguanga, Calif.
4

FILED
MAY 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. A. Kirby, Deputy Clerk

5      IN THE UNITED STATES DISTRICT COURT
6         SOUTHERN DISTRICT OF CALIFORNIA
7                SOUTHERN DIVISION

8 UNITED STATES OF AMERICA ) CIVIL NO. 1247 - SD - C
9               Plaintiff, ) ANSWER OF DEFENDANTS
10      v.                  ) Hildegarde B. Dubner A.K.A.
                            ) H.B. Dubner
11 FALLBROOK PUBLIC UTILITY  )
   DISTRICT, ET AL,         )
12              Defendants, )

13      The defendants,
14 each severing from their co-defendants and each for himself or herself
15 alone, in answer to the Complaint and Supplementary and Amendatory Com-
16 plaint on file herein, admit, deny, and allege:

17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18
19      These answering defendants hereby incorporate by reference all
20 of the allegations contained in the answer to said Complaint and Supple-
21 mentary and Amendatory Complaint filed in this case by Newton T. Bryant
22 and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
23 thereof entitled "Affirmative Statement of Rights") and make each and all
24 of said allegations a part of this answer the same as if herein set forth
25 at length.

26              AFFIRMATIVE STATEMENT OF RIGHTS
                          more or less
27      These defendants own 200 acres of land in San Diego
28 County, California, and within the watershed of the Santa Margarita River,
29 more particularly described in the document attached hereto, marked Exhibit
30 A, which is hereby incorporated by reference as a part of this statement.
31
32

COPY RECEIVED

10587

1  I own some two hundred (200) acres, more or less, the
2  bulk of which is more than I need now, it is up for sale
3  My land is in a patent which was granted to me by the
4  Trustees of this Government. In my patent the Constitution
5  of the United States gauranteed me the water in the land.
6  I have a well, I do not know how much my well will pump
7  or how much I am pumping now, or how much I will pump
8  in the future. Neither do I know how much water the
9  people, who buy my surplus land, will need or use. But
10 they shall have the same right to the water in their
11 land as I have in mine. I use what I need now, and if
12 or when I need more, I will use what I need in the future
13 and as long as there is even only a pretense of a
14 Constitution or Democracy in these United States
15 I shall stand on my constitutional rights and use
16 what water I need without wasting it on Golf
17 Courses.

18       WHEREFORE, these defendants pray that plaintiff take nothing
19 against them by reason of the Complaint and Supplementary and Amenda-
20 tory Complaint on file herein; that said Complaint be dismissed as
21 against these defendants; that defendants' right to water, as hereinabove
22 set forth, be quieted as against the plaintiff and against all other de-
23 fendants in this action; and for such other and further relief as the
24 Court may deem proper.

25
26                                    *Hildegarde B Dubner* a.k.a.
27                                         *H.B. Dubner*
28                                    _____
29                                    Defendants in propria persona
30
31
32 Dated: May 19-1958

10588

"Exhibit A"

Lots 11, 13, 14, Sec. 27, T. 9 S. R. 2, E.
Those portions of Lots 3, 4, 6, 9, 10,
and 16, lying on the North Easterly
side of Highway 79, excepting
4.96 Acres in Lot 4.
In Sec. 7, T. 9, S. R. 2, E. S.B.M.

10589