HARRY O. FIELD and
MABLE B. FIELD

Defendants in propria persona
P. O. Box 697
1305 E. Mission Rd.
Fallbrook, California

FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,               )   CIVIL NO. 1247 - SD - C
                                        )
                Plaintiff,              )   ANSWER OF DEFENDANTS
                                        )
        v.                              )   HARRY O. FIELD and
                                        )   MABLE B. FIELD
FALLBROOK PUBLIC UTILITY                )
DISTRICT, ET AL,                        )
                                        )
                Defendants,             )

        The defendants, HARRY O. FIELD and MABLE B. FIELD
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT

        These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

                AFFIRMATIVE STATEMENT OF RIGHTS

        These defendants own 10 acres of land in San Diego
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.
See Exhibit A.

COPY RECEIVED

10593

EXHIBIT A

All that portion of the Northwest Quarter of the Northeast Quarter of Section 19, Township 9 South, Range 3 West, S. B. M., in the County of San Diego, State of California, described as follows:

Beginning at the Southwest corner of said Northwest Quarter; thence along the West line of said Northwest Quarter North 0° 02' 20" East 330.00 feet; thence parallel to the South line of said Northwest Quarter North 89° 44' 30" East, 30 feet to the true point of beginning; thence parallel to said West line North 0° 02' 20" East 660.00 feet; thence parallel to said South line North 89° 44' 30" East 630.00 feet; thence parallel to said West line South 0° 02' 20" West 660.00 feet; thence parallel to said South line South 89° 44' 30" West 630 feet to the true point of beginning.

And granting an easement over the East 20 feet of the West 50 feet of said Northwest Quarter, except the South 990 feet thereof for road purposes and for the purpose of laying and maintaining pipe lines for the transportation of water and for the purpose of constructing and maintaining power and telephone lines. Also granting an easement over the East 10 feet of the West 670 feet of the South 340 feet of said Northwest Quarter of the Northeast Quarter of Section 19, for the purpose of laying and maintaining a water pipe line for the transportation of water.

Subject to covenants, conditions, restrictions, reservations, rights, rights of way and easements of record.

10594

## EXHIBIT B

This land (approximately 10 acres) is tillable. Defendants have irrigated the the land in the past and the water for this purpose has been obtained by pumping from a well located on the property. Part of the water is believed to be percolated water from the Fallbrook Creek as the Fallbrook Creek flows through adjacent properties.

Defendants claim the right to use the following amounts of water for present and future uses:

We have 525 avocado trees with a permanent sprinkler system. The sprinklers discharge approximately 1½ gals. per minute. Under our present Irrigation plan, we give each tree 4 hours of irrigation or 360 gals. per tree every 7 days or a total of 189,000 gal. every 7 days. We average irrigating 32 weeks a Calendar year. This totals 6,048,000 gal per year.

In addition to the above, there is a 600 gal. an hour pressure pump system which supplies water for household use. We estimate 50 gals. per day used for household purposes. This totals 18,250 gal per year.

For about 20 weeks of every Calendar year we run the 600 gal. an hour pump an average of 6 hours per day for irrigating the garden and approximately 35 fruit trees or a total of 504,000 gals. per Calendar year.

The Grand total of water used at present is 6,570,250 gals. per Calendar year.

Our future plans for irrigation in the future are the following:

We hope to increase the length of irrigating time to 6 hours per tree or a total of 540 gal per tree every 7 days. This would mean 283,000 gals. every 7 day period or a total of 9,072,000 gals. per Calendar year.

We also plan irrigation of the centers, or ground between the rows of trees, as the tree roots are now starting to reach out into this area. We have planned to use portable aluminum pipe with rainbird sprinklers which deliver about 3,000 gal. per hour. It is planned to run the sprinklers 6 hours per set or a total of 18,000 gals per set. Since there are 18 sets, there will be a total of 324,000 gal. per irrigation. We plan on this irrigation every 4 weeks, using a total of 2,592,000 gal. per Calendar year.

The total water needed for the avocado grove is 9,072,000 gals. plus the 522,250 gal for household use, garden and family orchard makes a grand total of 9,594,250 gal per Calendar year.

It is felt that this quantity of water will adequately care for our property for the present and the future.

If the water table should become depleted, we have access to water from the Fallbrook Utility District to supplement our well. But, in any event, the 10 acres will require 9,594,250 gallons of water per Calendar year to operate.

1  See EXHIBIT 1

18    WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*Harry O. Field*
HARRY O. FIELD

*Mable B. Field*
MABLE B. FIELD
Defendants in propria persona

Dated: 5-21-58

10596