FILED

IAN C. FORSYTH and BARBARA FORSYTH

Defendants in propria persona

302 Clemmons Lane,
    Fallbrook, California

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M L Kresberg_
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br><br>Defendants, | CIVIL NO. 1247 - SD - C<br><br>ANSWER OF DEFENDANTS<br><br>ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF IAN C. FORSYTH AND BARBARA FORSYTH |

The defendants,   Ian C. Forsyth and Barbara Forsyth

each severing from their co-defendants and each for himself or her-

self alone, in answer to the Complaint and Supplementary and Amenda-

tory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference

all of the allegations contained in the answer to said Complaint and

Supplementary and Amendatory Complaint filed in this case by Newton

T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

of the portion thereof entitled "Affirmative Statement of Rights")

and make each and all of said allegations a part of this answer

the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 5   acres of land in San Diego

County, California, and within the watershed of the Santa Margarita

River, more particularly described in the document attached hereto,

marked Exhibit A, which is hereby incorporated by reference as a

part of this statement.

COPY RECEIVED

10597

EXHIBIT A

The North Half of the Northeast Quarter of the Southeast Quarter
of the Northwest Quarter of Section 25, Township 9, Range 4 West;
AND the North 80 feet of the South Half of the Northeast Quarter
of the Southeast Quarter of the Northwest Quarter, Section 25,
Township 9 South, Range 4 West, San Bernardino Meridian, according
yo United States Government Survey thereof;

EXCEPTING THEREFROM the Westerly 130 feet thereof.

---------

10598

1   Defendants claim all riparian rights to all waters percolating
    through their land, whether from the Santa Margarita River and
2   its tributaries; whether from springs, streams or wells, etc., and
    to take water from their land, whether for domestic, industrial,
3   business or irrigation purposes.

4   They have 5 acres planted to Avocado trees, 6 years old; also a
    home, garden and family fruit trees for which they claim the right
5   to use 20 acre-feet of water per year -- and more, as the trees
    develop.  They are now buying their water from the Fallbrook Public
6   Utility District.

7   In addition to the claim and uses as herein made, the defendants
    claim all rights of overlying landowners to any water which may
8   originate in, or under, or cross their land.  Defendants claim
    the right to drill and dig wells, and exercise water reclamation
9   and conservation practices as now or may be known.

10  Defendants hereby incorporate the same as though set forth herein
    in full all of the Affirmative Defenses of the Fallbrook Public
11  Utility District on file in these proceedings.

12  Defendants claim all the above for all lands in which they have
    any financial interest whatsoever.

13

14

15

16

17

18          WHEREFORE, these defendants pray that plaintiff take

19  nothing against them by reason of the Complaint and Supplementary

20  and Amendatory Complaint on file herein; that said Complaint be

21  dismissed as against these defendants; that defendants' right to

22  water, as hereinabove set forth, be quieted as against the plain-

23  tiff and against all other defendants in this action; and for such

24  other and further relief as the Court may deem proper.

25

26          _____
                Ian O. Forsyth
27

28          _____
                Barbara Forsyth
29          Defendants in propria persona
                302 Clemmons Lane
30
            Fallbrook, California
31

32  Dated: May 8- 58

                                                10599