FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

1  FRANK W. FOWLER AND ELLEN T. FOWLER
   **Defendants in propria persona**
2  11908 OLD RIVER SCHOOL ROAD
3  DOWNEY, CALIFORNIA

4           IN THE UNITED STATES DISTRICT COURT
5             SOUTHERN DISTRICT OF CALIFORNIA
6                   SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
8                                   )
              Plaintiff,            )   ANSWER OF DEFENDANTS
9                                   )   ANSWER TO COMPLAINT AND
        v.                          )   SUPPLEMENTARY AND AMENDATORY
10                                  )   COMPLAINT OF
   FALLBROOK PUBLIC UTILITY         )   FRANK W. FOWLER AND
11 DISTRICT, ET AL,                 )   ELLEN T. FOWLER
                                    )
12            Defendants.           )

13      The defendants, FRANK W. FOWLER and ELLEN T. FOWLER,
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:

17      ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
               AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25

26          AFFIRMATIVE STATEMENT OF RIGHTS
27      These defendants own 7.53 acres of land in RIVERSIDE
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32

COPY RECEIVED                                            10600

1   SEE ATTACHED DOCUMENT, MARKED "EXHIBIT B", AFFIRMATIVE STATEMENT OF RIGHTS,
2   FOR INFORMATION ON CLAIMS OF DEFENDANTS WHICH IS HEREBY INCORPORATED BY
3   REFERENCE AS A PART OF THIS STATEMENT.

18          WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Frank N Fowler*

*Ellen J Fowler*

Defendants in propria persona
11908 Old River School Road
Downey, California

32  Dated: May 17, 1958

DESCRIPTION OF PROPERTY

Description of land owned by defendants, FRANK W. FOWLER and ELLEN T. FOWLER.
In the County of Riverside, State of California, all that portion of the
South-half of Southeast quarter of Section 36, Township 8 South, Range 3
West, San Bernardino Base and Meridian, as shown by Government Survey,
particularly described as follows:

> Beginning at a point on the West Line of the Southwest quarter of
> Southeast quarter of said section 36, 352 feet south of the
> Northwest corner thereof;
>
> Thence East and paralled with the North line of said Southwest
> quarter, 1320 feet to the East line thereof;
>
> Thence Southeasterly to a point on the East line of the
> Southeast quarter of the Southeast quarter of said Section 36,
> 800 feet south of the Northeast corner thereof;
>
> Thence North along said East line 180 feet;
>
> Thence Northwesterly to a point on the West line of said
> southeast quarter, 172 feet south of the Northwest corner thereof;
>
> Thence West to a point on the West line of said Southwest quarter
> of Southeast quarter, 172 feet south of the Northwest corner
> thereof;
>
> Thence South along said West line, 180 feet to point of beginning;
>
> Excepting therefrom all that portion thereof included in County
> Highway, and Southeast of said County Highway.

Said Property is also shown on Record Survey on file in Book 8, page 86
of Records of Survey of Riverside County of California.

"Exhibit A"

10602

## AFFIRMATIVE STATEMENT OF RIGHTS

This land is riparian land, about 2.47 acres of which are tillable, another acre could be used for the raising of turkeys, or fowl. Portions of this land were used for gardening in the past, and were irrigated by pumping water from a well now on property, by means of a windmill.

Another well is located along side of Rainbow Creek, which flows across property, and can be used for irrigation.

There is still another well on property from which water is pumped for domestic uses.

There is a small spring on this property from which water flows for approximately five (5) months of the year, and lies approximately three (3) feet below the surface of the ground for balance of year.

A good portion of this land is hilly, but can be used ideally for cabin sites, and defendants claim rights hereby for domestic water for three (3) cabins.

Portions of this hilly land can be used for growing of fruit trees.

10603

AFFIRMATIVE STATEMENT OF RIGHTS (Continued)

Defendants claim that a reasonable diversion duty for irrigation of this land, for livestock, turkeys, fowl, and domestic uses would be twenty-one (21) acre feet per year.

Defendents do not claim any prescriptive or appropriative rights.

10604