*Edwin F. and Fern B. Jenkins*
Defendants in propria persona
*PO Box 462*

FILED
MAY 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br><br>    Defendants, | CIVIL NO. 1247 - SD - C<br><br>ANSWER OF DEFENDANTS<br>*Edwin F. and Fern B. Jenkins* |

The defendants *Edwin F. and Fern B. Jenkins* each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own *1* acres of land in *San Diego* County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10605

Defendance claims the right to 4 acers of water per year for said land to be used for domestic and irrigations use, on this said acer of Avocado Trees.

Defendence claims the right to drill well on this land said land or property.

Defendence claims the right to water if this property is sub divided.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Edward M Jenkins
Vera B Jenkins
Defendants in propria persona

Dated May 20, 1958.

10606

# EXHIBIT A

All that portion of Lot 1 (the Southwest Quarter of the Southwest Quarter) of Section 18, Township 9 South, Range 3 West, S. B. M., in the County San Diego, State of California, described as follows: Commencing at the Northeast corner of said Lot 1, thence South 89°53' West along the North line of said Lot, a distance of 804.94 feet to the Northeast corner of a parcel of land conveyed to James Edward Gladding, Jr. by deed dated June 17, 1936 and recorded in Book 520, Page 466 of the Official Records of San Diego County; thence South 0°06' West along the East line of said parcel conveyed to Gladding and along the East line of a parcel of land conveyed to Robert Albert Gladding by deed dated June 24, 1936 recorded in Book 533, page 168 of Official Records, a distance of 244.33 feet to the Southeast corner of the parcel so conveyed to Robert Albert Gladding and the true point of beginning; thence South 89°53' West along the South line of said Gladding's land being along a line parallel with the North line of Lot 1 a distance of 218 feet to a point on the East line of a parcel of land conveyed to Kietha H. Oswald by deed dated March 15, 1942 recorded in Book 1487, page 193 of Official Records; thence South along the East line of said Oswald's land 200 feet to the Northwest corner of a parcel of land conveyed to Deroy Adams by deed dated August 14, 1937, recorded in Book 688, page 54 of Official Records; thence North 89°53' East, along the West line of Adams' land, being along a line parallel with the North line of said Lot, a distance of 218 feet; thence North on a line parallel with the East line of the land conveyed to Oswald aforesaid, 200 feet to the true point of beginning.

10607