Mrs Berenice H. Jorgenson
Defendants in propria persona
Rt. 1 Box 260  Fallbrook, Calif.

FILED
MAY 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )   CIVIL NO. 1247 - SD - C
                                    )
            Plaintiff,              )   ANSWER OF DEFENDANTS
                                    )   Mrs. Berenice H. Jorgenson
    v.                              )
                                    )
FALLBROOK PUBLIC UTILITY            )
DISTRICT, ET AL,                    )
                                    )
            Defendants,             )

The defendants, Mrs. Berenice H. Jorgenson each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own ten acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10618

"Exhibit A"
Northwest quarter of Southeast Quarter of Southwest Quarter of Section Twenty-five, Township Nine South, Range Four West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880.

10619



Defendants claim all the rights of overlying landowners and to water which may originate or cross their land.

Defendants claim the right to drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Mrs. *Berenice H. Jorgenson*

_____
Defendants in propria persona

Dated: *May 19, 1958*

10620