```
                                              FILED

Larry H. Keown and Mildred W. Keown          MAY 21 1958
Defendants in propria persona                CLERK, U.S. DISTRICT COURT
222 Ammunition Road                          SOUTHERN DISTRICT OF CALIFORNIA
Fallbrook, Calif.                            By M. D. Keesling
                                                        DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CIVIL NO. 1247 - SD - C |
| Plaintiff,   ) | ANSWER OF DEFENDANTS |
| v.   ) | |
| FALLBROOK PUBLIC UTILITY   ) | Larry H. Keown and |
| DISTRICT, ET AL,   ) | Mildred W. Keown |
| Defendants,   ) | |

The defendants, Larry H. Keown and Mildred W. Keown each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own/ PARCEL I, 90' x 140' and PARCEL II 320.33' x 69.95' acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED                                              10621

EXHIBIT A

Parcel 1:

That portion of the Northwest Quarter of the Northeast Quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880, described as follows:

Beginning at a point in the West line of said Northwest Quarter of Northeast Quarter distant North 273 feet from the Southwest corner thereof; thence parallel with the South line of said Northwest Quarter South 89° 13' East 120 feet; thence parallel with said West line North 90 feet; thence parallel with said South line of Northwest Quarter of Northeast Quarter North 89° 13' West 120 feet to said West line of Northwest Quarter of Northeast Quarter; thence along said West line South 90 feet to the point of beginning.

ALSO granting an easement for road purposes over the East 20 feet of the West 140 feet of the North 327 feet of the South 600 feet of said Northwest Quarter of Northeast Quarter of Section 25.

Parcel 2:

PARCEL 1:

The South 69.95 feet of the North 139.90 feet of the West 311.33 feet of the South Half of the Southeast Quarter of the Southeast Quarter of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879.

RESERVING an easement for road purposes over the East 15 feet of said land.

PARCEL 2:

An easement for road purposes for use in common with others over the East 30 feet of the West 326.33 feet of the South 597.57 feet of said South Half of Southeast Quarter of Southeast Quarter of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States government Survey approved September 11, 1879.

EXCEPTING therefrom that portion thereof lying in Parcel 1 above described.

10622

PARCEL I

Defendants are now using water for the domestic purposes of one dwelling, animals, lawn and other plants. Water is being obtained from the Fallbrook Public Utility District.

Defendants claim the right to use all water required for either one or more domestic dwellings and/or commercial use, for the watering of plant, human or animal life now and in the future. Defendants wish to reserve the right to drill wells, develop springs or percolating water and/or purchase water from the Fallbrook Public Utility District.

PARCEL II

This property has not been developed. However, its use will be either commercial or domestic.

Defendants claim the right to use all water required for either one or more domestic dwellings and/or commercial use, for the watering of plant, human or animal life now and in the future. Defendants wish to reserve the right to drill wells, develop springs or percolating water and/or purchase water from the Fallbrook Public Utility District.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Larry H. Keown*

*Mildred W. Keown*

Defendants in propria persona
222 Ammunition Rd
Fallbrook, Calif

Dated: May 18, 1958

10623