F I L E D

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M.O. Tuesday_
DEPUTY CLERK

Karl D. Lee and Dorothy Louise Lee

Defendants in propria persona
1812 East Mission Road
Fallbrook, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )                CIVIL NO. 1247 - SD - C
                          )
              Plaintiff,  )              ANSWER OF DEFENDANTS
                          )              Karl D. Lee
        v.                )              Dorothy Louise Lee
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, ET AL,          )
                          )
              Defendants, )

        The defendants, Karl D. Lee & Dorothy Louise Lee

each severing from their co-defendants and each for himself or her-

self alone, in answer to the Complaint and Supplementary and Amenda-

tory Complaint on file herein, admit, deny, and allege:

        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT

        These answering defendants hereby incorporate by reference

all of the allegations contained in the answer to said Complaint and

Supplementary and Amendatory Complaint filed in this case by Newton

T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

of the portion thereof entitled "Affirmative Statement of Rights")

and make each and all of said allegations a part of this answer

the same as if herein set forth at length.

        AFFIRMATIVE STATEMENT OF RIGHTS

        These defendants own 2½ acres of land in San Diego

County, California, and within the watershed of the Santa Margarita

River, more particularly described in the document attached hereto,

marked Exhibit A, which is hereby incorporated by reference as a

part of this statement.

COPY RECEIVED

10628

1   Defendant claims all rights to one creek that runs acoss
their land. Also rights to use water from same. Also claims
2   rights to all springs on their property. Claims rights to a
dam on said creek and to drill a well at any time they see
3   fit to do so. They also claim enough water necessary to
~~irrig~~ 170 trees and livestock which is located on their
4   property. Also for domestic use. Defendant are useing water
now out of creek on their property which is partly fed by a
5   spring on same property, plus Fallbrook Utility District.

6

7

8

9

10

11

12

13

•14

15

16

17

18      WHEREFORE, these defendants pray that plaintiff take

19   nothing against them by reason of the Complaint and Supplementary

20   and Amendatory Complaint on file herein; that said Complaint be

21   dismissed as against these defendants; that defendants' right to

22   water, as hereinabove set forth, be quieted as against the plain-

23   tiff and against all other defendants in this action; and for such

24   other and further relief as the Court may deem proper.

25

26                          _Karl D Lee_

27

28                          _Dorothy Louise Lee_

29                          Defendants in propria persona

30

31

32   Dated: _May 19, 1958_

                                              10629

Exhibit A

Description of Property owned by

Karl D. Lee & Dorothy Louise Lee
1812 East Mission Road
Fallbrook, Calif.

Parcel 1:
that portion of the Southwesr Quarter of the Southwest Quarter of
Section 17, Township 9 South, Range 3 West, San  Bernardino Meridan,
in the County of San diego, State of California, described as follows:

Commencing at a point on the Northerly line of said Southwest Quarter
of the Southwest Quarter, distant thereon South 89°50'30" East 522.60
feet from the Northwest corner of said Southwest Quarter of the South-
west Quarter. said point being the Northeast corner of a tract of
land conveyed to William N. Davis and wife, by deed dated August 26,
1941, and recorded in book 1260, page 68 of Official Records; Thence
continuing along said Northerly line South 89°50'30" East, 403.14
feet to the Northerly terminus of the center line of a 40 foot strip
of land described in Parcel 2, in deed to C. M. Hunter and wife, dated
November 20, 1951, and recorded in book 4327, page 382 of Official Re-
cords; thence South 6°05' West along said center line 342.28 feet to
an angle pointin the Westerly line of a tract of land conveyed to
Jack J. Cope, et ux, by deed recorded September 3, 1954, in book 5353,
page 1 of Official Records; thence North 72°33'30" West 62.52 feet;
thence North 43°46'30" West, 205.20 feet to an angle point therein;
thence North 79°04'30" West, 153.50 feet to a point on the East line of
the above mentioned deed to Davis; thence North 5°42'30" West, 146.20
feet to the point of commencement.

Reserving therefrom an easement for road, pipe line and utility pur-
poses over the Easterly 20 feet of said land, Said easement to be
appurtenant to and for the benefit of all that portion of said Section
17 described in a deed recorded December 20, 1951 in Book 4325, page
54, of Official Records, and any parts or portions thereof.

Parcel 2:

An easement for road purposes over a strip of land 40 feet in width
the center line of which is described as follows:

Beginning at the center line of the Northerly terminus of said ease-
ment as described in Parcel 2 in deed to C. M. Hunter and wife, dated
November 20, 1951 and recorded in Book 4327, page 382 of Official Re-
cords; thence South 6°05' West, 347.34 feet; thence South 18°05' West
243.17 feet, more or less, to a point in the center line of CHC Mis-
sion Road 1-C and known as Old State Highway 395.

EXCEPTING therefrom that portion included within the boundaries of
Parcel 1.

10630

Exhibit A

Description of property owned by
Karl D. Lee & Dorothy Louise Lee
1812 East Mission Road
Fallbrook, Calif. Continued

Parcel 3:

All that portion of the North Half of the Southwest Quarter of Section
17, Township 9 South, Range 3 West, San Bernardino Meridian, in the
County of San Diego, State of California, according to United States
Government Survey approved September 11, 1879, described as follows:
Beginning at the Southwest corner of the Southeast Quarter of the
Northwest Quarter of the Southwest Quarter of said Section 17;
thence North 0°13'50" West along the West line of said Southeast
Quarter of the Northwest Quarter of the Southwest Quarter, 135.03
feet to the most Southerly corner of a tract of land conveyed to
Zeno J. Pfau and wife by deed dated August 14, 1950 and recorded
in book 3764, page 9 of Official Records; thence North 31°07' East
along the Southeasterly line of land so conveyed, 65.0 feet to an
angle point therein, being shown on Record of Survey Map No. 2601,
records of San Diego County; thence South 34°18'50" East, leaving
said Southeasterly line, 251.40 feet to a point on the East and
West center line of said Southwest Quarter of Section 17; thence
North 89°50'30" West along said South line, 163.50 feet to the
point of beginning.

10631