Herbert Neil Rhodes & Ruby Nadine Rhodes
Defendants in propria persona
319 W Fig St Fallbrook Calif

FILED
MAY 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M O Kiesling
Deputy

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,         )   CIVIL NO. 1247 - SD - C
        Plaintiff,              )   ANSWER OF DEFENDANTS
     v.                             )   Herbert Neil Rhodes
FALLBROOK PUBLIC UTILITY          )   and
DISTRICT, ET AL,                  )   Ruby Nadine Rhodes
        Defendants,             )

The defendants, Herbert Neil Rhodes, Ruby Nadine Rhodes
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

      ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                 AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

           AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own a lot acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

Par. 94W-43-269 West Fallbrook
S 104.78 FT of E.72 FT of W.144 FT of S½
Blk. 102

COPY RECEIVED

10632

1  Defendants claim all the right of overlying land owners and to water which may originate in or may be found, on, or under, or which may cross their land.

3  Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

5  Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

7  Defendants claim all the above for all lands in which they have any financial interest whatsoever.

9  Furthermore, we pray the court to award us, the aforementioned defendants, adequate damages to reimburse us for the cost of preparing and prosecuting our defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon us by this attempted acrimonious, confiscatory usurpation of property rights, instituted against us by the agencies of the United States Government.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Herbert Neil Rhodes*

*Ruby Nadine Rhodes*

Defendants in propria persona

Dated: May 17, 1958

10633