MINNA JAVE
Defendants in propria persona
Route 2, Box 32, Fallbrook, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

MINNA JAVE

The defendants, MINNA JAVE each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 230 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10634

Exhibit "A"

### Description

The Southwest 1/4, and the West 1/2 of the Southeast 1/4 of Section 30, Township 8 South, Range 4 West, SBBM, according to the U. S. Government Survey approved April 28, 1885; and also that portion of the Southeast 1/4 of the Southeast 1/4 of Section 30, described as follows:

Beginning at the Southwest Corner of the Southeast 1/4 of the Southeast 1/4 of said Section 30; thence North 390 feet along the West line of said Southeast 1/4 of the Southeast 1/4 of said Section 30 to a point; thence Southeasterly to a point on the South line of said Southeast 1/4 of the Southeast 1/4 of said Section 30, which is 327 feet East of Said Southwest corner of said Southeast 1/4 of the Southeast 1/4 of said Section 30; thence West along the South line of said Southeast 1/4 of the Southwast 1/4 of Section 30, 327 feet to point of beginning.

Except from above described premises that portion thereof described in deed from Henry J. Camp to Harry K. Day, dated August 14, 1909, recorded in Book 466/428 of Deeds, as follows:

Commencing at stake and stones by white oak tree on the East line of the Northwest 1/4 of the Southeast 1/4 of said Section 30, and on the South bank of creek running through said 40 acres; thence Southwesterly 350 feet to stake and stones at angle in road; thence 350 feet West on North side of road to stake and stones by white oak tree; thence 150 feet West of North to stake and stones, thence North of West 350 feet to oak tree; thence North 300 feet thence East to East line of said 40 acres; thence South to point of commencing, Containing 230 acres more or less.

Defendant has Riparian Water Rights on Camps Creek, and claims the right to use all the water now developed, and to all the water which may originate in, or may be found on or under, or which may cross her land. Defendant claims the right to dig or drill wells, and exercise water reclamation and conservation practices as are now, or may be known.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Minna Jawl*
R-Rt 2 Bot 32
*Fallbrook Calif*
Defendants in propria persona

Dated:   May 15, 1958.

10635