1  *Alie L. Ainsworth*
   Defendants in propria persona
2  925 S. Altura, Fallbrook, Cal

FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | *Alie L. Ainsworth* |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants, *Alie L. Ainsworth*
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 4½ acres of land in *San Diego* County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10636

I Claim my rights on both ranches to the God given Water both as to Wells and Reservoirs above and below ground and No one has any right to take water so given to maintain agricultural products which are the Life of the Nation. I now irrigate 70 Avocado trees - Puerto 8 yrs old and 90 Avocado Puerto trees 4 yrs old on one ranch and none on other ranch on Palmyra Street. This latter land will need water if sold for residential or Church purposes - 2½ A.

    WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Alice L. Ainsworth_

Defendants in propria persona

Dated: May 19th, 1958

10638

That portion of Lot 4 in Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, described as follows:

Parcel 1:

Beginning at a point 786.71 feet South of the Southwest corner of the Northeast Quarter of the Southwest Quarter of said Section 24, said point of beginning being on the center line of a 40 feet road as shown on Miscellaneous Map No. 84, Records of said San Diego County and being also the Southeast corner of a tract of land conveyed to Joseph Barbuscia and wife, by deed dated February 21, 1941 and recorded in Book 1188, page 184 of Official Records; thence North 88° 23' West along the Southerly line of said tract conveyed to Barbuscia, 88 feet to the southwest corner thereof: thence North 0 28' East parallel with the East line of said Lot 4, a distance of 160.00 feet to the Northeast corner of the tract of land conveyed to Arthur H. Dew, et ux, by deed recorded in Book 2632, page 283 of Official Records, being a point in the Southerly line of land conveyed to N. A. Waller, et ux, by deed dated December 24, 1946, and recorded in Book 2329, page 128 of Official Records; thence North 88° 23' West along said Southerly line of land of Waller, 385.21 feet, more or less, to the Southwesterly corner of Waller's land, being also a point on the Westerly line of land conveyed to Gilbert J. Mahaney by deed dated October 1, 1945 and recorded in Book 1952, page 357 of Official Records, said Westerly line being a portion of the East boundary of Rancho Santa Margarita Y Las Flores, as shown on Record of Survey Maps 794 and 831; thence Southerly along said Easterly boundary of said Rancho, South 60°03'06" West, 170.43 feet; thence South 87°56' East, 403.36 feet to a point distant South 0°28'West, 13.00 feet from the Southwest corner of said land of Barbuscia; thence parallel with the South line of said land of Barbuscia; thence parallel with with South 88 0 23' East, 88 feet to the East line of said Lot 4 and also in the center line of said 40 feet road; thence Northerly along said center line, 13.00 feet to the point of beginning.

Parcel 2:
All the portion of the Rancho Santa Margarita Y Las Flores as delineated upon a Map in Book 7, page 39 of Patents and as shown by Record of Survey Maps 794 and 831 filed in the office of the Recorder of said San Diego County, described as follows:
Commencing at the Northwest corner of a tract of land conveyed to Maxine Tanzey by deed dated May 25, 1926, and recorded in Book 1196, page 197 of Deeds, said corner being South 7 0°14'52.98"West, 11,211.26 feet from corner No. 1 of said Rancho; thence Southerly along the Westerly line of said Tanzey Tract and along the Easterly boundary of said Rancho 319.12 feet to the Southwesterly corner of the tract of beginning; thence Waller and described

CEL 1:
The East 170.78 feet of the West 636.00 feet of the North Half the Northeast Quarter of the Southeast Quarter of Section 25, nship 9 South Range 4 West, San Bernardino Meridian, in the County of Diego, State of California, according to United States Government vey approved June 11, 1880: EXCEPTING therefrom the North 16.50 t and the South 10 feet thereof.

PARCEL 2:
An easement for road purposes, to be used in common with others, other the South 10 feet of the West 636 feet of said North Half of the Northeast Quarter of the Southeast Quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to the Unites Tatees Government Survey approved June 11, 1880.

10637

10637