

F I L E D

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
   DEPUTY CLERK

1  BERNARD APPEL and IDA APPEL
   Defendants in propria persona
2  2636 W. Hill Avenue,
      FULLERTON, California
3

4             IN THE UNITED STATES DISTRICT COURT

5               SOUTHERN DISTRICT OF CALIFORNIA

6                      SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,          )   CIVIL NO. 1247 - SD - C
8                                     )
                  Plaintiff,          )   ANSWER OF DEFENDANTS
9                                     )
          v.                          )   ANSWER TO COMPLAINT AND
10                                    )   SUPPLEMENTARY AND AMENDATORY
   FALLBROOK PUBLIC UTILITY           )        COMPLAINT OF
11 DISTRICT, ET AL,                   )     BERNARD APPEL AND
                                      )         IDA APPEL
12                Defendants,         )

13       The defendants,

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17       ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                  AMENDATORY COMPLAINT
18

19       These answering defendants hereby incorporate by reference

20 all of the allegations contained in the answer to said Complaint and

21 Supplementary and Amendatory Complaint filed in this case by Newton

22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23 of the portion thereof entitled "Affirmative Statement of Rights")

24 and make each and all of said allegations a part of this answer

25 the same as if herein set forth at length.

26              AFFIRMATIVE STATEMENT OF RIGHTS

27       These defendants own 400 acres of land in Riverside

28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.

32

COPY RECEIVED                                              10939

BERNARD APPEL and IDA APPEL.  Legal Description of 400 acres.

## EXHIBIT A

PARCEL 1:

The Northeast quarter of the Southwest quarter; the Northwest quarter of the Southeast quarter; the Northeast quarter of the Northwest quarter; the Northwest quarter of the Northeast quarter; and the South Half of the Northeast quarter of Section 36 in Township 8 South, Range 1 West, San Bernardino Base and Meridian.

PARCEL 2:

The West Half of the Southeast quarter and the South Half of the Southwest quarter of Section 25, Township 8 South, Range 1 West, San Bernardino Base and Meridian.

----------

10640

1  Defendants claim all riparian rights to all waters percolating
2  through their land, (which now comprises 400 acres); whether from
   the Santa Margarita River and its tributaries, whether from springs,
3  streams or wells, etc.; and they claim the right to take water from
   their land, whether for domestic, industrial, business or irriga-
4  tion purposes.

5  In addition to the claim and uses as herein made, the defendants
   claim all rights of overlying landowners to any water which may
6  originate in, or under, or cross their land. Defendants claim the
   right to drill and dig wells, and exercise water reclamation and
7  conservation practices as now or may be known in the future.

8  Defendants claim all the above for all lands in which they have
   any financial interest whatsoever.

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Bernard Appel*
Bernard Appel
*Ida Appel*
Ida Appel
Defendants in propria persona

2636 W. Hill Avenue
FULLERTON,
California

Dated: May 15th 1958

10641