FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. C. Kresge
    DEPUTY CLERK

Defendants in propria persona

    A. R. Ashman    Mary Ashman
    Box 1    Temecula, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | A. R. Ashman |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | Mary Ashman |
| Defendants. | |

The defendants, A. R. Ashman; Mary Ashman each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 40 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10642

A    According to Engineer's Survey- 6 January, 1953-Soil Classification for future use--Part lll-- 9.3 acres are suitable for irrigation with these provisions Crop Alfalfa, Yearly Water Duty AcFt/Ac 3.0, Future ultimate use AcFt/Yr 27.90; I would agree to that part. Report No. 3-403.

B    But as to Survey Part Vl designated as land good for grazing and forestry, I reserve the right to have a well drilled for that section and the water to be used for cattle and domestic use and for limited crop raising. I'd estimate about 1.0 Yearly Water Duty AcFt/Ac.

Therefore, I, submit parts a A and B above to be retained for this acreage for future development and use.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*H. C. Ashman*

*Mary Ashman*

Defendants in propria persona

Dated: 5-19-58

10643

EXHIBIT A

40.0 acres of land described below:

The Northeast Quarter of the Southeast Quarter of Section 33,
Township 8 South, Range 2 West, San Bernardino Base and Meridian,
all in the County of Riverside, State of California

                A.R. Ashman   and Mary Ashman   Property

10644