FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. Kuszmaul
   Deputy

1  William L. Bagby and Lillian H. Bagby,
   Defendants in propria persona
2  1405 E. Mission Road, Fallbrook, California

3

4           IN THE UNITED STATES DISTRICT COURT

5             SOUTHERN DISTRICT OF CALIFORNIA

6                   SOUTHERN DIVISION

7  UNITED STATES OF AMERICA,           )    CIVIL NO. 1247 - SD - C
8                                      )
              Plaintiff,               )    ANSWER OF DEFENDANTS
9                                      )
       v.                              )
10                                     )    William L. Bagby and Lillian H. Bagby
   FALLBROOK PUBLIC UTILITY            )
11 DISTRICT, ET AL,                    )
                                       )
12            Defendants,              )

13     The defendants, William L. Bagby and Lillian H. Bagby
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25

26              AFFIRMATIVE STATEMENT OF RIGHTS
27     These defendants own ten acres of land in San Diego
                              partly
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32

COPY RECEIVED

10645

These answering defendants own ten (10) acres of land, a part of which is situated within the watershed of the Santa Margarita River. This land is more particularly described in "EXHIBIT A" attached hereto. This land is riparian land and water is pumped directly from the creek, which traverses this parcel of land. In addition, irrigation and domestic water is pumped from a well located on the property. Approximately eight acres are planted with avocado and lemon trees. This parcel has been examined and reported favorably for growing avocado and lemons by the U.S. Soil Conservation service.

II

The defendants claim the right to use 32 acre feet per year of water from both the creek and the well for irrigation and domestic purposes.

Defendants claim all the right of overlying land owners and to water which may originate in or may be found, on, or under, or which may cross their land.

Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Unility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*William L. Bagley*

*William H. Bagley*

Defendants in propria persona

Dated: May 20, 1958

10646

"EXHIBIT A"

The East Half of the Northwest Quarter of the Northeast Quarter of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to the United States Government Survey approved September 11, 1879.

EXCEPTING from the above described property the Easterly 321.65 feet thereof as conveyed to Frederick G. Nelson and wife by deed dated July 17, 1953 and recorded in Book 4948, Page 389 of Official Records, and

ALSO EXCEPTING from said above described property that portion thereof conveyed to Murray S. Johnston and wife by deed dated January 9, 1953 and recorded in Book 4759, Page 493 of Official Records, said land so conveyed being more particularly described as follows:

Beginning at the Northeast corner of said Northwest Quarter of the Northeast Quarter; thence along the North line of said Section 19 South 89 degrees 35' West, 655.86 feet to a point distant North 89 degrees 35' East, 660 feet from the Northwest corner of said Northwest Quarter of the Northeast Quarter, being the true point of beginning; thence continuing along said North line of Section 19, South 89 degrees 35' West, 4.14 feet to the West line of the East Half of said Northwest Quarter of the Northeast Quarter; thence along said West line South 0 degrees 0' 10" East, 336.32 feet to the North line of the South 990 feet of said Northwest Quarter of the Northeast Quarter; thence along said North line North 89 degrees 44' 30" East, 3.89 feet to the East line of the West 660 feet of said Northwest Quarter of the Northeast Quarter; thence along said East line North 0 degrees 02' 20" East, 336.32 feet to the point of beginning.

10647