Henry Bleiman and Dinah Bleiman
Defendants in propria persona
5627 Lexington Avenue, Los Angeles 38, Calif.

FILED
MAY 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. E. Kiesler

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )  CIVIL NO. 1247 - SD - C
             Plaintiff,    )  ANSWER OF DEFENDANTS
    v.                     )  Henry Bleiman and
                           )  Dinah Bleiman
FALLBROOK PUBLIC UTILITY   )
DISTRICT, ET AL,           )
             Defendants,   )

The defendants, Henry Bleiman and Dinah Bleiman each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 88 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10648

These answering defendants own eighty eight acres of land situated within the watershed of the Santa Margarita River, more particularly described as follows:

Lot one of Section 5, and a lot four of Section 4, Township 9 South, Range 3 West, SBBM,, according to United States Government Survey approved, April 21, 1890, approximately 88 acres.
About half of this land is suitable for orchard planting which we intend to pland in the future as road will be developed, good many additional acres can be used for turkey or fowl production. There is an unnamed creek running thru the property with water in it most of the year which could be damed for irrigation water. When this land is developed we will need about 4 acre feet of water for irrigating, or we claim about two hundred acre feet of water total for farming and domestic purposes as a minimum. There may also be live springs on this property, not yet found that we also claim as a source of water for us.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Henry Bleiman*
*Dinah Bleiman*
Defendants in propria persona

Dated: May 18, 1958.

10649