F I L E D

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. C. Kieslung_
DEPUTY CLERK

Lora Mae Boen

Defendants in propria persona
320 East Palomino Road
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, ) | ANSWER OF DEFENDANTS |
| v. ) | Lora Mae Boen |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, ET AL, ) | |
| Defendants, ) | |

The defendants,    Lora Mae Boen

each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1.90 acres of land in   San Diego
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

COPY RECEIVED                                                    10850

The defendant claims enough water to irrigate the approximate one and ninety hundreds acres of avocados and fruit trees, also enough water for domestic use.
The defendant also claims the right to drill a well on this property if it should seem necessary to do so at any future date.
The defendant ~~further~~ further claims that this property is located in the San Luis Rey watershed.
The defendant is obtaining water from the Fallbrook Public Utility District at present.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Lora Mae Bass

Defendants in propria persona

Dated: May 19, 1958

10651

Exhibit A

**Description of property owned by**

**Lora Mae Bean**

**320 East Palomino Rd.**

**Fallbrook, California**

The EAST HALF OF THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER
OF SECTION 25, TOWNSHIP 9 SOUTH, RANGE 4 WEST, SAN BERNARDINO
MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA,
ACCORDING TO UNITED STATES GOVERNMENT SURVEY APPROVED JUNE 11,
1880;

excepting therefrom the North 1202.69 feet thereof.

RESERVING therefrom an easement for pipe line and road purposes
over the West 20 feet thereof.

10652