FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *M. D. Kusfung*
  Deputy Clerk

Defendants in propria persona

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,   )   CIVIL NO. 1247 - SD - C
              Plaintiff,    )   ANSWER OF DEFENDANTS
     vs.                    )     Willard Boren
FALLBROOK PUBLIC UTILITY    )     Dorothy Boren
DISTRICT, ET AL,            )
              Defendants,   )

The defendants,          Willard Boren and Dorothy Boren
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1 lot ~~acres~~ of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10653

"Defendants claim all the right of overlying land owners and to water which may originate in or may be found, on, or under, or which may cross their land.

"Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

"Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

"Defendants claim all the above for all lands in which they have any financial interest whatsoever."

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Willard Bosen

Dorothy Bosen

Defendants in propria persona

Dated: 5-21-58

10654

......................................................................................................................................................

do...... hereby GRANT to

......**Willard Boren and Dorothy Boren, husband and wife, as joint tenants,** - - - - - -

......................................................................................................................................................

all that real property situated in the........................................County of......**San Diego**..................., State of California, described as follows:

PARCEL 1:

A portion of the Northwest Quarter of the Northeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880, described as follows, to-wit:

Beginning at the Northwest corner of said Northwest Quarter of the Northeast Quarter of the Southeast Quarter of Section 24; thence along the North line thereof South 89° 08' 15" East 210 feet; thence South 0° 25' 15" West 209.42 feet to the true point of beginning, which is also the Southeast corner of the tract of land conveyed by C. A. Steves to O. A. Anderson and Lettie M. Anderson, husband and wife, by deed recorded in Book 582, page 120 of Official Records of said County; thence South 0° 25' 15" West 211.42 feet to the North line of the South 240 feet of said Northwest Quarter of the Northeast Quarter of the Southeast Quarter of Section 24; thence thereon North 89° 07' 30" West 60 feet; thence North 0° 25' 15" East 211.42 feet to a point in the South line of said tract conveyed by C. A. Steves to O. A. Anderson and Lettie M. Anderson, husband and wife, distant North 89° 08' 15" West 60 feet from the said true point of beginning; thence South 89° 08' 15" East 60 feet to the true point of beginning.

PARCEL 2:

An easement for road purposes over a strip of land thirty feet wide lying South of and adjoining the above described parcel of land, and also over the North sixty feet of the South two hundred seventy feet of the West one hundred fifty feet of said Northwest Quarter of the Northeast Quarter of the Southeast Quarter of Section 24, and also over the North sixty feet of the South two hundred seventy feet of the Northeast Quarter of the Northwest Quarter of the Southeast Quarter of said Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, as granted to Sawyer Wells Clark, a widower, in deed dated November 22, 1940 and filed for record December 3, 1940.

*Willard Boren*
*Ida Boren*

Dated: November 16, 1951.

STATE OF CALIFORNIA

10655