*Venia V. Click*
*Alma F. Click*

Defendants in propria persona
R-R #2 - Box 19
Fallbrook, California

FILED
MAY 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. C. Kietzling, Deputy

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants.

ANSWER OF DEFENDANTS
*Venia V. Click*
*Alma F. Click*

The defendants, *Venia V. Click, Alma F. Click*, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I to V, inclusive, of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own certain portions ~~acres~~ of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10660

We hold the Title and Deed to this land on which Rattlesnake Creek flows through our property and pay the taxes on both land and water. Springs rise on this land of ours and create the only flow of water in this portion of Rattlesnake Creek during the dry season of the year. Water has and is now being pumped direct from Rattlesnake Creek for irrigation and has been pumped direct from Rattlesnake Creek and springs for many many years. Also percolating water from wells has been used for house use and irrigating.

We claim the right to use all these sources of water which under the State law of California are ours to use accordingly.

We pray that fraudulent Map #532, now being used by the United States of America, be stricken from the Records of San Diego County, California.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Veria V. Click
Alma F. Click

Defendants in propria persona
R-R #2- Box 19,
Fallbrook,
California.

Dated: 5-13-58

## Property Description.

All those portions of Sections Twenty-nine (29) and Thirty-two (32), Township Eight (8) South, Range Four (4) West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows:

Commencing at the Southwest corner of the Southwest Quarter of the Southeast Quarter of said Section Twenty-nine (29); running thence East 100 rods to the Southwest corner of the lands conveyed to Lena B. Wilmot, by deed recorded in Book 275, page 34 of Deeds, records of said County; thence North along the West line of said lands so conveyed to Lena B. Wilmot, 40 rods to a point; thence at right angles West 40 rods; thence at right angles North 40 rods to intersection with the North line of the Southwest Quarter of the Southeast Quarter of said Section; thence West along said North line 60 rods to the Northwest corner thereof; thence South 80 rods to the point of commencement.

Also commencing at the Northwest corner of the Northeast Quarter of the Northeast Quarter of Section Thirty-two (32), Township Eight (8) South, Range Four (4) West, San Bernardino Meridian, said County and State; thence East along the North line of said Northeast Quarter of Northeast Quarter of said Section Thirty-two (32), 60 rods; thence at right angles South 35 rods; thence at right angles West 60 rods to intersection with the West line of the Northeast Quarter of the Northeast Quarter of said Section; thence at right angles North along said West line 35 rods to the point of commencement.

Also the Northwest Quarter of the Northeast Quarter of said Section Thirty-two (32), Township Eight (8) South,

10662

2

Range Four (4) West, San Bernardino Meridian, said County and State.

Excepting therefrom that portion thereof conveyed by W. W. Wilmot and Sarah C. Wilmot his wife, to M. L. Young by deed recorded in Book 211, page 400 of Deeds, records of said County described as follows:

Commencing at the Southwest corner of the Northwest Quarter of Northeast Quarter of Section Thirty-two (32) Township Eight (8) South, Range Four (4) West, San Bernardino Meridian; thence running North along the West line of of said Quarter, 36 rods; thence East following the center of the creek bed, 29 rods and 12 feet to stake and stones; thence North 40° East 19 rods to live oak tree; thence East 42 rods to a stake and stones in the East line of said Quarter; thence along said East line 35 rods to the Southeast corner of said Quarter; thence West 80 rods along the South line of said Quarter to the point of beginning.

Also Excepting from the remainder, that portion thereof, lying westerly of the center line of an old road, Survey No 77, said center line being described as follows:

Beginning at a point in the North line of the Southwest Quarter of the Southeast Quarter of said Section Twenty-nine (29), distant Easterly thereon 850 feet from the West line of said Section; thence South 33° 49' West 15 feet; thence South 8° 21' West 208 feet; thence South 22° 01' West 230 feet; thence South 9° 03' West 80 feet; thence South 15° 06' West 260 feet; thence South 33° 22' West 260 feet; thence South 27° 49' West 306 feet; thence South 49° 12' West 406 feet; thence South 27° 57' West 146 feet to a point on a line parallel with and 20 feet Easterly from the West line of said Section

10663

3.

Thirty-two (32) thence South along said parallel line 330 feet more or less to a point in the Northerly line of the land conveyed by W. W. Wilmot and Sarah E. Wilmot, his wife, to M. L. Young, by deed recorded in Book 211, page 400 of Deeds, records of said San Diego County.

Veria V. Click,
Alma F. Click,
R-R- #2 - Box 19,
Fallbrook,
California.

10664

Record of Survey Map # 532 of Sections 29 and 32 Township 8 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, made by James Singer and recorded by said James Singer at 30 minutes past 3 o'clock the 4th day of March 1936 under file 15819, Records of San Diego County, California, is a fraud. James Singer never Surveyed this land on the ground or proved any Government monuments on the ground. This Map # 532 is just a number of lines drawn on paper (a paper survey) as James Singer saw fit to do with all due intentions of depriving My Mother and I, (for those who paid him to do so) of that certain portion of land which lies between the present road of travel, known as the A-1-1 highway and which is just an easement through our property, and an Old Road Survey #77. The description of Old Road, Survey #77 is given in our title and deed as the boundry line of our property. This A-1-1 roadway has never been surveyed or dedicated as a highway therefore the courses and distances are not of record.

I have had a search made, in my presence, of James Singer's records of Surveys in his office which was then with the Los Angeles Engineering Company of 112 North Main Street Los Angeles, California. There was no record of any such a survey as # 532 to be found among his records of Surveys. The manager of the Los Angeles Engineering Company assured me in person that there never was any such a survey as Map # 532 ever made by James Singer or any one under his supervision or by any one connected with the Los Angeles Engineering Company, and that this Map # 532 was not worth the paper it was drawn on.

Now Why is the United States of America using this fraudulent Map # 532 in connection with this water suit against My Mother and I? Must the United States of America use fraudulent Maps? Surely the United States of

10865

2.

America must have Engineers that know a fraudulent maps such map #532. If not, then the United States of America better employ some engineers that can and do. Engineers who have examined this map #532 declare it the most fraudulent and worthless map they have ever seen put on record. I know the United States of America is using this map #532 for I have seen it in the hands of their representatives and at the time I saw it I told them it was a fraud. We question the right for any one to use this map #532 for deprivation.

Before the United States of America starts trying to deprive us of our riparian and percolating water rights they had better do some land surveying on the ground and do said surveying by the original United States Survey which was arcade, and approved April 28th 1885.

We own the land on which Rattlesnake Creek flows. We pay the tax on both land and water. We own the land and pay tax for same on which the springs rise that create the only flow in Rattlesnake creek during the dry season of the year. We also have percolating rights. Under the State laws of California, We have unquestionable rights to the use of Water.

Veria V Click
Alma F Click
R.R #2 - Box 19,
Fallbrook, California.  10666