FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

LAURA DOVILLE
Defendants in propria persona
Rt 2 Box 14 Fallbrook Calif

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
   Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

LAURA DOVILLE

The defendants, LAURA DOVILLE each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own a trust deed upon 160 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10667

Exhibit "A"

The South Half of the Northwest Quarter and the North Half of the Southwest Quarter of Section 26, Township 8 South, Range 4 West, SBBM, in the County of San Diego, according to United States Government Survey approved April 26, 1885, 160 Acres in above.

Defendant claims the right to use all the water now developed, and to water which may originate in, or may be found on or under, or which may cross their land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Paul Dorville

Laura Dorville

Defendants in propria persona
Route 2 Box 14 Fallbrook Calif

Dated: May 16, 1958

10663