R.F.Murray , Mrs.Mary Lee Murray & Mrs.Lettie Anderson

FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

Defendants in propria persona
230 E.Juniper St

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )   CIVIL NO. 1247 - SD - C
          Plaintiff,       )
                           )   ANSWER OF DEFENDANTS
     v.                    )   R.F.Murray, Mrs.Mary Lee Murray
                           )                 &
FALLBROOK PUBLIC UTILITY   )   Mrs.Lettie Anderson
DISTRICT, ET AL,           )
          Defendants,      )

The defendants, R.F.Murray , Mrs.Mary Lee Murray & Mrs.Lettie Anderson each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

Description of property

Par 94W-43-194
West Fallbrook
Lots 1 thru 5 - Block 40

COPY RECEIVED

10679

    The defendants have on this acre a trailer court, consisting of 21 individual spaces, also one(1) three bedroom dwelling and one(1) one bedroom dwelling-making twenty-three families represented on this parcel. There is a well on the property, but we use Fallbrook Public utility District water. We want to retain the rights to use the well water if at any time we deem it necessary, because of shortage of Utility water or cost of same.

    WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*R. F. Murray*

*Mrs. Lettie Anderson*  *Mrs. Mary Lee Murray*
                                    Defendants in propria persona

Dated:    May 12 1958