*Charles A. Oliver & Bertha H. Oliver*
Defendants in propria persona
855 Gum Tree Lane
Fallbrook, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | *Charles A. Oliver* |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | & *Bertha H. Oliver* |
| Defendants, | |

The defendants, *Charles A. Oliver & Bertha H. Oliver*, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 10.7 acres of land in *San Diego* County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10681

1  Defendants, owners of 10.7 acres of tillable
2  land claim all rights of an overlying landowner
3  and the right to use any water which later
4  may originate on or cross their land. Defendants
5  further reserve the right to drill wells and
6  practice water reclamation and conservation
7  practices are now or may be known. Defendants
8  claim a share and equitable portion of the
9  benefits of all the water rights of the Fallbrook
10 Public Utility District to which they pay taxes.
11 This land is now planted to 450 avocado trees
12 twelve (12) years of age, also 20 Macadamia
13 trees and 20 Mandarin trees.

18      WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

                            *Charles A. Oliver*

                            *Bertha H. Oliver*
                        Defendants in propria persona

32 Dated: May 19th 1958

Exhibit A.

Our property description. County San Diego.

That portion of the Southwest Quarter of the Southwest Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows:

Beginning at the Southwest corner of said Section 17; thence along the South line of said Section 17 South 89°56' East 994.78 feet; thence North 23°45'20" West 785.42 feet to the center line of United States Highway No. 395; thence along said center line South 71°16'30" West 427.96 feet to the beginning of a curve concave Southeasterly having a radius of 300 feet; thence Southwesterly along said curve 112.05 feet to the end thereof; thence tangent to said curve South 49°52'30" West 236.32 feet to the West line of said Section 17; thence along said West line South 0°42'40" East 373.30 feet to the point of beginning;

Excepting therefrom that portion thereof described as follows:

Beginning at a point in the South line of said Section 17 distant South 89°56' East 503.54 feet from the Southwest corner of said Section 17; thence continuing along said South line South 89°56' East 141.24 feet; thence North 24°39' East 175.55 feet; thence North 29°34' West 124.56 feet; thence North 89°40' West 136.44 feet; thence South 27°53' West 72.10 feet; thence South 29°23' East 114.46 feet; thence South 20°21' West 112.12 feet to the point of beginning.

10683