CLARK L. PARKS and MABEL A. PARKS
Defendants in propria persona
622 De Luz rd.
Fallbrook, California

FILED
MAY 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. A. Kissling
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
CLARK L. PARKS and
MABEL A. PARKS

The defendants, CLARK L. PARKS and MABEL A. PARKS each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 3 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10686

We the defendants have a well on property and claim right to use said well if needed. Well at present is not used. We use Fallbrook Utility Water at present.

Have approximately 240 mature Avocados, some citrus and deciduous trees, which we claim water to irrigate.

Also water for domestic use, for two houses.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*[signature]*
*[signature]*

Defendants in propria persona

Dated: May 16, 1958

10687

" EXHIBIT A"

Description of property, from Grant Deed, furnished by
UNION TITLE AND TRUST COMPANY

CLARK L. PARKS and MABEL A. PARKS, husband and wife, as joint tenants the real property in the State of California, county of San Deigo, described as:

All that portion of Northeast Quarter of Section Twenty-four, Township Nine South, Range Four West, San Bernardino Meridian, in the County of San diego, State of California, according to United States Government Survey approved June 11, 1880, described as follows:

Beginning at the Northwest corner of Northeast Quarter of Section 24; thence East 330 feet; thence South 363 feet; thence West 330 feet; thence North 363 feet to point of beginning.

10688