FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. L. Kiesling_
      Deputy Clerk

LINCOLN ROGERS M.D. and ELIZABETH B. ROGERS
Defendants in propria persona
2068 East Mission Road
    Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF LINCOLN ROGERS AND ELIZABETH B. ROGERS

The defendants, Lincoln Rogers and Elizabeth B. Rogers each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 7.88 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10689

Parcel # 1.                    EXHIBIT A

All that portion of (part of) the Southwest Quarter of the Southeast Quarter and (part) of the Southeast Quarter of the Southwest Quarter of Section 17, Township 9 South, Range 3 West, S.B.M., in the County of San Diego, State of California, described as whole as follows:

Beginning at the Northeast corner of said Southeast Quarter of the Southwest Quarter; thence along the North line of said Southeast Quarter of the Southwest Quarter North 89°50' 30" West 652.38 feet; thence South 22°03' East 302.59 feet; thence South 47°03' East 425.74 feet to the center line of U. S. Highway No. 395; thence along said center line North 25°47' 30" East 80.22 feet to the beginning of a curve concave to the Southeast and having a radius of 400 feet; thence Northeasterly thereon 312.65 feet to the end thereof and the beginning of a curve concave to the Northwest and having a radius of 900 feet; thence Northeasterly thereon 300.55 feet to the end thereof and the beginning of a curve concave to the Northwest having a radius of 600 feet; thence Northeasterly thereon 137.36 feet to the end thereof; thence on a tangent thereto North 38°19' 30" East 64.46 feet to the North line of said Southwest Quarter of the Southeast Quarter; thence thereon North 89°55' West 433.22 feet to the point of beginning.

Parcel # 2.

Lots Two and Three in Block Twenty-six of West Fallbrook, in the County of San Diego, State of California, according to the Map thereof No. 567, filed in the office of the Recorder of said San Diego County, October 9, 1888.

10689A

1 2 3 4 5 6  Defendants claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries; whether from springs, streams, creeks or wells etc., and to take water from their land, whether for domestic, industrial, business or irrigation purposes.

Parcel # 1 consists of 7.38 acres, four of which are planted to Avocado, Lemon, and Family Orchard trees. Their home stands on this land, the remainder of which is gullies and brush land suitable for residences. The water supply for this comes from the Fallbrook Public Utility District, and has been used for irrigation and domestic purposes.

Parcel #2 consists of Lots 2 & 3, Block 26 West Fallbrook on which has been an office building, supplied with water from the Fallbrook Public Utility District. Defendants claim the right to continue that use, including water from the same or any other source, for these and/or any other purposes, on any and all the lands they may acquire in the future.

In addition to the claim and uses as herein made, the defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill and dig wells, and exercise water reclamation and conservation practices as now or may be known.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief, including damages, as the Court may deem proper.

Lincoln Rogers, M.D.

Elizabeth B. Rogers

Defendants in propria persona

2068 East Mission Road
Fallbrook,
California

Dated: May 19, 1958

10690