Joe and Helene Seay
Route 2, Box 199
Fallbrook, California

Defendants in propria persona

FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ M. P. Kissling
       Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 1247 -SD- C |
| Plaintiff, ) | ANSWER OF DEFENDANTS |
| v. ) | JOE SEAY |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, ET AL, ) | and HELENE SEAY |
| Defendants ) | |

The defendants, JOE SEAY and HELENE SEAY, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND

AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights",) and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

I. These defendants own approximately 45 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

- 1 -

10691

AFFIRMATIVE STATEMENT OF RIGHTS (Continued)

II. Riparian rights to four (4) intermittent streams which run through our property are claimed herein.

III. We claim the right to take water from existing well A which is capable of furnishing twenty (20) inches of water. This well is now being used for domestic use for two (2) residences, plus irrigation, watering stock, etc.

We claim the right to take water from existing well B for irrigation purposes.

We claim the right to drill a well for existing second residence on our property, used as rental for income purposes; this income rental house is now using water from well A.

IV. At present we irrigate approximately five (5) acres of land; we use domestic water for two (2) residences; we water stock: cattle, horses, etc. We have partial use of old reservoir (capacity 50,000 gallons) not now used to full capacity, which we expect to repair and use to full capacity in the future.

V. Within the boundaries of our property as described in Exhibit A attached there are twenty (20) acres of land which are susceptible of practicable and profitable irrigation. A reasonable amount for the irrigation of these twenty (20) acres is 4.2 acre feet per acre per year.

VI. Three (3) springs within the boundaries of our property as described in Exhibit A attached hereto will be developed when feasible.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed

-2-

10692

as against these defendants; that defendants' right to water, as hereinabove set forth, be quited as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_____
Joe Seay

_____
Helene Seay

Dated: May 19, 1958

Jo▪ Seay
H▪ ▪n▪ Seay

## EXHIBIT A

Those portions of the Northwest quarter of the Southeast quarter of Section 33, Township 8 South, Range 2 West, San Bernardino Base and Meridian, as shown by United States Government Survey, and Tract "C", as shown by Judicial Map of Lands of Machado Brothers and Wolf in Towship 8 South, Range 2 West, San Bernardino Base and Meridian, in that certain Partition Case No. 3239 San Diego County Records, described as follows:

Beginning at a point in the West line of said Northwest quarter of the Southeast quarter, distant South 0° 24' East 118 feet from the Northwest corner of said Northwest quarter of the Southeast quarter; thence along said West line and along the West line of Tract "C", as shown by Judicial Map of Lands of Machado Brothers and Wolf, South 0° 24' East 2484.04 feet, to teh Southwest corner of said Tract "C"; thence along the South line of said Tract "C", North 89° 55' East 766.90 feet, to the center line of Temecula to Pala Road, as shown on Record of Survey on file in Book 10 page 53 of Records of Survey, Riverside County Records, said point being distant South 89° 55' West 633.58 feet from the Northeast corner of Section 4, Township 9 South, Range 2 West, San Bernardino Base and Meridian; thence along said center line as follows: North 6° 23' East 482.67 feet (recorded 489.49 feet), to the beginning of a curve concave Westerly having a radius of 1200 feet; thence Northerly, along said curve 386.77 feet, to the end thereof; thence, tangent to said curve, North 12° 05' West 718.20 feet, to the beginning of a curve concave Easterly, having a radius of 3000 feet; thence Northerly, along said curve, 409.28 feet, to the end thereof; thence, tangent to said curve, North 4° 16' West 512.01 feet, to the beginning of a curve concave Westerly, having a radius of 1300 feet; thence Northerly, along said curve, 89.11 feet, to a line which bears North 81° 08' East from the point of beginning; thence South 81° 08' West 569.37 feet, to the point of beginning;

EXCEPTING therefrom that portion in said Temecula to Pala Road as shown on Record of Survey on file in Book 10 page 53 of Records of Survey, Riverside County Records.

PARCEL 1: Those portions of the Southwest quarter of the Northeast quarter and of the Northwest quarter of the Southeast quarter of Section 33, Township 8 South, Range 2 West, San Bernardino Meridian, as shown by United States Government Survey, described as a whole as follows:

Commencing at the Northwest corner of said Southeast quarter; thence, along the West line of said Southeast quarter, South 0° 24' East 118.00 feet; thence North 81°08' East 218.83 feet, to the true point of beginning; thence North 6° 24' West 64.49 feet; thence North 32° 15' 20" East 226.75 feet; thence North 89° 32' East 179.44 feet, to the center line of the Temecula to Pala Road as shown on Record of Survey on file in Book 10 page 53 of Records of Survey, Riverside County Records, said point being in a curve concave Westerly, having a radius of 1300 feet, the radial line through said point bears North 72° 34' 30" East; thence Southerly, along said curve, 209.01 feet, to a line which bears North 81° 08' East from the true point of beginning; thence South 81° 08' West 350.54 feet, to the true point of beginning;
EXCEPTING therefrom that portion in said Temecula to Pala Road.

10694
-4-