FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. C. Kissling
    Deputy Clerk

Fremont A. Torkilson and Irene L. Torkilson
Defendants in propria persona
1254 Hillcrest Lane, Fallbrook, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

Fremont A. Torkilson and
Irene L. Torkilson

The defendants, Fremont A. Torkilson and Irene L Torkilson each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10695

1. We reserve the right to drill a well.
2. At present we are supplied by Fallbrook Public UtilityDistrict
3. Crops or subdivision of property require 860,000 gallons of water per annum.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

           _____

           Irene L. Torkelson
           Defendants in propria persona

Dated: May 17, 1958

10696

EXHIBIT A

The East 127 feet of the Northeast Quarter of the Southwest Quarter of Section 18, Township 9 South, Range 3 West, S.B.M., in the County of San Diego, State of California, according to the United States Government Survey.

THE ABOVE IS A DESCRIPTION TAKEN FROM THE TITLE CERTIFICATE

On June 11, 1951 we sold half of our property. The following is the description from the 1957 tax bill:
E 127 feet of N E $\frac{1}{4}$ of N E $\frac{1}{4}$ of S W $\frac{1}{4}$

10697