*Wm. S. Woods*
*+ Mary E. Woods*

**FILED**

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *M. S. Keeley*
                        DEPUTY CLERK

Defendants in propria persona
*945 N. Main St*
*Fallbrook Calif*

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )   CIVIL NO. 1247 - SD - C
                                    )
                 Plaintiff,         )   ANSWER OF DEFENDANTS
                                    )   *Wm. S. Woods +*
          v.                        )   *Mary E. Woods*
                                    )
FALLBROOK PUBLIC UTILITY            )
DISTRICT, ET AL,                    )
                                    )
                 Defendants,        )

The defendants,

each severing from their co-defendants and each for himself or her-

self alone, in answer to the Complaint and Supplementary and Amenda-

tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference

all of the allegations contained in the answer to said Complaint and

Supplementary and Amendatory Complaint filed in this case by Newton

T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

of the portion thereof entitled "Affirmative Statement of Rights")

and make each and all of said allegations a part of this answer

the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 3½ acres of land in *San Diego*

County, California, and within the watershed of the Santa Margarita

River, more particularly described in the document attached hereto,

marked Exhibit A, which is hereby incorporated by reference as a

part of this statement.

COPY RECEIVED

10698

We have no Well stream Creek running thru
our property. We use public utility water only
for very little irrigation and domestic use

18          WHEREFORE, these defendants pray that plaintiff take

19     nothing against them by reason of the Complaint and Supplementary

20     and Amendatory Complaint on file herein; that said Complaint be

21     dismissed as against these defendants; that defendants' right to

22     water, as hereinabove set forth, be quieted as against the plain-

23     tiff and against all other defendants in this action; and for such

24     other and further relief as the Court may deem proper.

26          _Wm. R. Moore_

28          _Irene R. Moore_

29                    Defendants in propria persona

32     Dated:   5-20-58

10699

Grant Deed to Wm S Woods & Mary E Woods Husband & wife

Parcel 1.

Lot 1 and 10 in Block 58 of West Fallbrook in the County of San Diego State of Calif according to the Map thereof filed in the office of the recorder of San Diego County Oct 9. 1888.

Also the West half of Vine ave lying East of and adjoining said Lot 1.

That portion of the alley in said Block 58 lying between said lot 1 & 10 and all that portion of the South half of Porter Street lying North of and adjoining said Lots, said alley & said West Half of Vine ave, the above mentioned are all of street having been vacated and closed to public use on Sep 6 1912. by an order of the Board of Supervisors of said San Diego County and filed in Book 32 page 119 of Supervisors Records.

Block 59 of West Fallbrook in the County of San Diego State of Calif according to the Map 567 filed in the office of the recorder of said San Diego Co Oct 9. 1888.

Parcel 2 Block 59 of West Fall Brook in the County of San Diego according to the map 567 filed in the office of the recorder of said San Diego County Oct 9. 1888

Also North half of Porter Street lying South of and adjoining said Block 59. The South half of the unnamed St. lying North of and adjoining said block and the West half of Vine ave lying East of and adjoining said block above mentioned North half of Porter St. and said south half of the aforesaid unnamed St together with the alley in said block the above mentioned streets

Nev. 10700.

avenue + cally having been vacated and closed
to public use on Sept 1912 by order of the
Board of Supervisors of said San Diego County
and filed in Book 52, Page 119 of said
supervisors records.

Exhibit A

10701