```
             RAY C. EBERHARD
             ATTORNEY AT LAW
           215 WEST SEVENTH STREET
        1231 A. G. BARTLETT BUILDING
             LOS ANGELES 14
             MADISON 5-1431
```

(SPACE BELOW FOR FILING STAMP ONLY)

Attorney for **Defendants Samuel M. Wilson and Hazel A. Wilson**

FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,

        Defendants.

No. 1247-SD-C

ANSWER OF SAMUEL M. WILSON and HAZEL A. WILSON

---

COME NOW defendants Samuel M. Wilson and Hazel A. Wilson, and in answer to the supplementary and amendatory complaint herein:

                             I

Said defendants hereby refer to their answer to the original complaint heretofore filed herein and by this reference thereto make the same a part of their answer to the supplementary and amendatory complaint with the same effect as though the allegations thereof were herein set forth in full.

ANSWER TO ALL COUNTS OF COMPLAINT AND OF SUPPLEMENTARY AND AMENDATORY COMPLAINT:

                        - - - -

- 1 -

10702

COPY RECEIVED

I

As to each allegation of said complaint or of said supplementary and amendatory complaint which is incorporated by reference in any subsequent Count thereof, these defendants refer to their answer to such respective allegation contained in their answer to the original complaint or in this answer to said supplementary and amendatory complaint and by this reference thereto incorporate the same in their answer to said respective allegations so incorporated by reference.

ANSWER TO COUNT NO. XI:

I

Answering Paragraph II, said defendants deny generally and specifically each and every allegation therein contained.

ANSWER TO COUNT NO. XII:

I

Answering Paragraphs II and III, allege that they have no information or belief on the subject sufficient to enable them to answer and on that ground deny generally and specifically each and every allegation therein contained.

ANSWER TO COUNT NO. XV:

I

Answering Paragraph II, allege that they have no information on the subject sufficient to enable them to answer the allegation that the description of lands contained in Exhibit B attached to said supplementary and amendatory complaint is a description of the lands within Coahuila Indian Reservation which are within the watershed of the Santa Margarita River, or are traversed by the Santa Margarita River watershed line, or the allegation that said lands are traversed by or border and abut upon Coahuila Creek

RAY C. EBERHARD
ATTORNEY AT LAW
1231 A. G. BARTLETT
BUILDING
215 W. SEVENTH STREET
LOS ANGELES 14
MADISON 5-1431

10703

1  and its tributaries, and on that ground deny generally and
2  specifically each such allegation.

                            II

4      Allege that they have no information or belief on the sub-
5  ject sufficient to enable them to answer the allegations of
6  Paragraphs IV and VI, and on that ground deny generally and
7  specifically each and every allegation contained in said para-
8  graphs, or either thereof.

                            III

10     Answering Paragraph V, deny generally and specifically
11 each and every allegation therein contained.

13 ANSWER TO COUNT NO. XVI:

                            I

15     Answering Paragraph II, allege that they have no information
16 on the subject sufficient to enable them to answer the allegation
17 that the description of lands contained in Exhibit C attached to
18 said supplementary and amendatory complaint is a description of
19 the lands within Pechanga Indian Reservation which are within the
20 watershed of the Santa Margarita River, or are traversed by the
21 Santa Margarita River watershed line, or the allegation that said
22 lands are traversed by or border and abut upon Pechanga Creek,
23 also known as Penjango Creek, and on that ground deny generally
24 and specifically each such allegation.

                            II

26     Allege that they have no information or belief on the
27 subject sufficient to enable them to answer the allegations of
28 Paragraphs III and V, and on that ground deny generally and
29 specifically each and every allegation contained in said para-
30 graphs, or either thereof.

                            III

32     Answering Paragraph IV, deny generally and specifically

RAY C. EBERHARD
ATTORNEY AT LAW
1231 A. G. BARTLETT
BUILDING
215 W. SEVENTH STREET
LOS ANGELES 14
MADISON 5-1481

- 3 -

10704

each and every allegation therein contained.

ANSWER TO COUNT NO. XVII:

I

Answering Paragraph III, allege that they have no information on the subject sufficient to enable them to answer the allegation that the description of lands contained in Exhibit D attached to said supplementary and amendatory complaint is a description of the lands within Ramona Indian Reservation which are within the watershed of the Santa Margarita River, or are traversed by the Santa Margarita River watershed line, or the allegation that said lands are traversed by or border and abut upon the tributaries of Coahuila Creek, and on that ground deny generally and specifically each such allegation.

II

Allege that they have no information or belief on the subject sufficient to enable them to answer the allegations of Paragraphs IV and VI, and on that ground deny generally and specifically each and every allegation contained in said paragraphs, or either thereof.

III

Answering Paragraph V, deny generally and specifically each and every allegation therein contained.

ANSWER TO COUNT NO. XVIII:

I

Answering Paragraph II, allege that they have no information or belief on the subject sufficient to enable them to answer the allegation that the lands described in Exhibit E attached to said supplementary and amendatory complaint are within the watershed of the Santa Margarita River or are traversed by the watershed line of that River, and on that ground deny such allegation.

RAY C. EBERHARD
ATTORNEY AT LAW
1231 A. G. BARTLETT
BUILDING
215 W. SEVENTH STREET
LOS ANGELES 14
MADISON 5-1431

- 4 -

10705

II

Allege that they have no information or belief on the subject sufficient to enable them to answer the allegations of Paragraphs V and VI, and on that ground deny generally and specifically each and every allegation contained in said paragraphs, or either thereof.

III

Answering Paragraph VII, allege that they have no information or belief on the subject sufficient to enable them to answer the allegation that a reasonable diversion duty for the irrigation of the lands specifically referred to in said Count is four and two-tenths (4.2) acre-feet per acre per year, and on that ground deny such allegation.

IV

Allege that they have no information or belief on the subject sufficient to enable them to answer the allegations of Paragraphs VIII and X, and on that ground deny generally and specifically each and every allegation contained in said paragraphs, or either thereof.

V

Answering Paragraph IX, deny generally and specifically each and every allegation therein contained.

ANSWER TO COUNT NO. XIX:

I

Allege that they have no information or belief on the subject sufficient to enable them to answer the allegations of Paragraphs II, III and V, and on that ground deny generally and specifically each and every allegation contained in said paragraphs, or either thereof.

II

Answering Paragraph IV, deny generally and specifically

RAY C. EBERHARD
ATTORNEY AT LAW
1231 A. G. BARTLETT
BUILDING
215 W. SEVENTH STREET
LOS ANGELES 14
MADISON 5-1431

- 5 -

10706

each and every allegation therein contained.

ANSWER TO COUNT NO. XX:

I

Answering Paragraph II, deny that the United States of America had the right to utilize the alleged water rights referred to in said paragraph for any purpose whatsoever, or at all, or that the United States has any such rights with respect to any of the lands referred to therein.

ANSWER TO COUNT NO. XXI:

I

Answering Paragraph II, deny that any alleged use of water by the United States of America, as alleged in said paragraph, has been, against or with respect to these answering defendants or their lands, open, notorious, adverse, exclusive, under a claim of right or exercised in excess of the prescriptive period.

II

Answering Paragraph III, deny that any alleged use of water by the United States of America, as alleged in said paragraph, has been, against or with respect to these answering defendants or their lands, open, notorious, adverse, exclusive, under a claim of right or exercised in excess of the prescriptive period.

ANSWER TO COUNT NO. XXII:

I

Allege that they have no information or belief on the subject sufficient to enable them to answer the allegations of Paragraphs I, II and III, and on that ground deny generally and specifically each and every allegation contained in said

RAY C. EBERHARD
ATTORNEY AT LAW
1331 A. G. BARTLETT
BUILDING
215 W. SEVENTH STREET
LOS ANGELES 14
MADISON 5-1431

10707

paragraphs, or either or any thereof.

ANSWER TO COUNT NO. XXIII:

I

Answering Paragraph II, allege that they have no information or belief on the subject sufficient to enable them to answer and on that ground deny generally and specifically each and every allegation therein contained, and specifically deny that the United States has the right for military purposes correlatively to share in the waters of the Santa Margarita River with all or any other owners of land riparian to that stream, or that the ownership of lands riparian to said Santa Margarita River or any other stream confers on the owners of said lands the right to use the water of said stream for military purposes.

II

Answering Paragraph III, deny generally and specifically each and every allegation therein contained.

ANSWER TO COUNT NO. XXIV:

I

Answering Paragraph II, allege that they have no information or belief on the subject sufficient to enable them to answer and on that ground deny generally and specifically each and every allegation therein contained.

ANSWER TO COUNT NO. XXV:

I

Answering Paragraph II, deny that these defendants have exercised, or are presently exercising, rights to the use of water in a manner that invades or threatens to invade the rights to the use of water of the United States of America, or that the United States has any right, title, claim or interest in or to the water used by these defendants.

WHEREFORE, defendants pray:

RAY C. EBERHARD
ATTORNEY AT LAW
1231 A. G. BARTLETT
BUILDING
215 W. SEVENTH STREET
LOS ANGELES 14
MADISON 5-1431

- 7 -

10708

1. That plaintiff take nothing by reason of its action.

2. That defendants be found and declared to be the owners of a right by appropriation to 50 miners inches of water measured under a four inch pressure continuous flow for beneficial use for irrigation, stock and household purposes on their lands described in their answer on file herein..

3. That it be found and declared that defendants' lands, described in their answer on file herein, are riparian to De Luz Creek and that defendants are entitled to divert and take from the surface and subterranean waters of said De Luz Creek and its tributaries sufficient water for reasonable use for domestic, irrigation, stock watering and other beneficial purposes on their said lands.

4. That said rights and claims of defendants be found and declared to be prior and paramount to any other claimants of such water.

5. That these defendants have judgment for their costs herein incurred and for such other and further relief as to the Court may seem meet and proper.

RAY C. EBERHARD

*Ray C. Eberhard*
Attorney for Defendants Samuel M. Wilson and Hazel A. Wilson

RAY C. EBERHARD
ATTORNEY AT LAW
1231 A. G. BARTLETT
BUILDING
215 W. SEVENTH STREET
LOS ANGELES 14
MADISON 5-1431