1  CHARLES A. WEAVER and ZELA P. WEAVER
   Defendants in propria persona
2     510 So. Alturas St., Fallbrook, California.

3

FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. Tree
            DEPUTY CLERK

4           IN THE UNITED STATES DISTRICT COURT
5              SOUTHERN DISTRICT OF CALIFORNIA
6                    SOUTHERN DIVISION

7  UNITED STATES OF AMERICA,        )  CIVIL NO. 1247 - SD - C
8                                   )
           Plaintiff,               )  ANSWER OF DEFENDANTS
9                                   )
      v.                            )
10                                  )  CHARLES A. WEAVER
   FALLBROOK PUBLIC UTILITY         )       and
11 DISTRICT, ET AL,                 )  ZELA P. WEAVER
                                    )
12         Defendants,              )

13      The defendants, CHARLES A. WEAVER and ZELA P. WEAVER
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT
18
19      These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.

26             AFFIRMATIVE STATEMENT OF RIGHTS
27      These defendants own  2  acres of land in San Diego
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32      Block 123 of West Fallbrook according to the Map thereof no 567
        filed in office of the County Recorder of San Diego County,
        Oct; 9, 1888 and adjacent vacated portion of Summit Street,
        and excepting therefrom ( the westerly 120 ft of the south 200
        ft), and excepting( the south 195 ft of Block 123( excepting
        the west 120 ft thereof), and excepting ( the northerly 100 ft
        of Block 123.

COPY RECEIVED

10711

Defendants claim all the rights of overlying landowners an and to water which may originate or cross their land.

Defendants claim the right to drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatever.

Furthermore, we pray the court to award us, the aforementioned defendants, adequate damages to reimburse us for the cost of preparing and prosecuting our defense, to alleviate the grevious physical, moral and intellectual suffering inflicted upon us by this attempted acrimonious, confiscatory usurpation of property rights, instituted against us by the agencies of the United States Government.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Charles A. Weaver Sr.*

*Zela P. Weaver*

Defendants in propria persona

Dated: May 17-1958

10712