IRIS D. WARREN
Defendant in propria persona
Post Office Box 134
Whittier, California

F I L E D

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. [signature]
   Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
            Plaintiff,     )   CIVIL No. 1247 - SD - C
                           )
       v.                  )   ANSWER OF DEFENDANT
                           )   IRIS D. WARREN
FALLBROOK PUBLIC UTILITY   )
DISTRICT, ET AL.,          )
                           )
            Defendants     )

The defendant, Iris D. Warren, severing herself from her co-defendants and for herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admits, denies, and alleges:

ANSWER TO COMPLAINT AND SUPPLEMENTARY
AND AMENDATORY COMPLAINT

This answering defendant hereby incorporates by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Iris D. Warren (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

This defendant owns 109 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10713

The Santa Margarita River continuously flows across one end of the property described. Water flows on the surface intermittently in two small tributaries of the Santa Margarita which traverse this property. Of the entire acreage described Exhibit A, Parcels 1 and 2 only are riparian, twenty-nine acres (29). Parcel No. 3 was purchased from the Government at a later date, and therefore not riparian though adjoining, and contains 80 acres.

The defendant is now producing avocadoes and lemons, and fruits for domestic use on eight (8) acres of this land. Water for this purpose is obtained by pumping directly from a well in the Santa Margarita river. Twenty and eight-tenths (20.8) acre feet of water annually are used in producing these fruits. The remaining twenty-two riparian acres are suitable for production of row crops, alfalfa, deciduous fruits, irrigable pasture land, chickens and turkeys. For agricultural purposes, the 29 acres would require approximately 121 acre feet of water per year.

In addition this defendant has a paramount right to the use of water on a portion of the eighty (80) adjoining acres. Since 1947 water from the Santa Margarite has been used in irrigating a few trees thereon, which are now producing fruit.

To insure pure drinking water, and for irrigation purposes this defendant plans to develop a well above the road, thus obtaining water from the watershed of the Santa Margarita, i.e. to intercept water that would eventually percolate to and be discharged into the Santa Margarita river.

WHEREFORE, this defendant prays that plaintiff take nothing against her by reason of the Complaint, Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against this defendant; that defendant's right to water, as hereinbefore set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Iris D. Warren
Defendant in propria persona

Dated: May 16, 1958

10714

(2)

EXHIBIT "A"

Description of property owned by Iris D. Warren
from Grant Deed, dated November 24, 1950

PARCEL 1: That portion of the East Half of the West Half of Section 4, Township 9 South, Range 3 West, San Bernardino Meridian, in County of San Diego, State of California, described as follows:
Beginning at the Southwest corner of the Northeast Quarter of the Southwest Quarter of said Section 4; thence along the South line of said Northeast Quarter of Southwest Quarter North 89°32'20" East 1359.58 feet to the Southeast corner of said Northeast Quarter of Southwest Quarter; thence along the East line of said Northeast Quarter of Southwest Quarter North 1°18'40" East 902.72 feet; thence North 87°19'30" West 255.51 feet; thence North 65°42' West 380.55 feet; thence North 33°18' East 410.00 feet; thence North 60°18' West 1095.78 feet to the West line of said East Half of West Half of Section 4; thench along said West line South 1°29'50" West 1968.26 feet to the point of beginning;
EXCEPTING THEREFROM that portion thereof conveyed to L.L.Bass, a married man, by deed recorded in Book 2812, page 81 of Official Records, described as follows: Beginning at the Southwest corner of said Northeast Quarter of Southwest Quarter North 89°32'20" East 1359.58 feet to the Southeast corner of said Northeast Quarter of Southwest Quarter; thence along the East line of said Northeast Quarter of Southwest Quarter North 1°18'40" East 450.56 feet; thence North 77°10'50" West 1086.33 feet; thence South 88°30' West 292.52 feet to the West line of said Northeast Quarter of Southwest Quarter; thence along said Wesy line South 1°29'50" West 695.01 feet to the point of beginning.

PARCEL 2:  All that portion of the Northeast Quarter of the Southwest Quarter of Section 4, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows:
Beginning at a point in the East line of said Northeast Quarter, distant North 1°18'40" East 902.72 feet from the Southeast corner of said Northeast Quarter, which point of beginning is the Northeast corner of the tract of land conveyed by Peters to Woodward by deed recorded in Book 1650, page 461 of Official Records of said County; thence along the Northerly line of said tract of Woodward North 87°19'30" West 255.51 feet; thence North 39°36' East 345.40 feet; thence North 25°26' East 101.37 feet to said East line of said Northeast Quarter; thence thereon South 1°18'40" West 369.70 feet to the point of beginning.

PARCEL 3; The North Half of the Southeast Quarter of Section 4, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California.

10715