FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. _____
DEPUTY CLERK

1  W. S. Tomlinson and Lena N. Tomlinson
   Defendants in propria persona
2  2273 E. Alvarado St: Fallbrook, California.

3

4            IN THE UNITED STATES DISTRICT COURT

5            SOUTHERN DISTRICT OF CALIFORNIA

6                  SOUTHERN DIVISION

7

8  UNITED STATES OF AMERICA,          )    CIVIL NO. 1247 - SD - C

                   Plaintiff,         )    ANSWER OF DEFENDANTS
9
                                      )
       v.                             )    W. S. Tomlinson
10                                    )         and
   FALLBROOK PUBLIC UTILITY           )    Lena N. Tomlinson
11 DISTRICT, ET AL,                   )

12                 Defendants,        )

13      The defendants, W. S. Tomlinson and Lena N. Tomlinson

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                   AMENDATORY COMPLAINT
18
19         These answering defendants hereby incorporate by reference

20 all of the allegations contained in the answer to said Complaint and

21 Supplementary and Amendatory Complaint filed in this case by Newton

22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23 of the portion thereof entitled "Affirmative Statement of Rights")

24 and make each and all of said allegations a part of this answer

25 the same as if herein set forth at length.

26         AFFIRMATIVE STATEMENT OF RIGHTS
                       a trust deed on
27      These defendants own ∧40 acres of land in San Diego County,

28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.

32   Trust Deed Document no. 30267
     Filed in Book 6965, Page 27, Official records of San Diego Co:
                                              California.

COPY RECEIVED                                    10716

These defendants having an interest in the form of a first trust deed on the property described in exhibit A, and owned by Frank J. Chestmotowitz and Patricia Ann Chestmolowitz hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory complaint filed in this case by Frank J. Chestmolowitz and Patricia Ann Chestmolowitz.

More particular, the lands discribed in exhibit A. are ripar- ian to an unnamed intermittent stream which flows through the prop- erty in a generally westerly to easterly direction and approximately 20 acres are arable and irrigable.

As their interest may appear defendants claim full correlative reparian rights to the use of water of said stream in an amount not to exceed 4.2 Acre feet per annum. The lands of defendands also contain many running springs. Defendants claim full rights to the use of all water arising from said springs.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plain- tiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*W. S. Tomlinson*

*Vera M. Tomlinson*

Defendants in propria persona

Dated: May 16, 1958.

10717

## EXHIBIT A.

The Southeast Quarter of the Southwest Quarter of Section 5, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to the United States Government Survey approved January 15, 1892.

10718

