FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M C Kiesling
             DEPUTY CLERK

Arthur M. Tobin & Alice H. Tobin
Defendants in propria persona
Star Route, Aguanga, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,　　　) CIVIL NO. 1247 - SD - C
　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　 ) ANSWER OF DEFENDANTS
　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　) Arthur M. Tobin
　　　　　　　　　　　　　　　　) Alice H. Tobin
FALLBROOK PUBLIC UTILITY　　　 )
DISTRICT, ET AL,　　　　　　　 )
　　　　　　　　　　　　　　　　)
　　　　　　　Defendants,　　　 )

   The defendants, Arthur M. Tobin & Alice H. Tobin
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

   ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
           AMENDATORY COMPLAINT

   These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

   AFFIRMATIVE STATEMENT OF RIGHTS

   These defendants own 80 acres of land in San Diego
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

COPY RECEIVED

10719

Exhibit "A"

**Legal Description**

Arthur M. Tobin
Alice H. Tobin

Parcel "A"

The Northeast Quarter (NE¼) of the Northwest Quarter (NW¼) of Section Sixteen (16) Township 9 South, Range 3 East, San Bernardino Meridan, In The County of San Diego.

Parcel "B"

The Southwest Quarter (SW¼) of the Northeast Quarter (NE¼) of Section 16, Township 9 South, Range 3 East, San Bernardino Meridan, In the County of San Diego.

COPY

10720

Parcel "A" consists of approximately 40 acres presently used for livestock pasture and containing two wells and one dwelling. Approximately 15 acres in this parcel are tillable, suitable for field crops, permanent pasture or deciduous trees. The balance is suitable for livestock, poultry or fowl.

Parcel "B" consists of approximately 40 acres presently used for livestock pasture and contains one well and one small check dam. approximately 30 acres in this parcel are tillable, suitable for field crops, permanent pasture or deciduous trees

These Defendants claim the right to use existing wells and to develop new wells to provide 63 acre feet of water on Parcel "A" and to provide 126 acre feet of water on Parcel "B"

These Defendants claim the right to build check dams and to perform other farming practices to conserve water and to prevent soil erosion in accordance with good and practical soil conservation principles.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

                                        *Arthur M. John*

                                        *Alice H. John*

                                     Defendants in propria persona

Dated: May 16, 1958

10721