ROWLAND W. SCHULTZ and DAISY D. SCHULTZ
Defendants in propria persona
R.R.2 Box 179
Fallbrook, California

FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M.P. Keesling
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | ROWLAND W. SCHULTZ and DAISY D. SCHULTZ |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants, ROWLAND W. SCHULTZ and DAISY D. SCHULTZ each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 15 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10722

1  The defendants own fifteen (15) acres of land in San Diego Co. Calif
2  and within the watershed of the Santa Margarita River, more part-
   icularly described in the document attached hereto, marked Exhibit
3  A, which is hereby incorpated by reference as a part of this
   statement
4  The defendant state that they have requested the office of
   Ground Water Resources, MCB, Camp Joseph H. Pendleton, California
5  to survey their property, that no report has been made to this
   date, and while no conflict with the findings is anticipated
6  lacking said report, the defendants reserve the right to agree
   or to disagree with said report.
                                II
7  The defendants state that well water from two(2) existing wells
   has been used beneficially on their property in the past, and the
8  defendants claim the right to place wells on their property in
   the furture, and beneficaly use on their property any such water
9  obtained.
   The defendants state that a pond is in existence on their property
10 with capacity of approximately two (2) acre feet of water, and the
   defendants claim the right to deepen and or inlarge said pond
11 and use the water beneficaly upon their property.
                                III
12 The defendants state there are two(2) houses in existence on the
   property, and the property is suitable for subdivisen, or home
13 sites, and the defendants claim the right to use whatever water
   is needed in this event.
14 The defendants also states that a lemon grove is new in the
   process of being set out, from nursery stock now on the place
15 and plans are made to plant the blance of the twelve(12) acres
   of tillable land. The defendants claim the right to use beneficaly
16 on their land any water developed there on.

17

18     WHEREFORE, these defendants pray that plaintiff take

19 nothing against them by reason of the Complaint and Supplementary

20 and Amendatory Complaint on file herein; that said Complaint be

21 dismissed as against these defendants; that defendants' right to

22 water, as hereinabove set forth, be quieted as against the plain-

23 tiff and against all other defendants in this action; and for such

24 other and further relief as the Court may deem proper.

25

26                               *Rowland W Schully*

27
                                 *Mrs Daisy D Schully*
28
                                  Defendants in propria persona
29

30

31

32 Dated: *May 15, 1958*

10723

EXHIBIT A

The East 750 feet of the Southwest Quarter of the Northwest Quarter of Section 12, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of Californ according to United States Government Survey approved April 21, 1890, EXCEPTING therefrom the South 414.86 feet of the East 210 feet thereof:
ALSO EXCEPTING there from the West 300.00 feet of the East 600.00 feet of the North 290.40 feet thereof.
ALSO EXCEPTING there from the North 435.00 feet of the East 300.00 feet thereof.

10724