MRS. EMMA W. STAUDE
Defendants in propria persona
331 East Elder Street,
Fallbrook, California

FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br><br>  Defendants, | CIVIL NO. 1247 - SD - C<br><br>ANSWER OF DEFENDANTS<br><br>ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF<br><br>EMMA W. STAUDE |

The defendants, Emma W. Staude each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own approx. 1/5 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10725

1   Defendants claim all riparian rights to waters percolating
through their land, whether from springs or streams or wells, etc.
2   and to take water from the land -- whether for domestic, industrial,
business or irrigation purposes. They have a home, a garden and
3   family fruit trees.

4   In addition to the claim and uses as herein made, the defendants
claim all the rights of overlying landowners to any water which may
5   originate in or under or cross their land. Defendants claim the
right to drill and dig wells and exercise water reclamation and
6   conservation practices as now or may be known.

7   Defendants hereby incorporate the same as though set forth herein
in full all of the Affirmative Defenses of the Fallbrook Public
8   Utility District on file in these proceedings.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Emma W. Staude*
Emma W. Staude

Defendants in propria persona
331 East Elder Street
Fallbrook, California

Dated: May 13th '58,

10727