Herman H. Silveria
Defendants in propria persona
Star Route
Aguanga, California

FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )   CIVIL NO. 1247 - SD - C
             Plaintiff,    )   ANSWER OF DEFENDANTS
        v.                 )
FALLBROOK PUBLIC UTILITY   )   Herman H. Silveria
DISTRICT, ET AL,           )
             Defendants,   )

The defendants, Herman H. Silveria each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 6.25 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED                                              10728

This land is riparian; approximately three (3) acres are tillable and irrigatable with the balance only good as a watershed. Defendant has irrigated portions of the three acres of tillable land in the past and the water for this purpose has been obtained by pumping directly from a well which is seventy-five (75) feet deep.

Any garden crop or fruit trees can be grown on this three acres, and less than a quarter mile distance is a good stand of alfalfa on similar soil and topographical conditions.

The defendant claims the riparian right to the use of water from the well, with the privilege of deepening this well, or digging another well in the event that some unforeseen difficulty developes with this well. Enough water is asked for to irrigate the three acres of tillable land at the rate of 3.5 acre feet per acre per year or 10.5 acre feet per year. Also enough water to supply his residence.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Norman H. Silveria*

Defendants in propria persona

Dated: May 17, 1958

10729

EXHIBIT A

Description of land owned by Herman H. Silveria, Aguanga, California:

That portion of Lot 5 (SW$\frac{1}{4}$ of NW$\frac{1}{4}$) Section 26, Township 9 South, Range 2 East, San Bernardino Base and Meridian, according to the U. S. Official Survey thereof, approved January 31, 1895, in the county of San Diego, particularly described as follows:

Commencing at the southwest corner of said Lot 5, thence N 88 05' 20" east along the southerly boundary of said Lot 5 a distance of 248.91 feet to a point, the TRUE POINT OF BEGINNING, thence north 1 25' west parallel with the westerly boundary of said Lot 5, a distance of 1050 feet to a point; thence north 88 05' 20" east parallel with the said southerly boundary said Lot 5 a distance of 259.54 feet to a point; thence south 1 25' east parallel with the said westerly boundary said Lot 5 a distance of 1050 feet to a point on the said southerly boundary; thence south 88 05' 20" west along said southerly boundary 259.54 feet to the TRUE POINT OF BEGINNING.

10730