CLARENCE M. SELBERG and ELSIE C. SELBERG

Defendants in propria persona

3936 Marcasel

~~Culver City~~, California
Los Angeles 66
FILED
MAY 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. C. Kus__ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants.

ANSWER OF DEFENDANTS

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF CLARENCE M. SELBERG AND ELSIE C. SELBERG

The defendants, Clarence M. Selberg and Elsie C. Selberg each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I to V, inclusive, of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10731

PARCEL #1.                          EXHIBIT A

That portion of Lot 1 (Northwest Quarter of Northwest Quarter) of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Beginning at the intersection of the West line of said Lot 1 with the South line of the North 425.80 feet of said Lot 1; thence along said South line North $89°48'$ East (record South $89°23'$ East) 256.00 feet to the Northwest corner of land described in Parcel 1 of a deed to Clarence M. Selberg, et ux, dated June 4, 1952 and recorded in Book 4513, page 84 of Official Records, being the true point of beginning; thence along the West line of said Selberg's land South $0°20'15"$ West (record South $0°10'$ East) 318.77 feet; thence North $88°37'30"$ West 28.01 feet; thence parallel with the West line of said Selberg's land North $0°20'15"$ East (record North $0°10'$ West) 318.00 feet to said South line of the North 425.80 feet of Lot 1; thence thereon North $89°48'$ East (record South $89°23'$ East) 28.00 feet to the true point of beginning.

PARCEL #2.  (Parcel #1 of Floyd Deed.)

All that portion of Lot one (the Northwest Quarter of the Northwest Quarter) of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Commencing at the Northwest corner of said Lot 1; thence along the West line thereof South $0°10'$ East 425.80 feet to an intersection with the South line of land as described in deed to Joseph Luxon, Sr. dated October 31, 1912 and recorded in Book 591, page 206 of Deeds, records of said San Diego County; thence along the South line of said Luxon's land South $89°23'$ East (record East) 256.0 feet to an intersection with the East line of the West 256.00 feet of said Lot 1, said last mentioned point of intersection being the true point of beginning of the property herein described; thence continuing along said South line of Luxon's land and its Easterly prolongation South $89°23'$ East 255.50 feet to the East line of the West 31 rods of said Lot 1; thence along said East line of the West 31 rods of Lot 1, South $0°10'$ East 425.80 feet; thence North $89°23'$ West 255.50 feet to the East line of the West 256.00 feet of said Lot 1; thence along said East line of the West 256.00 feet of said Lot 1, North $0°10'$ West 425.80 feet to the true point of beginning. EXCEPTING therefrom the Southerly 100 feet thereof.

PARCEL #3. (Parcel #2 of Floyd Deed.)

An easement for road purposes over that portion of the East 30 feet of the West 31 rods of Lot One (the Northwest Quarter of the Northwest Quarter) of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, lying Northerly of County Highway Commission, Mission Road 1-C, and Southerly of the land conveyed to Owen E. Floyd, et ux, by deed recorded in Book 3727, page 464 of Official Records of said San Diego County.

10732

```
 1    Defendants claim all riparian rights to all waters percolating through
      their land, whether from the Santa Margarita River and its tributaries,
 2    whether from springs, streams or wells, etc., and to take water from
      their land, whether for domestic, industrial, business or for irri-
 3    gation purposes.  They have a home, garden and Grove of 120 Avocado
      trees, 7 years old, on 2 acres of land.  It is their plan to plant
 4    more trees, and further develop this property.  They are now buying
      their water from the Fallbrook Public Utility District, and are using
 5    6 acre-feet of water per year.  Further development of the property
      and further growth of the trees will require approximately 12 acre-
 6    feet of water per year -- which they claim herein.

 7    In addition to the claim and uses as herein made, the defendants
      claim all rights of overlying landowners to any water which may
 8    originate in, or under, or cross their land.  Defendants claim the
      right to drill and dig wells, and exercise water reclamation and
 9    conservation practices as now or may be known.

10    Defendants hereby incorporate the same as though set forth herein
      in full all of the Affirmative Defenses of the Fallbrook Public
11    Utility District on file in these proceedings.

12    Defendants claim all the above for all lands in which they have
      any financial interest whatsoever.
```

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Clarence M. Selberg*
Clarence M. Selberg

*Elsie C. Selberg*
Elsie C. Selberg

Defendants in propria persona
3936 Marcasel
~~Culver City~~, Los Angeles 66
California

Dated: *April 28, 1958*

10733