FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. Kiesling

1  Elmer V. and Gloria Ruzicka, and Stanley O. And Judith Ruzicka
   Defendants in propria persona          Joint owners
2  2045 Oak Valley Road
   Glendale 8, Calif.
3

4              IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                   SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,      )     CIVIL NO. 1247 - SD - C
8                                 )
                Plaintiff,        )     ANSWER OF DEFENDANTS
9                                 )     Elmer V. and Gloria Ruzicka,
        v.                        )              and
10                                )     Stanley O. and Judith Ruzicka
   FALLBROOK PUBLIC UTILITY       )
11 DISTRICT, ET AL,               )
                                  )
12              Defendants,       )

13     The defendants, Elmer V. and Gloria, Stanley O. and Judith
                                    Ruzicka
14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
       These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
             AFFIRMATIVE STATEMENT OF RIGHTS
26                     40 acres of land in Riverside County
       These defendants own 40 acres of land in San Diego
27
   County, California, and within the watershed of the Santa Margarita
28
   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31

32
                                                        10734

COPY RECEIVED

1   These answering defendants own eighty acres of land situated
2   within the watershed of the Santa Margarita River more particularly
3   described as follows:
4           That certain land situated in Riverside County, known as
5   Southeast Quarter of Southwest Quarter Of Section 32, Township 8
6   South, Range 3 West SBBM, and the Northwest Quarter of Southeast
7   Quarter of Section 5, San Diego County, Township 9 South, Range 3 West
8   SBBM.
9   This land is practically all tillable and we intend to plant citrus
10  and avocado trees there and for that purpose we intend to develop
11  the live spring in Riverside County land to furnish us water for
12  irrigation. On San Diego County land we intend to build a series of
13  dams for water storage and then drill a well to take water from it
14  for irrigation and domestic uses. We will need 4 acre feet of water
15  per acre, or 320 acre feet total, for our agricultural purposes in
16  the future. We are prepared to grant U.S. Representatives a right
17  to enter to complete survey to prove our farming claim.
18          WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*[signatures: Elmer V. Ruzicka, Gloria Ruzicka, Stanley A. Ruzicka, Judith Ruzicka]*

                                        Defendants in propria persona

32  Dated: May 15-1958

10735