George H. & Nellie L. Ramsey
Defendants in propria persona
R. R. Box 164 Fallbrook Calif

FILED
MAY 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. Kussler
  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | George H. & Nellie L. Ramsey |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants, George H. & Nellie L. Ramsey each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own approx. 10 acres of land in San Diego Co. Calif. County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10736

We claim the right to take water from our well
we also claim the right to dig other wells,
We claim the rights of percolating water of any kind,
and at a later date will drill a well,
and reserve the right to do so.
We irrigate 2 acres; we claim 5 acre feet for
our 10 acres, which we expect to irrigate later.
We believe any kind of fruit trees & grain can
be grown on this land, all our land is level.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*George H Ramsey*

*Nellie L. Ramsey*

Defendants in propria persona

Dated: May 12, 1958

10707

Exhibit "A"

Section 12, Township 9 South, Range 3 West
San Bernardino Meridian

N 707.57 W

Main S 873.04

2 acres

357.29

not ours

not ours

N.0°05'40"W

6 acres

N 707.58 E

487.96
N0°05'40"W

10738