F I L E D

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

GRANT K. PHILLIPS and BEATRICE W. PHILLIPS
Defendants in propria persona

P.O. Box 532,
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FALLBROOK PUBLIC UTILITY )<br>DISTRICT, ET AL, )<br>)<br>Defendants, ) | CIVIL NO. 1247 - SD - C<br><br>ANSWER OF DEFENDANTS<br>ANSWER TO COMPLAINT AND<br>SUPPLEMENTARY AND AMENDATORY<br>COMPLAINT OF<br>GRANT K. PHILLIPS AND<br>BEATRICE W. PHILLIPS |

The defendants, Grant K. Phillips and Beatrice W. Phillips
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 9  acres of land in  San Diego
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

COPY RECEIVED

10739

EXHIBIT A

Description
No. 523714

Parcel # 1.

The South 5 acres of the North 10 acres of the West 30 acres of the Southeast Quarter of the Northeast Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved April 21, 1890.

Also that portion of the Southwesterly Quarter of Northeasterly Quarter of said Section 17 lying North of the Westerly prolongation of the South line and South of the Westerly prolongation of the North line of South 5 acres above described, and Easterly of a 40 foot right of way for road purposes as conveyed by Raymond Wayman and Mary P. Wayman, husband and wife to County of San Diego, by deed dated May 11, 1923 and recorded in Book 751, page 310 of Deeds, the center line of which said road is more fully described as follows:

Commencing at a point 20 feet West of the Southwest corner of the Southeast Quarter of the Northeast Quarter of Section 17, Township 9, South, Range 3 West, San Bernardino Meridian; thence North 33°West 145 feet; thence North 4°50' West 97.6 feet; thence North 1°10' West 70 feet; thence North 3° West 220.2 feet; thence North 9°24' West 324.4 feet; thence North 30°58' West, 143.4 feet; thence North 44°West 313 feet; more or less, to the North line of the Southwest Quarter of the Northeast Quarter of the above described Section, Township and Range.

EXCEPTING from the above described property that portion thereof described in deed to Robert G. Hood and Ruby Lee Hood, husband and wife, recorded December 30, 1931 in Book 63, page 476 of Official Records of San Diego County described as follows:

That portion of Southwest Quarter of Northeast Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Meridian, according to United States Government Survey approved April 21, 1890, described as follows:

Beginning at a point in the center line of County road as said road is described in deed from Raymond Wayman and Mary P. Wayman to County of San Diego, dated May 11, 1923, and recorded in Book 751, page 310 of Deeds; at Northwesterly corner of land conveyed to Stanley S. Evans and Marie V. Evans, husband and wife by deed dated July 24, 1924 and recorded in Book 1029, page 113 of Deeds, thence Southeasterly along the center line of said road as described in Book 751, page 310, a distance of 193.4 feet; thence at right angles to center line of said road North 80°36' East 20 feet to Easterly line of said Road; thence Northeasterly along a 17°curve concave to Southeast to a point on Northerly line of land so conveyed to Evans in Book 1029, page 113 of Deeds; distant thereon South 89°45' East 224.52 feet from point of beginning; thence North 89°45' West along Northerly line of land so conveyed to Evans in Book 1029, page 113, a distance of 224.52 feet to the point of beginning.

AND ALSO EXCEPTING that portion conveyed to Mark Gallacher and Laurette E. Gallacher, husband and wife as joint tenants, recorded December 29, 1948 in Book 3063, page 397 of Official Records, described as follows:

10740

EXHIBIT A                          No. 523714

PARCEL #1 continued:

That portion of the Southwest Quarter of the Northeast Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved April 21, 1890, described as follows:

Beginning at the Southeast corner of the North 5 acres of the West 30 acres of the Southeast Quarter of Northeast Quarter of said Section 17; thence along the South line of said North 5 acres and the Westerly prolongation North 89°52' 15" West 1104.31 feet to the true point of beginning, being a point in a curve concave Southeasterly having a radius of 500 feet, the radial line through said point bearing North 44°27'10" West; thence Southwesterly along said curve 207.28 feet to the Easterly line of a 40 foot right of way for road purposes conveyed by Raymond Wayman and Mary P. Wayman to County of San Diego by deed recorded in Book 751, page 310 of Deeds; thence along said Easterly line North 30°58' West 43.77 feet to an angle point therein and North 44°40' West 15.37 feet to the Easterly line of the parcel of land conveyed to Robert G. Hood and Ruby Lee Hood by deed recorded in Book 63, page 476 of Official Records; thence along said Easterly line of land of Hood Northeasterly along a 17°curve concave to the Southeast to a point on the Northerly line of the tract of land conveyed to Stanley S. Evans et ux, by deed recorded in Book 1029, page 113 of Deeds, distant thereon South 89°52' 15" East 224.52 feet from the center line of said 40 foot right of way conveyed to County of San Diego; thence along said Northerly line of land of Evans South 89°52' 15" East 73.13 feet to the true point of beginning.

SECOND PORTION OF PARCEL #1:

That portion of the South Half of the Northeast Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved April 21, 1890, described as follows:

Beginning at the Southeast corner of the North 5 acres of the West 30 acres of the Southeast Quarter of said Northeast Quarter; thence along the South line of said North 5 acres and its Westerly prolongation North 89°52' 15" West 1104.31 feet, being a point in a curve concave Southeasterly having a radius of 500 feet, the radial line of said curve bearing North 44°27' 10" West; thence Northeasterly along said curve 14.47 feet to a point in a line drawn parallel with and distant 10 feet Northerly, measured at right angles from the South line of said North 5 acres of the West 30 acres of said Southeast Quarter of Northeast Quarter and the Westerly prolongation thereof; thence along said parallel line South 89°52' 15" East 653.64 feet; thence North 41°53' East 152.56 feet; thence North 81°36' East 61.08 feet; thence South 24°32' East 135.19 feet to the North line of the South 10 feet of said North 5 acres; thence thereon South 89°52' 15" East 221.93 feet to the East line of said West 30 acres; thence thereon South 0°55' West 10 feet to the point of beginning.

10741

EXHIBIT A

PARCEL #2:

That portion of Block 6 of Harris' Addition to West Fallbrook No.1, in the County of San Diego, State of California, according to Map thereof No. 574 filed in the office of the County Recorder of San Diego County, January 8, 1889; and that portion of the North Half of that certain unnamed street adjoining said Block 6 on the South as closed to public use September 17, 1921 by the Board of Supervisors of San Diego County, a certified copy of said closing being recorded in Book 751, page 227 of Deeds, in the office of the County Recorder of San Diego County, described as a whole as follows:
Beginning at a point on the North line of said Block 6 distant thereon North 89°06' West 175 feet from the Northeast corner of said Block 6; thence South 0°28' West parallel with the East line of said Block 6 a distance of 321.99 feet to an intersection with a line drawn parallel with and distant 30 feet Northerly, measured at right angles from the South line of said Block 6; thence North 89°26'30" West along said parallel line a distance of 25 feet; thence South 0°28' West 44 feet to a point which is 6 feet North of the center line of the unnamed street adjoining said Block 6 on the South; thence Westerly to a point in the Southerly prolongation of the West line of said Block 6 at a point which is 12 feet North of the center line of said Block 6 at a point which is 12 feet North of the center line of said unnamed street; thence North 0°46' East along said Southerly prolongation and along the West line of said block 6 to a distance of 361.90 feet to the Northwest corner of said Block 6; thence South 89°06' East along the North line of said Block 6 a distance of 310.00 feet to the point of beginning.

10742

1  Defendants claim all riparian rights to all waters percolating
through their land, whether from the Santa Margarita River and its
2  tributaries; whether from springs, streams, creeks or wells.,
and to take water from the land for irrigation and domestic uses.

3  They have 9 acres of land, in two Parcels.

4  Parcel No.1 consists of 5 acres of Avocado and Lemon trees, about
18 years old, and one acre, a vacant canyon through which runs an
5  intermittent creek; it also contains a well, from both of which,
defendants reserve the right to use the water when available.
6  They further reserve the right to drill another well or wells if
desired.  In addition, they have on this Parcel No.1, a Home, a
7  Garden and Family Fruit trees.

8  Parcel NO.2 consists of 3 acres of Lemon trees, about 20 years old,
and a well from which defendants reserve the right to draw water,
9  or drill another well, as required.

10  Defendants are now using approximately 36 acre-feet of water which
is being served by the Fallbrook Public Utility District, but shall
11  require as much as 72 acre-feet of water in the future, as further
developments necessitate.

12

13  In addition to the claims and uses as herein made, the defendants
claim all the rights of overlying landowners to any water which may
14  originate in, or under, or cross their land.  Defendants claim the
right to drill and dig wells, and exercise water reclamation and
15  conservation practices as now or may be known.

16  Defendants hereby incorporate the same as though set forth herein
in full all of the Affirmative Defenses of the Fallbrook Public
17  Utility District on file in these proceedings.

18          WHEREFORE, these defendants pray that plaintiff take

19  nothing against them by reason of the Complaint and Supplementary

20  and Amendatory Complaint on file herein; that said Complaint be

21  dismissed as against these defendants; that defendants' right to

22  water, as hereinabove set forth, be quieted as against the plain-

23  tiff and against all other defendants in this action; and for such

24  other and further relief as the Court may deem proper.

25                          *Grant K. Phillips*
                          Grant K. Phillips
26
27                          *Beatrice W. Phillips*
28                          Beatrice W. Phillips

29                     Defendants in propria persona
                              P.O. Box 532
30                              Fallbrook,
                                   California
31

32  Dated: May. 15, 1958