FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. Lusby
    DEPUTY CLERK

1  GEORGE H. AND EMILY C. OLDS
   Defendants in propria persona
2  BOX 98 CARY RD. ANZA, CALIFORNIA
3
4              IN THE UNITED STATES DISTRICT COURT
5                SOUTHERN DISTRICT OF CALIFORNIA
6                        SOUTHERN DIVISION
7
8  UNITED STATES OF AMERICA,       )   CIVIL NO. 1247 - SD - C
                                   )
9               Plaintiff,         )   ANSWER OF DEFENDANTS
                                   )
10        v.                       )   GEORGE H, AND
                                   )
11 FALLBROOK PUBLIC UTILITY        )   EMILY C. OLDS
   DISTRICT, ET AL,                )
12                                 )
                Defendants,        )
13
       The defendants,    GEORGE H. AND EMILY C. OLDS
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
       These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
               AFFIRMATIVE STATEMENT OF RIGHTS
26
                          242.62
       These defendants own      acres of land in Riverside
27
   County, California, and within the watershed of the Santa Margarita
28
   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31
32
   The defendants answering  own two hundred forty two acres and
   Sixty two hundredths of an acre of land.

COPY RECEIVED                                            10747

particularly described as follows:
That certain land situated in Riverside county known as Lots one, two, three, and four of section Fourteen in township seven south of range two east in the San Bernardino Meridian, California, contain one hundred sixty acres and sixty-two hundredths of an acre. also parcel of (80) Eighty acres situated in the Northhalf of the Northwest Quarter of section fourteen, township seven south of range two east. These lands have have two wells, approximately one hundred acre are tillable and the balance has been used forragrazing cattle and for raising turkeys, chickens, sheep and apples. The defendants desire to subdivide, drilling wells on every two and one half acres. The defendants do not claim any prescriptive rights.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*George H. Olds*

*Emily C. Olds*

Defendants in propria persona
Box 98 Cary Rd, Anza, California

Dated:   May 15  1958

10748