F I L E D

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. Kesselman, Deputy

1  GURNEY EDGAR PAULE and FLORENCE R. PAULE, AND GURNEY E. PAULE (S).
   Defendants in propria persona
2  2340 Queensberry Rd.,
   Pasadena, California.
3

4              IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                     SOUTHERN DIVISION

7

8  UNITED STATES OF AMERICA,          )    CIVIL NO. 1247 - SD - C

                      Plaintiff,      )    ANSWER OF DEFENDANTS
9                                     )    Gurney Edgar Paule and
                                      )    Florence R. Paule, and
10        v.                          )    Gurney E. Paule.
                                      )
11 FALLBROOK PUBLIC UTILITY           )
   DISTRICT, ET AL,                   )
12                                    )
                      Defendants,     )
13        The defendants, Gurney Edgar Paule and Florence R. Paule, and
                           Gurney E. Paule,
14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
               AMENDATORY COMPLAINT
18
19        These answering defendants hereby incorporate by reference

20 all of the allegations contained in the answer to said Complaint and

21 Supplementary and Amendatory Complaint filed in this case by Newton

22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23 of the portion thereof entitled "Affirmative Statement of Rights")

24 and make each and all of said allegations a part of this answer

25 the same as if herein set forth at length.

26        AFFIRMATIVE STATEMENT OF RIGHTS

27        These defendants own (19+)acres of land in  Riverside

28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.

32

   COPY RECEIVED
                                              10744

"Exhibit A"

In the County of Riverside, State of California:

That portion of Block "M" of Elsinore, as shown by map on file in
Book 4 page 174 of Maps in the office of the County Recorder of the
County of San Diego, described by metes and bounds as follows:

Beginning at the point of intersection of the Southeasterly line of
Santa Rosa Street with the Southwesterly line of Palomar Street (as
said streets are set forth and established by Record of Survey on file
in Book 8 page 98 of Records of Survey in the office of the County
Recorder of the County of Riverside): thence South 49° 54' 10"East
on the Southwesterly line of said Palomar Street, 1459 feet for the
true point of beginning of the parcel to be described; thence South
36° 30' West, 1198.27 feet, more or less, to a point in the Northeast-
erly right of way line of the Atchison, Topeka and Santa Fe Railroad,
as shown by Record of Survey on file in Book 8 page 98 of Records of
Survey in the office of the County Recorder of the County of Riverside,
said point being distant South 49° 51' East, 1459 feet from the point
of intersection of said Northerly line of the said Railroad right of
way, with the Easterly line of the said Santa Rosa Street; thence
Southeasterly on the Northeasterly right of way line of said Railroad,
1090.19 feet, more or less, to a point in the Northwesterly line of
the land conveyed to Frank P. Fletcher and A. C. Long by Deed recorded
November 22, 1922 in Book 575 page 380 of Deeds in the office of the
County Recorder of the County of Riverside, said point being a permanent
3/4 inch pipe set in concrete; thence North 21° 30' East, 435.8 feet to
a 3/4 inch pipe set in concrete; thence North 8° 55' West, 365.8 feet
to a 3/4 inch pipe set in concrete; thence North 33° 44' East, 568.4
feet to a 3/4 inch pipe set in concrete on the Southwesterly line of
Palomar Street (the last 3 courses and distances follow the Northwester-
ly line of the property conveyed to said Frank P. Fletcher and A. C.
Long, by Deed recorded in Book 575 page 380 of Deeds in the office of
the County Recorder of the County of Riverside); thence North 49° 54'
10" West, 686.15 feet, more or less, to the point of beginning;

Said parcel is also shown as Lots 8, 9 and 10 of La Vista Tract on
Record of Survey on file in Book 8 page 98 of Records of Survey in
the office of the County Recorder of the County of Riverside;

EXCEPTING therefrom the following described parcel: That portion of
Block "M" of Elsinore, as shown by map on file in Book 4 page 174 of
Maps in the office of the County Recorder of the County of San Diego,
described by metes and bounds as follows:  Beginning at the intersec-
tion of the Southwesterly line of Palomar Street, with the Northwest-
erly line of the property conveyed to Frank P. Fletcher and A. C. Long
by Deed recorded November 22, 1922 in Book 575 page 380 of Deeds in
the office of the County Recorder of the County of Riverside; thence
South 33° 44' West on the Northwesterly line of said property conveyed
to Frank P. Fletcher and A. A. Long, 452 feet; thence Northwesterly
and parallel to the Southwesterly line of Palomar Street, 386 feet; thence
Northeasterly and parallel to the Northwesterly line of the property
conveyed to Frank P. Fletcher and A. C. Long to the Southwesterly line
of Palomar Street; thence Southeasterly on the Southwesterly line of
Palomar Street, 386 feet to the point of beginning;

Said Property is also shown as a portion of Lots 9 and 10 of La Vista
Tract on Record of Survey on file in Book 8 page 98 of Records of Survey
in the office of the County Recorder of the County of Riverside.

10745

1  This land has two wells, which are used for irrigation; approximate-

2  ly fifteen (15) acres are tillable, consisting of about seven and a

3  half (7½) acres of alfalfa land and about seven and a half (7½)

4  acres of grass pasture. The pasture land can be used for grazing of

5  cattle and for raising turkeys, chickens and fowl. Defendants have

6  irrigated this land in the past and water for this purpose has been

7  obtained by pumping directly from the wells, which are on the

8  property.

II.

10     Defendants claim the right to use sixty (60) acre feet

11  of water per year from the wells on this land. Also the right to

12  drill other wells if needed.

18     WHEREFORE, these defendants pray that plaintiff take

19  nothing against them by reason of the Complaint and Supplementary

20  and Amendatory Complaint on file herein; that said Complaint be

21  dismissed as against these defendants; that defendants' right to

22  water, as hereinabove set forth, be quieted as against the plain-

23  tiff and against all other defendants in this action; and for such

24  other and further relief as the Court may deem proper.

25  *Gurney Edgar Paule*

26  *Florence R. Paule*

28  *Gurney G. Paule*

29          Defendants in propria persona

32  Dated: May 15, 1958.

10746