FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. Kuranfung DEPUTY CLERK

LAWRENCE KIRK & MARGUERITE KIRK AND KATHERINE K, PETERSEN
Defendants in propria persona
1191 Riverview Drive
Fallbrook, California.

6565 N. Muscatel
San Gabriel, California.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

LAWRENCE KIRK
MARGUERITE KIRK
KATHERINE K. PETERSEN

The defendants, LAWRENCE KIRK, MARGUERITE KIRK and KATHERINE K. PETERSEN each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own approximately 14 acres of land in San Diego County County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

The answering defendants own approximately 14 acres of land as described in Exhibit " A " attached. Approximately 7½ acres are planted to fruit trees, varying in age up to 26 years. Four additional acres are suitable for growing the same type of crops. The balance consists of roads and untillable lands.

A small stream flows partially underground across this property, and two wells on the property are supplied with percolating water from this stream. Sufficient water has been available in the past from these wells for domestic purposes, and to irrigate approximately one half of the present planting. The total present planting requires supplementing water from the Fallbrook Public Utility District, largely because the Defendants' present reservoir is inadequate to utilize the flow characteristics of these wells to best advantage.

Defendants claim riparian rights to 15 acre feet of water per annum from the above mentioned stream and wells.
Defendants claim all the rights of overlying landowners and to waters that may originate on or cross their land.

Defendants claim the right to drill wells and to exercise water reclamation and conservation practices as are now or may be known.

Defendants herby incorporate the same as though set forth herein in full, all of the Affirmative Defenses of The Fallbrook Public Utility District on file in these proceedings.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quited as against the plaintiff and against all other defendants in this action; that adequate damages be awarded us, to reimburse us for the cost of preparing and prosecuting our defense, to alleviate the grevious physical, moral and mental suffering inflicted upon us by reason of this attempted usurpation of property rights; and for such other and further relief as the Court may seem proper.

Lawrence A. Nink [signature]

Marguerite Nink [signature]

Katherine K. Petersen [signature]

Defendants in propria persona

Dated; May 15, 1958.

EXHIBIT "A"

Property Description

PARCEL 1: That portion of the Southwest Quarter of the Northeast Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United State Government Survey approved April 21, 1890, described as follows:

Beginning at a point in the centerline of the County Road, as said road is described in the deed from Raymond Wayman and Mary P. Wayman, to County of San Diego, dated May 11, 1923 recorded in Book 751, page 310 of Deeds, in the office of the County Recorder of San Diego County, at the Northwesterly corner of the land conveyed to Stanley S. Evans and Marie V. Evans, husband and wife, by deed dated July 24, 1924 and recorded in Book 1029, page 113 of Deeds,in the office of the County Recorder; thence Southeasterly along the center line of said road, as described in Deed Book 751, page 310, a distance of 193.4 feet; thence at right angles to the center line of said road, North 80° 36' East 20 feet to the Easterly line of said road; thence Northeasterly along a 17° curve concave to the Southeast, to a point on the Northerly line of the land so conveyed to Evans at Book 1029, page 113 of Deeds, distant theron South 89° 45' East 224.52 feet from the point of beginning; Thence North 89° 45' West along the Northerly line of the land so conveyed to Evans at Book 1029, page 113 of Deeds, a distance of 224.52 feet to the point of beginning.

Also that portion of the Northeast Quarter of Section 17, Township 9 South, Range 3, West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United State Government Survey approved April 21, 1890, described as follows:

Beginning at a point on the North line of the South Half of the Northeast Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Base and Meridian, distant theron 330 feet Westerly from the East line of said Section 17, said point being also the Northeast

10751

corner of a tract of land conveyed by Edwin L. Sabin and wife to Robert R. Hood by deed Dated May 1, 1930 and recorded in the office of the County Recorder in Book 1775, page 114 of Deeds; thence North 250 feet; thence Westerly and parallel with the North line of the South Half of the Northeast Quarter of said Section 17 a distance of 1652.71 feet; thence Southerly in a straight line to the Northwest corner of the said tract of land conveyed by Edwin L. Sabin and wife to said Robert G. Hood; thence Easterly along the North line of said South Half of the Northeast Quarter of Section 17 being along the North line of said tract so conveyed to the said Hood, 1510.71 feet, more or less to the point of beginning.

Also the North 5 acres of the North 10 acres of the West 30 acres of the Southeast Quarter of the Northeast Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California.

Also that portion of the Southwest quarter of the Northeast Quarter of said Section 17 lying North of the Westerly prolongation of the South line of the North 5 acres above described, and Easterly of the Easterly line of a 40 foot right of way for road purposes granted by Raymond Wayman and Mary P. Wayman, husband and wife, to the County of San Diego by deed dated May 11, 1923 and recorded in Book 751, page 310 of Deeds, the center line of said right of way being described as follows:

Commencing at a point 20 feet West of the Southwest corner of the Southeast Quarter of the Northeast Quarter of said Section 17, in Township 9 South, Range 3 West; thence North 33° West 145 feet; thence ———— North 4° 50' West 97.6 feet; thence North 1° 10' West 70 feet; thence North 3° West 220.2 feet; thence North 9° 24' West 324.4 feet; thence North 30° 58' West 143.4 feet; thence North 44° 40' West 313 feet, more or less, to the North line of the Southwest Quarter of the Northeast Quarter of the above described Section, Township and Range.

EXCEPTING therefrom that portion of the South Half of the Northeast ~~Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino~~

Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved April 21, 1890, described as follows:

Beginning at the Southeast corner of the North 5 acres of the West 30 acres of the Southeast Quarter of said Northeast Quarter; thence along the South line of said North 5 acres and its Westerly prolongation North 89° 52' 15" West 1104.31 feet being a point in a curve concave Southeasterly having a radius of 500 feet, the radial line of said curve bears North 44° 27' 10" West through said point; thence Northeasterly along said curve 14.47 feet to a point distant 10 feet North at right angles to said Westerly prolongation of the South line of said North 5 acres; thence parallel with said Westerly prolongation of the South line of said North 5 acres, and the South line of said North 5 acres, South 89° 52' 15" East 653.64 feet; thence North 41° 53' East 152.56 feet; thence North 81° 36' East 61.08 feet; thence South 24° 32' East 135.19 feet to the North line of the South 10 feet of said North 5 acres; thence theron South 89° 52' 15" East 221.93 feet to the East line of said West 30 acres of Southeast Quarter of Northeast Quarter; thence theron South 0° 55' West 10 feet to the point of beginning.

ALSO EXCEPTING from said Northeast Quarter of Section 17, Township 9, South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, that portion therof described as follows:

Commencing at a point on the North line of the South ½ of the Northeast Quarter of Section 17, distant theron 89° 52' 15" West, 338.07 feet (Record 330 feet West) from the East line of said Section 17, being the Northeast corner of a parcel of land conveyed to Robert R. Hood by deed dated May 1, 1930 and recorded in Book 1775, page 114 of Deeds, Records of San Diego County; thence North 250.00 feet; thence North 89° 52' 15" West, parallel with the North line of said South half of the Northeast Quarter, a distance of 330.51 feet, to the true

point of beginning; thence South 66° 44' West, 54.80 feet; thence South 86° 21' West 22.55 feet; thence South 60° 05' West 44.81 feet; thence South 41° 48' West 36.37 feet; thence South 26° 01' West 80.85 feet; thence North 58° 01' West 32.22 feet; thence North 21° 56' East 46.75 feet; thence North 68° 38' West 20.90 feet; thence North 13° 10' East 39.91 feet; thence North 24° 18' West 256.30 feet to an intersection with a line drawn parallel with the North line of said South Half of the Northeast Quarter through the true point of beginning; thence South 89° 52' 15" East, along said parallel line 747.27 feet to the true point of beginning.

PARCEL2:

That portion of the Southwest Quarter of the Northeast Quarterof Section 17, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved April 21, 1890, described as follows:

Beginning at the Southeast corner of the North 5 acres of theWest 30 acres of the Southeast Quarter of said Northeast Quarter; thence along the South line of said North 5 acres and its Westerly prolongation North 89° 52' 15" West 1104.31 feet to the true point of beginning; being a point in a curve concave Southeasterly having a radius of 500 feet, the radial line through said point bears North 44° 27' 10" West; thence Southwesterly along said curve 207.28 feet tp the Easterly line of a 40 foot right of way for road purposes conveyed by Raymond Wayman and Mary P, Wayman to the County of San Diego by deed recorded in Book 751, page 310 of Deeds; thence along said Easterly line North 30° 58' West 43.77 feet to an angle point therein and North 44° 40' West 15.37 feet to the Easterly line of the parcel of

10754

land conveyed to Robert G. Hood and Ruby Lee Hood by deed recorded in Book 63, page 476 of Official Records; thence along said Easterly line land of Hood Northeasterly along a 17° curve concave to the Southeast to a point on the Northerly line of the tract of Land conveyed to Stanley S. Evans, et ux, by deed recorded in Book 1029, page 113 of Deeds, distant thereon South 89° 52' 15" East 224.52 feet from the center line of said 40 foot right of way conveyed to County of San Diego; thence along said Northerly line of land of Evans South 89° 52' 15" East 73.13 feet to the true point of beginning.

PARCEL 3:

An easement for road purposes over a strip of land 7.50 feet in width lying Southeast and adjoining the Southeasterly line of said parcel 2, above described.

Reserving an easement and right of way for road, public utility and water pipe line purposes over and across a strip of land 15.00 feet in width, lying 7.50 feet on eachside of the following described center line:

Beginning at the most Southerly corner of Parcel 2 above described, being a point on the arc of a curve concave South-easterly having a radius of 500.00 feet the center of which bears South 68° 12' 20" East from said point; thence Northeasterly along said curve through a center angle of 26° 38' 10" for a distance of 232.44 feet; thence North 48° 25' 50" East, tangent to said curve, 174.77 feet to an intersection with the Northerly boundry of Parcel 1 above described.