FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. Kiesling
 Deputy Clerk

1  FRED M JONES AND GRACE R. JONES
   Defendants in propria persona
2  416 N. Horne Street
   Oceanside, California.
3

4              IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                     SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,         )    CIVIL NO. 1247 - SD - C
8                                    )
                Plaintiff,           )    ANSWER OF DEFENDANTS
9                                    )
        v.                           )    FRED M. JONES AND
10                                   )    GRACE R. JONES
   FALLBROOK PUBLIC UTILITY          )
11 DISTRICT, ET AL,                  )
                                     )
12              Defendants,          )

13     The defendants, FRED M. JONES AND GRACE R. JONES,

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17       ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT
18
       These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25

26              AFFIRMATIVE STATEMENT OF RIGHTS

27     These defendants own 200 acres of land in San Diego

28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.

32

## EXHIBIT A

The description of this land is:

The South Half of the Southwest Quarter of Section 28 Township 8 South, Range 4 West. San Bernardino Meridian, in the County of San Diego, State of California; the West Half of the Northwest Quarter of Section 33, Township 8 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California; the Northwest Quarter of the Southwest Quarter of Section 33, Township 8 South, Range 4 West, San Bernardino Meridian, County of San Diego, State of California.

**CO-OPERATIVE EXTENSION WORK**
**IN**
**AGRICULTURE AND HOME ECONOMICS**
State of California

University of California
United States Department of
Agriculture and County of
San Diego, co-operating.

University of California
Agricultural Extension Service

BLDG. 1, 4005 ROSECRANS
SAN DIEGO 10, CALIFORNIA
TELEPHONE CYpress 8-4181, EXT. 271

TO WHOM IT MAY CONCERN:

The soil type on a 200-acre block of land in the De Luz area has been requested by the owners of this property, Mr. Fred M. and Mrs. Grace Jones, who reside at 416 North Horn, Oceanside, California. The property that is listed in three parcels is as follows:

> 40-acre block, northwest quarter of southwest quarter of Section 33 in Township 8 and Range 4 west; 80 acre block, west half of northwest quarter of Section 33 of Range 4 west, Township 8; 80-acre block, south half of souhwest quarter of Section 28 of Township 8 south and Range 4 west, all of which are located in the De Luz area.

The soil in this area has not been positively identified, but from its texture, is of the granitic type with medium depth and medium water-holding capacity. This land is located in an area largely frost-free. It should be suitable to many crops where adequate water is available. This soil, which ranges from 12- to 36-inch depth, would support most of the vegetable crops, along with the subtropical fruits, such as citrus and avocados.

The water requirements would range from approximately 3 feet for the subtropicals and as high as 5 to 7 feet for a double crop vegetable program.

If further information as to the desirable crops and production problems is desired regarding this parcel of land, I would be happy to elaborate on each where requested.

Yours very truly,

UNIVERSITY OF CALIFORNIA
Agricultural Extension Service

Bernarr J. Hall
Farm Advisor

BJH:hh

1  The northwest corner of this parcel of land extends into the
   creekbed of the south branch of the DeLuz Creek, for which we
2  claim riparian rights;  Also two seasonal streams that drain into
   the DeLuz Creek for which we claim riparian rights.
3

4  We bought this parcel of land with plans of developing and plant-
   ing approximately forty acres to truck crops and approximately
   one hundred sixty acres to avocados and citrus for which we claim
5  right to approximately 800 acre feet of water for which we intend
   to drill wells and build a check dam on the stream that crosses
6  this parcel of land.

7  We have not been able to do anything toward the development as
   yet, as I (Fred M. Jones) have been totally disabled as a result
8  of an Industrial accident.  We intend to develope this property
   in the future as soon as I (Fred M. Jones) am able..
9

10 We are in agreement with the geologic report from the University
   of California Agricultural Extension Service.

18         WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*[signature: Fred M. Jones]*

*[signature: Grace R. Jones]*

Defendants in propria persona

32 Dated:
   May 16, 1958