Bryant M. Harmon and S. Jane Harmon
Defendants in propria persona
2827 Putnam Street
Los Angeles, 39 California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )  CIVIL NO. 1247 - SD - C
        Plaintiff,  )  ANSWER OF DEFENDANTS
  v.  )  Bryant M. Harmon and
FALLBROOK PUBLIC UTILITY  )  S. Jane Harmon
DISTRICT, ET AL,  )
        Defendants,  )

The defendants, Bryant M. Harmon and S. Jane Harmon each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 88.5 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED                                                            10763

FILED MAY 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

EXIBIT   A

Lots 3 and 2 in section 5 township 9 south range 3 west
San Bernardino Base and meridian, according to United States
Government Survey approved April 21, 1890.

*Bryant M. Harmon*
*S. Jane Harmon*

10764

This land is entirely tillable. We intend to plant Avacado and Lemon trees on it. We willneed four acre feet of water per acre for irrigation. Eventually we will require 354 acre feet of water per year.

we are prepared to let United States Government representatives survey the property to prove our claim for water.

Thers are possibilities of developing springs on this property to get water.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Bryant M. Harmon*
*S. Jane Harmon*
Defendants in propria persona

Dated:
May 15 1958