Mrs Evelyn T. Hansen,
Defendants in propria persona
215 E 53rd Street
Los Angeles 11 California

FILED
MAY 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M D Busby
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants, Mrs Evelyn T. Hansen, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS
These defendants own 160 acres of land, more or less, in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10766

1  The description of the land owned by me in the
2  West end of Chihuahua Valley is to my best knowledge
3  as follows: It consists of 160 acres of land more or less.
4  It was taken from the United States Government as a
5  homestead. It is the N½ of the S.W.¼ and the N½ of the
6  N.W.¼ Section 16 Range 9-3 East of the San Bernardino
7  Meridian. There are 50 or 60 acres of cleared land
8  which is fine for grain, hay, vegetables and fruit.
9  To the present time have not used the water for
10 irrigation but for domestic use primarily, but do not
11 wish to waive my right to water for irrigation
12 purposes in event such use of my land is desirable
13 I claim 180 acre feet per year of water for irriga-
14 tion also right to drill wells to furnish the water
15 There are no rivers or creeks on the property.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Mrs Evelyn T Hansen

215 E. 53rd St. Los Angeles 11 Cal.

Defendants in propria persona

Dated: 5-19-58

10767