FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. _____ Deputy

FRANCIS C. GILLAN and HAZEL M. GILLAN
**Defendants in propria persona**
325 W. Fig St.
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
        Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
FRANCIS C. GILLAN AND
HAZEL M. GILLAN

The defendants, FRANCIS C. GILLAN and HAZEL M. GILLAN, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

      ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

             AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own a lot of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

    A portion of the South half of Block 102 of West Fallbrook in
    the County of San Diego, State of California according to the
    Map thereof No. 743, filed in the office of the Recorder of
    said San Diego County, March 6 1893, described as follows:

COPY RECEIVED

10768

    Beginning at the southwest corner of said block 102; thence easterly along the south line of said block 72 feet; thence north and parallel to the west line of said block 104.78 feet; thence west and parallel to the south line of said block 72 feet to a point on the west line of said block; thence south 104.78 feet, more or less, to the point of beginning.

II

    Defendants claim all the right of overlying land owners and to water which may originate in or may be found, on, or under, or which may cross their land.

    Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

    Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

    Defendants claim all the above for all lands in which they have any financial interest whatsoever.

    WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Francis C. Gillan*

*Hazel M. Gillan*

Defendants in propria persona
325 W. Fig St.
Fallbrook, California

Dated: May 16, 1958