**F I L E D**

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M D Kersling
          Deputy Clerk

1    Carl E. Fulcomer and Marie Fulcomer
2    Defendants in propria persona
     315 West Dougherty Street, Fallbrook, California
3

4                IN THE UNITED STATES DISTRICT COURT

5                  SOUTHERN DISTRICT OF CALIFORNIA

6                        SOUTHERN DIVISION

7
8    UNITED STATES OF AMERICA,          )    CIVIL NO. 1247 – SD – C
                                        )
9                      Plaintiff,       )    ANSWER OF DEFENDANTS
                                        )
10         v.                           )    Carl E. Fulcomer
                                        )         and
11   FALLBROOK PUBLIC UTILITY           )    Marie Fulcomer
     DISTRICT, ET AL,                   )
12                                      )
                       Defendants,      )
13        The defendants,  Carl E. Fulcomer and Marie Fulcomer

14   each severing from their co-defendants and each for himself or her-

15   self alone, in answer to the Complaint and Supplementary and Amenda-

16   tory Complaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT
18

19          These answering defendants hereby incorporate by reference

20   all of the allegations contained in the answer to said Complaint and

21   Supplementary and Amendatory Complaint filed in this case by Newton

22   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23   of the portion thereof entitled "Affirmative Statement of Rights")

24   and make each and all of said allegations a part of this answer

25   the same as if herein set forth at length.

26              AFFIRMATIVE STATEMENT OF RIGHTS

27          These defendants own  1  acres of land in  San Diego

28   County, California, and within the watershed of the Santa Margarita

29   River, more particularly described in the document attached hereto,

30   marked Exhibit A, which is hereby incorporated by reference as a

31   part of this statement.

32   <u>Exhibit A</u> - Copied from Grant Deed
     The West 200 feet of the East 522.87 feet of the North 217.80 feet of the South
     237.80 feet of Lot 4 in Section 13, Township 9 South, Range 4 West, San Bernardino
     Meridian, in the County of San Diego, State of California, according to United
     States Government Survey approved June 11, 1880.

                                                        10769

COPY RECEIVED

1    Our Water Rights we claim for 1 acre of land with a variety of

2  Avocada, Citrus and Fruit Trees, large garden, strawberry and berry patch.

3  On the acre is a 3 Bedroom dwelling as well as small 1 bedroom rental cottage.

4    In the future we reserve the right to divide into 2 additional lots

5  for residential dwellings.

17    WHEREFORE, these defendants pray that plaintiff take

18  nothing against them by reason of the Complaint and Supplementary

19  and Amendatory Complaint on file herein; that said Complaint be

20  dismissed as against these defendants; that defendants' right to

21  water, as hereinabove set forth, be quieted as against the plain-

22  tiff and against all other defendants in this action; and for such

23  other and further relief as the Court may deem proper.

*Carl E. Fulcomer*

*Marie Fulcomer*

Defendants in propria persona

Dated: May 17, 1958

10770

*Carl E. Fulcomer*
315 *W. Dougherty St.     Fallbrook, Calif.*

EXHIBIT A — COPIED FROM GRANT DEED

The West 200 feet of the East 522.87 feet of the North 217.80
feet of the South 237.80 feet of Lot 4 in Section 13, Township 9
South, Range 4 West, San Bernardino Meridian, in the County of San Diego
State of California, according to United States Government Survey
approved June 11, 1880.

10771