F I L E D

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

Walter E. Dethlefs and Mary E. Dethlefs
Defendants in propria persona
410 So. Main Street, Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,                 )   CIVIL NO. 1247 - SD - C
                Plaintiff,        )   ANSWER OF DEFENDANTS
    v.                                    )
FALLBROOK PUBLIC UTILITY                  )   Walter E. Dethlefs
DISTRICT, ET AL,                          )      and
                Defendants,       )   Mary E. Dethlefs

    The defendants, Walter E. Dethlefs and Mary E. Dethlefs etc. each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
               AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

             AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 16 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10772

The Southeast Quarter of the Northeast Quarter of Section 8 Township 9 South, Range 3 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879.

EXCEPTING therefrom that portion described as follows:

Beginning at the Southwest corner of the said Southeast Quarter of the Northeast Quarter; thence North 0° 45' 40" West along the West line thereof 1301.25 feet to the Northwest corner thereof; thence along the North line North 89° 05' East 496.18 feet; thence South 30° 09' West 531.81 feet; thence South 30° 09' East 343.70 feet; thence North 69° 12' 05 East 951.10 feet; thence South 39° 53' 30" East 125.61 feet to the East line of said Section 8; thence South 0° 06' 10" East along said line 571.45 feet; thence North 89° 51' 40" West 262.23 feet; thence South 31° 17' 35" West 258.23 feet to a point on the South line of said Southeast Quarter of the Northeast Quarter; distant thereon 395.75 feet Westerly from the Southeast corner thereof; thence along said Southerly line 958.71 feet to the point of beginning.

Defendants claim all riparian rights to all waters percolating through their land, whether from springs or streams or wells, etc. and to take water from the land--whether for domestic, industrial, commerical or irrigation purposes. Water has been drawn for domestic and irrigation uses from the Santa Margarita River and its tributaries and we claim the right to continue to do so in sufficient quantities to develop the entire acreage for avocados, citrus, family fruit, homes and gardens.

Defendants claim the right to use sixty-four (64) acre feet of water per year, from the Santa Margarita River and its tributaries.

NOTE ( The Underground Water Resources Authority of Camp Pendleton are now in the process of surveying this property.)

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Walter E. Dethlefs*

*Mary E. Dethlefs*
Defendants in propria persona

Dated: May 12-1958

10773