FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ M. D. Kusling
         Deputy Clerk

FRANK J. BRAND and MABEL E. BRAND
Defendants in propria persona
1840 East Gum Tree Lane,
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,         )   CIVIL NO. 1247 - SD - C
                                  )
                    Plaintiff,    )   ANSWER OF DEFENDANTS
                                  )
         v.                       )   FRANK J. BRAND  AND
                                  )   MABEL E. BRAND
FALLBROOK PUBLIC UTILITY          )
DISTRICT, ET AL,                  )
                                  )
                    Defendants,   )

The defendants, FRANK J. BRAND and MABEL E. BRAND, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2½ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10774

1   Defendants, owners of two and one-half (2-1/2) acres of tillable
2 land claim all rights of an overlying landowner and the right to use any
3 water which later may originate or cross their land. Defendants further
    reclamation and
4 reserve the right to drill wells and practice water/conservation practices
5 are now or may be known. Defendants claim a share and equitable portion
6 of the benefits of all the water rights of the Fallbrook Public Utility
7 District to which they pay taxes.

18   WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*[signature] Frank Brand 5/16/58*

*[signature] Mabel E. Brand*

Defendants in propria persona

Dated: 5/16/58

10775

"EXHIBIT A"

All that portion of the Southwest Quarter of the Southwest Quarter of Section 17, Township 9 South, Range 3 West, S.B.M., in the County of San Diego, State of California, described as follows:

Beginning at a point on the South line of said Section 17, distant thereon South 89° 56' East, 994.78 feet from the Southwest corner thereof; thence North 23° 45' 20" West, 488.78 feet to the Southwesterly corner of a parcel of land conveyed to Hale B.Eubanks and wife by deed dated July 19, 1950 and recorded in Book 3735 page 278 of Official Records; thence South 89° 56' East along the South line of said land, 354.65 feet to the Westerly line of land conveyed to Virgil B.Dew by deed dated March 23,1948 and recorded in Book 2783 page 377 of Official Records; thence South 2° 23' West along the Westerly line of said Dew's land, 447.52 feet to the aforesaid South line of said Section 17; thence North 89° 56' West along said South line, 139.15 feet to the point of beginning.

10776