FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

1  LOUIS BOEN
   Defendants in propria persona
2
   1810 East Mission Road
3  Fallbrook, California

4              IN THE UNITED STATES DISTRICT COURT
5                SOUTHERN DISTRICT OF CALIFORNIA
6                      SOUTHERN DIVISION

7  UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
8                                   )
              Plaintiff,            )   ANSWER OF DEFENDANTS
9                                   )
        v.                          )   ANSWER TO COMPLAINT AND
10                                  )   SUPPLEMENTARY AND AMENDATORY
   FALLBROOK PUBLIC UTILITY         )        COMPLAINT OF
11 DISTRICT, ET AL,                 )        LOUIS BOEN
                                    )
12            Defendants,           )

13     The defendants, LOUIS BOEN
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
       These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
              AFFIRMATIVE STATEMENT OF RIGHTS
26
       These defendants own 2.19 acres of land in San Diego
27
   County, California, and within the watershed of the Santa Margarita
28
   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31

32
                                                        10777

COPY RECEIVED

EXHIBIT A.

Parcel # 1.

That portion of the Southwest Quarter of the Southwest Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows:

Commencing at a point on the Northerly line of said Southwest Quarter of the Southwest Quarter, distant thereon South 89 50'30" East 522.60 feet from the Northwest corner of said Southwest Quarter of the Southwest Quarter, said point being the Northeast corner of a tract of land conveyed to William N. Davis and wife, by deed dated August 26, 1941, and recorded in Book 1260, page 68 of Official Records; thence continuing along said Northerly line South 89 50'30" East, 403.14 feet to the Northerly terminus of the center line of a 40 foot strip of land described in Parcel 2, in deed to C. M. Hunter and wife, dated November 20, 1951, and recorded in Book 4327, page 382 of Official Records; thence South 6 05' West along said center line 342.28 feet to an angle point in the Westerly line of a tract of land conveyed to Jack J. Cope, et ux, by deed recorded September 3, 1954, in Book 5353, page 1 of Official Records, being the true point of beginning; thence North 72 33'30" West 62.52 feet to an angle point therein; thence North 43 46'30" West 205.20 feet to an angle point therein; thence North 79 04'30" West 153.50 feet to the West line of the land conveyed to H. A. Croonquist, et ux, recorded December 29, 1949 in Book 3425, page 353 of Official Records; thence along said Westerly line of Croonquist land South 5 42'30" East 203.60 feet to an angle point therein; thence continuing along said West line and its Southerly prolongation South 33 09'30" East 309.28 feet to the center line of U. S. Highway No. 395; thence along said Center line North 71 16'30" East 82.57 feet to the beginning of a tangent curve concave to the South, in said center line, having a radius of 300 feet; thence Easterly along said curve, a distance of 19.93 feet to the Southwesterly corner of the land conveyed to Jack J. Cope, et ux, by deed recorded September 3, 1954 in Book 5353, page 1 of Official Records; thence North 18 05' East along the Westerly line of said Cope land 242.21 feet to an angle point therein; thence North 72 33'30" West 19.34 feet to the true point of beginning.

Parcel #2.

An easement for road purposes over a strip of land 40 feet in width the center line of which is described as follows:

Beginning at the center line of the Northerly terminus of said easement as described in Parcel 2 in deed to C. M. Hunter and wife, dated November 20, 1951 and recorded in Book 4327, page 382 of Official Records; thence South 6 05' West, 347.34 feet; thence South 18 05' West 243.17 feet, more or less, to a point in the center line of CHC Mission Road 1-C and known as Old State Highway 395.

EXCEPTING therefrom that portion included within the boundaries of Parcel 1.

---------------

Amended
2-21-55
102506-J

10778

1  Defendant claims all riparian rights to water percolating through
   his land, whether from springs or streams or wells etc., and to
2  take water from the land -- whether for domestic, industrial,
   business or irrigation purposes. He has a Home, a Garden and
3  Family Fruit trees as well as a Grove of about 200 Avocado trees,
   for the support of which he claims 11 acre-feet of water.
4
   An intermittent stream runs through his land, from which he claims
5  the right to use whatever water there may be. He also reserves
   the right to construct a dam, to store surplus water, and to put
6  down a well and pump.

7  In addition to the claim and uses as herein made, the defendant
   claims all the rights of overlying landowners to any water which
8  may originate in or under or cross his land. Defendant claims
   the right to drill and dig wells and exercise water reclamation
9  and conservation practices as now or may be known.

10 Defendant hereby incorporates the same as though set forth herein
   in full all of the Affirmative Defenses of the Fallbrook Public
11 Utility District on file in these proceedings.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Louis Boen_
Louis Boen

Defendants in propria persona
1810 East Mission Road
Fallbrook, California

Dated: May 8, 1958

10779