*Ray M. Tuttle & Juanita Tuttle*
Defendants in propria persona
1126 Marine Ave, Wilmington, Calif

FILED
MAY 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *M O Kiesling*
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>　　　　　Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>*Ray M Tuttle and Juanita Tuttle* |

The defendants, *Ray M. Tuttle & Juanita Tuttle* each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

　　　ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
　　　　　　AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

　　　　　AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 3 acres of land in *San Diego* County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10780

We are using about 72,000 gal. of water a year. We are watering about 1/3 of an acre. Our trees are young and will need a great deal more water as they mature. We have about 1½ acres of growing soil and plan to plant it to lemons or avacados. We would like to claim the percolating water and at some latter day drill a well. We are requesting the Government Water Resources Survey.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Ray M. Tuttle*

*Juanita Tuttle*

Defendants in propria persona

Dated: 5/14/58

10781

Exhibit A

All that portion of the south east quarter of the northeast quarter of Section 11, Township 9 South, Range 3 West SBBM in the county of San Diego, State of California      10787