

FILED

MAY 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M O Kiesling
    DEPUTY CLERK

WILLIAM H. PAPENHAUSEN and MARY PAPENHAUSEN
*KATHRYNEN CASTOR and (CARL CASTOR DECEASED)
Defendants in propria persona
P.O. Box 764
Fallbrook, California
*22 North Thorp
Kansas City, Kansas

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )  CIVIL NO. 1247 - SD - C
                         )
          Plaintiff,     )  ANSWER OF DEFENDANTS
                         )  William H. Papenhausen and
     v.                  )  Mary Papenhausen, Kathrynen
                         )  Castor
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL,         )
                         )
          Defendants,    )

The defendants, William H. Papenhausen and Mary Papenhausen, Kathrynen Castor and (Carl Castor Deceased) each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 40 acres of land in San Diego and also a Trust Deed in Fallbrook County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10783

1  Forty acres of avocado land. Ten acres under irrigation now.
2  We are using water from well and spring and expect to put
   down another well in the near future. We are asking four and
3  two tenth acre feet per acre on forty acres and three acre
   feet on three quarter acres for home and avocado's, on which
   we hold a trust deed.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*William H Papenhausen*
*Mary Papenhausen*
*Katherine Casier*

Defendants in propria persona

Dated: 5-16-58

10784

EXHIBIT "A"             "TRUST DEED"

Beginning at a point in the South line of said Acreage Lot 2, distant South 89.18'30" East, 53.63 feet from the Southwest corner of said Acreage Lot 2; thence parallel with the West line of said Acreage Lot 2 and its Northerly prolongation North 0.43'45" East, 188.52 feet to the center line of said Arlington Street; thence along said center line South 89.14'15" East, 144.52 feet to the Northwest corner of land conveyed to Clements by deed recorded May 22, 1952, as Instrument No. 62806; thence along a line parallel with the Northerly prolongation of the West line of said Acreage Lot 2 and along a line parallel with said West line of Acreage Lot 2, being along the West line of said Clements land, South 0.43'45" West, 188.38 feet, more or less, to the South line of Said Acreage Lot 2; thence along said South line North 89.18'30" West, 144.52 feet to the point of beginning.

"FORTY ACRES"

and Parcel 1:

Lot 3 (Southwest Quarter of Northwest Quarter) of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved April 21, 1890; Excepting therefrom the North 615 feet of the East 40 feet thereof.

Reserving an easement for road purposes over that portion of the above described land, lying in the East 40 feet of said Lot 3.

10785