William Sylvester Mardock.
Defendants in propria persona
Aguanga California.

FILED
MAY 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. L. _____
  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>  Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>William Sylvester Mardock. |

The defendants, William Sylvester Mardock. each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 80 acres of land in San Deigo. County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10786

I wish to claim sufficient water for domestic purposes which suplied at present by two (2) springs located on my property, and additional well water to irrigate thirty (30) acres of land which is suitable for alfalfa, orchards etc.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

William Sylvester Masderks

Defendants in propria persona

Dated: 5-16-58

EXHIBIT A

North One Half N½ of the Southwest Quarter SW¼ of Section Ten Township Nine South Range Three East San Bernardino Base and Meridian. Located in Chihuahua Valley Northeast San Diego County

10788