Fred C. Holland and Helen S. Holland
Defendants in propria persona
General Delivery, Anza, California

FILED
MAY 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>            Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>Fred C. Holland<br>Helen S. Holland |

The defendants, Fred C. Holland and Helen S. Holland each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
             AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

            AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 4.6 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

10760

This property is mostly rolling and brush covered, suitable for home sites and/or chicken or turkey raising. The only water available is that from a well on the property.

Defendants claim the right to all water from this well, and also claim the right to all water from two additional wells to be drilled in future to serve additional home sites.

Defendants allege that all water obtained from the existing well enters said well below the level of sixty feet from the surface. For this reason, lacking any proof to the contrary, defendants deny that water from this well, or others to be drilled on the property, contain water belonging to the Santa Margarita watershed.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*[Signature: Bud C Holland]*

*[Signature: Helen L Holland]*

Defendants in propria persona

Dated: May 17, 1958

10761

EXHIBIT A

That portion of Government Lot 4 in Fractional Section 13, Township 7 South, Range 2 East, San Bernardino Base and Meridian, described as follows:

Beginning at the Northwest corner of said Lot 4; thence Southerly on the Westerly line of said Lot, 400 feet; thence Easterly and parallel with the Northerly line of said Lot, 500 feet; thence Northerly, parallel with the Westerly line of said Lot, 400 feet to the Northerly line thereof; thence Westerly on the Northerly line of said Lot, 500 feet to the point of beginning.