UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                                  No. **1247-SD-C**          Civil

vs.                                     MINUTES OF THE COURT

FALLBROOK, etc., et al                  DATE: **May 22, 1958**

                                        AT: San Diego, California

PRESENT: Hon. **JAMES M. CARTER**, District Judge;

Deputy Clerk: **WILLIAM W. LUDDY**   Reporter: **JOHN SWADER**

Counsel for Plaintiff: **WILLIAM VEEDER AND WILLIAM BURBY, Col Robertson, Commander Dan Flynn.**

Counsel for Defendants: **Bert Buzzini, Adolphus Moskovitz, Franz Sachse, and George Stahlman.**

PROCEEDINGS: :FURTHER HEARING on governments motion respecting order of Feb. 11,1958. and HEARING deft. Fallbrooks motion of hearing to determine objections, etc.

   At 9:45 A.M. reconvene herein.
   Attorney Veeder makes statement.
   Abbott Goldberg is recalled, and testifies further.
   Exs. Nos. 1, 2, 3, and 4 are marked.
   Col. Elliott B. Robertson is called, sworn, and testifies for Government.
   ex. No. 5 is marked and received.
   Exs. 1, 2, and 4 are received, and Ex. No. 3 is withdrawn.
   Counsel stipulate re certain facts.
   GOVERNMENT RESTS ON MOTION.
   Attorney Veeder argues in support of motion.
   Attorney Sachse and Moskovitz move to strike testimony, and said motion is submitted.
   At 11:00 A.M. recess and at 11:45 A.M. reconvene.
   Attorney Veeder argues further.
   At 12, noon, recess to 2 P.M.
   At 2:15 P.M. reconvene.
   Attorney Veeder argues further in support of motion.
   The court instructs Government to submit briefs covering 8 points presented on motion, and incorporate by reference the briefs heretofore filed, said brief to be filed within 10 days, and defendants may reply thereto within 10 days thereafter.
   IT IS ORDERED that motion to strike, and Motion to reconsider order of Feb. 11,1958 stand submitted.
   IT IS ORDERED that hearing on Fallbrooks motion re objections, is continued to June 16,1958, at 10 A.M.

JOHN A. CHILDRESS, Clerk       3509