SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

F I L E D

MAY 22 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　)　　No. 1247-SD-C
　　　　　　　　　　　　　　　)
　　vs.　　　　　　　　　　　 )　　ANSWER OF DEFENDANTS
　　　　　　　　　　　　　　　)　　VERNON JAMES ROWLEY II and
FALLBROOK PUBLIC UTILITY DISTRICT, )　MARGARET HELEN ROWLEY,
a public service corporation of the)　Husband and Wife.
State of California, et al.,　)
　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　 )

　　　　Defendants VERNON JAMES ROWLEY II, and MARGARET
HELEN ROWLEY, husband and wife :

answering plaintiff's Complaint and Supplement to Complaint for

themselves alone and not for any other defendant, admit, deny

and allege as follows:

FIRST DEFENSE

I

　　　　Defendants have no knowledge or information

sufficient to form a belief as to the allegations contained

in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's

Original Complaint herein, and therefore deny all of said

allegations for want of information or belief.

II

　　　　Answering paragraph V of plaintiff's Original

Complaint herein, defendants admit the litigation

- 1 -

10903

Copy rec'd

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

The lands the defendants described in Exhibit A hereunto attached are not riparian to the Santa Margarita River or to any of its tributaries. All of said lands are irrigable and arable and overly percolating ground waters which are not a part of any stream. Defendants claim full correlative rights to the use of said percolating ground waters in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by *[signature]*
Attorneys for defendant

- 3 -

10905

1   EXHIBIT A

all that real property situated in the ............ County of..... San Diego
State of California, described as follows:

That portion of the Northwest Quarter of the Southeast Quarter of Section 13, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880, described as follows:

Beginning at the Southeast corner of said Northwest Quarter of Southeast Quarter; thence along the South line thereof, North 88° 56' 10" West, 785.71 feet to the true point of beginning; thence continuing along said South line North 89° 56' 10" West, 310.32 feet to a point in the center line of County Road Survey No. 967, said point being on the arc of a curve concave Westerly and having a radius of 250 feet, a radial line to said point bearing North 70° 03' 58" East; thence Northerly along the arc of said curve 74.79 feet; thence tangent to said curve North 37° 04' 30" West, 92.15 feet to the beginning of a tangent curve concave Easterly and having a radius of 150 feet; thence Northerly along the arc of said curve an arc distance of 93.72 feet; thence tangent to said curve, North 1° 16' 30" West, 216.83 feet to the beginning of a tangent curve concave Easterly and having a radius of 200 feet; thence Northerly along the arc of said curve an arc distance of 145.08 feet; thence tangent to said curve North 40° 31' East, 87.09 feet to the beginning of a tangent curve concave Northwesterly and having a radius of 150 feet; thence Northeasterly along the arc of said curve an arc distance of 2.42 feet to a point, a radial line to said point bearing South 50° 24' 30" East; thence South 46° 00' East, 21.64 feet; thence North 44° 00' East, 59.19 feet; thence South 69° 18' East, 296.20 feet; thence South 1° 03' 50" West, 567.07 feet to the true point of beginning.

- 4 -

10906

EXHIBIT A

**AFFIDAVIT OF SERVICE BY MAIL—(1013a, C.C.P.)**

STATE OF CALIFORNIA,
COUNTY OF __San Diego__ } ss.   No. 1247 SD C

__Franz R. Sachse__, being first duly sworn, says: That affiant, whose address is __1092 S. Main St., Fallbrook, Calif.__ is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached __Answer and Request for Admissions under Rule 36 for Defendants Vernon James Rowley II and Margaret Helen Rowley__
(Copy title of paper served)

on the __plaintiff__ in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

__Hon. J. Lee Rankin, Room 332, 325 W. F Street, San Diego, Calif.__

(Name and address as shown on the envelope)

sealed and deposited on the __20__ day of __May__, 195__8__, in the United States Mail at

__Fallbrook, San Diego, California__
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __20__ day of __May__, 195__8__

_____
Notary Public in and for said County and State

(SEAL)

Stuartt FORM 23

My Commission expires __May 25, 1961__

10906A

Beginning on the West line of said East Half of Northwest Quarter, at its intersection with the Southerly line of a certain easement for public roadway and public utility purposes, over a parcel of land 80 feet in width, conveyed to County of Riverside by Deed recorded June 21, 1932, in Book 80 page 264 of Official Records of Riverside County, California;

Thence North 33° 17' 30" East, along said Southerly line, to the beginning of a curve to the right with a radius of 1960 feet;

Thence continuing along said Southerly line and along said curve to the right, to a point on the Northwesterly line of that certain parcel of land granted to State of California, by Deed recorded September 26, 1935, in Book 254 page 285 of Official Records of said Riverside County;

Thence South 25° 58' 10" West, along said Westerly line, 60 feet;

Thence along a curve to the right with a radius of 1900 feet, through an angle of 03° 00' 50", a distance of 99.95 feet;

Thence South 61° 01' East, 1188.20 feet;

Thence North 58° 20' East, 277.23 feet;

Thence North 87° 05' East, 913.86 feet;

Thence along a curve to the right, with a radius of 700 feet; through an angle of 14° 10' 21", a distance of 173.15 feet to a point on the East line of said Northeast Quarter distant South 00° 07' 30" West, 1294.09 feet from the Northeast corner thereof;

Said last five courses and distances following along the Southerly line of said parcel of land so granted to the State of California;

EXCEPTING from all of said property an easement in favor of the public over any portion thereof included in public roads.

Said property is also shown on Licensed Land Surveyor's Map on file in Book 10 page 33 and Record Survey on file in Book 12 page 71, respectively, of Records of Survey, records of said Riverside County.

PARCEL 3:

Government Lot 1 and the Northeast Quarter of the Northwest Quarter of Fractional Section 19, Township 8 South, Range 1 East, and Government Lot 4 and the Southeast Quarter of Southwest Quarter of Fractional Section 18, Township 8 South, Range 1 East, San Bernardino Base and Meridian, as shown by United States Government Survey;

EXCEPTING therefrom that portion thereof conveyed to the County of Riverside by Deed recorded April 5, 1932, in Book 72 page 189 of Official Records of Riverside County, California.

Said property is also shown on Record of Survey, on file in Book 10 page 33 and Book 11 page 19, Records of Survey, records of Riverside County, California.