H. R. TAYLOR and CHARLOTTE C. TAYLOR
Defendants in propria persona
11313 ALCLAD Ave., Whittier, California

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  ) CIVIL NO. 1247 - SD - C
                           )
             Plaintiff,    ) ANSWER OF DEFENDANTS
                           ) H. R. TAYLOR
        vs.                ) and
FALLBROOK PUBLIC UTILITY   ) CHARLOTTE C. TAYLOR
DISTRICT, ET AL,           )
                           )
             Defendants,   )

The defendants, H. R. TAYLOR and CHARLOTTE C. TAYLOR each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 105 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described as: ~~in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.~~ Lot 8, Lot 17, Sec. 22; 9-S -2E S B M
Lot 5    Sec. 23; 9-s -2E, S.B.M.

(Oak Grove)

10910
copy rec'd

1.

1 These defendants claim the rights to
2 water on or under their land.

18    WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*H R Taylor*

*Charlotte C. Taylor*

Defendants in propria persona

Dated: MAY 22, 1958

2.

10910A