SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154
Attorneys for

**FILED**

MAY 22 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>     Defendants. | No. 1247-SD-C<br><br>REQUEST FOR<br>ADMISSIONS UNDER<br>RULE 36 |

      Defendants, VERNON JAMES ROWLEY II, and MARGARET HELEN ROWLEY, Husband and Wife, request plaintiff within twenty (20) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1. The lands described in the answer of defendants VERNON JAMES ROWLEY II, and MARGARET HELEN ROWLEY, Husband and Wife, include six (6) acres of irrigable land.

    2. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

    3. The lands described in the answer of defendants are not riparian to the Santa Margarita River or any of its tributaries.

    4. The waters underlying the lands of defendants are

- 1 -

3521

1 percolating ground waters not a part of any stream.
2     5. Defendants are the owners of the lands described in
3 their answer herein.

                      SACHSE and PRICE

                      by _[signature]_
                      Franz R. Sachse
                      Attorneys for Defendants
                      Vernon James Rowley II and
                      Margaret Helen Rowley