IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

PETER J. WEISEL, Jr.
DORIS E. WEISEL,

1459 North Fullerton Road
La Habra, California

OWen 7-3724

    Defendants.

FILED
MAY 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

UNITED STATES OF AMERICA

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,

    Defendants,

No. 1247-SD-C

ANSWER.

    Come now the defendants Peter J. Weisel, Jr. and Doris E. Weisel and for themselves alone and answering plaintiff's complaint and Supplementary and Amendatory complaint on file herein deny each and every material allegation contained therein; allege said defendants are the owners in fee of the following described residential real property; and pray that all rights of said defendants and of said real property be determined and adjudged herein.

    Real property situated in San Diego County, California described as follows:

> All that portion of Block 100 of West Fallbrook according to the map thereof No. 567 filed in the office of the Recorder of said San Diego County, October 9, 1888, described as follows: Beginning at the Southeast corner of said Block 100; thence West along the South line of said Block, a distance of 130 feet, more or less, to the Southeast corner of a portion of said Block conveyed to Ida E. Howell by deed dated September 10, 1927, and recorded in Book 1332, page 365 of Deeds, Records of said San Diego County; thence North along the East line of said land conveyed to Howell, being along a line parallel with the West line of said Block, a

10907

Copy recd

distance of 58 feet; thence East along a
line parallel with the South line of said
Block, a distance of 130 feet, more or less,
to the East line of said Block; thence
South along said East line, a distance of
58 feet, to the point of beginning.

*Peter J. Weisel Jr.*

*Rina C. Weisel*
               Defendants.

10908

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA )
)
           Plaintiff, )
)   No. 1247-SD-C
  vs. )
)   AFFIDAVIT OF SERVICE
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )   BY MAIL.
)
           Defendants. )

STATE OF CALIFORNIA, )
) ss.
County of Orange, )

      MABEL GRIM, being duly sworn, deposes and says: That affiant's business address is P. O. Box 308, La Habra, California; that affiant is a citizen of the United States, and a resident of the County of Orange; that affiant is over the age of eighteen years, and not a party to the above-entitled cause; that on May 19, 1958 affiant placed a copy of the within Answer in an envelope addressed to J. Lee Rankin, Solicitor General, Room 332, 325 West "F" Street, San Diego, California, which is the office address of the attorney for the Plaintiff in said matter, sealed envelope and deposited it in the Post Office at La Habra, California; with the postage thereon fully prepaid; that there is delivery service by United States mail at the place so addressed and there is a regular communication by mail between the place of mailing and the place so addressed.

                                                        /s/ Mabel Grim

Subscribed and sworn to before
me May 19, 1958.

_____
Notary Public in and for
said County and State.

10909