PENN W. PICKERING
NYRA H. PICKERING

Defendants in pro. per.

520 North Pickering Avenue
Whittier, California
Telephone: OXford 417451

**FILED**

MAY 22 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
       Plaintiff,  )
    v.  ) NO. 1247-SD-C
FALLBROOK PUBLIC UTILITY  ) ANSWER OF DEFENDANTS
DISTRICT et al.,  ) PENN W. PICKERING
       Defendants.  ) and NYRA H. PICKERING

    Defendants PENN W. PICKERING and NYRA H. PICKERING (sued herein as MYRA H. PICKERING), each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO ORIGINAL COMPLAINT

I

    Answering Paragraph I of the complaint, these answering Defendants deny that they, or either of them, have unlawfully, or otherwise, interfered with the rights of the United States of America.

II

    These answering Defendants are without knowledge or

1  information sufficient to form a belief as to the truth of the
2  allegations of Paragraphs II, III, and VII of the complaint.

### III

4  Answering Paragraph IV of the complaint, these answering
5  Defendants deny that these answering Defendants, or either
6  of them, have been or are encroaching upon the basin referred
7  to in said paragraph, and deny that these answering Defendants,
8  or either of them, threaten the destruction of said basin by
9  reason of salt water intrusion from the Pacific Ocean, or
10 otherwise, and deny that any acts of these answering Defendants,
11 or of either of them, constitute encroachments upstream, or
12 encroachments of any type, and deny that any wells have been
13 destroyed by reason of any act of these answering Defendants,
14 or of either of them, and deny that the entire basin, or any
15 part of it, has been or is threatened by these answering
16 Defendants, or by either of them, and deny that the activities
17 of these answering Defendants, or of either of them, have
18 reduced the quantities available to the United States of America
19 from the subterranean sources referred to in said paragraph,
20 and deny that there has been any reduction in surface flow of
21 the Santa Margarita River through any act of these answering
22 Defendants, or of either of them.  These answering Defendants
23 are without knowledge or information sufficient to form a
24 belief as to the truth of the remaining allegations of said
25 Paragraph IV of the complaint.

### IV

27 These answering Defendants are without knowledge or
28 information sufficient to form a belief as to the truth of
29 the allegations of Paragraphs V and VI of the complaint,
30 except that these answering Defendants admit that Plaintiff
31 makes the claims referred to in Paragraph VI of the complaint.
32 These answering Defendants allege that neither they, nor either

of them, nor any predecessor in interest of either or both of them, were or are parties to the adjudication suit or the stipulated judgment referred to in said Paragraphs V and VI of the complaint. These answering Defendants allege that neither said litigation nor said stipulated judgment are binding upon or in any manner affect the rights of these answering Defendants, or either of them, and allege that Plaintiff is not entitled to any rights, titles, interest, or privileges as against these answering Defendants, or either of them, by reason of said litigation or said stipulated judgment.

V

These answering Defendants admit that Plaintiff makes the claims referred to in Paragraph VIII of the complaint. These answering Defendants have no knowledge or information sufficient to enable them to form a belief as to the truth of the remaining allegations of said Paragraph VIII.

VI

These answering Defendants deny, generally and specifically, each and all of the allegations contained in Paragraph IX of the complaint.

ANSWER TO SUPPLEMENT TO COMPLAINT
(Answer to Counts I through XXI Inclusive)

I

These answering Defendants repeat and reallege, as part of this answer to the supplement to the complaint (Counts I through XXI, inclusive), each and all of the admissions, denials, and allegations contained in Paragraphs I through VI, inclusive, of their above answer to the original complaint, with like effect as if said admissions, denials, and allegations were here fully set forth.

Case 3:51-cv-01247-JO-SBC   Document 2183   Filed 05/22/58   PageID.7348   Page 4 of 8

II

These answering Defendants admit that Plaintiff makes the claims set forth in said Counts I through XXI, inclusive, of the supplement to the complaint, and admit that the exhibits mentioned in said counts are attached to the supplement to the complaint, and admit the allegations of Paragraph II of Count XIV of the supplement to the complaint.

III

These answering Defendants deny that any action or actions of these answering Defendants, or of either of them, have injured Plaintiff. These answering Defendants deny, generally and specifically, each and all of the allegations contained in Paragraphs II and III of Count XXI of the supplement to the complaint.

IV

These answering Defendants have no knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Counts I through XXI of the supplement to the complaint.

ANSWER TO AMENDMENT TO COMPLAINT

(Answer to Counts XXII through XXV, Inclusive)

I

These answering Defendants repeat and reallege, as part of this answer to the amendment to the complaint (Counts XXII through XXV, inclusive), each and all of the admissions, denials, and allegations contained in Paragraphs I through VI, inclusive, of their above answer to the original complaint and each and all of the admissions, denials, and allegations contained in Paragraphs I through IV, inclusive, of their above answer to the supplement to the complaint, with like effect as if said admissions, denials, and allegations were here fully set forth.

-4-

10914

II

These answering Defendants deny, generally and specifically, each and all of the allegations contained in Paragraphs I, II, and III of Count XXII of the amendment to complaint.

III

These answering Defendants admit that Plaintiff makes the claims set forth in Counts XXIII through XXV, inclusive, of the amendment to complaint, and admit that these answering Defendants claim the right to the use of water specified in the Affirmative Statement of Rights hereinbelow set forth. These answering Defendants deny that any claim, act, or manner of exercise of rights to the use of water of these answering Defendants, or of either of them, has invaded, or invades, any rights of Plaintiff. Except as hereinabove expressly admitted, these answering Defendants deny, generally and specifically, each and all of the allegations contained in Paragraph II of Count XXV of the amendment to complaint.

IV

These answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in said Counts XXII through XXV, inclusive, of the amendment to complaint.

AFFIRMATIVE STATEMENT OF RIGHTS

I

These answering Defendants own forty-two (42) acres of land situated within the water shed of the Santa Margarita River, and within the County of Riverside, State of California, more particularly described as follows:

    Lots 6, 7, 14, 15, and 23 of Sedco Tract
    No. 1, as shown by Map Book 10, pages 58 through 75,

inclusive, records of said county, excepting the portion included in the State Highway running through said land. Said land is riparian to Bundy Canyon Wash, an intermittent stream which is tributary to the Santa Margarita River, and said land is thereby riparian to the Santa Margarita River. Said land is tillable, irrigable, and suitable for agricultural purposes, including (but not limited to) the growing of grain, the growing of citrus, the grazing of livestock, and the raising of turkeys, chickens, or fowl. These answering Defendants have irrigated portions of said land in the past; at present approximately nineteen (19) acres of said land are being irrigated and used for growing citrus, approximately eleven (11) acres of said land are being used for growing grain, and approximately ten (10) acres of said land are being used for producing lumber and firewood. All of said uses are beneficial and reasonable.

II

Said forty-two (42) acres of land overlie an underground water basin which is not a part of the Santa Margarita River or any of its tributaries. There is one water well on said land. These answering Defendants own the right to use the waters of said underground basin for reasonable beneficial purposes on said overlying land, which right is correlative with the rights of other owners of land overlying said basin. Plaintiff has no right to the use of the waters of said basin.

III

These answering Defendants claim the riparian right to use, on said forty-two (42) acres of land, one hundred seventy-six (176) acre feet of water per year from said Bundy Canyon Wash.

-6-

10916

1    WHEREFORE, these answering Defendants pray:

2.    1. That Plaintiff take nothing by reason of its
3    complaint and supplementary and amendatory complaint herein,
4    and that said complaint and supplementary and amendatory
5    complaint be dismissed as against these answering Defendants.
6.    2. That these answering Defendants' rights to water
7    and the use of water, as hereinabove set forth, be quieted as
8    against Plaintiff.
9.    3. That these answering Defendants have their costs
10    of suit herein, and such further relief as the Court may deem
11    proper.

*Penn W. Pickering*
Penn W. Pickering

*Nyra H. Pickering*
Nyra H. Pickering

Defendants in pro. per.

Dated: May 21, 1958.

AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA ) ss.
COUNTY OF RIVERSIDE )

    Olga Hart, being first duly sworn, deposes and says: that she is a citizen of the United States, over the age of 21 years, and not a party to the foregoing action; that on May 21, 1958, she served the foregoing answer of Penn W. Pickering and Nyra H. Pickering upon J. Lee Rankin, Solicitor General, and upon John M. Cranston, Special Master, by enclosing a true and complete copy of said answer in envelopes addressed to each of said persons, as follows:

        J. Lee Rankin
        Solicitor General
        Room 332
        325 West "F" Street
        San Diego, California

        Hon. John M. Cranston
        Special Master
        Room 1410
        Bank of America Building
        San Diego 1, California

and by then depositing said envelopes in the United States mail at Corona, California, with postage thereon fully pre-paid.

                            _Olga Hart_

Subscribed and sworn to before me, a notary public in and for said County and State, this 21st day of May, 1958.

_Victor A. Gables_

(SEAL)

10918