AUGUSTINE FREDI AND FRANCES M. FREDI
Defendants in propria persona
735 North Orange Ave.
Fallbrook, California

FILED
MAY 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M C Kersting
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
  Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
  Defendants.

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
Answer to Complaint and Supplementary and Amendatory Complaint of AUGUSTINE FREDI and FRANCES M. FREDI

The defendants, AUGUSTINE FREDI AND FRANCES M. FREDI, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 40 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

Parcel 84W-21-3, NW 1/4 OF SW 1/4, Sec 21-8-4W
These defendants own 13 acres in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked

10900

Exhibit A, which is hereby incorporated by reference as a part of this statement.

Parcel 93W-5-1A, Beg AT SE COR OF NW 1/4 OF NW 1/4 OF SEC 5, TH N1 Degree 40'20'' E 446.20 FT TO TPOB TH CNTG N1 Degree 40'20'' E 502.43 FT TH N 83 Degree 53' W 950.77 FT TH S 14 Degree 11'20'' W 248.86 FT TH S 14 Degree 37'30'' W 279.09 FT TH S 42 Degree 03' W 114.60 FT TH S 89 Degree 42'30'' E 1139.15 FT TO TPOB IN NW 1/4 OF NW 1/4 SEC. 5-9-3W

These defendants own 2 lots in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

Parcel 94W-40-6 Pruett & Short Sub., ST CLSD ADJ & LOTS 7 & 8 BLK 65

DEFENDANTS CLAIM ALL RIGHTS OF OVERLYING LANDOWNERS AND TO WATER WHICH MAY ORIGINATE OR CROSS THEIR LAND.

DEFENDANTS CLAIM THE RIGHT TO DRILL WELLS AND EXERCISE WATER RECLAMATION AND CONSERVATION PRACTICES AS ARE NOW OR MAY BE KNOWN.

DEFENDANTS HEREBY INCORPORATE THE SAME AS THOUGH SET FORTH HEREIN IN FULL ALL OF THE AFFIRMATIVE DEFENSES OF THE FALLBROOK PUBLIC UTILITY DISTRICT ON FILE IN THESE PROCEEDINGS.

DEFENDANTS CLAIM ALL THE ABOVE FOR ALL LANDS IN WHICH THEY HAVE ANY FINANCIAL INTEREST WHATEVER.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Augustine Fredy*

*Frances M. Fredy*

Defendants in propria persona

Dated: May 15, 1958

10901

IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

RALPH O. RIDENOUR and
MYRTLE E. RIDENOUR
Name
1037 Redondo Blvd.
Address
Los Angeles 19, Calif.
City and State
WE 5-8929
Telephone Number

Defendant

FILED
MAY 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. Leasing
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   No. 1247 -SD-C
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
)
Defendants, )

Comes now the defendant (s) RALPH O. RIDENOUR and MYRTLE E. RIDENOUR

and for ~~himselves~~ themselves alone and answering plaintiff's complaint on file, herein ~~denies~~ (deny) each and every material allegation contained therein.

Ralph O Ridenour
Myrtle E Ridenour

5-20-58

10902

Office U.S. Atty Copy mail 5/27/58