UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

No. __1247-SD-C__ Civil

U.S.A.

vs.

FALLBROOK, etc., et al

MINUTES OF THE COURT

DATE: MAY 23, 1958

AT: San Diego, California

PRESENT: Hon. __JAMES M. CARTER__, District Judge;
JOHN CRANSTON, SPECIAL MASTER
Deputy Clerk WILLIAM W. LUDDY   Reporter: CHAS. FIVECOAT

Counsel for Plaintiff: R WILLIAM VEEDER, AND LT. DAVID MILLER

Counsel for Defendants: ADOLPHUS MOSKOVITZ, FRANZ SACHSE, GEORGE STAHLMAN AND W. B. DENNIS
PRO PER: FRANK AND LILLIE CRABTREE, VERA V. CLICK, HOMER V. McDOWELL, FRED AND R GRACE JONES, A. B. AND RUTH HELEN DINSON, DOROTHY AND JOHN GILLETTE, JOHN C.&CHLO BAXTER, AND MR. DOERERR.

PROCEEDINGS:   FURTHER HEARING BEFORE MASTER, AT RECHE SCHOOL,

At 9:30 A.M. convene herein.
Attorney Veeder and Attorney Dennis each make statements.
Exs. M- 1,2,3,4,5,6,7,8,9,10,11,12,13, and 14 are marked and received.
Henry Holtzinger is called, sworn and testifies for the Government.
Ex. No. M-15 is marked for Identification
Ex. No. M-16 is marked and received.
At 10:40 A.M. recess, and at 11:00 A.M. reconvene, appearing as before.
Ex. No. 15 M-15 is received.
Ex. Nos. 16 17, 18, 19, 20, 21, 22, 23, 24 and 25 are marked for Identificaton and received.
Witness Holtzinger resumes stand and testifies further.
Ex. No. M-26 is marked.
At 12:00 Noon, a recess is declared to 1:30 P.M.
At 1:30 P.M. reconvene with same appearances.
Ex. No. 26 is received.
Ex. Nos. M-27, 28, 29 and 30 are marked and received.
Mack Bookman is called, sworn, and testifies for Government.
At 2:45 P.M. recess, and at 2& 2:55 P.M. reconvene.
Witness Bookman resumes stand and testifies further.
California Ex. M-A1 and M-A2 are marked.
At 4:10 hearing continued to May 26, 1958, at 9:30 A.M.

3513