J. LEE RANKIN
SOLICITOR GENERAL
OF THE UNITED STATES
WASHINGTON 25, D. C.


FILED
MAY 23 1958
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
          Plaintiff,  )
  v.  )  No. 1247-SD-C
FALLBROOK PUBLIC UTILITY DISTRICT,  )  MOTION TO ADD NECESSARY PARTIES
ET AL.,  )  ORDER TO ADD NECESSARY PARTIES
          Defendants.  )

    Comes now the United States of America, acting by and through J. LEE RANKIN, Solicitor General, WILLIAM E. BURBY, and WILLIAM H. VEEDER, attorneys, Department of Justice, in support of this motion respectfully brings the following to the attention of this Honorable Court:

    Subsequent to the order of the Court joining certain parties-defendant in this action, dated March 27, 1958, the names of certain other persons having real property interests within the Santa Margarita River watershed have been ascertained, those persons being named on the attached EXHIBIT A.

    Inasmuch as these persons acquired their interests prior to the filing of the lis pendens in this action, the United States of America respectfully moves this Honorable Court to add as necessary parties to this cause

3514

those persons who are named on attached EXHIBIT A.

UNITED STATES OF AMERICA

J. LEE RANKIN,
Solicitor General

WILLIAM E. BURBY

DATED: May 19, 1958

WILLIAM H. VEEDER,
Attorney, Department of Justice

GOOD CAUSE HAVING BEEN SHOWN IT IS HEREBY ORDERED THAT the persons named on EXHIBIT A to the MOTION TO ADD NECESSARY PARTIES dated May 19, 1958 are joined as parties-defendant in the above entitled action:

DATED: 5/22/58

Judge of the United States District Court
Southern District of California

3515

EXHIBIT A

| # | | |
|---|---|---|
| 1 | ACOSTA, ALBERT ANTONIO | DONATO, HERCULES |
| 2 | ACOSTA, CLARA GONZALEZ | DONATO, JEAN |
| 3 | BALL, LEE C. | DUNNING, HERBERT R. |
| 4 | BALL WADE W. | DUNNING, MARY K. |
| 5 | BARTON, ELSA E. | ELLISON, CAROLYN E. |
| 6 | BECKER, ALBERT W. | ELLITHORPE, ESTHER M. |
| 7 | BECKER, PEGGY J. | ELLITHORPE, PHILIP M. |
| 8 | BLOUNT, E. | ELSER, ELDRED L. |
| 9 | BLOUNT RUTH E. | ELSER, SELLERS R. |
| 10 | BOND, BARRY MURRAY | EMERY, BONNIE LEE |
| 11 | BONE, JOHN HOLCOMB | EMERY, HAZEL |
| 12 | BONE, PEGGY SUE | EMERY, HOWARD |
| 13 | BOWLIN, ROBERT C. | EMERY, WILLIAM HOWARD JR. |
| 14 | BRANDT, CHARLES R. AND HELEN R. | ENDRES, ANNIE K. |
| 15 | BROCKNAU, EDWARD C. | FALLBROOK UNION SCHOOL DISTRICT |
| 16 | BROCKNAU, BESSIE C. | FIELD, MOINA A.<br>FREEMAN, ED |
| 17 | BRANDENBURG, ARTHUR PAUL | GAGLIANO, ERNIE |
| 18 | BRANDENBURG, PEGGY L. | GAGLIANO, FLORENCE |
| 19 | BROSS, ROBERT K. | GAGLIANO, FLORENE |
| 20 | BROSS, FRANCES K. | GAGLIANO, RAY |
| 21 | BROWN, HOBART A. | GAINES, JOHN T. |
| 22 | CAIN, CHARLES R. | GAINES, NORMA |
| 23 | CAIN JO ELVA L. | GIFFIN, EDWARD C. |
| 24 | CAMPBELL, WM. R. JR. | GIFFIN, JOSEPHINE |
| 25 | CHURCHILL, FRANK A. | GOODWIN, MARY JANE |
| 26 | COHEN, MAX | GOODWIN, WALTER THOMAS<br>GRANA, GEORGE |
| 27 | COUTY, JOSEPH | GRAVES, DARRELL L.<br>GRANA, JENNIE |
| 28 | COUTY, SHIRLENE | GROOMS, BETTY W. |
| 29 | CRAIG, EDWARD H. AND FREDDA H. | GROOMS, LONNIE |
| 30 | CULLING, HERBERT H.<br>DAWES, DUANE H. | HALL, CHARLES W. |
| 31 | DAWES, JANICE A. | HALL, MYRTLE M. |

3516

EXHIBIT A (cont'd)

| | | |
|---|---|---|
| 1 | HANSEN, LOIS M. | LAIRD, JESSE |
| 2 | HANSEN, PAUL B. | LAIRD, SONIA E. |
| 3 | HARRIS, EDISON | LAPPIN, PAULINE H. |
| 4 | HARRIS, FRANCES | LAWLER, HELEN M. |
| 5 | HARTLEY, CHARLOTTE M. | LAWLER, ODELL W. |
| 6 | HARTLEY, DONALD J. | LEE, JOHN K. |
| 7 | HARTLEY, EVELYN B. | LEE, PAULETTE V. |
| 8 | HARTLEY, JOAN M. | LESSEL, ADOLPH L. |
| 9 | HARTLEY, KENNETH H. | LESSEL, FAE J. |
| 10 | HARTLEY, LOIS K. | LHAMON, WILLIAM H. |
| 11 | HARTLEY, PAUL J. JR. | LHAMON, GWEN M. |
| 12 | HARTLEY, WILLIAM R. | MAC PHERSON, JANET W. |
| 13 | HITTSON, PAUL A. | MACHA, BERNICE |
| 14 | HITTSON, SANDRA W. | MACHA, JAMES F. JR. |
| 15 | HOPKINS, EDNA M. | MEIER, ADA E. |
| 16 | HOPKINS, ROY A. | MOLER, HELEN I. |
| 17 | HORNBECK, JOHN M. | MOLER, LOYAL B. |
| 18 | HOSSEIN, HARRIET MC CARTNEY<br>HUNTER, VIVIAN E. | MURPHY EDNA A. |
| 19 | HUNTER, WARREN S. | HEIRS AND DEVISEES OF WILLIAM HARRY NICHOLAS |
| 20 | JACKSON, ANDREW C. | OLSON, CARL T. |
| 21 | JACKSON, TESS M. | OLSON, DONNA M. |
| 22 | JACOBY, DONALD W. | OWENS, MAXINE |
| 23 | JACOBY, MABEL M. | PHOENIX MUTUAL LIFE INSURANCE CO.<br>POIGNEE, GEORGE L. |
| 24 | JOHNSON, ETHEL H. | PFEFFER, HELEN<br>POIGNEE, LOUISE H. |
| 25 | JOHNSON, JOHNNY E. | REDER, IRVING B. |
| 26 | JOHNSON, SIDNEY C. | REDER, JULIA C. |
| 27 | JONES, ANNA M. | REUTER, MARGARET H. |
| 28 | JONES, KENNETH | REUTER, GEORGE J. |
| 29 | KALETON, ARNE E. | RIEKOORT, GARRETT |
| 30 | KALETON, MARY N. | RIEKOORT, HELEN VAN |
| 31 | KAY, DOROTHY E. | ROEHM, CHRISTA |
| 32 | KAY, JACK E. | |
| 33 | KNIGHT, W.E. | |

3517

EXHIBIT A (con'd)

| | |
|---|---|
| 1. ROHDE, GERHARD | WAITE, KENNETH |
| 2. ~~SAN DIEGUITO PROPERTIES, INC.~~ | WAITE, LUCILLE W. |
| 3. ESTATE OF JOSE SARANO | WALKER, HELEN H. |
| 4. WALTER G. LINCOLN (also known as WALTER GOULD LINCOLN) ; S. A. SHEPARD; W. M. BEALE; FRED HERBERT; FRED S. REINBOLD; ROBERT DELUCE; OTTO WITCHER; AXEL EMIL GIBSON; LEAH P. LOVELL; VERA W. RICHTER, as trustees of the MURRAY SCHLOSS FOUNDATION FOR HUMAN PIONEERING | WALKER, PAUL B. |
| 5. | WALLACE, G. I. |
| 6. | WALLACE, MABEL S. |
| 7. | WEAVER, CHARLES A. JR. |
| 8. SEARL, EDGAR L. | WEAVER, WANDA G. |
| 9. SEARL, FLOYD L. | WELCH, ALBERTA P. WELLS, BENJAMIN W. |
| 10. SEARS, DALE M. | WELLS, LEONA W. |
| 11. SEARS, SHIRLEY A. | WELLS, LUCY M. |
| 12. SCHMITZ, JAMES N. SECURITY FIRST NATIONAL BANK SCHMITZ, JOSEPHINE M. | WELLS, ORVEN B. WESTER, ALICE ELEANORE WICKER, HARVEY ANDERSON SR. |
| 13. SEMANS, EVA M. | |
| 14. SEMANS, JOHN L. | WILCOX, WOODROW VALE |
| 15. SHALLOCK, ANN | WILKINSON, BARBARA LUCILE |
| 16. SHALLOCK, FRANK | WILKINSON, HARRY R. |
| 17. SHIELD, HALVAJIAN | WRIGHT, GLORIA A. |
| 18. SPARTAN ENTERPRISES INC. | WRIGHT, LEWIS L. JR. |
| 19. STAUFFER, IVAN | WROTNOWSKI A. C. |
| 20. THOMAS, MADGE E. | ZAFRAN, ANN |
| 21. TIPPIT, CHARLES E. | ZAFRAN, LEO |
| 22. TIPPIT, PATRICIA A. | |
| 23. TOM THUMB LUMBER CO. | |
| 24. TURNER, DEWIE N. | |
| 25. TURNER, DORIS M. | |
| 26. TURNER, VERNA H. | |
| 27. VAIL, JESSE | |
| 28. VAIL, HARRIET M. | |
| 29. VAIL, MARGARET R. | |
| 30. VAIL, N. R. | |
| 31. VAIL, NITAMILLS | |