IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

        Defendants.

No. 1247-SD-Civ

AFFIDAVIT OF SERVICE BY MAIL

FILED JUN 4- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ Deputy Clerk

STATE OF CALIFORNIA ) ss.
COUNTY OF SAN DIEGO )

    ROBERT E. NAGLE, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

    That in the above entitled action, on May 26, 1958, he deposited in the United States mail at Oceanside, California, a copy of

    SUMMONS and MOTION TO ADD NECESSARY PARTIES AND ORDER TO ADD NECESSARY PARTIES,

addressed to the last known addresses of the persons listed in Exhibit A, attached hereto and made a part hereof, in envelopes bearing the requisite postage at which places there is a delivery service by United States mails from said post offices.

                              /s/ Robert E. Nagle

Subscribed and sworn to before me this 29 day of May, 1958.

/s/ Louis A. Kopp
Notary Public in and for said County and State

My Commission Expires Feb 28, 1962.

3544

1. Allard, Brownsberger, Shelton & O'Connor, 313 First National Building, Pomona, California

2. Florence A. Anderson, 918 C. C. Chapman Building, 756 South Broadway, Los Angeles, California

3. Henry Ashton, 408 E. Central Avenue, Balboa, California

4. Office of the Attorney General, Library and Courts Building, Sacramento, California; Attention: Adolphus Moskovits, Deputy Attorney General

5. Best, Best & Krieger, Evans Building, Riverside, California

6. A. A. Bianchi, 901 Kohl Building, 400 Montgomery Street, San Francisco, California

7. Thomas J. Burke, 504 Granger Building, San Diego 1, California

8. Bert Buzzini, 2233 Fulton Street, Berkeley 4, California

9. Mabel Clausen, 320 First Trust Building, Pasadena, California

10. Clayson, Stark & Rothrock, Citizens Bank Building, Corona, California, Attention: George G. Grover & Owen Strange

11. Howard E. Crandall, 127 W. Anaheim Boulevard, Wilmington, California

12. William J. Cusack, Room 814 Merritt Building, 307 West 8th Street, Los Angeles, California

13. Charles B. DeLong, 507 Harbor Insurance Building, San Diego 1, California

14. W. B. Dennis, 365 Broadway, Vista, California

15. Leonard J. Difani, 220 Loring Building, Riverside, California

16. Emmett E. Doherty, General Petroleum Building, 612 Flower Street, Los Angeles, California

17. J. A. Donnelley & Richard P. MacNulty, 2655 4th Ave, San Diego, California

18. Devor & Dorfman, 924 Van Nuys Building, Los Angeles 14, California

19. Lawrence E. Drumm, 458 So Spring Street, Suite 820, Los Angeles 14, California

20. Ray C. Eberhard, Room 1231 Bartlett Building, 215 West 7th Street, Los Angeles 14, California

21. Estudillo & Bucciarelli, 3900 Market Street, Riverside, California

22. Oliver P. Ensley, Attorney at Law, Hemet, California

23. Fendler, Weber & Lerner, 333 So Beverly Drive, Beverly Hills, California

24. Daniel W. Gage, 740 Rowan Building, 458 So Spring Street, Los Angeles 13, California

25. Arthur M. Gediman, 119 So Main Street, Elsinore, California

-1-

Exhibit A

3545

1  Richardson & Henderson, 174 North Palm Canyon Drive, Palm Springs, California
2  Sachse & Price, 217 North Main Street, Fallbrook, California
3  Sarau, Adams, Neblett & Sarau, Suite 308 Lewis Building, 3972 Main Street,
      Riverside, California
4
   Gary W. Sawtelle, Suite 612, 621 So Spring Street, Los Angeles 14, California
5
   Shatford & Shatford, 5920 Temple City Boulevard, Temple City, California
6
   J. D. Skeen, 802 Utah Oil Building, Salt Lake City, Utah
7
   George Stahlman, Route 1, Box 235, Fallbrook, California
8
   W. E. Starke, 1130 Bank of America Building, San Diego 1, California
9
   Hugo A. Steinmyer & Winfield Jones, 650 So Spring Street, Los Angeles 14,
10     California
11 William Stienhart, 5045 Wilshire Boulevard, Los Angeles 36, California
12 Swing & Swing, Attorneys at Law, 313 Central Building, San Bernardino,
      California
13
   Swing, Scharnikow & Staniforth, Suite 604, 530 Broadway, San Diego 1, California;
14     Attention: Phil D. Swing
15 Tanner, Thorton & Myers, 215 West 7th Street, Los Angeles 14, California
16 Teschke, Rohe & Cramer, 359 No Cannon Drive, Beverly Hills, California
17 Thompson & Colgate, 405 Citizens Bank Building, Riverside, California
18 Trihey & Mirich, 565 West 5th Street, San Pedro, California
19 Cornelius T. Waldo, 10742 Nassau Avenue, Sunland, California
20 Robert W. Walker, Henry M. Moffatt & Robert S. Curtiss, 448 Santa Fe Building,
      Los Angeles 14, California
21
   G. V. Weikert, 918 Oviatt Building, Los Angeles 14, California
22
   P. W. Willett, P. O. Box 103, Fallbrook, California
23
   Dennett Withington, 1317 "E" Street, San Bernardino, California
24
   SNYDER & Snyder, 215 South La Cienega Blvd, Beverly Hills, California
25
   Thomas P. Menzies, 803 Rowan Building, 458 So Spring St, Los Angeles 13, California
26
   Bates, Booth and Gray, Binkley & Pfaelzer, 458 South Spring Street,
27    Los Angeles 13, California
28
29

-3-

3547