

F I L E D

MAY 23 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

CIVIL NO. 1247-SD-C

UNITED STATES OF AMERICA )
        Plaintiff, )
        vs. ) ACKNOWLEDGEMENT OF RECEIPT
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
        Defendants )

    I hereby acknowledge receipt of copies of the Answers in the above entitled case of the following named defendants:

    John G. and Loraine A. Almand

    Elizabeth C. Anderson

    Nina B. Anderson

    Ray L. and Sharon Bergman

    Marie M. Besse

    William T. and Ruby C. Blacklidge

    Richard T. and Catherine B. Clem

    William Herbert and Addie Colvin

    Mildred E. Dodge

    Laura Doville

    Fletcher H. Hayward

    Theda B. Hayward

    R. F. Murray, Mrs. Mary Lee Murray, and Mrs. Lettie Anderson

    Charles A. and Bertha H. Oliver

    Christina M. Olsen

    Clark L. Parks and Mabel A. Parks

| | |
|---|---|
| 1 | Lincoln and Elizabeth B. Rogers |
| 2 | Joe and Helene Seay |
| 3 | Fremont and Irene L. Torkilson |
| 4 | Wm. S.and Mary E. Woods |
| 5 | Minna Jave |
| 6 | Alice L. Ainsworth |
| 7 | Bernard Appel and Ida Appel |
| 8 | A. R. Ashman and Mary Ashman |
| 9 | William L. Bagby and Lillina H. Bagby |
| 10 | Henry Bleiman and Dinah Bleiman |
| 11 | Lora Mae Boen |
| 12 | Willard Boren and Dorothy Boren |
| 13 | Robert L. Burchett and Evalene E. Burchett |
| 14 | Robert L. Burchett and Evalene E. Burchett |
| 15 | Veria V. Click and Alma F. Click |
| 16 | Amos C. Dreher and Jeanette E. Dreher |
| 17 | Hildegarde B. Dubner aka H.B.Dubner |
| 18 | Harry Eenigenburg and Katherine Eenigenburg |
| 19 | Harry O. Field and Mable B. Field |
| 20 | Ian C. Forsyth and Barbara Forsyth |
| 21 | Frank W. Fowler and Ellen T. Fowler |
| 22 | Edwin F. and Fern B. Jenkins |
| 23 | Mrs. Mabel L. Johnston and Murray S. Johnson |
| 24 | Murray S. Johnston |
| 25 | Murray S. Johnston and Frances M. Johnson |
| 26 | Mrs. Berenice H. Jorgenson |
| 27 | Larry H. Keown and Mildred W. Keown |
| 28 | Flora B. Lackey |
| 29 | James M. Lackey and Ida M. Lackey |
| 30 | Karl D. Lee and Dorothy Louise Lee |
| 31 | Herbert Neil Rhodes and Ruby Nadine Rhodes |
| 32 | Fred A. Rogers & Ida A. Rogers |

1  John G. Smith and Clara A. Smith

2  Millicent Y. Taylor

3  Robert R. Thompson and Ethelyn Thompson

4  F. Hugh Wilcox and Fawn P. Wilcox

5  John W. Vinzant and Ross A. Vinzant;
   William P. Gall and Ruth L. Gall

6  George F. Yackey and Alma H. Yackey

8  DATED: MAY 23, 1958.

*[Signature: William H. Veeder]*