

FILED
MAY 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247-SD-C |
| Plaintiff, | |
| v. | ACKNOWLEDGMENT OF RECEIPT |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants. | |

I hereby acknowledge receipt of copies of the Answers in the above entitled case of the following named defendants:

    Gertrude CRABTREE

    FLOYD C. and GRACE M. WALKER and HILDR R. BUTTRESS

    JOHNIE GARNER and ELIZABETH S. GARNER

    LESTER E. SONES and LOIS M. SONES

    ROGER C. PEPPLE and PATRICIA J. PEPPLE

    ROBERT L. FREEMAN and FRANK A. FREEMAN and NORMA J. FREEMAN

    MR. & MRS. F.E.E. LUNDGREN

    BLAINE W. LANTERMAN and MERLE RUSMISELL AND MADELINE RUSMISELL

    DONALD B. BALDWIN and FLORENCE LUCILLE BALDWIN

    LAUREL SHOCKEY and JULIA B. SHOCKEY

    VERNON L. BEATTIE and RUTH D. BEATTIE

    BEULAH B. BUCKNER

    WALTER L. DENNIS and ALICE M. DENNIS

    G. R. GOUGH

    JIMMIE KAZAROFF and BENNIE KAZAROFF

    MR. & MRS. MYRON K. LEE

3524

```
 1    WILLIAM SYLVESTER MARDOCK
 2    WILLIAM H. PAPENHAUSEN, MARY PAPENHAUSEN, * KATHRYNEN
      CASTOR, (CARL CASTOR DECEASED)
 3    RAY M. TUTTLE and JUANITA TUTTLE
 4    LOUIS BOEN
 5    FRANK J. BRAND and MABEL E. BRAND
 6    WALTER E. DETHLEFS and MARY E. DETHLEFS
 7    CARL E. FULCOMER and MARIE FULCOMER
 8    FRANCIS C. GILLAN and HAZEL M. GILLAN
 9    MRS. EVELYN T. HAUSEN
10    BRYANT M. HARMON and S. JANE HARMON
11    FRED C. HOLLAND and HELEN S. HOLLAND
12    FRED M. JONES and GRACE R. JONES
13    LAWRENCE KIRK, MARGUERITE KIRK, & KATHERINE K. PETERSEN
14    GEORGE H. and EMILY C. OLDS
15    GURNEY EDGAR PAULE, FLORENCE R. PAULE, GURNEY E. PAULE (SO
16    GRANT K. PHILLIPS and BEATRICE W. PHILLIPS
17    GEORGE H. and NELLIE L. RAMSEY
18    ELMER V. & Gloria RUZICKA, STANLEY O. & JUDITH RUZICKA
19    CLARENCE M. SELBERG And ELSIE C. SELBERG
20    HERMAN H. SILVERIA
21    MRS. EMMA W. STAUDE
22    ROWLAND W. SCHULTZ and DAISY D. SCHULTZ
23    ARTHUR M. TOBIN and ALICE H. TOBIN
24    W.S. TOMLINSON and LENA N. TOMLINSON
25    IRIS D. WARREN
26    CHARLES A. WEAVER and ZELA P. WEAVER
27
28
29    DATED: May 23, 1958
30
31                                      William H Veeder
32
```

3525