"F M" Bell and Dora A. Bell
Defendants in propria persona
P.O. Box 312 FALLBROOK, Calif.


FILED
MAY 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
   v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
        Defendants,

CIVIL NO. 1247 - SD - C
ANSWER OF DEFENDANTS
"F M" Bell and Dora A. Bell

The defendants, "F M" Bell and Dora A. Bell, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1.15 acres of land in SAN DIEGO County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED
COPY RECEIVED

11023

1  This land (115 acres) is a fully developed small
2  estate, including forty five avacado trees, twenty
3  citrus and other fruit trees, flowers, shrubs, lawns,
4  and garden.
5  Water for irrigation and household use is
6  purchased from the Fallbrook Utility District
7  Our future plans for this property are to sub-
8  divide it into three lots and build a house on
9  each lot.
10 Defendants claim the right to use four acre feet
11 of water a year which is necessary to maintain
12 the present and future high state of development of
13 this property.

18  WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

26  *F. M. Bell*
28  *Dora A. Bell*
29                    Defendants in propria persona

32 Dated: May 17, 1958

11024

"EXHIBIT A"

All that portion of Lot 1, being the Northeast Quarter of the Northwest Quarter in section 24 Township 9 South Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows:

Beginning at a point on the north line of said Lot 1, distant North 89° 13' 30" West 165 feet from the Northeast corner of said Lot 1, said point of beginning being the Northwest corner of a portion of said Lot 1, conveyed to Chas. Zimmerman and Emma Zimmerman by deed dated February 8, 1936 and recorded in Book 474, page 87 of Official Records; thence along the West line of said land of Zimmerman South 0° 28' West 287 feet; thence parallel with the North line of said Lot 1 North 89° 13' 30" West 174.94 feet to the West line of a parcel of land conveyed to Morris B. Cope and wife by deed dated April 13, 1938 and recorded in Book 767, page 285 of Official Records; thence along said West line of land of Cope North 0° 28' East 287 feet to said North line of Lot 1; thence South 89° 13' 30" East 174.94 feet to the point of beginning.

Reserving therefrom an easement for road and pipe line purposes over the West 20 feet thereof.

11025