F I L E D

MAY 23 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ ...........
Deputy Clerk

1  WALTER M. KOZEL and HELEN M. KOZEL
   Defendants in propria persona
2  645 West Alvarado Street
   Fallbrook, California
3

4           IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                    SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
8                                   )
                Plaintiff,          )   ANSWER OF DEFENDANTS
9                                   )     WALTER M. KOZEL
        v.                          )         and
10                                  )     HELEN M. KOZEL
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )
                                    )
12              Defendants.         )

13      The defendants, WALTER M. KOZEL AND HELEN M. KOZEL

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17      ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                 AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25

26              AFFIRMATIVE STATEMENT OF RIGHTS

27      These defendants own ½ acres of land in San Diego

28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.

32
   INDEXED                                          11026

   COPY RECEIVED

1  Situated on this land is one home and Forty(40) avocado trees. At
2  present water for home use and irrigation is purchased from the
3  Fallbrook Public Utility District.
4      Defendants reserve the right to drill a well at a future date
5  and to use any and all water beneath the surface of that land stated
6  in exhibit A.
7      Defendants claim right to use of two (2) acre feet of water
8  per year for home use and irrigation.

18      WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

                                        *Walter M. Kozel*

                                        *Helen M. Kozel*

                                      Defendants in propria persona

32 Dated: 8May 1958

EXHIBIT A

THAT PORTION OF TRACT 126 OF WEST FALLBROOK, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. ___, FILED IN THE OFFICE OF THE RECORDER OF SAID SAN DIEGO COUNTY OCTOBER 6, 1888 DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEAST CORNER OF THE PARCEL OF LAND CONVEYED TO FREDERICK REED BY DEED DATED JANUARY 2 1931, AND RECORDED IN BOOK 1841, PAGE 383 OF DEEDS, SAID POINT BEING DISTANT EAST 208.75 FEET FROM THE SOUTHWEST CORNER OF SAID TRACT 126, SOUTH 89 DEGREES 20 MINUTES AND 30 SECONDS EAST (RECORD EAST) 104.37 FEET TO THE TRUE POINT OF BEGINNING; THENCE CONTINUING ALONG SAID SOUTH LINE SOUTH 89 DEGREES 20 MINUTES AND 30 SECONDS EAST 104.38 FEET TO THE SOUTHEAST CORNER OF THE TRACT OF LAND CONVEYED TO WALTER JACKSON, ET UX, BY DEED RECORDED IN BOOK 4850, PAGE 515 OF OFFICIAL RECORDS; THENCE ALONG THE EASTERLY LINE OF SAID LAND OF JACKSON, BEING ALONG A LINE PARALLEL WITH THE WESTERLY LINE OF SAID TRACT 126, NORTH 6 DEGREES 17 MINUTES 30 SECONDS EAST (RECORD NORTHERLY) 208.75 FEET TO THE NORTHEAST CORNER OF THE SAID LAND OF JACKSON; THENCE PARALLEL WITH THE SOUTH LINE OF SAID TRACT 126, NORTH 89 DEGREES 20 MINUTES 30 SECONDS WEST (RECORD WEST) 124.87 FEET TO A LINE WHICH BEARS NORTH 0 DEGREES 39 MINUTES 30 SECONDS EAST FROM THE TRUE POINT OF BEGINNING; THENCE SOUTH 0 DEGREES 39 MINUTES 30 SECONDS WEST 207.74 FEET TO THE TRUE POINT OF BEGINNING.

11028