Edward R. Dennler
& Florence J. Dennler
Rt. 2 Box 174A
Fallbrook Calif.
Defendants in propria persona



F I L E D
MAY 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIF.
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
)
        Plaintiff,
)
   v.
)
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
)
        Defendants,
)

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
Edward R. and Florence L. Dennler

    The defendants, Edward R. Dennler and Florence L. Dennler each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

              AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 8 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

11029

```
PAR. 93 W -11-5
(EXC E 50 Ft OF  N 100 FT)& (EXC R.S. 1141 ) E 300 FT
OF SE  ¼ of NE ¼   SEC 11-9-3W
```

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Edward L. Dunmore*

*Florence L. Dunmore*

Defendants in propria persona

Dated: May 15, 1958

11030