```
 1   Victor S. Ruzicka and Frances Ruzicka
     Defendants in propria persona
 2     1446 Imperial Drive
       Glendale 7, Calif.
 3
```



FILED
MAY 23 1958

```
 4              IN THE UNITED STATES DISTRICT COURT
 5                SOUTHERN DISTRICT OF CALIFORNIA
 6                       SOUTHERN DIVISION
 7
 8   UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
                                      )
 9                     Plaintiff,     )   ANSWER OF DEFENDANTS
                                      )   Victor S. Ruzicka and
10              v.                    )   Frances Ruzicka
                                      )
11   FALLBROOK PUBLIC UTILITY         )
     DISTRICT, ET AL,                 )
12                                    )
                       Defendants,    )
```

13     The defendants, Victor S. Ruzicka and Frances Ruzicka
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:

17     ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT
18
19     These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.

26              AFFIRMATIVE STATEMENT OF RIGHTS
27     These defendants own 60 acres of land in San Diego
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32

          COPY RECEIVED

These answering defendants own sixty acres of land situated within the watershed of the Santa Margarita River, more particularly described as foolows:

> That certain land situated in San Diego County known as the Northeast Quarter of the Southwest quarter (40 acres) and the South half of the Southeast quarter of the Northwest quarter (20 acres) of Section 5, Township 9 South and Range 3 West.

This land is all tillable and we intend to plant avocados and citrus there and for that purpose we intend to drill a well to take water from it for irrigation. We will need 4 per acre acre feet of water or 240 acre feet to irrigate the trees. We have a live spring running year around which we claim. We are prepared to grant United States representatives the right to enter upon the premises for purposes of survey tha land to prove our farming claim

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_/s/ Victor Muzicka_

_/s/ Frances Ruzicka_

Defendants in propria persona

Dated: May 8 - 1958

Exhibit A.

Legal description of land owned by Victor S. Ruzicka And Frances Ruzicka in San Diego County.

Northeast quarter of the Southwest quarter ( 40 acres ) and the South half of the Southeast quarter of the Northwest quarter ( 20 acres ) of Section 5, Township 9 South, Range 3 West, of the SB merridian.

11033