FILED
MAY 23 1958

1  Arthur H. Dew & Pearl N. Dew
2  Defendants in propria persona
3  1029 Alturas St.   Fallbrook   Calif.

4  IN THE UNITED STATES DISTRICT COURT
5  SOUTHERN DISTRICT OF CALIFORNIA
6  SOUTHERN DIVISION

7
8  UNITED STATES OF AMERICA,           )   CIVIL NO. 1247 - SD - C
9                   Plaintiff,         )   ANSWER OF DEFENDANTS
                                       )   Arthur H. Dew & Pearl N. Dew
10       v.                            )
11 FALLBROOK PUBLIC UTILITY            )
   DISTRICT, ET AL,                    )
12                                     )
                 Defendants.           )

13   The defendants,   Arthur H. Dew & Pearl N. Dew
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17       ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                   AMENDATORY COMPLAINT
18
19       These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.

26           AFFIRMATIVE STATEMENT OF RIGHTS
27       These defendants own 3.4 acres of land in San Diego
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32

INDEXED
COPY RECEIVED

11034

Not guilty to any complaint in this summons and maintain I have and retain the right to drill a well or build a reservoir to have the God giving water on or under our property

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Arthur H. Dew*

*Pearl N. Dew*

Defendants in propria persona

Dated:



11035

That portion of Lot 4 in Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, described as follows:

PARCEL 1:

Beginning at a point distant 799.71 feet South of the Southwest corner of the Northeast Quarter of the Southwest Quarter of said Section 24, said point of beginning being on the center line of a 40 foot road as shown on Miscellaneous Map No. 84 Records of San Diego County, said point of beginning also being distant South 13.00 feet from the Southeast corner of a tract of land conveyed to Joseph Barbuscia, et ux, by deed dated February 21, 1941, and recorded in Book 1188, page 184 of Official Records; thence paralles 4th the Southerly line of said land of Barbuscia, North 88° 23' West, 88.00 feet; thence North 87° 56' West, 403.30 feet to a point in the Easterly boundary of Rancho Santa Margarita Y Las Flores, as shown on Record of Survey Maps 794 and 831, being also a point in the Westerly line of Parcel 1 of land conveyed to Arthur H Dew, et ux, by deed dated December 11, 1947, and recorded in Book 2632, page 286 of Official Records, and distant South 06° 33'06" West, 170.43 feet from the Northwest corner of said Parcel 1 of land of Dew; thence along said Easterly boundary of said Rancho, being also the Westerly line of said Parcel 1 of land of Dew South 06° 33' 06" West 246.25 feet to the Southwest corner of said Parcel 1 of land of Dew; thence Easterly along the South line of said Parcel 1 to the Southeast corner thereof, being a point in the East line of said Lot 4, and also in the center line of said 40 feet road; thence Northerly along said center line to the point of beginning.

PARCEL 2:

That portion of the Rancho Santa Margarita Y Las Flores as delineated upon a Map in Book 7, page 39 of Patents, and as shown by record of Survey Maps 794 and 831, filed in the office of the Recorder of said San Diego County, described as follows:

Beginning at the Northwest corner of a tract of land conveyed to Maxine Tansey by deed dated May 25, 1926 and recorded in Book 1196, page 197 of Deeds, said corner being South 07° 04' 52.98" West, 11211.26 feet from corner No 1 of said Rancho; thence Southerly along the Westerly line of said Tansey's land and along the Easterly boundary of said Rancho 319.12 feet to the Southwest corner of the tract of land conveyed to H A. Waller, et ux, by deed dated December 24, 1946 and recorded in Book 2329, page 128 of Official Records, and continuing Southerly along said Easterly boundary of said Rancho 170.43 feet to the true point of beginning; thence continuing Southerly along said Easterly boundary of said Rancho, 246.25 feet; thence North 88° 21' 44" West, 119.23 feet; thence North 06° 52' 50" East, 248.17 feet to a point distant North 87° 24' 13" West, 119.72 feet from the true point of beginning; thence South 87° 24' 13" East, 119.72 feet to the true point of beginning.

11036