CARL A. TINGLER
**Defendants in propria persona**
1050 Gilwood Avenue
La Puente, California

FILED
MAY 23 1958

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            ) CIVIL NO. 1247 - SD - C
        Plaintiff,                ) ANSWER OF DEFENDANTS
  v.                                 )
FALLBROOK PUBLIC UTILITY             ) CARL A. TINGLER
DISTRICT, ET AL,                     )
        Defendants,               )

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 24 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

This land is Riparian land; approximately ten (10) acres are tillable and the balance can be used for grazing cattle and for raising turkies, chickens and fowl. Defendant has no water wells on said property now, but at a later date I will drill a well for domestic and irrogation water. If the domestic water well or wells go dry, I wish to reserve the right to drill a well deep enough to reach water for domestic and irrogation purposes. Defendant claims the right to use thirty (30) acre feet of water per year from said wells to be drilled on this land. Defendant does not claim any precreptive rights or any appropriative rights.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Carl A. Tingler_
Defendants in propria persona

Dated: May 11, 1958

## EXHIBIT A

That certain land situated in Riverside county known as The southerley rectangular 396 feet of the northerley 1198 feet of the North-East quarter of section eighteen (18); township 7 south, range 1 east, S. B. B. M.;