

JOHN M. FAETH and EDNA G. FAETH
Defendants in propria persona
1565 East Mission Road
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | JOHN M. FAETH and EDNA G. FAETH |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants JOHN M. FAETH and EDNA G. FAETH, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 3½ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described ~~in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement~~ below:
0°07'45"E 515.19 FT TH S 89°39'45"W 380.24 FT TH N 0°02'45"W 365.65 FT TH N 89°35' E 324.46 FT TH N 0°02'45"W 149 FT TO N SEC LI TH E 56 FT TO TPOB IN

Defendants are irrigating three and one-half (3½) acres, consisting of 300 avocado trees and claim the right to use twelve (12) acre feet of water per year.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*John M. Faith*

*Edna G. Faith*

Defendants in propria persona

Dated: May 17, 1958

11041