Joe Matz
9325 Downey Ave.
Downey, Calif.

Mary Deering
368 Victor Ave.
Inglewood, Calif.

Defendants in propria persona

F I L E D
MAY 23 1958
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                 Plaintiff, <br> vs. <br> FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, <br>                 Defendants, | CIVIL NO. 1247 - SD - C <br> ANSWER OF DEFENDANTS <br> Joe Matz <br> & <br> Mary Deering |

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 70 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

11042

## EXHIBIT A

### PROPERTY DESCRIPTION

Commencing at the point of inersection of the Northeast line of Washington Avenue, extended and center line of Nutmeg Street, as shown upon a map entitled "Map of the Temecula Land and Water Company, showing the Subdivision of a portion of the Temecula Rancho", Being Map No. 359 on file in the office of the County Recorder of San Diego County, California; thence Northeasterly along the said center line of Nutmeg Street, 660 feet; thence Northwesterly and parallel with the said Northeasterly line of Washington Avenue, 1320 feet; thence Southwesterly and parallel with the center line of Nutmeg Street, 660 feet, more or less to the said Northeasterly line of Washington Avenue; thence Southeasterly along the said Northeasterly line of Washington Avenue, 1320 feet, more orless, to thepoint of beginning; containing 20 acres more or less. Less 30 acres.

Also, Lot Sixty-two (62) and Lot Nineteen (19) in the Murrieta Portion of the Temecula Rancho as per map entitled "Map of the Temecula Land and Water Company", on file in the Office of theCounty Recorder of the County of San Diego, State of California, in Book 8 of Maps, at page 359 thereof.

11043

## EXHIBIT B

### CLAIM

We claim the right to use water freely that is appurtenant to our land called "Temecula", or relative there to, in the Mexican Grant. We claim the protection of all matters of record, made by the Mexican California government up to 1846. We claim the protection of the Treaty of Guadeloupe Hidalgo as shown in the protocol there of, and we claim the protection of all matters of record in California since it became a state.

We intend and hope to have awell in the near future on this property.

We do not believe we are subject to any State law that conflicts with the treaty above mentioned.

11044

|    |
|----|
| 1  |
| 2  |
| 3  |

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Joe Maly*

*Mary Deering*

Defendants in propria persona

Dated:

11045