```
 1  HELEN I. HOUSTON
    Defendants in propria persona
 2  750 East Alvarado
    Fallbrook, California
 3
```


FILED
MAY 23 1958

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )   CIVIL NO. 1247 - SD - C
                                    )
         Plaintiff,             )   ANSWER OF DEFENDANTS
                                    )   HELEN I. HOUSTON
  v.                                )
                                    )
FALLBROOK PUBLIC UTILITY            )
DISTRICT, ET AL,                    )
                                    )
         Defendants,            )

     The defendants, HELEN I. HOUSTON each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT

     These answering defendants hereby incorporates by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and makes each and all of said allegations a part of this answer the same as if herein set forth at length.

               AFFIRMATIVE STATEMENT OF RIGHTS
                      7 & 32/100
     These defendants own    acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

1  Defendant claims all the rights of overlying landowners and to water
2  which may originate or cross her land.
3  Defendant claims the right to drill wells and exercise water
4  reclamation and conservation practices as are now or may be known.
5  Defendant hereby incorporates the same as though set forth herein
6  in full all of the affirmative defenses of the Fallbrook Public Utility
7  District on file in these proceedings.
8  Defendant claims all the above for all lands in which she has
9  any financial interest whatever.

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

Helen I. Houston
HELEN I. HOUSTON

Defendants in propria persona

Dated: May 17, 1958

11047

EXHIBIT "A"

The Westerly 189 feet of Lot 3, EXCEPTING therefrom the Southerly 131.90 feet, and all that portion of Lot 4, lying Easterly of the Easterly line of the County Highway known as San Diego County Highway Commission Route 4, Division 4, according to the Map thereof on file in the office of the Recorder of said San Diego County.

EXCEPTING therefrom that portion lying within the 100 foot right of way as conveyed to the Atchison, Topeka and Santa Fe Railway Company by deed dated April 26, 1917 and recorded in Book 739, page 54 of Deeds, all being in the Shipley Tract of West Fallbrook, in the County of San Diego, State of California, according to the Map thereof No. 132, filed in the office of the Recorder of said San Diego County, August 22, 1887.