Cora V. Coleman
Murrietta, Calif.

Defendants in propria persona


FILED
MAY 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
  vs.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
        Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

Cora V. Coleman

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 10 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

11060

## EXHIBIT A

## PROPERTY DESCRIPTION

All of the most easterly quarter of farm lot (126) one hundred and twenty-six containing ten (10) acres More or less, more particularly described as follows:

Beginning at a point on the center line of Jackson Ave. 660 feet southeasterly of the intersection of Guava Street and Jackson Ave.; thence southeasterly a distance of 660 feet along said center line; thence at right angles southwesterly 660 feet along the common Boundary line of farm lots 126 and 125; thence at right angles Northwesterly 660 feet; thence northeasterly 660 feet to the point of beginning. Which/ together with an undivided one quarter ($\frac{1}{4}$) interest Grantor may possess in any and all mineral rights and water rights which belong to said farm lot 126.

Together with all and singular, the tenements, hereditaments and appurtenances belonging to said parcel herein above described.

Reference is hereby made to a map on file in book 8 of Maps at page 359 thereof, Records of San Diego County, State of California.

11061

## EXHIBIT B

### CLAIM

We claim the right to use water freely that is appurtenant to our land called "Temecula", or relative there to, in the Mexican Grant. We claim the protection of all matters of record, made by the Mexican California government up to 1846. We claim the protection of the Treaty of Guadaloupe Hidalgo as shown in the protocol there of, and we claim the protection of all matters of record in California since it became a state.

We inten and hope to have a well in the near future on this property.

We do not believe we are subject to any State law that conflicts with the treaty above mentioned.

11062

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Cora N. Coleman*

Defendants in propria persona

Dated:

11063