EARL E. and NEOLA C. MC TAVISH
Defendants in propria persona
700 North Stage Coach Lane - Fallbrook, California

FILED
MAY 23 1958

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )  CIVIL NO. 1247 - SD - C
        Plaintiff,  )  ANSWER OF DEFENDANTS
   v.  )  EARL E. and NEOLA C. MC TAVISH
FALLBROOK PUBLIC UTILITY  )
DISTRICT, ET AL,  )
        Defendants,  )

The defendants, EARL E. and NEOLA C. MC TAVISH each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

Approx.
These defendants own 0.44 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

MC TAVISH DESCRIPTION

(approx. -0.44 Ac.)

That portion of the Southeast Quarter of the Southeast Quarter of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Beginning at the Southeast corner of said Section 18; thence along the East line of said Section 18 North 0° 42' 40" West 373.30 feet to the center line of Mission Road 1-C (formerly State Highway 395); thence continuing along said East line of Section 18 North 0° 42' 40" West 64.46 feet to the Northeast corner of the land conveyed to Arthur S. Kimball, Jr., et ux, by deed recorded in Book 5726, page 121 of Official Records, and the true point of beginning; thence along the North line of said land of Kimball South 89° 46' 30" West 141.66 feet (record (141.43 feet) to the Easterly line of the tract of land conveyed to Raymond A. Grantham, et ux, by deed recorded in Book 5661, page 137 of Official Records; thence along said Easterly line North 6° 14' 50" West 131.19 feet to the South line of the tract of land conveyed to Jerry F. Burt, et ux, by deed recorded in Book 4692, page 181 of Official Records; thence along said South line North 89° 32' 30" East 154.32 feet to the East line of said Section 18; thence along said East line South 0° 42' 40" East 130.69 feet to the true point of beginning.

The water is used by the Defendants as follows:

Irrigating approximately nine (9) avocado trees, approximately five (5) mixed fruit trees, lawns, flowers and personal use for two (2) units (one (1) rental unit)

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Earl E. McTavish_

_Paola C. McTavish_

Defendants in propria persona

Dated: May 16, 1958

11066