O.S. CARMICHAEL and CLARA A. CARMICHAEL
Defendents in propria persona
1032 Riverview Drive
Fallbrook, California



IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | ANSWER OF DEFENDENTS |
| v. | ) | O. S. CARMICHAEL and |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | ) | CLARA A. CARMICHAEL |
| Defendents, | ) | |

The defendants, O. S. CARMICHAEL and CLARA A. CARMICHAEL each severing from their co-defendants and each for himself and herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Suplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I to V, inclusive, of that portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 7.77 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

11049

"Defendants claim all the right of overlying land owners and to water which may originate in or may be found, on, or under, or which may cross their land."

"Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known."

"Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Public Utility District on file in these proceedings."

"Defendants claim all the above for all lands in which they have any financial interest whatsoever."

Wherefore, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*O. S. Carmichael*
*Clara A. Carmichael*
Defendants in propria persona

Dated: May 20-1958

11050

Exhibit A

That portion of the North Half of the Southeast Quarter of Section 17, Township 9 South, Range 3 West, San Bernadino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Beginning at the intersection of the centerline of Road Survey No. 954, according to Map thereof on file in the office of the County Surveyor of said County, with the North line of said Southeast Quarter, said point being distant North 89 degrees 45' 45" West 18.20 feet from the Northwest corner of the Northeast Quarter of said Southeast Quarter, said point of beginning is in a curve Concave Northeasterly having a radius of 500 feet, the radial line through said point bears South 61 degrees 26' 50" West; thence Southeasterly along said curve 38.81 feet to the end thereof; thence continuing along said centerline tangent to said curve South 33 degrees 0' East 716.75 feet; thence South 62 degrees 54' 20" West 92.83 feet; thence North 46 degrees 09'20" West 219.16 feet; thence North 67 04 West 212.97 feet; thence North 89 degrees 18' 30" West 364.38 feet; thence North 8 degrees 51' 30" West 236.48 feet; thence North 70 degrees 08' West 394.80 feet; thence North 26 degrees 15' West 81.75 feet to the North line of said Southeast Quarter; thence thereon South 89 degrees 45' 45" East 834.80 feet to the point of beginning.

11051