EDDIE BERG and ANNA M. BERG
Defendents in propria persona
628 E. Fallbrook St.
Fallbrook, California

FILED
MAY 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
)
    Plaintiff, )   ANSWER OF DEFENDANTS
)   EDDIE BERG AND ANNA M. BERG
v. )
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
)
    Defendants, )

The defendants, EDDIE BERG and ANNA M. BERG, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I to V, inclusive, of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 3 and 1/3 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

11052

The defendants claim the right to put down wells to tap the percolating waters on their land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Eddie Berg*
*Anna M. Berg*
Defendants in propria persona

Dated:

11053

Exhibit A

The North 437.40 feet of the East 2 acres of that portion of the Northeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows:

Beginning at the Southeast corner of the Northeast Quarter of the Southeast Quarter of said Section 24; thence West 5 chains; thence North 10 chains; thence East 5 chains; thence South 10 chains to the point of beginning.

And

E½ of the SE¼ of the SE¼ ( EXC. East 2 acres and Exc. South 294 feet all in Section 24 Township 9 South Range 4 west. San Bernardino Meridan, in the County Of San Diego, State Of California

11054