1  Loren S. Bremseth
   Defendants in propria persona
2  Rt 2 Box 163-A - Fallbrook, California

FILED
MAY 23 1958
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William W. Luddy
       Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )  CIVIL NO. 1247 - SD - C
                                    )
                  Plaintiff,        )  ANSWER OF DEFENDANTS
                                    )
        vs.                         )  Loren S. Bremseth
                                    )
FALLBROOK PUBLIC UTILITY            )
DISTRICT, ET AL,                    )
                                    )
                  Defendants,       )

The defendants, Loren S. Bremseth each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own approx 1 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

11055

I claim the rights to percolating waters of any kind and believe at a later date I may drill a well and wish to reserve the right to do so. I irrigate about 1/2 acre and plan to irrigate a little more than this in the future.

I believe that any kind of fruit trees, grain or garden crops can be grown on my land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_____
Defendants in propria persona

Dated: 5-17-58

N

Sec. 12 TWP 9S, R. 3 W

POR NW NE 1/4
15' easement    PC 2

&lt; REC N. 89° 34 W &gt;
N. LINE @ 2275/94 OR.
N 89° 48' 45" W
352.15"

MAIN ST.

N 89° 27' 15" E
357.29

W. LINE
@ 4210/340R

S 00° 05' 40" E

357.25
N 89° 27' 15" E

SE COR.

NW COR
DC 2269/149 OR   N 89° 27' 15" E
619.27

S 00° 05' 40" E
497.64

PC I

492.53
N 00° 05' 40" W

OR
352.14

503.02
N 00° 02' 25" W
394.02
60

5TH ST    60

S.W. COR.
NW 1/4 NE 1/4

11056