Cecil A. Britt and Afton D. Britt
Defendants in propria persona
Oak Grove
Aguanga, California

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Cecil A. Britt and Afton D. Britt |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants, Cecil A. Britt and Afton D. Britt each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 60 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

11057

1  THE LAND IS RIPARIAN LAND AS THE TEMECULA CREEK TRAVERSES
2  THE 60 ACRES, WHICH LAND IS RIPARIAN TO THE CREEK. WE
3  CLAIM THE RIGHT TO USE THIS WATER. WE WISH TO CLAIM THE
4  RIGHTS TO SPRINGS. WE BELIEVE THIS GIVES US PARAMOUNT RIGHTS
5  ALSO WE WISH TO CLAIM THE RIGHT TO DRILL 4 WELLS AT A
6  LATTER DATE. WE PLAN TO MAKE A RECRETIONAL PLACE, MOTEL,
7  CABINS, TRAILER PARK, CAMPING AND PICNICING, BUSINESS BUILDINGS
8  AND HOMES. INTEND TO PUT IN 2 SWIMMING AND 5 FISH PONDS
9  DO NOT KNOW HOW MUCH WATER TO CLAIM FOR THIS PROJECT, AS
10 WATER GOES IN AND ON OUT, AND ON DOWN CREEK. THERE
11 WOULD BE SEVERAL REST ROOMS AND SHOWERS, ALSO
12 WATER FOR SERVICE STATION.
13    ABOUT 30 ACRES ARE TILLABLE, BALANCE OF LAND CAN BE
14 USED FOR CATTLE OR HORSE GRAZING, CHICKENS, FOWL AND
15 ANIMALS AS WELL AS DOMESTIC USE, FLOWERS, TREES, SHRUBS AND GARDEN.
16    WE WISH TO CLAIM THE RIGHT TO USE APPROXIMATELY 120 ACRE
17 FEET OF WATER PER YEAR, OR A REASONABLE AMOUNT, FROM
   THIS CREEK ON THIS LAND.

        WHEREFORE, these defendants pray that plaintiff take
nothing against them by reason of the Complaint and Supplementary
and Amendatory Complaint on file herein; that said Complaint be
dismissed as against these defendants; that defendants' right to
water, as hereinabove set forth, be quieted as against the plain-
tiff and against all other defendants in this action; and for such
other and further relief as the Court may deem proper.

                                    *Cecil A. Britt*
                                    *Afton A. Britt*
                                    Defendants in propria persona
                                    Oak Grove
                                    Aguanga, California

Dated: MAY 17, 1958

                                                        11058

EXHIBIT A

Real Property or Land situated in the State of California, County of San Diego.    60 Acres

The Northeast Quarter of the Southwest Quarter and that Portion of the Northwest Quarter of the Southeast Quarter of Section 17, Township 9 South, Range 2, East, San Bernardino Base and Meridan in the County of San Diego, State of California according to United States Government Survey approved March 21, 1857, lying Southwesterly of the Center of the California State Highway Road XI-SD-78E known as Temecula - Santa Ysabel Highway, as said Highway was located in February 1935.

(Said Northwest Quarter of the Southeast Quarter and Northeast Quarter of the Southwest Quarter being shown as Lots 10 and 11 on Plat of United States Government Survey approved January 31, 1895)

State Highway 79

11050