

F I L E D

MAY 23 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
by /s/ _____
Deputy Clerk

John D. Freeman and JoAnn T. Freeman
Defendants in propria persona

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  ) CIVIL NO. 1247 - SD - C
        Plaintiff, ) ANSWER OF DEFENDANTS
v. ) John D. Freeman
FALLBROOK PUBLIC UTILITY ) and
DISTRICT, ET AL, ) JoAnn T. Freeman
        Defendants, )

The defendants, John D. Freeman and JoAnn T. Freeman each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 20 acres of land in San Diego County County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

11076

1  This land is riparian land consisting of 20 acres which is
2  all useable for the production of avocados and citrus.
   Approximately 10 acres is now planted and is being irrigated
3  by a well. A dam is to be constructed by the U.S. Soil
   Conservation service and a well is to be dug to supplement
4  the now exisiting well. We claim the right to use 85 acre
   feet of water per year. We claim the right to every drop
5  of water from a spring on the property. The rest of the
   ; and will be planted next year.
6

" Exhibit A "

The South Half of the Southeast Quarter of the Northwest
Quarter of Section 18, Township 9 South, Range 3 West,
San Bernardino Base and Meridian, according to United
States Government Survey.

Defendants claim all the right of overlying land owners
and to water which may originate in or may be found on,
or under, or which may cross my land.

Defendants claim the right to dig, drill wells and exercise
water reclamation and conservation practices as are now
or maybe known.

Defendants hereby incorporate , the same as though set forth
herein in full all the Affirmative Defenses of the Fallbrook
Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which any
financial interest whatsoever.

Furthermore, we pray the court to award us, the aforementioned
defendants , adequates damages to reimburse us for the
cost of preparing and prosecuting our defense , to alleviate
the grievous physical, moral and intellectual suffering
inflicted upon us by this attempted acrimonious, confiscatory
usurpation of property rights, instituted against us by
the agencies of the UNITED STATES GOVERNMENT.

11077

28        *Jo Ann J. Freeman*
29        Defendants in propria persona
30        905 Santa Margarita Drive
          Fallbrook, California
31
32  Dated:

11078