CHARLES, EMMA, ALMA ZIMMERMAN
Defendants in propria persona
336 N. HILL AVE. FALLBROOK, CALIF.

FILED
MAY 23 1958

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,
v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
   Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
CHARLES ZIMMERMAN
EMMA ZIMMERMAN
ALMA ZIMMERMAN

The defendants, CHARLES, EMMA, ALMA ZIMMERMAN each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 5½ acres of land in SAN DIEGO, Co. County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

11082

ALL THAT PORTION OF
SECTION 24 TOWNSHIP 9
SOUTH RANGE 4 WEST S.B.M.
IN THE COUNTY OF SAN DIEGO,
STATE OF CALIFORNIA.

"EXHIBIT A"

DESCRIBED AS FOLLOWS =
BEGINNING AT THE SOUTH EAST
CORNER OF SAID LOT 1; THENCE
WEST ALONG THE SOUTH LINE OF
SAID LOT, 339.18 FEET; THENCE
NORTH 0° 28' EAST 763.19 FEET; THENCE
EASTERLY 339.94 FEET TO A POINT IN
THE EAST LINE OF SAID LOT DISTANT
763.45 FEET NORTHERLY FROM THE SAID
SOUTH EAST CORNER THEREOF; THENCE
SOUTHERLY 763.45 FEET ALONG SAID
EASTERLY LINE TO THE POINT OF
BEGINNING.

ALL THAT PORTION OF LOT 1 IN SECTION 24 TOWNSHIP 9 SOUTH RANGE 4 WEST S.B.M. IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA.

WE ARE USEING THE FALLBROOK PUBLIC UTILITY WATER. WE DO NOT HAVE A PUMP NOR WELL. AND ARE NOT PLANNING TO DIG A WELL. WE HAVE FIVE AN A HALF ($5\frac{1}{2}$) ACRES OF LAND. WHERE WE HAVE LEMON AND AVOCADOE TREES THAT WE ARE IRRIGATING.

WE USE ABOUT FIFTEEN (15) ACRE FEET FOR IRRIGATING.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Alma Zimmerman*
*Chas Zimmerman*
*Emma Zimmerman*

Defendants in propria persona
336 N. HILL AVE
FALL BROOK, CALIF.

Dated: May 21, 1958

11083