HERBERT K. REID and ROSE V. REID
Defendants in propria persona
9738 E. Roma Street
Rivera, California



FILED
MAY 23 1958

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| vs. | HERBERT K. REID AND ROSE V. REID |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants, HERBERT K. REID and ROSE V. REID, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 7 acres of land in RIVERSIDE County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

11084

1    All Seven (7) acres are tillable and has been and is under
2  cultivation for raising fruit trees, grain, feed and vegetables; it also
3  is, and has been used for raising turkeys, chickens, birds and fowl.
4  Three wells are located on this property and water for irrigation and
5  domestic use is obtained from these wells. This property is adjacent
6  to a creek which only contains water during rainy season, becoming dry
7  within a day after rain ceases.

   WHEREFORE, these defendants pray that plaintiff take
nothing against them by reason of the Complaint and Supplementary
and Amendatory Complaint on file herein; that said Complaint be
dismissed as against these defendants; that defendants' right to
water, as hereinabove set forth, be quieted as against the plain-
tiff and against all other defendants in this action; and for such
other and further relief as the Court may deem proper.

*Herbert K. Reid*

*Rose V. Reid*

               Defendants in propria persona

Dated: May 19, 1958

11085

EXHIBIT A

Real property in the County of Riverside, State of California, described as follows:

That portion of Lot 184, as shown by map entitled "Map of Temecula Land and Water Co." on file in Book 8 page 359 of Maps in the office of the County Recorder of the County of San Diego, State of California, by metes and bounds:

Beginning at the point of intersection of the Southwesterly extension of the Northwesterly line of said Lot with the center line of Hamilton Avenue; thence Southeasterly on the center line of Hamilton Avenue, 615.5 feet to a point distant Northwesterly 1192.10 feet from the intersection of said center line of Hamilton Avenue with the center line of Banana Street; thence North 34° 56' 15" East 554.20 feet; thence North 4° 15' 55" West 624.62 feet to a point on the Northwesterly line of said Lot 184, a distance of 395.20 feet Southwesterly from the intersection of the center line of Clinton Avenue with the Northeasterly prolongation of the Northwesterly line of said Lot; thence Southwesterly on the Northwesterly line of said Lot, 924.70 feet to the point of beginning.

EXCEPTING therefrom that portion in Hamilton Avenue.

ALSO EXCEPTING therefrom that portion of said property lying Westerly of the Easterly line of the County Road conveyed to the County of Riverside by Deed filed for record July 10, 1930 in the office of the County Recorder of the County of Riverside, State of California.

ALSO EXCEPTING therefrom that portion conveyed to the County of Riverside by Jesse C. Bishop and Olive F. Bishop, his wife, recorded July 23, 1947 in Book 843 page 493 of Official Records.

11086