Lester W. Hagman and Leta Hagman
Defendants in propria persona
Box 163 Star Route, Hemet, Calif.



IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>　　　　Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>LESTER.W.HAGMAN<br>and<br>LETA HAGMAN |

The defendants, Lester W. Hagman and Leta Hagman each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 42.5 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

11087

1 Of this land approx. 2½ acres are tillable and good part of
2 balance suitable for raising turkeys, chickens, family orchard
3 and lawn. Has several good home sites, also highway business
4 frontage. Water is being used from 2 wells, one of which is old
5 and pumps dry in approx. 45 min. with slow recovery. Other well
6 is 4 years old and is used with pressure system, no test has
7 been run on this.

8 Defendants claim right to use necessary water from these
9 wells as developing conditions may call for, also to drill new
10 wells in case of failure of present ones.

11 Defendants do not claim prescriptive or appropriative
12 rights.

13 There is a residence, also small building on property
14 at this time.

18 WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*Lester W. Hagman*

*Leta Hagman*

Defendants in propria persona

32 Dated: May - 21. 1958

13088

EXHIBIT "A"

That portion of the East half of the S.W.¼ of section 20
Township 8 So. Range 1 East. San Bernadino Base
and Meridian.

11089