

1  Alfred H. Coy And Anna Coy
   **Defendants in propria persona**
2  142 N. Palm P.O. Box 364
   Woodlake California
3

4              IN THE UNITED STATES DISTRICT COURT

5                SOUTHERN DISTRICT OF CALIFORNIA

6                      SOUTHERN DIVISION

7

8  UNITED STATES OF AMERICA,         )   CIVIL NO. 1247 - SD - C
                                     )
9              Plaintiff,            )   ANSWER OF DEFENDANTS
                                     )
10      v.                           )
                                     )   Alfred H. Coy and
11 FALLBROOK PUBLIC UTILITY          )   Anna Coy
   DISTRICT, ET AL,                  )
12                                   )
               Defendants,           )
13     The defendants, Alfred H. Coy and Anna Coy

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17       ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                   AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference
19
20 all of the allegations contained in the answer to said Complaint and

21 Supplementary and Amendatory Complaint filed in this case by Newton

22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23 of the portion thereof entitled "Affirmative Statement of Rights")

24 and make each and all of said allegations a part of this answer

25 the same as if herein set forth at length.

26             AFFIRMATIVE STATEMENT OF RIGHTS
                          Three lots
27      These defendants own xxxx~~acres~~ of land in Riverside

28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.

32
COPY RECEIVED                                           11090

INDEXED

EXHIBIT "A"

In the County of Riverside, State of California

Lots 3, 4 and 9 in Block 15 of Murrieta Townsite, as shown by Map of the Temecula Land and Water Company showing the subdivision of a portion of the Temecula Ranch, on file in Book 8 page 359 of Maps, San Diego County Records.

This property is riparian land; three (3) lots.

Defendants claim the right to use underground water

for reasonable domestic use.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Alfred N Coy*

*Anna Coy*

Defendants in propria persona

Dated: *May 21-1958*

11091

Lloyd L. East & Helen L. East

Defendants in propria persona

1246 Hillcrest Lane, Fallbrook, California

FILED
MAY 23 1958

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

Lloyd L. East
Helen L. East

The defendants, Lloyd L. East & Helen L. East each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 7 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

11092

I claim prescriptive rights to the God given natural or induced rain that falls upon this property in that it may be accumulated and or distributed over and through this property. This prescriptive right I claim jointly with the purchase and ownership of this property.

I claim the right to use at my discression and pleasure the entire present and future flow of water from the well now upon this property. This well being in existance and use upon this property in excess of sixty years and was secured as part of the property which I purchased in good faith.

I claim the right to drill or dig one or more wells with the necessary lateral borings or tunnels for the purposes of irrigation or domestic use on this property.

I claim the right to purchase from the Fallbrook Public Utility District all the water or the portion of water required to irrigate or use domestically for the present maintenance and growth of the crop or crops that are now and will be grown upon this land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Lloyd Y. East*

*Helen L. East*

Defendants in propria persona

Dated: May 20 1958

11083

EXHIBIT A

Description:  The East 18 Acres of the Northeast Quarter of the Southwest Quarter of Section 18, Township 9 South, Range 3 West, S.B.B.M., in the County of San Diego, State of California, according to the United States Government Survey, EXCEPTING therefrom the East 127 feet thereof and also EXCEPTING therefrom the West 7.075 acres thereof.

11094