1   Mrs Cora Stoller
2   Defendants in propria persona
3   Murrieta Calif.

FILED
MAY 23 1958
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By William M. —, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants,

CIVIL NO. 1247 - SD - C
ANSWER OF DEFENDANTS
Mrs Cora Stoller

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1/6 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

11095

Exhibit A.

Lot one (1) in Block one (1) in the Townsite of Murrieta, as shown by map on file in Book 8 page 359 of the Records of San Diego County California.

The lots are in the Murrieta Portion of the Temecula Rancho.

Exhibit B.

I claim my land herein described is in the Temecula Ranch. I am told it is a Mexican Grant prohigted by the treaty of guadalupe hidalgo and as such I have been told I am not subject to any state law that is contrary to the provisions of said Treaty

Statement of Facts

I have a well on this property and have use it freely and exclusively for many years and expect and I hope to do so in the future

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Mrs Cora Stoller*

---
Defendants in propria persona

Dated: May 21, 1958

11098