Walter J. Winzell and Lucille M. Winzell
Defendants in propria persona
941 E. Alvarado Street
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           ) CIVIL NO. 1247 - SD - C
                Plaintiff,          ) ANSWER OF DEFENDANTS
     v.                             ) Walter J. Winzell and
FALLBROOK PUBLIC UTILITY            ) Lucille M. Winzell
DISTRICT, ET AL,                    )
                Defendants,         )

The defendants, Walter J. Winzell and Lucille M. Winzell each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 3.13 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement. This land, as determined by the U.S. Soil Conservation Service, consists of Fallbrook loam and is wholly plantable to avocados, citrus or other crops.

These defendants have irrigated this land in the

COPY RECEIVED
INDEXED

11165

Public Utility District. In addition to irrigating a one acre avocado grove and using water for household purposes, these defendants are raising chickens on a commercial basis. Within the near future these defendants plan to plant the rest of the land (Approx one acre) to Avocados + Citrus.

Defendants claim all the rights of overlying land owners and to water which may originate in or may be found, on or under, or which may cross their land

Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendants hereby incorporate, the same as though set forth herein in full, all the affirmative defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all the lands in which they have any financial interest whatever

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Walter J Wingel*

*Lucile M. Wingel*

Defendants in propria persona

Dated: May 20, 1958

11166

Exhibit "A"

Description of property owned by
Walter J. Winzell and Lucile M. Winzell

The East 205.67' of the West 525.67'
of Lot 7, Shipley Tract according to Map
No. 132 in the Recorder's office in the
County of San Diego, California

11167