Defendants in propria persona



FILED
MAY 23 1958
CLERK, U.S. ...
SOUTHERN DISTRICT OF ...
By ............ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Walter A. Coy and |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | Oleta S. Coy |
| Defendants, | |

The defendants, Walter A. Coy and Oleta S. Coy each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS
two lots
These defendants own xxxxacrexx of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

11168

EXHIBIT "A"

In the County of Riverside, State of California

Lots 5 and 6 in Block 15 of the Townsite of Murrieta, as shown by Map on file in Book 8 page 359 of Maps, San Diego County Records.

This property is riparian land; two (2) lots.

Defendants claim the right to use underground water for reasonable domestic use.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Walter A. Cay*

*Oleta L. Cay*

Defendants in propria persona

Dated: 5-20-58

11169