Katherine Mignyon Jett
J.D. Jett
1119 Old Stage Rd
Fallbrook, Calif.

Defendants in propria persona


FILED
MAY 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )   CIVIL NO. 1247 - SD - C
                          )
               Plaintiff, )   ANSWER OF DEFENDANTS
                          )   Katherine Mignyon Jett
          v.              )   J.D. Jett
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, ET AL,          )
                          )
               Defendants,)

Katherine Mignyon Jett
J.D. Jett

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own _apt_ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

Description of property on separate attached sheet

INDEXED
COPY RECEIVED

11099

All that portion of the Northwest Quarter of the Northeast Quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to the United States Government Survey approved June 11, 1880 described as follows:

Beginning at a point in the East line of said Northwest Quarter, Northeast quarter distant North 0°03' East 864.32 feet from the Northeast corner thereof, being a point in the East line of the land conveyed to Gordon W. Peterson et ux by deed from Will T. Scott, etc., recorded Sept. 8, 1945; thence North 89°13'30" West parallel with the South line of said Northwest quarter of the Northeast quarter a distance of 421.34 feet to a point in the West line of the land conveyed to Peterson above referred to; thence North 6°14' West along said West line a distance of 102.77 feet to the true point of beginning; thence South 89°13'30" East parallel with South line of said Northwest quarter of Northeast quarter a distance of 432.60 feet to a point in the East line of said Northwest quarter, Northeast quarter; thence North 0°03' East along the said East line a distance of 61.32 feet to a point; thence North 89°13'30" West along the South line of said Peterson land 437.35 feet to the Northwest corner of said Peterson land; thence South 6°14' East along the West line of said land a distance of 61.77 feet to the true point of beginning.

11100

We have two houses on this piece of land. One we live in, the other we rent. In the future we plan to build another house on it so we need water for at least three houses. In the distant future we may build a duplex besides the other house so will need water for it also

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

J D Jett

_____

Defendants in propria persona

Dated: May 19 1958

11101