```
FALLBROOK HOSPITAL DISTRICT
DEFENDANTS IN PROPRIA PERSONA
331 S. MAIN
FALLBROOK, CALIFORNIA
```



FILED
MAY 23 1958

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL No. 1247 - SD - C
    PLAINTIFF, )
  v. ) ANSWER OF DEFENDANT
) FALLBROOK HOSPITAL DISTRICT
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
    DEFENDANTS, )

The defendant, FALLBROOK HOSPITAL DISTRICT, a local hospital district created pursuant to Division 23 of the Health and Safety Code of the State of California, severing from its co-defendants and for itself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admits, denies, and alleges:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

This answering defendant hereby incorporates by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

This defendant owns less than ½ ACRES of land in San Diego

INDEXED
COPY RECEIVED

- 1 -

11102

County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

That the land of defendant, Fallbrook Hospital District, is within the water shed of the Santa Margarita River, and defendant claims and asserts the right to take and use percolating water by reason of ownership of the over-lying lands; that this defendant may at some future date wish to take said percolating water by drilling a well.

WHEREFORE, this defendant prays that plaintiff take nothing against it by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendant's right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

                            FALLBROOK HOSPITAL DISTRICT
                            Defendant in Propria Persona

                            By *George P. Kelsoe, Jr.*
                                President of the Board of Directors

Dated: May 20, 1958

EXHIBIT "A"

Lot 4 and the North 4 feet of Lot 5 in Block 25 of West Fallbrook, in the County of San Diego according to the map thereof No. 567, filed in the Office of the County Recorder of San Diego County October 9, 1888.

11103A