1   Frank Lloyd

2   Defendants in propria persona

3   Murrieto Calif,

F I L E D

MAY 23 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
Deputy Clerk

4

5              IN THE UNITED STATES DISTRICT COURT

6              SOUTHERN DISTRICT OF CALIFORNIA

7                     SOUTHERN DIVISION

8   UNITED STATES OF AMERICA          )   CIVIL NO. 1247 - SD - C

9                     Plaintiff,      )   ANSWER OF DEFENDANTS

10       v.                           )

11  FALLBROOK PUBLIC UTILITY          )   Frank Lloyd
    DISTRICT, ET AL,                  )

12                    Defendants,     )

13       The defendants,

14  each severing from their co-defendants and each for himself or herself

15  alone, in answer to the Complaint and Supplementary and Amendatory Com-

16  plaint on file herein, admit, deny, and allege:

17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT

18

19       These answering defendants hereby incorporate by reference all

20  of the allegations contained in the answer to said Complaint and Supple-

21  mentary and Amendatory Complaint filed in this case by Newton T. Bryant

22  and Willie Mae Bryant (excepting only Paragraphs I and II of the portion

23  thereof entitled "Affirmative Statement of Rights") and make each and all

24  of said allegations a part of this answer the same as if herein set forth

25  at length.

26           AFFIRMATIVE STATEMENT OF RIGHTS

27       These defendants own $2\frac{2}{3}$ acres of land in Riverside

28  County, California, and within the watershed of the Santa Margarita River,

29  more particularly described in the document attached hereto, marked Exhibit

30  A, which is hereby incorporated by reference as a part of this statement.

31

32

COPY RECEIVED

EXHIBIT A

**Legal Description of Property:**

Lots Ten (10), Eleven (11), Twelve (12) and Thirteen (13) In Block Two (2) of Doolittle's Addition to Murrieta, as shown by Amended Map thereof on file in Book 14, page 663 of Maps, Records of San Diego County, California.

I claim my land herein described is in the Temecula Ranch a Mexican Grant, protected by the Treaty of Guadalupe Hidalgo and as such, I do not believe I am subject to any state law that is contrary to the provisions of said Treaty.

Statement of Fact:

I have a well on this property and have used it freely and exclusively for many years and expect and hope to do so in the future.

11105

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Frank Lloyd_

_____

Defendants in propria persona

Dated:

11106