FILED
MAY 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

EARL W. BELL and RACHEL A. BELL
Defendants in propria persona
631 W. Alvarado St.,
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

   Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
EARL W. BELL AND
RACHEL A. BELL

  The defendants, EARL W. BELL and RACHEL A. BELL, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

  These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

  These defendants own 7 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

11107

II

This land is all tillable and is presently planted to avocado and lemon trees. Defendants have irrigated this land in the past and water for this purpose has been obtained from the Fallbrook Public Utility District. Defendants claim the right to use twenty-one acre feet of water per year from the Santa Margarita River, said water to be furnished by the Fallbrook Public Utility District from appropriative rights granted said District by the sovereign State of California.

III

Defendants claim all the right of overlying land owners and to water which may originate in or may be found on or under, or which may cross their lands.

IV

Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

V

Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

VI

Be   Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and

11108

Fallbrook; thence along said Westerly prolongation of the North

1 against all other defendants in this action; and for such other and
2 further relief as the Court may deem proper.

*Earl N Bell*

*Rachel A. Bell*
Defendants in propria persona

7 DATED: 15 May 1958

EXHIBIT "A" TO ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF EARL W. BELL AND RACHEL A. BELL IN CIVIL NO. 1247-SD-C:

That portion of Tract 126 of West Fallbrook in the County of San Diego, State of California, according to the Map thereof No. 567 filed in the office of the Recorder of said San Diego County October 9, 1888, described as follows:

Beginning at a point on the Southerly line of said Tract 126 distant thereon South 89° 20' 30" East 447.64 feet from the Southwest corner of said Tract 126, said point being an angle point in the boundary of land conveyed to Harold P. Clover et ux by Deed dated July 18, 1944 and recorded in Book 1745, page 175 of Official Records; thence South 89° 20' 30" East along the Southerly line of said Tract 126 a distance of 82.55 feet to the Southwest corner of land conveyed to Harlan B. Griswold et ux by Deed dated August 11, 1944 and recorded in Book 1768, page 28 of Official Records; thence North 1° 53' 30" East along the Westerly line of said land 224.70 feet to the Northwest corner of said land, being a point on the boundary of the aforementioned land conveyed to Clover; thence along said boundary, North 89° 17' 30" West to an angle point therein; thence continuing along said boundary South 6° 17' 30" West 225.80 feet to the true point of beginning.

All that portion of Tract No. 126 of West Fallbrook, in the County of San Diego, State of California, Map No. 567, and that portion of Ivy Street closed to public use June 9, 1930, by order of the Board of Supervisors of said County, as recorded in Book 1767, page 494 of Deeds, records of said County, and ALSO that portion of Summit Avenue closed to public use by said Board of Supervisors, and recorded in Volume 61, page 296 of vacations, records of said County, and a portion of the Rancho Santa Margarita y Las Flores, as shown on Map in Book 7, page 39 of Patents, records of said County, described as a whole as follows:

Beginning at the Northwesterly corner of the parcel of land conveyed by the Union Title Insurance and Trust Company to Frederick Reed, by deed dated April 10, 1941, recorded April 13, 1941, in Book 1162, page 334 of Official Records of said County; thence along the North line of said parcel and along the North line of the tract of land conveyed to said Frederick Reed, by deed recorded in Book 1841, page 383 of Deeds, and along the North line of that certain tract of land conveyed by James E. Potter to William F. Kuhn, Jr., et ux, by deed dated April 11, 1934, recorded April 18, 1934, in Book 278, page 472 of Official Records, records of said County, South 89° 20' 30" East, 417.50 feet to the Northeasterly corner of said Kuhn land; thence along the Easterly line of said Kuhn land, thence along the South 6° 17' 30" West, 208.75 feet to the South line of said Tract No. 126; thence along said South line South 89° 20' 30" East, 30.14 feet to the Southwesterly corner of the tract of land conveyed by Mark Rhodes, et ux, to Robert B. Hodge, et ux, by deed dated April 27, 1943, recorded May 20, 1943, in Book 1487, page 497 of Official Records of said County; thence along the Westerly line of said Hodge land and its Northerly prolongation North 6° 17' 30" East, 225.80 feet to the Westerly prolongation of the North line of Tract No. 116 of said West Fallbrook; thence along said Westerly prolongation of the North

Case 3:51-cv-01247-JO-SBC   Document 2219   Filed 05/23/58   PageID.7465   Page 5 of 5

**EXHIBIT "A" TO ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF EARL W. BELL AND RACHEL A. BELL IN CIVIL NO. 1247-SD-C (CONTINUED):**

line of said Tract No. 116, South 89° 17' 30" East, 232.74 feet to the Northwest corner of said Tract No. 116; thence along the Northerly prolongation of the West line of said Tract No. 116, North 0° 37' 45" East, 25.00 feet to the center line of Hawthorn Street; thence along the Westerly prolongation of said center line North 89° 17' 30" West, 35.00 feet to the center line of said Summit Avenue; thence along said center line of Summit Avenue, North 0° 37' 45" East, 389.80 feet to the North line of said Ivy Street; thence along said North line, North 89° 11' West, 604.85 feet to the Northwest corner of the parcel of land conveyed by the Union Title Insurance and Trust Company, to Richard E. VanRensslaer, et ux, by deed dated April 10, 1941, recorded April 18, 1941, in Book 1158 page 377 of Official Records of said County; thence along the Westerly line of said VanRensslaer land, South 6° 11' 30" West, 435.33 feet to the point of beginning.