GEORGE W. BENSON and SOPHIA N. BENSON
Defendants in propria persona
1564 East Mission Road,
Fallbrook, California


FILED
MAY 23 1958

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF GEORGE W. BENSON AND SOPHIA N. BENSON

The defendants, George W. Benson and Sophia N. Benson each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1 & 2/3 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

11112

EXHIBIT A

LEGAL DESCRIPTION:

All that portion of the South Half of the Southeast Quarter of the Southeast Quarter of Section 18, Township 9 South, Range 3 West, S.B.M. described as follows:
Beginning at the Northeast corner of said South Half of the Southeast Quarter of the Southeast Quarter of Section 18; thence along the North line of said South Half South 89°32' 30" West 565.21 feet to the Northwesterly corner of the Tract of land conveyed by Phelps to Hildebrand by deed recorded in Book 2075, Page 261 of Official Records of said San Diego County; thence along the Westerly boundary of said land of Hildebrand South 33°28' 40" West 378.84 feet and South 0°24' 30" East 28.17 feet to the true point of beginning; thence South 36°21' East 60.53 feet; thence South 79°22' East 133.76 feet; thence North 71°58' East 113.36 feet; thence South 54°55' 30" East 205 feet to the center line of U.S. Highway No. 395, being a point in a curve concave to the Northwest and having a radius of 500 feet; thence Southwesterly along said curve 310.03 feet to the end of said curve; thence South 0°07' 30" East 4.45 feet to the South line of said Section 18; thence along said South line of Section 18 South 89°35' West 150.74 feet to the Southwest corner of said land of Hildebrand; thence along the West line of said land of Hildebrand North 0°24' 30" West 255.42 feet to the true point of beginning.

---

11113

1. Defendants claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries, whether from springs, streams or wells, etc., and to take water from their land, whether for domestic, industrial, business or irrigation purposes.

2. They have a Commercial Grove of 51 trees, a Home, Garden and Family Fruit trees on this property. They are now buying their water from the Fallbrook Public Utility District, and claim the right to use approximately 10 or more acre-feet of water per year, as required. An intermittent creek adjoins their land from which they reserve the right to draw water when available.

3. In addition to the claim and uses as herein made, the defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill and to dig wells, and exercise water reclamation and conservation practices as now or may be known in the future.

4. Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings

5. Defendants claim all the above for all lands in which they have any financial interest whatsoever.

FURTHERMORE, we pray the court to award us, the aforementioned defendants, adequate damages to reimburse us for the cost of preparing and prosecuting our defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon us by this attempted acrimonious, confiscatory usurpation of property rights, instituted against us by the agencies of the United States Government.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*George W. Benson*
George W. Benson

*Sophia N. Benson*
Sophia N. Benson

Defendants in propria persona

1564 East Mission Road
Fallbrook, California

Dated: May 15th 1958

11114