


JAMES E. BROWN and JENNIE M. BROWN
Defendants in propria persona
521 Iowa Street,
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ) | ANSWER OF DEFENDANTS |
| v. | ) | ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF JAMES E. BROWN AND JENNIE M. BROWN |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | ) | |
| Defendants, | ) | |

The defendants, James E. Brown and Jennie M. Brown each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2 Lots of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED    COPY RECEIVED

11121

1  Defendants claim all riparian rights to all waters percolating
2  through their land, whether from the Santa Margarita River and
   its tributaries; whether from springs, streams or wells, etc., and
3  to take water from their land, whether for domestic, industrial,
   business or irrigation purposes.

4  Defendants have 2 Lots, as in Exhibit A, on which stand their
5  Home as well as a Rental; Garden and Family Fruit trees. They
   are now buying all their water from the Fallbrook Public Utility
6  District. They plan to build another Rental in the future, and
   claim as much water for business and domestic uses as they consider
7  necessary to keep these buildings supplied in sufficient quantities.

8  In addition to the claim and uses as herein made, the defendants
   claim all rights of overlying landowners to any water which may
9  originate in, or under, or cross their land. Defendants claim
   the right to drill and dig wells, and exercise water reclamation
10 and conservation practices as now or may be known.

11 Defendants hereby incorporate the same as though set forth herein
   infull all of the Affirmative Defenses of the Fallbrook Public
12 Utility District on file in these proceedings.

13 Defendants claim all the above for all lands in which they have any
   financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*James E. Brown*
James E. Brown

*Jennie M. Brown*
Jennie M. Brown

Defendants in propria persona
521 Iowa Street,
Fallbrook, California

Dated: May 15, 1958

11122

EXHIBIT A

Lots 3, 4 and 5, Block "D" BARTLETTS ADDITION of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 470, filed in the office of the Recorder of San Diego County January 4, 1888.