

1  HARRY J. GEYER, Jr. and GRACE EUGENIA GEYER
   Defendants in propria persona
2  P. O. BOX  642
3  FALLBROOK,  CALIFORNIA.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,             )   CIVIL NO. 1247 - SD - C
                                      )
           Plaintiff,                 )   ANSWER OF DEFENDANTS
                                      )   ANSWER TO COMPLAINT AND
      v.                              )   SUPPLEMENTARY AND AMENDATORY
                                      )        COMPLAINT OF
FALLBROOK PUBLIC UTILITY              )   HARRY J. GEYER, Jr. AND
DISTRICT, ET AL,                      )   GRACE EUGENIA GEYER.
                                      )
           Defendants,                )

The defendants, HARRY J. GEYER, Jr. and GRACE EUGENIA GEYER each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2½ acres of land in  SAN DIEGO County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED   COPY RECEIVED                                11126

"EXIBIT A"

Description of property of
Harry J. Geyer, Jr. and Grace Eugenia Geyer.

The North 212.90 feet of the West 31 rods of the Northwest quarter of the Northwest Quarter of Section 19, Township 9 South Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California. Containing Approximately 2½ acres.

Also an easement for road purposes, pipe lines and drainage ditches over the East 20 feet of the West 511.50 feet of the South 212.90 feet of the North 425.80 feet of the said Northwest Quarter of the Northwest Quarter.

11127

1   Defendants claim all riparian rights and all rights to water
percolating through their land whether from springs, streams or
2   wells located on their property for domestic, industrial business
watering of live stock and poultry or irrigation purposes.
3   They have a home,-and an extra rental, (now under construction)
garage, family fruit trees, goats and poultry for home use.
4   They plan to plant more trees on what is now vacant land, as
recommended by the United States Soil Conservation Service.
5   For this and future purposes they claim the right to use six
acre feet per year on this land
6
    Defendants claim all rights to overlaying landowners
7   to any water which may originate in or under or cross their land.
    Defendants claim the right to dig or drill wells and exercise
8   water reclamation and conservation practices as now or may be known.
    Defendants hereby incorporate the same as though set forth
9   herein in full all of the Affirmative Defenses of the Fallbrook
Public Utility District on file in these proceedings
10
11
12
13
14
15
16
17
18            WHEREFORE, these defendants pray that plaintiff take
19   nothing against them by reason of the Complaint and Supplementary
20   and Amendatory Complaint on file herein; that said Complaint be
21   dismissed as against these defendants; that defendants' right to
22   water, as hereinabove set forth, be quieted as against the plain-
23   tiff and against all other defendants in this action; and for such
24   other and further relief as the Court may deem proper.
25
26                              *Harry J. Geyer Jr*
27                              HARRY J. GEYER, Jr
28                              *Grace Eugenia Geyer*
                                GRACE EUGENIA GEYER
29                              Defendants in propria persona
30
31
32   Dated April 28th 1958

                                                        11128