Lloyd L. East & Helen L. East

Defendants in propria persona

1246 Hillcrest Lane, Fallbrook, California



F I L E D

MAY 23 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
    Plaintiff, ) ANSWER OF DEFENDANTS
v. ) Lloyd L. East
FALLBROOK PUBLIC UTILITY ) Helen L. East
DISTRICT, ET AL, )
    Defendants, )

The defendants, Lloyd L. East & Helen L. East each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 7 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

11092

I claim prescriptive rights to the God given natural or induced rain that falls upon this property in that it may be accumulated and or distributed over and through this property. This prescriptive right I claim jointly with the purchase and ownership of this property.

I claim the right to use at my discression and pleasure the entire present and future flow of water from the well now upon this property. This well being in existence and use upon this property in excess of sixty years and was secured as part of the property which I purchased in good faith.

I claim the right to drill or dig one or more wells with the necessary lateral borings or tunnels for the purposes of irrigation or domestic use on this property.

I claim the right to purchase from the Fallbrook Public Utility District all the water or the portion of water required to irrigate or use domestically for the present maintenance and growth of the crop or crops that are now and will be grown upon this land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Lloyd L. East*

*Helen L. East*

Defendants in propria persona

Dated: May 20 1958

11093

EXHIBIT A

Description:  The East 18 Acres of the Northeast Quarter of
the Southwest Quarter of Section 18, Township 9 South,
Range 3 West, S.B.B.M., in the County of San Diego,
State of California, according to the United States
Government Survey, EXCEPTING therefrom the East 127
feet thereof and also EXCEPTING therefrom the West 7.075
acres thereof.

11094