

FILED
MAY 23 1958

1  JAMES ELLIOTT GILLAN and HATTIE V. GILLAN
   **Defendants in propria persona**
2  236 E. Hawthorne St.
   Fallbrook, California
3
4             IN THE UNITED STATES DISTRICT COURT
5              SOUTHERN DISTRICT OF CALIFORNIA
6                    SOUTHERN DIVISION
7
   UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
8                                   )
                 Plaintiff,         )   ANSWER OF DEFENDANTS
9                                   )
        v.                          )   JAMES ELLIOTT GILLAN AND
10                                  )   HATTIE V. GILLAN
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )
                                    )
12               Defendants,        )

   The defendants, JAMES ELLIOTT GILLAN and HATTIE V. GILLAN
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                  AMENDATORY COMPLAINT

   These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

              AFFIRMATIVE STATEMENT OF RIGHTS

   These defendants own a lot ~~acres~~ of land in San Diego
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

   INDEXED     COPY RECEIVED

                                              11129

1    Defendants claim all the right of overlying land owners and to water which may originate in or may be found, on, or under, or which may cross their land.

3    Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

5    Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

7    Defendants claim all the above for all lands in which they have any financial interest whatsoever.

    Furthermore, we pray the court to award us, the aforementioned defendants, adequate damages to reimburse us for the cost of preparing and prosecuting our defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon us by this attempted acrimonious, confiscatory usurpation of property rights, instituted against us by the agencies of the United States Government.

    WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*James Gillan*

*Hattie V. Gillan*

Defendants in propria persona

Dated:

11130

EXHIBIT A

That portion of Block 42 of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 743, filed in the Office of the Recorder of said San Diego County March 6, 1893, described as follows:

Beginning at the point of intersection of the Easterly prolongation of the North line of Hawthorn Street, as shown on said Map No. 743, with the center line of the alley in said Block; thence along said Easterly prolongation South 89°17'15" East (record Easterly) 50.30 feet to the true point of beginning; thence continuing along said Easterly prolongation South 89°17'15" East (record Easterly) 114.82 feet to the center line of Orange Avenue; thence along said center line of Orange Avenue North 0°38'40" East (record Northerly) 56.13 feet to the Northeast corner of the tract of land conveyed to Walter H. Barkow, et ux, by deed recorded April 8, 1938 in Book 763, Page 360 of Official Records; thence along the North line of said land of Barkow North 89°17'30" West (record Westerly) 114.06 feet to a point on a line which bears North 1°25'10" East from the true point of beginning; thence South 1°25'10" West 56.13 feet to the true point of beginning.