

FILED

MAY 23 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CAL.
By _____ Deputy Clerk

1   DONALD G. GRANZELLA and JOANNE L. GRANZELLA
    **Defendants in propria persona**
2   1140 Old Stage Road
    Fallbrook,  California
3

4              IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                     SOUTHERN DIVISION

7

8   UNITED STATES OF AMERICA,          )    CIVIL NO. 1247 - SD - C

9                    Plaintiff,        )    ANSWER OF DEFENDANTS

10          v.                         )    DONALD G. GRANZELLA AND
                                       )    JOANNE L. GRANZELLA
11  FALLBROOK PUBLIC UTILITY           )    ANSWER TO COMPLAINT AND
    DISTRICT, ET AL,                   )    SUPPLEMENTARY AND AMENDATORY
                                       )    COMPLAINT
12                   Defendants,       )

13       The defendants,   DONALD G. GRANZELLA and JOANNE L. GRANZELLA

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                     AMENDATORY COMPLAINT
18

19       These answering defendants hereby incorporate by reference

20  all of the allegations contained in the answer to said Complaint and

21  Supplementary and Amendatory Complaint filed in this case by Newton

22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23  of the portion thereof entitled "Affirmative Statement of Rights")

24  and make each and all of said allegations a part of this answer

25  the same as if herein set forth at length.

26          AFFIRMATIVE STATEMENT OF RIGHTS

27       These defendants own .2  acres of land in San Diego

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

31  part of this statement.

32

1    Defendants claim all rights to waters percolating
2 through their land whether for domestic, industrial, busi-
  ness or irrigation purposes.  They have a home and family
3 fruit trees.

4    They have in addition, 12 avocado trees 10 years old.

5    The defendants herein neither waive nor relinquish
  their right or rights to the present use or future de-
6 velopment and use of water, including the right to store
  water in, render or upon any and all such rights.  They
7 further deny each and every allegation as contained in
  the complaint against them.

8

9

10

11

12

13

14

15

16

17

18    WHEREFORE, these defendants pray that plaintiff take

19 nothing against them by reason of the Complaint and Supplementary

20 and Amendatory Complaint on file herein; that said Complaint be

21 dismissed as against these defendants; that defendants' right to

22 water, as hereinabove set forth, be quieted as against the plain-

23 tiff and against all other defendants in this action; and for such

24 other and further relief as the Court may deem proper.

25

26    *Donald G. Granzella*

27

28    *Joanne L. Granzella*

29    Defendants in propria persona

30    DONALD G. GRANZELLA and
      JOANNE L. GRANZELLA
31
      1140 Old Stage Road
32 Dated: May 13, 1958    Fallbrook, California

Exhibit A

That portion of the Northeast Quarter of the Northeast Quarter of Section 25,  Township 9 South,  Range 4 West, San Bernardino Meridian,  in the County of San Diego, State of California,  according to United States Government Survey approved June 11, 1880,  described as follows:

Beginning at a point in the West line of said Northeast Quarter of Northeast Quarter distant North 0° 03' East 785.00 feet from the Southwest corner of said Northeast Quarter of Northeast Quarter;  thence continuing along said West line North 0° 03' East 62.00 feet;  thence parallel with the South line of said Northeast Quarter of Northeast Quarter South 89° 12' 30" East 159.00 feet;  thence parallel with the West line of said Northeast Quarter of Northeast Quarter South 0° 03' West 62.00 feet;  thence North 89° 12' 30" West 159.00 feet to the point of beginning.

11134