

MAY 23 1958

1  Eddy Hattibuhr and Goldie Hattibuhr
   Defendants in propria persona
2  Aguanga, California

4             IN THE UNITED STATES DISTRICT COURT
5              SOUTHERN DISTRICT OF CALIFORNIA
6                     SOUTHERN DIVISION

UNITED STATES OF AMERICA,          )   CIVIL NO. 1247 - SD - C
                                   )
              Plaintiff,           )   ANSWER OF DEFENDANTS
                                   )
      v.                           )
                                   )
FALLBROOK PUBLIC UTILITY           )   Eddy Hattibuhr and
DISTRICT, ET AL,                   )   Goldie Hattibuhr
                                   )
              Defendants,          )

The defendants, Eddy Hattibuhr and Goldie Hattibuhr each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own one acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED   COPY RECEIVED                              11135

The defendants have used water from a forty-foot well on their property for household use, and to irrigate an orchard and a large garden. The property is well-situated on State Highway #79, making the highway frontage valuable as a possible business site in the future.

II

Defendants claim the right to use water from their well for household and irrigation uses, with the privilege of deepening this well, or drilling another well in the event that the highway frontage is developed commercially in the future.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Eddy Hattebuhr*

*Goldie Hattebuhr*

Defendants in propria persona

Dated: May 21st, 1958

11136

EXHIBIT A

Description of property owned by Eddy Hattabuhr and Goldie Hattabuhr, Aguanga, California:

That portion of lot ten (10), Section 17, Township 9 south, Range 2 east, San Bernardino Base and Meridian, described as follows:

Beginning at a point in the center line of State Highway #79, which is the southwest corner of O. A. Bergman property, thence easterly 250 feet along the property line between O. A. Bergman and Ruth Wentworth, thence northerly at right angles to said property line a distance of 100 feet, thence westerly and parallel to property line between O. A. Bergman and Ruth Wentworth to a point in the center line of State Highway #79, thence southerly along center of State Highway #79 to the point of beginning.

11137