John T. Henderson
Defendants in propria persona
1147 East Mendocino Street, Altadena, California

FILED
MAY 23 1958

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )   CIVIL NO. 1247 - SD - C
              Plaintiff,   )   ANSWER OF DEFENDANTS
     v.                    )   John T. Henderson
FALLBROOK PUBLIC UTILITY   )
DISTRICT, ET AL,           )
              Defendants,  )

The defendants, John T. Henderson each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 6¼ acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED    COPY RECEIVED                        11138

 1  There is now situated on our 6½ acres a well
 2  which we use for domestic purposes. There are
 3  approximately 4 acres which has been under
    cultivation and upon which we may use for
 4  small grain farming and/or truck gardening in the
    future. In such case we may wish to drill
 5  another well on any portion of the above described
    property.

    WHEREFORE, these defendants pray that plaintiff take
nothing against them by reason of the Complaint and Supplementary
and Amendatory Complaint on file herein; that said Complaint be
dismissed as against these defendants; that defendants' right to
water, as hereinabove set forth, be quieted as against the plain-
tiff and against all other defendants in this action; and for such
other and further relief as the Court may deem proper.

_____
John T. Henderson
Defendants in propria persona

Dated: May 20, 1958

Case 3:51-cv-01247-JO-SBC Document 2228 Filed 05/23/58 PageID.7491 Page 2 of 3

Writing:

Commencing at the Northeast corner of the Northeast quarter of Southwest quarter of Section 34, Township 8 South Range 1 East, San Bernardino Base and Meridian, as shown by United States Government Survey; thence Westerly along the Northerly line of said Northeast quarter of Southwest quarter, 1100 feet to the Northwest corner of that certain parcel of land conveyed to Dr. Packard Thurber by Deed recorded April 21, 1936, in book 275 page 150 of Official Records of Riverside County, California; thence Southerly parallel with the Easterly line of said Northeast quarter of Southwest quarter, 165 feet for the point of beginning, said point being the southwest corner of said parcel conveyed to said Thurber; thence Easterly parallel with the Northerly line of said Northeast quarter of Southwest quarter and along the Southerly line of said parcel conveyed to Thurber, 630 feet; thence Southerly parallel with the Easterly line of said Northeast quarter of Southwest quarter, 420 feet; thence Westerly parallel with the Northerly line of said Northeast quarter of Southwest quarter, 630 feet; thence Northerly parallel with the Easterly line of said Northeast quarter of Southwest quarter, 420 feet to the point of beginning.

Also an easement for road purposes over the following property, particularly described as follows:

Beginning at the Northeast corner of the said above described parcel thence Easterly parallel with the Northerly line of said Northeast quarter of Southwest quarter, and along the Southerly line of said parcel conveyed to Thurber, 470 feet to a point on the Easterly line of said quarterNortheast quarter of Southwest quarter; thence Southerly along the Easterly line of said Northeast quarter of Southwest quarter, ;0 feet; thence Westerly parallel with the Northerly line of said Northeast quarter of Southwest quarter 470 feet to a point on the Easterly line of said above described property; thence Northerly along the Easterly line of said described to the point of beginning.