F I L E D

MAY 2 3 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William W. Luddy_
          Deputy Clerk

1  Fred W. Johnson and Gladys E. Johnson
   Defendants in propria persona
2  1723 West 105th St.,
   Los Angeles 47, California
3

4          IN THE UNITED STATES DISTRICT COURT

5             SOUTHERN DISTRICT OF CALIFORNIA

6                  SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,        )     CIVIL NO. 1247 - SD - C
8                                    )
                    Plaintiff,       )     ANSWER OF DEFENDANTS
9                                    )
          v.                         )  FRED W. JOHNSON and GLADYS E.
10                                   )  JOHNSON
   FALLBROOK PUBLIC UTILITY          )
11 DISTRICT, ET AL,                  )
                                     )
12                  Defendants,      )

13       The defendants, Fred W. Johnson and Gladys E. Johnson,

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17       ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
              AMENDATORY COMPLAINT
18

19       These answering defendants hereby incorporate by reference

20 all of the allegations contained in the answer to said Complaint and

21 Supplementary and Amendatory Complaint filed in this case by Newton

22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23 of the portion thereof entitled "Affirmative Statement of Rights")

24 and make each and all of said allegations a part of this answer

25 the same as if herein set forth at length.

26       AFFIRMATIVE STATEMENT OF RIGHTS

27       These defendants own one acres of land in    San Diego

28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.

32

1  Defendants expect to irrigate their land subsequent to the time
                                        or homes
2  they improve same by building a home/upon said land.   Their

3  need for water will include the amount necessary for domestic
                   or homes
4  use at the home/to be constructed and for maintaing the plantings
                    or homes
5  and grass around said home/and a small garden.

6  Defendants claim the right to drill a well upon their property

7  to take the waters in the ground for the above purposes.

8  At the time of the purchase of the said land defendants were

9  verbally promised by C.J. O'Gorman, the seller, who at that time
                      directly
10 owned land/across the State Highway from defendants, that there

11 was water on his land, that he was going to drill a well so that

12 the water would be available and he would supply defendants with

13 all their requirements of water at a reasonable cost.

14 At the time of the purchase of said land defendants always

15 understood they had the right to drill a well upon their own

16 property.

17

18     WHEREFORE, these defendants pray that plaintiff take

19 nothing against them by reason of the Complaint and Supplementary

20 and Amendatory Complaint on file herein; that said Complaint be

21 dismissed as against these defendants; that defendants' right to

22 water, as hereinabove set forth, be quieted as against the plain-

23 tiff and against all other defendants in this action; and for such

24 other and further relief as the Court may deem proper.

25

26         *Fred W Johnson*

27

28         *Gladys E Johnson*

29         Defendants in propria persona

30

31

32 Dated:   May 20, 1958.

**EXHIBIT "A"**

The real property in County of San Diego, State of
California, described as:

Beginning at the Southeast corner of the said North-
east quarter section;  thence South 88° 20' 00" West
448.50 feet along the South line of said Northeast
quarter section to center line of State Highway;  thence
North 47° 02' West 204.55 feet;  thence North
53° 29' West 62.18 feet to the true point of beginning;
thence North 53° 29' West 100 feet;  thence North
36° 31' East 450 feet;  thence South 53° 29' East
100 feet;  thence South 36° 31' West 450 feet to the
true point of beginning, excepting therefrom any
portion thereof within said State Highway.

------

11113