1  Orson Lake Jr  Lillian M Lake
   Defendants in propria persona
2  305 W Clemmens Lane
3  Fallbrook Calif.

4              IN THE UNITED STATES DISTRICT COURT
5                SOUTHERN DISTRICT OF CALIFORNIA
6                      SOUTHERN DIVISION

7  UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
8                                   )
              Plaintiff,             )   ANSWER OF DEFENDANTS
9                                   )
       v.                           )   Orson Lake Jr
10                                   )   Lillian M Lake
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )
                                    )
12            Defendants,            )

13     The defendants, Orson Lake Jr Lillian M Lake
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18
       These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
               AFFIRMATIVE STATEMENT OF RIGHTS
26
       These defendants own 5 acres of land in San Diego
27
   County, California, and within the watershed of the Santa Margarita
28
   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31

32

        INDEXED  COPY RECEIVED                              11144

I reserve the right to put down a well if needed to irrigate 5 acres which is 2 acres avocado and 3 acres Lemons.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Orson Lake Jr.*

*Lillian M Lake*

Defendants in propria persona

Dated: May 20, 1958

EXHIBIT A

PARCEL 1:

The North 460 feet of the South 600 feet of the Northeast Quarter of the Northwest Quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880; EXCEPTING therefrom the West 957 feet thereof.

PARCEL 2:

All that portion of the Northeast Quarter of the Northwest Quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880, described as follows:

Beginning at the Southeast corner of said Northeast Quarter of the Northwest Quarter of said Section 25; thence Westerly along the South line of said Northeast Quarter of Northwest Quarter of said Section, 363 feet, more or less, to its point of intersection with the East line of the West 957 feet of said Northeast Quarter of said Northwest Quarter; thence Northerly along said East line of said West 957 feet, a distance of 140 feet; thence Easterly along a line parallel with the said South line of said Northeast Quarter of Northwest Quarter of said Section, 363 feet, more or less, to the East line of the aforesaid portion of said Section 25; thence Southerly along said East line, 140 feet to the point of beginning.

11146