JAMES G. LEATH and MARGARET ANN LEATH
**Defendants in propria persona**
1133 Old Stage Road
Fallbrook, California




IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF JAMES G. LEATH AND MARGARET ANN LEATH

The defendants, James. G. Leath and Margaret Ann Leath each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2/3 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED    COPY RECEIVED

# EXHIBIT A

All that portion of the Northwest of the Northeast Quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880, described as follows:

Beginning at a point in the East line of said Northwest Quarter of the Northeast Quarter, distance North 0° 03' East 804.32 feet from the Southeast Corner thereof, being a point in the East Line of the land conveyed to Linden W. Peterson èt ux, by deed from Will T. Scott et ux, recorded SSeptember 8, 1945; thence North 89°12'30 West Parallel with the South line of Said Northwest Quarter of the Northeast Quarter a distance of 421.34 feet to a point in the West line of the land conveyed to Peterson above refered to; thence North 6° 14' West along said West line a distace of 102177 Feet; thence South 89°12'30" East Parallel with Southland of said Northwest Quarter of the Northeast Quarter a distance of 432.60 Feet to a point in the East line of said Northwest Quarter of Northeast Quarter; thence South 0°03' West along said East line 102.00 feet to the point of beginning.

Excepting there from the Westerly 150 feet thereof; said Westerly 150 feet being measured along a line joining the Midpoint on the Westerly line of said Parcel first above described with the mid-point on the Easterly line of said parcel; the East Line of said Westerly 150 feet being drawn parallel with the East line of the Parcel of Land above described.

James Gordon Leath and Margaret Ann Leath husband and wife as Joint Tenants of 9th day of August 1947.

Defendants claim all rights to waters percolating through their land whether for domestic, industrial, business or irrigation purposes. They have a home, garage and family fruit trees.

They have in addition 5 avocado trees 10 years old. The defendants reserve the right to two (2) acre feet for which they plan to develop their vacant land suitable for planting trees or construction apartments for income purposes.

The defendants herein neither waive or relinquish their right or rights to the present use or future development and use of water, including the right to store water in, render or upon any such rights. They further deny each and every allegation as contained in the complaint against them.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Capt. James G. Leath (by attorney in fact)

Margaret Ann Leath

Defendants in propria persona

JAMES G. LEATH and MARGARET ANN LEATH
1133 Old Stage Road
Fallbrook, California

Dated: May 15, 1958