ZANE H. MCANEAR AND
LOTTIE M. MCANEAR

Defendants in propria persona
221 North Pasadena Avenue
Fallbrook, California


FILED
MAY 23 1958

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )  CIVIL NO. 1247 - SD - C
               Plaintiff,  )  ANSWER OF DEFENDANTS
     v.                    )  ZANE H. MCANEAR AND
FALLBROOK PUBLIC UTILITY   )  LOTTIE M. MCANEAR
DISTRICT, ET AL,           )
               Defendants, )

The defendants, ZANE H. MCANEAR AND LOTTIE M. MCANEAR, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own Approx. 1/8 acres of land in SAN DIEGO County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

WEST FALLBROOK N 55 ft of W 130 Ft of S ½ Block 100

This land is used entirely for lawns, flowers, and a few avocadoe trees at the rear of the lot, also citrus trees which requires water to survive.

Defendants claim all water or other minerals that run underground on above described property as our own, and no one else can claim such.

Defendants claims needs for water for the sole purpose of Domestic use, watering lawns, flowers, irrigating trees, water for household uses, and for any future use for laundry which we may need, Service Station or garage, or any other dwelling placed on this property which may have need for water.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Zane H. McAnear*

*Lettie M. McAnear*

Defendants in propria persona

Dated: 5/16/58