1 Arthur P. Parshall and Ethel M. Parshall
2 Defendants in propria persona
3 1120 Old Stage Road
  Fallbrook, California
4

FILED
MAY 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

5          IN THE UNITED STATES DISTRICT COURT
6            SOUTHERN DISTRICT OF CALIFORNIA
7                   SOUTHERN DIVISION

8  UNITED STATES OF AMERICA         )   CIVIL NO. 1247 - SD - C
9            Plaintiff,             )   ANSWER OF DEFENDANTS
10      v.                          )   Arthur P. Parshall and
11 FALLBROOK PUBLIC UTILITY         )   Ethel M. Parshall
   DISTRICT, ET AL,                 )
12           Defendants,            )

13      The defendants, Arthur P. Parshall and Ethel M. Parshall
14 each severing from their co-defendants and each for himself or herself
15 alone, in answer to the Complaint and Supplementary and Amendatory Com-
16 plaint on file herein, admit, deny, and allege:

17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
           These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
              AFFIRMATIVE STATEMENT OF RIGHTS
26
           These defendants own  2  acres of land in San Diego
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30
31
32

INDEXED   COPY RECEIVED

11152

1  The property described in "EXHIBIT A" attached hereto is tillable land at present planted to avocados and a few citrus.

2  "Defendants claim all the right of overlying land owners and to water which may originate in or may be found, on, or under, or which may cross their land.

3  "Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

4  "Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

5  "Defendants claim all the above for all lands in which they have any financial interest whatsoever."

Furthermore, we pray the court to award us, the aforementioned defendants, adequate damages to reimburse us for the cost of preparing and prosecuting our defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon us by this attempted acrimonioos, confiscatory usurpation of property rights, instituted against us by the agencies of the United States Government.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Arthur P Parshall*

*Ethel M Parshall*

Defendants in propria persona

Dated: May 21, 1958

11152

EXHIBIT A

All that portion of the South 30 Acres of the Northeast Quarter of the Northeast Quarter of Section 25, Township 9 South, Range 4 West, S.B.M. in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880, described as follows: Beginning at the Southwest corner of said Northeast Quarter of Northeast Quarter; thence North along the West line of said Northeast Quarter of Northeast Quarter, a distance of 660 feet; thence East and parallel with the South line of said Northeast Quarter of Northeast Quarter, a distance of 254 feet to the true point of beginning; thence at right angles, North and parallel with the West line of said Northeast Quarter of Northeast Quarter, a distance of 330 feet, more or less to the North line of said South 30 Acres, thence East along said North line a distance of 274 feet; thence South and parallel with the West line of said Northeast Quarter of Northeast Quarter a distance of 330 feet more or less to the North line of the South 660 feet of said Northeast Quarter of Northeast Quarter; thence West thereon 274 feet to the true point of beginning.