James C. Stewart and Kathryn Stewart
1235 Old Stage Road,
Fallbrook, California.

Defendants in propria persona


FILED
MAY 23 1958

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| vs. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | JAMES C. STEWART, JR |
| Defendants, | and KATHRYN STEWART |

The defendants, JAMES C. STEWART, JR & KATHRYN STEWART each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own ***acres*** part of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

11157

INDEXED       COPY RECEIVED

EXHIBIT A

hereby

GRANT TO   JAMES C. STEWART, JR. and KATHRYN STEWART, husband and wife,
                                                      as joint tenants,

the real property in the

County of   San Diego                , State of California, described as follows

All that portion of the Northwest Quarter of the Northeast Quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880, described as follows:
Beginning at a point in the East line of said Northwest Quarter of Northeast Quarter distant North 0° 03' East 319.32 feet from the Southeast corner of said Northwest Quarter of Northeast Quarter; thence continuing along said East line North 0° 03' East 60 feet; thence parallel with the South line of said Northwest Quarter of Northeast Quarter North 89° 12' 30" West 190 feet; thence parallel with said East line of Northwest Quarter of Northeast Quarter South 0° 03' West 60 feet; thence South 89° 12' 30" East 190 feet to the point of beginning.




11158

Defendants claim all the right of overlying land owners and to water which may originate in or may be found on, or under, or which may cross their land.

Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendants hereby incorporate, the same as though set forth herein in full, all the affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*James C Stewart Jr.*

*Kathryn Stewart*

Defendants in propria persona

Dated: June 20, 1958

11159