

MAY 23 1958

Roy C. Vick and Sally R. Vick
Defendants in propria persona
501 E. Fallbrook St. Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )   CIVIL NO. 1247 - SD - C
                                     )
                Plaintiff,           )   ANSWER OF DEFENDANTS
                                     )
        v.                           )   Roy C. Vick and
                                     )   Sally R. Vick
FALLBROOK PUBLIC UTILITY             )
DISTRICT, ET AL,                     )
                                     )
                Defendants,          )

The defendants, Roy C. Vick and Sally R. Vick
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2 acres of land in San Diego County
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.
We claim the right to water for our two acres in the event we
sell off two lots, water for those buyers and the future right
to drill a well.

We estimate that we need 5, 540 Thousands of gallons of water
per year.

INDEXED   COPY RECEIVED                                    11160

II Legal Description

All that prtion of the N. 20 Acres of the W 30 Acres of the SE Quarter of the SE Quarter of Section 24, Township 8 South, Range 4 West, San Bernardino meridian, in the Country of San Diego, State of California, described as follows:

Beginning at the NE corner of said SE quarter of the SE Quarter; thence along the N line of said Se Quarter of the SE quarter N 89 06'45" W 660.00 feet; thence parallel to the E line of said SE quarter of the SE Quarter S 0020'15" West 331 feet; thence parallel to said N line of the SE Quarter of the SE quarter N 89 06'45" W 178.09 feet to a point distant S 89 06'45" E 490.00 feet from the W line of said SE Quarter of the SE Quarter; thence parallel to said W line S 0 22'30" W 194.11 feet to the N line of the S162 Feet of said N 20 Acres of the West 30 Acres; thence along said N line of the S 162 feet of the N 20 Acres of the W 30 Acres S 89 06'45" East 498.61 feet to the E line of said N 20 Acres of the W 30 Acres; thence thereon N 0 22'30" East 194.11 feet; thence N 89 06'45" W 498.61 feet to the true point of beginning.

ALSO an easement for road purposes over the W 30 feet of the E 660 feet of the N 331.00 feet and the E 30 Feet of the W 698.09 feet of the S 194.11 feet of the N 525.11 feet of said SE Quarter of the SE Quarter.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Roy Vick*

*Sally R. Vick*

Defendants in propria persona

Dated: 5/18/58

11161