1  ROBERT L. VON GUNDEN and EDITH M. VON GUNDEN

2  Defendants in propria persona

3  Aguanga, California



FILED
MAY 23 1958

4

5               IN THE UNITED STATES DISTRICT COURT

6                  SOUTHERN DISTRICT OF CALIFORNIA

7                          SOUTHERN DIVISION

8  UNITED STATES OF AMERICA         )   CIVIL NO. 1247 - SD - C
9              Plaintiff,           )   ANSWER OF DEFENDANTS
10       v.                         )   ROBERT L. VON GUNDEN and
                                        EDITH M. VON GUNDEN
11 FALLBROOK PUBLIC UTILITY         )
   DISTRICT, ET AL,                 )
12             Defendants,          )

13       The defendants, ROBERT L. VON GUNDEN and EDITH M. VON GUNDEN

14 each severing from their co-defendants and each for himself or herself

15 alone, in answer to the Complaint and Supplementary and Amendatory Com-

16 plaint on file herein, admit, deny, and allege:

17             ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                           AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
                     AFFIRMATIVE STATEMENT OF RIGHTS
26
         These defendants own $10\frac{1}{2}$ acres of land in  San Diego
27                          partly
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30

31

32

COPY RECEIVED

INDEXED

11162

1   Defendants represent that this ten and one-half ( 10½)
2  acres of land is premium land covered with a 5 to 15 foot layer
3  of top soil; completely cleared and tillable and with an ideal
4  slope for irrigation; entirely fenced to protect crops from any
5  malicious animals.
6   Defendants have recently purchased this land for the
7  express purpose of building a residence, relocating a honey
8  extracting plant to accommodate the processing of the honey
9  produced by defendants beekeeping operations in Central and in
10 Southern California.  Defendants are now irrigating one and one-
11 half ( 1½) acres of Eastern Lilacs as a crop for the commercial
12 cut-flower market and are now preparing eight (8) acres of the
13 land for future plantings.
14   Defendants claim the right to pump forty (40) acre
15 feet of water per year from the water which percolates into or
16 resides in the subterranean basin underlying defendants property.
17
18 WHEREFORE, these defendants pray that plaintiff take nothing
19 against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as
20 against these defendants; that defendants' right to water, as hereinabove
21 set forth, be quieted as against the plaintiff and against all other de-
22 fendants in this action; and for such other and further relief as the
23 Court may deem proper.
24

*Robert L. Van Hunelin*

*Edith M. Van Lunden*
Defendants in propria persona

32 Dated:  May 20, 1958

11163

EXHIBIT A

The defendants own ten and one-half (10½) acres of land situated partly within the water shed of the Santa Margarita River, more particularly described as follows:

> That certain land situated in San Diego County knows as the Northeast Quarter of the Northwest Quarter of the Southeast Quarter of Section 35, Township 9 South, Range 2 East, SBBM

11164