Richard A. Bremseth
Defendants in propria persona
Rt 2 Box 163-B — Fallbrook, California

FILED
MAY 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By William Fields
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
vs.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

Richard A. Bremseth

The defendants, Richard A. Bremseth each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own approx. acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

11118

I claim the rights to percolating water of any kind and believe at a later date I may drill one or more wells and wish to reserve the rights to do so.

I irrigate part of my land and expect to irrigate a greater part of it in the future. I believe that any kind of fruit trees, grain or garden crops can be grown on my land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Richard A. Brunnett
Defendants in propria persona

Dated: 5-17-58

11119

Exhibit "B"

FREEWAY 395

S 31° 25' 177.86" W

LOT 42

N

LOT 43

N 89° 33' 42" E  754'13"

S 89° 33' 42" E  660.5'

663.81  |  150'  |  683.81
S 0° 23' 35" E

S ¼ Cy. Sec 1

N.R.C. Lot 43

11120