COPY — Proof of service attached hereto.

**FILED**

BURDETTE TURNER FAY and JOSEPHINE EMILY FAY
Defendants
10415 South Main Street
Los Angeles 3, California

MAY 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,
v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL.,
   Defendants

CIVIL NO. 1247-SD-C

ANSWER TO COMPLAINT AND
SUPPLEMENTARY AND AMENDATORY
COMPLAINT OF
BURDETTE TURNER FAY AND
JOSEPHINE EMILY FAY

The defendants, BURDETTE TURNER FAY and JOSEPHINE EMILY FAY, each severing from their co-defendants in the Summons and Answer but each claiming a joinder with the additional parties defendant as defense and decisions of the Court may be applicable to answering defendants herein, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

I

Answering defendants deny any unlawful interference with the rights of the plaintiff in the Santa Margarita River and/or its tributaries.

INDEXED                II                                10922

II

Answering all other allegations of plaintiff, defendants admit that plaintiff makes claims and assertions in said original Complaint and Supplementary and Amendatory Complaint; defendants allege they have no information or belief sufficient to enable them to answer all allegations therein; and basing their denial on that ground, deny all of said allegations, claims and assertions of plaintiff.

AFFIRMATIVE STATEMENT OF RIGHTS

Answering defendants own forty (40) acres of land in Riverside County, California, more particularly described as :

> The southerly 720 feet of the southwest quarter of Section 35, Township 6 South, Range 1 East, San Bernardino Base Meridian;
> EXCEPTING therefrom the southerly 60 feet thereof;
> ALSO EXCEPTING an easement for road purposes, sixty (60) feet wide, running north and south through said property.

I

Answering defendants claim:

1. Riparian rights to any underflowing water under their land, as a right acquired by acquiring title to the land;
2. Any water that rises or will rise on their land;
3. Any and all water that lies under their land in any subterranean basin;

10923

4. Any and all water that falls on their land, as long as it remains thereon;

5. Any and all water that may be developed in any manner whatsoever and brought to the surface of their land.

II

Answering defendants assert:

1. "The water right is a property right. It is a valuable right. And it is real estate."

                    (California Agricultural Division, *Irrigation Rights in California*, University of California Circular 452)

2. That plaintiff, as a governmental agency, does not have the right to take private property.

                    (*Felton Water Co.* vs. *Superior Court of Santa Cruz*   82 CA   382

                    *Curran vs. Shattack*   24 C   427

                    *Newburry vs. Evans*   97 CA 120

3. That plaintiff, as a downstream landowner, has no right to hamper answering defendants in the development of their land.

                    (California Amendment, submitted by Senator Dilworth and passed 1953)

4. That plaintiff, as a private party purchasing a Rancho,

(Paragraph II, Stipulation dated November 29, 1951, quoted in Paragraph IV, A., 1, in Order of United States District Judge James M. Carter, dated February 11th 1958.)

cannot claim any downstream water from defendants land till defendants use all the water they need.

                    (*Merced County Farmers* vs. *Bernard Arbelbide*, Third District Court of Appeals, Sacramento, December 5, 1957.)

4.

WHEREFORE, answering defendants herein pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file by reference herein; that said Complaint be dismissed against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_____
Burdette Turner Fay, Defendant

_____
Josephine Emily Fay, Defendant


STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF LOS ANGELES )
                      )

Subscribed and sworn to before me this 21st day of May, 1958.

_____
Notary Public in and for the
County of Los Angeles and the
State of California

My Commission Expires April 22, 1962