HARRY E. TEASDALL
Attorney at Law
114 No. Main St.
Fallbrook, Calif.
RAndolph 8-2331

Attorney for Defendants



FILED
MAY 23 1958

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1247-SD-C |
| Plaintiff, ) | |
| vs ) | ANSWER OF DEFENDANTS |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) a public service corporation of the ) State of California, et al., ) | IRVING B. REDER and JULIA C. REDER |
| Defendants. ) | |

Comes now IRVING B. REDER and JULIA C. REDER, successors in interest to defendants ENO A. SCHMIDT and MILDRED A. SCHMIDT, and answering plaintiff's Complaint and Supplement to Complaint on behalf of themselves alone and not for any other defendant, admit, deny and allege as follows:

FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation referred to and admit

1 that a stipulated judgment was entered into therein, a copy of
2 which is attached to plaintiff's Complaint marked Exhibit A.
3 Defendants deny that they are parties to said litigation and in
4 any way bound thereby; and deny that said stipulated judgment
5 determines the rights of plaintiff against defendants.

III

7 Deny the allegations of paragraph IX of plaintiff's
8 Original Complaint.

IV

10 Defendants have no knowledge or information sufficient
11 to form a belief as to the allegations contained in Counts II, III,
12 IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII,
13 XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint,
14 and therefore deny all of said allegations for want of information
15 or belief.

V

17 Deny the allegations of Count XXI, XXII and XXV of
18 plaintiff's Supplement to Complaint.
19 AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

I

21 Defendants IRVING B. REDER and JULIA C. REDER are the
22 owners of real property situated in the County of San Diego, State
23 of California, described as follows:
24 The North Half of the Southeast Quarter of the South-
25 west Quarter of the Southeast Quarter of Section 18, Township 9
26 South, Range 3 West, SBM., in the County of San Diego, State of
27 California, according to United States Government Survey approved
28 September 11, 1879, EXCEPTING the East 261.06 feet thereof. Also
29 an easement for water pipe lines over the Westerly 4 feet of the
30 South Half of the Southeast Quarter of the Southwest Quarter of the
31 Southeast Quarter of Section 18, Township 9 South, Range 3 West,
32 SBM., and

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

10920

1   Lot 20 & the North Half of Lot 19 of Donath and Pierce Tract
2   in the County of San Diego, State of California according to Map
3   thereof No. 2310 filed in the Office of the County Recorder of San
4   Diego County April 16, 1946.

II

Defendants claim water rights appurtenant to the real property described herein, as follows:

The lands of defendants described herein are not riparian to the Santa Margarita River or to any of its tributaries. All of said lands are irrigable and arable and overlie percolating ground waters which are not a part of any stream. Defendants claim full correlative rights to the use of said percolating ground waters in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendants are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

/s/ Harry E. Teasdall
Attorney for Defendants

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-2331

-3-

10921