HARRY E. TEASDALL
114 No. Main St.
Fallbrook, California
RAndolph 8-2331

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>    Defendants. | NO. 1247-SD-C<br><br>REQUEST FOR ADMISSIONS<br>UNDER RULE #36 |

    Defendants Irving B. Reder and Julia C. Reder request plaintiff within twenty (20) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admisibility which may be interposed at the trial:

    1.  The lands described in the answer of defendants Irving B. Reder and Julia C. Reder include four (4) acres of irrigable land.

    2.  A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

                                                   /s/ Harry E. Teasdall
                                                   Attorney for Defendants

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-2331

3523