1  LUCE, FORWARD, KUNZEL & SCRIPPS
   1220 San Diego Trust & Savings Building
2  San Diego 1, California
   BElmont 9-9244
3

4  Attorneys for Defendants



FILED

MAY 28 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ........................
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1247-SD-C |
| Plaintiff, | |
| vs. | ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | |
| Defendants. | |

Comes now defendant, The Atchison, Topeka and Santa Fe Railway Company, a corporation, and severing itself from its codefendants for its answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admits, denies and alleges as follows:

I

In answer to the Complaint of the United States of America, as originally filed and as set forth in the Complaint and Supplementary and Amendatory Complaint, this answering defendant repleads and realleges all allegations of its Answer already on file herein and which was filed in answer to the original Complaint of the United States of America.

ANSWER TO COUNT NO. I

I

This answering defendant realleges and repleads each and every allegation contained in paragraph II above, and by way of reference makes said allegations a part hereof as though they were

INDEXED

10926

set forth in this paragraph in full.

## ANSWER TO COUNT NO. II

### I

REALLEGES and REPLEADS each and every allegation contained in its Answer to Count I hereof as completely as though they were set forth at this place in full.

### II

ALLEGES that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs II and III of Count II, and therefore DENIES the said allegations.

## ANSWER TO COUNT NO. III

### I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Count I and Count II above, and by way of reference makes the said allegations a part hereof as completely as though they were set forth at this place in full.

### II

Answering paragraph II of Count III, ADMITS that Sandia and Rainbow Creeks are tributaries of the Santa Margarita river; ALLEGES that it is without knowledge or information sufficient to form a belief as to the truth of the allegations remaining, and basing this denial on that ground, DENIES the said remaining allegations.

### III

Answering paragraph III and paragraph IV of Count III, ALLEGES that it is without sufficient knowledge or belief to enable it to answer the same, and basing its denial on that ground, DENIES those paragraphs.

### IV

Answering paragraph V of Count III, DENIES generally and specifically each and every allegation therein contained.

-2-

LAW OFFICES
LUCE, FORWARD, KUNZEL & SCRIPPS
SUITE 1220 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

ANSWER TO COUNT NO. IV

I

REALLEGES and REPLEADS each and every allegation contained
in the Answer to Count I through III above, and by way of reference
makes the said allegations a part hereof as completely as though
they were set forth at this place in full.

II

Answering paragraphs II and III of Count IV, ALLEGES that it
is without knowledge or information sufficient to form a belief as
to the truth of the allegations therein contained and basing its
denial on that ground, DENIES the said allegations.

III

Answering paragraph IV of Count IV, DENIES generally and
specifically each and every allegation therein contained.

IV

Answering paragraph V of Count IV, ALLEGES that it is without
knowledge or information sufficient to form a belief to enable it
to answer the same, and basing its denial on that ground, DENIES
said allegations.

ANSWER TO COUNT NO. V

I

REALLEGES and REPLEADS each and every allegation contained in
the Answer to Count I through IV above, and by way of reference
makes the said allegations a part hereof as completely as though
they were set forth at this place.

II

Answering paragraphs II, III, IV, V and VI of Count V, ALLEGES
that it is without knowledge or information sufficient to form a
belief as to the truth of the allegations therein contained and
basing its denial on that ground, DENIES the said allegations.

III

Answering paragraph VII of Count V, DENIES generally and

10928

1 specifically each and every allegation therein contained.

2 ANSWER TO COUNT NO. VI

3 I

4 REALLEGES and REPLEADS each and every allegation contained
5 in the Answer to Counts I through V above, and by way of reference
6 makes the said allegations a part hereof as completely as though
7 they were set forth at this place.

8 II

9 Answering paragraph II of Count VI, ALLEGES that it is without
10 knowledge or information sufficient to form a belief as to the truth
11 of the allegations therein contained, and basing its denial on
12 that ground, DENIES the said allegations.

13 III

14 Answering paragraphs III, IV and V of Count VI, DENIES
15 generally and specifically each and every allegation therein
16 contained.

17 ANSWER TO COUNT NO. VII

18 I

19 REALLEGES and REPLEADS each and every allegation contained
20 in the Answer to Count I through VI above, and by way of reference
21 makes the said allegations a part hereof as completely as though
22 they were set forth at this place.

23 II

24 Answering paragraphs II and III of Count VII, ALLEGES that it
25 is without knowledge or information sufficient to form a belief as
26 to the truth of the allegations therein contained, and basing its
27 denial on that ground, DENIES the said allegations.

28 ANSWER TO COUNT NO. VIII

29 I

30 REALLEGES and REPLEADS each and every allegation contained in
31 the Answer to Count I through VII above, and by way of reference
32 makes the said allegations a part hereof as completely as though

LAW OFFICES
LUCE, FORWARD, KUNZEL & SCRIPPS
SUITE 1220 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

-4-

1   they were set forth at this place.

2                   II

3     Answering paragraphs II and III of Count VIII, ALLEGES that

4   it is without knowledge or information sufficient to form a belief

5   as to the truths of the allegations therein contained, and basing

6   its denial on that ground, DENIES the said allegations.

7                   III

8     Answering paragraph IV of Count VIII, DENIES generally and

9   specifically each and every allegation therein contained.

10            ANSWER TO COUNT NO. IX

11                   I

12     REALLEGES and REPLEADS each and every allegation contained in

13   the Answer to Count I through VIII above, and by way of reference

14   makes the said allegations a part hereof as completely as though

15   they were set forth at this place.

16                   II

17     Answering paragraphs II and III of Count IX, ALLEGES that it

18   is without knowledge or information sufficient to form a belief

19   as to the truth of the allegations therein contained, and basing

20   its denial on that ground, DENIES the said allegations.

21                  III

22     Answering paragraph IV of Count IX, DENIES generally and

23   specifically each and every allegation therein contained.

24            ANSWER TO COUNT NO. X

25                   I

26     REALLEGES and REPLEADS each and every allegation contained in

27   the Answer to Count I through IX above, and by way of reference

28   makes the said allegations a part hereof as completely as though

29   they were set forth at this place.

30                   II

31     Answering paragraphs II, III, IV and V of Count X, ALLEGES

32   that it is without knowledge or information sufficient to form a

LAW OFFICES
LUCE, FORWARD, KUNZEL & SCRIPPS
SUITE 1220 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

10930

1  belief as to the truth of the allegations therein contained, and

2  basing its denial on that ground, DENIES the said allegations.

3  ANSWER TO COUNT NO. XI

4  I

5  REALLEGES and REPLEADS each and every allegation contained in

6  the Answer to Counts I through X above, and by way of reference

7  makes the said allegations a part hereof as completely as though

8  they were set forth at this place.

9  II

10  Answering paragraph II of Count XI, DENIES generally and

11  specifically each and every allegation therein contained, and

12  ALLEGES that the military establishments referred to in said para-

13  graph do not occupy or utilize all the 135,000 acres acquired by the

14  United States in the Counties of San Diego and Orange, State of

15  California, the exact amount being unknown to this defendant, and

16  have been at all times since said property was acquired by the

17  United States and now are occupied and used for commercial farming,

18  said land being rented out in tracts to various private individuals

19  and firms for that purpose.

20  ANSWER TO COUNT NO. XII

21  I

22  REALLEGES and REPLEADS each and every allegation contained in

23  the Answer to Counts I through XI above, and by way of reference

24  makes the said allegations part hereof as completely as though

25  they were set forth at this place.

26  II

27  Answering paragraph II of Count XII, DENIES that since the

28  initiation of this cause there has been a rapid and continuous

29  increase in the quantities of water diverted from the surface and

30  subsurface flow of the Santa Margarita river greatly reducing the

31  quantities of water flowing to the United States of America in

32  violation of its long vested right or rights of any kind to use the

LAW OFFICES
LUCE, FORWARD, KUNZEL & SCRIPPS
SUITE 1220 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

10931

1  water from that stream.  ALLEGES that it is without knowledge or

2  information sufficient to form a belief as to the truth of the

3  remaining allegations, and basing its denial on that ground, DENIES

4  the said remaining allegations.

5                     III

6     Answering paragraph III of Count XII, DENIES generally and

7  specifically each and every allegation therein contained.

8                     IV

9     Answering paragraph IV of Count XII, DENIES that the parties

10  named therein are invading the rights of the United States of

11  America in the Santa Margarita river to its irreparable damage.

12  ADMITS that the Fallbrook Public Utility District has constructed

13  two pumps on the Santa Margarita river above the eastern boundary

14  of Camp Pendleton.  ADMITS that the Fallbrook Public Utility

15  District has installed a dam across the Santa Margarita river and

16  impounds certain waters therein.  DENIES generally and specifically

17  each and every other allegation therein contained.

18                     V

19     ADMITS that Charles F. Sawday has located and now maintains

20  across the Santa Margarita River a diversion pump and sump which

21  have been installed since January 25, 1951.  DENIES that Charles F.

22  Sawday diverts from the Santa Margarita river large quantities of

23  water to which the United States of America is entitled by reason

24  of its rights to the use of water in that stream.  DENIES generally

25  and specifically each and every other allegation therein contained.

26                   VI

27     Answering paragraph VI of Count XII, ADMITS that the owner

28  and operator of the  Sawday diversion has made no application to the

29  State of California for a permit to divert water from the Santa

30  Margarita river.  DENIES generally and specifically each and every

31  other allegation therein contained.

32

LAW OFFICES
LUCE, FORWARD, KUNZEL & SCRIPPS
SUITE 1220 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

10932

VII

Answering paragraph VII of Count XII, ALLEGES that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and basing its denial on that ground, DENIES the said allegations.

VIII

Answering paragraphs VIII and IX of Count XII, DENIES generally and specifically each and every allegation therein contained.

ANSWER TO COUNT NO. XIII

I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Counts I through XII above, and by way of reference makes the said allegations a part hereof as completely as though they were set forth at this place.

II

Answering paragraph II of Count XIII, ADMITS the allegations of said paragraph II of Count XIII.

III

Answering paragraphs III and V of Count XIII, DENIES generally and specifically each and every allegation therein contained.

IV

Answering paragraphs IV and VI of Count XIII, ALLEGES that it is without knowledge or information sufficient to form a belief as to the truth of the said allegations therein contained, and basing its denial on that ground, DENIES the said allegations.

ANSWER TO COUNT NO. XIV

I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Counts I through XIII above, and by way of reference makes the said allegations a part hereof as completely as though they were set forth at this place.

LAW OFFICES
LUCE, FORWARD, KUNZEL & SCRIPPS
SUITE 1220 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

10933

LAW OFFICES
LUCE, FORWARD, KUNZEL & SCRIPPS
SUITE 1220 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

II

Answering paragraph II of Count XIV, ADMITS the allegations therein contained.

ANSWER TO COUNT NO. XV

I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Counts I through XIV above, and by way of reference makes the said allegations a part hereof as completely as though they were set forth at this place.

II

Answering paragraph II of Count XV, ADMITS the allegations therein contained.

III

Answering paragraph III of Count XV, ALLEGES that it is without knowledge or information sufficient to form a belief as to the truth of the allegation that the course of Coahuila Creek is over and across water-bearing gravel and alluvial basins situated in the Coahuila Indian Reservation, and basing its denial on that ground, DENIES the said allegation and ADMITS the remaining allegations of paragraph III of Count XV.

IV

Answering paragraph IV of Count XV, ALLEGES that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and basing its denial on that ground, DENIES the said allegations.

V

Answering paragraphs V and VI of Count XV, DENIES generally and specifically each and every allegation therein contained.

ANSWER TO COUNT NO. XVI

I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Counts I through XV above, and by way of reference

10934

1  makes the said allegations a part hereof as completely as though
2  they were set forth at this place.

3                                II

4      Answering paragraph II of Count XVI, ADMITS the allegations
5  therein contained.

6                                III

7      Answering paragraph III of Count XVI, ALLEGES that it is
8  without knowledge or information sufficient to form a belief as to
9  the truth of the allegations therein contained, and basing its
10  denial on that ground, DENIES the said allegations.

11                                IV

12     Answering paragraph IV and V of Count XVI, DENIES generally
13  and specifically each and every allegation therein contained.

14                    ANSWER TO COUNT NO. XVII

15                                I

16     REALLEGES and REPLEADS each and every allegation contained in
17  the Answer to Counts I through XVI above, and by way of reference
18  makes the said allegations a part hereof as completely as though
19  they were set forth at this place.

20                                II

21     Answering paragraphs II and III of Count XVII, ADMITS the
22  allegations therein contained.

23                                III

24     Answering paragraph IV of Count XVII, ALLEGES that it is
25  without knowledge or information sufficient to form a belief as to
26  the truth of the allegations therein contained, and basing its
27  denial on that ground, DENIES the said allegations.

28                                IV

29     Answering paragraph V of Count XVII, DENIES generally and
30  specifically each and every allegation therein contained.

31                    ANSWER TO COUNT NO. XVIII

32

LAW OFFICES
LUCE, FORWARD, KUNZEL & SCRIPPS
SUITE 1220 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Counts I through XVII above, and by way of reference makes the said allegations a part hereof as completely as though they were set forth at this place.

II

Answering paragraph II of Count XVIII, ADMITS the allegations therein contained.

III

Answering paragraph III of Count XVIII, ALLEGES that it is without information or knowledge sufficient to form a belief as to the truth of the allegation that Temecula Creek creates an on-channel reservoir which is the  Vail Dam at the upper end of Nigger Canyon on the Pauba Grant in the Northwest Quarter (NW$\frac{1}{4}$) of the Northwest Quarter (NW$\frac{1}{4}$), Section 10, Township 8 South, Range 1 West, having a potential storage capacity of 50,000 acre-feet, and basing its denial on that ground, DENIES the said allegation.  ADMITS the remaining allegations contained in said paragraph.

IV

Answering paragraph IV of Count XVIII, ADMITS the allegations therein contained.

V

Answering paragraphs V, VI, VIII and XI of Count XVIII, ALLEGES that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and basing its denial on that ground, DENIES the said allegations.

VI

Answering paragraphs VII, IX and X of Count XVIII, DENIES generally and specifically each and every allegation therein contained.

ANSWER TO COUNT NO. XIX

LAW OFFICES
LUCE, FORWARD, KUNZEL & SCRIPPS
SUITE 1220 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

10936

I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Counts I through XVIII above, and by way of reference makes the said allegations a part hereof as completely as though they were set forth at this place.

II

Answering paragraphs II, III and V of Count XIX, ALLEGES that it is without information or knowledge sufficient to form a belief as to the truth of the allegations therein contained, and basing its denial on that ground, DENIES the said allegations.

III

Answering paragraph IV of Count XIX, DENIES generally and specifically each and every allegation therein contained.

ANSWER TO COUNT NO. XX

I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Counts I through XIX above, and by way of reference makes the said allegations a part hereof as completely as though they were set forth at this place.

II

Answering paragraph II of Count XX, DENIES generally and specifically each and every allegation therein contained, except it is admitted that the United States can claim or has riparian rights on a portion of the lands and that it may have perfected appropriative rights under the laws of the State of California for a portion of said lands.  This answering defendant has no knowledge or information sufficient to form a belief as to the extent of these rights of the United States.

ANSWER TO COUNT NO. XXI

I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Counts I through XX above, and by way of reference

LAW OFFICES
LUCE, FORWARD, KUNZEL & SCRIPPS
SUITE 1220 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

10937

1 makes the said allegations a part hereof as completely as though
2 they were set forth at this place.

3                                      II

4        Answering paragraphs II and III of Count XXI, DENIES
5 generally and specifically each and every allegation therein con-
6 tained, and further ALLEGES that all of the diversions of water
7 made by the United States have been downstream from and below all
8 of the lands of the defendant herein and for this reason none of the
9 uses or diversions of the United States have been adverse to the
10 defendant herein.  ALLEGES that nowhere in Count XXI is there any
11 allegation that any use of water has been made by the United States
12 upon the lands in question.

13                     ANSWER TO COUNT NO. XXII

14                                      I

15        REALLEGES and REPLEADS each and every allegation contained in
16 the Answer to Counts I through XXI above, and by way of reference
17 makes the said allegations a part hereof as completely as though
18 they were set forth at this place.

19                                      II

20        Answering paragraphs I and II of Count XXII, ALLEGES that it
21 is without knowledge or information sufficient to form a belief as
22 to the truth of the allegations therein contained and basing its
23 denial on that ground, DENIES the said allegations, and further
24 ALLEGES that the United States has made no appropriations of water
25 under the laws of the State of California for any purposes in
26 connection with the military reservations referred to and that all
27 diversions and use of water on said reservations are without right
28 and in excess of the rights of the United States and in violation
29 of the laws of the State of California.

30                                     III

31        DENIES generally and specifically each and every allegation
32 contained in paragraph III of Count XXII.

LAW OFFICES
LUCE, FORWARD, KUNZEL & SCRIPPS
SUITE 1220 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

10938

ANSWER TO COUNT NO. XXIII

I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Counts I through XXII above, and by way of reference makes the said allegations a part hereof as completely as though they were set forth at this place.

II

Answering paragraph II of Count XXIII, ADMITS that in connection with its riparian lands the United States has a right to correlatively share in the use of the waters of the Santa Margarita river with other riparian landowners so long as the waters are put to proper riparian uses.  DENIES generally and specifically each and every other allegation therein contained.

III

Answering paragraph III, DENIES generally and specifically each and every allegation therein contained, and further ALLEGES that the uses to which the United States is presently putting its water on the military reservations are not proper riparian uses but are, in fact, municipal uses.  Further ALLEGES that to the extent that any of the uses to which the United States is presently putting water of the Santa Margarita are, in fact, purported riparian uses, such uses are, in fact, unreasonable uses.

ANSWER TO COUNT NO. XXIV

I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Counts I through XXIII above, and by way of reference makes the said allegations a part hereof as completely as though they were set forth at this place.

II

Answering paragraph II, ADMITS the allegations therein contained, except it is denied that the United States has any storage right to the waters of the Santa Margarita river.  ALLEGES that on April

LAW OFFICES
LUCE, FORWARD, KUNZEL & SCRIPPS
SUITE 1220 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

10939

1   10, 1958, the California State Water Rights Board rejected

2   Application No. 12476 of the United States Navy as amended and that

3   the United States no longer has any rights under said Application.

ANSWER TO COUNT NO. XXV

I

6   REALLEGES and REPLEADS each and every allegation contained in

7   the Answer to Counts I through XXIV above, and by way of reference

8   makes the said allegations a part hereof as completely as though

9   they were set forth at this place.

II

11   Answering paragraph II of Count XXV, this answering defendant

12   DENIES generally and specifically that the defendants named in this

13   action assert adverse claims to the rights to the use of water of

14   the United States of America, and DENIES generally and specifically

15   that by reason of these adverse claims this defendant has clouded

16   the title to the use of water of the United States of America in

17   the Santa Margarita river.  This answering defendant further DENIES

18   generally and specifically that it has exercised at any time herein

19   mentioned, or otherwise, rights to the use of the water in a manner

20   that invades or threatens to invade the rights, or any of them,

21   to the use of water of the United States of America.  DENIES

22   generally and specifically that the defendant in intervention, the

23   State of California, has through its acts drastically changed its

24   status and the status of the parties since the initiation of this

25   action, or that they have invaded the rights through the use of

26   water herein described, or that they have threatened to invade any

27   rights of the United States of America, or that the State of

28   California committed repeated overt acts threatening to invade

29   any rights of the United States of America, and further DENIES

30   generally and specifically each and every allegation alleged

31   therein.

32

LAW OFFICES
LUCE, FORWARD, KUNZEL & SCRIPPS
SUITE 1220 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

10940

LAW OFFICES
LUCE, FORWARD, KUNZEL & SCRIPPS
SUITE 1220 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

FOR A FURTHER, SECOND AND SEPARATE DEFENSE, THIS
DEFENDANT ALLEGES:

I

This defendant is, and at all times material to this
action has been, the owner, in possession and entitled to the
possession, of certain parcels of land, totaling approximately
438 acres, situated under and adjacent to the main and branch
line tracks of this defendant as said tracks traverse portions
of Sections 25, 26, 34, and 35, Township 9 South, Range 4 West,
S.B.M.; Sections 3,4,7,8,9,18, and 19, Township 10 South, Range
4 West, S.B.M.; Sections 23, 24, 26, and 35, Township 10 South,
Range 5 West, S.B.M.; Sections 2, 10, 11, 15, and 22, Township
11 South, Range 5 West, S.B.M.; Sections 18 and 19, Township 9
South, Range 3 West, S.B.M.; Sections 14, 15, 23, and 24,
Township 9 South, Range 7 West, S.B.M.; Sections 29, 30, 32, and
33, Township 9 South, Range 6 West, S.B.M.; Sections 3,4,10,11,
13, 14, 24, and 25, Township 10 South, Range 6 West, S.B.M.;
Sections 19, 30, 31, and 32, Township 10 South, Range 5 West,
S.B.M.; and Sections 4, 5, 9, 10, and 15, Township 11 South,
Range 5 West, S.B.M., all in the County of San Diego, State of
California.

II

The aforementioned parcels of land totaling approxi-
mately 438 acres, are and were at all times mentioned herein,
riparian to the Santa Margarita River and its tributaries, which
River and tributaries thereof are non-navagable natural streams
of water.  Defendant claims full correlative riparian rights as
to this land in an amount not to exceed 4.2 acre feet per annum.

III

That by virtue of its ownership and possession of the
aforementioned riparian lands, this defendant is the owner of
the right and claims the right to take, use and enjoy upon said

10941

lands, without interference by plaintiff, that quantity or quantities of water from said Santa Margarita River and its tributaries which this defendant can apply to a reasonable and beneficial use upon said riparian lands.

FOR A FURTHER, THIRD AND SEPARATE DEFENSE, THIS DEFENDANT ALLEGES:

I

This defendant repeats and realleges all of the allegations contained in Paragraph I of its Second Defense as though fully set forth herein.

II

That by virtue of its ownership and possession of the aforementioned parcels of land, totaling approximately 438 acres, this defendant is the owner of the right and claims the right to extract from beneath the surface of said parcels of land, without interference by plaintiff, that quantity or quantities of underground or percolating water which this defendant can apply to a reasonable and beneficial use upon said parcels of land.

FOR A FURTHER, FOURTH AND SEPARATE DEFENSE, THIS DEFENDANT ALLEGES:

I

That said purported causes of action set forth in plaintiff's complaint herein is barred by the provisions of Section 318 of the Code of Civil Procedure of the State of California.

FOR A FURTHER, FIFTH AND SEPARATE DEFENSE, THIS DEFENDANT ALLEGES:

I

That said purported cause of action set forth in plaintiff's complaint herein is barred by the provisions of Section 319 of the Code of Civil Procedure of the State of California.

LAW OFFICES
LUCE, FORWARD, KUNZEL & SCRIPPS
SUITE 1220 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

-17-

10942

FOR A FURTHER, SIXTH AND SEPARATE DEFENSE, THIS
DEFENDANT ALLEGES:

I

That said purported cause of action set forth in
plaintiff's complaint herein is barred by the provisions of
Subdivision 2 of Section 338 of the Code of Civil Procedure of
the State of California.

FOR A FURTHER, SEVENTH AND SEPARATE DEFENSE, THIS
DEFENDANT ALLEGES:

I

All of the uses to which plaintiff is putting the
waters of the Santa Margarita River within the military reserva-
tions are unreasonable uses and nonriparian uses and the plaintiff
is without any right to demand that any part of the flow of the
Santa Margarita River or its tributaries be allowed to reach such
military reservations for the uses to which such waters are
presently being put.

FOR A FURTHER, EIGHTH AND SEPARATE DEFENSE, THIS
DEFENDANT ALLEGES:

I

On or about June 30, 1948, the plaintiff filed its
Application No. 12576 with the State of California to appropriate
165,000 acre feet of water from the Santa Margarita River. Said
application was thereafter amended by the plaintiff in numerous
respects and was duly noticed for hearing before the State
Water Rights Board of the State of California on August 12,
1957. Thereafter and on April 10, 1958, the said State Water
Rights Board made its order denying the said application and
that thereby all of the claimed rights of the plaintiff to the
use of the water upon the military reservations excepting purely
riparian rights have been determined adversely to the claims of
the plaintiff herein.

10943

-18-

**WHEREFORE**, this defendant prays:

1.  That plaintiff take nothing by its action;

2.  That this Honorable Court adjudge and decree that this defendant is, as against plaintiff, the owner of the right to take, use and enjoy upon its riparian lands, as aforesaid, without interference by plaintiff that quantity or quantities of water from the Santa Margarita River and its tributaries which this defendant can apply to a reasonable and beneficial use upon said riparian lands;

3.  That this Honorable Court adjudge and decree that this defendant is, as against plaintiff, the owner of the right to extract from beneath the surface of its lands, as aforesaid, without interference by plaintiff, that quantity or quantities of underground or percolating water which this defendant can apply to a reasonable and beneficial use upon said lands;

4.  That this Honorable Court determine and decree the respective rights and duties of plaintiff and this defendant with respect to the use of water of the Santa Margarita River and its tributaries, and with respect to the use of the underground or percolating water lying beneath the lands of this defendant.

5.  That this defendant have judgment for its costs incurred herein and for such other and further relief as may to the Court seem just and proper.

LUCE, FORWARD, KUNZEL & SCRIPPS

By: _____
        Attorneys for Defendant

LAW OFFICES
LUCE, FORWARD, KUNZEL & SCRIPPS
SUITE 1220 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

-19-

10944

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF SAN DIEGO )

ROBERT E. McGINNIS, being sworn, says: That he is an attorney at law admitted to practice before all courts of the State of California and has his office in San Diego, San Diego County, California, and is one of the attorneys for the defendant in the above entitled action; that defendant is unable to make the verification because he is absent from said county and for that reason affiant makes this verification on defendants behalf; that he has read the foregoing document and knows the contents thereof, and the same is true of his own knowledge, except as to those matters which are therein stated on his information or belief; and as to those matters he believes it to be true.

ROBERT E. McGINNIS

Subscribed and sworn to before me on May 22, 1958.

Marjorie D. Hall
Notary Public in and for said County and State

My Commission Expires October 6, 1901

LAW OFFICES
LUCE, FORWARD, KUNZEL & SCRIPPS
SUITE 1220 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA

-20-

10945

## AFFIDAVIT OF SERVICE BY MAIL (C. C. P. 1013a)
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO }
STATE OF CALIFORNIA }   ss.

**DEVRON NEILL** ........................being duly sworn, says, that affiant· is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's ~~residence~~ business address is 1220 San Diego Trust & Savings Bldg., San Diego 1, California

That affiant served the attached ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

by placing a true copy thereof in an envelope addressed to Mr. J. Lee Rankin

at ~~his~~ ~~XXXXXXX~~ office ~~XXXX~~ address, which is Solicitor General of the United States, Washington 25, D. C.

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on May 22 ........................, 195 8 , deposited in the United States Mail at San Diego, California ...............That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me

May 22 ........................, 195 8    *Devron Neill*

*Marie Clark      A. Devine*

Notary Public in and for the County of San Diego, State of California
(SEAL)    My Commission Expires April 8, 1962

## AFFIDAVIT OF SERVICE BY MAIL

Form 9A Co. Clk. 10-56 20M PP 10946