LUCE, FORWARD, KUNZEL & SCRIPPS
1220 San Diego Trust & Savings Building
San Diego 1, California
BElmont 9-9244

Attorneys for Defendants




F I L E D

MAY 23 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
          Plaintiff,  ) No. 1247-SD-C
     vs.  )
FALLBROOK PUBLIC UTILITY DISTRICT,  ) ANSWER TO COMPLAINT AND
a public service corporation of the  ) SUPPLEMENTARY AND
State of California, et al.,  ) AMENDATORY COMPLAINT
          Defendants.  )

Comes now defendant, San Diego Gas & Electric Company, a corporation, and severing itself from its codefendants for its answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admits, denies and alleges as follows:

I

That the said defendant, San Diego Gas & Electric Company, a corporation, organized and existing under and by virtue of the laws of the State of California, is a public utility engaged in the business of producing and distributing electric power and gas within the County of San Diego, State of California, and to certain users outside of the said County of San Diego and within the State of California.

II

In answer to the Complaint of the United States of America, as originally filed and as set forth in the Complaint and Supplementary and Amendatory Complaint, this answering defendant repleads

10977

and realleges all allegations of its Answer already on file herein and which was filed in answer to the original Complaint of the United States of America.

## ANSWER TO COUNT NO. I

I

This answering defendant realleges and repleads each and every allegation contained in paragraph II above, and by way of reference makes said allegations a part hereof as though they were set forth in this paragraph in full.

## ANSWER TO COUNT NO. II

I

REALLEGES and REPLEADS each and every allegation contained in its Answer to Count I hereof as completely as though they were set forth at this place in full.

II

ALLEGES that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs II and III of Count II, and therefore DENIES the said allegations.

## ANSWER TO COUNT NO. III

I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Count I and Count II above, and by way of reference makes the said allegations a part hereof as completely as though they were set forth at this place in full.

II

Answering paragraph II of Count III, ADMITS that Sandia and Rainbow Creeks are tributaries of the Santa Margarita river; ALLEGES that it is without knowledge or information sufficient to form a belief as to the truth of the allegations remaining, and basing this denial on that ground, DENIES the said remaining allegations.

### III

Answering paragraph III and paragraph IV of Count III, ALLEGES that it is without sufficient knowledge or belief to enable it to answer the same, and basing its denial on that ground, DENIES those paragraphs.

### IV

Answering paragraph V of Count III, DENIES generally and specifically each and every allegation therein contained.

## ANSWER TO COUNT NO. IV

### I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Count I through III above, and by way of reference makes the said allegations a part hereof as completely as though they were set forth at this place in full.

### II

Answering paragraphs II and III of Count IV, ALLEGES that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained and basing its denial on that ground, DENIES the said allegations.

### III

Answering paragraph IV of Count IV, DENIES generally and specifically each and every allegation therein contained.

### IV

Answering paragraph V of Count IV, ALLEGES that it is without knowledge or information sufficient to form a belief to enable it to answer the same, and basing its denial on that ground, DENIES said allegations.

## ANSWER TO COUNT NO. V

### I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Count I through IV above, and by way of reference makes the said allegations a part hereof as completely as though

10979

1 they were set forth at this place.

II

Answering paragraphs II, III, IV, V and VI of Count V, ALLEGES that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained and basing its denial on that ground, DENIES the said allegations.

III

Answering paragraph VII of Count V, DENIES generally and specifically each and every allegation therein contained.

ANSWER TO COUNT NO. VI

I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Counts I through V above, and by way of reference makes the said allegations a part hereof as completely as though they were set forth at this place.

II

Answering paragraph II of Count VI, ALLEGES that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and basing its denial on that ground, DENIES the said allegations.

III

Answering paragraphs III, IV and V of Count VI, DENIES generally and specifically each and every allegation therein contained.

ANSWER TO COUNT NO. VII

I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Count I through VI above, and by way of reference makes the said allegations a part hereof as completely as though they were set forth at this place.

II

Answering paragraphs II and III of Count VII, ALLEGES that it

-4-

10980

1 is without knowledge or information sufficient to form a belief as
2 to the truth of the allegations therein contained, and basing its
3 denial on that ground, DENIES the said allegations.

### ANSWER TO COUNT NO. VIII

#### I

6 REALLEGES and REPLEADS each and every allegation contained in
7 the Answer to Count I through VII above, and by way of reference
8 makes the said allegations a part hereof as completely as though
9 they were set forth at this place.

#### II

11 Answering paragraphs II and III of Count VIII, ALLEGES that
12 it is without knowledge or information sufficient to form a belief
13 as to the truths of the allegations therein contained, and basing
14 its denial on that ground, DENIES the said allegations.

#### III

16 Answering paragraph IV of Count VIII, DENIES generally and
17 specifically each and every allegation therein contained.

### ANSWER TO COUNT NO. IX

#### I

20 REALLEGES and REPLEADS each and every allegation contained in
21 the Answer to Count I through VIII above, and by way of reference
22 makes the said allegations a part hereof as completely as though
23 they were set forth at this place.

#### II

25 Answering paragraphs II and III of Count IX, ALLEGES that
26 it is without knowledge or information sufficient to form a belief
27 as to the truth of the allegations therein contained, and basing
28 its denial on that ground, DENIES the said allegations.

#### III

30 Answering paragraph IV of Count IX, DENIES generally and
31 specifically each and every allegation therein contained.

10981

ANSWER TO COUNT NO. X

I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Count I through IX above, and by way of reference makes the said allegations a part hereof as completely as though they were set forth at this place.

II

Answering paragraphs II, III, IV and V of Count X, ALLEGES that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and basing its denial on that ground, DENIES the said allegations.

ANSWER TO COUNT NO. XI

I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Counts I through X above, and by way of reference makes the said allegations a part hereof as completely as though they were set forth at this place.

II

Answering paragraph II of Count XI, DENIES generally and specifically each and every allegation therein contained, and ALLEGES that the military establishments referred to in said paragraph do not occupy or utilize all the 135,000 acres acquired by the United States in the Counties of San Diego and Orange, State of California, the exact amount being unknown to this defendant, and have been at all times since said property was acquired by the United States and now are occupied and used for commercial farming, said land being rented out in tracts to various private individuals and firms for that purpose.

ANSWER TO COUNT NO. XII

I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Counts I through XI above, and by way of reference

makes the said allegations part hereof as completely as though they were set forth at this place.

II

Answering paragraph II of Count XII, DENIES that since the initiation of this cause there has been a rapid and continuous increase in the quantities of water diverted from the surface and subsurface flow of the Santa Margarita river greatly reducing the quantities of water flowing to the United States of America in violation of its long vested right or rights of any kind to use the water from that stream. ALLEGES that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and basing its denial on that ground, DENIES the said remaining allegations.

III

Answering paragraph III of Count XII, DENIES generally and specifically each and every allegation therein contained.

IV

Answering paragraph IV of Count XII, DENIES that the parties named therein are invading the rights of the United States of America in the Santa Margarita river to its irreparable damage. ADMITS that the Fallbrook Public Utility District has constructed two pumps on the Santa Margarita river above the eastern boundary of Camp Pendleton. ADMITS that the Fallbrook Public Utility District has installed a dam across the Santa Margarita river and impounds certain waters therein. DENIES generally and specifically each and every other allegation therein contained.

V

ADMITS that Charles F. Sawday has located and now maintains across the Santa Margarita River a diversion pump and sump which have been installed since January 25, 1951. DENIES that Charles F. Sawday diverts from the Santa Margarita river large quantities of water to which the United States of America is entitled by reason

10963

of its rights to the use of water in that stream. DENIES generally and specifically each and every other allegation therein contained.

VI

Answering paragraph VI of Count XII, ADMITS that the owner and operator of the Sawday diversion has made no application to the State of California for a permit to divert water from the Santa Margarita river. DENIES generally and specifically each and every other allegation therein contained.

VII

Answering paragraph VII of Count XII, ALLEGES that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and basing its denial on that ground, DENIES the said allegations.

VIII

Answering paragraphs VIII and IX of Count XII, DENIES generally and specifically each and every allegation therein contained.

ANSWER TO COUNT NO. XIII

I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Counts I through XII above, and by way of reference makes the said allegations a part hereof as completely as though they were set forth at this place.

II

Answering paragraph II of Count XIII, ADMITS the allegations of said paragraph II of Count XIII.

III

Answering paragraphs III and V of Count XIII, DENIES generally and specifically each and every allegation therein contained.

IV

Answering paragraphs IV and VI of Count XIII, ALLEGES that

-8-

10984

it is without knowledge or information sufficient to form a belief as to the truth of the said allegations therein contained, and basing its denial on that ground, DENIES the said allegations.

## ANSWER TO COUNT NO. XIV

### I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Counts I through XIII above, and by way of reference makes the said allegations a part hereof as completely as though they were set forth at this place.

### II

Answering paragraph II of Count XIV, ADMITS the allegations therein contained.

## ANSWER TO COUNT NO. XV

### I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Counts I through XIV above, and by way of reference makes the said allegations a part hereof as completely as though they were set forth at this place.

### II

Answering paragraph II of Count XV, ADMITS the allegations therein contained.

### III

Answering paragraph III of Count XV, ALLEGES that it is without knowledge or information sufficient to form a belief as to the truth of the allegation that the course of Coahuila Creek is over and across water-bearing gravel and alluvial basins situated in the Coahuila Indian Reservation, and basing its denial on that ground, DENIES the said allegation and ADMITS the remaining allegations of paragraph III of Count XV.

### IV

Answering paragraph IV of Count XV, ALLEGES that it is without knowledge or information sufficient to form a belief as to the truth

of the allegations therein contained, and basing its denial on that ground, DENIES the said allegations.

V

Answering paragraphs V and VI of Count XV, DENIES generally and specifically each and every allegation therein contained.

ANSWER TO COUNT NO. XVI

I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Counts I through XV above, and by way of reference makes the said allegations a part hereof as completely as though they were set forth at this place.

II

Answering paragraph II of Count XVI, ADMITS the allegations therein contained.

III

Answering paragraph III of Count XVI, ALLEGES that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and basing its denial on that ground, DENIES the said allegations.

IV

Answering paragraph IV and V of Count XVI, DENIES generally and specifically each and every allegation therein contained.

ANSWER TO COUNT NO. XVII

I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Counts I through XVI above, and by way of reference makes the said allegations a part hereof as completely as though they were set forth at this place.

II

Answering paragraphs II and III of Count XVII, ADMITS the allegations therein contained.

III

Answering paragraph IV of Count XVII, ALLEGES that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and basing its denial on that ground, DENIES the said allegations.

IV

Answering paragraph V of Count XVII, DENIES generally and specifically each and every allegation therein contained.

ANSWER TO COUNT NO. XVIII

I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Counts I through XVII above, and by way of reference makes the said allegations a part hereof as completely as though they were set forth at this place.

II

Answering paragraph II of Count XVIII, ADMITS the allegations therein contained.

III

Answering paragraph III of Count XVIII, ALLEGES that it is without information or knowledge sufficient to form a belief as to the truth of the allegation that Temecula Creek creates an on-channel reservoir which is the Vail Dam at the upper end of Nigger Canyon on the Pauba Grant in the Northwest Quarter (NW$\frac{1}{4}$) of the Northwest Quarter (NW$\frac{1}{4}$), Section 10, Township 8 South, Range 1 West, having a potential storage capacity of 50,000 acre-feet, and basing its denial on that ground, DENIES the said allegation. ADMITS the remaining allegations contained in said paragraph.

IV

Answering paragraph IV of Count XVIII, ADMITS the allegations therein contained.

V

Answering paragraphs V, VI, VIII and XI of Count XVIII, ALLEGES

that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and basing its denial on that ground, DENIES the said allegations.

VI

Answering paragraphs VII, IX and X of Count XVIII, DENIES generally and specifically each and every allegation therein contained.

ANSWER TO COUNT NO. XIX

I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Counts I through XVIII above, and by way of reference makes the said allegations a part hereof as completely as though they were set forth at this place.

II

Answering paragraphs II, III and V of Count XIX, ALLEGES that it is without information or knowledge sufficient to form a belief as to the truth of the allegations therein contained, and basing its denial on that ground, DENIES the said allegations.

III

Answering paragraph IV of Count XIX, DENIES generally and specifically each and every allegation therein contained.

ANSWER TO COUNT NO. XX

I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Counts I through XIX above, and by way of reference makes the said allegations a part hereof as completely as though they were set forth at this place.

II

Answering paragraph II of Count XX, DENIES generally and specifically each and every allegation therein contained, except it is admitted that the United States can claim or has riparian rights on a portion of the lands and that it may have perfected

appropriative rights under the laws of the State of California for a portion of said lands. This answering defendant has no knowledge or information sufficient to form a belief as to the extent of these rights of the United States.

### ANSWER TO COUNT NO. XXI

#### I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Counts I through XX above, and by way of reference makes the said allegations a part hereof as completely as though they were set forth at this place.

#### II

Answering paragraphs II and III of Count XXI, DENIES generally and specifically each and every allegation therein contained, and further ALLEGES that all of the diversions of water made by the United States have been downstream from and below all of the lands of the defendant herein and for this reason none of the uses or diversions of the United States have been adverse to the defendant herein. ALLEGES that nowhere in Count XXI is there any allegation that any use of water has been made by the United States upon the lands in question.

### ANSWER TO COUNT NO. XXII

#### I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Counts I through XXI above, and by way of reference makes the said allegations a part hereof as completely as though they were set forth at this place.

#### II

Answering paragraphs I and II of Count XXII, ALLEGES that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained and basing its denial on that ground, DENIES the said allegations, and further ALLEGES that the United States has made no appropriations of water

under the laws of the State of California for any purposes in connection with the military reservations referred to and that all diversions and use of water on said reservations are without right and in excess of the rights of the United States and in violation of the laws of the State of California.

III

DENIES generally and specifically each and every allegation contained in paragraph III of Count XXII.

ANSWER TO COUNT NO. XXIII

I

REALLEGES and REPLEADS each and every allegation contained in the Answer to Counts I through XXII above, and by way of reference makes the said allegations a part hereof as completely as though they were set forth at this place.

II

Answering paragraph II of Count XXIII, ADMITS that in connection with its riparian lands the United States has a right to correlatively share in the use of the waters of the Santa Margarita river with other riparian landowners so long as the waters are put to proper riparian uses. DENIES generally and specifically each and every other allegation therein contained.

III

Answering paragraph III, DENIES generally and specifically each and every allegation therein contained, and further ALLEGES that the uses to which the United States is presently putting its water on the military reservations are not proper riparian uses but are, in fact, municipal uses. Further ALLEGES that to the extent that any of the uses to which the United States is presently putting water of the Santa Margarita are, in fact, purported riparian uses, such uses are, in fact, unreasonable uses.

ANSWER TO COUNT NO. XXIV

I

1  REALLEGES and REPLEADS each and every allegation contained in
2  the Answer to Counts I through XXIII above, and by way of reference
3  makes the said allegations a part hereof as completely as though
4  they were set forth at this place.

### II

6  Answering paragraph II, ADMITS the allegations therein contained,
7  except it is denied that the United States has any storage right
8  to the waters of the Santa Margarita river. ALLEGES that on April
9  10, 1958, the California State Water Rights Board rejected
10 Application No. 12476 of the United States Navy as amended and that
11 the United States no longer has any rights under said Application.

### ANSWER TO COUNT NO. XXV

### I

14 REALLEGES and REPLEADS each and every allegation contained in
15 the Answer to Counts I through XXIV above, and by way of reference
16 makes the said allegations a part hereof as completely as though
17 they were set forth at this place.

### II

19 Answering paragraph II of Count XXV, this answering defendant
20 DENIES generally and specifically that the defendants named in this
21 action assert adverse claims to the rights to the use of water of
22 the United States of America, and DENIES generally and specifically
23 that by reason of these adverse claims this defendant has clouded
24 the title to the use of water of the United States of America in
25 the Santa Margarita river. This answering defendant further DENIES
26 generally and specifically that it has exercised at any time herein
27 mentioned, or otherwise, rights to the use of the water in a manner
28 that invades or threatens to invade the rights, or any of them, to
29 the use of water of the United States of America. This answering
30 defendant further DENIES generally and specifically each and every
31 allegation alleged therein.

FOR A FURTHER, SECOND AND SEPARATE DEFENSE, THIS DEFENDANT ALLEGES:

I

Said defendant, San Diego Gas & Electric Company, alleges that it is the owner in fee of:

> The South 120 feet of the West 150 feet of the Northwest Quarter of the Northeast Quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California,

located in the town of Fallbrook and within the Fallbrook Public Utility District, one of the defendants above named, and that said property is used by the said defendant as a sub-station for the distribution of electricity to residents and inhabitants of San Diego County residing in the area adjacent to the said town of Fallbrook.

II

That in addition to the property above described, the said defendant enjoys certain rights-of-way located within the area referred to in plaintiff's complaint and used by the said defendant for the erection, operation and maintenance of electric power lines and gas mains and for the distribution of electricity and gas within the areas above named and elsewhere, and that said rights-of-way are necessary for the defendant in the business of a public utility and in the business of producing and distributing the said electric power and gas.

FOR A FURTHER, THIRD AND SEPARATE DEFENSE, THIS DEFENDANT ALLEGES:

I

That the purported causes of action set forth in plaintiff's complaint and supplementary and amendatory complaint are barred by the provisions of Sections 318, 319 and subsection 2 of section 338 of the Code of Civil Procedure of the State of California.

-16-

10992

FOR A FURTHER, FOURTH AND SEPARATE DEFENSE, THIS DEFENDANT ALLEGES:

I

All of the uses to which plaintiff is putting the water of the Santa Margarita River within the military reservations are unreasonable uses and nonriparian uses. Plaintiff is without any right to demand that any part of the flow of the Santa Margarita River or its tributaries be allowed to reach said military reservations for the reasons to which the said waters are being put.

FOR A FURTHER, FIFTH AND SEPARATE DEFENSE, THIS DEFENDANT ALLEGES:

I

On or about June 30, 1948, the plaintiff filed its Application No. 12576 with the State of California to appropriate 165,000 acre feet of water from the Santa Margarita River. Said application was thereafter amended by the plaintiff in numerous respects and was duly noticed for hearing before the State Water Rights Board of the State of California on August 12, 1957. Thereafter and on April 10, 1958, the said State Water Rights Board made its order denying the said application and that thereby all of the claimed rights of the plaintiff to the use of the water upon the military reservations excepting purely riparian rights have been determined adversely to the claims of the plaintiff herein.

WHEREFORE, this defendant prays:

1. That plaintiff take nothing by its action;

2. That this Court adjudge and decree that this defendant is, as against the plaintiff, the owner of the right to take, use and enjoy upon its riparian lands without interference by the plaintiff, quantities of water from the Santa Margarita River and its tributaries which this defendant can

-17-

10983

apply to a reasonable and beneficial use of the water;

    3. That this Court declare that said defendant enjoy the right to use its rights-of-way hereinabove referred to free of any interference from the said plaintiff;

    4. That the Court declare that this defendant has not encroached nor intends to encroach in any manner upon the rights of the United States Government in or to any of the water of the said Santa Margarita River;

    5. That this defendant have judgment for its costs incurred herein and for such other and further relief as the Court deems just.

LUCE, FORWARD, KUNZEL & SCRIPPS

BY: *Robert M. [signature]*
Attorneys for defendant,
San Diego Gas & Electric Company

I, the undersigned, say:

I am an officer of the San Diego Gas & Electric Company, a corporation, and am authorized to make this declaration for and on behalf of said corporation, defendant in the above entitled matter; the foregoing document is true of my own knowledge, except as to the matters which are therein stated on my information or belief, and as to those matters I believe it to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _May 21_, 1958, at San Diego, California.

_____
(Vice President)
Operations
of SAN DIEGO GAS & ELECTRIC COMPANY,
a corporation

---

**AFFIDAVIT OF SERVICE BY MAIL (C. C. P. 1013a)**
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO } ss.
STATE OF CALIFORNIA }

DEVRON NEILL being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's residence/business address is 1220 San Diego Trust & Savings Bldg., San Diego 1, California

That affiant served the attached ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

by placing a true copy thereof in an envelope addressed to Mr. J. Lee Rankin

at his office address, which is Solicitor General of the United States of America, Washington 25, D. C.

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on May 22, 1958, deposited in the United States Mail at San Diego, California. That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me May 22, 1958.

_____
Notary Public in and for the County of San Diego, State of California
(SEAL) My Commission Expires April 8, 1962

**AFFIDAVIT OF SERVICE BY MAIL**   Form 9A Co. Clk. 10-56 20M PP

10996