EVERETT S & DARLENE DANNLER
RT 2 BOX 174 B
FALLBROOK CALIF.

Defendants in propria persona


FILED
MAY 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

   Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

Everett S and Darlene M. Dannler

  The defendants, , Everett S. and Darlene M. Dannler each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

  These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

  These defendants own 9( acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

11007

```
PAR 93 W - 40 12A  Rainbow Lot C
Par 93 W - 40 14   Rainbow Bl. D
Par 93 W - 40 15A  Rainbow Lot 24
```

Also described as South ½ of Lot 24 Rainbow Colony and Block C. & D Rainbow Colony

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*[signature: Everett J. Dennler]*

*[signature: Darlene M. Dennler]*

Defendants in propria persona

Dated: May 14, 1958

11008