*Myrtle E. Murphy and William E. Murphy*
Defendants in propria persona
*Box 161 Star Route, Hemet California*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

FILED
MAY 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

*Myrtle E. Murphy*
*William E. Murphy*

The defendants, *Myrtle E. Murphy and William E. Murphy* each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own *20* acres of land in *Riverside* County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

11009

"Exhibit A"

In the County of Riverside, State of California:

The East half of the Northwest quarter of the Southwest quarter of Section 20, Township 8 South, Range 1 East, San Bernardino Base and Meridian, as shown by United States Government Survey approved October 11, 1895.

Said property is also shown on Record of Survey on file in Book 10 page 34 of Records of Survey, Riverside County Recorder.

11010

Defendants claim the right to use for domestic purposes, the water in a 147 foot well on the property. Also we claim the right to sink other wells if necessary for domestic use. We claim the right to use any percolating water, found on the property. At present we have just the one well.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Myrtle E. Murphey*

*William E. Murphey*

Defendants in propria persona

Dated: May 20, 1958

11011