```
1  C. B. Mc Daniel and Zora M. Mc Daniel
   Defendants in propria persona
2  Aguanga, California
```
FILED
MAY 23 1958

CLERK, U.S. ...
SOUTHERN DISTRICT OF ...
By ........... Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

  v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

   Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
C. B. Mc Daniel &
Zora M. Mc Daniel

  The defendants, C. B. & Zora M. Mc Daniel each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

  These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

  These defendants own 40 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

  Lot Two in Section 7, Township 9 South, Range 2 East, San Bernardino Meridian, in the County of San Diego, according to official United States Government Survey.

INDEXED
COPY RECEIVED

11012

1   We own 40 acres of land situated within the water shed
of the Santa-Margarita River. Ten acres of this land can be
irrigated for grain and orchards. We claim 30 acre feet of water
2   per year for this.

3       We are now raising chickens. At the present time, we have
2500 layers and intend to increase the size of this project in
4   the future.

5       We have one rental house, our home and a few shade trees.
We have 2 wells which barely produce enough water in the summer
6   weather to meet our needs. This property has several suitable
building sites. We claim the right to drill whatever wells
7   that are necessary to meet this project.(domestic wells only)

18      WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*C. B. McDaniel*

*Mrs. Jora B. McDaniel*

Defendants in propria persona

32  Dated:   May 21 1958

11013