

FILED
MAY 23 1958

1  LUNSFORD MILES AND LISLE MILES
   Defendants in propria persona
2  714 CONVERTIBLE LANE
3  FALLBROOK, CALIFORNIA

4           IN THE UNITED STATES DISTRICT COURT
5              SOUTHERN DISTRICT OF CALIFORNIA
6                     SOUTHERN DIVISION

7  UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
8                                   )
             Plaintiff,              )   ANSWER OF DEFENDANTS
9                                   )
       v.                            )
10                                  )
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )
                                    )
12           Defendants,             )

13      The defendants, LUNSFORD MILES AND LISLE MILES
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                     AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
            AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own 3½ acres of land in SAN DIEGO
27
   County, California, and within the watershed of the Santa Margarita
28
   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31

32

   INDEXED
   COPY RECEIVED                                        11014

1. DEFENDANTS CLAIM THE RIGHT TO USE 50,000 GALLONS
2. OF WATER PER YEAR FROM AN UNNAMED STREAM WHICH
3. RUNS THROUGH THIS PROPERTY, FOR IRRIGATING LAWN AND
4. GARDEN.
5. DEFENDANTS DO NOT CLAIM ANY PRESCRIPTIVE
6. RIGHTS OR ANY APPROPRIATIVE RIGHTS

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

           *Lunsford Miles*
           *Lisle Miles*
           Defendants in propria persona

Dated:

11015

EXHIBIT A

That portion of the South half of the South east quarter of the South east quarter of Section 18 township 9 south, range 3 west, San Bernardino Meridian in the county of San Diego State of California according to United States Government Survey approved September 11, 1879 described as follows: Commencing at the Northwest corner of said South half of Southeast quarter of southeast quarter; thence along the North line of said South Half of Southeast quarter of Southeast quarter North 89° 32' 30" East 311.33 feet; thence parallel with the West line of said Southeast quarter of Southeast quarter South 00° 24' 30" East 279.80 feet to the true point of beginning; thence parallel with said West line South 00° 24' 30" East 95 feet; thence parallel with said North line North 89° 32' 30" East 140.00 feet; thence parallel with the said west line North 00° 24' 30" West 95.00 feet to the true point of beginning.

11016