1 Dayton M. Plank

2 Defendants in propria persona

3 412 E. Fallbrook St.,
  Fallbrook, Calif.

4

FILED

MAY 23 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

5       IN THE UNITED STATES DISTRICT COURT

6         SOUTHERN DISTRICT OF CALIFORNIA

7                 SOUTHERN DIVISION

8  UNITED STATES OF AMERICA      )    CIVIL NO. 1247 - SD - C
9                 Plaintiff,     )    ANSWER OF DEFENDANTS
10       v.                      )    Dayton M. Plank
11 FALLBROOK PUBLIC UTILITY      )
   DISTRICT, ET AL,              )
12                Defendants,    )

13      The defendants, Dayton M. Plank
14 each severing from their co-defendants and each for himself or herself
15 alone, in answer to the Complaint and Supplementary and Amendatory Com-
16 plaint on file herein, admit, deny, and allege:

17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                   AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
                    AFFIRMATIVE STATEMENT OF RIGHTS
26
         These defendants own 1 plus acres of land in San Diego
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30

31

32

INDEXED

11017

1
2   The Defendant claims the right to a reasonable amount of water for any
3   and all kinds of business establishments, rentals, swimming pools, land
    scaping, orchards, etc. At the present time the land is vacant.
4
    The defendant claims all the right of overlying land owners and to water
5   which may originate in or may be found, on, or under, or which may cross
    my land.
6
    Defendant claims the right to dig or drill wells and exercise water re-
7   clamation and conservation practices as are now or may be known.

8   Defendant claims all the above for all lands in which he has any financial
    interest whatsoever.
9
10
11
12
13
14
15
16
17
    WHEREFORE, these defendants pray that plaintiff take nothing
18
    against them by reason of the Complaint and Supplementary and Amenda-
19
    tory Complaint on file herein; that said Complaint be dismissed as
20
    against these defendants; that defendants' right to water, as hereinabove
21
    set forth, be quieted as against the plaintiff and against all other de-
22
    fendants in this action; and for such other and further relief as the
23
    Court may deem proper.
24
25
26                                          *Wayton M Planh* (signature)
27
28                                          _____
29                                          Defendants in propria persona
                                            412 E. Fallbrook St., Fallbrook, Calif.
30
31
32  Dated: May 19th, 1958

11018

EXHIBIT "A"   Defendant Dayton M. Plank

The northerly 280 feet of the southerly 480 feet of the Easterly 290 feet of the southwest quarter of the northeast quarter of the southeast quarter of section 24, Township 9 south, range 4 west, San Bernardino Meridian, in the County of San Diego, State of California, according to the United States Government Survey approved June 11, 1880, except (The northerly 180 feet of the southerly 460 feet of the easterly 150 feet of the southwest quarter of the northeast quarter of the southeast quarter of section 24, Township 9 south, Range 4 west, San Bernardino Meridian, in the county of San Diego, State of California, and the Northerly 60 feet of the Southerly 260 feet of the Easterly 150 feet of the Southwest quarter of the northeast quarter of the southeast quarter of Section 24, Township 9 south, Range 4 west, Adn Bernardino Meridian, in the County of San Diego, State of California, according to the United States Government survey approved June 11, 1880).

11019