1  Lois E. Plank

2  Defendants in propria persona

3  412 E. Fallbrook St.,
   Fallbrook, Calif

4

FILED
MAY 23 1958
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

5           IN THE UNITED STATES DISTRICT COURT

6              SOUTHERN DISTRICT OF CALIFORNIA

7                     SOUTHERN DIVISION

8  UNITED STATES OF AMERICA        )   CIVIL NO. 1247 - SD - C
9                  Plaintiff,      )   ANSWER OF DEFENDANTS
10       v.                        )   Lois E. Plank
11 FALLBROOK PUBLIC UTILITY        )
   DISTRICT, ET AL,                )
12                 Defendants,     )

13      The defendants, Lois E. Plank

14 each severing from their co-defendants and each for himself or herself

15 alone, in answer to the Complaint and Supplementary and Amendatory Com-

16 plaint on file herein, admit, deny, and allege:

17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT
18

19      These answering defendants hereby incorporate by reference all

20 of the allegations contained in the answer to said Complaint and Supple-

21 mentary and Amendatory Complaint filed in this case by Newton T. Bryant

22 and Willie Mae Bryant (excepting only Paragraphs I and II of the portion

23 thereof entitled "Affirmative Statement of Rights") and make each and all

24 of said allegations a part of this answer the same as if herein set forth

25 at length.

26              AFFIRMATIVE STATEMENT OF RIGHTS

27      These defendants own 1 plu acres of land in San Diego

28 County, California, and within the watershed of the Santa Margarita River,

29 more particularly described in the document attached hereto, marked Exhibit

30 A, which is hereby incorporated by reference as a part of this statement.

31

32

INDEXED

COPY RECEIVED                                              11020

```
 1    The Defendant claims the right to a reasonable amount of water for any
      and all kinds of business establishments, swimming pools, landscaping,
 2    etc. At the present time water is being used for rentals and gardening.
 3
      The Defendant claims all the right of overlying land owners and to water
 4    which may originate in or may be found, on, or under, or which may cross
      her land.
 5
      The defendant claims the right to dig or drill wells and exercise water
 6    reclamation and conservation practices as are now or may be known.

 7    The defendant claims all of the above for all lands in which she may have
      any financial interest whatsoever.
 8
 9
10
11
12
13
14
15
16
17
          WHEREFORE, these defendants pray that plaintiff take nothing
18
      against them by reason of the Complaint and Supplementary and Amenda-
19
      tory Complaint on file herein; that said Complaint be dismissed as
20
      against these defendants; that defendants' right to water, as hereinabove
21
      set forth, be quieted as against the plaintiff and against all other de-
22
      fendants in this action; and for such other and further relief as the
23
      Court may deem proper.
24
25
26
27
                                              *Lois E Plank*
28
                                          Defendants in propria persona
29                                        412 E. Fallbrook St., Fallbrook, Calif.
30
31
32  Dated:    May 19th. 1958
```

EXHIBIT "A"     Defendant Lois E. Plank

The Southerly 200 feet of the Easterly 290 feet of the Southwest quarter of
northeast quarter of southeast quarter of Section 24, Township 9 south, Range 4
west, San Bernardino Meridian, in the County of San Diego, State of California,
according to United States Government Survey approved June 11, 1880. Except
(The northerly 75 feet of the southerly 200 feet of the easterly 150 feet of
the southwest quarter of the northeast quarter of the southeast quarter of
Section 24, Township 9 south, Range 4 west, San Bernardino Meridian, in the
County of San Diego, State of California according to United States Government
Survey approved June 11, 1880.)

11022