1   GETZ, AIKENS & MANNING
    6435 Wilshire Boulevard
2   Los Angeles 48, California
    OLive 3-4323
3

**F I L E D**

4

MAY 26 1958

5
    CLERK, U.S. DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
6   By _____
                    DEPUTY CLERK

7

8       IN THE UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10               SOUTHERN DIVISION

11

12  UNITED STATES OF AMERICA,          )
                                       )   No. 1247-SD-C
13                    Plaintiff,       )
                                       )
14          v.                         )   A F F I D A V I T
                                       )
15  FALLBROOK PUBLIC UTILITY DISTRICT, )
    etc., et al.,                      )
16                                     )
                                       )
17                    Defendants.      )

18  STATE OF CALIFORNIA  )
                         )  ss.
19  COUNTY OF LOS ANGELES )

20          DeWITT MORGAN MANNING, being first duly sworn, deposes and says, that

21  he is a member of the law firm of GETZ, AIKENS & MANNING, 6435 Wilshire Boulevard,

22  Los Angeles 48, California, attorneys for W. C. Sievers and Alice G. Sievers,

23  defendants in the above matter.  That he is advised by said defendants that

24  summons and complaint in the above matter was served upon W. C. Sievers,

25  defendant, May 10, 1958.

26          That the issues in the above matter are varied and complex, and your

27  affiant desires additional time within which to plead to the summons and complaint

28  in the above matter, to the end that he may familiarize himself further there-

29  with.

30          WHEREFORE, affiant prays that said defendants be granted to and in-

31  cluding June 16, 1958, in which to plead in the above matter.

32  Subscribed and sworn to before me            _____
    this 23rd day of May, 1958.                   DeWITT MORGAN MANNING

    _____
    Notary Public in and for said
    County and State. My Commission Expires Feb. 2, 1960          3520