GETZ, AIKENS & MANNING
6435 Wilshire Boulevard
Los Angeles 48, California
OLive 3-4323

**FILED**

MAY 26 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *M. D. _____*

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, etc., et al.,

    Defendants.

No. 1247-SD-C

ORDER EXTENDING TIME TO PLEAD

Upon reading the affidavit of DeWitt Morgan Manning, Esq., and good cause therefor appearing, no adverse interest being represented,

IT IS ORDERED, that defendants W. C. Sievers and Alice G. Sievers have to and including June 16, 1958, within which to plead to the supplementary and amended complaint in the above matter.

Dated this 26 day of May, 1958.

                /s/ James M. Carter
                Judge of the United States District Court.

3519