FILED MAY 26 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

FALLBROOK PUBLIC UTILITY DISTRICT, Et al.,

    Defendants.

NO. 1247-SD-C

ANSWER

NOW COMES the defendant, V. L. HASH, in the above entitled and numbered cause and in answer to plaintiffs original Complaint and Supplementary and Amendatory Complaint admits, denies and alleges:

I

Denies each and every all and singular the allegations set forth in Counts I through XXV of plaintiffs Complaint and Supplementary and Amendatory Complaint and the whole thereof.

II

Defendant alleges he is the owner in fee simple of the following described property:

    SE 1/4 of NE 1/4 of NE 1/4 Section 13, Township 6S, Range 2W, SBBM

WHEREFORE, having fully answered plaintiffs Complaint and Supplementary and Amendatory Complaint defendant prays that the same be dismissed and he be awarded his costs incurred herein.

By _____
V. L. HASH

Copy of the foregoing Answer mailed this 23 day of May, 1958 to J. Lee Rankin, Solicitor General of the United States, Washington 25, D.C.

By _____
V. L. Hash

INDEXED
Copy made

LAW OFFICES
HASH & BERNSTEIN
31 SOUTH FIRST AVENUE
PHOENIX, ARIZONA
AL 3-9118 & AL 8-5401

11170