Charles W. Gorham,
920 Avalon Blvd.,
Wilmington, California.
TE 5 3106

Attorney for answering defendant.

FILED

MAY 26 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M O Kiesling_
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
CENTRAL DIVISION

UNITED STATES OF AMERICA,  )  No. 1247 SD C
          Plaintiff,       )
                           )  ANSWER OF LOUIS V. MOLLE AS TO
    vs.                    )  ORIGINAL COMPLAINT AND
                           )  SUPPLEMENTARY AND AMENDATORY
FALLBROOK PUBLIC UTILITY DISTRICT, )  COMPLAINT.
and those defendants listed on the )
attached Exhibit "A" and made a part )
of it by reference.        )

   Comes now the defendant Louis V. Molle and answering for himself, admits, denies and alleges as follows:

                               I.

   That he is the owner in fee of the land described as follows; located in the County of Riverside, State of California:

   That portion of Lot 160 of that certain tract of land in Temecula Rancho, Riverside County, California, as shown by map entitled "Map of Temecula Land and Water Co.", said map being on file in the office of the County Recorder of San Diego County, California, in Map Book 8, Page 359, bounded and described as follows:
   BEGINNING at a point in a line paralleling the center line of Hancock Avenue and distant southwesterly therefrom 990 feet, said point of beginning being distant northwesterly along said parallel line 792 feet from its intersection with the center line of Date Street as shown by said map; thence northeasterly along a line paralleling the center line of Date Street 165 feet to a point; thence northwesterly along a line paralleling the center line of Hancock Avenue 66 feet to a point; thence southwesterly along a line paralleling the center line of Date Street 165 feet to a point; thence southeasterly along a line paralleling the center line of Hancock Avenue 66 feet, more or less to the point of beginning.
   EXCEPTING THEREFROM an easement for road purposes over and along the most southwesterly 20 feet thereof.

                              II.

   Answering the complaint as originally filed, this defendant denies paragraphs I through IX and the balance of the complaint as far as same pertains to his parcel of land.

                               1.

INDEXED
Copy made

11171

III.

Answering paragraphs I through IX of the supplementary pleadings, this defendant denies both generally and specifically each and every allegation as far as same pertains to this defendant and his land.

IV

Answering Counts I through XXV, this defendant denies both generally and specifically each and every allegation contained in said counts and the whole thereof as far as this defendant and his land is effected.

AS A SEPARATE AND DISTINCE DEFENSE, this defendant alleges:

I.

That defendant purchased said land in and he has received the rights of his grantor as to the use of water on the land. That any action on the part of the plaintiff to acquire rights in water is to rights that have been acquired by this defendants and his predecessors in interest.

II.

That the plaintiffs complaint does not state facts sufficient to have a cause of action against this answering defendant.

WHEREFORE, defendant prays as follows:

1. That the plaintiff be granted nothing by its complaint as far as the rights of this answering defendant are concerned, that the present rights in and to water, vested in the defendant remain his and that he goes foreward with his costs and for such other and proper relief as the court deems just and proper

*[signature]*
Attorney for defendant

2.

11172

STATE OF CALIFORNIA, } ss.
County of Los Angeles

Louis V. Molle

being first duly sworn, says: That ___he is the_____

answering defendant

In the above entitled action; that ___he has _____ read the foregoing____ Answer to Complaints

and knows the contents thereof; and that the same is true of ___his___ own knowledge, except as to the matters which are therein stated upon ___his___ information or belief, and as to those matters that he believes it to be true.

Subscribed and sworn to before me
May 24, 19 58

*Louis V. Molle*
LOUIS V. MOLLE

*Cecil Galea*
Notary Public in and for the County of Los Angeles,
State of California
(SEAL)

Received copy of the within_____ this _____ day of _____, 19____

Attorney for_____

Received copy of the within_____ this _____ day of _____, 19____

Attorney for_____

(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C. C. P.)

| Affidavit of Service By Mail | Certificate of Service By Mail |
|---|---|

STATE OF CALIFORNIA, } ss.
County of Los Angeles

J.M. Gorham_____, being first duly sworn, says: That he is and was at all times herein mentioned, a citizen of the United States and employed in the County of Los Angeles, a resident of, over the age of eighteen years and not a party to the within action or proceeding; that¹

_____certifies that ___he is and was, at all times herein mentioned, an active member of the State Bar of California and not a party to the within action or proceeding; that¹

h_er_ business address is ___920 Avalon Blvd, Wilmington, Calif___

that on May 24, 19 58, he served the within ___Answer___

on the ___plaintiff___ in said action or proceeding by depositing a true copy thereof, inclosed in a sealed envelope with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at² ___Wilmington___,

in the City of Los Angeles, California addressed to the attorney____ of record for said ___plaintiff___

at the residence address of said attorney _____, as follows:³ " J. Lee Rankin,
office                                                               Solicitor General of the United States,
                                                                     Washington 25, D.C.

*J. M. Gorham*
(Affiant's Signature)

Subscribed and sworn to before me May 24, 19 58

*Cecil Galea*
Notary Public in and for County of Los Angeles, State of California
(SEAL)

(Attorney's Signature)

11173

¹Unless unusual circumstances exist, the portion that follows is the same in wording whether the affidavit or certificate is used. However, only business address may be shown if certificate is used.
²If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office". ³Here quote from envelope name and address of addressee. ⁴Notarization is essential only with the affidavit.

WOLCOTTS FORM 862—REVISED 12-55                                                                              64452