ANSWER

AILEEN ISABELLE FOSNAUGH
PAULA JEAN FOSNAUGH BUCKRIDGE
ROBERT M COLLINS

DEFENDANTS

**F I L E D**

MAY 26 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M O Kessling_
DEPUTY CLERK

UNITED STATES OF AMERICA )

PLAINTIFF, )

VS )      NO. 1247-SD-C

FALLBROOK PUBLIC UTILITY )      SUMMONS
DISTRICT, ET AL., )

DEFENDANTS

COMES NOW THE DEFENDANTS AILEEN ISABELLE FOSNAUGH, PAULA JEAN FOSNAUGH

BUCKRIDGE AND ROBERT M COLLINS AND FOR THEMSELVES ALONE AND ANSWERING

PLAINTIFF'S COMPLAINT ON FILE, HEREIN DENY EACH AND EVERY MATERIAL

ALLEGATION CONTAINED THEREIN.

*Aileen Isabelle Fosnaugh*
124 W. 126TH ST., LOS ANGELES 61, CALIFORNIA

*Paula Jean Fosnaugh Buckridge*
144 W SCHOOL STREET, COMPTON, CALIFORNIA

*Robert M Collins*
320 SANTA CRUZ ROAD, ARCADIA, CALIFORNIA

COPY MAILED MAY 23, 1958 TO MR. J. LEE RANKIN, SOLICITOR GENERAL
ROOM 332
325 WEST "F" STREET
SAN DIEGO, CALIFORNIA

*Aileen Isabelle Fosnaugh*

INDEXED

Copy made

11174