SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154
Attorneys for Defendants


FILED

MAY 26 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ illegible
　　　　　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,　　)
　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　)　　No. 1247-SD-C
　　　　　　　　　　　　　　　　)
　　vs.　　　　　　　　　　　　)　　REQUEST FOR
　　　　　　　　　　　　　　　　)　　ADMISSIONS UNDER
FALLBROOK PUBLIC UTILITY DISTRICT, )　RULE 36
a public service corporation of the )
State of California, et al.,    )
　　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　　)

　　　　Defendants, ROBERT M. ERWIN and ADA D. ERWIN, Husband and Wife; request plaintiff within twenty (20) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

　　　1. The lands described in the answer of defendants ROBERT M. ERWIN and ADA D. ERWIN, Husband and Wife, include　　40　　acres of irrigable land.

　　　2. A reasonable water duty for the irrigable lands of defendant　　is 4.2 acre feet per acre per year.

　　　3. Defendants are the owners of the lands described in Exhibit A attached to their answer herein.

- 1 -

      4.  The lands of defendants are not riparian to any stream.

      5.  The ground waters percolating beneath the lands of defendants are not a part of the waters of any stream.

                              SACHSE and PRICE

                              by _[signature]_

                              Robert M. Erwin and Ada B. Erwin

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.    1247 SD C

FRANZ R. SACHSE, being first duly sworn, says: That affiant, whose address is

1092 South Main St., Fallbrook, California

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Answer of Defendants and Request for Admissions, Robert M. Erwin and Ada D. Erwin.
(Copy title of paper served)

on the Plaintiff in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

Hon. J. Lee Rankin, Room 332, 325 W. F. St., San Diego 1, Calif.

(Name and address as shown on the envelope)

sealed and deposited on the 22nd day of May, 1958, in the United States Mail at

Fallbrook, San Diego County, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 22nd

day of May, 1958.

Doris C. Bergstrom
Notary Public in and for said County and State

(SEAL)
Stuart FORM 23

My Commission expires May 25, 1961

3527A