F I L E D

MAY 2 6 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. A. Kingsbury_
                    DEPUTY CLERK

1 | SACHSE and PRICE
2 | Attorneys at Law
3 | 1092 S. Main Street
   | Fallbrook, California
   | Phone: RAndolph 8-1154
4 | Attorneys for

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff,          )   No. 1247-SD-C
                                    )
        vs.                         )   REQUEST FOR
                                    )   ADMISSIONS UNDER
FALLBROOK PUBLIC UTILITY DISTRICT,  )   RULE 36
a public service corporation of the )
State of California, et al.,        )
                                    )
                Defendants.         )
_____)

Defendants, HARRY KOHN and NAOMI KOHN, Husband

and Wife;

request plaintiff within twenty (20) days after the service

of this request to admit that the following statements are

true, for the purposes of this action only, and subject to all

pertinent objections to admissibility which may be interposed

at the trial:

1. The lands described in the answer of defendants

HARRY KOHN and NAOMI KOHN, Husband and Wife,

include thirty (30)  acres of irrigable land.

2. A reasonable water duty for the irrigable lands of

defendant    is 4.2 acre feet per acre per year.

3. Defendants are the owners of the lands described in

Exhibit A attached to their Answer herein.

4. The waters underlying the lands of defendants are

- 1 -

3528

1  not a part of the waters of any stream.

2      5.  The lands of defendants are not riparian to any

3  stream.

SACHSE and PRICE

by

Attorneys for defendants
Harry Kohn and Naomi Kohn

- 2 -

3529

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego  } ss.     1247 SD C

FRANZ R. SACHSE _____, being first duly sworn, says: That affiant, whose address is

1092 South Main Street, Fallbrook, California

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached____ Answer of Defendants and Request for Admissions,

Harry Kohn and Naomi Kohn

(Copy title of paper served)

on the__ Plaintiff _____in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

Jon. J. Lee Rankin Room 332, 325 W. F. St., San Diego 1, Calif.

(Name and address as shown on the envelope)

sealed and deposited on the 22 day of May _____, 195 8 , in the United States Mail at

Fallbrook, California,
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 22nd

day of May _____, 195 8

_____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

_____
My Commission expires_____ May 25, 1961.