```
 1  Charles W. Gorham,
    920 Avalon Blvd,
 2  Wilmington, California
    TE 5-3106
 3
    Attorney for answering
 4  defendants.
```


FILED
MAY 26 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATE OF AMERICA,            )   No. 1247 SD C
                                    )
           Plaintiff                )   ANSWER OF GRACE H. DENNI AND
                                    )   JOSEPH A. DENNI AS TO ORIGINAL
     vs                             )   COMPLAINT AND SUPPLEMENTARY
                                    )   AND AMENDATORY COMPLAINT
FALL BROOK PUBLIC UTILITY           )
DISTRICT, and those defendants      )
listed on Exhibit A which is        )
attached to this summons and        )
made a part of it by reference      )

   Comes now the defendants Grace H. Denni and Joseph A. Denni
and answering for themselves, admit, deny and allege as follows:

                              I.

   That they are the owners in fee of the land described as
follows, located in the County of Riverside, State of California:
   The Southwest 1/4 of the Southwest 1/4 of Section 22,
   Township 8 South, Range 1 West, San Bernardino Base and
   Meridian, as shown by U.S. Government Survey:
   Excepting therefrom an easement in favor of the public over
   any portion thereof included in public roads.
   Said property is also shown on record of Survey on file
   in book 15 page 18 of records of survey, Riverside County.

                              II.

   Answering the complaint as originally filed, these defendants
deny paragraphs I through IX and the balance of the complaint
as far as same pertains to their parcel of land.

                              1.

CHARLES W. GORHAM
ATTORNEY AT LAW
920 AVALON BLVD.
WILMINGTON, CALIF.
TERMINAL 5-3106

INDEXED
Copy made

1183

III.

Answering paragraphs I through IX of the supplementary pleadings, these defendants deny both generally and specifically each and every allegation as far as same pertains to these defendants and their land.

IV.

Answering Counts I through XXV, these defendants deny both generally each and every allegation contained in said counts and the whole there as far as these defendants and their land is effected.

AS A SEPARATE AND DISTINCT DEFENSE, these defendants allege:

I.

That defendants purchased said land in December 17, 1947 and they have received the rights of their grantors as to the use of water on the said land. That any action on the part of the plaintiff is to acquire the rights that have been acquired by these defendants and their predecessors in interest.

II.

That the plaintiffs complaint does not state facts sufficient to have a cause of action against these answering defendants.

WHEREFORE, defendants pray as follows:

1. That the plaintiff be granted nothing by its complaint as far as the rights of these answering defendants are concerned, that the presents rights in and to water, vested in the defendants remain theirs and that they go foreward with their costs and for such other and further relief as the court deems just and proper in the premises.

*Charlene Gorham*
Attorney for defendants

2.

CHARLES W. GORHAM
ATTORNEY AT LAW
920 AVALON BLVD.
WILMINGTON, CALIF.
TERMINAL 5-3106

1184

STATE OF CALIFORNIA, } ss.
County of Los Angeles

__Joseph A. Denni__

being first duly sworn, says: That ___he___ is the __one of the answering defendants__

in the above entitled action; that ___he___ has _____ read the foregoing_____

__Answer__

and knows the contents thereof; and that the same is true of ___his___ own knowledge, except as to the matters which are therein stated upon ___his___ information or belief, and as to those matters that ___he___ believes it to be true.

Subscribed and sworn to before me
__May    23__, 19__58__

_Joseph A. Denni_

_Grace B. Mattocks_
Notary Public in and for the County of Los Angeles, State of California
(SEAL) MY COMMISSION EXPIRES DECEMBER 29, 1958.

Received copy of the within_____ this _____ day of _____, 19___

Attorney for_____

Received copy of the within_____ this _____ day of _____, 19___

Attorney for_____

(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C. C. P.)

| Affidavit of Service By Mail | Certificate of Service By Mail |
|---|---|

STATE OF CALIFORNIA, } ss.
County of Los Angeles

__Rose Kamboor__, being first duly sworn, says: That he is and was at all times herein mentioned, a citizen of the United States and employed in the County of Los Angeles, over the age of eighteen years and not a party to the within action or proceeding; that¹

h__er__ ~~residence~~ _business_ address is __920 Avalon Blvd, Wilmington, Calif__

_____certifies
that ___he___ is and was, at all times herein mentioned, an active member of the State Bar of California and not a party to the within action or proceeding; that¹

that on __May 23__, 19__58__, he served the within __Answer__

on the __plaintiff__ in said action or proceeding by depositing a true copy thereof, inclosed in a sealed envelope with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at² __Wilmington,__

in the City of Los Angeles, California addressed to the attorney___ of record for said __plaintiff__

at the residence address of said attorney ____, as follows:⁴ " __J. LEE RANKIN, Solicitor General__
__United States of America,__
__Washington 25, D.C.__

_Rose Kamboor_
(Affiant's Signature)

Subscribed and sworn to before me __May 23__, 19__58__

_[signature]_
Notary Public in and for County of Los Angeles, State of California.⁴
(SEAL)

(Attorney's Signature)

11185

¹Unless unusual circumstances exist, the portion that follows is the same in wording whether the affidavit or certificate is used. However, only business address may be shown if certificate is used.
²If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office". ³Here quote from envelope name and address of addressee. ⁴Notarization is essential only with the affidavit.