```
 1  ERNEST L. MESSNER
    5429 Crenshaw Blvd.
 2  Los Angeles 43, Calif.
        AXminster 4-5090
 3
    Attorney for Defendants,
 4  Norman J. MacLeod and
    Edith E. MacLeod
```

FILED
MAY 26 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FALLBROOK PUBLIC UTILITY DISTRICT and those Defendants listed on Exhibit "A" which is attached to this summons and made a part of it by reference, et al, <br><br> Defendants. | NO. 1247-SD-C <br><br> ANSWER OF <br> NORMAN J. MacLEOD <br> and <br> EDITH E. MacLEOD |

   COMES NOW the Defendants for themselves alone, admits, denies and alleges to the Plaintiff's complaint and supplemental complaint as follows:

I

   Answering Paragraph II of the Plaintiff's complaint these answering Defendants because of the lack of information and belief, deny Line 9 of Paragraph II and the entire Paragraphs (a), (b) and (c) of said Paragraph II; further denies each and every allegation contained in Paragraph II, Lines 14 to 16 on Page 2 and Lines 19 to 23 on Page 3.

II

   Answering Paragraph IV these answering Defendants for the reason of their lack of information and belief deny each and every allegation contained therein.

Ernest L. Messner
Attorney at Law
5429 Crenshaw Blvd.
Los Angeles 43, Calif.
AXminster 4-5090

INDEXED
Copy made

11186

III

Deny that any action entitled "Rancho Santa Margarita vs. Vail, et al" is binding on these answering Defendants as set forth in said Paragraph V and Exhibit "A".

IV

Deny each and every allegation contained in Paragraphs VII, VIII and IX of Plaintiff's alleged complaint.

ANSWERING THE SUPPLEMENT TO THE COMPLAINT, THESE ANSWERING DEFENDANTS ADMIT, DENY AND ALLEGE AS FOLLOWS:

I

Incorporates by reference each and every allegation contained in their answer heretofore made as to the Plaintiff's complaint on file and incorporates the same in answer to Paragraph I of Count XV of said supplement to the complaint on file.

II

Answering Paragraphs III and IV of Count XV to the supplement to the complaint these answering Defendants do not have sufficient information or belief in which to answer, therefore, denies each and every allegation contained therein; these answering Defendants further allege that there is not sufficient description set forth in Exhibit "B" to inform these answering Defendants of whether or not said real property is in the State of California and the County of Riverside and, therefore, deny that said legal description describes the Coahuila Indian Reservation commonly known as being located in and about Riverside County, California.

III

These answering Defendants own real property in the City of San Jacinto, County of Riverside, State of California, legally described as:

    Town Block II of the Estudillo Land and Water
    Company's Addition to San Jacinto as shown by

Ernest L. Messner
Attorney at Law
5429 Crenshaw Blvd.
Los Angeles 43, Calif.
AXminster 4-5090

2

11187

1  map on file in Book 9, Page 410 of maps, San
2  Diego County records.

### IV

Answering Paragraph V of Count XV of the supplement to the complaint denies that a reasonable diversion duty for irregation for lands is approximately 4.2 acre feet per acre per year and alleges that these answering Defendants have been informed and therefore believe that a reasonable diversion duty for irregation of lands in and about the City of San Jacinto, County of Riverside, State of California is approximately 12 acre feet per acre per year.

THEREFORE, these answering defendants, Norman J. MacLeod and Edith E. MacLeod, pray that:

1. Their rights in and to the water underlying their real property described in Paragraph III in answer to the supplement to the complaint, Count XV, be allowed, approved and determined.

2. This Honorable Court enjoins the United States of America from asserting any right, title and interest in and to any and all water that may be taken by the United States of America under said minimum amount of 12 acre feet per acre per year.

3. That this Honorable Court grant such other and further relief as may be just and reasonable in the premises.

Dated: This 22 day of May, 1958

Ernest L. Messner,
Attorney for Defendants,
Norman J. MacLeod and
Edith E. MacLeod.

Ernest L. Messner
Attorney at Law
5429 Crenshaw Blvd.
Los Angeles 43, Calif.
AXminster 4-5090

3

11188

STATE OF CALIFORNIA,
County of Los Angeles } ss.

NORMAN J. MacLEOD and EDITH E. MacLEOD

being by me first duly sworn, deposes and says: That XXXXXXX they are Defendants

in the above entitled action; that ___they___ xx __have__ read the foregoing ___ANSWER___

and knows the contents thereof; and that the same is true of ___their___ own knowledge, except as to the matters which are therein stated upon ___their___ information or belief, and as to those matters that ___they___ believes it to be true.

Subscribed and sworn to before me this
23 day of May, 19 58.

*Norman J. MacLeod*
NORMAN J. MacLEOD

*Edith E. MacLeod*
EDITH E. MacLEOD

Notary Public in and for the County of Los Angeles
State of California
(SEAL)

Received copy of the within _____ this _____ day of _____, 19___

Attorney for _____

Received copy of the within _____ this _____ day of _____, 19___

Attorney for _____

(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C. C. P.)

STATE OF CALIFORNIA,
County of Los Angeles } ss.

___Orra Strathearn___ being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of Los Angeles; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is

___5429 Crenshaw Boulevard, Los Angeles 43, California___

that on the __23rd__ day of __May__, 19_58_, affiant served the within

___ANSWER of NORMAN J. MacLEOD and EDITH E. MacLEOD___

on the __Plaintiff's Attorney__ in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said __Plaintiff__ at the office address of said attorney, as follows:

J. Lee Rankin, Solicitor General
332 - 325 West "F" Street
San Diego, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at **_____, in the City of Los Angeles, California, where is located the office of the attorney for the person by and for whom said service was made. That there is delivery service by the United States mail at the place so addressed or *** there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __23rd__ day of __May__, 19_58_.

Notary Public in and for the County of Los Angeles, State of California.
(SEAL)

*Orra Strathearn*
Orra Strathearn

* Here quote from envelope name and address of addressee.
** If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office."
*** When the letter is addressed to a post office other than "Los Angeles" strike out "and"; when addressed to "Los Angeles" strike out "or."

WOLCOTTS FORM 852—REVISED 6-54

11189

50409