Gabriel Garver
Camas, Wash
Tel 2701
FILED
MAY 26 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                            Plaintiff, )  No. 1247-SD-C
    v. ) **A N S W E R**
FALLBROOK PUBLIC UTILITY DISTRICT, )
et al )
                            Defendants.)

        Comes now C. A. Wilson and Jettie Wilson, whose full names are Charles A. Wilson and Jettie M. Wilson, husband and wife, two of the defendants named in the above entitled action, and in answer to the Supplementary and Amendatory Complaint herein, admit, deny and allege as follows:

I.

        That the parties are and at all times pertinent to this action have been husband and wife and the owners of the following described real property situated in San Diego County, State of California, to-wit:

> The West 198 feet of the northwest quarter of the northeast quarter of the northeast quarter of Section 19, Township 9 South Range 3 West San Bernardino Meridian according to United States Government Survey approved Sept. 11, 1879. The easterly line being parallel with the west line of said northwest quarter of the northeast quarter of the northeast quarter.

        Answering generally the said Supplementary and Amendatory Complaint of the plaintiff herein these answering defendants deny the same and the whole thereof and allege that by reason of their ownership of the property above described that they have prior rights to any subterranean waters which underlie their land and the

INDEXED
Copy made
11190

right to the use of same without hindrance from the plaintiff.

WHEREFORE, having fully answered the Complaint of the plaintiff these answering defendants pray that as to them that no decree be entered which in any way affects their right to the use of any subterranean waters underlying their property and that any decree entered herein approve and confirm their right to the use of such waters prior and superior to the right of the plaintiff and for such other or further relief necessary or proper in the premises.

GARVER & GARVER

By: *[signature]*
Attorneys for C. A. Wilson and Jettie Wilson, two of the defendants

11191

STATE OF WASHINGTON )
                    ) SS
COUNTY OF CLARK     )

      C. A. WILSON and JETTIE WILSON, being first duly sworn, on oath depose and say: That they are two of the defendants in the above entitled action; that they have read and know the contents of the above and foregoing Answer and that the same is true as they verily believes

                                                *C. A. Wilson*

                                                *Jettie Wilson*

Subscribed and sworn to before me this 17th day of May, 1958.

                                      *Robt. W. Garver*
                                    Notary Public for State of Washington
                                    Residing at Camas, Washington

GARVER & GARVER
ATTORNEYS AT LAW
CAMAS, WASHINGTON

11192