Mike Mance and Lillian L. Mance
Defendants in propria persona
P.O. Box 115
Murrieta, California

FILED
MAY 26 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )  CIVIL NO. 1247 - SD - C
         Plaintiff, )  ANSWER OF DEFENDANTS
   v. ) Mike Mance and Lillian L. Mance
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
         Defendants, )

      The defendants, Mike Mance and Lillian L. Mance each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT

      These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

                  AFFIRMATIVE STATEMENT OF RIGHTS
                             I

      These defendants own 345 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

II

Said defendant's land is suitable for and used as a ranch for the production of livestock, hogs and feed crops necessary for the sustenance of livestock and hogs. That water necessary for irrigation is pumped from underground sources, plus a domestic well on the premises.

III

That the said land was a part of the Temecula Rancho Land Grant, which carried with it full and complete rights to all minerals and water from the Mexican Government.

That by the Treaty of Guadalupe Hidalgo in 1848, these rights to minerals and water were given absolutely and forever to the owners and their successors in interest to said land grant, or any part thereof, including the said land owned by these defendants.

Said Treaty of Guadalupe Hidalgo operated as a confirmation in praesenti of all perfect titles to lands in California held under Mexican Grants.

IV

The plaintiff, United States of America, is in legal duty bound to carry into effect the stipulations contained in said treaty and therefore has no claim or right to any water or minerals rights in, on, of under these defendants' said land.

V

Defendants claim exclusive and sole right and ownership of all underground water, all water above ground, all water that falls on, or runs on from rainfall and all water that can be contained on said land by means of dams, reservoirs or other means with respect to their said land.

11196

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18       WHEREFORE, these defendants pray that plaintiff take nothing
19  against them by reason of the Complaint and Supplementary and Amenda-
20  tory Complaint on file herein; that said Complaint be dismissed as
21  against these defendants; that defendants' right to water, as hereinabove
22  set forth, be quieted as against the plaintiff and against all other de-
23  fendants in this action; and for such other and further relief as the
24  Court may deem proper.
25
26                                          /s/ Mike Mance
27
28                                          /s/ Lillian L. Mance
29                                          Defendants in propria persona
30
31
32  Dated: May 26, 1958
```

11197

All that certain real property situated in the County of Riverside, State of California, and particularly described as follows, to-wit:

PARCEL 1: All that portion of Block 20 of Murrieta, as shown by map on file in Book 8 Page 359 of Maps, San Diego County Records, by metes and bounds, beginning at the most Northerly corner of said Block, being the intersection of the Southeasterly line of "A" Street with the Southwesterly line of Clay Avenue; thence Southwesterly on said Southeasterly line of "A" Street, 251 feet to its intersection with the Northeasterly line of Fourth Avenue; thence Southeasterly on said Northeasterly line of Fourth Avenue, 131 feet; thence Northeasterly 238 feet to a point on the Southwesterly line of Clay Avenue 145 feet Southeasterly from the point of beginning; thence Northwesterly on said Southwesterly line of Clay Avenue, 145 feet to the point of beginning.
    Said property is also shown on Record of Survey on file in Book 7 page 42 of Records of Survey, Riverside County Records.

PARCEL 2: Lot 31, Northwesterly rectangular one-half of Lot 32, Lots 41, 42, 43, 200 and 201 of Murrieta Portion of the Temecula Rancho, as shown by map on file in Book 8 Page 359 of Maps, San Diego County Records.
    Excepting from said Lot 201 that portion thereof, by metes and bounds, commencing at the intersection of the center lines of Guava Street and Hayes Avenue, as shown on said map: thence South 47° 52' 30" West on the center line of said Guava Street, 869.6 feet to the true point of beginning; thence South 0° 52' 30" West, 316.6 feet; thence South 12° 20' West, 100 feet; thence South 38° 31' West, 415 feet; thence South 77° 13' 30" West, 106.4 feet; thence South 50° 47' 30" West, 249 feet; thence South 45° 27' West 274 feet; thence South 12° 16' 30" West, 336 feet; thence South 1° 13' 30" East, 535 feet; thence South 18° 28' 30" West, 182 feet; thence South 53° 22' 30" West, 50 feet, more or less, to a point on the Southwesterly line of said Lot 201; thence Northwesterly on said southwesterly line to a point in the center line of said Guava Street; thence North 47° 52' 30" East on the center line of said Guava Street to the point of beginning of said excepted portion; also excepting therefrom any portion thereof included in roads and excepting from said Lots 31 and 32 any portion thereof in the right of way of the Atchison, Topeka and Santa Fe Railroad.

11198

## EXHIBIT B

## SOIL SURVEY OF MANCE'S RANCH

Farm No. 200
Elsinore-Murrieta-Anza    SCD-60
345 acres

Land Use Map AXM-6F-143

11199