David S. Crawford and Constance L. Crawford
Defendants in propria persona
Rt 2 Box 234
Fallbrook, Calif.

**FILED**
MAY 26 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. Kessling
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
David S Crawford and
Constance L Crawford

The defendants, David Crawford and Constance L Crawford each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 8 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

11193

COPY RECEIVED     INDEXED
Copy Rec'd 5/27/58   Office of U.S. Atty  OJM ok

........................................ County of....San Diego.................................., State of California, to-wit:

All that portion of the North Half of the Southwest Quarter of Section 16, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows:

Beginning at the Northwest corner of said Southwest Quarter of said Section 16, being also the Northwest corner of a parcel of land conveyed to Jere Grant Kingsbury, by deed dated January 11, 1941, and recorded in Book 1140, page 90 of Official Records; thence North 89° 01' 10" East, along the North line of said Southwest Quarter, 1522.65 feet to its intersection with the center line of United States Highway No. 395, as shown on Map of Mission Road 1-C, filed in the office of the County Surveyor, being also the most Easterly corner of land conveyed to J. Grant Kingsbury, by deed dated July 21, 1941, and recorded in Book 1217, page 279 of Official Records; thence South 64° 57' West, along said center line, 173.41 feet to the beginning of a curve to the right having a radius of 1500 feet; thence Southwesterly along said curve, through a central angle of 8° 37' for a distance of 225.58 feet; thence South 73° 34' West, 409.84 feet to the most Southerly corner of said land conveyed to Kingsbury, being also the Southeast corner of said land conveyed to Jere Grant Kingsbury, by deed dated January 11, 1941; thence continuing South 73° 34' West along said center line, 340.78 feet to the beginning of a tangent curve in said center line, concave Northerly and having a radius of 500 feet; thence Westerly along said curve, 156.50 feet (record 157.37 feet); thence along said center line, tangent to said curve, North 88°30' West, 163.57 feet (record North 88° 24' West, 162.48 feet) to the beginning of a tangent curve concave to the Southeast having a radius of 200 feet; thence Westerly along said curve and center line, 128.95 feet to the West line of said Section 16; thence North 0° 31' 40" East along said West line, 391.49 feet to the point of beginning.

13-16: Ref: Conservation Ranch Plan No. 249 dated June 6, 1948 — U S Dep. of Agriculture. Sufficient Water required by above plan claimed

18-24: WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

David S Crawford

Constance L Crawford

Defendants in propria persona

Dated: May 9, 1958

11194