```
 1  JAMES DON KELLER, District Attorney
       and County Counsel
 2     MILTON MILKES, Deputy
    By ████████████████████████
 3
    302 Civic Center, San Diego 1, Calif.
 4  BE 9-7561, Ext. 451

 5  Attorneys for Defendant
```

FILED

MAY 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. D. Keesling_
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al,<br><br>　　　　　Defendants. | No. 1247-SD-C<br><br>ANSWER OF<br>COUNTY OF SAN DIEGO<br><br>TO<br>COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT |

COMES NOW the defendant County of San Diego, a political subdivision of the State of California, and severing itself from the other defendants and appearing for itself alone, by way of answer to plaintiff's complaint and supplementary and amendatory complaint herein, admits, denies, and alleges as follows:

ANSWER TO COMPLAINT AS ORIGINALLY FILED

In answer to the complaint as originally filed herein on January 25, 1951, this defendant refers to its answer to complaint filed herein in this Court on March 13, 1952 and by this reference incorporates each and every admission, denial and allegation contained in said answer as though set forth at length at this point herein.

INDEXED

Copy rec'd

-1-

11207

ANSWER TO SUPPLEMENT TO COMPLAINT

I

In answer to the supplement to complaint herein this defendant re-avers and re-alleges each and every admission, denial, and allegation in this defendant's answer to the complaint which this defendant filed in this Court on March 13, 1952 and by way of reference makes that answer a part of this answer to the supplement to complaint as completely as though that answer were set forth at length at this point herein.

II

Further answering the allegations of the supplement to the complaint herein, this answering defendant does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and not hereinabove expressly admitted or denied and, therefore, denies each and every allegation of said supplement to complaint not hereinabove expressly admitted or denied.

ANSWER TO AMENDMENT TO COMPLAINT

I

In answer to the amendment to complaint herein this defendant re-avers and re-alleges each and every admission, denial, and allegation in this defendant's answer to the complaint which this defendant filed in this Court on March 13, 1952, and by way of reference makes that answer a part of this answer to the amendment to complaint as complete as though that answer were set forth at length herein.

II

Further answering the allegations of the amendment to complaint herein, this answering defendant does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and not hereinabove expressly admitted or denied and, therefore, denies each and every allegation of said amendment to complaint not hereinabove expressly

-2-

1 | admitted or denied.
2 |     WHEREFORE, this answering defendant prays:
3 |     1. That plaintiff take nothing by this action;
4 |     2. That the Court adjudge and decree that this defendant is the owner of and entitled to possession of the real property described in the original Answer and designated Parcel 1 with the right to produce and extract any and all waters from said real property needed for domestic use, including the operation and maintenance of a County road station, and for irrigation purposes upon said real property designated Parcel 1.

    3. That the Court adjudge and decree that this defendant is the owner of and entitled to possession of the real property described in the original Answer and designated as Parcel 2 with the right to produce and extract any and all waters from said real property needed for domestic use, including the operation and maintenance of a County civic building, and for irrigation purposes on said real property designated Parcel 2;

    4. That the Court adjudge and decree that this defendant is entitled to take and divert any and all waters from the Fallbrook Creek and any tributary thereto for domestic use, including the operation and maintenance of a County road station and County civic building and for irrigation purposes upon the described real property in the original Answer of this defendant and designated Parcels 1 and 2;

    5. That plaintiff be forever barred from asserting any right, title, interest or estate in or to said real property or in or to any and all waters which may be taken or extracted from said real property or the Fallbrook Creek or any tributary thereof for use on said real property, adverse to this defendant, and that plaintiff be restrained and enjoined from asserting any such claims;

    6. That this defendant have such further relief as the Court

1 may deem meet and proper; and

2     7. That this defendant recover its costs herein incurred and
3 expended.

            JAMES DON KELLER, District Attorney
              and County Counsel in and for the
            County of San Diego, State of
            California

By *Milton Milkes*
         MILTON MILKES, Deputy

Attorneys for defendant County of San Diego

**(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C. C. P.)**

UNITED STATES OF AMERICA,
           Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of
the State of California, et al,
           Defendants.

No. 1247-SD-C

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA, SOUTHERN DIVISION.

STATE OF CALIFORNIA, } ss.
  County of San Diego

        Willamay Graham _____ being first duly sworn deposes and says:

That affiant is a citizen of the United States and a resident of the County of San Diego; that affiant is over the age of eighteen years and is not a party to the within and above entitled action;

    That affiant's business address is: Room 302 Civic Center Bldg., San Diego 1, California;

    That on the 23rd day of May, 1958, affiant served the within Answer of County of San Diego

on the plaintiff in said action, by placing a true copy thereof in an envelopes addressed to the attorneys of record for said plaintiff at the offices of said attorneys as follows (Then quote from envelope name and address of addressee)  J. Lee Rankin, Solicitor General of the United States, Washington 25, D.C.; William H. Veeder, Department of Justice, Washington 25, D.C.; William E. Burby, Department of Justice, Washington 25, D.C.;

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States mail at San Diego, California, where is located the office of the attorney for the party by and for whom said service was made.

    That there is a regular daily communication of United States mail between the place of mailing and the place so addressed.

                                         */s/ Willamay Graham*

    Subscribed and sworn to before me this 23rd day of May, 19 58.

(SEAL)

R. B. JAMES, County Clerk and ex officio Clerk of the Superior Court