Defendant
Merrill Baker
11032 Lower Azusa Road
El Monte, California
In Pro Per

# FILED

MAY 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. S. Weafian_
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 1247-SD-C |
| vs. | |
| | ANSWER OF DEFENDANT |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | MERRILL BAKER. |
| Defendants. | |

Defendant, MERRILL BAKER, answering Plaintiff's Complaint and Supplement to Complaint for himself alone and not for any other Defendant, admits, denies and alleges as follows:

FIRST DEFENSE

I

Defendant has no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of Plaintiff's Original Complaint herein, and therefore denies all of said allegations for want of information or belief.

II

Answering paragraph V of Plaintiff's Original Complaint here-

INDEXED

_4/4/Reed._

-1-

11212

in, Defendant admits the litigation referred to and admits that a
stipulated judgment was entered into therein, a copy of which is
attached to Plaintiff's Complaint marked Exhibit "A".  Defendant
denies that he is party to said litigation or in any way bound
thereby; and denies that said stipulated judgment determines the
rights of Plaintiff against Defendant.

III

Denies the allegations of paragraph IX of Plaintiff's
Original Complaint.

IV

Defendant has no knowledge or information sufficient to form
a belief as to the allegations contained in Counts II, III, IV, V,
VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX,
XXIII, and XXIV of Plaintiff's Supplement to Complaint, and there-
fore denies all of said allegations for want of information or
belief.

V

Denies the allegations of Count XXI, XXII and XXV of Plain-
tiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT
ALLEGES:

I

Defendant is the owner of real property situated in the
County of Riverside, State of California, as described in Exhibit
"A" attached hereto and made a part hereof by reference.

II

Defendant claims water rights appurtenant to the real pro-
perty described in Exhibit "A", as follows:

    1.  The riparian water rights.

    2.  Waters underlying the lands, which are percolat-
       ing ground waters.

-2-

11213

1    WHEREFORE, Defendant prays judgment as follows:

2        1.  That Plaintiff take nothing by its Complaint and

3  Supplement to Complaint herein.

4        2.  That this Hornorable Court adjudge and decree

5  that Defendant is the owner of water rights appurtenant to the lands

6  described herein as described in this Answer.

7        3.  That this Honorable Court adjudge and decree that

8  the water rights of Defendant are prior and paramount to all of the

9  claimed water rights of Plaintiff herein.

10        4.  That this Honorable Court quiet the title of Defen-

11  dant in and to his rights to the use of water as set forth herein

12  as against all adverse claims of Plaintiff or other Defendants

13  herein.

14        5.  For costs of suit and for such other relief as

15  seems just.

16      DATED:  May 24, 1958

17

18                         _Merrill Baker_

19        Defendant    Merrill Baker

20

21

22

23

24

25

26

27

28

29

30

31

32

-3-

11214

Exhibit "A"

LANDS OWNED BY DEFENDANT MERRILL BAKER

PARCEL 1.  (40 acres)

SW$\frac{1}{4}$ of SW$\frac{1}{4}$ Section 17, Township 8S, Range 1E

PARCEL 2.  (80 acres)

S$\frac{1}{2}$ of SE$\frac{1}{4}$, Section 18, Township 8S, Range 1E

EXHIBIT "A" to Answer of Defendant, MERRILL BAKER.

-4-

11215