IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

FILED
MAY 27 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA,
      PLAINTIFF,

   VS.                      NO. 1247-SD-C

FALLBROOK PUBLIC UTILITY DISTRICT,
ET AL.,
      DEFENDANTS.

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COMES L. M. HAND AND HIS WIFE, TECLA Y. HAND, RESIDENTS OF SAN ANTONIO, BEXAR COUNTY, TEXAS, WHO ARE DEFENDANTS IN THE ABOVE STYLED AND NUMBERED CAUSE, AND WHO HEREBY ENTER THEIR APPEARANCE AND ANSWER TO THE COMPLAINT OF THE PLAINTIFF, UNITED STATES OF AMERICA, AND WOULD SHOW THE COURT AS FOLLOWS:

1.

    THE SAID DEFENDANTS ARE LAY PEOPLE, AND ARE NOT LAWYERS, AND THEY STATE THAT THEY HAVE BEEN SERVED BY THE UNITED STATES MARSHAL WITH A COPY OF CERTAIN NOTICE AND ORDERS AND COMPLAINT, AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF THE PLAINTIFF, UNITED STATES OF AMERICA. THEY FURTHERMORE STATE THAT THEY ARE UNABLE TO EMPLOY COUNSEL TO REPRESENT THEM IN THIS CASE, BUT THAT THEY DO DENY THE ALLEGATIONS OF THE PLAINTIFF, UNITED STATES OF AMERICA, AND DEMAND STRICT PROOF THEREOF.

2.

    THESE DEFENDANTS PRAY THAT NO COSTS BE ASSESSED AGAINST THEM IN THIS CASE.

    WHEREFORE, THESE DEFENDANTS PRAY THAT PLAINTIFF, UNITED STATES OF AMERICA, TAKE NOTHING BY ITS CAUSE OF ACTION, AND THAT THESE DEFENDANTS BE DISCHARGED WITH THEIR COSTS, AND FOR SUCH OTHER AND FURTHER RELIEF TO WHICH THEY MAY BE ENTITLED.

                                              /s/ L. M. Hand
                                              L. M. HAND

INDEXED

                                              /s/ Tecla Y. Hand
                                              TECLA Y. HAND

COPY RECEIVED