Defendant
Merrill Baker
11032 Lower Azusa Road
El Monte, California
In Pro Per

**FILED**

MAY 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. E. _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,

        Defendants.

No. 1247-SD-C

REQUEST FOR ADMISSIONS UNDER RULE 36.

    Defendant, MERRILL BAKER, requests Plaintiff within twenty (20) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1. The lands described in the answer of Defendant, MERRILL BAKER, include one hundred twenty (120) acres of irrigable land.

    2. A reasonable water duty for the irrigable lands of Defendant, MERRILL BAKER, is 4.2 acre feet per acre per year.

    3. Lands are riparian

    4. Lands are not riparian to the Santa Margarita River or any tributary.

-1-

3530

Copy Recd

5. Waters underlying lands are percolating ground waters.

DATED: May 24, 1958.

_____
Defendant Merrill Baker.

-2-