Weyl, Dunaway & Weyl
Guaranty Building
6331 Hollywood Boulevard
Los Angeles 38, California
  Hollywood 4-8301
Attorneys for Defendant
Matilde Moizant

**FILED**

MAY 27 1958

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>    Defendants. | No. 1247-SD-C<br><br>ANSWER OF MATILDE MOIZANT TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT. |

  Comes now Matilde Moizant, one of the defendants in the above entitled action, and for answer to the Complaint and Supplementary and Amendatory Complaint admits, denies and alleges as follows:

  1. This answering defendant has no information or belief sufficient to enable her to answer the allegations alleged and contained in said Complaint and Supplementary and Amendatory Complaint and each and every cause of action alleged and contained therein, and basing her answer upon such lack of information or belief, denies generally and specifically each and every allegation alleged and contained therein.

          WEYL, DUNAWAY AND WEYL
          Attorneys for Defendant

         BY: _____
           Bertin A. Weyl

11217

```
1              AFFIDAVIT OF SERVICE BY MAIL
2  STATE OF CALIFORNIA  )
                        ) ss.
3  COUNTY OF LOS ANGELES)
```

4    Maye Hackney, being sworn, says: That affiant is a
5 citizen of the United States, over the age of 18, residing in
6 the County of Los Angeles and is not a part to the above en-
7 titled action; that affiant's business address is 915 North
8 Citrus Avenue, Los Angeles 38, California; that on the 26th
9 day of May, 1958, the affiant served the within Answer of
10 Matilde Moizant by placing a true copy thereof in an envelope
11 addressed to J. Lee Rankin, Solicitor General of the United
12 States, at his business address, Washington 25, D. C., and by
13 placing a true copy thereof in an envelope addressed to The
14 Hon. John M. Cranston, Special Master, at his business address,
15 c/o Gray, Cary, Ames & Frye, 625 Broadway, Suite 1410, San
16 Diego, California, and by then sealing and depositing said
17 envelopes, with postage thereon fully prepaid, in the United
18 States Mail at Los Angeles, California, where is located the
19 office of the attorney for the person by and for whom said
20 service was made. That there is delivery service by United
21 States mail at the place so addressed and there is a regular
22 communication by mail between the place of mailing and the place
23 so addressed.

                                    Maye Hackney

26 Subscribed and sworn to before me
27 on May 26, 1958.

    Elizabeth K. Gutman
    Notary Public in and for said
        County and State

31  My Commission Expires July 28, 1961

                                                           11218