```
                    FILED
                 MAY 28 1958
              CLERK, U.S. DISTRICT COURT
             SOUTHERN DISTRICT OF CALIFORNIA
             By _____
                        Deputy Clerk
```



```
              FILED
           MAY 27 1958
         JOHN M. CRANSTON
          SPECIAL MASTER
         By _____ Clerk
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

CIVIL NO. 1247-SD-C

UNITED STATES OF AMERICA )
        Plaintiff, )
    vs. ) ACKNOWLEDGMENT OF RECEIPT
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
        Defendants )

    I hereby acknowledge receipt of copies of the Answers in the above entitled case of the following named defendants:

    EARL W. BELL and RACHEL A. BELL
    GEORGE W. BENSON and SOPHIA N. BENSON
    LOIS J. BREMSETH
    LOREN S. BREMSETH
    RICHARD A. BREMSETH
    JAMES E. BROWN and JENNIE M. BROWN
    EUNICE FORSYTH and EDWARD L. FORSYTH
    HARRY J. GEYER, JR. and GRACE EUGENIA GEYER
    JAMES ELLIOTT GILLAN and HATTIE V. GILLAN
    DONALD G. GRANZELLA and JOANNE L. GRANZELLA
    EDDY HATTEBUHR and GOLDIE HATTEBUHR
    JOHN T. HENDERSON
    FRED W. JOHNSON and GLADYS E. JOHNSON
    ORSON LAKE, JR. and LILLIAN M. LAKE
    JAMES G. LEATH and MARGARET ANN LEATH
    ZANE H. McANEAR and LOTTIE M. McANEAR
    ARTHUR P. PARSHALL and ETHEL M. PARSHALL

1  F. CRAIG RITTER and GLADYS V. RITTER
2  JAMES C. STEWART and KATHRYN STEWART
3  ROY C. VICK and SALLY R. VICK
4  ROBERT L. VON GUNDEN and EDITH M. VON GUNDEN
5  WALTER J. WINZELL and LUCILLE M. WINZELL

8  DATED: May 26th, 1958.

11  *William H. Veeder* (signature)