SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
BELMONT 9-1131

F I L E D

MAY 28 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. Kiesling
       DEPUTY CLERK

Attorneys for Defendant Tommy Rawson

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. 1247-SD-C |
| vs | ANSWER OF MARTIN L. NELSON, ADMINISTRATOR OF THE ESTATE OF TOMMY RAWSON TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT. |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al,. | |
| Defendants. | |

Comes now MARTIN L. NELSON, the duly appointed and qualified to act Administrator of the Estate of TOMMY RAWSON, sued herein as MARTIN I. NELSON, ADMINISTRATOR OF ESTATE OF THOMAS J. RAWSON AKA THOMAS JEFFERSON RAWSON, AKA TOMMY RAWSON AKA TOM RAWSON AKA T. RAWSON AKA T. R. RAWSON, DECEASED, and for answer to the Complaint and Supplementary and Amendatory Complaint herein, declares as follows:

I.

By Order Respecting Responsive Pleadings dated April 9, 1958 wherein all pleadings presently on file in response to the original Complaint in this cause are declared to be in answer to the Complaint and Supplementary and Amendatory Complaint of the United States of America, this defendant re-alleges and re-avers each and every allegation in the Answer filed in this Court on the 21st day of June, 1957, and by way of reference makes that Answer a part of this Answer.

INDEXED          11225
-1-
copy received

II.

Answering Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XV, XVI, XVIII, XIX, XX, XXI, XXII, XXIV, this Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and on that ground deny each and every one of said Counts.

III.

Answering Count XIV, the Defendant admits the allegation set forth in Paragraph II but further alleges that as to Paragraph I they are without information sufficient to form a belief of the truth of the allegation contained therein and upon that ground denies it.

IV.

Answering Count XXIII, this Defendant denies that a military use is a proper riparian use. As to the allegations contained in Paragraphs I and II of said Count, this Defendant lacks sufficient information upon which to form a belief and upon that ground denies them.

V.

Answering Count XXV, this Defendant admits that the claims set forth in this litigation by the United States of America far exceed the available supply of water in the Santa Margarita River; alleges that these claims have put a cloud on the right and title of this Defendant to use a reasonable share of the waters of the Santa Margarita River and its tributaries beneficially upon their said lands which are riparian thereto. Denies that this Defendant has exercised or is presently exercising rights to the use of water of the Santa Margarita River in a manner that invades or threatens to invade the rights of the United States of America. As to the remainder of the allegations contained in said Count XXV, this Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations and on that ground deny each and every one of said allegations.

WHEREFORE, this Defendant prays:

1. That Plaintiff take nothing by this action.
2. That the Estate of Defendant Tommy Rawson be declared as against Plaintiff to be entitled to beneficially use upon the lands of said estate any and all developed waters produced or salvaged thereon.
3. That the estate of Tommy Rawson be declared as against Plaintiff to be entitled to beneficially use upon the lands of said estate any and all percolating waters found thereon or therein which are not a part of the Santa Margarita River or its tributaries.
4. That the lands of the estate of Defendant Tommy Rawson be declared riparian to all the water courses, streams and creeks which exist on or border on, or traverse said lands, which water courses, streams and creeks or tributaries of or to the Santa Margarita River and that as such riparian lands they be decreed as against the Plaintiff to have the right to the beneficial use thereon out of and from said tributaries up to 17,235 acre-feet of water per annum when said water is actually present and physically available.
5. That the Administrator of the Estate of Defendant Tommy Rawson, have judgment for his costs incurred herein and for such other and further relief as may to the Court seem meet and proper.

DATED: May 28, 1958.

SWING, SCHARNIKOW & STANFORTH
BY: /s/ Phil D. Swing
Attorneys for Defendant
MARTIN L. NELSON, Administrator of the Estate of Tommy Rawson, Deceased.

11227

-3-

**SWING, SCHARNIKOW & STANIFORTH**
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
BELMONT 9-1131

Attorneys for Defendant Tommy Rawson

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
              Plaintiff  )
vs  )  NO. 1247-SD-C
FALLBROOK PUBLIC UTILITY  )  AFFIDAVIT OF SERVICE BY MAIL
DISTRICT, et al.,  )  C.C.P. 1013a)
              Defendants.  )

STATE OF CALIFORNIA )
                    ) ss
COUNTY OF SAN DIEGO )

    MARIAN W. ALLEN, being first duly sworn, says: That affiant is a citizen of the United States, over 18 years of age, a resident of San Diego County, and not a party to the within action;

    That affiant's business address is 604 San Diego Trust & Savings Bldg., San Diego, California;

    That affiant served the attached ANSWER OF MARTIN L. NELSON ADMINISTRATOR OF THE ESTATE OF TOMMY RAWSON TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT by placing a true copy thereof in envelopes addressed as follows:

           Honorable J. Lee Rankin
           Solicitor General
                and
           Mr. William H. Veeder, Special Assistant
           to the Attorney General
           DEPARTMENT OF JUSTICE
           WASHINGTON, D. C.

11228

Mr. John M. Cranston
Special Master
1425 Bank of America Building
San Diego, California

which envelopes were then sealed and postage fully prepaid thereon, and thereafter on May 28th 1958, were deposited in the United States Mail at San Diego, California; that there is delivery service by the United States mail at the places so addressed.

*Marian W. Allen*

SUBSCRIBED AND SWORN TO
before me this 28th day of May, 1958.

*Elsie M. Bradford*
Notary Public in and for
Said County and State.

-2-

11229