F I L E D

MAY 28 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M D Kuso
    DEPUTY CLERK

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
BELMONT 9-1131

SACHSE & PRICE
Fallbrook, California

Attorneys for Defendants JOHN A. MARCHANT
and MIGNON C. MARCHANT

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff      )   NO. 1247-SD-C
                           )
       vs                  )   ANSWER OF JOHN A. MARCHANT
                           )   AND MIGNON C. MARCHANT TO
FALLBROOK PUBLIC UTILITY DISTRICT, )   COMPLAINT AND SUPPLEMENTARY
a public service corporation of    )   AND AMENDATORY COMPLAINT
the State of California, et al.,   )
                           )
            Defendants.    )
                           )

Come now Defendants JOHN A. MARCHANT and MIGNON C. MARCHANT and answer the Complaint and Supplementary and Amendatory Complaint herein as follows:

I

By order respecting responsive pleadings herein dated April 9, 1958 wherein all pleadings presently on file in response to the original complaint in this cause are declared to be in answer to the Complaint and Supplementary and Amendatory Complaint of the United States, these Defendants re-allege and re-aver each and every allegation in their answer filed in this court in this case on or about June 3rd, 1957, and by way of reference make that answer a part of this answer.

II.

Answering Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XV, XVI, XVII, XVIII, XIX, XX, XXI, XXII, XXIV, these

-1-  INDEXED                                    11220

Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and on that ground deny each and every one of said Counts.

### III.

Answering Count XIV, these Defendants admit the allegation set forth in Paragraph II thereof, but further allege that as to Paragraph I thereof they are without sufficient knowkedge or information to form a belief of the truth of the allegations contained therein and upon that ground deny said allegations.

### IV.

Answering Paragraph III of Count XXIII, these Defendants deny that a military use is a proper riparian use. As to the allegations contained in Paragraphs I and II, these Defendants lack sufficient knowledge or information upon which to form a belief, and upon that ground deny said allegations.

### V.

Answering Count XXV, these Defendants admit that the claim set forth in this litigation by the United States of America far exceeds the available supply of water in the Santa Margarita River; allege that these claims have put a cloud upon the right and title of these defendants to use a reasonable share of the waters of the Santa Margarita River and its tributaries beneficially upon their said lands which are riparian thereto.

Deny that these Defendants or either of them have exercised or are presently exercising rights to the use of the waters of the Santa Margarita River or its tributaries in a manner that invades or threatens to invade the rights of the United States of America. As to the remainder of the allegations contained in said Count XXV, these Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations and on that ground deny each and every of said allegations.

WHEREFORE, these Defendants pray:

1. That Plaintiff take nothing by its action.
2. That Defendants as against Plaintiff be declared to be the owner of the right to beneficially use upon their said lands the waters of the Sandia Creek and to the tributaries of the Santa Margarita River up to 400 acre-feet per annum.
3. That these Defendants have judgment for their costs incurred herein and for such other and further relief as may be meet and proper.

DATED: May 2-8 1958.

        SACHSE AND PRICE
        SWING, SCHARNIKOW & STANIFORTH
        BY *[signature]*
        Attorneys for Defendants
        JOHN A. MARCHANT and MIGNON C. MARCHANT

-3-

11222

|   |   |
|---|---|
| 1 | **SWING, SCHARNIKOW & STANIFORTH** |
| 2 | ATTORNEYS AT LAW<br>604 SAN DIEGO TRUST & SAVINGS BUILDING<br>SAN DIEGO 1, CALIFORNIA<br>BELMONT 9-1131 |
| 3 | SACHSE & PRICE |
| 4 | Fallbrook, California |
| 5 | Attorneys for Defendants JOHN A. MARCHANT |
| 6 | and MIGNON C. MARCHANT. |

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) | NO. 1247-SD-C |
| Plaintiff | ) |  |
|  | ) | AFFIDAVIT OF SERVICE BY MAIL |
| vs | ) | (C.C.P. 1013a) |
|  | ) |  |
| FALLBROOK PUBLIC UTILITIES DISTRICT, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

STATE OF CALIFORNIA )
                    ) ss
COUNTY OF SAN DIEGO )

     MARIAN W. ALLEN, being first duly sworn, says: That affiant is a citizen of the United States, over 18 years of age, a resident of San Diego County, and not a party to the within action;

     That affiant's business address is 604 San Diego Trust & Savings Bldg., San Diego, California;

     That affiant served the attached ANSWER OF JOHN A. MARCHANT AND MIGNON C. MARCHANT TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT by placing a true copy thereof in envelopes addressed as follows:

          Honorable J. Lee Rankin
          Solicitor General
          and
          Mr. William H. Veeder, Special Assistant
          to the Attorney General
          DEPARTMENT OF JUSTICE
          WASHINGTON, D. C.

11223

```
            Mr. John M. Cranston
            Special Master
            1425 Bank of America Building
            San Diego, California

            Mr. Franz R. Sachse
            Attorney at Law
            Fallbrook, California
```

which envelopes were then sealed and postage fully prepaid thereon, and thereafter on May 28th 1958, were deposited in the United States Mail at San Diego, California; that there is delivery service by the United States mail at the places so addressed.

*[signature]*

SUBSCRIBED AND SWORN TO
before me this 28 day of May, 1958.

*Elsie M. Bradford*
Notary Public in and for
said County and State.

-2-

11224