F I L E D

MAY 28 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. L. Kiesling
    DEPUTY

Harrison P. Turnbull & Virginia M. Turnbull
Defendants in propria persona
Aguanga, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  ) CIVIL NO. 1247 - SD - C
             Plaintiff,    ) ANSWER OF DEFENDANTS
    v.                     ) Harrison P. Turnbull and
FALLBROOK PUBLIC UTILITY   ) Virginia M. Turnbull
DISTRICT, ET AL,           )
             Defendants,   )

The defendants, Harrison & Virginia Turnbull each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 20 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement. Portion of section 17, township 9, South Range 2 East San Bernardino meridian county of San Diego.

COPY RECEIVED

INDEXED
11234

We claim the right to use 80 acre feet of water per year on our 20 acres. At the present time, we have only one well which is sufficient only for domestic purposes and several animals. We intend to raise strawberries and fruit trees when we have more water available and also increase our livestock. We have 8 acres that are suitable for cropland and 10 acres suitable for a decidious fruit trees.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Harrison P. Turnbull*

*Virginia M. Turnbull*

Defendants in propria persona

Dated:

11235