IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

FRANK H. TREXLER
Name
1019 Acacia Ave.
Address
Torrance, California
City and State
Fairfax 8-4408
Telephone Number

Defendant

FILED
MAY 28 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. S. Kenney
Deputy

UNITED STATES OF AMERICA )
                              )
              Plaintiff,      )
                              )
     vs.                      )   No. 1247
                              )
FALLBROOK PUBLIC UTILITY      )
DISTRICT, et al.,             )
                              )
              Defendants,     )

Comes now the defendant (s) Frank H. Trexler

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Frank H. Trexler
1019 Acacia a.v.
Torrance Calif

INDEXED

11237

COPY RECEIVED