IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Gladys E. Trexler
Address: 1019 Acacia Ave
City and State: Torrance, California
Telephone Number: FAirfax 8-4408

Defendant

FILED
MAY 28 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. C. _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1247 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants, | ) |

Comes now the defendant(s) Gladys E. Trexler and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Gladys E. Trexler
1019 Acacia Ave.
Torrance, Calif.

INDEXED

11236

COPY RECEIVED