1  Hilka G Scott
   Defendants in propria persona
2  Aguanga Calif
3
4                   IN THE UNITED STATES DISTRICT COURT
5                     SOUTHERN DISTRICT OF CALIFORNIA
6                             SOUTHERN DIVISION
7
   UNITED STATES OF AMERICA,        )    CIVIL NO. 1247 - SD - C
8                                   )
              Plaintiff,             )    ANSWER OF DEFENDANTS
9                                   )
        v.                           )    Hilka G Scott
10                                  )
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )
                                    )
12            Defendants,            )
13     The defendants,
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                        AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
                    AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own 40 acres of land in San Diego
27
   County, California, and within the watershed of the Santa Margarita
28
   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31
                                              INDEXED
32

COPY RECEIVED                                          11240

I want to clame suffient water, for domestic purpose.
I have a well, which at one time was a spring. But the water level fell so low I had to dug a shallow well.
Now I want to drill a well and develop water to irrigate about 20 a orchard + alfalfa, also for rabits chickens any anything I desire to use water for.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Hilka G Scott

Aguanga California

Defendants in propria persona

Dated: May 20, 1958

11241

"Exhibit A"

South west Quarter (1/4)
of
South west Quarter (1/4)
Section Ten (10)
Town Ship (9) nine
Range Three (3) East

11242