Hugo Schattschneider
And
Alice A. Schattschneider

Defendants in propria persona
801 North Iowa Street
Fallbrook, California

F I L E D

MAY 28 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M O Kingley

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )   CIVIL NO.1247-SD-C
                                    )
            Plaintiff,              )   ANSWER OF DEFENDANTS
                                    )
    v.                              )   Hugo Schattschneider
                                    )   Alice A. Schattschneider
FALLBROOK PUBLIC UTILITY            )
District, ET AL,                    )
                                    )
            Defendants,             )

The Defendants, Hugo Schattschneider and Alice A. Schattschneider each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled " Affirmative Statement of Rights ") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own approximately 1/4 acre of land in San Diego County, California, and within the watershed of the Santa Margarita River,(more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement):

PAR. 94W-40-16, Pruett & Short Sub., ST CLSD ADJ & LOT 24 & 35
Map 490 ADJ & S OF LOT 24 OF SD MAP, Blk 65.

INDEXED

COPY RECEIVED

11243

Defendants claim all riparian rights to waters percolating through their land, whether from springs or streams or wells, etc., and to take water from the land whether for domestic, industrial, business or irrigational purposes.

At present they have a home, a garden and family fruit trees. They plan to develop the property as business or rental income property. For this, or any other purpose they claim the right to use whatever water is necessary.

In addition to the claim and uses herein made, the defendants claim all the rights of overlying landowners to any water which may originate in or under or cross their land. Defendants claim the right to dig wells and exercise water reclamation and conservation practices as now or may be known.

Defendants hereby incorporate, the same as though set forth herein in full, all of the affirmative defenses of the Fallbrook Public Utility District on file in these proceedings.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*/Hugo Schottschneider/*
*/Alice A. Schottschneider/*
Defendants in propria persona

Dated: May 16, 1958

2

11244