*Leonard I Prestwich*
Defendants in propria persona
Aguanga, Calif. Star RT

FILED
MAY 28 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *M C Kuesler*
  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )   CIVIL NO. 1247 - SD - C
                                    )
                   Plaintiff,       )   ANSWER OF DEFENDANTS
                                    )   *Leonard I. Prestwich*
          v.                        )
                                    )
FALLBROOK PUBLIC UTILITY            )
DISTRICT, ET AL,                    )
                                    )
                   Defendants,      )

The defendants, *Leonard I Prestwich*
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 24.5 acres of land in *San Diego County* County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

11245

Leonard I Prestwich statement of affirmative of rights has one Well now and wish to drill sufficient wells to take care of the 24.5 acres. There is no running water are spring water on section 26 in Township 9 of Range 2 East all water has to be developed from wells and make Each and all allegations a part of this answer the same as herein set forth at Length

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Leonard I Prestwich*

Defendants in propria persona

Dated:

11246



Lot 12 of Section 26 Township 9 Range 2 East S.B.B.M. San Diego County

Lot 12 Exhibit A

18 acres George Chatman

24.5 acres Leonard Shestwich

11246A