

FILED

MAY 28 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. C. Kriefing

1  LEWIS R. OLIVOS & PHOEBE C. OLIVOS
   **Defendants in propria persona**
2  2224 Greenleaf St., Santa Ana, California

3

4               IN THE UNITED STATES DISTRICT COURT

5                 SOUTHERN DISTRICT OF CALIFORNIA

6                        SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,          )   CIVIL NO. 1247 - SD - C
8                                      )
                    Plaintiff,         )   ANSWER OF DEFENDANTS
9                                      )   ANSWER TO COMPLAINT AND
         v.                            )   SUPPLEMENTORY AND AMENDATORY
10                                     )   COMPLAINT OF
   FALLBROOK PUBLIC UTILITY            )   LEWIS R. OLIVOS AND
11 DISTRICT, ET AL,                    )   PHOEBE C. OLIVOS
                                       )
12                  Defendants,        )

13       The defendants, LEWIS R. OLIVOS AND PHOEBE OLIVOS

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17       ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25

26              AFFIRMATIVE STATEMENT OF RIGHTS

27       These defendants own 70 acres of land in   SAN DIEGO

28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.

32
                                                    INDEXED
   COPY RECEIVED
                                                    11247

I

This land is riparian land; approximately 25 acres are tillable and the balance can be used for grazing cattle and for raising turkeys, chickens and domestic animals. Portions of said land have been irrigated in the past by defendant's predecessors by pumping water onto said land taken from the underlying watershed.

Defendants claim riparian rights to all springs and creeks and watersheds existing on said property.

II

Defendants claim the right to use 175 acre feet of water per year from the streams, creeks and watershed on said property.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_/s/ James R. Oliver_

_/s/ Phoebe L. Oliver_

Defendants in propria persona

Dated: May 15, 1958.

11248

1  The property owned by defendants is:

2  The real property in the County of San Diego, State of California, described as:

3

4  The West one-half of the Northwest one-quarter of Section 25, Township 8 South, Range 5 West, in the County of San Diego, California;

5

6  EXCEPTING therefrom the South 1320 feet of the West 330 feet thereof.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32           EXHIBIT "A"

THURMAN AND BARRETT
ATTORNEYS AT LAW
SUITE 418 SPURGEON BUILDING
206 WEST FOURTH STREET
SANTA ANA, CALIFORNIA

11249