FILED

MAY 28 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M.D. Kiosling

1  Defendants in propria persona

2

3

4                IN THE UNITED STATES DISTRICT COURT

5                  SOUTHERN DISTRICT OF CALIFORNIA

6                         SOUTHERN DIVISION

7
  UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
8                                  )
                Plaintiff,         )   ANSWER OF DEFENDANTS
9                                  )
       v.                          )   MEDARDO MORGAGNI, IRIDE
10                                 )   MORGAGNI. DANTE RAVAIOLI
  FALLBROOK PUBLIC UTILITY         )   LILLIE MAE RAVAIOLI.
11 DISTRICT, ET AL,                )
                                   )
12              Defendants,        )

13      The defendants, MEDARDO MORGAGNI, IRIDE MORGAGNI. DANTE
                        RAVAIOLI, LILLIE MAE RAVAIOLI,
14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                     AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
                    AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own 10.4 acres of land in San Diego
27
   County, California, and within the watershed of the Santa Margarita
28
   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31                                                         11250 A

COPY RECEIVED

         LEAGLE DESCRIPTION OF PROPERTY
All that portion of the southeast Quarter of the southwest Quarter
of section 17, in Township 9 South, Range 3 West, San Bernardino
Meridian, described as follows;
Beginning at a point on the north line of said southeast Quarter
of the Southwest Quarter distant thereon North 89° 50$ 30" West,

LEAGLE DESCRIPTION OF PROPERTY

All that portion of the southeast Quarter of the southwest Quarter of section 17, in Township 9 South, Range 3 West, San Bernardino Meridian, described as follows;
Beginning at a point on the north line of said southeast Quarter of theSouthwest Quarter distant thereon North 89° 50' 30" West, 652.39 feetfrom the Northeast corner of said Southeast Quarter, said point of beginning being the most westerly corner of the tract of land conveyed to Lincolin Rogers, et ux, by deed dated January 10, 1944 and recorded in book 1629, Page 31 of official records of said County; thence North 89° 50' 30" West, along said North line of the Southeast Quarter of the Southwest Quarter of said section 409.32 feet;thence South 671.67 feet to the center line of U.S. Highway No. 395 thence South 79' 58' 30" East along said center line, 584.25 feet to the beginning of a tangent curve therein, concave Northwesterly and having a radius of 200 feet; thence Easterlyand Northeasterly along said curve through a central angle of 74' 14" for a distance of 259.12 feet; thence North25' 47' 30" East, tangent to said curve and along said center line, 101.84 feet to the most Southerly corner of the aforementioned tract of land conveyed to Rogers; thencealong the southwesterly line of said lannd, North 22' 03' West, 302.59 feet to the point of geginning.

INDEXED

11250

DEFENDANT CLAIMS ALL THE RIGHTS OF OVERLYING LANDOWNERS AND TO WATER WHICH MAY ORIGINATE OR CROSS THEIR LAND.

DEFENDANTS CLAIM THE RIGHTS TO DRILL WELLS AND EXERCISE WATER RECLAMATION AND CONSERVATION PRACTICES AS ARE NOW OR MAY BE KNOWN.

DEFENDANTS HEREBY INCORPORATE THE SAME AS THOUGH SET FORTH HEREIN FULL ALL OF THE AFFIRMATIVE DEFENSES OF THE FALLBROOK PUBLIC UTILITY DISTRICT ON FILE IN THESE PROCEEDINGS.

DEFENDANTS CLAIM ALL THE ABUVE FOR ALL LANDS IN WHICH THEY HAVE ANY FINANTIAL INTEREST WHATEVER.

OUR ENTIRE PARCEL OF LAND IS NOW USED AS FOLLOWS
9 ACRES IN AVOCADOS THIRTEEN YEARS OLD
1.44 ACRES IN CITRUS ONE YEAR OLD
TWO HOMES
TWO FAMILIES
WE PRESENTLY USE APROXIMENTLY 30 ACRE FEET OF WATER YEARLY, ALL WATER IS FURNISHED BY FALLBROOK PUBLIC UTILITY DISTRICT.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Donty Ravaioli*  *Medardo Morgagni*

*Lillie Mae Ravaioli*  *Tride Morgagni*

                          Defendants in propria persona

Dated: May 15, 1958

11251