IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

FILED
MAY 28 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. Keasling
Deputy Clerk

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT,
et al.,
    Defendants

Reply to:

No. 1247- SD- C

SUMMONS

Mr. J. Lee Rankin, Solicitor General
Room 332, 325 West "F" Street,
San Diego, California.

Sir:
   We the undersigned, Gertrude Carolyn Lovett and Harry Lovett, Jr., named defendants in the above suit., and joint owners of the land described as follows.,

   "That portion of the West Half of the Northwest Quarter of the Southwest Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Meridian, In the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

   Beginning at the Northwest corner of the Southwest Quarter of Northwest Quarter of the Southwest Quarter of said Section 17; thence along the West line of said Section, South 0° 42'40" East, 148.60 feet; thence parallel with the North line of said Southwest Quarter of Northwest Quarter of Southwest Quarter, South 89°48' East, 431.34 feet; thence parallel with the West line of said Section 17, North 0° 42' 40" West 274.86 feet to the North line of the South 126.26 feet of the Northwest Quarter of the Northwest Quarter of the Southwest Quarter of said Section 17; thence along said North line North 89° 48' West, 431.34 feet to the West line of said Section 17; thence thereon South 0° 42' 40" East, 126.26 feet to the point of beginning."; do hereby file our claim to rights to the use of water of the Santa Margarita River and its tributaries as may be furnished said described property by the Fallbrook Public Utility District, its successor or successors; said water to be for Domestic use; irrigation of 90 eleven year old avocado trees and such water as may be used to irrigate the remaining acreage of approximately one acre, when planted.

IN WITNESS WHEREOF, We have hereunto set our hand and seal at Los Angeles, California this 21st. day of May 1958.

Witness:

Gertrude Carolyn Lovett
Harry Lovett, Jr.

Subscribed and sworn to before me this
21st day of May 1958
Ethel Alexander, Notary Public
In and for the County of Los Angeles, State of California
ETHEL ALEXANDER, Notary Public
In and for the County of Los Angeles, State of California
My Commission Expires May 27, 1958
3457 W. 8th St., Los Angeles 5, Calif.

COPY RECEIVED

INDEXED

11252