

FILED

MAY 28 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M D Kusyling

1  GEORGE A. LANGE AND ALICE MINERVA LANGE
   Defendants in propria persona
2  P.O. Box 456,
   Fallbrook, Calif.
3
4              IN THE UNITED STATES DISTRICT COURT
5              SOUTHERN DISTRICT OF CALIFORNIA
6                      SOUTHERN DIVISION
7
   UNITED STATES OF AMERICA,           )   CIVIL NO. 1247 - SD - C
8                                      )
                Plaintiff,             )   ANSWER OF DEFENDANTS
9                                      )
        v.                             )   GEORGE A LANGE
10                                     )        &
   FALLBROOK PUBLIC UTILITY            )   ALICE MINERVA LANGE
11 DISTRICT, ET AL,                    )
                                       )
12              Defendants,            )

13      The defendants, George A. LANGE and Alice Minerva LANGE
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17      ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT
18
19      These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.

26              AFFIRMATIVE STATEMENT OF RIGHTS
27      These defendants own  6  acres of land in San Diego
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32

COPY RECEIVED                                    INDEXED
                                                  11253

1  Defendants claim right to use 7.92 acre feet (55 miners
2  inches) from the Santa Margarita River, in accordance with
   Office of Ground and Water Resources ENGINEERING REPORT
   Number - 201 - 9S/3W/ 4 and 9

18       WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*George A. Lange*

*Alice Minerva Lange*

Defendants in propria persona

32  Dated:

11054

EXHIBIT "A"

Description of property owned by George A. and Alice Minerva LANGE:-

All that portion of SW 1/4 of SW 1/4 of Section 4 as follows: Beginning at SW corner of SW 1/4 of SW 1/4; thence along South line of SW 1/4 S 89° 58' 40" E, 703.49' to a point distant N 89° 58' 40" W, 660', from SE corner of SW 1/4 of SW 1/4; thence parallel to East line of SW1/4 of SW 1/4 N 1° 29' 50" E, 330'; thence parallel to South line of SW 1/4 of SW 1/4 N 89° 58' 40" W 702.42' to West line of SW 1/4; thence South 1° 41' W, 330', to point of beginning.

EXCEPT THEREFROM: Beginning at a point on South Line of SW 1/4 of SW 1/4, said point being 330' E of SW corner thereof; thence along South line of SW 1/4 of 1/4, S 89° 58' 40" E, 373.49' to a point distant N 89° 58' 40" W 660' from the SE corner of SW 1/4 of SW 1/4; thence parallel to east line of SW 1/4 of SW 1/4 N 1° 29' 50" E 330'; thence parallel to south line of said SW 1/4 N 89° 58' 40" W 372.42'; thence S 1° 41' W 330" to point of beginning containing 2.82 acres more or less.

Portion of NW 1/4 of NW 1/4 of Section 9 as follows: beginning at NW corner of Section 9; thence easterly along the North line of Section, 330'; thence southerly along a line parallel with the West line of Section 9, 660'; thence westerly along a line parallel with North line of said Section 9, 330'; to westerly line of Section; thence northerly along west lone 660' to point of beginning, 5 acres more or less.

EXCEPT THEREFROM: Portion of NW 1/4 of NW 1/4 of Section 9 as follows: Beginning at a point on the West line of Section 9; distant S 0° 06' 10" E, 481.15' from NW corner of Section 9; thence N 87° 47' 30" E 330.22' to a point in East line of West 330' of Section 9; distant along East line S 0° 06' 10" East 191.70" to corner of land coneyed to LANGE (866/422) thence parallel with North line of Section 9, N 89° 58' 40" West 330' to West line of Section 9; thence N 0° 06' 10" west 178.85' to point of beginning.

11255A