Defendants claim all rights of overlying landowners and to water which may originate or cross their land.

Defendants claim the right to drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendants hereby incorporate the same as though set forth herein in full all the affirmative defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatever.

Legal description of PARCEL 1:
The Southerly 35.30 feet of that certain tract of land designated as "SS" on the Map of Bartlett's Addition to West Fallbrook No. 1, in the County of San Diego, State of California, according to the Map therof No. 470, filed in the office of the Recorder of said San Diego County January 4, 1888; ALSO the North Half of Peach Street adjacent on the South along the entire length of said Tract "SS" that was closed to public use on February 15, 1893, by an order of the Board of Supervisors of said San Diego County made on that date and which said order was recorded in Book k5, page 310 of the records of said Board.

PARCEL 2:
The Northerly 80.90 feet of Block "U" of Bartlett's Addition to West Fallbrook No. 1 in the County of San Diego, State of California, according to Map thereof No. 470, filed in the office of the County Recorder of San Diego County, Fanuary 4, 1888;
Excepting therefrom the Northerly 20 feet thereof.

May 15, 1958

Eldon R. Keele and Geraldine Keele
437 Minn. St.
Fallbrook, California

*Eldon R. Keele*
*Geraldine Keele*

FILED
MAY 28 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

COPY RECEIVED

11258