Lloyd E. Klein and Elizabeth Klein
**Defendants in propria persona**
613 Live Oak Drive, Anaheim, Calif.,

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Lloyd E. Klein |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | & Elizabeth Klein |
| Defendants, | |

The defendants, Lloyd E. Klein and Elizabeth Klein each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 40 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

11255

COPY RECEIVED                                              INDEXED

This land is all usable land; approximately 30 acres are tillable and the balance can be used for grazing land. Defendants have not previously irrigated this land but expect to irrigate this land in the future.

Defendants claim the rights to take water from any wells or springs on this property.

Defendants claim the rights to percolating water of any kind and reserve the right to drill and take water from any wells on this property in the future.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Lloyd E. Klein*

*Elizabeth Klein*

Defendants in propria persona

Dated: May 9, 1958

11256

"EXHIBIT A"

The Southeast Quarter of the Northwest Quarter, Section 29, Township 8 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California.

11257