Ralph Bennett Johnson
and
Dorothy Ada Johnson

Defendants in propria persona
P.O. Box 129
Fallbrook, Calif.

FILED

MAY 28 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. Kuszmaul

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           ) CIVIL NO. 1247 - SD - C
                                    )
              Plaintiff,            ) ANSWER OF DEFENDANTS
                                    )
    v.                              ) Ralph Bennett Johnson
                                    )
FALLBROOK PUBLIC UTILITY            ) Dorothy Ada Johnson
DISTRICT, ET AL,                    )
                                    )
              Defendants,           )

The defendants, Ralph Bennett Johnson and Dorothy Ada Johnson each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own approximately ½ acres of land in San Dirgo County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

All that portion of the Northeast Quarter of Section 24, Township 9 South, Range 4 West, S.B.M., described as follows:

COPY RECEIVED Beginning at a point on the North Line of said Southeast Quarter of said Section 24, distant thereon 106 feet Easterly from the Northwest corner of said Northeast Quarter of the Southeast Quarter; Thence Southerly along a line parallel with the West line of said

INDEXED

11258

Northeast Quarter of the Southeast Quarter, 209.42 feet; Thence Easterly along a line parallel with the North line of said Northeast Quarter of the Southeast Quarter, 104 feet; Thence Northerly along a line parallel with said West line of said portion of said Section, 209.42 feet to the North line of said Southeast Quarter; thence Westerly along said North line, 104 feet to the point of Beginning.

Defendants claim all reparian rights to waters percolating through their land, whether from springs or streams or wells etc. and to take water from the land whether for domestic, industrial, or business or irrigational purposes.

At present they have a home, a garden, and family fruit trees. They plan to develop the property as business or rental income property. For this, or any other purpose, they claim the right to use whatever water is necessary.

In addition to the claim and uses herein made, the defendants claim all the right of overlying landowners to any water which may originate in or under or cross their land. Defendants claim the right to dig wells and exercise water reclamation and conservation practices as now or may be known.

Defendants hereby incorporate, the same as though set forth herein in full, all of the affirmative defenses of the Fallbrook Public Utility District on file in these proceedings.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Ralph B Johnson*

*Dorothy Ada Johnson*

Defendants in propria persona

Dated: May 13, 1958

11260