*Mrs. Clara O. Irwin   Temecula California.*

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

**FILED**

MAY 23 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

PLAINTIFF,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

DEFENDANTS.

ANSWER OF DEFENDANTS

*Leslie Irwin*
*Mrs. Clara O. Irwin*

The defendants, *Leslie Irwin* and *Mrs. Clara O. Irwin*
each severing from their co-defendants and each for himself or herself alone,
in answer to the Complaint and Supplementary and Amendatory Complaint on file
herein, admit, deny, and allege:

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own   2   acres of land in Riverside County, California
and within the watershed of the Santa Margarita River, more particularly
described in the document attached hereto, marked Exhibit A, which is hereby
incorporated by reference as a part of this statement.

We claim the right to use water freely that is appurtenant to our land,
as owners in the Mexican Grant called Temecula, relative there to we claim
the protection of all matters of record made by the Mexican California
government up to 1846.

We claim the protection of the Treaty of Guadalupe Hidalgo  as shown in
the protocal there of, and we claim the protection of all matters of record
in California since it became a state.

I have a well on the place in the town of Temecula and expect to put a
well on the farm acre. I have used this land freely in the past and expect
to continue to use it freely.

Wherefore, these defendants pray that plaintiff take nothing against
them by reason of the Complaint and Supplementary and Amendatory Complaint
on file herein; that said Complaint be dismissed as against these defendants;
that defendants' right to water, as herein above set forth, be quieted as
against the plaintiff and against all other defendants in this action; and
for such other and further relief as the Court may deem proper.

Defendants in propria persona *Leslie Irwin*
*Mrs. Clara O. Irwin*   11261

Dated: *May 20, 1958*   COPY RECEIVED   INDEXED

EXHIBIT

Beginning at the North corner of Farm Lot 105 of the Murrieta Portion of the Temecula Rancho, as shown by map on file in Book 8 page 359, San Diego County Records; thence Southeast 132 feet; thence Southwest 300 feet; thence Northwest 132 feet; thence Northeast 300 feet; to the point of beginning, containing one acre more or less.

The southeasterly 85 feet of the northwesterly 255 feet of the following described property:

The northwesterly half of that tract of land formerly used as a railroad right of way and station ground of the Atchinson, Topeka and Santa Fe Railroad Company, conveyed to N. R. Vail, et al, by deed recorded June 11, 1940, in Book 464, page 505 of official Records, in the office of the County Recorder of the County of Riverside, State of California, said property being more particularly described as follows:

Beginning at the most southerly corner of Lot 1, Block 27, as shown by Map of Temecula recorded in Book 15, page 726 of Maps, in the office of the County Recorder, County of San Diego, State of California: Thence southwesterly in a straight line to the most easterly corner of Lot 1, Block 36 as shown by said Map: thence northwesterly in a straight line to the most northerly corner of Lot 10, Block 37, as shown by said Map: thence northeasterly on a straight line to the most westerly corner of Lot 22, Block 25, as shown by said Map: thence southeasterly in a straight line to the most point of beginning. Excepting therefrom those portions included in River and Pujol Streets, as shown by said Map.

11262