

DAUN I. GILLETT and DOROTHY D. GILLETT
Defendants in propria persona
Route 2   Box 5
Fallbrook, California

**FILED**

MAY 28 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *M. D. Kriesling*
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )
                 Plaintiff,          )          ANSWER OF DEFENDENTS
                                     )
            v.                       )          DAUN I. GILLETT and
                                     )          DOROTHY D. GILLETT
FALLBROOK PUBLIC UTILITY             )
DISTRICT, ET AL.,                    )
                                     )
                 Defendants.         )

The defendants, DAUN I. GILLETT and DOROTHY D. GILLETT,
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendents hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I to V,
inclusive, of the portion thereof entitled "Affirmative Statement of
Rights") and make each and all of said allegations a part of this
answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendents own 633.53 acres of land in San Diego
County, California, and within the watershed of the Santa Marguerita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

COPY RECEIVED

INDEXED                            11262

The defendents claim their rights to all the water from percolating waters and riparian waters from unnamed streams that flow on or through their property.  The defendents do not claim any appropriative rights.

WHEREFORE, these defendents pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendents; that defendents' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendents in this action; and for such other and further relief as the Court may deem proper.

*Dan S. Gillett*

*Dorothy D. Gillett*

Defendents in propria persona

Dated: May 5, 1958

11264

Exhibit A

Lots 1, 2, 3. 4, 5 and 6; the South Half of the Northeast Quarter; the South Half of the Northwest Quarter; the Northwest Quarter of the Southeast Quarter; the South Half of the South- east Quarter and the North Half of the Southwest Quarter of Sec- tion 3, and Lots 2 and 3 of Section 10, Township 9 South, Range 4 West, San Bernadino Meridian, in the County of San Diego, State of California, according to United States Government Sur- vey approved January 15, 1892.

11265

F I L E D

MAY 28 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. Keasling

No. 1247 -SD- C

Answer

STATE OF CALIFORNIA,
COUNTY OF
} ss.

1

2    ~~Hugh W. and Frances H. Garland~~

3    being duly sworn, deposes and says: That ___he is ~~they are the defendants~~

4

5    _____ in the within and above entitled action; that ___he has ~~they have~~

6    read the within and foregoing _____ ~~answer~~

7    _____ and knows the contents thereof;

8    that the same is true of ___their_____ own knowledge, except as to the matters which

9    are therein stated on _____ information and belief, and as to those matters that ___he

10   believes it to be true.

11   *Hugh W. Garland*

12   *Frances H. Garland*

13   Subscribed and sworn to before me this 19th

14   day of _____ May _____ 19 58 }

15   (SEAL)    R. Anne LeClaire

     Notary Public in and for said County and State
16   My Commission Expires Dec. 12, 1960

17   (AFFIDAVIT OF SERVICE BY MAIL — 1013a, C. C. P.)

     STATE OF CALIFORNIA,
18   COUNTY OF Los Angeles
} ss.

19   ~~Ruth McGilvray~~ Betty June Graham being first duly sworn says: That affiant, whose address is

20   626 So. Second Avenue Covina, California

21   _____ is a citizen of the United States, a resident of the county where the
     herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

22   That affiant served the attached No. 1247 - SD - C Answer

23   _____
                                    (copy title of paper served)

24   on the J. Lee Rankin, Solicitor General in said action, by placing a true copy thereof in an
                    (name of party served)
25   envelope addressed as follows:

         J. Lee Rankin, Solicitor General
26      325 West "F" Street, San Diego, California
                (name and address as shown on the envelope)   Room #332
27   sealed and deposited on the 19 day of May 19 58, in the United States

28   Mail at Covina, California
                    (place of mailing, name of county)
     with postage fully prepaid thereon, and there is regular communication by mail between the place of mailing and the
29   place so addressed.

30   Subscribed and sworn to before me this 19th

31   day of May , 19 58

32   R. Anne LeClaire            Betty June Graham
     Notary Public in and for said County and State
     (SEAL)

     My Commission Expires Dec. 12, 1960

                    COPY RECEIVED                          11266

                                                         INDEXED