Hugh W. & Frances H. Garland
Defendants in propria persona
3306 Rancho La Carlota Rd.
Covina, California

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA )
        Plaintiff )
v. )
FALLBROOK PUBLIC UTILITY DISTRICT )   No. 1247-SD-C
and those defendants listed on )
Exhibit "A" which is attached to )   Answer
this summons and made a part of it )
by reference )
        Defendants )

    Comes now the defendants, Hugh W. Garland and Frances H. Garland, and in answer to the Complaint and Supplementary and Amendatory Complaint on file herein and admits, denies and alleges as follows:

I

    Denies generally and specifically each and every material allegation contained in the Complaint and Supplementary and Amendatory Complaint on file herein.

    Wherefore, the answering defendants pray that the plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other relief as the Court may deem proper.

*Hugh W. Garland*
*Frances H. Garland*
Defendants in propria persona

523 5-56 (Individual)
STATE OF CALIFORNIA } SS.
COUNTY OF
On May 19, 1958
before me, the undersigned, a Notary Public in and for said County and State, personally appeared Hugh W. Garland Frances H. Garland
known to me to be the person.S. whose name......S......subscribed to the within instrument and acknowledged that......they......executed the same.
WITNESS my hand and official seal.
(Seal)
My Commission Expires Dec. 12, 1960
Notary Public in and for said County and State

11267