

AGNES FRANK (Widow)
Defendants in propria persona
1785 San Gabriel Bl'vd
San Marino, Calif

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )   CIVIL NO. 1247 - SD - C
        Plaintiff,      )   ANSWER OF DEFENDANTS
    v.                           )   SUPPLEMENTARY AND AMENDATORY
FALLBROOK PUBLIC UTILITY     )   COMPLAINT OF
DISTRICT, ET AL,             )   AGNES FRANK(WIDOW)
        Defendants,     )

    The defendants, AGNES FRANK each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

    AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 120 acres of land in DeLuz, SanDiego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED        INDEXED

11268

Legal description:

East half of the southwest quarter and the southwest quarter of the southwest quarter of section 32 township 8 south range 4 west, Sanbernardino Meridian, in the county of SanDiego, State of California, according to United States government Survey approved April 28, 1885.

|   |   |
|---|---|
| 6 | This land if Riparian Land; approximately 54.7 acres are tillable, and the balance can be used for grazing cattle and horses, raising |
| 7 | turkeys, chickens, foul, calves, goats, sheep. Defendant claims all rights to water percolating through her land, and to take water from |
| 8 | the DeLuz Creek, which runs through her property and water from any other streams running through or any springs located on her |
| 9 | property, for the purpose of complete development of the land with suitable crops, truck gardening, avocado, citrus, deciduous and forest |
| 10 | trees, Alfalfa, row commercial crops, small grains, pasture grazing. Defendants development of the land has been stymied by World War #2 |
| 11 | and since 1951 by the water controvesy. However, defendant expects to complete and enlarge the new existing house structure on the pro- |
| 12 | perty and to drill wells for water for the development of the land, for this purpose I claim the right to use 214.1 acre feet of water |
| 13 | per year. |
| 14 | REFERENCE: ENGINEERING REPORT NUMBER 224-8S/4W/32    On the property of Agnes Frank |
| 15 | |
| 16 | |
| 17 | |
| 18 | WHEREFORE, these defendants pray that plaintiff take |
| 19 | nothing against them by reason of the Complaint and Supplementary |
| 20 | and Amendatory Complaint on file herein; that said Complaint be |
| 21 | dismissed as against these defendants; that defendants' right to |
| 22 | water, as hereinabove set forth, be quieted as against the plain- |
| 23 | tiff and against all other defendants in this action; and for such |
| 24 | other and further relief as the Court may deem proper. |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | *Agnes Frank* |
| 30 | Defendants in propria persona |
| 31 | 1785 San Gabriel Blvd |
| 32 | San Marino, Calif. |
|   | Dated: May 12, 1958 |
|   | (Business address - Care Master Cleaners & Dyers 2836 East Walnut ST Pasadena Calif) |

(Summons served April 24, 1958)

11269