UNITED STATES OF AMERICA,
PLAINTIFF

FILED
MAY 28 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. Kingley, DEPUTY CLERK

v.

SAMUEL H. EMMES & ALICE R. EMMES et al,
DEFENDANTS

We, Samuel H. Emmes and Alice R. Emmes as owners in joint tenacy of Real Property described as follows:

The northerly 330' of the S.W. ¼ of the S.E. ¼ of section 5, T9S, R4W, of San Bernardino base line as shown by Deed and Policy of Title insurance dated May 16, 1955 issued by the Security Title & Insurance Co. of San Diego consisting of ten acres used primarily as a general farm using a 2" pump on a 6' well located in the stream bed, with one soil conservation reservoir with an approximate capacity of 100,000 gallons serving two houses and barn.

We hereby answer and deny any and all charges by reason of riparian rights as is shown by maps of record & exhibit A. This answer is pursuant of Rule 6 of Federal rules of Civil Precedure.

Dated This 8th day of May 1958

Signed

*[signature: Samuel H. Emmes]*

*[signature: Alice R. Emmes]*

RECEIVED

11270
INDEXED

**EXHIBIT A**     SOIL CONSERVATION MAP

As taken from a copy of the U. S. Dept. Of agriculture soil conservation service.



11271

INDEXED