

```
1   EMERY A. COOK and BETTY BIRD COOK
    Defendants in propria persona
2   15820 Orangeblossom Drive
    Los Gatos, California
3
4            IN THE UNITED STATES DISTRICT COURT
5              SOUTHERN DISTRICT OF CALIFORNIA
6                    SOUTHERN DIVISION
7
    UNITED STATES OF AMERICA,    )   CIVIL NO. 1247 - SD - C
8                                )
                Plaintiff,       )   ANSWER OF DEFENDANTS
9                                )
         v.                      )
10                               )
    FALLBROOK PUBLIC UTILITY     )
11  DISTRICT, ET AL,             )
                                 )
12              Defendants,      )
```

13    The defendants, EMERY A. COOK and BETTY BIRD COOK
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:

   ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                 AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

                AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 80 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

                                                    11272
    COPY RECEIVED                                   INDEXED

EXHIBIT "A"

1) Description of land: North half of Southwest Quarter of Section 24, Township 8 South, Range 5 West, S.B.B.M.

2) Description of water rights:

    a) Riparian rights to water on above described land.

    b) Rights to divert water within Cleveland National Forest from the area of the East half of Section 23, Township 8 South, Range 5 West. Secured by Application to Appropriate Water No. 9291 filed with the State of California, Permit No. 5201 issued by the State of California and U.S. Forest Service Special Use Permit.

    c) Quantity of water consumed: 16000 gallons daily.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_/s/ Emery A. Cook_
EMERY A. COOK

_/s/ Betty Bird Cook_
BETTY BIRD COOK
Defendants in propria persona
15820 Orangeblossom Drive
Los Gatos, California

Dated: 3 May 1958

11277