


MAY 28 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. [illegible] DEPUTY CLERK

John J. Carlin and Julia A. Carlin
Defendants in propria persona
Rt. 2, Box 215
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

John J. Carlin and Julia A. Carlin

The defendants, John J. Carlin and Julia A. Carlin, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 40 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

Lot 2, in Section 2, Township 9, South Range 3 West, S. B. M. in the county of San Diego, California

COPY RECEIVED

INDEXED 11276

We have 40 ac. of land. We are going to plant 10 ac. of avocado trees and family orchard. We have 20 ac. of permanent pasture and 10 ac. of oak trees and rock. We have one well at the present and we are going to dig another one.

We are on the creek, water drains through our property. We have a man made dam that holds back approximately 18 ac. feet of water and we are claiming 120. ac. feet of water per year.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

John J. Carlin

Julia A. Carlin

Defendants in propria persona

Dated: May 16, 1958

11277