Dee E. Beattie & Mary K. Beattie

The northwest quarter of Section 14 & the Northwest Quarter and East one-half of the Northwest quarter of Section 15, Township 9 South, Range 3 East, San Bernardino Meridian.

Defendants in propria persona

Chihuahua Valley, Aguanga, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

   Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

Dee E. Beattie
Mary K. Beattie

The defendants, Dee E. Beattie & Mary K. Beattie each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 400 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

11278

Copy RECEIVED

INDEXED

Dee E Beattie & Mary K. Beattie -Defendants

The Northwest quarter of Section 14 & the Northeast quarter and East one-half of the Northwest quarter of Section 15, Township 9 South, Range 3 East, San Bernardino Meridian.

Defendents claim riparian rights to all water percolating through their land, whether from streams, or springs or wellsetc. and to take eight hundred (800) acrea feet per year for irrigation purposes or any other purpose to develope the land.

Defendents now have 3 wells, & a reservoir (size approx. 150'X250'X15' deep holding spring water.

Approx. 200 acreas of defendents land can be irrigated under modern practice, (sprinklers).

Defendents raise cattle, horses, & feed for same on this land.

       WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Dee E Beattie*

*Mary K Beattie*
Defendants in propria persona
Chihuahua Valley
Aguanga, California

Dated: May 17, 1958

11279