1209 N. Kings Rd -
Los Angeles - 46 -
Calif.

J. Lee Rankin, Solicitor General -
325 West "F" St - Rm. 332
San Diego, Cal

Sir - I hereby acknowledge receipt of the Summons No. 1247-SD-C- issued by the United States of America, Plaintiff to the Fallbrook Public Utility District -

Our land involved is N½ of SE¼, 80 acres of Section 30 - Block 6 S - Range 9 Township 3 W and has **not** been developed and is **not** used - Whatever "Rights" the United States Government Claims are agreeable to the parties concerned. This area is owned jointly by Wilfred K. Webber, 2454 Cedar St. Berkeley 8 - Cal - Marjorie Webber 1209 N. Kings Rd Los Angeles 46 - Cal and Marjorie Webber, Trustee u/w of Eleanor K. Webber - deceased - For Eleanor W. Roberts -

Marjorie Webber - Executrix of Estate of Eleanor K. Webber - deceased 1936

Marjorie Webber - Trustee u/w of Eleanor K. Webber For benefit of Eleanor Webber Roberts

May 1 - 1958

11280

INDEXED