Fallbrook Calif.
May 17 1958

J. Lee Rankin
Solicitor General
Room 332
325 West F Street
San Diego, Calif.

Dear Sir:

In answer to the summons of the United States of America and concerning the water used by me and my family on our five acres, Let me assure you we have no intention. now, or at any future date to drill a well or construct a dam. Our land has no water available from either mentioned sourse Our Five acres lay on the South slope of Mission Road and the rain and surface runoff are carried by concrte pipe to a canyon which connects with Live Oak canyon and on into the San Luis Rey River.

So far in the eight years we have lived in Fallbrook we have been fortunate to have water , not only for house and home but also for the avocado trees that represent a large share of our investment in San Diego county, we hppe the future will present no water hardship either for me and my family  or the United States of America;

Gratefully Yours

J Rex Warren
957 Hamilton Lane
Fallbrook, Calif

FILED
MAY 28 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

COPY RECEIVED

11281

INDEXED