Anahuac Valley
Star Route
Aguanga, Calif.
May 19, 1958

J. Lee Rankin
Room 332
325 West "F" Street
San Diego, California

Dear Sir:

The following is in answer to your summons No. 1247-SD-C as is required according to said summons which was served upon me May 1, 1958.

I hereby deny all charges against me in the above mentioned summons.

I also claim equal rights to an equal amount of water per acre of ground as the Court would allow any individual, group, organization, Government or peoples who are presently mentioned in the above mentioned summons including the United States of America and excluding no one.

Sincerely,
Irma L. Tobin