Star Route
Aguanga - Calif.
May 19 - 1958

J. Lee Rankin
Room 332
325 West "F" Street
San Diego, California.

Dear Sir:

The following is in answere to your summons No. 1247-SD-C as is required according to said summons which was served upon me May 1, 1958.

I hereby deny all charges against me in the above mentioned summons.

I also claim equal rights to an equal amount of water per acre of ground as the court would allow any individual, group, Organization Government or peoples named in the above mentioned summons including The United States of America and excluding no one.

Sincerely yours,
Joseph Russell Tobin

11283

11282 INDEXED

MAY 28 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M.C. Rushing
DEPUTY CLERK

COPY RECEIVED