Mr J Lee Rankin

Please consider this an answer to Summons No 1247.S.D.C. by Gustav A Spaniol + Rose Spaniol owners of East 308.25' ft of NE 1/4 of SE 1/4 5.80 acres north of Hyway 79. Section 19-8S-1E, and West 1/2 of NW 1/4 of S.W. 1/4 north of Highway 79. 17 acres. Sec 2-8S-1E

We deny that we are in any way doing anything that can be of irreparable damage to the Water Supply of camp Pendleton.

Gustav A Spaniol
+ Rose Spaniol

**FILED**
MAY 28 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. D. Kusfing_
    DEPUTY CLERK

COPY RECEIVED      INDEXED

11286