FILED

MAY 28 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. Russaflung
DEPUTY CLERK

May 8, 1958

Mr. J. Lee Rankin, Solicitor General
Room 332, 325 West "F" Street
San Diego, California

Dear Sir:

In the case of the United States of America Plaintiff Fallbrook Public Utility District and others - No 1247-SD-6 Summons.

We are summoned and required to serve upon you an answer to the complaint, etc., within twenty days of service of the summons upon us.

We herewith state: All or most of our land in San Diego County drains into Lake Henshaw and is not in the Santa Margarita River Watershed. Due to the roughness of the terrain we have never been on the North or Northwest edges or borders of our land but if any of this is a part of the Santa Margarita Watershed the amount of water draining into that watershed is of no practical significance. Our only use of water on the whole property is for residential purposes. We do not use water for agricultural irrigation.

Yours truly,

May E. Schoetzow
Emeline Schoetzow
Victor P. Schoetzow

VPS:ens

COPY RECEIVED

11320

INDEXED