In reply [?] [?] May 19, 1958

United States of America

v.

Fallbrook Public Utility Dis.

To Whom it may Concern:

In answer to any and all allegations, in the above mentioned complaint; We, Noble L. Roupaugh & Jessie Cooper Roupaugh joint owners of Parcel 94 W-24-122

W 54 ft. of E 108 ft of fol Des par.

Beg. at SW Cor. of N 20 ac of W 30 ac of SE 1/4 of SE 1/4 Sec. 24-9-4W th E alg S Li Sd N 20 ac 174 ft. to TPOB th N P/w W LI SD SE 1/4 of SE 1/4 162 FT TH E P/w S LI SD N 20 ac 216 FT TH S P/w W LI SD SE 1/4 of SE 1/4 162 FT TH W ALG SD S LI 216 FT TO TPOB in Sec. 24-9-4W in Fallbrook Calif.

over - 11323

COPY RECEIVED

INDEXED

deny that the alleged facts
in any way diminish our vested
rights to the use of any water
that may underlie our property.

Respectfully,
Noble L. Roripaugh
Jessie Cooper Roripaugh

FILED
MAY 20 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
by _____ DEPUTY CLERK

11324