Mr. Paul Robert Poore
Star Route Box 142, Hemet, California.
May 1, 1958

J. Lee Rankin, Solicitor General
Room 332, 325 West F Street,
San Diego, California.

Dear Sir:

We the under signed reject all allegations as set forth in the supplementary and amendatory complaint as served on us May 1, 1958. We set forth the same answers as in the original complaint that we rejected. This isn in reference to the United States Of America versus Fallbrook Public Utility District case.

Signed,

Paul R. Poore
Mildred C. Poore
Robert A. Poore

FILED
MAY 28 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY M. Kirby
COPY RECEIVED

11325
INDEXED