R2. Box 120
Fallbrook Calif
May 8. 1958

J. Lee Rankin
Solicitor General
  Dear Sir.
I wish to state my position pertaining to this matter, I have a well on my place and I want to keep the right to use the water from this well for every building or house or for irrigation for trees flowers garden and if this well is not enough I wish to drill another or more to meet the requirements of my land, But I am not in favor of any one selling water from a well unless given the right to do so from the County or State

Arthur J Plante

FILED
MAY 28 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. Keesling
   DEPUTY

COPY RECEIVED

11326
INDEXED