May 20, 1958

J. Lee Rankin - Solicitor General
Room 332 - 325 West "F" St.
San Diego, Calif.

Dear Sir:

Here is my answer to the "Complaint and Supplementory and Amendatory Complaint".

I wish to state I own (POR NE 1/4 NE OF RO LN EXC POR SE OF LOS ALAMOS RD. + EXC ST HWY - 74.88 AC. SEC. 10 - BLK. 7S - RANGE 3 W.)

We have facilities and buildings for 2500 chickens. Also an assorted fruit orchard of 1½ acres. ¼ acres vegetable garden for Domestic use.
70 acres are Dry Farmed.

Sincerely yours,
Eli Negen
P.O. Box 15
Murrieta, Calif.

COPY RECEIVED

11327

INDEXED



FILED

MAY 28 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK