FILED
MAY 28 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. Kusching

731 West 113th Street
Los Angeles 44, Calif.
May 19, 1958

Mr. J. Lee Rankin, Solicitor General
325 West "F" Street   Room 332
San Diego, California

Dear Sir:

    I submit the following answer to the COMPLAINT Summons No. 1247-SD-C.

    It seems fair to assume that the owner of a parcel of land is entitled to water equivilant to the amount of average annual rainfall on that land for domestic use and for irrigation purposes which returns the water to the soil.

Yours truly,

Earl Janda

11328

COPY RECEIVED

INDEXED