Blaine E. & Lenore C. Ward
Star Route
Aguanga, California
May 19, 1958

J. Lee Rankin, Solicitor General
325 West "F" Street, Room 332
San Diego, California

RE: United States of America vs. Fallbrook Public Utility District and Defendants

Dear Mr. Rankin:

This is to protest against the United States of America so that we may have our water with our forty-two acres of land.

We have a field pump giving seventy gallons per minute. We wish to apply for 130 gallons per minute more water for our land at this time for future use.

We are not sure just what our water rights are, so please advise.

We moved onto our land in 1953 and we have not dug any wells since as we have managed with one house well and one field well which was here when we purchased this land.

This is in answer to the Summons # 1247-SD-C, so that we will not be judged by default as we need our water to work this place.

Very truly yours,

Lenore Claire Ward
Blaine E. & Lenore Claire Ward
(Mrs) Blaine E. Ward

Copy to: John Cranston, U. S. Special Master
Fallbrook, California

FILED
MAY 28 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

COPY RECEIVED

11330

INDEXED