Dear Sir,

As a land owner I reserve the right to the water on the place of residence because there is a family of four people living on it permanently and sooner it later it may require more wells on the place to supply the demand.

Yours respectfully,
Robert E. Hale

F I L E D

MAY 28 1958

COPY RECEIVED

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

INDEXED

11329