2468 St. Pierre
Altadena, California
May 13, 1958

F I L E D

MAY 28 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

J. Lee Rankin
Solicitor General
San Diego, California

Dear Sir:

This is in answer to the "COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT", NO. 1247-SD-C Summons.

The description of the land to which we, the undersigned, have title is as follows:

The Southwest Quarter of the Southeast Quarter of Government Lot 2; also, the East Half of the Southeast Quarter of Government Lot 2; also, that portion of the Southwest Quarter of Government Lot 1 described as follows: Commencing at the Southwest corner of said Government Lot 1; thence East on the South line of said Lot, 357 feet; thence Northwesterly in a straight line to the Northwest corner of the Southwest Quarter of said Lot; thence South on the West line of said Lot to point of beginning; also, the Northwest Quarter of the Southeast Quarter of Lot 2; or, 12½ acres Total.

All in Section 20, Township 9 South, Range 2 East, San Bernardino Base and Meridian, in County of San Diego, State of California, according to United States Government Survey approved January 31, 1895.

We, the undersigned, bought the above described land in good faith, believing that the water rights are protected by precedence of Court decisions; that is, the landowner is entitled to a reasonable and proportional use of water from a natural ground water supply overlain by his own land. (Page 40, "Appropriation of water in California" - California Administrative Code, 1956)

Our own water rises on our land, and though used frugally, is barely sufficient for household use.

On the basis of the above, we hereby state our rightful use of water rising out of and/or underlying our land.

Respectfully submitted,

Francis O. Baker
Chalace U. Baker

COPY RECEIVED

COPY RECEIVED

11331
INDEXED