May 19, 1958

J Lee Rankin
Solicitor General
San Diego, Calif
Dear Sir:  (#1247-SD(?)
                        summons)
We refute and
deny all the allegations
in answer to the
"Complaint and Supplementary
and Amendatory Complaint"

Yours truly,

Harold R. Andersen Jr.
Florence R Andersen

**FILED**

COPY RECEIVED      MAY 28 1958

CLERK, U.S. DISTRICT COURT    11219
SOUTHERN DISTRICT OF CALIFORNIA
By _____
        DEPUTY CLERK

INDEXED