**TIM'S TINY ACRES RESTAURANT**

Rainbow Canyon - Hwy. 395

Rt. 2, Box 194    Fallbrook, Calif.    RA 8-1461

May 19, 1958.

FILED

MAY 28 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M.D. _____
       DEPUTY CLERK

Mr. J. Lee Rankin Atty;
Room 332
325 West F. Street
San Diego, Calif.

Dear Sir;

In reference to summons # 1247-S D-C. It was served on me April 20, 1958. I wish to make this an answer to the complaint supplementary and amendatory complaint. As a defendant in this case of U.S.A. versus landowner of this area.

I have nine acres and my well which is over 25 years old furnishes water to a restaurant with 4 public toilets and lavatories. The restaurant seats 79 people.

My future plans call for a Motel and swimming pool. Our property is zoned M 3. So domestic water would not suffice in this instance. The place uses about 1,000 gal. to 1,500 gal. daily now.

When I bought this property I bought water and mineral rights so I can't see how anyone can claim these rights but myself, Federal or State.

I now have a One Horse Power motor on my Well. When I expand I will have to drill another well to supply a motel and swimming pool.

I repeat Domestic water will never take care of this place.

Yours truly,

*Hilda I. Gossman*

Hilda I. Gossman

COPY RECEIVED

11332

INDEXED