**TIM'S TINY ACRES RESTAURANT**       F I L E D

Rainbow Canyon · Hwy. 395

Rt. 2, Box 194        Fallbrook, Calif.        RA 8-1461

May 19, 1958.

MAY 23 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK

Mr. J. Lee Rankin Atty;
Room 332
325 West F. Street.
San Diego, Calif.

Dear Sir,

In reference to summons #1247-S D-C.  It was served on me April 20, 1958.

I wish to make this an answer to the complaint supplementary and amendatory complaint.  As a defendant in this case of U.S.A. versus land-owner of this area.

I have nine acres and my Well which is over 25 years old furnishes water to a restaurant with 4 public toilets and lavatories.  The restaurant seats 79 people.

My future plans call for a Motel and swimming pool.  Our property is zoned M3.  So domestic water would not suffice in this instance. The place uses about 1,000 gal. to 1,500 gal. daily now.

When I bought this property I bought water and mineral rights so I can't see how anyone can claim these rights but myself, Federal or State.

I now have a One horse power motor on my well.  When I expand I will have to drill another well to supply a motel and swimming pool.

I repeat Domestic water will never take care of this place.

Yours truly,

C.T.Gessman

11333

COPY RECEIVED

INDEXED