FILED

5 MAY 1958

MAY 28 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M.D. Tu_____
    DEPUTY CLERK

Mr. J. Lee Rankin, Solicitor General
Room 332, 325 West "F" Street
San Diego, California

Dear Sir:

   This letter is to answer the Complaint and Supplementary and Amendatory Complaint served upon me by the United States of America. The suit involves the United States of America and the Fallbrook Public Utility District who serves me water for my family's personal use and one lot 60' x 120" in Fallbrook. I am solely dependent upon them for this use of water, and I believe that they secure the greater share of our water from the Colorado River which the Fallbrook Public Utility District buys from San Diego at an exorbitant price.

   There are no wells on my property, and I feel that this suit does not personnaly involve me in any way. This suit involves the Utility District offices only and I shall be forced to abide by any decision made by them and the United States of America.

Very truly yours,

Joan M. Garwood

Joan M. Garwood
331 E. College Street
Fallbrook, California

CC:
Rep. J. Uhl,
Congressional Reps.

COPY RECEIVED

11334

INDEXED