FILED

MAY 28 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By May 7, 1958  M. D. Kueping

Dear Sir:

    We, the owners of the Southerly 720 feet of the Southwest quarter of Section 35, Township 6, South, Range 1, East San-Bernardino Base and Meridian being served and required to answer said complaint; reserve our rights to use of water both to surface and subsurface waters in the Margerita River watershed for domestic use, cattle, and small amount for irrigation. Hope this will be satisfactory answer to complaint No. 1247-SD-C

                              Respectfully,

                              Burdette J Fay
                              Josephine E. Fay
                              10415 So. Main St
                              Los Angeles 3, California

COPY RECEIVED

11335

INDEXED