FILED

MAY 28 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Martin L. Burke
Star Route Box 126 B
Hemet, Calif.

May 6, 1958

Mr. J. Lee Rankin, Solicitor General
Room 332, 325 West F. Street
San Diego, Calif.

Dear Sir:

We the undersigned reject each and every allegation as set forth in the supplementary and amendatory complaints as served on us May 1, 1958.

I also reject each and every allegation as set forth in the original complaint. This is in reference to the United States of America versus Fallbrook Public Utility District Case.

Signed

Martin L. Burke
Star Route, Box 126B
Hemet, California

COPY RECEIVED

11336

INDEXED