52 W. 7th, Winona, Minn
5/13/58

J. Lee Rankin
Solicitor Gen
Room 332
325 W. F. St.
San Diego Calif.

FILED
MAY 28 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Dear sir:

I enter protest in answer to the "Complaint and Supplementary and Amendatory Complaint" which was served on me this a.m. 9.a.m. May 13, 1958.

Sincerely
June F. Banfield

COPY RECEIVED

11330

INDEXED