May 25th 1958

Anza, Calif

Dear Sir:

In regards to my complaint, I have 40 acres of land, house, small orchard and shade trees.

I put alot of money in the well and intend to use it.

I am planting more trees and I may put grain in the rest of my land or I may put in a trailer Court or a tract.

If my well goes dry or I havn't enough water I will drill another well.

God only knows what I will do.

Thanking You.

Marguerite Schmoll

FILED
MAY 28 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. Kirnsley, Deputy Clerk
COPY RECEIVED

INDEXED

11321