May 12th 1958
Anza, Calif.

Dear Sir,—

In regards to my complaint, I have 40 Acres of land, House, small orchard and shade trees.

I put a lot of money in the well and intend to use it where it is neccessary, I am planting more trees, shade and Fruit trees both. I may plant grain in the rest of my land or I may put in a trailer Court, or a tract. If my well dont produce enough water I will drill another well, if necessary.

Thanking You
George M. Schmoll

FILED
MAY 28 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M D Ziesing

COPY RECEIVED          INDEXED
                       11322