FILED

MAY 28 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O Keefing
DEPUTY CLERK

May 14, 1958

Answer to complaint as issued on behalf of United States of America, Plaintiff, in the matter of water rights in the Santa Margarita River system.

I hereby give notice to all parties concerned that I deny and believe false any claims to water on or under

> Portion of Lot 1, North 9.99 acres of NE-1/4 of Section 4, T 9 S, R 2 W on the Temecula to Pala Road,

other than those vested in me and my wife, Ellen Jayne Brooks, as joint owners of said property.

I furthermore make claim to reasonable water use of 4.2 acre foot of water per acre for a total of 7 acres, irrigable land of a total 9.99 acres in property, a total of 29.4 acre feet of water per year.

I also state that this property has been in continuous occupancy since 1894 or before, as witness old stone building (on property) with above date carved in lintel.

Signed, Paul L Brooks
Route 2, Box 200-A
Fallbrook, Calif.

COPY RECEIVED

11338

INDEXED