SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154
Attorneys for

F I L E D

FILED

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M O Kieal
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1247-SD-C |
| Plaintiff, | |
| vs. | REQUEST FOR ADMISSIONS UNDER RULE 36 |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | |
| Defendants. | |

Defendant, JOHN W. MARSHALL, a Widower;

requests plaintiff within twenty (20) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

   1. The lands described in the answer of defendant JOHN W. MARSHALL, include forty (40) acres of irrigable land.

   2. A reasonable water duty for the irrigable lands of defendant is 4.2 acre feet per acre per year.

   3. Defendant is the owner of the lands described in EXHIBIT A.

- 1 -

3533

4. All of said lands are riparian to the Santa Margarita River.

                              SACHSE and PRICE

                          BY *(signature)*
                              Franz R. Sachse,
                              Attorneys for defendant
                              John W. Marshall