*Harold B Kuykendall and Ardys M Kuykendall*
Defendants in propria persona
12024 Molette St
Norwalk, Calif.

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *M. C. Kingsley*
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, ) | ANSWER OF DEFENDANTS |
| v.                          ) | *Harold B Kuykendall and Ardys M Kuykendall* |
| FALLBROOK PUBLIC UTILITY    ) | |
| DISTRICT, ET AL,            ) | |
| Defendants, ) | |

The defendants *Harold B Kuykendall and Ardys M Kuykendall* each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 23½ acres of land in *San Diego County*, County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED         INDEXED

11554

Parcel # I

20 acres of tillable land, we intend to plant deciduous fruit orchard, berries and nuts. We intend & need to drill a well producing 30 gallons of water per minute to irrigate said land.

Parcel # II

1½ acres, tillable land, we intend to plant strawberries & need to have a well producing 10 gallons of water per minute to irrigate said crop.

Parcel # III

2 acres tillable land, we have an existing well producing approx. 6 gallons of water per minute to irrigate our small apple orchard, & we intend to plant more apple trees in the future.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Harold B. Kuykendall*

*Ada M. Kuykendall*

Defendants in propria persona

Dated: May 21, 1958

11556

Exhibit A

Parcel #1               (20 acres)
    The South half of lot 14,
Section 17, Township 9 South, Range
2 East, San Bernardeno Meridian, in
County of San Diego, State of California,
according to U. S. Govt. Survey
approved Jan. 31, 1895.

Parcel #2               (1 and one half acres)
    The Northerley 340 feet of the
Easterley 201 feet of the North half of
Lot 1 in Section 20, Township 9 South,
Range 2 East, San Bernardino Meridian,
in the county of San Diego, State of
Calif., according to U. S. Govt.
Survey approved Jan. 31, 1895.

Parcel #3               (2 acres)
    The North 175 feet of the east
570 feet of the North half of Southeast
Quarter of the Northwest Quarter of Section
17, Township 9 South, range 3 east, San
Bernardino Meridian, in the County of San
Diego, according to U. S. Govt. Survey
approved Nov. 17, 1880

11555