ELSIE M. PAYNE AND J. H. PAYNE
Defendants in propria persona
233 East Dougherty Street
Fallbrook, California

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,)   CIVIL NO. 1247 - SD - C
        Plaintiff,)   ANSWER OF DEFENDANTS
vs.)   ANSWER TO COMPLAINT AND
FALLBROOK PUBLIC UTILITY)   SUPPLEMENTARY AND AMENDATORY
DISTRICT, ET AL,)   COMPLAINT OF
        Defendants,)   ELSIE M. PAYNE AND J. H. PAYNE

The defendants, ELSIE M. PAYNE AND J. H. PAYNE, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
           AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

        AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1/2 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

11557

"EXHIBIT A"

Elsie M. Payne and J. H. Payne are the owners of certain property described as follows:

The West 54 feet of the East 162 feet of Acreage Lot 1 of Cheatham's Addition to West Fallbrook, Amended Map No. 784, in the County of San Diego, State of California;
Also the North Half of Arlington Street lying adjacent to said West 54 feet of the East 162 feet of Acreage Lot 1, as vacated and closed to public use on November 6, 1922 by an order of the Board of Supervisors of said San Diego County, a certified copy of which order was recorded in Book 751, page 308 Deeds.

The description of our adjoining lot is as follows:

The West 54 feet of the East 216 feet of Acreage Lot 1, of Cheatham's Addition to West Fallbrook, according to Amended Map No. 784, filed in the office of the County Recorder. Also the North Half of Arlington Street lying adjacent to said West 54 feet of Acreage Lot 1, as vacated and closed to public use on November 6, 1922, by an order of the Board of Supervisors of said San Diego County, a certified copy of which order was recorded in Book 751, page 308 of Deeds.

11558

Our present use of the Fallbrook Public Utility District's water is as follows:

Enough water for domestic use for our home, garden and for our four one bedroom apartments which we rent.

Defendants claim all the right of overlying land owners and to water which may originate in or may be found, on, or under, or which may cross their land.

Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*D. H. Payne*

*Elsie M. Payne*

Defendants in propria persona

933 East Dougherty St
Fallbrook Calif.

Dated: May 26 1958

11559