William H. Holcomb
Mary Ann Holcomb
Robert L. Holcomb
Clara V. Holcomb
Defendants in propria persona
5204 N. Hyacinth Ave. Azusa, Calif.

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. S. Kunkel
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )   CIVIL NO. 1247 - SD - C
               Plaintiff,  )   ANSWER OF DEFENDANTS
     v.                    )   William H. Holcomb
FALLBROOK PUBLIC UTILITY   )   Mary Ann Holcomb
DISTRICT, ET AL,           )   Robert L. Holcomb
               Defendants, )   Clara V. Holcomb

The defendants, William H. Holcomb, Mary Ann Holcomb, Robert L. Holcomb, Clara V. Holcomb each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 160 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

11570

1  The land is mostly flat and tillable, with
2  about twenty acres of rolling knolls suitable
3  for homesites. Alfalfa, Rye, Oats, Potatoes, etc
4  can be grown on the other 140 acres.
5  Our water is well water and we now
6  have two existing wells. One is a 5 inch,
7  the other a ½ inch.
8  We plan to raise some cattle at a future
9  date also. We claim all existing water,
10 also 160 miners inches per year to
11 irrigate with continually or as a
12 main water supply for a sub-division
13 at a later date.
14 We feel that this complaint is
15 unfair and petition that it be
16 dismissed.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

William H. Holcomb
Mary Ann Holcomb
Robert L. Holcomb
Clara V. Holcomb

Defendants in propria persona

Dated:

11571

EXHIBIT A

The defendants trust deed is tied up in escrow, so the only property discription available is from the tax bill.

S 1/2 OF NW 1/4, NW 1/4 of 1/4, SW 1/4 of SW 1/4 EXC S 40' FOR CO RD & EXC BEG SE COR SW 1/4 of of SW 1/4, N 417.42' X W 208.71', 156.80 AC

11572