Henry A. Fontaine and Alvina Fontaine
Defendants in propria persona
6630 Chalet Drive, Bell Gardens, California

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
 )
      Plaintiff, ) ANSWER OF DEFENDANTS
 )
v. )
 ) Henry A. Fontaine
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, ) And
 )
      Defendants, ) Alvina Fontaine

The defendants, Henry A. Fontaine and Alvina Fonatine each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 40 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED        INDEXED

11573

This property is rolling and partially cleared, suitable for subdivision into five-acre tracts for poultry raising. At present no wells are developed and there is no riparian water available.

Defendants claim the right to drill a well on each five-acre tract for domestic purposes, or for small poultry farms.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Henry L. Fontaine*

*Alvina Fontaine*

Defendants in propria persona

Dated: May 24, 1958

11574

EXHIBIT A

The Southeast Quarter of the Southwest quarter of Section 18, Township 7 South, Range 3 East, San Bernardino Base and Meridian as shown by U. S. Government Survey.

11575