RICHARD A. McDONNELL and
THERESE M. McDONNELL

Defendants in propria persona
1149 So. Alturas St.
Fallbrook, California

F I L E D

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | RICHARD A. McDONNELL and THERESE M. McDONNELL |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants, RICHARD A. McDONNELL and THERESE M. McDONNELL each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own approx. 1/3 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

11576

Defendants claim all rights of overlying landowners and to water which may originate or cross their land.

Defendants claim the right to drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendants hereby incorporate the same as though set forth herein in full all of the affirmative defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Richard A. McDonnell*
Richard A. McDonnell

*Theresa M. McDonnell*
Theresa M. McDonnell
Defendants in propria persona

Dated: 5/20/58

11577

EXHIBIT A

LOT 1: That portion of Lot 1 of Section 25, Township 9 South, Range 4 West, S. B. M., in the County of San Diego, State of California, according to U. S. Government Survey approved June 11, 1880, described as follows:

Commencing at a point 304.3 feet South of the Southwest corner of the Northeast Quarter of the Southwest Quarter of Section 24, Township 9 South, Range 4 West; thence South 0° 12' East 1384 feet along the center line of a road to the true point of beginning; thence North 89° 18' West 150 feet; thence North 0° 12' West parallel with the center line of said road 75 feet; thence South 89° 18' East 150 feet; thence South 0° 12' East 75 feet to the true point of beginning.

LOT 2: All that portion of Lot 1 of Section 25, Township 9 South, Range 4 West, S. B. M., in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880, described as follows:

Commencing at a point, 304.30 feet South of the Southwest corner of the Northeast Quarter of the Southwest Quarter of Section 24, Township 9 South, Range 4 West, S. B. M.; thence South 0° 12' East along the center line of a road, 1309.00 feet to the Northeast corner of land conveyed to Richard A. McDonnell and wife by deed dated October 20, 1952 and recorded in Book 4640, page 179 of Official Records, being the true point of beginning; thence North 89° 18' West along the North line of said land, 150.00 feet to the Northwest corner thereof; thence North 0° 12' West parallel with the center lien of the aforementioned road, 25.00 feet; thence South 89° 18' East parallel with said North line of McDonnell's land, 150.00 feet to said center line of the aforementioned road; thence South 0° 12' East along side center line, 25.00 feet to the true point of beginning.

11578