OTIS FRANKLIN SCOVILLE and LUCY SCOVILLE
Defendants in propria persona
P.O. BOX 856 FALLBROOK, CALIF.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. Kuss
   DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | OTIS FRANKLIN SCOVILLE |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | and LUCY SCOVILLE |
| Defendants, | |

The defendants, OTIS FRANKLIN SCOVILLE and LUCY SCOVILLE each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own ONE acres of land in SAN DIEGO County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

11579

1 Defendants claim 4½ acre feet of water per year for
2 herein described property. Defendants have 87 trees at
3 present to irrigate, plus a substantial garden for
4 home use and also use water for domestic purposes.
5 This property is "close in" and no doubt will be sub-
6 divided in the near future and used for build-
7 ing purposes.
8 Defendants claim all the right of overlying land owners
9 and to water which may originate in or may be
10 found on, or under, or which may cross their land.
11 Defendants claim the right to dig or drill wells and
12 exercise water reclamation and conservation practices
13 as are now or may be known.
14 Defendants hereby incorporate the same as though
15 set forth herein in full, all the affirmative defenses
16 of the Fallbrook Utility District, et al, in these
17 proceedings. Defendants claim all the above for all
18 lands in which they have any financial interest
19 whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Otis Franklin Scoville*

*Lucy Scoville*

Defendants in propria persona

Dated: May 19, 1958

11580

EXHIBIT A

The South 120 feet of the North 393.85 feet of the West Half of the East Half of the South Half of the Northeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California according to United States Government Survey approved June 4, 1880

11581