1  Jacob Nufer & Lydia Nufer
   Defendants in propria persona
2  920 Riverview Dr. Fallbrook, California
3
4             IN THE UNITED STATES DISTRICT COURT
5                SOUTHERN DISTRICT OF CALIFORNIA
6                      SOUTHERN DIVISION
7
   UNITED STATES OF AMERICA,          ) CIVIL NO. 1247 - SD - C
8                                     )
              Plaintiff,               ) ANSWER OF DEFENDANTS
9                                     )
       v.                              ) Jacob Nufer & Lydia Nufer
10                                    )
   FALLBROOK PUBLIC UTILITY           )
11 DISTRICT, ET AL,                   )
                                      )
12            Defendants,              )
13     The defendants, Jacob Nufer & Lydia Nufer
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17     ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
19     These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.
26              AFFIRMATIVE STATEMENT OF RIGHTS
27     These defendants own 4.54 acres of land in Fallbrook, San Diego
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By_____ DEPUTY CLERK

COPY RECEIVED                INDEXED      11582

"Defendants claim all the right of overlying land owners and to water which may originate in or may be found, on, or under, or which may cross their land.

"Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

"Defendants hereby incorporate, the same as though set forth herein in full all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

"Defendants claim all the above for all lands in which they have any financial interest whatsoever."

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Jacob Nufer*

*Lydia Nufer*

Defendants in propria persona

Dated: May 20, 1958.

11583

*Exhibit A.*

## PROPERTY DESCRIPTION

That portion of the North Half of the Southeast Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Beginning at the Northwest corner of the Northeast Quarter of said Southeast Quarter; thence along the North line of said Southeast Quarter North 89° 45' 45" West 18.20 feet to the center line of Road Survey No. 954, according to Map thereof on file in the office of the Surveyor of said San Diego County, being a point in a curve concave Northeasterly having a radius of 500 feet, the radial line through said point bears South 61° 26' 50" West; thence Southeasterly along said curve 38.81 feet to the end thereof; thence continuing along said center line tangent to said curve South 33° 0' East 774.94 feet to the beginning of a curve concave Southwesterly having a radius of 1500 feet; thence Southeasterly along said curve 181.76 feet to the true point of beginning, the radial line through said point bears North 63° 56' 34" East; thence South 69° 17' 30" West 301.98 feet; thence South 87° 55' West 199.07 feet; thence South 7° 15' East 201.73 feet; thence South 17° 10' East 155.05 feet to the center line of Mission Road No. 1-C; thence along said center line South 89° 53' East 157.37 feet to the beginning of a curve concave Northerly having a radius of 500 feet; thence Easterly along said curve 228.35 feet to the end thereof; thence on a tangent to said curve North 63° 57' East 187.05 feet to said center line of Road Survey No. 954; thence along said center line of Road Survey No. 954, North 21° 43' 30" West 243.20 feet to the beginning of a curve concave Southwesterly having a radius of 1500 feet; thence Northwesterly along said curve 113.42 feet to the true point of beginning.

11554