Defendant in propria persona:   Neoma Hackenberg Eberhardt   1229 Mobeck Street
West Covina, California

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| PLAINTIFF, ) | |
| V. ) | ANSWER OF DEFENDANTS |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, ET AL, ) | |
| DEFENDANTS. ) | |

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

The defendant, Neoma Hackenberg Eberhardt, severing from her co-defendants and for herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny and allege:

AFFIRMATIVE STATEMENT OF RIGHTS

This defendant owns 1.39 acres of land in Riverside County, California and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

I claim the right to use water freely that is appurtenant to my land, as owner in the Mexican Grant called Temecula, relative there to, I claim the protection of all matters of record made by the Mexican California government up to 1846.

I claim the protection of the Treaty of Guadalupe Hidalge as shown in the protocal there of and I claim the protection of all matters of record in California since it became a state.

I expect to put a well on the 1.39 acres. I have used this land freely in the past and expect to continue to use it freely.

Wherefore, this defendant prays that plaintiff take nothing against her by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against the defendant; that defendants' right to water, as herein above set forth, be quieted as against the plaintiff and against all other defendants in this action and for such other and further relief as the Court may deem proper.

Defendant in propria persona:

*Neoma Hackenberg Eberhardt*
Neoma Hackenberg Eberhardt

COPY RECEIVED

INDEXED

11622

BEGINNING at the most Northerly corner being on the center line of Guava Street, 60.00 feet wide, as shown on said Map of the Lands of Temecula Land and Water Company, distant along said center line, South 48° 15' 59" West, 461.28 feet (Record 462.00 feet) from its intersection with the center line of Jackson Avenue, 60.00 feet wide, as shown on last said Map; thence, along the Northeasterly line of said parcel of land, South 41° 43' 58" East, 493.34 feet to a point on said line distant thereon, North 41° 43' 58" West, 166.87 feet from the most easterly corner of said parcel of land; thence, North 57° 55' West, 236.34 feet to a point on the south-westerly line of said parcel of land distant thereon, North 41° 44' 02" West, 393.85 feet from the most southerly corner of said parcel of land; thence, along the southwesterly line of said parcel of land, North 41° 44' 02" West, 266.37 feet to the most westerly corner of said parcel of land. Said corner being on the center line of said Guava Street distant along said center line, South 48° 15' 59" West, 527.16 feet (Record 528 feet) from its intersection with the center line of said Jackson Avenue; thence, along said center line of Guava Street, North 48° 15' 59" East, 65.88 feet (Record 66 feet) to the Point of Beginning.

11623

That portion of Lot 126 of the Lands of Temecula Land and Water Company as shown by Map on file in Book 8, Page 359, of Maps, records of San Diego County, California being also a portion of the property shown as Lot 7 on Assessor's Map No. 15 on file in Book 1, Page 19, of Assessor's Maps, records of Riverside County, described as follows:

BEGINNING at the most Northerly corner being on the center line of Guava Street, 60.00 feet wide, as shown on said Map of the Lands of Temecula Land and Water Company, distant along said center line, South 48° 15' 59" West, 406.40 feet (Record 407.00 feet) from its intersection with the center line of Jackson Avenue, 60.00 feet wide, as shown on last said Map; thence, along the northeasterly line of said parcel of land, South 41° 43' 54" East, 630.20 feet to a point on said line distant thereon; thence North 57° 55' West, 173.75 feet to a point on the southwesterly line of said parcel of land distant thereon, North 41° 43' 58" West, 166.87 feet from the most southerly corner of said parcel of land; thence, along the southwesterly line of said parcel of land, North 41° 43' 58" West, 493.34 feet to the most westerly corner of said parcel of land. Said corner being on the center line of said Guava Street distant along said center line, South 48° 15' 59" West, 406.40 feet (Record 407 feet) from its intersection with the center line of said Jackson Avenue; thence, along said center line of Guava Street North 48° 15' 59" East, 65.88 feet (record 66 feet) to the Point of Beginning.

11624