Defendants in propria persona



FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. E. Tuxley
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )  CIVIL NO. 1247 - SD - C
       Plaintiff, ) ANSWER OF DEFENDANTS
  v. )
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
       Defendants, )

    The defendants, Ervin H. Holmes, Erma H. Holmes each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

    AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 40 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

NW¼ OF NE¼ 40 acres 26 SEC 8S TOWNSHIP RANGE 1E OF THE SAN BEREDINO MERDIAN

11741

COPY RECEIVED INDEXED

```
    of SE¼ 40 acres S6 sec 8 a township Range 1E of the San
Bernardino Meridian California. Riverside County.
About 20 acres tillable rest is grazing land.
  e claim rights to the water granted to Gilbert Clark Home
Stead Act. At that time water rights were granted on this land.
  e claim percolating rights to take all the water we can pump
from drilled wells.  e claim riparian water rights should
there be an under ground stream on this land.
  e now have three drilled wells.   e may drill more wells later.
```

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Erwin H Holmer_

_Emma H Holmes_

Defendants in propria persona

Dated:

11742