Josie V Trohlick
Defendants in propria persona
Murrieta Calif

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
  v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
        Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

Josie V Trohlick

The defendants each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own $2/3$ acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

11550

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Josie V. Frohlick*

_____
Defendants in propria persona

Dated: May-23-1958

11553

Exhibit B.

I Claim all of the land I own is in the Murrieta portion of the Temecula Rancho, which is in the Grant of land called Temecula, a Mexican Grant refered to in the Treaty of Guadalupe Hidalgo

I Claim the Protection of said Treaty, I have used my land freely in the past and expect and Hope to do so in the future.

11552

Exhibit A

I own

Lots (3) three and (4) four in block (14) fourteen of the Townsite of Murrieta as shown by map on file in Book 8 of Maps page 359 of San Diego County, Calif.

11551