Chester T. Coleman

Norma Coleman

Defendants in propria persona

2002 Corning
Los Angeles 35, California

FILED

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Chester T. Coleman |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | Norma Coleman |
| Defendants, | |

The defendants each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED       INDEXED

11560

EXHIBIT A

All that portion of Lot 156 of the Murrieta Portion of the Temecula Rancho as per map thereof recorded in Book 8 page 359 of Maps, San Diego County Records, in the County of Riverside, State of California, lying Northeasterly of the center line of the County Road as shown on map filed as Exhibit "A" with the report of Viewers in 1914 now on file in the County Surveyors Office (under file No. 603-M) and lying Southeasterly of a line drawn from a point in the center line of Hancock Avenue, 942.42 feet Northwesterly from the intersection of the center lines of Hancock Avenue and Fig Street; thence South 47 Degrees 35' 30" West, 367.14 feet to the center line of the Old Murrieta Hot Springs Road as referred to as Exhibit "A" with the report of viewers in 1914 now on file in the County Surveyors Office.

Excepting therefrom that portion lying Southeasterly of a line drawn from a point in the center line of Hancock Avenue, 638.10 feet Northwesterly from the intersection of the center lines of Hancock Avenue and Fig Street; thence South 47 degrees 35' 30" West, 218.21 feet to the center line of the Old Murrieta Hot Springs Road as referred to as Exhibit "A" with the report of viewers in 1914 now on file in the County Surveyors Office.

Also excepting therefrom an easement over that portion included in the County Road referred to as Exhibit "A".

Also excepting therefrom any portion included in Hancock Avenue as shown on map 8/359 S.D. above referred to.

11561

EXHITIT B

All of the land described in Exhibit A is in the Temecula Rancho which we believe is one of the grants of land made by Mexico and refered to in the Treaty of Guadalupe Hidalgo which preserves the values of the grants. We expect to use our land and water freely and exclusively in accordance with the original Title.

We do not have a well on the property at present, but expect to in the future as it is all suitable for alfalfa.

11562

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18       WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.
25
26                                  Chester T. Coleman
27
28                                  Norma Coleman
29                              Defendants in propria persona
30
31
32  Dated:

        MAY 26 1958
```

11563