Defendants in propria perse.    James W. Eberhardt        122 Lobeck Street
                                      Mrs. Neoma Eberhardt    West Covina, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                PLAINTIFF, )<br>                           )<br>V.                         )<br>                           )<br>FALLBROOK PUBLIC UTILITY )<br>DISTRICT, ET AL,        )<br>                           )<br>             DEFENDANTS. ) | ANSWER OF DEFENDANTS<br><br>**FILED**<br><br>MAY 29 1958<br><br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>By _M. C. Kusley_ |

The defendants, James W. Eberhardt and Mrs. Neoma Eberhardt, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny and allege:

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 0.18 acres of land in Riverside County, California and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

We claim the right to use water freely that is appurtenant to our land, as owners in the Mexican Grant called Temecula, relative there to we claim the protection of all matters of record made by the Mexican California government up to 1846.

We claim the protection of the Treaty of Guadalupe Hidalgo as shown in the protocal there of, and we claim the protection of all matters of record in California since it became a state.

Wherefore, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as herein above set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Defendants in propria persona:

                                                          _James W. Eberhardt_
                                                          James W. Eberhardt

                                                          _Mrs. Neoma Eberhardt_
                                                          Mrs. Neoma Eberhardt

Dated: 22 May 1958

                                                                                                                                                   11620

COPY RECEIVED        INDEXED

That portion of Lot 126 of the Lands of the TEMECULA LAND AND WATER CO. as shown by map on file in Book 8, Page 359 of Maps, Records of San Diego County, California, described as follows:

Beginning on the Northwesterly line of said Lot 126, said Northwesterly line being also the centerline of Guava Street, 60.00 feet wide, as shown on said map, distant along said Northwesterly line South 48° 15' 59" West 527.00 feet (Record 528.00 feet) from the most Northerly corner of said lot 126, said Point of Beginning being also the most Northerly corner of that certain parcel of land as conveyed to the State of California by Deed recorded February 16, 1953, in Book 1441, Page 526 of Official Records of said Riverside County; Thence along the Northeasterly line of said State of California parcel of land South 41° 44' 02" East 266.37 feet; thence Course "A" North 57° 55' 00" West 277.36 feet to said centerline of Guava Street; thence aling said centerline North 48° 15' 59" East 77.30 feet to the Point of Beginning.

Containing 0.18 of an acre, more or less in addition to the part thereof in said Guava Street.

11621