*Jack Talley and Mary Talley.*

1  Defendants in propria persona
2  *P.O. Box 104. Temecula California.*
3

**F I L E D**

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *D. L. Keigham*
DEPUTY CLERK

4            IN THE UNITED STATES DISTRICT COURT
5            SOUTHERN DISTRICT OF CALIFORNIA
6            SOUTHERN DIVISION
7
8   UNITED STATES OF AMERICA,          )   CIVIL NO. 1247 - SD - C
                                       )
9            Plaintiff,                )   ANSWER OF DEFENDANTS
                                       )   *Jack Talley and*
10       v.                            )   *Mary Talley*
                                       )
11  FALLBROOK PUBLIC UTILITY           )
    DISTRICT, ET AL,                   )
12                                     )
             Defendants,               )
13       The defendants *Jack Talley and Mary Talley.*
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:
17       ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
             AMENDATORY COMPLAINT
18
19       These answering defendants hereby incorporate by reference
20  all of the allegations contained in the answer to said Complaint and
21  Supplementary and Amendatory Complaint filed in this case by Newton
22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23  of the portion thereof entitled "Affirmative Statement of Rights")
24  and make each and all of said allegations a part of this answer
25  the same as if herein set forth at length.
26       AFFIRMATIVE STATEMENT OF RIGHTS
27       These defendants own $\frac{1}{2}$ acres of land in *Riverside*
28  County, California, and within the watershed of the Santa Margarita
29  River, more particularly described in the document attached hereto,
30  marked Exhibit A, which is hereby incorporated by reference as a
31  part of this statement.
32

COPY RECEIVED

INDEXED            11585

"Exhibit A"

Lots 17, 18, 19, 20, 21, and 22 in block 29
of the Town of Temecula, County of
Riverside as shown by Map on file in
book 15, page 726 thereof, Records of
San Diago County.

11586

I claim all water rights to water from well situated on property described in Exhibit A.

I also claim all rights to water from any well that might be drilled on this property in the future.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Jack Talley._

_Mary Talley_

Defendants in propria persona

Dated:

11587