*Harold A Andersen Jr v. Florence R Andersen*

Defendants in propria persona
P.O. Box 227
Temecula, Calif.

**FILED**

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *M A Sueling*
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,   )   CIVIL NO. 1247 - SD - C
                            )
            Plaintiff,      )   ANSWER OF DEFENDANTS
                            )   To complaints and supplementary
    v.                      )   and amendatory complaint of
                            )   Harold A Andersen Jr and
FALLBROOK PUBLIC UTILITY    )   Florence R Andersen
DISTRICT, ET AL,            )
                            )
            Defendants,     )

The defendants *Harold A Andersen Jr and Florence R Andersen*
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
            AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

            AFFIRMATIVE STATEMENT OF RIGHTS
    These defendants *approx* own *(4.9 lots 25 x 140)* 4 acres of land in *Temecula, Riverside*
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

COPY RECEIVED

11588

INDEXED

Lots 1 & 6 - Block 19 town of Temecula. These lots have gas station, cafe, duplex house and two motel units, one cabin, 1 well house and well.

Lots 1 to 30 Block 18, town of Temecula. These lots have 4 individual motel units each; including two units, one well house and well.

Lots 21 to 28 Block 19 town of Temecula. These lots are vacant except for lot 21 which has a granite well house and unused well on it and a few trees.

Southeasterly rectangular 34 ft of lots 29 to 32 block 19 town of Temecula vacant except for few trees.

The westerly rectangular half of lots 31 & 32 block 18 town of Temecula. These lots have two buildings — one containing office and managers quarters and one containing laundry and boiler room. Managers quarters also has a garage attached. All in all we have approximately four acres of land. We run cafe & motel. Lease out gas station & duplex. We are planning to install more units and swimming pool, in near future. We want enough water to operate our business property successfully. All property is joined together. Water comes from wells on property and is used only on property. We also irrigate all trees, shrubs & lawn etc. We may put in a couple of new wells in future. We wish to operate our business property without any interference from plaintiff.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Harold A. Andersen jr.*

*Florence R. Andersen*

Defendants in propria persona

Dated: May 27, 1958

11589