1 EARL H. GERSTENBERGER AND MAYBELLE M. GERSTENBERGER
2 Defendants in propria persona  EARL H. GERSTENBERGER
3 1046 No. ORANGE AVE
4 FALLBROOK, CALIF.

**FILED**

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

5        IN THE UNITED STATES DISTRICT COURT
6           SOUTHERN DISTRICT OF CALIFORNIA
7                  SOUTHERN DIVISION

8  UNITED STATES OF AMERICA        )   CIVIL NO. 1247 - SD - C
9              Plaintiff,          )   ANSWER OF DEFENDANTS
10      v.                         )   EARL H. GERSTENBERGER AND
                                   )   MAYBELLE M. GERSTENBERGER
11 FALLBROOK PUBLIC UTILITY        )
   DISTRICT, ET AL,                )
12             Defendants,         )

13      The defendants, EARL H. GERSTENBERGER AND MAYBELLE M. GERSTENBERGER
14 each severing from their co-defendants and each for himself or herself
15 alone, in answer to the Complaint and Supplementary and Amendatory Com-
16 plaint on file herein, admit, deny, and allege:

17             ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                        AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
                    AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own 3.08 acres of land in SAN DIEGO
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit

EXHIBIT A

That portion of the NW¼ of the SE¼ of Section 13, Township 9 South,
Range 4 West, S.B.B. and M., described as follows:

    Beginning at the SE corner of said NW¼ of the SE¼ of
Section 13; thence N 88° 56' 10" West, along the South line of said
NW¼ of the SE¼, a distance of 400.00 feet; thence leaving said South
line N 0° 15' East, parallel with the North and South Center line of the
SE¼ of said Section 335.00 feet; thence South 88° 56' 10" East, parallel
with the South line of said Northwest Quarter of the Southeast Quarter,
400.00 feet; thence South 0° 15' West along the said North and South
Center line of the SE¼ of said Section 335.0 feet to the point of

11592

COPY RECEIVED

Water rights claimed are the riparian rights as stated in the Deed and Title Policy of this property with all water rights as riparian owner of said land. This includes all water for the beneficial use for irrigation of 2 and 3/4 acres of avocados, family fruit trees and the domestic use of an average american family. All of this water is obtained from the Fallbrook Public Utility District.

Defendants do not claim any prescriptive rights or any appropriative rights. 700,000 gals of water was used last year for domestic use and the irrigation of one year old avocado trees. The water requirements will increase with the growth of the trees to an amount not yet ascertained.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Earl H. Gerstenberger*

*Maybelle M. Gerstenberger*
Defendants in propria persona

Dated: May 21, 1958

11593