```
                                                    FILED
                                                 MAY 29 1958
                                           CLERK, U.S. DISTRICT COURT
                                          SOUTHERN DISTRICT OF CALIFORNIA
                                          By /s/ illegible
                                                    DEPUTY CLERK
```

1  Edward R. Dennler and Florence L Dennler
   Defendants in propria persona
2  R. 2. Box 174 A.
   Fallbrook Calif.
3

4                    IN THE UNITED STATES DISTRICT COURT

5                     SOUTHERN DISTRICT OF CALIFORNIA

6                            SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
8                                   )   AMENDED ANSWER
                    Plaintiff,      )   ANSWER OF DEFENDANTS
9                                   )
           v.                       )   OF Edward R. Dennler and
10                                  )   Florence L. Dennler
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )
                                    )
12                  Defendants,     )

13     The defendants, Edward R. Dennler and Florence L. Dennler
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
              AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own  8    acres of land in San Diego
27
   County, California, and within the watershed of the Santa Margarita
28
   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31

32                                                      11590
   COPY RECEIVED                        INDEXED

Defendants are riparian to Rainbow Creek. Defendants have rights to overlying waters upon said land. 5 acres of the above land are supseptiable to profitable and practicable irrigation.
There is a well 28" feet equipped with ½ H.P. Motor.
20 acre feet of water per year is necessary to irrigate this land

EXHIBIT "A"
The easterly 300 feet af the Southeast quarter of the Noetheast quarter of section 11 Township 9 South Range 3 West San Bernardino meridian, in the County of San Diego, State of California, according to the United States survey approved September 11 , 1879
EXCEPTING Therefrom that portion thereof described as follows: Begenning at the Northeast Corner of said southeast quarter of the northeast quarter of section 11, thence westerly alon the north line of southeast quarter of the northeast quarter a distance of 50 feet, thence southerly and paralell with the easterly boundry line of said southeast quarter of the northeast quarter a distance of 100 feet thence easterly and paralell with the north boundry line of south east quarter of the northeast quarter a distance of 50 feet to the easterly boundry line of said southeast quarter of the northeast quarterthence northerly along the said easterly boundry line a distance of 100 feet to the point of begenning.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Edw. R. Dennler*

*Florence L. Dennler*

Defendants in propria persona

Dated:

11591