Lovis W. and Lona W. Hoover
Defendants in propria persona
1230 So. Vine Fallbrook Calif.

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M Stuart_ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           ) CIVIL NO. 1247 - SD - C
                Plaintiff,          ) ANSWER OF DEFENDANTS
        vs.                         ) Lovis W. And
FALLBROOK PUBLIC UTILITY            ) Lona W. Hoover
DISTRICT, ET AL,                    )
                Defendants,         )

The defendants, Lovis W. And Lona W. Hoover each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2 lots of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED                                    INDEX    11594

Lot 1

That portion of the North west Quarter of the Northeast Quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Goverment Survey Approved June II, 1880, described as follows:

Beginning at a point on the East line of said Northwest quarter of the Northeast Quarter, distant thereon North 0° 03' East 319.32 Feet from the Southeast corner thereof, said point being the Southeast corner of a parcel of land described in Deed to Louis Boen and wife, recorded Seprember 20, 1948, as Document No. 93246 in Book 2952, Page 91 of Official Records; thence along the South line of said Boen's land, North 89° 12' 30 " West 190 feet to the Southwest corner thereof; thence parallel with the East line of said Northwest Quarter of the Northeast Quarter, North 0° 03' East 60 feet to the true point of beginning; thence West parallel with the South line of said Northwest Quarter, North 0° 03' East 60 feet to the true point of beginning; thence continuing North 0° 03' East 60 feet; thence West parallel with the South line of said Northwest Quarter of the Northeast Quarter 191.08 feet, more or less, to a point in the Easterly line of a parcel of land described in Deed to Robert L. Miller and wife, recorded November 12, 1948, as Document No. 112076 in Book 3014, page 84 of Official Records; thence South 6° 14' East along said Easterly line of Miller's land a distance of 60.45 feet, more or less, to a point in a line which bears North 89° 12' 30 " West from the true point of beginning; thence South 89° 12' 30 " East 184.46 feet to the true point of beginning;

Lot 2

That portion of the Northwest Quarter of the Northeast Quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survery approved June II, 1880, Described as follows:

Commencing at the Southeast corner of said Northwest Quarter of Northeast Quarter; thence along the east line of said Northwest Quarter of Northeast Quarter, North 0° 03' East 319.32 feet to the Southeast corner of the parcel of land conveyed to Louis Boen and wife by deed recorded in Book 2952, page 91 of Official Records; thence along the south line of said Boen's land North 89° 12' 30' West 190 feet to the Southwest corner thereof, being the true point of beginning; thence parallel with the East line of said Northwest Quarter of Northeast Quarter North 0° 03' East 60.0 feet to the Southeast corner of land converyed to Harold W. Barkow and wife by deed recorded in Book 5280, page 279 of Official Records; thence along the South line of said Barkow's land North 89° 12' 30'' West 184.46 feet to the Southwest corner thereof, being a point in the cinter line of the 40 foot County Road conveyed to the County of San Diego by deed recorded in Book 1770, page 219 of Official Records; thence South 6° 14' East along said center line to an intersection with a line drawn Westerly from the true point of beginning, which said line is parallel with the South line of beginning said Northwest Quarter of Northeast Quarter; thence Easterly along said parallel line 177.85 feet, more or less, to the true point of beginning.

11595

CLAIM

We claim the right to use all water reasonably necessary for domestic purposes on the two lots described on the attached sheet known as Exhibit A

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Louis W. Hoover*

*Lona L. Hoover*

Defendants in propria persona
1230 So. Vine
Fallbrook Calif.

Dated:

11596