COAST MACHINE PRODUCTS, INC.

Defendants in propria persona

2810 N. Lima St.
Burbank, Calif.

F I L E D

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

Coast Machine Products, Inc.

The defendants, Coast Machine Products, Inc. each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 315 acres of land in **Riverside** County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

11603

COPY RECEIVED                    INDEXED

1  In addition to the 315 acres we own, we also lease 160 acres from the U.S. Gov't. We at present have about 200 acres tillable and the balance can be used for grazing of cattle & for raising turkeys and chickens.
2  We have a dam lake-spring fed on property approx. 200 feet x 200 feet.
3  We have one well on property, pumping capacity 750 gallons per hour.
4  The crops we grow or can grow are grain, alfalfa, potatoes, and sundry fruits and vegetables.
5  We anticipate drilling another well soon to assure adequate water for our objectives.
6  Of the 200 tillable acres we anticipate irrigating 150 acres. We will need approximately 675 acre feet of water per year to meet our irrigation needs for 150 acres.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Coast Machine Products, Inc.

R.V. Stegman        Pres.

E.C. Vencill        Sec.-Tres.
Defendants in propria persona
2810 N. Lima St.
Burbank, Calif.

Dated: May 25, 1958

11604

Legal description of property

The East half of Section 30, Township 7 South, Range 1 East, San Bernardino Base and Meridian; excepting therefrom that portion of the Northeast quarter of said Section, by metes and bounds, beginning at the Southeast corner of said Northeast quarter; thence North, 40 rods on the East line of said Section; thence West 10 rods; thence Southwesterly 44.73 rods to a point 30 rods West of the point of the beginning; thence East 30 rods to the point of beginning.

ALSO EXCEPTING therefrom an undivided 1% interest of all oil, gas, gold, and all other minerals of whatever nature which may be now or hereafter discovered or found to be lying and being on, in, under and that may be produced on the above described property, as conveyed by Deed from Pietro Spadoni and Anita Spadoni, to Merton Albert Glatt, dated August 28, 1933 and recorded in Book 135 page 131 of Official Records of Riverside County, September 1, 1933.

EXHIBIT "A"

11605