# FILED

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *M. A. Kearsley*
                              DEPUTY CLERK

1  ROSA HARMON
   Defendants in propria persona
2  212 East Fallbrook Street
   Fallbrook, California

3

4              IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                    SOUTHERN DIVISION

7

8  UNITED STATES OF AMERICA,        )
                                    )   CIVIL NO. 1247- SD - C
9              Plaintiff,           )
                                    )   ANSWER OF DEFENDANTS
10        v.                        )
                                    )        ROSA HARMON
11 FALLBROOK PUBLIC UTILITY         )
   DISTRICT, ET AL,                 )
12                                  )
              Defendants.           )
13         The defendants, ROSA HARMON

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18

19         These answering defendants hereby incorporate by reference

20 all of the allegations contained in the answer to said Complaint and

21 Supplementary and Amendatory Complaint filed in this case by Newton

22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23 of the portion thereof entitled "Affirmative Statement of Rights")

24 and make each and all of said allegations a part of this answer

25 the same as if herein set forth at length.

26         AFFIRMATIVE STATEMENT OF RIGHTS

27         These defendants own one (1) acres of land in San Diego

28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.

32 COPY RECEIVED                          INDEXED        11597

1            Defendants claim all the right of overlying land owners and to water

2    which may originate in or may be found, on, or under, or which may cross their

3    land.

4            Defendants claim the right to dig or drill wells and exercise water

5    reclamation and conservation practices as are now or may be known.

6            Defendants hereby incorporate, the same as though set forth herein

7    in full, all the Affirmative Defenses of the Fallbrook Public Utility District

8    on file in these proceedings.

9            Defendants claim all the above for all lands in which they have any

10   financial interest whatsoever.

11

12

13

14

15

16

17

18           WHEREFORE, these defendants pray that plaintiff take

19   nothing against them by reason of the Complaint and Supplementary

20   and Amendatory Complaint on file herein; that said Complaint be

21   dismissed as against these defendants; that defendants' right to

22   water, as hereinabove set forth, be quieted as against the plain-

23   tiff and against all other defendants in this action; and for such

24   other and further relief as the Court may deem proper.

25

26

27                         *Rea Harmon*

28                _____

29                   Defendants in propria persona

30   Dated:

31

32   May 28, 1958                              11588

## EXHIBIT A

That portion of the Southeast Quarter of the Northwest
Quarter of the Southeast Quarter of Section 24, Township 9 South,
Range 4 West, San Bernardino Meridian, in the County of San Diego,
State of California, according to United States Government
Survey approved June 11, 1880, described as follows:

Beginning at the Southeast corner of the Southwest Quarter
of the Northeast Quarter of the Southeast Quarter of said
Section 24; thence West along the South line of said Southwest
Quarter of Northeast Quarter of Southeast Quarter and along the
South line of said Southeast Quarter of Northwest Quarter of
Southeast Quarter 896.85 feet to the true point of beginning;
thence North parallel with the East line of said Southwest
Quarter of Northeast Quarter of Southeast Quarter 340 feet;
thence West parallel with the South line of said Southeast
Quarter of Northwest Quarter of Southeast Quarter 121.37 feet;
thence South parallel with said East line of Southwest Quarter
of Northeast Quarter of Southeast Quarter 340 feet to said
South line of Southeast Quarter of Northwest Quarter of Southeast
Quarter; thence East along said South line 121.37 feet to the
true point of beginning.

11599