FILED

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

James R. Grammer
Defendants in propria persona
Aguanga, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
          Plaintiff, ) ANSWER OF DEFENDANTS
v. ) James R. Grammer
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
          Defendants, )

    The defendants, James R. Grammer
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
    AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

    AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own (13) acres of land in County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

  All Westerly of C/L State Highway X1-SD-78 in Lot 6
  (SE¼ofNW¼) of Section 26 Township 9 South Range 2 East SBB&M

COPY RECEIVED

11600

INDEXED

## AFFIRMATIVE STATEMENT OF RIGHTS

This answering defendant owns (13) acres of land situated within the watershed of the Santa Margarita River, more particularly described as follows:

That certain land situated in San Diego Co. knowns as (All Westerly of center line of state highway X1-SD-78 in Lot 6 (Southeast quarter of Northwest quarter) of Section 26 Township 9 South Range 2 East San Bernardino Base & Meridian

Approximately (8) acres are tillable and the balance can be used for grazing livestock.

Defendant claims the right to sufficient water for domestic use and sufficient (4) (acre-feet per acre per year) to irrigate (8) of these (13) acres which are suitable for raising alfalfa, permanent pasture, orchards, etc. Defendant wishes to claim right to (1) well which is being used for domestic use and reserves the right to drill (1) or more wells in the future to irrigate said (8) acres.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*James R. [signature]*

Defendants in propria persona

Dated: May 22, 1958

11601

"EXHIBIT A"

All Westerly of center line of State Highway X1-SD-78 in Lot 6 (Southeast Quarter of Northwest Quarter) of Section 26 Township 9 South Range 2 East San bernardino Base and Meridan, San Diego County Located ½ mile South of Dodge Valley Cafe.

11602

