Sterling S Tompkins and Dorothy E. Tompkins
**Defendants in propria persona**
P.O.Box 636 Fallbrook Calif.
Randolph 8-1351

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
                                 )
            Plaintiff,           )   ANSWER OF DEFENDANTS
                                 )
    v.                           )
                                 )
FALLBROOK PUBLIC UTILITY         )
DISTRICT, ET AL,                 )
                                 )
            Defendants,          )

The defendants, Sterling S. Tompkins and Dorothy E. Tompkins each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 10.5 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

11608

INDEXED

1  All of the property of the defendants are riparian to the main stream
2  of the Santa Margarita River and all of the acerage of the defen-
3  dants are suitable for practicable and profitable irrigation.
4  40 acre feet of water per year is necessary to irrigate said
5  lands of these defendants.

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*/s/ Charles E. Fox*

*/s/ Dorothy E. Tompkins*

Defendants in propria persona

Dated: May 25, 1958

11609

EXHIBIT "A"

The East 330 feet of the Northeast Quarter of the Southwest Quarter Section 7, Township 9 South, Range 3West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey thereof.

That portion of the Northwest Quarter of the Southeast Quarter of Section 7, Township 9South, Range 3West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey thereof, described as follows: Beginning at a point in the West line of said Northwest Quarter of Southeast Quarter, distant North $0°20'30"$ East, 308.10 feet from the Southwest corner of said Northwest Quarter of Southeast Quarter; thence parallel with the South line of said Northwest Quarter of Southeast Quarter North $88°58'29"$ East, 100 feet; thence parallel with said West line North $0°20'30"$ East, 353.60 feet; thence parallel with said Southline South $88°58'29"$ West, 100 feet to said West line ; thence thereon South $0°20'30"$ West, 353.60 feet to the point of beginning.

11610