May 21, 1958

**FILED**

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. [signature]
   DEPUTY CLERK

ANSWER TO COMPLAINT AND
SUPPLEMENTARY AND AMENDATORY COMPLAINT

DEFENDANTS:

IMOGENE TOWNE AND RUSSELL TOWNE

J. Lee Rankin
Solicitor General
of the United States
Washington 25, D. C.

Dear Sir:

    In answer to your complaint of the summons, Civil 1247-SD-C, which we received May 14, 1958, we hereby state our claim:

    Imogene Towne and Russell Towne are the owners of certain property described as follows:
    The West Half of the Northeast Quarter of the Southeast Quarter of Section 6, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved April 21, 1890; EXCEPTING therefrom all that portion lying Northwesterly of a line described as follows:

    Beginning at a point on the North line of said Northeast Quarter of the Southeast Quarter, distant Westerly 100 feet from the Northeast Quarter of said West Half of the Northeast Quarter of the Southeast Quarter; thence Southwesterly to a point in the West line of said Northeast Quarter of the Southeast Quarter distant Northerly 400 feet from the Southwest corner of said Northeast Quarter of the Southeast Quarter.

    Our present use of water is as follows:
A well which provides enough water for domestic use and 6 acres of avacado trees. We also claim the right to further develop our land inthe future which will be a need of 3 acre feet per year per acre. A total of 36 acre feet for our 12 acres.
This will deliver enough water supply for our needs.

11611

COPY RECEIVED

INDEXED

Defendants claim all the right of overlying land owners and and to water which may originate in or may be found, on, or under, or which may cross their land.

Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

*Imogene Towne*
Imogene Towne

*Russell Towne*
Russell Towne

233 A E. Dougherty St.
Falbbrook, California

11612