Barbara B. McMillan

Defendant in propria persona
334 E. Dougherty
Fallbrook, California

FILED

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF
CALIFORNIA, SOUTHERN DIVISION

United States of America, ) Civil No. 1247-SD-C
    Plaintiff ) Answer of Defendant
) Barbara B. McMillian
V )
)
Fallbrook Public Utility )
District, Et Al )
    Defendants )

The defendant, Barbara McMillan, each severing from their co-defendants and each for himself or herself alone, in anwer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:
ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT.

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant "(excepting only Paragraphs I and II of portion thereof entitled "Affirmative Statement of Rights)" and make each and all of said allegations a part of this answer the same as if herein set forth at length.
                      Affirmative Statement of Rights
This defendant owns Lots 17-18-19-20, in Pruitt and Short Addition in Fallbrook, San Diego County, California, and with in the water shed of Santa Margarita River.
Defendant claims all rights of overlying landowners and to water which may originate or cross their land.
Defendant claims the right to drill wells and exercise water reclamation and conservation practices as are now may be known.
Defendant hereby incorporate the same as though set forth herein in full all of the affirmative defenses of the Fallbrook Public Utility District on file in these proceedings.
Defendant claims all the above for all lands in which they have any financial interest whatever.
WHEREFORE, this defendant pray that plaintiff take nothing against her by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against this defendant, that defendants right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

                                            *Barbara B McMillan*
                                          Defendant in propria persona

Date May 26 58

COPY RECEIVED

INDEXED

11613