HARRY E. TEASDALL
Attorney at Law
114 North Main Street
Fallbrook, California
Phone: RAndolph 8-2331

FILED

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,

   Defendants.

No. 1247-SD-C

ANSWER OF DEFENDANTS HOWARD L. GLASS, ELSIE J. GLASS, MARK GALLACHER, and MARGARET LAURETTE GALLACHER

  Defendants, HOWARD L. GLASS, ELSIE J. GLASS, MARK GALLACHER, and MARGARET LAURETTE GALLACHER, answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

#### I

  Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or beliefs.

#### II

  Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

COPY RECEIVED

INDEXED

11614

1   ----
2   referred to and admit that a stipulated judgment was entered
3   into therein, a copy of which is attached to plaintiff's
4   Complaint marked Exhibit A. Defendants deny that they are parties
5   to said litigation or in any way bound thereby; and deny
6   that said stipulated judgment determines the rights of
7   plaintiff against defendants.

                                III

9           Deny the allegations of paragraph IX of plain-
10  tiff's Original Complaint.

                                IV

12          Defendant have    no knowledge or information
13  sufficient to form a belief as to the allegations contained in
14  Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII,
15  XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's
16  Supplement to Complaint, and therefore deny   all of said
17  allegations for want of information or belief.

                                V

19          Deny the allegations of Count XXI, XXII and XXV
20  of plaintiff's Supplement to Complaint.
21  AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS
22  ALLEGE :

                                I

24          Defendants are the owners of real property situated
25  in the County of San Diego, State of California, as described
26  in Exhibit A attached hereto and made a part hereof by
27  reference.

                                II

29          Defendants claim water rights appurtenant to the
30  real property described in Exhibit A, as follows:
31          The lands of defendants described in Exhibit A here-
32  unto attached are not riparian to the Santa Margarita River or

- 2 -

11615

to any of its tributaries. All of said lands are irrigable and arable and overlie percolating ground waters which are not a part of any stream. Defendants claim full correlative rights to the use of said percolating ground waters in an amount not to exceed 4.2 acre feet per acre per annum.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendants are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

*Harry E. Teasdall*
Attorney for defendant

- 3 -

11616

EXHIBIT A

1  PARCEL 1

2  The North Half of the Southeast Quarter of the Southwest Quarter,
3  and the Southwest Quarter of the Southeast Quarter of the South-
   west Quarter of Section 6, Township 9 South, Range 3 West, San
4  Bernardino Meridian, in the County of San Diego, State of California,
   according to United States Government Survey thereof approved April
5  21, 1890.

6

7  PARCEL 2:

8  That portion of the Southeast Quarter of the Southeast Quarter of
   the Southwest Quarter of Section 6, Township 9 South, Range 3 West,
9  San Bernardino Meridian, in the County of San Diego, State of
   California, according to United States Government Survey thereof
10 approved April 21, 1890, described as follows:

11 Beginning at the Northeast corner of said Southeast Quarter of
   Southwest Quarter; thence along the East line of said Southeast
12 Quarter of Southwest Quarter South 1°47'27" West 530.92 feet;
   thence South 27°47'15" West 150.30 feet; thence North 87°03'25"
13 West 263.54 feet; thence South 5°19'45" East 23.10 feet to the
   North line of said Southeast Quarter of Southeast Quarter of
14 Southwest Quarter and the true point of beginning; thence South
   5°19'45" East 266.15 feet; thence South 22°19'40" West 145.22 feet;
15 thence South 59°41'45" West 352.24 feet to the West line of said
   Southeast Quarter of Southeast Quarter of Southwest Quarter;
16 thence along said West line North 1°49'48" East 579.19 feet to
   the Northwest corner of said Southeast Quarter of Southeast Quarter
17 of Southwest Quarter; thence along the North line of said Southeast
   Quarter of Southeast Quarter of Southwest Quarter, South 89°41'40"
18 East 315.99 feet to the true point of beginning.

19         The combined total of PARCELS 1 and 2 is 28 acres,
20 more or less.

21
22
23
24
25
26
27
28
29
30
31
32

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

- 4 -

11617

HARRY E. TEASDALL
Attorney at Law
114 North Main Street
Fallbrook, California
Phone: RAndolph 8-2331
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>    Defendants. | No. 1247-SD-C<br><br>REQUEST FOR<br>ADMISSIONS UNDER<br>RULE 36 |

    Defendants, HOWARD L. GLASS, ELSIE J. GLASS, MARK GALLACHER, and MARGARET LAURETTE GALLACHER, request plaintiff within twenty (20) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1. The lands described in the answer of defendants HOWARD L. GLASS, ELSIE J. GLASS, MARK GALLACHER, & MARGARET LAURETTE GALLACHER include approx. 28 acres of irrigable land.

    2. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

                                                      */s/ Harry E. Teasdall*
                                                    Attorney for Defendants

11618

HARRY E. TEASDALL
114 No. Main St.
Fallbrook, Calif.
RAndolph 8-2331

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
            Plaintiff,
    vs
FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al,
            Defendants.

NO. 1247-SD-C

CERTIFICATE OF SERVICE BY MAIL

Harry E. Teasdall certifies that he is and was, at all times mentioned, an active member of the State Bar of California and not a party to the within action or proceeding; that his business address is 114 No. Main St., Fallbrook, California; that on May 28, 1958, he served the within Answer and Request for Admissions Under Rule 36 on the plaintiff in said action or proceeding by depositing a true copy thereof, inclosed in a sealed envelope with postage thereon fully prepaid in a mail-box regularly maintained by the Government of the United States at Main St. and Alvarado St., Fallbrook, California, addressed to the attorney of record of said plaintiff at the office address of said attorney, as follows. "J. Lee Rankin, Solicitor General, Room 332, 325 West "F" St., San Diego, California.".

Dated: May 28, 1958

*Harry E. Teasdall*

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

11619