P. W. WILLETT
Attorney at Law
P. O. Box 103
Fallbrook, California
Telephone: RAndolph 8-7150

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1247-SD-C |
| Plaintiff, | ANSWER OF DEFENDANTS, |
| v. | P. W. WILLETT |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al, | and |
| Defendants. | FAYETTE D. WILLETT, |

Come now the defendants, P. W. WILLETT and FAYETTE D. WILLETT, husband and wife, and separating themselves from the other defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, allege, deny and admit as follows:

### ANSWER TO COMPLAINT

I

These answering defendants hereby re-affirm and incorporate by reference all of the allegations contained in their Answer to plaintiff's original Complaint, and make each and all of said allegations a part of this Answer, the same as if herein set forth at length.

### ANSWER TO SUPPLEMENTARY AND AMENDATORY COMPLAINT

I

These answering defendants have no knowledge or information sufficient to form a belief as to the allegations contained in

COPY RECEIVED

-1-

INDEXED       11625
COPY RECEIVED

Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XX, XXIII, and XXIV of plaintiff's Supplement and Amendment to Complaint, and therefore deny all of said allegations for want of information or belief.

II

These answering defendants deny the allegations of Count XXI, XXII, and XXV of plaintiff's Supplement and Amendment to Complaint.

- - - - - - - - - - - - - -

AS A SEPARATE AND AFFIRMATIVE DEFENSE, THESE ANSWERING DEFENDANTS ALLEGE:

I

These answering defendants own approximately 3.85 acres of land situated within the watershed of the Santa Margarita River, more particularly described as follows:

PARCEL No. 1:

Lots 1, 2, 3, 4, 5A, and a portion of Lot 5B, Abbott's Addition to West Fallbrook, according to Map thereof No. 79, and a portion of the Southwest Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, according to United States Government Survey approved June 11, 1880, in the County of San Diego, State of California, described as a whole as follows:

Beginning at a point on the North line of said Southwest Quarter of the Southeast Quarter of Section 24, distant thereon North 89° 07' 45" West 150 feet from the center line of County Highway Commission, Highway No. 1-C, being the Northwest corner of the parcel of land conveyed by Ralph C. Fisher and wife to Robert W. Baird and Emma T. Baird by deed recorded in Book 2067, page 299 of Official Records; thence along the West line of said land of Baird South 0° 36' West 309.61 feet to angle point therein; thence along the North line of said land of Baird North 89° 24' West 141.79 feet to the West line of said Lot 5B; thence along the West line of said Lots 5B, 5A, 4, 3, 2 and 1, North 0° 32' 45" East 290.28 feet to the Northwest corner of said Lot 1; thence along the North line of said Lot 1 South 89° 07' 45" East 120.00 feet to the Northeast corner thereof; thence along the Northerly prolongation of the East line of said Lot 1; North 0° 32' 45" East 20 feet to said North line of the Southwest Quarter of the Southeast Quarter of Section 24; thence thereon South 89° 07' 45" East 22.09 feet to the point of beginning.

1  **PARCEL No. 2:**

2  The West Half of Lot 6 in Shipley Tract of West Fallbrook,
   according to Map thereof No. 132, filed in the office of
3  the Recorder of San Diego County, California, August 22,
   1887 (Except therefrom the North 390.23 feet of the West
4  143.90 feet) and (Except therefrom the North 82 feet of
   the South 154 feet of the West 136 feet), consisting of
5  approximately 2.85 acres.

6                                II

7  All of the above described parcels of land is arable.  Fallbrook

8  Creek, with riparian rights to the use of water, forms the western

9  boundary of Parcel No. 1.  A house and sheds are situated on this

10 land; part of it is planted to lemon trees, and chickens and ducks

11 are raised there.  These answering defendants are the owners of the

12 right to the use of the waters to meet domestic and irrigation

13 requirements.  In addition, there is a sub-surface flow which

14 percolates in an underground channel passing under and through the

15 lands of these defendants, which said water can be obtained therefrom

16 by sinking wells therein and pumping water therefrom.  There are

17 three houses situated on the land described in Parcel No. 2, with

18 room for more houses to be built and wells to be drilled.  Avocado

19 trees and lime trees are commercially raised, and a family orchard

20 is planted on this land.

21                               III

22 These answering defendants claim all the rights of overlying

23 landowners and to water which may originate in or may be found on,

24 or under, or which may cross their lands; the right to dig or drill

25 wells and exercise water reclamation and conservation practices as

26 are now or may be known; the riparian rights appurtenant to the

27 above-described property; and these defendants claim all of the

28 above for all the lands in which they have any financial interest

29 whatsoever in the County of San Diego, California.

30
31
32

1
2       WHEREFORE, these answering defendants pray:
3        1. That plaintiff take nothing by its Complaint and Sup-
4 plementary and Amendatory Complaint on file herein against these
5 answering defendants;
6        2. That said Complaint and Supplementary and Amendatory
7 Complaint be dismissed as against these answering defendants;
8        3. That this Honorable Court adjudge and decree that these
9 answering defendants are the owners of riparian and percolating
10 water rights appurtenant to the lands described herein, as described
11 in this Answer;
12      That this Honorable Court quiet the title of these answering
13 defendants in and to their rights to the use of water as set forth
14 herein, as against all adverse claims of plaintiff or other
15 defendants herein;
16      For costs of suit and for such other relief as seems just.

_____
Attorney for Defendants

20 Dated: This 23rd day of May, 1958.

22 STATE OF CALIFORNIA ) ss.
COUNTY OF SAN DIEGO )

P. W. Willett and Fayette D. Willett, being duly sworn, say:
That they are the two answering defendants in the above-entitled
action; that each of them has read the foregoing Answer to Complaint
and Supplementary and Amendatory Complaint and Affirmative Defense
and knows the contents thereof; that the same is true of their own
knowledge, except as to the matters which are therein stated on
information or belief, and as to those matters that they believe
the same to be true.

_____

_____
Fayette D. Willett

31 Subscribed and sworn to before me
this 23rd day of May, 1958.
32

_____
Notary Public in and for said
County and State
My Commission expires September 17, 1958

11628

-4-

## AFFIDAVIT OF SERVICE BY MAIL (C. C. P. 1013a)
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO } ss.
STATE OF CALIFORNIA }

No. 1247-SD-C

Ada Bell, being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's ~~residence~~ business address is P. O. Box 393, Fallbrook, California.

That affiant served the attached (Answer to Complaint and Supplementary and Amendatory Complaint the original and 3 true copies by placing a ~~true copy~~ thereof in an envelope addressed to

J. LEE RANKIN, Solicitor General,

at his ~~residence~~ office address, which is Room 332, 325 West F Street, San Diego, California,

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on May 23, 1958, deposited in the United States Mail at Fallbrook, California. That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me

May 23, 1958

Ada Bell

Notary Public in and for the County of San Diego, State of California
(SEAL)
My Commission expires Sept. 17, 1958

**AFFIDAVIT OF SERVICE BY MAIL**  Form 9A Co. Clk. 4-56 5M PP  11629