FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. Kiesling
DEPUTY CLERK

King, Fredrick Theodore and Florence Eva
Defendants in propria persona
Po Box 372 Fallbrook
Calif

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br><br>      Defendants, | CIVIL NO. 1247 - SD - C<br><br>ANSWER OF DEFENDANTS<br>King, Fredrick Theodore<br>&<br>Florence Eva |

The defendants King, Fredrick Theodore & Florence Eva each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own One acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

11630

On this day 5-18-58, we Fredrick T. King and Florence Eva ~~King~~ WIFE do here by claim the rights to all the water and minerals on our land and to an indefinite depth of 5000 feet or more, and to what ever my land will consume in acre feet of water, that we can produce from a well, no well now at this time.

We all so claim the right to plant any and all plant life that will grow on our land, as long as it is not an obnoxious growth or addtriment to the land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Fredrick Theodore King*
*and Florence Eva King*
Defendants in propria persona

Dated:

11631

Taken From The
Southern Title and Trust Company
San Diego California
Legal Description

1. The title to said land is at the date hereof vested in fee simple absolute in

Fredrick Theodore King.

a married man

and his wife

Florence Eva King,

as joint tenants.

2. Description of land, title to which is insured by this Policy:

All that portion of lot 1 (the Southwest Quarter of the Southwest Quarter) of Section 18, Township 9 South, Range 3 West, S. B.M., in the County of San Diego, State of California, described as follows:

Commencing at the Northeast corner of said lot 1; thence South 89°53' West along the North line of said Lot, a distance of 581.00 feet to the Northwest corner of a parcel of land conveyed to Marion H. Eddy by deed dated March 31, 1934 and recorded in Book 280, page 342 of official records of San Diego County; thence South 0°06' West along the West line of said parcel so conveyed to Eddy, a distance of 200.00 feet to the true point of beginning; thence West 89°53' West along a line parallel with the North line of said lot 1, a distance of 203.94 feet; thence South 0°04' West, a distance of 213.58 feet; thence East 89°53' East along a line parallel with said North line of lot 1, a distance of 203.94 feet to said West line of the land conveyed to Eddy; thence North 0°06' East along said West line, a distance of 213.58 feet to the true point of beginning.

11632