

F I L E D
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O'Keefe
DEPUTY CLERK

1  C. W. Haggard and Lillie B. Haggard, Husband and Wife
   Defendants in propria persona
2  1303½ East 64th Street, Los Angeles 1, California

3

4              IN THE UNITED STATES DISTRICT COURT

5               SOUTHERN DISTRICT OF CALIFORNIA

6                      SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
8                                   )
              Plaintiff,            )   ANSWER OF DEFENDANTS
9                                   )   C. W. and Lillie B. Haggard, Husband
        v.                          )                              and Wife
10                                  )
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )
                                    )
12            Defendants,           )

13       The defendants, C. W. HAGGARD and Lillie B. Haggard, Husband and Wife,

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
                    AFFIRMATIVE STATEMENT OF RIGHTS
26
         These defendants own  5  acres of land in Riverside
27
   County, California, and within the watershed of the Santa Margarita
28
   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31

32

COPY RECEIVED
         INDEXED                                           11633

We claim water rights by reason of our deed and title and by reason of the fact that two wells have been digged at our own expense for domestic use, plants and shade trees before question was raised regarding water rights—without which the property would be rendered unusable.

We estimate that 25 acre feet of water per year will supply this need for any domestic use and for trees planted or to be planted.

In case our present wells should at any future time fail to produce we reserve the right to dig additional wells.

At no time do we contemplate the growing of crops but do claim the right to have the necessary water to maintain the property and home we purchased and on which we put two wells before there arose any question of water.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*/s/ O. N. Haygard*
*/s/ Lillie S. Haygard*

Defendants in propria persona

Dated: May 22 - 1958

11634

**C. W. HAGGARD**
CONTRACTOR AND BUILDER
1303½ East 64th Street
Los Angeles 1, Calif.
LAFAYETTE 6776

EXHIBIT A

    A portion of the West one-half (½) of Section Nineteen (19) Township Eight (8) South, Range One (1) East, S.B.B.M. as follows:  Commenceing at the North-east corner of the South-west one-quarter (¼) of the South-east one-quarter (¼) of the North-west one-quarter (¼) of said Section Nineteen boundary line of the right of way of Imperial Highway, 4.91 feet from the South-east corner of said ten acres; thence in a westerly direction along said right of way Three hundred and five (305) feet; thence in a northerly direction to a point on the north boundary of said ten acres, Three hundred and twenty-eight (328) feet from the north-west corner of said ten acres; thence in an easterly direction to the point of beginning, containing five acres, more or less.  This includes the easterly portion of a triangle strip of land in the North-east one-quarter (¼) of the South-west one-quarter (¼) of said Section Nine-teen (19) north of the Imperial Highway right of way.  Subject to the following exceptions and reservations:
First: A right of way for a road, ten feet wide, on the westerly boundary of said five acres, granted to Santford T. Anderson and Hazel Anderson, husband and wife.

Second: A reservation for a right of way for a road, ten feet wide, along the easterly boundary of the six acres, adjoining said five acres on the west.

Third: Subject to restrictions, conditions, reservations, rights and rights of ways as per Land Patent of the U.S.Government Number 045207, Los Angeles, contained in patent Number 1046006 and recorded in Book 46 at Page 408 of Official Records of Riverside County, California.

*INSERT LINE AS INDICATED*

(19) thence in a southerly direction to a point on the North

11635