ALEXANDER M. BEAMON and ELSIE ALLAN BEAMON

Defendants in propria persona

841 East Mission Road
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br><br>  Defendants, | CIVIL NO. 1247 - SD - C<br><br>ANSWER OF DEFENDANTS<br><br>ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF ALEXANDER M. BEAMON AND ELSIE ALLAN BEAMON |

The defendants, Alexander M. Beamon and Elsie Allan Beamon, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1.6 acres/of (approx.) land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

11636

EXHIBIT A

That portion of the Northwest Quarter of Northwest Quarter of Section Nineteen, township Nine South, Range Three West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey, approved September 11, 1879, described as follows:

Beginning at the intersection of the South line of that parcel of land conveyed by Ralph A. Hawley and Louise Hawley, husband and wife, to Will Williams, by deed dated April 14, 1914, and Recorded in Book 644, page 378 of Deeds, records of said County, with the Easterly line of the San Diego County Inland Boulevard; thence Southerly along said Easterly line, 183.00 feet; thence in a Southeasterly direction, 189 feet to a point on the Westerly line of the right of way of the Atchison, Topeka and Santa Fe Railway Company, distant thereon 340 feet Southwesterly measured along said right of way line and along the Westerly right of way line of the Westerly wing of the "Y" track of said Railway Company from a steel railroad rail stake on the South line of the land so conveyed to Will Williams as aforesaid; thence in a Northeasterly direction along said railway right of way and Westerly right of way line of Westerly wing of "Y" track, 340 feet to the aforesaid steel railroad rail stake; thence Westerly along the South line of said Williams' land, 373.75 to a point of beginning.

11637

1  Defendants claim all riparian rights to all waters percolating
2  through their land, whether from the Santa Margarita River and its
   tributaries, whether from springs, streams or wells, etc., and to
   take water from their land, whether for domestic, industrial,
3  business, or for irrigation purposes. Through their property runs
   an intermittent creek; there is also a well. From both of these,
4  defendants reserve the right to use the water when available. They
   further reserve the right to drill another well or wells if desired.
5  In addition, they have on this parcel a home, two rentals, gardens,
   and family fruit trees and bushes. They are now being served by
6  Fallbrook Public Utility District but claim sufficient water from
   any source whatsoever to supply the home, two rentals, trees and
7  bushes, and any further development of the property, as required.

8  In addition to the claim and uses as herein made, the defendants
   claim all the rights of overlying land owners to any water which
9  may originate in, or may be found on or under, or which may cross
   their land. Defendants claim the right to drill and dig wells,
10 and exercise water reclamation and conservation practices as now
   or may be known.

11
   Defendants hereby incorporate the same as though set forth herein
12 in full all of the Affirmative Defenses of the Fallbrook Public
   Utility District on file in these proceedings.
13
   Defendants claim all the above for all lands in which they have any
14 financial interest whatsoever.

18      WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

26                          *Alexander M. Beamon*
                            Alexander M. Beamon

28                          *Elsie Allan Beamon*
                            Elsie Allan Beamon
29                             Defendants in propria persona

30                          841 East Mission Road
                            Fallbrook, California
31

32 Dated: May 21, 1958