John M. Walter
Defendants in propria persona
R. R. #2 Rockport, Indiana

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
by M. E. Kunkle
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

 v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

Answer of John M. Walter

  The defendant, John M. Walter each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
        AMENDATORY COMPLAINT

  This answering defendant hereby incorporates by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

      AFFIRMATIVE STATEMENT OF RIGHTS

  This defendant owns 5 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement., and as follows, to-wit:

11642

COPY RECEIVED

INDEXED

1   All that real property situated in the County of Riverside,
2 State of California, described as follows: Lots One (1) to Twelve
3 (12) inclusive of Block One (1) and Lots One (1) to Twelve (12) in
4 Block Two (2) of C. L. Morrill's subdivision, as shown by map on
5 file in Map Book 2, at page 129, Records of San Diego County, Cal-
6 ifornia. This tract contains approximately five (5) acres and is
7 suitable for residences and for growing vegetables and fruit trees
8 by using water which may be pumped from wells driven in De Luz
9 Creek, which runs through this property.

18   WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

_John M Walter_
Defendants in propria persona

32 Dated:

11643

"Treaty of Guadalupe Hidalgo" rights.

1.

Such information as I have leads me to believe that I am not subject to the State doctrine of reasonable use, or any other State law that is contrary to the United States treaty with Mexico, called the "Treaty of Guadalupe Hidalgo" or contrary to article 6 of the Constitution or the 14 amendment to the Constitution of the United States. The treaty was made prior to any State law of the State of California. I believe that my land is a portion of the Temecula grant, which I believe is one of the grants referred to in the provisions of said treaty in the following words out of the protocol of the treaty--------

"2d. The American Government, by suppressing the Xth article of the treaty of Guadalupe, did not in any way intend to annul the grants of lands made by Mexico in the ceded territories. These grants, notwithstanding the suppression of the article of the treaty, preserve the legal value which they may possess, and the grantees may cause their legitimate titles to be acknowledged before American tribunals".

"Conformably to the law of the United States, legitimate titles to every description of property, personal and real, existing in the ceded territories, are those which were legitimate titles under the Mexican law in California and New Mexico up to the 13th of May, 1846, and in Texas up to the 2d. of Mar. 1836".

I have read a portion of the original Upper California Mexican Title to the Temecula Rancho, signed by Micheltorena, Mexican Governor of Upper California, which Title says,----quote-

1.---------

2. "He may enclose it with out injury to the cropings, roads, and servitudes; may enjoy it freely and exclusively, appropriating it to such use or cultivation as may suit him" -----.

I have also read a portion of a copy of the adjudication of the First Transfer, signed by Leonardo Cota, acting as second constitutional Alcalde, for Upper California, in which he reasserts the original Title, and adds the following,------ quote-

"In Los Angeles 15 day of June 1846 Leonardo Cota, Senior Regidor acting as 2nd. constitutional Alcalde of Upper California in adjudicating the 1st. transfer used the following words---------" conferring upon him irrevocable power that he may take possession and in order that he may not be under the

11644

"Treaty of Guadalupe Hidalgo" rights continued.

2.

necessity of taking actual possession to deliver him an original title which he may record whenever he sees fit, and therefore no one will molest him or will institute suit against him or otherwise disturb him in the enjoyment or possession of the same". Signed by Leonardo Cota.

Therefore I believe that I am not subject to any State Law which would act adversely to the provisions of the Title referred to above.

I have read, The Constitution of The United States, article 6, section 2, quote------

"This Constitution and the Laws of The United States that shall be made in Persuance thereof, and all treaties made or which shall be made under the Authority of The United States shall be the supreme law of the land and the Judges in every state shall be bound thereby, any Thing in the Constitution or Laws of the State to the contrary notwithstanding".

Amendment 14 to the constitution of The United States says,-------Quote-
"No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States nor shall any state deprive any person of life, liberty, or property without due process of law nor deny to any person within its jurisdiction the equal protection of the laws".

There is no question in my mind about what was intended by Mexico and the United States when they agreed the values possessed by the grants be preserved, and that there would be no change in the status of the Title including the following values or rights-

1. The right to use my land freely and exclusively.
2. The right to appropiate it to such ase or cultivation as suits me.
3. The right to have freedom from molestation.
4. The right not to be disturbed in the enjoyment of the same.
5. The right that no one will institute suit against me.

Smith on Elementary Law, page 80, chapter 7, top of page, quote-
"The constitution statutes and ordinances of the several states and their sub-division are inferior in rank to the federal constitution and the valid statutes and treaties of the United States, and no law of a particular state has any force if it is inconsistant with the constitution, valid statutes and treaties of the United States".

Again, Smith on Elementary Law, page 8, near middle of page, quote-
"As treaties are thus made a part of the law of the land in the United States the international law to the extent that it is declared within treaties

11645

entered into by the United States is incorporated into the municipal law of the United States, and offences by persons against it and the rights of persons arising under international law adjudged in the municipal courts in accordance with the precepts of that law".

~~See, Wilson, pp12, 13; and Bowman pp 47, 4~~ *new par —* American Law and Procedure, vol 12, page 347, par 349, quote----

"A state may not interfere with any private right derived expressively or impliedly from the Federal Constitutions, laws, or treaties".

The following are quotations from, The Constitution of the United States annotated and revised and authorized by congress, including supreme court decisions up to 1952. On page 703, quote--------

"But a state statute enacted subsequently to a Federal Grant cannot be given effect to vest in the state rights which either remained in the United States or passed to its grantee".

On page 438 ----------quote-

"But state law must yield when it is inconsistent with, or impairs the policy or provision of a treaty -----"

On page 416, quote-

"It must always be borne in mind that the constitution laws and treaties of the United States are as much a part of the law of every state as its own local laws and constitution".

I believe that I have the right to the use of all the water that is appurtenant to my land in the Temecula Grant, that is needed in the cultivation of said land, and for domestic or other use on said land. I believe said right is preserved by the Treaty of Guadalupe Hidalgo. I therefore pray this suit be dismissed against me.

As my land is in the Temecula Grant I claim the protection of all matters of Record made by the Mexican California Government up to 1846. I claim the protection of the Treaty of Guadalupe Hidalgo as shown by the protocol of the Treaty, and I claim the protection of all matters of Record in California since it became a State of the United States.

11646