JOSEPH P. and RUTH E. GALLOWAY
Defendants in propria persona
Route 2, Box 50
Fallbrook, California


FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. Kunkel
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,)
            Plaintiff,)      CIVIL NO.   1247-SD-C
      v.                )      Answer of Defendants
FALLBROOK PUBLIC UTILITY)      JOSEPH P. and RUTH E. GALLOWAY
DISTRICT, ET AL.,       )
            Defendants )

The defendants, Joseph P. Galloway and Ruth E. Galloway, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These defendants have no information or belief sufficient to enable them to answer the allegations of the original Complaint and the Supplementary and Amendatory Complaint and basing their denial upon that ground, deny all allegations.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 530 acres of land situated within the County of Riverside, California; more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

This land is used for general farming, irrigated pasture and cattle raising. Defendants obtain their water from wells, springs and pools fed by underground source and claim the right

COPY RECEIVED

INDEXED

11647

1 to use this water and develop further water.

2 It is the experience and opinion of these defendants that
3 our water originates in the San Jacinto Mountains as each time in
4 developing our water supply the flow is from the North and slightly
5 East. This said property is approximately 4,000 feet elevation
6 and is a gradual step down from the San Jacinto Range. Defendants
7 believe the heavy precipitation and snow pack each year in the
8 San Jacinto Mountains is our prime source of water.

9 Wherefore, these defendants pray that plaintiff take
10 nothing against them by reason of Complaint and Supplementary
11 and Amendatory Complaint on file herein; that said Complaint be
12 dismissed as against these defendants; that defendants' right to
13 water, as herein above set forth, be quieted as against the plaintiff
14 and against all other defendants in this action; and for such other
15 and further relief as the Court may deem proper.

*Joseph P. Galloway*

*Ruth E. Galloway*

Defendants in propria persona
Route 2 Box 50
Fallbrook, California

Dated: May 26, 1958

11648

EXHIBIT A

That certain land situated in the County of Riverside, State of California, known as the West half of the Southwest quarter; the Northeast quarter of the Southwest quarter; the West half of the Southeast quarter; the West half of the East half of the Southeast quarter; the West half of the Northeast quarter; the East half of the Southwest quarter of the Northeast quarter; the West half of the Southeast quarter of the Northeast quarter; the Southeast quarter of the Southwest quarter of Section 36, Township 6 S, Range 1 E, San Bernardino base and Meridian. The North half of the Northeast quarter of the Northeast quarter; the Southeast quarter of the Northeast quarter of the Northeast quarter, the Northeast quarter of the Southeast quarter of the Northeast quarter; all in Section 35 Township 6 S, Range 1 E, San Bernardino base and Meridian; the West half of the West half of the Southwest quarter of the Southwest quarter of Section 35 Township 6 S, Range 1E, San Bernardino base and Meridian; the East half of the Southeast quarter of the Southeast quarter of Section 36 Township 6 S, Range 1 E, San Bernardino base and Meridian; the East half of the West half of the Southeast quarter of the Southeast quarter Section 26 Township 6 S, Range 1 E, San Bernardino base and Meridian; the West half of the Northeast quarter of the Southeast quarter of Section 26, Township 6 S, Range 1 E, Sanbernardino base and Meridian; the West half of the West half of the Southeast quarter of the Southeast half of Section 26, Township 6 S, Range 1 E, San Bernardino base and Meridian; the Northeast quarter of the Northeast quarter of the Southeast quarter of Section 26, Township 6 S, Range 1E, San Bernardino base and Meridian.

11640