1 MRS HALLIE H. FERRELL, a widow
2 Defendants in propria persona
3 240 EAST FALLBROOK ST.
4 FALLBROOK, CALIFORNIA.

**FILED**
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. Kinsberg
    DEPUTY CLERK

5             IN THE UNITED STATES DISTRICT COURT
6                SOUTHERN DISTRICT OF CALIFORNIA
7                      SOUTHERN DIVISION

8 UNITED STATES OF AMERICA       )   CIVIL NO. 1247 - SD - C
9              Plaintiff,        )   ANSWER OF DEFENDANTS
10      v.                       )   MRS HALLIE H. FERRELL, a widow
11 FALLBROOK PUBLIC UTILITY      )
   DISTRICT, ET AL,              )
12             Defendants,       )

13      The defendants,  MRS HALLIE H. FERRELL, a widow
14 each severing from their co-defendants and each for himself or herself
15 alone, in answer to the Complaint and Supplementary and Amendatory Com-
16 plaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
              AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own   1  acres of land in SAN DIEGO
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30

31

32

COPY RECEIVED

I

1  THIS LAND IS IN THE FALLBROOK PUBLIC UTILITY DISTRICT
2  AND ALL THE WATER USED HAS COME THROUGH THEIR FACILITIES.
3  ALL THIS LAND IS TILLABLE AND PLANTED TO AVOCADOS.

II

7  THE DEFENDANT CLAIMS THE RIGHT TO USE 400,000 GALLONS
8  OF WATER PER YEAR FROM THE FALLBROOK PUBLIC UTILITY DISTRICT
9  ON THIS LAND.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

(Mrs) Hallie H. Ferrell

Defendants in propria persona

Dated: May 24, 1958

EXIBIT A.

ALL THAT PORTION OF THE SOUTHEAST QUARTER OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER; AND THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF THE SOUTHEAST QUARTER, IN SECTION 24, TOWNSHIP 9 SOUTH, RANGE 4 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO UNITED STATES SURVEY APPROVED JUNE 11 1880, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEAST CORNER OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION 24; THENCE WEST ALONG THE SOUTH LINE OF SAID SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF THE SOUTHEAST QUARTER, TO AND ALONG THE SOUTH LINE OF THE SOUTHEAST QUARTER OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER 775.48 FEET TO THE TRUE POINT OF BEGINNING; THENCE NORTH PAPALLEL WITH THE EAST LINE OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF THE SOUTHEAST QUARTER, 340. FEET; THENCE EAST PARALLEL WITH THE SOUTH LINE OF THE NORTH HALF OF THE SOUTHEAST QUARTER, 121.37 FEET; THENCE SOUTH PARALLEL WITH THE EAST LINE OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF THE SOUTHEAST QUARTER 340. FEET TO A POINT IN THE SOUTH LINE OF THE NORTH HALF OF THE SOUTHEAST QUARTER THAT BEARS EAST 121.37 FEET FROM THE TRUE POINT OF BEGINNING; THENCE WEST ALONG SAID SOUTH LINE 121.37 FEET TO THE TRUE POINT OF BEGINNING.

11652