EXHIBIT "A"

**FILED**

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *M O* ~~tuslung~~
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

1
2
3
4
5
6
7
8
9

10  UNITED STATES OF AMERICA,        )
11              Plaintiff,           )
12          v.                       )          NO. 1247-SD-C
13  FALLBROOK PUBLIC UTILITY DISTRICT, )        ~~STIPULATION LIMITING AND SETTING~~
    ET AL.,                          )
14                                   )          ~~RIGHTS TO THE USE OF WATER~~
            Defendants.              )
15
16          H.A. Hart  and   Olive Hart
        The undersigned defendant(s), whose address is  300 South Waukegan
17                                                      Deerfield, Illinois

18  for (himself) (themselves), (his) (their) executors, administrators, successors

19  and assigns agree to limit (his) (their) rights to the use of water in

20  connection with the following described lands:  All that portion of the South
    Half of the Southeast Quarter of the Southeast Quarter of Section 18,
21  Township 9 South, Range 3 West, San Bernardino Meridian, in the County of
    San Diego, State of California, according to United States
22  Government Survey described as follows:
            Beginning at a point in the North line of said South Half of the
23  Southeast Quarter of the Southeast Quarter, distant North 89° 32' 30"
    East, 311.33 feet from the Northwest corner of said South Half: thence
24  along said North line, North 89° 32' 30" East, 431.65 feet to the
    Northeast corner of the tract of land conveyed to Ernest T. McDonald
25  by deed recorded in Book 2853, Page 59 of Official Records; thence
    along the Southeasterly line of said McDonald land South 33° 28' 40"
26  West, 227.94 feet; thence South 77° 20' West, 104.12 feet; thence South
    58° 04' West, 238.08 feet to a point in the East line of the West
27  311.33 feet of said South Half of the Southeast Quarter of the
    Southeast Quarter, distant South 0° 24' 30" East, 336.03 feet from the
28  point of beginning; thence North 0° 24' 30" West, 336.03 feet to the
    point of beginning.
29          Also an easement for pipe line and road purposes over the East 30
    feet of the West 326.33 feet of said South Half of Southeast Quarter of
30  Southeast Quarter of said Section 18.

31  ~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~

32  ~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~

WATER USE:

COPY RECEIVED  *38,000 Gallons per month*

INDEXED

-1-                                                    11653

"Defendants claim all the right of overlying land owners and to water which may originate in or may be found, on, or under, or which may cross their land.

"Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

"Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

"Defendants claim all the above for all lands in which they have any financial interest whatsoever."

In closing, I wish to state that if a mandamus or writ of prohibition or other legal means can-not be had to stop this Suit, the defendants should incorporate in their answer the following demand for damages:

Furthermore, we pray the court to award us, the aforementioned defendants, adequate damages to reimburse us for the cost of preparing and prosecuting our defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon us by this attempted acrimonious, confiscatory usurpation of property rights, instituted against us by the agencies of the United States Government.

11654

1  quantity of water which will be reasonably required for domestic uses.  It is

2  further agreed that "domestic use" as used in connection with the above described

3  lands limits the use of water to a single house and outbuildings or to a single

4  farmstead; and that the domestic use will also be limited to those common to

5  homes including the incidental watering of domestic livestock for family

6  sustenance and the irrigation of not to exceed one-half acre in lawn,

7  ornamental shrubbery, garden, and truck.

8       It is further agreed by the defendant(s) that the court may enter a

9  decree limiting the rights to the use of water in connection with the above

10  described lands to those required for domestic purposes as above defined, by the

11  defendant(s), (his) (their) administrators, executors, successors and assigns

12  and that based upon this stipulation the defendant(s) will not be required to

13  file responsive pleadings to the complaint and supplementary and amendatory

14  complaint served upon (him) (them) or to otherwise participate in this

15  litigation.  This stipulation when executed by the undersigned constitutes

16  an acceptance of the Offer of Settlement by the United States of America,

17  a copy of which is attached.

18

19                                *H A Hart*

20                                  Husband

21  Dated: **5/20/58**            *Alice Hart*

22                                  Wife

     Note.  This form is being used because no other government form is

23       now available to these defendents.

24

25  Reviewed and approved:

26

27  &#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;
     Officer in Charge of the

28     Office of Ground Water Resources
     Camp Pendleton, California

29

30

31

32

-2-