*Emil Zimarik & Alda Zimarik*
Defendants in propria persona
*Murrieta Calif*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

FILED MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *m. t...* DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>  Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>*Emil Zimarik,*<br>*Aldo Zimarik* |

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own *one?* acres of land in *Riverside* County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

11656

Exhibit A

We own Lots 13 and 14 in Block 36 in the Townsite of Murrieta. for a more particular discription Reference is here by made to a Map on file in Book 8 of Maps Page 359 San Diego Co Records.

11657

Exhibit B.

We Claim

Our Acre of Land is all in the Temecula Land Grant. one of the Grants the rights of wich are Preserved by the Treaty of Guadalupe Hidalgo.

We are using freely Water from a Well on our place at the Present time & expect to youse it Freely in the future.

We do not believe we are subject to the Doctrine of Reasonable use or any other State Law That Conflicts with the Provision of the said Treaty.

We rely upon said Treaty and such other Documents as we may here after produce.

11858

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Emil Zinarik*

*[signature]*

Defendants in propria persona

Dated: May-23-1958

11659