ELROY BEZZANT, AND LENON BEZZANT, HUSBAND AND WIFE

Defendants in propria persona

321 SHADY LANE, FALLBROOK, CALIFORNIA

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. L. Teasing
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
ELROY BEZZANT AND LENON BEZZANT

The defendants, ELROY BEZZANT AND LENON BEZZANT each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own Approximately 1 acres of land in SAN DIEGO County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

"EXHIBIT A"

THE DEFENDANTS, ELROY BEZZANT AND LENON BEZZANT, HUSBAND AND WIFE, OWN APPROXIMATELY (1), one, ACRE OF LAND, SITUATED IN THE WATERSHED OF THE SANTA MARGARITA RIVER, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

THAT CERTAIN LAND IN SAN DIEGO COUNTY KNOWN AS THE NORTH 220 FEET OF THE SOUTH 480 FEET OF THE SOUTH 10 ACRES OF THE EAST 20 ACRES OF LOT 4 OF SECTION 13, TOWNSHIP 9 SOUTH, RANGE 4 WEST, SAN BERNARDINO MERIDIAN. ACCORDING TO UNITED STATES GOVERNMENT SURVEY APPROVED JUNE 11, 1880. EXCEPTING: THEREFROM THE EAST 522.87 FEET THEREOF.

11661

1. The answering defendants hereby state this named property is at the present time completely served by the Fallbrook Public Utility District.
2. Defendants claim the future right to drill a well sufficient to serve the existing home and one (1), additional dwelling home on this property.
3. Water is used for culinary purposes for human beings, and to irrigate flowers, lawn, and family fruit trees on this property.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Elroy Bezant*

*Lenora Bezant*
Defendants in propria persona

Dated: May 21, 1958