EDWARD B. CHARNOCK and ANNA R. CHARNOCK

Defendants in propria persona
3549 Greenfield avenue
Los Angeles 34, California

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. Kissling
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS EDWARD B. CHARNOCK and ANNA R. CHARNOCK |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants, EDWARD B. CHARNOCK and ANNA R. CHARNOCK, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 155 acres of land in RIVERSIDE County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

1   In view of the fact that defendants claim water rights under the
2   Treaty of Guadalupe Hedalgo, they claim the right for themselves
3   or others who may acquire the above property still belonging to
4   defendants, to a well or wells capable of producing four (4)
5   acre feet per year. There are one hundred fifty-five (155) acres
6   of tillable and irrigable land and defendants claim the right to
7   use six hundred twenty (620) acre feet of water per year on this
8   land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Edward B Charnock*
*Anna T Charnock*
Defendants in propria persona
3549 Greenfield Avenue
Los Angeles 34, California

Dated: May 26, 1958

## DESCRIPTION OF PROPERTY

| | | | |
|---|---|---|---|
| TEMECULA LAND & WATER COMPANY MB  8/359 SD<br>39.10 ACRES | | LOT | 88 |
| TEMECULA LAND & WATER COMPANY MB  8/359 SD<br>40 ACRES | | LOT | 103 |
| TEMECULA LAND & WATER COMPANY MB  8/359 SD<br>40 ACRES | | LOT | 104 |
| TEMECULA LAND & WATER COMPANY MB  8/359 SD<br>EXC POR TO ST HWY, 34.45 ACRES | | Lot. | 127 |

Exhibit "A"
Page 3