ARTHUR A. KING
Defendants in propria persona
Star Route, Box 147
Hemet, Calif.

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

ARTHUR A. KING

    The defendants, ARTHUR A. KING each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

    AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 143 acres of land in RIVERSIDE County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

11670

1  We claim all percolating water rights. All reparian rights
2  that we can also cevelope on this acreage.

18      WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

26  May 26-58    *Arthur A. King*

29           Defendants in propria persona

32  Dated:

J 1671

"EXHIBIT A"

Southwest quarter of the Northwest quarter of Section 24, Township, 8 South, Range 1 West, San Bernardino Meridian, in Riverside County, State of California.

The West Half (1/2) of the Southwest Quarter (SW1/4) of Section 24, Township 8 South, Range 1 West, San Bernardino Meridian, in The County of Riverside, State of California.

PARCEL 1:
That portion of Government Lot 1 in Fractional Section 24, Township 8 South, Range 1 West, San Bernardino Meridian, in the County of Riverside, State of Calif. as shown by United States Government Survey Maps, approved September 16, 1880 and March 13, 1890, lying Southerly of that portion conveyed to the County of Riverside for road purposed by deed recorded July 6, 1932 in Book 82, page 102 of Official Records of Riverside County, Calif.; said Fractional Lot 1 is shown on Licensed Land Surveyor's Map on file in Book 10, page 33 of Records of Survey, and Book 12, page 71 of Records of Survey, Records of Riverside County Calif.

PARCAL 2:
An easement for pipe line purposes over the Westerly 3 feet of that portion of Government Lot 1 in Fractional Section 24, Township 8 South, Range 1 West, San Bernardino Meridian, in the County of Riverside, State of Calif. as shown by United States Government Survey Maps, approved September 16 1880 and March 13, 1890, lying Northerly of that portion conveyed to the County of Riverside for road purposes by deed recorded July 6, 1932 in book 82, page 102 of Official Records of RiversideCounty, Calif.; said Government Lot 1 is shown on Licensed Land Surveyor's Map on file in Book 10, page 33 of Records of Survey, and Book 12, page 71 of Records of Survey, Records of Riverside County, Calif.; EXCEPTING therefrom the Northerly 30 feet thereof.

PARCEL 3
An easement for water well site over the Westerly 10 feet of the Northerly 30 feet of that portion of Government Lot 1 in Fractional Section 24, Township 8 South, Range 1 West, San Bernardino Meridian in the County of Riverside, State of California, as shown by United States Government Survey Maps, approved Septembe 16, 1880 and March 13, 1890, lying Northerly of that portion conveyed to the County of Riverside for road purposes by deed recorded July 6, 1932 in Book 82, page 102 of Official Records of Riverside County, Calif.; said Government Lot 1 is shown of Licensed Land Surveyor's Map on file in Book 10, page 33 of Records of Survey, and Book 12, page 71 of Records of Survey, Records of Riverside County, California.

11672