Harry E. Held and Dora V. Held
P. O. Box 652
Fallbrook, California.

Defendants in propria persona

FILED

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,        ) CIVIL NO. 1247 - SD - C
                                 )
              Plaintiff,         ) ANSWER OF DEFENDANTS
                                 )
      v.                         ) HARRY E. HELD
                                 )      and
FALLBROOK PUBLIC UTILITY         ) DORA V. HELD
DISTRICT, ET AL,                 )
                                 )
              Defendants,        )

The defendants, Harry E. Held and Dora V. Held each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 12.29 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED   INDEXED

11673

EXHIBIT A

the real property in the _____

County of ___San Diego___, State of California, described as follows:

All that portion of the Southwest Quarter of the Southeast Quarter of Section 13, Township 9 South, Range 4 West, SBM, in the County of San Diego, State of California according to the United States Government Survey approved June 11, 1880, described as follows: Beginning at the Northwest corner of said Southwest Quarter of the Southeast Quarter of said Section 13; thence South 88° 52' 30" East along the North line thereof 246 feet more or less to the Easterly line of Road Survey 967, filed in the office of the County Surveyor; thence Southerly along said Easterly line, being along the Westerly line of a parcel of land conveyed to Fred M. Stone and wife by deed dated January 27, 1947 and recorded February 19, 1947 in the County Recorder's Office of said San Diego County, to the Southwesterly corner of said land so conveyed; thence South 89° 13' 30" East along the South line of said land 196.57 feet more or less to an angle point; thence South 0° 33' 30" West 100.83 feet; thence South 89° 13' 30" East along the most Southerly line of said Stone's land 57 feet to the Northwest corner of a parcel of land conveyed to Walter M. Barrager and wife by deed dated July 31, 1946 and recorded in Book 2195, page 276 of Official Records; thence South 0° 33' 30" West along the West line of said Barrager's land and the Southerly prolongation of said West line 344 feet to the Southwest corner of a parcel of land conveyed to Daisy White Scovill by deed dated September 23, 1944 and recorded in Book 1754, page 939 of Official Records; thence South 89° 13' 30" East along the South line of said Scovill's land 87 feet to the Southeast corner thereof, being a point on the Northerly prolongation of the center line of Main Avenue as shown on the Official Map of the Townsite of Fallbrook, shown as Miscellaneous Map No. 64, Records of San Diego County; thence South 0° 33' 30" West along said Northerly prolongation 40 feet more or less to an intersection with the North line of the South 20 feet of said Southwest quarter of the Southeast quarter; thence West along said North line of the South 20 feet of the Southwest quarter of the Southeast quarter of said Section 13 to the West line of said Southwest Quarter of the Southeast Quarter; thence North along said West line 484 feet to the point of beginning.

11674

1  Defendants claim all the right of overlying land owners and to water
2  which may originate in or may be found on, or under, or which may cross
3  their land.
4  Defendants claim the right to dig or drill wells and exercise water
5  reclamation and conservation practices as are now or may be known.
6  Defendants hereby incorporate, the same as though set forth herein
7  in full, all the Affirmative Defenses of the Fallbrook Public Utility
8  District on file in these proceedings.
9  Defendants claim all the above for all lands in whibh they have any
10 financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Harry E. Held*

*Dora V. Held*

Defendants in propria persona

Dated: May 26, 1958

11675