1  Hal M. Heflin and Frances Heflin
2  Defendants in propria persona
   1015 N. Olive Ave., Fallbrook, California
3

**FILED**
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. Cushing
      DEPUTY CLERK

4

5               IN THE UNITED STATES DISTRICT COURT

6                SOUTHERN DISTRICT OF CALIFORNIA

7                       SOUTHERN DIVISION

8  UNITED STATES OF AMERICA      )     CIVIL NO. 1247 - SD - C
9              Plaintiff,        )     ANSWER OF DEFENDANTS
                                 )     Hal M. Heflin
10     v.                        )     Frances Heflin.
                                 )
11 FALLBROOK PUBLIC UTILITY      )
   DISTRICT, ET AL,              )
12             Defendants,       )

13     The defendants, Hal M. Heflin and Frances Heflin
14 each severing from their co-defendants and each for himself or herself
15 alone, in answer to the Complaint and Supplementary and Amendatory Com-
16 plaint on file herein, admit, deny, and allege:

17            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                        AMENDATORY COMPLAINT
18
       These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
                    AFFIRMATIVE STATEMENT OF RIGHTS
26
       These defendants own one acres of land in San Diego County
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30
31 West 266 ft. of the South half of the North half of block 67
32 of the town of West Fallbrook in the County of San Diego,
   State of California, according to the map thereof No. 567,
   filed in the office of the County recorder of San Diego
   County. October 9, 1888.

COPY RECEIVED

1  The defendants only claim sufficient water to irrigate
2  this acre of 60 bearing avocado trees, which at the
3  present time is supplied by FPUD.
4  Wherefore these defendants pray the plaintiff dismiss
5  these claims against them, that the defendants
6  right to water as hereinabove set forth, be quieted
7  as against the plaintiff and against all other
8  defendants in this action; And for such other
9  and further relief as the court may deem proper.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

                                                       *Hal M Heflin*

                                                       *Frances Heflin*
                                                    Defendants in propria persona

Dated: May 24, 1958