THOMAS GURNEY AND ALICE K. GURNEY
Defendants in propria persona
1051 RIVERVIEW DRIVE, FALLBROOK, CALIFORNIA



F I L E D
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
by 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

THOMAS GURNEY AND ALICE K. GURNEY

The defendants, THOMAS GURNEY AND ALICE K. GURNEY each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1.8 acres of land in SAN DIEGO County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

11678

This property is planted with avocado trees with the exception of that part where the house is located. The avodado trees are practically mature, and sufficient water will be required to maintain trees in a satisfactory condition. If conditions warrant the expense, a well will be drilled to obtain water for irrigation purposes; said well will be in Santa Margarita watershed.

We, the defendants, claim rights to water from percolation, and the right to drill wells on the aforementioned property, and to use such water for domestic and irrigation purposes as may be required.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Thos. Gurney*

*Alice R. Gurney*

Defendants in propria persona

Dated:   May 23, 1958

11679

EXHIBIT "A"

That portion of the North Half of the Southeast Quarter of Section 17, Township 9 South, Range 3 West, S.B.M., in the County of San Diego, State of California, described as follows:

Beginning at the Northwest corner of the Northeast Quarter of said Southeast Quarter; thence along the North line of said Southeast Quarter North 89° 45' 45" West 18.20 feet to the center line of Road Survey 954 as conveyed to the County of San Diego, by deed recorded July 18, 1945 in the office of the County Recorder of San Diego County in Book 1914 page 58 of Official Records, said point being in a curve concave Northeasterly having a radius of 500 feet, the radial line through said point bearing South 61° 26' 51" West; thence Southeasterly along said center line 38.81 feet; thence tangent to said curve South 33°00' East 300.09 feet; thence North 50°55'30" East 448.65 feet to the North line of said Southeast Quarter; Thence along said North line North 89° 45' 45" West 513.40 feet to the point of beginning.

11680