FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

1  JOHN C. BISOGNO and MARCELLA BISOGNO and AMELIA PONTRELLI
2  Defendants in propria persona

3  1705 East Alvarado Street            1243 North Kenmore Avenue
   Fallbrook California                 Hollywood California
4

5              IN THE UNITED STATES DISTRICT COURT

6                SOUTHERN DISTRICT OF CALIFORNIA

7                      SOUTHERN DIVISION

8  UNITED STATES OF AMERICA        )   CIVIL NO. 1247 - SD - C
                                   )
9               Plaintiff,         )   ANSWER OF DEFENDANTS
                                   )   JOHN C. BISOGNO and MARCELLA BISOGNO
10       v.                        )        and AMELIA PONTRELLI
                                   )
11 FALLBROOK PUBLIC UTILITY        )
   DISTRICT, ET AL,                )
12              Defendants,        )

13     The defendants, JOHN C. BISOGNO and MARCELLA BISOGNO and
   AMELIA PONTRELLI
14 each severing from their co-defendants and each for himself or herself

15 alone, in answer to the Complaint and Supplementary and Amendatory Com-

16 plaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
       These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
                  AFFIRMATIVE STATEMENT OF RIGHTS
26                            lots
       These defendants own (3) /d/o/t/s/ /o/f/ /l/a/n/d /i/n/ lot(8)(9)(10)Block(38)
27     in West Fallbrook Map(567) San Diego
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30

31

32

   COPY RECEIVED

   INDEXED

                                                                    11681

1  Three city lots, namely, lots (8)(9)&10) located on block (38)
2 in West Fallbrook and also cited on map (567), San Diego.
3  At present only one of these lots are inhabited. It is being
4 used as residential facilities for (3) families. The approximate
5 amount of water used by these families is considered at (8,000)
6 gallons per month. It may be added here that this water supply is
7 being appropriated by the Fallbrook Public Utility District of
8 Fallbrook. However the possibility of water usage being thrice the
9 amount mentioned previously above should not be ruled out. Deffinite
10 plans for expansion are being considered and if utilized, would
11 increase water usage.
12  In conclusion, the Defendants do not claim any prescriptive
13 rights or any appropriative rights.

18  WHEREFORE, these defendants pray that plaintiff take nothing
19 against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as
20 
21 against these defendants; that defendants' right to water, as hereinabove
22 set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the
23 
24 Court may deem proper.

*John C Bisogno*
*Marcelle Bisogno*

Defendants in propria persona
1705 East Alvarado Street
Fallbrook, California
And
1243 North Kenmore Avenue
Hollywood, California

32 Dated: May 22, 1958