

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

1  LEE ZIMMERMAN
2  Defendants in propria persona
3  Aguanga, California. (Star Route)

4               IN THE UNITED STATES DISTRICT COURT
5                  SOUTHERN DISTRICT OF CALIFORNIA
6                          SOUTHERN DIVISION
7
8  UNITED STATES OF AMERICA,        )    CIVIL NO. 1247 - SD - C
                                    )
9                  Plaintiff,       )    ANSWER OF DEFENDANTS
                                    )    ANSWER TO COMPLAINT AND
10       v.                         )    SUPPLEMENTARY AND AMENDATORY
                                    )    COMPLAINT OF
11 FALLBROOK PUBLIC UTILITY         )    LEE ZIMMERMAN
   DISTRICT, ET AL,                 )
12                                  )
                   Defendants,      )
13       The defendants,  Lee Zimmerman,
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                        AMENDATORY COMPLAINT
18
19       These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.
26              AFFIRMATIVE STATEMENT OF RIGHTS
27       These defendants own  40  acres of land in  San Diego
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32

COPY RECEIVED
        INDEXED                                         11683

Defendant owns 40 acres of Pasture land on which is an intermittent Spring from which defendant claims the right to draw water whenever available. There are also 2 wells, one of which is pumping 650 G. P. H. On this property is a Commercial Poultry Plant handling 40,000 birds a year. The Poultry alone takes 14,000 gals. a day. There is also a Home and Garden. The remainder of the acreage is to be Irrigated Pasture in the future.
Defendant reserves the right to draw as much water from his wells and spring to keep the above adequately supplied, and an increased quantity in the future for the further development of the Poultry Plant, and the Irrigated Pasture.
Defendant claims all riparian rights to all waters percolating through his land, whether from the Santa Margarita River and its tributaries, whether from springs, streams or wells, etc., and to take water from his land whether for domestic, industrial, business or irrigation purposes.
In addition to the claim and uses as herein made, defendant claims all rights of overlying landowners to any water which may originate in, or under, or cross his land. Defendant claims the right to drill and to dig wells, and to exercise water reclamation and conservation practices as now or may be known in the future.
Defendant hereby incorporates the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings. Defendant claims all the above for all lands in which he has any financial interest whatsoever.
FURTHERMORE, defendant prays the court to award him adequate damages to reimburse him for the cost of preparing and prosecuting his defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon him by this attempted acrimonious, confiscatory usurpation of property rights, instituted against him by the agencies of the United States Government

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Lee Zimmerman*

Defendants in propria persona
*Aguanga, Calif.*

Dated: *May 15, 1958*

11684

EXHIBIT A

ZIMMERMAN, LEE
AGUANGA, California

Description from Tax Receipt.

PAR. 93E-16-3
SE 1/4 OF NW 1/4 (EXC R. S. 434)
SEC 16-9-3E

-------------

11683A

ZIMMERMAN, LEE
AGUANGA, California