F I L E D

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
by *M. W. Treamburg*
DEPUTY CLERK

1  KENNETH P. YOKUM and LEAH G. YOKUM

2  Defendants in propria persona

3  P.O. Box 199
   Fallbrook, California

4

5          IN THE UNITED STATES DISTRICT COURT

6            SOUTHERN DISTRICT OF CALIFORNIA

7                SOUTHERN DIVISION

8  UNITED STATES OF AMERICA      )      CIVIL NO. 1247 - SD - C
                                 )
9              Plaintiff,        )      ANSWER OF DEFENDANTS
                                 )
10        v.                     )    ANSWER TO COMPLAINT AND
                                 ) SUPPLEMENTARY AND AMENDATORY
11 FALLBROOK PUBLIC UTILITY      )      COMPLAINT OF
   DISTRICT, ET AL,              )    KENNETH P. YOKUM AND
12              Defendants,      )       LEAH G. YOKUM
                                 )

13      The defendants, Kenneth P. Yokum and Leah G. Yokum,

14 each severing from their co-defendants and each for himself or herself

15 alone, in answer to the Complaint and Supplementary and Amendatory Com-

16 plaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18

19      These answering defendants hereby incorporate by reference all

20 of the allegations contained in the answer to said Complaint and Supple-

21 mentary and Amendatory Complaint filed in this case by Newton T. Bryant

22 and Willie Mae Bryant (excepting only Paragraphs I and II of the portion

23 thereof entitled "Affirmative Statement of Rights") and make each and all

24 of said allegations a part of this answer the same as if herein set forth

25 at length.

26          AFFIRMATIVE STATEMENT OF RIGHTS

27      These defendants own 1 Lot acres of land in San Diego

28 County, California, and within the watershed of the Santa Margarita River,

29 more particularly described in the document attached hereto, marked Exhibit

30 A, which is hereby incorporated by reference as a part of this statement.

31

32

COPY RECEIVED                                            11685

## EXHIBIT A

LEGAL DESCRIPTION.

The North 130 feet of the East 67 feet of the West 265 feet of
the Northwest Quarter of the Northeast Quarter of the Northeast
quarter of Section 19, Township 9 South, Range 3 West, San
Bernardino Meridian, in the County of San Diego, State of
California, according to United States Government Survey approved
September 11, 1879, the Easterly line and the Westerly line being
parallel with the West line of said Northwest Quarter of the
Northeast Quarter of the Northeast Quarter.

Subject to: Deed of Trust in favor of Bank of America, NT&SA,
now of record, which Grantees assume and agree to pay.

----------

11686

1 Defendants claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries,
2 whether from springs, streams or wells, etc., and to take water from their land, whether for domestic, industrial, business or irrigation
3 purposes.

4 Defendants have a Home, a Garden and Family Fruit trees on one Lot. They are now buying their water from the Fallbrook Public Utility
5 District, and claim as much water for business and domestic uses as they consider necessary to keep them supplied in sufficient quantities.
6
In addition to the claim and uses as herein made, the defendants claim
7 all rights of overlying landowners to any water which may originate in, or under, or cross their land.  Defendants claim the right to drill
8 and to dig wells, and exercise water reclamation and conservation practices as now or may be known in the future.
9
Defendants hereby incorporate the same as though set forth herein in
10 full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.
11
Defendants claim all the above for all lands in which they have any
12 financial interest whatsoever.

13

14

15

16

17

18          WHEREFORE, these defendants pray that plaintiff take nothing

19 against them by reason of the Complaint and Supplementary and Amenda-

20 tory Complaint on file herein; that said Complaint be dismissed as

21 against these defendants; that defendants' right to water, as hereinabove

22 set forth, be quieted as against the plaintiff and against all other de-

23 fendants in this action; and for such other and further relief as the

24 Court may deem proper.

25

26          *Kenneth P. Yokum*
            Kenneth P. Yokum

27          *Leah G. Yokum*
28          Leah G . Yokum

29          Defendants in propria persona

30          P.O. Box 199
               Fallbrook, California
31

32 Dated:  May 15-58