

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ................ DEPUTY CLERK

1  Timothy C. & Estelle M. Pomeroy,
2  Defendants in propria persona
3  Aguanga, Box 197.
4  Riverside County, Calif.

5              IN THE UNITED STATES DISTRICT COURT
6                SOUTHERN DISTRICT OF CALIFORNIA
7                      SOUTHERN DIVISION

8  UNITED STATES OF AMERICA        )   CIVIL NO. 1247 - SD - C
9              Plaintiff,          )   ANSWER OF DEFENDANTS
10      v.                         )   Timothy C. & Estelle M. Pomeroy.
11 FALLBROOK PUBLIC UTILITY        )
   DISTRICT, ET AL,                )
12             Defendants,         )

13      The defendants, Timothy C. & Estelle M. Pomeroy.
14 each severing from their co-defendants and each for himself or herself
15 alone, in answer to the Complaint and Supplementary and Amendatory Com-
16 plaint on file herein, admit, deny, and allege:

17              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                          AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
                    AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own 1680 acres of land in Riverside,
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30
31
32

COPY RECEIVED
INDEXED

11696

1   We own 1680 Acres in Riverside Co, Township 7 South, Range 2
2   East, San Bernardino Base and Meridian.
3       On Section 15 we have one spring, and we reserve the
4   Right to drill for water at a later date. we claim this
5   Perscriptive rights, due to the fact, we can raise Barley, Wheat
6   Oats, or most small grains, also Alphalfa, all of which require
7   irrigation in dry Years, we have 100 Acres cleared, about 1000
8   Acres could be cleared and put into crops, the balance to be
9   used for grazing Cattle, Therefore, we feel that we are entitled
10  to at least Four (4) Acre feet of water per Acre, We have one dug well
11  on Section 22 for domestic use, no water on Section 21.

18      WHEREFORE, these defendants pray that plaintiff take nothing
19  against them by reason of the Complaint and Supplementary and Amenda-
20  tory Complaint on file herein; that said Complaint be dismissed as
21  against these defendants; that defendants' right to water, as hereinabove
22  set forth, be quieted as against the plaintiff and against all other de-
23  fendants in this action; and for such other and further relief as the
24  Court may deem proper.

            *Timothy C. Pomeroy*
            *Estelle M. Pomeroy*
            Defendants in propria persona

32 Dated: May 24th, 1958.

Exhibit A.

Legal Description of our Property.

Parcel I. ALL SECTION 15, North half, North half of Southwest quarter and Southeast quarter of Section 21, Township 7 South, Range 2 East, San Bennardion Base and Meridian.

Parcel 2. Governments Lots 3,4,5,6,and 7; The Southeast quarter of Northwest quarter and West half of Northeasterly quarter of Southwest quarter of Section 22, Township 7 South, Range 2 East.

Parcel 3. Southeasterly quarter of Section 22, Township 7 South Range 2 East.

11698