F I L E D

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _Mc Leasing_
DEPUTY CLERK

1  Zeno T. Pfau and Georgiette M. Pfau

Defendants in propria persona

2  1716 Midvale Ave.

3  Los Angeles, 24 Calif.

4  IN THE UNITED STATES DISTRICT COURT

5  SOUTHERN DISTRICT OF CALIFORNIA

6  SOUTHERN DIVISION

7

8  UNITED STATES OF AMERICA,               CIVIL NO. 1247 - SD - C

                        Plaintiff,         ANSWER OF DEFENDANTS

9

10              v.                          Zeno T. Pfau
                                              and
11  FALLBROOK PUBLIC UTILITY                Georgiette M. Pfau
    DISTRICT, ET AL,

12                      Defendants,

13      The defendants,  Zeno T. Pfau and Georgiette M. Pfau

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17      ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18

19      These answering defendants hereby incorporate by reference

20  all of the allegations contained in the answer to said Complaint and

21  Supplementary and Amendatory Complaint filed in this case by Newton

22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23  of the portion thereof entitled "Affirmative Statement of Rights")

24  and make each and all of said allegations a part of this answer

25  the same as if herein set forth at length.

INDEXED

COPY RECEIVED

26      AFFIRMATIVE STATEMENT OF RIGHTS

27      These defendants own 26 acres of land in San Diego, Co.

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

31  part of this statement.                            11699

32



A portion of the North Half of the Southwest Quarter of Section
17, Township 9 South, Range 3 West, San Bernardino Meridian, in
the County of San Diego, State of California, according to United
States Government Survey approved September 11, 1879, described as

A portion of the North Half of the Southwest Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows;

Beginning at the West Quarter corner of said Section 17, as shown on Record of Survey Map No. 861, on file in the office of the Recorder of said San Diego County; thence South 0 42' 40" East along the West line of said Section 17 a distance of 542.19 feet, said point being Northerly 126.26 feet from the Southwest corner of the Northwest Quarter of the Northwest Quarter of the Southwest Quarter of said Section 17; thence along a line parallel to and distant Northerly 126.26 feet from the South line of Said Northwest Quarter of the Northwest Quarter of the Southwest Quarter South 89 48' East 690.87 feet to a point in the East line of the said Northwest Quarter of the Northwest Quarter of the Southwest Quarter; thence along said East line and the East line of the Southwest Quarter of the Northwest Quarter of the Southwest Quarter of said Section 17, South 0 13' 50" East 659.20 feet; thence leaving said East line North 31' 07" East 193.82 feet; thence North 74 23' 30" East 244.72 feet; thence North 9 23' East 87.22 feet; thence North 59 12' East 377.81 feet to a point in the East line of the West Half of the West Half of the Northeast Quarter of the Southwest Quarter of said Section 17; thence along said East line North 0 29' 25" East 386.28 feet to a point in the East and West center line of said Section 17; thence along said East and West center line North 89 45' 45" West 1738.55 feet to the point of beginning.

11699A

11699

*unnew & stream of water flowing along
entire eastern border.*

1  *Riparian land*
2  *all planted to avocados;*
3  *Defendant claim all the right of overlying land*
4  *owners and to water which may originate in or may*
5  *be found, on or under, or which may cross their land.*
6  *Defendants claim the right to dig or drill wells and*
7  *exercise water reclamation, and conservation practices*
8  *as are now or may be known.*
9  *Defendant hereby incorporate, the same as set*
10 *forth herein, in full, all the affirmative, defenses*
11 *of F.P.U.D. on file in these proceedings.*
12 *Defendant claim, all the above for all lands*
13 *in which they may have any financial*
14 *interest whatsoever.*
15
16
17
18          WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.
25
26                              _____
27
28                              _____
29                              Defendants in propria persona
30
31
32  Dated: *May 16th 1958*

                                        11700