Monroe Painter
Jean M. Painter
Defendants in propria persona
Oak Grove, Aguanga, Calif.

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M D Kuszling
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
            Plaintiff,
    v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
            Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
Monroe Painter
Jean M. Painter

The defendants, Monroe Painter, Jean M. Painter each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 37 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED    INDEXED

11701

Exhibit A

The real property in the
State of California, described as...Aguanga, County of San Diego

The North half of Lot 1, except the Easterly 201 feet thereof; the East half of Northeast quarter of Lot 2 and South half of Southwest quarter of Lot 2, all in section 20, Township 9 South, Range 2 East, San Bernardino Meridian in the County of San Diego, State of California, according to United States Government Survey approved January 31, 1895.

Also that portion of the Southwest quarter of said Lot 1 in said Section 20, Township 9 South, Range 2 East, lying East of a line described as follows:

Commencing at the Northwest corner of Southwest quarter of said Lot 1; thence Southeasterly in a straight line to a point on the South line of said Lot 1, which is 357 feet East of the Southwest corner of said Lot 1;

Also an easement for pipe line 15 feet wide together with the right of ingress and egress for maintenance and repair and appurtenant to all said lands, herein described, through portions of said Lots 1 and 2 in said section 20, the center line of said easement being described as follows:

Beginning at the Northwest corner of said Lot 1; thence South 51° East 652 feet to a point; thence South 48° West to intersect a line drawn from the Northwest corner of the Southwest quarter of said Lot 1, to a point on the South line of said Lot 1, which is 357 feet East of the Southwest corner of said Lot 1; being the true point of beginning; thence continuing South 48° West from the true point of beginning; to the East line of the South half of the Southwest quarter of said Lot 2.

Monroe Painter,
Jean M. Painter

11702

Monroe Painter and Jean M. Painter
Answering to original complaint.

We have no information or belief sufficient to enable us to answer the allegations of paragraph II and VII of the original complaint and basing our denial upon that ground, deny all allegations in said paragraphs contained.

Answering the allegations of paragraph IV deny that any conduct of the answering defendants threatens the destruction of the basin referred to in said paragraph or damages the plaintiff in any way.

Answering the allegations of paragraph V and VI deny that the litigation and/or the stipulated judgement referred to in said paragraphs are binding upon or in any manner affect our rights, and deny that the plaintiff is entitled to any rights, titles, interests or priviloges as against any of the answering defendants by reason thereof.

We own 37 acres of land. 32 acres in one piece, and 5 acres in another. There are about 27 acres of tillable soil. The 5 acres is undeveloped. We have 10 double cabins, most of them unfinished, 1 cottage, a shed and a wash house. A large recreation hall 30x90 ft. We had a well which caved in making it necessary to drill another, nearly a year ago. We use no water from the creek which crosses our property, in fact only twice in the seven years we have owned the place has there been any water in it. We would need about 60 acre feet of water annually for the developement of above mentioned property. We are trying to make a living by renting cabins and trailer space, which we could not do without adequate water. At the moment our supply is sufficient, but in the future we might need to drill other wells.

Monroe Painter,
Jean M. Painter

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Monroe Painter*

*Jean M. Painter*

Defendants in propria persona

Dated: 5-27-58

11703