FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M C Kusling
         DEPUTY CLERK

Angeline Mauvezin
**Defendants in propria persona**
1234 Magnolia Ave.,
Los Angeles 6, California.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
              Plaintiff,     ) ANSWER OF DEFENDANTS
       v.                    ) Angeline Mauvezin
FALLBROOK PUBLIC UTILITY     )
DISTRICT, ET AL,             )
              Defendants,    )

The defendants, Angeline Mauvezin each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own forty acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED    INDEXED                                      11704

   Defendant claims riparian rights, irrigation rights, water-well rights and whatever other water rights are applicable to this 40 acre parcel.

   WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

             *Angeline Mauvezin*
            Defendants in propria persona
            Angeline Mauvezin
             1234 Magnolia Ave.,
             Los Angeles 6, California.

Dated:  May 20, 1958.

                    11705

Angeline Mauvezin

EXHIBIT "A"

Description of Property

The south half of the north half of southwest quarter of section 35, Township 6 South, Range 1 West, San Bernardino Base and Meridian, County of Riverside, State of California.

11706