F I L E D

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M O Tressburg_
DEPUTY CLERK

Defendants in propria persona   LEONARD MAC DONALD

870 LARRABEE ST
LOS ANGELES 46, CALIFORNIA.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,          )    CIVIL NO. 1247 - SD - C
                    Plaintiff,     )    ANSWER OF DEFENDANTS
          v.                       )    LEONARD MAC DONALD
                                   )
FALLBROOK PUBLIC UTILITY           )
DISTRICT, ET AL,                   )
                                   )
                    Defendants,    )

          The defendants   LEONARD MAC DONALD

each severing from their co-defendants and each for himself or her-

self alone, in answer to the Complaint and Supplementary and Amenda-

tory Complaint on file herein, admit, deny, and allege:

          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT

          These answering defendants hereby incorporate by reference

all of the allegations contained in the answer to said Complaint and

Supplementary and Amendatory Complaint filed in this case by Newton

T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

of the portion thereof entitled "Affirmative Statement of Rights")

and make each and all of said allegations a part of this answer

the same as if herein set forth at length.

          AFFIRMATIVE STATEMENT OF RIGHTS

          These defendants own  half acres of land in   Riverside

County, California, and within the watershed of the Santa Margarita

River, more particularly described in the document attached hereto,

marked Exhibit A, which is hereby incorporated by reference as a

part of this statement.

COPY RECEIVED      INDEXED

11707

## EXHIBIT "A"

Lots 3 and 4 and the Northwest rectangular one half
of Lot 2, Block 36 of the Town of Temecula as shown
by Map on file in Book 15, Page 726 of Maps, San
Diego County Records
Excepting from said Lot 4 the Northwest rectangular
12 foot thereof, and adding Per Vac St ADJ & NW S E
36 ' Lot 4.

11708

This land is riparian; approximately one half acre is tillable.

Defendant has obtained water from a well on the property and uses same for domestic purposes, and irrigate the land to grow feed for turkeys, chickens, fowls, and rabbits for sale.

Defendant claims the right to use any and all water needed for the conduct of this project.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Leonard  Mac Donald_

Defendants in propria persona

Dated:

May 23rd, 1958.

11709