```
 1  DAVID LOPEZ and TRANQUILINA M. LOPEZ

 2  Defendants in propria persona
        18530 Nordhoff Street,
 3          Northridge, California

 4
```

**FILED**
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

```
 5           IN THE UNITED STATES DISTRICT COURT

 6              SOUTHERN DISTRICT OF CALIFORNIA

 7                    SOUTHERN DIVISION

 8  UNITED STATES OF AMERICA     )   CIVIL NO. 1247 - SD - C
                                 )
 9              Plaintiff,       )   ANSWER OF DEFENDANTS
                                 )
10       v.                      )   ANSWER TO COMPLAINT AND
                                 )   SUPPLEMENTARY AND AMENDATORY
11  FALLBROOK PUBLIC UTILITY     )      COMPLAINT OF
    DISTRICT, ET AL,             )      DAVID LOPEZ AND
12              Defendants,      )   TRANQUILINA M. LOPEZ.
```

13      The defendants, David Lopez and Tranquilina M. Lopez,

14 each severing from their co-defendants and each for himself or herself

15 alone, in answer to the Complaint and Supplementary and Amendatory Com-

16 plaint on file herein, admit, deny, and allege:

17              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                              AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference all
19
of the allegations contained in the answer to said Complaint and Supple-
20
mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
thereof entitled "Affirmative Statement of Rights") and make each and all
23
of said allegations a part of this answer the same as if herein set forth
24
at length.
25
                    AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own 1½   acres of land in San Diego
27
County, California, and within the watershed of the Santa Margarita River,
28
more particularly described in the document attached hereto, marked Exhibit
29
A, which is hereby incorporated by reference as a part of this statement.
30

31

32

COPY RECEIVED    INDEXED

EXHIBIT A

That portion of Lot One in Section Eighteen, Township Nine South, Range Three West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Beginning at the Southwest corner of said Lot 1, running thence Northerly along the West line of said Lot 661.50 feet to the Northwest corner of the land described in deed to Thomas E. Morris and Sarah E. Morris, recorded in Book 562, page 310 of Official Records; thence North 89°53' East along the North line of said Morris land and the Easterly prolongation thereof 238.71 feet to the true point of beginning; thence continuing North 89°53' East along said prolonged line 225 feet, more or less, to intersection with the Southerly prolongation of the Easterly line of the land described in deed to James Edward Gladding, Jr., recorded in Book 520, page 466 of Official Records; thence Southerly along said Southerly prolongation of the Easterly line of said Gladding land 208.71 feet, more or less, to a Northerly line of the land described in deed to John Reaney, recorded in Book 841, page 247 of Official Records; thence Westerly along the Northerly line of said Reaney land 225 feet, more or less, to a point which is North 89° 53' East 20 feet from the Southeast corner of the land of said Thomas E. Morris and Sarah E. Morris; thence Northerly parallel with the East line of said Morris' land 208.71 feet, more or less, to the true point of beginning.

----------

11711

1  DEFENDANTS CLAIM ALL RIPARIAN RIGHTS TO ALL WATERS PERCOLATING THROUGH
   their land, whether from the Santa Margarita River and its tributaries,
2  whether from springs, streams or wells, etc., and to take water from
   their land, whether for domestic, industrial, business or irrigation
3  purposes.

4  They have approximately 1½ acres planted to a Commercial Grove of 126
   ~~75~~ trees, 25 years old; also a Home, Garden and Family Fruit trees.
5  They are now buying water from the Fallbrook Public Utility District,
   and because of the advanced age of the trees, they claim the right
6  to use 9 acre-feet of water next year, more or less, as required.

7  In addition to the claim and uses as herein made, the defendants claim
   all rights of overlying landowners to any water which may originate in,
8  or under, or cross their land. Defendants claim the right to drill and
   to dig wells, and exercise water reclamation and conservation practices
9  as now or may be known in the future.

10 Defendants hereby incorporate the same as though set forth herein in
   full all of the Affirmative Defenses of the Fallbrook Public Utility
11 District on file in these proceedings.

12 Defendants claim all the above for all lands in which they have any
   financial interest whatsoever.
13
   FURTHERMORE, they pray the court to award them adequate damages to
14 reimburse them for the cost of preparing and prosecuting their defense,
   to alleviate the grievous physical, moral and intellectual suffering
15 inflicted upon them by this attempted acrimonious, confiscatory
   usurpation of property rights, instituted against them by the agencies
16 of the United States Government.

17
           WHEREFORE, these defendants pray that plaintiff take nothing
18
   against them by reason of the Complaint and Supplementary and Amenda-
19
   tory Complaint on file herein; that said Complaint be dismissed as
20
   against these defendants; that defendants' right to water, as hereinabove
21
   set forth, be quieted as against the plaintiff and against all other de-
22
   fendants in this action; and for such other and further relief as the
23
   Court may deem proper.
24

25
                                        *David Lopez*
26                                      David Lopez

27
                                        *Tranquilina M. Lopez*
28                                      Tranquilina M. Lopez

29                                      Defendants in propria persona
                                           18530 Nordhoff Street,
30                                            NORTHRIDGE,
                                                    California
31

32 Dated: May 15, 1958

11712