1 Lawrence D. Klose; Bernice J. Klose (wife)
2 Defendants in propria persona
3 1317 So. Mayflower, Monrovia Calif.

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
by M O Keesling
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, <br> Defendants, | CIVIL NO. 1247 - SD - C <br> ANSWER OF DEFENDANTS <br> Lawrence D. Klose <br> Bernice J. Klose (wife) |

The defendants, Lawrence D. Klose Bernice J. Klose each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 114.94 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED   INDEXED

11713

EXHIBIT "A"

This discription set forth in Record Patent Number I092304

Whereas, a cretificate of the Register of the Land Office at Los Angeles, California, has been deposited in the General Land Office whereby it appeares that, Pursuant to the Act of Congress of May, 20, 1862, "To Secure Homesteads to Actual Settlers on the Public Domain," and the acts supplemental thereto, the claim of LAWRENCE D. KLOSE has been established and duly consummated, in conformity to law, for the LOTS FIVE, SIX, ELEVEN, AND TWELVE OF SECTION NINE IN TOWNSHIP EIGHT SOUTH OF RANGE TWO EAST OF THE SAN BERNADINO MERIDIAN, CALIFORNIA, CONTAINING ONE HUNDRED FOURTEEN ACRES AND NINETY-FOUR HUNDREDTHS OF AN ACRE, ACCORDING TO THE OFFICIAL PLAT of the Survey of the said Land, on file in the General Land Office.

NOW KNOW YE, That there is, therefore, granted by the UNITED STATES UNTO THE SAID CLAIMANT THE TRACT OF LAND above described: TO HAVE AND TO HOLD the said tract of Land, with the appurtenences thereof, unto the said claimant and to the heirs and assigns of the said claimant, forever: subject to any vested and accrued water rights for mining, agricultural, manufracturing, or other purposes, and rights to ditches and reservoirs used in connection with such water rights, as may be reconized and acknowledged by the local customs, laws, and decisions of the courts: and there is reserved from the lands hereby granted a right of way thereon for ditches or canals constructed by the authority of the United States.

11714

1  The Defendant states: The land approximately twenty
2  (20) acres suitable for irrigated crops and the balance
3  can be used for grazing cattle, raising chickens,
4  and domestic rabbits.
5  The Defendant states: That we have no well on the
6  property at present, but expect to have in the
7  future. At that time we could use four and five tenths
8  (4.5) acre feet per tillable acre.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Laurence D. Klose*

*Bernice J. Klose*
Defendants in propria persona

Dated: May 26th 1958

11715