FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M E _____ DEPUTY CLERK

Thomas K. Kenney and Ruth W. Kenney
Defendants in propria persona
Box 104 Star Route, Anza, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Thomas K. Kenney |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | And |
| Defendants, | Ruth W. Kenney |

The defendants, Thomas K. Kenney and Ruth W. Kenney each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 152.89 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED   INDEXED

11716

This property is rolling and partially cleared. At present about thirty (30) acres is tillable. About fifteen (15) acres could be cleared and tilled in addition. At present there is a well on the property used only for domestic purposes.

Defendants claim the right to all water from the existing well. Defendants also claim the right to drill one additional well to furnish the above mentioned thirty (30) acres with two (2) acre feet of water per acre.

Defendants further claim the right to develop sufficient water, through other wells, to serve eight (8) additional home sites with domestic water.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Thomas K. Kenney*

*Ruth W. Kenney*

Defendants in propria persona

Dated: May 24, 1958

11717

EXHIBIT A

That portion of the Northwest quarter of Section 24, Township 7 South, Range 2 East, San Bernardino Base and Meridian, situate East of Cary Road; 152.83 acres.

11718