We submit this document as an amended answer to one filed
in Mr. Rankin's office on May 14, 1958.



FILED

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
         DEPUTY CLERK

1    PAUL L. BROOKS and ELLEN JAYNE BROOKS
2    Defendants in propria persona
     Route 2, Box 200-A
3    Fallbrook, California

4              IN THE UNITED STATES DISTRICT COURT

5               SOUTHERN DISTRICT OF CALIFORNIA

6                      SOUTHERN DIVISION

7    UNITED STATES OF AMERICA,          )    CIVIL NO. 1247 - SD - C
8                        Plaintiff,     )    ANSWER OF DEFENDANTS
9                                       )
10        v.                            )    PAUL L. BROOKS AND
                                        )    ELLEN JAYNE BROOKS
11   FALLBROOK PUBLIC UTILITY           )
     DISTRICT, ET AL,                   )
12                       Defendants,    )

13        The defendants  PAUL L. BROOKS and ELLEN JAYNE BROOKS

14   each severing from their co-defendants and each for himself or her-

15   self alone, in answer to the Complaint and Supplementary and Amenda-

16   tory Complaint on file herein, admit, deny, and allege:

17            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18

19        These answering defendants hereby incorporate by reference

20   all of the allegations contained in the answer to said Complaint and

     Supplementary and Amendatory Complaint filed in this case by Newton

21   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

22   of the portion thereof entitled "Affirmative Statement of Rights")

23   and make each and all of said allegations a part of this answer

24   the same as if herein set forth at length.

25            AFFIRMATIVE STATEMENT OF RIGHTS

26        These defendants own 9.99 acres of land in San Diego

27   County, California, and within the watershed of the Santa Margarita

28   River, more particularly described in the document attached hereto,

29   marked Exhibit A, which is hereby incorporated by reference as a

30   part of this statement.

31

32

COPY RECEIVED   INDEXED

                                                           11719

We furthermore claim rights to such water as may be pumped from 1 drilled well and 1 dug well on property. We reserve rights to in the future drill another well or wells.

We reserve rights to construct a farm pond or ponds. We reserve the right to fill and use reservoir now on property.

And also claim rights to a reasonable amount of 4.2 acre feet of water per acre, total 7 acres--total water 29.4 acre feet of water per year.

The property now has approximately 5 acres of grapes and 1 acre of olives. We believe it capable of some permanent pasture.

We have 90 rabbits (does) to water and intend to increase this extensively.

We also state: This property has been in continuous occupancy since 1894 or before, as witness old stone building (on property) with above date carved in lintel.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Paul L Brooks*

*Ellen Jayne Brooks*

Defendants in propria persona
Route 2, Box 200-A
Fallbrook, California

Dated:  May 26, 1958

11720

"Exhibit A"

All that portion of Lot 1 in Section 4, Township 9
South, Range 2 West, San Bernardino Meridian, in the County
of San Diego, State of California, described as follows:
Beginning at the Northeast corner of said Lot, being
at a mound set by A. C. Fulmer, a 6" by 9" by 20" granite
stone marked A. C. F.; thence South 89° 54' 30" West along
the North line of said Lot, 633.6 feet to the center line
of the County Road as shown on Road Survey No. 601, filed
in the County Surveyor's Office of said San Diego County;
thence South 6° 22' 30" West along the center line of said
road, 339.26 feet to the beginning of a tangent curve con-
cave Easterly having a radius of 600 feet; thence Southerly
along the arc of said curve through a central angle of 12°
21' for a distance of 129.33 feet; thence South 5° 58' 30" East
along the center line of said road 43.08 feet; thence leav-
ing said center line South 68° 41' 00" East, 717.30 feet to
the Easterly line of said Lot; thence North 0° 05' 30" West
along said Easterly line, 770.96 feet to the point of
beginning.

11721