

F I L E D

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M.D. Keeler_
DEPUTY CLERK

WILLIAM F. JENSEN and EDNA F. JENSEN
Defendants in propria persona
P. O. Box 234,
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )   CIVIL NO. 1247 - SD - C
                                    )
                 Plaintiff,         )   ANSWER OF DEFENDANTS
                                    )   WILLIAM F. JENSEN AND
         vs.                        )   EDNA F. JENSEN
                                    )
FALLBROOK PUBLIC UTILITY            )
DISTRICT, ET AL,                    )
                                    )
                 Defendants,        )

        The defendants, WILLIAM F. JENSEN and EDNA F. JENSEN,

each severing from their co-defendants and each for himself or her-

self alone, in answer to the Complaint and Supplementary and Amenda-

tory Complaint on file herein, admit, deny, and allege:

        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT

        These answering defendants hereby incorporate by reference

all of the allegations contained in the answer to said Complaint and

Supplementary and Amendatory Complaint filed in this case by Newton

T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

of the portion thereof entitled "Affirmative Statement of Rights")

and make each and all of said allegations a part of this answer

the same as if herein set forth at length.

        AFFIRMATIVE STATEMENT OF RIGHTS

        These defendants own one  acres of land in San Diego

County, California, and within the watershed of the Santa Margarita

River, more particularly described in the document attached hereto,

marked Exhibit A, which is hereby incorporated by reference as a

part of this statement.

COPY RECEIVED   INDEXED

11722

Present use of water includes domestic uses comprised of home needs and maintaining family fruit trees and flowers.

Having purchased the land described in Exhibit "A" on February 2, 1958, it has not been possible for the defendants to determine the full potentialities of the land.  The soil is sandy loam of a type generally accepted as that in which avocado trees grow well.

The defendants therefore claim the right to four and two tenths (4.2) acre feet of water per year from their present source of water and also claim the right to dig wells on said property and tap any springs which may emanate from said property should the need arise to do so to maintain any future planting of trees or other crops or building of buildings on said property.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*William F. Jensen*

*Edna F. Jensen*

Defendants in propria persona

Dated: *May 25, 1958*

11723

## EXHIBIT A

**PARCEL 1:**

All that portion of the West 228.00 feet of Lot 1 of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Commencing at the intersection of the West line of said Lot 1 with the South line of the North 553.30 feet of said lot and its Westerly prolongation; thence South 0°20'15" West along said West line 57.23 feet to the TRUE POINT OF BEGINNING; thence South 64°58'36" East, 144.95 feet; thence South 0°20'15" West to an intersection with a line drawn parallel with and distant 100.00 feet Northerly measured at right angles from the North line of Juniper Street as conveyed to the County of San Diego by deed dated December 28, 1918, and recorded in Book 751, page 56 of Deeds; thence North 89°19'00" West along said parallel line 131.70 feet to an intersection with said West line of Lot 1; thence North 0°20'15" East along said West line 309.27 feet to the TRUE POINT OF BEGINNING.

RESERVING THEREFROM an easement for ingress and egress for road and public utility purposes over, under, along and across the West 20.00 feet and the Northerly 25.00 feet.

**PARCEL 2.**

All that portion of the West 228.00 feet of Lot 1 of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Commencing at the intersection of the West line of said Lot 1 with the South line of the North 553.30 feet of said lot and its Westerly prolongation; thence South 0°20'15" West along said West line 57.23 feet; thence South 64°58'36" East, 144.95 feet to a point hereinafter referred to as point "A" and the TRUE POINT OF BEGINNING; thence South 0°20'15" West to an intersection with a line drawn parallel with and distant 100.00 feet Northerly measured at right angles from the North line of Juniper Street as conveyed to the County of San Diego by deed dated December 28, 1918 and recorded in Book 751, page 56 of Deeds; thence South 89°19'00" West along said parallel line 96.30 feet to an intersection with the East line of said West 228.00 feet of Lot 1; thence North 0°20'15" East along said East line to an intersection with a line bearing North 89°48'00" East from the true point of beginning; thence South 89°48'00" West 96.30 feet to the TRUE POINT OF BEGINNING.

ALSO an easement for ingress and egress for road and public utility purposes over, under, along and across that portion of the West 20.00 feet of said Lot 1 lying North of a line drawn parallel with and distant 100.00 feet Northerly, measured at right angles from the North line of said Juniper Street and lying Southwesterly of the following described line:

Beginning at said Point "A" hereinabove mentioned; thence North 64°58'36" West, 144.95 feet to the West line of said Lot 1.

AND ALSO an easement for ingress and egress for road and public utility purposes over, under, along and across a strip of land 25.00 feet in width , lying Southwesterly of and adjacent to to a line described as follows:

Beginning at said Point "A" hereinabove mentioned; thence North 64°58'36" West to an intersection with the East line of the West 20.00 feet of said Lot 1. The Southwesterly line of said easement to be shortened or prolonged so as to terminate on the West in the East line of said West 20.00 feet of Lot 1 and on the East in the West line of above first described land.

11724