GEORGE D. HEPBURN AND FLORENCE J. HEPBURN
Defendants in propria persona
Anza, California.

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
              Plaintiff,   )   CIVIL NO. 1247-SD-C
          vs.              )
                           )   ANSWER TO COMPLAINT AND
FALLBROOK PUBLIC UTILITY   )   SUPPLEMENTARY AND AMENDATORY
DISTRICT, ET AL.,          )   COMPLAINT OF
              Defendants   )   GEORGE D. HEPBURN and
                           )   FLORENCE J. HEPBURN

The defendants, GEORGE D. HEPBURN and FLORENCE J. HEPBURN, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO ORIGINAL COMPLAINT

#### 1.

These answering defendants have no information or belief sufficient to enable them to answer the allegations of Paragraphs ll and Vll of the original Complaint ans basing their denial upon that ground, deny all allegations in said paragraphs contained.

#### ll.

Answering the allegations of Paragraph lV, defendants deny tha t any conduct of these answering defendants threatens the destruction of the basin referred to in said paragraph or damages the plaintiff in any manner.

#### lll.

Answering the allegations of Paragraph V and Vl, deny that the litigation and / or the stipulated judgment referred to in

COPY RECEIVED   INDEXED

11725

1   said paragraphs are binding upon or in any manner affect the rights
2   of these answering defendants, and deny that the plaintiff is en-
3   titled to any rights, titles, interests, or privileges as against
4   any of the answering defendants by reason thereof.

       IV.

6      Answering the allegations of Paragraph VIII, admit that
7   the plaintiff makes the claims and assertions specified in said
8   paragraph; these answering defendants have no information or be-
9   lief sufficient to enable them to answer the remaining allegations
10  of said paragraph and basing their denial on that ground, deny all
11  of said allegations.

       V.

13     Answering the allegations of Paragraph IX, deny that any
14  action or conduct of these answering defendants has caused
15  the plaintiff any damage or has contributed to any of the injuries
16  alleged in said paragraph; these answering defendants have no in-
17  formation or belief sufficient to enable them to answer the remain-
18  ing allegations of said paragraph and basing their denial on that
19  ground, deny all of said allegations.

    <u>ANSWER TO SUPPLEMENT TO COMPLAINT</u>

    <u>Answer to Counts Nos. 1 to XIV, inclusive</u>

       I.

23     In answer to Counts I to XIV, inclusive, of the supple-
24  ment to plaintiff's Complaint, these answering defendants hereby
25  incorporate by referrence Paragraphs I to V, inclusive, of the above
26  Answer to plaintiff's original Complaint.

       II.

28     These answering defendants admit that the plaintiff makes
29  the contentions set forth in said counts; deny that any actions of
30  these answering defendants have injured plaintiff; and have no
31  information or belief sufficient to enable them to answer any of

-2-

the remaining allegations in any of said counts contained and basing their denial on that ground, deny all of said allegations not hereinabove expressly admitted or denied.

#### Answer to Counts Nos. XV-XXI, Inclusive

I.

These answering defendants hereby incorporate by reference Paragraphs I and II of their answer to Counts I to XIV, inclusive.

II.

These answering defendants deny each and every allegation contained in Paragraphs II and III of Count XXI.

III.

The defendants admit that plaintiff owns certain tracts of land comprising the Cleveland and San Bernardino National Forests which are administered by the Bureau of Land Management of the Department of the Interior, which tracts are within the watershed of the Santa Margarita River; admit the allegations with reference to the flow of Temecula Creek and its tributaries; admit that the exhibits mentioned in said Counts are attached to the Complaint; admit that the United States of America makes the contentions set forth in Counts XVIII, XIX, and XX; these answering defendants have no information or belief sufficient to enable them to answer the remaining allegations in said Counts XV to XXI, inclusive, and basing their denial on that ground, deny all of said allegations.

### ANSWER TO AMENDMENT TO COMPLAINT

#### Answer to Counts Nos. XXII to XXV, Inclusive.

I.

These answering defendants hereby incorporate by reference Paragraphs I, II and III of their answer to Counts XV to XXI, inclusive.

-3-

11727

II.

These answering defendants deny the allegations of Paragraphs I and II of Count XXII.

III.

These answering defendants admit that plaintiff makes the contentions set forth in Paragraph III of Count XXII; deny each and every allegation in said paragraph contained except as hereinabove admitted.

IV.

These answering defendants admit that plaintiff makes the contentions set forth in Counts XXII to XXV, inclusive; admit that the application referred to in Paragraph II of Count XXIV was filed and in this connection allege that said application was rejected and denied by the State Board of Water Rights of the State of California on April 10, 1958, admit that these answering defendants claim the right to the use of water specified in the Affirmative Statement of Rights hereinbelow set forth; deny that any claim of these defendants invades any rights of the United States of America; deny the allegations of Count XXI except as hereinabove expressly admitted.

V.

These answering defendants have no information or belief sufficient to enable them to answer the remaining allegations contained in said counts and basing their denial upon that ground, deny all of the allegations not hereinabove expressly admitted or denied.

AFFIRMATIVE STATEMENT OF RIGHTS

I.

These answering defendants own approximately 57 acres of land situated within the watershed of the Santa Margarita River.

These answering defendants claim the the term "Santa Margarita River Watershed" refers to surface water only. Defendants' land is described more particularly as follows:

-4-

11728

1  That certain land situated in Riverside
2  County known as Lot 4 of the Northwest
   quarter of Section 13, Township 7 south,
3  Range 2 East, San Bernardino Base and Meridian;
   (Excepting: beginning at the Northwest corner,
4  the Southerly 400 feet, thence Easterly 500 feet, thence
   Northerly 400 feet, thence Westerly
5  500 feet to the point of origin), and
   Lot 5 of the Northwest quarter of Section 13,
6  Township 7 South, Range 2 East, San Bernardino
   Base and Meridian; (Excepting: the South
7  480 feet). Approximating 57 acres.

8  Approximately 40 acres are tillable and suitable
9  for irrigated permanent pasture and the balance is suitable
10 for grazing or poultry raising. There is one domestic well
11 75 feet deep that has been in constant use for about 30 years.
12 In 1948 Defendants drilled one irrigation well that produced
13 approximately 15 miners inches the first year. Since 1949
14 this well has been reduced in output of water by sanding up from
15 the botton and defendants claim the right to drill a replacement
16 well beside the old one.
17 Defendants also claim the right to develop water by drilling
18 additional wells, to supply at least 4.2 acre feet per year to
19 the 40 acres of tillable land.
20 Defendants claim Riparian rights.
21 WHEREFORE, these defendants pray that plaintiff take
22 nothing against them by reason of the Complaint and Supplementary
23 and Amendatory Complaint on file herein; that said Complaint
24 be dismissed as against these defendants; that defendants' right
25 to water, as hereinabove set forth, be quieted as against the
26 plaintiff and against all other defendants in this action; and for
27 such other and further relief as the Court may deem proper.

*George D. Hepburn*

*Florence J. Hepburn*

Defendants in propria persona
Anza, California.

33 Dated: May 24, 1958

-5-

11729