Angelo O. Domenigoni
Francis N. Domenigoni
Frederick E. Domenigoni

Defendants in propria persona
P.O Box 46
Winchester, California

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. C. Kiesling
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            ) CIVIL NO. 1247 - SD - C
                    Plaintiff,       ) ANSWER OF DEFENDANTS
        v.                           )
FALLBROOK PUBLIC UTILITY             ) Angelo O. Domenigoni
DISTRICT, ET AL,                     ) Francis N. Domenigoni
                                     ) Frederick E. Domenigoni
                    Defendants,      )

The defendants, Angelo O. Domenigoni, Francis N. Domenigoni, and Frederick E. Domenigoni, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2000 acres of land in RIVERSIDE County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

11451

2388

Mr. John M. Cranston
Special Master
1410 Bank of America Building
San Diego 1, California

Dear Sir:

Water in these lands is scarce and hard to find. We claim all the water that we can catch, and hold from the sky, and all we pump from the ground without injuring our neighbors wells.

At the present time we have not received any answer from the Soil Conservation Office, who was to test our soil. Our permission to do so, and signed papers were given to Mr. Voran, of the Ground Water Resources, Rainbow Office, several months ago. For this reason it is hard for us to determine our water needs for the future.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Angelo O. Domenigoni*
*Francis N. Domenigoni*
*Frederick E. Domenigoni*
Defendants in propria persona

Dated: 5/23/58

11455

Angelo O. Domenigoni
Francis N. Domenigoni
Frederick E. Domenigoni

| DESCRIPTION OF LAND | NO. OF ACRES |
|---|---|
| 1. SE¼ of Section 26 - Twp 6 S Range 2 W | 160 |
| 2. NE¼ of Section 20 - Twp 6S Range 2 W | 160 |
| 3. W ½ of NW ¼ Section 26 - Twp 6 S Range 2 W | 80 |
| 4. NE ¼ of NW ¼ Section 26 - Twp 6 S Range 2W | 40 |
| 5. N ½ of NE ¼ Section 26 - Twp 6 S Range 2W | 80 |
| 6. SW ¼ of NE ¼ Section 26 - Twp 6 S Range 2W | 40 |
| 7. All of Section 22 - Twp 6 S Range 2W | 640 |
| 8. E ½ of Section 16 - Twp 6 S Range 2W | 320 |
| 9. N ½ of Section 17 - Twp 6 S Range 2W | 320 |
| 10. NW ¼ of Section 16 - Twp 6 S Range 2W | 160 |
| | 2000 Acres |

11456