John A Hampton
Bessie P. Hampton

1  Defendants in propria persona
2  RT-2, BX-185
3  Fallbrook, Cal.
4              IN THE UNITED STATES DISTRICT COURT
5                 SOUTHERN DISTRICT OF CALIFORNIA
6                       SOUTHERN DIVISION
7
8  UNITED STATES OF AMERICA,          ) CIVIL NO. 1247 - SD - C
                                      )
9           Plaintiff,                )   ANSWER OF DEFENDANTS
                                      )   John A. and Bessie P. Hampton
10      v.                            )
                                      )
11 FALLBROOK PUBLIC UTILITY           )
   DISTRICT, ET AL,                   )
12                                    )
           Defendants,                )
13     The defendants, John A. and Bessie P. Hampton,
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                     AMENDATORY COMPLAINT
18
19     These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.
26
              AFFIRMATIVE STATEMENT OF RIGHTS
27     These defendants own 1 3/4 acres of land in San Diego Cal.
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32
                                                    INDEXED

COPY RECEIVED                                         11730


WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*John A. Hampton*

*Bessie P. Hampton*

Defendants in propria persona

Dated: 5/12/58

11732

We bought this property with the same thought in mind, that the Government had when it bought Camp Pendleton, that the water rights, above, below, or running through belonged to the property. We are now claiming these rights in this answer and not asking specified or suggested amount of water, but rather the right to use, unmolested all the water we now have on our property and the right to pump more and dig more wells if necessary to satisfy our needs.

WE the Defendants claim all the right of overlying land owners and to water which may originate in or may be found, on or under, or which may cross their land.
(Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.)
(Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.)

(Defendants claim all the above for all lands in which they have any financial interest whatsoever.)

11731/A

That portion of Lot I (Northeast Quarter of Northeast Quarter) of Section 1, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:
Beginning at the Southwest corner of said Lot I, thence along the West line of said Lot I, North 3°39'30" East 696.58 feet to a point distant South 3°39'30" West, 566.38 feet from the Northwest corner of said Lot I; thence parallel with the North line of said Lot I, North 89°45' East, 896.36 feet to the Southeasterly corner of a tract of land described as Parcel I in deed to Elizabeth Stewart Williams, dated April 14, 1942, and recorded in Book 1360, page 35 of Official Records; thence along the boundary line of said Williams land, North 8°16'30" East 7.84 feet to the true point of beginning; thence continuing North 8°16'30" East, 137.58 feet and North 89°45' East, 53.10 feet; thence leaving said Williams land and along the Northerly line of the tract of land conveyed to John A. Hampton et ux, by deed recorded in Book 2225, page 223 of Official Records, South 75°56'30" East, 418.76 feet to the center line of said state Highway No. 395 as the same existed on June 2, 1942; thence southerly along the center line of said Highway, 152.07 feet to an intersection with a line bearing South 75°56'30" East from the true point of beginning, thence North 75°56'30" West 429.32 feet to the true point of beginning.   Excepting therefrom that portion thereof conveyed to the State of California, by deed dated October 23, 1947 and recorded in book 2533, page 324 of Official Records.

11731