FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. Kurg
      DEPUTY CLERK

WILLARD FERENS GREVATT and HELEN LOUISE GREVATT
Defendants in propria persona
401 West Ivy Street,
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                            )   NO. 1247-SD-C
     Plaintiff,             )
                            )   ANSWER OF DEFENDANTS
v.                          )
                            )   ANSWER TO COMPLAINT AND
FALLBROOK PUBLIC UTILITY    )   SUPPLEMENTARY AND AMENDATORY
DISTRICT, et al,            )   COMPLAINT OF
                            )   WILLARD FERENS GREVATT and
     Defendants             )   HELEN LOUISE GREVATT

The defendants, Willard Ferens Grevatt and Helen Louise Grevatt, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 9.6 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as part of this statement.

COPY RECEIVED                                    INDEXED    11733

## EXHIBIT A

All that portion of Lot One, being the Northeast Quarter of the Northwest Quarter, in Section Twenty-Four, Township Nine South, Range Four West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows:

Commencing at yhe Southeast corner of said Lot 1; thence North 89 degrees 11' West along the South line of said Lot, 338.18 feet to the true point of beginning, being the Southeast corner of a 12-foot strip of land conveyed to Elmer S. Crooker and wife by deed dated February 10, 1936 and recorded in Book 472, Page 429 of Official Records, said point being 10 feet Westerly from the Southeast corner of a parcel of land conveyed to Christian A. Traub and wife by deed dated May 21, 1927 and recorded in Book 1363, page 72 Of Deeds; thence North 89 degrees 11' West along the South line of said Lot, 12 feet to the Southwest corner of the aforesaid 12-foot strip; thence North Zero degrees 28' East along the West line of said strip, being along a line parallel with the East line of said land conveyed to Traub, 156 feet, more or less, to the North line thereof, being a point on the South line of a parcel of land conveyed to Walter C. Helbig and wife by deed Dated November 1, 1939 and recorded in Book 5, page 11 of Official Records; thence North 89 degrees 11' West along said South line of land conveyed to Helbig and along the Westerly extension of said South line, a total distance of 306.20 feet to the East line of a parcel of land conveyed to Christian A. Traub and wife by deed dated October 1, 1926 and recorded in Book 1360, page 207 of Deeds, said East line being on the Northerly prolongation of the center line of Wisconsin Avenue, formerly Indiana Avenue, as shown on Map No. 567 of West Fallbrook; thence North Zero degrees 28' East along said East line of Traub's land, 245 feet to the Northeast corner thereof; thence North 89 degrees 13' 30" West along the North line of said land 246.02 feet, more or less, to the most Southerly corner of the parcel of land conveyed by J. Frank Bell, Jr., and wife, to Clarence O. Woods by deed recorded in the office of the County Recorder of San Diego County; thence along the Easterly boundary

11734

## EXHIBIT A - Continued

line of said land conveyed to Woods, North 7 degrees 11' 40" East
144.69 feet and North 25 degrees 26' 30" East 121.41 feet and North
16 degrees 20' 20" East 156.79 feet and North 19 degrees 40' East
104.69 feet and North Zero degrees 28' 40" East 79.23 feet, and North
Zero degrees 42' East 128.71 feet and North Zero degrees 12' 20" East
103.40 feet and North 13 degrees 17' 10" West 106.34 feet to the
South line of the North 20 feet of said Lot 1; thence along said
South line South 89 degrees 13' 30" East 133.14 feet; thence North
Zero degrees 28' East 20.0 feet to the North line of said Lot 1; thence
thereon South 89 degrees 13' 30" East 136.17 feet, more or less, to the
Northwest corner of a parcel of land conveyed to Clifford L. Crittenden
and wife by deed dated November 2, 1942 and recorded in Book 1436, page 9
of Official Records; thence South Zero degrees 28' West along the West
line of said land, 357.4 feet to the Southwest corner thereof; thence
South 89 degrees 13' 30" East along the South line of said land, 156.29
feet to the Southeast corner thereof, being also the Northwest corner
of a ten foot strip of land conveyed to Charles Zimmerman and Emma
Zimmerman by deed dated February 8, 1936 and recorded in Book 484,
page 88 of Official Records; thence South Zero degrees 28' West along
the West line of said ten foot strip, 607 feet to the Southwest corner
thereof, being also the Northeast corner of the 12-foot strip of land
conveyed to Elmer S. Crocker and wife by deed dated February 10, 1936
and recorded in Book 472, page 429 of Official Records; thence South
Zero degrees 28' West along the East line of said 12-foot strip, 156 feet,
more or less, to the true point of beginning.

11735

Defendants claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries; whether from springs, streams or wells, etc., and to take water from the land, whether for domestic, industrial, business or irrigation purposes. They have a home, a garden and family fruit trees. They are now being served water through the Fallbrook Public Utility District.

In addition they now have 18 avocado trees, twelve to thirty years old, and 150 lemon trees. On their vacant land they plan to plant more trees in the future as recommended by the United States Soil Conservation Service. For these purposes they claim the right to use eighteen acre-feet of water per year.

In addition to the claim and uses as herein made, the defendants claim all the rights of overlying landowners to any water which may originate in or under or across their land. Defendants claim the right to drill and dig wells, and exercise water reclamation and conservation practices as now or may become known.

Defendants hereby incorporate the same as though set forth herein in full, all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all the lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendant's right to water, as hereinabove set forth, be quited as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Dated:
May 26, 1958

*Willard Ferens Grevatt*
Willard Ferens Grevatt       and

*Helen Louise Grevatt*
Helen Louise Grevatt

Defendants in propria persona
401 West Ivy Street,
Fallbrook,, California.

11736