Richard Hedlund And Pearl Hedlund
Defendants in propria persona
1604 Santa Margarita Dr. Fallbrook,

Stan Torry
Barbora Torry  Morgagee

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
) 
Plaintiff, ) ANSWER OF DEFENDANTS
) Richard Hedlund
v. ) Pearl Hedlund
) 
FALLBROOK PUBLIC UTILITY ) Stan Torry
DISTRICT, ET AL, ) Barbora Torry
)
Defendants, )

The defendants, Richard Hedlund- Pearl Hedlund each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1½ acres of land in San Deigo County County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

11340

COPY RECEIVED

INDEXED

1  We ReserveWater Rights sufficient for the proper maintainance and
2  care of all Avocado, Fruot and all other trees that are planted and
3  all trees that may be planted on this property.
4  WE reserve Water Rights for any House now built (and occcupied) and
5  any House and/or Houses that may in the future be built on this
6  property.
7  We Reserve Water Rights for any future subdivision of this property.
8  We Reserve Water Rights for any Well and/or Wells that may be dug on
9  this property;
10 We Reserve Water Rights to any and all Percolating Waters that may
11 be upon and/or eventually upon the surface and/or within the soil
12 of this property.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Richard Hedlund*

*Pearl Hedlund*

Defendants in propria persona

Dated: May 21, 1958

11341

EXHIBIT "A"
Policy Of Title Insurance.

"All that portion of Lot 1 (Southwest Quarter of the Southwest Quarter) of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to the United States Government Survey approved May 3, 1859, described as follows:

Beginning at the Southwest corner of said Section 18; thence along the South line of said Section 18, North 89. 43, East 1300.20 feet to the Southwest corner of said Lot 1; thence along the East line of said Lot 1, North 0. 06' East ~~Infinity~~ 874.82 feet to the true point of beginning; thence continuing along said East line, North 0°06' East 197.95 feet; thence parallel with the North line of said Lot 1, South 89'53' West 426.00 feet; thence South 13.14; West 28.44 feet; thence South 1.17' West 130.70 feet to the beginning of a curve concave Northeasterly having a radius of 38.67 feet; thence Southeasterly along said curve 61.69 feet to the end thereof; thence on a tangent to said curve North 89 53; East 396.09 feet to the true point of beginning.

Excepting therefrom the East 10 feet thereof.

11342