

FILED

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _W.E. Keeslan_
Deputy

1  HAZEL M. MAHOLLAND
Defendant in propria persona
2  320 North Stage Coach Lane
Fallbrook, California
3

4           IN THE UNITED STATES DISTRICT COURT

5           SOUTHERN DISTRICT OF CALIFORNIA

6                 SOUTHERN DIVISION

7  UNITED STATES OF AMERICA,          )
                                       )
8                       Plaintiff,     )   CIVIL NO. 1247 - SD - C
                                       )
9            vs.                       )
                                       )   ANSWER OF DEFENDANT
10 FALLBROOK PUBLIC UTILITY            )   HAZEL M. MAHOLLAND
   DISTRICT, ET AL.,                   )
11                                     )
                        Defendants.    )
12

13        The defendant, HAZEL M. MAHOLLAND, in answer to the Complaint

14 and Supplementary and Amendatory Complaint on file herein, admits, denies

15 and alleges:

16             ANSWER TO COMPLAINT AND SUPPLE-
                 MENTARY AND AMENDATORY COMPLAINT
17

18        This answering defendant hereby incorporates by reference all of the

19 allegations contained in the answer to said Complaint and Supplementary and

   Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae
20
   Bryant (excepting only Paragraphs I and II of the portion thereof entitled
21
   "Affirmative Statement of Rights") and makes each and all of said allegations
22
   a part of this answer the same as if herein set forth at length.
23

24             AFFIRMATIVE STATEMENT OF RIGHTS

25        This defendant owns 5-1/2 acres of land in San Diego County, Califor-

26 nia, and within the watershed of the Santa Margarita River, more particularly

27 described in the document attached hereto, marked Exhibit A, which is hereby

   incorporated by reference as a part of this statement.
28
          This answering defendant wishes to reserve the right to drill a well
29

30
          WHEREFORE, this defendant prays that plaintiff take nothing against
31
   her by reason of the Complaint and Supplementary and Amendatory Complaint
32

                                  1.
                                               INDEXED

COPY RECEIVED
                                               11343

1    on file herein; that said Complaint be dismissed as against this defendant;

2    that defendant's right to water, as hereinabove set forth, be quieted as against

3    the plaintiff and against all other defendants in this action; and for such other

4    and further relief as the Court may deem proper.

5

6                    Dated: May  21  , 1958.

7

8

9                              *Hazel M. Maholland*

10                         Defendant in propria persona

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

                                  2.

                                                      11344

That portion of the Northeast Quarter of the Northeast
Quarter of Section 19, Township 9 South, Range 3 West,
San Bernardino Meridian, in the County of San Diego,
State of California, described as follows:

Beginning at the Northeast corner of said Section 19;
thence along the North line of said Section 19 South
89°35' West 202 feet; thence parallel with the East line
of said Section 19 South 0°07'45" East 515.65 feet to the
South line of the tract of land conveyed to James L. Sims,
et ux, by deed recorded in Book 1812, page 464 of Official
Records; thence along said South line North 89°39'45" East
202 feet to the East line of said Section 19; thence thereon
North 0°07'45" West 515.93 feet to the point of beginning.
RESERVING therefrom an easement for a pipe line over
the South 6 feet of the North 441 feet thereof.


Block 120 of West Fallbrook, in the County of San Diego,
State of California, according to the Map thereof No.
567 filed in the office of the Recorder of said San Diego
County, October 9, 1888.

ALSO all that portion of the West Half of Wisconsin Avenue
lying East of and adjoining the East line of said Block
120, said portion of Wisconsin Avenue having been vacated
and closed to public use on March 25, 1946 by order of
the Board of Supervisors of said San Diego County and a
certified copy of said vacation having been filed in the
Recorder's Office on March 28, 1946 in Book 2097, Page

1.

EXHIBIT "A"

11345

60 of Official Records, together with that portion of the East 10 feet of Summit Avenue, lying West of the adjoining said property, said portion of Summit Avenue having been vacated and closed to public use on February 5, 1943 by order of the Board of Supervisor's of said San Diego County and a certified copy of said vacation having been filed in the Recorder's Office on February 5, 1943 in Book 1462, page 99 of Official Records, and also that portion of the South Half of College Street lying North of and adjoining the North line of said Block 120, said portion of College Street having been vacated and closed to public use on January 21, 1935 by order of the Board of Supervisor's of said San Diego County and a certified copy of said vacation having been filed in the Recorder's Office on January 25, 1935 in Book 368, page 368 of Official Records.

That portion of the Northeast Quarter of the Northeast Quarter of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows: Beginning at a point in the North line of said Section 19, distant South 89°35' West 510.48 feet from the Northeast corner of said Section 19; thence along said North line South 89°35' West 25.00 feet to the Northeast corner of the tract of land conveyed to John M. Faeth and Edna G.

2.

Faeth, by deed recorded in Book 3810, page 211 of
Official Records; thence along the East line of said
land of Faeth, parallel with the East line of said Section
19, South 0°07'45" East 515.19 feet to the South line of
the tract of land conveyed to James L. Sims, et ux, by
deed recorded in Book 1812, page 464 of Official Records;
thence along said South line North 89°39'45" East 333.48
feet to the Southwest corner of the tract of land conveyed
to J. C. Maholland, et ux, by deed recorded in Book
3832, page 458 of Official Records; thence along the West
line of said land of Maholland, parallel with the East line
of said Section 19, North 0°07'45" West 298.00 feet to a
point distant South 0°07'45" East 217.65 feet from the
North line of said Section 19; thence parallel with the
North line of said Section 19, South 89°35' West 308.48
feet; thence North 0°07'45" West 217.65 feet to the point
of beginning.

3.