1  DONALD P. McLEAN and MARION J. McLEAN
   Defendants in propria persona
2  1288 SOUTH ALTURAS STREET, FALLBROOK, CALIFORNIA



FILED

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
by M. O. Kiesling
            DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )   CIVIL NO. 1247 - SD - C
                                    )
              Plaintiff,            )   ANSWER OF DEFENDANTS
                                    )   DONALD P. McLEAN and
     v.                             )
                                    )   MARION J. McLEAN
FALLBROOK PUBLIC UTILITY            )
DISTRICT, ET AL,                    )
                                    )
              Defendants,           )

The defendants, DONALD P. McLEAN and MARION J. McLEAN each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own      acres of land in       County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

11348

1. DEFENDANTS CLAIM ALL RIGHTS OF OVERLYING LANDOWNERS AND TO WATER WHICH MAY ORIGINATE OR CROSS THEIR LAND.
2. DEFENDANTS CLAIM THE RIGHT TO DRILL WELLS AND EXERCISE WATER RECLAMATION AND CONSERVATION PRACTICES AS ARE NOW OR MAY BE KNOWN.
3. DEFENDANTS HEREBY INCORPORATE THE SAME AS THOUGH SET FORTH HEREIN IN FULL ALL OF THE AFFIRMATIVE DEFENSES OF THE FALLBROOK PUBLIC UTILITY DISTRICT ON FILE IN PROCEEDINGS.
4. DEFENDANTS CLAIM ALL THE ABOVE FOR ALL LANDS IN WHICH THEY HAVE ANY FINANICAL INTREST WHATSOEVER.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Donald P. McLean and*
*Marion F. McLean*
Defendants in propria persona

1288 SOUTH ALTURAS STREET
FALLBROOK, CALIFORNIA

Dated: MAY 22, 1958

11349

**Property description of DONALD P. MOLNAR and MARION J. MOLNAR.**

That portion of the Northeast Quarter of the Northwest Quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows:

Beginning at the Southwest corner of said Northeast Quarter of Northwest Quarter; thence Easterly along the South line of said Northeast Quarter of Northwest Quarter 170.04 feet; thence Northerly, parallel with the West line of said Northeast Quarter of Northwest Quarter 69 feet; thence Westerly, parallel with said South line 170.04 feet to the West line of said Northeast Quarter of Northwest Quarter; thence Southerly along the said West line 69 feet to the point of beginning.

11350