F I L E D

1   A.T. GEORG LARSEN and ESTHER G. LARSEN

2   Defendants in propria persona

3   527 Minnesota,
        Fallbrook, California

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *M.D. Keasling*

4

5              IN THE UNITED STATES DISTRICT COURT

6                 SOUTHERN DISTRICT OF CALIFORNIA

7                       SOUTHERN DIVISION

8  UNITED STATES OF AMERICA         )       CIVIL NO. 1247 - SD - C

9                    Plaintiff,     )       ANSWER OF DEFENDANTS
                                    )       ANSWER TO COMPLAINT AND
10        v.                        )    SUPPLEMENTARY AND AMENDATORY
                                    )            COMPLAINT OF
11 FALLBROOK PUBLIC UTILITY         )
   DISTRICT, ET AL,                 )       A.T. GEORG LARSEN AND
12                   Defendants,    )       ESTHER G. LARSEN

13       The defendants, A. T. Georg Larsen and Esther G. Larsen

14 each severing from their co-defendants and each for himself or herself

15 alone, in answer to the Complaint and Supplementary and Amendatory Com-

16 plaint on file herein, admit, deny, and allege:

17              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                          AMENDATORY COMPLAINT

18

         These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
                    AFFIRMATIVE STATEMENT OF RIGHTS
26
         These defendants own 3/4  acres of land in  San Diego
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30

31

32

COPY RECEIVED

INDEXED

EXHIBIT A

PARCEL 1:
The North 60.30 feet of the South 100 feet of the West 155 feet of
Block "T" of Bartlett's Addition to West Fallbrook No. 1, in the
County of San Diego, State of California, according to Map thereof
No. 470, filed in the office of the Recorder of said San Diego
County, January 4, 1888.

PARCEL 2:
The South 39.70 feet of the West 155 feet of Block "T" of Bartlett's
Addition to West Fallbrook No. 1, in the County of San Diego, State of
California, according to Map thereof No. 470, filed in the office of the
Recorder of said San Diego County, January 4, 1888, and all of that
certain tract of land designated as "SS" on said Map of Bartlett's
addition to West Fallbrook No. 1, excepting therefrom the South 35.30
feet thereof.

PARCEL 3:
The South 100 feet of the East 127.5 feet of Block "T" in Bartlett's
Addition to West Fallbrook Unit No. 1, and the North 20 feet of the
East 127.5 feet of Block "U" in Bartlett's Addition to West Fallbrook
Unit No. 1, in the County of San Diego, State of California, according
to Map No. 470, filed in the office of the Recorder of San Diego County.

-------------

11352

1 Defendants claim all riparian rights to all waters percolating through
2 their land, whether from the Santa Margarita River and its tributaries,
whether from springs, streams or wells, etc., and to take water from
3 their land, whether for domestic, industrial, business or irrigation
purposes.
4

They have approximately 3/4 acre of land on which stands their home,
5 Garden, Family Fruit trees as well as 16 Avocado trees. They are now
buying their water from the Fallbrook Public Utility District but reserve
6 the right to dig a well if desired. They claim sufficient water to
supply the abovementioned in a satisfactory manner.
7

In addition to the claim and uses as herein made, the defendants claim
8 all rights of overlying landowners to any water which may originate in,
or under, or cross their land. Defendants claim the right to drill and
9 to dig wells, and exercise water reclamation and conservation practices
as now or may be known in the future.
10

Defendants hereby incorporate the same as though set forth herein in
11 full all of the Affirmative Defenses of the Fallbrook Public Utility
District on file in these proceedings.
12

Defendants claim all the above for all lands in which they have any
13 financial interest whatsoever.

14

15

16

17

18          WHEREFORE, these defendants pray that plaintiff take nothing

19 against them by reason of the Complaint and Supplementary and Amenda-

20 tory Complaint on file herein; that said Complaint be dismissed as

21 against these defendants; that defendants' right to water, as hereinabove

22 set forth, be quieted as against the plaintiff and against all other de-

23 fendants in this action; and for such other and further relief as the

24 Court may deem proper.

25

26          15 May 1958                    A. T. George Larsen
                                           A. T. George Larsen

27

28                                         Esther G. Larsen
                                           Esther G. Larsen

29                                         Defendants in propria persona

30                                              527 Minnesota
                                                   Fallbrook, California

31

32 Dated: