

FILED

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M.J. Keefling_

EDDIE A. KRAMER and EMMA E. KRAMER

**Defendants in propria persona**

1551 E. Hillcrest Lane
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | EDDIE A. KRAMER and |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | EMMA E. KRAMER |
| Defendants, | |

The defendants, EDDIE A. KRAMER and EMMA E. KRAMER
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 49 ± acres of land in San Diego
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

COPY RECEIVED

INDEXED

11354

Defendants claim all rights to present use of water.  Defendants claim all the right of overlying land owners and to water which may originate in or may be found, on, or under, or which may cross their land.

Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defences of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Eddie A. Kramer_
Eddie A. Kramer

_Emma E. Kramer_
Emma E. Kramer
**Defendants in propria persona**
1551 E. Hillcrest Lane
Fallbrook, California

Dated: May 23, 1958

11355

PARCEL 1:

That portion of the North Half of the Southeast
Quarter of the Southeast Quarter of Section 18, Township
9 South, Range 3 West, San Bernardino Meridian, in the
County of San Diego, State of California, according to
United States Government Survey approved September 11,
1879, described as follows:

Beginning at the Northeast corner of said Southeast
Quarter of Southeast Quarter; thence along the East line
of said Section 18, South 0°42'40" East 668.45 feet to the
Southeast corner of said North Half of Southeast Quarter
of Southeast Quarter; thence along the South line of said
North Half South 89°32'30" West 694.43 feet; thence parallel
with the East line of said Section 18 North 0°42'40" West
80.00 feet to the TRUE POINT OF BEGINNING; thence continuing
along said parallel line North 0°42'40" West 228.56 feet
to the Northeast corner of the tract of land conveyed to
W. H. Williams, et ux, by deed recorded in Book 3358, page
434 of Official Records; thence along the North line of
said land of Williams, South 89°26'20" West 100 feet; thence
along the West line of said land of Williams and its
Southerly prolongation South 0°42'40" East 228.39 feet
to a line drawn parallel with the South line of said North
Half of Southeast Quarter of Southeast Quarter, South 89°
32'30" West, from the TRUE POINT OF BEGINNING; thence North
89°32'30" East 100 feet to the TRUE POINT OF BEGINNING.

Exhibit "A"

11356