FILED

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
by M. O. Kinsley

TYKE KINSMAN
Defendant in propria persona
P. O. Box 22
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,         )
                                  )
            Plaintiff,            )   CIVIL NO. 1247 - SD -C
                                  )
     vs.                          )
                                  )   ANSWER OF DEFENDANT
FALLBROOK PUBLIC UTILITY          )   TYKE KINSMAN
DISTRICT, ET AL,                  )
                                  )
            Defendants.           )

The defendant, TYKE KINSMAN, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admits, denies and alleges:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

This answering defendant hereby incorporates by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and makes each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

This defendant owns three acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

This answering defendant wishes to reserve the right to drill a well.

WHEREFORE, this defendant prays that plaintiff take nothing against her by reason of the Complaint and Supplementary and Amendatory Complaint

1.

COPY RECEIVED

INDEXED   11357

1 | on file herein; that said Complaint be dismissed as against this defendant;
2 | that defendant's right to water, as hereinabove set forth, be quieted as against
3 | the plaintiff and against all other defendants in this action; and for such other
4 | and further relief as the Court may deem proper.

6 | Dated: May 21, 1958.

_____
Defendant in propria persona

2.

11358

All that portion of Lot 9 in Block 35 of West Fallbrook, in the County of San Diego, State of California, according to the Map thereof No. 743, filed in the Office of the Recorder of said San Diego County March 6, 1893, described as follows:

Beginning at the Northwest corner of said Lot 9; thence East along the North line of said Lot, 44 feet; thence at right angles South, 25 feet; thence West parallel with said North line, 44 feet to the West line of said Lot; thence North along said West line, 25 feet to the point of beginning.

That portion of the Northeast Quarter of Section 24, Township 9 South, Range 4 West, S. B. M., described as follows: Beginning at a point 363 feet South of the Northwest corner of said Northeast Quarter of Section 24; thence East 330 feet; thence South 333.5 feet to the intersection of the center line of Kalmia Street, if said Street, as shown on the map of West Fallbrook, being Map No. 743, filed in the office of the Recorder of said San Diego County March 6, 1893, were extended Westerly along said property; thence West along the center line of Kalmia Street, if extended Westerly, 330 feet, to the West line of said Northeast Quarter; thence North 333.5 feet to the point of beginning.

EXHIBIT "A"

11359