

1 MARINA B. KINGSTON
  Defendant in propria persona
2 412 West Ivy Street
  Fallbrook, California
3

4            IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                     SOUTHERN DIVISION

7  UNITED STATES OF AMERICA,   )
                               )
8              Plaintiff,      )
                               )   CIVIL NO. 1247 - SD - C
9        vs.                   )
                               )   ANSWER OF DEFENDANT
10 FALLBROOK PUBLIC UTILITY    )   MARINA B. KINGSTON
   DISTRICT, ET AL,            )
11                             )
              Defendants.      )
12

13      The defendant, MARINA B. KINGSTON, in answer to the Complaint

14 and Supplementary and Amendatory Complaint on file herein, admits, denies

15 and alleges:

16          ANSWER TO COMPLAINT AND SUPPLE-
            MENTARY AND AMENDATORY COMPLAINT
17
        This answering defendant hereby incorporates by reference all of the
18
   allegations contained in the answer to said Complaint and Supplementary and
19
   Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae
20
   Bryant (excepting only Paragraphs I and II of the portion thereof entitled
21
   "Affirmative Statement of Rights") and make each and all of said allegations a
22
   part of this answer the same as if herein set forth at length.
23
                    AFFIRMATIVE STATEMENT OF RIGHTS
24
        This defendant owns 1-1/4 acres of land in San Diego County, Califor-
25
   nia, and within the watershed of the Santa Margarita River, more particularly
26
   described in the document attached hereto, marked Exhibit A, which is hereby
27
   incorporated by reference as a part of this statement.
28
        This answering defendant wishes to reserve the right to drill a well.
29

30
        WHEREFORE, this defendant prays that plaintiff take nothing against
31
   her by reason of the Complaint and Supplementary and Amendatory Complaint
32
                                      1.

COPY RECEIVED

11360

INDEXED

on file herein; that said Complaint be dismissed as against this defendant; that defendant's right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Dated: May 21, 1958.

*Marina B. Kingston*

Defendant in propria persona

2.

11361

```
 1
 2
 3
 4
 5   Lot Seven (7) in Block Eight (8) of West Fallbrook,
 6   according to Map thereof No. 567, filed in the office of
 7   the County Recorder of said San Diego County, October
 8   9, 1888.
 9
10
11   The North One Half of the North One Half of Block One
12   Hundred Fourteen (114) of West Fallbrook, according
13   to the Map thereof No. 567, filed in the Office of the
14   Recorder of said San Diego County, October 9, 1888.
15
16   The South half of the North half of Block 114, of West
17   Fallbrook, according to the map thereof #567, filed in
18   the Office of the Recorder of said San Diego County,
19   October 9, 1888.
```

EXHIBIT "A"