FILED

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *M. A. Kusling*
    DEPUTY

1  Frank S. Jurkosky and Betty Jurkosky
   Defendants in propria persona
2  1015 So. Vancouver Ave
3  Los Angeles 22 Calif

4              IN THE UNITED STATES DISTRICT COURT
5              SOUTHERN DISTRICT OF CALIFORNIA
6                    SOUTHERN DIVISION

7  UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
8                                   )
                Plaintiff,          )   ANSWER OF DEFENDANTS
9                                   )   Frank S. Jurkosky
         v.                         )   Betty Jurkosky
10                                  )
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )
                                    )
12              Defendants,         )

13       The defendants, Frank S. Jurkosky and Betty Jurkosky
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:

17       ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                 AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference
19
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.

26              AFFIRMATIVE STATEMENT OF RIGHTS
27       These defendants own 80 acres of land in Riverside
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32 Exhibit "A"
       W. 1/2 of S.E. 1/4 Section 35
       Township 8 South   Range 3 west   S.B.M.
       County of Riverside   California

COPY RECEIVED

INDEXED

11363

Defendents are owner of 80 acres of land Described on page 1 Line 32 marked Exhibit "A."

20 acres are suitable for cabin sites for which we claim 400 gallons of water per Acre or a Total of 8,000 gal. per year.

60 Acres which are susceptible of practicable and profitable irrigation. That the water duty of which will be (4) four Acre feet per Acre or a Total of 240 Acre feet per year

Defendents now have one well approximately 40 feet deep which contains some water all the year round. Also A small Creek which runs within 12 feet of the well and flows during the winter months up to the present date May 22 1958

Defendents Claim the right as overlying Land owners to the use of the water on this Land and expect in the future to drill and maintain wells for this purpose Defendents claim Riparian Rights to the small creek and expect to use same as needed

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Frank S Jurkosky*

*Betty Jurkosky*

Defendants in propria persona

Dated: May 22 1958

11364