

F I L E D

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M O Kunzfing

William T. Johns and Genell Johns
Defendants in propria persona
230 W. Alvarado,
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )  CIVIL NO. 1247 - SD - C
        Plaintiff,  )  ANSWER OF DEFENDANTS
    v.  )  William T. Johns and Genell Johns,
FALLBROOK PUBLIC UTILITY  )  husband and wife, as joint tenants
DISTRICT, ET AL,  )
        Defendants,  )

    The defendants,   William T. Johns and Genell Johns
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own a lot of land in   San Diego
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

COPY RECEIVED

INDEXED

11368

1. Our present source of water is from the Fallbrook Public Utility District
2. We reserve the right to provide and use water, at a future date, yet
3. unknown to us at this time, for a Duplex or Apartment building, or a
4. store or any public building of any kind, by claiming the right to dig
5. or drill a well, or any other means available at that time.
6. We claim all the rights of overlying land owners and to water which may
7. orginate in or may be found on or under or which may cross our land.
8. We hereby incorporate, the same as though set forth herein in full, all
9. the affirmative defenses of the Fallbrook Public Utility District set
10. on file in these preceedings.
11. Furthermore, we pray the courts to award us adequate damages to reim-
12. burse us for the cost of preparing and prosecuting our defenses, to
13. alleviate the greivious physical, moral and intellectual suffering
14. inflicted upon us by this attempted usurpation of property rights,
15. instituted against us by the agencies of the United States Government.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*William T. Johns*

*Jewell Johns*
Defendants in propria persona

*Luella G. Shipley*
*Verne G. Shipley*
Holders of first trust deed
on above described property

Dated: May 20, 1958

11369

32.                                                          Exhibit A

That portion of the unnumbered Block known as Block 6, and shown on the map of West Fallbrook as "Hotel", in the Townsite of West Fallbrook, in the County of San Diego, State of California, according to the Map thereof No. 824, filed in the office of the Recorder of said San Diego County, November 17, 1896, described as follows:

Commencing at a point on the North line of said Block which is 62 feet East of the Northwest corner thereof; running thence South and parallel with Hill Street 135 feet; thence East and parallel with Alvarado Street 62 feet; thence North 135 feet to the North line of said Block; thence West 62 feet to the place of commencement.

11370