1 *Raymond A. and Naomi M. Grantham*
2 Defendants in propria persona
3 *1652 E Mission Rd. Fallbrook. Calif.*

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>*Raymond A. Grantham and Naomi M. Grantham*<br>*1652 E. Mission Rd. Fallbrook* |

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own *1½ and 1 lot - parcel 2* acres of land in *Fallbrook. Calif.* County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

11371

1  We are now using water from Fallbrook
2  Public Utility District on both parcels.
3  But we might want to drill a well at a
4  later date on parcel 1 where we live and
5  have 54 avocado trees.

    WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Raymond A. Grantham*

*Naomi M. Grantham*
    Defendants in propria persona

Dated: May 24th, 1958

"Exhibit A"

Parcel 1

That portion of the Southeast Quarter of the Southeast Quarter of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows: Commencing at the Northeast corner of the South half of the Southeast Quarter of the Southeast Quarter of said Section 18; thence South 89° 32' 30" West along the Northerly line of said South Half a distance of 311.65 feet to the Northeast corner of land conveyed to Ira B. Washburn by deed dated March 1, 1948 and recorded in Book 2711, page 9 of Official Records; thence South 7° 39' 30" East along the Easterly line of said land 100.74 feet to the true point of beginning; thence continuing along said Easterly line South 7° 39' 30" East 92.03 feet and South 8° 32' East 310.31 feet to the Southwest corner of land conveyed to Carl C. McTavish, et ux, by deed dated September 11, 1948 and recorded in Book 2955, page 175 of Official Records; thence North 49° 52' 30" East along the Southeasterly line of said land 156.32 feet; thence leaving said Southeasterly line North 6° 14' 50" West 276.19 feet to the Southerly line of land conveyed to Jerry F. Burt, et ux by deed dated October 15, 1952 and recorded in Book 4692, page 181 of Official Records; thence South 89° 32' 30" West along the Southerly line of said land and along the Westerly prolongation of said Southerly line 143.14 feet to the true point of beginning.

INDEX 11373

"Exhibit A" continued

Parcel 2

Lot 10 in Block 18 of Stevenson Bros. Addition to West Fallbrook, in the County of San Diego, State of California, according the map thereof No. 61 filed in the office of the Recorder of said County, June 2, 1887

11374