1  JOHN P. FADDIS ALSO KNOWN AS JOHN PAUL FADDIS
   MARJORIE N. FADDIS
2  Defendants in propria persona
   Route 2, Box 201, Fallbrook, California
3

4

5           IN THE UNITED STATES DISTRICT COURT

6            SOUTHERN DISTRICT OF CALIFORNIA

7                   SOUTHERN DIVISION

8  UNITED STATES OF AMERICA      )   CIVIL NO. 1247 - SD - C
                                 )
9              Plaintiff,        )   ANSWER OF DEFENDANTS
                                 )
10      v.                       )
                                 )
11 FALLBROOK PUBLIC UTILITY      )
   DISTRICT, ET AL,              )
12             Defendants,       )

13      The defendants,   J.P. FADDIS a.k.a. JOHN PAUL FADDIS
                          MARJORIE N. FADDIS
14 each severing from their co-defendants and each for himself or herself

15 alone, in answer to the Complaint and Supplementary and Amendatory Com-

16 plaint on file herein, admit, deny, and allege:

17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                        AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
              AFFIRMATIVE STATEMENT OF RIGHTS
26                           23
        These defendants own 2# acres of land in  SAN DIEGO
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30

31

32

INDEXED

COPY RECEIVED

11375

1. We claim the water rights on this property as our supply is governed entirely by rainfall which falls on our property. This is proved by the scarcity of water in our wells in the summer and an immediate increase with the start of the rainy season. Our best well is thirty f feet deep and is dug to solid rock, consequently there is no underground storage but only the yearly supply derived from the rainfall. This well delivers 1000 gallons daily in the winter months but will drop to 2 50 gallons in the summer. One other well at 120 feet only delivers half this ammount, again proving the lack of underground storage.

2. Our supply is barely sufficient for the domestic use and about one acre of cultivation. And additional 5 acres could be put to cultivation if sufficient water could be developed but drilling costs are prohibitive in solid rock and the results are questionable.

3. Due to this small supply of water and to the fact that any runoff which only comes in peak rainfall years flows from our property to the San Luis Rey River bed with a negligible ammount going near the Santa Margarita River or it's tributaries, we request dismissal of our names from this suit.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*John P. Faddis*

*Marjorie N. Faddis*

Defendants in propria persona

Dated: MAY 23, 1958

11376

EXHIBIT A.

All that portion of Lot 1, Section 4, Township 9 South, Range 2 West, San Bernardino Meridan, in the County of San Diego, State of California, lying Westerly of the center line of Road Survey 601, filed in the County Surveyor's Office of San Diego County, excepting therefrom the following:

All that portion of Lot 1 (Northeast Quarter of the Northeast Quarter) in Section 4, Township 9 South, Range 2 West, San Bernardino Meridian, in the County of San Diego, State of California, and described as follows:

Beginning at the intersection of the South line of said Lot 1 with the center line of the County Road as shown on Road Survey No. 601, filed in the County Surveyor's Office of San Diego County; thence South 89° 54' West along the South line of said Lot, 753.34 feet to the West line of said Lot; thence North 1° 47' 30" West along said West line, 107.84 feet; thence South 89° 40' 30" East, 726.87 feet to the center line of the aforesaid County Road; thence Southeasterly along said center line, 115 feet to the point of beginning.

11377