HALE B. EUBANKS and MARJORIE H. EUBANKS
Defendants in propria persona
1837 East Mission Road,
Fallbrook, California

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. A. Kusching
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF HALE B. EUBANKS AND MARJORIE H. EUBANKS

The defendants Hale B. Eubanks and Marjorie H. Eubanks, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
    AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

    AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 3 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

11378

EXHIBIT A

PAR, 93W-17-75
BAP ON S LI SEC 17 DIST THN S 89 56' E 994.78 FT FR SW COR
SD SEC TH N 23 45'30" W 488.78 FT TO TPOB TH CNTG N 23 45'
30" W 296.64 FT TO C/L MISSION ROAD 1-C TH E. ALG SD C/L
496.28 FT TH S 2 23' W 291.15 FT TH N 89 56 W 354.65 FT TO
TPOB (EXC MISSION RD 1-C) IN SE 1/4 OF MISSION RD 1-C) IN SW
1/4 OF SW 1/4 IN SEC. 17-9-3W

-------------

11379

1. Defendants claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries; whether from springs, streams, or wells, etc.; and to take water from their land, whether for domestic, industrial, business or irrigation purposes.

2. Defendants own three acres of land on which stand a Home, Garden, and a Commercial Grove of 200 Avocado and Citrus trees, 7 years old. They are now buying water from the Fallbrook Public Utility District; and claim the right to use approximately 18 acre-feet of water per year, more or less, as required, according to the growth of the trees.

3. In addition to the claim and uses as herein made, the defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill and to dig wells, and exercise water reclamation and conservation practices as now or may be known in the future.

4. Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

5. Defendants claim all the above for all lands in which they have any financial interest whatsoever.

6. FURTHERMORE, defendants pray the court to award them adequate damages to reimburse them for the cost of preparing and prosecuting their defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon them by this attempted acrimonious, confiscatory usurpation of property rights, instituted against us by the agencies of the United States Government.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Hale B. Eubanks*
Hale B. Eubanks

*Marjorie H. Eubanks*
Marjorie H. Eubanks
Defendants in propria persona

1837 East Mission Road
Fallbrook, California

Dated: May 15, 1958.

11380