Freddie Doolin
Defendants in propria persona
1375 West 26th Street
San Pedro, California

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. C. Kinzley, Deputy

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
         Plaintiff, )
v. )
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
         Defendants, )

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
Freddie Doolin

The defendants, Freddie Doolin each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 5 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED 11381

1  Defendant claims the right to use water from
2  a well drilled on land described in Exhibit A.
3  Defendant has not irrigated in the past
4  but claims the right to irrigate two (2) acres
5  in the future.
6  Approximately two (2) acres are tillable for
7  fruit trees an vegetables the balance
8  for rental cabins.
9  Defendant claims the right to use six (6)
10 acre feet of water per year from a well
11 on the land described in Exhibit A.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Freddie Coolen_

Defendants in propria persona
1375 West 26th Street
San Pedro, California

Dated: May 25, 1958

11382

Exhibit A

San Bernardino Meridian, California

T. 6 S., R. 1 E.,

Sec. 28, $E\frac{1}{2}NE\frac{1}{4}NW\frac{1}{4}SW\frac{1}{4}$

11383