DEANE A. BOTTORFF and MAY BOTTORFF
Defendants in propria persona
5607 Naples Canal
Long Beach 3, California

FILED

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
ANSWER TO COMPLAINT AND
SUPPLEMENTARY AND AMENDATORY
COMPLAINT OF
DEANE A. BOTTORFF AND
MAY BOTTORFF

The defendants, Deane A. Bottorff and May Bottorff, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 43 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY, RECEIVED

INDEXED
11384

EXHIBIT A

PARCEL 1: That portion of Lots 9 and 10 in Section 27, Township 9 South, Range 2 East, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey thereof approved May 17, 1918, described as follows:
The South half of said Lot 10 and that portion of said Lot 9 lying Southwesterly of a straight line beginning at a point in the Southerly line of said Lot 9, distant along said line 425 feet Easterly from the Southwesterly corner of said Lot 9 and terminating in the Northeasterly corner of said South Half of said Lot 10.

SECOND PORTION OF PARCEL 1:

An easement and right-of-way for ingress and egress for road purposes and over the Easterly 10 feet of the North Half of Lot 10 in Section 27, Township 9 South, Range 2 East, San Bernardino Meridian, in the County of San Diego, State of California according to United States Government Survey thereof approved May 17, 1918.

PARCEL 2: That portion of the North Half of Lot 10 in Section 27, Township 9 South, Range 2 East, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved May 17, 1918, described as follows:
Beginning at a point in the North line of said Lot 10, distant thereon 100 feet West from the Northeast corner of said Lot; thence South parallel with the East line of said Lot, 715 feet, more or less, to a point in the South line of the North Half of said Lot 10; thence West along said South line 1220 feet, more or less, to a point in the West line of said Lot; thence North along the West line of said Lot 715 feet, more or less, to the Northwest corner of said Lot; thence East along said North line, 1220 feet, more or less, to the POINT OF BEGINNING.

SECOND PORTION OF PARCEL 2:

An easement and right of way for ingress and egress for road purposes over the Northerly 20 feet of the Easterly 100 feet of Lot 10 in Section 27, Township 9 South, Range 2 East, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved May 17, 1918

---

11385

1. Defendants claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries, whether from springs, streams or wells, etc., and to take water from their land, whether for domestic, industrial, business or irrigation purposes.
2. Defendants own 43 acres, more or less, of land to be developed in the near future for agricultural purposes, approximately 23 acres of which are tillable. (Note: adjoining land is now in Alfalfa.) Remainder of acreage to be used for Irrigated Pasture. This land is located within approximately one mile of the headwaters of a tributary of the Santa Margarita River, which tributary bisects this acreage. Defendants hereby claim the right to the use of the water from this tributary, in sufficient quantities to suit their requirements, the minimum being 215 acre-feet of water per year. A well, equipped with pump capable of producing 225 G.P.M., is now located on this land. Defendants reserve the right to the use of this well now and forever.

In addition to the claim and uses as herein made, the defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill and to dig wells, and exercise water reclamation and conservation practices as now or may be known in the future.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

FURTHERMORE, defendants pray the court to award them adequate damages to reimburse them for the cost of preparing and prosecuting their defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon them by this attempted acrimonious, confiscatory usurpation of property rights, instituted against us by the agencies of the United States Government.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*/s/ Deane A. Bottorff*
Deane A. Bottorff

*/s/ May Bottorff*
May Bottorff

Defendants in propria persona
5607 Naples Canal
LONG BEACH 3
California

Dated: May 23rd, 1958