F I L E D

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. D. _____
DEPUTY CLERK

1  Annie E. Bergman
2  **Defendants in propria persona**
   Aguanga, California
3

4            IN THE UNITED STATES DISTRICT COURT

5             SOUTHERN DISTRICT OF CALIFORNIA

6                  SOUTHERN DIVISION

7
8  UNITED STATES OF AMERICA,        )    CIVIL NO. 1247 - SD - C
                                    )
9                   Plaintiff,      )    ANSWER OF DEFENDANTS
                                    )
         v.                         )      Annie E. Bergman
10                                  )
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )
                                    )
12                  Defendants,     )

13      The defendants, Annie E. Bergman

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17      ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT
18
19      These answering defendants hereby incorporate by reference

20 all of the allegations contained in the answer to said Complaint and

21 Supplementary and Amendatory Complaint filed in this case by Newton

22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23 of the portion thereof entitled "Affirmative Statement of Rights")

24 and make each and all of said allegations a part of this answer

25 the same as if herein set forth at length.

26      AFFIRMATIVE STATEMENT OF RIGHTS
                                          San Diego and
27      These defendants own 4923 acres of land in Riverside

28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.

32

   COPY RECEIVED                                    INDEXED
                                                   11387

AFFIRMATIVE STATEMENT OF RIGHTS          Annie E. Bergman
                                         Aguanga, California

Parcel A

This parcel, in Exhibit A, contains approximately 200 acres of tillable
land, about 30 acres of which have been irrigated since 1897 with water
diverted from Temecula Creek.  Recorded claim for the use of this water
is attached hereto, marked Exhibit B, and hereby incorporated by
reference as a part of this statement.  This entire parcel is riparian to
the Temecula Creek.

Parcel B

This parcel contains approximately 120 acres which are tillable.  There
is a spring on Lot 6 in Section 35 that furnishes stock water.

Parcel C

This parcel comprises a large acreage of rough rocky land which contains
very little tillable soil.  It is riparian to some unnamed tributaries of
the Temecula Creek and a few springs have been developed for stock water.

Parcel D

There are two wells on this land furnishing water for domestic purposes.
Percolating water forms a swamp-like area here.  There is highway
frontage and prospects of commercial development.

Parcel E

About 80 acres of tillable soil in this parcel.  A well for domestic use
has been developed.  Highway frontage on State Highway #79 may lead to
future commercial development.

Parcel F

Mostly commercial property.  One well on premises insufficient to provide
enough water for existing business.

11388

AFFIRMATIVE STATEMENT OF RIGHTS   Annie E. Bergman, Aguanga, California.

Parcel G

All tillable.

Parcel H.

Riparian to Temecula Creek, but very little is tillable.

Parcel I

Hilly land not suitable for farming.  Has spring developed for stock water.

Parcel J

About 100 acres of this parcel have been irrigated with water pumped from one of the five wells on the parcel.  There are over 100 acres in permanent pasture, and 360 acres, additional, which are tillable.

Parcel K

Approximately 80 acres of tillable land, and defendant plans to irrigate 30 acres from a well just finished this year.

Parcel L

This is land that hasn't been developed except as stock range.  It is riparian to a tributary of the Temecula Creek.

Parcel M

This is land that is partly in the Santa Margarita water shed.

11389

## II

1    Defendant claims the right to the use of water from Temecula Creek

2  and springs and tributaries for any beneficial use on this land.

3  Defendant claims the right to all percolating water on this land for any

4  agricultural or commercial development.

5    Defendant has asked for a ground and water resources survey, and

6  requests that a decision on this land be delayed  until that survey is

7  complete.

8

9

10

11

12

13

14

15

16

17

18    WHEREFORE, these defendants pray that plaintiff take

19  nothing against them by reason of the Complaint and Supplementary

20  and Amendatory Complaint on file herein; that said Complaint be

21  dismissed as against these defendants; that defendants' right to

22  water, as hereinabove set forth, be quieted as against the plain-

23  tiff and against all other defendants in this action; and for such

24  other and further relief as the Court may deem proper.

25

26                         *Annie E Bergman*

27

28

29                         Defendants in propria persona

30

31

32  Dated: *May 22 1958*

                                                    11390

EXHIBIT A

Description of property owned by Annie E. Bergman, Aguanga, California:

Riverside County                    Parcel A

The South half of Northwest quarter; the Northeast quarter of Northwest quarter; the Southwest quarter of Northeast quarter; the northwest quarter of Southeast quarter; the Northeast quarter of Southeast quarter; the Southeast quarter of Southeast quarter; and the Northerly rectangular 165 feet of Easterly 1100 feet of Southwest quarter of Section 34, Township 8 south, Range 1 east, San Bernardino Base and Meridian.

The Northwest quarter of Southwest quarter; the South half of Southwest quarter; the South half of Northeast quarter of Southwest quarter; Government Lot 11 in the Southeast quarter; all of Lot 10 in the Southeast quarter, lying Southerly of the center line of the State Highway, also known as Temecula Aguanga Highway, of Section 35, Township 8 south, Range 1 east, San Bernardino Base and Meridian.  Also all of Grantor's Existing Water Rights.

Parcel B

The Northwest quarter of the Northeast quarter and the East half of the Northeast quarter of Section 34, Township 8 south, Range 1 east; excepting that portion thereof included in the County Road; also The North half of the Northeast quarter of the Southwest quarter and Lots 4, 5, and 6 of Section 35, Township 8 south, Range 1 east; excepting that portion thereof in the County Road.

Parcel C

The Northwest quarter of Section 13, Township 8 south, Range least, San Bernardino Base and Meridian.

11391

EXHIBIT A
Annie E. Bergman

Riverside County
Parcel C   continued

East half of the Southeast quarter, the Northwest quarter of the South-
east quarter, and the northeast quarter of the Southwest quarter of
Section 13; the north half of the Northeast quarter and Lot 1 of Section
23; and the North half of the Northeast quarter and the North half of the
Northwest quarter of Section 24, Township 8 south, Range 1 east of the San
Bernardino Base and Meridian.

The East half of the East half of the Southeast quarter of Section
22, and the North half of the Southwest quarter and the Southeast
quarter of the Northwest quarter of Section 23, Township 8 south, Range
1 east, San Bernardino Base and Meridian.

Southeast quarter of Southwest quarter; Northwest quarter of Southeast
quarter, and Southwest quarter of Southeast quarter of Section 23,
Township 8 south, Range 1 east, San Bernardino Base and Meridian.

Southwest quarter of Southwest quarter of Section 25; Government lots
3, 6, 9, and 10, and East half of Northwest quarter of Section 26;
and the Northwest quarter of Northwest quarter of Section 36, Town-
ship 8 south, Range 1 east, San Bernardino Base and Meridian.

Government Lot 1, Lot 3, except County Road and one acre described as
follows: Commencing at the Northwest corner thence East 210 feet, thence
South 210 feet, thence West 210 feet, thence North 210 feet to starting
point; all of Lot 2 and all of Lot 8, except a parcel twenty-five feet
by twenty-five feet in the Southeast corner; and Government Lot 7 in
the Southeast quarter; all lots being in Section 35, Township 8 south
Range 1 east, San Bernardino Base and Meridian.

11392

EXHIBIT A
Annie E. Bergman

Riverside County
Parcel C  continued

Lot 8 of Section 26, Township 8 south, Range 1 east, San Bernardino

Base and Meridian.

The Northwest quarter; the Southeast quarter, the North half of the

Southwest quarter, the southeast quarter of the southwest quarter, the

West half of the northeast quarter, and the southeast quarter of the

northeast quarter of Section 31, Township 8 south, Range 2 east; the

southwest quarter of the northwest quarter and the south half of the

southwest quarter of Section 32, Township 8 south, Range 2 east; the

south half of the southwest quarter, the north half of the southeast quar-

ter, and the southwest quarter of the southeast quarter of Section 30,

Township 8 south, Range 2 east; the north half of the southwest

quarter and the northwest quarter of the southeast quarter of Section

29, Township 8 south, Range 2 east; the southeast quarter of the south-

east quarter of Section 25, Township 8 south, Range 1 east, and the

east half of the northeast quarter of Section 36, Township 8 south,

Range 1 east, San Bernardino Base and Meridian.

Parcel D

Northeast quarter of the southeast quarter of Section 27, Township 8

south, Range 1 east, excepting that portion beginning at southeast

corner of northeast quarter of southeast quarter, north 75 feet, thence

west to the center line of Cahuilla Road, thence along center line of

Cahuilla Road southwest to point of intersection with quarter section

line, thence east to point of beginning.

11393

EXHIBIT A
Annie E. Bergman

Riverside County
Parcel D. continued

Beginning at a point 75 feet North of the Southwest corner of the
Northwest quarter of the southwest quarter of Section 26, Township
8 south, Range 1 east, San Bernardino Base and Meridian, thence
North 250 feet, thence East 75 feet, thence South 250 feet, thence
West 75 feet to the point of beginning.

### Parcel E

The southwest quarter of Section 36, Township 8 south, Range 1 east,
San Bernardino Base and Meridian.

### Parcel F

All that portion of the Southwest quarter of the Southeast quarter of
Section 27, Township 8 south, Range 1 east, San Bernardino Base and
Meridian, as shown by U. S. Government Survey, particularly described
as follows:  Beginning at the Northwest corner of said Southwest quar-
ter of Southeast quarter of said Section; thence East 264 feet, thence
South 990 feet; thence West 264 feet; thence North 990 feet to the
point of beginning;

Excepting therefrom an easement for road purposes 80 feet in width
as granted to the county of Riverside by Deed recorded November 3, 1931,
in Book 56 page 145 of Official Records of Riverside County, California.
Also excepting therefrom an easement in favor of the public over any
other portion thereof included in public roads.

### Parcel G

West half of East half of Northeast quarter of Northeast quarter of
Section 33, Township 8 south, Range 1 east, San Bernardino Base & Meridian.

11394

EXHIBIT A
Annie E. Bergman

San Diego County

### Parcel H

The North half of the Northeast quarter of Section 2, Township 9 south,
Range 1 east, San Bernardino Base and Meridian; the South half of the
Northeast quarter of Section 2, Township 9 south, Range 1 east, San Ber-
nardino Base and Meridian; and the East half of the Northwest quarter of
Section 2, Township 9 south, Range 1 east, San Bernardino Base and Meridian
in the County of San Diego, according to United States Government Survey
approved  Dedember 13, 1881.  Also all of Grantor's existing water rights.

### Parcel I

Lots 3 and 4 in Section 5, Township 9 south, Range 2 east, San Bernar-
dino Base and Meridian; Lots 1, 2, and 3 in Section 6, Township 9 south,
Range 2 east, San Bernardino Base and Meridian.

### Parcel J

The South half of the Northeast quarter (being Lots 7 & 8), the southeast
quarter of the northwest quarter, the north half of the southeast quarter
(being Lots 9 & 10) except that portion of Lot 10 lying south of the
County Road, being under lease to W. H. Daughtry, recorded in the office
of the County Recorder of the County of San Diego, and except those por-
tions of Lots 9 & 10 described by metes and bounds as follows: Commencing
at the northeast corner of the southeast quarter of the southeast quarter
of Section 17, Township 9 south, Range 2 east, thence due North along the
Section line between Section 16 and 17, a distance of 400 feet; thence
west $4^\circ$ north, a distance of 1412 feet; thence west $20^\circ$ south, a distance
of 377 feet to the center of the State Highway; thence south $32^\circ$ east, a
distance of 456 feet to the property line of the Forest Service

11395

EXHIBIT A
Annie E. Bergman

San Diego County
Parcel J continued

Administrative Site, then due east, a distance of 1500 feet to the point of beginning. All in Section 17, Township 9 south, Range 2 east, San Bernardino Base and Meridian.

Also the north half of the northwest quarter and the southwest quarter of the Northwest quarter (being Lot 3, 4, and 5); all of the northeast quarter (being Lots 1, 2, 7, and 8); the southeast quarter of the southeast quarter (being Lots 9, 10, and 16); the north half of the southeast quarter; all in Section 16, Township 9 south, Range 2 east, San Bernardino Base and Meridian.

### Parcel K

Lot 2, north half of Lot 7, north half of Lot 8, southeast quarter of Lot 8, and south half of Lot 1, all in Section 21, Township 9 south Range 2 east, San Bernardino Base and Meridian. Lot 5 of Section 22, Township 9 south, Range 2 east, San Bernardino Base and Meridian.

### Parcel L

The southwest quarter of the southeast quarter of Section 18; the north half of the northeast quarter of Section 19, the northwest quarter of the northwest quarter of Section 20; all in Township 9 south, Range 1 east, San Bernardino Base and Meridian.

### Parcel M

The southwest quarter of the southwest quarter of Section 27, Township 9 south, Range 1 east, San Bernardino Base and Meridian.

11396

EXHIBIT B

COPY
(Original recorded in Book #1
of Water Claims on page 268.
San Diego County, San Diego)


State of California   )
                      )  ss
County of San Diego   )

    I, George F. Smith of the County of San Diego and State of California do hereby give notice that I Claim for Domestic and irrigating purposes One hundred miners inches of water in a canyon which crosses just South of the Quarter State between Sections 34 and 35 Township No 8 S Range No 1 E S.B.B. and M. I hereby give due notice that I shall use the water for domestic and irrigating purposes upon Section No 34 Township No 8 S. R 1 E S B B and M and that I shall appropriate and use the water under and by virtue of the laws of the State of California.

    I hereby give notice that in accordance with the laws of the State of California I have placed at the point of the Canyon where I shall appropriate the water a notice of my intention.

Witness                              Signed  Geo. F. Smith
D. J. Chadwick
this 15th day of August 1887

Received for record Aug 17" 1887 at 40 minutes past 1 o'clock P. M.

at request of D. J. Chadwick

Fee $1.00                            E. G. Haight

                                     County Recorder

                                     by J. H. Grovesteen Jr. Deputy


11397