Irene Barton
Defendants in propria persona
Star Route, Box 158
Hemet, Calif.



F I L E D

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. Kiesling
           DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,                ) CIVIL NO. 1247 - SD - C
                  Plaintiff,             ) ANSWER OF DEFENDANTS
          vs.                            ) Irene Barton
FALLBROOK PUBLIC UTILITY                 )
DISTRICT, ET AL,                         )
                  Defendants,            )

The defendants, Irene Barton each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 161 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

11398

"Exhibit A"

The Northeast quarter of the Southeast quarter of Section 19, Township 8 South, Range 1 East. San Bernardino Meridian. EXCEPTING there from the Easterly 308.25 feet thereof.

The East half of the Northwest quarter, the South quarter, and the Southwest quarter of the Southeast quarter of Section 29, Township 8 South, Range1 Encr. San Bernardino Base and Meridian. ALSO, all that portion of the Southeast quarter of the Southwest quarter of Section 20, Township 8, South, Range East San-Bernardino Base and Meridian as shown by United States Government Survey, which lies Southerly by the Southerly line of the County Highway, as granted to County of Riverside by deed recorded Oct. 28, 1931 in Book 55 Page 45, Official Records of Riverside County Calif. Said property is also shown on Licensed Land Surveyor's Map on file in Book 10 page 34 of Records of Survey records of Riverside County, Calif.

From this Properity 80 acres has been sold to A. C. Teague Also 80 acres to WALTER A. SCHROEDER.

*Irene Barton*

11399

We claim all percolaring water rights. All riparian rights that we can develope, on approximately 161 cores.

We have 2 wells and a running stream.

That certain land situated in Riverside County known as the E 1/2 of NW 1/4; NE1/4 of SW 1/4; of Section 29, Township 8.S. Range 1 E. S.B.M.

This land is riparian land; approximately Fourty (40) acres are tillable and the balance can be used for grazing cattle and for raising turkeys, chickens and fowl.

SE 1/4 of SW 1/4 S of Co. Rd. 31.50 Ac. Section 29, Township 8.S. This land has 1 well, 5 acres irrigatable, rest grazing or etc.

NE 1/4 of SE 1/4 NE of ST. HWY EXC E 308.25 -10 Acres. Section 19 - Township 8.S. - Range 1 E. S.B.M.

This land has 1 well, 5 acres irrigatable, and water used for business properity.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Irene Barton*

Defendants in propria persona

Dated: 5/21/58

11400