F I L E D

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. Kirschling
          Deputy Clerk

Maud May Anderson
Defendants in propria persona
802 N. Iowa
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )   CIVIL NO. 1247 - SD - C
                           )
              Plaintiff,   )   ANSWER OF DEFENDANTS
                           )   To Complaint and
         v.                )   Supplementary and Amendatory
                           )   Comlaint of
FALLBROOK PUBLIC UTILITY   )   Maud May Anderson
DISTRICT, ET AL,           )
                           )
              Defendants,  )

The defendants, Maud May Anderson each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own ~~acres~~ 1½ lots of land in County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

Lot 15 of Pruett's and Short's Subdivision of Block 65 of West Fallbrook in the County of San Diego-

Also other portions adjoining.

11401

COPY RECEIVED                                        INDEXED

This defendant is using water from a dug well on the place said well being there for years: no city water is used. This defendant claims the right to water from this well and any water that might be needed in the future on this place, as another house may be built and more water needed. This place is planted to fruit trees, berries, flowers etc. This defendant also claims all that is under the ground.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Maud May Anderson

802 N. Iowa, Fallbrook, California

Defendants in propria persona

*Maud May Anderson*

Dated: May 23, 1958

11402

"Exhibit A"

Lot 15 of Pruett's and Short's Subdivision of Block 65 of West Fallbrook in the County of San Diego, State of Califor- nia according to the Map thereof N. 490, filed in the office of the County Recorder of San Diego County February 20, 1888.

Also that portion of the Easterly half of Deacon Street adjoining said Lot 15 on the West as vacated.

Also that portion of the Northerly half of Kentucky Street adjoining said Lot 15 and said vacated portion of Deacon Street above described on the South as vacated.

11403