

F I L E D

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. L. Kingsley

George Edward Wiatt and Berenice Mildred Wiatt
Defendants in propria persona
1811 Davis Drive, Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
) ANSWER OF DEFENDANTS
Plaintiff, ) George Edward Wiatt and
v. ) Berenice Mildred Wiatt
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
)
Defendants, )

The defendants, George Edward Wiatt and Berenice Mildred Wiatt
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2½  acres of land in San Diego
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

COPY RECEIVED        INDEXED

11404

EXHIBIT A

**Parcel 1:**
All that portion of the North Half of the Southwest Quarter of Section 17, Township 9 South, Range 3 West, San Barnardino Meridian, in the County of San Diego, State of California, according to the United States Government Survey approved September 11, 1879, described as follows:

Beginning at a point on the East and West center line of the Southwest Quarter of Section 17, distant thereon South 89 50'30" East 241.54 feet from the Southwest corner of the Southeast Quarter of the Northwest Quarter of the Southwest Quarter; thence North 44 39'30" East, 326.09 feet to beginning of a tangent curve to the right having a radius of 150 feet; thence Northeasterly along said curve through a central angle of 24 49'36" for a distance of 65.0 feet; thence South 16 42'40" East 279.83 feet to a point on the East and West center line of said Southwest Quarter of Section 17 distant thereon South 89 50'30" East, 363.80 feet from point of beginning; thence North 89 50'30" West along said center, 363.80 feet to said point of beginning.

**Parcel 2:**
That portion of the Southwest Quarter of the Southwest Quarter of Section 17, Township 9 South, Range 3 West, San Bernadino Meridian, in the County of San Diego, State of California, described as follows:

Commencing on a point on the Northerly line of said Southwest Quarter of the Southwest Quarter, distant thereon South 89 50'30" East 522.60 feet from the Northwest corner of said Southwest Quarter of the Southwest Quarter, said point being the Northeast corner of a tract of land conveyed to William N. Davis and wife by deed dated August 26, 1941 and recorded in Book 1260 Page 68 of Official Records; thence continuing along said Northerly line South 89 50'30" East, 403.14 feet to the Northerly terminus of the center line of a 40 foot strip of land described in deed to C.M. Hunter and wife dated November 20, 1951 and recorded in Book 4327 Page 382 of Official Records and the true point of beginning; thence continuing along said Northerly line South 89 50'30" East 143.06 feet to the Northwest corner of a parcel of land conveyed to Joel O. Burnell, et ux, by deed recorded in Book 1731 Page 133 of Official Records; thence South 0 09'30" West along the West line of said parcel 310.22 feet to a corner therein; thence leaving said Westerly line South 0 09'30" West 12.05 feet; thence North 89 25'54" West 176.40 feet to an intersection with the center line of the 40 foot strip described in Parcel 2 in the deed to Hunter above referred to at a point distant therealong South 6 05' West 322.94 feet from the true point of beginning; thence North 6 05' East along said center line 322.94 feet to the true point of beginning.

**Parcel 3:**
An easement for road purposes over a strip of land 40 feet in wodth, the center line of which is described as follows: Beginning at the most Northerly corner of Parcel 1; thence Southwesterly along the Northwesterly line of said Parcel to the Southwest corner thereof, being also the Northwesterly corner of parcel 2; thence South 6 05' West along the Westerly line of Parcel 2 and its Southerly extension a total distance of 347.34 feet; thence South 18 05' West 243.17 feet, more or less, to a point in the center line of CHO Mission Road 1-O and known as Old State Highway 395; EXCEPTING therefrom those portions included in Parcels 1 and 2.

# # #

11405

Defendents claim all the right of overlying land owners and to water which may originate in or may be found, on, or under, or which may cross their land.

Defendents claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now known or may be known.

Defendents hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendents claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*George Edward Wiatt*

*Derenies M Wiatt*

Defendants in propria persona

Dated: May 17, 1958

11406