

F I L E D

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. L. Kunzler
          Deputy Clerk

John H. Wright and Margaret M. Wright
  Defendants in propria persona
1062 So. Main Street,
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
) 
           Plaintiff, ) ANSWER OF DEFENDANTS
)
    v. ) John H. Wright & Margaret M. Wright
) husband & wife, as joint tenants
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
)
           Defendants, )

The defendants, John H. Wright and Margaret M. Wright each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own a lot of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

11407

INDEXED

1. Our present source of water is from the Fallbrook Public Utility District
2. We reserve the right to provide and use water, at future date, yet
3. unknown to us at this time, for a Duplex or Apartment building, or a
4. store or any public building of any kind, by claiming the right to dig
5. or drill a well, or any other means available at that time.
6. We claim all the rights of overlying land owners and to water which may
7. orginate in or may be found on or under or which may cross our lands.
8. We hereby incorporate, the same as though set forth herein in full, all
9. the affirmative defenses of the Fallbrook Public Utility District set
10. on file in these preceedings.
11. Furthermore, we pray the courts to award us adequate damages to reim-
12. burse us for the cost of preparing and prosecuting our defense, to
13. alleviate the greivious physical, moral and intellectual suffering
14. inflicted upon us by this attempted usurpation of property rights,
15. instituted against us by the agencies of the United States Government.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*John N Mayles*

*Margaret M. Wright*

Defendants in propria persona

Dated: May 20, 1958

11408

State of California, described as follows:                                Exhibit A

Township 9 South, Range 1 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved...

[remainder of legal description illegible]

11409