

FILED

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M D Kresler_
DEPUTY CLERK

1    OSCAR A. SWANSON and
     M. LOUISE SWANSON
2  Defendants in propria persona
     777 Convertible Lane
3    Fallbrook, California

4

5              IN THE UNITED STATES DISTRICT COURT

6                SOUTHERN DISTRICT OF CALIFORNIA

7                      SOUTHERN DIVISION

8  UNITED STATES OF AMERICA        )     CIVIL NO. 1247 - SD - C
                                   )
9                Plaintiff,        )     ANSWER OF DEFENDANTS
                                   )
10       v.                        )
                                   )
11 FALLBROOK PUBLIC UTILITY        )     OSCAR A. SWANSON and
   DISTRICT, ET AL,                )     M. LOUISE SWANSON
12              Defendants,        )

13        The defendants, OSCAR A. SWANSON and M. LOUISE SWANSON

14 each severing from their co-defendants and each for himself or herself

15 alone, in answer to the Complaint and Supplementary and Amendatory Com-

16 plaint on file herein, admit, deny, and allege:

17            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                     AMENDATORY COMPLAINT
18

19        These answering defendants hereby incorporate by reference all

20 of the allegations contained in the answer to said Complaint and Supple-

21 mentary and Amendatory Complaint filed in this case by Newton T. Bryant

22 and Willie Mae Bryant (excepting only Paragraphs I and II of the portion

23 thereof entitled "Affirmative Statement of Rights") and make each and all

24 of said allegations a part of this answer the same as if herein set forth

25 at length.

26            AFFIRMATIVE STATEMENT OF RIGHTS

27        These defendants own 1/2 acres of land in San Diego

28 County, California, and within the watershed of the Santa Margarita River,

29 more particularly described in the document attached hereto, marked Exhibit

30 A, which is hereby incorporated by reference as a part of this statement.

31

32

COPY RECEIVED

INDEXED

11418

1      Defendants deny each and every allegation made in this complaint.
    All water used on our place is supplied by the Fallbrook Public
2  Utility District and as far as we know is Colorado River water.
    Defendants claim all the right of overlying land owners and to
3  water which may originate in or may be found, on, or under, or which
may cross our land.
4      Defendants hereby incorporate, the same as though set forth herein
in full, all Affirmative Defenses of the Fallbrook Public Utility
5  District on file in these proceedings.
    Defendants reserve all right to build and otherwise improve their
6  property as they see fit as long as it is a lawful procedure within the
laws of the State of California and any sub-division thereof.

7

8

9

10

11

12

13

14

15

16

17

18      WHEREFORE, these defendants pray that plaintiff take nothing

19  against them by reason of the Complaint and Supplementary and Amenda-

20  tory Complaint on file herein; that said Complaint be dismissed as

21  against these defendants; that defendants' right to water, as hereinabove

22  set forth, be quieted as against the plaintiff and against all other de-

23  fendants in this action; and for such other and further relief as the

24  Court may deem proper.

25

26                          *Oscar A. Swanson*

27                      Oscar A. Swanson

28                      *M. Louise Swanson*

29                      M. Louise Swanson
                    Defendants in propria persona

30

31

32  Dated: 5-23-58

EXHIBIT A

The North 69.95 feet of the West 311.33 feet of the South Half
of the Southeast Quarter of the Southeast Quarter of Section 18, Town-
ship 9 South, Range 3 West, San Bernardino Meridian, in the County of
San Diego, State of California, according to United States Government
Survey approved September 11, 1879;

ALSO an easement for road purposes, for use in common with others,
over the East 30 feet of the West 326.33 feet of said South Half of the
Southeast Quarter of the Southeast Quarter of said Section 18; EXCEPT
from said easement that portion thereof included in the parcel of land
first above described.

11412