FILED

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M D Kuegling
   Deputy Clerk

1  Eugene Lee Small

2  Defendants in propria persona

3  Box 120, Murrieta, California.

4

5            IN THE UNITED STATES DISTRICT COURT

6              SOUTHERN DISTRICT OF CALIFORNIA

7                    SOUTHERN DIVISION

8  UNITED STATES OF AMERICA      )   CIVIL NO. 1247 - SD - C
9                  Plaintiff,    )   ANSWER OF DEFENDANTS
10        v.                     )
11 FALLBROOK PUBLIC UTILITY      )
   DISTRICT, ET AL,              )
12                Defendants,    )

13        The defendants, Eugene Lee Small

14 each severing from their co-defendants and each for himself or herself

15 alone, in answer to the Complaint and Supplementary and Amendatory Com-

16 plaint on file herein, admit, deny, and allege:

17            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
                    AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own  43  acres of land in **Riverside**
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30

31

32

1.

1  41.67 acres are hill land on Lot 205 of the Temecula Land and Water
2  Company.  Twenty-five (25) acres of this are in grain, about thirty
3  (30) acres can be irrigated.
4  A soil survey is being made by the Ground Resources and a report
   will be available.
5  One and one-third (1 1/3) acres are composed of Lots Three, Four, Five
6  Six, Seven, Eight, Nine and Ten (3-4-5-6-7-8-9-10) Block Four (4)
7  Murrieta Town.
8  This is bottom land and all of it is under irrigation.
9                          11.
10 Defendant claims the right to develope and use Twelve hundred (1200)
11 acre feet of water per year from wells, on Lot 205 Temecula Land and
12 Water Co.  Defendant claims the right to use Six and one-third (6 1/3)
13 acre feet of water per year on Lots Three, Four, Five, Six, Seven,
14 Eight, Nine and Ten (3-4-5-6-7-8-9-10) Block Four (4) Murrieta Town,
15 for irrigating and domestic use from wells.
16
17
18      WHEREFORE, these defendants pray that plaintiff take nothing
   against them by reason of the Complaint and Supplementary and Amenda-
19 tory Complaint on file herein; that said Complaint be dismissed as
20 against these defendants; that defendants' right to water, as hereinabove
21 set forth, be quieted as against the plaintiff and against all other de-
22 fendants in this action; and for such other and further relief as the
23 Court may deem proper.
24
25
26                                  _Eugene Lee Small_
27
28                                  _____
29                                  Defendants in propria persona
                                    Box 120
30                                  Murrieta Calif
31
32 Dated: May 22-1958

EXHIBIT A

The Southeast 41.67 acres of the Southwest 51.67 acres of Lot 205
of the Temecula Land and Water Company.

Lots 3-4-5-6-7-8-9-10, Block 4, Town of Murrieta Townsite.

11414

