Rhoda Ann Ludy
Agnes Bell Graham
Jessie May Walters
Mary C. Medearis
William F. Gudman
Ellen Wilson
John C. Ludy

Defendants in propria persona
Box 541, Fallbrook, California

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>        Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>Rhoda Ann Ludy<br>Agnes Bell Graham<br>Jessie May Walters<br>Mary C. Medearis<br>William F. Gudman<br>Ellen Wilson<br>John C. Ludy |

The defendants, Rhoda Ann Ludy, Agnes Bell Graham, Jessie May Walters, Mary C. Medearis, William F. Gudman, Ellen Wilson, John C. Ludy each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 82 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

11421

1   These answering defendants own 82 acres of land situated within the water
2   shed of the Santa Margarita River More particularly described as follows:

   (a) The South 465.8 feet of the South Half of the
   Southeast Quarter of Section 1, Township 9 South,
   Range 3 West, San Bernardino Meridian, in the County
   of San Diego, State of California: AND

   (b) The North Half of the Northeast Quarter, (EXCEPT
   the South 26.96 acres in the Northwest Quarter of the
   Northeast Quarter), of Section 12, Township 9 South,
   Range 3 West, San Bernardino Meridian, in the County
   of San Diego, State of California.

   This land is riparian land. Two (2) unnamed tributaries of the Rainbow creek run through the property. There is approximately 70 acres of good tillable land. About 40 of the 70 acres is excellent sandy loam on which most truck garden, flowers or alfalfa could be grown, about 30 acres is more suitable for citrus, avacado or fruit of any kind. Approximately 2 acres is rocky but suitable to raise chickens or other fowl, about 10 acres would be taken up in the two creeks.

   We claim riparian water rights to the two creeks that run through the property. There are three (3) wells, each about 30 feet deep. We claim the right to all the water from these wells, also the right to dig wells on any part or parcel of this land. We also claim the right to any water that percolates into our wells. We claim the right to use 294 acre feet of water per year on this land, (or 4.2 acre feet of water per acre for 70 acres of land).

   WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

   *Mary C. Michaeis*
   P O Box 541
   Fall Brook, Calif
   Defendants in propria persona
   *May Wallis*
   *Ellen Wilson*
   *Rhoda Lynn Lydy*
   *John C. Lydy*
   *Agnes Bell Graham*
   *Wm F Graham*

Dated: *May 22 1958*

11422

LEGAL DESCRIPTION

(a) The South 465.8 feet of the South Half of the Woutheast Quarter of Section 1, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California; AND

(b) The North Half of the Northeast Quarter, (EXCEPT the South 26.96 acres in the Northwest Quarter of the Northeast Quarter), of Section 12, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California.

Exhibit A

11423