F I L E D

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

1 Laura M Oxley
**Defendants in propria persona**
2 Aguanga, California

3

4         IN THE UNITED STATES DISTRICT COURT

5           SOUTHERN DISTRICT OF CALIFORNIA

6               SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,    )  CIVIL NO. 1247 - SD - C
8                               )
           Plaintiff,      )  ANSWER OF DEFENDANTS
9                               )
     v.                  )  Laura M Oxley
10                               )
   FALLBROOK PUBLIC UTILITY     )
11   DISTRICT, ET AL,            )
                              )
12          Defendants,    )

13     The defendants,   Laura M Oxley

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT
18
    These answering defendants hereby incorporate by reference
19
all of the allegations contained in the answer to said Complaint and
20
Supplementary and Amendatory Complaint filed in this case by Newton
21
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
of the portion thereof entitled "Affirmative Statement of Rights")
23
and make each and all of said allegations a part of this answer
24
the same as if herein set forth at length.
25
              AFFIRMATIVE STATEMENT OF RIGHTS
26
    These defendants own 39  acres of land in  San Diego
27
County, California, and within the watershed of the Santa Margarita
28
River, more particularly described in the document attached hereto,
29
marked Exhibit A, which is hereby incorporated by reference as a
30
part of this statement.
31

32
COPY RECEIVED

                                        INDEXED  11418

I do claim the right to take water from a well already existing on my property and do further claim the rights to percolating water of any kind and wish to reserve the rights to drill a well or wells at a later date

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Laura M. Oxley*

Defendants in propria persona

Dated: May 21, 1958

11419

## EXHIBIT A

All that certain lot, piece or parcel of land, situate, lying and being in the county of San Diego and State of California, and bounded and particularly described as follows, to wit:

> The North East Quarter (¼) of the North West Quarter (¼) of Section Seventeen (17), in Township Nine South of Range Three (3) East of the San Bernandino Meridian, California, containing thirty-nine acres.

11420