F I L E D

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. Kueszling
            DEPUTY CLERK

Defendants in propria persona   HERBERT LEATHAM
POST OFFICE BOX 55   TEMECULA, CALIFORNIA.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            ) CIVIL NO. 1247 - SD - C
             Plaintiff,              ) ANSWER OF DEFENDANTS
     v.                              ) HERBERT LEATHAM
FALLBROOK PUBLIC UTILITY             )
DISTRICT, ET AL,                     )
             Defendants,             )

The defendants   HERBERT LEATHAM
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own **480** acres of land in **Riverside** County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

11424

"Exhibit A"

The North Half, the North Half of the Southwest Quarter
and the North Half of the Southeast Quarter of Section

Twenty-two in Township Six South of Range One West of
the San Bernardino Meridian, California, containing
Four Hundred Eighty Acres.

Lots 10 and 11 in Block 27 of Town of Temecula, Map 15/726 SD
Excepting Northwesterly 75 feet thereof.

Lots 12, 13, and 14 in Block 28 of the Town of Temecula, as shown
by Map on file in Book 15 page 726 of Maps, records of
San Diego County, California.

11425

This land is riparian land; approximately forty (40) acres are tillable and the balance can be used for grazing cattle and for raising turkeys, chicken and fowl. Defendants have obtained water from a well, and from three springs situated on the property for the watering of livestock, but have not as yet irrigated any of the lands. For the first time since 1934 the well went dry in 1957, we contemplate building check dams to replenish the under-ground water resources.

Lots 10 and 11 Block 27 Town of Temecula and contains a Concrete Building with five Apartments for as many families, the water is from a well on the property.

Of Lots 12, 13 and 14 in Block 28 Town of Temecula contains a Stucco Frame Building at present used as a Liquor Store, and five Apartments, this property is supplied water from a well on the property.

Defendant claim the right to use any and all water found on the 480 acres, including the privelege of sinking wells anywhere on the property where deemed neccessary for the watering of stock, or irrigation of crops if needed, and to have access to sufficient water to conduct the successful business of the properties in the Town of Temecula, as have been previously enjoyed, without interference or hindrance of the plaintiff.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Hubral Featham_

Defendants in propria persona

Dated: May 22nd, 1958.

11426