

```
 1   JAMES EDWARD GLADDING and
     MILDRED N. GLADDING
 2   Defendants in propria persona
     P. O. Box 118
 3   Fallbrook, California

 4

 5               IN THE UNITED STATES DISTRICT COURT

 6                 SOUTHERN DISTRICT OF CALIFORNIA

 7                       SOUTHERN DIVISION

 8   UNITED STATES OF AMERICA      )   CIVIL NO. 1247 - SD - C
                                   )
 9                  Plaintiff,     )   ANSWER OF DEFENDANTS
                                   )
10         v.                      )   JAMES EDWARD GLADDING and
                                   )   MILDRED N. GLADDING
11   FALLBROOK PUBLIC UTILITY      )
     DISTRICT, ET AL,              )
12                  Defendants,    )
```

13      The defendants, JAMES EDWARD GLADDING and MILDRED N. GLADDING
14 each severing from their co-defendants and each for himself or herself
15 alone, in answer to the Complaint and Supplementary and Amendatory Com-
16 plaint on file herein, admit, deny, and allege:

17              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                         AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
                    AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own (1) one acres of land in    San Diego
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30

31

32
```

COPY RECEIVED                                         INDEXED

AFFIRMATIVE STATEMENT OF RIGHTS

1   This one (1) acre of land was planted to 104 Eureka Lemons, June, 1936, and the water has been furnished by the Fallbrook Public Utility
2   District up to the present time.
    The defendants claim the right to dig a well or drill a well and
3   use up to four and two tenths (4.2) acre feet of water from same for Agriculture.
4   The defendants also claim the right to use water for domestic and, or commercial purposes such as water for rentals, house, cabins, stock,
5   service station, church, store, garage or any other enterprise of that nature.
6   We used 347,000 gals. of water in 1957 and we may use considerable more water, in the future, as we may replant to crops or an orchard, such
7   as avocados which use from one third (1/3) to one half (½) more water than lemon trees; or plant to truck gardening (commercial); or raise flowers
8   (commercially).
    The defendants do not claim any prescriptive or any appropriative
9   rights.
    Furthermore, we pray the court to award us, the aforementioned de-
10  fendants, adequate damages to reimburse us for the cost of preparing and prosecuting our defense, to alleviate the grievous physical, moral and
11  intellectual suffering inflicted upon us by this attempted acrimonious, confiscatory usurpation of property right, instituted against us by the
12  agencies of the United States Government.

13

14

15

16

17

18   WHEREFORE, these defendants pray that plaintiff take nothing

19   against them by reason of the Complaint and Supplementary and Amenda-

20   tory Complaint on file herein; that said Complaint be dismissed as

21   against these defendants; that defendants' right to water, as hereinabove

22   set forth, be quieted as against the plaintiff and against all other de-

23   fendants in this action; and for such other and further relief as the

24   Court may deem proper.

25

26                                       *James Edward Gladding*
                                         JAMES EDWARD GLADDING
27
                                         *Mildred N. Gladding*
28                                       MILDRED N. GLADDING
                                         Defendants in propria persona
29

30

31

32   Dated: 5-23-58

EXHIBIT A

All that portion of Lot 1 ( the Southwest Quarter of the Southwest Quarter) of Section 18, Township 9 South, Range 3 West, S.B.M., in the County of San Diego, State of California, described as follows:
Commencing at the Northeast corner of said Lot 1; thence South 89° 53' West along the North line of said Lot, a distance of 804.94 feet to the true point of beginning; thence South 0° 06' West, a distance of 162.91 feet; thence South 89° 53' West, along a line parallel with said North line of Lot 1, a distance of 267.81 feet; thence North 0° 04' West, a distance of 162.90 feet to said North line; thence North 89° 53' East along said line, a distance of 267.81 feet to the true point of beginning.

11429