

FILED

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
by M. O. Kuszler

Harold Salt and Ethel May Salt
Defendants in propria persona
708 E Porter St. Fallbrook,

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )   CIVIL NO. 1247 - SD - C
                Plaintiff, )   ANSWER OF DEFENDANTS
    v.                         )   Harold Salt
                               )   Ethel May Salt
FALLBROOK PUBLIC UTILITY    )
DISTRICT, ET AL,            )
                Defendants, )

    The defendants,        Harold Salt- Ethel May Salt
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
               AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

            AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 1 acres of land in San Diego County County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

11415

INDEXED

```
 1    We Reserve Water Rights sufficient for the proper main tainance
 2  and care of all Avocado, Fruit and all other trees that are planted
 3  and all trees that may be planted on this property.
 4    We Reserve Water Rights for any House now built (and occupied)
 5  and any House and/or Houses that may in the future be built on
 6  this property.
 7    We Reserve Water Rights for any future subdivision of this property/
 8    We Reserve Water Rights for any Well and/or Wells that may be dug
 9  on this property.
10    We Reserve Water Rights to any and all Percolating Waters that may
11  be upon and/or eventually upon the surface and/or within the soil
12  of this property.
```

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Harold Salt*

*Ethel May Salt*

Defendants in propria persona

Dated: May 21-1958

11416

May 22nd 19__

### Exhibit "A"
### Policy Of Title Insurance

The North Half of that portion of the Southwest Quarter of the Southwest Quarter (being Lot 1) of Section 18, Township 9 South, Range 3 West, San Bernadino Meridan, in the County of San Deigo, State of California, according to United States Government Survey approved Srptember 11, 1879 described as follows:

Beginning at the Southwest corner of the Southwest Quarter of the Southwest Quarter; thence North along the West line of said Southwest Quarter of Southwest Quarter a distance of 950.93 feet to the true point of beginning; thence North 89°32'30" East 168.30 feet, more or less, to the Northwest corner of the land conveyed to Albert Jeffries et ux by deed recorded August 15, 1949 in book 3286, page 446 of Official Records; thence South 0°06' West along the West line of said Jeffries land 258.83 feet to the Southwest corner of said Jeffries land, being also a point in the Westerly prolongation of the Southely line of the land conveyed to Deroy Adams by deed recorded August 19, 1937 in Book 688, page 54 of Offi Official Recoeds; thence West along said prolongation 168.30 feet, more or less, to a point in the West line of said Southwest Quarter of Southwest Quarter of said Section 18; thence North 0°06' East along said West line 258.83 feet to the true point of beginning.

### Exhibit "B2

The East Half of the Noeth Half of the North Half of Block Sixty_ seven of West Fallbrook, in the County of San Dieex Diego, State of California, according to Map thereof No. 567, filed in the office of the County Recorder of San Diego County October 9, 1888.

     ft    ft
Sold 195 x 148- 6 in of this ground leaving 128ftx 148ft6in left.

11417