



1  ELMER E. EVERETT and OLGA C. EVERETT,
   Defendants in propria persona
2  10262 Victoria Avenue
   Whittier, California
3
4              IN THE UNITED STATES DISTRICT COURT
5               SOUTHERN DISTRICT OF CALIFORNIA
6                      SOUTHERN DIVISION
7
   UNITED STATES OF AMERICA,           )   CIVIL NO. 1247 - SD - C
8                                      )
                  Plaintiff,           )   ANSWER OF DEFENDANTS
9                                      )   Elmer E. Everett and
        v.                             )   Olga C. Everett
10                                     )
   FALLBROOK PUBLIC UTILITY            )
11 DISTRICT, ET AL,                    )
                                       )
12                Defendants,          )

13      The defendants, ELMER E. EVERETT and OLGA C. EVERETT,
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
                  AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own 2000 acres of land in Riverside
27
   County, California, and within the watershed of the Santa Margarita
28
   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31
32

COPY RECEIVED                                    INDEXED
                                                          11430

This land is reparian land. Approximately eight hundred (800) acres is tillable land. The balance is used for grazing, at the present time, but we are anticipating developing water and subdividing this portion into small parcels for homes and resort purposes.

The tillable land is ideal for raising alfalfa, beet and other seeds, potatoes, permanent pasture, all vegetables and deciduous fruits. The land is suitable for raising chickens, turkeys and cattle.

Defendants have developed water for stock use only from wells and springs, but anticipate water development for use in irrigating the eight hundred (800) acres of tillable land.

Defendants claim the right to use 3360 acre feet of water for the irrigatable land plus enough water for the twelve hundred (1200) acres of subdividable land which would require five thousand forty (5040) acre feet making a total of eighty-four hundred (8400) acre feet.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_____
Elmer E. Everett

_____
Olga C. Everett
Defendants in propria persona

Dated: May 19, 1958.

11431

EXHIBIT "A"

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, ARTHUR W. HUDSON and MABEL M. HUDSON, husband and wife, do hereby grant to ELMER E. EVERETT and OLGA C. EVERETT, husband and wife, as joint tenants, the following real property in the County of Riverside, State of California:

PARCEL 1: The Northwest quarter, Northwest quarter of the Southwest quarter; North half of the Northeast quarter of the Southwest quarter; Northwest quarter of the Southeast quarter; South half of the Northeast quarter of the Southeast quarter, and the North half of the South half of the Southeast quarter of Section 13, in Township 7 South, Range 3 East, San Bernardino Base and Meridian, as shown by United States Government Survey;
Excepting therefrom an easement in favor of the public, over any portion thereof included in public roads.

PARCEL 2: The East half of Section 14, Township 7 South, Range 3 East, San Bernardino Base and Meridian, as shown by United Stated Government Survey.
Excepting therefrom that portion thereof particularly described as follows: Beginning at the Southwest corner of the East half of the East half of said Section 14; thence West, along the South line of said Section, 132 feet; thence North, 495 feet; thence East 792 feet; thence South 495 feet; thence West to the point of beginning.
Also excepting from the West half of said property, the South 30 feet thereof.
Also excepting therefrom an easement in favor of the public, over any portion thereof included in public roads.

PARCEL 3: The East half of the Northeast quarter; the North half of the Southeast quarter, and all of that portion of the West half of the Northeast quarter of Section 22, Township 7 South, Range 3 East, San Bernardino Base and Meridian, as shown by United States Government Survey, particularly described as follows: Beginning at the Southeast corner of the West half of the Northeast quarter of said Section; thence Northerly, along the Easterly line of the West half of the Northeast quarter of said Section, 792 feet; thence Westerly, and parallel with the South line of the Northeast quarter of said Section, 660 feet; thence Southerly, and parallel with the East line of the Northeast quarter of said Section, 792 feet, to the South line thereof; thence Easterly, along the South line of said West half of the Northeast quarter of said Section, 660 feet, to the point of beginning.
Excepting from said East half of the Northeast quarter of said Section, the Northerly rectangular 30 feet thereof, as conveyed to the County of Riverside, by deed recorded Sept 6, 1928, in Book 780, page 88 of Deeds, records of Riverside County, California.
Also excepting therefrom an easement in favor of the public, over any portion thereof included in public roads.

PARCEL 4: The Northwest quarter; North half of the Northeast quarter; Southeast quarter of the Northeast quarter, and Northeast quarter of the Southeast quarter of Section 23, in Township 7 South, Range 3 East, San Bernardino Base and Meridian, as shown by United States Government Survey.
Excepting therefrom an easement in favor of the public, over any portion thereof included in public roads.

PARCEL 5: The Northwest quarter; Northwest quarter of the Northeast quarter; the South half of the Northeast quarter; and the Southeast quarter of Section 24, Township 7 South, Range 3 East, San Bernardino Base and Meridian, as shown by United States Government Survey;

Excepting therefrom an easement in favor of the public, over any portion thereof included in public roads.

PARCEL 6: The North half of the Northeast quarter of the Northeast quarter; Government Lots 2, 3 and 4, and the East half of the Southeast quarter of Section 19, Township 7 South, Range 4 East, San Bernardino Base and Meridian, as shown by United States Government Survey;

Excepting therefrom an easement in favor of the public, over any portion thereof included in public roads.

PARCEL 7: The South half of the Southeast quarter of the Southeast quarter of Section 13, in Township 7 South, Range 3 East, San Bernardino Base and Meridian.

PARCEL 8: The Northeast quarter of the Northeast quarter of Section 24, in Township 7 South, Range 3 East, San Bernardino Base and Meridian.

PARCEL 9: The South half of the Southeast quarter and the West half of the Southwest quarter of Section 22 and 23 in Township 7 South Range 3 East, San Bernardino Base and Meridian.

Lot 3 of Township 27 in Temecula MB 15/726 SD

11432 A