Paul C. Doehring Jr.
Defendant in propria persona
540 No. Central Avenue
Glendale 3, Calif.



FILED

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. Keogh
  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )   CIVIL NO. 1247 - SD - C
              Plaintiff,   )   ANSWER OF DEFENDANT
       v.                  )   Paul C. Doehring Jr.
FALLBROOK PUBLIC UTILITY   )
DISTRICT, ET AL,           )
              Defendants,  )

The defendant, Paul C. Doehring Jr. each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendant owns 100 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

11433

COPY RECEIVED                                    INDEXED

This answering defendant owns one hundred acres of land situated within the watershed of the Santa Margarita River, more particularly described as follows :

That certain land in San Diego County known as Northeast Quarter of the Southeast Quarter,( 40 acres ), the South half of the Southeast Quarter of the Northeast Quarter ( 20 acres ) these are located in Section 5, T9S,R3W, The balance of ( 40 acres ) is in Section 4 known as Southwest Quarter of the Northwest Quarter, T9S, R3W, SBB&M, according to U.S. Govt. Survey approved April 21,1890.

There are at least 15 acres suitable for avocado planting at the bottom, much of grazing land at higher plateau, suitable for fowl or turkey raising. We claim riparian rights in the river as shown by FPUD., as some land is situated in the river giving me full right to water. I intend to develop the orchard land in the near future and I will need a minimum of 4 acre feet of water per acre of orchards or 60 acre feet just for that, plus water for cattle and domestic. I also have an unnamed creek which could be damed for water storage.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Paul C. Doehring Jr.*

Defendants in propria persona

Dated: May 16, 1958

11434