F I L E D

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M D Kingry
       Deputy Clerk

Annie E. Bergman, Ray L. Bergman, Carl H. Bergman, Esther M. Trunnell, and Walter A. Bergman
Defendants in propria persona
Aguanga, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                          Plaintiff, )
v. )
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
                          Defendants, )

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

Annie E. Bergman, Ray L. Bergman
Carl H. Bergman, Esther M.
Trunnell, and Walter A. Bergman

The defendants, Annie E. Bergman, Ray L. Bergman, Carl H. Bergman, Esther M. Trunnell, Walter A. Bergman, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 80 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

11435

COPY RECEIVED                    INDEXED

The land has approximately thirty acres that are tillable. The remainder is used at the present time for grazing cattle. Riverside county road #47 goes through this parcel of land, creating "highway frontage" on both sides of the highway for about half a mile. The greatest potential value of this land may be sub-dividing into residential or commercial lots or smaller acreage.

II

Defendants claim the right to put down wells and pump underground water to provide for future development, at such future date that such water can be put to beneficial use.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Anzie E. Bergman*
*Ray I. Bergman*
*Carl H. Bergman*
*Esther M. Thunnell*
*Walter A. Bergman*

Defendants in propria persona

Dated: 5-23-58

11436

EXHIBIT A

The East half of the northeast quarter of Section 27, in Township 8 south of Range 1 east of the San Bernardino base and meridian, containing approximately 80 acres.

11437