FRED M. ANDERSON and
FLORA L. ANDERSON

Defendants in propria persona
1297-East Mission Road
Fallbrook, California

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )   CIVIL NO. 1247 - SD - C
                                     )
              Plaintiff,             )   ANSWER OF DEFENDANTS
                                     )
       v.                            )   FRED M. ANDERSON and
                                     )   FLORA L. ANDERSON
FALLBROOK PUBLIC UTILITY             )
DISTRICT, ET AL,                     )
                                     )
              Defendants,            )

The defendants, FRED M. ANDERSON and FLORA L. ANDERSON each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 7½ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

11438

COPY RECEIVED                    INDEXED

The defendants, FRED M. ANDERSON and FLORA L. ANDERSON, own 7½ + acres, all planted to Avocado trees between 20 and 25 years old. The 7½ + acres we own were part of an original 20 acres that had riparian rights on Fallbrook Creek. The whole 20 acres was irrigated from wells on the property for almost 10 years before Rancho Santa Margarita was sold to the Navy Dept.

We have been using water from F.P.U.D. in conjunction with water from our well and claim rights to all the underground water beneath the aforementioned 7½ + acres as recognized by the Water Rights Laws of the State of California.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*(signature)*
FRED M. ANDERSON

*(signature)*
FLORA L. ANDERSON
Defendants in propria persona

Dated: May 17, 1958

11439

EXHIBIT A

All that portion of the East Half of the Northeast Quarter of the Northwest Quarter of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, lying South of that portion thereof conveyed by Janette Harriman to The Atchison, Topeka and Santa Fe Railway Company by Deed dated June 20, 1917 and recorded June 23, 1917 in Book 737, page 57 of Deeds, Records of San Diego County, described as follows:

Beginning at a point in the East line of said East Half of the Northeast Quarter of the Northwest Quarter 724.10 feet South from the Quarter corner common to said Section 19, and Section 18 of the above township and range; thence North 89° 35' West 50 feet North of and parallel with the center line of location of The Atchison, Topeka and Santa Fe Railway Company's Railway, 600.6 feet; thence Westerly on a tangent curve concave to the North and having a radius of 892.3 feet, a distance of 47.41 feet to the West line of said East Half; thence South along said West line 101.30 feet; thence South 89° 35' East parallel with and 50 feet South from said line of location 647.5 feet to said East line of said East Half; thence North along said East line 100 feet to the point of beginning.

ALSO granting an easement for pipe line and road purposes over the West 20 feet of said East Half of the Northeast Quarter of the Northwest Quarter lying North of said Parcel thereof conveyed by Janette Harriman to The Atchison, Topeka and Santa Fe Railway Company, as described above.

11440