COPY - Proof of service attached

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. C. Kuszler
    DEPUTY CLERK

AUGUSTA STANLEY
Defendant
**Home:** Scottish Highlands Ranch,
   P.O. Box 638, Hemet, California
**Business:** Hansa Books, Route 1, Box 963,
   Lakeland Village, Elsinore, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL.,<br>    Defendants | CIVIL NO. 1247-SD-C<br><br>ANSWER TO COMPLAINT AND<br>SUPPLEMENTARY AND AMENDATORY<br>COMPLAINT OF<br>AUGUSTA STANLEY |

The defendant, AUGUSTA STANLEY, severing from her co-defendants in the Summons and Answer but claiming a joinder with the additional parties defendant as evidence, defense, and decisions of the Court may be applicable to answering defendant herein, in answer to the Complaint and Supplementary and Amendatory Complaint on file and referred to herein, admits, denies, and alleges:

I

Answering defendant denies any unlawful interference with the rights of the plaintiff in the Santa Margarita River and/or its tributaries.

INDEXED

COPY RECEIVED        Copy made   11441

II

Answering all other allegations of plaintiff, defendant admits that plaintiff makes claims and assertions in said original Complaint and Supplementary and Amendatory Complaint; defendant alleges she has no information or belief sufficient to enable her to answer all allegations therein; and basing her denial on that ground, denies all of said allegations, claims and assertions of plaintiff.

AFFIRMATIVE STATEMENT OF RIGHTS

Answering defendant owns one thousand two hundred ninety (1,290) acres of land in Riverside County, California, more particularly described as:

PARCEL A -

SW¼ of NE¼ of NE¼, NW¼ of SE¼ of NE¼, S½ of SE¼ of NE¼, W½ of NE¼, SE¼ Except S 3/4 of SE¼ of SE¼, W½ Except N 660 feet of S 720 feet, (530 acres), Sec. 35, R. 1 East, T. 6 South, San Bernardino Meridian.

PARCEL B -

SW¼, W½ of SE¼, (240 acres) of Section 26, T. 6 S., R. 1 E., S.B.M.

PARCEL C

Lots 1 through 10, NE¼ of NW¼, E½ of SW¼, (519.79 acres), Section 34, T. 6 S., R.1 E., S.B.M.

I

Answering defendant claims:

1. Riparian rights to all surface streams or ponds upon her

11442

land and to any underflowing water under her land, as a right acquired by acquiring title to the land;

2. Any water that rises or will rise on her land;

3. Any and all water that lies under her land in any subterranean basin;

4. Any and all water that falls on her land, as long as it remains thereon;

5. Any and all water that may be developed in any manner whatsoever and brought to the surface of her land.

## II

Answering defendant alleges:

1. "The water right is a property right. It is a valuable right. And it is real estate."

>    (California Agricultural Division, *Irrigation Rights in California*, University of California Circular 452)

2. That plaintiff, as a governmental agency, does not have the right to take private property.

>    (Felton Water Co. vs. Superior Court of Santa Cruz    82 CA   382
>    Curran vs. Shattack    24 C    427
>    Newburry vs. Evans    97 CA   120

3. That plaintiff, as a downstream landowner, has no right to hamper answering defendant in the development of her land.

>    (California Amendment, submitted by Senator Dilworth and passed 1953 )

4. That plaintiff, as a private party purchasing a rancho,

    (Paragraph II, Stipulation dated November 29, 1951, quoted

4.

in Paragraph IV, A.,1, in Order of United States District Judge James M. Carter, dated February 11th 1958.) cannot claim any downstream water from defendant's land till defendant uses all the water she needs.

      (Merced County Farmers vs.
      Bernard Arbelbide,
      Third District Court of Appeals,
      Sacramento, December 5, 1957)

  WHEREFORE, ANSWERING DEFENDANT prays that plaintiff take nothing against her by reason of the Complaint and Supplementary and Amendatory Complaint on file by reference herein; that said Complaint be dismissed against this defendant; that defendant's right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

        *Augusta Stanley*
        Augusta Stanley, Defendant

STATE OF CALIFORNIA )
        ) ss.
COUNTY OF RIVERSIDE )

  Subscribed and sworn to before me this 28th day of May, 1958

My Commission Expires March 4, 1962

       *Robert C. Likins*
       Notary Public in and for the
       County of Riverside and the
       State of California

11444