Joseph E. Grammer & Gertrude H. Grammer
Defendants in propria persona
725A Jefferson Ave, Chula Vista, California
FILED MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
     Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
     Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
Joseph E. Grammer
and
Gertrude H. Grammer

    The defendants, Joseph E. Grammer & Gertrude H. Grammer each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 103 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement. All of lot 1 (SE¼ of NE¼) and E½ of lot 7 (E½ of SW¼ of NE¼) of Sec 34, Township 9S, Range 2E San Bernardino Base Meridian located approximately 1 mile West of Emery's Store on Highway #79 AND 3½ of W½ of SW¼ of Sec. 9, Township 9S, Range 3E San Bernardino Base Meridian located in Chihuahua Valley.

11445

COPY RECEIVED      INDEXED
Case 3:51-cv-01247-JO-SBC   Document 2423   Filed 05/29/58   PageID.8118   Page 1 of 3

AFFIRMATIVE STATEMENT OF RIGHTS

These answering defendants own (163) acres of land situated within the watershed of the Santa Margarita River more particularly described as follows:

(I) That certain land situated in San Diego County known as all of Lot 8 (Southeast One Quarter of Northeast One Quarter) and East One Half of Lot 7 (East One Half of Southwest One Quarter of Northeast One Quarter) of Section 34, Township 9 South, Range 3 East San Bernardino Base Meridian. Approximately (5) acres are tillable and the balance can be used for grazing livestock. Defendants wish to claim riparian water rights for the stream which runs through this property as well as sufficient water for domestic use and sufficient water to irrigate (5) acres suitable for orchard, alfalfa, or permanent pasture. Defendants wish to claim rights to a (15) foot well which is being used for watering of trees and which has been used for construction purposes. Defendants wish to claim rights to deepen his well in the future as becomes necessary for construction of buildings and irrigation.

(II) That certain land situated in San Diego County known as South One Half of West One Half of Southeast One Quarter of Section 9, Township 9 South, Range 3 East San Bernardino Base Meridian. Approximately (80) acres are tillable and the balance can be used for grazing livestock. Defendants wish to claim sufficient water for domestic use and sufficient water to irrigate (80) acres suitable for alfalfa, grains, orchards or permanent pasture. Defendants wish to claim rights to drill future wells sufficient for these purposes.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Joseph E. Grammer*

*Gertrude M. Grammer*

Defendants in propria persona

Dated: May 28, 1958

11446

EXHIBIT "A"

That certain land situated in San Diego County known as all of Lot 8 (Southeast Quarter of Northeast Quarter) and East One Half of Lot 7 (East One Half of Southwest One Quarter of Northeast One Quarter) of Section 34, Township 9 South, Range 2 East San Bernardino Base Meridian.

AND

That certain land situated in San Diego County known as South One Half of West One Half of Southeast One Quarter of Section 9, Township 9 South, Range 3 East San Bernardino Base Meridian.

11447