WILLIAM HENRY FULLER and BEATRICE FULLER
**Defendants in propria persona**
232 North Wisconson
Fallbrook, California

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )   CIVIL NO. 1247 - SD - C
        Plaintiff,  )   ANSWER OF DEFENDANTS
    v.  )   ANSWER TO COMPLAINT AND
FALLBROOK PUBLIC UTILITY  )   SUPPLEMENTARY AND AMENDATORY
DISTRICT, ET AL,  )   COMPLAINT OF
        Defendants,  )   WILLIAM HENRY FULLER AND BEATRICE FULLER

The defendants, William Henry Fuller and Beatrice Fuller, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
        AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

        AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own  1  acres of land in  San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

11448

INDEXED

EXHIBIT A

LEGAL DESCRIPTION:

The North Half of Block 115 of West Fallbrook, in the County of San Diego, State of California according to Map thereof No. 567 filed in the office of the County Recorder of San Diego County Oct. 9, 1888.

ALSO all that portion of Easterly Half of Summit Avenue immediately adjoining said North Half of Block 115 on West as vacated.
ALSO all the portion of Ivy Street adjoining said Block 115 on the North lying between the Northerly prolongation of the East line of said Block 115, and the Northerly prolongation of the center line of said Summit Avenue as vacated.

---------

11449

1  Defendants claim all riparian rights to all waters percolating
2  through their land, whether from the Santa Margarita River and
   its tributaries; whether from springs, streams or wells, etc.,
3  and to take water from their land, whether for domestic, industrial,
   business or irrigation purposes.
4
   Defendants own one acre of land on which stands a Home, a Garden;
5  Family Fruit trees; a Business Garage, and a Commercial Grove.
   They are now buying water from the Fallbrook Public Utility District,
6  and claim the right to use 6 acre-feet of water next year, for
   irrigation, business and domestic uses.
7
   In addition to the claim and uses as herein made, the defendants
8  claim all rights of overlying landowners to any water which may
   originate in, or under, or cross their land.  Defendants claim
9  the right to drill and to dig wells, and exercise water reclamation
   and conservation practices as now or may be known in the future.
10
   Defendants hereby incorporate the same as though set forth herein
11 in full all of the Affirmative Defenses of the Fallbrook Public
   Utility District on file in these proceedings.
12
   Defendants claim all the above for all lands in which they have
13 any financial interest whatsoever.

14

15

16

17

18           WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

25                              *William Henry Fuller*
26                              William Henry Fuller

27                              *Beatrice Fuller*
28                              Beatrice Fuller

29                              Defendants in propria persona
30                                    232 No. Wisconson
                                      Fallbrook, California
31
32 Dated: May 15th 1958

                                                            11450