```
ROBERT ALLAN FORSYTH and EDNA V. FORSYTH
Defendants in propria persona
P.O. Box 352
Fallbrook, California
```

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br><br>　　　　Defendants. | ANSWER OF DEFENDANTS<br>CIVIL NO. 1247*SD*C<br><br>ANSWER TO COMPLAINT AND<br>SUPPLEMENTARY AND AMENDATORY<br>COMPLAINT OF<br>ROBERT ALLAN FORSYTH AND<br>EDNA V. FORSYTH |

The defendants, Robert Allan Forsyth and Edna V. Forsyth each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I to V, inclusive, of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 10.98 acres of land in _____ County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

11451

EXHIBIT A.

That portion of the Southeast Quarter of the Southeast quarter of Section 7, Township 9 South, Range 3 West, San Bernardino Meridian in the County of San Diego, State of California, according to United States Government Survey; approved April 21, 1890, described as follows:

Beginning at a point on the South line of said Section 7, distant thereon North 89°49'20" West 200 feet from the Southeast corner of said section; thence continuing North 89°49'20" West along said South line a distance of 990 feet; thence North 330 feet; thence South 89°49'20" East 530 feet; thence North 330 feet; thence South 89°49'20" East 460 feet; thence South 660 feet to the true point of beginning.

11452

Defendants claim all rights to waters percolating through their land and to take water from their well located on the property. Defendants have irrigated portions of this land in the past. They have a home and garden, and expect, in the near future, to plant approximately 8 acres to avocados, and one acre to family fruit -- as recommended by the United States Soil Conservation Service. For this purpose they claim the right to use 30 acre-feet of water per year.

~~Defendants claim all the above described water for beneficial use appropriate thereto.~~

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Robert Allan Forsyth*
Robert Allan Forsyth

*Edna V. Forsyth*
Edna V. Forsyth

Defendants in propria persona
P.O. Box 352
Fallbrook, California

Dated: May 25, 1958

11453