Oscar L. Bryan
Defendants in propria persona
425 Pier Ave. Hermosa Beach Calif.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
           Plaintiff,      )
                           ) ANSWER OF DEFENDANTS
     v.                    ) Oscar L. Bryan
FALLBROOK PUBLIC UTILITY   )
DISTRICT, ET AL,           )
           Defendants.     )

The defendants, Oscar L. Bryan
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 320 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

11470

---

so much water. I feel that the Government will ge fair about this, I do know that if you can take away my water

The South Half of Section 25, Township 7 South, Range 1 East, San Bernardino Base and Meridian, as shown by United States Government Survey, approved Oct 11, 1895

claim all water rights will give me. When I bought this land I thought I had the water rights. I bought the land because it has good water possibilities, with fifteen un-developed springs, and with the intention of later sub-dividing in to 20 acre cabin rights. I want to reserve the right to drill as many wells as I will ever sell cabin rights, and for each cabin right to use all the water they want to use.

I wanted to build a fish pond and swimming pool. I want to have the right to make this 320 acres green instead of so much painted land.

I feel that the Government will be fair about this. I do know that if you can take away my water rights, you can take away my land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Oscar L. Bryan*

_____
Defendants in propria persona

Dated: May 26, 1958

11471