GUY BORING and VIOLET E. BORING
Defendants in propria persona
1079 E. Pacific Coast Highway
Long Beach, California


FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,)  CIVIL NO. 1247 - SD - C
             Plaintiff,  )  ANSWER OF DEFENDANTS
                         )  ANSWER TO COMPLAINT AND
    v.                   )  SUPPLEMENTARY AND AMENDATORY
                         )  COMPLAINT OF
FALLBROOK PUBLIC UTILITY )  GUY BORING AND
DISTRICT, ET AL,         )  VIOLET E. BORING
             Defendants, )

The defendants, Guy Boring and Violet E. Boring, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS
more or less
These defendants own 1/2 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED   11472

EXHIBIT A

LEGAL DESCRIPTION:

That portion of the West Half of the Northeast Quarter of the Northwest Quarter of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:
Beginning at a point on the East line of said West Half of the Northeast Quarter of the Northeast Quarter distant South 0° 06' 25" West 618 feet from the Northeast corner of said West Half of Northeast Quarter; thence parallel with the North line of said Section 19 South 89° 48' West 315.68 feet to a line parallel with and distant 50 feet Northeasterly from the center line of location of the Atchison, Topeka and Santa Fe Railway Company's Northeasterly Wye track, as described in deed from Ralph A. Hawley, et ux, to the Atchison, Topeka and Santa Fe Railway Company, dated May 1, 1917 and recorded in Book 734, page 365 of Deeds; thence Southeasterly along said line to said East line of West Half of Northeast Quarter of Northwest Quarter; thence along said East line North 0° 06' 25" East 99.90 feet, more or less, to the point of beginning.

----------

11473

Defendants claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries; whether from springs, streams or wells, etc., and to take water from their land, whether for domestic, industrial, business or irrigation purposes.

Defendants own approximately one-half an acre on which they plan to build a Residence, to make a Garden, and plant Family Fruit trees, Also to keep livestock for which they claim the right to use as much water as is necessary to supply the above satisfactorily.

In addition to the claim and uses as herein made, the defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill and to dig wells, and exercise water reclamation and conservation practices as now or may be known in the future.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Guy Boring  *Guy Boring*

Violet E. Boring  *Violet E Boring*

Defendants in propria persona

1079 E. Pacific Coast Highway
Long Beach, California

Dated: May 26th 1958

11474