F I L E D

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. Tussing
    DEPUTY CLERK

Alfred P. Wolf
Defendants in propria persona
Aguanga, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Alfred P. Wolf |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants, Alfred P. Wolf each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 160 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

11475

COPY RECEIVED                                    INDEXED

I

The defendant has 60 to 70 acres of tillable ground and other acres suitable for a vineyard, also there is an acre or more of oak and sycamore trees under which the defendant plans to build two or more cabins. At present the defendant has one well for domestic use.

II

The defendant claims all percolating and filtering water on defendant's land for all future agriculture and commercial developments, as granted by the United States of any part of the public domain to defendant when the United States issued Homestead Deed, dated October 28, 1929.

On May 12, 1958, defendant applied for a Water and Ground Survey with Ground Resources Office at Live Oaks Station, and defendant asks that judgment be delayed until this survey is completed.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Alfred P. Wolf*

Defendants in propria persona

Dated: May 22-1958

11476

EXHIBIT A

Description of property owned by Alfred P. Wolf, Aguanga, California

The East half of the Northeast quarter, the Southwest quarter of the Northeast quarter, and the Northwest quarter of the Southeast quarter of Section 28 in Township 8 south of Range 1 east of the San Bernardino Meridian, California, containing one hundred sixty acres.

11477