DONALD B. TRUNNELL and ESTHER M. TRUNNELL

Defendants in propria persona

Aguanga, California

**FILED**
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. Kuofing
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | DONALD B. TRUNNELL and |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | ESTHER M. TRUNNELL |
| Defendants, | |

The defendants, DONALD B. TRUNNELL and ESTHER M. TRUNNELL each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 810 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

Parcel 1: This land is riparian land: approximately three hundred and fifty acres (350) are tillable. Defendants have irrigated sixty acres with water pumped directly from Temecula Creek.

COPY RECEIVED

INDEXED 11478

Creek, and forty acres from three wells located on defendants property.

Parcel 2: This parcel has approximately sixty-five acres of tillable land, and thirty acres have been irrigated with water from the wells on defendant's property.

Parcel 3: This parcel has approximately sixty-five acres of tillable land. None of this parcel has been irrigated.

The land in parcels 1, 2, and 3 has two miles of highway frontage on State Highway 79.

## II

Defendants claim the right to use water from Temecula Creek and underground sources and percolating water on this land to the full extent for agricultural and commercial development.

Defendants have requested a land use survey by the Board of U. S. Water and Ground Resources and request that judgement on this land is delayed until that survey is complete.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Donald B Trunnell*

*Esther M. Trunnell*

Defendants in propria persona

Dated: 5-26-58

11479

## EXHIBIT A

That certain land situated in Riverside County known as:

Parcel 1

    The Southwest quarter, and the Southwest quarter of the Southeast quarter of Section 28, and the Northeast quarter of the Southeast quarter, and the Southeast quarter of the Southeast quarter of Section 29 and the North half of the Northwest quarter, and the Northwest quarter of the Northeast quarter of Section 33 and the Northwest quarter of the Northwest quarter of Section 34, and the East half of the East half of the Northeast quarter of the Northeast quarter of Section 33, all in Township 8 South, Range 1 East, San Bernardino Base and Meridan.

Parcel 2

    The Southwest quarter of the Northeast quarter and the North half of the Southeast quarter, and the Southeast quarter of the Northwest quarter of Section 33, in Township 8 South, Range 1 East, San Bernardino Base and Meridan.

Parcel 3

    Southeast quarter of the Northeast quarter of Section 29 and the Southwest quarter of the Northwest quarter, the Northwest quarter of the Northwest quarter, and the Southeast quarter of the Northwest quarter of Section 28 in Township 8 South, Range 1 East, San Bernardino Base and Meridan.

11480