FILED

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. Kus...
           DEPUTY CLERK

1   Rex J. Toner and Mabel L. Toner
2   Defendants in propria persona
      Star Route Box 190
3     Aguanga, California.
4
5              IN THE UNITED STATES DISTRICT COURT
6                SOUTHERN DISTRICT OF CALIFORNIA
7                      SOUTHERN DIVISION
8   UNITED STATES OF AMERICA        )    CIVIL NO. 1247 - SD - C
9              Plaintiff,           )    ANSWER OF DEFENDANTS
10       v.                         )    Rex J. Toner and
                                    )    Mabel L. Toner
11  FALLBROOK PUBLIC UTILITY        )
    DISTRICT, ET AL,                )
12             Defendants,          )

13       The defendants, Rex J. Toner and Mabel L. Toner
14  each severing from their co-defendants and each for himself or herself
15  alone, in answer to the Complaint and Supplementary and Amendatory Com-
16  plaint on file herein, admit, deny, and allege:
17            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference all
19
    of the allegations contained in the answer to said Complaint and Supple-
20
    mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
    and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
    thereof entitled "Affirmative Statement of Rights") and make each and all
23
    of said allegations a part of this answer the same as if herein set forth
24
    at length.
25
                   AFFIRMATIVE STATEMENT OF RIGHTS
26
         These defendants own 1440 acres of land in   Riverside
27
    County, California, and within the watershed of the Santa Margarita River,
28
    more particularly described in the document attached hereto, marked Exhibit
29
    A, which is hereby incorporated by reference as a part of this statement.
30
31
32

1   The land described in Exhibet A is known as Tule Peak Ranch and
2   is reparian land to Tule Creek, which runs through said land.
    This creek is not a running stream only at flood seasons, at
3   which time we do not use the flood water for irrigation.

4   There is approximatly 400 acres under cultivation at present
    time, and more can be brought under cultivation. Portions of this
    land has been under irrigation more than 40 years. The water
5   coming from natural springs and percolating water picked up
    by means of a small dam (6' deep by 40' wide ) and distributed
6   to the land by cement and steel pipe lines.

7   Numerous other springs are developed to furnish water to tanks
    for cattle on the land suitable for grazing only.
8

9   We have grown alfalfa, grain, corn, potatoes, decidous fruit
    trees and vegatables on this land.

10  We reserve the right to use the water from all springs located
    on this land together with percolating water to the amount of
11  four acre feet per anum for all the land under cultivation at
    this time, together with the right to suppliment this water
12  by pumping water from wells in the future.

13  At this time we have approximatly an 80 acre piece piped for
    irrigation.
14

15

16

17
            WHEREFORE, these defendants pray that plaintiff take nothing
18
    against them by reason of the Complaint and Supplementary and Amenda-
19
    tory Complaint on file herein; that said Complaint be dismissed as
20
    against these defendants; that defendants' right to water, as hereinabove
21
    set forth, be quieted as against the plaintiff and against all other de-
22
    fendants in this action; and for such other and further relief as the
23
    Court may deem proper.
24
                                            *Rex J. Toner* (signature)
25
26                                          Rex J. Toner
                                            *Mabel L. Toner* (signature)
27
28                                          Mabel L. Toner
29                                          Defendants in propria persona
30
31
32  Dated: May 24, 1958.

" Exhibit A "

Real Property in the County of Riverside State of California.
The East half of the Northwest quarter and
the South half of the Northeast quarter of Section 22,
Township 8 South, Range 2 East, San Bernardino Base and
Meridian, according to United States Government Survey
thereof.

The North half of the Northeast quarter of
Section 22, Township 8 South, Range 2 East, San Bernardino
Base and Meridian, according to United States Government
Survey thereof.

The West half of the Southwest quarter of Section
14;
The East half of the Southwest quarter;
The Southwest quarter of the Southwest quarter;
and the Southeast quarter of Section 15;

The South half of the Southeast quarter;
The Northwest quarter of the Southeast quarter
and the southwest quarter of the Northeast quarter of Section 16;

The Northwest quarter of the Northwest quarter of
Section 23, all in Township 8 South, Range 2 East, San
Bernardino Base and Meridian, according to United States
Government Survey thereof.


Southeast quarter of the Northeast quarter, Northeast
quarter of the Southeast quarter and the Southeast
quarter of the Southeast quarter of Section 21; the
Southwest quarter of the Northwest quarter, the
Northwest quarter of the Southwest quarter, Southwest
quarter of the Southwest quarter, the West half of the
Southeast quarter and the East half of the Southwest
quarter of Section 22; the Northeast quarter and the
South half of the Northwest quarter of Section 28;
Township 8 South, Range 2 East, San Bernardino Base
and Meridian, as shown by United States Government
Survey;

11483