

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. Kissling DEPUTY CLERK

Clarence A. Thorsen or Vera T. Thorsen
Defendants in propria persona
3514-6th Ave - San Diego 3, Cal.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, ) | ANSWER OF DEFENDANTS |
| v. ) | Clarence A. Thorsen |
| FALLBROOK PUBLIC UTILITY ) | Vera T. Thorsen |
| DISTRICT, ET AL, ) | |
| Defendants, ) | |

The defendants, Clarence A. Thorsen or Vera T. Thorsen
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 80 acres of land in San Diego
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

COPY RECEIVED

INDEXED

11484

This land is riparian land approximately Sixty (60) acres are tillable and the rest could be used for grazing cattle sheep or goats.

During the time the defendants have owned and lived on the land, rains have been heavy and irrigation has not been needed. The defendants do not have figures for the amount of water needed now and later as it becomes more developed.

We ask for a fair reasonable and adequate portion of the water.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Clarence P. Thorson*

*Vera T. Thorson*

Defendants in propria persona

Dated: May 22, 1958

11485

Property description

Lot 1 in Section 17; the North east quarter of the North west quarter in Section 20, and lot 1 (the North east quarter of the North east quarter) and lot 2 (the North west quarter of the North east quarter) both in Section 20, all being in Township 8, South, Range 4 West, San Bernadino Meridian in the County of San Diego State of California, according to United States Government survey approved April 28, 1885.
Excepting from lots 1 and 2 in Section 20 that portion thereof conveyed to Ralph W Hiestand, by deed recorded Mar. 11, 1936 in book 382, page 264 of official records.
Also excepting from lots 2 in Section 20, that portion thereof conveyed to Byron E. Richmond by deed recorded April 9, 1936 in book 489 page 321, of official records.

11486