*Doris Cubbe Chrisman*
Defendants in propria persona

Aguanga, California

**FILED**
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *M. O. Kusely*
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br>　　　　Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>*Doris Cubbe Chrisman* |

The defendants *Doris Cubbe Chrisman* each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own *lot 100' x 120'* ~~acres~~ of land in *San Diego Co* County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED  11469

I have a small house and one water well on my place which is little less than half an acre.

I am a widow, drawing Social Security and in order to supplement that income and meet living expenses it has been necessary for me to rent the house and live in my house-trailer.

To have the water in my well curtailed and not have enough for domestic purposes would deprive me of the income from rental of house, which would make it impossible for me to meet bare living expenses.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Mrs. Doris Ruppe Chrisman

---

Defendants in propria persona

Dated: 5-27-58

PARCEL 1.
The Northerly 200 feet of the Westerly 330 feet of the Southeast quarter of Lot 1 of Section 20 Township 9 South, Range 2 East, San Bernardino Meridian in the County of San Diego, State of California, according to United States Survey approved January 31, 1895.

EXCEPTING THEREFROM THAT PORTION OF PARCEL 1, BY METES AND BOUNDS AS FOLLOWS:

Beginning at the Northeast corner of said Parcel 1; thence Southerly along the Easterly line 100 feet; thence Westerly 120 feet; thence Northerly 100 feet to Northerly line of said Parcel 1; thence Easterly along the Northerly line of said Parcel 1, 120 feet to point of beginning.

PARCEL 2.
An easement and right of way for ingress and eagress for road purposes to be used in common with others over Easterly 20 feet of the Northeast quarter; the Easterly 30 feet of the Westerly 360 feet of the Southeast quarter and the Northerly 30 feet of said Southeast quarter, all in Lot 1 of Section 20, Township 9 South, Range 2 East, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved January 31, 1895; together with the right to grant similar easement over said strip to others.

EXCEPTING FROM SAID Northerly 30 feet of said Southeast quarter, the Westerly 360 feet thereof.

*Doris Rudd Chinsman*

11468