ORIGINAL

THOMAS V. CECCHETTINI, JR. and
ADELAIDE CECCHETTINI
P. O. Box 4
Murietta, California

Defendants in propria persona



FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> vs. ) <br> FALLBROOK PUBLIC UTILITY ) <br> DISTRICT, ET AL, ) <br> Defendants. ) | NO. 1247-SD-C <br><br> ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT |

    COME NOW the Defendants, THOMAS V. CECCHETTINI, JR. and ADELAIDE CECCHETTINI and severing themselves from their co-defendants and answering for themselves alone, by way of answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny and allege as follows:

I

    These answering defendants hereby incorporate by reference all of the allegations contained in the Answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I to V, inclusive, of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this Answer the same as if herein set forth at length.

    FOR A SECOND SEPARATE AND AFFIRMATIVE DEFENSE AND A STATEMENT OF RIGHTS THESE DEFENDANTS ALLEGE:

COPY RECEIVED

-1-

INDEXED

11463

I

That said defendants own approximately 108 acres of land southwest of Murrieta, California, in Riverside County, as described in Exhibit "A" attached hereto and made a part hereof by this reference.

II

Said defendants' land is suitable for and used as a ranch for the production of livestock, hogs and feed crops necessary for the sustenance of livestock and hogs. That water necessary for irrigation is pumped from underground sources, plus a domestic well on the premises.

III

That the said land was a part of the Temecula Rancho Land Grant, which carried with it full and complete rights to all minerals and water from the Mexican Government.

That by the Treaty of Guadalupe Hidalgo in 1848, these rights to minerals and water were given absolutely and forever to the owners and their successors in interest to said land grant, or any part thereof, including the said land owned by these defendants.

Said Treaty of Guadalupe Hidalgo operated as a confirmation in praesenti of all perfect titles to lands in California held under Spanish or Mexican Grants.

IV

The plaintiff, UNITED STATES OF AMERICA, is in legal duty bound to carry into effect the stipulations contained in said treaty and therefore has no claim or right to any water or mineral rights in, on, or under these defendants' said land.

V

Defendants claim exclusive and sole right and ownership of all underground water, all water above ground, all water that falls on, or runs on from rainfall and all water that can be

contained on said land by means of dams, reservoirs or other means with respect to their said land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*(signature)*
THOMAS V. CECCHETTINI, JR.

*(signature)*
ADELAIDE CECCHETTINI

Defendants in propria persona

DATED: May 23, 1958

DESCRIPTION OF CECCHETTINI'S RANCH

Lot 202 and all that portion of Lot 201 lying northwesterly of the center line of Lambert Road, as surveyed by the County Surveyor of Riverside County July, 1916 of Murietta, portion of Temecula Rancho, as shown by Map of Temecula Land and Water Company, on file in Book 8, page 359 of Maps in the office of the County Recorder of the County of San Diego, State of California, the center line of said Lambert Road being particularly described as follows: BEGINNING at a point on the center line of Guava Street, which bears So. $47°$ 30' West, 869.6 feet from the intersection of the center line of Hayes Avenue with said center line of Guava Street; thence south $0°$ 52' 30" West, 316.6 feet; thence south $12°$ 20', West 100 feet; thence south $38°$ 31' West 415 feet; thence South $77°$ 13' 30" West 106.4 feet; thence south $50°$ 47' 30" West 249 feet; thence South $45°$ 27' West 274 feet; thence South $12°$ 16' 30" West, 336 feet; thence south $1°$ 13' 30" East, 535 feet; thence south $18°$ 28' 30" West 182 feet; thence south $53°$ 22' 30" West, 50 feet, more or less, to the southwesterly line of said lot 201; thence northwesterly on the said southwesterly line to a point in the center line of Guava Street; thence North $47°$ 52' 30" East on the center line of said Guava Street to the point of beginning. EXCEPTING from that portion of said Lot 201 hereinabove described an easement in favor of the Public over the portion thereof included in Lambert Road. ALSO that portion of Guava Street lying between a portion of said Lot 201 and 202 as vacated by order of the Board of Supervisors of Riverside County, California, as recorded November 17, 1936 in Book 302, page 455 of Official Records in the Office of the County Recorder of the County of Riverside, State of California.

EXHIBIT "A"

-4-

11466

County of Los Angeles ) THOMAS V. CECCHETTINI, JR.
being first duly sworn, says: That ____he is ~~not~~ one of the Defendants in propria persona

in the above entitled action; that____he  has _____ read the foregoing_____

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

and knows the contents thereof; and that the same is true of __his__ own knowledge, except as to the matters which are

therein stated upon __his__ information or belief, and as to those matters that  he  believes it to be true.

Subscribed and sworn to before me

May 26, 1958

THOMAS V. CECCHETTINI, JR.

Fred B. Kleven
Notary Public in and for the County of Los Angeles,
State of California
My Commission expires August 5, 1959.

Received copy of the within_____ this _____ day of _____, 19____

Attorney for_____

Received copy of the within_____ this _____ day of _____, 19____

Attorney for_____

(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C. C. P.)

| Affidavit of Service By Mail | Certificate of Service By Mail |
|---|---|
| STATE OF CALIFORNIA, County of Los Angeles } ss. | |
| _____, being first duly sworn, says: That he is and was at all times herein mentioned, a citizen of the United States and employed in the County of Los Angeles, over the age of eighteen years and not a party to the within action or proceeding; that¹ | _____ certifies that ____he is and was, at all times herein mentioned, an active member of the State Bar of California and not a party to the within action or proceeding; that¹ |

h____ residence address is _____
business

that on _____, 19____, he served the within _____

on the _____ in said action or proceeding by depositing a true copy thereof, inclosed in a sealed envelope with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at² _____,

in the City of Los Angeles, California addressed to the attorney____ of record for said _____

at the residence address of said attorney _____, as follows:³ "
office

_____
(Affiant's Signature)
Subscribed and sworn to before me _____, 19____  _____
(Attorney's Signature)

Notary Public in and for County of Los Angeles, State of California.⁴
(SEAL)
¹Unless unusual circumstances exist, the portion that follows is the same in wording whether the affidavit or certificate is used. However, only business address may be shown if certificate is used.
²If deposited in the United States Post Office, cross out appropriate words and insert "In the United States Post Office". ³Here quote from envelope name and address of addressee. ⁴Notarization is essential only with the affidavit.
WOLCOTTS FORM 662—REVISED 12-55

11467

85152