

FILED
MAY 29 1958

1  Paul Dewey Tarr, Jr., and Milla Caldwell Tarr
   Defendants in propria persona
2  Rural Route, Aguanga, California

3

4           IN THE UNITED STATES DISTRICT COURT

5             SOUTHERN DISTRICT OF CALIFORNIA

6                    SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
8                                   )
                    Plaintiff,      )   ANSWER OF DEFENDANTS
9                                   )   PAUL DEWEY TARR, JR., AND
         v.                         )   MILLA CALDWELL TARR
10                                  )
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )
                                    )
12                  Defendants,     )

13      The defendants, PAUL DEWEY TARR, JR., and MILLA CALDWELL TARR,

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
                    AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own 59.49 acres of land in San Diego
27
   County, California, and within the watershed of the Santa Margarita
28
   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31

32
                                              INDEXED

COPY RECEIVED
                                              11487

1          Of this property approximately ten (10) acres are
2  tillable, and the balance can be used for raising poultry and
3  deciduous fruit and for grazing cattle.
4          This land is riparian to an intermittent stream. The
5  major portion of the defendants' water supply, however, is
6  obtained from a well on the property. The defendants claim the
7  right to use forty (40) acre-feet of water per year from either
8  or both of these two sources. The defendants do not claim any
9  prescriptive or appropriative rights.
10         Should the present well and stream fail at any time in
11 the future to produce forty (40) acre-feet of usable water per
12 year, the defendants reserve the right to develop additional water
13 as necessary by drilling deeper in the present well and/or
14 drilling additional wells on this property.

WHEREFORE, these defendants pray that plaintiff take
nothing against them by reason of the Complaint and Supplementary
and Amendatory Complaint on file herein; that said Complaint be
dismissed as against these defendants; that defendants' right to
water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such
other and further relief as the Court may deem proper.

                                             _/s/ Paul Dewey Tann_
                                             _/s/ Milla Caldwell Tann_
                                               Defendants in propria persona

Dated:    May 22, 1958

11488

DESCRIPTION OF PROPERTY

Lots Fifteen and Eighteen of Section 24 in
Township 9 South of Range 2 East of the San
Bernardino Meridian, California

Exhibit "A"

11489