ELEANOR FORSYTH SWIMM AND ROSS D. SWIMM
Defendants in propria persona
28435 Headland Drive
Rolling Hills, California

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. E. Kusy
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF ELEANOR FORSYTH SWIMM AND ROSS D. SWIMM.

The defendants, Eleanor Forsyth Swimm and Ross D. Swimm each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED   11490

COPY RECEIVED

EXHIBIT A

PARCEL 1: East 175 feet of Block Six (6) of Harris' Addition to West Fallbrook No. 1, according to Map thereof No. 574 filed in the office of the County Recorder of said San Diego County, January 8, 1889; EXCEPTING therefrom that portion thereof conveyed by Frederick Spence and Emily Spence, husband and wife to Frank Pucelli and Luigi Somical, by deed dated October 1, 1921, recorded in Book 865 page 186 of Deeds, records of said County, described as follows: That portion of Block Six (6) of Harris' Addition to West Fallbrook No. 1, according to Map No. 574, filed in the office of the Recorder of said San Diego County, January 8, 1889, described as follows: Beginning at a point on the South line of said Block Six (6), distant 285 feet East of the Southwest corner of said Block Six (6); thence at right angles and Northward for a distance of 50 feet; thence Eastward and parallel with the South line of said Block Six (6) for a distance of 200 feet, more or less, to a point on the East line of said Block Six (6), 303.8 feet South of the Northeast corner of said Block Six (6); thence Southward along the East boundary line of said Block Six (6) about 30 feet, more or less, thence Southward and Southwestward and Westward along and around a curve convex to the Southeastward, the same being the Eastward, Southeastward and Southern boundary line of said Block Six (6) thence Westward along the Southern boundary line of said Block Six (6) to the point of beginning; it being the intention and wish to deed a parcel of land approximately 200 feet in length in an east and west direction, by 50 feet approximately in width North and South, located in the Southeast corner of said Block Six (6) as the same is shown on aforesaid Map No. 574, filed in the office of the County Recorder of said San Diego County, January 8, 1889. Also EXCEPTING the North half of that certain unnamed Street adjoining said property so conveyed to said Frank Pucelli and Luigi Somical above described, as closed Sept. 17, 1921 by the Board of Supervisors of San Diego County.

11491

1  Defendants claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries; whether from springs, streams, or wells, etc., and to take water from their land, whether for domestic, industrial, business or irrigation purposes.

Defendants have a Commercial Citrus Grove, a Home, Garden and Family Fruit trees on one acre of land for which they are now buying water from the Fallbrook Public Utility District. Defendants claim the right to use 5 acre-feet of water for irrigation and domestic use.

In addition to the claim and uses as herein made, the defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill and dig wells, and exercise water reclamation and conservation practices as now or may be known.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Eleanor Forsyth Swimm*
Eleanor Forsyth Swimm        and

*Ross D. Swimm*
Ross D. Swimm.

Defendants in propria persona
28435 Headland Drive
ROLLING HILLS,
California

Dated: 5-26-58

11492