Geno L. Somacal and Louise R. Somacal
Defendants in propria persona
125 N. Wisconsin
Fallbrook, Calif.

**FILED**

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M O Kreefing_
　　　　　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

　　　　　　　Defendants,

. CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
Geno L. Somacal and
Louise R. Somacal

The defendants, Geno L. Somacal and Louise R. Somacal
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own LOT acres of land in San Diego
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

11493

COPY RECEIVED

INDEXED

"Defendants claim all the right of overlying land owners and in water which may originate in or may be found on, or under, or which may cross their land.

"Defendants claim the right to dig, or drill wells and exercise water reclamation and conservation practices as are now or may be known.

"Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

"Defendants claim all the above for all lands in which they have any financial interest whatsoever."

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Defendants in propria persona

Dated: May 22, 1958

11494

"Exhibit A"

All of the North Half of Block 113, EXCEPT the East
128.96 feet thereof, of West Fallbrook, in the County of
San Diego, State of California, according to the Map
thereof No. 743 filed in the office of the Recorder of
said San Diego County March 6, 1893, TOGETHER with that
portion of vacated street adjoining said property
on the Southwest as recorded August 26,1949, File No.
78238 records of said San Diego County. Said East 128.96
feet being measured along the Northerly line of said
Block 113.

11495