

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

1  Alice Eleanor Rasneor, formerly Alice Eleanor Wester
2  Defendants in propria persona
   102 E. View St., Fallbrook, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ) | ANSWER OF DEFENDANTS |
| v. | ) | Alice Eleanor Rasneor, formerly Alice Eleanor Wester |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | ) | |
| Defendants, | ) | |

The defendants, Alice Eleanor Rasneor, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own ½ approx. acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED                                                    INDEXED

11501

1 Defendant claims all the right of overlying land owners and to water
2 which may originate in or may be found, on, or under, or which may cross her land.
3
4 Defendant claims the right to dig or drill wells and exercise water
5 reclamation and conservation practices as are now or may be known.

... hereby in ...
...
... pist on file ...

... claims all the ... which she ...
... rial interest whatsoever.

All that portion of the Northwest Quarter of the Northeast Quarter of Section 24, Township 9 South, S.B.M. in the County of San Diego, State of Calif. described as Follows:

Beginning at the Southeast corner of the tract of land conveyed by W.F. Kuhn, Sr., and Hettie J. Kuhn to William F. Kuhn Jr. and Catherine F. Kuhn by deed dated May 13, 1938 and recorded in Book 1289, page 177 of Official Records, of said county; thence West along the South line thereof 111.85 ft to the Southwest corner thereof; thence North along the West line thereof 170 ft; thence East parallel with the South line of said tract conveyed to Kuhn 111.85 ft to the East line thereof; thence South thereon 170 feet to the point of beginning.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to waters as hereinabove set forth, be quieted as **EXHIBIT "A"** against all plaintiffs and intervenors in this action, and for costs of suit and further relief as the Court may deem proper.

Defendants in propria personas

Dated: 5/21/58

1  Defendant claims all the right of overlying land owners and to water
2  which may originate in or may be found, on, or under, or which may
   cross her land.
3
4  Defendant claims the right to dig or drill wells and exercise water
5  reclamation and conservation practices as are now or may be known.

6  Defendant hereby incorporates, the same as though set forth herein
7  in full, all the Affirmative Defenses of the Fallbrook Public Util-
8  ity District on file in these proceedings.

9  Defendants claims all the above for all lands in which she has any
10 financial interest whatsoever.

11
12
13
14
15
16
17
           WHEREFORE, these defendants pray that plaintiff take nothing
18
   against them by reason of the Complaint and Supplementary and Amenda-
19
   tory Complaint on file herein; that said Complaint be dismissed as
20
   against these defendants; that defendants' right to water, as hereinabove
21
   set forth, be quieted as against the plaintiff and against all other de-
22
   fendants in this action; and for such other and further relief as the
23
   Court may deem proper.
24
25
26                                       *Alice Eleanor Ramsey formerly*
27
28                                       *Alice Eleanor Wester*
                                         Defendants in propria persona
29
30
31
32 Dated: 5/22/58