

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *M. O. Kuapling*
   DEPUTY CLERK

1  ROY RHODES and EDNA RHODES
   Defendants in propria persona
2  1161 Valley Boulevard
   Escondido, California
3

4              IN THE UNITED STATES DISTRICT COURT
5                SOUTHERN DISTRICT OF CALIFORNIA
6                      SOUTHERN DIVISION

7  UNITED STATES OF AMERICA,      )
                                   )
8              Plaintiff,          )
                                   )   CIVIL NO. 1247 - SD - C
9      vs.                         )
                                   )   ANSWER OF DEFENDANTS
10 FALLBROOK PUBLIC UTILITY       )   ROY RHODES and EDNA RHODES
   DISTRICT, ET AL,                )
11                                 )
               Defendants.         )
12

13     The defendants, ROY RHODES and EDNA RHODES, each severing

14 from their co-defendants and each for himself or herself alone, in answer to

15 the Complaint and Supplementary and Amendatory Complaint on file herein,

16 admit, deny and allege:

17              ANSWER TO COMPLAINT AND SUPPLE-
                MENTARY AND AMENDATORY COMPLAINT
18
       These answering defendants hereby incorporate by reference all of the
19
allegations contained in the answer to said Complaint and Supplementary and
20
Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae
21
Bryant (excepting only Paragraphs I and II of the portion thereof entitled
22
"Affirmative Statement of Rights") and make each and all of said allegations a
23
part of this answer the same as if herein set forth at length.
24
                AFFIRMATIVE STATEMENT OF RIGHTS
25
       These defendants own  one acres of land in San Diego County, Califor-
26
nia, and within the watershed of the Santa Margarita River, more particularly
27
described in the document attached hereto, marked Exhibit A, which is hereby
28
incorporated by reference as a part of this statement.
29
       These answering defendants wish to reserve the right to drill a well.
30
31
       WHEREFORE, these defendants pray that plaintiff take nothing against
32
                                    1.
                                                            11496

COPY RECEIVED                                   INDEXED

them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Dated: May 21, 1958.

*Roy Rhodes*

*Edna Rhodes*

Defendants in propria persona

2.

That portion of the Northeast Quarter of the Northwest Quarter of the Northwest Quarter of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Beginning at the Northwest corner of said Section 19; thence along the North line of said Section, North 89°51' East 1208.5 feet more or less to the West line of the land described in that certain Order of Condemnation entered in that certain action entitled Atchison, Topeka and Santa Fe Railway Company, a corporation, vs. Will Williams and Carrie Williams, et al., a certified copy of which Order is recorded in Book 730, Page 401 of Deeds; thence along said West line South 0°06' West 58.7 feet; thence South 47°31' West 57.1 feet to a point in the Southeasterly line of the Public Highway from Fallbrook to the Riverside County Line as shown on Map of County Highway Route No. 4, Division No. 4, being the beginning of a 230 feet radius curve, concave Southeasterly in said Southeasterly line, said point being the true point of beginning; thence along said Southeasterly line and tangent to said curve South 47°31' West 357.9 feet; thence South 89°54' East 284.8 feet more or less to said Westerly line of the land so described in said Order of Condemnation; thence along said West line North 0°06' East to said curve in the Southeasterly line of said Highway Right of Way; thence Southwesterly along said curve to the true point of beginning.

1.

EXHIBIT "A"

11498

All that portion of Tract 116 of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 567, records of said County, described as follows: Beginning at the Northeast corner of said Tract 116; thence along the East line of said Tract 116 and its Southerly prolongation South $0°39'30''$ West, 114.00 feet to the true point of beginning; thence continuing along said Southerly prolongation of the East line of Tract 116, South $0°39'30''$ West, 110.28 feet to the South line of said Tract 116; thence along said South line North $89°20'30''$ West, 178.72 feet to the Southeast corner of the parcel of land conveyed by Mark Rhodes and wife to Harlan B. Griswold and wife; thence along the East line of said land of Griswold North $2°01'30''$ East, 112.46 feet to the South line of the parcel of land conveyed by Mark Rhodes and wife to Walter E. Barrett and wife; thence along said South line of land of Barrett South $89°17'30''$ East 64.04 feet to the West line of the parcel of land conveyed by Mark Rhodes and wife, to Sina B. Caine, an unmarried woman; thence along said West line South $0°39'30''$ West 2.00 feet to the Southwest corner of said land conveyed to Caine; thence along the South line of said land of Caine South $89°17'30''$ East, 112.00 feet to the true point of beginning.

The east one hundred (100) feet of Lot Five (5) in Block Twenty-one (21) of West Fallbrook, in the County of San Diego, State of California, according to a map of a

2.

EXHIBIT "A"

11499

```
 1
 2
 3      Subdivision of a portion of the West Half of the Northeast
 4      Quarter of Section Twenty-four (24), Township Nine (9)
 5      South, Range Four (4) West, made by O. N. Sanford, in
 6      1885, and filed in the office of the County Recorder of
 7      said San Diego County May 4, 1885 and numbered 162.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32                                  3.
                                EXHIBIT "A"
```

11500