Doris G. Rarick
Defendants in propria persona
425 E. Porter St.
Fallbrook, California

F I L E D
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. Kingley
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,        ) CIVIL NO. 1247 - SD - C
              Plaintiff,         ) ANSWER OF DEFENDANTS
     vs.                         ) To Complaint and
FALLBROOK PUBLIC UTILITY         ) Supplementary and Amendatory
DISTRICT, ET AL,                 ) Complaint of
              Defendants,        ) Doris G. Rarick

The defendants, Doris G. Rarick
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1 Lot ~~acres~~ of land in San Diego
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

Description of Lot (copied from deed)
Lot 31 of Pruett's and Short's subdivision of Block 65
of West Fallbrook, according to the map thereof no. 490
filed in the office of the Recorder of said San Diego
County, February 20. 1888.

11504
COPY RECEIVED   INDEXED

1  This defendant claims the right to water to care for the need
2  of this parcel of ground which is planted to trees, shrubs and flowers ; also this defendant wants water for another house being built
3  on the place-- claim also to all that lies under this ground.
    This defendant prays that her right to water be quieted as
4  against the plaintiff and against all other defendants in this action

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

                        Doris G. Rarick   *Doris G. Rarick*
                        425 E. Porter
                            Fallbrook California

                        Defendants in propria persona

Dated: May 23, 1958

Exhibit "A"                Description of Lot

Lot 31 of Pruett's and Short's Subdivision of Block 65 of
West Fallbrook, according to the Map thereof No. 490, filed
in the office of the Recorder of said San Diego County, February
20, 1888.

11506