FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. Kusel
DEPUTY CLERK

Robert J. Pringle & Anna M. Pringle
Defendants in propria persona
1967 Vulcan Avenue,
Encinitas, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )  CIVIL NO. 1247 - SD - C
            Plaintiff,     )  ANSWER OF DEFENDANTS
    v.                     )
                           )  Robert J. Pringle & Anna M. Pringle
FALLBROOK PUBLIC UTILITY   )  husband and wife, as joint tenants
DISTRICT, ET AL,           )
            Defendants,    )

The defendants, Robert J. Pringle & Anna M. Pringle.
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS
                    lot
These defendants own a parcel of land in San Diego
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

COPY RECEIVED                           INDEXED
                                                11507

1. Our present source of water is from the Fallbrook Public Utility District
2. We reserve the right to provide and use water, at a future date, yet
3. unknown to us at this time, for a Duplex or Apartment building, or a
4. store or any public building of any kind, by claiming the right to dig
5. or drill a well, or any other means available at that time.
6. We claim all the rights of overlying land owners and to water which may
7. originate in or may be found on or under or which may cross our land.
8. We hereby incorporate, the same as though set forth herein in full, all
9. the affirmative defenses of the Fallbrook Public Utility District set
10. on file in these preceedings.
11. Furthermore, we pray the courts to award us adequate damages to reim-
12. burse us for the cost of preparing and prosecuting our defense, to
13. alleviate the greivious physical, moral and intellectual suffering
14. inflicted upon us by this attempted usurpation of property rights,
15. instituted against us by the agencies of the United States Government.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Robert J. Pringle*

*Anna M. Pringle*

Defendants in propria persona

Dated: MAY 20, 1958

11508

That portion of the Northwest Quarter of the Northeast Quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to the United States Government Survey approved June 11, 1880, described as follows:

Commencing at the Southeast corner of said Northwest Quarter of the Northeast Quarter of said Section 25; thence North 0° 03' East along the East line of said Northwest Quarter of the Northeast Quarter, a distance of 1150.64 feet to the Southeast corner of the land conveyed to Harry F. Walters, et ux by Deed dated February 11, 1943 and recorded in Book 1484, page 325 of Official Records; thence North 89° 12' 30" West along the South line of said Walters' land parallel with the South line of said Northwest Quarter of the Northeast Quarter, a distance of 479.17 feet to the true point of beginning, being the most Southerly Southeasterly corner of the land conveyed to Lawrence J. Groleau, et ux by Deed dated January 15, 1951 and recorded in Book 3982, page 455 of Official Records; thence along the boundary of said Groleau's land North 0° 03' East, 40.00 feet and South 89° 12' 30" East, 50.00 feet to an angle point in the Easterly boundary of said Groleau's land; thence South 0° 05' 30" West along the Southerly prolongation of a portion of said Easterly boundary 40.00 feet to a point in the South line of said Walters' land; thence North 89° 12' 30" West along said South line a distance of 50.00 feet more or less to the true point of beginning.

11509