```
                                               FILED
                                              MAY 29 1958
 1  Louis T. Paulson and Edith M. Paulson    CLERK, U.S. DISTRICT COURT
    Defendants in propria persona          SOUTHERN DISTRICT OF CALIFORNIA
 2  13108 Pipeline Avenue                   By [signature]
    Chino, California.                              DEPUTY CLERK
 3
 4             IN THE UNITED STATES DISTRICT COURT
 5              SOUTHERN DISTRICT OF CALIFORNIA
 6                    SOUTHERN DIVISION
 7
    UNITED STATES OF AMERICA,     )   CIVIL NO. 1247 - SD - C
 8                                )
                 Plaintiff,       )   ANSWER OF DEFENDANTS
 9                                )
         vs.                      )   Louis T. Paulson and
10                                )   Edith M. Paulson
    FALLBROOK PUBLIC UTILITY      )
11  DISTRICT, ET AL,              )
                                  )
12               Defendants,      )
```

The defendants, Louis T. Paulson and Edith M. Paulson, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
              AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

           AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 38 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

11510

COPY RECEIVED                                    INDEXED

Of this land, approximately 33 acres are tillable and the balance can be used for grazing cattle, and for raiseing turkeys, chickens, and fowl.

Defendants have irrigated portions of the land in the past and water for this purpose has been obtained by pumping from a well, also a running spring has furnished water for cattle.

Defendants claim the right to use 120 acre feet of water per year from the well or spring on this land and to drill a well at the spring to impound the water from it, some time in the future.

Defendants do not claim any prescriptive rights or any appropriative rights.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Lorris T. Paulson*

*Edith M. Paulson*

Defendants in propria persona

Dated: May 23, 1958

11511

Legal Description

In the County of Riverside, State of California:
That portion of the Northwest quarter of the Southeast quarter of Section 33, Township 8 So., Range 2 West, San Bernardino Base an Mer., as shown by United States Government Survey and of Tr. "C", as shown by Judicial Map of Lands of Machado Bros. and Wolf in T.9So., R.2W., San Bernardino Base and Mer., in that certain partition in Case No. 3239 of the Superior Court of the State of California in and for the Co. of San Diego, on file in the County Clerk's Office of said San Diego Co., described as follows:
Beginning at the Northeast cor. of said Northwest quarter of the Southeast quarter; thence Southerly, along the East line, of said Northwest quarter of the Southeast quarter, and along the East line of said Tr. "C", as shown by Judicial Map of Lands of Machado Bros. and Wolf, So. 0° 26' 50" East 2613.23 ft. to the Southeast cor. of said Tr. "C"; thence along the So. line of said Tr. "C" So. 89°55' West 561.50 ft., to the center line of Temecula to Pala Rd., as shown by record of Survey on file in Book 10 Page 53 of Records of Survey, Riverside Co. Records, said point being distant So. 89° 55' West 633.58 ft. from the Northeast cor. of Sect. 4 of T.9 So. R. 2 West, San Bernardino Base and Mer.; Thence folowing along said center line of Temecula to Pala Rd. as follows: No. 6° 25' East 469.49 ft. to the beginning of a curve concave Westerly having a radius of 1200 ft.; ~~~~~~~~~~~~~~~~~~~~~~
thence Northerly along said curve 366.77 ft. to the end thereof; thence on a tangent to said curve No. 12° 05' West 718.20 ft. to the beginning of a curve concave Easterly having a radius of 3000 ft.; Thence Northerly along said curve 409.28 ft. to end thereof; thence on a tangent to said curve No. 4° 16' West 512.01 ft. to the beginning of a curve concave Southwesterly having a radius of 1300 ft.; thence Northwesterly along said curve to the No. line of said Northwest quarter of the Southeast quarter; thence No. 89°26' East along the No. line of said Northwest quarter of the Southeast quarter of said section to the true point of Beginning;
EXCEPTING THEREFROM the portion thereof included in said Temecula to Pala X Rd. as shown on award of trustee dated Aug. Oct. 10

11512

EXCEPTING THEREFROM the portion thereof included in said Temecula to Pala Road, As shown on Record of Survey on file in Book 10 Page 53 of Records of Survey, Riverside County Records.

11512A