1  SACHSE and PRICE
2  Attorneys at Law
   1092 S. Main Street
3  Fallbrook, California
   Phone:  RAndolph 8-1154
4

**FILED**

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _m o̶ Kasti̶_
              DEPUTY CLERK

5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9            SOUTHERN DISTRICT OF CALIFORNIA
10                  SOUTHERN DIVISION
11  UNITED STATES OF AMERICA,          )
12                Plaintiff,           )    No. 1247-SD-C
13          vs.                        )    ANSWER OF DEFENDANT
14  FALLBROOK PUBLIC UTILITY DISTRICT, )    JOHN W. MARSHALL
15  a public service corporation of the )
    State of California, et al.,       )
16                                     )
17                Defendants.          )

18          Defendant, JOHN W. MARSHALL, a Widower;

19

20  answering plaintiff's Complaint and Supplement to Complaint

21  for himself    alone and not for any other defendant, admits,

22  denys and alleges as follows:

23                  FIRST DEFENSE

24                        I

25          Defendant  has       no knowledge or information

26  sufficient to form a belief as to the allegations contained

27  in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's

28  Original Complaint herein, and therefore denies all of said

29  allegations for want of information or belief.

30                        II

31          Answering paragraph V of plaintiff's Original

32  Complaint herein, defendant    admits   the litigation

COPY RECEIVED                    - 1 -                    11520

                                         INDEXED

referred to and admits that a stipulated judgment was entered
into therein, a copy of which is attached to plaintiff's
Complaint marked Exhibit A. Defendant    denies that
parties to said litigation or in any way bound thereby; and
denies that said stipulated judgment determines the rights of
plaintiff against defendant    .

### III

Denies  the allegations of paragraph IX of plain-
tiff's Original Complaint.

### IV

Defendant  has    no knowledge or information
sufficient to form a belief as to the allegations contained in
Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII,
XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's
Supplement to Complaint, and therefore denies  all of said
allegations for want of information or belief.

### V

Denies the allegations of Count XXI, XXII and XXV of
plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT
ALLEGE S  :

### I

Defendant is  the owner  of real property situated
in the County of San Diego, State of California, as described
in Exhibit A attached hereto and made a part hereof by
reference.

### II

Defendant   claim s  water rights appurtenant to the
real property described in Exhibit A, as follows:

- 2 -

11521

1          The lands of defendant described in EXHIBIT A

2    hereunto attached include 40 acres of arable and irrigable land.

3    All of the lands described in Exhibit A are riparian to the

4    Santa Margarita River which flows through the easterly portion

5    of said lands.

6          By Grant Deed dated February 21, 1958,  defendant

7    conveyed to the Fallbrook Public Utility District that portion

8    of his lands described in Exhibit A as the EXCEPTION contained

9    in said description, reserving however to the remainder of

10   said lands the full riparian rights of the whole thereof.

11   Defendant claims full correlative riparian rights to the use of

12   the waters of the Santa Margarita River on said lands, and also

13   claims full correlative rights to the use of the ground waters

14   percolating beneath said lands not yet a part of any stream.

- 2 A -

11522

WHEREFORE, defendant   prays   judgment as follows:

        1.   That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

        2.   That this Honorable Court adjudge and decree that defendant   is   the owner   of water rights appurtenant to the lands described herein as described in this Answer.

        3.   That this Honorable Court adjudge and decree that the water rights of defendant   prior and paramount to all of the claimed water rights of plaintiff herein.

        4.   That this Honorable Court quiet the title of defendant   in and to   his   rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

        5.   For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by
Attorneys for defendant

- 3 -

11523

1        Lot 3, the Northeast one-quarter of the Northwest one-

2  quarter;  the Northwest one-quarter of the Northeast one-quarter

3  of Section 4, Township 9 South, Range three west , San Bernardino

4  Meridian; San Diego County; and

5        Lot 2, the Northeast one-quarter of the Northwest

6  one-quarter;  the Northwest one-quarter of the Northeast one-

7  quarter of Section 4, Township 9 South, Range 3 West, San Bernar-

8  dino Meridian, San Diego County EXCEPTING:

9        All that portion of Lot 2, Section 4, Township 9 South,

10  Range 3 West, all in San Bernardino Meridian, in the County of

11  San Diego, State of California, according to United States

12  Government Survey thereof, described as follows:

13        Beginning at the Southeast corner of Lot 2 of said

14  Section 4; thence along the Easterly line thereof North $2^\circ 06'05''$

15  East 402.23 feet;  thence South $76^\circ 44'45''$ West 259.63 feet;

16  thence South $29^\circ 49'05''$ West 205.14 feet;  thence South $73^\circ 26'30''$

17  West 657.41 feet to the South line of said Lot 2;  thence North

18  $88^\circ 38'50''$ East 970.31 feet to the point of beginning.  Contain-

19  ing 80 Acres more or less.

20

21

22

23

24

25

26

27

28

29

30

31

32

11524

- 4 -

EXHIBIT A.

AFFIDAVIT OF SERVICE BY MAIL—1013a, C. C. P.

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.

No. 1247-SD-C

Franz R. Sachse _____, being first duly sworn, says: That affiant, whose address is

1092 S. Main St., Fallbrook, Calif.

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Answer and Request for Admissions under Rule 36

for defendant John W. Marshall,

(Copy title of paper served)

on the plaintiff _____ in said action, by placing a true copy thereof in an envelope addressed

(Name of party served)

as follows:

Hon. J. Lee Rankin, Room 332, 325 W. F Street, San Diego, Calif.

(Name and address as shown on the envelope)

sealed and deposited on the 27th day of May _____, 195 58, in the United States Mail at

Fallbrook, San Diego County, California

(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 27th

day of May, 195 8

_____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires May 25, 1961.

11525