SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

**FILED**

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. E. Tieszen
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br>    Defendants. | No. 1247-SD-C<br>ANSWER OF DEFENDANTS<br>D. H. BULLOCK, GLENN C.<br>BULLOCK and EVELYN G.<br>BULLOCK |

Defendants

D. H. BULLOCK, GLENN C. BULLOCK and EVELYN G. BULLOCK

answering plaintiff's Complaint and Supplement to Complaint for

themselves alone and not for any other defendant, admit, deny

and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

11513

COPY RECEIVED     - 1 -     INDEXED

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

11514

  Parcels One and Two as described in Exhibit A, attached comprise a single ranch property, containing 80 acres, of which approximately 70 acres are arable and irrigable. The property is traversed by an intermittent stream, running through the property in a generally north to south direction. The property is developed with avocado groves which are presently watered by water pumped from percolating undeground waters, from six wells. Defendants are making no use of the waters of the intermittent stream at present. Defendants assert full correlative riparian rights to the use of the waters of said intermittent stream, and full correlative rights to the use of the percolating ground waters not yet a part of any stream, in a total amount of not to exceed 4.2 acre feet per acre per year.

  Parcel Three comprises approximately $\frac{1}{8}$ acre and is riparian to the stream known locally as "Fallbrook Creek". All of said Parcel is arable and irrigable. Defendants assert full correlative riparian rights to the use of the waters of said stream in an amount not to exceed 4.2 acre feet per acre per year.

  Parcel Four contains approximately $\frac{1}{4}$ acre all of which is arable and irrigable. It is not riparian to any stream, but has on it an un-used well, which draws from the ground waters percolating beneath said land, not yet a part of any stream. Defendants assert full correlative rights to the use of said ground waters in an amount not to exceed 4.2 acre feet per acre per year.

  Parcel Five consists of 2/3 acres, all of which is arable and irrigable and which is not riparian to any stream. Defendants assert full correlative rights to the use of the ground waters percolating beneath said Parcel in an amount

- 2A -

not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by /s/ Franz R. Sachse
Attorneys for defendant

- 3 -

11516

1   PARCEL ONE:   D. H. Bullock and Glenn C. Bullock, as tenants
2   in common:

ALL THAT REAL PROPERTY situated in the County of San Diego, State of California, bounded and described as follows:

The West Half of the Northeast Quarter of the Northeast Quarter of Section 6, Township 9 South, Range 3 West, S. B. M. San Diego County, California.

Together with an easement for road purposes over the East Half of Northeast Quarter of Northeast Quarter of Section 6, Twp. 9 S, Range 3 West, S.B.M. San Deigo County, California, also an Easement for Well and Water purposes over the Westerly 200 feet of the South Half of the East Half of Northeast Quarter of Northeast Quarter of Section 6, Twp. 9 South, Range 3 West, S.B.M. San Diego County, California

12   Containing 20 acres more or less.

13   PARCEL TWO:   D. H. Bullock and Glenn C. Bullock as tenants in common:

all that real property situated in the County of San Diego, State of California, described as follows:

The Southwest Quarter of the Northeast Quarter and the West Half of the Southeast Quarter of the Northeast Quarter of Section 6, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California.

19   Containing 60 acres more or less.

20   PARCEL THREE:   D. H. Bullock and Glenn C. Bullock as tenants
21   in common:

the real property in the County of San Diego, State of California, described as:

Lots Six and Seven in Block Twenty-eight, of West Fallbrook, in the County of San Diego, State of California, according to Amended Map No. 743 thereof, filed in the office of the County Recorder of San Diego County, March 6, 1893.

31   Containing ⅛ acre more or less.       EXHIBIT A

32                                    - 4 -

11517

1    PARCEL FOUR: GLENN C. BULLOCK, a married man:

DESCRIPTION

**PARCEL 1.**
That portion of the West 31 rods of Lot 1, (The Northwest Quarter of the Northwest Quarter) of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879 lying Southeast of the center line of County Highway Commission Road Route 4, Division 4, as per map of Road Survey No. 338, on file in the office of the County Surveyor of San Diego County, as said road was conveyed to the County of San Diego by deed from Effie B. Alexander et al, recorded December 30, 1918 in Book 751, page 56 of Deeds, in the office of the County Recorder of San Diego County. EXCEPTING therefrom that portion thereof included in the boundaries of the land described in the deed from Effie B. Alexander and Henry V. Alexander to Atchison, Topeka and Santa Fe Railway Company, a corporation, dated January 10, 1917 and recorded in Book 734, page 211 of Deeds, Records of said County, described as follows:
    Beginning at a point in the South line of the Northwest Quarter of the Northwest Quarter of said Section 19, a distance of 511.5 feet East from the West line of said Section; thence North along the East Boundary of the West 31 rods of said Northwest Quarter of the Northwest Quarter, a distance of 148.59 feet; thence South 37° 31' West, parallel with and 50 feet Northwesterly from the center line of the location of the Atchison, Topeka and Santa Fe Railway Company's railway, 202 feet to the South line of said Northwest Quarter of the Northwest Quarter; thence East along said South line, 119.62 feet to the point of beginning.

16    Containing .25 acres.

19    PARCEL FIVE: GLENN C. BULLOCK and EVELYN G. BULLOCK, husband and wife as joint tenants:

28    Containing .75 acres.

30                                        EXHIBIT A

- 5 -

11518

**AFFIDAVIT OF SERVICE BY MAIL—11013a, C. C. P.**

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.

1247 SD C

Franz R. Sachse _____, being first duly sworn, says: That affiant, whose address is

1092 South Main Street, Fallbrook, California
is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Answer of Defendants D. H. Bullock, Glenn C. Bullock and

Evelyn G. Bullock.
(Copy title of paper served)

on the plaintiff _____ in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

Hon. J. Lee Rankin, Room 332, 325 W. F Street, San Diego, California

(Name and address as shown on the envelope)

sealed and deposited on the 27th day of May, 195 8, in the United States Mail at

Fallbrook, San Diego County, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 27th

day of May, 195 8

_____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires May 25, 1961. 11519