F I L E D

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

Walter A. Coy and Oleta S. Coy
Defendants in propria persona
P. O. Box 911
Murrieta, California.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

          Defendants,

) CIVIL NO. 1247 - SD - C
)
) ANSWER OF DEFENDANTS
)
) Walter A. Coy and
) Oleta S. Coy
)
)
)
)

The defendants Walter A. Coy and Oleta S. Coy
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own xxxxx̶a̶c̶r̶e̶s̶ two lots of land in Riverside
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

11526

INDEXED

EXHIBIT "A"

In the County of Riverside, State of California
Lots 5 and 6 in Block 15 of the Townsite of
Murrieta, as shown by Map on file in Book 8
page 359 of Maps, San Diego County Records.

This property is riparian land; two (2) lots.

Defendants claim the right to use underground

water for reasonable domestic use.

WHEREFORE, these defendants pray that plaintiff take
nothing against them by reason of the Complaint and Supplementary
and Amendatory Complaint on file herein; that said Complaint be
dismissed as against these defendants; that defendants' right to
water, as hereinabove set forth, be quieted as against the plain-
tiff and against all other defendants in this action; and for such
other and further relief as the Court may deem proper.

_Walter A. Cox_

_Oleta S. Cox_

Defendants in propria persona
P. O. Box 911
Murrieta, California.

Dated: May 26, 1958

11527