

FILED

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. C. Kuszler, Deputy Clerk

MYRTLE E. PARKS
Defendants in propria persona
Star Route, Box 98
Hemet, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
        Plaintiff, ) ANSWER OF DEFENDANTS
  v. ) MYRTLE E. PARKS
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
        Defendants, )

The defendants, MYRTLE E. PARKS each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 640 acres of land in RIVERSIDE County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

11528

INDEXED

1   All of section twenty nine (29), Township seven (7)
2   south, Range one (1) East, San Bernardino Base and Meridian.
3
4   We claim all percolating rights. All Reparian rights
5   that we can also develope on this acreage.
6
7   We have at present one well 28 feet deep, furnishes all
8   water for general use at present time. Would like to develope
9   more water for future crops of alfalfa, and etc;
10
11
12
13
14
15
16
17
18   WHEREFORE, these defendants pray that plaintiff take nothing
19   against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as
20
21   against these defendants; that defendants' right to water, as hereinabove
22   set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the
23
24   Court may deem proper.
25
26   *Myrtle E. Parks*
27   *Star Route, Box 98*
28   *Hemet, California*
29   Defendants in propria persona
30
31
32  Dated: *May 26, 1958*

11529

" Exhibit A "

All of section twenty nine (29), Township seven (7) south, Range one (1) East, San Bernardino Base and Meridian.

11530