Loyd Mitchell

Ella H. Mitchell Estate

Defendants in propria persona

Star Rt. Agunga California

FILED

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. C. Kunzfing
         Deputy CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. c | Loyd Mitichell |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants. | |

The defendants, Loyd Mitchell each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 160 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement. Southwest quarter of the northwest quarter and the northwest quarter of the southwest quarter of Section nine and the northeast quarter of the southeast quarter and the southeast Quarter of the northeast quarter of Section eight in Township Nine south of Range three east of the San Bernardino Meridian, Calif, containing one hundred sixty acres.

COPY RECEIVED

INDEXED 11534

Dated: May 26 1958

32

There are five shallow wells on this land, All of whitch are producing wells. There is About 100 acres of tillable land. Defendant has in the past irregated up to 50 acres. There is a stock watering pond of the place .But it doesen't hold much water.

(2). Defendant claimes all percolating and infilthating water on thie land for all future agricultural and commerical development.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Loyd Mitchell*

Defendants in propria persona

Dated: May 26 1958

11535