GLENN COFFER and PAULINE COFFER
Defendants in propria persona
Star Route, Box 119
Hemet, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
GLENN COFFER and
PAULINE COFFER

The defendants, GLENN COFFER and PAULINE COFFER each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 40 acres of land in RIVERSIDE County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

11536

N 1/2 of W 1/2 of SW 1/4 of NE 1/4 of ST HWY E 3/4 of SW 1/4 of NE 1/4 N of St Hwy, POR W 1/2 of SE 1/4 of NE 1/4 BEG NW COR W 1/2, E 330 ft., SW to SW COR of SE 1/4 of NE 1/4, N to BEG EXC POR SW OF ST HWY, 36.91 AC M/L

We claim all percolating water rights. All Reparian rights that we can also develope on this acreage.

At present two wells - one 60 ft. well in use at place of business. Other well 195 ft. in field.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_____

_____
Defendants in propria persona

Dated:

11537

"Exhibit A"

All that portion of the Southwest quarter of the Northeast quarter of Section 19 in Township 8 South, Range 1 East, San Bernardino Base and Meridian lying North of State Highway #71.

EXCEPTING therefrom that portion thereof dexcribed as follows: Beginning at the intersection of the North line of Highway #71 and the West line of the Southwest quarter of the Northeast quarter; thence North on the said West line to a point 660 feet South of the North line of said Southwest quarter of the Northeast quarter; thence East and parallel with the North line of said Southwest quarter of the Northeast quarter, 330 feet; thence South and parallel with the West line of said Southwest quarter of the Northeast quarter to the North line of Highway 71; thence Westerly on the North line of Highway #71 to the point of beginning. Said excepted portion containing 2 1/2 acres a little more or less.

Also, that portion of the West half of the Southeast quarter of the Northeast quarter of Section 19 in Township 8 South, Range 1 East, San Bernardino Base and Meridian, lying North of Highway #71 and Westerly of Highway #79.

11538