Arnold X. Schleuniger & Elsie Schleuniger; Elmer Potter & Lucille Potter
Defendants in propria persona
525 Main St. El Segundo, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FILED MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. Kuehl, Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants Arnold X. Schleuniger & Elsie Schleuniger, Elmer Potter & Lucille Potter each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 320 acres of land in County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED        INDEXED

11539

1 | We claim the rights to the following
2 | Three springs developed in 1890andpiprd to a concrete resivor 50x 50x7
3 | Three Wells and two small earth resivors,
4 | We anticipate to develope 6 or 7 other locations for possible springs
5 | WE have 6 locations for water wells we wish to develope.
6 | We plan to plant 200 acres in alphfa and permanant pasture to feed
7 | 200 to 300 head of cattle the rest in orchasds 100 ac.
8 | Now therefore we claim we need at least 2000 acre feet per year
9 | for our needs,

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

x _____
x _____
x _____
x _____
Defendants in propria persona

Dated: May 20 1958

11540

## ARNOLD SCHLEUNIGER CO.
### GENERAL CONTRACTOR
515 MAIN STREET · EL SEGUNDO, CALIF.
PHONE EAstgate 2-0649

EXHIBIT "A"

Legal Description:

      The East 1/2 of Section 31, in Township 6 south Range 3 West SBBL

11541