MRS. ALICE V. BEAMAN
Defendants in propria persona
P. O. BOX 561, Fallbrook, California



FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *M D Kusafuya*
    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | MRS. ALICE V. BEAMAN |
| Defendants, | |

The defendants MRS. ALICE V. BEAMAN
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS
city lot
These defendants own 1 (acres) of land in SAN DIEGO County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

The West 125 feet of Block 111 of Townsite of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 743, filed in the office of the County Recorder of San Diego County; EXCEPTING therefrom the South 217 feet thereof.

COPY RECEIVED                                     INDEXED      11542

Defendant claims all the right of overlying land owners and to water which may originate in or may be found, on, or under, or which may cross their land.

Defendant claims the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendant hereby incorporates, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendant claims all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Mrs. Alice N. Desman*

Defendants in propria persona

Dated:   May 23, 1958

11543