FILED

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. _____ DEPUTY CLERK

1  Clinton C. Davidson
   Defendants in propria persona
2  STAR. RT. BOX 154 Hemet Calif

3

4           IN THE UNITED STATES DISTRICT COURT

5             SOUTHERN DISTRICT OF CALIFORNIA

6                   SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,           )   CIVIL NO. 1247 - SD - C
8                                      )
              Plaintiff,               )   ANSWER OF DEFENDANTS
9                                      )   Clinton C. Davidson
        v.                             )
10                                     )
   FALLBROOK PUBLIC UTILITY            )
11 DISTRICT, ET AL,                    )
                                       )
12            Defendants,              )

13      The defendants,

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                   AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
              AFFIRMATIVE STATEMENT OF RIGHTS    APROX
26
        These defendants own     acres of land in 1/3 of an acre
27                                                Riverside Co
   County, California, and within the watershed of the Santa Margarita
28
   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31

32
                                              INDEXED
   COPY RECEIVED                                  11547

26                                    Clinton C. Davidson

I claim the right to take water from a well 68 ft deep for domestic use and to water 8 shade tree's

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Clinton C. Davidson*

_____
Defendants in propria persona

Dated:

11548

Description of Property
Exhibit A

That Portion of the West half (W½) of the Southeast quarter (SE¼) of the Northeast quarter (NE¼) in Section 17, Township 8 South, Range 1 East SBBM, lying South of the State Highway

11549