

FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. _____
        DEPUTY CLERK

1  FRANK H. TREXLER and GLADYS E. TREXLER
2  Defendants in propria persona
   1019 Acacia Avenue
3  Torrance, California

5                  IN THE UNITED STATES DISTRICT COURT
6                     SOUTHERN DISTRICT OF CALIFORNIA
7                            SOUTHERN DIVISION

8  UNITED STATES OF AMERICA,       )
9              Plaintiff,          )     CIVIL NO. 1247-SD-C
10         vs.                     )     ANSWER TO COMPLAINT AND
                                   )     SUPPLEMENTARY AND AMENDATORY
11 FALLBROOK PUBLIC UTILITY        )     COMPLAINT OF
                                   )     FRANK H. TREXLER AND
12 DISTRICT, ET AL.,               )     GLADYS E. TREXLER
                                   )
13             Defendants          )

14         The defendants, FRANK H. TREXLER and GLADYS E. TREXLER, each
15 severing from their co-defendants and each for himself or herself alone,
16 in answer to the Complaint and Supplementary and Amendatory Complaint on
17 file herein, admit, deny, and allege:
18                      ANSWER TO ORIGINAL COMPLAINT
19                                   I.
20         These answering defendants have no information or belief
21 sufficient to enable them to answer the allegations of Paragraphs II and
22 VII of the original Complaint and basing their denial upon that ground,
23 deny all allegations in said paragraphs contained.
24                                   II.
25         Answering the allegations of Paragraph IV, defendants deny
26 that any conduct of these answering defendants threatens the destruction
27 of the basin referred to in said paragraph or damages the plaintiff in
28 any manner.
29                                   III.
30         Answering the allegations of Paragraphs V and VI, deny that
31 the litigation and/or the stipulated judgment referred to in

                                                            11688

COPY RECEIVED    INDEXED

said paragraphs are binding upon or in any manner affect the rights of these answering defendants, and deny that the plaintiff is entitled to any rights, titles, interests, or privileges as against any of the answering defendants by reason thereof.

IV.

Answering the allegations of Paragraph VIII, admit that the plaintiff makes the claims and assertions specified in said paragraph; these answering defendants have no information or belief sufficient to enable them to answer the remaining allegations of said paragraph and basing their denial on that ground, deny all of said allegations.

V.

Answering the allegations of Paragraph IX, deny that any action or conduct of any of these answering defendants has caused the plaintiff any damage or has contributed to any of the injuries alleged in said paragraph; these answering defendants have no information or belief sufficient to enable them to answer the remaining allegations of said paragraph and basing their denial on that ground, deny all of said allegations.

### ANSWER TO SUPPLEMENT TO COMPLAINT

### Answer to Counts Nos. I to XIV, Inclusive

I.

In answer to Counts I to XIV, inclusive, of the Supplement to plaintiff's Complaint, these answering defendants hereby incorporate by reference Paragraphs I to V, inclusive, of the above answer to plaintiffs original Complaint.

II.

These answering defendants admit that the plaintiff makes the contentions set forth in said counts; deny that any actions of these answering defendants have injured plaintiff; and have no information or belief sufficient to enable them to answer any of the remaining allegations in any of

said counts contained and basing their denial on that ground, deny all of said allegations not hereinabove expressly admitted or denied.

### Answer to Counts Nos. XV-XXI, Inclusive

I.

These answering defendants hereby incorporate by reference Paragraphs I and II of their answer to Counts I to XIV, inclusive.

II.

These answering defendants deny each and every allegation contained in Paragraphs II and III of Count XXI.

III.

The defendants admit that plaintiff owns certain tracts of land comprising the Cleveland and San Bernardino National Forests which are administered by the Bureau of Land Management of the Department of the Interior, which tracts are within the watershed of the Santa Margarita River; admit the allegations with reference to the flow of Temecula Creek and its tributaries; admit that the exhibits mentioned in said Counts are attached to the Complaint; admit that the United States of America makes the contentions set forth in Counts XVIII, XIX, and XX; these answering defendants have no information or belief sufficient to enable them to answer the remaining allegations in said Counts XV to XXI, inclusive, and basing their denial on that ground, deny all of said allegations.

### ANSWER TO AMENDMENT TO COMPLAINT

### Answer to Counts Nos. XXII to XXV, Inclusive

I.

These answering defendants hereby incorporate by reference Paragraphs I, II and III of their Answer to Counts XV to XXI, inclusive.

II.

These answering defendants deny the allegations of Paragraphs I and II of Count XXII.

-3-

III.

These answering defendants admit that plaintiff makes the contentions set forth in Paragraph III of Count XXII; deny each and every allegation in said paragraph contained except as hereinabove admitted.

IV.

These answering defendants admit that plaintiff makes the contentions set forth in Counts XXII to XXV, inclusive; admit that the application referred to in Paragraph II of Count XXIV was filed and in this connection allege that said application was rejected and denied by the State Board of Water Rights of the State of California on April 10, 1958; admit that these answering defendants claim the right to the use of water specified in the Affirmative Statement of Rights hereinbelow set forth; deny that any claim of these defendants invades any rights of the United States of America; deny the allegations of Count XXI except as hereinabove expressly admitted.

V.

These answering defendants have no information or belief sufficient to enable them to answer the remaining allegations contained in said counts and basing their denial upon that ground, deny all of the allegations not hereinabove expressly admitted or denied.

AFFIRMATIVE STATEMENT OF RIGHTS

I.

These answering defendants own approximately 14 acres of land situated within the watershed of the Santa Margarita River more particularly described as follows:

> That certain land situated in Riverside County known as the South 480 feet of Lot 5 of Northwest one-fourth of Section 13,

-4-

11691

Township 7 South, Range 2 East,
San Bernardino Base and Meridian
(excepting the Southerly most 30 feet)

This land is approximately seven acres which is tillable and the balance, seven acres is suitable for homesites and for poultry raising. There is at present one domestic well, 165 feet deep on the west seven acres. This seven acres is suitable for agriculture and these defendants claim the right to develop water to irrigate said seven acres by drilling wells sufficient to supply a total of 29.4 acre feet of water per year to said seven acres.

Defendants also claim the right to drill enough wells on the east seven acres to furnish domestic water for seven one-acre homesites.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Frank N Trexler

Gladys E. Trexler
Defendants in propria persona
1019 Acacia Avenue
Torrance, California

Dated: May 26, 1958

11692