

FILED

MAY 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M O Kienzle_
DEPUTY CLERK

1   Phillip F.& Bethena E.Campbell
    Defendants in propria persona
2   1540 Hillcrest Lane
    Fallbrook Calif.
3

4                   IN THE UNITED STATES DISTRICT COURT

5                   SOUTHERN DISTRICT OF CALIFORNIA

6                           SOUTHERN DIVISION

7
    UNITED STATES OF AMERICA,          )       CIVIL NO. 1247 - SD - C
8
                    Plaintiff,         )       ANSWER OF DEFENDANTS
9                                      )    Phillip F.& Bethena E.Campbell
           v.                          )
10                                     )
    FALLBROOK PUBLIC UTILITY           )
11  DISTRICT, ET AL,                   )
                                       )
12                  Defendants,        )

13        The defendants,  Phillip F.& Bethena E.Campbell

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT
18
          These answering defendants hereby incorporate by reference
19
    all of the allegations contained in the answer to said Complaint and
20
    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25

26              AFFIRMATIVE STATEMENT OF RIGHTS
27        These defendants own  3 acres of land in San Diego

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

31  part of this statement.

32

        COPY RECEIVED                                    11639

            INDEXED



Exhibit" A

That portion of the West 244.50 feet of the East half of the West half of
the Northeast Quarter of the Southeast Quarter of Section 18, Township
9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego,
State of California, according to United States Government Survey approved
September 11, 1879, described as follows:
    Beginning at a point in the South line of said Northeast Quarter
of Southeast Quarter distant North 89°30' 10" East 15.00 feet from the
Southwest corner of said East half of the West half of Northeast Quarter
of Southeast Quarter; thence continuing along said South line North 89°30'10"
East 214.50 feet; thence parallel with the West line of said East half of
West half of Northeast Quarter of Southeast Quarter North 0°29'02" West
515.32 feet; thence South 89°25' 20" West 214.50 feet; thence South 0°29'02"
East 514.97 feet to the point of beginning.
ALSO an easement and right of way for ingress and egress for road purposes
over the West 15.00 feet of the South 514.97 feet and over the East 15.00
feet of the West 244.50 feet of the South 515.32 feet of said West 244.50
feet of East half of West half of Northeast Quarter of Southeast Quarter.

11640

1    This entire,approximately three acres of land except where

2    home is located,is planted to avocado and lemon trees,now eight

3    years old and in good production. This approximate three acre tract

4    had formerly been a portion of a seven acre tract,that had been

5    farmed,in the previous twenty years,growing olives.

6    Water for our approximate three acre tract is furnished or

7    supplied by the Fallbrook Public Utility District,and is principally

8    water coming from the Colorado River. Due to the pervious top soil

9    of our land and the slope of the land to the south and extending

10   over water bearing sub-soil,due to the allegations as per above,

11   We reserve the right to,at any time,dig a well and maintain a pump

12   on our property to recover and use water lost due to percolation

13   and seepage from our land and from said basin.

14

15

16

17

18          WHEREFORE, these defendants pray that plaintiff take

19   nothing against them by reason of the Complaint and Supplementary

20   and Amendatory Complaint on file herein; that said Complaint be

21   dismissed as against these defendants; that defendants' right to

22   water, as hereinabove set forth, be quieted as against the plain-

23   tiff and against all other defendants in this action; and for such

24   other and further relief as the Court may deem proper.

25

26          *Phillip F. Campbell*

27

28          *Bethena E. Campbell*

29          Defendants in propria persona

30

31

32   Dated:

11641