Albert Jeffries and Martha Jeffries
Defendants in propria persona
704 East Porter, Fallbrook, California

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
Albert Jeffries
Martha Jeffries

The defendants, Albert Jeffries and Martha Jeffries each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1½ acres of land in San Diego County County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED            INDEXED

11365

1  We reserve Water Rights sufficient for the proper care and
2  maintainence of all Avocado, Fruit and other trees that are planted
3  and all trees that may be planted on this property.
4  We reserve Water Rights for any House now built (and occupied) and
5  any House and/or Houses that may in the future be built on this
6  property.
7  We reserve Water Rights for any future subdivision of this property.
8  We reserve Water Rights for any Well and/or Wells that may be dug
9  on this property.
10  We reserve Water Rights to any and ALL Percolating Waters that may
11  be upon and/or eventually upon the surface and/or within the soil of
12  this property.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Albert Jeffries*

*Martha Jeffries*

Defendants in propria persona

Dated: 5-26-58

11366

Exhibit "A"
Policy Of Title Insurance.

Parcel (1)

"That portion Of the Southwest Quarter Of the Southwest Quarter (being Lot 1) Of Section Eighteen, Township Nine South, Range Three West, San Bernardino Meridian, in the County Of San Diego, State Of California, according to United States Government Survey approved September 11, 1879, described as follows: Beginning at the Southwest corner Of the Southwest Quarter Of the Southwest Quarter; thence North along the West line Of said Southwest Quarter Of Southwest Quarter a distance Of 950.93 feet to the true point of beginning; thence continuing North along said West line of said Southwest Quarter Of the Southwest Quarter a distance of 175.27 feet to the Southwest corner of the land described in deed from Janette Harriman to Keitha Harriett Oswald recorded in Book 202, page 462 of Official Records; thence North 89° 53' East along the Southerly line of the land described in said deed to Oswald and the Easterly prolongation thereof, a distance of 247.3 feet, more or less, to a point in the west line of the land conveyed to Robert Albert Gladding by deed recorded in book 533, page 168 of Official records; thence along the west of said Gladding's land South 0° 04' East 35.5 feet, more or less, to the Southwesterly corner of said Gladding's land; thence East along the South line of said Gladding's land a distance of 49.81 feet to the Northwest Corner of land conveyed to Laura A. Dunn by deed recorded September 3, 1937 in Book 686, page 211 of Official Records; thence South 0° 04' West along the West line of said Dunn's land 139.75 feet, more or less, to an intersection with a line which bears North 89° 32' 30" East from the true point of beginning; thence South 89° 32' 30" West to the true point of beginning."

Parcel (2)

"That portion of the Southwest Quarter of the Southwest Quarter (being Lot 1) Of Section Eighteen, Township Nine south, Range Three West, SanBernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Beginning at the Southwest corner of the Southwest Quarter; thence North along the west line of said Sputhwest Quarter of Southwest Quarter a distance of 950.93 feet; thence North 89° 32' 30" East 168. 30 feet more or less, to a point which is South 89° 32' 30" West 91.21 feet from the West line of the land conveyed to Laura A. Dunn, by deed recorded September 3, 1937 in Book 686, page 211 of Official Records, said point being the true point of beginning; thence continuing Eorth 89° 32' 30" East 91. 21 feet to said West line; thence South 0° 04' West along said West line 60.25 feet to the North line of land conveyed to Dercy Adams by deed recored August 19, 1937 in Book 688, page 54 of Official Records; thence WEst along said North line of said Adams land 1.5 feet to the Northwest corner thereof; thence South along the West line of said Adams' land 198.55 feet to the Southwest corner thereof; thence West along the Westerly prolongation of the Southerly line of said Adams' land 90.75 feet to an intersection with a line bearing South 0° 06' West from the true point of beginning; thence North 0° 06' East 258. 83 feet to the true point of beginning."

INDEXED
11367