SYLVA B. SUTTON
Defendants in propria persona
P.O. Box 285
Fallbrook, California



FILED
MAY 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br><br>        Defendants, | CIVIL NO. 1247 - SD - C<br><br>ANSWER OF DEFENDANTS<br>ANSWER TO COMPLAINT AND<br>SUPPLEMENTARY AND AMENDATORY<br>COMPLAINT OF<br>SYLVA SUTTON |

The defendants Sylva Sutton, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 7 Lots ~~acres~~ of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED   INDEXED

11693

EXHIBIT A

PARCEL 1:

Lots One (1) and Nine (9) of Block Twenty-six (26) of the Townsite of West Fallbrook, as per the official map thereof filed in the office of the Recorder of said San Diego County.

PARCEL 2:

The North half of Lot 8 and all of Lots 9 and 10 in Block 45 of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 567, filed in the office of the County Recorder of San Diego County, October 9, 1888.

PARCEL 3:

Lots 9 and 10 in Block 7 in the Town of West Fallbrook, according to Map thereof No. 567, recorded in the office of the County Recorder of San Diego County, October 9, 1888.

----------

11694

DEFENDANTS CLAIM all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries, whether from springs, streams or wells, etc., and to take water from their land, whether for domestic, industrial, business or irrigation purposes.

Defendant owns seven Lots on which are 5 Rentals, and one Home with Garden and Family Fruit trees. Defendant is now buying water from the Fallbrook Public Utility District, and claims the right to continue to do so in sufficient quantities to supply these buildings as required.

In addition to the claim and uses as herein made, the defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill and to dig wells, and to exercise water reclamation and conservation practices as now or may be known in the future.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

FURTHERMORE, defendants pray the court to award them adequate damages to reimburse them for the cost of preparing and prosecuting their defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon them by this attempted acrimonious, confiscatory usurpation of property rights, instituted against them by the agencies of the United States Government.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Sylva B. Sutton*
Sylva B. Sutton

Defendants in propria persona
P.O. Box 285
Fallbrook, California

Dated: May 15, 1958

11695