1 THEODORE R. MEYER,
  RICHARD HAAS,
2 BROBECK, PHLEGER & HARRISON,
  111 Sutter Street,
3 San Francisco 4, California.
  Telephone: SUtter 1-0666.
4
  Attorneys for Defendant
5 American Trust Company.

F I L E D

JUN 2- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,                 Plaintiff,      vs.  FALLBROOK PUBLIC UTILITY DISTRICT, et al.,                 Defendants. | NO. 1247-SD-C |

INTERROGATORIES PROPOUNDED
TO PLAINTIFF BY DEFENDANT
AMERICAN TRUST COMPANY

  Pursuant to R.C.P. Rule 33, defendant American Trust Company propounds the following interrogatories to plaintiff:

  1. What land or interest in land does American Trust Company own or possess or claim to own or possess which plaintiff contends to be relevant to this action?

  2. What water rights does American Trust Company own or possess, or claim to own or possess, which plaintiff contends to be relevant to this action?

  3. For what reason or reasons has American Trust Company been joined as a defendant in this action, and what

1.

3535

1 relief does plaintiff seek against said corpora-
2 tion?

*Theodore R. Meyer*
Theodore R. Meyer

*Richard Haas*
Richard Haas

*Brobeck, Phleger & Harrison*
Brobeck, Phleger & Harrison
Attorneys for Defendant
American Trust Company.

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Interrogatories Propounded to Plaintiff by Defendant American Trust Company has been served on plaintiff by mailing a copy thereof to J. Lee Rankin, Esq., Room 332, 325 West "F" Street, San Diego, California.

DATED: May 29, 1958.

*Richard Haas*
Richard Haas

3536

2.