HARRY E. TEASDALL
Attorney at Law
114 North Main Street
Fallbrook, California
Phone: RAndolph 8-2331
Attorney for Defendant



FILED

JUN 2- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
       Plaintiff,
vs.
FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,
       Defendants.

No. 1247-SD-C

REQUEST FOR ADMISSIONS UNDER RULE 36

Defendant  GAVILAN DEVELOPMENT CORPORATION requests plaintiff within twenty (20) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

1. The lands described in the answer of defendant GAVILAN DEVELOPMENT CORPORATION include    100    acres of irrigable land.

2. A reasonable water duty for the irrigable lands of defendant    is 4.2 acre feet per acre per year.

                                          Harry E. Teasdall
                                          Attorney for Defendant

3537

HARRY E. TEASDALL
114 No. Main St.
Fallbrook, Calif.
RAndolph 8-2331

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )
    vs )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al., )
        Defendants. )

NO. 1247-SD-C

CERTIFICATE OF SERVICE BY MAIL

    Harry E. Teasdall certifies that he is and was, at all times mentioned, an active member of the State Bar of California and not a party to the within action or proceeding; that his business address is 114 No. Main St., Fallbrook, California; that on May 31, 1958, he served the within Answer and Request for Admissions Under Rule 36 on the plaintiff in said action or proceeding by depositing a true copy thereof, inclosed in a sealed envelope with postage thereon fully prepaid in a mail-box regularly maintained by the Government of the United States at Fallbrook, California at the intersection of Main St., and Alvarado St., addressed to the attorney of record of said plaintiff at the office address of said attorney, as follows: "J. Lee Rankin, Solicitor General, Room 332, 325 West "F" St., San Diego, California".

Dated: May 31, 1958

                                                  Harry E. Teasdall

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

3538