SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154
Attorneys for

**FILED**

JUN 2- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )   No. 1247-SD-C
                                     )
        vs.                          )   REQUEST FOR
                                     )   ADMISSIONS UNDER
FALLBROOK PUBLIC UTILITY DISTRICT,   )   RULE 36
a public service corporation of the  )
State of California, et al.,         )
                                     )
            Defendants.              )

            Defendant

    MARIAN L. CARTWRIGHT

request plaintiff within twenty (20) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1. The lands described in the answer of defendant MARIAN L. CARTWRIGHT
include    1    acres of irrigable land.

    2. A reasonable water duty for the irrigable lands of defendant    is 4.2 acre feet per acre per year.

    3. The defendant is the owner of the lands described in her answer herin.

3539

4. The lands of defendant are not riparian to any stream.

5. The waters underlying the lands of defendant are percolating ground waters, not a part of the SMR or any of its tributaries.

SACHSE and PRICE

by *[signature]*
Attorneys for defendant

- 2 -

3540