JOSEPHINE KINGSBURY
Defendant
1199 Edgemound Drive
Santa Barbara, California

FILED

JUN 2 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,)
             Plaintiff  )
                        )   CIVIL NO. 1247-SD-C
       v.               )
                        )   ANSWER TO COMPLAINT AND
FALLBROOK PUBLIC UTILITY)   SUPPLEMENTARY AND AMENDATORY
                        )   COMPLAINT OF
DISTRICT, ET AL.,       )   JOSEPHINE KINGSBURY
             Defendants )

   The defendant, JOSEPHINE KINGSBURY severing from her co-defendants in the Summons and Answer but claiming a joinder with the additional parties defendant as evidence and decisions of the Court may be applicable to answering defendant herein, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admits, denies, and alleges:

                              I

   Answering defendant denies any unlawful interference with the rights of the plaintiff in the Santa Margarita River and/or its tributaries.

                              II

11744

II

Answering all other allegations of plaintiff, defendant admits that plaintiff makes claims and assertions in said original Complaint and Supplementary and Amendatory Complaint; defendant alleges that she has no information or belief sufficient to enable her to answer all allegations therein; and basing her denial on that ground, denies all of said allegations, claims and assertions of plaintiff.

AFFIRMATIVE STATEMENT OF RIGHTS

Answering defendant owns 480 (four hundred eighty) acres of land in Riverside County, California, more particularly described as:

The south half, and the south half of the northeast quarter, and Lots 1 and 2, of Section 3, Township 7 South, Range 1 East, San Bernardino Base Meridian.

I

Answering defendant claims:
1. Riparian rights to all surface streams or ponds and to any underflowing water under her land, as a right acquired by acquiring title to the land;
2. Any and all water that rises or will rise on her land;
3. Any and all water that lies under her land in any subterranean basin;

3.

4. Any and all water that falls on her land, as long as it remains thereon;

5. Any and all water that may be developed in any manner whatsoever and brought to the surface of her land.

II

Answering defendant asserts:

1. "The water right is a property right. It is a valuable right. And it is real estate."

> ( California Agricultural Division,
> Irrigation Rights in California,
> University of California Circular 452)

2. That plaintiff, as a governmental agency, does not have the right to take private property.

> (Felton Water Co.   vs.  Superior Court
> of Santa Cruz              82 CA 382
>
> Curran vs. Shattack        24 C  427
>
> Newburry vs. Evans         97 CA 120 )

3. That plaintiff, as a downstream landowner, has no right to hamper answering defendant in the development of her land.

> (California Amendment, submitted by
> Senator Dilworth and passed, 1953)

4. That plaintiff, as a private party purchasing a Rancho, (Paragraph II, Stipulation dated November 29,1951, quoted in Paragraph IV, A.,1, in Order of United States District Judge James M. Carter, dated February 11th 1958.)

cannot claim any downstream water from defendant's land till defendant uses all the water she needs.

> (Merced County Farmers vs.
> Bernard Arbelbide,
> Third District Court of Appeals,
> Sacramento, December 5, 1957.)

11748

WHEREFORE, answering defendant herein prays that plaintiff take nothing against her by reason of the Complaint and Supplementary and Amendatory Complaint on file with reference herein; that said Complaint be dismissed against this defendant; that defendant's right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Josephine Kingsbury Jacobs*
*formerly Josephine Kingsbury*
Defendant

STATE OF CALIFORNIA      )
                         )  SS.
COUNTY OF SANTA BARBARA  )

Subscribed and sworn to before me this 28th day of May of 1958.

*Frances E. Dunlap*

Notary Public in and for the
County of Santa Barbara and
the State of California

11747

May 28, 1958

John A. Childress, Clerk
U. S. District Court of California
325 West "F" Street - Room #2
San Diego 1, California

      Re:  United States of America v.
            Fallbrook Public Utility District, et al.
           Civil No. 1247-SD-C

Dear Sir:

    I enclose herewith copy of my answer in the above entitled action.

                              Very truly yours,

                              *Josephine Kingsbury Jacobs*
                              Josephine Kingsbury Jacobs,
                              formerly Josephine Kingsbury

11743