HERBERT O. KNECHT

Defendant in propria persona

2655 Short Street
Los Angeles 23, California
Telephone: AN. 8-2655



FILED

JUN 2- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA )
       Plaintiff )
   v. ) NO. 1247-SD-C
FALLBROOK PUBLIC UTILITY ) ANSWER OF DEFENDANT
DISTRICT et al., ) HERBERT O. KNECHT
       Defendants. )

    Defendant HERBERT O. KNECHT, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admits, denies, and alleges:

### ANSWER TO ORIGINAL COMPLAINT

I

    Answering Paragraph I of the complaint, this answering Defendant denies that he has unlawfully, or otherwise, interfered with the rights of the United States of America.

II

    This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraphs II, III, and VII of the complaint.

III

    Answering Paragraph IV of the complaint, this answering

-1-

11749

Defendant denies that he has been or is encroaching upon the basin referred to in said paragraph, and denies that he threatens the destruction of said basin by reason of salt water intrusion from the Pacific Ocean, or otherwise, and denies that any act of this answering Defendant constitutes encroachments upstream, or encroachments of any type, and denies that any wells have been destroyed by reason of any act of this answering Defendant, and denies that the entire basin, or any part of it, has been or is threatened by this answering Defendant, and denies that the activities of this answering Defendant have reduced the quantities available to the United States of America from the subterranean sources referred to in said paragraph, and denies that there has been any reduction in surface flow of the Santa Margarita River through any act of this answering Defendant. This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of said Paragraph IV of the complaint.

IV

This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraphs V and VI of the complaint, except that this answering Defendant admits that Plaintiff makes the claims referred to in Paragraph VI of the complaint. This answering Defendant alleges that neither he nor any of his predecessors in interest were or are parties to the adjudication suit or the stipulated judgment referred to in said Paragraphs V and VI of the complaint. This answering Defendant alleges that neither said litigation nor said stipulated judgment are binding upon or in any manner affect the rights of this answering Defendant, and alleges that Plaintiff is not entitled to any rights, titles, interest, or privileges as against this answering Defendant by reason of said litigation or said stipulated judgment.

V

This answering Defendant admits that Plaintiff makes the claims referred to in Paragraph VIII of the complaint. This answering Defendant has no knowledge or information sufficient to enable him to form a belief as to the truth of the remaining allegations of said Paragraph VIII.

VI

This answering Defendant denies, generally and specifically, each and all of the allegations contained in Paragraph IX of the complaint.

ANSWER TO SUPPLEMENT TO COMPLAINT

(Answer to Counts I through XXI Inclusive)

I

This answering Defendant repeats and realleges, as part of the answer to the supplement to the complaint (Counts I through XXI, inclusive), each and all of the admissions, denials, and allegations contained in Paragraphs I through VI, inclusive, of his above answer to the original complaint, with like effect as if said admissions, denials, and allegations were here fully set forth.

II

This answering Defendant admits that Plaintiff makes the claims set forth in said Counts I through XXI, inclusive, of the supplement to the complaint, and admits that the exhibits mentioned in said counts are attached to the supplement to the complaint, and admits the allegations of Paragraph II of Count XIV of the supplement to the complaint.

III

This answering Defendant denies that any action or actions of this answering Defendant have injured Plaintiff. This answering Defendant denies, generally and specifically, each

-3-

11751

and all of the allegations contained in Paragraphs II and III of Count XXI of the supplement to the complaint.

IV

This answering Defendant has no knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Counts I through XXI of the supplement to the complaint.

ANSWER TO AMENDMENT TO COMPLAINT

(Answer to Counts XXII through XXV, Inclusive)

I

This answering Defendant repeats and realleges, as part of this answer to the amendment to the complaint (Counts XXII through XXV, inclusive), each and all of the admissions, denials, and allegations contained in Paragraphs I through VI, inclusive, of his above answer to the original complaint and each and all of the admissions, denials, and allegations contained in Paragraphs I through IV, inclusive, of his above answer to the supplement to the complaint, with like effect as if said admissions, denials, and allegations were here fully set forth.

II

This answering Defendant denies, generally and specifically, each and all of the allegations contained in Paragraphs I, II, and III of Count XXII of the amendment to complaint.

III

This answering Defendant admits that Plaintiff makes the claims set forth in Counts XXIII through XXV, inclusive, of the amendment to complaint, and admits that this answering Defendant claims the right to the use of water specified in the Affirmative Statement of Rights hereinbelow set forth. This answering Defendant denies that any claim, act, or manner of exercise of rights to the use of water of this answering Defendant has invaded, or invades, any rights of Plaintiff.

1   Except as hereinabove expressly admitted, this answering
2   Defendant denies, generally and specifically, each and all
3   of the allegations contained in Paragraph II of Count XXV of
4   the amendment to complaint.

IV

6   This answering Defendant is without knowledge or
7   information sufficient to form a belief as to the truth of the
8   remaining allegations contained in said Counts XXII through
9   XXV, inclusive, of the amendment to complaint.

AFFIRMATIVE STATEMENT OF RIGHTS

I

13   This answering Defendant owns approximately six hundred
14   forty (640) acres of land situated within the watershed of the
15   Santa Margarita River, and within the County of Riverside,
16   State of California, more particularly described as follows:

   Section 22, Township 7 South, Range 1 East,
   San Bernardino Base and Meridian.

19  Said land is riparian to an unnamed intermittent stream which
20  is tributary to the Santa Margarita River, and said land is
21  thereby riparian to the Santa Margarita River. Said land is
22  tillable, irrigable, and suitable for reasonable and beneficial
23  agricultural purposes, including (but not limited to) the
24  growing of crops, the grazing of livestock, and the raising
25  of turkeys, chickens, or fowl.

II

27   Said six hundred forty (640) acres of land overlie an
28  underground water basin which is not a part of the Santa
29  Margarita River or any of its tributaries. There is one water
30  well on said land, together with one or more natural springs.
31  This answering Defendant owns the right to use the waters of
32  said underground basin for reasonable beneficial purposes on

-5-

11753

said overlying land, which right is correlative with the rights of other owners of land overlying said basin. Plaintiff has no right to the use of the waters of said basin.

III

This answering Defendant claims the riparian right to use, on said six hundred forty (640) acres of land, two thousand six hundred eighty-eight (2,688) acre feet of water per year from said unnamed intermittent stream.

WHEREFORE, this answering Defendant prays:

1. That Plaintiff take nothing by reason of its complaint and supplementary and amendatory complaint herein, and that said complaint and supplementary and amendatory complaint be dismissed as against this answering Defendant.

2. That this answering Defendant's rights to water and the use of water, as hereinabove set forth, be quieted as against Plaintiff.

3. That this answering Defendant have his costs of suit herein, and such further relief as the Court may deem proper.

_____
Herbert O. Knecht
Defendant in propria persona

Dated: May 29ᵗʰ, 1958.

AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA ) ss.
COUNTY OF RIVERSIDE )

      Irene Bushlow, being first duly sworn, deposes and says: That she is a citizen of the United States, over the age of 21 years, residing at 829 Wyval, Corona, California, and is not a party to the foregoing action; that on May 29, 1958, she served the foregoing answer of Herbert O. Knecht upon J. Lee Rankin, Solicitor General, and upon John M. Cranston, Special Master, by enclosing a true and complete copy of said answer in envelopes addressed to each of said persons, as follows:

      J. Lee Rankin
      Solicitor General
      Room 332
      325 West "F" Street
      San Diego, California

      Hon. John M. Cranston
      Special Master
      Room 1410
      Bank of America Building
      San Diego 1, California

and by then depositing said envelopes in the United States mail at Corona, California, with postage thereon fully prepaid.

                              *Irene Bushlow*

Subscribed and sworn to before me, a notary public in and for said county and state, this 29th day of May, 1958.

*Victor A. Gables*

(SEAL)

11755