

FILED

JUN 2- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
                    Plaintiff, )
                               )    No. 1247-SD-C
        v.                     )
                               )
FALLBROOK PUBLIC UTILITY DISTRICT )   ANSWER OF
and those defendants listed on )
Exhibit "A" which is attached to )   J. Richard Ewell
the summons and made a part of it )
by reference,                  )    Catherine Allison Ewell
                               )
                    Defendants )

By way of answer, may we first acknowledge receipt of the summons which was served by a United States Marshal on Sunday May 11, 1958.

Our property which is involved, is in two adjacent parcels and is legally described as follows:

> The South 5 acres of the East Quarter of the Southeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, Excepting therefrom the East 40 feet thereof.
>
> Also
> That portion of the East 40 feet of the North 80 rods of Southeast Quarter of Southeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California.

Copy rec'd          INDEXED                                11771

This land which is described above is in full agricultural development. Water is used in normal quantities and as supplied by the Fallbrook Public Utility District. We claim the right to the use of this water.

We further claim all the right of overlying land owners and to water which may originate in or may be found on, or under, or which may cross our land. We claim the right to dig or drill wells and to exercise water conservation practices as are now or may be known.

As Defendants, we hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Yours respectively, this 30th day of May, 1958

*J. Richard Ewell*

*Catherine Allison Ewell*

Residence address:
715 W. Foothill
Monrovia, California

husband and wife, as joint tenants

11772