1

2    HARRY E. TEASDALL
     Attorney at Law
3    114 North Main Street
     Fallbrook, California
4    Phone: RAndolph 8-2331

5

6

7

8

9            IN THE UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA

11                    SOUTHERN DIVISION

12   UNITED STATES OF AMERICA,

13                    Plaintiff,            No. 1247-SD-C

14          vs.                            ANSWER OF DEFENDANT

15   FALLBROOK PUBLIC UTILITY DISTRICT,    GAVILAN DEVELOPMENT
     a public service corporation of the   CORPORATION
16   State of California, et al.,

17                    Defendants.

18

19        Defendant     GAVILAN DEVELOPMENT CORPORATION

20

21   answering plaintiff's Complaint and Supplement to Complaint

22   for   itself      alone and not for any other defendant, admit,

23   deny and allege as follows:

24                    FIRST DEFENSE

25                        I

26        Defendant   has      no knowledge or information

27   sufficient to form a belief as to the allegations contained

28   in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's

29   Original Complaint herein, and therefore den ies all of said

30   allegations for want of information or beliefs.

31                        II

32        Answering paragraph V of plaintiff's Original

33   Complaint herein, defendant     admits    the litigation

                            - 1 -

                    INDEXED                           11773

1 NOT USED

2 referred to and admits that a stipulated judgment was entered

3 into therein, a copy of which is attached to plaintiff's

4 Complaint marked Exhibit A. Defendant denies that they are parties

5 to said litigation or in any way bound thereby; and denies

6 that said stipulated judgment determines the rights of

7 plaintiff against defendant .

8                             III

9          Denies the allegations of paragraph IX of plain-

10 tiff's Original Complaint.

11                             IV

12          Defendant has      no knowledge or information

13 sufficient to form a belief as to the allegations contained in

14 Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII,

15 XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's

16 Supplement to Complaint, and therefore denies all of said

17 allegations for want of information or belief.

18                             V

19          Denies the allegations of Count XXI, XXII and XXV

20 of plaintiff's Supplement to Complaint.

21 AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT

22 ALLEGE S :

23                             I

24          Defendant is   the owner   of real property situated

25 in the County of San Diego, State of California, as described

26 in Exhibit A attached hereto and made a part hereof by

27 reference, except the NE Quarter of the NW Quarter of Section 8, Township 9 South, Range 3 West, SBM.

28                             II

29          Defendant   claims   water rights appurtenant to the

30 real property described in Exhibit A, as follows:

31          The lands of defendant denoted as Parcel 1 consist of

32 40 acres, approximately 38 acres of which are arable and irrig-

- 2 -

11774

1 able, and overlie percolating ground waters which are not a part

2 of any stream.

3       The lands of defendant denoted as Parcel 2 consist of

4 approximately 75 acres and are traversed by two un-named tribu-

5 taries of the Santa Margarita River, each flowing through the

6 said lands in a generally northerly to southerly direction.  All

7 of these said lands except approximately 13 acres are arable and

8 irrigable and overlie percolating ground waters which are not a

9 part of any stream.

10      Defendant claims full correlative riparian rights to

11 the use of the waters of said tributaries and full correlative

12 rights to the use of said percolating ground waters, in an

13 amount not to exceed 4.2 acre feet per acre per annum.

14      WHEREFORE, defendant   pray s   judgment as follows:

15           1.   That plaintiff take nothing by its

16 Complaint and Supplement to Complaint herein.

17           2.   That this Honorable Court adjudge

18 and decree that defendant     is        the owner        of

19 water rights appurtenant to the lands described herein as

20 described in this Answer.

21           3.   That this Honorable Court adjudge

22 and decree that the water rights of defendant   are     prior

23 and paramount to all of the claimed water rights of plain-

24 tiff herein.

25           4.   That this Honorable Court quiet the

26 title of defendant           in and to   its     rights to the

27 use of water as set forth herein as against all adverse

28 claims of plaintiff or other defendants herein.

29

30           5.   For costs of suit and for such

31 other relief as seems just.

32                        *Harry E. Teasdall*
                          Attorney for defendant

- 3 -

11775

EXHIBIT "A"

PARCEL 1

1

2   The Southeast Quarter of the Southwest Quarter
    of Section 5 and the Northeast Quarter of the
3   Northwest Quarter of Section 6, Township 9 South,
    Range 3 West, San Bernardino Meridian, in the
    County of San Diego, State of California, according
4   to United States Government Survey.

5   Subject to liens, encumbrances, easements, reservations

6   and conditions, if any, of record.

7       DATED this  11  day of February, 1954.

8   consisting of 40 acres.

9   PARCEL 2

10

11          That portion of the West Half of the Southwest
            Quarter of Section 5, and that portion of the
12  Northeast Quarter of the Southeast Quarter of
    Section 6, all in Township 9, South, Range 3 West,
13  S. B. M., in the County of San Diego, State of
    California, according to the United States Government
14  Survey approved September 11, 1879, described as
    a whole as follows:

15
    Beginning at the Southwest corner of the Northwest
16  Quarter of said Southwest Quarter of Section 5;
    thence along the South line of said Northwest
17  Quarter of Southwest Quarter, South 88°49'37" East,
    250 feet; thence North 22°17' East 452.48 feet;
18  thence North 1°38' East, 245.28 feet; thence
    North 9°12'30" West, 147.83 feet; thence North 21°19'
19  West, 100 feet; thence North 50°53' West, 100 feet;
    thence North 65°18'30" West, 100 feet; thence South
20  84°39' West, 100 feet; thence South 51°12' West 112.28
    feet; thence South 29°56'30" West 26.64 feet; thence
21  North 88°17' West, 231.40 feet; thence North 5°11'20"
    East to the North line of said Southeast Quarter of
22  said Section 6; thence Easterly along said North
    line to the Quarter Section corner common to said
23  Sections 5 and 6; thence along the North line of
    said Southwest Quarter of Section 5; South 89°25'02"
24  East 1344.99 feet to the Northeast corner of said
    West Half of the Southwest Quarter; thence along
25  the East line of said West Half, South 1°17'07" West
    2690.18 feet to the South line of said Section 5;
26  thence along said South line, North 88°13'10" West
    1323.58 feet to the Southwest corner of said Section
27  5; thence along the West line of said Section 5;
    North 0°49'50" East 1331.12 feet to the point of
28  beginning.

29  Subject to liens, encumbrances, easements, reservations

30  and conditions, if any, of record.

31

32  consisting of 75 acres, more or less.

- 4 -

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

11776