OFFICE OF GROUND WATER RESOURCES
MARINE CORPS BASE
CAMP PENDLETON, CALIFORNIA

1247

18/dsg
Serial: 3978
28 May 1958

FILED
JUN 2- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Mrs. Mabel C. Lapp
2793 Cabrillo Drive
Ventura, California

Re: U.S.A. v. Fallbrook Public Utility District, et al.

Dear Mrs. Lapp:

Your letter to the Hon. J. Lee Rankin has been referred to me for reply.

In simplest terms, the complaint served upon you is a request by the United States to have the water rights on all lands within the Santa Margarita River watershed defined. In order to accomplish this, it is necessary to make parties to this action all landowners within this watershed. Thereafter, as these parties set up their claimed water rights, the Special Master, Hon. John M. Cranston, who has been appointed in this case by the Court, will take evidence in the various sub-watersheds and eventually make findings of fact which he will submit to the Court. The Court will consider such findings and objections thereto, and decide which facts should go into the final decree.

Although your letter does not comply with the required form for Answer, it does have certain statements which you apparently consider to be an Answer to the Complaint. Your letter together with a copy of this letter is being forwarded to the Clerk of the U. S. District Court, 325 West "F" Street, San Diego, for filing in this case.

If you desire to file a more complete Answer in the correct form, please be advised that the Special Master has prepared a form of Answer which in many instances will adequately set out the rights of defendants who do not desire to employ an attorney. A copy of this form Answer together with instruction sheet is enclosed herewith.

If we can be of further assistance, please feel free to call upon us.

Very truly yours,

D. W. MILLER
Lt., USN
Legal Officer

Encl.
cc:
→Clerk of the
U. S. District Court
San Diego, California

5193 Cabrillo Drive
Ventura, California.
May 8, 1958

J. Lee Rankin
Solicitor General
325 West "F" St.
San Diego, California.

                        Ref: NO. 1247-SD-C
                             Summons
                             Exhibit "A"
                             Page 30, Column 1,
                             Line 4-# 7 and Line 8-# 9

Dear Mr. Rankin:

This is in complaisance with your request, Mr. Edwin Walter Lapp and Mrs. Mabel Catherine Lapp, send an answer to the "COMPLAINT AND SUPPLE-MENTARY AND AMENDATORY COMPLAINT" that we had served to us today by a Marshall of Los Angeles, within 20 days after service of the summons was completed.

We purchased about 5 acres of land in Anza Valley which, is referred to Exhibit "B" page 54 in the above summons. We invested in this land as a future residence to retire. 4 acres to be an Apple Orchard and the other to be our home. We have 114 fruit trees planted and was making arrangements to start drilling our water well.

We made a special point with the Escrow Department of the Hemet Bank, that no one held our water rights. This we were assured of, when escrow was completed.

I am not exactly sure I fully understand your summons. I feel like I would have to employ a Philadelphia lawyer to decipher its contents. May I impose on your kind generosity, to send me a letter explaining its contents in a more simplified form?

Perhaps our small amount of acreage, being privately owned, your summons would not apply to our water resource. However, we are very happy to have received it today as, we will hold up starting our well until we receive your answer. I hope this does not entail a long delay as, Summer is just about to approach us and our young trees will be in need of water.

Appreciating the many, many, hours you have spent and the many, many, more this project will require, may I thank you in advance for your time that will be needed to answer my letter.

                                        Sincerely,

                           Mrs. Mabel C. Lapp (Edwin Walter)

11743