Arthur M. Daniels
818 South Danceve Drive
West Covina, California
EDgewood 2-3460
In Pro Per

FILED

JUN 2- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

vs

FALLBROOK PUBLIC UTILITY DISTRICT
AND those defendants listed on
Exhibit "A" of summons,

    Defendants

No. 1247-SD-C

ANSWER

    Defendant Arthur M. Daniels, answering for himself alone alleges and avers for answer as follows:

I

    Arthur M. Daniels alleges that he is the holder of a Deed of Trust Recorded in Riverside County, State of California, covering the following described real property:

    Lots 34 and 35, recorded in Book 11, Page 528 and Book 8, Page 358 in Maps of Riverside County, State of California.

II

    Defendant Arthur M. Daniels denies that the United States of America of any other party has any valid interest superceeding, overriding, or adverse to his interest in the above described real property; that defendant denies that Plaintiff has the right to restrict water rights on the property in any way.

III

    WHEREFORE Defendant prays that Plaintiff take nothing against him and that Defendant Arthur M. Daniels recover his costs.

11756

Arthur M. Daniels, In Pro Per

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES } ss.

Arthur M. Daniels

being by me first duly sworn, deposes and says: that he is one of the Defendants

in the above entitled action; that he has read the foregoing Answer

and knows the contents thereof; and that the same is true of his own knowledge, except as to the matters which are therein stated upon his information or belief; and as to those matters he believes it to be true.

Subscribed and sworn to before me this 28 day of May, 1958

_Zoltan A. Haraszty_
Notary Public in and for said County and State of California
(SEAL)

_Arthur M. Daniels_

Received copy of the within _____ this ____ day of _____ 19__

Attorney _____ for _____

Received copy of the within _____ this ____ day of _____ 19__

Attorney _____ for _____

(AFFIDAVIT OF SERVICE BY MAIL—1013a, C.C.P.)

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES } ss.

Jayne E. Haraszty being first duly sworn says: That affiant is a citizen of the United States and a resident of the county aforesaid; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's residence address is: 4136 North Nora, Covina, California

that on the 28 day of May, 1958 affiant served the within Answer

on the Plaintiff in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said Plaintiff at the office address of said attorney as follows: J. Lee Rankin, Solicitor General
Room 332, 325 W. "F" Street
San Diego, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States Post Office at the city where is located the office of the attorney for the person by and for whom said service was made. That there is a delivery service by United States mail at the place so addressed, or there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 28 day of May, 1958

_Zoltan A. Haraszty_
Notary Public in and for said County and State of California
(SEAL)

_Jayne E. Haraszty_

*Here quote from envelope name and address of addressee.
**When the letter is addressed to a post office other than where mailed from, strike out "and"; when addressed to the same city where mailed from, strike out "or".

INDEXED