1 | POSTEL & POSTEL
Attorneys for Defendant
2 | Waldo F. Postel
400 Montgomery Street
3 | San Francisco 4, California
Telephone:  GArfield 1-1048

**FILED**

JUN 2 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

4

5

6

7

8 | IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA,

9 | SOUTHERN DIVISION

10 | UNITED STATES OF AMERICA,

11 | Plaintiff,

12 | vs.

13 | FALLBROOK PUBLIC UTILITY DISTRICT

14 | and those defendants listed on
Exhibit "A" which is attached to
15 | this summons and made a part of
it by reference,

16 | Defendants.

17

No. 1247-SD-C

ANSWER OF DEFENDANT --
WALDO F. POSTEL

18 |      Now comes Waldo F. Postel, one of the defendants in the

19 | above-entitled action and for answer to plaintiff's complaint and

20 | other pleadings and documents on file herein and denies and

21 | alleges as follows:

22 | I.

23 |      This defendant has no information or belief with

24 | reference to the claims of plaintiff for water and water rights

25 | described in the above-entitled action and placing his denial upon

26 | that ground denies all of such claims for water or water rights.

27 | II.

28 |      This defendant alleges that he is the owner and in

29 | possession of the following described real property, to-wit:

30 |      All those certain lots, pieces or parcels of
land situate, lying and being in the County of
31 | Riverside, State of California, and more
particularly described as follows, to-wit:

32

LAW OFFICES
POSTEL & POSTEL
400 MONTGOMERY ST.
SAN FRANCISCO
GARFIELD 1-1048

Copy rec'd    INDEXED

11767

1       Lot 4, Block 17 and Lots 1, 2, 3, 4, 5, 6, 7,
      8, 9, 10, 11 and 12 and Lots 15, 16, 17, 18,
2       19, and 20 in Block 36 of the Townsite of
      Murrieta as shown by map on file in the Office
3       of the County Recorder of the County of
      San Diego, State of California, in Book 8 of
4       Maps page 359.

5       That the above entitled lands and premises are part of

6  the lands and premises referred to in these proceedings.

7                    III.

8       That as the owner of the said lands and premises

9  hereinabove and immediately described, this defendant is the owner

10  and entitled to the possession and use of all water and water rights

11  under said lands and premises as well as to the natural flow of

12  water under said lands and promises.

13       WHEREFORE, this defendant, Waldo F. Postel, prays that

14  plaintiff take nothing against this defendant, but that this

15  defendant have judgment for his costs incurred herein and such

16  other and further relief as may be just and proper.

17

18                       POSTEL & POSTEL

19

20                       By _____

21                        Attorney for Defendant Waldo F.
                             Postel

22

23

24

25

26

27

28

29

30

31

32

LAW OFFICES
POSTEL & POSTEL
400 MONTGOMERY ST.
SAN FRANCISCO
GARFIELD 1-1046

11768

STATE OF CALIFORNIA )
) ss.
City and County of San Francisco)

WALDO F. POSTEL, being duly sworn, deposes and says:
That he is one of the defendants in the above entitled action, that
he has read the foregoing answer and knows the contents thereof,
that the same is true of his own knowledge except as to the matters
therein stated upon information or belief, and as to those matters
he believes it to be true.

_Waldo F. Postel_

Subscribed and sworn to before me
this 27th day of May, 1958.

_____
NOTARY PUBLIC
In and for the City and County of
San Francisco, State of California

LAW OFFICES
POSTEL & POSTEL
400 MONTGOMERY ST.
SAN FRANCISCO
GARFIELD 1-1046

11769

-3-

I Waldo F. Postel, one of the defendants in the
foregoing action, hereby certify that on the 27th day of May,
1958, I mailed three copies of the attached answer to the
United States Attorney, address, Post Office Building,
Los Angeles, California.

11770