```
                                          FILED
1  HARRY E. TEASDALL                       JUN 2 - 1958
   Attorney at Law
2  114 North Main St.                      CLERK, U.S. DISTRICT COURT
   Fallbrook, Calif.                       SOUTHERN DISTRICT OF CALIFORNIA
3  RAndolph 8-2331                         By /s/ _____
                                                 DEPUTY CLERK
4  Attorney for Defendants
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>    Defendants. | NO. 1247-SD-C<br><br>REQUEST FOR<br>ADMISSIONS UNDER<br>RULE 36 |

    Defendants, JAMES DUNCAN AND EDITH F. DUNCAN, request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1. The lands described in the answer of defendants JAMES DUNCAN and EDITH F. DUNCAN include 5.12 acres of irrigable land.

    2. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per annum.

                                              /s/ Harry E. Teasdall
                                              Attorney for Defendants

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

Copy rec'd

3541