1  J. LEE RANKIN
   SOLICITOR GENERAL
2    OF THE UNITED STATES
   WASHINGTON 25, D. C.
3
                                    **FILED**
4
                                    JUN 3- 1958
5
                                    CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA
                                    By /s/ William _____
                                                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1247-SD-C |
| Plaintiff, | REPLY TO REQUEST FOR ADMISSIONS UNDER RULE 36, FEDERAL RULES OF CIVIL PROCEDURE BY DEFENDANTS ED M. SUDERMAN AND DORIS LUCILLE SUDERMAN |
| vs. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | |

Request for Admission No. 1: The land described in the answer of said defendants include ten (10) acres of arable and irrigable land.

Request for Admission No. 2: A reasonable water duty for said land is 4.2 acre feet per acre per year.

Request for Admission No. 4: Rainbow Creek runs through, in and upon the said described land of said defendants.

Reply to Request for Admissions No. 1, 2 and 4: The United States of America is without information to make such admissions. However, if the defendants will grant access to the property, information regarding these matters could be obtained.

Request for Admission No. 3: Said land as described in the answer of said defendants is owned by them in fee simple absolute.

-1-

3542

COPY RECEIVED

1 | Request for Admission No. 5: The said land of said defendants is
2 | riparian to Rainbow Creek.
3 |
4 | Reply to Request for Admissions No. 3 and 5: These are legal
5 | questions to be determined by the Court.

Request for Admission No. 5: The said land of said defendants is riparian to Rainbow Creek.

Reply to Request for Admissions No. 3 and 5: These are legal questions to be determined by the Court.

Dated: _____

                               UNITED STATES OF AMERICA

*/s/ William H. Veeder*
WILLIAM H. VEEDER
Attorney, Department of Justice

*/s/ William E. Burby*
WILLIAM E. BURBY
Attorney, Department of Justice

-2-

3543