IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

V.

FALLBROOK PUBLIC UTILITY DISTRICT
ET. AL.
        Defendants.

#1247-SD-C

ANSWER

To the above named Plaintiff:

Come now the Defendants, John E. Shanko and Gladys E Shanko, and by way of answer to the above named Plaintiff's complaint do answer, deny and allege as follows:

I.

Defendants admit that they are the owners of certain lands located generally within the geographic limits set forth in the plaintiff's complaint, and further state that said land is more fully described as follows:

Parcel I: The Southwest quarter of the Northeast Quarter and Lot 2 of Section 6, Township 8 South, Range 1 East, S.B.B.M. as shown by United States Government Survey Excepting therefrom any portion thereof included in public roads.

Parcel II. Lot 3 and the Southeast Quarter of the Northwest Quarter of section 6, Township 8 South Range 1 East, S.B.B.M. as shown by Untied States Government Survey Excepting therefrom any portion thereof included in public roads.

II.

The Defendants deny each and every other paragraph and allegations contained therein of the Plaintiff's complaint.

*John E. Shanko*
John E. Shanko

*Gladys E. Shanko*
Gladys E. Shanko

INDEXED

11828