Defendants in propria persona

FILED
JUN 3- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>              Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br>              Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>ETHEL SCHULTZ |

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 352.48 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

11829

COPY RECEIVED    INDEXED

1    Known as W 1/2 of E 1/2 and Lots 1 to 4 Section 27
2    Township 6 S Range 1 E in Riverside County, California.
3    This land has been used for grazing and portions have been
4    tilled. Developement of the springs on this land would make it possible
5    to build a mountain resort.

7    Defendant does not want to relinquish any part of the water
8    rights on this property. The water was there when defendant Homesteaded
9    the property and the property would be of no value without water.

18   WHEREFORE, these defendants pray that plaintiff take
19   nothing against them by reason of the Complaint and Supplementary
20   and Amendatory Complaint on file herein; that said Complaint be
21   dismissed as against these defendants; that defendants' right to
22   water, as hereinabove set forth, be quieted as against the plain-
23   tiff and against all other defendants in this action; and for such
24   other and further relief as the Court may deem proper.

*Ethel Schultz*

Defendants in propria persona
8749 Palm Avenue,
Bellflower, California

Dated:    May 22, 1958

11830