Answer

833 E. Porter St.
Fallbrook, Calif.
May 23, 1958

J. Lee Rankin
Solicitor General
Rm. 332
325 West F St.
San Diego, California

FILED
JUN 3- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Dear Sir:

We received the "notice and orders" with "complaint" of the United States of America v. Fallbrook Public Utility District.

We claim all rights above and below the surface of our land.

Yours truly,

Richard B. Goss
Sarah H. Goss

COPY RECEIVED  INDEXED

11834