FILE

J. Lee Rankin Solicitor General,
Rm 332 - 325 W. F Street
San Diego, Cali

JUN 3 - 1958
CLERK, U.S. DISTRICT COURT,
SOUTHERN DISTRICT OF CALIFORNI
By_____ DEPUTY CL

Re- 1247 SD-C
Summons

Dear Sir:-

Delivery and receipt of Summons #1247-SD-C on May 21, 1958, is hereby acknowledged.

In answer to said Summons #1247 SD-C the following rights are outlined with pertinent information relating to my property, known and identified as — Par. 92 E 28-1, Lots 1, 7 & 8 Sec. 28-9-2E.  Par 92 E 27-3, Lot 5 (SW¼ of NW¼) Sec 27-9-2E, SBM San Diego County. Patent #1894651, issued to Aaron S. Miller, dated Jan. 31, 1923, and deeded to me Jan. 14, 1925.

I, John J. G. Miller, claim all rights, and specifically all water rights which accompanied said property at the time title to said property was secured.

Realizing the needs of the United States of America and being in sympathy with the Plaintiffs suit for relief as shown in exhibits and information attached to Summons #1247 SD-C, and understanding the complexity of this trial case, and that the successful operation of Camp Joseph H. Pendleton is vitally necessary for the protection of all free peoples, including the defendants in this trial. I, John J. G. Miller, wish it to be known that I will abide by the Courts decision; first - to give the United States of America relief according to its needs, and second, giving the defendants in this case a fair and equitable distribution of water rights.

Signed John J. G. Miller
941 Arlington Ave, El Cerrito 7, Calif-

11831

COPY RECEIVED   INDEXED