AILEEN ISABELLE FOSNAUGH
PAULA JEAN FOSNAUGH BUCKRIDGE
ROBERT M COLLINS

           DEFENDANTS

**FILED**

JUN 3 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
         DEPUTY/CLERK

UNITED STATES OF AMERICA )
        PLAINTIFF, )
VS ) NO. 1247-SD-C
FALLBROOK PUBLIC UTILITY ) SUMMONS
DISTRICT, ET AL., )
        DEFENDANTS

COMES NOW THE DEFENDANTS AILEEN ISABELLE FOSNAUGH, PAULA JEAN FOSNAUGH BUCKRIDGE AND ROBERT M COLLINS AND FOR THEMSELVES ALONE AND ANSWERING PLAINTIFF'S COMPLAINT ON FILE, HEREIN DENY EACH AND EVERY MATERIAL ALLEGATION CONTAINED THEREIN.

*Aileen Isabelle Fosnaugh*
124 W. 126TH ST., LOS ANGELES 61, CALIFORNIA

*Paula Jean Fosnaugh Buckridge*
444 W SCHOOL STREET, COMPTON, CALIFORNIA

*Robert M Collins*
320 SANTA CRUZ ROAD, ARCADIA, CALIFORNIA

COPY RECEIVED    INDEXED                               11839