|   |   |
|---|---|
| 1 | MARCUS HOLT BROWN and |
| 2 | CATERINA F. BROWN |
|   | 1127 East Orange Grove |
| 3 | Pasadena 6, California |
|   | Defendants, in Pro Per |

FILED
JUN 3- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

---

| UNITED STATES OF AMERICA, | ) No. 1247-SD-C |
|---|---|
|     Plaintiff, | ) |
| vs. | ) APPEARANCE AND ANSWER |
| FALLBROOK PUBLIC UTILITY DISTRICT | ) NOLO CONTENDERE |
| and those defendants listed on | ) |
| Exhibit "A" which is attached to | ) |
| the summons and made a part of it | ) |
| by reference, | ) |
|     Defendants. | ) |

    COMES now MARCUS HOLT BROWN and CATERINA F. BROWN, husband and wife, and enter their appearance in the above entitled and numbered action.

    Neither of these defendants makes any contention with respect to any of the allegations, matters or things set forth in the complaint or supplementary and amendatory complaint herein.

    WHEREFORE, these defendants pray for such order of court as may be just and proper in the premises.

    *Marcus Holt Brown*
    MARCUS HOLT BROWN

    *Caterina F. Brown*
    CATERINA F. BROWN
    Defendants

11840

```
 1  STATE OF CALIFORNIA,    )
                            ) ss.
 2  County of Los Angeles.  )

 3          CATERINA F. BROWN, being first duly sworn, deposes and
 4  says:
 5          That she is one of the defendants named in the foregoing
 6  Appearance and Answer; that she has read the same and knows the
 7  contents thereof, and the same is true of her own knowledge except
 8  as to those matters which are stated on information or belief, and
 9  as to such matters that she believes it to be true.
10
11
12                                  _____
                                         CATERINA F. BROWN
13  Subscribed and sworn to before me
    this 2nd day of June, 1958.
14
15  _____
            NOTARY PUBLIC
16  In and for said County and State
```

11841

(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C. C. P.)

STATE OF CALIFORNIA } ss.
COUNTY OF Los Angeles

IVA LOU HUPP being first duly sworn says: That affiant, whose address is 924 East Main Street, Alhambra, Los Angeles County, California, is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Appearance and Answer

(copy title of paper served)

on the plaintiff in said action, by placing a true copy thereof in an envelope addressed as follows:

J. Lee Rankin, Solicitor General

325 West "F" Street, Room 332, San Diego, California
(name and address as shown on the envelope)

sealed and deposited on the 2nd day of June 19 58, in the United States Mail at Alhambra, Los Angeles County, California
(place of mailing, name of county)

with postage fully prepaid thereon, and there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 2nd day of June 19 58

Notary Public in and for said County and State
(SEAL)

11842