Defendants in propria persona

FILED
JUN 3- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| vs. | H. R. TAYLOR |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | and CHARLOTTE C. TAYLOR |
| Defendants, | |

The defendants, H. R. TAYLOR and CHARLOTTE C. TAYLOR each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 105 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described as ~~in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement~~ Lot 8 - Lot 17, Sec. 22; 9-S - 2E SBM

Lot 5         Sec. 23; 9-S - 2E, SBM

(Oak Grove)

These defendants claim the rights to water on or under their land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*H R Taylor*

*Charlotte C. Taylor*

Defendants in propria persona

Dated: MAY 22, 1958

2.

11844