Reuben R. Crow +
Lydia M. Crow
Defendants in propria persona
Washington St —
Box 123 — Murrietta, Cal.

FILED
JUN 3- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>    v.<br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br>        Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>Reuben R. Crow<br>Lydia M. Crow |

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own $\frac{1}{2}$ acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED   INDEXED                                                11845

Exhibit A -

We own Lots - 1- 2 + 3, and, two + three, in Block 5 in the townsite of Murrieta, which is in the Murrieta portion of the Temecula Rancho as shown by records of San Diego County. Book of Maps 8 Page 359.

11846

Exhibit B.

We claim we have a axel on this property which we have used freely & exclusively in the past, and we expect to do so in the future. ~~We claim~~

We claim the protection of the constitution of the United States and the treaty of Guadalupe Hidalgo.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Reuben R. Crow*

*Lydia M. Crow*

Defendants in propria persona

Dated:

11848