IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern / Division

Bryant L. Cheney
Name

13009 Edwards Rd.
Address

La Mirada, Calif.
City and State

Defendant

**FILED**

JUN 3- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                Plaintiff )
                vs )   No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
                Defendants )

Comes now the defendant(s) Bryant L. Cheney

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Bryant L. Cheney

COPY RECEIVED  INDEXED                11849