

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
BELMONT 9-1131

FILED
JUN 3 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Attorneys for Defendant RUTH WENTWORTH

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　　　　) NO. 1247-SD-C
　　　　　　　Plaintiff          )
　　　　　　　　　　　　　　　　　) ANSWER OF RUTH WENTWORTH TO
　vs                            ) COMPLAINT AND SUPPLEMENTARY
　　　　　　　　　　　　　　　　　) AND AMENDATORY COMPLAINT.
FALLBROOK PUBLIC UTILITY        )
DISTRICT, et al.,               )
　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants.        )

  Comes now RUTH WENTWORTH and answers the Complaint and Supplementary and Amendatory Complaint herein as follows:

I.

  By Order Respecting Responsive Pleadings dated April 9, 1958 wherein all pleadings presently on file in response to the original Complaint in this cause are declared to be in answer to the Complaint and Supplementary and Amendatory Complaint of the United States of America, the Defendant herein re-alleges and re-avers each and every allegation in the Answer filed in this Court on the 16th day of February, 1951, and by way of reference make that Answer a part of this Answer.

II.

  Answering Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XV, XVI, XVII, XVIII, XIX, XX, XXI, XXII, XXIV, this Defendants is without knowledge or information sufficient to form

-1-

11850
Copy rec'd INDEXED

a belief as to the truth of the allegations contained therein and on that ground denies each and every one of said counts.

III.

Answering Count XIV, this Defendant admits the allegation set forth in Paragraph II but further alleges that as to Paragraph I she is without information sufficient to form a belief of the truth of the allegation contained therein and upon that ground denies it.

IV.

Answering Count XXIII, Paragraph III, denies that a military use is a proper riparian use. As to the allegation in Paragraphs I and II, this Defendant lacks sufficient information upon which to form a belief and upon that ground denies them.

V.

Answering Count XXV, this Defendant admits that the claims set forth in this litigation by the United States of America far exceed the available supply of water in the Santa Margarita River; alleges that these claims have put a cloud on the right and title of this Defendant to use a reasonable share of the waters of the Santa Margarita River and its tributaries beneficially upon her said lands which are riparian thereto. Denies that this Defendant has exercised or is presently exercising rights to the use of water of the Santa Margarita River in a manner that invades or threatens to invade the rights of the United States of America. As to the remainder of the allegations contained in said Count XXV, this Defendant is without knowledge or infirmation sufficient to form a belief as to the truth of the allegations and on that ground denies each and every one of said allegations.

WHEREFORE, this Defendant prays:

1. That Plaintiff take nothing by its action.
2. That this Defendant be declared as against Plaintiff to be the owner of the right to thirty-five (35) acre-feet of water per annum consumptive use for beneficial use on her said land, and that said right be held and declared to be paramount to Plaintiffs rights.
3. That she have judgment for her costs incurred herein and such other and further relief as the court may deem proper.

DATED: May 29 1958.

SWING, SCHARNIKOW & STANIFORTH

BY Phil D Swing

Attorneys for Defendant
Ruth Wentworth

-3-

11852

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
BELMONT 9-1131

FILED
JUN 3 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Attorneys for Defendant RUTH WENTWORTH

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
)   NO. 1247-SD-C
            Plaintiff    )
)   AFFIDAVIT OF SERVICE BY MAIL
      vs                 )        (C.C.P. 1013a)
)
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al.,        )
            Defendants.  )

STATE OF CALIFORNIA )
                    ) ss
COUNTY OF SAN DIEGO )

MARIAN W. ALLEN, being first duly sworn, says: That affiant is a citizen of the United States, over 18 years of age, a resident of San Diego County, and not a party to the within action;

That affiant's business address is 604 San Diego Trust & Savings Bldg., San Diego, California;

That affiant served the attached ANSWER OF RUTH WENTWORTH TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT by placing a true copy thereof in envelopes addressed as follows:

>    Honorable J. Lee Rankin
>    Solicitor General
>            and
>    Mr. William H. Veeder, Special Assistant
>    to the    Attorney General
>    DEPARTMENT OF JUSTICE
>    WASHINGTON, D. C.

-1-

```
                    Mr. John M. Cranston
                    Special Master
                    1425 Bank of America Building
                    San Diego, California
```

which envelopes were then sealed and postage fully prepaid thereon and thereafter on June 3, 1958, were deposited in the United States mail at San Diego, California; that there is delivery service by the United States mail at the places so addressed.

*[Signature: Marian N. Alley]*

SUBSCRIBED AND SWORN TO

BEFORE ME this 3rd day of June, 1958.

*[Signature: Clair M. Bradford]*

Notary Public in and for said County and State.