F I L E D

JUN 3 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

1

2   Defendants in propria persona

3

4

5              IN THE UNITED STATES DISTRICT COURT

6              SOUTHERN DISTRICT OF CALIFORNIA

7                      SOUTHERN DIVISION

8   UNITED STATES OF AMERICA        )   CIVIL NO. 1247 - SD - C
                                    )
9              Plaintiff,           )   ANSWER OF DEFENDANTS
                                    )
10       v.                         )
                                    )
11  FALLBROOK PUBLIC UTILITY        )
    DISTRICT, ET AL,                )
12              Defendants,         )

13       The defendants,

14  each severing from their co-defendants and each for himself or herself

15  alone, in answer to the Complaint and Supplementary and Amendatory Com-

16  plaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18

19       These answering defendants hereby incorporate by reference all

20  of the allegations contained in the answer to said Complaint and Supple-

21  mentary and Amendatory Complaint filed in this case by Newton T. Bryant

22  and Willie Mae Bryant (excepting only Paragraphs I and II of the portion

23  thereof entitled "Affirmative Statement of Rights") and make each and all

24  of said allegations a part of this answer the same as if herein set forth

25  at length.

               AFFIRMATIVE STATEMENT OF RIGHTS
26

27       These defendants own 350  acres of land in
                              350
28  County, California, and within the watershed of the Santa Margarita River,

29  more particularly described in the document attached hereto, marked Exhibit

30  A, which is hereby incorporated by reference as a part of this statement.

31

32

copy rcd

INDEXED

11876

1    To the Court:

2        Instead of Exibit A suggested the answwing
Defendants alledge that they are the owners of the
3    following property, which might be subject to condemnatiion
under the terms of the complaint on file herein, towit:
4

5        The SW one fourth of the & the Nw one fourth
of the SE one fourth of & the North ½ of the
6    SW one quaater, plus the SE one quarter,
1    located in Sectionss 28 & 29 Twt 65 Range 2W
7    Riverside County,California

8

9

10

11

12

13

14

15

16

17    WHEREFORE, these defendants pray that plaintiff take nothing

18   against them by reason of the Complaint and Supplementary and Amenda-

19   tory Complaint on file herein; that said Complaint be dismissed as

20   against these defendants; that defendants' right to water, as hereinabove

21   set forth, be quieted as against the plaintiff and against all other de-

22   fendants in this action; and for such other and further relief as the

23   Court may deem proper.

24

25

26            350   *John A. Cantarini*

27            350

28                *Eva B. Cantarini*

29                Defendants in propria persona

30

31

32 Dated:     May 28th, 1958

11877