John F. Brown, Addie B. Brown
Robert Hodnett, Emma Jeanne Hodnett
Defendants in propria persona
1210 So. Gramercy Place
Los Angeles 19, California

FILED
JUN 3- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
          Plaintiff, )
   v. )
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
          Defendants, )

CIVIL NO. 1247 - SD - C
ANSWER OF DEFENDANTS
John F. Brown
Addie B. Brown
Robert Hodnett
Emma Jeanne Hodnett

The defendants, John F. Brown, Addie B. Brown, Robert Hodnett, Emma Jeanne Hodnett, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
          AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

        AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 8.99 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

11788

COPY RECEIVED    INDEXED

1  APPROXIMATELY 8.77 ACRES ARE TILLABLE AND THE BALANCE
2  IS OCCUPIED BY BUILDINGS. IN THE PAST APPROXIMATELY 3.3
3  ACRES OF LAND HAVE BEEN IRRIGATED WITH WATER FROM A
4  WELL LOCATED ON THE PROPERTY PRESENT PLANS CALL FOR
5  THE IRRIGATION OF ALL 8.77 TILLABLE ACREAGE IN THE FUTURE
6  ALMOST ANY TYPE CROP CAN BE GROWN ON SAID PROPERTY.
7  DEFENDANTS CLAIM THE RIGHT TO USE 36.8 ACRE FEET
8  OF WATER PER YEAR, AND DO NOT CLAIM ANY PRESCRIPTIVE
9  RIGHTS OR ANY APPROPRIATIVE RIGHTS.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

John F. Brown, Addie B. Brown

Robert Hodnett, E. Jeanne Hodnett
Defendants in propria persona
1210 So. GRAMERCY PLACE
LOS ANGELES 19, CALIFORNIA

Dated: MAY 15, 1958

11789

"EXHIBIT A"

THESE ANSWERING DEFENDANTS OWN 8.99 ACRES OF LAND LOCATED IN RIVERSIDE COUNTY AND DESCRIBED AS FOLLOWS:

ONE ACRE OFF THE SOUTHEAST SIDE OF LOT 22 AND ALL OF LOT 24 IN BLOCK "K" OF ELSINORE, AS SHOWN BY MAP ON FILE IN BOOK 4, PAGE 174 OF MAPS, SAN DIEGO COUNTY RECORDS.

By:
Robert Hodnett

11790