DANIEL W. GAGE, Esq.
Suite 610 Rowan Building
458 S. Spring Street
Los Angeles 13, Calif.

Telephone: MAdison 6-0671

Attorney for Defendants
 Domenick Ippolito, John A.
 Ippolito, Theresa Ippolita

FILED

JUN 3- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
          Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,

          Defendants.

No. 1247-SD-C

ANSWER TO COMPLAINT AND
SUPPLEMENTARY AND AMENDATORY
COMPLAINT

    Come now the defendants, Domenick Ippolito, John A. Ippolito and Theresa Ippolito, and answering for themselves and themselves alone, admit, deny and allege as follows:

                    I

    In answer to paragraph II of plaintiff's first count, these defendants have no information or belief, and based upon said lack of information and belief deny generally and specifically each and every allegation contained in said paragraph.

                    II

    In answer to paragraph III of plaintiff's first count, these defendants deny generally and specifically each and every allegation contained in said paragraph.

                    III

    In answer to paragraph IV of plaintiff's first count, these

answering defendants deny generally and specifically that they have encroached upon or threatened the destruction of the basin referred to in said paragraph IV; and further deny generally and specifically that they have made any intrusion in said basin, or that their activities have reduced in any way whatsoever the quantities of water available to the plaintiff herein from the subterranean sources mentioned in said paragraph IV; and further deny they have caused any reduction in the surface flow of the Santa Margarita River.

IV

In answer to paragraphs V, VI, VII and VIII these defendants have no information or belief, and based upon said lack of information and belief deny generally and specifically each and every allegation contained in said paragraph.

V

In answer to paragraph IX these defendants deny generally and specifically that they have wrongfully diverted any water that does not rightfully belong to them, and deny generally and specifically that their actions have caused any damage whatsoever to the United States; that the property occupied by these defendants belongs to them as does the water thereon. Except as expressly admitted, these defendants deny generally and specifically each and every allegation contained in said paragraph IX.

ANSWER TO COUNT II.

I

In answer to paragraph I of count II, these defendants re-allege and reaver each and every allegation contained in paragraphs I through V of their answer to plaintiff's first count, and by way of reference make said answer a part hereof as though fully set forth.

II

In answer to paragraphs II and III of plaintiff's second count

-2-

11792

these defendants have no information or belief, and based upon said lack of information and belief deny generally and specifically each and every allegation contained in said paragraph.

III

In answer to Counts III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XX, XXI, XXII, XXIII, XXIV and XXV, these defendants have no information or belief as to the matters set forth therein except as or specifically denied, and based upon such lack of information and belief deny generally and specifically each and every allegation in said paragraphs.

SECOND DEFENSE

AS A SECOND, SEPARATE AND DISTINCT DEFENSE, THESE DEFENDANTS ALLEGE AS FOLLOWS:

I

That the water on the property now belonging to them was guaranteed to their predecessor in interest and to them by the United States government by the treaty of Guadalupe Hidalgo with Mexico, and that the plaintiff herein is now estopped by virtue of said treaty to claim any right in said water rights belonging to the land of the defendants herein.

THIRD DEFENSE

AS A THIRD, SEPARATE AND DISTINCT DEFENSE, THESE DEFENDANTS ALLEGE AS FOLLOWS:

I

That the property and water rights owned by them were not adjudicated in the stipulated judgment rendered in the matter entitled Rancho Santa Margarita vs. N. R. Vail, et al. in the Superior Court of the State of California, in and for the County of San Diego, No. 42850, and that as a result thereof there is no privity.

FOURTH DEFENSE

AS A FOURTH, SEPARATE AND DISTINCT DEFENSE THESE DEFENDANTS ALLEGE AS FOLLOWS:

## I

That insofar as these defendants are concerned, the water rights owned by them are not necessary or needed by the plaintiff for the reasons set forth in plaintiff's complaint.

WHEREFORE, these defendants pray:

1. That plaintiff take nothing by this action
2. For costs of suit, and for such other and further relief as to the Court seems just.

*Daniel W. Gage*
Attorney for defendants
Domenick Ippolito,
John A. Ippolito
Theresa Ippolito

LAW OFFICES OF
DANIEL W. GAGE
SUITE 610 ROWAN BUILDING
458 SOUTH SPRING STREET
LOS ANGELES 13, CALIFORNIA
MADISON 6-0671

-4-

11794

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

Domenick Ippolito

being by me first duly sworn, deposes and says that he is one of the defendants

in the above entitled action; that he has read the foregoing Answer to Complaint

and knows the contents thereof; and that the same is true of his own knowledge, except as to the matters which are therein stated upon his information or belief, and as to those matters he believes it to be true.

Subscribed and sworn to before me this 21 day of April, 19 58

Notary Public in and for said County and State of California
(SEAL)

Received copy of the within _____ this _____ day of _____ 19___

Attorney for _____

Received copy of the within _____ this _____ day of _____ 19___

Attorney for _____

(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C. C. P.)

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

Kathryn Watts being first duly sworn says: That affiant is a citizen of the United States and a resident of the county aforesaid; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is: Suite 610 Rowan Bldg., 458 S. Spring Street, Los Angeles 13, Calif.

that on the 9th day of May, 1958, affiant served the within Answer to complaint on the plaintiff in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said plaintiff at the office address of said attorney, as follows:

J. Lee Rankin, Solicitor General
325 West "F" Street
San Diego, Calif.

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States mail at the city where is located the office of the attorney for the person by and for whom said service was made.
That there is a delivery service by United States mail at the place so addressed or there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 9 day of May, 19 58

Kathryn Watts

Notary Public in and for said County and State of California
(SEAL)

11785