May 1, 1958
Murrieta, Calif,

J. Lee Rankin
Rm. 332, 325 W. "F" St.,
San Diego, Calif,

Dear Sir,

In regard to summons
no. 1247-SD- C. United States of America
v. Fallbrook Public Utility District I
wish to state 99% of my property drains
into the Sane Mateo Creek or river, also
Sec. 14, Township 8 So., Range 3 West, S.B.B.M
in which I am mainly located does not
drain into the De Luz or Santa Margarita
rivers but does flow in a Westerly
direction into the Sans Mateo Canyon.

Yours truly,

Lawrence B Johnson
P.O. Box 317
Murrieta, Calif.

FILED

JUN 3- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

INDEXED

COPY RECEIVED

11777