Floyd W. Rail and Isabella Rail
Defendants in propria persona
230 East Fallbrook Street
Fallbrook, California

FILED
JUN 3- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
            Plaintiff,     )   CIVIL NO. 1247- SD - C
     v.                    )   ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY   )   Floyd W. Rail and Isabella Rail
DISTRICT, ET AL,           )
            Defendants.    )

The defendants, Floyd W. Rail and Isabella Rail each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own  2.6  acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

11778

1   Defendants claim all the right of overlying land owners and to water
2   which may originate in or may be found, on, or under, or which may cross their
3   land.
4   Defendants claim the right to dig or drill wells and exercise water
5   reclamation and conservation practices as are now or may be known.
6   Defendants hereby incorporate, the same as though set forth herein
7   in full, all the Affirmative Defenses of the Fallbrook Public Utility District
8   on file in these proceedings.
9   Defendants claim all the above for all lands in which they have any
10  financial interest whatsoever.
11
12
13
14
15
16
17
18   WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.
25
26
27              *Floyd W Rail*
28              *Isabella Rail*
29                      Defendants in propria persona
30
    Dated:
31                                                  11779
32  May 28, 1958

## EXHIBIT A

All that portion of the Southeast Quarter of the Northwest Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to the United States Government Survey approved June 11, 1880, described as follows: Beginning at the Southeast corner of the Southwest Quarter of the Northeast Quarter of the Southeast Quarter of said Section 24; thence West along the South line of said Southwest Quarter of the Northeast Quarter of the Southeast Quarter, to and along the South line of the Southeast Quarter of the Northwest Quarter of the Southeast Quarter, 896.85 feet to the true point of beginning; thence North parallel with the East line of the Southwest Quarter of the Northeast Quarter of the Southeast Quarter, 340 feet; thence East parallel with the South line of the North Half of the Southeast Quarter, 121.37 feet; thence South parallel with the East line of the Southwest Quarter of the Northeast Quarter of the Southeast Quarter, 340 feet to a point in the South line of the North Half of the Southeast Quarter that bears East 121.37 feet from the true point of beginning; thence West along said South line, 121.37 feet to the true point of beginning.

All that portion of the Southwest Quarter of the Southeast Quarter of Section 1, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows: Beginning at the Northwest corner of the Southwest Quarter of the Southeast Quarter of said Section 1, running thence East along the North line of the Southwest Quarter of the Southeast Quarter of said Section 1 a distance of 411.7 feet more or less, to a point on the Northwesterly line of the County Road known as Route 3, Mission Road No. 1-C, according to the Map thereof in the office of the County Surveyor of said County, thence Southwesterly along the Northwesterly line of said road to its intersection with the West line of the Southwest Quarter of the Southeast Quarter of said Section 1 thence North along said West line, 329.25 feet; more or less to the point of beginning.

11780