*We are the Byois*
*Fred V and Horanna Koerner*
Defendants in propria persona
*Aguanga, Calif*
*P.O.*



**FILED**
JUN 3- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ) | ANSWER OF DEFENDANTS |
| v. | ) | *Fred V and Horannah Koerner* |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | ) | |
| Defendants, | ) | |

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

*M. X. Anderson*
*3741 Stocker ave*

AFFIRMATIVE STATEMENT OF RIGHTS  *Los Angeles & Calif*

These defendants own *140* acres of land in _____ County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

11781

*South East Quarter of the North East Quarter*
*The South east Quarter of the North east Quarter*
*The West one half of the North West Quarter of*

COPY RECEIVED
INDEXED

South West Quarter

The South West Quarter of the North West Quarter of Section 27 in Township 8-South of Range 1 East of San Bernardino Meridian Calif Containing 140 acres

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Fred N Koerner

Hannah Koerner

Defendants in propria persona

Dated: May 20 1958

11752

May 18 - 1958
Aguanga Calif

We have five 1st Resident Building 3 Complete with sewer, two to finish which we are planning in a Motel unit and a trailer Park of 20 Space and a large swimming Pool.

We have planted a experimental Orchard to see what grows good and do well in this Valleys. Two of every kind of fruit trees so far almond & Citrius trees does good. The Aracados do Stang up good in this East wind, so we have the land clear of ten acres to plant Lemon, And of Course we have locate Water for our two new wells, which we are going to need. We have one Well and 1 spring that it on our property

We use Both, we run out of water every day, The soil is sandy. It will take a lot of water to Maintains all this. Those plans are not of today our neighbor can Verified our plans are of 3 years

11783

We have done a lot, and there more to Be done

We have Sea Scout that Being coming here every year. Springs and Fall and every time they Come we run out of Water after they are here a day. It take 4 hours for this Well to fill up again, so we got to go to the to Dripping Spring 6 mile away. So we have to have more Water and how much I don't know But I do know that I will need all I can produce and Bad. When this is finish.

Our place is Well locate Close to the Store and Post office and good high Way - 79. - So I don't see where I can give you some of My Water

Jam Mrs Fred V Koerner
of aguanga Caly

11784