1 *Warren D Baker & Lilyane A Baker Joint Tenants*

2 Defendants in propria persona
  *1460 Hillcrest Lane Fallbrook, Cal.*

FILED

JUN 3- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *[signature]*
DEPUTY CLERK

5           IN THE UNITED STATES DISTRICT COURT

6              SOUTHERN DISTRICT OF CALIFORNIA

7                     SOUTHERN DIVISION

8  UNITED STATES OF AMERICA,          )   CIVIL NO. 1247 - SD - C
9           Plaintiff,                )   ANSWER OF DEFENDANTS
10       v.                           )   *Warren D Baker*
11 FALLBROOK PUBLIC UTILITY           )   *Lilyane A Baker*
   DISTRICT, ET AL,                   )
12         Defendants,                )

13       The defendants,

14 each severing from their co-defendants and each for himself or herself

15 alone, in answer to the Complaint and Supplementary and Amendatory Com-

16 plaint on file herein, admit, deny, and allege:

17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                         AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
              AFFIRMATIVE STATEMENT OF RIGHTS
26
         These defendants own *7½* acres of land in *San Diego County*
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30

31

32

                                                         11785

COPY RECEIVED   INDEXED

EXIBIT A        Property of W D & Lilyan Baker

That portion of the east Half of the Northwest Quarter of the Southeast Quarter of section 18, Township 9 So., Range 3rd west, San Bernardino Meridian, in the County of San Diego, State of Calif, according to the United States Gov'nt Survey approved Sept 1, 1879 described as follows:

Beginning at the Southeast corner of said Northwest Quarter of Southeast quarter; thence along the East line of said No. West quarter of Southeast quarter No. 0° 24' 30" West 1335.07 feet to the No. line of said So east quarter; thence thereon So. 87° 25' 20" West 321.25 feet to the Nor. east corner of the tract of land conveyed to Thomas A Atkinson; et ux, by deed recorded in book 3433 page 190 of Official records; thence along the East line of said land of Atkinson So. 0° 15' 20" East 422.98 feet to a point distant No. 0° 15' 20" West 424.33 feet from an angel point in said East line of land of Atkinson; thence parallel with the So. line of said No. west quarter of So east quarter No. 89° 30' 10" East 121.33 feet; thence South 0° 57' 30" East 911.64 feet to a point is said South line of Norwest quarter of So east quarter distant North 89° 30' 10" East 150.00 feet from the South East corner of land of Atkinson; thence along So line North 89° 30' 10" East 192.25 feet to the point of beginning.

W D Baker

11786

1. This is not riparian land
2. I plan to drill a well at a future date
3. No stream or creek runs through this place.
4. I use about 24 acre ft of water per year.
5. 420 avocados now producing. 50 more trees to be planted.
6. 
7. I estimate 70% of water pumped would be recovered irrigation water.
8. 
9. F.P.U.D water supply inadequate & poor
10. quality & undependable.
11. 
12. Have built 45,000 gal reservoir to store water
13. cost $1000.
14. This year produced 8,700 lbs of Fuerte Avocados
15. The future of this food producing ranch
16. is in jeopardy.
17. I'm sure the court will be fair in its decision.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Lilyone C Baker*

*Warren D Baker*

Defendants in propria persona

May 17, 1958

Dated:

11787