SAUL RUSKIN,
121 South Palm Canyon Drive,
Palm Springs, California.

Phone: FAirview 5-2986

Attorney for Defendant Hellen Warner

FILED

JUN 4 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) Plaintiff, ) <br> ) <br> vs ) <br> ) <br> FALLBROOK PUBLIC UTILITY DISTRICT, ) <br> et al., ) <br> ) <br> Defendants. ) | NO. 1247-SD-C <br><br> A N S W E R |

COMES NOW THE DEFENDANT HELLEN WARNER, SUED HEREIN AS MRS. HELEN M. MILLER, AND FOR HER ANSWER TO THE PLAINTIFF'S COMPLAINT AND SUPPLEMENTARY AND AMENDED COMPLAINT FILED HEREIN, ADMITS, DENIES AND ALLEGES:

I.

This defendant admits that she is the owner of the West 1/2 of the Southwest 1/4 of the Northwest 1/4 of the Northeast 1/4 of Section 1, Township 9, South Range, 1 East, and that said land is a part of the land described in the plaintiff's complaint and supplementary and amendatory complaint.

II.

That this defendant claims, by reason of her ownership of said land, that she has a right to the use of water in the Santa Margarita River which is superior and paramount to the claim of

-1-

COPY RECEIVED    INDEXED

11978

1  the plaintiff in this action.

2                              III.

3      That, except as to the matters, judgments and orders of
4  record as set forth in said complaint and in said supplementary
5  and amendatory complaint, and except as otherwise claimed and
6  admitted herein, this defendant has no knowledge, information or
7  belief upon which to base her answer to any of the other matters,
8  counts or allegations set forth in said complaint and in said
9  supplementary and amendatory complaint and upon that ground denies
10 the same and every count and every allegation contained therein.

11

12     WHEREFORE, this defendant demands judgment:

13     1.  That this Honorable Court determine, declare and judge
14 the respective rights of all parties to this action;

15     2.  That this Honorable Court quiet the title of this
16 defendant in and to her rights to the use of water in the Santa
17 Margarita River as against the plaintiff and against the adverse
18 claims of all of the other parties to this action;

19     3.  That this Honorable Court grant to this defendant her
20 costs herein and such further and additional relief as may be
21 proper.

                                    _____
                                    Attorney for Defendant
                                    Hellen Warner sued herein as Mrs.
                                    Helen M. Miller

25     I, the undersigned, say:  that I am the attorney for the
26 defendant, Hellen Warner, in the above-entitled matter;  that the
27 foregoing document is true of my own knowledge, except as to the
28 matters which are therein stated on my information or belief, and
29 as to those matters I believe it to be true;  that this defendant
30 is unable to make this affirmation because of her absence from
31 the state of California and for that reason I make this affirma-
32 tion on plaintiff's behalf.

                              -2-

1  I declare under penalty of perjury that the foregoing is
2  true and correct.
3  Executed on this 3rd day of June, 1958, at Palm Springs,
4  California.

              SAUL RUSKIN

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DIST OF CALIF
SOUTHERN DIVISION

AFFIDAVIT OF MAILING

Case No. 1247-SD-C

State of California,  } ss.
County of Riverside,

THE UNDERSIGNED, being duly sworn, says: that affiant is a citizen of the United States and a resident or employed in the County of Riverside, over the age of eighteen years and not a party to the cause herein, that affiant's residence or business address is  121 So Palm Canyon Drive, Palm Springs , California.

That on the 3rd day of June, 19 58, affiant served a copy of the attached paper, to-wit: ANSWER OF DEFENDANT HELLEN WARNER, sued herein as MRS. HELEN M. MILLER

by depositing said copy enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States postoffice mail box at the City of Palm Springs , California, addressed as follows:

J. LEE RANKIN,
SOLICITOR GENERAL OF THE UNITED STATES,
WASHINGTON, 25, D. C.

That there is either delivery service by United States mail at the place so addressed, or regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 3rd day of June, 19 58.

Notary Public in and for the County of Riverside, State of California

Signature of Affiant

G. A. PEQUEGNAT, County Clerk

By _____, Deputy

AFFIDAVIT OF MAILING

FORM NO. 125

11881