**FILED**
JUN 4- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
DEPUTY CLERK

Torrance Calif
April 21, 1958

Mr J Lee Rankin
325 West "F" St
San Diego, Calif.

Dear Sirs:—

In answer to the summons I received from you, (no. 1247-SD-C, dated April, 9, 1958.

I don't know what answer you want but we have 80 acres off in the Cleveland National Forest district. We have no well of water. There is a spring on the property that runs a little water about four or five months out of

COPY RECEIVED  INDEXED

11855

the year. We do not live up there it is only a place to rest a few times a year.

Hope this answer is acceptable, I remain as,

Yours truly
Albert Smith
and Stanley Smith
1517 W. 19th
Torrance, Calif.

This is father & son, who owns this property jointly.

11856