FILED

JUN 4- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

Winchester Calif.
May — 1958

J. Lee Rankin

Dear Sir —

I hereby write you as answer to the Summons served upon us, and I wish also to say that we have been born and raised here, and as far as we can recall we have not pumped an inch of water other than what we use for our domestic use 2 or three years passed we have been

COPY RECEIVED   INDEXED                    11857

hauling water to drink as well as for our poultry. So I dont know what you want with our dry farm milk it dry I guess. We have not touched no underground stream what-ever it is a Virgin as it ever was So I hope that this leaves us out of this mess and we also hope this is very satisfactory to you and Olga.

Ida Garbani
Richard Garbani

11858