SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
BELMONT 9-1131

FILED
JUN 4 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

Attorneys for Defendants M. M. LLOYD and E. M. LLOYD

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>A PUBLIC SERVICE CORPORATION of<br>the State of California, et al.,<br><br>Defendants. | NO. 1247-SD-C<br><br>ANSWER OF M. M. LLOYD and<br>E. M. LLOYD TO COMPLAINT AND<br>SUPPLEMENTARY AND AMENDATORY<br>COMPLAINT |

Come now Defendants M. M. LLOYD and E. M. LLOYD, and answer the Complaint and Supplementary and Amendatory Complaint as follows:

I.

By Order Respecting Responsive Pleadings herein dated April 9, 1958 wherein all pleadings presently on file in response to the original complaint in this cause are declared to be in answer to the Complaint and Supplementary and Amendatory Complaint of the United States, these Defendants re-allege and re-aver each and every allegation in their Answer filed in this court in this case on or about July 27, 1951, and by way of reference make that Answer a part of this Answer, Except: That these Defendants have disposed of part of the property described in their original Complaint and are now the owners only of the following described real property situated in the County of San Diego, State of California:

-1-

Copy rec'd INDEXED

11859

>The Northwest $\frac{1}{4}$; the West $\frac{1}{2}$ of the Northeast $\frac{1}{4}$;
>The North $\frac{1}{2}$ of the Southwest $\frac{1}{4}$ and Lot 2, all
>in Section 20, Township 9 South, Range 2 East San
>Bernardino Meridian,

but do re-assert and re-allege all of the water rights claimed in their original Answer.

## II.

Answering Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XV, XVI, XVII, XVIII, XIX, XX, XXI, XXII, XXIV, these Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and on that ground deny each and every one of said Counts.

## III.

Answering Count XIV, these Defendants admit the allegation set forth in Paragraph II thereof, but further allege that as to Paragraph I thereof they are without sufficient knowledge or information to form a belief of the truth of the allegations contained therein and upon that ground deny said allegations.

## IV.

Answering Paragraph III of County XXIII, these Defendants deny that a military use is a proper riparian use. As to the allegations contained in Paragraphs I and II, these Defendants lack sufficient knowledge or information upon which to form a belief, and upon that ground deny said allegations.

## V.

Answering Count XXV, these Defendants admit that the claim set forth in this litigation by the United States of America far exceeds the available supply of water in the Santa Margarita River; Allege that these claims have put a cloud upon the right and title of these defendants to use a reasonable share of the waters of the Santa Margarita River and its tributaries beneficially upon their said lands which are riparian thereto.

Deny that these Defendants or either of them have exercised or are presently exercising rights to the use of the waters of the Santa Margarita River or its tributaries in a manner that invades or threatens to invade the rights of the United States of America. As to the remainder of the allegations contained in said Count XXV, these Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations and on that ground deny each and every of said allegations.

WHEREFORE, these Defendants pray:

1. That Plaintiff take nothing by its action.
2. That these Defendants be decreed as against Plaintiff to be the owners of the right to use 8.8 acre-feet of water per annum consumptively for beneficial use on their said land and that that right be held and declared to be paramount to Plaintiff's rights.
3. That these Defendants be decreed as against Plaintiffs to be the owners of a right to take up to 60 acre-feet of water per annum for beneficial use upon their said land and that that right be held and declared to be correlative with Plaintiff's rights to use Santa Margarita River water for riparian uses and purposes.
4. That these Defendants have judgment for their costs incurred herein and for such other and further relief as to the court may seem just and proper.

DATED: June 3rd 1958.

SWING, SCHARNIKOW & STANIFORTH
BY _____
Attorneys for Defendants
M. M. LLOYD and E. M. LLOYD



**FILED**

JUN 4 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____
　　　　　　DEPUTY CLERK

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
BELMONT 9-1131

Attorneys for Defendants M.M. LLOYD and E.M. LLOYD

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　　　) No. 1247-SD-C
　　　　　　　Plaintiff　　　　)
　　　　　　　　　　　　　　　　) AFFIDAVIT OF SERVICE BY MAIL
　　vs　　　　　　　　　　　　　) (C.C.P. 1013a)
　　　　　　　　　　　　　　　　)
FALLBROOK PUBLIC UTILITY　　　 )
DISTRICT, et al.,　　　　　　　))
　　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　)

STATE OF CALIFORNIA )
　　　　　　　　　　　) ss
COUNTY OF SAN DIEGO )

　　　　MARIAN W. ALLEN, being first duly sworn, deposes and says:

　　　　That affiant is a citizen of the United States, over 18 years of age, a resident of San Diego County, and not a party to the within action;

　　　　That Affiant's business address is 604 San Diego Trust & Savings Bldg., San Diego, California;

　　　　That affiant served the attached ANSWER OF M. M. LLOYD AND E. M. LLOYD to COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT by placing a true copy thereof in envelopes addressed as follows:

　　　　　　　　　Honorable J. Lee Rankin
　　　　　　　　　Solicitor General
　　　　　　　　　　　　and
　　　　　　　　　Mr. William H. Veeder, Special Assistant
　　　　　　　　　　to the Attorney General
　　　　　　　　　DEPARTMENT OF JUSTICE
　　　　　　　　　WASHINGTON, D. C.

-1-

```
                    Mr. John M. Cranston
                    Special Master
                    1425 Bank of America Building
                    San Diego, California
```

which envelopes were then sealed and postage fully prepaid thereon and thereafter on June 4, 1958, were deposited in the United States mail at San Diego, California; that there is delivery service by the United States mail at the places so addressed.

*Marian M. Allen*

SUBSCRIBED AND SWORN TO before me this 4th day of June, 1958.

*Elsie M. Bradford*
Notary Public in and for
Said County and State.

-2-

11863