Paul W. Tietsche and Nola P. Tietsche
Defendants in propria persona
5022 N. Cogswell, El Monte, Calif.

FILED
JUN 4- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
          Plaintiff, ) ANSWER OF DEFENDANTS
   v. ) Paul W. Tietsche
FALLBROOK PUBLIC UTILITY ) Nola P. Tietsche
DISTRICT, ET AL, )
          Defendants, )

The defendants, Paul W. Tietsche & Nola P. Tietsche each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
               AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

            AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2/ acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

10 tillable acres
1635 ft. highway frontage
Defendants purchased this land which included all mineral and water rights, and claim all percolating and filtrating water for agricultural and commercial development of this land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Paul W. Tietsche

Nola P Tietsche

Defendants in propria persona

Dated: May 28-1958

EXHIBIT A

PARCEL 1:

The South 500 feet of the East 32 acres of the Southeast quarter of the Northeast quarter of Section 18, Township 8 South, Range 1 East San Bernardino Base and Meridian, lying Westerly of the following described line: Beginning at a point on the Southerly line of the Southeast quarter of the Northeast quarter, which bears North 89° 07' 10" West, 526.03 feet from the Southeast corner of the Southeast quarter of the Northeast quarter; thence North 27° 56' 30" East, 291.55 feet to the beginning of a curve concave to the West, having a radius of 700 feet; thence continuing along said curve through an arc distance of 245.36 feet; thence North 04° 51' 30" East, 344.94 feet to the beginning of a curve concave to the West, having a radius of 500 feet; thence continuing along said curve through an arc distance of 133.66 feet; thence North 10° 27' 30" West, 341.87 feet to the Northerly line of the Southeast quarter of the Northeast quarter;

EXCEPTING therefrom an easement for road purposes over the Easterly 40 feet thereof.

Said property is also shown on Record of Survey on file in Book 11 page 19 of Records of Survey, Riverside County Records.

PARCEL 2:

That portion of the Northeast quarter of the Southeast quarter of Section 18, Township 8 South, Range 1 East San Bernardino Base and Meridian, described as follows:

Beginning at a point on the West line of the Northeast quarter of the Southeast quarter of said Section 18, 621.52 feet Northerly from the Southwest corner thereof; thence Northerly on the Westerly line of the Northeast quarter of the Southeast quarter to the Northwest corner thereof; thence South 89° 07' 10" East along the Northerly line of said Northeast quarter of the Southeast quarter to a point 526.03 feet Westerly from the Northeast corner of the Northeast quarter of the Southeast quarter; thence South 24° 56' 30" West to a point which bears South 89° 27' 10" East from the point of beginning; thence North 89° 27' 10" West to the point of beginning;

EXCEPTING therefrom the Southerly 250 feet thereof;

ALSO EXCEPTING therefrom an easement for road purposes over the Easterly 40 feet thereof.

Said property is also shown on Record of Survey on file in Book 11 page 19 of Records of Survey, Riverside County Records.

11865A