

```
 1  BEATRICE M. TASSEY
    DEFENDANT IN PROPRIA PERSONA
 2  242 VIEW STREET
    FALLBROOK, CALIFORNIA
 3
```

FILED
JUN 4- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )  CIVIL NO. 1247 - SD - C
                                    )
                    PLAINTIFF,      )  ANSWER OF DEFENDANT
                                    )
        vs.                         )  BEATRICE M. TASSEY
                                    )
FALLBROOK PUBLIC UTILITY            )
DISTRICT, ET AL,                    )
                                    )
                    DEFENDANTS,     )

The defendant, BEATRICE M. TASSEY, severing from her co-defendants and for herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admits, denies, and alleges:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

This answering defendant hereby incorporates by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and makes each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

This defendant owns less than 1/2 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document

-1-

COPY RECEIVED    INDEXED

11868

attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

That the land of defendant, Beatrice M. Tassey, is within the watershed of the Santa Margarita River, and defendant claims and asserts the right to take and use percolating water by reason of her ownership of the overlying lands; that this defendant may as some future date wish to take said percolating water by drilling a well.

WHEREFORE, this defendant prays that plaintiff take nothing against her by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against this defendant; that defendant's right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Beatrice M. Tassey*
DEFENDANT IN PROPRIA, PERSONA

Dated: May 22, 1958

EXHIBIT A

Description of land of defendent, Beatrice M. Tassey, 2 Parcels.

511 N. Main Street, Fallbrook, California      Parcel No. 1.

55' x 123'. That portion of the Northwest Quarter of the Section 24, Township 9 South, Range 4 West, S.B.M., in the County of San Diego, State of California, according to United States Government Survey approved June 11.1880, described as follows:
     Beginning at a point 25 feet North and 25 feet West of the Northwest Corner of Block 38 of West Fallbrook, as said block 38 is shown on Map 743, filed in the office of the County Recorder of San Diego County March 6,1893; running thence North 55 feet to the true point of beginning, being the Northwest of the parcel conveyed to W. Ross Johnston, et ux, by deed recorded December 22,1947 in the Book 2588 Page 451 of Official Records; thence East along the North line of said land of Johnston 123 feet to the Southeast corner of the tract of land conveyed to Brice H. Mack, et ux, by deed recorded in Book 3592, page 463 of Official Records; thence North along the East line of said land of Mack 55 feet; thence West along a line parallel to said North line of land of Johnston 123 feet; thence South 55 feet to the true point of beginning.

203 E. College Street, Fallbrook, California      Parcel No. 2

60' x 200'. Lot 14, College Street of Fallbrook, according to
     Map thereof No. 2593, filed in the office of the County Recorder of said San Diego County, October 24,1949.

Signed:
Beatrice M. Tassey