**TIM'S TINY ACRES RESTAURANT**
Rainbow Canyon - Hwy. 395
Rt. 2, Box 194   Fallbrook, Calif.   RA 8-1461

May 19, 1958.



FILED
JUN 4- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

Mr. J. Lee Rankin Atty;
Room 332
325 West F. Street.
San Diego, Calif.

Dear Sir,

In reference to summons #1247 S D-C. It was served on me April 20, 1958. I wish to make this an answer to the complaint supplementary and amendatory complaint. As a defendant in this case of U.S.A. versus landowner of this area.

I have nine acres and my well which is over 25 years old furnishes water to a restaurant with 4 public toilets and lavatories. The restaurant seats 79 people.

My future plans call for a Motel and swimming pool. Our property is zoned M-3. So domestic water would not suffice in this instance. The place usues about 1,000 to 1,500 gals of water daily now.

When I bought this property I bought water and mineral rights so I can't see how anyone can claim these rights but myself, Federal or State.

I now have a One horse power motor on my well. When I expand I will have to drill another well to supply a motel and swimming pool.

I reapeat Domestic water will never take care of this place.

       Yours Truly,

       *Gene R. Yenuschot*
       Gene R. Yenuschet

COPY RECEIVED
    INDEXED

11871

