Hazel J. Johnson & Raymond F Johnson
Box 26
Murrieta
Calif.

**FILED**
JUN 4- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
DEPUTY CLERK

In the United States District Court
Southern District of California
Southern Division.

Summons
No. 1247-SD-C

United States of America
Plaintiff.

Fallbrook Public Utility District
and those defendants listed summons.

In answer to any and all of the allegations in the above mentioned complaint. We Raymond F Johnson & Hazel J Johnson joint owners in fee simple of property described as follows — Lots 17, 18, 19, and 20 in block 7 of the Town of Murrieta Calif as shown by map on file in book 8 page 395 of maps, San Diego Records. Deny that the alleged facts in any way deminish our vested right to the use of any water that may underlie our property.

Hazel J. Johnson
&
Raymond F Johnson

11872

COPY RECEIVED   INDEXED