J. Lee Rankin
Solicitor General
332-335 West "F" St.
San Diego, Calif.

JUN 4- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By William W. [illegible]
DEPUTY CLERK

May. 21/58.

Dear Sir:—

In answer to your summons and complaint in the matter of U.S.A. vs Fallbrook Public Utility District et al, concerning the use of water in the Santa Margarita watershed, which was served upon me May 19/58 thereby making me an alleged defendant, I hereby deny the validity of the government's charges against the small water users and declare the aforesaid charges contained in this suit to be illegal and without basis in fact.

The aforesaid small water users acquired their water rights by purchase of their lands and properties just as the U.S.A. claims to have acquired theirs at the time of their purchase of the Rancho Santa Margarita.

If the U.S.A. had any right to en-

COPY RECEIVED INDEXED        11873

small water users, an order or ~~inhibition~~ writ of inhibition to cease and desist should have been served on all the alleged defendants in this cause.

No such writ or prior notice to cease and desist has ever been served upon us - the alleged defendants. Therefore the invalidity and illegality of this case based upon the neglect of the U.S.G. to serve said writ of inhibition upon all the ~~say~~ alleged defendants renders the Governments charges null and void, and this case should be thrown out of court on its merits.

Respectfully submitted

Armand Boffa.

P.O. Box 315
Wildomar, Calif.

11874