FILED

JUN 4- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

May 23, 1958
437 Roads End
Glendale 5, Calif.

J. Lee Rankin
Solicitor General
Room 332,
325 West F Street
San Diego, Calif.

Subject;
No. 1247-SD-C
SUMMONS

Sir:
The undersignd owns TEN(IO) Acers of land in (S 27 T6S,R1E) This land has never been developed,or cultivated and is in a virgin state.

The undersigned states that only Five (5) Acers could be easely cultivated and that only enough water to irrigate pluss a small amouht for domestic purpose would be required or used.

Ned H. McDaniel

11875

COPY RECEIVED INDEXED