EDMUND G. BROWN, Attorney General
   of the State of California
ADOLPHUS MOSKOVITZ, Deputy Attorney General
Library and Courts Building
Sacramento 14, California
Telephone: HIckory 5-4711, Ext. 4574

Attorneys for Defendants in
Intervention

**FILED**

JUN 5 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California; et al.,

    Defendants,

PEOPLE OF THE STATE OF CALIFORNIA,

    Defendants in
    Intervention.

No. 1247-SD-C

NOTICE OF MOTION
TO DISMISS

    Please take notice that the State of California will bring the attached motion to dismiss on for hearing before the above-entitled Court in Courtroom No. 2, United States District Court, 325 West F Street, San Diego 1, California, on June 16, 1958, at 10:00 a.m. or as soon thereafter as counsel can be heard.

    Dated: June 4, 1958.

                EDMUND G. BROWN, Attorney General
                  of the State of California
                ADOLPHUS MOSKOVITZ, Deputy Attorney
                  General

                By _/s/ Adolphus Moskovitz_
                    Adolphus Moskovitz
                  Attorneys for Defendants in
                  Intervention

3548

COPY RECEIVED