EDMUND G. BROWN, Attorney General
  of the State of California
ADOLPHUS MOSKOVITZ, Deputy Attorney General
Library and Courts Building
Sacramento 14, California
Telephone: HIckory 5-4711, Ext. 4574

Attorneys for Defendants in Intervention

FILED
JUN 5- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California; et al., <br><br> Defendants, <br><br> PEOPLE OF THE STATE OF CALIFORNIA, <br><br> Defendants in Intervention. | No. 1247-SD-C <br><br> MOTION TO DISMISS |

    The State of California moves this Court for an order dismissing the counts and paragraphs, hereinafter set forth, of the United States' complaint and supplementary and amendatory complaint herein, which the Court permitted to be filed on April 7, 1958. This motion is made pursuant to Rule 12 of the Federal Rules of Civil Procedure; and also pursuant to the Court's order of April 7, 1958, by which there was reserved to the defendants, notwithstanding any provisions of the Federal Rules of Civil Procedure, the right after filing answers to make motions to dismiss, to strike, or for summary judgment as to said complaint and supplementary and amendatory complaint as long as

3549

such motions were filed by June 5, 1958 (Tr. April 7, 1958, pp. 978-979; Tr. April 9, 1958, p. 1051).

The counts and paragraphs of the supplementary and amendatory portions of the complaint which the State of California contends should be dismissed are as follows:

1. Counts and paragraphs which assert that the California State Water Rights Board has invaded, embarrassed and violated the jurisdiction of this Court or has clouded the asserted water rights of the United States by proceeding under State law to hold hearings on applications to appropriate unappropriated water of the Santa Margarita River and issue permits and licenses to appropriate such water.

    a. Count No. V, Paragraphs VI and VII (p. 13, lines 16-27).

    b. Count No. X (p. 18, line 4-p. 19, line 19).

    c. Count No. XXV, Paragraph II (p. 38, lines 15-24).

The ground of the motion to dismiss these counts and paragraphs is that they fail to state a claim on which relief can be granted.

2. Count No. XXI (p. 33, line 9-p. 34, line 2), which asserts prescriptive water rights for the military enclave, and also for the Indian reservations, national forests and Bureau of Land Management public domain lands in the Santa Margarita River watershed. The ground of the motion to dismiss this count is that it fails to state a claim upon which relief can be granted.

3. Count No. XXII (p. 34, line 4-p. 35, line 35), which asserts rights of an appropriative nature to use quantities of water on the military enclave in addition to the quantities allegedly utilized under the plaintiff's riparian rights. The ground of the motion to dismiss this count is that it fails

to state a claim on which relief can be granted.

This motion is based on the entire record in this case and on the memoranda of points and authorities attached hereto.

Dated: June 4, 1958.

EDMUND G. BROWN, Attorney General
of the State of California
ADOLPHUS MOSKOVITZ, Deputy Attorney
General

By *Adolphus Moskovitz*
Adolphus Moskovitz
Attorneys for Defendants in
Intervention