```
 1  EDMUND G. BROWN, Attorney General
      of the State of California
 2  ADOLPHUS MOSKOVITZ, Deputy Attorney General
    Library and Courts Building
 3  Sacramento 14, California
    Telephone:  HIckory 5-4711, Ext. 4574
 4
    Attorneys for Defendants in
 5  Intervention
```





FILED

JUN 5 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California; et al., <br><br> Defendants, <br><br> PEOPLE OF THE STATE OF CALIFORNIA, <br><br> Defendants in Intervention. | No. 1247-SD-C <br><br> MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS COUNT NO. XXI OF COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT RELATING TO ASSERTED PRESCRIPTIVE RIGHTS OF THE UNITED STATES |

    Count No. XXI of the complaint and supplementary and amendatory complaint asserts prescriptive rights to use water both on the military enclave involved in this case and on the Indian reservations, national forests and public domain lands administered by the Bureau of Land Management.

    The State of California adopts the "Memorandum in Support of Defendant Fallbrook Public Utility District's Motion to Dismiss Count XXI Prescriptive Rights of the United States"

3556

1  as containing appropriate references to the applicable law.
2  That memorandum, together with the many prior memoranda and
3  oral arguments before the Court on this issue, demonstrates
4  beyond a doubt that, in asserting prescriptive rights, the United
5  States has not and cannot state a claim upon which relief can
6  be granted.
7      Dated: June 4, 1958.

    EDMUND G. BROWN, Attorney General
      of the State of California
    ADOLPHUS MOSKOVITZ, Deputy Attorney
      General

By _/s/ Adolphus Moskovitz_
    Adolphus Moskovitz
    Attorneys for Defendants in
    Intervention