J. Lee Rankin
Solicitor General
Department of Justice
Washington, D.C.

Attorney for United States
of America

**FILED**

JUN 5 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>  vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br><br>  Defendants. | No. 1247-SD-C<br><br>REPLY TO REQUEST FOR ADMISSIONS<br>OF FALLBROOK PUBLIC UTILITY<br>DISTRICT |

Comes now the United States of America and responds to the requests for admissions of the Fallbrook Public Utility District, filed May 16, 1958:

Request for Admission 1:

1. That the document attached hereto marked Exhibit A is a genuine and true copy of U. S. Marine Corps Press Release dated April 17, 1958, from Camp Pendleton, California.

Response to Request for Admission 1:

1. It was not an official release.

Request for Admission 2:

2. That the statements contained in said press release are true.

Response to Request for Admission 2:

2. The United States of America denies the truth of the statements.

UNITED STATES OF AMERICA

Dated: June 4, 1958.

WILLIAM H. VEEDER,
Attorney, Department of Justice

3563

COPY RECEIVED