J. Lee Rankin
Solicitor General
Department of Justice
Washington, D. C.

Attorney for United States
of America

**FILED**

JUN 5 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                          )   No. 1247-SD-C
            Plaintiff     )
                          )
    vs.                   )
                          )   REPLY TO REQUEST FOR ADMISSIONS
FALLBROOK PUBLIC UTILITY DISTRICT, )   OF FALLBROOK PUBLIC UTILITY DISTRICT
et al.,                   )
            Defendants.   )

   Comes now the United States of America and responds to the requests for admissions of the Fallbrook Public Utility District, filed May 15, 1958:

Request for Admission 1:

   1. All diversions and uses of water from the Santa Margarita River within the boundaries of the military reservations of Camp Joseph H. Pendleton, the Naval Ammunition Depot and the United States Naval Hospital are located downstream and below the diversions of Fallbrook Public Utility District.

Response to Request for Admission 1:

   The United States of America denies the truth of this
   statement.

Request for Admission 2:

   2. Application No. 12576 of the United States Navy Department, filed June 30, 1948, with the State of California, Department of Public Works, Division of Water Resources, to appropriate un-appropriated waters of the Santa Margarita River is the only application to appropriated unappro-

3564

-1-

priated waters of that river for use within the military reservations of Camp Joseph H. Pendleton, the Naval Ammunition Depot and the United States Naval Hospital that has ever been filed with the State of California by the United States or any of its departments or agencies.

Response to Request for Admission 2:

    Insofar as is known at the present time, this is a correct statement.

Request for Admission 3.

    3. No application to appropriate unappropriated waters of the Santa Margarita River for use within the lands that now comprise the military reservations of Camp Joseph H. Pendleton, the Naval Ammunition Depot and the United States Naval Hospital was filed with the State of California by the predecessors in interest of the United States on such lands during the period December 19, 1914 to the date of acquisition of such lands by the United States.

Response to Request for Admission 3:

    Insofar as is known at the present time, this is a correct statement.

Request for Admission 4:

    4. The United States Navy, represented by Capt. A. K. Fogg, appeared at the Hearing held before Hon. Gordon Zander, Examiner for the State of California, Department of Public Works, Division of Water Resources on December 16, 1947, at which hearing there was considered Application No. 11586 of the Fallbrook Public Utility District to appropriate two and one-half ($2\frac{1}{2}$) cubic feet per second of the waters of the Santa Margarita River.

Response to Request for Admission 4:

    Whether or not Capt. A. K. Fogg appeared at this hearing is a legal question which must be determined by the Court.

Request for Admission 5:

    5. At the present time waters of the Santa Margarita River which flow past the Ysidora Gaging Station can no longer be recaptured for any

-2-

3565

consumptive use by the United States.

Response to Request for Admission 5:

    The United States of America denies the truth of this statement.

Request for Admission 6:

    6. Since the acquisition of Camp Joseph H. Pendleton by the United States in 1942 water stored in Lake O'Neill has not been directly applied to either irrigation of crops or to domestic use.

Response to Request for Admission 6:

    The United States of America denies the truth of this statement.

Request for Admission 7:

    7. Prior to the acquisition of Camp Joseph H. Pendleton by the United States in 1942 water stored in Lake O'Neill was used for direct irrigation of crops.

Response to Request for Admission 7:

    The United States of America denies the truth of this statement.

Request for Admission 8:

    8. The only use of the O'Neill Ditch is to divert water of the Santa Margarita River into Lake O'Neill.

Response to Request for Admission 8:

    The United States of America denies the truth of this statement.

Request for Admission 9:

    9. During the winter of 1957-8 discharge from Lake O'Neill has been run into spreading basins designed to increase percolation of the water into underground storage.

Response to Request for Admission 9:

    The United States of America denies the truth of this statement.

Request for Admission 10:

    10. During 1957-8 the United States has raised the height of the O'Neill Ditch diversion dam.

Response to Request for Admission 10:

    The United States of America denies the truth of this statement.

Request for Admission 11:

    11. The United States has never received a permit from the State of California authorizing the construction of the dam and storage reservoir located on the Naval Ammunition Depot in Sec. 27, T. 9 S., R 4 W. S.B.M.

Response to Request for Admission 11:

    Insofar as known at this time, this statement is true.

Request for Admission 12:

    12. The United States has never received a permit from the State of California authorizing the construction of the dam and storage reservoir located on Camp Joseph H. Pendleton in an un-named intermittent stream in Sec. 2, T. T. 10 S. R. 5 W.

Response to Request for Admission 12:

    Insofar as known at this time, this statement is true.

Request for Admission 13:

    13. The United States has never received a permit from the State of California authorizing the construction of the dam and storage reservoir located on Camp Joseph H. Pendleton, in Pueblitos Canyon, on the boundary between Sec. 25, T. 10 S, R. 5 W., and Sec. 30, T. 10 S., R 4 W. S.B.M.

Response to Request for Admission 13:

    Insofar as known at this time, this statement is true.

Request for Admission 14:

    The United States has never received a permit from the State of

California authorizing the construction of either of the two dams and storage reservoirs located on Camp Joseph H. Pendleton on an un-named intermittent stream in Sec. 30, T. 10 S., R. 4 W., S.B.M.

Response to Request for Admission 14:

    Insofar as known at this time, this statement is true.

Request for Admission 15:

    15. The United States has never received a permit from the State of California for the construction of the two dams and storage reservoirs located on Camp Joseph H. Pendleton on un-named intermittent streams in Sec. 31, T. 10 S., R. 4 W., S.B.M.

ResOponse to Request for Admission 15:

    Insofar as known at this time, this stement is true.

Request for Admission 16:

    16. All diversions of the defendant Fallbrook Public Utility District from the Santa Margarita River since 18 February 1948 have been authorized by Permit or License of the State of California.

Response to Request for Admission 16:

    The United States of America denies the truth of this statement.

Request for Admission 17:

    17. The only use being presently made by the United States of America of water within the Cleveland National Forest and San Bernardino National Forest lands in the watershed of the Santa Margarita River is use authorized by Permit or License of the State of California.

Response to Request for Admission 17:

    The United States of America denies the truth of this statement.

Request for Admission 18:

    18. The National Forest Service, United States Department of Agriculture has not requested the Department of Justice to assert the claims to

-5-

3568

rights to the use of water on National Forest lands which are set forth in plaintiff's Complaint and Supplementary and Amendatory Complaint.

Response to Request for Admission 18:

There is no record of such a request being made.

Request for Admission 19:

19. The United States Department of the Interior has not requested the Department of Justice to assert the claims to rights to the use of water on Bureau of Land Management Lands which are set forth in plaintiff's Complaint and Amendatory and Supplementary Complaint.

Response to Request for Admission 19:

There is no record of such a request being made.

Request for Admission 20:

20. The Bureau of Indian Affairs has not requested the Department of Justice to assert the claims to rights to the use of water on Indian Reservations which are set forth in plaintiff's Complaint and Amendatory and Supplementary Complaint.

Response to Request for Admission 20:

There is no record of such a request being made.

UNITED STATES OF AMERICA

J. LEE RANKIN, Solicitor General

WILLIAM H. VEEDER,
Attorney, Department of Justice

Dated: June 4, 1958

WILLIAM E. BURBY,
Attorney, Department of Justice