William G. Thomas and Gertrude K. Thomas.
Defendants in propria persona
416 West Alvarado Street,
Fallbrook, California.

FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | William G. Thomas and Gertrude K. Thomas. |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants William G. Thomas and Gertrude K. Thomas. each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2 City Lots, of land in SanDiego, County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

12410

COPY RECEIVED  INDEXED

"Defendants claim all the right of overlying land owners and to water which may originate in or may be found, on, or under, or which may cross their land.

"Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

"Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

"Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Wm L. Thomas*

*Gertrude K. Thomas*

Defendants in propria persona

Dated: June 2nd 1958

12411

"Exhibit A".

William G. Thomas and Gertrude K. Thomas.

The West Half of the North Half of that portion of Block 112, of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No.567, filed in the office of the County Recorder, described as follows: Commencing at the Northeast corner of Block 112 and running West 125 feet; thence South 135 feet, thence East 125 feet; thence North 135 feet to the place of beginning.

The East Half of the North Half of that Portion of Block 112, of West Fallbrook, in the County of San Diego, State of California. according to Map thereof No. 567, filed in the office of the County Recorder, described as follows:Commencing at the Northeast corner of Block 112 and running West 125 feet; thence South 135 feet; thence East 125 feet; thence North 135 feet to the place of beginning.

12412