**F I L E D**

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By......................................
                   DEPUTY CLERK

Defendants in propria persona
Kenneth Freeman and Ida Mae Freeman
P.O. Box 85, Wildomar, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,

        v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

               Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

Kenneth Freeman & Ida Mae Freeman

The defendants, Kenneth Freeman and Ida Mae Freeman
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 42 acres of land in Riverside
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement. Also a second sheet marked EXHIBIT "B"

11958

COPY RECEIVED

EXHIBIT "A"

Item 1:

Deed granted to Kenneth Freeman and Ida Mae Freeman, husband and wife,
as Joint Tenants
by
Otto E. Beaver and Grace V. Beaver, as of November 6, 1946

Recorded January 29, 1947, Book No. 760, Page 555, Records of
Riverside County, California, As follows:

Lot 47 in Block L of Ro. La Laguna Ranch, as
per Map Book 4, Page 174 thereof, San Diego
County Records. EXCEPTING therefrom the
Northwesterly rectangular 33 feet of said Lot 47.

Item 11:

Deed granted to Kenneth Freeman and Ida Mae Freeman, his wife,
as Joint Tenants
by
Rudolph J. Brown and Vita Elliott Brown, as of September 21, 1951

Recorded September 28, 1951, Book 1306, Page 15, Records of
Riverside County, California, as follows:

The Northeasterly 25 acres of Lots 48 and 49 of Block
"L" and a portion of Hand Street "now vacated" as shown
on the map of Elsinore, as shown by map of Blocks "K", "L"
and "M" on file in Book 4 page 174 of Maps, in the
office of the County Recorder of San Diego County,
more particularly described as follows:

Beginning at the most Easterly corner of said Lot 49;
thence South 38° 32' West along the Southeasterly line of
said Lot 49, a distance of 845.66 feet; thence North
49° 54' West and parallel with the Northeasterly line
of said Lots 48 and 49, a distance of 1290.22 feet to
a point in the center line of Hand Street; thence North
36° 32' East along the center line of Hand Street, a dist-
ance of 845.66 feet to a point on the Southerly line of
Palomar Street; thence South 49° 54' East along the
Southerly line of Palomar Street and the Northeasterly
line of said Lots 48 and 49 a distance of 1290.22 feet,
to the point of beginning.

11959

EXHIBIT "B"

## FOR STATE CLAIMS

I have seen a photostatic copy of the Treaty of Guagdalupe Hidalgo. My land is in the Laguna Rancho. I believe this to be one of the Grants of land ceded by Mexico in the above mentioned treaty with the United States. I have read where the original titles are guaranteed under American law.

We have always used our land and water freely in the past and expect to do so in the future.

We rely upon the said Treaty, the original Mexican Title, and such document as we my hereinafter produce.

We are not conscious of using anybody else's water.

We have wells on this which we have used freely in the past.

11960

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Kenneth Freeman*

*Ida Mae Freeman*

Defendants in propria persona

Dated: *May 29, 1958*

11961