WILLIAM R. BRADFORD, EDWARD M. McCLAIN AND BARBARA J. McCLAIN
Defendants in propria persona
Box 187, Hemet Star Route
Aguanga, California

FILED

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
　　　　　　　　　　　　　　　)
　　　　　Plaintiff,         )   CIVIL NO. 1247-SD-C
　　　　　　　　　　　　　　　)
　　vs.                      )   ANSWER TO COMPLAINT AND
　　　　　　　　　　　　　　　)   SUPPLEMENTARY AND AMENDATORY
FALLBROOK PUBLIC UTILITY    )         COMPLAINT OF
DISTRICT, ET AL.,            )      WILLIAM R. BRADFORD
　　　　　　　　　　　　　　　)      EDWARD M. McCLAIN AND
　　　　　Defendants         )      BARBARA J. McCLAIN

　　　　The defendants, WILLIAM R. BRADFORD, EDWARD M. McCLAIN and BARBARA J. McCLAIN, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny and allege:

ANSWER TO ORIGINAL COMPLAINT

I.

　　　　These answering defendants have no information or belief sufficient to enable them to answer the allegations of Paragraphs III and VII of the original Complaint and basing their denial upon that ground, deny all allegations in said paragraphs contained.

II.

　　　　Answering the allegations of Paragraph IV, defendants deny that any conduct of these answering defendants threatens the destruction of the basin referred to in said paragraph or damages the plaintiff in any manner.

III.

　　　　Answering the allegations of Paragraphs V and VI, deny that the litigation and/or the stipulated judgment

12368

COPY RECEIVED    INDEXED

referred to in said paragraphs are binding upon or in any manner affect the rights of these answering defendants, and deny that the plaintiff is entitled to any rights, titles, interests, or privileges as against any of the answering defendants by reason thereof.

IV.

Answering the allegations of Paragraph VIII, admit that the plaintiff makes the claims and assertions specified in said paragraph; these answering defendants have no information or belief sufficient to enable them to answer the remaining allegations of said paragraph and basing their denial on that ground, deny all of said allegations.

V.

Answering the allegations of Paragraph IX, deny that any action or conduct of any of these answering defendants has caused the plaintiff any damage or has contributed to any of the injuries alleged in said paragraph; these answering defendants have no information or belief sufficient to enable them to answer the remaining allegations of said paragraph and basing their denial on that ground, deny all of said allegations.

ANSWER TO SUPPLEMENT TO COMPLAINT

Answer to Counts Nos. I to XIV, Inclusive

I.

In answer to Counts I to XIV, inclusive, of Supplement to plaintiff's Complaint, these answering defendants hereby incorporate by reference Paragraphs I to V, inclusive, of the above Answer to plaintiff's original Complaint.

-2-

12369

II.

These answering defendants admit that the plaintiff makes the contentions set forth in said counts; deny that any actions of these answering defendants have injured plaintiff; and have no information or belief sufficient to enable them to answer any of the remaining allegations in any of said counts contained and basing their denial on that ground, deny all of said allegations not hereinabove expressly admitted or denied.

<u>Answer to Counts Nos. XV-XXI, Inclusive</u>

I.

These answering defendants hereby incorporate by reference Paragraphs I and II of their Answer to Counts I to XIV, inclusive.

II.

These answering defendants deny each any every allegation contained in Paragraphs II and III of Count XXI.

III.

The defendants admit that plaintiff owns certain tracts of land comprising the Cleveland and San Bernardino National Forests which are administered by the Bureau of Land Management of the Department of the Interior, which tracts are within the watershed of the Santa Margarita River; admit the allegations with reference to the flow of Temecula Creek and its tributaries; admit that the exhibits mentioned in said Counts are attached to the Complaint; admit that the United States of America makes the contentions set forth in Counts XVIII, XIX, and XX; these answering defendants have no information or belief sufficient to enable them to answer the remaining allegations in said Counts XV to XXI, inclusive, and basing their denial on that ground, deny all of said allegations.

### ANSWER TO AMENDMENT TO COMPLAINT
### Answer to Counts Nos. XXII to XXV, Inclusive

I.

These answering defendants hereby incorporate by reference Paragraphs I, II and III of their Answer to Counts XV to XXI, inclusive.

II.

These answering defendants deny the allegations of Paragraphs I and II of Count XXII.

III.

These answering defendants admit that plaintiff makes the contentions set forth in Paragraph III of Count XXII; deny each and every allegation in said paragraph contained except as hereinabove admitted.

IV.

These answering defendants admit that plaintiff makes the contentions set forth in Counts XXII to XXV, inclusive; admit that the application referred to in Paragraph II of Count XXIV was filed and in this connection allege that said application was rejected and denied by the State Board of Water Rights of the State of California on April 10, 1958; admit that these answering defendants claim the right to the use of water specified in the Affirmative Statement of Rights herein below set forth; deny that any claim of these defendants invades any rights of the United States of America; deny the allegations of Count XXI except as hereinabove expressly admitted.

V.

These answering defendants have no information or belief sufficient to enable them to answer the remaining allegations contained in said counts and basing their denial upon that ground, deny all of the allegations not hereinabove expressly admitted or denied.

## AFFIRMATIVE STATEMENT OF RIGHTS

### I.

These answering defendants own approximatley seven hundred twelve and seven tenths (712.7) acres of land situated within the watershed of the Santa Margarita River, more particularly described as follows:

PARCEL #1.--WILLIAM R. BRADFORD

That certain land situated in Riverside County known as Lots seven, eight, nine, ten, fifteen, sixteen, seventeen, eighteen, and nineteen of Section nine, the north half of the southeast quarter, and the southeast quarter of the southeast quarter of Section eight, the north half of the northeast quarter, the southeast quarter of the northeast quarter, and the northeast quarter of the southeast quarter of Section sixteen, and the northwest quarter of the southwest quarter of Section fifteen in Township eight south of Range two east of the San Bernardino Meridian, California.

PARCEL #2--WILLIAM R. BRADFORD, EDWARD M. McCLAIN and BARBARA J. McCLAIN

That certain land situated in Riverside County known as the southwest quarter of the northeast quarter of Section eight in Township eight south of Range two east of the San Bernardino Meridian, California.

PARCEL #3--WILLIAM R. BRADFORD and BARBARA J. McCLAIN

That certain land situated in Riverside County known as the southeast quarter of the northwest quarter of Section eight in Township eight south of Range two east of the San Bernardino Meridian, California.

This land is riparian land; consisting of approximately 89.8 acres of Class II land; 171.0 acres of Class III land; 3.3 acres of Class IV land; 102.0 acres of Class VI land; 346.6 acres of Class VII land. There are no developed sources of water on this property. There is, however, a diversion ditch in Lot eight, of Section nine, Township eight south of Range two east, to keep the surface water from eroding part of the field.

-5-

12372

II.

There are approximately two hundred fifty (250.0) acres of irrigable land; the defendants claim the right to develop irrigation and domestic wells of sufficient quantity and of sufficient depth to develop enough water in order to develop and maintain said property to the maximum of its potential.

III.

Defendant WILLIAM R. BRADFORD claims the right to use all of the water from the sources located as generally described below, and the sources which feed the springs. Defendant WILLIAM R. BRADFORD claims prescriptive rights and appropriative rights on all these waters. Said springs are located as follows:

1. Located in the southeast quarter of the northwest quarter of Section seventeen in Township eight south of Range two east of San Bernardino Meridian, California.

    This spring has been used since 1914 for domestic, stock, and irrigation. It has an average flow of five to six gallons per minute.

2. Located in the southwest quarter of the southwest quarter of Section eight in Township eight south of Range two east of San Bernardino Meridian, California.

    This spring has been used since 1914 for domestic, stock, and irrigation. It has an average flow of four to five gallons per minute.

3. Located in the northwest quarter of the northwest quarter of Section eight in Township eight south of Range two east of San Bernardino Meridian, California.

    This spring has been used since 1911 for bees, stock, and irrigation. It has an average flow of six to seven gallons per minute.

4. Located in the northwest quarter of the northwest quarter of Section eight in Township eight south of Range two east of San Bernardino Meridiam, California.

This spring has been used since 1911 for bees, stock, and irrigation. It has an average flow of three to four gallons per minute.

IV.

Defendant WILLIAM R. BRADFORD claims the right to use all surface water restrained by dams built by said defendant. Said dams are located as follows:

1. Located in the southeast quarter of the northeast quarter of Section seventeen of Township eight south of Range two east, San Bernardino Meridian, California.

   This dam was built about 1943 or 1944 and has a capacity of approximately one acre feet.

2. Located in the southwest quarter of the northeast quarter of Section seventeen of Township eight south of Range two east, San Bernardino Meridian, California.

   This dam was built in 1957 and has a capacity of approximately eleven acre feet.

3. Located in the southeast quarter of the northwest quarter of Section seventeen in Township eight south of Range two east, San Bernardino Meridian, California.

   This check dam was built about 1944 for the purpose of checking erosion.

4. Located in the southwest quarter of the southwest quarter of Section eight in Township eight south of Range two east, San Bernardino Meridian, California.

   This check dam was built about 1940 for the purpose of checking erosion.

5. Located in the southwest quarter of the southwest quarter of Section eight in Township eight south of Range two east, San Bernardino Meridian, California.

   This check dam was built about 1929 for the purpose of checking erosion.

6. and 7. Located in the southwest quarter of the northeast quarter of Section eight in Township eight south of Range two east, San Bernardino Meridian, California.

   These chek dams were built about 1929 or 1930 for the purpose of checking erosion.

-7-

12374

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*William R. Bradford*

*Edward M. McClain*

*Barbara J. McClain*

Defendants in propria persona
Box 187, Hemet Star Route
Aguanga, California

Dated: May 29, 1958