```
 1  Sawyer Wells Clark
    Defendants in propria persona
 2  P. O. Box 415
    Fallbrook, California
 3
```

FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )   CIVIL NO. 1247 - SD - C
             Plaintiff,  )   ANSWER OF DEFENDANTS
    v.                       )   SAWYER WELLS CLARK
FALLBROOK PUBLIC UTILITY     )
DISTRICT, ET AL,             )
             Defendants, )

    The defendants,    SAWYER WELLS CLARK
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
              AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

             AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own      acres of land in   San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Sawyer Wells Clark*

Defendants in propria persona

Dated: May 28, 1958

12377

1
2
3      Lots 1 and 2, College Street Tract of Fallbrook, County
4      of San Diego, in accordance with Map No. 2593 filed
5      October 24, 1949.
6
7
8      Lot 3, Block 23 of West Fallbrook Townsite, in the County
9      of San Diego, in accordance with Map No. 824 filed San
10     Diego County.
11
12
13     Lot 8, Block 37 of West Fallbrook, according to Map No.
14     567 filed in the County Recorder's office, San Diego
15     County, October 9, 1888, together with that portion of
16     the West half of the alley adjacent to said Lot 8 on the
17     East vacated and closed to the public use February 7, 1921,
18     by order of the Board of Supervisors of San Diego County
19     recorded in Book 43, Page 438 of Supervisors' Record of
20     San Diego County.
21
22
23     All that portion of the West 208.71 feet of the Northeast
24     Quarter of the Northwest Quarter of the Southeast Quarter
25     of Section 24, Township 9 South, Range 4 West, S.B.M.
26     according to U.S. Government Survey approved June 11,
27     1880, which lies East of said Lot 3 and is bounded on the
28     North by the Easterly prolongation of the Northerly line
29     of said Lot 3 and the South by the Easterly prolongation
30     of the Southerly line of Lot 3.
31
32
                         EXHIBIT "A"

12378