Served May 16, 1958.   **FILED**



Charlotte M. Deniston
Defendants in propria persona
2720 W. 82nd Street, Inglewood, California.

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )   CIVIL NO. 1247 - SD - C
            Plaintiff,              )   ANSWER OF DEFENDANTS
    v.                              )   Charlotte M. Deniston
FALLBROOK PUBLIC UTILITY            )
DISTRICT, ET AL,                    )
            Defendants,             )

The defendants each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 10 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED    INDEXED                                    12379

I claim 4.2 feet water per acre on 10 acres (8 tillable) with Riperian rights. Planted with 136 avacado trees with family fruit orchard. Water to irrigate the above is at present supplied by F.P.U.D. A spring is located on the property and the defendant reserbes the right to drill a well at a later date for further development of a future orchard,- approximately 60 trees to the acre.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Charlotte M Ornistore*

Defendants in propria persona

Dated: June 3, 1958

12380

Exhibit "A":  Description of property.

Ten (10) acres, Section 18-9-3 W Parcels 54-164-13
and
54-164-14
As per map recorded in book 6 - page 13 of Maps,
Records of San Diego County, San Diego, California.

Located at 1516 Hillcrest Lane, Fallbrook, California.

12380A