John T. & Helen C Carter
Defendants in propria persona
6844 Palomar Way
Riverside, Calif.

FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )   CIVIL NO. 1247 - SD - C
              Plaintiff,   )   ANSWER OF DEFENDANTS
     v.                    )   John T Carter
FALLBROOK PUBLIC UTILITY   )   and
DISTRICT, ET AL,           )   Helen C Carter
              Defendants,  )

The defendants, John T. and Helen C Carter, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 80 acres of land in 40-A- SAN DIEGO Co 40-A. RIVERSIDE Co County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

12381

COPY RECEIVED
INDEXED

40 acres San Diego County. 30 acres of this land can be used for Avacados, plus family orchard, water for domestic use. require 250 acre feet of water per year - for irrigating etc.

40 acres Riverside County. This land can be used for raising turkeys or chickens Intend to plant family orchard and claim water requirements for domestic use also - about 200 acre feet of water per year

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Helen C. Carter*

*John Thomas Carter*

Defendants in propria persona

Dated: May 27-1958

12382

Exhibit A

40 Acres Riverside County

The North one half of the East half (1/2) of the Southwest quarter of Section 35 Township 8 South, Range 3 West, San Bernardino Base and Meridian as shown by the United States government survey, consisting of 40 acres more or less.

40 Acres San Diego County

Section 2 -
The Southeast one quarter (1/4) of the Northwest 1/4 Township 9 South, Range 3 West, San Bernardino Meridian

John T Carter & Helen C Carter
6844 Palomar
Riverside Cal        12383