FIRST BAPTIST CHURCH OF FALLBROOK, INC.
Defendants in propria persona
Fallbrook, California

F I L E D

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
       DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

FIRST BAPTIST CHURCH OF FALLBROOK, INCORPORATED

The defendants, FIRST BAPTIST CHURCH OF FALLBROOK, INCORPORATED each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own/ approximately $\frac{1}{2}$ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED INDEXED

12334

Exhibit A

1. Lot 6 and all of Lot 5 excepting the east 100 ft. of said Lot 5, both of said lots being in Block 21 of West Fallbrook, County of San Diego, State of California, according to survey made by F. W. Bartlett and C. N. Sanford in February, 1885, showing the subdivision of a portion of the west half of the N.E. quarter of Section 24, Township 9 South, Range 4 west, SBM, according to Map 162 filed in the office of the Recorder of said San Diego County, May 4, 1885.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

FIRST BAPTIST CHURCH OF FALLBROOK, INCORPORATED

BY: *Robert H. Sochmuller*
President, Board of Trustees

Defendants in propria persona

Dated: May 21, 1958

Ernest H. Heydenreich
Daisy M. Heydenreich
Defendants in propria persona
5247 Huntington Dr. no.
Los Angeles 32, Cal.

FILED
JUN 6- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,                )   CIVIL NO. 1247 - SD - C
                    Plaintiff,           )   ANSWER OF DEFENDANTS
         v.                              )   Ernest H. Heydenreich
FALLBROOK PUBLIC UTILITY                 )   Daisy M. Heydenreich
DISTRICT, ET AL,                         )
                    Defendants,          )

The defendants Ernest H. Heydenreich & Daisy M. Heydenreich each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 166 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

12386

SECTION-TWENTY-SIX-TOWNSHIP- NINE SOUTH
RANGE-TWO EAST SBM. (So 1/4 OF NO 1/2 OF Lot 11)
NE 1/4 OF SW 1/4 - SEC 26 -9-2E-5.32 ACRES
5 ACRES TILLABLE ANTICIPATE-PUTTING IN WELL
CLAIM RIGHT TO FOUR ACRE FEET PER-YEAR.
SECTION 26 TOWNSHIP-9-SO-RANGE 2 EAST SBM
N 1/4 OF S 1/2 OF Lot 14 "SE 1/4 OF SW 1/4 OF LOT 14"
SEC 26 (S 1/2 OF N 1/2 OF S 1/2)
20 ACRES-10 TILLABLE ANTICIPATE PUTTING IN WELL
CLAIM 8 ACRE FEET PER YEAR. SECTION 21- TOWN-
SHIP 9 RANGE-2 E Lot 5- SW 1/4 OF NW 1/4 OF SEC
21-9-2 E TEMECULA CREEK RUNS THRU THIS 40 ACRES
20 ACRES TILLABLE 20 ACRES GRAZING CLAIM RIPARIAN
RIGHTS TO 80 ACRE FEET OF WATER PER YEAR.
NE 1/4 OF NW 1/4 SEC 1 TOWNSHIP 9 SO RANGE 1 E
ALL LOT 4 NE OF-HWY-(EXC W 1/2 OF SE 1/4) Lot 3
SEC 1-9-1E= A PARCEL OF LAND TRIANGLE IN
SHAPE-LOCATED IN THE NORTHEAST CORNER OF
W 1/2 OF THE NW 1/4 OF SEC 1 TOWNSHIP 9 SOUTH

2387
OVER

RANCHO LEASE BOND described as follows:
BEGINNING AT THE NORTHEAST CORNER OF W½ OF NW ¼ OF SEC. 1-T9S-R1E- RUNNING South
Approximately 882 FT- To A point 948 FT FROM
Said point IN A NORTHWESTERLY DIRECTION To The County
LINE ALONG THE PRESENT Highway AND approximately
365 FT EAST ALONG COUNTY LINE TO STARTING POINT
CONTAINING THREE AND ONE HALF ACRES MORE OR LESS
Said PROPERTY bounded ON NORTH BY COUNTY LINE
AND WEST by The highway TOTAL ACREAGE AT COUNTY LINE
38½ ~ 35 ACRES Tillable (CLAIM Right To 35
ACRE FEET OF WATER PER YEAR ) ALL OF TILLABLE 70
ACRES OF TOTAL 106 ACRES OF LAND IN AGUANGA
AND OAK GROVE AREA - Good FOR RAISING Apples
PEARS, MELONS, GRAPES, BERRIES + TRUCK GARDEN-
-ING None of This land has ever been irrigated
but would be worthless without Water Rights

12388

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Ernest H. Heydenreich*

*Daisy M. Heydenreich*

Defendants in propria persona

Dated: May 31, 1958

12389