Benjiman A. Hitt, William H. Hitt, and Robert T. Hitt
Defendants in propria persona
P.O. Box 284, Santa Clara, Calif.
Rt. 2 Box 176, Fallbrook, Calif.
120 25th. St. Newport Beach, Calif.

FILED
JUN 6- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William W. Luddy
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
Benjiman A. Hitt
William H. Hitt
Robert T. Hitt

The defendants Benjiman A. Hitt, William H. Hitt, & Robert T. Hitt each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2.5 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED
COPY RECEIVED

12390

The defendants claim that 2.5 acres of their land is fertile and tillable, and for this land they claim four and two-tenths (4.2) acre feet of water per acre.

II

The defendants state that well water has been used beneficially on their property in the past; and the defendants claim right to place wells on their property in the future, and beneficially use on the property any such water obtained.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Benjamin A. Hitt*
*William W. Hitt*
*Robert J. Hite*

Defendants in propria persona

Dated: May 29, 1958

12391

EXHIBIT A  Property of Benjiman A. Hitt, William H. Hitt, and Robert T. Hitt

The South Half of the West Half of Acreage Lot One (1) of Rainbow, in the County of San Diego, State of California, according to amended map thereof No. 880, filed in the office of the County Recorder of said San Diego County, February 7, 1902;

Also the East ten (10) feet of Huffstatler Street adjoining said property on the west, as closed November 17, 1924, by Order of the Board of Supervisors of San Diego County.

EXHIBIT A

12382