Raymond P. Jackson and Lois H. Jackson
Defendants in propria persona
Winchester, California

FILED
JUN 6- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff, vs. FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, Defendants, | CIVIL NO. 1247 - SD - C  ANSWER OF DEFENDANTS  Raymond P. Jackson and Lois H. Jackson |

The defendants, Raymond P. Jackson and Lois H. Jackson each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 160 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

12383

COPY RECEIVED   INDEXED

1  I will make an amended answer after the Office Of Ground Water
2  Resources makes a survey of my land.
3  I claim all of the water rhar falls on my property or I can pump from the ground.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Raymond P Jackson*

*Lois N. Jackson*

Defendants in propria persona

Dated: 5/29/58

12394

EXHIBIT A

The Southwest quarter of Section 4, Township 6 South, Range 2 West, San Bernardino Base and Meridian, as shown by United States Government Survey.

Approximately only the eastern half of this quarter section is within the Santa Margarita watershed.

I will file an amended answer when I get the report from the Office of Ground Water Resources which should give the exact amount in the Santa Margarita watershed.

12395