```
                                               FILED
                                              JUN 6- 1958
 1  William J. Higlee and Merlyn S. Higlee    CLERK, U.S. DISTRICT COURT
    Defendants in propria persona             SOUTHERN DISTRICT OF CALIFORNIA
 2  Rt. 2 Box 59                              By /s/ _____
    Murrieta, California                              DEPUTY CLERK
 3
 4            IN THE UNITED STATES DISTRICT COURT
 5              SOUTHERN DISTRICT OF CALIFORNIA
 6                    SOUTHERN DIVISION
 7
    UNITED STATES OF AMERICA,   )   CIVIL NO. 1247 - SD - C
 8                              )
              Plaintiff,        )   ANSWER OF DEFENDANTS
 9                              )
         v.                     )   William J. Higlee and
10                              )       Merlyn S. Higlee
    FALLBROOK PUBLIC UTILITY    )
11  DISTRICT, ET AL,            )
                                )
12            Defendants,       )
```

The defendants William J. Higlee and Merlyn S. Higlee each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 20 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED                              INDEXED

                                                  12223

These defendants allege:

Said defendant's land is suitable for and used as a ranch for the production of livestock, poultry, and feed crops necessary for the sustenance of livestock and poultry. That water necessary for irrigation and domestic use is pumped from underground sources.

That the said land was a part of the Temecula Rancho Land Grant, which carried with it full and complete rights to all minerals and water from the Mexican Government.

That by the Treaty of Guadalupe Hidalgo in 1848, these rights to minerals and water were given absolutely and forever to the owners and their successors in interest to said land grant, or any part thereof, including the said land owned by these defendants.

Said Treaty of Guadalupe Hidalgo operated as a confirmation in praesenti of all perfect titles to lands in California held under Mexican Grants.

The plaintiff, United States of America, is in legal duty bound to carry into effect the stipulations contained in said treaty and therefore has no claim or right to any water or minerals rights in, on, or under these defendants' said land.

Defendants claim exclusive and sole right and ownership of all underground water, all water above ground, all water that falls on, or runs on from rainfall and all water that can be contained on said land by means of dams, reservoirs or other means with respect to their said land.

That water rights to all water on defendant's land are guaranteed by the Grant Deed which the defendant received when said defendant purchased the land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*William J Higle*

*Merlyn S Higle*

Defendants in propria persona

Dated: June 2, 1958

12224

EXHIBIT A   DESCRIPTION OF HIGLEE'S RANCH

BEGINNING at the point of intersection of the Northeast line of Washington Avenue, extended, and the center line of Nutmeg Street as shown upon a Map entitled: "Map of the Temecula Land and Water Company, Showing the Subdivision of a Portion of the Temecula Rancho" being page No. 359 in the office of the County Recorder of the County of San Diego; thence Northeasterly on the said center line of Nutmeg Street 660 feet; thence Northwesterly and parallel with the said Northeasterly line of Washington Avenue, 1320 feet; thence Southwesterly and parallel with the said center line of Nutmeg Street 660 feet, more or less, to the said Northeasterly line of Washington Avenue; thence Southeasterly on said Northeasterly line of Washington Avenue, 1320 feet, more or less, to the point of beginning.

12225