

JUN 6 - 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

Thomas H. Wilks & Theresa Wilks

**Defendants in propria persona**
P.O. Box 57, Wildomar, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Thomas H. Wilks & Theresa Wilks |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants Thomas H. Wilks & Theresa Wilks

each severing from their co-defendants and each for himself or her-

self alone, in answer to the Complaint and Supplementary and Amenda-

tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference

all of the allegations contained in the answer to said Complaint and

Supplementary and Amendatory Complaint filed in this case by Newton

T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

of the portion thereof entitled "Affirmative Statement of Rights")

and make each and all of said allegations a part of this answer

the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 239.10 acres of land in Riverside

County, California, and within the watershed of the Santa Margarita

River, more particularly described in the document attached hereto,

marked Exhibit A, which is hereby incorporated by reference as a

part of this statement. Also a second sheet marked EXHIBIT "B"

EXHIBIT "A"

Item 1:

   We own Ro La Laguna MB 4/174  SD.     Lot 37, Block L
   also NE 50' of RR R/W ADJ ON SW, 17.25 AC

Item 11

   RO LA LAGUNA MB 4/174 SD 14.36 AC     Lot 38, Block L

Item 111

   RO LA LAGUNA MB 4/174 SD  20 AC      Lot39 Block L

Item 1V

   RO LA LAGUNA MB 4/174 SD ALSO NE 50' OF RR R/W ADJ ON SW, 18.75 AC
                                      Lot 42, Block L

Item V

   We own all of Block 28 in the Town of Wildomar.
   Lots
Item V1

   We Own a Homestead that was granted my father by Theodore Roosevelt,
   president of the United States.  I donnot believe ther was any
   Reservations.  The property condained eithty-three and severnty-
   four hundreths acres.     83.74 Ac,
   Description as follows:

               LOTS 2, 3, 4, 5, 6, & 9 EXC BEG NE COR SEC 1 W 1982.35'
               TO POB TH SW 652.8', NW 660', SW 229.1' SW 212', S 70°
               10', W 296.6', S 31° 31', W 571.9' TO LAGUNA RO LN, NW
               ALG SD LN 1946.4' TO N LN SEC 1 E 2985.85' TO BEG EXC
               POR LOT 2 TO ST HWY

Item V11

   We also own a ½ interest in farm Lots 122 and 78 excepting Highway
   right of way withh land is situated  in Murrieta, portion of the
   Temecula Rancho.  For a more particular discription, reference
   is hereby made to Map book 8, page 359, San Diego County, Recorders.
   TEMECULA LD & WATER CO MB 8/359 SD EXC POR IN ST HWY, 57.54 AC Lot 122
   Also:  TEMECULA LD & WATER CO MB 8/359 SD 40 AC   Lot 78

EXHIBIT "B"

## FOR STATE CLAIMS

W    We claim the eithty three and seventy foru hundred ac. of Homestead.
was patend to my , Father, by Theordore Roosevelt, president of the United
States.   I believe because it is a homestead that was prior to the Doctrine
of Reasonable Use.  We are not subject to said Doctrine.

We believe the rest of the land we own is in the Ro La Laguna Rancho,
and the Temecula is in grants of land, prootected by the Treaty of Guagdalupe
Hildalgo.  We believe that because of this fact we are not subject to the
Doctrine of Reasonable Use, of the Stat of California.

We have used this land and water freely inthe past and expect to do
so in the future.

We rely upon said Treaty and the Homestead Statute of Congress, for
our protection.

13354 A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Thomas H. Wilks*

*Theresa Wilks*

Defendants in propria persona

Dated: *6-2-58*

12355