*Carol C. Williams*
Defendants in propria persona,
*Box 102, Grand Ave. Station, Elsinore*

FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )   CIVIL NO. 1247 - SD - C
                 Plaintiff,          )   ANSWER OF DEFENDANTS
         vs.                         )
FALLBROOK PUBLIC UTILITY             )
DISTRICT, ET AL,                     )
                 Defendants,         )

The defendants, *Carol C. Williams*
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own *40* acres of land in *Riverside* County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

12356

INDEXED
COPY RECEIVED

There is a spring on this property. In time past, the right to take water from the spring, was given to the then Lakeview Mutual Water Co., and an easement given across it. Of my own knowledge I have no appropriative or prescriptive rights. At present no water is used, but it may be that the need might arise, and a well put on the property. I cannot judge acre-feets or what might be needed.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_____
Carol C. Williams
Defendants in propria persona

Dated: May 28, 1958.

24, Township 6 South, Range 5W, San Bernardino Base and Meridian, as shown by United States Government Survey approved, Apr. 28, 1885.

Excepting therefrom the following five parcels:
(A) Vista del Lago Tract Unit no. 1, as shown by Map on file in Book 12 page 16 of Maps, Riverside County Records. (B) Vista del Lago Tract no. 2, as shown by Map on file in Book 13 pages 86 to 91, inclusive, of Maps, Riverside County Records. (C) The S 1/8 of the W 1/2 of the NW 1/4 of said Section 24. (D) The E 1/4 of the SW 1/4 of the SW 1/4 of said Section 24. (E) That portion of the W 1/4 of the SE 1/4 of the SW 1/4 lying South of Vista del Lago Tract Unit no. 1, as shown by Map on file in Book 12 page 16 of Maps, Riverside County Records.

Description on Tax Bill.
W 3/4 of SW 1/4 of SW 1/4 and E 3/4 of SE 1/4 of SW 1/4 South of Vista del Lago Sub.   24-6S-5W

12358