

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK



1   Rhoda S. Young
    Defendants in propria persona
2    430 N. Main Street
      Fallbrook, California

3

4               IN THE UNITED STATES DISTRICT COURT

5               SOUTHERN DISTRICT OF CALIFORNIA

6                      SOUTHERN DIVISION

7

8   UNITED STATES OF AMERICA,          )    CIVIL NO. 1247 - SD - C
                                       )
                  Plaintiff,           )    ANSWER OF DEFENDANTS
9                                      )
       v.                              )    ANSWER TO COMPLAINT AND
10                                     )SUPPLEMENTARY AND AMENDATORY
    FALLBROOK PUBLIC UTILITY           )        COMPLAINT OF
11  DISTRICT, ET AL,                   )       RHODA S. YOUNG
                                       )
12               Defendants,           )

13        The defendants,   Rhoda S. Young,

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18

19        These answering defendants hereby incorporate by reference

20  all of the allegations contained in the answer to said Complaint and

21  Supplementary and Amendatory Complaint filed in this case by Newton

22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23  of the portion thereof entitled "Affirmative Statement of Rights")

24  and make each and all of said allegations a part of this answer

25  the same as if herein set forth at length.

26        AFFIRMATIVE STATEMENT OF RIGHTS

27        These defendants own 3   Lots   ~~acres~~ of land in  San Diego

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

31  part of this statement.

32

EXHIBIT A.

**PARCEL 1:**

Beginning at the intersections of Westerly right-of-way line of
Atchison Topeka and Santa Fe Railway with a line parallel to and
618 feet Southerly from the north line of Lot 1 Section 19
Township 9 South and Range 3 West S. B. M.; thence Westerly along
said parallel line to the Easterly line of the County Road Route
4 division 4; thence Northeasterly along said Easterly line of
said County Road to the intersection with the Southerly line of the
land conveyed to the Union Oil Company by deed recorded in book
853 at page 184; thence along said Southerly line South 89° 54'
East to a point distant thereon North 89° 54' West 101.2 feet from
the intersection thereof with said Westerly right-of-way line; thence
South 265.25 feet to the point of beginning.

**PARCEL 2:**

ALSO the East half of Lot 1 and Lot 2 of block 19 in the Town of
West Fallbrook.

**PARCEL 3:**

All that portion of the North 618 feet, of the East 49 rods of
the N.W. Quarter of the N.W. ¼ Quarter of Section 19, T. 9 S. R
3 W., S. B. B. & M., in the County of San Diego, State of Calif-
ornia, described as follows:

Beginning at a point in the West line of the parcel of land
conveyed by Louis Williams, to the Fallbrook Public Utility
District by deed recorded in Book 1268, page 300 of Deeds records
of said County, distant S. 0° 06' W. 107.31 ft., from the inter-
section of said West line with the South line of the tract of land
conveyed by Louis Williams and Lenna M. Williams to the Union Oil
Company of California by deed recorded in Book 853, page 184 of
Deeds, records of said County; thence along the said West line of
said parcel N. 0° 06' E. 41.00 feet to a point distant S. 0° 06' W.
66.31 ft. from said South line of the tract of land conveyed to the
Union Oil Company of California; thence parallel to said South line
and its Westerly prolongation N. 89° 54' W. 276.59 ft. to the center
line of State Highway No. 395 (formerly San Diego County Highway
Commission Route 4, Division 4, from Fallbrook to the Riverside
County Line); thence S. 81° 28' E 279.61 ft. to the point of beginning.

12360

1   Defendant owns approximately 3 Lots ( Exhibit A).  On this property
2   stand 4 Rentals in one Parcel, and 4 Rentals with a Home in another
    Parcel -- a total of 8 Rentals with a Home, Garden and Family Fruit
3   trees, with the possibility of additional Rentals in the future.
    Defendant is now buying water from the Fallbrook Public Utility District,
4   and claims the right to sufficient water to keep these establishments
    satisfactorily supplied.

5   Defendants claim all riparian rights to all waters percolating through
6   their land, whether from the Santa Margarita River and its tributaries,
    whether from springs, streams or wells, etc., and to take water from
7   their land, whether for domestic, industrial, business or irrigation
    purposes.

8   In addition to the claim and uses as herein made, defendants claim all
    rights of overlying landowners to any water which may originate in, or
9   under, or cross their land.  Defendants claim the right to drill and
    to dig wells, and to exercise water reclamation and conservation
10  practices as now or may be known in the future.

11  Defendants hereby incorporate the same as though set forth herein in
    full all of the Affirmative Defenses of the Fallbrook Public Utility
12  District on file in these proceedings.

13  Defendants claim all the above for all lands in which they have any
    financial interest whatsoever.

14

15

16

17

18          WHEREFORE, these defendants pray that plaintiff take

19  nothing against them by reason of the Complaint and Supplementary

20  and Amendatory Complaint on file herein; that said Complaint be

21  dismissed as against these defendants; that defendants' right to

22  water, as hereinabove set forth, be quieted as against the plain-

23  tiff and against all other defendants in this action; and for such

24  other and further relief as the Court may deem proper.

25

26                          _Rhoda S. Young_
                            _____
27                          Rhoda S. Young

28

29                          _____

30                          Defendants in propria persona

31                          430 N. Main Street
                            Fallbrook, California
32  Dated:
    May 2c, 1958

                                                    12361