

FILED

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

1  Lawrence H. Allert and Bessie D. Allert
2  Defendants in propria persona
   Star Rt., Box 28
3  Hemet, California

4             IN THE UNITED STATES DISTRICT COURT
5              SOUTHERN DISTRICT OF CALIFORNIA
6                    SOUTHERN DIVISION

7  UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
8                                   )
             Plaintiff,              )   ANSWER OF DEFENDANTS
9                                   )
        v.                           )   Lawrence H. Allert
10                                   )   Bessie D. Allert
   FALLBROOK PUBLIC UTILITY          )
11 DISTRICT, ET AL,                  )
                                     )
12           Defendants,              )

13      The defendants Lawrence H. Allert and Bessie D. Allert
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                     AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
            AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own 26 acres of land in Riverside
27
   County, California, and within the watershed of the Santa Margarita
28
   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31
32

COPY RECEIVED    INDEXED                              12362

We now have a well for domestic use. The land is level and we plan in the future to put down a new well and irrigate. This land can be used for growing potatoes, corn, alfalfa or any irrigated crop. We reserve the right to dig a well and use at least 4 acre feet for such irrigation.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Lawrence H Allert*

*Bessie D. Allert*

Defendants in propria persona

Dated: 5/31/58

12363

EXHIBIT "A"

PARCEL 1: The West half of the Northeast Quarter of the Southeast Quarter of Section 4 in Township 6 South, Range 1 West, San Bernardino Base and Meridian.

PARCEL 2: That certain tract described as follows: Commencing at the Southeast corner of Northeast quarter of Section 4, Township 6 South, Range 1 West, San Bernardino Base and Meridian, running thence West along the quarter section line to intersection of line of San Jacinto Rancho; thence along the line of said Rancho North 68° 11' East, to the intersection of the West line of Diamond School District lot, running thence South 7.80 rods to the Southwest corner of said Diamond School District lot, running thence East along the line of said Diamond School District lot, 25 rods; thence South 17.80 rods to place of beginning, said tract containing 6.16 acres plus; reserving along the East and South lines 40 feet for streets and roads.

12384