WALTER H. BARKOW and HILDA BARKOW
Defendants in propria persona
P.O. Box 422
Fallbrook, California

FILED
JUN 6- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF WALTER H. BARKOW AND HILDA BARKOW |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants Walter H. Barkow and Hilda Barkow, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 4 & 3/4 more or less acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED INDEXED

12365

## EXHIBIT A

**PARCEL 1:**

PAR. 71R-51-2 RHO MONSERATE TCT D THAT POR OF FOL. DES LYING WITH-
IN LOT 41 BAP ON E LI LOT 40 290 FT S OF NE COR TH S 89° 30' E 35.7
FT TH S 13° 30'E 275 FT th S 34° E 253.85 FT TH S 26° W 280 FT TH S
16° W 172 FT TH S 48° 07'W 101 FT TO E LI LOT 40 TH N ALG E LI 20
FT TH N 77° 19'W 305.35 FT TH S P/W E LI 20 FT TH S 67° 30'W 100
FT TH S 87° 39'W 56.62 FT TH ALG CUR TO R RAD 100 FT A DIST OF 104.84
FT TH N 32° 04'W 249.27 FT TH S 81° 48'E 105.4 FT TH ALG CUR TO L RAD
265 FT A DIST OF 416.26 FT TH N 226.71 FT TH N 22° 45'E 150 FT TH N
43° E 60 FT TH NELY 53.81 FT TAP N 89° 30'W 150 FT FR BEG TH S 89° 30'
E TO BEG IN LOTS 40 & 41 (EXC ALL LYING SLY OF A LI DAF BEG AT SLY TER-
MINUS OF THAT COURSE & DIST ABOVE DES. S 34° 00' E 253.85 FT TH N 34° 00'
W 23.10 FT TO TPOB TH S 76° 04'W 267.34 FT TH S 81° 03'20''W 95.97 FT
TH S 74° 42'W 101.81 FT TH N 39° 51' W 127.63 FT TAP IN ARC OF SD 265
FT(TAP IN ARC OF SD)RAD CUR ABOVE DES) IN LOT 41----------------------

PAR. 71R-50-4 RHO MONSERATE TCT D THAT POR OF FOL DES LYING WITHIN
LOT 40 BAP ON E LI LOT 40. 290 FT S OF NE COR TH S 89° 30' E 35.7 FT TH
S 13° 30'E 275 FT TH S 34° E 253.85 FT TH S 26° W 280 FT TH S 16° W
172 FT TH S 48 07'W 101 FT TO E LI LOT 40. TH N ALG E LI 20 FT TH N
77° 09' W 305.35 FT TH S P/W E LI 20 FT TH S 67° 30'W 100 FT TH S 87°
39' W 56.62 FT TH ALG CURVE TO RIGHT RAD 100 FT A DIST OF 104.84 FT
TH N 32° 04'W 249.27 FT TH S81° 48' E 105.4 FT TH ALG CURVE TO LEFT RAD
265 FT A DIST OF 416.26 FT TH N 226.71 FT TH N 22° 45' E 150 FT TH N 43°
E 60 FT TH NELY 53.81 FT TO A PT N 89° 30' W 150 FT FR BEG TH S 89° 30'
E TO BEG IN LOTS 40 & 41 (EXC ALL LYING SLY OF A LI DAF BEG AT SLY
TERMINUS OF THAT COURSE & DIST ABOVE DES. S 34° 00'E 253.85 FT TH N
34° 00'W 23.10 FT TO TPOB TH S 76° 04'W 267.34 FT TO TPOB TH S 76 04'W
267.34 FT TH S 81° 03'20''W 95.97 FT TH S 74 42'W 101.81° FT TH N 39°
51' W 127.63 FT TAP IN ARC OF SD 265 FT RAD CUR. ABOVE DES) IN LOT 40.

--------------------

**PARCEL 2:**

PAR. 94W-43-188 WEST FALLBROOK (EXC ELY OF A S/L DIST 84.82 FT ON S
LI LOT 5 WLY FR SE COR & 84.06 FT WLY FR NE COR ON
N LI THF)    LOT 5 BLK 42-------------------------

--------------------

1  Defendants own approximately 4 & 3/4 acres, more or less, in 2 Parcels.
2  Parcel 1 consists of a Commercial Grove of 260 Avocado trees, 24 yrs. old; also a Home, Garden and Family Fruit trees. Parcel 2 consists of a business establishment. Defendants are now buying all their water from the Fallbrook Public Utility District, and claim the right to use sufficient water in the future to supply their Home, Garden, Commercial Grove, as well as their Business Establishment in a satisfactory manner.

Defendants also claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries; whether from springs, streams, or wells, etc.; and they claim the right to take water from their land, whether for domestic, industrial, business or irrigation purposes.

In addition to the claim and uses as herein made, defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill and to dig wells, and to exercise water reclamation and conservation practices as now or may be known in the future.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

FURTHERMORE, defendants pray the court to award them adequate damages to reimburse them for the cost of preparing and prosecuting their defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon them by this attempted acrimonious, confiscatory usurpation of property rights, instituted against them by the agencies of the United States Government.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Walter H. Barkow*
Walter H. Barkow

*Hilda Barkow*
Hilda Barkow

Defendants in propria persona
P.O. Box 422
Fallbrook, California

Dated: 6/2/58