F I L E D

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

1  Gerald and Augusta Loring
2  Defendants in propria persona
   Post Office Box 81 Wildomar, California, Riverside County

4              IN THE UNITED STATES DISTRICT COURT

5                SOUTHERN DISTRICT OF CALIFORNIA

6                      SOUTHERN DIVISION

7
8  UNITED STATES OF AMERICA,            )      CIVIL NO. 1247 - SD - C
                                        )
9              Plaintiff,               )      ANSWER OF DEFENDANTS
                                        )
10       v.                             )      Gerald and Augusta Loring
                                        )
11 FALLBROOK PUBLIC UTILITY             )
   DISTRICT, ET AL,                     )
12                                      )
               Defendants,              )

13     The defendants, Gerald and Augusta Loring

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17     ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
              AMENDATORY COMPLAINT
18
19     These answering defendants hereby incorporate by reference

20 all of the allegations contained in the answer to said Complaint and

   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
26           AFFIRMATIVE STATEMENT OF RIGHTS

27     These defendants own 120 acres of land in  Riverside

28 County, California, and within the watershed of the Santa Margarita

   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31 East ½ of S. West ¼ Se ction 32 Township 6S Range 3W    80 Acres

32 N. West ¼ of S. West ¼ Section 32 Township 6S Range 3W   40 Acres

COPY RECEIVED

                         INDEXED                          12231



Property of Gerald and Augusta Loring

Post Office Box 81

Wildomar, California

Riverside County

12232

We claim owners rights to all water and minerals in, over and above our property. We claim the right to pump our existing wells to their full capacity and also to drill wells if needed and we so desire.

We reserve the right to plant our land to any crop we wish, now and at any future date.

This property is ours by reason of purchase. It constitutes our life savings and we are not willing to relinquish any of the rights which we obtained with the title to the land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Gerald Loring*

*Mrs. Augusta Loring*

Defendants in propria persons

Dated: *June 1 1958*

12233