HARRY WATSON
Defendants in propria persona
115 Monterey Blvd., Hermosa Beach, California

FILED
JUN 6- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| vs. | HARRY WATSON |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants, HARRY WATSON each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 178.10 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

12266

EXHIBIT A

Northeast quarter (NE 1/4) of Section Thirteen (13),
Township Seven (7) South, Range Three (3) East
San Bernardino Base and Meridian, containing One Hundred
Seventy Eight and 10/100 (178.10) Acres, more or less.

12267

I.

This land described as it is in "Exhibit A" is riparian land, at present unimproved. Approximately one hundred (100) acres will be tillable when cleared and the balance can be used for grazing cattle and for raising various kinds of fowl. The total watershed above this land is approximately five hundred (500) acres. Owing to the nature of this land the percentage of runoff to rainfall is negligible except in the case of a cloud-burst.

II.

The defendants claim that the <u>underground water</u>, under the land as described in "Exhibit A" is a part of the San Jacinto Fault Zone system. The defendants further claim that the said underground water is separate and apart from the Santa Margarita River system.

The defendants state that the land described as in "Exhibit A" overlies the center of the San Jacinto Fault Zone and is flanked on the southwest by at least two major rifts of the said fault zone. The defendants further state that documentary evidence is available to substantiate these claims and will produce the same in court.

III.

The defendants claim the right to drill a well and to use underground water for irrigation and domestic purposes and also to use surface water, when available. Water requirements being compatible with the land involved and the State of California regulations. A reasonable diversion duty for the irrigation of said land is four and two-tenths (4.2) acre-feet per acre per year.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Harry Watson*

Defendants in propria persona
115 Monterey Blvd.,
Hermosa Beach, California.

Dated:    May 31, 1958

12269