

Anthony Christino
**Defendants in propria persona**
Aguanga, California

FILED
JUN 6- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William ____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>              Plaintiff, <br> v. <br> FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, <br>              Defendants, | CIVIL NO. 1247 - SD - C <br> ANSWER OF DEFENDANTS <br> Anthony Christino |

The defendants, Anthony Christino each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own         acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

I

The defendant's property faces State Highway #79, and is suited for commercial use, such as motel, etc. At present time defendant is operating a store and gas station on this property, which is supplied with water from a domestic well.

II

Defendant claims the right to use this well, and to develop more water in the future if the need arises. Defendant claims all percolating and filtering water on this land for all future commercial developments.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Anthony Christiano*

Defendants in propria persona

Dated: May 29/58

12177

EXHIBIT A

Description of property owned by Anthony Christino, Aguanga, California:

That portion of Lot 4 in Section 7, Township 9 South, Range 2 East, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Survey approved January 31, 1895, described as follows:

Beginning at the Northwest corner of Section 7; thence along the Section line between Section 6 and 7 of said Township and Range, North 87°32' East, 205.60 feet to the Northwest corner of the land conveyed to Emmett Johnson et ux, by deed recorded January 24, 1931, in Book 1853, page 333 of Deeds; thence South 34°33' East along the Westerly line of said Johnson's land 312.0 feet to the Southwest corner of said Johnson's land, said point being the true point of beginning; thence North 87°32' East along the Southerly line of said Johnson's land 909.70 feet to the East line of said Lot 4; thence South 0°18' West along said East line 313.4 feet; thence North 86°46' West 653.8 feet, thence North 47°03' West 347.5 feet to the true point of beginning.

12178