*Annie L. N. Curtiss*
Defendants in propria persona
1616 Donaldson St.
Los Angeles 26, California.

FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | *Annie L. N. Curtiss* |
| Defendants, | |

The defendants *Annie L. N. Curtiss* each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 583.49 acres of land in *Wildomar, Riverside Co., California* County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

Exhibit A - A description of certain properties at Wildomar, Calif.

Parcel 1. SW¼ of Section 10, T6S, R3W. = 154.0 acres.

This parcel is rough, rocky hill land. It lies astride the water shed and no water flows to it from other lands. It has a cluster of springs that have been in use for sixty years or more. They were improved and cabins built by my late husband, Wm. C. Curtis, during the years 1930 and 1940 and named "Curtis Iodine Springs", because they have traces of iodine. These waters have health giving qualities. These waters are specifically claimed in their entirety, because they rise and come entirely from the property. This parcel is not tillable by common methods, but because of its frostless location, by terrace methods, about 20% could profitably be used for agriculture and health resort purposes. Winter vegetables and citrus trees have been grown there for 50 years. Therefore 4.2 × 1/5 × 154.05 acre feet per year are needed for this area = Acre feet = 129.40

Parcel 2. E½ of W½, Lots 1, 2, 3 & 4, Exc. BE N, 40' W, int. NLN Co. RD & ELN of W½, N 824' × W 370', Lot 31, Block 6 S, R 3 W. (Except area occupied by Co. Rd. along the south line and except the south 824 ft of the East 410 ft) = 301.15 acres.

Parcel 2 is immediately below parcel 1 and receives run off water from its soil conservation terraces. Terraces have been built and about 75% is now in cultivation. Were water available 80% would pay, again because the upper rough mountain section is nearly frostless. There are no wells on this parcel. Some water seepages are located along the northerly line of parcel 2. The right to develop these and the right to dig domestic wells is claimed.

301.15 × .80 × 4.2 acre feet of water are needed = 1011.56

Parcel 3. An irregular area in Section 1, T7S, R4W, between Catt Rd. and Palomar St., Wildomar, comprising:
A. Ro La Laguna M.B. 7/74 S.D. Lot 45, Block L = 41.30 acres
B. Ro La Laguna M.B. 7/74 S.D. Lot 51, Block L = 33.35 acres
C. Beg. NE Cor Section 1, W 1972.36' F.O.E., S 12°02', W 632.0'; N 87°03', W 680'; SW 229.1'; SW 212'; S 10°10', W 296.8'; S 31°31', W 371.9' to Ro La Laguna LN, NW ALG. SD Ro LN 1946.4' to int with NLN, Sec. 1, E 2985.85' to Beg. Sec. 1, Blk 7 S, R4W = 53.84 acres
Total acres A, B, C = 128.49

Portions A, B and C are contiguous and form the lower ranch. Parcel 3 is all under cultivation and soil conservation practices are followed. A domestic well has furnished water for the ranch house and barn for sixty years or more. A spring and an artesian well, drilled about 1935, furnishes water to a pool. The sole right to use these waters is claimed because of long established use. The right to conserve, to retain and use any

12180

the right to conserve by terracing and all rain and other precipitation falling on these parts by soil conservation practices is claimed. The right to develop the proportionate share of underground water is also claimed.

128.49 × 4.2 acre ft. of water needed = 539.62 Acre
Total acre ft. per year needed = 1680.58 ft.
Total Acreage in the three parcels = 583.69 Acres.

12180 A

Annie L. H. Curtiss

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*[signature: Connie L. S. Cartier]*

_____
Defendants in propria persona

Dated: May 28, 1958.

12101