Clyde W Davis and Ivah M Davis

Defendants in propria persona

1951 East Mission Road, Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>　　　　　Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>Clyde W Davis<br>Ivah M Davis |

The defendants, Clyde W Davis and Ivah M Davis each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2.40 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

Exhibit A

That portion of the Southeast Quarter of the Southwest Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows:

Commencing at the Southwest corner of said section 17; thence along the South line of said Section 17, South 89 56' East 1470.98 feet to the Southwest corner of a Tract of land conveyed to John A March, et ux, by deed recorded in book 1629, page 33 of official Records; thence along the Westerly line of said land of Marsh, North 2 23' East 325.25 feet; thence South 89 49' 40" East 395.00 feet to the true point of beginning; thence continuing South 89 49' 40" East 378.76 feet to the Easterly line of said land of Marsh; thence along said Easterly line, North 3 15' 40" East 248.40 feet to the center line of County Highway Commission, Mission Road 1-C; thence Westerly along said center line 385.08 feet, more or less, to a line which bears North 2 23' East from the true point of beginnig; thence South 2 23' West 304.00 feet to the true point of beginning.

Defendants claim all the rights of overlying landowners and to water which may originate or cross their land.

Defendants claim the right to drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Clyde M Davis*

*Ivah M. Davis*

Defendants in propria persona

Dated: 6-3-58

12184