FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                      Deputy

1  HELEN V. DUNN   and   MARIE DUNN SMITH
   Defendants in propria persona
2  654½ Parkman Avenue       5266 Almira Road
   Los Angeles 26, California   South Gate, California
3

4              IN THE UNITED STATES DISTRICT COURT

5                SOUTHERN DISTRICT OF CALIFORNIA

6                      SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
8                                   )
                Plaintiff,          )   ANSWER OF DEFENDANTS
9                                   )
        v.                          )   HELEN V. DUNN
10                                  )   MARIE DUNN SMITH
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )
                                    )
12              Defendants,         )

13        The defendants, Helen V. Dunn and Marie Dunn Smith
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
           These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
26              AFFIRMATIVE STATEMENT OF RIGHTS
27        These defendants own One acres of land in
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32

COPY RECEIVED

1. We reserve all Water Rights for the care and maintenance of all Avocado, Fruit and any other trees that are planted and ALL that may be planted in the future on this property.
2. We reserve Water Rights for any house or houses that may be built upon this property.
3. We reserve Water Rights for any future subdivision of this property.
4. We reserve Water Rights for any well and/or wells that may be dug on this property.
5. We reserve all Water Rights to any Percolating waters that may be upon, or eventually upon, the surface of this property and/or be in the soil of this property.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Helen V. Dunn*
HELEN V. DUNN
654½ Parkman Avenue
Los Angeles 26, California
*Marie Dunn Smith*
MARIE DUNN SMITH
Defendants in propria persona
5266 Almira Road
South Gate, California

Dated: May 29, 1958

12186

BOOK 5474 Page 360     EXHIBIT A         Note: Parcel 1 only
                                         relates to Fallbrook
Consideration less than $100.00          Helen V. Dunn is widow and
                                         Marie Dunn Smith is daughter
                                         of Arthur W.L. Dunn, Decease

   For Good and Valuable consideration, the receipt of which is
hereby acknowledged, MARIE DUNN SMITH, a married woman, and Helen
V. Dunn, a widow, do hereby grant to MARIE DUNN SMITH, a married
woman, and HELEN V. DUNN, a widow, as Joint Tenants, all that real
property situated in the County of San Diego, State of California,
described as follows:

   Parcel 1. The East 146.67 feet of the West 403.34 feet
   of the South half of Block 67 and the East 21 feet of
   the West 424.34 feet of the South 45 feet of Block 67
   of West Fallbrook, in the County of San Diego, State of
   California, according to map thereof No. 567, filed in
   the office of the County Recorder of said County October
   9, 1888.

   EXCEPTING therefrom the West 6 feet of the South 110 feet
   thereof.

   Parcel 2. The East half of the Southeast Quarter of the
   Northeast Quarter of Section 21, Township 10 South, Range 3
   West, S.B.B.M., in the County of San Diego, State of Cali-
   fornia, according to U.S. Government Survey approved Decem-
   ber 27, 1870

   EXCEPTING therefrom that portion thereof described as follows:

   Beginning at the Quarter Section corner common to said Section
   21 and Section 22 of said Township and Range; thence along the
   South line of the said Southeast Quarter of the Northeast
   Quarter of said Section 21, North 89° 47' 40" West 672.95
   feet, more or less, to the Southwest corner of the East Half
   of the said Southeast Quarter of the Northeast Quarter of
   said Section; thence along the West Line of the said East
   Half of the said Southeast Quarter of the Northeast Quarter
   of said Section; North 0° 03' 48" West, 186.50 feet; thence
   North 79° 45' 20" East, 98.78 feet; thence North 63° 56' 20"
   East 231.50 feet; thence North 66° 50' 20" East 361.27 feet;
   thence South 58° 32' 40" East, 38.71 feet more or less, to a
   point in the East line of said Section 21; thence along said
   East line South 0° 22' 10" East 429.99 feet to the point of be-
   ginning, said EXCEPTED portion having been

                                                            12187

Book 5474 Page 361

conveyed to Ronald V. Inglis and wife, by Deed dated September 10, 1946 and recorded in Book 2273, page 49 of Official Records

DATED: November 29th, 1954

        Signed MARIE DUNN SMITH

        Signed HELEN V. DUNN

I, Raymond E. Smith, husband of Marie Dunn Smith consent to the creation of the joint tenancy in the grantees above named in the property herein described.

        Signed RAYMOND E. SMITH

Book 5474 Page 362  - - - - - -

STATE OF CALIFORNIA )
         ) SS:
COUNTY OF LOS ANGELES )

On this 29th date of November 1954, before me, James G. Powers a Notary Public in and for said County, personally appeared MARIE DUNN SMITH and HELEN V. DUNN, known to me to be persons whose names are subscribed to the foregoing instrument and acknowledged that they executed the same

        signed J. G. POWERS
        Notary Public in for said
(NOTARIAL SEAL)    County and State.
        My commission expires July 29, 1956

NOTE: Document No. 174123 recorded request of attys. Dec.27 10:10 AM '54
Official Records San Diego County, Calif.
Roger N. Howe Recorded

STATE OF CALIFORNIA )
         ) SS: Compared Ruth Hubbard Deputy County Recor
COUNTY OF LOS ANGELES )        2-10

On this 29th day of November, 1954, before me, James G. Powers, a Notary Public in and for said County, personally appeared RAYMOND E. SMITH, known to me to be the person whose name is subscribed to the foregoing instrument and declared to me that he is the husband of Marie Dunn Smith and that he willingly executed the above consent to the creation of joint tenancy in said real property, and was not acting under duress or undue influence

        signed J.G. POWERS
        Notary Public in and for
(NOTARIAL SEAL)    said County and State
        My commission expires
        July 29, 1956