

F I L E D

JUN 6 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

1  HOWARD N. FARMER AND HILDEGARD T. FARMER
2  Defendants in propria persona
   1001 East Alvarado
3  Fallbrook, California

4              IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                    SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,      )      CIVIL NO. 1247 - SD - C
8
              Plaintiff,          )      ANSWER OF DEFENDANTS
9
        v.                        )      HOWARD N. FARMER AND
10                                )      HILDEGARD T. FARMER
   FALLBROOK PUBLIC UTILITY       )
11 DISTRICT, ET AL,               )
12            Defendants,         )

13        The defendants, HOWARD N. FARMER and HILDEGARD T. FARMER

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                  AMENDATORY COMPLAINT
18
19        These answering defendants hereby incorporate by reference

20 all of the allegations contained in the answer to said Complaint and

21 Supplementary and Amendatory Complaint filed in this case by Newton

22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23 of the portion thereof entitled "Affirmative Statement of Rights")

24 and make each and all of said allegations a part of this answer

25 the same as if herein set forth at length.

26        AFFIRMATIVE STATEMENT OF RIGHTS

27        These defendants own 3.91 acres of land in San Diego

28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.

32
                                          12161

COPY RECEIVED

INDEXED

"Exhibit A"

That portion of lots 7, 8, and 9 of the Shipley Tract,
West Fallbrook, in the County of San Diego, State of California,
according to the Map, thereof, No. 132 filed in the Office of
the County Recorder of San Diego County, August 22, 1887,
described as follows:

Parcel #1. Meets and Bounds:

Beginning at the North Easterly Corner of lot 7, Westerly
for 127.23 feet; thence Southerly 459 feet; thence Easterly
127.23 feet; thence Northerly 459 feet to the starting point.

Parcel #2. Meets and Bounds:

Beginning at the Northwest corner of lot 8, Easterly
146.21 feet; thence Southerly 459 feet; thence Westerly
146.21 feet; thence Northerly 459 feet to the starting
point.

Parcel #3. Meets and Bounds:

Beginning at the Southeast corner of the Northerly one-half
of lot 9; thence Northerly 40 feet; thence Westerly 40 feet;
thence Southerly 40 feet; thence Easterly 40 feet to the
starting point.

12192

"Exhibit A"

Description of one acre of land located at 735 and 737 West
Alvarado Street, Fallbrook, California.

Being a portion of Tract No. 126 of West Fallbrook,
according to Map thereof No. 567, Filed in the Office of the
County Recorder of San Diego, October 9, 1888, and a portion
of the Rancho Santa Margarita Y Las Flores, according to the
Map thereof in Book 7, page 39 of Patents, Records of
San Diego County, together with that portion of the Northerly
Half of Alvarado Street adjoining said Tract 126 on the South,
described as a whole as follows:

Beginning at the intersection of the easterly boundary
of said Rancho Santa Margarita Y Las Flores with the center
line of said Alvarado Street as shown on said Map No. 567,
being a point distant along said Easterly Rancho boundary
South 7° 04' 52.98" West 8924.08 feet from Corner No. 1 of
said Rancho; thence North 88° 48' West 129.97 feet to the
Southwesterly corner of that parcel of land described in
deed to Frederick Reed, recorded April 18, 1941, as
Document No. 23101 in Book 1162, page 334 of Official Records;
thence along the Westerly and Northerly boundary of said Reed's
land North 6° 44' 12" East 233.52 feet and South 88° 48'
East 131.38 feet to a point in said Easterly Rancho boundary,
distant thereon South 7° 04' 52.98" West 8690.42 feet from
said corner No. 1, thence along said Easterly Rancho boundary,
North 7° 04' 52.09" East to a line which is parallel with
and 208.75 feet Northerly, measured along the Westerly line of
said Tract No. 126 from the Southerly line of said tract;
thence Easterly along said parallel line, 77.37 feet, more
or less, to a line which is parallel with the 208.75 feet
Easterly, measured along the Southerly line of said tract 126,
from the Westerly line of said tract as shown on said Map No. 567;
thence Southerly along said parallel line 208.75 feet to the
South line of said Tract 126; thence Westerly along said South
line 78 feet, more or less, to the Easterly line of said
Rancho Santa Margarita Y Las Flores; thence Southerly along
Easterly line 25 feet to the beginning.

1     I wish to claim the rights to take water from the well (or

2  Spring) and from the Fallbrook Public Utility District and wish

3  to reserve this right for irrigating and domestic use.

4     I am irrigating approximately 4 acres of Citrus and Avocado

5  trees, using approximately 8 acre feet of water annually for

6  irrigation and supplying water for three dwellings.

7

8

9

10

11

12

13

14

15

16

17

18     WHEREFORE, these defendants pray that plaintiff take

19  nothing against them by reason of the Complaint and Supplementary

20  and Amendatory Complaint on file herein; that said Complaint be

21  dismissed as against these defendants; that defendants' right to

22  water, as hereinabove set forth, be quieted as against the plain-

23  tiff and against all other defendants in this action; and for such

24  other and further relief as the Court may deem proper.

25

26                   _____

27

28                   _____

29                Defendants in propria persona

30

31

32  Dated: 6-3-58

12134