WILLIAM E. BARNES

JEWELL B. JENNINGS

Defendants in propria persona

F I L E D

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br><br>         Defendants, | CIVIL NO. 1247 - SD - C<br><br>ANSWER OF DEFENDANTS<br><br>WILLIAM E. BARNES<br><br>&<br><br>JEWELL B. JENNINGS |

The defendants, William E. Barnes and Jewell B. Jennings, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

The defendants, William E. Barnes and Jewell B. Jennings, claim the exclusive right to use their land and water rights freely in the future as they have in the past, under the provisions set forth in the grant known as the Temecula Rancho, under the Treaty of Guadalupe Hidalgo between the United States and Mexico.

In addition, the defendants have exercised full and exclusive use of the sub-surface waters of their said property.

The plaintiffs have not acquired prescriptive rights to said sub-surface waters for the following reasons:

    a. The defendants received no notice of open, notorious, adverse and exclusive use of said sub-surface waters by the plaintiffs.

    b. The plaintiffs did not conduct an open, notorious, adverse or exclusive use of said sub-surface waters. All of said defendants waters on property described by Exhibit A, attached hereto, are sub-surface. No surface waters flow across or near the defendants property.

INDEXED

12185

COPY RECEIVED

## AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1/2 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

William E. Barnes

SUBSCRIBED AND SWORN TO BEFORE ME THIS 28TH DAY OF MAY 1958.
ESTHER G. HARVEY My Commission Expires June 17, 1961

Jewell B. Jennings

1 Incl.
Exhibit A -
Property Description

Defendants in propria persona

Dated: 28 May 1958

---

STATE OF CALIFORNIA,
County of RIVERSIDE } ss.

ON June 2, 1958, before me, the undersigned, a Notary Public in and for said County and State, personally appeared Jewell B. Jennings _____, known to me, to be the person____ whose name____ ____ subscribed to the within Instrument, and acknowledged to me that __She__ executed the same. WITNESS my hand and official seal.

Edward C. Record
Notary Public in and for said County and State.

ACKNOWLEDGMENT—GENERAL—WOLCOTTS FORM 234

12166

## EXHIBIT A

Lot 12, Block 7, of the townsite of Murrieta, on file in the office of the County Recorder of the County of Riverside, State of California, in book 1160, page 568.

Lots 13 and 14 in block 7 of the townsite of Murrieta, as shown by map on file in the office of the County Recorder of the County of San Diego, State of California, in book 8 of maps at page 359 thereof.

12167