1   Martin L. Burke

2   Defendants in propria persona

3   Star Route Box 126B,
    Hemet, California.

4

**F I L E D**

JUN C - 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
      DEPUTY CLERK

5              IN THE UNITED STATES DISTRICT COURT

6              SOUTHERN DISTRICT OF CALIFORNIA

7                    SOUTHERN DIVISION

8   UNITED STATES OF AMERICA          )      CIVIL NO. 1247 - SD - C

9                    Plaintiff,       )      ANSWER OF DEFENDANTS

10         v.                         )   Martin L. Burke

11  FALLBROOK PUBLIC UTILITY          )
    DISTRICT, ET AL,                  )
12                   Defendants,      )

13         The defendants,  Martin L. Burke

14  each severing from their co-defendants and each for himself or herself

15  alone, in answer to the Complaint and Supplementary and Amendatory Com-

16  plaint on file herein, admit, deny, and allege:

17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT
18

19         These answering defendants hereby incorporate by reference all

20  of the allegations contained in the answer to said Complaint and Supple-

21  mentary and Amendatory Complaint filed in this case by Newton T. Bryant

22  and Willie Mae Bryant (excepting only Paragraphs I and II of the portion

23  thereof entitled "Affirmative Statement of Rights") and make each and all

24  of said allegations a part of this answer the same as if herein set forth

25  at length.

26              AFFIRMATIVE STATEMENT OF RIGHTS

27         These defendants own (Approx.) 5 1/2 acres of land in Riverside

28  County, California, and within the watershed of the Santa Margarita River,

29  more particularly described in the document attached hereto, marked Exhibit

30  A, which is hereby incorporated by reference as a part of this statement.

31

32

COPY RECEIVED

Exhibit A.

In The County of Riverside, State of California.

That portion of the Easterly 32 acres of the Southeast quarter of the North-
east quarter of Section 18, Township 8 South, Range 1 East, San Bernardino
Base and Meridian, as shown by United States Government Survey approved
October 11,1895, lying Westerly of the following described line:
Beginning at a point on the Southerly line of the Southeast quarter of the
Northeast quarter of said Section, which bears North 89o 07' 10" West
526.03 feet from the Southeast corner of said Southeast quarter of the
Northeast quarter; thence North 27o 56' 30" East 291.55 feet, to the be-
ginning of a curve concave to the West, having a radius of 700 feet; thence
continuing on said curve, through an arc distance of 245.36 feet, thence
North 04o 51' 30" East 344.94 feet, to the beginning of a curve concave to
the West, having a radius of 500 feet; thence continuing on said curve,
through an arc distance of 133.66 feet; thence North 10o 27' 30"
West 341.87 feet, to the Northerly line of the Southeast quarter of the
Northeast quarter of said Section 18;

Excepting therefrom the Southerly 900 feet, measured along the Westerly
line of said 32 acre parcel.

12172

1  The defendant claims the right to use domestic water from a shallow
   hand dug well located on the property. The water from this well is in-
2  sufficient even for a single house use.
   As approximitely four acres of this land is and has been cultivated
3  and can be irrigated, the defendant reserves the right to drill a well
   or wells for both domestic and irrigation water on any portion of this
4  land.
   The defendant also reserves the right to construct tanks or reservoirs
5  for irrigation or domestic use on this property.
   The defendant reserves the right to develope and use the water from
6  any spring or well that may be found on this property.

7

8

9

10

11

12

13

14

15

16

17

18        WHEREFORE, these defendants pray that plaintiff take nothing

19  against them by reason of the Complaint and Supplementary and Amenda-

20  tory Complaint on file herein; that said Complaint be dismissed as

21  against these defendants; that defendants' right to water, as hereinabove

22  set forth, be quieted as against the plaintiff and against all other de-

23  fendants in this action; and for such other and further relief as the

24  Court may deem proper.

25

26                                  M. L. Burke

27

28

29                              Defendants in propria persona

30

31

32  Dated: June 2, 1958.

12173