```
                                                    F I L E D
1  Elmer J. Burney.          Hazel C. Burney.
                                                    JUN 6 - 1958
2  Defendants in propria persona
                                              CLERK, U.S. DISTRICT COURT
3  845 E. Alverado, California.              SOUTHERN DISTRICT OF CALIFORNIA
                                              By _____
4                                                        DEPUTY CLERK

5              IN THE UNITED STATES DISTRICT COURT

6                SOUTHERN DISTRICT OF CALIFORNIA

7                       SOUTHERN DIVISION

8  UNITED STATES OF AMERICA      )    CIVIL NO. 1247 - SD - C
                                 )
9              Plaintiff,        )    ANSWER OF DEFENDANTS
                                 )
10       v.                      )    Elmer J. Burney.
                                 )
11  FALLBROOK PUBLIC UTILITY     )    Hazel C. Burney
    DISTRICT, ET AL,             )
12             Defendants,       )
```

13       The defendants, Elmer J. Burney     Hazel C. Burney.

14  each severing from their co-defendants and each for himself or herself

15  alone, in answer to the Complaint and Supplementary and Amendatory Com-

16  plaint on file herein, admit, deny, and allege:

17            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference all
19
    of the allegations contained in the answer to said Complaint and Supple-
20
    mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
    and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
    thereof entitled "Affirmative Statement of Rights") and make each and all
23
    of said allegations a part of this answer the same as if herein set forth
24
    at length.
25
                   AFFIRMATIVE STATEMENT OF RIGHTS
26
         These defendants own 2.38 acres of land in San Diego,
27
    County, California, and within the watershed of the Santa Margarita River,
28

29                   Description of Property.

30       The West Half of the East Half of lot 6 of
         Shipley Tract of West Fallbrook According to
31       Map there of No 132 filed in the office of
         the County Recorder of said San Diego on
32       August 22, 1887.

COPY RECEIVED

                                                              12174
```

1 Defendants claim all the right of overlying land owners and to water
2 which may originate in or may be found, on, or under, or which may
3 cross their land.
4 Defendants claim the right to dig or drill wells and exercise water
5 reclamation and conservation practices as are now or may be known.
6 Defendants hereby incorporate the same as though set forth herein in
7 full all the affirmative of the Fallbrook Utility District on file
8 in these proceedings.
9 Defendants claim all the above for all lands in which they have any
10 financial interest what so ever..

18     WHEREFORE, these defendants pray that plaintiff take nothing
19 against them by reason of the Complaint and Supplementary and Amendatory
20 Complaint on file herein; that said Complaint be dismissed as
21 against these defendants; that defendants' right to water, as hereinabove
22 set forth, be quieted as against the plaintiff and against all other defendants
23 in this action; and for such other and further relief as the
24 Court may deem proper.

*Elmer J Burney*

*Hazel C. Burney*

Defendants in propria persona

32 Dated: May 25th 1958

12175