Defendants in propria persona
Engleman, Robert L.
Engleman, Helen M.
529 E. Dougherty St.
Fallbrook, California

F I L E D

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| vs. | Engleman, Robert L. |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | Engleman, Helen M. |
| Defendants, | |

The defendants, Robert L. & Helen M. Engleman each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 0.11 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED            INDEXED            12148

1  Defendants claim all the right of overlying land owners and to water which
2  may originate in or may be found, on, or under, or which may cross their land.
3  Defendants claim the right to dig or drill wells and exercise water rec-
4  lamation and conservation practices as are now or may be known.
5  Defendants hereby incorporate, the same as though set forth herein in full, all
6  the Affirmative Defenses of the Fallbrook Public Utility District on file in these
7  proceedings.
8  Defendants claim all the above for all lands in which they have any fin-
9  ancial interest whatsoever.
10 Furthermore, we pray the court to award us, the aforementioned defendants,
11 adequate damages to reimburse us for the cost of preparing and prosecuting our
12 defense, instituted against us by the agencies of the United States of America.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Robert L. Engleman*

*Helen M. Engleman*

Defendants in propria persona

Dated: 5-24-58

12149

EXHIBIT A

That portion of Lots 7 and 8, Block "J" in Bartlett's Addition to West Fallbrook, No. 1, in the County of San Diego, State of California, according to Map thereof No. 470, and that portion of those certain streets in Bartlett's Addition to West Fallbrook No. 1, that were closed to public use on February 15, 1898 by an order of the Board of Supervisors of San Diego County made on that date, and which said order was recorded in Book 15, page 310 of the Records of said Board, described as follows:

Beginning at the Northeast corner of Block "Q" of said Bartlett's Addition; thence along the East line of said Block "Q" South 0°40'30" West, 78.93 feet; thence parallel with the center line of View Street as shown on Map of said Bartlett's Addition North 89°22' West, 124.43 feet to the true point of beginning; thence continuing along said parallel line and the Westerly prolongation thereof North 89°22' West, 61.50 feet; thence North 0°43'15", 79.39 feet to the North line of said Block "J"; thence along said North line and the Easterly prolongation thereof South 89°13'30" East, 61.44 feet to a point distant North 89°13'30" West, 124.43 feet from the Northeast corner of Block "Q" of said Bartlett's Addition; thence South 0°40'30" West, 79.24 feet to the TRUE POINT OF BEGINNING.


San Diego

Robert L. Engleman

12150