Roy F Flowers - Ethel Flowers
Defendants in propria persona
Route 2 - Box 439 Elsinore Cal

FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William Vieg
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
 )
 Plaintiff, ) ANSWER OF DEFENDANTS
 )
 v. ) Roy Flowers
 ) Ethel Flowers
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
 )
 Defendants, )

The defendants, Roy Flowers Ethel Flowers each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 8 3/4 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

12151

1  We have 8¾ acres, and at the present time
2  are irrigating about 2 acres. Included in that 2
3  acres are house, lawn, flowers, shade trees, garden
4  and family orchard. The remainder of the 6¾
5  acres could be used for trees, or raising turkeys,
6  chickens, or fowl. We claim the right to pump
7  the water from the three domestic wells that we
8  are now using (about 10 inches) and at a future
9  date to put down another well, (or wells) to
10 take care of the full 8¾ acres. We claim the
11 right to 8 acre feet of water if it can be
12 developed.

    WHEREFORE, these defendants pray that plaintiff take
nothing against them by reason of the Complaint and Supplementary
and Amendatory Complaint on file herein; that said Complaint be
dismissed as against these defendants; that defendants' right to
water, as hereinabove set forth, be quieted as against the plain-
tiff and against all other defendants in this action; and for such
other and further relief as the Court may deem proper.


                                    _Roy F. Flowers_____
                                    _Ethel Flowers_____
                                         Defendants in propria persona

Dated: May 22-1958

That parcel of land situated in Riverside County, Calif. bounded and described by Metes and Bounds as follows to wit; Beginning at a point 674 feet East of the North-west corner of Section 25- Twp 6 South, Range 4 West S,B,B,M, Thence Easterly and along said northerly line of Section 25- Twp 6 South, Range 4 West, 1908 feet to a point, Thence Southwesterly 1036 feet along the Bundy Canyon Road to a point approximately 410 feet South of said northerly line of Section 25- Twp 6 South- Range 4 West, S,B,B,M, Thence Northwesterly 1070 feet to the point of beginning, being a parcel of land lying between the Bundy Road and the Northerly line of Section 25- Twp 6 South- Range 4 West, S,B,B,M, containing Eight and three-fourths acres more or less.

12153