Harry B. Lush &
Charlotte L. Lush

Defendants in propria persona
P. O. Box 101
Rancho Santa Fe, California

FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

   Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

Harry R. Lush &
Charlotte L. Lush

The defendants Harry R. Lush & Charlotte L. Lush each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 117 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

12154

We claim the right to take the water from two wells now drilled or right to drill other well or wells to obtain water sufficient to irrigate our own crops or water our stock. At the present time we irrigate 35 Acres of Alfalfa. In the year of 57 we raised 6 crops of alfalfa, about 275 tons. We now have cost estimate for irrigating 75 acres which will use water we now have available from two wells (before mentioned). The soil on new acreage not under irrigation is just as productive as the amount now being irrigated. We have 50 acres of oats (dry crop) and 25 acres of Sudan. After the oats are harvested we will plant permanent pasture and expect to take care of 100 or more head of cattle

Concerning the extent of our water rights, we request permission to amend this answer at such time that extent of water rights information is available from the government soil survey.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Harry R Lush*

*Charlotte L Lush*

Defendants in propria persona

Dated: May 27, 1958

12155

Exhibit A

**Parcel 1**

The Southwest Quarter of the Southwest Quarter (Lot 13) of Section 26, Township 9 South, Range 2 East, S. B. M., according to the United States Government Survey approved November 17, 1880.

**Parcel 2**

All of Lot 16 and the East one half of Lot 9 and the East one half of Lot 18, in Section 27, Township 9 South, Range 2 East, S. B. M. according to the United States Government Survey approved May 17, 1918.

12156