FILED

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY

Thomas E. Morris and Sarah E. Morris
**Defendants in propria persona**
Post Office Box 47, Fallbrook, California

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )   CIVIL NO. 1247 - SD - C
          Plaintiff,  )   ANSWER OF DEFENDANTS
   v.                      )
FALLBROOK PUBLIC UTILITY    )   Thomas E. Morris
DISTRICT, ET AL,            )   Sarah E. Morris
          Defendants,  )

    The defendants.     Thomas E. Morris - Sarah E. Morris
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
        AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

        AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 2/3 acres of land in San Diego County
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

INDEXED

12157

COPY RECEIVED

1. We reserve Water Rights for the proper care and maintainance of all Fruit and other types of trees now planted and possibly to be planted in the future.
2. We reserve Water Rights to the house already built on this property and for all domestic use in that house.
3. We reserve Water Rights for any future subdivision of this property
4. We reserve Water Rights for any House or Houses that may in the future be built on this property
5. We reserve Water Rights for any Well and/or Wells that may be dug on this property in the future.
6. We reserve Water Rights to any percolating waters that may be on the surface of this property or that may be sub surface.

We reserve Water Rights sufficient and ample to take care of ALL needs necessary for that business property(Exhibit "B"), its proper care and maintainance.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Thomas E. Morris*

*Sarah E. Morris*

Defendants in propria persona

Dated: *May 27th 1958*

12158

Exhibit "A"

Policy of Title Insurance

All that portion of Lot I (the Southwest Quarter of the Southwes Southwest Quarter) of Section 18, Township 9 South, Range 3 West, S.B.M., in the County of San Diego, State of California, described as follows:
Beginning at a point on the West Line of said Lot I, distant thereon North 0° 04' East, 452.79 feet from the Southwest corner thereof; thence continuing North 0° 04' East along said West Line, 208.71 feet; thence North 89° 53' East, 218.71 feet; thence South 0° 04' West, 208.71 feet; thence South 89° 53' West, 218.71 feet to the point of beginning.

Exhibit "B"

Policy of Title Insurance.

The North thirty feet of Lot Four, in Block Twenty three of West Fallbrook Townsite, in the County of San Diego, State of California according to Map thereof No. 824, filed in the office of the County Recorder of San Diego County, November 17, 1896.

Notice!

Be advised that- a portion of the home property (Exhibit "A") has been sold some time ago, tax receipts give evidence of this FACT.

12159