FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By [signature] DEPUTY CLERK

IDA M. PETTIT and MAUDE P. VORE
Defendants in propria persona
R. R. 1, Box 266 E, Fallbrook, California

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

IDA M. PETTIT
and
MAUDE P. VORE

The defendants, Ida M. Pettit and Maude P. Vore each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own three acres of land in Fallbrook, San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

Defendants claim all the right of overlying land owners and to water which may originate in or may be found on or under or which may cross their land.

Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendants hereby incorporate, the sameas though set forth herein in full, all the Affirmative Defences of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Ada M. Pettit

Maude P. Vore

Defendants in propria persona

Dated: May 26, 1958

"EXHIBIT A"

PARCEL 1:

Lots 9 to 17 inclusive of Abbott's Addition to West Fallbrook, in the County of San Diego, State of California, according to the Map thereof No. 79, filed in the office of the County Recorder of said San Diego County September 26, 1887,

EXCEPTING therefrom those portions included within the right of way of the Atchison, Topeka and Santa Fe Railway Company, as described in deed from Joseph Reed dated March 14, 1917 and recorded in Book 722 page 215 of Deeds.

PARCEL 2:

Block 1 of Harris' Addition to West Fallbrook No. 1, in the County of San Diego, State of California, according to the Map thereof No. 574, filed in the office of the County Recorder of said San Diego County January 8, 1889.

PARCEL 3:

All of that unnumbered Lot designated as "1-Acre" on Map No. 79 of Abbott's Addition to West Fallbrook, in the County of San Diego, State of California, filed in the office of the County Recorder of said San Diego County September 26, 1887, described as follows:

Commencing at a point 20 feet South of the Northwest corner of the Southwest Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West; thence East 162 feet; thence South 268.9 feet; thence West 162 feet; thence North 268.9 feet to the point of commencement.

EXCEPTING therefrom that portion included within the right of way of the Atchison, Topeka and Santa Fe Railway Company, as described in deed from Joseph Reed, dated March 14, 1917 and recorded in Book 722 page 215 of Deeds.