Ralph E. & Maybelle Orr,
Defendants in propria persona
1241 Old Stage Rd., Fallbrook - Cal.

FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br>    Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>Ralph E. & Maybelle Orr, |

The defendants, Ralph E. & Maybelle Orr, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 60' x 190' feet ~~acres~~ of land in _____ County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

80% of water used on this lot is in the San Louis Rey water shed.

INDEXED

12135

[...] the [N]orth of the N.W. 1/4 of the N.E. 1/4 of Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, in the county of San Diego, State of California, according to the U.S. Government Survey approved June 11, 1880, described as follows:

Beginning at a point in the East line of said N.W. 1/4 of the N.E. 1/4 distant North 0° 03' East, 259.32 feet from the S.E. corner of said N.W. 1/4 of the N.E. 1/4; thence continuing along said East line North 0° 03' East 60 feet; thence parrallel with the South line of said N.W. 1/4 of the N.E. 1/4 North 89° 12' 30" West, 190 feet; Thence parrallel with the E. line of said N.W. 1/4 of the N.E. 1/4 South 0° 03' West 60 ft; Thence South 89° 12' 30" East, 190 ft, to the point of begining.

Legal discription of Property.

12136

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Ralph E. Orr*

*Maybelle Orr.*

Defendants in propria persona

Dated: May 23rd, 1958.

12137