FILED

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY CLERK

Ira O. Rail and Marion O. Rail
Defendants in propria persona
Box 99
Murrieta, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
          Plaintiff,        ) ANSWER OF DEFENDANTS
     v.                     ) Ira O. Rail & Marion O. Rail
FALLBROOK PUBLIC UTILITY    )
DISTRICT, ET AL,            )
          Defendants,       )

The defendants Ira O. Rail and Marion O. Rail each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS
town lots
These defendants own 14/~~acres~~ of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.
Lots 1 to 10, inclusive, in Block 7 in Town Site of Murrieta
Lots 1 to 4, inclusive in Block 8 in Town Site of Murrieta
as per map file in Book 8 page 359 of Maps, Records of San Diego County, California.

COPY RECEIVED

INDEXED

12138

1  The defendants have three houses on this property. One, their
   home, the other two, rentals. At present the defendants are
2  using well water, for domestic use in these three houses and the
   yards, pumped from underneath the property.
3  However, in the future the defendants plan to use well water,
   pumped from underneath the property, to irrigate the entire
4  property.
   The defendants claim the right to drill on their own property
5  for such water as they need.

6
7
8
9
10
11
12
13
14
15
16
17
         WHEREFORE, these defendants pray that plaintiff take
18
   nothing against them by reason of the Complaint and Supplementary
19
   and Amendatory Complaint on file herein; that said Complaint be
20
   dismissed as against these defendants; that defendants' right to
21
   water, as hereinabove set forth, be quieted as against the plain-
22
   tiff and against all other defendants in this action; and for such
23
   other and further relief as the Court may deem proper.
24
25
26                              *Ira O. Rail*
27
28                              *Marion O. Rail*
29                                Defendants in propria persona
30
31
32  Dated: May 28, 1958

                                                    12130