N.W. Tomlin-(Lucy C. Tomlin, now deceased)--D.C. Tomlin, Mrs. Ester Phillips
Defendants in propria persona
2222 Gum Tree Lane-- Fallbrook, Calif.

F I L E D
JUN 6- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
N.W. Tomlin
Lucy C. Tomlin-Deceased
D.C. Tomlin
Mrs. Ester Phillips

The defendants Mrs. Ester Phillips N.W. Tomlin, (Lucy C. Tomlin, Deceased) D.C. Tomlin each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 10-Lots acres of land in San Deigo County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED      INDEXED      12140

Exhibit "A"

Owner- N.W.Tomlin--Lucy C. Tomlin(Deceased)
Lot I in Block 20 of subdivision of a portion of the west one half of
the Northeast Quarter of Sec. 24, Township 9, South, Range 4 West, SBM.
in the county of San Diego, State of Calif, according to the
map thereof, made by O.N. Sanford, Feb. 1885 and filed in the offiwe of said
Recorder of said San Deigo County, May 4, 1885; said subdivison being
generally known as West Fallbrook Townsite.
****************************************************************************

Owner N.W. Tomlin and D.C.Tomlin, husband and wife as joint tenants
Lots I,2, and 3 in Block "Z" in Bartlett's Addition to West Fallbrook No.I
in County of San Deigo, State of Calif. according to the map thereof No.470
in the office of the recorder of San Deigo County--I-4-88.
Also all that portion of the East Half of Wisconsin St. lying West of
and adjacent to lot 3 as vacated and closed to public use on Feb.15, 1893.
by order of the board of Supervisors of said San Deigo County and which
said order was recorded in book I5, page 3I0 of records of said board of
supervisors.
****************************************************************************

Owners--N.W. Tomlin and D.C. Tomlin, husband and wife as joint tenants
Lots 9, I0, II, of College St. tract of Fallbrook, in county of San Deigo,
State of Calif. according to Map thereof No. 2593, filed in the
office of county recorder of said San Deigo County, October 24, I949.
ALSO the south I3b ft. of the West half of Lot I2 College St Tract of Fallbrook
in county of San Deigo, State of Calif. according to the samr map as above.
****************************************************************************

→ Now IN ESCROW--N.W. Tomlin and D.C. Tomlin Buyers--Seller Mrs. Ester Phillips
All of Block "U" excepting there from the north 80.90 ft. thereof ,of
Bartlett's Addition to West Fallbrook No.I in the County of San Deigo, State of Calif.
according to map there No. 470 filed in office of recorder of said San Deigo
County June 4, 0888.
ALSO all that portion of the East half of Wisconsin St. lying West of and adjoining
said portion of Block "U" as vacated ah d closed to public use on Feb. 15, 1893 by
order of the Board of Supervisors of  said San Deigo County and recorder in Book
I5, page 3I0 of Supervisors records.
****************************************************************************

Owner as Seperate Property-- D.C. Tomlin
All that portion of the southeast quarter of the north-
east quarter of section of Sec. 2 4, Township 9 S- Range 4 West S.B.M. in
County of San Deigo, state of Calif. described as follows;
Beginningat a point in center of Alvarado St. West Fallbrook, produced
East that is distant 660 feet North, measured on the East line of said South-
east quarter of the Northeast quarter of Sec. 24 and 000 feet west of the
Southeast corner of said Northeast quarter of said Sec. 24; thence south
and parallel with the east line of said Sec.24,- I75 feet to a point; thence
west 75 feet to the easterly line of that certain county road as now located
and established; thence North along the easterly boundry line of the aforesaid
County road: a distance of I75 feet to the center line of Alvarado St. of
West Fallbrook, produced east ; thence East along the center line of said
Alvarado St. West Fallbrook, a distance of 75 ft. to point of beginning.

12141

Owners--N.W. Tomlin and (LUCY C. Tomlin ,deceased)
Lot 2-Block 65 of Pruett and Short Subdivision town of West Fallbrook,
# 490

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*N. W. Tomlin*

*D C Tomlin*

Defendants in propria persona

x *Esther Phillips*

Dated: May 24, 1958

12142