*Allen W Williams and Gladys Williams*
Defendants in propria persona
*559½ York Avenue*
*Hawthorne, California*

FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
          Plaintiff, )
v. )
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
          Defendants, )

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
*Allen W Williams and Gladys Williams*

The defendants, *Allen W Williams and Gladys Williams* each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own *66* acres of land in *Riverside* County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

*That certain land situated in Riverside County known as the North half of the Southwest quarter of Section 34, Township 8 South, Range 1 East, San Bernardino Base and Meridian, in the County of Riverside,*

COPY RECEIVED

INDEXED

2143

State of California, according to the Government Survey, approved October 11, 1895; excepting therefrom the Northerly 585 feet of the Easterly 1100 feet.

This land is riparian land; approximately forty (40) acres are tillable and the balance can be used for grazing cattle or sheep and for raising turkeys, chickens and fowl. Portions of the land have been irrigated in the past. Crops raised were grains, alfalfa, potatoes, small fruits (strawberries, melons, vegetables and pasture. Water for this purpose has been obtained by pumping from a well on the bank of the Cottonwood Creek (running through the property) which is a tributary of the Temecula Creek. Defendants now use two domestic wells. Defendants wish to drill an irrigation well in the near future.

II

Defendants claim the right to use one hundred sixty (160) acre feet of water per year. Defendants do not claim any prescriptive rights or any appropriative rights.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Allen W Williams*

*Gladys Williams*

Defendants in propria persona
559½ York Ave, Hawthorne, Calif.

Dated: May 26, 1958

12144