1  WALTER E. CRANE and EDNA M. CRANE
   **Defendants in propria persona**
2  228 E. Aviation Road
   Fallbrook, California
3

4              IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                     SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,          )   CIVIL NO. 1247 - SD - C
8                                     )
              Plaintiff,              )   ANSWER OF DEFENDANTS
9                                     )
       vs.                            )   WALTER E. CRANE AND
10                                    )   EDNA M. CRANE
   FALLBROOK PUBLIC UTILITY           )
11 DISTRICT, ET AL,                   )
                                      )
12            Defendants,             )

13     The defendants, WALTER E. CRANE and EDNA M. CRANE

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                     AMENDATORY COMPLAINT
18
       These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
                  AFFIRMATIVE STATEMENT OF RIGHTS
26                          approx. 1.51
       These defendants own /    acres of land in San Diego
27
   County, California, and within the watershed of the Santa Margarita
28
   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31

32
COPY RECEIVED

                          INDEXED                        12145

1  This land is all tillable and planted to fruit trees (chiefly lemons and oranges) except for ground occupied by buildings and driveways, and has been irrigated with water from a well and with water from the Fallbrook Public Utility District.

Defendants claim rights to percolating water and wish to reserve the right to use said percolating water.

Defendants claim all the right of overlying land owners and to water which may originate in or may be found, on, or under, or which may cross their land.

Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

Furthermore, we pray the court to award us, the aforementioned defendants, adequate damages to reimburse us for the cost of preparing and prosecuting our defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon us by this attempted acrimonious, confiscatory usurpation of property rights, instituted against us by the agencies of the United States Government.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Walter E. Carane_

_Edna M. Crane_

Defendants in propria persona

Dated: May 28, 1958

12146

EXHIBIT A

That portion of the Southwest Quarter of the Southeast Quarter of Section Twenty-four (24) Township Nine (9) South, Range Four (4) West, San Bernardino Meridian in said County and State, according to United States Government Survey, described as follows:

Beginning at the South Quarter corner of said Section Twenty-four (24); thence South 88° 56' East 670 feet to a point; thence North 00° 31' East 344.6 feet to a point; thence South 89° 17' East 455 feet for the true point of beginning; thence continuing South 89° 17' East 167.87 feet to the West line of the County Road; thence North 00° 08' East along the West line of said County Road 470.53 feet; thence North 89° 15' West 164.72 feet; thence Southerly in a straight line 470.61 feet to the true point of beginning.

12147