FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Vanzo L. Herriman, Carl H. Herriman, and Helyne Herriman
Defendants in propria persona
9772 E. Santiago Blvd.
Orange, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )  CIVIL NO. 1247 - SD - C
                   Plaintiff,  )  ANSWER OF DEFENDANTS
        v.  )  Vanzo L. Herriman
FALLBROOK PUBLIC UTILITY  )  Carl H. Herriman and
DISTRICT, ET AL,  )  Helyne Herriman
                  Defendants,  )

    The defendants, Vanzo L. Herriman, Carl H. Herriman and Helyne Herriman each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

             AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own $2\frac{1}{2}$ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

12123

I

1  At the present time, the defendants are acquiring water for a
2  garden and household use from a well on neighboring property.

II

Defendants claim the right to all percolating and filtrating water, and the right to drill wells and develop water for any beneficial future development.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*[Signatures]*
Carl H. Herriman
Helyne A. Sherman

Defendants in propria persona

Dated: May 26-58

12124

EXHIBIT A

Description of property owned by Vanzo L. Herriman, Carl H. Herriman, and Helyne Herriman, 9772 E. Santiago Blvd. Orange, Calif.:

That portion of the Northeast quarter of Section 35, Township 9 south, Range 2 east, San Bernardino Base and Meridian, described as follows: Commencing at the southeast corner of the northeast quarter of said Section 35, thence south $88°20'$ W along the South line of said quarter section 406.27 feet to highway, thence North $46°56'$ W 100 feet along the north line of highway, thence North $38°24'$ E 204 feet, thence South $80°57'11"$ E 358.37 feet, thence South $0°31'30"$ W 160 feet to beginning.

12125