George T. JEFFRIES, Eleanor JEFFRIES, Alex N. JONES & Marilyn M. JONES

Defendants in propria persona

907 E. Mission Rd.
Fallbrook, Calif.

F I L E D

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
George T. Jeffries
Eleanor Jeffries
Alex N. Jones
Marilyn M. Jones

The defendants, George T. Jeffries, Eleanor Jeffries, Alex N. Jones, Marilyn M. Jones each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

(2) Two Parcels
These defendants own 34 &3/4 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

12129

DESCRIPTION OF THIS PROPERTY IS PAGE 3 (three)

1  PARCEL NO. 1 34 Acres (thirty four)
      This land is riparian land, approximately 26 (twenty six) acres is
2     tillable and 8 (eight) acres could be used for grazing cattle or horses,
      raising turkeys, chicken and fowl.
3
      Approximately 26 (twenty six) acres has been farmed and irrigated in
4     the past, water for this purpose has been obtained by pumping directly
      from the Santa Margarita River.
5
      Defendents claim the right to use 100 (one Hundred) acre feet per
6     year from the Santa Margarita River on this land.

7     Defendants claim the right to drill a well or wells on this property
      (parcel No 1) and use water from this well or wells.
8     ****************************************************************

9  PARCEL NO 2.  3/4 acres (three fourths)
      Defendants claim Domestic water for house that is on property, PLUS
10    PLUS water for a business(service station, drive in resturant, real
      estate office) approximately 200,000 gallons of water per year.
11
      Defendants claim the right to drill a well on this property and use
12    water from this well.

13                DESCRIPTION OF THIS PROPERTY IS PAGE 4 (four)

14

15

16

17
          WHEREFORE, these defendants pray that plaintiff take nothing
18
   against them by reason of the Complaint and Supplementary and Amenda-
19
   tory Complaint on file herein; that said Complaint be dismissed as
20
   against these defendants; that defendants' right to water, as hereinabove
21
   set forth, be quieted as against the plaintiff and against all other de-
22
   fendants in this action; and for such other and further relief as the
23
   Court may deem proper.
24

25
                              *George T. Jeffries*  *Eleanor Jeffries*
26
27                            *Aly N. Jones*  *Marilyn M. Jones*
28
                                   Defendants in propria persona
29

30

31

32 Dated:
     27 MAY 1958

12130

PARCEL 1:

The West Half of the Southwest Quarter of Section 4, Township 9 South, Range 3 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey approved April 21, 1890, EXCEPTING therefrom the following described parcels of land:

PARCEL "A":

Being that certain parcel of land conveyed to George A. LANGE and Alice LANGE by deed recorded May 31, 1945 in Book 1872, page 428 of Official Records, described as "All that portion of the Southwest Quarter of the Southwest Quarter of Section 4, Township 9 South, Range 3 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows:

Beginning at the Southwest corner of said Southwest Quarter of the Southwest Quarter; thence along the South line of said Southwest Quarter South 89° 58' 40" East 703.49 feet to a point distant North 89° 58' 40" West 660.00 feet from the Southeast corner of said Southwest Quarter of the Southwest Quarter; thence parallel to the East line of said Southwest Quarter of the Southwest Quarter North 1° 29' 50" East 330.00 feet; thence parallel to said South line of said Southwest Quarter, North 89° 58' 40" West 702.42 feet to the West line of said Southwest Quarter; thence thereon South 1° 41' West 330.00 feet to the POINT OF BEGINNING."

PARCEL "B":

Being that certain parcel of land conveyed to Martin F. SMITH and Thelma C. SMITH by deed recorded May 15, 1946, in Book 2124, page 272 of Official Records, described as "All that portion of the Southwest Quarter of the Southwest Quarter of Section 4, Township 9 South, Range 3 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows:

Beginning at the Southeast corner of said Southwest Quarter of the Southwest Quarter; thence along the South line of said Southwest Quarter of the Southwest Quarter North 89°58'40" West 660.00 feet; thence parallel to the East line of said Southwest Quarter of the Southwest Quarter North 1° 29' 50" East 857.17 feet; thence Northeasterly in a direct line to the Northeast corner of said Southwest Quarter of the Southwest Quarter; thence along the East line of said Southwest Quarter of the Southwest Quarter South 1°29'50" West 1314.63 feet to the POINT OF BEGINNING.

ALSO EXCEPTING from the property first above described, that portion described in Parcel 2 of land described in deed to Fallbrook Public Utility District dated January 23, 1957 recorded in Book 6429, page 29 of Official Records, described as follows:

12131

Commencing at the Southeast corner of the Southwest Quarter of the Southwest Quarter of Section 4; thence along the South line thereof North 89° 58' 40" West 660.00 feet; thence parallel with the East line of said Southwest Quarter of the Southwest Quarter North 1° 29' 50" East 330.00 feet to the TRUE POINT OF BEGINNING; thence continuing North 1° 29' 50" East along said parallel line 527.17 feet; thence North 55° 46' 40" East 812.65 feet to the Northeast corner of said Southwest Quarter of the Southwest Quarter; thence along the East line of the Northwest Quarter of the Southwest Quarter, North 1° 29' 50" East 1314.66 feet to the Northeast corner thereof; thence along the North line of said Northwest Quarter of the Southwest Quarter, South 89° 03' West 219.24 feet; thence South 27° 55' 05" West 159.89 feet; thence South 17° 36' 30" East 213.45 feet; thence South 24° 47' 10" West 312.41 feet; thence South 42° 45' 25" East 252.40 feet; thence South 32° 44' 40" West 594.73 feet; thence South 68° 13' 10" West 807.47 feet; thence South 42° 07' 05" West 255.18 feet to a point on the Westerly line of said Section 4 distant thereon North 1° 41' East 823.90 feet from the Southwest corner thereof; thence along said Westerly line South 1° 41' West 493.90 feet to a point on a line that bears North 89° 58' 40" West from the TRUE POINT OF BEGINNING; thence South 89° 58' 40" East along said line 702.42 feet to the TRUE POINT OF BEGINNING.

PARCEL 2:

All that portion of the Southeast Quarter of the Southeast Quarter of Section 5, Township 9 South, Range 3 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey approved April 21, 1890, described as follows:

Beginning at the Northeast corner of the Southeast Quarter of the Southeast Quarter of said Section 5; thence along the East line of said Section 5, South 1° 41' West 581.01 feet; thence North 11° 49' West 592.06 feet to a point in the North line of the Southeast Quarter of the Southeast Quarter of said Section 5, distant thereon South 89° 28' West 138.32 feet from the POINT OF BEGINNING; thence along said North line North 89° 29' East 138.32 feet to the POINT OF BEGINNING.

EXCEPTING therefrom that portion described in Parcel 1 of deed to Fallbrook Public Utility District dated January 23, 1957 and recorded in Book 6429, page 29 of Official Records, described as follows:

Beginning at a point on the East line of Section 5 distant thereon South 1° 41' West 458.22 feet from the Northeast corner of said Southeast Quarter of the Southeast Quarter; thence continuing South 1° 41' West along said East line 122.79 feet; thence North 11° 49' West 101.64 feet; thence North 42° 07' 05" East 35.45 feet to the POINT OF BEGINNING.

Page 3

12101A

All that portion of Lot 1 (Northwest Quarter of the Northwest Quarter) of Section 19, Township 9 South, Range 3 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to the United States Government Survey thereof, described as follows:

Beginning at the Northwest corner of said Section 19; thence North 89°48' East, along the Northerly line of said Section 19, 1,208.50 feet, to a point in the Westerly boundary line of the Atchison, Topeka, and Santa Fe Railroad Right of Way; thence South 0°01'11" West, along said Right of Way line, 310.81 feet, to the beginning of a tangent curve, concave Westerly and having a radius of 523.70 feet; thence Southerly and Southwesterly along the arc of said curve, being the Westerly line of said Right of Way, through a central angle of 36°22' an arc distance of 332.40 feet, to a point in the Southerly line of the Northerly 618.00 feet of said Lot 1, said point being the true point of beginning; thence from said true point of beginning, leaving said Right of Way line, South 89°48' West, along said Southerly line of the Northerly 618.00 feet, 372.51 feet, to a point in the Southeasterly line of Mission Road 1-C, said point being the Southwesterly corner of deed recorded in Book 644, page 378 of deeds; thence North 23°49' East, along said Southeasterly line, 54.88 feet, to the beginning of a tangent curve, concave Southeasterly and having a radius of 480.00 feet; thence Northeasterly along the arc of said curve being the Southeasterly line of said Mission Road 1-C, through a central angle of 7°56' an arc distance of 66.46 feet; to a point, a radial line to said point bears North 58°15' West; thence leaving said Southeasterly line, South 88°10' East, 126.18 feet; thence South 80°33' East, 196.00 feet, to a point in the Westerly line of deed recorded in Book 1268 of page 300 of deeds; thence South 0°01' West, along said Westerly line 71.42 feet, to the true point of beginning.

CONTAINING

0.77 Acre Net

Page 4

12132

FILED

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
       DEPUTY CLERK

Levi W. Holcomb and Norine Holcomb
Defendants in propria persona
Box 99, Anza, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Levi W. Holcomb and Norine W. Holcomb |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants, Levi W. Holcomb and Norine Holcomb each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 160 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

12126

1 Approximately sixty (60) acres of this land are tillable, and the
2 balance can be used for grazing cattle or sheep and raising turkeys
3 or other fowl. Defendants claim the right to use 4.2 acre feet
4 of water per acre for sixty acres which are to be planted in alfalfa
5 or other grains for turkey feed. Defendants also claim the water
6 necessary for twenty thousand (20,000) turkeys. Defendants also claim
7 the water now being pumped from their well on this land and further
8 rights to drill wells which will be necessary in selling five twenty
9 acre or twenty five-acre tracts.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Levi W Holcomb*

*Norine Holcomb*

Defendants in propria persona

Dated: 5-29-58

12127

"Exhibit A"

That certain land situated in Riverside County known as the West half of the Southeast quarter, the Southeast quarter of the of the Southwest quarter and the Southwest quarter of the Southeast quarter of Section 13, Township 7 South, Range 2 East of the San Bernadino Base and Meridian.

12128