FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

1  Levi M. Holcomb and Lorine Holcomb
   Defendants in propria persona
2  Box 99, Anza, California
3
4          IN THE UNITED STATES DISTRICT COURT
5             SOUTHERN DISTRICT OF CALIFORNIA
6                   SOUTHERN DIVISION
7
8  UNITED STATES OF AMERICA,    )   CIVIL NO. 1247 - SD - C
                                )
9              Plaintiff,       )   ANSWER OF DEFENDANTS
                                )   Levi M. Holcomb and
10        v.                    )   Lorine M. Holcomb
                                )
11 FALLBROOK PUBLIC UTILITY     )
   DISTRICT, ET AL,             )
12                              )
              Defendants,       )
13
       The defendants, Levi M. Holcomb and Lorine Holcomb
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                  AMENDATORY COMPLAINT
18
19     These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.
26         AFFIRMATIVE STATEMENT OF RIGHTS
27     These defendants own 160 acres of land in Riverside
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32
COPY RECEIVED

INDEXED

12126

Approximately sixty (60) acres of this land are tillable, and the balance can be used for grazing cattle or sheep and raising turkeys or other fowl. Defendants claim the right to use 4.2 acre feet of water per acre for sixty acres which are to be planted in alfalfa or other grains for turkey feed. Defendants also claim the water necessary for twenty thousand (20,000) turkeys. Defendants also claim the water now being pumped from their well on this land and further rights to drill wells which will be necessary in selling five twenty acre or twenty-five-acre tracts.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Levi W Holcomb*

*Marie Holcomb*

        Defendants in propria persona

Dated: 5-29-58

12127

"Exhibit A"

That certain land situated in Riverside County known as the West half of the Southeast quarter, the Southeast quarter of the Southwest quarter and the Southwest quarter of the Southeast quarter of Section 13, Township 7 South, Range 2 East of the San Bernadino Base and Meridian.

12128