Owner: Arthur A. King, Hemit, Calif., Star Rt. Box 147

Trust Deed: P. E. Lonon and Zana B. Lonon

Defendants in propria persona
411 West Chestnut, Santa Ana, Calif.

FILED

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,
 v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
   Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

P. E. Lonon

Zana B. Lonon

The defendants P. E. Lonon and Zana B. Lonon each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 80 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto,

COPY RECEIVED marked Exhibit A, which is hereby incorporated by reference as a

"Exhibit A"

The West half (W½) of Southwest Quarter (SW¼) of Section 24, Township 8 South, Range 1 West San Bernardino Base and Meridian in the County of Riverside, State of California. INDEXED

12133

1  All water rights on the 80 acres including all percolating
2  and all riparian rights that can be developed.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

P.E. Lonon

_____

Grace B. Lonon

Defendants in propria persona

Dated: _____

12134