1  AUDREY K. BRISCOE and BERYL BUCKMAN
2  Defendants in propria persona
3      534 Porter Street,
       Fallbrook, California
4

5              IN THE UNITED STATES DISTRICT COURT
6               SOUTHERN DISTRICT OF CALIFORNIA
7                     SOUTHERN DIVISION

8  UNITED STATES OF AMERICA          )   CIVIL NO. 1247 - SD - C
                                     )
9              Plaintiff,            )   ANSWER OF DEFENDANTS
                                     )   ANSWER TO COMPLAINT AND
10     v.                            )   SUPPLEMENTARY AND AMENDATORY
                                     )   COMPLAINT OF
11 FALLBROOK PUBLIC UTILITY          )   AUDREY K. BRISCOE AND
   DISTRICT, ET AL,                  )   BERYL BUCKMAN
12             Defendants,           )

13      The defendants, Audrey K. Briscoe and Beryl Buckman
14 each severing from their co-defendants and each for himself or herself
15 alone, in answer to the Complaint and Supplementary and Amendatory Com-
16 plaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
                  AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own   1 acres of land in   San Diego
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30

31

32

COPY RECEIVED

    INDEXED

                                                          12109

1  Defendants claim all riparian rights to all waters percolating through
2  their land, whether from the Santa Margarita River and its tributaries, whether from springs, streams, or wells, etc., and to take water from
3  their land, whether for domestic, industrial, business or irrigation purposes.

4  Defendants own one acre of land on which is a Home, Garden and Family
5  Fruit trees, 8 years old. For the supply of the above, defendants claim the right to use 6 acre-feet of water per year, and more in the
6  future, as required, for the extra growth of the trees.

7  In addition to the claim and uses as herein made, the defendants claim all rights of overlying landowners to any water which may originate in,
8  or under, or cross their land. Defendants claim the right to drill and to dig wells, and exercise water reclamation and conservation
9  practices as now or may be known in the future.

10 Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility
11 District on file in these proceedings.

12 Defendants claim all the above for all lands in which they have any financial interest whatsoever.

13
14
15
16
17
18        WHEREFORE, these defendants pray that plaintiff take nothing
19 against them by reason of the Complaint and Supplementary and Amenda-
20 tory Complaint on file herein; that said Complaint be dismissed as
21 against these defendants; that defendants' right to water, as hereinabove
22 set forth, be quieted as against the plaintiff and against all other de-
23 fendants in this action; and for such other and further relief as the
24 Court may deem proper.

25
26                                    *Audrey K. Briscoe*
                                      Audrey K. Briscoe
27
28                                    *Beryl Buckmann*
                                      Beryl Buckman
29                                    Defendants in propria persona
30                                    534 Porter Street,
                                      Fallbrook, California
31
32 Dated: May 15 - 1958.

## EXHIBIT A

Legal Description:

The East 146.67 feet of the West 256.67 feet of the South Half of Block 67 in the Town of West Fallbrook, AND the East 6.00 feet of the West 262.67 feet of the South 110.00 feet of the South Half of Block 67 in the Town of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 567 filed in the office of the Recorder of said County, October 9, 1888. ---------------------------------

12110