```
 1   JOE   CUCCIO
     Defendants in propria persona
 2   644  South Stage Coach Lane
     Fallbrook  California
 3
```

FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                           Plaintiff, )<br>     v.                               )<br>FALLBROOK PUBLIC UTILITY              )<br>DISTRICT, ET AL,                      )<br>                           Defendants,) | CIVIL NO. 1247 - SD - C<br><br>ANSWER OF DEFENDANTS<br>JOE  CUCCIO |

The defendants, JOE CUCCIO each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 10 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

12115

There are three Acres in grapes. Four tillable acres Three acres for building Site.

At present no water on the ten acres. Anticipating digging wells to supply water for domestic use and irrigation as needed
XXXXXXXXXXXXXXXXX

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Joe Cuccio*

Defendants in propria persona

Dated: 5/28/58

12117

Exibit A ,:

PAR. 92W-4-6    All lying E of RS 601 ( EXC all NE of A LI
BAF on E LI 770. 96 FT S of NE Cor SEC 4 th N 68 o 41! W To E
LI RS 601 TH N ALG SD E LI to N LI Lot 1) In Lot 1 ( NE 1/4 of NE
1/4 )    Sec 4-9-2 W

12116



All lying E of RS 601 ( EXC all NE of A LI