F I L E D

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Charles V. & Helen D. Bruce
Defendants in propria persona
3254 India St.
San Diego, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
                         )
         Plaintiff,      ) ANSWER OF DEFENDANTS
                         )
    v.                   ) Charles V. Bruce
                         ) Helen D. Bruce
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL,         )
                         )
         Defendants,     )

The defendants, Charles V. Bruce & Helen D. Bruce each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 7.4 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

12112

Exhibit "A"

Charles V. Bruce
&
Helen D. Bruce

That Certain parcel of land beginning at a point 240 feet west of the Southeast corner of the Northwest Quarter of Section 17, Township 9 South, Range 3 East, in San Diego County, Thense North 400 feet; Thense West 400 feet; Thense South 808 feet; Thense East 416 feet; thense North to the point of beginning; All in Section 17, Township 9 South, Range 3 East.

EXCEPTING THEREFROM any portion of said land lying Southerly of the Northerly line of the existing County Highway as referred to in deed to George J. Happel, et ux, recorded January 30, 1950, in Book 3474 page 346 of Official Records.


1213

The land described in Exhibit "A" consists of approximately 7.4 acres with one dwelling and two wells. This land is suitable for field crops, permanent pasture or deciduous trees, and has been planted to field crops in the past, most of the land being tillable.

These Defendants claim the right to use existing wells and to develop new wells to provide 31 acre feet of water.

These Defendants claim the right to build check dams and to perform other farming practices to conserve water and to prevent soil erosion in accordance with good and practical soil conservation principles.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Charles V Bruce*

*Helen W Bruce*

Defendants in propria persona

Dated: May 26, 1958

12114