FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY CLERK

Probert W. Dager and Mary J. Dager
Defendants in propria persona
5628 Greenbush Ave.
Van Nuys, California

Harold B. Kuykendall and Ardys Kuykendall
12024 E. Molette Street
Norwalk, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
Probert W. Dager and Mary J. Dager
Harold B. Kuykendall and Ardys Kuykendall

The defendants, Probert W. Dager and Mary J. Dager, Harold B. Kuykendall and Ardys Kuykendall each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
            AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

    AFFIRMATIVE STATEMENT OF RIGHTS

These defendants (Probert W. Dager and Mary J. Dager) own 20 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

This property is being sold on a land contract to Harold B. Kuykendall and Ardys Kuykendall, who own other property in the area and have filed Answer of Defendants Civil # 1247-SD-C.

COPY RECEIVED

12118

INDEXED

1  Defendants claim all the right of overlying land owners and to water which may originate in or may be found, on, or under, or which may cross their land.

2  Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

3  Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

4  Defendants claim all the above for all lands in which they have any financial interest whatsoever.

5  Furthermore, we pray the court to award us, the aforementioned defendants, adequate damages to reimburse us for the cost of preparing and prosecuting our defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon us by this attempted acrimonious, confiscatory usurpation of property rights, instituted against us by the agencies of the United States Government.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Robert W Dager*

*Mary Jeffers Dreger*

Defendants in propria persona

Dated: May 27-1958

12119

## EXHIBIT A

Property Description as shown on Policy of Title Insurance #483068
Union Title Insurance and Trust Co.

South Half of Lot 14  Section 17
Township 9 South  Range 2 East
San Bernardino Meridian
County of San Diego

According to U.S. Government Survey
January 31, 1895

12120