Theodore W. Fisher and Elizabeth M. Fisher
Defendants in propria persona
964 Massachusetts Ave.
Riverside, California

FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| vs. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants, **Theodore W. Fisher and Elizabeth M. Fisher** each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own/ approximately 80 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described/ below. ~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~

All that portion of the north east ¼ of Section 29, Township 6 south, Range 1 east S.B.M. lying east of the existing county road (as of Sept. 29, 1956).

COPY RECEIVED
INDEXED

12121

It is estimated that approximately 30 acres of tillable land have been cleared. It is our belief that an additional 10 acres are topographically suitable for clearing and tillage. The land is not presently farmed. However on the basis of growth exhibited by specimen plantings, it is our opinion that tree crops (such as apples) will do well on our land.

An intermittent stream flows through the property, and we claim riparian rights to this water. A dug spring flows at a rate of 20 gallons per hour as measured in August 1957. There are other spring sites which will be developed as needed. There are wells in the surrounding area, and it is our intent to dig a well or wells in order to irrigate the contemplated plantings and for domestic use if needed.

We claim the right to use reasonably for agricultural and domestic purposes all water that can be developed by any means on this property.

We further assert that an amount necessary to irrigate all plantings once will be impounded in suitable reservoirs.

Prescriptive and appropriative rights are not claimed.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Theodore W. Fisher*

*Elizabeth M. Fisher*

Defendants in propria persona

Dated: May 27, 1958

12122