Jerry Young and Alice Young
Defendants in propria persona
P.O. Box 2, Murrieta, California.



FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>　　　　　Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>Jerry Young<br>and<br>Alice Young |

The defendants, Jerry Young and Alice Young each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 30 acres of land in　　　　County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

12099

1  The Murrieta Creek runs through the full length of our 30 acres
2  and we claim riparian rights to this Creek. We have owned part of
   this ground since 1932 and have been irrigating ten acres, by
3  flooding for the past fourteen years and have had a full 25 acres
   under irrigation since 1949.
4     We now have 25 acres under irrigation in alfalfa and permanent
   pasture.
5     We claim Five (5) acre feet of water for each acre and for the
   25 acres we irrigate.
6     We recently moved our house across the street and are going to
   drill another domestic well for home use, we claim this right.
7     Our ground has been used for a variety of crops, such as potatoes,
   squash and carrots, as well as alfalfa and permanent pasture, which
8  is now planted.
      We have two irrigation wells and one domestic well on the property
9  at present.
   ------------
10    For each of the lots listed we claim full water rights for
   domestic purpose.

   WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

   *Alice Young*
   *Jenny Young*
   Defendants in propria persona

   Dated: May 22, 1958

   12100

Ehibit "A"
This is a description of our thirty acre ranch

PARCEL 1: Lots One (1) to Ten (10) inclusive; Lots Eleven (11) to Sixteen (16) inclusive and Lots Eighteen (18) to Twenty (20) inclusive, in Block Thirty (30) of the Town of Murrieta, as shown by map on file in the office of the County Recorder of the County of San Diego, State of California, in Book 8 of Maps, at page 359 thereof.

PARCEL 2: All of Block Twenty-nine (29( of the Town of Murrieta, as shown by the above referred to map.

PARCEL 3: Lots One (1) to Ten (10) inclusive in Block Thirty-one (31) of the Town of Murrieta, as shown by above referred to map.

PARCEL 4: Lots One (1) to Six (6) inclusive in Block thirty-two (32) of the Town of Murrieta, as shown by above referred to map.

Lots 1 to 12 inclusive in Block 21 -- Lots 1 to 6 inclusive in Block 22,
Lots 1 to 6 inclusive in Block 25 -- Lots 1 to 12 inclusive in Block 26,
Lots 1 to 12 inclusive in Block 27 -- Lots 1 to 12 inclusive in Block 28,
Lots 1 to 6 inclusive in Block 33 -- Lots 1 to 6 inclusive in Block 34,
All in the town of Murrieta, County of Riverside, State of California.

Lot 17, Block 30, Murrieta.
\*\*\*\*\*\*\*\*\*\*\*\*

That portion of Lots 11 and 12 in Block 4 of the Townsite of Murrieta, as shown by Map on file in Book 8 page 359 of Maps, records of San Diego County, California, described as follows:
Beginning on the Northwesterly line of said Lot 12 at a point 92 feet from the most Westerly corner thereof;
Thence Northeasterly on the Northwesterly line of said Lot, 48 feet to the most Northerly corner thereof;
Thence Southeasterly on the Northeasterly line of said Lots 12 and 11, 100 feet to the most Easterly corner of said Lot 11;
Thence Southwesterly on the Southeasterly line of said Lot 11, 48 feet to a point 92 feet Northeasterly from the most Southerly corner of said Lot 11;
Thence Northwesterly parallel with the Southwesterly line of said Lots 11 and 12, 100 feet to the point of beginning.
\*\*\*\*\*\*\*\*\*\*\*\*

Lots 4, 5, and 6 in Block 16 of Townsite of Murrieta, as shown by map on file in Book 8 page 359 of Maps, records of San Diego County, California.
\*\*\*\*\*\*\*\*\*\*\*\*

The Southwesterly rectangular 40 feet of the Northeasterly 120 feet of Lots 4 and 5 in Block 16 of Murrieta Townsite, as shown by map of the Temecula Land and Water Company showing the Subdivision of a portion of the Temecula Ranch, on file in Book 8 page 359 of Maps, Records of San Diego County, California.
\*\*\*\*\*\*\*\*\*\*\*\*

Lot 10 in Block 5 of Murrieta Townsite, as shown by map on file in Book 8 page 359 of Maps in the office of the County Recorder of the County of San Diego
\*\*\*\*\*\*\*\*\*\*\*\*

Lot Four (4) in Block number Sixteen (16) of Murrieta, as shown by Map on file in Book 8 page 359 of Maps, records of San Diego County,
Lots Five & Six (5 & 6) in Block Sixteen (16) in the town of Murrieta, as shown by map and survey made by O.N. Sanford and filed for record in the office of the recorder of the County of San Diego, State of California.

Lot number Eight (8) in Block numbered Nine (9) in Murrieta, as shown upon a certain map entitled, "Map of the Temecula Land and Water Company "on file in the office of the County Recorder of the County of San Diego, State of California in Book 8 of Maps, at page 359 thereof.

Lot Seven(7) in Block Nine (9) of the Townsite of Murrieta, as shown by Map on file in Book 8 page 359 of Maps, records of San Diego County, California.

12101