F I L E D

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

1  Tommie Bibb and Jewel C. Bibb
   Defendants in propria persona
2  244 North Stagecoach Lane, Fallbrook California
3
4              IN THE UNITED STATES DISTRICT COURT
5                SOUTHERN DISTRICT OF CALIFORNIA
6                       SOUTHERN DIVISION
7
8  UNITED STATES OF AMERICA,        )  CIVIL NO. 1247 - SD - C
                                    )
9              Plaintiff,           )  ANSWER OF DEFENDANTS
                                    )
10       v.                         )  Tommie Bibb and
                                    )  Jewel C. Bibb
11 FALLBROOK PUBLIC UTILITY         )
   DISTRICT, ET AL,                 )
12                                  )
              Defendants,           )
13       The defendants, Tommie Bibb and Jewel C. Bibb
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17       ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
              AMENDATORY COMPLAINT
18
19       These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.
26            AFFIRMATIVE STATEMENT OF RIGHTS
27       These defendants own 7.56 acres of land in San Diego
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32

COPY RECEIVED

INDEXED

12104

to water which may originate in, may be found on or
under, or which may cross their land.
"Defendants claim the right to dig or drill wells and
exercise water reclamation and conservation
practices as are now or may be known.
"Defendants hereby incorporate, the same as though
set forth herein in full, all the affirmative
defenses of the Fallbrook Public Utility District
on file in these proceedings.
"Defendants claim all the above for all lands
in which they have any financial interest
whatsoever."

In closing, I wish to state that if a
Mandamus or Writ of prohibition or other
legal means cannot be had to stop this suit,
the defendants should incorporate in their
answer the following demand for damages:

Furthermore, We pray the court to award us, the
aforementioned defendants, adequate damages
to reimburse us for the cost of preparing and
prosecuting our defense, to alleviate the grievous
physical, moral and intellectual suffering inflicted
upon us by this attempted acrimonious,
confiscatory usurpation of property rights, instituted
against us by the agencies of the United States
Government.

WHEREFORE, these defendants pray that plaintiff take
nothing against them by reason of the Complaint and Supplementary
and Amendatory Complaint on file herein; that said Complaint be
dismissed as against these defendants; that defendants' right to
water, as hereinabove set forth, be quieted as against the plain-
tiff and against all other defendants in this action; and for such
other and further relief as the Court may deem proper.

_____

_____
Defendants in propria persona

Dated: May 20, 1958

12105

= Exhibit A =

Parcel 1

All that portion of the Northeast quarter of the Northeast quarter of section 19, Township 9 South range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government survey approved September 11, 1879, described as follows:

Beginning at the Northeast corner of said Northeast quarter of the Northeast quarter; thence along the East line of said Northeast quarter of the Northeast quarter South 0° 07' 45" East 839.98 feet to a point distant 491.89 feet from the Southeast corner of said Northeast quarter of the Northeast quarter; thence South 89° 52' 15" West 115.43 feet; thence South 51° 05' 10" West 989.92 feet to the South line of said Northeast quarter of the Northeast quarter; thence along said South line South 89° 44' 30" West 188.02 feet to a point distant 396.00 feet from the Southwest corner of said Northeast quarter of the Northeast quarter; thence parallel to the West line of said Northeast quarter of the Northeast quarter North 0° 02' 45" West 1329.30 feet to the North line of said Northeast quarter of the Northeast quarter; thence thereon North 89° 35' East 915.72 feet to the point of beginning.

Excepting therefrom the following described property:

12106

Beginning at the Northeast corner of said North-

east quarter of the Northeast quarter; thence along the North line of said Northeast quarter of the Northeast quarter South 89° 35' West 591.49 feet; thence parallel to the East line of said Northeast quarter of the Northeast quarter South 0° 07' 45" East 515.11 feet; thence North 89° 39' 45" East 591.48 feet to said East line of the Northeast quarter of the Northeast quarter; thence North 0° 07' 45" West 515.93 feet to the point of beginning.

Also excepting therefrom that portion thereof described as follows:

Beginning at a point in North line of said Section 19 distant South 89° 35' West 591.48 feet from Northeast corner of said Section 19; thence parallel with East line of said Section 19 South 0° 07' 45" East 515.11 feet to Southwest corner of tract of land conveyed to James Sims, et ux., by deed recorded February 19, 1945 in book 1812 page 484 of Official Records; thence South 89° 39' 45" West 324.98 feet to East line of West 396 feet of said Northeast quarter of Northeast quarter; thence along said East line North 0° 02' 45" West 514.65 feet to North line of said Section 19; thence thereon North 89° 35' East 324.24 feet to the point of beginning.

12107

Parcel 2

All that portion of the Northeast quarter of the Northeast quarter of section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government survey approved September 11, 1879, described as follows:

Beginning at a point on the East line of said Northeast quarter of the Northeast quarter of section 19, distant North 0° 07' 45" West 441.89 feet from the Southeast corner of said Northeast quarter of the Northeast quarter; thence South 89° 52' 15" West 177.65 feet to the Northwesterly line of the tract of land conveyed by James E. Potter, Donna Potter, W. A. Anderson and Lois C. Anderson to Grace A. McGarvin by deed recorded in Book 1645 page 310 of Official Records; thence along said Northwesterly line North 51° 05" East 79.82 feet to the Northwesterly corner of said McGarvin land; thence along the North line of McGarvin land North 89° 52' 15" East 115.43 feet to the East line of said Northeast quarter of the Northeast quarter; thence along said East line South 0° 07' 45" East 50 feet to the point of beginning.

12108