F I L E D

1  Ruja McDonell
2  Defendants in propria persona    JUN 6 - 1958
   215 So. Figueroa Street
3  Los Angeles 12, California    CLERK, U.S. DISTRICT COURT
                                 SOUTHERN DISTRICT OF CALIFORNIA
                                 By ........................ DEPUTY CLERK

4          IN THE UNITED STATES DISTRICT COURT

5             SOUTHERN DISTRICT OF CALIFORNIA

6                   SOUTHERN DIVISION

7  UNITED STATES OF AMERICA,      )   CIVIL NO. 1247 - SD - C
8                                 )
               Plaintiff,         )   ANSWER OF DEFENDANTS
9                                 )
          v.                      )      Ruja McDonell
10                                )
   FALLBROOK PUBLIC UTILITY       )
11 DISTRICT, ET AL,               )
12             Defendants,        )

13      The defendants,   Ruja McDonell

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17      ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT
18
19      These answering defendants hereby incorporate by reference

20 all of the allegations contained in the answer to said Complaint and

21 Supplementary and Amendatory Complaint filed in this case by Newton

22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23 of the portion thereof entitled "Affirmative Statement of Rights")

24 and make each and all of said allegations a part of this answer

25 the same as if herein set forth at length.

26      AFFIRMATIVE STATEMENT OF RIGHTS

27      These defendants own 51.52 acres of land in Riverside

28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.

32

COPY RECEIVED   INDEXED                        12084

1   Defendant claims the right to drill for Water on described property at

2   some future date. About twenty (20) acres are tillable and the remainder

3   could be used to raise Turkeys, Chickens and Fowl.

4

5

6

7

8

9

10

11

12

13

14

15

16

17   WHEREFORE, these defendants pray that plaintiff take

18   nothing against them by reason of the Complaint and Supplementary

19

20   and Amendatory Complaint on file herein; that said Complaint be

21   dismissed as against these defendants; that defendants' right to

22   water, as hereinabove set forth, be quieted as against the plain-

23   tiff and against all other defendants in this action; and for such

24   other and further relief as the Court may deem proper.

25

26   _____

27

28   _____

29   Defendants in propria persona

30

31

32   Dated: May 23, 1958

-2-

12085

"Exhibit "A"

Government Lots 1 and 2 in Fractional Section 21, Township 8 South, Range 1 West, San Bernardino Base and Meridian, as shown by United States Government Survey;

Excepting from said Lot 1 an Easement in favor of the public over that portion thereof included in the Temecula-Aguanga Highway, as shown on Licensed Land Surveyor's Map, on file in Book 10 page 33 of Records of Survey, records of Riverside County, California;

Also excepting therefrom an easement in favor of the public over any other portion thereof included in public roads;

Said Property is also shown on Licensed Land Surveyor's Map on file in Book 10 Page 33 of Records of Survey, Records of said Riverside County.

12086