1  DONALD N. PLUEGER and LORRAINE F. PLUEGER

2  Defendants in propria persona
   14059 E. Telegraph Road
3  Whittier, California

FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,         )   CIVIL NO. 1247 - SD - C
                                  )
            Plaintiff,            )   ANSWER OF DEFENDANTS
                                  )   DONALD N. PLUEGER and
     v.                           )   LORRAINE F. PLUEGER
                                  )
FALLBROOK PUBLIC UTILITY          )
DISTRICT, ET AL,                  )
            Defendants,           )

The defendants, DONALD N. PLUEGER and LORRAINE F. PLUEGER each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 158 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

12087

1  The defendants claim the right on three wells. We expect to ir-
   rigate at least one-half of said real estate, as our land is
2  adaptable for beet seed, potatoes, alfalfa and numerous crops. The
   land has been tested by Marine Government surveyors and they say
3  the land is excellent for agriculture.

18         WHEREFORE, these defendants pray that plaintiff take nothing
19  against them by reason of the Complaint and Supplementary and Amenda-
20  tory Complaint on file herein; that said Complaint be dismissed as
21  against these defendants; that defendants' right to water, as hereinabove
22  set forth, be quieted as against the plaintiff and against all other de-
23  fendants in this action; and for such other and further relief as the
24  Court may deem proper.

*Donald N. Pluger*

*Lorraine F. Pluger*

Defendants in propria persona

32 Dated: May 20, 1958

12088

# "EXHIBIT A"

NORTHWEST QUARTER OF SECTION 21
TOWNSHIP 7 SOUTH
RANGE 3 EAST
SAN BERNARDINO BASE AND MERIDIAN AS SHOWN BY UNITED STATES GOVERNMENT SURVEY
EXCEPTING THEREFROM TWO (2) ACRES IN SQUARE FORM IN THE NORTH EAST CORNER THEREOF CONVEYED TO HAMILTON SCHOOL DISTRICT

12089