Dorothy B. Schenck
**Defendants in propria persona**
127 N. Avenue 51
Los Angeles 42, California

FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )  CIVIL NO. 1247 - SD - C
            Plaintiff, )  ANSWER OF DEFENDANTS
   v. ) Dorothy B. Schenck
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
            Defendants, )

The defendants, Dorothy B. Schenck each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 135 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

12090

COPY RECEIVED
     INDEXED

I

There are approximately 135 acres of this land, of which 70 acres is tillable, approximately 30 acres in natural sub-irrigated permanent pasture. Two springs on the land have been developed for stock water and household use, and pumped into a storage reservoir for irrigation purposes. There are five undeveloped springs on this property. There is approximately one mile of highway frontage on Riverside County Road, #47, known as Cahuilla Road.

II

Defendant claims the right to all percolating and infiltrating water and any riparian rights that may accrue from springs on this property. Defendant claims the right to develop water on this land for all beneficial purposes, either agricultural or commercial.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Dorothy B. Schenck*

Defendants in propria persona

Dated: May 26, 1958

12091

EXHIBIT A

Description of property owned by Dorothy B. Schenck, 127 N. Avenue 51, Los Angeles 42, California:

The South half of the Southwest quarter and the South half of the Southeast quarter of Section 12, Township 8 south, Range 1 east, San Bernardino Base and Meridian; Excepting from the South half of the Southwest quarter that portion described as follows: Beginning at the Southwest corner of said Section 12, thence easterly along the southerly line thereof, 1757 feet, thence northwesterly to a point in the north line of the South half of the Southwest quarter of said Section 12, 190 feet easterly from the Northwest corner of the South half of the Southwest quarter of said Section 12; thence westerly along the northerly line of the South half of the southwest quarter of said Section 12, 190 feet to the westerly line of said Section 12, thence south along the west line of said Section 12 to the point of beginning.