

F I L E D

1  PETE L. VARGAS AND MARY E. VARGAS
2  Defendants in propria persona
3     7755 Indiana Avenue
         Riverside, California

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

5           IN THE UNITED STATES DISTRICT COURT
6              SOUTHERN DISTRICT OF CALIFORNIA
7                   SOUTHERN DIVISION

8  UNITED STATES OF AMERICA        )   CIVIL NO. 1247 - SD - C
9          Plaintiff,              )   ANSWER OF DEFENDANTS
10     v.                          )   ANSWER TO COMPLAINT AND
                                   )   SUPPLEMENTARY AND AMENDATOTY
11 FALLBROOK PUBLIC UTILITY        )   COMPLAINT OF
   DISTRICT, ET AL,                )   PETE L. VARGAS AND
12         Defendants,             )   MARY E. VARGAS

13     The defendants, Pete L. Vargas and Mary E. Vargas,
14 each severing from their co-defendants and each for himself or herself
15 alone, in answer to the Complaint and Supplementary and Amendatory Com-
16 plaint on file herein, admit, deny, and allege:

17        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
       These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
                    AFFIRMATIVE STATEMENT OF RIGHTS
26
       These defendants own  2½ acres of land in  San Diego
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30

31
32

COPY RECEIVED

INDEXED

12093

EXHIBIT A

LEGAL DESCRIPTION

PARCEL 1:

That portion of the Northeast Quarter of the Northwest quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880, described as follows:

Beginning at the Southwest corner of said Northeast Quarter of Northwest Quarter; thence North 600 feet; thence East 512 feet; thence South 150 feet; thence East 222.50 feet to the true point of beginning; thence continuing East 222.50 feet; thence South 450 feet; thence West 222.50 feet; thence North 450 feet to the true point of beginning.

PARCEL 2:

An easement of 10 feet for pipe lines, with right of ingress and egress for its maintenance, the West line of which is described as follows:

Beginning at the Southwest corner of the Northeast Quarter of the Northwest Quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, thence North 600 feet; thence East 957 feet to the true point of beginning; thence South 155 feet.

----------

12094

Defendants claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries, whether from springs, streams or wells, etc., and to take water from their land, whether for domestic, industrial, business or irrigation purposes.

They have 2½ acres, one-half acre of which is planted to Avocado trees, now 15 years old. They plan to plant the remaining two acres to Avocado trees in the near future. They are now buying their water from the Fallbrook Public Utility District, and claim the right to use 12 acre-feet of water per year, more or less, as required, according to the growth of the trees.

In addition to the claim and uses as herein made, the defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill and to dig wells, and exercise water reclamation and conservation practices as now or may be known in the future.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

FURTHERMORE, they pray the court to award them adequate damages to reimburse them for the cost of preparing and prosecuting their defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon them by this attempted acrimonious, confiscatory usurpation of property rights, instituted against them by the agencies of the United States Government.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Pete L. Vargas*
Pete L. Vargas

*Mary E. Vargas*
Mary E. Vargas

Defendants in propria persona

7755 Indiana Avenue
Riverside, California

Dated: May 15-1958

12095