Gustav Weber
**Defendants in propria persona**
Palomar Mountain, California

FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Gustav Weber |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants, Gustav Weber
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 280 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

12096

I

There are approximately 60 acres of tillable land in this parcel. Defendant is irrigating 5 acres at present with water diverted from Hut Cut Creek. Application for this diversion was filed, #7035, August 10, 1931, and Permit #3883 was granted. This diversion has been used continuously since 1929. There are several springs originating on this property.

II

Defendant claims the right to use water from springs and Hut Cut Creek, and percolating and infiltrating water, and the right to develop any available water for any beneficial agricultural and commercial use.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Gustav Weber*

Defendants in propria persona

Dated: 5-20-58

12097

EXHIBIT A

Description of property owned by Gustav Weber, Palomar Mountain, California:

The North half of the Northeast quarter and the North half of the Northwest quarter in Section 29, Township 9 south, Range 1 east, San Bernardino Base and Meridian.

The Northeast quarter of the Northwest quarter, and the Northeast quarter of the Northeast quarter, and the Southeast quarter of the Northeast quarter of Section 30, Township 9 south, Range 1 east, San Bernardino Base and Meridian.

12098