J. Lee Rankin
Solicitor General
Department of Justice
Washington, D. C.

Attorney for United States
of America

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,<br><br>    Defendants. | No. 1247-SD-C<br><br>NOTICE<br>OF<br>MOTION FOR SUMMARY JUDGMENT |

PLEASE TAKE NOTICE that the United States of America will bring the accompanying Motion For Summary Judgment on for hearing before this Court in Court Room No. 2, United States District Court, 325 West F Street, San Diego 1, California, on the 16th day of June, 1958, at 10 o'clock in the forenoon of that day, or as soon thereafter as counsel can be heard.

UNITED STATES OF AMERICA

J. LEE RANKIN, Solicitor General

WILLIAM H. VEEDER,
Attorney, Department of Justice

WILLIAM E. BURBY,
Attorney, Department of Justice

Dated: June 5, 1958

3570

```
 1  J. Lee Rankin
    Solicitor General
 2  Department of Justice
    Washington, D. C.
 3
    Attorney for United States
 4    of America
```

**FILED**

**JUN 6 - 1958**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By [signature]
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>    v.                           )<br>                                 )<br> FALLBROOK PUBLIC UTILITY DISTRICT,)<br> et al.,                         )<br>                                 )<br>            Defendants.          ) | MOTION FOR<br><br>SUMMARY JUDGMENT |

   Comes now the United States of America, acting by and through J. Lee Rankin, Solicitor General, William H. Veeder, Attorney, Department of Justice, and William E. Burby, Attorney, Department of Justice, pursuant to the Federal Rules of Civil Procedure, Rule 56, and respectfully moves this Honorable Court for a Summary Judgment against the Fallbrook Public Utility District upon the following grounds and for the following reasons:

              I

   By agreement among the parties and by evidence presently admitted and before this Honorable Court, there are issues presently ripe for a final determination which will greatly expedite the ultimate disposition of the entire case, to the benefit of all, thus serving the ends of justice.

              II

   All parties have agreed that

     "This Court has jurisdiction of the above-entitled

     action by reason of the express declaration by

1  Congress that the United States District Court
2  ' * * * shall have original jurisdiction of all
3  civil actions, suits or proceedings commenced by
4  the United States, * * *.'" 1/

### III

It is likewise agreed among the parties that

"An actual controversy exists among the claimants of rights to the use of water from the Santa Margarita River." 2/

### IV

Both the United States of America and the Fallbrook Public Utility District have prayed this Honorable Court to adjudicate their respective rights to the use of water in the Santa Margarita River and are at issue in regard to the undisputed facts which are either or both, agreed to, or are part of the evidence in this case.

### CLAIMS OF FALLBROOK PUBLIC UTILITY DISTRICT LIMITED SOLELY AND EXCLUSIVELY TO MUNICIPAL AND DOMESTIC PURPOSES

### V

On February 14, 1924, the Fallbrook <u>Irrigation District</u> filed with the State of California Application No. 3846, to appropriate rights to the use of water for purposes of irrigation from the Santa Margarita River. Reference in that regard is made to Plaintiff's Exhibit M-28, the Notice of Application To Appropriate Water. By its application, the Fallbrook <u>Irrigation District</u> sought to appropriate rights to the use of 35,000 acre feet of water annually from the Santa Margarita River by the construction of a dam at or near the so-called Fallbrook-Lippincott site, where the Fallbrook Public Utility District purportedly claims today to appropriate rights to 30,000 acre feet of water

---

1/ 28 USC 1345, Order of Pre-Trial Stipulation, Page 1, Jurisdiction

2/ Order on Pre-Trial Stipulation, Page 1

annually from the Santa Margarita River.

VI

There was issued to the Fallbrook Irrigation District on July 17, 1930, Permit Number 3514, to appropriate rights to the use of water from the Santa Margarita River, 35,000 acre feet annually. Reference in that regard is made to Plaintiff's Exhibit M-29, a copy of the notice of the issuance of that permit.

VII

At identically the same time that the Fallbrook Irrigation District was vainly endeavoring to appropriate rights to the use of water for irrigation purposes, the defendant here, Fallbrook Public Utility District, organized in the year 1922, was diverting small quantities of water for municipal and domestic purposes.

VIII

Continuing to perform the functions for which it was organized, namely to provide municipal services to a rural area, and existing in the same area as the Fallbrook Irrigation District, The Public Utility District was accorded, on July 20, 1932, by the Rancho Santa Margarita, predecessor in interest of the United States of America, the following privilege:

> "Rancho Santa Margarita grants to Fallbrook Public Utility District a revocable license or permit to divert and take from the Santa Margarita River ten miner's inches of water continuous flow for the sole and exclusive purpose of supplying the inhabitants of said Fallbrook Public Utility District with water for domestic uses." (Emphasis supplied)

IX

In the same year 1932, when the predecessor in interest of the United States of America granted to the Public Utility District the gratuitous privilege of diverting water from the Santa Margarita River

<blockquote>
for the sole and exclusive purpose of supply-
ing the inhabitants of said Fallbrook Public
Utility District with water for domestic uses,"
</blockquote>
(emphasis supplied)

it installed a pump capable of diverting water at a rate of 144 acre feet each year.

X

Sixteen years after its execution, the gratuitous license described in the paragraphs which precede which allowed the Utility District to divert water solely and exclusively for domestic purposes, was revoked by the United States of America on July 31, 1948.

XI

The Fallbrook <u>Irrigation District</u> abandoned its permit above mentioned by a letter dated October 3, 1934, reference in that regard is made to Plaintiff's Exhibit M-30.

XII

Municipal and domestic rights to the use of water in the Santa Margarita River were applied for by the Fallbrook Public Utility District by an Application, No. 11586, filed with the State of California on October 11, 1946; approximately fourteen years after the execution of the gratituous license above described; approximately four years after the United States of America acquired the Rancho Santa Margarita. Reference in that regard is made to Plaintiff's Exhibit M-17 and comments at Volume II, Page 116, Line 20 et seq. of Transcript of May 23, 1958.

XIII

<u>Municipal and domestic</u> water was likewise applied for by the Fallbrook Public Utility District by Application No. 11587, filed with the State of California on October 11, 1946. By that application the Utility District sought to appropriate annually for muncipal and domestic purposes 10,000 acre feet of water from the Santa Margarita River. Reference in that regard is made to Plaintiff's Exhibit M-15.

-4-

3574

XIV

By its course of conduct down through the dates last mentioned it is evident that the Fallbrook Public Utility District sought only to provide water for municipal and domestic purposes all in keep/ing with the powers conferred upon it by the Act of the California Legislature, Act of 1921, C. 560.

XV

As a result of that course of conduct and by reason of the limited powers which it may exercise, the Fallbrook Public Utility District was and is authorized only to appropriate rights to the use of water for municipal and domestic purposes, as a consequence claims, or claimed priorities, for rights to the use of water for purposes of irrigation, are null and void and of no force and effect, they being ulta vires.

DRASTIC ENLARGEMENT IN CLAIMED RIGHTS TO THE
USE OF WATER BY THE FALLBROOK PUBLIC UTILITY
INVADE RIGHTS OF THE UNITED STATES OF AMERICA

XVI

As disclosed by the exhibits introduced by the United States of America, title to approximately 133,000 acres constituting a large part of Camp Pendleton, the United States Naval Ammunition Depot, and the United States Naval Hospital, were acquired by January 5, 1943. Of that total 9,147.55 acres were acquired on January 21, 1942. Reference in that regard is made to Plaintiff's Exhibits M-1 and M-2. Other lands were added at later dates. Reference in that connection is made to Plaintiff's Exhibits M-3, M-4 and M-5.

XVII

Exclusive jurisdiction over all of the property, but 112.11 acres located in Orange County, was ceded by the State of California. Reference in that connection is made to the Plaintiff's Exhibits M-6, M-7 and M-8.

XVIII

Construction of Camp Pendleton was undertaken forthwith upon the acquisition of the lands which constitute its site.

-5-

3575

### XIX

Direct flow rights from the Santa Margarita River were exercised very early in 1943 and they have been continuously exercised with full power and authority by the Marine Corps officers.

### XX

For fifteen years large quantities of water have been diverted outside the watershed of the Santa Margarita River by the duly authorized Marine Corps officers.

### XXI

Proof of the use of water outside of the watershed has been made by Colonel Robertson of the Marine Corps by oral testimony, by aerial photographs and by maps. Reference in that connection is made to Colonel Robertson's testimony in the transcript for May 22, 1958, and to Plaintiff's Exhibits M-10, M-11 and M-12.

### XXII

Long after those direct diversions from the Santa Margarita River had been exercised under a claim of right by the United States of America, the Fallbrook Public Utility District on October 11, 1946, made its filings seeking to appropriate rights to the use of water for municipal and domestic purposes, applications numbered 11,586 and 11,587.

### XXIII

On June 30, 1948, a claimed right to store water, as distinguished from the long exercised, above described, direct flow right, for 165,000 acre feet of water annually, was filed by the United States Navy with the State of California. Reference in that regard is made to Plaintiff's Exhibits M-20, application number 12,576, and Plaintiff's Exhibits M-21 and M-22.

### XXIV

Thirty months after June 30, 1948, when the United States Navy filed application number 12,576, the Fallbrook Public Utility District on December 11, 1950, filed that which is designated an amended application number 11,587 in which the Fallbrook Public Utility District made application to appropriate

10,000 acre feet of water annually from the Santa Margarita River for "Domestic, Municipal, and Irrigation" purposes.

XXV

Though application number 11,586 was filed by the Fallbrook Public Utility District on the same date as application number 11,587, there has never been filed an amended application attempting to change that application from domestic and municipal uses to domestic, municipal and irrigation uses as was attempted in connection with application number 11,587. There was in pen added to application number 11,586 after it was filed, by some person unknown, the word "irrigation". Reference in that connection is made to Plaintiff's Exhibit M-17.

XXVI

Attempted enlargement of the Fallbrook Public Utility District of its application to appropriate rights to the use of water invades:

(1) The above described direct flow rights of the United States of America which have been exercised outside of the watershed since early 1943.

(2) The intervening filing of the United States of America, application number 12,576, which is prior in time to the Utility District's amended application 11,587, pursuant to which it seeks greatly to to increase its demands for irrigation water rather than to limit it to municipal and domestic uses as originally claimed.

XXVII

In addition to the invasion of rights to the use of water of the United States of America which are invaded by the attempted enlargement by the Fallbrook Public Utility District of its claimed rights from municipal and domestic uses to irrigation uses are the rights to the use of water in the Santa Margarita River by the United States of America which are exercised within the watershed of the Santa Margarita River. Important in that connection is this agreement among the parties:

"A portion of the approximately 135,000 acres of land owned by the United States of America, comprising the military establishments in question is riparian to the Santa Margarita River."[3/]

### XXVIII

There follows the definition of municipal, domestic and irrigation uses as recognized by California: California Administrative Code, Title 23, Sub-chapter 2, Article 3, Sec. 664:

<u>Municipal Use</u>. Municipal use includes all those uses common to the municipal water supply of a city, town, or other similar population group, and use incidental thereto for any beneficial purpose.

California Administrative Code, Title 23, Sub-chapter 2, Article 3, Sec. 661:

<u>Domestic Uses</u>. Domestic uses are those common to homes, resorts, motel, organization camps, camp grounds, etc., including the incidental watering of domestic stock for family sustenance and the irrigation of not to exceed one-half acre in lawn, ornamental shrubbery, gardens and truck at any single establishment. Use of water at a camp ground or resort for human consumption, cooking or sanitary purposes shall be considered a domestic use.

California Administrative Code, Title 23, Sub-chapter 2, Article 3, Sec. 662:

<u>Irrigation Use</u>. Irrigation use includes any application of water to the production of irrigated crops or the maintenance of large areas of lawns, shrubbery, or gardens.

### DRASTIC ATTEMPTED CHANGES IN POINT AND PLACES OF USE BY FALLBROOK PUBLIC UTILITY DISTRICT INVADES RIGHTS TO THE USE OF WATER OF THE UNITED STATES OF AMERICA

### XXIX

Rainbow Creek, a small tributary of the Santa Margarita River, was a source of water from which the Fallbrook Public Utility District sought to

---

3/ Order on Pre-trial Stipulation, Page 10, Paragraph 5.

initiate appropriative rights in the amount of 10,000 acre feet annually by application number 12,178, filed November 28, 1947. Reference in that connection is made to Plaintiff's Exhibit M-14 on which witness Max Bookman of the State of California marked the location. In that regard reference is made to the transcript Volume II, May 23, 1958, at page 199, line 17 and following. That application purported to be for municipal, domestic and irrigation uses. Its abandonment for reasons subsequently related is in issue here.

XXX

Sandia Creek, a small tributary of the Santa Margarita River, was a source of water from which the Fallbrook Public Utility District sought to initiate appropriative rights in the amount of 10,000 acre feet annually by application number 12,179, filed November 28, 1947. Reference in that connection is made to Plaintiff's Exhibit M-14 on which witness Max Bookman of the State of California marked the location. In that regard reference is made to the transcript Volume II, May 23, 1958, at page 199, line 17 and following. That application purported to be for municipal, domestic and irrigation uses. Its abandonment for reasons subsequently related is in issue here.

XXXI

On June 30, 1948, the United States Navy filed the above mentioned application number 12576, Plaintiff's Exhibit M-20.

XXXII

On January 25, 1951, the United States of America filed the complaint which initiated this case.

XXXIII

On May 27, 1951, the Fallbrook Public Utility District answered the complaint referred to in the paragraph which immediately precedes. Totally ignored were applications numbered 12,178 and 12,179. They were not pleaded. There was pleaded, however, the two applications numbered 11,586 for two and one-half (2½) cubic feet per second and numbered 11,587 purportedly for 10,000 acre feet storage right, both of which have been alluded to above as

1 having been filed only for municipal and domestic uses.

XXXIV

On December 26, 1951, a reply to the above-mentioned answer of the Fallbrook Public Utility District was filed by the United States of America in which it was alleged that the Fallbrook Public Utility District had abandoned the applications numbered 12,178 and 12,179.

XXXV

Virtually five years subsequent to the original filings by the Fallbrook Public Utility District of applications numbered 12,178 and 12,179 to appropriate 10,000 acre feet of water annually from Rainbow and Sandia Creeks respectively, that Utility District undertook, on July 28, 1952, to amend those applications seeking by them to appropriate as follows:

Application number 12,178:  From the Santa Margarita River:
                                    9,500 acre feet annually

                            From Rainbow Creek:
                                    500 acre feet annually

Application number 12,179:  From the Santa Margarita River:
                                    8,500 acre feet annually
                            From Sandia Creek:
                                    1,500 acre feet annually

XXXVI

Early in 1955 Counsel wrote to the Chairman of the California State Water Rights Board as follows:

                FRANZ R. SACHSE
                Buena Tierra Ranch
                Route 1, Box 448
                Fallbrook, California

Henry Holsinger
Principal Attorney
Division of Water Resources
Sacramento, California

Dear Henry:

I hope you will forgive me for troubling you with a request for information. Actually, I realize that it is a bit out of your personal department, but I am sure that you can readily pass it on to the appropriate engineers in the Division. In any event, I will be grateful for any help you can give me.

Together with several others in this area, I am looking over some of the very rough country north of the Santa Margarita River, with a view to possible modest development. I am par-

ticularly interested in whether or not there are available any stream flow or run-off figures available for Sandia Creek, particularly that portion of the creek which lies upstream from the north line of Section 36, Township 8 South, Range 4 West, SBM, San Diego County.

I would also like to know what the most commonly accepted figure is for average annual winter run-off per square mile or per acre in that watershed, (or ones similarly situated). <u>During my tenure as president of Fallbrook Public Utility District we filed Application 12179 with your Division in which we applied for storage of 1500 acre feet per annum from Sandia Creek. However, that figure was a pure shotgun guess, without much preliminary study, and I would like a better estimate if possible.</u> (emphasis added)

Finally, if possible, could you get me a list of filings and permits on Sandia Creek? Don't get frightened, - it isn't much of a list, I think the total is three, but I'd like to be sure.

Thanks a great deal for anything you can do. Please give my best regards to Bob Edmonston and anyone else who might be interested. I have hopes of bringing my 15 year old son up to Sacramento this Spring or Summer while the Legislature is in session, and if so will certainly drop in. Thanks again,

                Sincerely

                /s/ FRANZ
                Franz R. Sachse

Reference in that regard is made to Plaintiff's Exhibit M-26 which is the above quoted letter. The reply to this letter was as follows:

                February 15, 1955

Mr. Franz R. Sachse
Buena Tierra Ranch
Route 1, Box 448
Fallbrook, California

Dear Mr. Sachse:

Receipt is acknowledged of your recent letter, addressed to Henry Holsinger, inquiring as to available stream flow records of Sandia Creek and the average annual runoff per square mile of the Sandia Creek watershed.

A search of our files did not reveal any records of stream flow or of annual runoff per square mile of Sandia Creek watershed. There are, however, stream flow records of Santa Margarita River at a point below its confluence with Sandia Creek published by United States Geological Survey which may be of some assistance to you.

The only active filing before this office to appropriate within Sandia Creek watershed are as follows:

    Application 8607, Permit 377, by Estate of Alexander
    F Hansen for 2.5 cfs to be diverted from Sandia Creek

3581

   within NW¼ of Section 36, T 8 S, R 4 W, SBB&M, between April 1 and December 31 of each season for irrigation of 280 acres.

   Application 14561 (pending) by Paul D. Bradshaw for 35 acre feet per annum to be impounded on Brians Creek, tributary to Sandia Creek within NE¼ of SW¼ of Section 31, T 8 S, R 3 W, SBB&M, from December 1 to May 1 of the following year for irrigation of 150 acres.

   Application 12179 (pending) by Fallbrook Public Utility District for 10,000 acre-feet per annum to be impounded on Sandia Creek within NW¼ of Section 7, T 9 S, R 3 W, SBB&M, from November 1 to June 1 of each season for municipal, irrigation and domestic purposes.

If we can be of any further assistance to you in the above matter, please do not hesitate to call upon us.

           Very truly yours,

           A. D. EDMONSTON, STATE ENGINEER
           By _____

Feb 15 '55 E.C.G.     L. C. Jopson
ECG:fn         Principal Hydraulic Engineer

Reference in that connection is made to Plaintiff's Exhibit M-27 which is the last quoted letter.

## XXXVIII

From the United States Geological Survey Records, Plaintiff's Exhibit M-34, it is manifest that the attempted amendments of applications numbered 12,178 and 12,179 has greatly enlarged the claims of the Fallbrook Public Utility District upon the Santa Margarita River to the irreparable damage of the United States of America. As the yield of neither Rainbow Creek, nor Sandia Creek approach 10,000 acre feet annually, the waters which would be impounded by the purportedly proposed project of the Fallbrook Public Utility District for two 10,000 acre feet reservoirs on each of the creeks would be far less than the water impounded if their combined capacities were united into a single project on the main stem of the Santa Margarita River at the Fallbrook-Lippincott site. Thus the drastic enlargement of demand upon the Santa Margarita River constitutes a wholly new project with a priority no earlier than the date of amendments which is July 28, 1952. That priority is four (4) years junior to the application number 12,576 filed by the Department of the Navy.

Utility District does not have the corporate power to construct a dam at the Fallbrook Lippincott site, or to operate and maintain that distribution system; that it is not authorized to finance and does not have the financial capacity to undertake the Fallbrook-Lippincott dam.

### XLIV

WHEREFORE, the United States of America respectfully prays this Honorable Court to enter its judgment that:

(a) The Fallbrook Public Utility District is empowered by law to appropriate rights to the use of water for municipal and domestic purposes only and may not appropriate rights for the use of water for purposes of irrigation under the circumstances which prevail; that the Fallbrook Public Utility District is acting ultra vires when it seeks to appropriate, or impound, or divert, or deliver water for purposes of irrigation;

(b) The application numbered 12,576 filed by the Department of the Navy, on June 30, 1948, is entitled to a priority date ahead of applications numbered 12,178 and 12,179;

(c) The application numbered 12,576 filed by the Department of the Navy is entitled to a priority date ahead of application numbered 11,587 for the appropriation of rights to the use of water for purposes of irrigation;

(d) The application numbered 12,576 filed by the Department of the Navy is entitled to a priority date ahead of application number 11,586 for the appropriation of rights to the use of water for purposes of irrigation;

(e) The United States of America may divert water from the Santa Margarita River, pursuant to its riparian rights for military purposes, moreover, the United States of America may divert and use water from the Santa Margarita River outside of the watershed of that stream subject to rights which had vested prior to the time that it or its predecessor in interest commenced the diversion and use of that water out of the watershed;

(f) The United States of America is entitled to such further and

1 additional relief as is warranted by the agreed facts and the undisputed
2 evidence now in the record.

The United States of America further respectfully tenders to this Honorable Court the following statement:

> Judgment for the United States of America in regard to any one of the items for which relief is prayed will terminate the cause insofar as the Fallbrook Public Utility District is concerned, thus opening the way to an orderly general adjudication of the long vested rights in the Santa Margarita River to the benefit of all.

UNITED STATES OF AMERICA

J. LEE RANKIN, Solicitor General

*William H. Veeder*
WILLIAM H. VEEDER
Attorney, Department of Justice

Dated: June 5, 1958

*William E. Burby*
WILLIAM E. BURBY
Attorney, Department of Justice

3595