J. Lee Rankin
Solicitor General
Department of Justice
Washington, D.C.

Attorney for United States
  of America

**FILED**

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                              DEPUTY CLERK

**FILED**

JUN 5  1958

JOHN M. CRANSTON
SPECIAL MASTER

BY _____ CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )
                    Plaintiff        )        No. 1247-SD-C
                                     )
    vs.                              )
                                     )    REPLY TO REQUEST FOR ADMISSIONS
FALLBROOK PUBLIC UTILITY DISTRICT,   )
et al.,                              )                OF
                                     )
                    Defendants.)       FRANZ R. SACHSE AND ROWENA SACHSE

                Comes now the United States of America and responds to the requests

for admissions of Franz R. Sachse and Rowena Sachse, filed April 29, 1958:

Request for Admission 1:

        1.  The lands described in the Answer of these defendants are all

irrigable lands.

Response to Request for Admission 1:

        1.  The United States of America is without knowledge or information

sufficient to form a belief as to the truth of the statement, and denies it.

Request for Admission 2:

        2.  A reasonable water duty for the lands described in the Answer of

these defendants is 4.2 acre feet per acre per year.

Response to Request for Admission 2:

        2.  The United States of America denies the truth of this statement.

Request for Admission 3:

        3.  The lands described as "Parcel One" in the Answer of these de-

fendants are all riparian to an un-named intermittent stream which flows through

                                        -1-                    3586

1  said parcel in a northeasterly to southwesterly direction.

2  Response to Request for Admission 3:

3      3.  This is a legal question which must be decided by the Court.

4  Request for Admission 4:

5      4.  The lands described as "Parcel Two" in the Answer of these de-

6  fendants are not riparian to the Santa Margarita River or to any of its tribu-

7  taries.

8  Response to Request for Admission 4:

9      4.  The United States of America is without knowledge or information

10  sufficient to form a belief as to the truth of the statement, and denies it.

11  Request for Admission 5:

12      5.  The waters underlying the lands described as "Parcel Two" in the

13  Answer of these defendants are percolating groundwaters.

14  Response to Request for Admission 5:

15      5.  The United States of America is without knowledge or information

16  sufficient to form a belief as to the truth of the statement, and denies it.

17  Request for Admission 6:

18      6.  The waters underlying the lands described as "Parcel Two" in

19  the Answer of these defendants are not a part of the Santa Margarita River or

20  any of its tributaries.

21  Response to Request for Admission 6:

22      6.  The United States of America is without knowledge or information

23  sufficient to form a belief as to the truth of the statement, and denies it.

24                  UNITED STATES OF AMERICA

25

26      J. LEE RANKIN, Solicitor General

27      *William H. Veeder*

28      WILLIAM H. VEEDER,
    Attorney, Department of Justice

29      *William E. Burby*

30      WILLIAM E. BURBY,
    Attorney, Department of Justice

31

32  Dated: June 5, 1958