J. Lee Rankin
Solicitor General
Department of Justice
Washington, D.C.

Attorney for United States
of America

FILED
JUN 5 1958
JOHN M. CRANSTON
SPECIAL MASTER
By _____ CLERK

FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff      )   No. 1247-SD-C
                           )
    vs.                    )   REPLY TO REQUEST FOR ADMISSIONS
                           )   OF
FALLBROOK PUBLIC UTILITY DISTRICT, )  WILLIAM A. GOODCHAP & ROBERTA L. GOODCHAP
et al.,                    )
                           )
            Defendants.    )

Comes now the United States of America and responds to the request for admissions of William A. Goodchap and Roberta L. Goodchap, filed May 8, 1958:

Request for Admission 1:

1. The lands described in the answer of defendants William A. Goodchap and Roberta L. Goodchap, husband and wife, include five (5) acres of irrigable land.

Response to Request for Admission 1:

1. The United States of America denies the truth of the statement.

Request for Admission 2:

2. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

Response to Request for Admission 2:

2. The United States of America denies the truth of the statement.

Request for Admission 3:

3. All of the lands described in the Answer of these defendants are riparian to the West Fork of De Luz Creek, which flows through the property of

-1-

3588

1 | these defendants in a northeasterly to southwesterly direction.

2 | Response to Request for Admission 3:

3 |    3.  This is a legal question which must be decided by the court.

UNITED STATES OF AMERICA

J. LEE RANKIN, Solicitor General

*(signature)* William H. Veeder
WILLIAM H. VEEDER,
Attorney, Department of Justice

*(signature)*
WILLIAM E. BURBY,
Attorney, Department of Justice

Dated: June 5, 1958

3589