J. Lee Rankin
Solicitor General
Department of Justice
Washington, D. C.

Attorney for United States
    of America

**FILED**

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ........................
          DEPUTY CLERK

**FILED**

JUN 4  1958
JOHN M. CRANSTON
SPECIAL MASTER
BY ........................ CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )        No. 1247-SD-C
                    Plaintiff      )
                                   )
        vs.                        )        ANSWERS TO
                                   )     FALLBROOK PUBLIC UTILITY
FALLBROOK PUBLIC UTILITY           )     DISTRICT INTERROGATORIES
DISTRICT, et al.,                  )
                                   )
                    Defendants.    )


        Comes now the United States of America and responds to the interroga-

tories dated May 5, 1958, of the Fallbrook Public Utility District:

Interrogatories 1 through 8:

        1.  Reference Paragraph II, Count XV, (page 25) Supplementary Com-

plaint:  What are the " . . . rights to the use of water . . ." referred to

therein, and specifically, are those rights contended to be riparian rights,

appropriative rights, prescriptive rights or some other form of right.

        2.  Reference paragraph II Count XVI, (page 26)  Supplementary Com-

plaint:  the same question.

        3.  Reference paragraph III, Count XVII, (page 28) Supplementary Com-

plaint:  the same question.

        4.  Reference paragraph VI, Count XV, (page 26), Supplementary Com-

plaint:  When the reservation of waters referred to in said paragraph took

place, and whether such reservation was by Statute, in a grant, by Executive

Order, or some other form.  If possible, a copy of the reservation would be

1 appreciated.

2     5. Reference paragraph V, Count XVI, (page 27), Supplementary Com-

3 plaint: same question.

4     6. Reference paragraph VI, Count XVII, (page 28), Supplementary Com-

5 plaint: same question.

6     7. Reference paragraph X, Count XVIII, (page 30), Supplementary Com-

7 plaint: same question.

8     8. Reference paragraph V, Count XIX, (page 32), Supplementary Com-

9 plaint: same question.

10 Answer to Interrogatories 1 through 8:

11     1. The United States of America claims that the title to the rights

12 to the use of water upon the reserved lands of the United States of

13 America resides in it and has never been conveyed away. Those rights

14 are part of the land and may be administered by the United States of

15 America independent of the laws of the several States. They are in

16 some regard similar to State recognized riparian rights as use does

17 not create them and non-use does not cause their loss, yet to the

18 extent they are required to meet the beneficial uses for which they

19 were reserved they are not subject to diminution by appropriative or

20 riparian rights which vested subsequent to the reservation. They

21 differ from appropriative rights as they exist as parcel to the land

22 and require no act on the part of the United States of America to

23 initiate or maintain them. These rights have been reserved by

24 executive orders and statutes.

25 Interrogatory 9:

26     9. Reference paragraph VI, Count XIII, (page 24), Supplementary Com-

27 plaint: When and how did California "admit" that all of the lands of the United

28 States referred to in that Count are riparian in character?

29 Answer to Interrogatory 9:

30     9. The representative of the State of California, at page 630,

31 lines 8 and 9, of the transcript for January 6, 1958, makes that ad-

32 mission, although he subsequently uses equivocal language. There are

33

3591

decisions of the Supreme Court of California specifically recognizing the riparian rights in the United States of America.

Interrogatory 10:

10. Reference Count XVIII, (pages 28-31), Supplementary Complaint:

a. Please supply a tabulation of the Licenses and Permits issued by the State of California to the United States for the use of water within the Cleveland National Forest, indicating the date of application, the location, the quantity of water, the purpose, and the status, i.e., License, Permit, or Application.

b. Please supply the same information requested in a. above, for the San Bernardino National Forest.

c. Please state whether or not the United States has abandoned the rights acquired under the Licenses, Permits and Applications covered in a and b above.

d. Please state whether or not the United States presently asserts any rights to the use of water based upon the Licenses, Permits and Applications referred to in a and b above.

Answer to Interrogatory 10:

10. a. and b. None within the Santa Margarita River watershed.

c. and d. In view of the answers to a and b, no response is required.

Interrogatory 11:

11. Reference Count XXIV, (pages 36-37), Supplementary Complaint:

a. Please state whether or not Application No. 12576 was, when filed, an application of the United States of America.

b. Please state whether or not the United States has abandoned Application No. 12576.

c. Please state when subsequent to 30 June 1948, the United States determined that there was no longer any water available for appropriation in the Santa Margarita River.

Answer to Interrogatory 11:

11. a. The United States of America claims whatever rights could

1   could accrue to it by virtue of that application.

2       b.   No

3       c.   On June 30, 1948, if not before.

4   Interrogatory 12a:

5       12.   Reference Original Complaint (pages 1-7):

6       a.   Please state the average number of military personnel stationed

7   at Camp Joseph H. Pendleton for each of the years 1942-57.

8   Answer to Interrogatory 12a:

9       12a.   Average number of military personnel stationed at Camp Pendleton:

| | | | | |
|---|---|---|---|---|
| 1943 | 24,000 | | 1951 | 27,000 |
| 1944 | 45,000 | | 1952[1] | 34,098 |
| 1945 | 26,800 | | 1953 | 46,026 |
| 1946 | 9,150 | | 1954 | 19,426 |
| 1947 | 11,080 | | 1955 | 39,827 |
| 1948 | 10,696 | | 1956 | 29,734 |
| 1949 | 16,275 | | 1957 | 31,933 |
| 1950 | 16,761 | | | |

18       [1]  Prior years are calendar year averages; the year 1952
            and subsequent years are fiscal year averages.

19

20   Interrogatory 12b:

21       12.   Reference Original Complaint (pages 1-7):

22       b.   Please state the average number of dependents of military personnel

23   housed on Camp Pendleton for each of the years 1942-1957.

24   Answer to Interrogatory 12b:

25       12b.   Average number of dependents of military personnel

26       housed on Camp Pendleton:

| | | | |
|---|---|---|---|
| 1942 | 52.5 | 1946 | 1665.0 |
| 1943 | 60.0 | 1947 | 1667.5 |
| 1944 | 98.0 | 1948 | 1810.0 |
| 1945 | 602.0 | 1949 | 1904.5 |

-4-

3593

| 1950 | 1929.5 | 1954 | 2864.0 |
|------|--------|------|--------|
| 1951 | 2022.5 | 1955 | 5182.0 |
| 1952 | 2057.5 | 1956 | 5859.0 |
| 1953 | 3214.0 | 1957 | 5865.0 |

Interrogatory 12c:

12.  Reference Original Complaint (pages 1-7):

c.  Please state the average number of civilians (other than military dependents) housed on Camp Pendleton for each of the years 1942-1957.

Answer to Interrogatory 12c:

12c.  Average number of civilians (other than military dependents) housed on Camp Pendleton for each of the years 1942-1957:

AVERAGE NUMBER OF CIVILIANS (OTHER THAN MILITARY DEPENDENTS) HOUSED ON CAMP PENDLETON FOR EACH OF OF THE YEARS 1942-1957

| Year* | Total Average Civilians Housed |
|-------|-------------------------------|
| 1949 1/ | 120 |
| 1950 | 297 |
| 1951 | 385 |
| 1952 | 387 |
| 1953 | 377 |
| 1954 | 190 |
| 1955 2/ | 10 |

\* Records for earlier years are not available

1/ Yearly average is based upon 5 months actual occupancy.

2/ Yearly average is based upon 2 months actual occupancy.

Interrogatory 12d:

12d:  Please state the average number of civilians resident off-Base employed on Camp Pendleton for each of the years 1942-1957.

Answer to Interrogatory 12d:

12d:  No records showing a breakdown of civilian employees who are resident on, and those who are resident off Camp Pendleton are available.

3594

Interrogatory 12e:

     12e.  Please supply the same information requested in a, b, c and d above as to the United States Naval Hospital.

Answer to Interrogatory 12e.

     12e.  Average number of military personnel stationed at United States Naval Hospital from 1942 through 1957:

| | |
|---|---|
| 1955* | 459 |
| 1956 | 490 |
| 1957 | 504 |

     *Records for earlier years are not available.

In addition to personnel assigned to the Hospital Staff, the following average number were patients:

| | |
|---|---|
| 1955* | 691 |
| 1956 | 680 |
| 1957 | 681 |

     * Records for earlier years are not available.

Average number of dependents of military personnel housed at the Hospital from 1942 through 1957:

     This information is not available.

Average number of civilians (other than military dependents) housed at the Hospital from 1942 through 1957:

| | |
|---|---|
| 1955* | 1 |
| 1956 | 2 |
| 1957 | 2 |

     * Records for earlier years are not available.

Average number of civilians resident off-base employed at the Hospital from 1942 through 1957:

| | |
|---|---|
| 1955* | 290 |
| 1956 | 298 |
| 1957 | 296 |

     * Records for earlier years are not available.

-6-

3595

Interrogatory 12f:

12f:  Please supply the same information requested in a, b, c and d above as to the Naval Ammunition Depot.

Answer to Interrogatory 12f:

Average number of military personnel stationed at Fallbrook Ammunition Depot, Fallbrook, California, from 1942 through 1957:

|      |    |
|------|----|
| 1951* | 95 |
| 1952 | 12 |
| 1953 | 80 |
| 1954 | 85 |
| 1955 | 94 |
| 1956 | 86 |
| 1957 | 80 |

* Records for earlier years are not available.

Average Number of dependents of military personnel housed at Fallbrook Ammunition Depot:

|      |    |
|------|----|
| 1952* | 86 |
| 1953 | 76 |
| 1954 | 85 |
| 1955 | 87 |
| 1956 | 88 |
| 1957 | 91 |

* Records for earlier years are not available.

Average number of civilians (other than military dependents) housed at Fallbrook Ammunition Depot:

|      |    |
|------|----|
| 1952* | 23 |
| 1953 | 36 |
| 1954 | 23 |
| 1955 | 21 |
| 1956 | 18 |
| 1957 | 14 |

* Records for earlier years are not available.

-7-

3596

resident off-base
Average number of civilians/employed at Fallbrook  Ammunition

Depot from 1942 through 1957:

This information is not available.

Interrogatory 12g:

12g.  Please state the number of acres of Camp Pendleton outside the watershed of the Santa Margarita River, supplied with water from the basins of the Santa Margarita River, under lease for agricultural purposes for each of the years 1942 through 1957.

Answer to Interrogatory 12g:

12g.  Leased agricultural lands outside watershed, on Camp Pendleton, supplied with water from Santa Margarita River:

| Year | Stuart Mesa | South Coast Mesa | Total (Acres) |
|------|-------------|------------------|---------------|
| 1943 | 932 | 487 | 1,419 |
| 1944 | 932 | 380 | 1,312 |
| 1945 | 925 | 40 | 965 |
| 1946 | 925 | 40 | 965 |
| 1947 | 880 | 252 | 1,132 |
| 1948 | 892 | 252 | 1,144 |
| 1949 | 892 | 252 | 1,144 |
| 1950 | 892 | 252 | 1,144 |
| 1951 | 769 | 307 | 1,076 |
| 1952 | 769 | 307 | 1,076 |
| 1953 | 769 | 307 | 1,076 |
| 1954 | 769 | 120 | 889 |
| 1955 | 766 | 120 | 886 |
| 1956 | 767 | 120 | 887 |
| 1957 | 767 | 120 | 887 |

Interrogatory 12h:

12h.  Please state the amount of water diverted outside the watershed of the Santa Margarita River for all purposes for each of the years 1942 through 1957:

3597

Answer to Interrogatory 12h:

12h.   Water diverted outside the Santa Margarita watershed:

| | | | |
|---|---|---|---|
| 1943 | 1591* | 1951 | 3983* |
| 1944 | 1785* | 1952 | 3510 |
| 1945 | 4332* | 1953 | 4362 |
| 1946 | 3729* | 1954 | 3880 |
| 1947 | 4350* | 1955 | 4028 |
| 1948 | 4417* | 1956 | 3997 |
| 1949 | 5008* | 1957 | 3800 |
| 1950 | 4402* | | |

\* The figures for these water years are now being rechecked and if variances are determined to exist the proper figures will be supplied immediately.

Interrogatory 12i:

12i.  Please state the number of personnel, military, dependent and non-dependent civilian, housed within Camp Pendleton, but outside the watershed of the Santa Margarita River, and supplied with water from the Santa Margarita River basins, for each of the years 1942 through 1957.

Answer to Interrogatory 12i:

12i.  No records showing such a breakdown are available.

Interrogatory 12:

12.  Please supply a tabulation of the gaged run-off at the De Luz Creek, O'Neill Ditch and Ysidora gages for the period since July 1, 1957.

Answer to Interrogatory 12:

12.  Gaged run-off at the De Luz Creek, O'Neill Ditch and Ysidora gages for the period since July 1, 1957, is as follows:

| Month | De Luz | O'Neill Ditch | Ysidora |
|---|---|---|---|
| July, 1957 | 0 | 0 | 0 |
| August, 1957 | 0 | 0 | 0 |
| September, 1957 | 0 | 0 | 0 |
| October, 1957 | 0 | 0 | 0 |
| November, 1957 | 0 | 0 | 0 |

-9-

3598

| | | | |
|---|---|---|---|
| December, 1957 | 0 | 0 | 0 |
| January, 1958 | 0 | 0 | 0 |
| February, 1958 | 1060 | 627.9 | 0 |
| March, 1958 | 7810 | 559.4 | 7880 |

Note: Later figures will be supplied as available.

Interrogatory 13:

13. Please state the estimated discharge from Lake O'Neill by months since July 1, 1957.

Answer to Interrogatory 13:

13. Estimated discharge from Lake O'Neill by months since July 1, 1957:

| | |
|---|---|
| July, 1957, to October, 1957, | 0 |
| November, 1957 | 880 |
| December, 1957, to April, 1958, | 0 .* |

Interrogatory 14:

14. Please state the total acreage of spreading basins on Camp Pendleton.

Answer to Interrogatory 14:

14. The interrogatory is not clear and therefore impossible to answer.

Interrogatory 15:

15. Please state the total acre foot capacity of all reservoirs on the military reservations within the watershed.

Answer to Interrogatory 15:

15. Total acre foot capacity of all reservoirs on the military reservations within the watershed is:

1,375.8 acre feet.

Interrogatory 16:

16. Please furnish a list of the reservoirs in the military reservations and within the watershed of the Santa Margarita River, including a statement of the capacity of each in acre feet.

Answer to Interrogatory 16:

       16.  The storage capacity of these structures is without meaning in in regard to the demands of the United States on the Santa Margarita River and its tributaries.  It exercises and has historically exercised the rights, as did its predecessor in interest, to fill add refill each of the structures.  Use by the Fallbrook Public Utility District should not be made of the figures set forth independent of this statement.

| Reservoir | Acre-Feet |
|---|---|
| Twin Lakes | 2.0 |
| Lemon Grove | 2.0 |
| Newton | 4.0 |
| South Stuart | 3.0 |
| Camp Res. #1 | 1.5 |
| Camp Res. #2 | 5.2 |
| Camp Res. #3 | 16.0 |
| Camp Res. #4 | 9.5 |
| Camp Res. #5 | 2.3 |
| Camp Res. #6 (Hospital) | 3.1 |
| Camp Res. #7 | 5.8 |
| Vado Del Rio 1 | 0.3 |
| Vado Del Rio 2 | 0.3 |
| Wire Mtn Steel Tank | 0.8 |
| Camp Margarita | 1.5 |
| Naval Ammunition Depot | 3.1 |
| Naval Ammunition Depot | 0.3 |
| Lake O'Neill | 1,240.0 |
| Wood Canyon #1 | 12.7 |
| Wood Lower #2 | 24.6 |
| Wildcat 1 & 2 | 5.2 |
| Weisgarber | 1.8 |
| Naval Ammunition Depot,Radio | 13.0 |

3600

| Reservoir | Acre-Feet |
|---|---|
| Naval Ammunition Depot, North Canyon | .0.8 |
| Naval Ammunition Depot, West | 2.0 |
| Total | 1,375.8 |

Interrogatory 17:

17.  Reference Counts XV, XVI and XVII (pages 25-28) Supplementary Complaint:  Please supply the following information with regard to each of the Indian Reservations referred to in those Counts:

a.  Population resident on the reservation.

b.  Present agricultural development including crops and acreages.

c.  Present water development, i.e., wells, dams, reservoirs.

Answers to Interrogatory 17a, 17b and 17c:

| | Coahuilla | Mission Reserve | Pechanga | Ramona |
|---|---|---|---|---|
| Resident Population | 92* | 0 | 212* | 0 |
| Present Agricultural Development | 6,229* acres | 0 | 2,000* | 60* |
| Present Water Development | | | | |
| (a) Wells (windmills) | 10 | 0 | 4 | 0 |
| (b) Springs (domestic & stock use) | 26 | 0 | 2 | 2(undeveloped) |
| (c) Reservoirs (1-62,000 gal) (7-small) | 8 | 0 | 3 (1-3,000 gal) (2-3to5,000 gal) | 0 |
| (d) Dams | 1(4ac ft) | 0 | 0 | 0 |

* The figures set forth in this response are being further checked and if there are variances you will be advised.

UNITED STATES OF AMERICA

J. LEE RANKIN, Solicitor General

WILLIAM H. VEEDER,
Attorney, Department of Justice

WILLIAM E. BURBY,
Attorney, Department of Justice

Dated:  May 31, 1958.

-12-

STATE OF CALIFORNIA )
                    )  ss.
COUNTY OF SAN DIEGO )

    WILLIAM H. VEEDER, Attorney, Department of Justice, being duly sworn,
upon oath, deposes and says: That he signed, on behalf of the United States
of America, the foregoing answers to Fallbrook Public Utility District
interrogatories dated May 5, 1958; that he has read the foregoing
answers; that he is authorized to sign it on behalf of the United States
of America; and that the statements contained in those answers are
true except insofar as the statements are based upon information and
belief and those statements he believes to be true.

                               WILLIAM H. VEEDER
                         Attorney, Department of Justice

Subscribed and sworn to before me
this ____ day of June, 1958.   John A. Childress
By _____        Clerk
    Deputy Clerk

3602