```
 1  J. Lee Rankin
 2  Solicitor General
    Department of Justice
 3  Washington, D.C.
 4  Attorney for United States
        of America
 5
 6
 7                    IN THE UNITED STATES DISTRICT COURT
 8                      SOUTHERN DISTRICT OF CALIFORNIA
 9                              SOUTHERN DIVISION
10
11  UNITED STATES OF AMERICA,        )
12                      Plaintiff    )      No. 1247-SD-C
13       vs.                         )      ANSWERS TO
14  FALLBROOK PUBLIC UTILITY         )      GENERAL MILLS INC.
15  DISTRICT, et al.,                )      INTERROGATORIES
16                      Defendants.  )
17
18         Comes now the United States of America and responds to the interroga-
19  tories dated May 19, 1958, of the General Mills Inc.:
20  Interrogatory 1:
21         1. What land or interest in land does General Mills Inc. own or
22  posses or claim to own or posses which plaintiff contends to be relevant to
23  this action?
24  Answer to Interrogatory 1:
25         1. Interest under trust deed filed October 15, 1954, file No. 53381,
26  in Book 1641 at page 534 et seq, Official Records, Riverside County.
27  Interrogatory 2:
28         2. What water rights does General Mills Inc. own or posses or claim
29  to own or posses, which plaintiff contends to be relevant to this action?
30  Answer to Interrogatory 2:
31         2. The water rights of the land covered by this trust deed.
32  Interrogatory 3:
```
FILED JUN 6 - 1958 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

FILED JUN 4 1958 JOHN M. CRANSTON SPECIAL MASTER

3. For what reason or reasons has General Mills Inc. been joined as a defendant in this action, and what relief does plaintiff seek against said corporation?

Answer to Interrogatory 3:

3. So that it may assert in connection with the land covered by this trust deed whatever water rights it considers to be vested in regard to these lands. The United States of America seeks to have declared and decreed by the Court what water rights are vested in connection with the aforesaid land.

UNITED STATES OF AMERICA

J. LEE RANKIN, Solicitor General

WILLIAM H. VEEDER,
Attorney, Department of Justice

WILLIAM E. BURBY,
Attorney, Department of Justice

Dated: June 4, 1958

STATE OF CALifornia )
                    ) ss.
COUNTY OF SAN DIEGO )

WILLIAM H. VEEDER, Attorney, Department of Justice, being duly sworn, upon oath, deposes and says: That he signed, on behalf of the United States of America, the foregoing answers to General Mills, Inc. interrogatories dated May 19, 1958; that he has read the foregoing answers; that he is authorized to sign it on behalf of the United States of America; and that the statements contained in those answers are true except insofar as the statements are based upon information and belief and those statements he believes to be true.

*William H. Veeder*
WILLIAM H. VEEDER
Attorney, Department of Justice

Subscribed and sworn to before me this ___ day of June, 1958.
John A. Childress, Clerk
by *Theo Edwards*
   Deputy Clerk

3605