(SPACE BELOW FOR FILING STAMP ONLY)

G. NORMAN KENNEDY
415 SECURITY BUILDING
234 EAST COLORADO STREET
PASADENA, CALIFORNIA
SYCAMORE 6-8144
RYAN 1-6090

FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By [signature] DEPUTY CLERK

Attorney for Defendants Ed M. Suderman and Doris Lucille Suderman

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., Defendants. | No. 1247-SD-C<br><br>NOTICE OF MOTION FOR SUMMARY JUDGMENT |

TO: J. LEE RANKIN, Solicitor General, Room 332, 325 West F Street, San Diego, California;

J. LEE RANKIN, Solicitor General of the United States, Washington 25, D. C.;

UNITED STATES ATTORNEY, United States Custom and Courthouse, San Diego, 1, California;

WILLIAM E. BURBY, ESQUIRE, 12120 Travis Street, Los Angeles 49, California;

Attorneys for plaintiff.

PLEASE TAKE NOTICE that the undersigned will bring the attached motion for summary judgment on for hearing before The Honorable James M. Carter, or any judge sitting in his stead, at courtroom number 2 of the United States Courthouse, at San Diego, California, on the 16th day of June, 1958, at 10:00 o'clock a.m. or as soon thereafter as counsel can be heard. Said

1  motion will be submitted upon the pleadings and other documents on file
2  herein.
3       Dated:  June 3, 1958.

<div style="text-align:right">
_____<br>
Attorney for Defendants Ed M. Suderman<br>
and Doris Lucille Suderman
</div>

415 Security Building
234 East Colorado Street
Pasadena, California

Telephone:  RYan 1-6090