(SPACE BELOW FOR FILING STAMP ONLY)

G. NORMAN KENNEDY
415 SECURITY BUILDING
234 EAST COLORADO STREET
PASADENA, CALIFORNIA
SYCAMORE 6-8144
RYAN 1-6090

F I L E D

JUN 6- 1958

Attorney for Defendants Ed M. Suderman and Doris Lucille Suderman

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                 Plaintiff,  )
v.  )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, a public service cor- )
poration of the State of California, )
et al.,  )
                 Defendants.  )

No. 1247-SD-C

MOTION FOR SUMMARY JUDGMENT

     The defendants ED M. SUDERMAN and DORIS LUCILLE SUDERMAN, by their attorney, G. NORMAN KENNEDY, hereby move the court to enter judgment herein for the herein named defendants in accordance with rule 56(b) and (c) of the Rules of Civil Procedure on the ground that the pleadings, affidavits and admitted facts herein, and marked as Exhibits "A", "B" and "C", show that said defendants are entitled to judgment as a matter of law.

                                        /s/ G. Norman Kennedy
                                   Attorney for Defendants Ed M.
                                   Suderman and Doris Lucille Suderman

415 Security Building
234 East Colorado Street
Pasadena, California

Telephone: RYan 1-6090

MOTION FOR SUMMARY JUDGMENT

3606

EXHIBIT A

STATE OF CALIFORNIA    )
                       ) SS
COUNTY OF LOS ANGELES  )

AFFIDAVIT IN SUPPORT OF
MOTION FOR SUMMARY
JUDGMENT

ED M. SUDERMAN, being first duly sworn on his oath, deposes and says:

Affiant has personal knowledge of the facts herein set forth. This affidavit is submitted in support of the motion of the defendants Ed M. Suderman and Doris Lucille Suderman for a summary judgment herein, for the purpose of showing that there is no genuine issue as to any material fact and that these defendants are entitled to judgment as a matter of law.

1. The defendants Ed M. Suderman and Doris Lucille Suderman (hereinafter defendants) have title in fee simple absolute to that certain real property situated in the County of San Diego, State of California, described as follows:

> The southwest quarter of the northwest quarter of Section 12, Township 9 South, Range 3 West, S.B.M., San Diego County, EXCEPT THEREFROM the easterly 750 feet thereof.
>
> That portion of the southeast quarter of northeast quarter of Section 11, Township 9 South, Range 3 West, S.B.M., San Diego County, described as follows:
> Beginning at northeast corner of southeast quarter of northeast quarter of Section 11, westerly along northern line of southeast quarter of northeast quarter a distance of 50 feet; thence southerly and parallel with easterly boundary line of said southeast quarter of northeast quarter a distance of 100 feet; thence easterly and parallel with northern boundary line of said southeast quarter of northeast quarter a distance of 50 feet to the easterly boundary line of said southeast quarter of northeast quarter; thence northerly along the said easterly boundary line a distance of 100 feet to the point of beginning.

2. Said described land of the defendants contains 17-1/2 acres, more or less, of which said land 10 acres is arable and irregable.

3. Rainbow Creek runs through, in and upon said described land of defendants.

4. Said land is riparian to Rainbow Creek.

5. Upon information and belief obtained from the pleadings of plaintiff, defendant affiant states that a reasonable annual water duty for said land is 4.2 acre feet per acre.

                                                _____
                                                Ed M. Suderman

Subscribed and sworn to before me
this 3rd day of June, 1958

_____
Notary Public in and for said County
        and State

(SPACE BELOW FOR FILING STAMP ONLY)

G. NORMAN KENNEDY
415 SECURITY BUILDING
234 EAST COLORADO STREET
PASADENA, CALIFORNIA
SYCAMORE 6-8144
RYAN 1-6090

Attorney for   Defendants Ed M. Suderman
and Doris Lucille Suderman

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )   No. 1247-SD-C
            Plaintiff,               )
                                     )   ANSWER OF DEFENDANTS
      v.                             )   ED M. SUDERMAN AND
                                     )   DORIS LUCILLE SUDERMAN
FALLBROOK PUBLIC UTILITY             )
DISTRICT, a public service corpor-   )
ation of the State of California, et al., )
                                     )
            Defendants.              )
_____)

ED M. SUDERMAN and DORIS LUCILLE SUDERMAN, answering plaintiff's complaint and supplement to complaint, for themselves alone, admit, deny and allege as follows:

FIRST DEFENSE

I

These answering defendants have no knowledge or information sufficient upon which to base or form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's original complaint herein and therefore deny each and all of said allegations for want of information or belief.

II

For answer to paragraph V of plaintiff's original complaint herein, these answering defendants admit the litigation referred to and admit that a stipulated judgment was entered into therein, a copy of which said judgment is attached to plaintiff's complaint and marked as "Exhibit A". These

EXHIBIT B
-1-

3609

answering defendants deny that they were parties to said litigation or bound in any way thereby and deny that said stipulated judgment determines the rights of plaintiff against these answering defendants.

III

Deny the allegations of paragraph IX of plaintiff's original complaint.

IV

These answering defendants have no knowledge or information sufficient upon which to base or form a belief as to the allegations contained in COUNTS II, III, IV, V, VI, VII, VIII, IX, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII and XXIV of plaintiff's supplement to complaint and therefore deny each and all of said allegations for want of information or belief.

V

Deny the allegations of COUNTS XXI, XXII and XXV of plaintiff's supplement to complaint.

AS A SECOND SEPARATE AND AFFIRMATIVE DEFENSE, THESE ANSWERING DEFENDANTS ALLEGE THAT:

I

Defendants are the owners of certain real property situated in the County of San Diego, State of California, described as follows:

> The southwest quarter of the northwest quarter of Section 12, Township 9 South, Range 3 West, S.B.M., San Diego County, EXCEPT THEREFROM the easterly 750 feet thereof.
> That portion of the southeast quarter of northeast quarter of Section 11, Township 9 South, Range 3 West, S.B.M., San Diego County, described as follows:
> Beginning at northeast corner of southeast quarter of northeast quarter of Section 11, westerly along northern line of southeast quarter of northeast quarter a distance of 50 feet; thence southerly and parallel with easterly boundary line of said southeast quarter of northeast quarter a distance of

100 feet; thence easterly and parallel with northern boundary line of said southeast quarter of northeast quarter a distance of 50 feet to the easterly boundary line of said southeast quarter of northeast quarter; thence northerly along the said easterly boundary line a distance of 100 feet to the point of beginning.

II

Said described land contains seventeen and one-half (17-1/2) acres, more or less, of which said land ten (10) acres is arable and irrigable.

III

These answering defendants claim water rights appurtenant to said described property as follows:

They are entitled to and claim full correlative rights to the use of water of said stream (Rainbow Creek) in an annual amount not to exceed 4.2 acre feet per acre as to each of said ten (10) acres.

WHEREFORE, the defendants pray judgment as follows:

1. That plaintiff take nothing by its complaint and supplemental complaint herein.

2. That this court adjudge and decree that the defendants ED M. SUDERMAN and DORIS LUCILLE SUDERMAN are the owners of water rights appurtenant to the land herein described.

3. That this court adjudge and decree that the water rights of said defendants are prior to and paramount to all of the claimed water rights of plaintiff herein.

4. That this court quiet the title of said defendants in and to their rights to the use of water as set forth herein as against all adverse clsims of plaintiff or other defendants herein.

5. That these answering defendants have their costs of suit and for such other relief as is just and meet.

        G. NORMAN KENNEDY
        G. NORMAN KENNEDY
        Attorney for said defendants

(SPACE BELOW FOR FILING STAMP ONLY)

G. NORMAN KENNEDY
415 SECURITY BUILDING
234 EAST COLORADO STREET
PASADENA, CALIFORNIA
SYCAMORE 6-8144
RYAN 1-6090

Attorney for  Defendants Ed M. Suderman
and Doris Lucille Suderman

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
          Plaintiff, )  No. 1247-SD-C
    v. ) REQUEST FOR ADMISSIONS
       ) UNDER RULE 36
FALLBROOK PUBLIC UTILITY ) FEDERAL RULES OF CIVIL
DISTRICT, a public service corpor- ) PROCEDURE
ation of the State of California, et )
al., )
          Defendants. )

      Pursuant to the provisions of rule 36, Federal Rules of Civil Procedure, the defendants named in this cause as ED M. SUDERMAN and DORIS LUCILLE SUDERMAN, who are husband and wife, request that within ten (10) days after service upon you of this request, for the purpose of the above-styled cause only, and subject to all pertinent objections which may be made at the trial of said cause, the plaintiff admit the truth of the following facts:

      1. The land described in the answer of said defendants include ten (10) acres of arable and irrigable land.

      2. A reasonable water duty for said land is 4.2 acre feet per acre per year.

      3. Said land as described in the answer of said defendants is owned by them in fee simple absolute.

      4. Rainbow Creek runs through, in and upon the said described

EXHIBIT C
-1-

3612

land of said defendants.

5. The said land of said defendants ir riparian to Rainbow Creek.

               G. NORMAN KENNEDY
               G. NORMAN KENNEDY
Attorney for Defendants Ed M. Suderman
and Doris Lucille Suderman

415 Security Building
234 East Colorado Boulevard
Pasadena, California