G. NORMAN KENNEDY
415 SECURITY BUILDING
234 EAST COLORADO STREET
PASADENA, CALIFORNIA
SYCAMORE 6-8144
RYAN 1-6090

(SPACE BELOW FOR FILING STAMP ONLY)

**FILED**

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
        DEPUTY CLERK

Attorney for Defendants Ed M. Suderman and Doris Lucille Suderman

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                          )
        Plaintiff,        )   No. 1247-SD-C
                          )
    v.                    )   AFFIDAVIT OF SERVICE BY MAIL
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, a public service cor- )
poration of the State of California, )
et al.,                   )
        Defendants.       )
_____)

STATE OF CALIFORNIA  )
                     ) SS.
COUNTY OF LOS ANGELES )

        VENISE DAY, being first duly sworn, says: That affiant, whose address is 415 Security Building, Pasadena, California, is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

        That affiant served the attached NOTICE OF MOTION FOR SUMMARY JUDGMENT, MOTION FOR SUMMARY JUDGMENT, MEMORANDUM OF POINTS AND AUTHORITIES, FINDINGS OF FACT AND CONCLUSIONS OF LAW and JUDGMENT ORDER on the following persons, by placing a true copy thereof in envelopes addressed as follows:

            J. Lee Rankin
            Solicitor General
            Room 332
            325 West F Street
            San Diego, California

AFFIDAVIT OF SERVICE BY MAIL

3618

J. Lee Rankin
Solicitor General of the United States
Washington 25, D. C.;

United States Attorney
United States Custom and Courthouse
San Diego, 1, California;

William E. Burby, Esquire
12120 Travis Street
Los Angeles 49, California;

sealed and deposited on the ___5th___ day of June, 1958, in the United States mail at Pasadena, County of Los Angeles, State of California, with postage fully prepaid thereon, and there is regular communication by mail between the place of mailing and the place so addressed.

*Venise Day*

Subscribed and sworn to before me this ___5th___ day of June, 1958.

*David Goldman*
Notary Public in and for said County
         and State