

FILED

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

CIVIL NO. 1247-SD-C

UNITED STATES OF AMERICA )
       Plaintiff, )
  vs. ) ACKNOWLEDGMENT OF RECEIPT
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
       Defendants. )

    I hereby acknowledge receipt of copies of the Answers in the above entitled case of the following named defendants:

    FRED M. ANDERSON and FLORA L. ANDERSON

    ANNIE E. BERGMAN, RAY L. BERGMAN, CARL H. BERGMAN, ESTHER M. TRUNNELL and WALTER A. BERGMAN

    PAUL C. DOEHRING, JR.

    ELMER E. EVERETT AND OLGA C. EVERETT

    JAMES EDWARD GLADDING and MILDRED N. GLADDING

    RICHARD HEDLUND and PEARL HEDLUND

    HERBERT LEATHAM

    RHODA ANN LUDY, AGNES BELL GRAHAM, JESSIE MAY WALTERS, MARY C. MEDEARIS, WILLIAM F. GUDMAN, ELLEN WILSON, and JOHN C. LUDY

    LAURA M. OXLEY

    HAROLD SALT and ETHEL MAY SALT

    EUGENE LEE SMALL

    SWANSON, OSCAR A. and M. LOUISE SWANSON

    JOHN H. WRIGHT and MARGARET M.

    GEORGE EDWARD WIATT and BERENICE MILDRED WIATT

1. MAUD MAY ANDERSON
2. IRENE BARTON
3. ANNIE E. BERGMAN
4. DEANE A. BOTTORFF and MAY BOTTORFF
5. FREDDIE DOOLIN
6. HALE B. EUBANKS and MARJORIE H. EUGANKS
7. JOHN P. FADDIS also known as JOHN PAUL FADDIS, and MARJORIE N. FADDIS
8. RAYMOND A. and NAOMI M. GRANTHAM
9. WILLIAM T. JOHNS and GENELL JOHNS
10. ALBERT JEFFRIES and MARTHA JEFFRIES
11. FRANK S. JURKOSKY and BETTY JURKOSKY
12. MARINA B. KINGSTON
13. TYKE KINSMAN
14. EDDIE A. KRAMER and EMMA E. KRAMER
15. A. T. GEORG LARSEN and ESTHER G. LARSEN
16. DONALD P. McLEAN and MARION J. McLEAN
17. HAZEL M. MAHOLLAND
18. LOUIS T. PAULSON and EDITH M. PAULSON
19. ROBERT J. PRINGLE and ANNIE M. PRINGLE
20. DORIS G. RARICK
21. ALICE ELEANOR RASNEOR, formerly ALICE ELEANOR WESTER
22. ROY RHODES and EDNA RHODES
23. GENO L. SOMACAL and LOUISE R. SOMACAL
24. ELEANOR FORSYTH SWIMM and ROSS D. SWIMM
25. PAUL DEWEY TARR, JR., and MILLA CALDWELL TARR
26. CLARENCE A. THORSON or VERA T. THORSON
27. REX J. TONER and MABEL L. TONER
28. DONALD B. TRUNNELL and ESTHER M. TRUNNELL
29. ALFRED P. WOLF

DATED: _May 29_ 1958.

_William H Veeder_