FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

CIVIL NO. 1247-SD-C

UNITED STATES OF AMERICA,  )
      Plaintiff,  )
      vs.  ) ACKNOWLEDGMENT OF RECEIPT
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al,  )
      Defendants  )

I hereby acknowledge receipt of copies of the Answers in the above entitled case of the following named defendants:

    GUY BORING and VIOLET E. BORING

    PAUL L. BROOKS and ELLEN JAYNE

    OSCAR L. BRYAN

    DORIS CUFF CHRISMAN

    THOMAS V. CECCHETTINI, JR. and ADELAIDE CECCHETTINI

    FRANCIS N. DOMENIGONI and JEAN H. DOMENIGONI

    ANGELO O. DOMENIGONI, FRANCIS N. DOMENIGONI, FREDERICK E. DOMENIGONI, JULIA M. YOUNG and ELSA E. BARTON

    ANGELO O. DOMENIGONI, FRANCIS N. DOMENIGONI and FREDERICK E. DOMENIGONI

    ROBERT ALLAN FORSYTH and EDNA V. FORSYTH

    WILLIAM HENRY FULLER and BEATRICE FULLER

    JOSEPH E. GRAMMER and GERTRUDE M. GRAMMER

    WILLIAM FERENS GREVATT and HELEN LOUISE GREVATT

    JOHN A. HAMPTON and BESSIE P. HAMPTON

    GEORGE D. HEPBURN and FLORENCE J. HEPBURN

    WILLIAM F. JENSEN and EDNA F. JENSEN

3638

| | |
|---|---|
| 1 | THOMAS E. KENNEY and RUTH W. KENNEY |
| 2 | KLOSE, LAWRENCE D. and BERNICE J. KLOSE |
| 3 | DAVID LOPEZ and TRANQUILINA M. LOPEZ |
| 4 | LEONARD MacDONALD |
| 5 | ANGELINE MAUVEZIN |
| 6 | MONROE PAINTER and JEAN M. PAINTER |
| 7 | ZENO J. PFAU and GEORGIETTA M. PEAU |
| 8 | TIMOTHY C. POMEROY and ESTELLE M. POMEROY |
| 9 | SYLVA B. SUTTON |
| 10 | FRANK H. TREXLER and GLADYS E. TREXLER |
| 11 | KENNETH P. YOKUM and LEAH G. YOKUM |
| 12 | LEE ZIMMERMAN |
| 13 | JOHN C. BISOGNO and MARCELLA BISOGNO, and AMELIA PONTRELLI |
| 15 | THOMAS GURNEY and ALICE K. GURNEY |
| 16 | HAL M. HEFLIN and FRANCES HEFLIN |
| 17 | HARRY E. HELD and DORA V. HELD |
| 18 | ARTHUR A. KING |
| 19 | THOMAS P. MURPHY and CATHERINE W. MURPHY |
| 20 | JOHN A. RAMSEY and MARY A. RAMSEY |

DATED: May 29, 1958.

_William H. Veeder_ (signature)

2.

3639