IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 1247-SD-C |
| Plaintiff, | ) | |
| v. | ) | ACKNOWLEDGMENT OF RECEIPT |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | ) | |
| Defendants. | ) | |

I hereby acknowledge receipt of copies of the Answers in the above entitled case of the following named defendants:

WILLIAM E. BARNES and JEWELL B. JENNINGS

VICTORIA M. BARNES

MARTIN L. BURKE

ELMER J. BURNEY and HAZEL C. BURNEY

ANTHONY CHRISTINO

ANNIE L.S. CURTISS

CLYDE W. DAVIS and IVAH M. DAVIS

HELEN V. DUNN and MARIE DUNN SMITH

CALIFORNIA ELDERSHIP OF THE CHURCHES OF GOD IN NORTH AMERICA

HOWARD N. FARMER and HILDEGARD T. FARMER

ORA GRACE FULLER, KEITH PAUL BELLAMY and PAULINE J. BELLAMY

LEE GARMES and RUTH GARMES

RAYMOND D. GATES and PATRICIA ANNE GATES

HARRY J. GEYER and MILDRED M. GEYER

LUETTA M. GRAFFIN and WILLIAM A MORGAN

LUETTA M. GRAFFIN

WILLIAM J. HIGLEE and MERLYN S. HIGLEE

3640

1    CLENTIE G. HOWARD and BIRDIE M. HOWARD

2    GERALD and AUGUSTA LORING

3    IVAN E. McKINLEY, MATHEA A. McKINLEY, WESTERN BRASS WORKS, BETTY B. MURCELL, CARL J. BUTLER and MARY T. BUTLER

4

5    LINDEN W. PETERSON and VELMA H. PETERSON also HELEN M. GWYTHER

6    EARL T. ROGERS and WILLIE ROGERS

7    IONE B. STRADER and SHIRLEY I. DOUTHIT

8    IONE B. STRADER and SHIRLEY I. DOUTHIT

9    BLAINE E. WARD and LENORE CLAIRE WARD

10    HARRY WATSON

12    DATED: June 4, 1958      *William H. Veeder* (signature)

3641