FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247-SD-C |
| Plaintiff, | |
| v. | ACKNOWLEDGMENT OF RECEIPT |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants. | |

I hereby acknowledge receipt of copies of the Answers in the above entitled case of the following named defendants:

    LETTIE M. ANDERSON

    FRANCIS M. BARTH

    FRANCIS WILLIAM HESS or MERNA J. HESS

    C. W. KELLY, SR. and OLIVE KELLY

    KING, GEORGE E. and ALLENE

    RUJA McDONELL

    DONALD N. PLUEGER and LORRAINE F. PLUEGER

    DOROTHY B. SCHENCK

    PETE L. VARGAS and MARY E. VARGAS

    GUSTAV WEBER

    JERRY YOUNG and ALICE YOUNG

    MARY L. BARNETT

    TOMMIE BIBB and JEWEL C. BIBB

    AUDREY K. BRISCOE and BERYL BUCKMAN

    CHARLES V. and HELEN D. BRUCE

    JOE CUCCIO

    PROBERT W. DAGER and MARY J. DAGER,
    KUYKENDALL, HAROLD B. and ARDYS

3642

```
 1   THEODORE W. FISHER and ELIZABETH M. FISHER
 2   VANZO L. HERRIMAN, CARL H. HERRIMAN and HELYNE HERRIMAN
 3   LEVI W. and NORINE HOLCOMB
 4   GEORGE T. JEFFRIES, ELEANOR JEFFRIES, ALEX N.
     JONES and MARILYN M. JONES
 5
 6   KING, ARTHUR A.,
 7   RALPH E. and MAYBELLE ORR
 8   IRA O. RAIL and MARION O. RAIL
 9   N. W. TOMLIN, D. C. TOMLIN, and MRS. ESTER PHILLIPS
10   ALLEN W. WILLIAMS and GLADYS WILLIAMS
11   WALTER E. CRANE and EDNA M. CRANE
12   ROBERT L. ENGLEMAN, and HELEN M. ENGLEMAN
13   ROY FLOWERS and ETHEL FLOWERS
14   HARRY R. LUSH and CHARLOTTE L. LUSH
15   THOMAS E. MORRIS and SARAH E. MORRIS
16   IDA M. PETTIT and MAUDE P. VORE
17   ELLIOTT E. STAUDE and DEWES S. STAUDE
```

DATED: June 2, 1958

/s/ William H. Veeder

2.

2643