LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

Attorneys for Defendants

(SPACE BELOW FOR FILING STAMP ONLY)

FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, ET. AL.,

    DEFENDANTS

No. 1247- SD - C

MOTION OF DEFENDANTS FRANZ R. SACHSE AND ROWENA SACHSE FOR SUMMARY JUDGMENT

    Defendants Franz R. Sachse and Rowena Sachse move the Court pursuant to the provisions of Rule 56, Federal Rules of Civil Procedure, to enter a summary judgment in the defendant's favor dismissing the action of the plaintiff United States of America as against these defendants, and quieting the title of these defendants to the water rights set forth in their Answer herein against all claims of the plaintiff. This Motion is made upon the ground that there is no genuine issue as to any material fact between plaintiff and defendants, and defendants are entitled to judgment as a matter of law.

    This Motion is based upon the following:

    A. On April 29, 1958 defendants filed with the Court and served upon plaintiff their Request for Admissions under Rule 36, which Request set forth all of the essentials of defendant's case herein. Plaintiff has not answered said Request for Admissions and the statements therein contained are thereby

- 1 -

8658

1 deemed to be admitted by Plaintiff under the provisions of said
2 Rule 36.
3     b. By reason of the said Admissions of plaintiff
4 there remains no triable issue between plaintiff and these
5 Defendants.
6 Dated June 4, 1958.    SACHSE and PRICE

By _____
Attorneys for Defendants
Franz R. Sachse and
Rowena Sachse.

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 2 -

3659

MEMORANDUM OF POINTS AND AUTHORITIES

I

"A party against whom a claim, counterclaim or cross-claim is asserted or a declaratory judgment is sought may, at any time, move with or without supporting affidavits for a summary judgment in his favor as to all or any part thereof."

Rule 56, (b) Federal Rules of Civil Procedure.

II

Matters concerning which an admission is requested under Rule 36 "...shall be deemed admitted unless within a period designated in the request, not less than 10 days after the service thereof....." the party to whom the request is addressed admits, denies or objects to such request.

Rule 36, (a) Federal Rules of Civil Procedure.

III

"A motion for summary judgment may be predicated upon the admissions (under Rule 36) and granted where the movant is entitled to judgment on the basis of the facts actually admitted; or on the facts deemed admitted, either because of the adverse party's failure to serve a sworn response or to object as provided in Rule 36.". (Citing Cases).

Moore: Federal Practice, Vol. 6, page 2082.

IV

Motion for Summary judgment may properly be used in cases to quiet title to real property, and may be granted to a defendant in such actions.

Sabin vs Home Owners Loan Co. (CCA, 10th) 1945, 151 F. (2d) 541, certiorari denied 328 US 840.

Fife vs Barnard (CCA 10th) 1951, 186 F. (2d)655;

V

The facts established by the admissions (failures to deny) on file dispose of all issues between these defendants and

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 1 -

3660

plaintiffs:

    A. Irrigable acreage is established.

    B. Water duty is established.

    C. Riparian character of Parcel One is established.

    D. The fact that the ground waters underlieing Parcel two are percolating ground waters is established.

Upon those admitted facts the Court should enter its judgment determining that the defendants are the owners of correlative rights to the use of the percolating ground waters underlieing Parcel Two, and correlative rights to the use of the waters of the intermittent stream described in Parcel One.

Dated June 4, 1958

                          SACHSE and PRICE

                          By *[signature]*
                              FRANZ R. SACHSE

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 2 -