LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

(SPACE BELOW FOR FILING STAMP ONLY)

FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

Attorneys for **Defendants**

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

        Defendants,

STATE OF CALIFORNIA,

        Intervening Defendant.

No. 1247-SD-C

MOTION FOR ORDER
REQUIRING PRODUCTION
OF DOCUMENTS

     Defendant Fallbrook Public Utility District moves the court for an Order requiring plaintiff, the United States of America, to produce and to permit this defendant to inspect and to copy the following documents:

     All Reports of Boards of Officers or other responsible officials or employees of the United States made prior to the acquisition of the Rancho Santa Margarita by the United States, dealing with the suitability of the said Rancho for a military reservation and with the extent of the water rights of the said Rancho. Defendant has specific reference to the Report testified to by Col. Elliott B. Robertson USMC, before the House Interior and Insular Affairs Committee, in Washington, D. C., May 2, 1958, as reported on pages 125-126 of the Reporter's Transcript of said proceedings.

The Commandant of the Marine Corps, United States of America, has the custody, possession and control of the foregoing documents. Each of them constitutes evidence, or contains evidence relevant and material to the issues herein, as more specifically stated in the affidavit of Franz R. Sachse hereunto attached.

Dated: June 3, 1958.

SWING, SCHARNIKOW & STANIFORTH
SACHSE and PRICE

by [signature]