LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RAndolph 8-1154

(SPACE BELOW FOR FILING STAMP ONLY)

FILED

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br>　　　　Defendants,<br>STATE OF CALIFORNIA,<br>　　　　Intervening Defendant. | No. 1247-SD-C<br>AFFIDAVIT OF FRANZ R. SACHSE IN SUPPORT OF MOTION TO PRODUCE DOCUMENTS |

STATE OF CALIFORNIA    )
                                        ) SS
County of San Diego    )

　　　FRANZ R. SACHSE, being first duly sworn, deposes and says:

　　　He is one of the attorneys for Defendant Fallbrook Public Utility District in the within proceedings, and he makes this affidavit in behalf of said defendant for the reason that he is better informed on the subject matter thereof than any of the officers or employees of said Defendant or any of his co-counsel in the matter.

　　　The United States of America, plaintiff herein, has repeatedly asserted through William H. Veeder, its attorney in these proceedings, that among the claims to the rights to the use of water it asserts herein are rights based upon alleged appropri-

- 1 -

1  ative rights acquired by its predecessor in interest, Rancho Santa
2  Margarita, through non-statutory appropriations under the laws of
3  California accomplished prior to December 19, 1914. Affiant is
4  informed and believes that no such appropriative rights were ever
5  owned by or asserted by the said Rancho Santa Margarita, and bases
6  his belief upon the following facts:

7     1. The case of Rancho Santa Margarita vs. Vail, No. 42850,
8  Superior Court of the State of California in and for the County of
9  San Diego was an adjudication suit between the predecessor of the
10 United States and other claimants to the waters of the Santa Mar-
11 garita River. The appellate decision in said case is reported at
12 11 Cal. (2d) 501, 81 Pac. (2d) 533, the last-cited report of said
13 case being 33 pages in length. Nowhere in said report is there
14 any indication that the Rancho Santa Margarita ever claimed or
15 asserted any appropriative rights to use of the waters of the
16 Santa Margarita River.

17     2. Affiant has examined the briefs of the parties to said
18 case, and nowhere in said briefs does affiant find any assertion by
19 the Rancho Santa Margarita that it claimed any appropriative rights
20 to the use of the waters of the Santa Margarita River.

21     3. On June 30, 1948 the United States of America, plaintiff
22 herein, filed with the State of California, its application Number
23 12576 to appropriate un-appropriated water of the Santa Margarita
24 River. In said Application the United States did not assert the
25 existence of any appropriative rights.

26     4. On December 16, 1947, the United States of America
27 appeared as a Protestant to the Application of the Vail Company,
28 No. 11518, to appropriate un-appropriated waters of the Santa
29 Margarita River. In such Protest, the United States did not assert
30 or claim any appropriative rights.

31     5. On December 16, 1947 the United States of America
32 appeared as a Protestant to the Application No. 11586 of the Fallbrook

LAW OFFICES
SACHSE AND PRICE

1  Public Utility District to appropriate un-appropriated water of the
2  Santa Margarita River. In such Protest the United States did not
3  assert or claim any appropriative rights.
4      6. The United States filed written Protests to the
5  following Applications of the Fallbrook Public Utility District to
6  appropriate unappropriated water of the Santa Margarita River:
7  No. 11587, No. 12178 and No. 12179. In none of those Protests did
8  the United States assert or claim any appropriative rights.
9      7. The United States filed a written Protest to
10 Application No. 11578 of the Santa Margarita Mutual Water Company
11 to appropriate unappropriated water of the Santa Margarita River.
12 In such Protest, the United States did not assert or claim any
13 appropriative rights.
14      On 2 May 1958, Col. Elliott B. Robertson, USMC,
15 appeared before the Interior and Insular Affairs Committee of the
16 House of Representatives of the United States and testified that
17 prior to the acquisition of the Rancho Santa Margarita by the United
18 States a Board of Officers had considered the said Rancho as an
19 appropriate site for a Marine Base, and had, among other things,
20 considered the character and extent of water rights that could be
21 acquired by the United States by the purchase of said Rancho. An
22 extract of Col. Robertson's testimony is attached marked Exhibit A.
23 Affiant is informed and believes that at no time did the said
24 Board of Officers or any other responsible official of the United
25 States consider that the Rancho Santa Margarita owned any appro-
26 priative rights whatsoever, but on the contrary, affiant is
27 informed and believes that the claim of such rights is an after-
28 thought, originated by counsel for the United States in these
29 proceedings.
30      In view of the extreme practical difficulty of
31 proving a negative fact of this character, affiant has in behalf
32 of Defendant Fallbrook Public Utility District requested the United

LAW OFFICES

1 States to produce the Report of the Board of Officers referred
2 to above, and the United States through its attorney, William
3 H. Veeder, and through said Col. Elliott B. Robertson has
4 refused to produce said Report or to permit said defendant to
5 make a copy thereof or to take extracts therefrom.

　　　　　　　　　　　　　　　　　　　　　　　／s／ Franz R. Sachse

10 Subscribed and sworn to before me
11 on June 3, 1958
12 ／s／ Boron C. Bergstrom
13 Notary Public in and for said
14 County and State
15 My commission expires May 25, 1961

EXHIBIT A

"Colonel Robertson. There was a Board of Officers that went out and searched the country for a site for this purpose. That Board took into consideration all matters concerning the military and in that part of the country, the water supply.

That Board found that in their opinion there was plenty of water there. We bought the land by condemnation. It was handled by competent real estate men. I have talked to the attorney who handled the case, and he says that he was convinced in his own mind that we did pay for a considerable water right.

Mr. Utt. Well, there is no doubt that they bought and paid for a considerable water right, but did they take into consideration the United States Geological survey showing the flood waters that ran into the Pacific Ocean between 1924 and 1942, when it was acquired? Was it 1942?

Colonel Robertson. The Board of Officers took those matters into consideration and there is considerable discussion in their reports of those features.

Mr. Utt. Of those figures?

Colonel Robertson. Features; that is, the runoff features, and so on.

Mr. Utt. And that those figures show that in 1940 there were 117,000 acre-feet which ran into the ocean and they did say that according to that you would have lots of water?

Colonel Robertson. The legal aspects were also looked into, sir."

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 5 -

3669
EXHIBIT A