LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

Attorneys for Defendants

FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br>Defendants,<br>STATE OF CALIFORNIA,<br>Intervening Defendant. | No. 1247-SD-C<br><br>NOTICE OF MOTION TO PRODUCE DOCUMENTS |

PLEASE TAKE NOTICE that on 16 June, 1958 at 9:30 o'clock A.M., or as soon thereafter as counsel can be heard, at Courtroom Number 2, United States Customs and Court House, San Diego, California, defendant Fallbrook Public Utility District will move the Court for an Order requiring the United States of America, plaintiff herein, to produce and permit this defendant to inspect and to copy certain documents.

The Motion will be based upon the written Motion and upon the affidavit of Franz R. Sachse hereunto attached.

Dated: June 3, 1958.

SWING, SCHARNIKOW AND STANIFORTH

SACHSE and PRICE

by _____

3662

COPY RECEIVED