LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

Attorneys for **Defendants**

(SPACE BELOW FOR FILING STAMP ONLY)

FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
)
        Plaintiff, )   No. 1247-SD-C
)
vs. )   NOTICE OF MOTION
)
FALLBROOK PUBLIC UTILITY DISTRICT, )
ET AL., )
)
        Defendants. )

    PLEASE TAKE NOTICE that on 16 June 1958, at 9:30 o'clock A.M., or as soon thereafter as counsel can be heard, in Courtroom Number 2, United States Customs and Court House, San Diego, California, Defendant Fallbrook Public Utility District will move the Court for an Order compelling Plaintiff United States of America to answer under oath Defendant's Interrogatories, served on the United States 5 May 1958. On June 2, 1958 Plaintiff served upon this Defendant its purported answers to said Interrogatories none of which answers were sworn to as required by Rule 33, Federal Rules of Civil Procedure.

    This Defendant will further move the Court for an Order directing Plaintiff United States of America to furnish a more complete answer to Interrogatories 1 through 8 inclusive, the Answer of the United States being incomplete, evasive and non-responsive.

- 1 -

COPY RECEIVED

This Defendant will further move the Court for an Order directing Plaintiff to answer Interrogatories Nos. 10, 11a, 11c, 12d, 12i, and 14, all of which Plaintiff has refused to answer.

Dated: June 4, 1958.

        SWING, SCHARNIKOW & STANIFORTH

        SACHSE and PRICE

        by _____
        Attorneys for Fallbrook Public Utility District

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

AFFIDAVIT OF SERVICE ~~BY MAIL~~—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.    No. 1247-SD-C

Franz R. Sachse, being first duly sworn, says: That affiant, whose address is

1092 S. Main Street, Fallbrook, California

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached (1) Notice of Motion; (2) Notice of Motion to Produce Documents; Motion for Order Requiring Production of Documents; Affidavit of Franz R. Sachse in Support of Motion to Produce Documents (3) Memorandum of Points and Authorities (4) Motion of Defendants F.R. Sachse and Rowena Sachse

on the Plaintiff in said action, by personally serving the following:

(1) William H. Veeder  (2) George Stahlman  (3) John M. Cranston
(4) William B. Dennis

on June 4, 1958, at Fallbrook, San Diego County, California

Subscribed and sworn to before me this 4th day of June, 1958

_Bree C. Bergstrom_
Notary Public in and for said County and State

(SEAL)
Stuart's FORM 23

My Commission expires May 25, 1961    3672