```
                                            (SPACE BELOW FOR FILING STAMP ONLY)
        G. NORMAN KENNEDY
        415 SECURITY BUILDING
      234 EAST COLORADO STREET
      PASADENA, CALIFORNIA
          SYCAMORE 6-8144
            RYAN 1-6090
```



JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK

Attorney for   Defendants Ed M. Suderman
               and Doris Lucille Suderman

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> FALLBROOK PUBLIC UTILITY ) <br> DISTRICT, a public service cor- ) <br> poration of the State of California, ) <br> et al., ) <br> Defendants. ) | No. 1247-SD-C <br><br> FINDINGS OF FACT AND CON-CLUSIONS OF LAW |

This cause came on to be heard on motion of the defendants ED M. SUDERMAN and DORIS LUCILLE SUDERMAN for summary judgment against the plaintiff and in favor of said defendants pursuant to Rule 56 of the Federal Rules of Civil Procedure, and the court having considered the pleadings in the action, the affidavit of ED M. SUDERMAN, the request of said defendants for admissions of fact under Rule 36 of the Federal Rules of Civil Procedure and the admissions resulting from the failure of the plaintiff to serve upon said defendants a sworn statement either denying the matters upon which admissions were requested or setting forth reasons why plaintiff could not truthfully admit or deny those matters within the time allotted by said Rule 36; having heard oral arguments; having found that there is no genuine issue as to any material fact and no controversial question of fact to be submitted to the trial court;

THE COURT MAKES FINDINGS OF FACTS, as follows:

1. The defendants ED M. SUDERMAN and DORIS LUCILLE SUDERMAN are the owners of the following described real property:

FINDINGS OF FACT AND CONCLUSIONS OF LAW                    3682

-1-

The southwest quarter of the northwest quarter of Section 12, Township 9 South, Range 3 West, S.B.M., San Diego County, EXCEPT THEREFROM the easterly 750 feet thereof.

That portion of the southeast quarter of northeast quarter of Section 11, Township 9 South, Range 3 West, S.B.M., San Diego County, described as follows:

Beginning at northeast corner of southeast quarter of northeast quarter of Section 11, westerly along northern line of southeast quarter of northeast quarter a distance of 50 feet; thence southerly and parallel with easterly boundary line of said southeast quarter of northeast quarter a distance of 100 feet; thence easterly and parallel with northern boundary line of said southeast quarter of northeast quarter a distance of 50 feet to the easterly boundary line of said southeast quarter of northeast quarter; thence northerly along the said easterly boundary line a distance of 100 feet to the point of beginning.

2. Said described land includes ten (10) acres of arable and irrigable land.

3. A reasonable water duty for said land is 4.2 acre feet per acre per year.

4. Rainbow Creek runs through, in and upon the said described land.

5. Said described land is riparian to Rainbow Creek.

IT IS CONCLUDED AS A MATTER OF LAW THAT:

1. The defendants ED M. SUDERMAN and DORIS LUCILLE SUDERMAN are proprietors of the riparian rights incident to and part and parcel of their ownership of said described land.

2. Said defendants own said riparian rights and are entitled to the use of same and entitled to share in the use of same correlatively with other parties to this action in accordance with said riparian rights.

Dated:

ENTER:

_____
Judge

LAW OFFICES
G. NORMAN KENNEDY
PASADENA, CALIFORNIA

3683