(SPACE BELOW FOR FILING STAMP ONLY)

G. NORMAN KENNEDY
415 SECURITY BUILDING
234 EAST COLORADO STREET
PASADENA, CALIFORNIA
SYCAMORE 6-8144
RYAN 1-6090

**LODGED**

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ..........................
Deputy Clerk

Attorney for   Defendants Ed M. Suderman
and Doris Lucille Suderman

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>     v.                               )<br>                                      )<br> FALLBROOK PUBLIC UTILITY             )<br> DISTRICT, a public service cor-      )<br> poration of the State of California, )<br> et al.,                              )<br>            Defendants                ) | No. 1247-SD-C<br><br>JUDGMENT ORDER ON MOTION<br>FOR SUMMARY JUDGMENT BY<br>ED M. SUDERMAN AND DORIS<br>SUDERMAN |

This cause came on to be heard on motion of the defendants ED M. SUDERMAN and DORIS LUCILLE SUDERMAN for summary judgment against the plaintiff and in favor of said defendants pursuant to Rule 56 of the Federal Rules of Civil Procedure, and the court having considered the pleadings in the action, the affidavit of ED M. SUDERMAN, the request of said defendants for admissions of fact under Rule 36 of the Federal Rules of Civil Procedure and the admissions resulting from the failure of the plaintiff to serve upon said defendants a sworn statement either denying the matters upon which admissions were requested or setting forth reasons why plaintiff could not truthfully admit or deny those matters within the time allotted by said Rule 36; having heard oral arguments; having found that there is no genuine issue as to any material fact and no controversial question of fact to be submitted to the trial court; and having concluded that said defendants are entitled to judgment as a matter of law,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff

JUDGMENT ORDER
-1-

take nothing by its complaint; that the action be and it is hereby dismissed on the merits as to the defendants ED M. SUDERMAN and DORIS LUCILLE SUDERMAN.

Dated:

ENTER:

_____
Judge