Bruce A. Tomlinson and Julia M. Tomlinson
Defendants in propria persona

3716 W. Century Blvd.
Inglewood 2, Calif.

FILED
JUN 6- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
                 Plaintiff,
        v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
                 Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
Bruce A. Tomlinson
    and
Julia M. Tomlinson

The defendants, Bruce A. Tomlinson and Julia M. Tomlinson each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS
                            approx.
    These defendants own 3.8 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED  INDEXED

12413

This answer to complaint # 1247-SD-C, to be amended later by an assay report from the "Office of Ground Water Resources, Camp Pendleton".

I have selected my parcel of 3.8 acres as a place to build a modern five room home. We had hoped to irrigate about two acres for a small garden and some trees. We intend to retire here, and certainly without water that would be impossible. We have been on our property almost every week end for three years and intend to be here permanantly very soon.

My well is 42 feet 9 inches deep now and I claim the right to go deeper in this well and also to sink another well later if needed for my use. I only have 3.8 acres.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Bruce A. Tomlinson

Julia M. Tomlinson

Defendants in propria persona

Dated: 6-4-58

12414A

"Exhibit A"

Property Description

That portion of the Northeast quarter of the Southeast quarter of Section 5, Township 8 South, Range 1 East, San Bernardino Base and Meridian, as shown by United States Government Survey, described as follows:

Beginning at the Northwest corner of the Northeast quarter of the Southeast quarter of said Section; thence along the Northerly line of the Northeast quarter of the Southeast quarter of said Section, 250 feet to the Westerly line of the County Road; thence Southwesterly along the Westerly line of said County Road to the Southwest corner of the Northeast quarter of the Southeast quarter of said Section; thence Northerly along the Westerly line of the Northeast quarter of the Southeast quarter of said section, to the point of beginning.

"Exhibit A"

12414