*Franklin D. Acker and Jane A. Acker*
Defendants in propria persona
P O B 861 Fallbrook, Cal.

F I L E D

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *M. Williams* ........
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                   )  CIVIL NO. 1247- SD - C
          Plaintiff, )
                   )  ANSWER OF DEFENDANTS
    v.             )
                   )  *Franklin D. Acker*
FALLBROOK PUBLIC UTILITY   )  *and*
DISTRICT, ET AL,         )  *Jane A. Acker.*
         Defendants. )

     The defendants,

each severing from their co-defendants and each for himself or her-

self alone, in answer to the Complaint and Supplementary and Amenda-

tory Complaint on file herein, admit, deny, and allege:

           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                 AMENDATORY COMPLAINT

     These answering defendants hereby incorporate by reference

all of the allegations contained in the answer to said Complaint and

Supplementary and Amendatory Complaint filed in this case by Newton

T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

of the portion thereof entitled "Affirmative Statement of Rights")

and make each and all of said allegations a part of this answer

the same as if herein set forth at length.

12415

21 That portion of the Southeast Quarter of the Northeast Quarter of
Section 24, Township 9 South, Range 4 West, San Bernardino Meridian,
22 in the County of San Diego, State of California, according to United
States Geovernment thereof, described as follows:

23

Beginning at a point on the South line of said Northeast Quarter,
24 distant 215 feet West of the Southeast corner of said Northeast
Quarter; thence North and parallel with the East line of said Section
25 24 a distance of 400 feet to the Northeast corner of the parcel of
land conveyed to Erwin A. Robbins by deed dated June 6,1922 and re-
26 corded in Book 894 Page 337 of Deeds, being also a point in the West
line of the County Roadas conveyed to said County of San Diego by deed
27 dated September 24,1913 and recorded in Book 500 Page 234 of Deeds;
thence West at right angles being along the North line of said land
28 of Robbins 203.70 feet to the Northwest corner thereof, being on a
line parallel with and distant 418.70 feet West of the East line of
29 said Section 24; thence North along said parallel line 117.50 feet
to the Northwest corner of the tract of land conveyed to Laura V.
30 Lillie by deed recorded May 31,1946 in Book 2139 Page 71 of Official
Records, and the true point of beginning; thence continuing North
31 along said parallel line 143.65 feet (record 142.50 feet) to the
center line of the Easterly extension of Alvarado Street as said
32 Street is shown on Map of West Fallbrook; thence East along said
extension of the center line of Alvarado Street 50 feet to the
Northwest corner of the tract of land conveyed to Peter C. Jacoby
by deed dated November 17,1924 and recorded December 3, 1924 in Book
1047 Page 361 of Deeds; thence South along the West line of Jacoby's
land 143.65 feet more or less, to the Northeast corner of said
Lillies' land; thence West along the North line of said land 50 feet
to the true point of beginning.

12415A

## One Man's Answer

With thousands of defendants being served in the Fallbrook area, the Enterprise has been asked many times to make suggestions about how to go about answering the summons in the federal suit.

At the risk of incurring the wrath of the bar association, articles have been printed that gave some guides in how to make answers, but we have had to be necessarily vague. In some case, where individuals have less than one-half acre of land and one house, some people have accepted the U. S. Offer of Settlement. Others in a water district who use only purchased water, but have potential for development of some of their own water, have been in a quandary.

One local citizen who has evolved his own answer is Dr. Lincoln Rogers, who has written a number of articles concerning the federal suit. Rogers offers the following suggestion.

Full text of this article follows:

●   ▽   ●

From the questions and commendations received since the publication of two former articles appearing in the Fallbrook Enterprise, it has occured to me that some of you may be interested in learning how I propose to answer in Court, if and when the case against me and my wife is called.

I shall take the answer to the complaint retained from the five filled in for reference and the following:

I, Lincoln Rogers, appearing for myself and for my wife, Elizabeth B. Rogers, defendants in this action,

DECLARE: That this action against these defendants is unjust, illegal, and without probable cause; that they have at no time done anything detrimental to the interests of the plaintiff;

That at no time have they taken any water from a well or stream or spring, nor impounded any water upon the lands described in their answer to this complaint;

●   ▽   ●

That at all times they have brought all the water used upon each and every one of these described properties, for all purposes, including water for domestic purposes and for the irrigation of their crops planted upon said lands, from the Fallbrook Public Utility District, a political subdivision of the County of San Diego State of California, organized for the purpose of supplying water to those living within its boundaries; and that as citizens they claim the right to the continuation of that use from the same or any other source.

WHEREFORE, we the aforesaid defendants in this action, having been sued by the plaintiff without probable cause, pray the Court for the relief specified in the answer of these defendants in this case, including damages as therein asked for.

(If the defendants had taken part of their water supply from another source they would so have stated.)

●   ▽   ●

I have heard of several who do not intend to be represented in court, either by attorney or in person. This failure could result in a default judgment being entered against such defendant. We must fight this arbitrary unprecedented, illegal, confiscatory action againt probably 5000

12416

19  WHEREFORE, these defendants pray that plaintiff take
nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.



Defendants in propria persona

Dated: *June 3rd, 1958*

12416