Earl L. Anderson and Frankie N. Anderson
Daniel W. Eckerman and Gladys M. Eckerman
Francis Frakes and Aileen Isabell Fosnaugh
Gladys R. Gauldin and Richard R. Gauldin
Mabel A. Peterson and Richard A. Peterson
Julia H. Schryer and Wilfred L. Schryer
Irene K. Stroud and Robert A. Stroud

**Defendants in propria persona**
1702 Sequoia Avenue, Apt. #6
Burlingame, California

FILED
JUN 6- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )   CIVIL NO. 1247 - SD - C
           Plaintiff,       )   ANSWER OF DEFENDANTS
    v.                      )   Above named
FALLBROOK PUBLIC UTILITY    )
DISTRICT, ET AL,            )
           Defendants,      )

The defendants, above named, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1206.21 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED    INDEXED

12417

1      This land is riparian land; it can be used for grazing cattle and
2  for raising turkeys, chickens and fowl, and parts of said land may be
3  tillable.  Defendents have obtained water from a spring located on the
4  property, and claim the right to take water from all springs located
5  on the property.  Defendents claim the right to subsurface and percolating
6  water of all kinds on the property and wish to reserve the right to drill
7  wells at a later date to obtain water.

18      WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

| Date | Signature |
|---|---|
| May 23, 1958 | Daniel W. Eckerman |
| May 23, 1958 | Gladys M. Eckerman |
| May 24, 1958 | Earl L. Anderson |
| May 24, 1958 | Frankie N. Anderson |
| May 26, 1958 | Richard R. Gaulden |
| May 26, 1958 | Gladys R. Gaulden |
| May 27, 1958 | Richard A. Peterson |
| May 27, 1958 | Mabel A. Peterson |
| May 27, 1958 | Frances Frakes |
| May 28, 1958 | Robert A. Stroud |
| Dated: May 27, 1958 | June K. Stroud |
| June 2 | Julia H. Schuyler |
| June 2 | Wilfred L. Schuyler |
| June 2-1958 | Aileen Isabell Fosnaugh |
|  | By Wallace M. Nelson, Fosnaugh attorney |

Defendants in propria persona

12418

EXHIBIT A

San Bernardino Base and Meridian, California

T. 8 S., R. 5 W.,

all of fractional Sec. 34

all of Sec. 35

12419