ORIGINAL

FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Samuel W. Bennett and Mary Stockdale Bennett
Defendants in propria persona
R. 2 Box 51
Fallbrook Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 1247- SD - C |
| Plaintiff, ) | |
| v. ) | ANSWER OF DEFENDANTS Samuel W. Bennett and Mary Stockdale Bennett |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, ET AL, ) | |
| Defendants. ) | |

The defendants, Samuel W. Bennett and Mary Stockdale Bennett each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 20.11 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

1

12420

INDEXED

COPY RECEIVED

1  Defendants lands are riparian to the Santa Margarita River and
2  they have the rights to the use of water of said river; in addition
3  therto said lands are subject to overlying rights to the use of water.

18         WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

Samuel W. Bennett
Mary Stockdale Bannett

Defendants in propria persona

Dated: June 3 1958

12421

EXHIBIT "A"

That portion of the North half of the North half of the Northeast Quarter of Section 8, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows:

Beginning at the Northwest corner of said Northeast Quarter thence along the West line of said Northeast Quarter South 1°21'30" East 641.54 feet to the Southwest corner of said North half of the North half; thence along the South line of said North half of North half North 88°40'40" East 1414.00 feet; thence North 12°40'20" West 663.46 feet to the North line of said Section 8; thence along said North line South 88°16'40" West 1283.87 feet to the point of beginning.

12422