FOREST J. BRADY

Defendants in propria persona

1088 Laguna Drive, Carlsbad, California

F I L E D

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247- SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | FOREST J. BRADY |
| Defendants. | |

The defendants, Forest J. Brady each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 19 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED   INDEXED

12423

19 A      AFFIRMATIVE STATEMENT OF RIGHTS

I

1. The answering defendants own 19 acres of land situated within the watershed of the Santa Margarita River. More particulary described on separate sheet.

II

Most of this land has been farmed for many years, by row crops, citrus trees, various fruits and permanent pasture. The defendants have irrigated this land in the past by pumped water from wells and storage reservoirs. The defendants claim riparian rights to several springs that have been used for many years.

The defendants states that all water has been used beneficially on their property, therefore they also claim the ground water to the property and the right to drill or dig wells that are needed to supply water for this land in the future.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Forest J. Brady*
FOREST J. BRADY

Defendants in propria persona

Dated:

June 3, 1958

12424

"EXHIBIT A"

The Southeast Quarter of the Northeast Quarter of Section 1, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879,

EXCEPTING THEREFROM the North 15 acres thereof.

ALSO EXCEPTING therefrom that portion of said Southeast Quarter of the Northeast Quarter described as follows:

Beginning at the Southwest corner of said Southeast Quarter of Northeast Quarter; thence along the West line of said Southeast Quarter of the Northeast Quarter North 00° 40' 40" West 156 feet to the true point of beginning; thence continuing along said West line North 00° 40' 40" West 699.70 feet to the South line of the North 15 acres of said Southeast Quarter of Northeast Quarter as conveyed to Frank Boren by deed recorded in Book 854, page 63 of Deeds; thence along said South line of Boren land North 89° 25' East 474.88 feet to the center line of Mission Road No. 1-C; thence along said center line South 18° 54' West 89.53 feet to the beginning of a curve concave Easterly having a radius of 1,000 feet; thence Southerly along said curve 180.35 feet to the end thereof; thence to a tangent to said curve South 08° 34' West 425.55 feet to the beginning of a curve concave Westerly having a radius of 700 feet; thence Southerly along said curve 23.21 feet to a line which bears from the true point of beginning parallel with the South line of said Southeast Quarter of Northeast Quarter North 89° 48' 10" East; thence along said parallel line South 89° 48' 10" West 327.60 feet to the true point of beginning;

ALSO EXCEPTING therefrom that portion of said Southeast Quarter of the Northeast Quarter described as follows;

Beginning at the Southwest corner of said Southeast Quarter of Northeast Quarter; thence along the West line of said Southeast Quarter of Northeast Quarter North 00° 40' 40" West 156 feet; thence parallel with the South line of said Southeast Quarter of Northeast Quarter North 89° 48' 10" East 327.60 feet to the center line of San Diego County Highway Commission Mission Road according to Map thereof on file in the office of the County Surveyor of said San Diego County, said point being in a curve concave Westerly having a radius of 700 feet, the radial line through said point bears 79° 22' 28" East; thence Southerly along said curve 163.98 feet to the South line of said Southeast Quarter of Northeast Quarter; thence along said South line South 89° 48' 10" West 277.00 feet to the point of beginning.

12425