Walter M. Breining and Lucille V. Breining
Defendants in propria persona
Route 2, Box 103
Fallbrook, California

FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
    Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
Walter M. Breining and
Lucille V. Breining

The defendants, Walter M. Breining and Lucille V. Breining each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own one town lot in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described as follows: Lot Eight (8) Block Thirty-six (36) of West Fallbrook, according to Map No. 567 filed in the office of the Recorder of San Diego County, California, October 9th, 1888.

INDEXED
COPY RECEIVED

12426

These defendants claim that any and all water that can be produced or extracted from the real property described herein is local water and is not part of the surface or subsurface flow of the Santa Marguerita River or any tributary of the Santa Marguerita River or of any tributary of any tributary of the Santa Marguerita River and that said water doest not tend to support or is it supported by the flow of the Santa Marguerita River or any tributary thereof. Defendants therefore claim the right to any and all water that can be produced or extracted from the real property described herein.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Walter M. Breuning*

*Lucille V. Breuning*

Defendants in propria persona
Route 2, Box 103
Fallbrook, California

Dated: June 4th, 1958.