F. A. Burnham and Vera E. Burnham

Defendants in propria persona
P. O. Box 24, Murrieta, California.

FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _illegible_
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br><br>　　　　　　Defendants, | CIVIL NO. 1247 - SD - C<br><br>ANSWER OF DEFENDANTS<br><br>F. A. Burnham and Vera E. Burnham |

The defendants F. A. Burnham and Vera E. Burnham each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2/3 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

12428

1  Defendants report approximately two-thirds (2/3) acre of land on
2  which are two cottages. One (1) fifty-two (52) foot well is
3  supplying both with domestic water and irrigating thirty (30) trees,
4  many shrubs and approximately three thousand three hundred (3300)
5  square feet of lawns. Defendants expect to have to deepen present
6  well as all surrounding wells are deeper.
7  Defendants ask privilege of reserving right to put well down on the
8  second cottage area, should it become necessary to sell either house.
9  Defendants therefore claim five (5) acre feet of water for this
10 property.

   WHEREFORE, these defendants pray that plaintiff take
nothing against them by reason of the Complaint and Supplementary
and Amendatory Complaint on file herein; that said Complaint be
dismissed as against these defendants; that defendants' right to
water, as hereinabove set forth, be quieted as against the plain-
tiff and against all other defendants in this action; and for such
other and further relief as the Court may deem proper.

*F. A. Burnham*

*Vera E. Burnham*

Defendants in propria persona

Dated: June 3rd, 1958

12429

"Exhibit A"

That portion of Lot 13 of the Murrieta Portion of the Temecula Rancho, as shown by map on file in Book 8 page 359 of Maps, San Diego County Records, described as follows:

Beginning at a point in the center line of Juniper Street 624 feet Southwester ly from the intersection of the center line of Adams Avenue with the center line of said Juniper Street; thence at right angles Northwesterly 240 feet; thence at right angles Southwesterly, 125 feet to a point 574 feet Northeasterly, measured at right angles from the Northeasterly line of Washington Avenue; thence at right angles Southeasterly, 240 feet to the center line of Juniper Street; thence Northeasterly on the center line of Juniper Street to the point of beginning;

EXCEPTING therefrom the right of way for Juniper Street. 12429A