FILED

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William H. [illegible]

MELVIN E. FLOYD and ESTELA G. FLOYD
Defendants in propria persona
"A" Co. 1st RT. Bn. Marine Corps Recruit Depot, San Diego, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )   CIVIL NO. 1247 - SD - C
                                     )
            Plaintiff,               )   ANSWER OF DEFENDANTS
                                     )   MELVIN E. FLOYD and ESTELA G. FLOYD
    vs.                              )
                                     )
FALLBROOK PUBLIC UTILITY             )
DISTRICT, ET AL,                     )
                                     )
            Defendants,              )

The defendants, MELVIN E. FLOYD and ESTELA G. FLOYD each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own one acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

12430

The defendants one (1) acre is to be used for a home-site, Approximately forty (40) fruit trees and family garden.

Defendants claim the right to use 750,000 gallons of water per year.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Estela G. Floyd*

*Melvin E. Floyd*

Defendants in propria persona

Dated: 2 June 1958

12431

EXHIBIT "A"

These answering defendants own one (1) acre of land described as follows:

Those portions of Lot 4, Section 24 and Lot 1, Section 25, all in Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Goverment Survey approved June 11, 1880, described as a whole as follows: Beginning at the Northeast corner of said Lot 1, Section 25; thence along the East line of said Lot 1, South 0°32' East 141.11 feet; thence North 88°57'30" West 233.18 feet; thence parallel with said East line of Lot 1 and its Northerly prolongation North 0°32' West 186.87 feet to the South line of the tract of land conveyed to J.C. Mount, et ux, by deed recorded in Book 1375 page 475 of Official Records; thence along said South line South 88°57'30" East 233.98 feet to the East line of said Lot 4; thence along said East line South 0°28' West 47.75 feet to the So Southeast corner of said Lot 4 and point of beginning.

*Estela G. Floyd*
*Melvin E. Floyd*

2 June 1958

12432