FILED
JUN 6- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ Deputy Clerk

1  Beatrice A. & Steven K. Gumpfer
   Defendants in propria persona
2  501 El Centro St.,
3  South Pasadena, Calif.

4             IN THE UNITED STATES DISTRICT COURT
5             SOUTHERN DISTRICT OF CALIFORNIA
6                    SOUTHERN DIVISION

7  UNITED STATES OF AMERICA,           )   CIVIL NO. 1247 - SD - C
8                                      )
              Plaintiff,                )   ANSWER OF DEFENDANTS
9       v.                             )
                                       )   Beatrice A. Gumpfer
10 FALLBROOK PUBLIC UTILITY            )   Steven K. Gumpfer
11 DISTRICT, ET AL,                    )
                                       )
12            Defendants,               )

13      The defendants Beatrice A. & Steven K. Gumpfer
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
              AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own 160 acres of land in Riverside
27
   County, California, and within the watershed of the Santa Margarita
28
   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31

32

                                                    12433

COPY RECEIVED INDEXED

We own 160 Acres in Riverside County Township 7 South, Range 2 East, San Bernardino Base and Meridian

We have one well on section 22 for domestic use; and reserve the right to drill for water at a later date.

We claim these prescriptive rights due to the fact that we can raise Alphalfa, Barley, Wheat & Oats or small grains — all of which need irrigation in dry years. Therefore, we feel that we are entitled to at least (4) four Acre feet of water per Acre.

We irragate no land at present time.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Beatrice A. Gumpfer*
*Stevens K. Gumpfer*
Defendants in propria persona

Dated: June 3, 1958

12434

## Exhibit A

### Legal Description of our Property.

Government Lots 1 and 2 and the South half of the Northeast quarter of Section 22, Township 7 South, Range 2 East, San Bernardino Base and Meridian.

12435