Etta Hamilton
P. O. Box 673
Fallbrook, California.

Defendants in propria persona

F I L E D

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )   CIVIL NO. 1247 - SD - C
                                    )
                Plaintiff,          )   ANSWER OF DEFENDANTS
                                    )
        v.                          )        ETTA HAMILTON
                                    )
FALLBROOK PUBLIC UTILITY            )
DISTRICT, ET AL,                    )
                                    )
                Defendants,         )

The defendants, Etta Hamilton
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 8 plus acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

12436

# SCHEDULE A

1. The title to said land is, at the date hereof, vested in

       Etta Hamilton,
    an unmarried woman.

2. Description of the land, title to which is insured by this Policy:

   All that portion of the Southwest Quarter of the Southeast Quarter of Section Seventeen, Township Nine South, Range Three West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:
   Beginning at the Northeast corner of the West 25 acres of said Southwest Quarter of the Southeast Quarter of Section 17; thence South 0° 52' 20" West along the East line of said West 25 acres 654.20 feet to the Northeasterly corner of the parcel of land conveyed to Fred J. Stewart and wife by Deed dated January 11, 1944, and recorded in Book 1629, page 35 of Official Records; thence along the Northerly line of said land conveyed to Stewart North 66° 15' 40" West 244.55 feet, and North 89° 15' West 267.94 feet to the Northwest corner thereof, being a point on the East line of the reservoir site of the Fall-Brook Public Utility District, as shown on Record of Survey Map No. 1071, distant thereon North 0° 45' East, 120 feet from the Southeast corner of said site; thence continuing along the boundary line of said reservoir site as follows: Northerly along a curve tangent to the preceding bearing and having a radius of 110 feet through a central angle of 36° 01' 30" for a distance of 69.17 feet to the beginning of a reverse curve to the left having a radius of 90 feet; thence Northerly, Northwesterly and Southwesterly along said curve, through a central angle of 170° 00' for a distance of 267.04 feet to the end thereof; thence South 46° 46' 30" West tangent to said curve 91.07 feet; thence leaving the boundary line of said reservoir site North 35° 25' 30" West 184.65 feet to a point on the center line of



Union Title Insurance and Trust Company

SAN DIEGO

2

12437

## SCHEDULE A - continued

United States Highway No. 395, which center line is on a curve concave to the Northwest and having a radius of 900 feet, and the radial line through said point bears South 21° 34' 50" East; thence Northeasterly along said curve 266.69 feet to the beginning of a compound curve, concave Northwesterly and having a radius of 600 feet; thence Northeasterly along said curve 137.36 feet to the end thereof; thence North 38° 19' 30" East tangent to said curve, 64.46 feet to the North line of said Southwest Quarter of the Southeast Quarter of Section 17; thence along said North line South 89° 05' East 420.27 feet to the point of beginning.



Union Title Insurance and Trust Company

SAN DIEGO

12438

Form 534

**The Fall Brook Public Utility District**

a corporation, of the City of San Diego, County of San Diego, State of California

For and in consideration of the sum of - - - - - - TEN AND NO/100 - - - - - - - - DOLLARS

**Does hereby grant to** Etta Hamilton, a widow,

**All that real property** situated in the
County of San Diego, State of California, bounded and described as follows:

All that portion of the Northwest Quarter of the Southeast Quarter of Section 17, Township 9 South, Range 3 West, S.B.M., lying South of the center line of U. S. Highway No. 395, as shown on Map of Mission Road 1-C as said road existed on January 2, 1945, in the County of San Diego, State of California, according to U. S. Government Survey approved September 11, 1879.

**Witnesseth:** That said corporation has caused this deed to be signed by its Vice-President and its Secretary and its corporate seal to be affixed hereto this 3rd day of July, 1966.

Fallbrook Public Utility District

E. J. _____
VICE-PRESIDENT

Katherine _____
SECRETARY

12439

Defendants claim all the right of overlying land owners and to water which may originate in or may be found on or under, or which may cross their land.

Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Etta Hamilton*

Defendants in propria persona

Dated: June 3, 1958

12440