F I L E D

JUN C - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William A. Ruiz_
DEPUTY CLERK

1 GEORGE R. HARRIS and ZERLENA HARRIS

2 Defendants in propria persona

3   1083 Heil Avenue
     El Centro, California

4

5          IN THE UNITED STATES DISTRICT COURT

6          SOUTHERN DISTRICT OF CALIFORNIA

7             SOUTHERN DIVISION

| | |
|---|---|
| 8 UNITED STATES OF AMERICA | )   CIVIL NO. 1247 - SD - C |
| 9         Plaintiff, | )   ANSWER OF DEFENDANTS |
| 10    v. | )   ANSWER TO COMPLAINT AND |
| | ) SUPPLEMENTARY AND AMENDATORY |
| 11 FALLBROOK PUBLIC UTILITY | )      COMPLAINT OF |
| DISTRICT, ET AL, | )   GEORGE R. HARRIS AND |
| 12        Defendants, | )    ZERLENA HARRIS |

13      The defendants, George R. Harris and Zerlena Harris,

14 each severing from their co-defendants and each for himself or herself

15 alone, in answer to the Complaint and Supplementary and Amendatory Com-

16 plaint on file herein, admit, deny, and allege:

17        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
           AMENDATORY COMPLAINT

18

19      These answering defendants hereby incorporate by reference all

20 of the allegations contained in the answer to said Complaint and Supple-

21 mentary and Amendatory Complaint filed in this case by Newton T. Bryant

22 and Willie Mae Bryant (excepting only Paragraphs I and II of the portion

23 thereof entitled "Affirmative Statement of Rights") and make each and all

24 of said allegations a part of this answer the same as if herein set forth

25 at length.

26           AFFIRMATIVE STATEMENT OF RIGHTS

       These defendants own 43 1/3 acres of land in San Diego

27 County, California, and within the watershed of the Santa Margarita River,

28 more particularly described in the document attached hereto, marked Exhibit

29 A, which is hereby incorporated by reference as a part of this statement.

30

31

32

                                  12441

COPY RECEIVED

INDEXED

1  Defendants own approximately 43 & 1/3 acres of Avocado land in San
   Diego County on which 5 acres are in Olive trees.  On this property
2  there is a well.  Defendants plan to plant this land to Avocado trees
   in the future, for which they claim the right to use as much water
3  as is available from their well.

4  Defendants claim all riparian rights to all waters percolating through
   their land, whether from the Santa Margarita River and its tributaries,
5  whether from springs, streams or wells, etc., and to take water from
   their land, whether for domestic, industrial, business or irrigation
6  purposes.

7  In addition to the claim and uses as herein made, the defendants claim
   all rights of overlying landowners to any water which may originate in,
8  or under, or cross their land.  Defendants claim the right to drill and
   to dig wells, and to exercise water reclamation and conservation prac-
9  tices as now or may be known in the future.

10 Defendants hereby incorporate the same as though set forth herein in full
   all of the Affirmative Defenses of the Fallbrook Public Utility District
11 on file in these proceedings.  Defendants claim all the above for all
   lands in which they have any financial interest whatsoever.
12
   FURTHERMORE, defendants pray the court to award them adequate damages
13 to reimburse them for the cost of preparing and prosecuting their defense,
   to alleviate the grievous physical, moral and intellectual suffering
14 inflicted upon them by this attempted acrimonious, confiscatory usurpa-
   tion of property rights, instituted against them by the agencies of the
15 United States Government.

16

17

18       WHEREFORE, these defendants pray that plaintiff take nothing

19  against them by reason of the Complaint and Supplementary and Amenda-

20  tory Complaint on file herein; that said Complaint be dismissed as

21  against these defendants; that defendants' right to water, as hereinabove

22  set forth, be quieted as against the plaintiff and against all other de-

23  fendants in this action; and for such other and further relief as the

    Court may deem proper.
24

25                            Signed  George R. Harris

26                            _____
                                    George R. Harris
27                            Signed  Zerlena Harris

28                            _____
                                    Zerlena Harris
29
                              Defendants in propria persona
30
                                  1083 Heil Avenue
31                                El Centro, California

32  Dated:  June 4 — 1958


                                                  12442

EXHIBIT A

Southeast Quarter of Northwest Quarter of Section
16 Township 9 South, Range 3 West, San Bernardino
Meridian.

12441A