```
                                                F I L E D

 1  Gerrit J. Horstman and Edith G. Horstman
    Defendants in propria persona                JUN 6- 1958
 2  P. O. Box 39, Murrieta, California.
                                              CLERK, U.S. DISTRICT COURT
 3                                            SOUTHERN DISTRICT OF CALIFORNIA
                                              By William W. Luddy
 4                                                          DEPUTY CLERK
                 IN THE UNITED STATES DISTRICT COURT
 5
                   SOUTHERN DISTRICT OF CALIFORNIA
 6
                          SOUTHERN DIVISION
 7
    UNITED STATES OF AMERICA,    )   CIVIL NO. 1247 - SD - C
 8                               )
                  Plaintiff,     )   ANSWER OF DEFENDANTS
 9                               )
         v.                      )
10                               )   Gerrit J. Horstman
    FALLBROOK PUBLIC UTILITY     )
11  DISTRICT, ET AL,             )           and
                                 )
12                Defendants,    )   Edith G. Horstman
```

The defendants Gerrit J. Horstman and Edith G. Horstman each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2 lots/tracts of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

12443

COPY RECEIVED   INDEXED

1  Defendants herewith report two (2) lots on which is their home,
2  garage, small shop, several small garden buildings, and rabbit hutches
3  containing approximately one hundred (100) rabbits. One (1) seventy-
4  three (73) foot well with an eight (8) inch casing supplies domestic
5  water for these, as well as seventy-seven (77) fruit and garden trees,
6  shrubs and flowers, and small home garden.
7  Defendants ask the right to protect the above property by deepening
8  this well should it ever become necessary.
9  Defendants claim five (5) acre feet of water for use on this property.

   WHEREFORE, these defendants pray that plaintiff take
nothing against them by reason of the Complaint and Supplementary
and Amendatory Complaint on file herein; that said Complaint be
dismissed as against these defendants; that defendants' right to
water, as hereinabove set forth, be quieted as against the plain-
tiff and against all other defendants in this action; and for such
other and further relief as the Court may deem proper.

*Gerrit J Horstman*
*Edith G Horstman*
           Defendants in propria persona

Dated:  June 3rd, 1958

12444

"EXHIBIT A"

In the County of Riverside, State of California:

Lots 14 and 15 in Block 2 of Doolittle's Addition to Murrieta, as shown by Amended Map No.2 on file in Book 14 page 663 of Maps in the office of the County Recorder of the County of San Diego, State of California.

12444A

