FILED

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
   DEPUTY CLERK

Robert E. Mapes and Evelyne Mae Mapes
Defendants in propria persona
1550 E. Mission Rd., Fallbrook, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )    CIVIL NO. 1247 - SD - C
                                    )
                Plaintiff,          )    ANSWER OF DEFENDANTS
                                    )    Robert E. Mapes and Evelyne Mae Mapes
     v.                             )
                                    )
FALLBROOK PUBLIC UTILITY            )
DISTRICT, ET AL,                    )
                                    )
                Defendants,         )

The defendants, Robert E. Mapes and Evelyne Mae Mapes each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                  AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

           AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1.6 acres of land in SanDiego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

12449

COPY RECEIVED INDEXED

Exhibit B

All of the lands of defendant are arable and irrigable. The lands of defendant are not riparian to any stream and do not abut upon any stream. The lands of defendant are improved with a dwelling and garage and approximately 1.6 acres of orchard. The lands of defendant overlie percolating ground waters not a part of any stream and defendant asserts full correlative rights to the use of the ground waters percolating beneath said lands.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Robert E. Mapes*

*Evelyne Mae Mapes*
Defendants in propria persona

Dated: May 23, 1958

12450

Parcel 1:

That portion of the South Half of the Southeast Quarter of the Southeast Quarter of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:
Beginning at the Northwest corner of said South Half of the Southeast Quarter of the Southeast Quarter; thence along the North line of said South Half, North 89°32'30" East 742.98 feet; thence South 33°28'40" West 378.84 feet; thence South 0°24'30" East 84.54 feet to the true point of beginning; thence parallel with the South line of said Section 18 South 89°35' West 100 feet; thence North 81°07' West 122.08 feet to the East line of the West 311.33 feet of said South Half of the Southeast Quarter of the Southeast Quarter; thence along said East line South 0°24'30" East 288.63 feet to the South line of said Section 18; thence along said South line North 89°35' East 120.48 feet to the Southwest corner of the parcel of land conveyed to Robert E. Mapes et ux, by deed recorded August 22, 1949 in Book 3294 Page 253 of Official Records; thence along the West line of said Mapes land North 0°24'30" West 263.00 feet to the Northwest corner of said Mapes land; thence along the North line of said Mapes land North 89°35' East 100 feet to the Northeast corner of said Mapes land; thence North 0°24'30" West 6.05 feet to the true point of beginning.

Parcel 2:

All that portion of the South Half of the Southeast Quarter of the Southeast Quarter of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, according to United States Government Survey approved September 11, 1879, described as follows:
Beginning at the Southwest corner of said South Half; thence along the West line of said South Half, North 0°24' West 667.52 feet to the North line of said South Half; thence thereon North 89°32'30" East 742.98 feet; thence South 33°28'40" West 378.84 feet; thence South 0°24'30" East 90.59 feet to the true point of beginning; thence continuing South 0°24'30" East 263.00 feet to the South line of said Southeast Quarter of the Southeast Quarter; thence thereon South 89°35' West 100.00 feet; thence North 0°24'30" West 263.00 feet to an intersection with a line which bears South 89°35' West from the true point of beginning; thence North 89°35' East 100 feet to the true point of beginning.

12451