

1  Jane A. Perry
   P. O. Box 5
2  Temecula, California

3  Defendant in propria persona

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Civil No. 1247 - SD - C |
| vs. | ) ANSWER OF DEFENDANT |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | ) |
| Defendant. | ) |

The defendant, severing from her co-defendants and for herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admits, denies and alleges:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

This answering defendant hereby incorporates by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

This defendant owns 4 acres of land in Riverside County, California and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit "A", which is hereby incorporated by reference as a part of this statement.

12400

COPY RECEIVED   INDEXED

II.

That said land described in said Exhibit "A" is all tillable land with the exception of that part of it now devoted to residential purposes; that said land is suitable for the growing of alfafa, deciduous trees, row crops and grains; that defendant has devoted a portion of said land, to wit; approximately one acre to residential purposes as aforesaid and has landscaped the residential area with shrubbery and other ground covers; that in addition, defendant conducts upon said premises a breeding kennel for the breeding of pure bred dogs.

III.

That defendant's predecessor in title prior to 1929 caused a well of approximately 300 feet in depth to be drilled upon said real property; that said well has been used for, since said date, the uses mentioned in the preceeding paragraph and is capable of supplying the necessary irrigation waters for the whole of said land described in said Exhibit "A"; that this defendant alleges that in connection with her present use of said premises, towit: for domestic use and for the use in connection with her kennel operations and the irrigation and beautifying of the one acre of said premises, 4.2 acre feet per annum is a reasonable and necessary amount of water; that this defendant alleges that the reasonable and necessary amount of water to be extracted from the sub-surface underlying her property for the use on the balance of her said property will require the use on an annual basis of an additional 4.2 acre feet, per acre, per annum; that the reasonable and necessary amount of water to be extracted from the sub-surface underlying defendant's property for the uses aforesaid to put to cultivation said land will require a total annual extraction of 16.8 acre feet per annum to be used upon said real property.

FOR A FURTHER, OTHER AND SEPARATE DEFENSE AND AFFIRMATIVE STATEMENT OF RIGHTS TO PLAINTIFF'S SUPPLEMENTARY AND AMENDATORY

COMPLAINT THIS ANSWERING DEFENDANT ALLEGES:

I.

Reallege and reaver each and every allegation contained in paragraph I of this answering defendant's first affirmative statement of rights above, as completely as though set forth in full herein.

II.

That this defendant's land described in Exhibit "A" hereto attached overlies a local water basin, and this defendant as an overlying owner of land has a paramount right to the percolating waters underlying her said real property to the extent of the water reasonably necessary for use on her overlying land, which this answering defendant alleges to be 16.8 acre feet per annum.

WHEREFORE, this defendant prays that plaintiff take nothing against her by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against this defendant; that defendant's right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

                                      *Jane A. Perry*
                                        Defendant in propria persona

```
 1  STATE OF CALIFORNIA      )
 2  COUNTY OF San Bernardino )
 3       Jane A. Perry, being sworn says: That she is the defendant
 4  in the above entitled action; that she has read the foregoing
 5  ANSWER TO COMPLAINT, and knows the contents thereof; that the
 6  same is true of her own knowledge, except as to the matters
 7  which are therein stated on her information or belief and as to
 8  those matters that she believes it to be true.
 9                          Jane A. Perry
10
11  Subscribed and sworn to before me
12  this 31 day of May, 1958.
13  Henry McBusch
14  Notary Public in and for said County
    and State.
```

12403

EXHIBIT "A"

PARCEL 1:

That portion of Lot 81 in the Murrieta Portion of the Temecula Rancho, as shown by map entitled "Map of the Temecula land and Water Company" on file in Book 8 page 359 of Maps, San Diego County Records, described as follows:

Beginning at the intersection of the Northeasterly line of that certain parcel of land as conveyed to the County of Riverside by Deed recorded July 23, 1915 in Book 406 page 301 of Deeds, Riverside County Records, and the Southeasterly line of Date Street as shown on said map; thence Southeasterly on the Northeasterly line of said parcel so conveyed to the County of Riverside, 208.71 feet; thence northeasterly and parallel to the Southeasterly line of Date Street, 208.71 feet; thence Northwesterly and parallel to the Northeasterly line of said parcel conveyed to the County of Riverside, 208.71 feet to the Southeasterly line of Date Street; thence Southwesterly on said Southeasterly line of Date Street, 208.71 feet to the point of beginning.

PARCEL 2:

That portion of Lot 81 in the Murrieta Portion of the Temecula Rancho as shown by map entitled "Map of Temecula Land and Water Company" on file in Book 8 page 359 of Maps, San Diego County Records, described as follows:

Commencing at the intersection of the Northeasterly line of that certain parcel of land as conveyed to the County of Riverside by Deed recorded July 23, 1915 in Book 406, page 301 of Deeds, Riverside County Records, and the Southeasterly line of Date Street as shown on said map; thence Southeasterly on the Northeasterly line of said parcel so conveyed to the County of Riverside, 208.71 feet to the true point of beginning; thence continuing Southeasterly on the Northeasterly line of said parcel conveyed to the County of Riverside, 208.71 feet; thence Northeasterly and parallel with the Southeasterly line of Date Street, 417.42 feet; thence Northwesterly and parallel to the Northeasterly line of said parcel so conveyed to the County of Riverside, 417.42 feet, more or less, to the Southeasterly line of Date Street; thence Southwesterly on said Southeasterly line of Date Street, 208.71 feet, more or less, to a point distant 208.71 feet Northeasterly from the intersection of the Northeasterly line of said parcel so conveyed to the County of Riverside and the Southeasterly line of said Date Street; thence Southeasterly and parallel to the Northeasterly line of said parcel conveyed to the County of Riverside, 208.71 feet; thence Southwesterly and parallel to the Southeasterly line of Date Street 208.71 feet to the true point of beginning.

12404