SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

FILED
JUN 6 - 1959
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the State of California, et al.,<br>    Defendants. | No. 1247-SD-C<br>ANSWER OF DEFENDANTS<br>O. LESTER RIGGLE and MAUDE A. RIGGLE and GEORGE ELMORE SHOUDY and DOROTHY L. SHOUDY |

Defendants O. LESTER RIGGLE and MAUDE A. RIGGLE, husband and wife, and GEORGE ELMORE SHOUDY and DOROTHY L. SHOUDY, husband and wife, answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

12050

COPY RECEIVED  INDEXED

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendants are not riparian to any stream.

- 2 -

12051

Defendants assert full correlative rights to the use of the ground waters percolating beneath their lands, in an amount not to exceed 4.2 acre feet per acre per year, which waters they have developed and used for many years by pumping from wells located on said lands.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by [signature]
Attorneys for defendant

- 3 -

12052

1

EXHIBIT A

U. LESTER RIDDLE and MAUDE A. RIDDLE

the real property in the .....

County of .... San Diego ........................., State of California, described as follows:

That portion of the South Half of the Southeast quarter of Section One, Township Nine South, Range Three West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, lying North of a line drawn parallel with the South line of said Section One, and distant 465.8 feet at right angles Northerly from said South line, and lying East of a line drawn parallel with the East line of said Section One and distant 611.95 feet at right angles Westerly from the Easterly line of said Section.

- 4 -     Exhibit A

12053

**AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)**

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.      No. 1247 SD C

Franz R. Sachse, being first duly sworn, says: That affiant, whose address is

1092 S. Main Street, Fallbrook, California

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached  Answer of Defendants O. Lester Riggle and Maude A. Riggle and George Elmore Shoudy and Dorothy L. Shoudy and Request for Admissions
(Copy title of paper served)

on the plaintiff (Name of party served) in said action, by placing a true copy thereof in an envelope addressed as follows:

Hon. J. Lee Rankin, Room 332, 325 W. F Street, San Diego, California

(Name and address as shown on the envelope)

sealed and deposited on the 27 day of May, 1958, in the United States Mail at

Fallbrook, San Diego County, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 27

day of May, 1958

_____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 83

My Commission expires May 25, 1961

12054