June 2, 1958,
Elsinore, Calif.

Mr. J. Lee Rankin Solicitor General,
San Diego Calif.

Dear Sir:

In reply to Court Summons No. 1247-S.D.-C.  U.S.A. Versus Fallbrook Public Utility Dist. et. al. We feel that as legal owners of our property we are entitled to all the water which flows or will flow either above or below said property. And that no person or persons can take away that right at any time,

Sincerely yours

Ben S. Edwards,

P.S. Legal Description of our property on next page.

FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

COPY RECEIVED                    11947

A 7 acres on Walnut St, Sedco,

Sedco Tr. 1 MB 10/58-75
E 1/2, 4.85 acres of Lot 34

Sedco Tr. 1 MB. 10/58-75-
W 64.23', 1 acre M/L 24

The Easterly 64.235 ft. of the W. 128.470 ft. of Lot 24 in Sedco Tract no 1 M.B. 10/58-75 about 1 acre. Said 64.235 ft being measured on the north line of said Lot 24.

11948