FILED

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ ............
       DEPUTY

1  William Joseph Campbell and Winifred Campbell
   Defendants in propria persona
2  465 Golden Road, Fallbrook, California

3

4              IN THE UNITED STATES DISTRICT COURT

5                SOUTHERN DISTRICT OF CALIFORNIA

6                       SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
8                                   )
               Plaintiff,           )   ANSWER OF DEFENDANTS
9                                   )   William Joseph Campbell and
        v.                          )   Winifred Campbell
10                                  )
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )
                                    )
12             Defendants,          )

13      The defendants, William Joseph Campbell and Winifred Campbell

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17      ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
                   AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own 3¼ acres of land in San Diego
27
   County, California, and within the watershed of the Santa Margarita
28
   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31

32

COPY RECEIVED  INDEXED                                      12285

## EXHIBIT "A"

Par. 93W-19-136
S 10 ft of W 379.6 ft of N 10 S 10 ft of W 20.39 ac of Lot 4 & S 10 ac of W 20.39 ac of SD Lot (Ex C S 320.8 ft & E 291.8 ft THF) Sec 19-9-3W

Par. 94W-24-130
All lying N of A LI D.A.F.B.A.P. in E LI Sec 24 Dist. N.0 20' 15" E 320.80 ft F R F R SE Cor. of SD Sec 24 T H N 89' 54' W 40 ft to the W LI of the E 40 ft of S 5 ac of E 1/4 of SE 1/4 of SE 1/4 IN Sec 24-9-4 W

12285A