FILED

JUN 6 – 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
                          Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT
and those defendants listed on Exhibit "A"
which is attached to this summons and
made a part of it by reference,
                          Defendants,

No. 1247-SD-C

Answer by
Land Title Company of
Riverside County

     In answer to summons and complaint served upon it in this cause, The Land Title Company of Riverside County hereby disclaims any interest in the matters which are the subject of this litigation and waives notice of any future proceedings.

                                        Land Title Company of Riverside County

                                        /s/ Jules J. Brasseur
                                        Jules J. Brasseur
                                        Assistant Vice President

COPY RECEIVED INDEXED

11990