Case 3:51-cv-01247-JO-SBC   Document 2601   Filed 06/06/58   PageID.8740   Page 1 of 2

body1  *John H. Laura Watkins*

2  Defendants in propria persona

**Murrieta, California.**

3

F I L E D

JUN C - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *illegible*
DEPUTY CLERK

4

5          IN THE UNITED STATES DISTRICT COURT

6          SOUTHERN DISTRICT OF CALIFORNIA

7              SOUTHERN DIVISION

8  UNITED STATES OF AMERICA       )      CIVIL NO. 1247 - SD - C

9              Plaintiff,          )      ANSWER OF DEFENDANTS

10      v.                         )   John H. Watkins and Laura Watkins.

11  FALLBROOK PUBLIC UTILITY       )
    DISTRICT, ET AL,               )
12              Defendants,        )

13      The defendants,  John H. Watkins and Laura Watkins

14  each severing from their co-defendants and each for himself or herself

15  alone, in answer to the Complaint and Supplementary and Amendatory Com-

16  plaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                   AMENDATORY COMPLAINT
18

19      These answering defendants hereby incorporate by reference all

20  of the allegations contained in the answer to said Complaint and Supple-

21  mentary and Amendatory Complaint filed in this case by Newton T. Bryant

22  and Willie Mae Bryant (excepting only Paragraphs I and II of the portion

23  thereof entitled "Affirmative Statement of Rights") and make each and all

24  of said allegations a part of this answer the same as if herein set forth

    at length.

25          AFFIRMATIVE STATEMENT OF RIGHTS

26      These defendants own 2 lots/ of land in  Riverside

27  County, California, and within the watershed of the Santa Margarita River,

28  more particularly described in the document attached hereto, marked Exhibit

29  A, which is hereby incorporated by reference as a part of this statement.

30

31

32

COPY RECEIVED

INDEXED

12473

"EXHIBIT A"

Lots 1 and 2 in Block 4 of the Town of Murrieta, as shown by map on file
in Book 8 page 359 of Maps, San Diego County Records; in the County of
Riverside, State of California.

12474A