```
                                                         FILED
 1  DAVID E. TAYLOR
    Defendants in propria persona                     JUN 6- 1958
 2  1234 Morningside Way
    Venice, California                          CLERK, U.S. DISTRICT COURT
 3                                              SOUTHERN DISTRICT OF CALIFORNIA
                                                By /s/ William _____
 4                   IN THE UNITED STATES DISTRICT COURT       DEPUTY CLERK

 5                  SOUTHERN DISTRICT OF CALIFORNIA

 6                          SOUTHERN DIVISION

 7
    UNITED STATES OF AMERICA,        )
 8                                   )   CIVIL NO. 1247- SD - C
                  Plaintiff,         )
 9                                   )   ANSWER OF DEFENDANTS
         v.                          )
10                                   )   DAVID E. TAYLOR
    FALLBROOK PUBLIC UTILITY         )
11  DISTRICT, ET AL,                 )
                                     )
12                Defendants.        )

13        The defendants, DAVID E. TAYLOR

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                          AMENDATORY COMPLAINT
18
          These answering defendants hereby incorporate by reference
19
    all of the allegations contained in the answer to said Complaint and
20
    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25

26                     AFFIRMATIVE STATEMENT OF RIGHTS

27        These defendants own  (45)   acres of land in San Diego

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

31  part of this statement.

32  COPY RECEIVED
        INDEXED                                              12470
```

EXHIBIT A

North half of the northwest quarter of the southwest quarter of the northeast quarter, the northeast quarter of the southwest quarter of the northeast quarter, the south half of the northwest quarter of the southwest quarter of the northeast quarter, the northeast quarter of the southeast quarter of the northwest quarter, the southeast quarter of the northeast quarter of the northwest quarter, and the south half of the southwest quarter of the northwest quarter of the northeast quarter of Section Two in Township Nine south of range one west of the San Bernardino Meridian, California, containing forty-five acres.

12471

I.

1   This is riparian land; approximately thirty five (35) acres
2   are tillable and the balance can be used for grazing and for
3   raising fowl. Defendants have irrigated portions of the land in
4   the past, and water for this purpose has been obtained by gravity
5   flow from small reservoir.

II.

7   Defendants claim the right to a reasonable diversion duty
8   for the irrigation of land described in EXHIBIT A is four and two-
9   tenths (4.2) acre-feet per acre per year for the present and the
10  future development of the said land.

III.

12  Defendants do not concede that their rights in regards to
13  the land in question are limited to those riparian in character.

18      WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*David E Taylor*

Defendants in propria persona
1234 Morningside Way
Venice, California

Dated: June 3, 1958

12472