ORIGINAL




JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By DEPUTY CLERK

Leonard O. Smohl and Ethel L. Smohl.
Defendants in propria persona
Box 103
Murretti Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS Leonard O. & Ethel L. Smohl. |

The defendants, Leonard O. Smohl & Ethel L. Smohl each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 302.7 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

Lands of these defendants are riparian to Warm Springs Creek a Tributary of the Santa Margarita River.

Defendants claim overlying rights to water on all lands of these defendants; there are 4 wells on the property of these defendants used for the purpose of domestic water. A conservation dam of a capacity of 3500 ac. ft. is located on this property.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Ethel L. Smohl
Ethel L. Smohl

Leonard O. Smohl
Leonard O. Smohl

Defendants in propria persona

Dated: 6-5-58

PARCEL 1. An undivided one-half of the North half ($N\frac{1}{2}$) of the Northwest Quarter ($NW\frac{1}{4}$), and the Southwest quarter ($SW\frac{1}{4}$) of the Northwest quarter ($NW\frac{1}{4}$) of Section Six (6), Township seven (7) South or Range Two (2) West, San Bernardino Base and Meridian.

PARCEL 2. The South 17.301 acres of the South portion of the South Fifty-eight (58) acres of the fractional Southwest quarter ($SW\frac{1}{4}$) of Section Thirty-one (31), Township Six (6) South of Range Two (2) West, San Bernardino Base and Meridian.

PARCEL 3. The West half ($W\frac{1}{2}$) of the Southeast quarter ($SE\frac{1}{4}$) and the West half ($W\frac{1}{2}$) of the East half ($E\frac{1}{2}$) of the Southeast quarter ($SE\frac{1}{4}$) of Section Six (6), Township Seven (7) South, Range Two (2) West, San Bernardino Base and Meridian, as shown by United States Government Survey:
EXCEPTING THEREFROM the portion thereof granted to the County of Riverside, State of California, for public highway by Deed recorded April 26, 1932, in Book 74, page 136 of Official Records of Riverside County, California. ALSO EXCEPTING that portion conveyed to the County of Riverside, for road purposes, by deed recorded 1/18/1949 in Book 1045, page 77 of Official Records.
ALSO EXCEPTING that portion thereof conveyed to the County of Riverside for road purposes by deed recorded 4/12/1949 in Book 1067, page 274 of Official Records.
ALSO EXCEPTING an easement for road purposes over that portion in Auld Road as shown on Record of Surveys on file in Book 16 page 88 of Records of Survey in the office of the County Recorder of Riverside County, California.
All of the above property is shown on Record of Survey on file in Book 16, page 88 or Records of Survey in the office of the County Recorder of the County of Riverside, State of California.

PARCEL 4. Lots One (1) to Twelve (12) inclusive, in Block Ten (10) of Murrieta, as shown by map on file in Book 8 page 359 of Maps, in the office of the County Recorder of the County of San Diego, State of California.

EXHIBIT "A"

HAYES & HAYES
ATTORNEYS AT LAW
HAYES BUILDING
307 MISSION AVENUE
OCEANSIDE, CALIF.