LAWRENCE W. Schumacher AND MARGARET A Schumacher
Defendants in propria persona

FILED
JUN 6- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
vs.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants,

CIVIL NO. 1247 - SD - C
ANSWER OF DEFENDANTS
LAWRENCE W. Schumacher
AND
MARGARET A. Schumacher.

The defendants, LAWRENCE W. Schumacher & MARGARET A. Schumacher each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
    AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

    AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own $2\frac{1}{4}$ acres of land in SAN Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

12462

COPY RECEIVED INDEXED

1  This property is planted to 220 avacado and miscellaneous trees. Defendants claim the right to put down a well and
2  pump as much as 8 acre feet a year. Defendants do not claim any prescriptive rights or appropriative rights.

3  Irrigation water in the past has come from the Fallbrook
4  Public Utility District.

5  Property is located on the sewer and is suitable for sub-division.

17
18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Lawrence W. Schumacher*

*Margaret A. Schumacher*

Defendants in propria persona

Dated:
June 1, 1958

12463

PARCEL 1:

That portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Beginning at a point in the West line of said Lot 1, distant thereon Northerly from the Southwest corner of said Lot; thence Northerly along the West line of said Lot 429.79 feet, more or less, to the Southwest corner of land described in the deed to Thomas E. Morris, et ux, recorded in Book 562, page 310 of Official Records; thence North 89°53' East along the South line of said land described in said deed to Morris and the Easterly prolongation thereof; said point being the true point of beginning; thence North 89°53' East along the Easterly prolongation of the Southerly line of said Morris land 245 feet, more or less, to an intersection with the Southerly prolongation of the Easterly line of the land described in the deed to Deroy Adams, recorded in Book 688, page 54 of Official Records; thence Southerly in a straight line 287.79 feet, more or less, to the Northeast corner of Parcel 1 of the land described in the deed to Mrs. Irene K. Gray in deed recorded in Book 266, page 185 of Official Records; thence Westerly along the Northerly line of said Parcel, 75 feet to the Northwest corner thereof; thence Southerly along the westerly line of said Parcel, ~~the Northwest corner thereof; thence Southerly along the Westerly line of said Parcel, 75 feet to the North~~ 140 feet to the Southwest corner thereof, which Southwesterly corner is the Easterly terminus of a straight line connecting said Southwest corner with the point of beginning, first above described; thence Westerly along said straight line 170 feet, more or less, to an intersection with said line which is parallel with and 20 feet Easterly from the Easterly line of the Morris parcel, above described, and its Southerly prolongation; thence North along said parallel line 429 feet, more or less, to the true point of beginning.

PARCEL 2:

An easement for road purposes over that portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved Sept. 11, 1879, described as follows:

Beginning at a point on the West line of said Lot 1, distant thereon North 0°04' East 661.50 feet from the Southwest corner thereof; thence North 89°53' East 218.71 feet to the true point of beginning; said point being also the Northeast corner of land conveyed to Thomas E. Morris, et ux, by deed recorded September 23, 1936 in Book 562, page 310 of Official Records; thence continuing North 89° 53' West 20 Feet to an intersection with the Southerly prolongation of the East line of said Morris land; thence North 6°04' East along said prolongation and along the East line of said Morris land, 238.71 feet to the true point of beginning.