William Edward Rumbley and Erma Creola Rumbley
Defendants in propria persona
PostOffice box 342
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
       Plaintiff, ) ANSWER OF DEFENDANTS
    v. ) William Edward Rumbley and
FALLBROOK PUBLIC UTILITY ) Erma Creola Rumbley
DISTRICT, ET AL, )
       Defendants, )

    The defendants William Edward Rumbley and Erma Creola Rumbley each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own $\frac{1}{4}$ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

FILED
JUN 6- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

COPY RECEIVED
INDEXED

12457

1  Defendants Claim right to both domestic and industrial water as
2  needed.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*William E. Rumbley*

*Emma Creala Rumbley*

Defendants in propria persona

Dated: 6-5-58

12458

Exhibit A

The West 57 feet of that portion of Lot 1 (Northwest Quarter of Northwest Quarter) of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1897, described as follows:

Beginning at the intersection of the West line of said Section 19, with the North line of Juniper Street as conveyed to the County of San Diego by deed dated December 28, 1918, and recorded in Book 751, page 56 of Deeds: thence along said North line of Juniper Street South 89° 19' East (Record South 89° 23' East) 228 feet; thence parallel with the West line of said Section 19 North 00° 20' 15" East 100.00 feet; thence parallel with said North line of Juniper Street North 89° 19' West 228.00 feet to the West line of said Section 19; thence along said West line of Section 19 South 00° 20' 15" West 100.00 feet to the point of beginning.

12459

"EXHIBIT A"

Beginning at the most easterly corner of Farm Lot 13 of the Murrieta Portion of the Temecula Rancho, as per map of same on file in Book 8 of Maps at page 359, records of San Diego County, California, at the intersection of the center line of Adams Avenue and Juniper Street; thence running Northwesterly following the northeasterly line of said Farm Lot along the center line of Adams Avenue, 381 feet, thence at right angles in a southwesterly direction 260 feet; thence at right angles in a southeasterly direction 381 feet to the center of Juniper Street; thence in a northeasterly direction along the center line of Juniper Street, 260 feet to the place of beginning, containing 2.18 acres, more or less.

12960A