Lew E. Pittam and Ethel V. Pittam
Defendants in propria persona
Star Route Box 63, Hemet, Calif.

FILED
JUN 6- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
)
    Plaintiff, ) ANSWER OF DEFENDANTS
)
v. ) Lew E. Pittam
) and
FALLBROOK PUBLIC UTILITY ) Ethel V. Pittam
DISTRICT, ET AL, )
)
    Defendants, )

The defendants, Lew E. Pittam and Ethel V. Pittam each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 129 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

12452

COPY RECEIVED INDEXED

One spring supplying two houses and domestic gardens; one spring supplying the store and three houses and domestic gardens. One well pumps two inches of water irrigating two acres in orchard and vegetable garden.

Future plans: one house which will require well for domestic water.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Lew E. Pittam*

*Ethel V. Pittam*

Defendants in propria persona
Star Route, Box 63,
Hemet, Calif.

Dated: June 3, 1958

12453

"EXHIBIT A"

2.  The land referred to in this Policy is described as follows:

   All that certain real property situated in the County of Riverside, State of California, and particularly described as follows, to-wit:

   All of Government Lots 2 and 3 and 7 and the West half of the West half of the Northwest quarter of Government Lot 8 in Section 12, Township 7 South, Range 1 West, San Bernardino Base and Meridian.

12454