FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William W. Luddy
    DEPUTY CLERK

Victoria M. Barnes
Defendants in propria persona

Box 542
Thermal, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,         )   CIVIL NO. 1247 - SD - C
                                  )
              Plaintiff,          )   ANSWER OF DEFENDANTS
                                  )
     v.                           )
                                  )   Victoria M. Barnes
FALLBROOK PUBLIC UTILITY          )
DISTRICT, ET AL,                  )
                                  )
              Defendants,         )

The defendants, Victoria M. Barnes
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
             AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

            AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 80 acres of land in San Diego
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

COPY RECEIVED                INDEXED

12163

I

Defendant has 80 acres of land on which, at the present time, there is no developed water.

II

Defendant claim the right to all percolating and filtrating water; and claims the right to develop such water as needed in the future.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Victoria M. Barnes*
*Formerly*
*Victoria Mabel Tooke*

Defendants in propria persona

Dated: June 2nd, 1958

12160

EXHIBIT A

Description of property owned by Victoria M. Barnes, Box 542, Thermal, California:

The Northwest quarter of the Southeast quarter, and the Southeast quarter of the Northwest quarter of Section 1, Township 9 south, Range 1 east, San Bernardino Base and Meridian.

12170