F I L E D

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

LUETTA M. GRAFFIN and WILLIAM A. MORGAN
Defendants in propria persona
204 South Main Street
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                           )
         Plaintiff,        )   CIVIL NO. 1247 - SD - C
                           )
     vs.                   )
                           )   ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY   )   LUETTA M. GRAFFIN and
DISTRICT, ET AL.,          )   WILLIAM A. MORGAN
                           )
         Defendants.       )

The defendants, LUETTA M. GRAFFIN and WILLIAM A. MORGAN, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny and allege:

### ANSWER TO COMPLAINT AND SUPPLE-MENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1/2 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

These answering defendants wish to reserve the right to drill a well.

WHEREFORE, these defendants pray that plaintiff take nothing against

1.

COPY RECEIVED

INDEXED

12217

them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Dated: May 24, 1958.

*Suetta M. Graffini*

*William H Morgan*
Defendants in propria persona

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | The East 131.85 feet of the North 113.83 feet of all the |
| 5 | portion of the South 10 acres of the Southeast Quarter of |
| 6 | the Southwest Quarter of Section 24, Township 9 South, |
| 7 | Range 4 West, San Bernardino Meridian, in the County of |
| 8 | SanDiego, State of California, lying Easterly and Southerly |
| 9 | of a roadway known as County Road Survey No. 292, on file |
| 10 | in County Surveyor's Office of San Diego County, said |
| 11 | roadway being a 50 foot right of way conveyed by Thomas |
| 12 | P. Jones and Oscar C. Hayes, to County of San Diego by |
| 13 | deed dated May 1, 1913, and recorded in Book 487, Page |
| 14 | 39 of deeds, and also lying Westerly of West line of East |
| 15 | 699.87 feet of said Southwest Quarter of Section 24. |

EXHIBIT "A"

12219