


LUETTA M. GRAFFIN
Defendant in propria persona
204 South Main Street
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )   CIVIL NO. 1247 - SD - C
                           )
    vs.                    )
                           )   ANSWER OF DEFENDANT
FALLBROOK PUBLIC UTILITY   )   LUETTA M. GRAFFIN
DISTRICT, ET AL,           )
                           )
            Defendants.    )

The defendant, LUETTA M. GRAFFIN, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admits, denies and alleges:

### ANSWER TO COMPLAINT AND SUPPLE-MENTARY AND AMENDATORY COMPLAINT

This answering defendant hereby incorporates by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and makes each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

This defendant owns 1/2 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

This answering defendant wishes to reserve the right to drill a well.

WHEREFORE, this defendant prays that plaintiff take nothing against her by reason of the Complaint and Supplementary and Amendatory Complaint

1.

12220

COPY RECEIVED    INDEXED

1 on file herein; that said Complaint be dismissed as against this defendant;
2 that defendant's right to water, as hereinaboveset forth, be quieted as against
3 the plaintiff and against all other defendants in this action; and for such other
4 and further relief as the Court may deem proper.

Dated: May 24th, 1958.

Suetta M. Graffin
Defendant in propria persona

Lots 1, 2, 8, 9 and 10 of Block 33, excepting therefrom, the Atchison, Topeka and Santa Fe Railway Company right-of-way, in the town of West Fallbrook, County of San Diego, State of California.

EXHIBIT "A"

12222