Defendants in propria persona    Verne R. & Nancy C. Royal, h & w,
R.R.#2, Box 171, Fallbrook, California

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,)
           Plaintiff,)   CIVIL NO. 1247- SD - C
v.)   ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY)   Verne R. Royal
DISTRICT, ET AL,)   Nancy C. Royal
           Defendants.)

The defendants, Verne R. Royal and Nancy C. Royal, h & w., each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1 plus acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

12330

COPY RECEIVED    INDEXED

1  Defendants claim all the right of overlying land owners and to water which may originate in or may be found, on, or under, or which may cross their land.
2
3  Defendants claim the right to dig or drill wells and exercise water reclamation and conservative proactices as are now or may be known.
4  Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.
5
6  Defendants claim all the above for all lands in which they have any financial interest whatsoever.
7
8
9
10
11
12
13
14
15
16
17
18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.
25
26
27  _____
28  _____
29  Defendants in propria persona
30
31  Dated: May 29, 1958
32

12331

EXHIBIT "A"

All that portion of the North 110 feet of Lot 43 in Rainbow, in the County of San Diego, State of California, according to amended Map No. 880, filed in the office of of the County Recorder of San Diego County February 7, 1902, lying Westerly of the Southeasterly right of way line of that certain 160 feet strip of land described in deed to the State of California for Highway purposes, recorded November 5, 1947, on Book 2525, page 228 of Official Records.

12332