Case 3:51-cv-01247-JO-SBC Document 2614 Filed 06/06/58 PageID.8776 Page 1 of 3

1  Defendants in propria persona.    Zana A. Royal, a widow
2  R.R.#2, Box 171, Fallbrook, California

FILED

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247- SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Zana A. Royal, a widow |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants. | |

The defendants, Zana A. Royal, a widow each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 15 plus acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

12333

COPY RECEIVED    INDEXED

1  Defendants claim all the right of overlying land owners and to water which may originate in or may be found, on, or under, or which may cross their land.

3  Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any finncial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

                                                                                     *Jana A Royal*

                                                                                        Defendants in propria persona

Dated: May 29, 1958

12334

EXHIBIT "A"

All of Lot 39, Rainbow Colony Lands (approx. 10 acres)

Lot 43, Rainbow Colony Lands, excepting portion sold to State for Highway purposes and No. 110 feet and South 150 feet sold to private parties. 5 plus acres remaining.

Lot 42 (trust deed) Rainbow Colony Lands

12335