```
1  Defendants in propria persona
2  Alfred Knott
3  Freda O. Knott
```

FILED

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, ) | ANSWER OF DEFENDANTS |
| v. ) | Alfred Knott |
| FALLBROOK PUBLIC UTILITY ) | Freda O. Knott |
| DISTRICT, ET AL, ) | Box 96, |
| Defendants, ) | Temecula, Calif. |

The defendants, Alfred and Freda O. Knott each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 21 Lots acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

12445

Lots Twelve, Thirteen, Fourteen, Fifteen, Sixteen, Seventeen, Eighteen, Nineteen and Twenty in Block Twenty-six in the town of Temecula, Calif.

Lots Three, Four, Five, Six, Seven, Eight, Twenty-five, Twenty-six, Twenty-seven, Twenty-eight, Twenty-nine, and Thirty in Block Twenty-one. Temecula, Calif.

We use water for domestic uses also water the yard and water for the Garage & Service Station. We wish water to use in future development of this property.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Alfred Knott*

*Freda O. Knott*

Defendants in propria persona

Dated: May 27, 1958

12446