1  GEORGE E. KING and ALLENE KING
   Defendants in propria persona
2  1002 North Orange Street
   Fallbrook, California
3

4



JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK

5              IN THE UNITED STATES DISTRICT COURT

6                 SOUTHERN DISTRICT OF CALIFORNIA

7                      SOUTHERN DIVISION

8  UNITED STATES OF AMERICA,        )
                                    )
9              Plaintiff,           )      CIVIL NO.  1247 - SD - C
                                    )
10      vs.                         )      ANSWER OF DEFENDANTS
                                    )
11  FALLBROOK PUBLIC UTILITY        )      GEORGE E. KING and ALLENE KING
    DISTRICT, ET AL,                )
12                                  )
           Defendants,             )
13

14       The defendants, GEORGE E. KING and ALLENE KING, each severing

15  from their co-defendants and each for himself or herself alone, in

16  answer to the Complaint and Supplementary and Amendatory Complaint

17  on file herein, admit, deny, and allege:

18       ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                   AMENDATORY COMPLAINT
19

20       These answering defendants hereby incorporate by reference

21  all of the allegations contained in the answer to said Complaint and

22  Supplementary and Amendatory Complaint filed in this case by Newton

23  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

24  of the portion thereof entitled "Affirmative Statement of Rights")

25  and make each and all of said allegations a part of this answer

26  the same as if herein set forth at length.

27              AFFIRMATIVE STATEMENT OF RIGHTS

28       These defendants own Lots 4 to 7 inclusive in Block 61 of

29  West Fallbrook, in the County of San Diego, State of California,

30  and within the watershed of the Santa Margarita River, more

31  particularly described in the document attached hereto, marked

32  Exhibit A, which is hereby incorporated by reference as a part

    of this statement.

Y RECEIVED

INDEXED

                                                         12081

1  Defendants have irrigated his land in the past by water obtained

2  from the Fallbrook Public Utility District.

3     Defendants claim the rights to percolating water on this

4  land and wish to reserve the right to drill a well at a later

5  date.

6

7

8

9

10     WHEREFORE, these defendants pray that plaintiff take

11  nothing against them by reason of the Complaint and Supplementary

12  and Amendatory Complaint on file herein; that said Complaint be

13  dismissed as against these defendants; that defendants' right to

14  water, as hereinabove set forth, be quieted as against the plain-

15  tiff and against all other defendants in this action; and for such

16  other and further relief as the Court may deem proper.

17

18

19                    _George B King_

20

21                    _Allene King_
                    Defendants in Propria Persona

22

23

24  Dated: _May 26, 1958_

25

26

27

28

29

30

31

32

-2-

12082

EXHIBIT A

Lots 4 to 7 inclusive in Block 61 of West Fallbrook, in the County of San Diego, State of California, according to the Map thereof No. 567, filed in the office of the Recorder of said San Diego County October 9, 1888.

ALSO all that portion of the alley in said Block 61 lying between said Lots 4 and 5 on the East and said Lots 6 and 7 on the West; ALSO the East Half of Vine Avenue lying West of and adjoining said Lots 6 and 7; ALSO the North Half of the unnamed Street lying between Blocks 61 and 62 of said West Fallbrook lying South of and adjoining said Lots 5 and 6 in said Block 61, lying South of and adjoining said portion of said alley and lying South of and adjoining the above described portion of the East Half of Vine Avenue; all of the above mentioned Streets and alleys having been vacated and closed to public use on September 6, 1912 by an order of the Board of Supervisors of said San Diego County and filed in Book 32, page 119 of said Supervisors' records, and being according to the aforesaid Map No. 567 of West Fallbrook.

-3-

12083