```
 1  JAMES C. SHARP and MARGUERITE SHARP
    Defendants in propria persona
 2  Box 101 Star Route
 3  Hemet, California
```

F I L E D

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br><br>        Defendants. | CIVIL NO. 1247 - SD - C<br><br>ANSWER OF DEFENDANTS<br>JAMES C. SHARP AND<br>MARGUERITE SHARP |

The defendants, JAMES C. SHARP and MARGUERITE SHARP each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 80 acres of land in **Riverside** County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED    INDEXED

12339

1  Approximately twenty (20) acres are tillable and
2  the balance can be used for grazing cattle and for raising
3  turkeys, chickens and fowl. Defendants are now pumping
4  water from a well for the purpose of raising chickens.

11.

7  Defendants claim all percolating and infiltrating
8  water on this land and also claims the right to drill more
9  wells and develop this land for any beneficial agricultural
10 or commercial purpose.

18  WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

_James C. Sharp_

_Marguerite Sharp_

Defendants in propria persona

Dated: 6-2-58

12340

EXHIBIT A

OF

JAMES C. SHARP AND MARGUERITE SHARP

Government Lot I and the Southeast quarter of the Northeast quarter of Fractional Section 6, Township 8 South, Range I East San Bernardino Base and Meridian, as shown by United States Government Survey.

*James C. Sharp*
*Marguerite Sharp*

12341