Gustav A Spaniol & Rose Spaniol
Defendants in propria persona
Star Rte Box 160 Hemet, Calif

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
Gustav A Spaniol &
Rose Spaniol

The defendants, Gustav A Spaniol, Rose Spaniol each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 22.8 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED    INDEXED

12342

All our water comes from 3 wells
2 wells have windmills one has
an Elec pump.
We are not on any creek so have
no Riparian rights
we have requested a Gov. survey
of our property.
When we receive this report we will
file an amendment to this request

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Gustav A Spaniol*

*Rose Spaniol*

                Defendants in propria persona

Dated: May 29-58

12344

Description of our property

West 1/2 of North west 1/4 of Southwest 1/4 of Section 20. 8 south Range 1 East north of Highway 79
(17 acres)

East 308.25' of North east 1/4 of Southeast 1/4 of Section 19. 8 south Range 1 East. North of Highway 79
(5.80 acres)

Gustav A Spanjol
Rose Spanjol

12343