FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ........................
DEPUTY CLERK

JACK R. SUFFICOOL AND VAUGHN W. SUFFICOOL
Defendants in propria persona
5910 Arlington Ave.
Riverside, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ) | ANSWER OF DEFENDANTS |
| vs. | ) | JACK R. SUFFICOOL AND VAUGHN W. SUFFICOOL |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | ) | |
| Defendants, | ) | |

The defendants, JACK R. SUFFICOOL and VAUGHN W. SUFFICOOL
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 40 acres of land in Riverside
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

COPY RECEIVED INDEXED

12345

Thirty five acres of this land is tillable and it is planned to plant it to permanent pasture which is to be sprinkler irrigated.  The remaining five acres is planned to be planted to Pine trees for watershed protection and erosion control. Defendants claim the rights to install a well or wells and a spring or springs and to take water from wells and springs. Defendants claim the rights to install check dams for the purpose of impounding surface runoff water for fire protection and other useful and practical purposes.
Defendants claim the right to take and use 4.2 acre-feet of water per acre per year.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Defendants in propria persona

Dated:  **May 28, 1958**

12346

Exhibit A

Forty acres of land situated within the Southerly half of
that certain land situated in Riverside County known as
that northeast quarter of Section twenty six in Township
six South of Range one West of the San Bernardino Meridian,
Calfornia.

12347