Alvis Andrew Ward
Velma Foreman Ward
Defendants in propria persona
12852 Bubbling Well Road, Santa Ana, California

F I L E D
JUN 6- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

Alvis Andrew Ward
Velma Foreman Ward

The defendants, Alvis Andrew Ward and Velma Foreman Ward each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 360 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED INDEXED

12348

Defendants claim appropriative water rights on the stream now known as Temecula Creek (formerly known as Oak Grove Creek) as supported by the attached document marked Exhibit "B", showing a filing of these rights with the San Diego County Recorder on September 1, 1890 under the procedures of the California Civil Code of 1872. This property has been continuously irrigated for agricultural purposes since 1890. It is claimed that these appropriative rights are superior to riparian rights since these were acquired on public lands before the riparian lands passed to private ownership.

Defendants further claim riparian rights to the water, both surface and underground, in the stream known as Temecula Creek which runs through Defendants' property for a distance of approximately 1½ miles. They further claim rights to the water in several springs, several wells, a large underground reservoir, a swamp and percolating water all on Defendants' property.

Approximately 120 acres of pasture and alfalfa are now under irrigation and an additional 130 acres of pasture are expected to be placed under irrigation, making a total of 250 acres to be irrigated. 1000 acre feet of water per year will be required for this purpose.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Velma Foreman Ward*

*Alvin Andrew Ward*

Defendants in propria persona

Dated: May 29, 1958

12349

EXHIBIT "A"

Legal Description

Southwest 1/4; East 1/2 of the South East 1/4; South west 1/4 of the South East 1/4 of Section 1. The East 1/2 of the North East 1/4 of Section 12. Township 9 South 1 East.

12350

Exhibit B

Notice is hereby given that I, Peter Escallier, claim the water now or hereafter flowing in the Stream of water known as the Oak Grove Creek, in the County of San Diego, State of California, to the amount of Two Hundred inches, measured under a four inch pressure.

The purposes for which I claim said water, are for the irrigation of agricultural lands belonging to and situate in Section Twelve, Township Nine South, Range One east S.B.M. and that I will convey said water from the point of intended diversion, to the said agricultural lands by means of a ditch.

The point of intended diversion of said Water is at a point on said Stream, distant a mile and one half from the Oak Grove Road and near the Township line in Section Seven, Township 9, S.R. 2 East S.B.M.

Dated August 20th, 1890

       Peter Escallier

Received for record Sept. 1st, 1890 at 30 minutes past 9 o'clock a.m. at request of Wm. H. Holcomb.

      E. H. Miller, County Recorder

       By B. F. Moore, Deputy

Recorded Sept. 3, 1890 at 9 o'clock and 45 minutes a.m.

      E. H. Miller, County Recorder

       By H. R. Haight, Deputy

Fee $1.00

---

The foregoing instrument is a full, true and correct copy of the original file in this office under file # -- Book 2 Page 56
Attest March 12th 19 48
Roger N. Home, County Recorder, in and for the County of San Diego, State of California

    By  P. T. Misony  Deputy

Case 3:51-cv-01247-JO-SBC   Document 2621   Filed 06/06/58   PageID.8799   Page 5 of 5



Exhibit B

March 13th 2    56
                48

P. T. Mi[...]