Gordon W. Monfort and Ruth B. Monfort
Defendants in propria persona
1924 East Mission Road, Fallbrook, California

FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William W. Luddy
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　v.<br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br>　　　　　Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>Gordon W. Monfort<br>and<br>Ruth B. Monfort |

The defendants Gordon W. Monfort and Ruth B. Monfort each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

　　　ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
　　　　　　　AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

　　　　　AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 8 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

12314

COPY RECEIVED   INDEXED

This land is all irrigable and suitable for all types of irrigated agriculture. It is now planted to avocados except for approximately 1/2 acre occupied by a small wash, three (3) check dams, and a small spring, and approximately 1/2 acre occupied by buildings and gardens. Water for agricultural and domestic purposes is now supplied by Fallbrook Public Utility District, but the defendants claim the right to use run-off water which may be withheld by existing and additional check dams, water from the spring, and such water as may be obtained from a suitable well should it become advisable to drill one. Amount of water claimed by the defendants is that used at present for domestic and agricultural purposes plus the amount which may be needed for additional dwellings should the property be subdivided. The defendants do not claim any prescriptive rights or any appropriative rights.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Gordon W. Monfort*
Gordon W. Monfort

*Ruth B. Monfort*
Ruth B. Monfort
Defendants in propria persona
1924 East Mission Road
Fallbrook, California

Dated: May 29, 1958

Dated:

12315

Exhibit A

All that portion of the South Half of the Southwest Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Meridian in the County of San Diego, State of California, according to United States Government Survey, described as follows:

Beginning at a point on the North line of Said South Half of the Southwest Quarter of said Section 17 distant thereon North 89° 50' 30" West, 1061.71 ~~feet~~ feet from the Northeast corner of said South Half; thence South 671.67 feet to the center line of U.S. Highway No. 395; thence North 79° 58' 30" West along said center line, 173.98 feet to the beginning of a tangent curve therein, concave southerly and having a radius of 4000 feet; thence Westerly along said curve 180.35 feet; thence North 82° 33' 30" West, tangent to said curve and along said center line, 122.34 feet to the Southeasterly corner of a tract of land conveyed to William N. Davis and wife, by deed dated June 1, 1944 and recorded in Book 1683, page 388 of Official Records; thence along the boundary of tract so conveyed, North 00° 09' 30" East, 272.70 feet, North 82° 50' 30" West, 138.10 feet, and North 00° 09' 30" East 310.22 feet to the Northeast corner of said tract, being on the North line of said South Half of the Southwest Quarter of said Section 17; thence South 89° 50' 30" East along said North line, 606.29 feet to the point of beginning.

12316