1 Victoria Ohngren,
2 Defendants in propria persona
3 3145 W. Clemmens Lane,
4 Fallbrook, Calif.

5       IN THE UNITED STATES DISTRICT COURT
6          SOUTHERN DISTRICT OF CALIFORNIA
7                SOUTHERN DIVISION

8 UNITED STATES OF AMERICA      )  CIVIL NO. 1247 - SD - C
9         Plaintiff,            )  ANSWER OF DEFENDANTS
10    v.                        )
11 FALLBROOK PUBLIC UTILITY     )  Victoria Ohngren
   DISTRICT, ET AL,            )
12        Defendants,          )

13    The defendants, Victoria Ohngren
14 each severing from their co-defendants and each for himself or herself
15 alone, in answer to the Complaint and Supplementary and Amendatory Com-
16 plaint on file herein, admit, deny, and allege:

17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
              AFFIRMATIVE STATEMENT OF RIGHTS
26
         These defendants own 5 acres of land in San Diego
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30
         My property is located at the northwest quarter of the
31 northeast quarter Sec. Twenty five (25), Township nine (9) South,
   Range four (4) West, San Bernardino Meridian, according to the
32 United States Government Survey approved June 11, 1880, in the
   County of San Diego, State of California described as follows:

         Beginning at the Southwest corner of said northwest quarter
   of northeast quarter of said Section Twenty five (25); thence
   north along the west line of said northwest quarter of northeast

1  quarter, 273 feet, thence easterly parallel with the south line
   of said northwest quarter of the northeast quarter to a point
2  in the center line of the paved highway, as said highway is
   described in the Final Decree and Order of Condemnation rendered
3  on February 10, 1912, in the Superior Court of San Diego County, in
   action (No. 17550) entitled, "County of San Diego, v.s. Susan L.
4  Freeman" a certified copy of which Decree was recorded March 20,
   1912, in Book 500, page 89 of Deeds, records of said County; thence
5  in a Southeasterly direction along the center line of said paved
   highway to the South line of said northwest quarter of northeast
6  quarter, thence West along the South line of said northwest
   quarter of northeast quarter 815 feet, more of less, to the point
7  of beginning.

8

1    I own 5 acres of land. Two acres to be sold and subdivided
2  for homes. 273 feet frontage for business property, my home,
3  also a rental. Have a well, but not being used at present.
4    40 mature and 20-2 year old avocado trees, also a home
5  orchard to irrigate at present.
6    Soil is good.
7    I herewith claim all the rights of overlying land owners
8  and to water which may originate in, or may be found on or under,
9  or which may cross my land. Also the right to dig or drill wells
10 and excercise water reclamation and conservation practises as
11 are now or may be known.
12   I hereby incorparate, the same as though set forth herein in
13 full, all the affirmative defenses of the Fallbrook Public
14 Utility District on file in these proceedings.
15   I herewith claim all the above for all lands in which I
16 have any financial interest what-so-ever and which is right-
17 fully mine now and forever.
18                                    Victoria Ohngren  12318
19

32 Dated: May 29, 1958

12319

 11
 12
 13
 14
 15
 16
 17
 18   WHEREFORE, these defendants pray that plaintiff take nothing
 19  against them by reason of the Complaint and Supplementary and Amenda-
 20  tory Complaint on file herein; that said Complaint be dismissed as
 21  against these defendants; that defendants' right to water, as hereinabove
 22  set forth, be quieted as against the plaintiff and against all other de-
 23  fendants in this action; and for such other and further relief as the
 24  Court may deem proper.
 25
 26
 27                                    *Victoria Ohngren*,
 28                                    145 W. Clemmens Lane,
 29                                    Fallbrook,
                                       Defendants in propria persona  Calif.
 30
 31
 32 Dated: May 29, 1958

12319