JOHN PEÑA and ELSIE S. PEÑA
Defendants in propria persona
General Delivery
Anza, California

FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, <br>     Defendants, | CIVIL NO. 1247 - SD - C <br><br> ANSWER OF DEFENDANTS <br><br> JOHN PEÑA <br> AND <br> ELSIE S. PEÑA |

The defendants, JOHN PEÑA and ELSIE S. PEÑA, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 20 acres of land in RIVERSIDE County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

I

1. This land is riparian land; approximately ten (10) acres are being used for residence, barn and family orchard. The balance has been used in the past for dry farming and grazing. Defendents plan to develop other wells for domestic use, poultry, rabbits, and for truck gardening. Defendents also plan other residences which will require water from wells developed when and where the defendents deem advisable. Present water is obtained from a well located on the property.

II

Defendents claim the right to use all the water they now have and all the water they may develop in the future to maintain and develop said property to its maximum potential.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*John Peña*

*Elsie S. Peña*

Defendants in propria persona

Dated: May 28, 1958

"EXHIBIT A"

DESCRIPTION OF THE PROPERTY OF JOHN PENA AND ELSIE S. PENA

The East one half of the Northwest one quarter of Section Fifteen, Township Seven South, Range Three East, San Bernardino Base and Meridian. County of Riverside, State of California.

12322