J. E. & Pearl A. Roripaugh
**Defendants in propria persona**
R. 2, Box 43, Murrieta, Calif.
Telephone: Murrieta 617-577

FILED

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William W. _____
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ) | ANSWER OF DEFENDANTS |
| v. | ) | J. E. & Pearl Roripaugh |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | ) | |
| Defendants, | ) | |

The defendants, J. E. & Pearl A. Roripaugh
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 66.4 acres of land in Riverside
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

INDEXED
COPY RECEIVED

12327

Page 2

Defendants are the owners of 66.4 acres of land. That parcel 1 as described in exhibit A has been in continuous ownership by these defendants since 1909 and parcel 2 as described in exhibit A since 1932.

That all of said land is suitable for profitable use and irrigation and has been continuously farmed since acquired by these defendants and before. That said lands are riparian to Santa Gertrudis Creek and have overlying rights to the use of water from said Creek. Defendants have a prescriptive right to the use of water and a right of use of 332 acre feet of water each year. Said lands have been planted to alfalfa and other hays and other general farm and row crops. Also for use of domestic water.

Water is prodeuced from a well 16", gravel packed, equiped with a 28 H.P. Motor.

Since 1931 defendants have acquired by use and prescription the right to the use of water on 60 acres of contiguous lands which defendants have under lease for farming purposes for growing alfalfa and other hays and farm crops and such use and perscription have acquired the right to use 300 acre feet of water.

Exhibit A.

Parcel 1. Lot One Hundred Fifteen (115) of the Murrieta Portion of the Temecula Rancho, as shown by Map thereof on file in book 8, page 359 of Maps, Records of San Diego County, California.

Parcel 2. 10.4 Acres of Lot one hundred sixteen (116) of the Murrieta portion of the Temecula Rancho, as shown by Map of the Temecula Land and Water Company on file in book 8, page 359 of Maps, Records of San Diego County, California.

Also that portion of Lot 116, consisting of 23 acres formerly owned by the defendants but purchased from them by their daughter, Margaret Roripaugh Ramsay in 1951 and which has been irrigated from the well of the defendants continuously since 1931 being planted to alfalfa, pasture grass and other crops and more particularly described as follows: Portion of Lot One hundred sixteen (116) of the Murrieta portion of the Temecula Rancho, as shown by Map of the Temecula Land and Water Company on file in Book 8, page 359 of Maps, Record of San Diego County, California.

Page 2

12328

2  See page 2

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*[signatures]*

Defendants in propria persona

Dated: 6-2-58

12329