HUGH L. SCOTT and MYRTLE H. SCOTT
Defendants in propria persona
8122 San Luis Avenue
Southgate, California

FILED
JUN 6- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | HUGH L. SCOTT AND MYRTLE H. SCOTT |
| Defendants, | |

The defendants, Hugh L. Scott and Myrtle H. Scott each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 43½ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

12336

EXHIBIT A

PARCEL 1:

PAR. 93W-16-5

SE 1/4 OF NW 1/4 (EXC. THAT POR LYING WITHIN FALLBROOK PUB UT DIST)
OF   SEC. 16-9-3W

----------

PARCEL 2:

PAR. 93W-16-6

THAT POR OF SE 1/4 OF NW 1/4 LYING WITHIN FALLBROOK PUB UT DIST
OF   SEC. 16-9-3W

----------

PARCEL 3:

PAR. 93W-16-4

ALL THAT POR OF NE 1/4 of NW 1/4 LYING W OF CO RD & ELY OF A LI
DAF BAP ON S LINE LI 743.82 FT E FR SW COR TH N 4° W  66 FT TH
N 27° 30'W  145.20 FT TH N 15° W 132 FT TH N 23° 30' E  132 FT TH N 12°
E 66 FT TH N 16° E 184.80 FT TH N 74° E 198 FT TO INT CO. RD. IN
NE 1/4 OF NW 1/4    SEC 16-9-3W

----------

12337

Defendants own approximately 43½ acres of Avocado land, on 10 acres of which are now Olive trees. On this property there is a residence and Fruit trees; also a well and pump. As defendants plan to plant this land to a Commercial Grove of Avocado trees in the future, they hereby claim the right to use as much water as is available from their well, or from any other part of their land.

Defendants claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries, whether from springs, streams or wells, etc., and to take water from their land, whether for domestic, industrial, business or irrigation purposes.

In addition to the claim and uses as herein made, the defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill and to dig wells, and to exercise water reclamation and conservation practices as now or may be known in the future.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever. FURTHERMORE, defendants pray the court to award them adequate damages to reimburse them for the cost of preparing and prosecuting their defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon them by this attempted acrimonious, confiscatory usurpation of property rights, instituted against them by the agencies of the United States Government.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Hugh L. Scott  *Hugh L. Scott*

Myrtle H. Scott  *Myrtle H. Scott*

Defendants in propria persona
8122 San Luis Avenue
Southgate, California

Dated: 5-29-58

12338