Ralph K. Enander and Joan C. Enander
P. O. Box 562, Fallbrook, California.

Defendants in propria persona

F I L E D

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br><br>  Defendants, | CIVIL NO. 1247 - SD - C<br><br>ANSWER OF DEFENDANTS<br>RALPH K. ENANDER<br>and<br>JOAN C. ENANDER |

The defendants, Ralph K. Enander and Joan C. Enander each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 7 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

12303

EXHIBIT-A

All that portion of Lot 1 (Southwest Quarter of Southwest Quarter) of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved May 3, 1859, described as follows:

Beginning at the Southwest corner of said Section 18; thence North 89° 43' East along the South line of said Section 18, 1300.2 feet to the Southeast corner of said Lot 1; thence along the East line of said Lot 1 North 0° 06' East 1072.77 feet to the true point of beginning; thence parallel with the North line of said Lot 1 South 89° 53' West 581 feet; thence parallel with said East line of Lot 1 North 0° 06' East 152.42 feet to a point which is South 0° 06' West 104.40 feet from the North line of said Lot 1; thence parallel with said North line of Lot 1 North 89° 53' East 581 feet to the East line of said Lot 1; thence thereon South 0° 06' West 152.42 feet to the true point of the beginning.
EXCEPTING therefrom the East 10 feet thereof.

That portion of Lot 2 (Northwest Quarter of Southwest Quarter) of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, according to United States Government Survey approved September 11, 1879, described as follows:

Beginning at the intersection of the East line of said Lot 2 with the South line of the North 670 feet of said Lot 2; thence along said East line of Lot 2, South 0°01'20" East, 337.66 feet; thence parallel with the North line of said Lot 2 South 89°25'20" West 645 feet, more or less, to the East line of the tract of land conveyed to Andrew Schmitt, a widower, by deed recorded December 6, 1950, in Book 3887, page 445 o f Official Records; thence North 0°02'20" East along said East line of said Schmitt's land a distance of 337.66 feet, more or less, to an intersection with the South line of the North 670 feet of said Lot 2; thence along the South line of the North 670 feet of said Lot 2 North 89°25'20" East a distance of 644.86 feet, more or less, to the point of beginning.

12304

These defendants claim all the rights of overlying landowners and to water which may originate or cross their land.

These defendants claim the right to drill wells and exercise water reclamation and conservation practices as are now or may be known.

These defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

These defendants claim all the above for all lands in which they have any financial interest whatever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Ralph K. Enander_

_Joan C. Enander_
　　　Defendants in propria persona

Dated: May 20, 1958

12305