FILED
JUN 6- 1958

Mrs Esther (Harrison) Franklin
Defendants in propria persona
12594 magnolia ave.
Chino Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  ) CIVIL NO. 1247 - SD - C
        Plaintiff,        ) ANSWER OF DEFENDANTS
   v.                       ) Mrs Esther (Harrison) Franklin
FALLBROOK PUBLIC UTILITY    )
DISTRICT, ET AL,            )
        Defendants,       )

The defendants Mrs. Esther (Harrison) Franklin each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
         AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

        AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own ―――― acres of land in ―― Tulare ―― County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement. Exhibit A

12306

Lot 10 in Block 19 of west Fallbrook in County of San Diego map no 567 filed in the office of Recorder of San Diego County oct 9, 1888

COPY RECEIVED
INDEXED

> I claim the right to use sufficient water for household and irrigate the trees & shrubs on lot 10 in block 19 of west Fallbrook. And if a later date we wish to purchase land and a well is needed we wish to reserve the right to drill a well or wells if needed
>
> Mrs Esther (Harrison) Franklin

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Mrs Esther (Harrison) Franklin

---

Defendants in propria persona

Dated:

12307