```
JOHN J. GAMMELL and
ALDA W. GAMMELL
Defendants in propria persona
Route 2 - Box 85
Fallbrook, California
```

FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | JOHN J. GAMMELL and ALDA W. GAMMELL |
| Defendants, | |

The defendants, JOHN J. GAMMELL and ALDA W. GAMMELL each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own <u>one</u> acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.
(also <u>one</u> city lot)

12308

COPY  RECEIVED  INDEXED

1  Defendants claim all the rights of overlying land owners and to water which may originate in or may be found, on, or under or which may cross their land.

2  Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

3  Defendants hereby incorporate the same as though set forth herein in full all the affirmative defenses of the Fallbrook Public Utility District on file in these proceedings.

4  Defendants claim all the above for all lands in which they have any financial interest whatsoever.

5  Defendants also claim right to ample water for all additional houses built on said lands, whether for domestic, industrial, business or irrigation purposes.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*John J. Gammell*
John J. Gammell

*Alda W. Gammell*
Alda W. Gammell
Defendants in propria persona

Dated:
May 29-'58.

12309

EXHIBIT A

No. 1: Location of one acre of land improved with house at 616 East Fallbrook Street, Fallbrook, California. Description as follows:

The Westerly 148 feet of the Southerly 294.32 feet of that portion of the Northeast quarter of Southwest quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, in the county of San Diego, State of California, according to United States Government Survey approved June 11, 1880, described as follows:

Beginning at the Southeast corner of said Northeast quarter of Southeast quarter of said Section 24; thence West 5 chains; thence North 10 chains; thence East 5 chains; thence South 10 chains to the point of beginning.

No. 2: Location of lot improved with house at 127 West Ivy Street, Fallbrook, California. Description as follows:

The Easterly 63 feet of Lot 6 in Block 20 of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 567, filed in the office of the Recorder of said San Diego County, October 9, 1888.

12310