FILED

JUN 6 - 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

CHARLES H. CLARK, LOLA MONTEZ CLARK, GEORGE A. CLARK and HILDUR M. CLARK
Defendants in propria persona
428 W. Aviation Road
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| vs. | ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | CHARLES H. CLARK, LOLA MONTEZ CLARK, GEORGE A. CLARK and HILDUR M. CLARK. |
| Defendants, | |

The defendants,  Charles H. Clark, Lola Montez Clark,
George A. Clark and Hildur M. Clark
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1½ acres of land in  San Diego
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

COPY RECEIVED    INDEXED

12297

EXHIBIT A

1    That portion of the East 699.87 feet of the South 10 acres

2    of the Southeast Quarter of the Southwest Quarter of Section 24,

3    Township 9 South, Range 4 West, San Bernardino Meridian, in the County

4    of San Diego, State of California, lying Southerly of a roadway known

5    as County Road Survey No. 292, on file in the office of Surveyor of said

6    San Diego County; said roadway being a 50 ft right of way conveyed by

7    Thomas L. Jones and Oscar C. Hayes to the County of San Diego by deed

8    dated May 1, 1913, and recorded in book 487, Page 39 of deeds, and

9    lying Northerly and Westerly of the right of way line of the Fallbrook

10   Branch of the Atchison, Topeka and Santa Fe Railway Company, as con-

11   structed across said Section, the center line of said Railroad in

12   reference to said property herein before described as follows:

13       Beginning at the intersection of said center line with the West

14   line of the Northeast Quarter of the Northwest Quarter of Section 25

15   of said Township 9 South, Range 4 West at Engineer's Station 3434 plus

16   63.78 distant 585.80 feet Southerly along said West line of said

17   Section 25; thence Northeasterly on a 4° curve concave to the Southeast

18   368.20 feet; thence on a tangent North 51° 24' East, 1020.36 feet to

19   point of ending in the North line of said South 10 acres of the South-

20   east Quarter of Southwest Quarter of Section 24, distant 264.93 feet

21   Westerly along said North line from the Northeast corner of said South

22   10 acres of the Southeast Quarter of Southwest Quarter of Section 24.

23

24

25

26

27

28

29

30

31

32

12288

Defendants claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries; whether from springs, streams or wells, etc., and to take water from the land, whether for domestic, industrial, business or irrigation purposes.   They have a home, a garden, some family fruit trees and shrubs.   They are now being served water through the Fallbrook Public Utility District.

In addition they have 17 old avocado trees, 15 old lemon trees and 35 young trees.   For these purposes they claim the right to use six and one-half acre-feet of water per year.

In addition to the claim and uses as herein made, the defendants claim all the rights of overlying landowners to any water which may originate in, or under, or cross their land.   Defendants claim the right to drill and dig wells, and exercise water reclamation and conservation practices as now or may be known.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Charles D. Clark_
Charles H. Clark

_Lola Montez Clark_
Lola Montez Clark

_George A. Clark_
George A. Clark  and

_Hildur M. Clark_
Hildur M. Clark

Defendants in propria persona

428 W. Aviation Road
Fallbrook, California

Dated:
        May 24, 1958

12289

FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

1  William Joseph Campbell and Winifred Campbell
2  Defendants in propria persona
   465 Golden Road, Fall brook, California

3

4            IN THE UNITED STATES DISTRICT COURT

5            SOUTHERN DISTRICT OF CALIFORNIA

6                  SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,          )    CIVIL NO. 1247 - SD - C
8                                      )
                 Plaintiff,            )    ANSWER OF DEFENDANTS
9                                      )William Joseph Campbell and
           v.                          )Winifred Campbell
10                                     )
   FALLBROOK PUBLIC UTILITY            )
11  DISTRICT, ET AL,                   )
                                       )
12               Defendants,           )

13       The defendants, William Jo seph Camp bell and Winifred Camp-
                                                                    bell
14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17       ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                  AMENDATORY COMPLAINT
18

19       These answering defendants hereby incorporate by reference

20  all of the allegations contained in the answer to said Complaint and

21  Supplementary and Amendatory Complaint filed in this case by Newton

22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23  of the portion thereof entitled "Affirmative Statement of Rights")

24  and make each and all of said allegations a part of this answer

    the same as if herein set forth at length.
25
              AFFIRMATIVE STATEMENT OF RIGHTS
26

27       These defendants own $3\frac{1}{4}$ acres of land in San Diego

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

    part of this statement.
31

32

                                                      12285

## EXHIBIT "A"

Par. 93W-19-136
S 10 ft of W 379.6 ft of N 10 S 10 ft of W 20.39 ac of Lot 4 & S 10 ac
of W 20.39 ac of SD Lot (Ex C S 328.8 ft & E 291.8 ft THF) Sec 19-9-3W


Par. 94W-24-130
All lying N of A LI D.A.F.B.A.P. in E LI  Sec 24 Dist. N.0 20' 15" E
320.80 ft F R F R SE Cor.of SD Sec 24 T H N 89' 54' W 40 ft to the W LI
of the E 40 ft of S 5 ac of E 1/4 of SE 1/4 of SE 1/4 IN Sec 24-9-4 W


12285A

Defendants own 3¼ acres approximately as follows:

1 ac lemons      1 ac avocados      1¼ acres house and garden

Defendants claim the right to build other houses on this property and supply them  with water

Defendants xxx claim all the right o f o verlying land o wners and to water which may o riginate in or may be found on, or under, o r wh ich may cross their land.

Defendants claim the right to  dig or drill well s and exercise water reclamation and conservatio n practices as are now or may be kno wn.

Defendants hereby incorporate, the same as tho ugh set forth herein in full, all the Affirmative Defenses of the Fall brœ k Publ ic Util ity District on file in these proceedings.

Further mo re, we pray the court to award us, the aforementioned defendants, adequate damages to reimburse us for the cost of preparing and prosecutin g our defense, to al leviate the grievous physical, mo ral and i ntellectual suffering inflicted upon us by this attempted acrimo nious, confiscatory usurpation of property rights, instituted against us by the agencies o f the Unit ed States Government.

water, as hereinabove set forth, be quieted as against the plain-tiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*William Joseph Campbell*

*Winifred Campbell*

Defendants in propria persona

Dated:  May 28th,  1958

12266