FILED

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

Frank Elliot Collier, Flora R. Collier
Robert Wayne and Mary Helen Collier Wayne
Defendants in propria persona
909 Lyndon Street
South Pasadena, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,               ) CIVIL NO. 1247 - SD - C
                                        )
            Plaintiff,                  ) ANSWER OF DEFENDANTS
                                        )
    v.                                  )
                                        ) FRANK ELLIOT COLLIER
FALLBROOK PUBLIC UTILITY                ) FLORA R. COLLIER
DISTRICT, ET AL,                        ) ROBERT WAYNE
                                        ) MARY HELEN COLLIER WAYNE
            Defendants,                 )

The defendants, Frank Elliot Collier, Flora R. Collier, Robert Wayne, and Mary Helen Collier Wayne each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 14+acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

1   We the undersigned reserve the right to develop domestic
2   and irrigation water on this property by sinking two or more
3   wells thereon to a depth necessary to produce not to exceed
4   fifteen (15) acre feet per year, this water to be used on
5   this land for irrigating alfalfa for hay and seed, or such
6   vegetables for which the demand may arise.
7       These figures are subject to amendment on the basis of
8   the result of a survey, request for which has already been
9   made to the Office of Ground Water Resources.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Frank E. Collier, Flora R. Collier*

*Robert Wayne   Mary Helen Collier Wayne*

Defendants in propria persona

Dated: May 29, 1958

12281

EXHIBIT A

All of Blocks 17, 18, 19 and 20, together with our right, title and interest in the streets adjoining same and in that portion of the abandoned 100 ft. right of way of the Atchison, Topeka and Santa Fe R. R. Co. lying between the center line of Gruwell Street and the center line of Penrose Avenue, all said property being in the Town of Wildomar, Riverside County, California, according to the Map and Plat of same as recorded in Map Book 6, page 394, records of San Diego County, California.

12292