

FILED

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William W. Luddy
         Deputy Clerk

1  E.W. and DOLORES CONNELL
   Defendants in propria persona
2  Winchester, California

3

4             IN THE UNITED STATES DISTRICT COURT

5               SOUTHERN DISTRICT OF CALIFORNIA

6                     SOUTHERN DIVISION

7  UNITED STATES OF AMERICA,        )  CIVIL NO. 1247 - SD - C
8                                   )
              Plaintiff,            )  ANSWER OF DEFENDANTS
9                                   )  E.W. and DOLORES CONNELL
       v.                           )
10                                  )
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )
                                    )
12            Defendants,           )

13     The defendants, E.W. and DOLORES CONNELL

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                     AMENDATORY COMPLAINT

18 ~~These answering defendants hereby incorporate by reference~~
19 ~~all of the allegations contained in the answer to said Complaint and~~
20 ~~Supplementary and Amendatory Complaint filed in this case by Newton~~
21 ~~T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II~~
22 ~~of the portion thereof entitled "Affirmative Statement of Rights")~~
23 ~~and make each and all of said allegations a part of this answer~~
24 ~~the same as if herein set forth at length.~~

25             AFFIRMATIVE STATEMENT OF RIGHTS

26     These defendants own 20 acres of land in RIVERSIDE

27 County, California, and within the watershed of the Santa Margarita

28 River, more particularly described in the document <u>attached</u> hereto,

29 marked Exhibit A, which is hereby incorporated by reference as a

30 part of this statement.

31

32                                                    12293

COPY RECEIVED
           INDEXED

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Dolores Connell*

*E. W. Connell*

Defendants in propria persona

Dated: May 31 - 58.

12294

## EXHIBIT A

That portion of land with in the South half of Section 9, Township 6 South, Range 2 West, San Bernardino Base and Meridian, described as follows;

"Beginning at a point on the South line of said Section, North 89° 53' 35" West, 1350 feet from the Southeast corner thereof; thence North 0° 06' 25" East, 805 feet; thence North 89° 53' 35" West, parallel with the South line of said Section, 1082.23 feet; thence South 0° 06' 25" West, 805 feet to a point on the South line of said Section; thence South 89° 53' 35" East, 1082.23 feet to the point of beginning."

12295

## EXHIBIT B

I believe This Portion of land was acquired by the railroad from a statue of the United States. I believe this statue was prior to the Doctrine of Reasonable Use of Water passed by the State of California. I believe the land carried water rights with it and believe that it is railroad land. Therefore, I feel that I am not subject to the Doctrine of Reasonable Use of Water of the State of California. We have used the Water freely and exclusively in the past and hope to do so in the future.

We rely on this and such other documents as we may hereafter produce, from the records whatever they may be.