FILED

James R. Cook, Mabel J. Cook
Defendants in propria persona
Route 1 Box 433, Elsinore, Calif.

JUN 6- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,)  CIVIL NO. 1247 - SD - C
        Plaintiff,) ANSWER OF DEFENDANTS
  v.) James R. Cook
FALLBROOK PUBLIC UTILITY) Mabel J. Cook
DISTRICT, ET AL,)
        Defendants,)

The defendants, James R. Cook, Mabel J. Cook each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 7.97 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

12297

COPY RECEIVED
INDEXED

The defendents have one well that is 15 feet deep in a creek bottom. The defendents claim all water that runs through their property. They claim reparian and percolating rights to this property. They also claim rights to deepen and drill wells at a later date and wish to reserve the rights to do so. The land is tillable and can be planted to alfalfa or fruit trees. The defendents claim 8 acre feet of water per year. The defendents have shade trees and small garden now planted.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*James R. Cook*

*Mildred J. Cook*

Defendants in propria persona

Dated: May 22, 1958

12298

EXHIBIT "A"

   The East 495 feet of the Northeast quarter of the
Northwest quarter of Section 25, Township 6 South,
Range 4 West, San Bernardino Base and Meridian;
excepting therefrom the South 440 feet thereof.
Also excepting the portion thereof Northerly of the
County Road, known as Bundy Road, as described in
Deed from Herman B. Bergman, to Roy Flowers and wife,
dated Dec. 28, 1938 and recorded in Book 401 page 403
of Official Records of Riverside County, California,
Dec. 29, 1938; in the County of Riverside, State of
California.

12299