Joseph E. Eden and Josephine E. Eden
Defendants in propria persona
8225 Devenir Avenue
Downey, California

FILED
JUN 6- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>　　　　Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>Joseph E. Eden and<br>Josephine E. Eden |

The defendants, Joseph E. Eden and Josephine E. Eden each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 3 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

12300

COPY RECEIVED INDEXED

I

This land, approximately three acres, is tillable. Defendants have a ninety foot well from which they derive water for a garden, orchard, and domestic use. This property has subdivision possibilities.

II

Defendants claim the right to the use of the well, and the privilege to develop more water in the future in the event of sub-division or further agricultural development.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Joseph E. Eden*

*Josephine E. Eden*

Defendants in propria persona

Dated: 6/1/58

12301

EXHIBIT A

Description of Property owned by Joseph E. Eden a nd Josephine E. Eden

8225 E. Devenir Avenue, Downey, Calif.

Approximately three acres located as follows;

That portion of the West Half of Lot 18 in Section 27, Township 9 South, Range 2 East, San Bernardion Meridan, in the County of San Diego, State of California, according to the United States Government Survey approved May 17, 1918, described as follows;

Beginning at a point which is 675 feet West of the Southeast corner of said Lot 18, said point being the Southeast corner of the West Half of said Lot 18, 375 feet; thence Southwesterly 770 feet more or less to the Southwest corner of said Lot 18; thence Easterly along the Southerly line of said Lot 18, 675 feet more or less to the point of beginning.

12302