

JUN C - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK

1  Robert A. Aaberg and Ruby M. Aaberg

2  Defendants in propria persona

3  P.O. Box 355

4  Fallbrook, California

5              IN THE UNITED STATES DISTRICT COURT

6                 SOUTHERN DISTRICT OF CALIFORNIA

7                        SOUTHERN DIVISION

8  UNITED STATES OF AMERICA          )        CIVIL NO. 1247 - SD - C

9                    Plaintiff,      )        ANSWER OF DEFENDANTS

10       v.                          )        Robert A. Aaberg and
                                     )        Ruby M. Aaberg
11  FALLBROOK PUBLIC UTILITY         )
    DISTRICT, ET AL,                 )
12                   Defendants,     )

13        The defendants, Robert A. Aaberg and Ruby M. Aaberg

14  each severing from their co-defendants and each for himself or herself

15  alone, in answer to the Complaint and Supplementary and Amendatory Com-

16  plaint on file herein, admit, deny, and allege:

17              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                        AMENDATORY COMPLAINT
18
          These answering defendants hereby incorporate by reference all
19
    of the allegations contained in the answer to said Complaint and Supple-
20
    mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
    and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
    thereof entitled "Affirmative Statement of Rights") and make each and all
23
    of said allegations a part of this answer the same as if herein set forth
24
    at length.
25
                    AFFIRMATIVE STATEMENT OF RIGHTS
26
          These defendants own 1 1/2 acres of land in   San Diego
27
    County, California, and within the watershed of the Santa Margarita River,
28
    more particularly described in the document attached hereto, marked Exhibit
29
    A, which is hereby incorporated by reference as a part of this statement.
30

31

32

COPY RECEIVED

12270

INDEXED

EXHIBIT A

PARCEL # 1.  Robert A. Anberg and Ruby M. Aaberg, joint tenants, husband and wife.

Lot 28 of Donath and Pierce Tract, in the County of San Diego, State of California, according to map there of No. 2310, filed in the office of the County Recorders. April 16, 1946.

PARCEL # 2.  Lots 4 and 5 in Block 28 of Townsite of West Fallbrook, in the County of San Diego, State of California. According to map thereof No. 743, filed in the office of the Recorder of San Diego County, March 6, 1893.

Defendant s claim all the right of overlying land owners and to water which may originate in or may be found on, or under, or which may cross their land.

"Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be know.

"Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in in these proceedings.

"Defendant claim all the above for all lands in which they have any financial interest whatsoever."

FURTHERMORE, WE PRAY THE COURT TO AWARD US, THE AFOREMENTIONED DEFENDANTS, ADEQUATE DAMAGES TO REIMBURSE US FOR THE COST OF PREPARING AND PROSECUTING OUR DEFENSE, TO ALLEVIATE THE GRIEVOUS PHYSICAL, MORAL AND INTELLECTUAL suffering inflicted upon us by this attempted acrimonious, CONFISCATORY USURPATION OF PROPERTY RIGHTS, INSTITUTED AGAINST US BY THE AGENCIES OF THE UNITED STATES GOVERNMENT.

12271

EXHIBIT A

PARCEL # 3.  Ruby M.  Aberg a married woman as her so__ and separate property.

Lot 3, Block 28,  of West Fallbrook, in the County of San Diego, State of

California, according to map thereof No. 743 filed in the office of the

County Recorder of  San Diego County March 6, 1893.

"Defendant  claim all the right of overlying land owners and to water which

may originate in or may be found on, or under, or which may cross their land.

"Defendant claim the right to dig or drill walls and exercise water reclamation

and conservation practices as are now or may be know.

"Defendant hereby incorporate, the same as though set forth herein in full, all the

Affirmetive Defenses of the Fallbrook Public Utility District on file

in these proceedings.

"Defendant claim all the  above for all lands in which they have any

financial interest whatsoever."

FURTHERMORE, WE PRAY THE COURT TO AWARD US, THE AFOREMENTIONED DEFENDANTS,

ADEQUATE DAMAGES TO REIMBURSE US FOR THE COST OF PREPARING AND PROSECUTING

OUR DEFENSE, TO ALLEVIATE THE GRIEVOUS PHYSICAL, MORAL AND INTELLECTUAL

SUFFERING INFLICTED UPON US BY THIS ATTEMPTED ACRIMONIOUS, CONFISCATORY

USURPATION OF PROPERTY RIGHTS, INSTITUEED Against US BY THE AGENCIES OF THE

united states GOVERNMENT.

*Ruby M. Aaberg*

*Defendant in*

*propria persona,*

*Ba435 5*

*Fallbrook, Cal,*

12272

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

     WHEREFORE, these defendants pray that plaintiff take nothing
against them by reason of the Complaint and Supplementary and Amenda-
tory Complaint on file herein; that said Complaint be dismissed as
against these defendants; that defendants' right to water, as hereinabove
set forth, be quieted as against the plaintiff and against all other de-
fendants in this action; and for such other and further relief as the
Court may deem proper.

25
26    Robert A. Aaborg, *(signature) Robert A. Aaberg*
27
28    Ruby M. Aaberg *(signature) Ruby M. Aaberg*
29    Defendants in propria persona
30    Box 355
      Fallbrook, California
31
32 Dated:   May 30, 1958

12273