```
1  ALLEN W. BEACH and ELIZABETH BEACH
   Defendants in propria persona
2
   Rt. 1 - Box 65
3  Winslow, Washington
```

**FILED**

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br><br>　　　　Defendants, | CIVIL NO. 1247 - SD - C<br><br>ANSWER OF DEFENDANTS<br><br>ALLEN W. BEACH and<br>ELIZABETH BEACH |

　　The defendants, ALLEN W. BEACH and ELIZABETH BEACH each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

　　　　ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
　　　　　　　　AMENDATORY COMPLAINT

　　These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

　　　　　　AFFIRMATIVE STATEMENT OF RIGHTS

　　These defendants own approximately 12 acres of land in SAN DIEGO County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

12274

COPY RECEIVED　　　　　　INDEXED

1  That the interest of these defendants arizes under and is
2 confined to a Deed of Trust from Russell D. Towne and Imogene Towne,
3 husband and wife, recorded July 30, 1954 with San Diego County
4 Recorder and recorded in Book 5317 of Deeds page 69 which secures
5 payment by trustors of $8,900.00 on which there is presently owing
6 $7,509.95. That said property is serviced with a well existing
7 and operating since 1949, set in the bed of a gully that drains
8 into the Santa Margarita.

  II

10  Defendants claim the right to well water sufficient for domestic
11 use and to irrigate or supply six acres of avocado trees to the ex-
12 tent of three (3) feet per acre or a total of thirty-six (36) acre
13 feet.

18  WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*Albert W. Beach*

*Elizabeth Beach*

Defendants in propria persona

32 Dated: May 28, 1958

12275

EXHIBIT A

The West Half of the Northeast Quarter of the Southeast Quarter of Section 6, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved April 21, 1890.

EXCEPTING there from all that portion lying Northwesterly of a line described as follows:

Beginning at a point on the North line of said Northeast Quarter of the Southeast Quarter, distant Westerly 100 feet from the Northeast Quarter of said West Half of the Northeast Quarter of the Southeast Quarter; thence Southwesterly to a point in the West line of said Northeast quarter of the Southeast Quarter distant Northerly 400 feet from the Southwest corner of said Northeast Quarter of the Southeast Quarter.

INDEXED

12276