

JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By [illegible]
DEPUTY CLERK

RICHARD C. BOULTON and VERA FLORENCE BOULTON
Defendants in propria persona
6419 Salt Lake Ave. Bell, Calif.
6620 Chalet Dr. Bell Gardens, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS RICHARD C. BOULTON AND VERA FLORENCE BOULTON |

The defendants, RICHARD C. BOULTON AND VERA FLORENCE BOULTON each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own acres of land in County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

**That certain land situated in Riverside County, known as the Southerly one-half (1/2) of the North East one-quarter (1/4) of the South West one-quarter (1/4) of section eighteen (18) township seven (7) Range three(3) East. San Bernardino Base and Meridian as shown by United States Goverment Survey.**

COPY RECEIVED INDEXED

irrigated. Defendants intend to to clear land and drill wells approximately fifteen (15) acres are tillable and balance can be used for grazing cattle or raising turkeys, chiskens and fowl.

~~RICHARD C. BOULTON AND VERA FLORENCE BOULTON has not been cleared and has not been irrigated. Defendants intend to clear land and drill wells approximately fifteen (15)~~
~~6419 Salt Lake Ave. Bell, Calif.~~
~~6620 Chalet Dr. Bell Gardens, Calif. be used for grazing cattle or raising turkey, chickens and fowel.~~

II.

Defendant claim the right to four and two-tenths (4 2/10) feet per acre per year. Defendants do not claim any prescriptive rights or any appropriative rights.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Richard C. Boulton

Vera Florence Boulton

Defendants in propria persona

6419 Salt Lake Ave, Bell, Calif.
6620 Chalet Dr. Bell Gardens, Calif.

Dated: 6-2-58

12281

12281