F I L E D

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

1  HAZEL LAURA BRADLEY
   HAZEL L. BRADLEY
2  Defendant in propria persona
   517 N. Iowa Street
3  Fallbrook, California

4            IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                   SOUTHERN DIVISION

7

8  UNITED STATES OF AMERICA      )      CIVIL NO. 1247 - SD - C

9                Plaintiff,      )      ANSWER OF DEFENDANTS
                                 )      ANSWER TO COMPLAINT AND
10         v.                    )  SUPPLEMENTARY AND AMENDATORY
                                 )         COMPLAINT OF
11 FALLBROOK PUBLIC UTILITY      )        HAZEL L. BRADLEY
   DISTRICT, ET AL,             )        HAZEL LAURA BRADLEY
12                               )

               Defendants,      )

13      The defendant, Hazel L. Bradley (Hazel Laura Bradley)

14  each severing from their co-defendants and each for himself or

15  herself alone, in answer to the Complaint and Supplementary and

16  Amendatory Complaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                     AMENDATORY COMPLAINT
18

19      This answering defendant hereby incorporates by reference

20  all of the allegations contained in the answer to said Complaint

21  and Supplementary and Amendatory Complaint filed in this case by

22  Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs

23  I and II of the portion thereof entitled "Affirmative Statement

24  of Rights") and make each and all of said allegations a part of

25  this answer the same as if herein set forth at length.

26              AFFIRMATIVE STATEMENT OF RIGHTS

27      This defendant owns one Lot of land in San Diego

28  County, California, and within the watershed of the Santa

29  Margarita River, more particularly described in the document

30  attached hereto, marked Exhibit A, which is hereby incorporated

31  by reference as a part of this statement.

32

COPY RECEIVED

INDEXED

12282

EXHIBIT A

Lot 3, Block "D", BARTLETTS ADDITION of West Fallbrook, in
the County of San Diego, State of California, according to
Map thereof No. 470, filed in the office of the Recorder
of San Diego County January 4, 1888.

12283

1  Defendant claims all riparian rights to all waters percolating
2  through her land, whether from the Santa Margarita River and
   its tributaries; whether from springs, streams or wells, etc.,
3  and to take water from their land, whether for domestic, indus-
   trial, business or irrigation purposes.

4  Defendant has one Lot, as in Exhibit A, on which stands her
   Home and she plans to plant garden and trees in the future.
5  She may build another house in future and claim as much water
   for domestic uses as they consider necessary to keep these
6  buildings supplied in sufficient quantities.

7  In addition to the claim and uses as herein made, the defendant
   claims all rights of overlying landowners to any water which
8  may originate in, or under, or cross their land, also the
   defendant claims the right to drill and dig wells, and exercise
9  water reclamation and conservation practices as now or may be known.

10 Defendant hereby incorporate the same as though set forth herein
   in full all of the Affirmative Defenses of the Fallbrook Public
11 Utility District on file in these proceedings.

12 Defendant claims all the above for all lands in which she has
   any financial interest whatsoever.

13
14
15
16
17
18       WHEREFORE, these defendants or this defendant prays
19 that plaintiff take nothing against them by reason of the
20 Complaint and Supplementary and Amendatory Complaint on file
   herein;
21       that said Complaint be dismissed as against this
22 defendant; that defendant's right to water, as hereinabove set
23 forth, be quieted as against the plaintiff and against all
24 other defendants in this action; and for such other and further
25 relief as the Court may deem proper.
26
27                          Hazel L. Bradley
28                          (Hazel Laura Bradley)
                            Defendant in propria persona
29                          517 N. Iowa Street
                            Fallbrook, California
30
31 Dated: May 28, 1958
32

12284