*Earl T. Rogers*
*Willie Rogers*
Defendants in propria persona
*Star Route Box 117 Hemet Calif.*

FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William W. Luey_
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | *Earl T. Rogers* |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | *Willie Rogers* |
| Defendants, | |

The defendants, *Earl T. Rogers, Willie Rogers,* each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own *20* acres of land in *Riverside Co.* County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED             INDEXED                    12253

"Exhibit A"

Description of land copied from policy of title #200496

in the county of Riverside, State of California:
That Portion of the Southwest quarter of the Southeast quarter of Section 5, Township 8 South, Range 1 East, San Bernardino Base and Meridian, Described as Follows:

Beginning at a point on the Southerly line of the Southwest quarter of the Southeast quarter of said Section, 130 feet Easterly from the Southwest corner thereof; thence Westerly on the Southerly line of the Southwest quarter of the Southeast quarter of said Section to the Southwest corner thereof; thence Northerly on the Westerly line to said Southwest quarter of the Southeast quarter of said Section, to the Northwest corner thereof; thence easterly on the Northerly line of the Southwest quarter of the Southeast quarter of said Section, to the Northeast corner thereof; thence Southwesterly to the point of beginning

12254

at present we have a Drilled Well which furnishes us just barley enough water for Domestic use

Should we decide to raise Chickens or Turkeys, we claim the right to develope water by Drilling wells enough to furnish that amount neccessary. as we have some land that could be put in Crops. we reserve in further claims. untill such time as a survey can be made bey Water resources Dept. + Statement of claims be presented to you

    WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Earl T. Rogers

Luillie Rogers

Defendants in propria persona

Dated: May 31st 1958

12255