IONE B. STRADER and SHIRLEY I. DOUTHIT
Defendants in propria persona
930 Cotton Street
San Diego 2, California

FILED

JUN 6 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ Deputy

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )  CIVIL NO. 1247-SD-C
                               )
           Plaintiff, )  ANSWER TO COMPLAINT AND
                               )  SUPPLEMENTARY AND AMENDATORY
   -vs-                   )  COMPLAINT OF
                               )  IONE B. STRADER AND
FALLBROOK PUBLIC UTILITY    )  SHIRLEY I. DOUTHIT
DISTRICT, ET AL.,           )
                               )
          Defendants. )

The defendants, IONE B. STRADER and SHIRLEY I. DOUTHIT, each severing from their co-defendants and each for herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO ORIGINAL COMPLAINT

I

These answering defendants have no information or belief sufficient to enable them to answer the allegations of Paragraph II and VII of the original Complaint and basing their denial upon that ground, deny all allegations in said paragraphs contained.

II

Answering the allegations of paragraph IV, defendants deny that any conduct of these answering defendants threatens the destruction of the basin referred to in said paragraph or damages the plaintiff in any manner.

WILLIAM MURRAY HILL
ATTORNEY AT LAW
620-621 FIRST NAT'L
BANK BUILDING
SAN DIEGO 1, CALIF.
BELMONT 9-1297

COPY RECEIVED

INDEXED

12259

III

Answering the allegations of Paragraphs V and VI, deny that the litigation and/or the stipulated judgment referred to in said paragraphs are binding upon or in any manner affect the rights of these answering defendants, and deny that the plaintiff is entitled to any rights, titles, interests, or privileges as against any of the answering defendants by reason thereof.

IV

Answering the allegations of Paragraph VIII, admit that the plaintiff makes the claims and assertions specified in said paragraph; these answering defendants have no information or belief sufficient to enable them to answer the remaining allegations of said paragraph and basing their denial on that ground, deny all of said allegations.

V

Answering the allegations of Paragraph IX, deny that any action or conduct of any of these answering defendants has caused the plaintiff any damage or has contributed to any of the injuries alleged in said paragraph; these answering defendants have no information or belief sufficient to enable them to answer the remaining allegations of said paragraph and basing their denial on that ground, deny all of said allegations.

ANSWER TO SUPPLEMENT TO COMPLAINT

Answer to Counts Nos. I to XIV, Inclusive

I

In answer to Counts I to XIV, inclusive, of the Supplement to plaintiff's Complaint, these answering defendants hereby incorporate by reference Paragraphs I to V, inclusive, of the above

WILLIAM MURRAY HILL
ATTORNEY AT LAW
620-621 FIRST NAT'L
BANK BUILDING
SAN DIEGO 1, CALIF.
BELMONT 9-1297

-2-

Answer to plaintiff's original Complaint.

II

These answering defendants admit that the plaintiff makes the contentions set forth in said counts; deny that any actions of these answering defendants have injured plaintiff; and have no information or belief sufficient to enable them to answer any of the remaining allegations in any of said counts contained and basing their denial on that ground, deny all of said allegations not hereinabove expressly admitted or denied.

### Answer to Counts Nos. XV-XXI, Inclusive

I

These answering defendants hereby incorporate by reference Paragraphs I and II of their Answer to Counts I to XIV, inclusive.

II

These answering defendants deny each and every allegation contained in Paragraphs II and III of Count XXI.

III

The defendants admit that plaintiff owns certain tracts of land comprising the Cleveland and San Bernardino National Forests which are administered by the Bureau of Land Management of the Department of the Interior, which tracts are within the watershed of the Santa Margarita River; admit the allegations with reference to the flow of Temecula Creek and its tributaries; admit that the exhibits mentioned in said Counts are attached to the Complaint; admit that the United States of America makes the contentions set forth in Counts XVIII, XIX, and XX; these answering defendants have no information or belief sufficient to enable them to answer the

WILLIAM MURRAY HILL
ATTORNEY AT LAW
620-621 FIRST NAT'L
BANK BUILDING
SAN DIEGO 1, CALIF.
BELMONT 9-1297

-3-

12261

remaining allegations in said Counts XV to XXI, inclusive, and basing their denial on that ground, deny all of said allegations.

### ANSWER TO AMENDMENT TO COMPLAINT

### Answer to Counts Nos. XXII to XXV, Inclusive

I

These answering defendants hereby incorporate by reference Paragraphs I, II and III of their Answer to Counts XV to XXI, inclusive.

II

These answering defendants deny the allegations of Paragraphs I and II of Count XXII.

III

These answering defendants admit that plaintiff makes the contentions set forth in Paragraph III of Count XXII; deny each and every allegation in said paragraph contained except as hereinabove admitted.

IV

These answering defendants admit that plaintiff makes the contentions set forth in Counts XXII to XXV, inclusive; admit that the application referred to in Paragraph II of Count XXIV was filed and in this connection allege that said application was rejected and denied by the State Board of Water Rights of the State of California on April 10, 1958; admit that these answering defendants claim the right to the use of water specified in the Affirmative Statement of Rights hereinbelow set forth; deny that any claim of these defendants invades any rights of the United States of America; deny the allegations of Count XXI except as hereinabove expressly admitted.

WILLIAM MURRAY HILL
ATTORNEY AT LAW
620-621 FIRST NAT'L
BANK BUILDING
SAN DIEGO 1, CALIF.
BELMONT 9-1297

-4-

V

These answering defendants have no information or belief sufficient to enable them to answer the remaining allegations contained in said counts and basing their denial upon that ground, deny all of the allegations not hereinabove expressly admitted or denied.

### AFFIRMATIVE STATEMENT OF RIGHTS

I

These answering defendants own forty (40) acres of land situated within the watershed of the Santa Margarita River, more particularly described as follows:

> The Southwest Quarter of the Northwest Quarter of Section 10, Township 7 South, Range 3 East, in Riverside County, California, being forty acres, more or less.

II

Defendants claim the right to use eighty (80) acre feet of water per year from De Luz Creek on this land. Defendants claim prescriptive rights and appropriative rights. Defendants have claimed and used all available water rights for a period of five (5) years or more continuously, openly, and adversely.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

WILLIAM MURRAY HILL
ATTORNEY AT LAW
620-621 FIRST NAT'L
BANK BUILDING
SAN DIEGO 1, CALIF.
BELMONT 9-1297

-5-

12263

DATED: This 26 day of May, 1958.

_Ione B. Strader_
IONE B. STRADER

_Shirley I. Douthit_
SHIRLEY I. DOUTHIT

Defendants in propria persona
930 Cotton Street
San Diego 2, California

The above statements made under penalty of perjury.

WILLIAM MURRAY HILL
ATTORNEY AT LAW
620-621 FIRST NAT'L
BANK BUILDING
SAN DIEGO 1, CALIF.
BELMONT 9-1297

-6-

12264