```
 1  IONE B. STRADER and SHIRLEY I. DOUTHIT
    Defendants in propria persona
 2  930 Cotton Street
    San Diego 2, California
 3
```

FILED

JUN 6 — 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
by /s/ William W. Luddy

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 1247-SD-C |
| Plaintiff, ) | |
| -vs- ) | ANSWER OF DEFENDANTS |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, ET AL., ) | |
| Defendants. ) | |

The defendants, IONE B. STRADER and SHIRLEY I. DOUTHIT, each severing from their co-defendants and each for herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by IONE B. STRADER and SHIRLEY I. DOUTHIT (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

WILLIAM MURRAY HILL
ATTORNEY AT LAW
620-621 FIRST NAT'L
BANK BUILDING
SAN DIEGO 1, CALIF.
BELMONT 9-1297

COPY RECEIVED    INDEXED    12256

These defendants own forty (40) acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit "A", which is hereby incorporated by reference as a part of this statement.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Ione B. Strader*
IONE B. STRADER

*Shirley I. Douthit*
SHIRLEY I. DOUTHIT

The above statements made under penalty of perjury.

DATED: This 28 day of May, 1958.

WILLIAM MURRAY HILL
ATTORNEY AT LAW
620-621 FIRST NAT'L
BANK BUILDING
SAN DIEGO 1, CALIF.
BELMONT 9-1297

-2-

12257

EXHIBIT "A"

The Southwest Quarter of the Northwest Quarter of Section 10, Township 7 South, Range 3 East, in Riverside County, California, being forty acres, more or less.

WILLIAM MURRAY HILL
ATTORNEY AT LAW
620-621 FIRST NAT'L
BANK BUILDING
SAN DIEGO 1, CALIF.
BELMONT 9-1297

-3-

12259