F I L E D

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY CLERK

BLAINE E. WARD AND LENORE CLAIRE WARD
Defendants in propria persona
Star Route
Aguanga, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

BLAINE E. WARD AND
LENORE CLAIRE WARD

The defendants, BLAINE E. WARD AND LENORE CLAIRE WARD each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 43 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described ~~in the document attached hereto marked Exhibit A, which is hereby incorporated by reference as a part of this statement.~~ AS FOLLOWS: Lot 11 (Northeast Quarter of the Southwest Quarter) and the North 165.0 feet of Lot 14 (Southeast Quarter of the Southwest Quarter) in Section 26, Township 9 South, Range 2 East, S.B.M., in the County of San Diego, State of California, according to United States Government Resurvey approved January 31, 1895. EXCEPTING from said Lot 11 the South Half of the South Half of the North Half thereof.

12285

COPY RECEIVED

INDEXED

This land, approximately 43 acres are tillable and can be used for raising cattle or any livestock, either dry lot fed or grazing. At the present time we are raising alfalfa & sudan grass. We have raised corn in the past. We fed this corn to sows, goats & calves. We now have goats, pigs & calves. Goats milk is used to feed the family, calves & pigs. We plan on having rabbits soon & we have had chickens. Any fowl can be raised on this land. We plan on planting oats.

We claim the right to use our house well and one field well which gives 70 gallons per minute. We claim the right to use all water from the sky and all water from under our land, as life & reason is useless without water. The government man claimed our one field well would water 15 acres, therefore we wish TO RESERVE THE RIGHT TO DRILL ANOTHER WELL IN THE FUTURE WHICH WOULD GIVE US AN ADDITIONAL 130 GALLONS OF WATER PER MINUTE.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Blaine E. Ward*

*Lenore Claire Ward*

Defendants in propria persona
Blaine E. Ward and Lenore Claire Ward
Star Route
Aguanga, California

Dated: May 30, 1958