```
             KINDEL & ANDERSON
              ATTORNEYS AT LAW
              1016 NORTH BROADWAY
              SANTA ANA, CALIFORNIA
                KIMBERLY 7-4444
```



(SPACE BELOW FOR FILING STAMP ONLY)

FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

Attorneys for __Defendants__
IVAN E. McKINLEY, MATHEA A. McKINLEY,
WESTERN BRASS WORKS, BETTY B. MURCELL,
CARL J. BUTLER and MARY T. BUTLER

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

- vs -

FALLBROOK PUBLIC UTILITY
   DISTRICT, et al.,

    Defendants.

No. 1247-SD-C

A N S W E R

TO

COMPLAINT AND SUPPLEMENTARY
AND AMENDATORY COMPLAINT

    Comes now the Defendants IVAN E. McKINLEY, MATHEA A. McKINLEY, WESTERN BRASS WORKS, BETTY B. MURCELL, CARL J. BUTLER and MARY T. BUTLER, answering for themselves alone and for none of the other Defendants, admit, deny and allege in answer to Paragraphs I through IX of Plaintiff's original Complaint, as follows:

I

    Admit that there is an actual controversy between the Plaintiff and these answering Defendants. Deny that these answering Defendants are in any way unlawfully interfering with the Plaintiff's rights relative to the use of water from the Santa Margarita River.

II

    These answering Defendants admit the allegations contained in Paragraph II excepting wherein it is alleged that there is no other site in the entire West Coast providing the facilities of Camp Pendleton, in that these answering Defendants have neither

1    information or belief regarding said allegations and for lack of
2    such information or belief, deny same.

                                III

4    These answering Defendants admit the allegations contained
5    in Paragraph III.

                                IV

7    Deny that these answering Defendants have in any way
8    encroached upon the Santa Margarita River Basin.  Deny upon lack
9    of information or belief the threatened destruction of said Basin
10   and the reduction of surface and subterranean water sources.  These
11   answering Defendants admit the other allegations contained in said
12   Paragraph IV.

                                V

14   Admit the allegations contained in Paragraph V but
15   affirmatively allege that the findings and Stipulated Judgment
16   referred to in said Paragraph are in any way binding upon the rights
17   of these answering Defendants, and further affirmatively allege
18   that these answering Defendants were at no time parties to said
19   action.

                                VI

21   These answering Defendants have neither information nor
22   belief concerning the allegations contained in Paragraph VI of
23   Plaintiff's Complaint and based upon such lack of information and
24   belief deny each and every allegation therein contained.

                                VII

26   These answering Defendants admit the allegations contained
27   in Paragraph VII of Plaintiff's Complaint.

                                VIII

29   These answering Defendants deny generally and specifically
30   each and every allegation contained in Paragraph VIII.

                                IX

32   Deny each and every allegation contained in Paragraph IX of
     Plaintiff's Complaint.

KINDEL & ANDERSON
ATTORNEYS AT LAW

1   COMES NOW THESE ANSWERING DEFENDANTS AND WITH REFERENCE TO
2   COUNT I THROUGH COUNT XXV OF THE PLEADING ENTITLED SUPPLEMENT TO
3   COMPLAINT, ADMIT, DENY AND ALLEGE AS FOLLOWS:

### COUNT I

#### I

In answer to Count I these answering Defendants incorporate by reference Paragraphs I through IX of this Answer as though the same were fully set forth.

### COUNT II

#### I

These answering Defendants reallege Paragraph I of answer to Count II as though the same were fully set forth.

#### II

These answering Defendants with reference to Paragraph II and III of Count II, have neither information or belief regarding same and based upon such lack of information or belief deny generally and specifically each and every allegation therein contained.

### COUNT III

#### I

These answering Defendants reallege and reaffirm each and every allegation contained in Counts I and II hereof.

#### II

In answer to Paragraphs II through V of Count III, these answering Defendants deny generally and specifically the allegations therein contained based upon lack of sufficient information and belief regarding same.

### COUNT IV

#### I

These answering Defendants reallege each and every allegation contained in Counts I through III of this Answer.

#### II

In answer to Paragraph II through V of Count IV these

KINDEL & ANDERSON
ATTORNEYS AT LAW

12236

Defendants have neither information nor belief regarding same and based upon such lack of information and belief deny generally and specifically each and every allegation therein contained.

## COUNT V

### I

These answering Defendants reallege each and every Paragraph heretofore set forth in Counts I through IV of this Answer.

### II

These answering Defendants have neither information or belief regarding the allegations contained in Paragraphs II through VII of Count V and for lack of such information or belief deny generally and specifically each and every allegation therein contained.

## COUNT VI

### I

These answering Defendants reallege each and every Paragraph heretofore alleged answering Counts I through V of Plaintiff's Supplemental Complaint as are contained in Counts I through V of this Answer.

### II

In answer to Paragraphs II through V of said Count VI these answering Defendants have neither information nor belief and upon such lack of information or belief deny generally and specifically each of the allegations contained in said Paragraphs II through V of said Count VI of Plaintiff's Supplemental Complaint.

## COUNT VII

### I

These answering Defendants in answer to Paragraph I of Count VII reallege their answer to Counts I through VI of Plaintiff's Supplemental Complaint as though the same were fully set forth herein.

II

These answering Defendants have neither information nor belief regarding the allegations contained in Paragraphs II and III of said Count VII and based upon such lack of information or belief deny generally and specifically each and every allegation therein contained.

COUNT VIII

I

These answering Defendants incorporate by reference each and every Paragraph of their answer to Counts I through VII to Plaintiff's Supplemental Complaint as though the same were fully set out herein.

II

In answer to Paragraphs II through IV of said Count VIII these answering Defendants have neither information or belief and based upon such lack of information or belief, deny generally and specifically each and every allegation therein contained.

COUNT IX

I

These answering Defendants reallege each and every Paragraph contained in each Count of this answer heretofore alleged as though the same were fully set forth, to Plaintiff's Supplemental Complaint.

II

With reference to Paragraphs II through IV of Count IX of Plaintiff's Supplemental Complaint, these answering Defendants have neither information or belief and upon such lack of information or belief deny each and every allegation therein contained.

COUNT X

I

These answering Defendants reallege each and every allegation contained in their answer to Counts I through IX of Plaintiff's

1  Supplement to Complaint, and incorporate the same by reference
2  herein as though the same were fully set forth.

II

4  These answering Defendants have neither information nor
5  belief regarding the allegations contained in Paragraphs II through
6  V of Plaintiff's Count X and based upon such lack of information
7  and belief deny generally and specifically each and every allegation
8  therein contained.

COUNT XI

I

11  These answering Defendants reallege and reaffirm each and
12  every allegation contained in their answer to Counts I through X
13  of this answer to Plaintiff's Supplement to Complaint, and incorp-
14  orate the same herein as though fully set forth.

II

16  Deny generally and specifically each and every allegation
17  contained in Paragraph II of Plaintiff's Count XI.

COUNT XII

I

20  These answering Defendants reallege and reaffirm each and
21  every allegation contained in their answer to Plaintiff's Counts I
22  through XI herein contained as though the same were set forth fully
23  herein.

II

25  These answering Defendants have neither information or
26  belief regarding the allegations contained in Paragraphs II through
27  IX of Plaintiff's Count XII and based upon such lack of information
28  or belief deny generally and specifically each and every allegation
29  therein contained.

COUNT XIII

I

32  These answering Defendants reallege and reaffirm their

KINDEL & ANDERSON
ATTORNEYS AT LAW

-6-

12239

answer herein contained to Counts I through XII of Plaintiff's Supplement to Complaint and incorporate the same by reference herein as though the same were fully set forth.

II

These answering Defendants deny generally and specifically the allegations contained in Paragraphs II through VI of Plaintiff's Count XIII based upon lack of information or belief regarding the truth or falsity of the allegations contained therein.

COUNT XIV

I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XIII of Plaintiff's Supplement to Complaint and incorporate the same by reference herein as though the same were fully set forth.

II

These answering Defendants have neither information or belief regarding the allegations contained in Paragraph II of Plaintiff's Count XIV and based upon such lack of information and belief deny generally and specifically each and every allegation therein contained.

COUNT XV

I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XIV of Plaintiff's Supplement to Complaint as hereinbefore set forth, and incorporate the same by reference herein as though fully set forth.

II

These answering Defendants deny generally and specifically each and every allegation contained in Paragraphs II through VI of Count XV of Plaintiff's Supplement to Complaint based upon lack of information or belief regarding same.

KINDEL & ANDERSON
ATTORNEYS AT LAW

12240

COUNT XVI

I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XV of Plaintiff's Supplement to Complaint and incorporate the same by reference herein as though the same were fully set forth.

II

These answering Defendants have neither information nor belief regarding the allegations contained in Paragraphs II through V of Count XVI of Plaintiff's Supplement to Complaint and based upon such lack of information or belief deny generally and specifically each and every allegation therein contained.

COUNT XVII

I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XVI of Plaintiff's Supplement to Complaint and incorporate the same by reference herein as though the same were fully set forth.

II

With reference to Paragraphs II through VI of Plaintiff's Count XVII, these answering Defendants have neither information or belief regarding same and upon such lack of information or belief deny each and every allegation therein contained.

COUNT XVIII

I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XVII of Plaintiff's Supplement to Complaint, and incorporate the same herein as though fully set forth.

II

In answer to Paragraphs II through XI of Count XVIII, these answering Defendants deny generally and specifically the allegations

therein contained based upon lack of information and belief regarding same.

## COUNT XIX

### I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XVIII of Plaintiff's Supplement to Complaint and incorporate the same by reference herein as though the same were fully set forth.

### II

These answering Defendants have neither information or belief regarding Paragraphs II through V of Count XIX of Plaintiff's Supplement to Complaint and based upon such lack of information or belief deny generally and specifically each and every allegation therein contained.

## COUNT XX

### I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XIX of Plaintiff's Supplement to Complaint and incorporate the same by reference herein as though the same were fully set forth.

### II

These answering Defendants with reference to Paragraph II of Count XX, have neither information or belief regarding same and based upon such lack of information or belief deny generally and specifically each and every allegation therein contained.

## COUNT XXI

### I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XX of Plaintiff's Supplement to Complaint and incorporate the same by reference herein as though the same were fully set forth.

II

These answering Defendants with reference to Paragraphs II and III of Count XXI have neither information nor belief and upon such lack of information or belief deny generally and specifically each of the allegations contained in said Paragraphs.

COUNT XXII

I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XXI of Plaintiff's Supplement to Complaint and incorporate the same by reference herein as though the same were fully set forth.

II

These answering Defendants deny generally and specifically each and every allegation contained in Paragraphs I, II and III of Count XXII of Plaintiff's Supplement to Complaint upon lack of information or belief regarding same.

COUNT XXIII

I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XXII of Plaintiff's Supplement to Complaint and incorporate the same by reference herein as though the same were fully set forth.

II

In answer to Paragraphs II and III of Count XXIII these answering Defendants have neither information nor belief regarding same and upon such lack of information or belief deny generally and specifically each and every allegation contained therein.

COUNT XXIV

I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XXIII of Plaintiff's Supplement to Complaint and incorporate the

KINDEL & ANDERSON
ATTORNEYS AT LAW

12243

same by reference herein as though the same were fully set forth.

II

In answer to Paragraph II of Count XXIV of Plaintiff's Supplement to Complaint, these answering Defendants have neither information or belief regarding same and upon such lack of information or belief deny generally and specifically each and every allegation contained therein.

COUNT XXV

I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XXIV and incorporate the same by reference herein as though the same were fully set forth.

II

These answering Defendants have neither information or belief regarding the allegations contained in Paragraph II of Count XXV of Plaintiff's Supplement to Complaint and based upon such lack of information or belief deny generally and specifically each and every allegation contained therein.

WHEREFORE, these answering Defendants, IVAN E. McKINLEY, MATHEA A. McKINLEY, WESTERN BRASS WORKS, BETTY B. MURCELL, CARL J. BUTLER and MARY T. BUTLER, respectfully pray:

1. That this Honorable Court determine and decree the respective rights of the Plaintiff and these answering Defendants as they relate one to the other in the use of water from the Santa Margarita River or from the subterranean basin or basins which underly same.

2. That specifically this Honorable Court determine the rights of these answering Defendants to the use of any water which may underline their respective properties or which may flow through their respective properties, and the rights of the Plaintiff, UNITED STATES OF AMERICA, if any, in and to said water.

KINDEL & ANDERSON
ATTORNEYS AT LAW

12244

3. For such other relief as to the court may seem just and proper.

KINDEL & ANDERSON

By /s/ Robert S. Barnes
Attorneys for Defendants,
IVAN E. McKINLEY, MATHEA A. McKINLEY,
WESTERN BRASS WORKS, BETTY B. MURCELL,
CARL J. BUTLER and MARY T. BUTLER

-12-

12245

STATE OF CALIFORNIA } ss.
COUNTY OF

IVAN E. McKINLEY

being duly sworn, deposes and says: That he is ~~XX~~ one of the Defendants

_____ in the within and above entitled action; that he has _____

read the within and foregoing ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT and knows the contents thereof;

that the same is true of his own knowledge, except as to the matters which are therein stated on his information and belief, and as to those matters that he believes it to be true.

Subscribed and sworn to before me this 21st day of May, 1958

IVAN E. McKINLEY

(SEAL)
Sally Gonzales
Notary Public in and for said County and State

(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C. C. P.)

STATE OF CALIFORNIA } ss.
COUNTY OF ORANGE

ETHEL GERBER, being first duly sworn, says: That affiant, whose address is 1016 North Broadway, Santa Ana, California, is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT (copy title of paper served)

on the Attorney for UNITED STATES OF AMERICA (name of party served) in said action, by placing a true copy thereof in an envelope addressed as follows: JOHN M. CRANSTON, SPECIAL MASTER, 1410 BANK OF AMERICA BUILDING, SAN DIEGO 1, CALIFORNIA (name and address as shown on the envelope)

sealed and deposited on the 2nd day of June, 1958 in the United States Mail at Santa Ana, California (place of mailing, name of county) with postage fully prepaid thereon, and there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 2nd day of June, 1958

Sally Gonzales
Notary Public in and for said County and State
(SEAL)

Ethel Gerber

12246