LINDEN W. PETERSON and VELMA H. PETERSON also HELEN M. GWYTHER,
Defendants in propria persona    Beneficiary of Trust Deed.
                                 (Parcel 4 of Exhibit A.)
1044 S. Old Stage Road
    Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS. |
| v. | ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | LINDEN W. PETERSON AND VELMA H. PETERSON ALSO HELEN M. GWYTHER. |
| Defendants, | |

The defendants, Linden W. Peterson and Velma H. Peterson, also Helen M. Gwyther, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 5 a 6 more or less acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

12247

EXHIBIT A

PARCEL 1:  (ref: Fleming)
                                                                        Field  )

A portion of the Southeast Quarter of the Northeast Quarter of Section
24, Township 9 South, Range 4 West, S. B. B. & M., described as follows:
to wit:
Beginning at a point on the South line of said Southeast Quarter of the
Northeast Quarter of Section 24, distant North 89° 8' 15" West 607.70
feet from the Southeast corner thereof; thence running parallel to the
East line thereof North 0° 20' 15" East 237 feet; thence parallel to the
South line thereof North 89° 8' 15" West 302.50 feet to the westerly line
of the tract of land conveyed by William O. Field to Moina Field by deed
recorded in Book 1707, page 230 of Deeds, records of said County; thence
along said Westerly line South 9° 50' East 106.86 feet to the North-
westerly corner of the tract of land conveyed by
Glenn W. Coy by deed recorded in Book       page       of Deeds, records of
said County; thence along the North line thereof South 89° 8' 15" East
223.71 feet to the Northeast corner thereof; thence along the East line
thereof South 0° 21' 15" East 132.00 feet to the Southeast corner thereof;
thence South 89° 8' 15" East 60 feet to the point of beginning--  --------

---

PARCEL 2: of EXHIBIT A                                      (ref: Greer)

The South 80 feet of the North 404.97 feet of the West 134.04 feet
of the East 154.04 feet of the South 10 acres of the East 20 acres of
Lot 4, Section 13, Township 9 South, Range 4 West, San Bernardino Meridian,
according to United States Government Survey approved June 11, 1880.------

---

PARCEL 3:   of EXHIBIT A                                    (ref: Salv.)

The North 87.50 feet of the South 417.50 feet of the West 328.00 feet
of the Northeast Quarter of the Northeast Quarter of Section 25, Town-
ship 9 South, Range 4 West, San Bernardino Base and Meridian, in the
County of San Diego, State of California, according to United States
Government Survey, the North and South lines of said land being parallel
with the South line of said Northeast Quarter of the Northeast Quarter
and the East line thereof being parallel with the West line of said
Northeast Quarter of the Northeast Quarter.

RESERVING an easement and right of way for road purposes, TOGETHER with
the right to convey similar easements to others, over the Northerly
12.50 feet of the property described above.

SECOND PORTION OF PARCEL 3: of EXHIBIT A.

An easement and right of way for road purposes, to be used in common with
the grantors and others, over the North 25.00 feet of the South 430.00
feet of the West 528.00 feet of the Northeast Quarter of the Northeast
Quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Base
and meridian, in the County of San Diego, State of California, according

(continued on next page) 12248

EXHIBIT A                                     Page 2

according to United States Government Survey, the North and South lines of said land being parallel with the South line of said Northeast Quarter of the Northeast Quarter and the East line thereof being parallel with the West line of said Northeast Quarter of the Northeast Quarter.

EXCEPTING from said (Parcel 2)(or SECOND PORTION OF PARCEL #3 of Exhibit A) that portion thereof which lies within (Parcel 1) (or FIRST PORTION OF PARCEL #3 of Exhibit A) described above.

RESERVING THE RIGHT TO GRANT SIMILAR EASEMENT over said 25.00 foot strip to others.

The Easement and right of way described in (Parcel 2)(or second portion of Parcel 3 of Exhibit A) herein is hereby declared to be appurtenant to the land described in (Parcel 1 above) or (Parcel 3 of Exhibit A) and to be for the use and benefit of the present and future owner or owners of all of any part of said (parcel 1)(or Parcel 3 of Exhibit A.)

---

Parcel 4 of Exhibit A.

(ref: Gwyther to Peterson)

PARCEL 1: of Deed:

All that portion of the West 228.00 feet of Lot 1 of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Commencing at the intersection of the West line of said Lot 1 with the South line of the North 553.30 feet of said Lot and its Westerly prolongation; thence South 0° 21'15" West along said West line 57.23 feet to the TRUE POINT OF BEGINNING; thence South 64° 58'30" East, 144.95 feet; thence South 0° 20'15" West to an intersection with a line drawn parallel with and distant 100.00 feet Northerly measured at right angles from the North line of Juniper Street as conveyed to the County of San Diego by deed dated December 28, 1918, and recorded in Book 751, page 56 of Deeds; thence North 89° 19'00" West along said parallel line 131.70 feet to an intersection with said West line of Lot 1; thence North 0° 20'15" East along said West line 309.27 feet to the TRUE POINT OF BEGINNING.

RESERVING THEREFROM an easement for ingress and egress for road and public utility purposes over, under, along and across the West 20.00 feet and the Northerly 25.00 feet.

PARCEL 2: of Deed:

All that portion of the West 228.00 feet of Lot 1 of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

(continued on next page)

12249

EXHIBIT A                                    Page 3

Commencing at the intersection of the West line of said Lot 1 with the South line of the North 553.30 feet of said Lot and its Westerly prolongation; thence South 0° 20'15" West along said West line 57.23 feet; thence South 64° 58'36" East, 144.95 feet to a point hereinafter referred to as point "A" and the TRUE POINT OF BEGINNING; thence South 0° 20'15" West to an intersection with a line drawn parallel with and distant 100.00 feet Northerly measured at right angles from the North line of Juniper Street as conveyed to the County of San Diego by deed dated December 28, 1918 and recorded in Book 751, page 56 of Deeds; thence South 89° 19'00" East along said parallel line 96.30 feet to an intersection with the East line of said West 228.00 feet of Lot 1; thence North 0° 20'15" East along said East line to an intersection with a line bearing North 89° 48'00" East from the true point of beginning; thence South 89° 48'00" West, 96.30 feet to the TRUE POINT OF BEGINNING.

ALSO an easement for ingress and egress for road and public utility purposes over, under, along and across that portion of the West 20.00 feet of said Lot 1 lying North of a line drawn parallel with the distant 100.00 feet Northerly, measured at right angles from the North line of said Juniper Street and lying southwesterly of the following described line:

Beginning at said Point "A" hereinabove mentioned; thence North 64° 58'36" West, 144.95 feet to the West line of said Lot 1.

AND ALSO an easement for ingress and egress for road and public utility purposes over, under, along and across a strip of land 25.00 feet in width, lying Southwesterly of and adjacent to a line described as follows:

Beginning at said Point "A" hereinabove mentioned; thence North 64° 58'36" West to an intersection with the East line of the West 20.00 feet of said Lot 1. The Southwesterly line of said easement to be shortened or prolonged so as to terminate on the West in the East line of said West 20.00 feet of Lot 1 and on the East in the West line of above first described land.

Parcel 3: of Deed:

All that portion of the West 228.00 feet of Lot 1 of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Beginning at the intersection of the West line of said Lot 1 with the South line of the North 553.30 feet of said Lot and its Westerly prolongation; thence South 0° 20'15" West along said West line 57.23 feet; thence South 64° 58'36" East, 144.95 feet to a point hereinafter referred to as point "A"; thence North 89° 48'00" East, 96.30 feet to an intersection with the East line of said West 228.00 feet of Lot 1; thence North 0° 20' 15" East along said East line 119.00 feet to said South line of the North 553.30 feet of said Lot 1 and its Easterly prolongation; thence South 89° 48'00" West along said South line, 228.00 feet to the point of beginning.

RESERVING THEREFROM an easement for ingress and egress for road and

(continued on next page)

12250

EXHIBIT A        Page 4

and public utility purposes over, under, along and across a strip of land 25.00 feet in width lying Southwesterly of and adjacent to a line described as follows:

Beginning at said Point "A" hereinabove mentioned; thence North 64° 58' 36" West to an intersection with the East line of the West 20.00 feet of said Lot 1. The Southwesterly line of said easement to be shortened or prolonged so as to terminate on the West in the East line of said West 20.00 feet of Lot 1 and on the East, in a line which bears South 0° 20'15" West from the hereinabove mentioned point "A".

PARCEL 3: of Deed.

The South 127.50 feet of the North 553.30 feet of the West 228.00 feet of Lot 1 in Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, County of San Diego, State of California, according to United States Government Survey approved September 11, 1879.

ALSO an easement for ingress and egress for road and public utility purposes over, under, along and across that portion of the West 20.00 feet of said Lot 1 lying North of a line drawn parallel with and distant 100.00 feet Northerly, measured at right angles from the North line of Juniper Street as conveyed to the County of San Diego by deed dated December 28, 1918 and recorded in Book 751, page 56 of Deeds, and lying Southerly of the South line of above described land.

12251

Defendants own approximately 5 or 6 acres more or less, as Lots. Most of this property already contains Residences with Gardens and Family Fruit trees. Some of this property may be planted to a Commercial Grove in the future, or used for a business establishment for which defendants claim the right to use as much water as is required to maintain the above in a satisfactory condition.

Defendants claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries, whether from springs, streams or wells, etc., and to take water from their land, whether for domestic, industrial, business or irrigation purposes.

In addition to the claim and uses as herein made, the defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill and to dig wells, and exercise water reclamation and conservation practices as now or may be known in the future.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings. Defendants claim all the above for all lands in which they have any financial interest whatsoever.

FURTHERMORE, defendants pray the court to award them adequate damages to reimburse them for the cost of preparing and prosecuting their defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon us by this attempted acrimonious, confiscatory usurpation of property rights, instituted against us by the agencies of the United States Government.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Linden W Peterson & Velma H. Peterson*

Linden W. Peterson and Velma H. Peterson
(Buyers)

*Helen M. Gwyther*

(Parcel 4 of Exhibit A)   Helen M. Gwyther (Seller)
Beneficiary of Trust Deed.
Defendants in propria persona
1044 S. Old Stage Road
Fallbrook, California

Dated: June 2, 1958

12252