1  ORA GRACE FULLER, KEITH PAUL BELLAMY
   and PAULINE J. BELLAMY
2  Defendants in propria persona
   220 North Wisconsin Street
3  Fallbrook, California

FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY

4

5              IN THE UNITED STATES DISTRICT COURT

6                SOUTHERN DISTRICT OF CALIFORNIA

7                     SOUTHERN DIVISION

8  UNITED STATES OF AMERICA        )   CIVIL NO. 1247 - SD - C
                                   )
9              Plaintiff,          )   ANSWER OF DEFENDANTS
                                   )
10     v.                          )   ORA GRACE FULLER,
                                   )   KEITH PAUL BELLAMY and
11 FALLBROOK PUBLIC UTILITY        )   PAULINE J. BELLAMY
   DISTRICT, ET AL,                )
12             Defendants,         )

13       The defendants, ORA GRACE FULLER, KEITH PAUL BELLAMY and
   PAULINE J. BELLAMY
14 each severing from their co-defendants and each for himself or herself

15 alone, in answer to the Complaint and Supplementary and Amendatory Com-

16 plaint on file herein, admit, deny, and allege:

17            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                        AMENDATORY COMPLAINT
18
       These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
                    AFFIRMATIVE STATEMENT OF RIGHTS
26
       These defendants own 1/2 acres of land in   San Diego
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30

31

32

COPY RECEIVED

INDEXED

1  These answering defendants reserve the right to drill a well.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Pauline J Bellamy*
*Keith Paul Bellamy*

*Ora Grace Fuller*
Defendants in propria persona

Dated:   May 28, 1958.

```
 1
 2
 3
 4     North Half of the South Half of Block 115 of West Fallbrook,
 5     according to Map thereof No. 567, filed in the Office of
 6     the Recorder of said San Diego County, October 9, 1888.
 7     ALSO all that portion of the East Half of Summit Avenue
 8     lying West of and adjoining said North Half of the South
 9     Half of Block 115, as vacated and closed to Public use
10     on June 9, 1930 by an order of the Board of Supervisors of
11     San Diego County, a certified copy of said vacation having
12     been recorded June 14, 1930 in Book 1767, Page 494 of
13     Deeds.
14
15
...
32                        EXHIBIT "A"

                                                    12197
                          INDEXED
```