```
                                              (SPACE BELOW FOR FILING STAMP ONLY)
```

KINDEL & ANDERSON
ATTORNEYS AT LAW
1016 NORTH BROADWAY
SANTA ANA, CALIFORNIA
KIMBERLY 7-4444


FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

Attorneys for____Defendants____
RAYMOND D. GATES and PATRICIA ANNE GATES

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  - vs -<br><br>FALLBROOK PUBLIC UTILITY<br>  DISTRICT, et al.,<br><br>    Defendants. | No. 1247-SD-C<br><br>**A N S W E R**<br><br>TO<br><br>COMPLAINT AND SUPPLEMENTARY<br>AND AMENDATORY COMPLAINT |

     Comes now the Defendants RAYMOND D. GATES and PATRICIA ANNE GATES, answering for themselves alone and for none of the other Defendants, admit, deny and allege in answer to Paragraphs I through IX of Plaintiff's original Complaint, as follows:

I

     Admit that there is an actual controversy between the Plaintiff and these answering Defendants. Deny that these answering Defendants are in any way unlawfully interfering with the Plaintiff's rights relative to the use of water from the Santa Margarita River.

II

     These answering Defendants admit the allegations contained in Paragraph II excepting wherein it is alleged that there is no other site in the entire West Coast providing the facilities of Camp Pendleton, in that these answering Defendants have neither information or belief regarding said allegations and for lack of

COPY RECEIVED

INDEXED

12200

such information or belief, deny same.

### III

These answering Defendants admit the allegations contained in Paragraph III.

### IV

Deny that these answering Defendants have in any way encroached upon the Santa Margarita River Basin. Deny upon lack of information or belief the threatened destruction of said Basin and the reduction of surface and subterranean water sources. These answering Defendants admit the other allegations contained in said Paragraph IV.

### V

Admit the allegations contained in Paragraph V but affirmatively allege that the findings and Stipulated Judgment referred to in said Paragraph are in any way binding upon the rights of these answering Defendants, and further affirmatively allege that these answering Defendants were at no time parties to said action.

### VI

These answering Defendants have neither information nor belief concerning the allegations contained in Paragraph VI of Plaintiff's Complaint and based upon such lack of information and belief deny each and every allegation therein contained.

### VII

These answering Defendants admit the allegations contained in Paragraph VII of Plaintiff's Complaint.

### VIII

These answering Defendants deny generally and specifically each and every allegation contained in Paragraph VIII.

### IX

Deny each and every allegation contained in Paragraph IX of Plaintiff's Complaint.

-2-

12201

COMES NOW THESE ANSWERING DEFENDANTS AND WITH REFERENCE TO COUNT I THROUGH COUNT XXV OF THE PLEADING ENTITLED SUPPLEMENT TO COMPLAINT, ADMIT, DENY AND ALLEGE AS FOLLOWS:

### COUNT I

I

In answer to Count I these answering Defendants incorporate by reference Paragraphs I through IX of this Answer as though the same were fully set forth.

### COUNT II

I

These answering Defendants reallege Paragraph I of answer to Count II as though the same were fully set forth.

II

These answering Defendants with reference to Paragraph II and III of Count II, have neither information or belief regarding same and based upon such lack of information or belief deny generally and specifically each and every allegation therein contained.

### COUNT III

I

These answering Defendants reallege and reaffirm each and every allegation contained in Counts I and II hereof.

II

In answer to Paragraphs II through V of Count III, these answering Defendants deny generally and specifically the allegations therein contained based upon lack of sufficient information and belief regarding same.

### COUNT IV

I

These answering Defendants reallege each and every allegation contained in Counts I through III of this Answer.

II

In answer to Paragraph II through V of Count IV these

Defendants have neither information nor belief regarding same and based upon such lack of information and belief deny generally and specifically each and every allegation therein contained.

## COUNT V

### I

These answering Defendants reallege each and every Paragraph heretofore set forth in Counts I through IV of this Answer.

### II

These answering Defendants have neither information or belief regarding the allegations contained in Paragraphs II through VII of Count V and for lack of such information or belief deny generally and specifically each and every allegation therein contained.

## COUNT VI

### I

These answering Defendants reallege each and every Paragraph heretofore alleged answering Counts I through V of Plaintiff's Supplemental Complaint as are contained in Counts I through V of this Answer.

### II

In answer to Paragraphs II through V of said Count VI these answering Defendants have neither information nor belief and upon such lack of information or belief deny generally and specifically each of the allegations contained in said Paragraphs II through V of said Count VI of Plaintiff's Supplemental Complaint.

## COUNT VII

### I

These answering Defendants in answer to Paragraph I of Count VI reallege their answer to Counts I through VI of Plaintiff's Supplemental Complaint as though the same were fully set forth herein.

KINDEL & ANDERSON
ATTORNEYS AT LAW

12203

II

These answering Defendants have neither information nor belief regarding the allegations contained in Paragraphs II and III of said Count VII and based upon such lack of information or belief deny generally and specifically each and every allegation therein contained.

COUNT VII

I

These answering Defendants incorporate by reference each and every Paragraph of their answer to Counts I through VII to Plaintiff's Supplemental Complaint as though the same were fully set out herein.

II

In answer to Paragraphs II through IV of said Count VIII these answering Defendants have neither information or belief and based upon such lack of information or belief, deny generally and specifically each and every allegation therein contained.

COUNT IX

I

These answering Defendants reallege each and every Paragraph contained in each Count of this answer heretofore alleged as though the same were fully set forth, to Plaintiff's Supplemental Complaint.

II

With reference to Paragraphs II through IV of Count IX of Plaintiff's Supplemental Complaint, these answering Defendants have neither information or belief and upon such lack of information or belief deny each and every allegation therein contained.

COUNT X

I

These answering Defendants reallege each and every allegation contained in their answer to Counts I through IX of Plaintiff's

12204

-5-

1 | Supplement to Complaint, and incorporate the same by reference
2 | herein as though the same were fully set forth.

### II

These answering Defendants have neither information nor belief regarding the allegations contained in Paragraphs II through V of Plaintiff's Count X and based upon such lack of information and belief deny generally and specifically each and every allegation therein contained.

### COUNT XI

### I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through X of this answer to Plaintiff's Supplement to Complaint, and incorporate the same herein as though fully set forth.

### II

Deny generally and specifically each and every allegation contained in Paragraph II of Plaintiff's Count XI.

### COUNT XII

### I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Plaintiff's Counts I through XI herein contained as though the same were fully set forth herein.

### II

These answering Defendants have neither information or belief regarding the allegations contained in Paragraphs II through IX of Plaintiff's Count XII and based upon such lack of information or belief deny generally and specifically each and every allegation therein contained.

### COUNT XIII

### I

These answering Defendants reallege and reaffirm their

KINDEL & ANDERSON
ATTORNEYS AT LAW

12205

answer herein contained to Counts I through XII of Plaintiff's Supplement to Complaint and incorporate the same by reference herein as though the same were fully set forth.

## II

These answering Defendants deny generally and specifically the allegations contained in Paragraphs II through VI of Plaintiff's Count XIII based upon lack of information or belief regarding the truth or falsity of the allegations contained therein.

## COUNT XIV

### I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XIII of Plaintiff's Supplement to Complaint and incorporate the same by reference herein as though the same were fully set forth.

### II

These answering Defendants have neither information or belief regarding the allegations contained in Paragraph II of Plaintiff's Count XIV and based upon such lack of information and belief deny generally and specifically each and every allegation therein contained.

## COUNT XV

### I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XIV of Plaintiff's Supplement to Complaint as hereinbefore set forth, and incorporate the same by reference herein as though fully set forth.

### II

These answering Defendants deny generally and specifically each and every allegation contained in Paragraphs II through VI of Count XV of Plaintiff's Supplement to Complaint based upon lack of information or belief regarding same.

KINDEL & ANDERSON
ATTORNEYS AT LAW

12206

## COUNT XVI

### I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XV of Plaintiff's Supplement to Complaint and incorporate the same by reference herein as though the same were fully set forth.

### II

These answering Defendants have neither information nor belief regarding the allegations contained in Paragraphs II through V of Count XVI of Plaintiff's Supplement to Complaint and based upon such lack of information or belief deny generally and specifically each and every allegation therein contained.

## COUNT XVII

### I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XVI of Plaintiff's Supplement to Complaint and incorporate the same by reference herein as though the same were fully set forth.

### II

With reference to Paragraphs II through VI of Plaintiff's Count XVII, these answering Defendants have neither information or belief regarding same and upon such lack of information or belief deny each and every allegation therein contained.

## COUNT XVIII

### I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XVII of Plaintiff's Supplement to Complaint, and incorporate the same herein as though fully set forth.

### II

In answer to Paragraphs II through XI of Count XVIII, these answering Defendants deny generally and specifically the allegations

therein contained based upon lack of information and belief regarding same.

## COUNT XIX

I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XVIII of Plaintiff's Supplement to Complaint and incorporate the same by reference herein as though the same were fully set forth.

II

These answering Defendants have neither information or belief regarding Paragraphs II through V of Count XIX of Plaintiff's Supplement to Complaint and based upon such lack of information or belief deny generally and specifically each and every allegation therein contained.

## COUNT XX

I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XIX of Plaintiff's Supplement to Complaint and incorporate the same by reference herein as though the same were fully set forth.

II

These answering Defendants with reference to Paragraph II of Count XX, have neither information or belief regarding same and based upon such lack of information or belief deny generally and specifically each and every allegation therein contained.

## COUNT XXI

I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XX of Plaintiff's Supplement to Complaint and incorporate the same by reference herein as though the same were fully set forth.

12208

II

These answering Defendants with reference to Paragraph II and III of Count XXI have neither information nor belief and upon such lack of information or belief deny generally and specifically each of the allegations contained in said Paragraphs.

COUNT XXII

I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XXI of Plaintiff's Supplement to Complaint and incorporate the same by reference herein as though the same were fully set forth.

II

These answering Defendants deny generally and specifically each and every allegation contained in Paragraphs I, II and III of Count XXII of Plaintiff's Supplement to Complaint upon lack of information or belief regarding same.

COUNT XXIII

I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XXII of Plaintiff's Supplement to Complaint and incorporate the same by reference herein as though the same were fully set forth.

II

In answer to Paragraphs II and III of Count XXIII these answering Defendants have neither information nor belief regarding same and upon such lack of information or belief deny generally and specifically each and every allegation contained therein.

COUNT XXIV

I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XXIII of Plaintiff's Supplement to Complaint and incorporate the

KINDEL & ANDERSON
ATTORNEYS AT LAW

same by reference herein as though the same were fully set forth.

II

In answer to Paragraph II of Count XXIV of Plaintiff's Supplement to Complaint, these answering Defendants have neither information or belief regarding same and upon such lack of information or belief deny generally and specifically each and every allegation contained therein.

COUNT XXV

I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XXIV and incorporate the same by reference herein as though the same were fully set forth.

II

These answering Defendants have neither information or belief regarding the allegations contained in Paragraph II of Count XXV of Plaintiff's Supplement to Complaint and based upon such lack of information or belief deny generally and specifically each and every obligation contained therein.

AFFIRMATIVE STATEMENT OF RIGHTS

I

These answering Defendants are the owners of forty-two (42) acres of land situated in the County of San Diego and more particularly described as:

PARCEL 1:

The Northwest Quarter of the Northwest Quarter of Section 11, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved January 15, 1892.

PARCEL 2:

An easement and right of way for ingress and egress for road purposes over the Southerly 50 feet of the Easterly 33 feet of Lot 1 (Northeast Quarter of

KINDEL & ANDERSON
ATTORNEYS AT LAW

```
                Northeast Quarter) of Section 10 and over the
                Northerly 550 feet of the Easterly 33 feet of Lot 4
                (Southeast Quarter of Northeast Quarter) of said
                Section 10, Township 9 South, Range 4 West, San
                Bernardino Meridian, in the County of San Diego,
                State of California, according to United States
                Government Survey, approved January 15, 1892.
```

This land is riparian land; approximately twenty (20) acres of same is susceptible to agricultural use, and the balance of same for the grazing of livestock. These answering Defendants intend to irrigate not less than twenty (20) acres of said land for agricultural purposes and anticipate obtaining said water by pumping from a well which is presently located on said land. These Defendants further anticipate that they will in the future drill such additional wells as may be necessary, on such portions of land as may be necessary, to irrigate for agricultural purposes, not less than twenty (20) acres of same. Further, it is the intention of these answering Defendants to improve said land with one or more residences.

                                II

These answering Defendants claim a right to use not less than three (3) acres per year from a well or wells located on their land. It is further the intention of these answering Defendants to build such storage facilities as may be necessary to properly utilize the land herein described for agricultural purposes. These Defendants,, however, make no claim of any prescriptive right.

WHEREFORE, these answering Defendants, RAYMOND D. GATES and PATRICIA ANNE GATES, respectfully pray:

1. That this Honorable Court determine and decree the respective rights of the Plaintiff and these answering Defendants as they relate one to the other in the use of water from the Santa Margarita River or from the subterranean basin or basins which underly same.

2. That specifically this Honorable Court determine the

12211

-12-

1 rights of these answering Defendants to the use of any water which
2 may underline their respective properties or which may flow through
3 their respective properties, and the rights of the Plaintiff,
4 UNITED STATES OF AMERICA, if any, in and to said water.

5     3. These answering Defendants further pray that the
6 Plaintiff take nothing against them by reason of the Complaint and
7 Supplementary and Amendatory Complaint on file herein; that said
8 Complaint be dismissed as against these Defendants and that further
9 these Defendants' right to water as hereinabove set forth be
10 quieted against the Defendants and each and every of the other
11 Defendants in this action.

12     4. For such other relief as to the Court may seem just
13 and proper.

15 Dated: May 20, 1958

                      RAYMOND D. GATES

                      PATRICIA ANNE GATES

21 KINDEL & ANDERSON
22 By _____
23 Attorneys for Defendants

12212

-13-

STATE OF CALIFORNIA  
COUNTY OF ORANGE } ss.

RAYMOND D. GATES being duly sworn, deposes and says: That he is one of the Defendants in the within and above entitled action; that he has read the within and foregoing ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT and knows the contents thereof; that the same is true of his own knowledge, except as to the matters which are therein stated on his information and belief, and as to those matters that he believes it to be true.

Subscribed and sworn to before me this 20th day of May, 1958

RAYMOND D. GATES

Sally Gonzales  
Notary Public in and for said County and State  
(SEAL)

(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C. C. P.)

STATE OF CALIFORNIA  
COUNTY OF ORANGE } ss.

ETHEL GERBER, being first duly sworn, says: That affiant, whose address is 1016 North Broadway, Santa Ana, California is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action. That affiant served the attached ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT (copy title of paper served) on the Solicitor General (name of party served) in said action, by placing a true copy thereof in an envelope addressed as follows: JOHN M. CRANSTON, SPECIAL MASTER, 1410 BANK OF AMERICA BUILDING, SAN DIEGO 1, CALIFORNIA (name and address as shown on the envelope) sealed and deposited on the 2nd day of June, 1958 in the United States Mail at Santa Ana, California (place of mailing, name of county) with postage fully prepaid thereon, and there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 2nd day of June, 1958

Sally Gonzales  
Notary Public in and for said County and State  
(SEAL)

Ethel Gerber

12213