**F I L E D**

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA.
By ........................................
                        DEPUTY CLERK

HARRY J. GEYER and MILDRED M. GEYER
Defendants in propria persona

    P.O. Box 664
            Fallbrook, California

### IN THE UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | HARRY J. GEYER AND MILDRED M. GEYER |
| Defendants, | |

The defendants, Harry J. Geyer and Mildred M. Geyer,
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own  2   acres of land in San Diego
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

COPY RECEIVED                    INDEXED

                                            12214

## EXHIBIT A

PARCEL 1:

All that portion of Lot 1, being the Southwest Quarter of the
Southwest Quarter of Section 18, Township 9 South Range 3 West,
S. B. M. in the County of San Diego, State of California, described
as follows:

Commencing at the Southwest corner of said Section 18; thence
Easterly along the South line of said Section, 1300.2 feet to the
Southeast corner of said Lot 1; thence North 0° 06' East along the
East line of said Lot, 1331.87 feet to the Northeast corner thereof,
being the true point of beginning; thence South 89° 53' West along
the North line of said Lot, 490 feet; thence South 0° 06' West along
a line parallel with the said East line of said Lot, 104.4 feet;
thence North 89° 53' East along a line parallel with the North line
of said Lot, 490 feet to a point on the East line thereof; thence
North 0° 16' East along said East line, 104.4 feet to the true point
of beginning.  EXCEPTING, however, from the above described parcel,
the East ten feet thereof.------------------------------------------


PARCEL 2:

Commencing at the Northeast Corner of Lot one, being the
Southwest Quarter of the Southwest Quarter of Section 18, Tp. 9
South; Range 3 West, S. B. M., in the County of San Diego, State
of California, described as follows:   thence South 89° 53' West
along the North line of said Lot 490 feet to the true point of
beginning: thence South ) 16' West parallel with the east line
of said Lot one 104.4 feet; thence South 89° 53' West 91 feet;
thence N 0° 06' E 104.4 feet to the North line of said Lot One;
thence N 89° 53' E 91 feet to the point of beginning.-------------

12215

Defendants own approximately 2 acres of land on which is a Commercial Grove of 100 Avocado and Lemon trees; also a Home, Garden, and Family Fruit trees.  On this land defendants plan to plant more trees, or build a rental.  Although this property contains a well, defendants are buying their water from the Fallbrook Public Utility District; nevertheless, defendants claim the right to use water from their well when available.  They further claim the right to use 5 acre-feet, or more, of water per year.

Defendants claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries whether from springs, streams or wells etc., and to take water from their land, whether for domestic, industrial, business or irrigation purposes.

In addition to the claim and uses as herein made, the defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross their land.  Defendants claim the right to drill and to dig wells, and exercise water reclamation and conservation practices as now or may be known in the future.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.  Defendants claim all the above for all lands in which they have any financial interest whatsoever.

FURTHERMORE, defendants pray the court to award them adequate damages to reimburse them for the cost of preparing and prosecuting their defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon them by this attempted acrimonious, confiscatory usurpation of property rights, instituted against them by the agencies of the United States Government.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Harry J. Geyer_
Harry J. Geyer

_Mildred M. Geyer_
Mildred M. Geyer

Defendants in propria persona
P.O. Box 664
Fallbrook, California

Dated: May 15, 1958

12216