Francis M. Barth
Defendants in propria persona
P.O. Box 62,
Murrieta, Calif.

FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )    CIVIL NO. 1247 - SD - C
                   Plaintiff,       )    ANSWER OF DEFENDANTS
        vs.                         )    Francis M. Barth
FALLBROOK PUBLIC UTILITY            )
DISTRICT, ET AL,                    )
                   Defendants,      )

The defendants, **Francis M. Barth** each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1 lot ~~acres~~ of land in **Riverside** County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

Other party named in this summons, Lloyd V. Barth, is deceased. Date of death: Nov. 19, 1946. Place of death: Murrieta, Calif.

12072

Defendant claims exclusive and sole right and ownership of all underground water, all water above ground, all water that falls on, or runs on from rainfall.

Defendant also alleges:

I believe that the said land was a part of the Temecula Rancho Land Grant, which carried with it full and complete rights to all Minerals and water from the Mexican Government.

I believe that by the Treaty of Guadalupe Hidalgo in 1848, these rights to minerals and water were given absolutely and forever to the owners and their successors in interest to said land grant, or any part thereof, including the said land owned by this defendant.

I believe said Treaty of Guadalupe Hidalgo operated as a confirmation in presenti of all perfect titles to lands in California held under Mexican Grants.

I believe that water rights to all water on defendant's land are guaranteed by the deed which the defendant received when said defendant purchased the land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Francis M. Barth*

Defendants in propria persona

Dated: May 27, 1958

12073

EXHIBIT A

Lot 3 in Block 16 of the Town of Murrieta, as shown by map on file in Book 8 page 359 of Maps, San Diego County Records; in the County of Riverside, State of California. Approximate size of lot: 50' X 250'.

12074

