1  Francis William Hess and (or) Mrs Merna J. Hess (Joint tenants)
   Defendants in propria persona
2  1536 Hillcrest Lane Fallbrook California

                                                    F I L E D
4               IN THE UNITED STATES DISTRICT COURT   JUN 6 - 1958
5                 SOUTHERN DISTRICT OF CALIFORNIA   CLERK, U.S. DISTRICT COURT
                                                    SOUTHERN DISTRICT OF CALIFORNIA
6                          SOUTHERN DIVISION         By _____
                                                                DEPUTY CLERK

8  UNITED STATES OF AMERICA,        )    CIVIL NO. 1247 - SD - C
                                    )
9                 Plaintiff,        )    ANSWER OF DEFENDANTS
                                    )
10         v.                       )
                                    )
11 FALLBROOK PUBLIC UTILITY         )
   DISTRICT, ET AL,                 )
12                                  )
                  Defendants,       )
                                                (or)
13       The defendants, Francis William Hess and  Mrs Merna J. Hess
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT

19       These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.

26               AFFIRMATIVE STATEMENT OF RIGHTS
                              one                San Diego
27       These defendants own      acres of land in
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.

COPY RECEIVED

INDEXED                                                    12075

1  This entire approximately one acre of land, except where home and out buildings are located is planted to avocados,
2  lemons and orange trees, now nine years old and in good production.

3
4  This acre was formally a portion of large areage and according to our United States Government Survey was approved in the County of San Diego, State of California
5  September 11th. 1879

6  These defendants claim all rights to overlying landowners and to water which may originate or cross their land.
7
   These defendants claim the right to drill wells and
8  exercise water reclamation and conservation practices as are now known.
9
   These defendants hereby incorporate the same as
10 though set forth herein in full all the Affirmative Defenses of the Fallbrook Public Utility District on
11 file in these proceedings.

12 Defendants claim all the above for all lands in which they have any financial interest whatever, also described
13 on attached Exhibit A

14
15
16
17
18          WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.
25
26                               *Francis William Hess*
27
28                               *Mrs. Verna J. Hess*
29                                Defendants in propria persona
30
31
32 Dated: May 24-1958

                                                        12076

Attached Exhibit A

The folling is an exact and complete description of the property owned jointly by Francis William Hess jointly with Mrs Merna J. Hess. Property description taken from surveyors map and legal description, also from last tax bill.
1.33 Ac.Gr. including road easement.

That portion of the West 244.50 feet of the East Half of the West Half of the Northeast Quarter of the Southeast Quarter of Section 18 Township 9 South, Range 3 West San Bernardino Meridian in the County of San Diego, State of California, according to United States Government Survey approved September 11 1879, described as follows.

Beginning at the Southwest corner of said East Half of West Half of Northeast Quarter of Southeast Quarter, thence along the South line of said Northeast Quarter of South east Quarter North 89о30'10" East 244.50 feet, thence parallel with the West line of said East Half of the West Half of Northeast Quarter of South east Quarter North 0 o 29'02" West 678.32 feet to the South line of the North 657.56 feet of said Northeast Quarter of Southeast Quarter, said point being the Southeast corner of land (conveyed) by sale), thence along the boundary of said land (conveyed) parallel with the North line of said Southeast Quarter South 89o 25' 20" West 97.00 feet North 0 o 29' 02" West 18.00 feet and South 89 o25'20" West 147.50 feet to the West line of said East Half of West Half of Northeast Quarter of Southeast Quarter, thence there on South 0 o 29'02" East 695.97 feet to the point of beginning.

12077