C. W. KELLY, SR. and OLIVE KELLY
Defendants in propria persona

123 East Highland Avenue
San Bernardino, California



F I L E D

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT,
SOUTHERN DISTRICT OF CALIFORNIA

By /s/ _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
C. W. Kelly and Olive Kelly

The defendants, C. W. Kelly and Olive Kelly each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own property (a security interest) in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

12078

1        There is a well located upon such property which provides
2  sufficient water to irrigate the the hereinafter described real
3  property all of which is under cultivation (20 acres) and upon which
4  grain crops are being and have been raised.

      WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

                                              */s/ Aur Kelly*
                                              */s/ Oline Kelly*
                                             Defendants in propria persona

Dated: May 26-1958

12070

**EXHIBIT A**

a promissory note secured by a deed of trust upon the following described real property:

In the County of Riverside, State of California:

Beginning at the point of intersection of the Northeast line of Washington Avenue, extended, and the center line of Nutmeg Street, as shown upon a Map entitled : "Map of the Temecula Land and Water Company, Showing the Subdivision of a Portion of the Temecula Rancho" being Map No. 359 in the Office of the County Recorder of the County of San Diego; thence Northeasterly on the said center line of Nutmeg Street, 660 feet; thence Northwesterly and parallel with the said Northeasterly line of Washington Avenue, 1320 feet; thence Southwesterly and parallel with the said center line of Nutmeg Street, 660 feet, more or less, to the said Northeasterly line of Washington Avenue; thence Southeasterly on said Northeasterly line of Washington Avenue, 1320 feet, more or less, to the point of beginning.

12080