JOHN A. CALOIA AND ENNIS V. CALOIA

Defendants in propria persona
Route 2 Box 440, (Bundy Canyon Road)
Elsinore, California

F I L E D

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            ) CIVIL NO. 1247 - SD - C
                                     )
                Plaintiff,           ) ANSWER OF DEFENDANTS
                                     )
        v.                           ) JOHN A? CALOIA and
                                     ) ENNIS V. CALOIA
FALLBROOK PUBLIC UTILITY             )
DISTRICT, ET AL,                     )
                                     )
                Defendants,          )

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 40 acres of land in RIVERSIDE County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

11901

COPY RECEIVED

State of California, County of Riverside, described as Southwest Quarter of the Southwest Quarter of Section 24, Township 6 South, Range 4 West.

Upon this land is situated our home. All 40 acres are capable of agricultural development. Approximately 5 acres are now planted in a Fig Orchard and approximately 10 acres in Almonds. Under the recommendation and guidance of the U. S. Government Plant Introduction Garden at Chico California, the remaining acreage is being planted to Pistachio Nut Trees.

Water for the above agricultural needs and domestic requirements is at present derived from a spring which was developed by tunnelling into the mountain side and damming up the entrance. This water development has been in continuous use since the land was homesteaded in 1890. This water developement is described in an instrument dated and recorded February 11, 1892 in Riverside County, Book 10 of Deeds, Page 324 and forms the basis of our claim to water on our land.

In addition there is also a windmill well of about 90 feet in depth. One other well of about 40 or 50 feet deep also supplies water. A Large sump hole development of about 100 feet in length supplies water from springs or underground percolation.

The undersigned defendatns claim all the water available from the sources enumerated above as well as from the sources not yet developed for the uses indicated above. In addition, water is claimed for the future erection of a sanitarium and medical center which is planned. Defendants do not claim any prescriptive rights or any appropriative rights.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*John G. Calais*

*Ennis W Calais*

Defendants in propria persona
Route 2 Box 440 (Bundy Canyon Rd)
Elsinore, California

Dated: June 4, 1958

11902