Hardy J. Clark, Defendant
Rt. 2 Box 437
Elsinore, Calif.

June 4th, 1958

**FILED**
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

To:

Honorable James M. Carter
United States District Judge, Presiding
Court Room #2; 325 West F Street
San Diego 1, Calif.

State of California, Dept. of Public Works,
Division of Water Resources, State Engineer.
California State Water Rights Board
Sacramento, Calif.

J. Lee Rankin, Solicitor General, Plaintiff's
attorney, room 332, 325 West F Street

RECEIVED
INDEXED

Subject: No. 1247-SD-C Summons
U.S. of A. Plaintiff
v.
David J. Clark, page 9 column 1 line 3
Defendant (Served May 19th 1958)

Sirs:

Regarding the above Subject material:

The above Defendant does not desire to abandon any or all water rights to the property (described as $SE\frac{1}{4}$ of $SW\frac{1}{4}$ + $S660'$ of $W330'$ of $SW\frac{1}{4}$ of $SE\frac{1}{4}$, 45 AC, Section 24 Township 6S Range 4W SBBM) to any parties except the State of Calif. Water Rights Board, if and when it can assume full rights to all the water

Water claimed by Defendant:

Domestic use : 10 gal. per/m

Agriculture  " :  4.2 Acre feet per acre p/yr.
on 45 acres of irrigatable land.

Recorded June 20, 1934 in Book 176 pg. 293
Official Records, Riverside County:

600 miners inches constant flow of underground water supply underlying property. Rights of owner or owners to sink wells, develope and use water therefrom to be used on land. Excess belongs to South Elsinore Mutual Water Co. Declaration dated June 18, 1934.

Answer to Complaint:

Water for Domestic use has never been subject of water rights complaints when not excessive in amount and not used for other than Domestic use. This amount should be defined by the State of California Water Rights Board. A fair amount being 10 gal per/m. This water to have priority over other uses, such as Agriculture and Commercial.

(5)

All water rights that have been in existence have been for Agriculture use only. Therefore: Any water claimed and not used by the Plaintiff for Agriculture use should be deleted from this complaint. The amount of water belonging to the Plaintiff should be determined by the Calif. State Water Rights Board. A fair amount being 4.2 acre-feet per acre per year. This water to have priority over commercial. Commercial water being defined as all other uses except Domestic and Agriculture.

11907

Commercial water rights should be determined by the Calif. State Water Rights Board. This would prevent the Federal Government or anyone else from locating an expensive installation in an area such as the one in which the Plaintiff finds itself, an area of known water limitations.

Agriculture is being distroyed not only by the acts of the Plaintiff but also by the commercial use of the most proffitable of Agriculture by metropolitian groth.

11008

Some constructive thinking should be done along this line to save good land or we will find ourselves dependent on outsiders for food.

Agriculture is the most stable business in America today, even if it is low on the income bracket. This is due to the high competition, taxes and the use of poorer and poorer land.

Some constructive thinking should be done alonge the line of taxation of farms based on income.

11909

Lets not forget the backbone of America, the farmer —

We can do without War but we cannot do without food —

Respectfully

David J Clark

Rt 2 Box 437
Elsinore, Calif.

11910