FILED

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

ANTON EBERLE and BETTY EBERLE
Defendants in propria persona

Star Route Box 87
Hemet, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )  CIVIL NO. 1247 - SD - C
            Plaintiff,     )  ANSWER OF DEFENDANTS
      v.                   )  ANTON EBERLE and
FALLBROOK PUBLIC UTILITY   )  BETTY EBERLE
DISTRICT, ET AL,           )
            Defendants,    )

The defendants, ANTON EBERLE and BETTY EBERLE each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 340 acres of land in Riverside County County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

11911

These answering defendants own thirteen hundred fourty (1340) acres of land in Riverside County, there is 600 acres tillabl the ballance is used for grazing Cattle Horses, Hogs, Turkeys Chickens and Fowl. Defendants have irrigatet 40 acres of Alfalfa in the past and water has been obtained by pumping from a Well one smal well is used for the Houses, one smal Spring is running in to the Fishpond, one smal Spring wen she is running we use for watering the Stock. We intend to drill two more Wells in the near future, and we will claim that right to it, We will claim all perculating and filltrading Water for the future Development, We will claim 1800 acr. feet of Water, we can grow Potatos, Corn Milo, Alfalfa, permanent Pasture

Parcel 1:

Section 9 and 17, Township 7 South, Range 1 East San Bernardino Base and Meridian, as shown by United States Goverment Survey: Excepting from said Section 9, that portion thereof particularly described as follows: Beginning at the Northwest corner of said Sect, thence Eastalong the North line of said section, 933 and 1/3 feet, thence at a right anglesouth 933 and 1/3 feet, thence at a right angle west, 933 and 1/3 feet, to a point on the west line of said Section, thence North along the west line of said sect, 933 and 1/3 fee to the point of beginning. EXCEPTING from all of the above described property an easement in Favor of the public over any portion thereof included in puplic roads.

Parcel 2

The Southeast quarter of the southeast quarter, and the Northeast quarter of the southeast quarter of Section 8 Township 7 South Range 1 East, San Bernardino Base and Meridian, as shown by United States Goverment Survey; EXCEPTING there from an easement in Favor of the public over any portion thereof included in puplic roads

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Anton Eberle*

*Betty Eberle*

Defendants in propria persona

Star Route Box 87
Hemet California

Riverside County

Dated: May 28 th 1958

11912