Otto E. Beaver & Grace V. Beaver

Defendants in propria persona
P. O. Box 56, Wildomar California



F I L E D

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247-SD-C

ANSWER OF DEFENDANTS

Otto E. Beaver & Grace V. Beaver

Otto E. Beaver & Grace V. Beaver each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### AFFIRMATIVE STATEMENTS OF RIGHTS

These defendants own 28 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement. Also a second sheet marked EXHIBIT "B"

COPY RECEIVED INDEXED

11913

EXHIBIT "A"

I own the below described property

Properties of Otto E. Beaver & Grace V. Beaver

RO LA LAGUNA MB 4/174 SD
LOT 46 & NE 50' OF RR R/W ADJ ON SW & NW 35'
OF LOT 47 ADJ EXC NE 824', 6.64 AC M/L
RO LA LAGUNA MB 4/174 SD
NW 131.36' OF NE 824', 2.49 AC M/L
Lot 46 Block L

RO LA LAGUNA MB 4/174 SD
LOT 43 & NE 50' OF RR R/W ADJ ON SW, 18.77 AC
Lot 43 Block L

11914

EXHIBIT "B"

## FOR STATE CLAIMS

I Understand the Treaty of Guagdalupe Hidalgo. My land is in the Laguna Rancho. I believe this to be one of the Grants of land ceded by Mexico in the above mentioned treaty with the United States. I have read where the original titles are guaranteed under American law.

We have always used our land and water freely in the past and expect to do so in the future.

We rely upon the said Treaty, the original Mexican Title, and such documents as we may hereinafter produce.

We are not conscious of using anybody else's waters.

We have wells on this which we have used freely in the past.

11915

WHEREFORE, These defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against there defendants in this action; and for such other and further relief as the Court may deem proper.

*Otto E. Beaver*

*Grace V. Beaver*
Defendants in propria persona

Dated:
May 81 - 1958

11916