```
                                              F I L E D
                                                 JUN 6- 1958
 1  Everett S. Dennler and Darlene M. Dennler    CLERK, U.S. DISTRICT COURT
    Defendants in propria persona              SOUTHERN DISTRICT OF CALIFORNIA
 2  R. 2 Box 174B Fallbrook Calif.             By _____
    Tel. Randolph 8-9953                                  DEPUTY CLERK
 3
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | AMENDED ANSWER OF DEFENDANTS |
| v. | Everett S. Dennler and |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | Darlene M. Dennler |
| Defendants, | |

The defendants, Everett S. Dennler and Darlene M. Dennler each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 10 acres of land in SanDiego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED   INDEXED

11941

Defendants are the owners of ten acres of land described in exhibit A. herein all of which are susceptible of practicable and profitable irrigation. That the water duty of which will be 40 acre feet per year. That Defendants claim the right as overlying land owners to the use of water on these lands and expect in the future to drill and maintain wells for this purpose.

-Exhibit A-

Parcel 1 The South Half of Tract 24, of Rainbow, in the County of San Diego, State of California, according to ZMap thereof No 477 Filed in the Office of the County Recorder of San Diego County January 10, 1888.

Parcel 2. Block "C" and "D" of Rainbow, in the County of San Diego, State of California, according to map thereofNo. 477, filed in the office of the County Recorder of San Diego County, January 10, 1888.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Ernest A Demmler*

Defendants in propria persona

Dated: 5-30-58

11942