*J N Dyess*
*Frieda Dyess*
Defendants in propria persona
2nd and B street
Murrieta, Calif.

FILED
JUN 6- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
          Plaintiff, )   CIVIL NO. 1247- SD - C
  v. )   ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )   *J N Dyess*
          Defendants. )   *Frieda Dyess*

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

~~These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.~~

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1/3 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED INDEXED

11943

Exhibit A

we own

Lot (5) five and (6) in Block (17) Seventeen in the Murrieta townsite which townsite is in the Murrieta portion of the Temecula Rancho for more particular description Reference is here by made to a Map on file in San Diego County Record Book of Maps 8 Page 359 there of

11944

Exhibet B.

We claim that the land described in Exhibet A is in the temecula Rancho and we have a well on it and have use it freely and exclusevey in the past and we expect to do so in the future

We believe and we have heard that the temecula Ranch is a grant of land the title to which was confirmed by the treaty of Guadalupe Hidalgo which treaty was signed in 1848 by the United States and Mexico

We claim the protection of said treaty and of the Constitution of the United States

18        WHEREFORE, these defendants pray that plaintiff take
19   nothing against them by reason of the Complaint and Supplementary
20   and Amendatory Complaint on file herein; that said Complaint be
21   dismissed as against these defendants; that defendants' right to
22   water, as hereinabove set forth, be quieted as against the plain-
23   tiff and against all other defendants in this action; and for such
24   other and further relief as the Court may deem proper.

*J N Dyess*

*Frieda Dyess*

Defendants in propria persona

Dated: May 31-1958

11946