FILED

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY CLERK

Claude D. Evans Jr. and Freda A. Evans
**Defendants in propria persona**
1907 Ruhland Ave.
Redondo Beach, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )  CIVIL NO. 1247 - SD - C
            Plaintiff,               )  ANSWER OF DEFENDANTS
    v.                                   )  Claude D. Evans Jr.
FALLBROOK PUBLIC UTILITY             )       and
DISTRICT, ET AL,                     )  Freda A. Evans
            Defendants,              )

    The defendants, Claude D. Evans Jr. and Freda A. Evans each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

             AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 110 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED   INDEXED

11949

I

This land is dry as far as surface flow is concerned. Approximately fifty five (55) acres are tillable and the balance is suitable for grazing cattle and raising turkeys, chickens, and fowl. The defendants have irrigated portions of this land in the past and water for this purpose has been obtained by pumping from wells now in existence.

II

Defendants claim the right to use sufficient water to develop this land to its fullest capabilities and further claim the right to drill such wells as are needed to obtain this water

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Claude D. Evans Jr.*

*Freda A. Evans*

Defendants in propria persona

Dated:   June 2, 1958

11950

Exhibit "A"

That real property in the County of Riverside, State of California, described as follows.

The West one-half of the Southwest quarter and the West thirty (30) acres of the Southeast quarter of the Southwest quarter of Section 24, Township 7 South, Range 1 West, San Bernardino Base and Meridian as shown on United States Government Survey.

11951