FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

Defendants in propria persona

Bessie L. Freeman
P.O. Box 85, Wildomar, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

Defendants,

CIVIL NO. 1247 - SD-C

ANSWER OF DEFENDANTS

Bessie L. Freeman

The Defendants,      Bessie L. Freeman

each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraph I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2 lots-acres of land in Riverside
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement. Also a second sheet marked EXHIBIT "A" and "B"

11952

COPY RECEIVED   INDEXED

EXHIBIT "A"

I own the below described property

Deed granted to Bessie L. Freeman, a married woman, as her
seperate property

by

B. F. Taylor and Fanny D. Taylor, his wife, as of June 21, 1945

Lots 13 and 14, Block 1, Townsite of Wildomar, County
of Riverside, State of California.

11953

EXHIBIT "B"

FOR STATE CLAIMS

I understand the Treaty of Guagdalupe Hidalgo. My land is in the Laguna Rancho. I believe this to be one of the Grants of land ceded by Mexico in the above mentioned treaty withe the United States.  I have read where the original titles are guaranteed un̲d̲e̲r̲ American law.

We have always used our land and water freely in the past and expect to do so in the future.

We rely upon the said Treaty, the original Mixican Title, and such documents as we may hereinafter produce.

We are not conscious of using anybody else's water.

We have a well on this which we have used freelim in the past.

WHEREFORE, These defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against thers defendants in this aotion; and for such other and further relief as the Dourt may deem proper.

*Bessie L. Freeman*
_____
Defendants in propria persona

Dated: *May 29, 1958.*

11954