George M. Francis and Margaret E. Francis
828 No. Main Avenue
Fallbrook, California.

1   Defendants in propria persona

F I L E D

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,   )
         Plaintiff,        )
v.                             )
FALLBROOK PUBLIC UTILITY    )
DISTRICT, ET AL,           )
         Defendants.      )

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS

GEORGE M. FRANCIS
and
MARGARET E. FRANCIS

The defendants, George M. Francis and Margaret E. Francis each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2.90 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED   INDEXED

11955

1    These defendants claim use of water from the existing well on said proper-
2    ty; for domestic purposes for one or more dwellings, for irrigation of any
3    trees or truck gardening, for possible future commercial development on said
4    land.
5    These defendants also claim the right to create in the existing birancas
6    a dam or lake as a water conservation measure and flood control.
7    There are one or more year-round fresh water springs on said property,
8    and the defendants claim the right to drill additional wells if the development
9    of the land warrants the need for such action.
10   These defendants hereby incorporate, the same as though set forth herein
11   in full, all the Affirmative Defenses of the Fallbrook Public Utility District
12   on file in these proceedings.
13   Defendants claim all the above for all lands in which they have any
14   financial interest whatsoever.

18   WHEREFORE, these defendants pray that plaintiff take
19   nothing against them by reason of the Complaint and Supplementary
20   and Amendatory Complaint on file herein; that said Complaint be
21   dismissed as against these defendants; that defendants' right to
22   water, as hereinabove set forth, be quieted as against the plain-
23   tiff and against all other defendants in this action; and for such
24   other and further relief as the Court may deem proper.

*George W Francis*
*Margaret E. Francis*
Defendants in propria persona

Dated: June 2, 1958

11956

EXHIBIT A

All that portion of the Southwest Quarter of the Southeast Quarter of Section 13, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey, approved June 11, 1880, described as follows:

Beginning at the Northwest corner of said Southwest Quarter; thence East 291 feet; thence South 5° 0' East 400 feet; thence South 35° 30' East 100 feet; thence South 60° 30' East 252 feet; thence South 700 feet; thence West 677.50 feet; thence North 1320 feet to the point of beginning; and being all that portion of said Southwest Quarter lying West of the County Road, Said San Diego County Road is described and referred to in Deed recorded in Book 86, page 172 of Deeds.

EXCEPTING THEREFROM that portion lying west of the East line of County Road, as shown on County Road Survey No. 967, as shown on Map on file in the office of the County Surveyor of San Diego County, as granted to the County of San Diego by Deed recorded November 22, 1944 in Book 1783 page 79 of Official Records.

ALSO EXCEPTING THEREFROM that portion lying South and West of a line described as follows:

Beginning at the intersection of the South line of said Section 13 with the Northerly prolongation of the center line of Main Avenue as shown on the Official Map of the subdivision comprising the Townsite of Fallbrook and identified as Miscellaneous Map No. 84, Records of said County; thence from said point of beginning along the South line of said Section 13, North 89° 13' 30" West 20 feet; thence along the West line of the Northerly extension of said Main Avenue North 0° 33' 30" East 404 feet to the Northeast corner of that portion of land conveyed to Ray L. Parks, et ux, by Deed recorded April 4, 1939 in Book 885, page 315 of Official Records; thence parallel with said South line of Section 13, North 89° 13' 30" West being along the North line of said Park's land and along the North line of the land conveyed to Walter M. Barrager, et ux, by deed recorded August 16, 1946 in Book 2195, page 278 of Official Records, and the Westerly prolongation thereof 124 feet; thence North 0° 33' 30" East parallel with said West line of Main Avenue, a distance of 100.83 feet; thence North 89° 13' 30" West parallel with the South line of said Section 13, a distance of 196.57 feet, more or less, to an intersection with the East line of land described in Deed to County of San Diego as a right of way for Road Survey No. 967, said Deed being recorded in Book 1783, page 79 of Official Records.

ALSO EXCEPTING THEREFROM that portion thereof lying East of the Northerly prolongation of the West line of Main Avenue as shown of the Official Map of the Subdivision comprising the Townsite of Fallbrook and identified as Miscellaneous Map No. 84, in the County Surveyor's Office.

11957