FILED

C.E. Bittikofer and Rita S. Bittikofer
Defendants in propria persona
Rte 2 Box 508, Elsinore, California

JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )   CIVIL NO. 1247 - SD - C
                                     )
              Plaintiff,             )   ANSWER OF DEFENDANTS
                                     )
    vs.                              )   C. E. Bittikofer
                                     )   and
FALLBROOK PUBLIC UTILITY             )   Rita S. Bittikofer
DISTRICT, ET AL,                     )
                                     )
              Defendants,            )

The defendants, C. E. Bittikofer and Rita S. Bittikofer each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 10 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED INDEXED

11917

No surface stream crosses this land.

Well on property has been used for irrigation since 1907.

Want to reserve the right to drill other wells if necessary. Will need four and one half acre feet of water per acre per year. Would irrigate the entire ten acres if underground water is available. Now irrigate about three acres which is all the water the wells have produced during the recent drought period. Land will grow all orchard crops, including citrus and walnuts, any vegetable crop and strawberries. Soil is good black sandy loam.

Check copy of letter to The Honorable James M. Carter, Untied States District Judge, San Diego, California under date of May 19, 1958.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

/s/ E. Pitlikofer

/s/ Rita S. Pitlikofer

Defendants in propria persona

Dated: June 5, 1958

11918

Exhibit A

Description of property belonging to C. E. Bittikofer and
Rita S. Bittikofer.

" The South West ten acres of Lot 27, Block "K" according
to Map thereof entitled 'Map of Blocks K, L and M of Elsinore,
on file in Book 4 page 174 of Maps, records of San Diego County,
State of California."

11919