HARRY E. TEASDALL
Attorney at Law
114 North Main Street
Fallbrook, California
Phone: RAndolph 8-2331

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>　　　　Defendants. | No. 1247-SD-C<br><br>ANSWER OF DEFENDANT<br>HOMER H. HARVEY and<br>LILLIAN E. HARVEY |

Defendants Homer H. Harvey and Lillian E. Harvey, as owners of a portion of the within described land and as holders of a First Deed of Trust on the remainder thereof, answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or beliefs.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

11822

referred to and admit that a stipulated judgment was entered into therein; a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that/parties they are to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants .

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE :

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference., and hold a First Deed of Trust on a portion thereof.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendants described in Exhibit "A" hereunto attached, comprising one and one-third acres more or

-2-

11883

less are not riparian to the Santa Margarita River or to any of its tributaries.

All of said lands are irrigable and arable and overlie percolating ground waters which are not a part of any stream. Defendants claim full correlative rights to the use of said percolating ground waters in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendants are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

*Harry E. Teasdall*
HARRY E. TEASDALL
Attorney for defendant

- 3 -

11884

# EXHIBIT "A"

Those certain portions of the Southwest Quarter of the Southeast Quarter of Section 24, and of the Northwest Quarter of the Northeast Quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to the United States Government Survey, approved June 11, 1880, described as follows:

The Easterly 489.20 feet, EXCEPT the Northerly 313.67 feet thereof, of that portion of said Southwest Quarter of the Southeast Quarter of Section 24, described as follows, to-wit:

BEGINNING at the South Quarter corner of said Section; thence South 88° 56' East, 650 feet to the true point of beginning; thence North 0° 31' East 324.60 feet to the South line of land conveyed by William J. Matthews to Andrew O. Porter, et al, by deed dated January 24, 1887, recorded in Book 86, page 178 of Deeds; thence South 89° 17' East along said South line 663 feet to the East line of the Southwest Quarter of the Southeast Quarter of said Section 24; thence South 0° 08' West along the East line of said Southwest Quarter of Southeast Quarter, 328.69 feet to the Southeast corner of Southwest Quarter of Southeast Quarter; thence West along the South line of said Southwest Quarter of Southeast Quarter, 665 feet more or less, to the true point of beginning.
And the Easterly 489.17 feet, EXCEPT the Southerly 1150.64 feet, of that portion of said Northwest Quarter of Northeast Quarter of Section 25, described as follows, to-wit:
That portion of said Northwest Quarter of the Northeast Quarter of Section 25, Township 9 South, Range 4 West, lying and being East of the center line of the County Highway.

-4-

11885

HARRY E. TEASDALL
Attorney at Law
114 North Main Street
Fallbrook, California
Phone: RAndolph 8-2331
Attorney for

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
         Plaintiff, ) No. 1247-SD-C
    vs. ) REQUEST FOR ADMISSIONS UNDER RULE 36
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al., )
         Defendants. )

      Defendants, HOMER H. HARVEY and LILLIAN E. HARVEY, request plaintiff within twenty (20) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1. The lands described in the answer of defendants, HOMER H. HARVEY and LILLIAN E. HARVEY, include 1 and 1/3 acres of irrigable land.

    2. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

                                                    /s/ Harry E. Teasdall
                                                    HARRY E. TEASDALL

11886

HARRY E. TEASDALL
114 North Main Street
Fallbrook, California
Phone: RAndolph 8-2331

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al,

    Defendants.

NO. 1247-SD-C

CERTIFICATE OF SERVICE
BY MAIL

Harry E. Teasdall certifies that he is and was, at all times mentioned, an active member of the State Bar of California and not a party to the within action or proceeding; that his business address is 114 North Main Street, Fallbrook, California; that on June 5, 1958, he served the within Answer and Request for Admissions Under Rule 36 on the plaintiff in said action or proceeding by depositing a true copy thereof, inclosed in a sealed envelope with postage thereon fully prepaid in a mail-box regularly maintained by the Government of the United States at Main St. and Alvorado St., Fallbrook, California, addressed to the attorney of record of said plaintiff at the office address of said attorney, as follows: "J. Lee Rankin, Solicitor General, Room 332, 325 West "F" Street, San Diego, California."

Dated June 5, 1958

                                                                                                      */s/ Harry E. Teasdall*