J. Lee Rankin  
Solicitor General  
Room 332, 325 W. "F" Street  
San Diego, Calif.

Fallbrook, Cal.

**FILED**  
JUN 6 - 1958  
CLERK, U.S. DISTRICT COURT  
SOUTHERN DISTRICT OF CALIFORNIA  
By _____  
DEPUTY CLERK

Gentlemen:

In answer to the summons of the U. S. Government concerning the water used by me and my family on our 5 acres -- we don't really care where the water comes from, long as we get it for our nice home and grove!

Let me assure you, we have no intention, now or at any future date to drill a well or construct a dam; our land does not lay properly for either one: it is just below 1,000 ft. in elevation and all run off drains toward the San Luis Rey river.

So far, in the 8 years we have lived in Fallbrook we have been

11883

COPY RECEIVED



...has enough to harvest,
and hope we continue to have
for our avocado development.

Thank You

Bonnie R. Warren
857 Hamilton Lane
Fallbrook, Calif.

11889