```
HARRY E. TEASDALL
Attorney at Law
114 North Main Street
Fallbrook, California
Phone: RAndolph 8-2331
```

**FILED**

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>Defendants. | No. 1247-SD-C<br><br>ANSWER OF DEFENDANTS<br>WILLIAM A. SIM and<br>DOROTHY A. SIM |

Defendants WILLIAM A. SIM and DOROTHY A. SIM answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

#### I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

#### II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation referred to and admit that a stipulated judgment was entered into therein,

11990

COPY RECEIVED
INDEXED

a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendants described in Exhibit "A" hereunto attached and designated as Parcels 1 and 2, comprising approximately 34 acres, are traversed by an un-named tributary of the Santa Margarita River, intermittently flowing through the said lands in a generally northerly to southerly direction.

Approximately 25 acres of said lands are arable and irrigable and overlie percolating ground waters which are not a part of any stream.

Defendants claim full correlative riparian rights to the use of the waters of said tributary and full correlative rights to the use of said percolating ground waters in an amount not to exceed 4.2 acre feet per acre per annum.

In the year 1948, defendants' predecessors in interest erected a check dam of 8 acre feet capacity on the said lands and on the said tributary, which dam captures flash run-off during and immediately after heavy rainfalls, which said captured waters enhance the water supply on defendants' lands and increase the flow of water into defendants' well located in close proximity to said dam. Since November 21, 1956 defendants have, and since the erection of said dam defendants' predecessors in interest have, maintained the said dam and used the said captured waters for domestic and irrigation purposes, openly and notoriously with full knowledge and acquiescence of, and adverse to, the lower riparian owners on said tributary, exclusively, continuously and uninterrupted under a claim of right. Defendants plan to erect on the said stream, another check dam of approximately 15 acre feet capacity which said dam was recommended to defendants by the United States Soil Conservation service.

Defendants assert the right to continue to maintain the said existing check dam and to use the waters captured thereby as aforesaid, and assert the right to erect and maintain the said additional check dam.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights

appurtenant to the lands described herein as described in this Answer.

    3. That this Honorable Court adjudge and decree that the water rights of defendants are prior and paramount to all of the claimed water rights of plaintiff herein.

    4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

    5. For costs of suit and for such other relief as seems just.

*Harry E. Teasdall*
Attorney for defendant

-4-

11893

EXHIBIT "A"

PARCEL 1:
    That portion of the Southeast quarter of the Southeast quarter of Section 8, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to the United States Government Survey approved April 21, 1890, described as follows:
BEGINNING at the Southwest corner of said Southeast quarter of the Southeast quarter; thence along the South line of said Section 8, South 89° 58' 40" East 344.00 feet; thence parallel with the West line of said Southeast quarter of the Southeast quarter North 0° 41' West 612.00 feet; thence parallel with the South line of said Section 8, North 89° 58' 40" West 344.00 feet to the West line of said Southeast quarter of the Southeast quarter; thence thereon South 0° 41' East 612.00 feet to the point of beginning.

PARCEL 2:
    That portion of the North half of the Northeast quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows:
BEGINNING at the Northwest corner of the Northeast quarter of the Northeast quarter of said Section 17; thence along the North line of said Section 17, South 89° 58' 40" East 344.00 feet; thence South 9° 20' East 640.12 feet to a point in the North line of the tract of land conveyed to Emercon C. Eachel, et us., by deed recorded in Book 240, page 4 of Official Records, distant North 89° 52' 15" West 190.38 feet from the Northeast corner of said land of Eachel, said point being also in the South line of Parcel 2 of the land conveyed to Rudolph G. Hass, et ux., by Book 4436, page 412 of Official Records; thence along the boundary of said land of Hass; North 89° 52' 15" West 51.00 feet; North 27° 43' West 113.10 feet; North 89° 52' 15" West 111.05 feet; South 34° 16' West 525.56 feet; North 89° 52' 15" West 667.63 feet; North 29° 35' 50" West 19.74 feet; North 89° 52' 15" West 603.52 feet to the West line of said Northeast quarter of Section 17; thence along said West line North 1° 12' 40" East 571.23 feet to a point distant South 1° 12' 40" West 375.08 feet from the North west corner of said Northeast quarter of Section 17, thence parallel with the North line of said Section 17, South 89° 58' 40" East 737.37 feet; thence North 57° 45' 50" East to the point of beginning.

11894

HARRY E. TEASDALL
114 North Main Street
Fallbrook, California
Phone: RAndolph 8-2331

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br>  Defendants. | No. 1247-SD-C<br>CERTIFICATE OF SERVICE<br>BY MAIL |

  Harry E. Teasdall certifies that he is and was, at all times mentioned, an active member of the State Bar of California and not a party to the within action or proceeding; that his business address is 114 North Main Street, Fallbrook, California; that on June 5, 1958, he served the within Answer and Request for Admissions Under Rule 36 on the plaintiff in said action or proceeding by depositing a true copy thereof, inclosed in a sealed envelope with postage thereon fully prepaid in a mail-box regularly maintained by the Government of the United States at Main Street and Alvarado Street, Fallbrook, California, addressed to the attorney of record of said plaintiff at the office address of said attorney, as follows:  "J. Lee Rankin, Solicitor General, Room 332, 325 West "F" Street, San Diego, California."

*Harry E Teasdall*

Dated June 5, 1958

11895