SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
BELMONT 9-1131

FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Attorneys for Defendants STEPHEN A. SEATON, Jr.
SHIRLEY MAE SEATON and STEPHEN A. SEATON, Sr.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　　　) NO. 1247-SD-C
　　　　　Plaintiff　　　　　　　)
　　　　　　　　　　　　　　　　) ANSWER OF STEPHEN A. SEATON,
　　　　vs　　　　　　　　　　　) JR., SHIRLEY MAE SEATON and
　　　　　　　　　　　　　　　　) STEPHEN A. SEATON, Sr. TO
FALLBROOK PUBLIC UTILITY DISTRICT, ) COMPLAINT AND SUPPLEMENTARY
a Public Service Corporation of ) AND AMENDATORY COMPLAINT.
the State of California, et al., )
　　　　　　　　　　　　　　　　)
　　　　　Defendants.　　　　　　)

Come now Defendants STEPHEN A. SEATON, JR., SHIRLEY MAE SEATON AND STEPHEN A. SEATON, Sr., and answer the COMPLAINT and SUPPLEMENTARY AND AMENDATORY COMPLAINT as follows:

I.

By Order Respecting Responsive Pleadings herein dated April 9, 1958 wherein all pleadings presently on file in response to the original complaint in this cause are declared to be in answer to the Complaint and Supplementary and Amendatory Complaint of the United States, these Defendants re-allege and re-aver each and every allegation in their Answer filed in this court in this case July 9, 1951, so far as it relates to the real property described in Paragraph IX of said Answer, to wit:

　　　　The North $\frac{1}{2}$ of the Southwest $\frac{1}{4}$ of the Southeast $\frac{1}{4}$
　　　　of the Southeast $\frac{1}{4}$ of Section 7, Township 9 South,
　　　　Range 3 West, S B M, San Diego County, California

-1-

INDEXED  Copy recd

11896

except that at the time of the filing of said original Answer said real property, together with its water rights, was owned by STEPHEN A. SEATON, Sr., and his wife NAN F. SEATON and their son STEPHEN A. SEATON, Jr. Whereas today said real property and all its water rights appertaining thereto are now owned by STEPHEN A. SEATON, Jr., SHIRLEY MAE SEATON, his wife, and STEPHEN A. SEATON, Sr.,

II.

Answering Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XV, XVI, XVII, XIX, XX, XXI, XXII, XXIV, these Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and on that ground deny each and every one of said Counts.

III.

Answering Count XIV, these Defendants admit the allegation set forth in Paragraph II thereof, but further allege that as to Paragraph I thereof they are without sufficient knowledge or information to form a belief of the truth of the allegations congained therein and upon that ground deny said allegations.

IV.

Answering Paragraph III of Count XXIII, these Defendants deny that a military use is a proper riparian use. As to the allegations contained in Paragraphs I and II, these Defendants lack sufficient knowledge or information upon which to form a belief, and upon that ground deny said allegations.

V.

Answering Count XXV, these Defendants admit that the claim set forth in this litigation by the United States of America far exceeds the available supply of water in the Santa Margarita River; allege that these claims have put a cloud upon the right and title of these Defendants to use a reasonable share of the waters of the Santa Margarita River and its tributaries beneficially

upon their said lands which are riparian thereto.

Deny that these Defendants or either of them have exercised or are presently exercising rights to the use of the waters of the Santa Margarita River or its tributaries in a manner that invades or threatens to invade the right of the United States of America. As to the remainder of the allegations contained in said Count XXV, these Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations and on that ground deny each and every of said allegations.

WHEREFORE, these Defendants pray:

1. That Plaintiff take nothing by its action.
2. That these Defendants as against Plaintiff be decreed to be the owners of the right to use water on their said lands in the amount of 10 acre-feet per annum and that said right be declared to be correlative with the rights of Plaintiff to use a reasonable amount of the waters of the Santa Margarita River for riparian uses and purposes on their riparian lands.
3. That these Defendants have judgment for their costs incurred herein and for such other and further relief as may to the Court seem meet and proper.

DATED: June 4 1958.

SWING, SCHARNIKOW & STANIFORTH
BY _____
Attorneys for Defendants
STEPHEN A. SEATON JR., SHIRLEY MAE SEATON and STEPHEN A. SEATON, Sr.

-3-

```
SWING, SCHARNIKOW & STANIFORTH
        ATTORNEYS AT LAW
  604 SAN DIEGO TRUST & SAVINGS BUILDING
      SAN DIEGO 1, CALIFORNIA
          BELMONT 9-1131
```

Attorneys for  Defendants STEPHEN A. SEATON, JR
SHIRLEY MAE SEATON and STEPHEN A. SEATON SR.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | No. 1247-SD-C |
| ) | AFFIDAVIT OF SERVICE BY MAIL |
| vs ) | (C.C.O. 1013a) |
| ) | |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| Defendants. ) | |

STATE OF CALIFORNIA )
                    ( ss
COUNTY OF SAN DIEGO )

     MARIAN W. ALLEN, being first duly sworn, deposes and says:

     That affiant is a citizen of the United States, over 18 years of age, a resident of San Diego County, and not a party to the within action;

     That Affiant's business address is 604 San Diego Trust & Savings Bldg., San Diego, California;

     That affiant served the attached ANSWER OF STEPHEN A. SEATON, JR., SHIRLEY MAE SEATON and STEPHEN A. SEATON, Sr., TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT by placing a true copy thereof in envelopes addressed as follows:

        Honorable J. Lee Rankin
        Solicitor General
          and
        Mr. William H. Veeder, Special Assistant
          to the Attorney General
        DEPARTMENT OF JUSTICE
        WASHINGTON, D. C.

-1-

11899

```
 1        Mr. John M. Cranston
          Special Master
 2        1425 Bank of America Building
          San Diego, California
 3
 4   which envelopes were then sealed and postage fully prepaid there-
 5   on and thereafter on June 4, 1958, were deposited in the United
 6   States mail at San Diego, California: that there is delivery
 7   service  by the United States mail at the places so addressed.
```

*[signature: Marian D. Allen]*

SUBSCRIBED AND SWORN TO

before me this 6th day of June, 1958.

*[signature: Elsie M. Bradford]*
Notary Public in and for
Said County and State.

-2-

11900