Peter Anthony Cuccio
Defendants in propria persona
c/o Guenther's Murrieta Hot Springs
Murrieta, California

FILED
JUN 6- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Peter Anthony Cuccio |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants Peter Anthony Cuccio each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own $4\frac{1}{2}$ acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement. The Northeasterly $4\frac{1}{2}$ acres of the Northwesterly rectangular 254 feet of Lot 91 of the Murrieta portion of the Temecula Rancho; as shown by map entitled "Map of the Temecula Land and Water Company", on file in Book 8, page 359 of Maps, San Diego County Records; said northwesterly 254 feet being measured to centerline of adjoining streets.

This land is not riparian land; Approximately four (4) acres are tillable, and which can also be used for grazing cattle, raising fowl, and for the raising of any type of agricultural products which might be declared suitable for this particular area.

This parcel herein described now contains a well of which is 103 feet in depth and the defendant claims the right to deepen this well to whatever depth is necessary to supply any future need of water, for the development of this parcel.

Up to the present time this well herein described has been used for domestic purposes only. Up to the present time this well has not been used for irrigation purposes; but the defendant claims the right to do so.

Defendant claims the right to use four and two-tenths (4.2) acre-feet per acre per year of water for the irrigation of this parcel. Defendant does not claim any prescriptive rights or any appropriative rights.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Peter Anthony Cuccio*
Peter Anthony Cuccio
Defendants in propria persona
c/o Guenther's Murrieta Hot Springs
Murrieta, California

Dated: May 29, 1958

11934