1  William H. Deniston and Dawn A. Harvey
   Defendants in propria persona
2  140 W. Ellis Ave.       2918 Daneland St.
   Inglewood, Calif.       Lakewood, Calif.

FILED

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )   CIVIL NO. 1247 - SD - C
                Plaintiff,            )   ANSWER OF DEFENDANTS
         v.                           )   William H. Deniston and
FALLBROOK PUBLIC UTILITY              )   Dawn A. Harvey
DISTRICT, ET AL,                      )
                Defendants,           )

The defendants, William H. Deniston and Dawn A. Harvey, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 42 1/2 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

11935

We claim 4.2 feet of water per acre on the following lands:

PARCEL 1. Approximately 1 1/3 acres, all tillable. Will use 5.5 acre feet of water; plan to dig a well and plant 110 avocado trees.

PARCEL 2. This is 20 acres of riparian land; approximately 16 acres are tillable. We claim 67.2 acre feet of water from riparian rights and/or a well we plan to dig; plan to plant 960 avocado trees. Plan to build a check dam; Gov't. Soil Conservation Dept. has approved our application.

PARCEL 3. This is 21 acres of riparian land; approximately 19 acres are tillable. We claim 79.8 acre feet of water from riparian rights and/or a well we plan to dig; plan to plant 1,140 avocado trees. Plan to build a check dam for soil conservation.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*William H Deniston*

*Dawn A. Harvey*

Defendants in propria persona

Dated: 5/28/58

11936

EXHIBIT A

PARCEL 1. The North 40 feet of the Southwest ¼ of the Southwest ¼ of Section 9, Township 9, Range 3 West, SBM.

PARCEL 2. North 880 feet of West 990 feet of Southeast ¼ of Southwest ¼ of Section 9, Township 9, Range 3 West, SBM.

PARCEL 3. East 30 acres of North ½ of Southeast ¼ of Section 8, Township 9, Range 3 West, SBM. Less 9 acres of land condemned for proposed FPUD dam, description of which follows:

All that portion of the East 30 acres of the Northeast ¼ of the Southeast ¼ of Section 8, Township 9 South, Range 3 West, SBM, beginning at a point on the North line of said East 30 acres distant thereon 396.75 feet Westerly from the Northeasterly corner thereof; thence South 24°56'10" West, 366.17 feet; thence South 19°18'10" West, 791.82 feet; thence south 17°27'15" West, 207.97 feet; thence North 37°00'20" West, 149.43 feet to the West line of said East 30 acres; thence along said line North 00°03'40" West, 1157.35 feet to the Northwest corner thereof; thence along the North line of said East 30 acres 569.67 feet to the point of beginning.

11937