Lawrence E. Dunham and Lucy A. Dunham
Defendants in propria persona
P.O. Box 915
Murrieta, California

FILED
JUN 6- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
         Plaintiff, ) CIVIL NO. 1247 - SD - C
v. ) ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY ) Lawrence E. Dunham and
DISTRICT, ET AL, ) Lucy A. Dunham
         Defendants, )

The defendants Lawrence E. Dunham and Lucy A. Dunham each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own one acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

11938

We claim that the land which we own is in the Temecula Rancho, we believe it to be one of the Mexican Grants of land referred to in the Treaty of Guadalupe Hildalgo,.which Treaty we believe confirms the title to the Temecula Rancho to be the same under United States law as it was under Mexican law.

Therefore, we claim that we have always used our land and water freely and exclusively in the past and because of said Treaty we expect and hope to do so in the future.

We rely upon said treaty and the original Mexican title and all matters of record in California and the United States since the time of the Treaty.

Not withstanding the treaty, we claim that under United States Law we can use our land and water freely that we own.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Lucy A. Dunham*

*Lawrence E Dunham*

Defendants in propria persona

Dated:

11939

EXHIBIT A

We own lots five (5) to nine (9) inclusive, in Block 14 also portion of vacated street adjoining to lots 6 & 7. All the lots are in the Murrieta Townsite which is in the Murrieta Portion of the Temecula Rancho.

11940