```
 1  HOLGER M. PETERSON and
    MAGDA M. PETERSON
 2  875 East Ninth Street
    Upland, California
 3
    Defendants in propria persona
 4
```



F I L E D

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )   CIVIL NO. 1247 - SD - C
              Plaintiff,            )
                                    )   ANSWER OF DEFENDANTS
    vs.                             )
                                    )
FALLBROOK PUBLIC UTILITY            )
DISTRICT, ET AL,                    )
                                    )
              Defendants.           )

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

That these defendants own 160 acres of land in Riverside County, California, more particularly described in the description thereof attached hereto marked Exhibit "A", which is hereby incorporated by reference, as a part of this answer; that of said

COPY RECEIVED   INDEXED

12323

1  land 60 acres thereof are tillable and suitable for the growing
2  of citrus, avocados, deciduous fruit, alfafa, grains and for the
3  raising of turkeys, chickens and foul and the balance can be
4  used for the grazing of cattle; that no part of said property is
5  presently under irrigation practices, but that these answering
6  defendants expect to, and plan to, sink the necessary wells to
7  provide water for the uses above mentioned, including the use of
8  water for domestic use; that these defendants allege that the
9  reasonable and necessary amount of water to be extracted from the
10 subsurface underlying their said property for the uses above
11 mentioned is three acre feet per annum for the tillable 60 acres
12 aforementioned and one acre foot per annum for the watering of
13 livestock and cattle per acre for the balance of said property,
14 to wit: A total reasonable and necessary amount of 280 acre feet
15 per annum to be used upon said real property.
16     FOR A FURTHER, OTHER AND SEPARATE DEFENSE AND AFFIRMATIVE
17 STATEMENT OF RIGHTS TO PLAINTIFF'S SUPPLEMENTARY AND AMENDATORY
18 COMPLAINT THESE ANSWERING DEFENDANTS ALLEGE:
19                               I.
20     Reallege and reaver each and every allegation contained in
21 paragraph I of these answering defendant's first affirmative
22 statement of rights above, as completely as though set forth in
23 full herein.
24                              II.
25     That these defendants, as overlying owners of land described
26 in Exhibit "A" hereto attached having a paramount right to the
27 percolating waters underlying their said real property to the
28 extent of the water reasonably necessary for use on their over-
29 lying land, which these answering defendants allege to be 280 acre
30 feet per annum.
31     WHEREFORE, these answering defendants pray that plaintiff
32 take nothing against them by reason of the Complaint and Supple-

12324

-2-

1  mentary and Amendatory Complaint on file herein; that said Com-
2  plaint be dismissed as against these defendants; that defendants'
3  right to water, as hereinabove set forth, be quieted as against
4  the plaintiff and against all other defendants in this action;
5  and for such other and further relief as the Court may deem
6  proper.

         *Holger M. Petersen*

         *Magda M. Petersen*
                             DEFENDANTS

STATE OF CALIFORNIA    )
                     ) ss.
COUNTY OF SAN BERNARDINO )

    Holger M. Peterson and Magda M. Peterson, being sworn says:
That they are the defendants in the above entitled action; that
they have read the foregoing ANSWER TO COMPLAINT, and know the
contents thereof; that the same is true of their own knowledge,
except as to the matters which are therein stated on their
information or belief and as to those matters that they believe
it to be true.

         *Holger M. Petersen*

         *Magda M. Petersen*

Subscribed and sworn to before me
this 29 day of May, 1958.

*Henry M. Busch*
Notary Public in and for said County
and State.

EXHIBIT "A"

<u>PARCEL 1:</u> The Southeast Quarter of Section 34, Township 6 South, Range 2 West, San Bernardino Base and Meridian.

<u>PARCEL 2:</u> A Non-exclusive easement for use of the existing road established by use across the Northeast Quarter of Section 34, Township 6 South, Range 2 West, San Bernardino Base and Meridian.

12326