FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ [signature]
         DEPUTY CLERK

1   RALPH O. BANE
    Defendants in propria persona
2   2427 N. FALLING LEAF
    SOUTH SAN GABRIEL CALIFORNIA
3
4            IN THE UNITED STATES DISTRICT COURT
5              SOUTHERN DISTRICT OF CALIFORNIA
6                   SOUTHERN DIVISION
7
8   UNITED STATES OF AMERICA,        )
                                     )   CIVIL NO. 1247- SD - C
9              Plaintiff,            )
                                     )   ANSWER OF DEFENDANTS
10       v.                          )
                                     )   RALPH O. BANE
11  FALLBROOK PUBLIC UTILITY         )
    DISTRICT, ET AL,                 )
12                                   )
              Defendants.            )
13       The defendants, RALPH O. BANE
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:
17              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                            AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference
19
    all of the allegations contained in the answer to said Complaint and
20
    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25
26              AFFIRMATIVE STATEMENT OF RIGHTS
27       These defendants own 1652 acres of land in RIVERSIDE
28  County, California, and within the watershed of the Santa Margarita
29  River, more particularly described in the document attached hereto,
30  marked Exhibit A, which is hereby incorporated by reference as a
31  part of this statement.
32
                                                        11920
COPY RECEIVED INDEXED

1 approximately Eight (8) acres of this
2 land in tillable
3 Defendant has small drilled well.
4 
5 Defendant claim the right to
6 
7 sufficient water for Domestic use
8 plus enough to irrigate 3 acres,

18      WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*Ralph O. Bane*

Defendants in propria persona

Dated: June 2nd 1958

Subscribed and sworn to before me...
2nd day of June, 1958

11922

Exhibit A

S ½ of NE ¼ of SE ¼ exc
ST. HWY + EXC E 30'

Section 34   Block or twn 6 S
Range 3 W

11921