SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

FILED

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
         Plaintiff,  )  No. 1247-SD-C
    vs.  )  ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY DISTRICT,  )
a public service corporation of the )  EDWARD E. BRAGG AND
State of California, et al.,  )
         Defendants.  )  GLENITA BRAGG

     Defendants   EDWARD E. BRAGG AND GLENITA BRAGG

answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

     Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

     Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

COPY RECEIVED

- 1 -

12055

INDEXED

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

All of the lands of defendants are arable and

- 2 -

12056

irrigable. The lands of defendants are not riparian to any stream, but defendants assert that their lands overly percolating ground waters, not a part of any stream. defendants assert full correlative rights to the use of such percolating ground waters in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by _____
Attorneys for defendant

- 3 -

12057

N 285 feet of W 145 feet of Lot 7, Shipley Tract, West Fallbrook, Map 132, filed August 22, 1887

EXHIBIT A

- 4 -

SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154
Attorneys for

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )
        vs. )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al., )
        Defendants. )

No. 1247-SD-C

REQUEST FOR ADMISSIONS UNDER RULE 36

Defendants EDWARD E. BRAGG and GLENITA BRAGG request plaintiff within twenty (20) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

1. The lands described in the answer of defendants EDWARD E. BRAGG and GLENITA BRAGG include .75 acres of irrigable land.

2. A reasonable water duty for the irrigable lands of defendant is 4.2 acre feet per acre per year.

3. Defendants are the owners of the lands described in Exhibit A, attached to their Answer herin.

- 1 -

    4. The lands of defendants are not riparian to any stream.

    5. The waters underlying the lands of defendants are percolating ground waters, not a part of any stream.

                           SACHSE and PRICE

                           by *[signature]*
                           Attorneys for defendant

- 2 -

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C.C.P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.    1247-SD-C

Franz R. Sachse , being first duly sworn, says: That affiant, whose address is

1092 S. Main St., Fallbrook, California

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Answer of Defendants Edward E. Bragg and Glenita Bragg and Request for Admissions
(Copy title of paper served)

on the plaintiff in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

Hon. J. Lee Rankin, Room 332, 325 W. F Street, San Diego, Calif.

(Name and address as shown on the envelope)

sealed and deposited on the 27 day of May , 195 8 , in the United States Mail at

Fallbrook, San Diego, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 27

day of May , 195 8

_____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

_____
12061

My Commission expires May 25, 1961