FILED

LETTIE M. ANDERSON
Defendants in propria persona
3386 Mayfield Ave.
San Bernardino, California

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,       )   CIVIL NO. 1247 - SD - C
                                )
                Plaintiff,      )   ANSWER OF DEFENDANTS
                                )   LETTIE M. ANDERSON
        v.                      )
                                )
FALLBROOK PUBLIC UTILITY        )
DISTRICT, ET AL,                )
                                )
                Defendants,     )

        The defendants,  LETTIE M. ANDERSON

each severing from their co-defendants and each for himself or her-

self alone, in answer to the Complaint and Supplementary and Amenda-

tory Complaint on file herein, admit, deny, and allege:

        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT

        These answering defendants hereby incorporate by reference

all of the allegations contained in the answer to said Complaint and

Supplementary and Amendatory Complaint filed in this case by Newton

T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

of the portion thereof entitled "Affirmative Statement of Rights")

and make each and all of said allegations a part of this answer

the same as if herein set forth at length.

        AFFIRMATIVE STATEMENT OF RIGHTS

        These defendants own 2 1/2 acres of land in  SAN DIEGO

County, California, and within the watershed of the Santa Margarita

River, more particularly described in the document attached hereto,

marked Exhibit A, which is hereby incorporated by reference as a

part of this statement.

COPY RECEIVED

12069

INDEXED

Exhibit "A"

All that portion of the Southeast Quarter of the Northeast Quarter of Section Twenty-
four, Township Nine South, Range Four West, San Bernardino Meridian, in the County of
San Diego, State of California, according to United States Government Survey approved
June 11, 1880, described as follows:

Commencing at the Southeast corner of the Southeast Quarter of the Northeast Quarter
of said Section 24; thence running North along the East line of said Section 24, a
distance of 635 feet to a point; thence West on a line parallel with the center line
of Alvarado Street of West Fallbrook produced East, a distance of 20 feet to the true
point of beginning; thence continuing West along said parallel line 80 feet to a point
in the East line of a tract of land conveyed by A. Perry Torrey and Nanty N. Torrey
to Peter C. Jacoby by deed dated October 23, 1924, and recorded in Book 1053, page 44
in the County Recorder's Office; thence South along the East line of said Tract so
conveyed to Peter C. Jacoby, being on a line parallel with the said East line of said
Section 24, 150 feet to the Southeast corner of said Jacoby tract; thence West along
the South line of said Tract, 75 feet to the Southwest corner thereof; said corner
being a point on the West boundary of the East 10 feet of the County Road known as
Road Survey No. 338, as shown by plat on file in the office of the County Surveyor
of San Diego County, (said East 10 feet of said road having been abandoned January 5,
1914, by Order of the Board of Supervisors of said County) said West boundary being
also the East boundary of the remaining portion of said County road; thence South
along the said East line of the remaining portion of the aforesaid County Road,
being on a line parallel with the said East line of said Section, 465 feet to a point
distant 20 feet North of the South line of said Southeast Quarter of Northeast Quarter
of said Section; thence East along a line parallel with and distant 20 feet North of
said South line, 155 feet to a point which is 20 feet West of the said East line of
said Section 24; thence North along a line parallel with and distant 20 feet West
from the said East line of said Section, 615 feet to the true point of beginning.

Also:

The East 20 feet of the Northeast Quarter of Section 24, Township 9 South, Range 4
West, S.B.M., in the County of San Diego, State of California, lying between the
South line of the County Highway (Alvarado Street) and the Westerly prolongation
of the North line of the South Half of Lot 5 of Shipley Tract of West Fallbrook,
according to the Map No. 132, filed in the office of the Recorder of said San Diego
County, August 22, 1887.

12070

This land is all tillable, suitable for avocadoes, truck garden, commercial flowers, family orchard and garden. This land is in a good residential area and I may subdivide at a later date.

I want sufficient water from the Fallbrook Public Utility District and any other sources available now and/or in the future to take care of the needs of this property.

In Book 1342, page 347 of Deeds, appears the record of a Quitclaim deed conveying an undivided one-half interest in and to that certain well located on that certain tract of land described in deed executed by Roy E. Brandon et ux, to A. Perry Torrey, et ux, recorded in Book 913, page 440, and File No. 3862, recorded February 1, 1923 in the Recorder's Office, together with an undivided one-half interest in the parcel of ground 25 feet square immediately adjacent to and surrounding said well, executed by Ida B. Jacoby to A. Perry Torrey. At the date of said deed, the record interest of the property therein described was and apparently still is, vested in Peter C. Jacoby.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Lettie M. Anderson*
_____

_____
Defendants in propria persona

Dated: 5-28-58

12071