

1  Victoria M. Barnes and Flora M. Cox
   **Defendants in propria persona**
2  84094 Corregidor
3  Indio, California

FILED
JUN 6- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

4              IN THE UNITED STATES DISTRICT COURT
5                SOUTHERN DISTRICT OF CALIFORNIA
6                      SOUTHERN DIVISION

7  UNITED STATES OF AMERICA,      )  CIVIL NO. 1247 - SD - C
8                                  )
                  Plaintiff,       )  ANSWER OF DEFENDANTS
9                                  )
        v.                         )  Victoria M. Barnes and
10                                 )  Flora M. Cox
   FALLBROOK PUBLIC UTILITY        )
11 DISTRICT, ET AL,                )
                                   )
12                Defendants,      )

13      The defendants, Victoria M. Barnes and Flora M. Cox
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17      ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
             AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own 75  acres of land in   San Diego
27
   County, California, and within the watershed of the Santa Margarita
28
   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31

32

COPY RECEIVED  INDEXED                                    11923

I

1  This land is riparian in that the Temecula Creek runs across the
2  southwest corner of it. Approximately forty acres of this land
3  is tillable. There is highway frontage, which could be developed
4  commercially in the future.

II

7  The defendants claim riparian rights to the creek, and claim the
8  right to drill wells in the event that the highway frontage is
9  developed, or the property is cleared for agricultural use.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Victoria M. Barnes_

_Flora M. Cox_
Defendants in propria persona

Dated: May 27th, 1958

11924

EXHIBIT A

Description of property owned by Victoria M. Barnes and Flora M. Cox, 84094 Corregidor, Indio, California.

The West half of the Northwest quarter excepting three and a half acres northeast of highway, in Section 1, Township 9 south, Range 1 east, San Bernardino Base and Meridian.

11925