```
 1   Marvin Duane Curran and Kay Louise Curran (Hudson)
 2   Defendants in propria persona
         P.O. Box 106
 3   Murrieta, California
 4
 5              IN THE UNITED STATES DISTRICT COURT
 6               SOUTHERN DISTRICT OF CALIFORNIA
 7                      SOUTHERN DIVISION
 8   UNITED STATES OF AMERICA,      )   CIVIL NO. 1247 - SD - C
 9              Plaintiff,          )   ANSWER OF DEFENDANTS
                                    )   Marvin Duane Curran
10        v.                        )           and
                                    )   Kay Louise Curran (Hudson)
11   FALLBROOK PUBLIC UTILITY       )
     DISTRICT, ET AL,               )
12              Defendants,         )
```

FILED JUN 6- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

The defendants, Marvin Duane Curran and Kay Louise Curran (Hudson) each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED   INDEXED

11925

Defendants claim exclusive and sole right and ownership of all underground water, all water above ground, all water that falls on, or runs on from rainfall and all water that can be contained on said land by means of reservoirs or other means with respect to their said land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*[signature]*

*[signature]* Kay Louise Curran (Hudson)
Defendants in propria persona

Dated: May 29, 1958

11927

Exhibit A

Description of Curran Property

All of Block Twenty (20) as shown by Map on file in Book 8 page 35 of Maps, records of San Diego County, California; Excepting the following portion thereof: Commencing at the most Northerly corner of said Block, at the intersection of "A" Street and Clay Avenue; thence Southwesterly along the Southeasterly line of " A " Street, Two Hundred Fifty-one (251) feet to its intersection with the Northeasterly line of Fourth Street, One Hundred Thirty-one (131) feet; thence Northeasterly Two Hundred Thirty-eight (238) feet to a point on the Southeasterly line of Clay Avenue, One Hundred Forty-five (145) feet Southeasterly from the most Northerly corner of said Block (20) ; thence Northwesterly along the South-westerly line of Clay Avenue One Hundred Forty-five (145) feet to the point of beginning.

11928