Henry E. Casman and Menage Casman
Defendants in propria persona
1239 Hawienda Blvd. La Puente, California

F I L E D

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )  CIVIL NO. 1247 - SD - C
    Plaintiff,  )  ANSWER OF DEFENDANTS
  v.  )  Henry E. Casman and
FALLBROOK PUBLIC UTILITY  )  Menage Casman
DISTRICT, ET AL,  )
    Defendants,  )

  The defendants, Henry E. Casman and Menage Casman each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
      AMENDATORY COMPLAINT

  These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

    AFFIRMATIVE STATEMENT OF RIGHTS

  These defendants own 500 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED  INDEXED

11929

We own 500 acres with two houses on it. It is being used to graze cattle. We plan in the future to also raise some hogs, and possibly chickens and turkeys. Approximately 80 acres are tillable. About 20 acres have been cleared and have a crop on it. We plan to use this 80 acres for irrigated pasture.

We claim the right to drill a well and use 300 acre feet of water per year to irrigate this pasture. We claim the right to drill this well on Lot 13, Section 5T.9S,R2E. This well sight has been located by Geologist Mr. Cameron of Elsinore, August 4,1950.

We claim the right to the water from two (2) springs, each producing approximately 100 gallons every twenty four (24) hours. They are being used for domestic water and to water cattle. Springs are located on Lot 11, Section 5T.9S.R2E.

Each lot is 40 acres. In the future we may want to build houses on these Lots. We claim the right to domestic water on Lots 11, and 12, of Section 5T.9S.R2E. We claim the right to domestic water on Lots 8,9,15, and 16 of Section 6, T9S.R2E. We claim the right to domestic water on Lot 1 Section 7T.9SR.2E. Lot 1 Section 7T.9SR.2E is isolated from the rest of the acreage by hills. There is about 15 acres suitable for permanent pasture. We claim the right to 60 acre feet of water per year.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Henry E. Casman_

_Monayo Casman_
Defendants in propria persona

Dated: 5-23-58

EXHIBIT A.

Parcel 1:

Lots 5,6,10,11,12,13,14, and 15 in section 5, Township 9 South, Range 2 East. S.B.M. according to United States Government survey approved January 31,1895.

Parcel 2:

Lots 8,9,15, and 16, in section 6, Township 9 South, Range 2 East, S.B.M. according to United States Government Survey approved January 31,1895.

Parcel 3:

Lot 1 in section 7, Township 9, South, Range 2 East. S.B.M. according to the United States Government survey approved January 31,1895.

11931