# FILED

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
     DEPUTY CLERK

VIRGIL G COMPARETTE &
EDNA M. COMPARETTE
RT 2 BX 35
MURRIETA, CALIF.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
              Plaintiff,   )
     v.                    )
                           )  No. 1247-SD-C
FALLBROOK PUBLIC UTILITY   )
DISTRICT, et al.,          )
              Defendants   )

To

J. LEE RANKIN, Solicitor General
ROOM 332
325 WEST "F" STREET
SAN DIEGO, CALIF

DEAR SIR:

In answer to the above mentioned complaint, we, VIRGIL G. COMPARETTE & EDNA M. COMPARETTE, Joint Owners in fee simple of 160 acres situated in the County of Riverside, State of California;

The East half of the Southwest quarter; the Southwest quarter of the Southwest quarter, and the Southwest quarter of the Southeast quarter of Section 12, Township 7, Range 3 West, San Bernardino Base and Meridian, as shown by United States Government Survey,- deny that the allegations in the above complaint alter or tend to mitigate our right to any waters underlying our land.

Yours very truly,

V G Comparette

Edna M. Comparette

COPY RECEIVED    INDEXED

11932