```
POSTEL & POSTEL
Attorneys for Defendant
Waldo F. Postel
400 Montgomery Street
San Francisco 4, California
Telephone: GArfield 1-1048
```

FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA,

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
　　　　　　　　Plaintiff,
　　vs.
FALLBROOK PUBLIC UTILITY DISTRICT
and those defendants listed on
Exhibit "A" which is attached to
this summons and made a part of
it by reference,
　　　　　　　　Defendants.

No. 1247-SD-C

ANSWER OF DEFENDANT --
WALDO F. POSTEL

　　　Now comes Waldo F. Postel, one of the defendants in the above-entitled action and for answer to plaintiff's complaint and other pleadings and documents on file herein and denies and alleges as follows:

I.

　　　This defendant has no information or belief with reference to the claims of plaintiff for water and water rights described in the above-entitled action and placing his denial upon that ground denies all of such claims for water or water rights.

II.

　　　This defendant alleges that he is the owner and in possession of the following described real property, to-wit:

　　　　　All those certain lots, pieces or parcels of land situate, lying and being in the County of Riverside, State of California, and more particularly described as follows, to-wit:

LAW OFFICES
POSTEL & POSTEL
400 MONTGOMERY ST.
SAN FRANCISCO
GARFIELD 1-1048

INDEXED

COPY RECEIVED

12045

>   Lot 4, Block 17 and Lots 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 and 12 and Lots 15, 16, 17, 18, 19, and 20 in Block 36 of the Townsite of Murrieta as shown by map on file in the Office of the County Recorder of the County of San Diego, State of California, in Book 8 of Maps page 359.

That the above entitled lands and premises are part of the lands and premises referred to in these proceedings.

### III.

That as the owner of the said lands and premises hereinabove and immediately described, this defendant is the owner and entitled to the possession and use of all water and water rights under said lands and premises as well as to the natural flow of water under said lands and premises.

WHEREFORE, this defendant, Waldo F. Postel, prays that plaintiff take nothing against this defendant, but that this defendant have judgment for his costs incurred herein and such other and further relief as may be just and proper.

POSTEL & POSTEL

By *Waldo F. Postel*
Attorney for Defendant Waldo F. Postel

LAW OFFICES
POSTEL & POSTEL
400 MONTGOMERY ST.
SAN FRANCISCO
GARFIELD 1-1048

12046

STATE OF CALIFORNIA )
City and County of San Francisco ) ss.

WALDO F. POSTEL, being duly sworn, deposes and says: That he is one of the defendants in the above entitled action, that he has read the foregoing answer and knows the contents thereof, that the same is true of his own knowledge except as to the matters therein stated upon information or belief, and as to those matters he believes it to be true.

*Waldo F. Postel*

Subscribed and sworn to before me this 27th day of May, 1958.

JOELLE RAMONTE (SEAL)
NOTARY PUBLIC
In and for the City and County of San Francisco, State of California

LAW OFFICES
POSTEL & POSTEL
400 MONTGOMERY ST.
SAN FRANCISCO
GARFIELD 1-1048

12047

-3-