*Theodore Connely.*
Defendants in propria persona
Rt. 2 Box 212
Fallbrook Calif.

FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br><br>    Defendants, | CIVIL NO. 1247 - SD - C<br>AMENDED ANSWER OF DEFENDANTS<br><br>*Theodore Connely.* |

The defendants, *Theodore Connely* each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 65 acres of land in _____ County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

12048

Defendants are the owners of fifty Five (55) acres of land, described in exhibit "A" Herein all of which are susceptible of Practicable and Profitable irrigation. That the water duty of which will be, two hundred (200) acre feet per year over and above Rainfall. That the defendant claims the right, as a riparian land owner to Rainbow Creek, to the use of water on these lands. and expects in the future to drill New and Maintain Present wells for this Purpose.

EXHIBIT "A"

SE 1/4 of the NE-1/4 of Sec. 11, T9, R 3W. Except the Easterly 300 feet and except that portion lying North westerly of Highway U.S. 395. also the North 1/2 of block 24 and block 25, 26, and blocks A and B, of Rainbow townsite and Rainbow Colony. of Sec. 12, T9, R.3W

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Theodore Connelly*

Defendants in propria persona

Dated: June 1, 1958

12049