F I L E D

JUN 6 - 1958


CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

Karl Rieder and Ida G. Rieder
Defendants in propria persona
P.O. Box 59
Murrieta, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
  Plaintiff, ) ANSWER OF DEFENDANTS
v. ) Karl Rieder and Ida G. Rieder
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
  Defendants, )

The defendants, Karl Rieder and Ida G. Rieder each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 5 1/6 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED   INDEXED                                    12012

All of our land described in Exhibit A is in the Temecula Rancho which we have been told is a Mexican Grant, and that these grants have their values preserved by the Treaty of Guadalupe Hidalgo. We blieve we are entitled to use our water freely and exclusively on our land. We have a well at present on our home lot in Murrieta and we have a well on the land in Lot 70. Both of which we have used freely in the past.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Karl Rieder*

*Ida G. Rieder*

Defendants in propria persona

Dated: 31. May 1958.

12014

EXHIBIT A.

We own:

(1) The Northwesterly one-half of the Southwesterly one-half of Lot 70 of the Murrieta Portion of the Temecula Rancho, as shown by map of the Temecula Land and Water Company on file in Book 8 Page 359 of Maps, San Diego County Records, except the Northeasterly one-half thereof.

(2) All that portion of Block 20 of Murrieta, as shown by map on file in Book 8 Page 359 of Maps, San Diego County Records, by metes and bounds, beginning at the most Northerly corner of said Block, being the intersection of the Southeasterly line of "A" Street with the Southwesterly line of Clay Avenue; thence Southwesterly on said Southeasterly line of "A" Street a distance of 143 feet 6 inches; thence Southeasterly parallel with the Southwesterly line of Clay Avenue, a distance of 46 feet 5 inches; thence in a direct line Northeasterly 143 feet 6 inches to a point on the Southwesterly line of Clay Avenue distant 60 feet 4 inches from the most Northerly corner of said Lot; thence Northwesterly on said Southwesterly line of Clay Avenue, 60 feet 4 inches to the point of beginning.