FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

1  W. M. ROBERTS and JEAN ROBERTS
   Defendants in propria persona
2  P.O. BOX 452    EL MONTE    CALIF.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )   CIVIL NO. 1247 - SD - C
                                    )
            Plaintiff,              )   ANSWER OF DEFENDANTS
                                    )   W. M. ROBERTS
      v.                            )   JEAN ROBERTS
                                    )
FALLBROOK PUBLIC UTILITY            )
DISTRICT, ET AL,                    )
                                    )
            Defendants,             )

The defendants, W. M. ROBERTS and JEAN ROBERTS each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own about 400 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

12016

1  a creek runs through our property, and we claim
2  riparian rights. We also have a spring and
3  three wells on this property. We are now developing
4  this property and intend to drill at least one
5  well for irrigation purposes and some for
6  domestic purposes as we further develop it

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*W. M. Roberts*

*Jean Roberts*

Defendants in propria persona

Dated: May 28-58

12017

EXHIBIT A

Description of the land, title to which is insured by this Policy:

All of Lots 8, 11, 14 and 15 and those portions of Lots 3, 4, 6, 7, 9, 10 and 16 in Section 7 lying Southwesterly of the center line of Road Survey No. 299 on file in the Office of the Surveyor of San Diego County, as said road existed on May 1949, and all of Lot 1 in Section 18, all in Township 9 South, Range 2 East, S. B. M., in the County of San Diego, State of California, according to United States Government Survey approved January 31, 1885.

EXCEPTING therefrom all coal and other minerals as reserved by United States of America in Patent recorded May 3, 1930 in Book 15, page 186 of Patents, records of San Diego County.

ALSO EXCEPTING from the above described portion of Lot 4 in Section 7, that portion thereof, if any, lying within the following described property:

Commencing at the Northwest corner of said Section 7, thence along the North line of said Section, a distance of 205.60 feet; thence North 87° 32' East, 1080.00 feet to the East line of Lot 4 of said Section 7; thence South 0° 18' West along said East line, 578 feet to the Southeast corner of the parcel of land described in deed to Sidney Peter Anderson and wife dated April 24, 1948 and recorded May 4, 1948 in Book 2781, page 595 of Official Records and the true point of beginning; thence along the South line of said land North 80° 40' West, 685.6 feet; thence North 47° 05' West, 847.5 feet to the Northwesterly corner of said Anderson's land; thence North 87° 32' East 909.70 feet to the East line of said Section and the Northeast corner of said Anderson's land; thence South 0° 18' West along said East line 315.4 feet to the true point of beginning.

12018