FILED

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ [illegible]
        DEPUTY CLERK

David R. Shrode and Mildred R. Shrode
Defendants in propria persona
Post Office Box 838
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | David R. Shrode and Mildred R. Shrode |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants David R. Shrode and Mildred R. Shrode each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own ¼ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED  [illegible]

12019

Defendants claim the rights to both domestic and industrial water as needed.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*David R. Shrode*

*Mildred L. Shrode*

          Defendants in propria persona

Dated: June 1, 1958

12020

Exhibit A

The East 114 feet of that portion of Lot 1 (Northwest Quarter of of Northwest Quarter) of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1897, described as follows:

Beginning at the intersection of the West line of said Section 19 with the North line of Juniper Street as conveyed to the County of San Diego by deed dated December 28, 1918, and recorded in Book 751, page 56 of Deeds; thence along said North line of Juniper Street South 89° 19' East (Record South 89° 23' East) 228 Feet; thence parallel with the West line of said Section 19 North 0° 20' 15" East 100.00 feet; thence parallel with said North line of Juniper Street North 89° 19' West 228.00 to the West line of said Section 19; thence along said West line of Section 19 South 0° 20' 15" West 100.00 feet to the point of beginning.

12021