Pat F. Samaniego, Vera V. Samaniego

Defendants in propria persona

Murrieta, California

# FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

        v.

FALLBROOK PUBLIC UTILITY

DISTRICT, ET AL,

              Defendants.

)
)
)
)
)
)
)
)
)

ANSWER OF DEFENDANTS

Pat F. Samaniego

Vera V. Samaniego

    The defendants,

each severing from their do-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

    AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own one acres of land in Riverside
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

    WHEREFORE, these defendants pray that plaintiff take
nothing against them by reason of the Complaint and Supplementary
and Amendatory Complaint on file herein; that said Complaint be
dismissed as against these defendants; that defendants' right to
water, as hereinabove se forth, be quieted as against the plain-
tiff and against all other defendants in this action; and for such
other and further relief as the Court may deem proper.

*Pat F Samaniego*

_____

Defendants in propria persona

Dated: May 29, 1958

COPY RECEIVED  INDEXED

12022

## EXHIBIT A

We own

Lots one (1), two (2), three (3), four (4), five (5), and six (6) in Block 23 in the Townsite of Murrieta, Murrieta portion of the Temecula Rancho.

12023

EXHIBIT B

The land mentioned in Exhibit A is in the Murrieta portion
of the Temecula Grant of land made by Mexico and is one of the
grants which the Treaty of Guadalupe Hidalgo, we believe, confirms
the Title of, as being the same title under United States law, as it
was under Mexican law.

Therefore we claim the protection of the said treaty and of
the Constitution of the United States.

We have a well on our property which we have used freely in
the past and expect and hope to do so in the future.

12024