1  Defendants in propria persona

FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
           Plaintiff,      )  CIVIL NO. 1247- SD - C
                           )
    v.                     )  ANSWER OF DEFENDANTS
                           )  Louise A Schluter
FALLBROOK PUBLIC UTILITY   )  Route I Box 169
DISTRICT, ET AL,           )  Romoland, California
           Defendants.     )

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own         acres of land in        County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

Description of the land, title to which is subject.

The Westerly rectangular 10 acres of the North half of the Northeast quarter and the East half of the Northeast quarter of the Northwest quarter of Section 26 in Township 6 South, Range 3 West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

The defendant wishes to reserve the right to drill wells to any debth, and develope what water is available, and to retain and claim all perculating water rights of any watax nature whatsoever.

The defendant expects to reserve the right to irrigate the entire thirty acres, and to use as much irrigation water as is needed to raise whatever crops which may beadapted to this particular soil.

The defendant also wishes to reserve the right to use water for any industrial or recreational uses or for any use whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Louise A. Schluter*

*Rt 1-Bx 169  Romoland Calif*

Defendants in propria persona

Dated: