FILED

JUN 6 - 1953

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK

1   *LEONARD SPEARS*
    Defendants in propria persona
2   *STAR RT. BOX 50*
3   *HEMET, CAL.*

4               IN THE UNITED STATES DISTRICT COURT

5                 SOUTHERN DISTRICT OF CALIFORNIA

6                        SOUTHERN DIVISION

7
    UNITED STATES OF AMERICA,          )    CIVIL NO. 1247 - SD - C
8
                    Plaintiff,         )    ANSWER OF DEFENDANTS
9
          vs.                          )
10
    FALLBROOK PUBLIC UTILITY           )    *LEONARD SPEARS*
11  DISTRICT, ET AL,                   )
12                  Defendants,        )

13        The defendants, *LEONARD SPEARS*

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
          These answering defendants hereby incorporate by reference
19
    all of the allegations contained in the answer to said Complaint and
20
    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25
              AFFIRMATIVE STATEMENT OF RIGHTS
26
          These defendants own *200* acres of land in *RIVERSIDE*
27
    County, California, and within the watershed of the Santa Margarita
28
    River, more particularly described in the document attached hereto,
29
    marked Exhibit A, which is hereby incorporated by reference as a
30
    part of this statement.
31

32

COPY RECEIVED    INDEXED

                                                        12027

DEFENDANT CLAIMS RIGHT TO USE:
ALL FLOOD WATERS PASSING THRU PROPERTY.
ALL SPRING WATERS NOW FLOWING OR IN FUTURE
WATER FROM TWO WELLS PLUS AN ADDITIONAL
TWO YET TO BE DRILLED.
WATER ENOUGH FROM SAID WELLS AND
PROSPECTIVE WELLS TO IRRIGATE 30 ACRES
FOR EITHER TRUCK CROPS OR ALFALFA.

WHEREFORE, these defendants pray that plaintiff take
nothing against them by reason of the Complaint and Supplementary
and Amendatory Complaint on file herein; that said Complaint be
dismissed as against these defendants; that defendants' right to
water, as hereinabove set forth, be quieted as against the plain-
tiff and against all other defendants in this action; and for such
other and further relief as the Court may deem proper.

Leonard Sccase

Defendants in propria persona

Dated:

1.2028

. . .   EXHIBIT "A"

THE EAST ½ of THE S. E. ¼,
THE WEST ½ of THE S. E. ¼,
THE N. E. ¼ oF THE N. E. ¼ oF
SEC. 22, TOWNSHIP 7 RANGE 1 WEST
SAN BERN. BASE + MERIDIAN

12029