Long Beach, 13 Calif
June 2nd, 1958

Mr. J. Lee Rankin Solicitor,

Dear Sir,

This in answer to summons #1247-SD-C Re. United States of America, Plaintiff, against Fallbrook Public Utilities District and numerous defendants named in the complaint.

The undersigned parties hereby notify you that We Bror R. Rehnlund and wife Eleanora W. Rehnlund deny all allegations and claims against the particulars land that we the undersigned in question and furthermore claim and demand the rights to all waters below, over and through our land.

Signed

Eleanora W. Rehnlund
Bror R. Rehnlund

FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

COPY RECEIVED

12030