IMOGENE TOWNE AND RUSSELL D. TOWNE
Defendants, in propria persona
233 A East Dougherty St.
Fallbrook, Calif.




IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
vs.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF RUSSELL D. TOWNE AND IMOGENE TOWNE

The defendants, Imogene Towne and Russell D. Towne, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

                AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 12 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

12031

"EXHIBIT A"

Imogene Towne and Russell Towne are the owners of certain property described as follows:

The West Half of the Northeast Quarter of Section 6, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved April 21, 1890; EXCEPTING therefrom all that portion lying Northwesterly of a line described as follows:

Beginning at a point on the North line of said Northeast Quarter of the Southeast Quarter, distant Westerly 100 feet from the Northeast Quarter of said West Half of the Northeast Quarter of the Southeast Quarter; thence Southwesterly to a point in the West line of said Northeast Quarter of the Southeast Quarter distant Northerly 400 feet from the Southwest corner of said Northeast Quarter of the Southeast Quarter.

12032

Our present use of water is as follows:

A well which provides enough water for domestic use and six acres of avacado trees. We also claim the right to further develop our land in the future which will be a need of 3 acre feet per year per acre. A total of 36 acre feet for our 12 acres. This will deliver enough water supply for our needs.

Defendants claim all the right of overlying land owners and to water which may originate in or may be found, on, or under, or which may cross their land.

Defendants claim the right to dig wells and exercise water reclamation and conservation practices as are now or may be known.

Defendants hereby incorperate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Imogene Towne*

*Russell D. Towne*

Defendants in propria persona
233 A East Dougherty St.

Dated: May 26, 1958

12033