Sidney J. Winter and Velma B. Winter, husband and wife

Defendants in propria persona

402 N. Main St., Elsinore, California.

FILED
JUN 6- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| vs. | Sidney J. Winter |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | Velma B. Winter |
| Defendants, | |

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 3 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

12034

EXHIBIT A

We own:

The Southeasterly portion of Lot 13 of Murrieta Portion of the Temecula Rancho, County of Riverside, State of California, as shown by map on file in Book 8 page 359 of Maps, Records of San Diego County, more particularly described as follows:

Starting at the intersection of Kalmia Street and Adams Avenue, as shown on said map; thence Southeast 470 Feet, thence Southwest 985 feet to point of beginning; Thence 440 feet in a Southeasterly direction, thence 335 feet to the Northerly line of Washington Avenue; Thence Northwest 440 feet along the Northeasterly line of Washington Avenue, thence 335 feet to the point of beginning, containing 3½ acres more or less.

12035

EXHIBIT B

We claim the land described in Exhibit A belongs to us and that it is all in the Temecula Grant, which we believe and have been told is one of the grants of land made by the California Mexican Governments prior to the Treaty of Guadalupe Hidalgo and we believe the Treaty confirms their Mexican title into American law.

Therefor we claim that we have used said land freely and exclusively in the past and expect and hope to do so in the future.

We rely upon the Treaty, the matters of Record in California and on the Constitution of the United States for our protection.

12036

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further rlief as the Court may deem proper.

*Sidney J. Winter*

*Velma B. Winter*

Defendants in propria persona

Dated: June 5, 1958