May 29-1958

J. Lee Rankin
Solicitor General
325 W "F" St
San Diego, Calif.

FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

Dear Mr Rankin,

In answer to the summons, Civil No 1247-SD-C, served on us May 14, 1958 — we - Clarence W. Ayers and Ivy B. Ayers wish to deny any and all allegations pertaining to our property described below

S.E. 1/4 of NE 1/4 EXC CO RD
LOT OR SECTION 24
TOWNSHIP OR BLOCK 38.5  7S
RANGE  AC  2E

LOT 2 EXC CO RD 40.46 AC
LOT OR SECTION 19
TOWNSHIP OR BLOCK 7S
RANGE 3 E

Sincerely
Clarence W. Ayers
Ivy B. Ayers

12040

COPY RECEIVED
628 W. Collins Ave - Orange, Calif.