```
1   REX ESTUDILLO
    Attorney at Law
2   3900 Market Street
    Riverside, California
3   OVerland 4-0411

4   Attorney for Minerva C. Estudillo
    and Rex Estudillo in pro per, as
5   successor in interest of Inez S.
    Ashcraft.
6

7

8           IN THE UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF CALIFORNIA
9                   SOUTHERN DIVISION

10  UNITED STATES OF AMERICA,        )
11          Plaintiff,               )    No. 1247-SD-C
                                     )
12      v.                           )    ANSWER TO COMPLAINT AND
                                     )
13  FALLBROOK PUBLIC UTILITY DISTRICT,)   SUPPLEMENTARY AND
    MINERVA C. ESTUDILLO and INEZ S. )
14  ASHCRAFT, two of the defendants  )    AMENDATORY COMPLAINT
    listed on Exhibit "A" of the     )
15  Summons,                         )
                                     )
16          Defendants.              )
17  _____)
```

FIRST DEFENSE

I

Comes now the two defendants, Minerva C. Estudillo and Inez S. Ashcraft, and Rex Estudillo appearing in place and stead of the defendant Inez S. Ashcraft as successor in interest to the property formerly owned by Inez S. Ashcraft and answers the complaint and supplementary and amendatory complaint as follows:

FIRST DEFENSE

I

Rex Estudillo appears herein as successor in title and interest to Inez S. Ashcraft, named as a defendant in the summons, On June 16, 1958, in Courtroom No. II, United States District Court, 325 West "F" Street, San Diego, California, at 10:00 o'clock in the forenoon of that day, or as soon thereafter as counsel can be heard, the said Rex Estudillo will move the Court to substitute him as the real defendant in the place and stead of Inez S. Ashcraft, being her successor in interest and title.  A photostatic copy of

12041

COPY RECEIVED  INDEXED

-1-

1 the Grant Deed from Inez S. Ashcraft to Rex Estudillo is attached

2 to this answer as defendant's Exhibit "A" and made a part hereof

3 by reference.

4 SECOND DEFENSE

5 I

6 The Court lacks jurisdiction over the persons of these

7 defendants for the reason that the property owned by them is not

8 described in any of the descriptions of lands owned by all of the

9 defendants which are attached to the complaint as Exhibits "B"

10 to "H", inclusive.

11 II

12 Defendants Minerva C. Estudillo and Rex Estudillo, as

13 successor in interest to Inez S. Ashcraft, are tenants in common

14 and each own an undivided one-half interest to the following

15 property:

16   Lots 1 and 2, 81.51 acres, Section 10,
    Township 8 South, Range 1 East, of Maps,
17   Riverside County, California.

18 THIRD DEFENSE

19 I

20 Defendants have no information or belief sufficient to

21 enable them to answer the allegations of paragraphs I to III in-

22 clusive of the complaint and basing their denial on such lack of

23 information or belief, deny each and every allegation in said

24 paragraphs contained.

25 II

26 Defendants admit the allegations contained in paragraph

27 IV, from lines 30, page 3, to the word "area" on line 29, page 4,

28 but deny each and every other allegation in said paragraph contained.

29 III

30 Defendants admit the allegations of paragraphs V and VI,

31 but allege that such judgment and stipulation does not affect the

32 rights, titles and interests of the property of these defendants

12042

-2-

1   described in paragraph II, of the Second Defense, and that the

2   rights, titles and interests of these defendants in said property

3   are superior to the rights, titles, interests and claims of the

4   United States of America as successor of interest of the Rancho

5   Santa Margarita.

6                                IV

7           Defendants are without knowledge or information suf-

8   ficient to form a belief as to the truth as to the allegations con-

9   tained in paragraphs VII and VIII of the complaint and deny each

10  and every other allegation contained in paragraph IX of the

11  complaint.

12          ANSWER TO THE SUPPLEMENT TO COMPLAINT,

13          COUNT NO. XV and XVIII

14                             I

15          Defendants are without knowledge or information sufficient

16  to form a belief as to the truth of the allegations contained in

17  said Counts No. XV and XVIII; and deny each and every/other allegation

18  contained in the supplementary complaint.

19          WHEREFORE, defendants request that the complaint be

20  dismissed as to them, and that they be allowed their costs herein.

21

22

23          _Rex Estudillo_____
            In Pro Per

24

25          _Rex Estudillo_____
            Attorney for Minerva C. Estudillo

26

27

28

29

30

31

32

12043

-3-

## AFFIDAVIT OF MAILING

State of California, } ss.
County of Riverside, }

Case No. 1247-SD-C

THE UNDERSIGNED, being duly sworn, says: that affiant is a citizen of the United States and a resident or employed in the

County of Riverside, over the age of eighteen years and not a party to the cause herein, that affiant's residence or business address

is _____3900 Market Street, Riverside_____ , California.

That on the___2nd____ day of____June_____19 58___, affiant served a copy of the attached paper, to-wit:
Answer to Complaint and Supplementary and Amendatory Complaint

by depositing said copy enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States postoffice mail
box at the City of_____Riverside_____, California, addressed as follows:

J. Lee Rankin
Solicitor General
Room 332
325 West "F" Street
San Diego, California

That there is either delivery service by United States mail at the place so addressed, or regular communication by mail be-
tween the place of mailing and the place so addressed.

Subscribed and sworn to before me this___2nd____day

of _____June_____ , 19__58

_____
Notary Public in and for the County of Riverside,
State of California

_____Jimmy L. Jackson_____
Signature of Affiant

G. A. PEQUEGNAT, County Clerk

By_____, Deputy

AFFIDAVIT OF MAILING

FORM NO. 125

12044