FILED

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ [illegible]
DEPUTY CLERK

Leslie W. Hoopes and Gertrude F. Hoopes, husband and wife, and joint tenants
Defendants in propria persona
1545 Colegrove Avenue
Montebello, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Leslie W. Hoopes |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | Gertrude F. Hoopes |
| Defendants, | |

The defendants, Leslie W. Hoopes and Gertrude F. Hoopes each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 20 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED   INDEXED                                            11979

We claim the right to take water from wells, which we have or may develop on our property, for domestic use, for livestock, for trees, shrubs, garden and some irrigation.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Lulie A. Hoopes*

*Gertrude F. Hoopes*

Defendants in propria persona

Dated: May 28, 1958

11980

Exhibit A

In the County of Riverside, State of California, described as follows:

The South $\frac{1}{2}$ of the Northeast $\frac{1}{4}$ of the Northwest $\frac{1}{4}$ of Section 30, Township 6 South, Range 2 West, San Bernardino Base and Meridian, estimated to contain 20 acres.

11981