1  William E. Jones & Irma L. Jones
   Defendants in propria persona
2  P.O. Box 105
3  Murrieta, Calif.

FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

    Defendants.

ANSWER OF DEFENDANTS

William E. Jones
&
Irma L. Jones

The defendants, William E. Jones & Irma L. Jones each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I to V, inclusive, of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 6½ acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

11982

Exhibit A

We own:

Lots (18) eighteen (19) nineteen and (20) twenty in Block (1) one in the Murrieta Townsite, which is in the Murrieta portion of the Temecula Rancho. Reference is hereby made to a map on file in Book 8 of maps page 359 San Diego County Record.

We own:

That portion of lot 133 of the Murrieta Portion of the Temecula Rancho, as shown by map on file in Book 8 page 359 of Maps, in the office of the County Recorder of the County of San Diego, State of California, described by metes & bounds as:

Beginning at the most Easterly corner of said lot; thence Northwesterly on the Northeasterly line of said lot, 417.42 feet; thence Southwesterly and parallel with the Southeasterly line of said Lot, 626.42 feet; thence Southeasterly and parallel with the Northeasterly line of the said Lot, 417.42 feet to the Southeasterly line thereof; thence Northeasterly on the Southeasterly line of said Lot, 626.42 feet to the point of beginning.

11983

Exhibit B

All the property described in Exhibit A, is on the Temecula Rancho, which we believe is a Mexican California Grant, which we believe is confirmed by the Treaty between the United States and Mexico made in 1848.

We claim the protection of the Provisions of said Treaty and of the Constitution of the United States.

We believe we have the right to use our land freely and exclusively, we have done so in the past, and expect and hope to do so in the future.

11983A

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*William C. Jones*

*James L. Jones*

Defendants in propria persona

Dated: May 27, 1958

11984