Winona Metzel and Mabel L. Johnson
1   Defendants in propria persona
2   P. O. Box 60 - Murrieta, California

FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )   CIVIL NO. 1247 - SD - C
        Plaintiff,       )   ANSWER OF DEFENDANTS
    vs.                      )   Winona Metzel
FALLBROOK PUBLIC UTILITY   )   Mabel L. Johnson
DISTRICT, ET AL,           )
        Defendants,      )

The defendants, Winona Metzel and Mabel L. Johnson each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
           AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

        AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own _____ acres of land in _____ County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED   INDEXED

11985

1  We claim water rights
2  from a well on our
3  property. This well is now
4  60 feet deep, for our
5  general use. Our lot is
6  100 by 80 feet.

   WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Winona Metzel*
*Mabel L. Johnson*
Defendants in propria persona

Dated:

11966

EXHIBIT A

The Northeasterly 80 feet of Lots 4 and 5 in Block 16 of Murrieta Townsite, as shown by Map of the Temecula Land and Water Company showing the subdivision of a portion of the Temecula Ranch, on file in Book 8 Page 359 of Maps, Records of San Diego County.