KATHERINE KNEZEVICH and WILLIAM M. KNEZEVICH
Defendants in propria persona
Star Route
Winchester, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                          )
          Plaintiff,      )      CIVIL NO. 1247-SD-C
                          )
    vs.                   )
                          )      ANSWER of
FALLBROOK PUBLIC UTILITY  )
DISTRICT, ET AL.,         )      KATHERINE KNEZEVICH and
                          )      WILLIAM M. KNEZEVICH
          Defendants      )

    The defendants, KATHERINE KNEZEVICH and WILLIAM M. KNEZEVICH, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### AFFIRMATIVE STATEMENT OF RIGHTS

#### I.

    These answering defendants own One Hundred Sixty acres of land situated within the watershed of the Santa Margarita River, more particularly described as follows:

> That certain land situated in Riverside County known as the South half of the Northeast quarter and the South half of the Northwest quarter of Section 12, Township 7 South, Range 2 West, San Bernardino Base and Meridian.

We claim we have always used the water on our land freely and exclusively in the past, and we expect to do so in the future. We base our claim upon the fact that it is a Federal Homestead, and we believe because of that we are not subject to any State law that

conflicts with the Homestead because the Homestead is prior to the contrary State law. We rely upon the Homestead Title, and upon the Constitution of the United States for our protection.

II.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Katherine Krizevick*

*William M Krizevick*

Defendants in propria persona
Star Route
Winchester, California

Dated:  May 30, 1958

FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
                 Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT
and those defendants listed on Exhibit "A"
which is attached to this summons and
made a part of it by reference,
                 Defendants.

No. 1247-SD-C

Answer by
Land Title Company of
Riverside County

    In answer to summons and complaint served upon it in this cause, The Land Title Company of Riverside County hereby disclaims any interest in the matters which are the subject of this litigation and waives notice of any future proceedings.

                                     Land Title Company of Riverside County

                                       Jules J. Brasseur
                                       Assistant Vice President

COPY RECEIVED INDEXED

11990

DESCRIPTION OF DEFENDANTS PROPERTY

In Riverside County, the South half of the Northeast quarter and the South half of the Northwest quarter of Section 12, Township 7 South, Range 2 West, San Bernardino Base and Meridian.

*Katherine Krzezwich*

*William M Krzezwich*
Defendants in propria persona
Star Route
Winchester, California

Dated: May 30, 1958

FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

COPY RECEIVED   INDEXED

11988