FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

1  Perry C. & Arta L. Morrissey
   Defendants in propria persona
2  Paradise Ranch, Aguanga, California

3

4              IN THE UNITED STATES DISTRICT COURT

5                SOUTHERN DISTRICT OF CALIFORNIA

6                      SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,        )    CIVIL NO. 1247 - SD - C
8                                    )
                Plaintiff,           )    ANSWER OF DEFENDANTS
9                                    )    Perry C. Morrissey
        v.                           )    Arta L. Morrissey
10                                   )
   FALLBROOK PUBLIC UTILITY          )
11 DISTRICT, ET AL,                  )
                                     )
12              Defendants,          )

13      The defendants, Perry C. Morrissey, Arta L. Morrissey,

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
                AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own 17 acres of land in San Diego
27
   County, California, and within the watershed of the Santa Margarita
28
   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31

32

                                                    11981

COPY RECEIVED   INDEXED

1  We claim twenty miners inches of water, from the underground

2  basin under our property, which we will need for fifty

3  trailer spaces, ten rental units and ten acres of permanent

4  pasture.

WHEREFORE, these defendants pray that plaintiff take

nothing against them by reason of the Complaint and Supplementary

and Amendatory Complaint on file herein; that said Complaint be

dismissed as against these defendants; that defendants' right to

water, as hereinabove set forth, be quieted as against the plain-

tiff and against all other defendants in this action; and for such

other and further relief as the Court may deem proper.

*Perry Morrissey*

*Arta L. Morrissey*

Defendants in propria persona

Dated: May 31, 1958

11900

"EXHIBIT A"

PAR. 92E-27-10    (EXC BEG AT SW COR LOT 9 TH E ALG S LI 425 FT

TH NW TO NE COR OF S $\frac{1}{2}$ LOT 10 TH S ALG W LI OF LOT 9 TO POB)

& (EXC N.S. 299)

W $\frac{1}{2}$ OF LOT 9 & ELY 100 FT OF N $\frac{1}{2}$ OF LOT 10 IN

SEC 27-9-2E

11983