FILED

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

Defendants in propria persona Verne B. and Hazel Martin,
Star Route, Bonsall, California.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,              )   CIVIL NO. 1247 - SD - C
                  Plaintiff,           )   ANSWER OF DEFENDANTS
         v.                            )   Verne B. and Hazel
FALLBROOK PUBLIC UTILITY               )   MARTIN.
DISTRICT, ET AL,                       )
                  Defendants,          )

    The defendants, Verne B. and Hazel MARTIN each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 10 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

11994

1    These answering defendants own ten (10) acres of land
2  within the watershed of the Santa Margarita River, more Particularly described as follows:

3    = East ten acres of West twenty acres, North half of
       South East Quarter Section 18, Township 9 South Range
4      3 West, San Bernardino Meridian, County of San Diego,
       State of California.
5
       U. S. Government Survey Approved Sept. 11, 1879.
6
7    This land is now used for domestic use and irrigation
   of Avacado, Lemon, Oranges, Grapefruit, Tangerines, Peach, Apple,
8  Olive, Fig, Apricot, Pear, Plum, Grape. Berries, and Walnuts.

9    This Land can be used for grazing cattle and for raising
   turkeys, chickens and Fowl, row crops and Nursery Stock.
10
       Defendants claim the right to use land for future Sub-
11 division of all ten (10) acres into city lots. Defendants claim
   the right to percolating water and the right to drill any and all
12 wells which may be needed to maintain domestic use, and irrigation
   as listed above.
13
       The existing well now pumps 20 gal. per min., 12 hours
14 out of 24; or 5,256,000 gal. per year, and any existing water may
   be developed at any future date for any purpose.
15

16

17

18    WHEREFORE, these defendants pray that plaintiff take

19 nothing against them by reason of the Complaint and Supplementary

20 and Amendatory Complaint on file herein; that said Complaint be

21 dismissed as against these defendants; that defendants' right to

22 water, as hereinabove set forth, be quieted as against the plain-

23 tiff and against all other defendants in this action; and for such

24 other and further relief as the Court may deem proper.

25

26                              *V. B. Martin*

27

28                              *Hazel Martin*

29                         Defendants in propria persona

30

31

32 Dated:

11995