Mrs. Ethel Mantay
Defendants in propria persona
137 East 112th Street
Los Angeles 61, California

FILED
JUN 6- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
        Plaintiff,  ) CIVIL NO. 1247- SD - C
  v.  ) ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY  ) MRS. ETHEL MANTAY
DISTRICT, ET AL,  )
        Defendants.  )

The defendants, MRS. ETHEL MANTAY each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own four acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

11986

1   Approximately three acres are tillable. The other acre
2   has house and out buildings and could be used to raise turkeys
3   or chickens. I have irrigated portions of this land in the
4   past and the water for this purpose has been pumped from a dug
5   well on the property. I claim the right to use eight acre ft.
6   of water per year and about 20,000 gallons per year for domestic
7   purposes.

18   **WHEREFORE**, these defendants pray that plaintiff take
19   nothing against them by reason of the Complaint and Supplementary
20   and Amendatory Complaint on file herein; that said Complaint be
21   dismissed as against these defendants; that defendants' right to
22   water, as hereinabove set forth, be quieted as against the plain-
23   tiff and against all other defendants in this action; and for such
24   other and further relief as the Court may deem proper.

Mrs Ethel Mantuy
137 - E - 112 St

Defendants in propria persona
Los Angeles 61
Calif

Dated: June 3, 1958

11997

EXHIBIT A

RO - LA - LAGUNA - MB - 4/174 - SD

S E 4 AC

LOT 14 - BLK K - SEC 33 - TWP - 6 S

11998