Dear Sir:

June 2, 1958

I have property of 69 acres in Riverside County of 69 acres in Sect 35-6S-FW as follows:

E- 660' of N 396' of SW¼ of NW¼    6 acres

{ Beg 66' S of NW cor of SW¼ of NW¼
{ S 330' x E 660 ft    5a

S½ of NW¼ exc N 396' of SW¼ of NW¼ and
exc S½ of S½ of S½ of NW¼ exc por in Road    58 a

I have a well on the property and under the California state laws, I am pumping water legally to irrigate my trees and a garden. I have had the proper permits to deepen my well from Riverside County. I shall have to dig another well near the house for home use and fire protection. I have pumped water for twenty years and no one has ever questioned my rights to water under the property.

There are no streams or springs on this particular piece of land.

Sincerely Yours,
William A. Minnick
Mrs. Nellie P. Minnick

FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

COPY RECEIVED

11999