PERRY EUGEN MILTON and NORRISA PAULINE MILTON
Defendants in propria persona
511 East Alvarado Street
Fallbrook, California.

FILED
JUN 6- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ ...................
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>  Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br><br>PERRY EUGEN MILTON<br>and<br>MORRISA PAULINE MILTON |

The defendants PERRY EUGEN MILTON and NORRISA PAULINE MILTON each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

APPRO.

These defendants own ½ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED INDEXED

12000

1  Defendants claim all the rights of overlying Landowners and to water
2  which may originate or cross their land.
3  Defendants claim the right to drill wells and exercise water
4  reclamation and conservation practices as are now or may be known.
5  Defendants hereby incorporate the same as though set forth herein in
6  full all of the Affirmative Defenses of the Fallbrook Public Utility District
7  on file in those proceedings.
8  Defendants claim all the above for all lands in which they have any
9  financial interest whatever.

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

x *Perry Milton*

x *Norma Pauline Milton*

Defendants in propria persona

32  Dated:

12001

## EXHIBIT A

All that portion of the Southeast Quarter of the Northeast quarter of section 24, Township 9 South, Range 4 West, S.B.M., in the County of San Diego, State of California, described as follows:

Commencing at a point on the South line of the Southeast Quarter of the Northeast Quarter of said Section 24, distant thereon North 89° 08' 15" West, 418.70 feet from the Southeast corner thereof, being the Southeast corner of a parcel of land conveyed to James E. Potter and wife by deed dated December 9, 1938 and recorded in Book 851, page 238 of Official Records, thence North along the East line of Potter's land and parallel with the East line of said Southeast Quarter of the Northeast Quarter of said Section, a distance of 486.5 feet, more or less, to the Northeast corner thereof, being also the Southeast corner of a parcel of land conveyed to Leslie V. Wells by deed dated April 30, 1942 and recorded in Book 1351, page 480 of Official Records; thence West along the common line between Potter and Wells land and parallel with the South line of Alvarado Street, 105 feet to the Southwest corner of Wells land, being the true point of beginning; thence continuing West along the North line of Potter land 100 feet to a point thereon, being the Southeast corner of a parcel of land conveyed to Andrew Meza by deed dated April 6, 1937 and recorded in Book 634, page 453 of Official Records; thence North along the East line of land so conveyed to Meza a distance of 150 feet to the Northeast corner thereof, being a point on the South line of aforementioned Alvarado Street; thence East along the South line of said Alvarado Street, 100 feet to the Northwest corner of aforesaid mentioned parcel of land conveyed to Wells; thence South along the West line of said Wells land 150 feet to the point of beginning.

Recorded January 16, 1946 in Book 2016, page 101 of Official Records.

12002