Defendants in propria persona

FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           ) CIVIL NO. 1247 - SD - C
              Plaintiff,            ) ANSWER OF DEFENDANTS
        v.                          ) Murrieta Methodist
FALLBROOK PUBLIC UTILITY            ) Church
DISTRICT, ET AL,                    )
              Defendants,           )

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own      acres of land in       County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

12003

COPY RECEIVED INDEXED

The Murrieta Methodist Church, since its establishment in 1886 has enjoyed the free and exclusive rights to the use of all water on its property.

We, at present, pump water from a well approximately 80 feet deep, using a one-horse pump, to supply the parsonage and the Church with plenty of water to care for our domestic use, both for watering lawns, shrubs, and trees, as well as use for the church and parsonage buildings.

We also are expecting to buy another lot soon, upon which to put a new building which will require a similar well.

We expect and hope to continue using such water as we now use and expect, also, in the future to use. We claim the use of such water both now and in the future, according to the provisions of the Guadalupe Hidalgo Treaty, which protects our legitimate titles by Acknowledgement before the American tribunals, guaranteeing us the right to the use of water freely and inclusively without interference.

We also expect to rely upon any such documents that we may hereafter produce.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Murrieta Methodist Church*

*by Chas. W. Kilvel (Minister)*

Defendants in propria persona

Dated:

Exhibit "A"

Description of property from deed:

Lots 9 and 10 in bloc 6, situated in townsite of Murrieta in County of San Diego (now Riverside)  July 27, 1886.

12004 A