Elmo C & Ethel N. Negaard.
Defendants in propria persona
342- N. Cedar ave, Hawthorne, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )  CIVIL NO. 1247 - SD - C
      Plaintiff,  )  ANSWER OF DEFENDANTS
  v.  )  Elmo C. Negaard
FALLBROOK PUBLIC UTILITY  )  Ethel N. Negaard
DISTRICT, ET AL,  )
      Defendants,  )

The defendants Elmo C and Ethel N. Negaard. each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
             AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

          AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 40 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED  INDEXED

12005

We claim the right to use any and all water available on our land.

We have a well and may at a later date drill another. At the present time, the water is used for domestic purposes only.

This land has never been cleared. We expect to clear it and will have about 20 acres of tillable land. Then we will need water for irrigation.

We can grow any kind of crops on this land.

We will need 80 acre feet of water at least, if we carry out our plans.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Edmund C. Negaard*

*Ethel N. Negaard*
Defendants in propria persona

Dated: May 28, 1958

12006

"Exhibit A"
Legal description, taken from Deed.

The Southeast quarter of Southwest quarter of Section 27, Township 6 South, Range 1 East, San Bernadino Base and Meridian, as shown by United States government Survey.

12007