IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

June 3rd, 1958.

To- J. Lee Rankin, Solicitor General, plaintiff's attorney, whose address is Room 332,325 West "F" Street, San Diego, California, an answer to the "COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT"- No. 1247-SD-C

We, Ralph C. Pitt and Ethel R. Pitt, do hereby make our answer and rebuttal to the above-mentioned suit.

We own 240 acres in Riverside County - the N.W.¼ and all that portion of the N.E.¼ lying North and West of the existing county road, all in Sec. 29-T6S R-1-E.

We claim all water rights to this property, as follows: the right to develop and use any and all water from springs, the right to drill a well or wells (any depth) at any time we see fit and to use, without restriction, any and all water from such wells, the right to put in stock watering dams for our stock, as we see fit, and to store and use water from said dams as we see fit.

We also intend to develop and irrigate approximately 150 acres of this land as we see fit in order to support our family.

We do not understand how a water grab by the United States government such as this could even get into court as we feel it is definitely unconstitutional.

We feel that not only our few acres are at stake in this, but the whole structure of the constitution and the rights of all citizens are jeopardized if the United States Government wins this case.

A precedent would be set which would allow the government to take any water in the United States any time they so desired.

We ask this case be thrown out of court.

Signed _____
_____
Ethel R. Pitt

of- 1567 Mayberry Ave.,
Hemet, Calif.

12008

STATE OF CALIFORNIA,
County of Riverside } ss.

On __June 3,__ 19_58_, before me the undersigned, a Notary Public in and for said County and State, personally appeared __Ralph C. Pitt and Ethel R. Pitt__ _____, known to me,
__Cosette C. Wiley__
to be the person_s_ whose name_s_ __are__ subscribed to the within Instrument, and acknowledged to me that __they__ executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal.

_Cosette C. Wiley_
Notary Public in and for said County and State.

COPY RECEIVED
ACKNOWLEDGMENT — GENERAL — WOLCOTTS FORM 233
62042

12008 A