


1   EDWARD C. RECORD and MADGE RECORD
    Defendants in propria persona
2   Route 2, Box 31,
    Murrieta, California
3

4               IN THE UNITED STATES DISTRICT COURT

5               SOUTHERN DISTRICT OF CALIFORNIA

6                     SOUTHERN DIVISION

7   UNITED STATES OF AMERICA,          )   CIVIL NO. 1247 - SD - C

8                   Plaintiff,         )   ANSWER OF DEFENDANTS

9          v.                          )

10  FALLBROOK PUBLIC UTILITY           )
    DISTRICT, ET AL,                   )
11                                     )
12                  Defendants,        )

        The defendants, EDWARD C. RECORD and MADGE RECORD, each
13
    severing from their co-defendants and each for himself or her-
14
    self alone, in answer to the Complaint and Supplementary and
15
    Amendatory Complaint on file herein, admit, deny, and allege:
16
                  ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
17                        AMENDATORY COMPLAINT

18        These answering defendants hereby incorporate by reference

19  all of the allegations contained in the answer to said Complaint

20  and Supplementary and Amendatory Complaint filed in this case by

21  Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs

22  I and II of the portion thereof entitled "Affirmative Statement

23  of Rights") and make each and all of said allegations a part of

24  this answer the same as if herein set forth at length.

25                  AFFIRMATIVE STATEMENT OF RIGHTS

26        These defendants own 2½ acres m/l of land in Riverside

27  County, California, and within the watershed of the Santa Mar-

28  garita River, more particularly described in the document attached

29  hereto, marked Exhibit A, which is hereby incorporated by refer-

30  ence as a part of this statement.

31

32

COPY RECEIVED   INDEXED

                                              12009

The land described herein (see Exhibit A) is not riparian land. Approximately 1-3/4 acres are tillable, and can be used for raising fowl or for any type of agricultural products suitable to this area. At present all water used is for domestic purposes only, including a small family orchard and garden plots.

The well on this property is 92 feet in depth, 8 inches in diameter, and is capable of delivering a continuous flow of approximately 300 gallons per hour.

Defendants claim the right to deepen this well as required to supply sufficient water for domestic use, or upon its failure to drill another well. Defendants do not claim any prescriptive rights or appropriative rights.

WHEREFORE, the defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Edward C. Record*

*Madge Record*

Defendants in Propria persona

Dated: June 2, 1958

12010

1

EXHIBIT A

2

3
That portion of Lot 156 situate in the Murrieta Portion of

4
Temecula Rancho, as shown by Map entitled "Map of the Temecula

5
Land and Water Company" on file in Book 8, page 359 of Maps,

6
San Diego County Records, described as follows:

Beginning at the most Northerly corner of said Lot 156, said

7
point being on the center line of Hancock Avenue; thence South

8
42° 24' 30" East, along the center line of Hancock Avenue,

9
170.94 feet, to the most Northerly corner of the land conveyed

10
to H. H. Eliasen and wife by deed recorded August 18, 1948, in

11
Book 1004, page 231, of Official Records, Riverside County

12
Records; thence South 47° 35' 30" West, along the Northwesterly

13
line of the lands so conveyed, 476.09 feet, more or less, to the

14
center line of the Old Murrieta Hot Springs Road, referred to

15
as Exhibit "A" with Report of Viewers in 1914, now on file in

16
the County Surveyor's Office; thence North 70° 12' 30" West,

17
along the center line of said Old Murrieta Hot Springs Road,

18
to a point on the Northwesterly line of said Lot 156; thence

19
Northeasterly, along the Northwesterly line of said Lot 156,

20
to the point of beginning;

21
EXCEPTING therefrom an easement over that portion in said road

22
referred to as Exhibit "A";

23
ALSO EXCEPTING therefrom that portion in Hancock Avenue, as

24
shown on the Map referred to herein.

25

26

27

28

29

30

31

32

12011