*[handwritten signatures]* John M Gustin, Dorothy B Gustin, Nellie E Frye

Defendants in propria persona

FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *[signature]*
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
    Plaintiff, ) ANSWER OF DEFENDANTS
v. ) John M Gustin
FALLBROOK PUBLIC UTILITY ) Dorothy B Gustin
DISTRICT, ET AL, ) Nellie E Frye
    Defendants, )

The defendants John M Gustin, Dorothy B. Gustin, Nellie E Frye each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 5 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

11962

COPY RECEIVED INDEXED

There is one well on the place. The water it affords to be for domestic use and to irrigate the five acres

It is a frostless area and will grow anything you care to plant.

I reserve all water rights for future wells

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

John M. Gustin

Dorothy B. Gustin

Nettie E Frye

Defendants in propria persona

Dated: May 26-1958

11963

S.E. 1/4 of S.E. 1/4 of Sec. 1 –
Township 9 S – Range 3 W

11964