FILED

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY CLERK

1  GLADYS E. GOODHART
   Defendant in propria persona
2
3
4               IN THE UNITED STATES DISTRICT COURT
5                  SOUTHERN DISTRICT OF CALIFORNIA
6                          SOUTHERN DIVISION
7  UNITED STATES OF AMERICA,         )   CIVIL NO. 1247 - SD - C
8                 Plaintiff,         )   ANSWER OF DEFENDANT
                                     )   GLADYS E. GOODHART
9       vs.                          )
10 FALLBROOK PUBLIC UTILITY          )
   DISTRICT, ET AL,                  )
11                Defendants.        )
12

13      The defendant, GLADYS E. GOODHART,
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny and allege:
17      ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                   AMENDATORY COMPLAINT
18
19      These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.
26      AFFIRMATIVE STATEMENT OF RIGHTS
27      This defendant holds a First Deed of Trust lien on 640 acres
28 of land in Riverside County, California, more particularly described
29 in the document attached hereto, marked Exhibit "A", which is hereby
30 incorporated by reference as a part of this statement.
31      Also, Exhibit "B"
32

COPY RECEIVED  INDEXED                                    11965

1  Said defendant is informed and believes and upon such infor-
2  mation and belief alleges that none of said land on which she holds
3  a First Deed of Trust lien is within the watershed of the Santa
4  Margarita River.

17  WHEREFORE, this defendant prays that plaintiff take
18  nothing against her by reason of the Complaint and Supplementary
19  and Amendatory Complaint on file herein; that said Complaint be
20  dismissed as against this defendant; that defendant's right to
21  water, as hereinabove set forth, be quieted as against the plain-
22  tiff and against all other defendants in this action; and for such
23  other and further relief as the Court may deem proper.

*Gladys E. Goodhart*
Defendant in propria persona

32  Dated: June 3, 1958.

11966

EXHIBIT "A"

Real property in the County of Riverside, State of California, described as follows:

Section 15, Township 6 South, Range 1 West, San Bernardino Base and Meridian.

Exhibit "B"

10 Acres — S.W. 1/4 of N.E. 1/4 of S.E. 1/4, Sec 3 — T.S. 6 S. — R.1 W
S.B.B.M.

11967