C. M. HUNTER AND ELLA J. HUNTER
Defendants in propria persona.
430 S. San Jose Ave.,
Covina, California

FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William [illegible]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
  Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
  Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
C. M. HUNTER AND
ELLA J. HUNTER

The defendants, C. M. HUNTER AND ELLA J. HUNTER each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1 + acres of land in SAN DIEGO County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED  INDEXED

11968

1   DEFENDANTS CLAIM ALL THE RIGHT OF OVERLYING LAND OWNERS AND TO WATER WHICH
2   MAY ORIGINATE IN OR MAY BE FOUND, ON, OR UNDER, OR WHICH MAY CROSS THEIR LAND.
3   DEFENDANTS CLAIM THE RIGHT TO DIG OR DRILL WELLS AND EXERCISE WATER
4   RECLAMATION AND CONSERVATION PRACTICES AS ARE NOW OR MAY BE KNOWN.
5   DEFENDANTS HEREBY INCORPORATE, THE SAME AS THOUGH SET FORTH HEREIN IN FULL,
6   ALL THE AFFIRMATIVE DEFENSES OF THE FALLBROOK PUBLIC UTILITY DISTRICT ON FILE
7   IN THESE PROCEEDINGS.
8   DEFENDANTS CLAIM ALL THE ABOVE FOR ALL LANDS IN WHICH THEY HAVE ANY
9   FINANCIAL INTEREST WHATSOEVER.
10  FURTHERMORE, WE PRAY THE COURT TO AWARD US, THE AFOREMENTIONED DEFENDANTS,
11  ADEQUATE DAMAGES TO REIMBURSE US FOR THE COST OF PREPARING AND PROSCECUTING OUR
12  DEFENSE, TO ALLEVIATE THE GRIEVOUS PHYSICAL, MORAL AND INTELLECTUAL SUFFERING
13  INFLICTED UPON US BY THIS ATTEMPTED ACRIMONIOUS, CONFISCATORY USURPATION OF
14  PROPERTY RIGHTS, INSTITUTED AGAINST US BY THE AGENCIES OF THE UNITED STATES
15  GOVERNMENT.
16
17
18      WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.
25
26                                      *signature*
27
28                                      Ella J. Hunter
29                                      Defendants in propria persona
30
31  Dated: MAY 27, 1958

Exhibit A.

PARCEL 1:

ALL THAT PORTION OF THE NORTH HALF OF THE SOUTHWEST QUARTER OF SECTION 17, TOWNSHIP 9 SOUTH, RANGE 3 WEST, S. B. M., IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO UNITED STATES GOVERNMENT SURVEY APPROVED SEPTEMBER 11, 1879, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE EAST AND WEST CENTER LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 17, DISTANT THEREON SOUTH 89° 50' 30" EAST, 605.34 FEET FROM THE SOUTHWEST CORNER OF THE SOUTHEAST QUARTER OF THE NORTHWEST QUARTER OF SAID SOUTHWEST QUARTER; THENCE NORTH 16° 42' 40" WEST, 279.83 FEET TO A POINT ON A CURVE CONCAVE SOUTHEASTERLY WHOSE CENTER BEARS SOUTH 20° 30' 54" EAST, 150 FEET FROM SAID POINT; THENCE EASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 37° 36' 24" FOR A DISTANCE OF 98.45 FEET; THENCE SOUTH 72° 54' 30" EAST TANGENT TO SAID CURVE, 146.82 FEET TO THE CENTER OF A TURN-AROUND HAVING A RADIUS OF 50 FEET, AS SHOWN ON RECORD OF SURVEY MAP No. 2601, RECORDS OF SAN DIEGO COUNTY; THENCE SOUTH 9° 29' 20" WEST, 50.0 FEET TO A POINT ON THE CURVE OF SAID TURN-AROUND; THENCE SOUTH 6° 59' 20" EAST, 180.24 FEET TO A POINT ON THE EAST AND WEST CENTER LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 17; THENCE NORTH 83° 50' 30" WEST ALONG SAID CENTER LINE, 170.20 FEET TO THE POINT OF BEGINNING.

11963