*Evelyn W. Harrison*
Defendants in propria persona
*Rt 2 Box 455 Elsinore, Calif.*

**FILED**

JUN 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br><br>　　　　　Defendants, | CIVIL NO. 1247 - SD - C<br><br>ANSWER OF DEFENDANTS<br><br>*Evelyn W. Harrison* |

　　The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

　　　　ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
　　　　　　　　AMENDATORY COMPLAINT

　　These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

　　　　　　　AFFIRMATIVE STATEMENT OF RIGHTS

　　These defendants own *5* acres of land in *Riverside* County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

The answering defendant Evelyn W. Harrison claims the rights as set forth on Policy of Title Insurance + Grand Deed.

(1) The right of the owner of the whole or any part of said property to sink wells + develop + use all water necessary to be used on said land by him or them.

(2) The right of the South Elsinore Mutual Water Company to sink wells, to establish + maintain pumping plants + to develop water for irrigation + domestic use.

As of this date there are no wells on said property I claim these above stated rights for the future.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Evelyn W. Harrison_
Defendants in propria persona

Dated: June 1, 1958

11971

Description of the land of Evelyn W. Harrison

The north one-half of Lot 33 in Sedco Tract No. 1, as shown by map on file in Book 10 pages 58 to 75 of Maps, Riverside County Records, in the County of Riverside, State of California.

11972