EDWARD G. HAYES and MARGUERITE A. HAYES
Defendants in propria persona
3509-1/2 Kinney Street,
Los Angeles, 65, California

**FILED**

JUN 6- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ................................
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )   CIVIL NO. 1247 - SD - C
        Plaintiff,         )   ANSWER OF DEFENDANTS
   v.                        )   EDWARD G. HAYES and
FALLBROOK PUBLIC UTILITY   )   MARGUERITE A. HAYES
DISTRICT, ET AL,           )
        Defendants,        )

    The defendants, EDWARD G. HAYES and MARGUERITE A HAYES each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

    AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 40 acres of land in RIVERSIDE County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED    INDEXED

11973

11974

PROPERTY PURCHASED FOR RETIREMENT HOME * RAISE/CHICKENS* BERRIES, TURKEYS AND FOWL. FIFTEEN ACRES (15) TILLABLE. DEFENDANTS CALIM THE RIGHT TO USE WELLS AREADY DRILLED ON PROPERTY AND RESERVE THE RIGHT AT A LATER DATE TO DRILL OTHER WELLS IF NECESSARY TO CARRY ON ABOVE PROJECTS. ALSO CLAIM A REASONABLE DIVERSION DUTY FOR THE IRRIGATION OF ABOVE MENTIONED LAND OF FOUR AND TWO TENTHS (4.2) ACRE FEET/PER YEAR. PER ACRE

DEFENDANTS DO NOT CLAIM ANY PRESCRIPTIVE RIGHTS, OR ANY APPROPRIATIVE RIGHTS.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Edward G. Hayes*

*Marguerite A. Hayes*

Defendants in propria persona
3509-1/2 KINKEY STREET
LOS ANGELES, 65, CALIFORNIA

Dated:   JUNE 4th, 1958

11974

EXHIBIT "A"

TITLE:

A portion of the West 1/2 of Section 11, T7S, R2E, S.B.B.M. in the COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, and more particularly described as follows:

Commencing at the Southwest corner of the Northwest 1/4 of Section 11, T7S, R2E, S.B.M., said point being the true point of beginning;

Thence Northerly along the West line of the Northwest 1/4 of said section 11, N 0° 30' W, a distance of 494.25 feet;

Thence S 89° 43' 15" E, a distance of 1499.20 feet;

Thence S 0° 35' 32" E, a distance of 1160.80 feet;

Thence N 89° 43' 15" W, a distance of 1500.0 feet; to the West line of the Southwest 1/4 of said section 11;

Thence N 0° 35' 32" W, a distance of 667.54 feet to the true point of beginning - Containing 40.0 Acres.

11975