1    Beverly Hawes and Hazel Hawes
     Defendants in propria persona
     P. O. Box 29
2    Murrieta, California

3

F I L E D

JUN 6 - 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ _____
                      DEPUTY CLERK

4              IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                    SOUTHERN DIVISION

7

8    UNITED STATES OF AMERICA,          )
                                        )    CIVIL NO. 1247- SD - C
9                   Plaintiff,          )
                                        )    ANSWER OF DEFENDANTS
10        v.                            )
                                        )    Beverly Hawes and
11   FALLBROOK PUBLIC UTILITY           )    Hazel Hawes
     DISTRICT, ET AL,                   )
12                                      )
                    Defendants.         )

13        The defendants, BEVERLY HAWES AND HAZEL HAWES

14   each severing from their co-defendants and each for himself or her-

15   self alone, in answer to the Complaint and Supplementary and Amenda-

16   tory Complaint on file herein, admit, deny, and allege:

17             ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                        AMENDATORY COMPLAINT

18

19        These answering defendants hereby incorporate by reference

20   all of the allegations contained in the answer to said Complaint and

     Supplementary and Amendatory Complaint filed in this case by Newton

21   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

22   of the portion thereof entitled "Affirmative Statement of Rights")

23   and make each and all of said allegations a part of this answer

24   the same as if herein set forth at length.

25

26             AFFIRMATIVE STATEMENT OF RIGHTS

27        These defendants own  2.06   acres of land in Riverside

28   County, California, and within the watershed of the Santa Margarita

29   River, more particularly described in the document attached hereto,

30   marked Exhibit A, which is hereby incorporated by reference as a

31   part of this statement.

32   COPY RECEIVED     INDEXED

11976

exhibit a

Description of property owned by Beverly Hawes and Hazel Hawes:

Beginning at the intersection of the center line of Ivy Street and Plum Avenue in the Doolittle addition to Murrietta on file in book 14 page 663 amended map No. 2 records of San Diego County; thence along the center line of Plum Avenue in a northwesterly direction 471 feet; thence in a northeasterly direction and parallel to the center line of Ivy Street 234 feet; thence in a southeasterly direction and parallel to the center line of Plum Street 471 feet to the center line of Ivy Street; thence in a southwesterly direction along the center line of Ivy Street to the point of beginning.

This parcel is situated in Farm Lot 12 in the Murrietta portion of the Temecula Rancho as shown by map on file in Book 8 of maps page 359 in the office of the county recorder in San Diego County.

11977

## EXHIBIT B

1      All the land we own is in the Santa Margarita Water Shed

2 and in the Temecula Grant, a Mexican grant which I have been

3 told  is confirmed by the Treaty of Guadalupe Hidalgo.  We

4 claim the protection of the Treaty and all matters of record in

5 California since the Treaty.  We rely upon said Treaty and such

6 other documents as we may hereafter produce.

7      At the present time we have two drilled wells on this property

8 and expect to drill another at any such time as the need requires

9 it.  We have six (6) houses on this property and operate a

10 chicken ranch with a flock of 7,000 chickens more or less.  We

11 use an average of 5,000 gallons of water per day more or less

12 and claim the right to use this amount or more in the future.

13

14

15

16

17

18      WHEREFORE, these defendants pray that plaintiff take

19 nothing against them by reason of the Complaint and Supplementary

20 and Amendatory Complaint on file herein; that said Complaint be

21 dismissed as against these defendants; that defendants' right to

22 water, as hereinabove set forth, be quieted as against the plain-

23 tiff and against all other defendants in this action; and for such

24 other and further relief as the Court may deem proper.

25

26

27

28       *Beverly Hawes*

      *Hazel Hawes*

29       Defendants in propria persona

30

31 Dated:

32

11978

INDEXED