Edward Ludy
Rhoda Ludy
Defendants in propria persona

FILED
JUN 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
   Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
          Plaintiff,
     v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
          Defendants,

CIVIL NO. 1247 - SD - C
ANSWER OF DEFENDANTS
Edward Ludy
Rhoda Ludy

The defendants, Edward Ludy and Rhoda Ludy each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 5 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

12396

These answering defendants own 2 Blocks of land situated in the water shed of the Santa Margarita River more particularly described as follows

Lots 1 to 12 inclusive in Block "G" and Lots 1 to 12 inclusive in Block "H" in Rainbow in the Co. of San Diego according to Map thereof No 1177 filed in the office of the Recorder of said San Diego Co. June 10 1886
This is good tillable land. There is a well aproximately 30 ft. deep. We claim the right to all the water from this well, also the right to dig or drill wells in the future on any part or parcel of this land
We claim the right to domestic water for each one of these lots

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Rhoda Ludy*

*Edward Ludy*

Defendants in propria persona

Dated: 6-4-58

12397

Edward Ludy
Rhoda Ludy

1  Defendants in propria persona
2
3
4           IN THE UNITED STATES DISTRICT COURT
5             SOUTHERN DISTRICT OF CALIFORNIA
6                   SOUTHERN DIVISION
7
8  UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
                                    )
9              Plaintiff,           )   ANSWER OF DEFENDANTS
                                    )   Edward Ludy
10     v.                           )   Rhoda Ludy
                                    )
11 FALLBROOK PUBLIC UTILITY         )
   DISTRICT, ET AL,                 )
12             Defendants,          )

13     The defendants, Edward Ludy and Rhoda Ludy
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17     ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT
18
19     These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.

26           AFFIRMATIVE STATEMENT OF RIGHTS
27     These defendants own 5 acres of land in San Diego
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32

COPY RECEIVED                                              12398

These answering defendants own 2 Blocks of land situated in the water shed of the Santa Margarita River more particularly described as follows:

Lots 1 to 12 inclusive in Block "G" and Lots 1 to 12 inclusive in Block "H" of Rainbow in the Co of San Diego according to map thereof No 477 filed in the office

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Rhoda Ludy

Edward Ludy

Defendants in propria persona

Dated: 6-4-58

12399