1  Paul R.Poore, Mildred C.Poore, Robert A. Poore
2  Defendants in propria persona
   Star Route Box 142, Hemet, California.
3
                                              FILED
                                              JUN 6- 1958
4                                             CLERK, U.S. DISTRICT COURT
                                              SOUTHERN DISTRICT OF CALIFORNIA
                                              By /s/ William W. [illegible]
                                                      DEPUTY CLERK

5              IN THE UNITED STATES DISTRICT COURT
6                 SOUTHERN DISTRICT OF CALIFORNIA
7                       SOUTHERN DIVISION

8  UNITED STATES OF AMERICA      )   CIVIL NO. 1247 - SD - C
9            Plaintiff,          )   ANSWER OF DEFENDANTS
                                 )   Paul R.Poore, Mildred C.Poore,
10     v.                        )   Robert A.Poore.
                                 )
11 FALLBROOK PUBLIC UTILITY      )
   DISTRICT, ET AL,              )
12         Defendants,           )

13      The defendants, Paul R.Poore, Mildred C.Poore, Robert A.Poore
14 each severing from their co-defendants and each for himself or herself
15 alone, in answer to the Complaint and Supplementary and Amendatory Com-
16 plaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                     AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
                    AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own 105 acres of land in Riverside County,
27
   ~~County,~~ California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30
31
32

COPY RECEIVED
INDEXED

                                                              12405

Exhibit A

All of Government Lot 4 and the South east quarter of Government Lot 3 in K Fractional Section 19, Township 8 South Range One East, San Bernardino Base Meridian as shown by United States Government Survey. Said property is also shown on Record of Survey on file in Book 10 page 33 of Records of survey, records of Riverside County. California. Said property does not appear to front on any public street of record.

Exhibit B

The South West One Quarter (1/4) of the North West One Quarter (1/4) of Section Twenty (20) Township Eight (8) South Range One (1) East SBBM. With right of ingress and egress on and over the South Thirty (30) Feet of the South One Half (1/2) of the North East One Fourth (1/4) Of the North East Quarter of Section nineteen (19) Township Eight (8) South Range One (1) East, SBBM. Extending from the State Hiway Easterly to the North West Corner of the land herein conveyed.

Exhibit C

All of the land in the South one halh (1/2) of the North East quarter (1/4) of the North East quarter (1/4) lying East of the State Hiway, said Hiway being the West boundry line and lying in Section Nineteen (19) Township Eight (8) South .Range One (1) East SBBM. Sometimes also described as all that portion of the South half of the North East Quarter of North East Quarter of said Fractional Section (19) which is located Easterly of the center line of the road way easement granted to County of Riverside, by Deed recorded March 8, 1932 in Book 69 page 137 of Official Records of Riverside County, California.

12406

*Exhibit A.*

1. The defendants claim riparian rights from the waters of Temecula Creek as the creek runs across property owned by the defendants marked Exhibit A. Water from the creek is pumped direct from the stream and used for domestic and irrigation on approx. 3/4 acres of trees and garden. Also approx. 5 acres having been cleared and fenced for pasture we ask for an additional 20 acre feet of water for irrigation of this pasture land. This land is used for poultry and cattle raising. This riparian water has been in continious use since 1939. We reserve the right to drill a well or wells for domestic or irrigation water and any spring or springs that may be found on this property, also the right to construct tanks or resevoirs in connection with these waters that may be necessary.

Exhibit B.

The defendants reserve the right to drill a well or wells on property marked Exhibit B for domestic and irrigation water. Approx. 8 acres have been cultivated on this property with more land that can be cleared of brush. All of the land cultivated can and will be irrigated in the future. The rest of this land is pasture land. The defendants also reserve the right to develope any spring or springs that may be found on this property. Also the right to construct and maintain tanks and reservoirs that may be necessary for this project on the land.

Exhibit C.

The defendants reserve the right to drill a well or wells on property marked Exhibit C for domestic or irrigation water. Approx. 6 Acres of this property have been cultivated and more land can be cleared of brush and cultivated. All land that is cultivated can and will be irrigated in the future. The defendents also reserve the right to develope any springs or spring that may be found on this property. Also the right to construct tanks and reservoirs in connection with this land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Paul R. Poore*

*Mildred C. Poore*

*Robert A. Poore*

Defendants in propria persona

Dated: *June 2, 1958.*