Isaac J Spann and Ruth F Spann
Defendants in propria persona
8916 Ruthelen St
Los Angeles 47 Calif.

FILED
JUN 6- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants,

CIVIL NO. 1247 - SD - C
ANSWER OF DEFENDANTS
Isaac J Spann
Ruth F Spann

The defendants, Isaac J Spann and Ruth F Spann each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 30 acres of land in Riverside C. County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

12408

COPY RECEIVED   INDEXED

The Southerly 30 acres of the westerly 60 acres of the South half of the North East quarter of Section 5 Township 8 South Range 1 East San Bernardino Base and Meridian Riverside County

This land approximately can be used for cattle raising Turkey chicken & fowl Defendant have used water for house use & watering a few trees from a spring on the property.

Defendants claims the right to use this water for the above purpose

    WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*[signed]* Isaac L. Spann

*[signed]* Reuth F. Spann

                       Defendants in propria persona

Dated: June 2 1958

12409