SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone:  RAndolph 8-1154

**FILED**

JUN 9 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
                 Plaintiff,     )      No. 1247-SD-C
                                )
        vs.                     )      ANSWER OF DEFENDANT
                                )      CLARENCE O. WOODS,
FALLBROOK PUBLIC UTILITY DISTRICT, )   also known as CLARENCE
a public service corporation of the )  WOODS, also known as
State of California, et al.,    )      CLARENCE I. WOODS.
                                )
                 Defendants.    )
_____)

        Defendant CLARENCE O. WOODS, also known as CLARENCE

WOODS, also known as CLARENCE I. WOODS, a single man;

answering plaintiff's Complaint and Supplement to Complaint

for himself    alone and not for any other defendant, admits,

denies and alleges as follows:

                    FIRST DEFENSE

                         I

        Defendant   has     no knowledge or information

sufficient to form a belief as to the allegations contained

in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's

Original Complaint herein, and therefore den   all of said

allegations for want of information or belief.

                         II

        Answering paragraph V of plaintiff's Original

Complaint herein, defendant    admits   the litigation

COPY RECEIVED

12491

referred to and admits that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendant denies that parties to said litigation or in any way bound thereby; and denies that said stipulated judgment determines the rights of plaintiff against defendant .

III

Denies the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendant has no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore denies all of said allegations for want of information or belief.

V

Denies the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT ALLEGE :

I

Defendant is the owner of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendant claims water rights appurtenant to the real property described in Exhibit A, as follows: All of the lands of defendant are arable and irrigable. The lands of

- 2 -

12492

1   defendant are not riparian to any stream and do not abut upon
2   any stream.   The lands of defendant are situated on the
    highest ground along the southerly portion of the Santa
3   Margarita River watershed and overlie percolating groundwaters
    not a part of any stream.   The lands of defendants are
4   improved with a dwelling and outbuildings and approximately 13
    acres of orchard.   Defendant asserts full correlative rights to
    the use of the ground waters percolating beneath said lands.
5              WHEREFORE, defendant   prays judgment as follows:

6              1.   That plaintiff take nothing by its

7   Complaint and Supplement to Complaint herein.

8              2.   That this Honorable Court adjudge and

9   decree that defendant   is      the owner      of water rights

10  appurtenant to the lands described herein as described in

11  this Answer.

12             3.   That this Honorable Court adjudge and

13  decree that the water rights of defendant      prior and

14  paramount to all of the claimed water rights of plaintiff

15  herein.

16             4.   That this Honorable Court quiet the

17  title of defendant      in and to  his      rights to the use

18  of water as set forth herein as against all adverse claims of

19  plaintiff or other defendants herein.

20             5.   For costs of suit and for such other

21  relief as seems just.

22

23                              SACHSE and PRICE

24                              by

25                              Attorneys for defendant

26

27

28

29

30

31

32

- 3 -

12493

SCHEDULE "A"

PARCEL 1:

That portion of Rancho Santa Margarita Y Las Flores as delineated upon a Map in Book 7, page 39 of Patents and as shown by Record of Survey Maps 794 and 831 in the Recorder's Office being in the County of San Diego, State of California, described as follows:

Beginning at a point on the Easterly boundary line of said Rancho Santa Margarita Y Las Flores, distant thereon South 7° 04' 52.98" West 6924.15 feet from Corner No. 1 of said Rancho, said point being the closing corner for Sections 13 and 24, Township 9 South, Range 4 West; thence continuing along said Easterly boundary line South 7° 04' 52.98" West 924.07 feet; thence North 6° 20' 05" East 200.00 feet; thence North 89° 21' 25" West 114.18 feet to a 1/2 inch iron pin; thence North 6° 44' 12" East 722.33 feet to 1-1/2 inch iron pipe with brass cap marked R. S. M., Section 13-Section 24"; thence South 89° 21' 25" East 142.20 feet to the point of beginning.

PARCEL 2:

That portion of Lot 1 (Fractional North Half of the Northwest Quarter) in Section 24, Township 9 South, Range 4 West, S. B. M., in the County of San Diego, State of California, described as follows:

Beginning at a point on the Northerly line of said Lot 1 distant thereon North 89° 13' 30" West 902.40 feet from the Northeast corner of said Lot 1; thence South 0° 28' West 919.38 feet to the Northerly line of land conveyed to Christian A. Traub et ux., by deed dated October 1, 1926 and recorded in Book 1360, page 207 of Deeds; thence North 7° 11' 40" East 144.69 feet; thence North 25° 26' 30" East 121.41 feet; thence North 16° 20' 20" East 136.79 feet; thence North 19° 40' East 104.69 feet; thence North 0° 28' 40" East 79.23 feet; thence North 0° 42' East 128.71 feet; thence North 0° 12' 20" East 103.40 feet; thence North 13° 17' 10" West 106.34 feet to the Southerly line of the North 20.00 feet of said Lot 1; thence along said Southerly line South 89° 13' 30" East 135.14 feet; thence North 0° 28' East 20.00 feet to the Northerly line of said Lot 1; thence North 89° 13' 30" West along said Northerly line 250.00 feet to the point of beginning.

PARCEL 3:

That portion of Lot 1 (Fractional North Half of the Northwest Quarter) of Section 24, Township 9 South, Range 4 West, S. B. M., in the County of San Diego, State of California, described as follows:

Beginning at the Northwest corner of said Lot 1, being also the Northwest corner of said Section 24; thence South 89° 13' 30" East along the Northerly line of said Section 550.00 feet more or less to the Northwest corner of land conveyed to Clarence O. Woods by deed dated November 16, 1947 and recorded in Book 2554, page 458 of Official Records; thence South 0° 28' West along the Westerly line of said land, 919.38 feet to the Northerly line of land conveyed to Christian A. Traub et ux., by deed dated October 1, 1926 and recorded in Book 1360, page 207 of Deeds; thence along the boundary of said land, North 89° 13' 30" West 558 feet, North 89° 13' 30" West 558 feet, North 0° 28' East 200.00 feet and North 89° 13' 30" West

- 4 -

*Exhibit A*

126.42 feet to the Westerly line of said Lot 1; thence Northerly along
said Westerly line 717.8 feet to the point of beginning.

PARCEL 4:

That portion of Lot 1, Section 24, Township 9 South, Range 4 West,
S. B. M., in the County of San Diego, State of California, according to
United States Government Survey approved June 11, 1880, described as
follows:
Beginning at the intersection of the South line of said Lot 1 with
the center line of Wisconsin Avenue; thence along the Northerly prolongation
of said center line of Wisconsin Avenue North 0° 28' East 401 00 feet
to the Northeast corner of the tract of land conveyed to Christian A.
Traub, et ux., by deed dated October 1, 1926 and recorded in Book 1360,
page 207 of Deeds; thence along the North line of said land of Traub
North 89° 13' 30" West 485.22 feet to the true point of beginning;
thence South 46° 09' 10" West 184.26 feet; thence South 81° 10' 10" West
116.49 feet; thence South 67° 58' 40" West 57.26 feet to the Easterly line
of Rancho Santa Margarita Y Las Flores, as delineated upon a map in
Book 7, page 39 of Patents and as shown by Record of Survey Maps No. 794
and 831; thence along said Easterly line North 6° 33' 06" East 171.92
feet to the North line of said land of Traub; thence thereon South 89° 13'
30" East 281.49 feet to the true point of beginning.

PARCEL 5:

.That portion of Rancho Santa Margarita Y Las Flores as delineated
upon a Map in Book 7, page 39 of Patents and as shown by Record of Survey
Maps No. 794 and 831, filed in the County Recorder's Office, situated
in the County of San Diego, State of California, described as follows:
Beginning at a point on the East boundary line of said Rancho
Santa Margarita Y Las Flores; distant thereon South 7° 04' 52.98" West
7848.22 feet from corner No. 1 of said Rancho; thence continuing along
said Easterly boundary line South 7° 04' 52.98" West 406.18 feet; thence
North 88° 39' 40" West 133.99 feet to a 1/2 inch iron pin; thence North
6° 44' 12" East 605.41 feet to a 1/2 inch iron pin; thence South 89° 21'
25" East 114.18 feet; thence South 0° 20' 05" West 200 feet to the point
of beginning.
EXCEPTING therefrom that portion thereof lying Southerly of the
following described line:
Beginning at the intersection of the South line of Lot 1, Section
24, Township 9 South, Range 4 West, S. B. M., with the center line of
Wisconsin Avenue; thence along the Northerly prolongation of said center
line North 0° 28' East 401 feet to the Northeast corner of the tract of
land conveyed to Christian A. Traub by deed dated October 1, 1925 and
recorded in Book 1360, page 207 of Deeds; thence along the North line of
said land of Traub North 89° 13' 30" West 485.22 feet; thence South 46°
09' 10" West 184.26 feet; thence South 81° 10' 10" West 116.49 feet; thence
South 67° 58' 40" West 57.26 feet to the Easterly line of said Rancho Santa
Margarita Y Las Flores and the true point of beginning; thence South 67°
58' 40" West 152.82 feet to the Westerly line of Parcel 5      above
described.

EXHIBIT A

12405

1

## PARCEL 6:

That portion of Lot 1 (Fractional North Half of the Northwest Quarter) of Section 24, Township 9 South, Range 4 West, S. B. M., in the County of San Diego State of California, described as follows:

Beginning at a point on the Westerly line of said Lot 1 distant thereon 717.8 feet Southerly from the Northwest corner thereof, said point being the Northwest corner of land conveyed to Christian A. Traub, et ux., by deed dated October 1, 1926 and recorded in Book 1360, page 207 of Deeds; thence along the boundary of said land South 89° 13' 30" East 126.42 feet and South 0° 28' West 200 feet to an angle point therein; thence North 89° 13' 30" West to the Westerly line of said Lot 1; thence Northerly along said Westerly line to the point of beginning.

19
20
21
22
23
24
25
26
27
28
29
30
31
32

- 6 -

EXHIBIT A

12496

SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154
Attorneys for

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

        vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,

              Defendants.

No. 1247-SD-C

REQUEST FOR
ADMISSIONS UNDER
RULE 36

       Defendant, CLARENCE O. WOODS, also known as CLARENCE

WOODS, also known as CLARENCE I. WOODS, a single man;

requests plaintiff within twenty (20) days after the service

of this request to admit that the following statements are

true, for the purposes of this action only, and subject to all

pertinent objections to admissibility which may be interposed

at the trial:

     1.  The lands described in the answer of defendant CLARENCE O.
WOODS, also known as CLARENCE WOODS, also known as CLARENCE I.
WOODS, a single man;

include     17      acres of irrigable land.

     2.  A reasonable water duty for the irrigable lands of

defendant    is 4.2 acre feet per acre per year.

     3.  The lands of defendant are not riparian to any stream.

     4.  The waters underlieing the lands of defendant are

percolating ground waters not a part of any stream.

                            12497

               SACHSE and PRICE

               by

               Attorneys for Defendant
    - 1 -   Clarence O. Woods

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.        1247- SD - C

Franz R. Sachse _____, being first duly sworn, says: That affiant, whose address is

1092 South Main Street, Fallbrook, California
is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and
not a party to the above entitled action.

That affiant served the attached Answer of Defendant and Request for Admissions of

Clarence O. Woods
_____
(Copy title of paper served)

on the plaintiff _____ in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

Hon. J. Lee Rankin, 325 West F street, San Diego 1, California

_____
(Name and address as shown on the envelope)

sealed and deposited on the 5th day of June _____, 195 8 , in the United States Mail at

Fallbrook, San Diego County, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 5th

day of June _____, 195 8

_____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires May 25, 1961        12498