Urban K Tarwater and
Rose C Tarwater
Murrieta Calif.

In the U.S District Court
Southern District of Calif.
Southern Division

United States of America
  Plaintiff
    v
Fallbrook Public Utility District
and those defendants listed on Exhibit A
which is attached to this Summons and
made a part of it by reference.

In Answer to any and all of the
allegations in the above mentioned
Complaint, We Urban K Tarwater and
Rose C Tarwater owners in fee simple
of the property in attached list Marked
Exhibit A —

Deny all the allegations or
alledged Facts quoted against us in the above
mentioned Summons, and we deny
that they in any way demenish
our Vested Rights to the use of any
water that may under lie or in
any way be appurtenant to our property
We rely upon the Treaty of Quadalupe
Hidalgo and the Original California
Mexican title for our protection also the
United States Constitution,
    Yours Respect
      Urban K Tarwater

FILED
JUN 9 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

COPY RECEIVED
INDEXED

12489

Exhibit A

We Own
½ interest in Real property known as lots 78-122-77-76-85-86, all in the Murrieta Portion of the Temecula Rancho, Reference is hereby made to a map on file Book 8 page 359, of Records of San Diego Co.

We Own all of Lots 9, 10, And 11 in Block 29 in the Townsite of Temecula Refer to map on file in Book 15, page 726 of Maps of the Townsite of Temecula, County Recorders office in San Diego Calif, all in the Temecula Rancho

We Own
Lot 1 Block 2 Doolittle addition Map 2 M.B 14/663 San Diego County records

We Own Lots 1, 2, 3 Block 2 in the Townsite of Murrieta. Refer to Book 8 page 359 of Maps in San Diego County Records also lots 4-5-6 in Block 5 in the same Murrieta Townsite and shown on map. of Book 8 page 359 San Diego Co Records. All of the above is in the Mexican Grant called Temecula.

12490