```
1  TOM HALDE
   Room 530
2  548 So. Spring Street
   Los Angeles, California
3  MAdison 6-0131

4  Attorney for Defendants
     CARL N. HALDE and
5    HESTER M. HALDE
```

**FILED**

JUN 9 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT et al.,<br><br>　　　Defendants. | NO. 1247-SD-C<br><br>NOTICE OF MOTION TO DISMISS |

　　　To the Plaintiff above named and to J. Lee Rankin, William H. Veeder, and William E. Burby, its attorneys:

　　　PLEASE TAKE NOTICE that, on June 16, 1958, in Courtroom No. 2 of the above-entitled Court, at the United States Custom & Court House, San Diego 1, California, at 10:00 A.M., or as soon thereafter as counsel can be heard, Defendants Carl N. Halde and Hester M. Halde, each acting independently of the other and independently of all the other defendants in this case, will move the above-entitled Court for an order dismissing Counts XXI, XXII, and XXIV of Plaintiff's Complaint and Supplemental and Amendatory Complaint herein, on the ground that none of said counts states a claim on which relief can be granted.

　　　Said motion will be made on the basis of this notice,

-1-

COPY RECEIVED

3698

1  and all the other papers, exhibits, and proceedings in this case.
2  For their memorandum of points and authorities in support of
3  said motion, these moving Defendants hereby adopt the memorandum
4  of points and authorities being filed this date in support of
5  the identical motion of Defendants Katharine C. Gibbon and
6  William W. Cottle.
7       DATED:  June 6, 1958.

                                    TOM HALDE
                                    Attorney for Defendants
                                      CARL N. HALDE and
                                      HESTER M. HALDE

                                    /s/ Tom Halde

-2-

3699

CERTIFICATE OF SERVICE

I, Tom Halde, hereby certify that I am a member of the bar of the United States District Court for the Southern District of California, and that I served the foregoing Notice to Dismiss upon each of the following persons by sealing one copy thereof in an envelope and depositing the same in the United States mail at Los Angeles, California, on June 6, 1958, with postage thereon fully prepaid, addressed as follows:

>Hon. John M. Cranston
>Special Master
>Room 1410
>Bank of America Building
>San Diego 1, California
>
>J. Lee Rankin, Solicitor General
>William H. Veeder
>William E. Burby
>Room 332
>325 West "F" Street
>San Diego, California

DATED: June 6, 1958.

_Tom Halde_
Tom Halde

3700