LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

(SPACE BELOW FOR FILING STAMP ONLY)

**FILED**

JUN 9 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
         DEPUTY CLERK

Attorneys for____Defendant____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br><br>             Defendants. | No. 1247-SD-C<br><br>NOTICE OF MOTION FOR ORDER<br>THE GENUINENESS OF DOCUMENT<br>BE TAKEN AS ESTABLISHED |

    PLEASE TAKE NOTICE that on 16 June 1958 at 9:30 o'clock A.M., or as soon thereafter as counsel can be heard, at Courtroom Number 2, United States Customs and Court House, San Diego, California, Defendant Fallbrook Public Utility District will move the Court for its Order that the document attached hereto as Exhibit A is a genuine and true copy of United States Marine Corps press release dated April 17, 1958 from Camp Pendleton, California.

    This motion is based upon the fact that on 14 May 1958 Defendant served on Plaintiff United States of America a request for Plaintiff to admit that the said document was a true copy as stated. On 4 June 1958 Plaintiff served on Defendant an un-dated answer to said request in the following form: "It was not an official release." Defendant respectfully submits that the said answer is not responsive and moves the Court for an Order stating that the said document is a genuine and true copy.

Dated: June 5, 1958.

SWING, SCHARNIKOW & STANIFORTH
SACHSE and PRICE

EXHIBIT A

OFFICIAL U.S. MARINE CORPS RELEASE

O1
1168-58

Base Information Section
Marine Corps Base
Camp Pendleton, California

(For further information contact Capt. Eddie E. Evans
SA 2-4111, ext 1315)

FOR IMMEDIATE RELEASE

CAMP PENDLETON, Calif., April 17 -- The flow of Santa Margarita River water to sea was stopped at 8:30 A.M. this morning April 17, when the Marine Corps Base completed a series of water spreaders aboard the Base. It is estimated that the completed work will conserve 600 acre feet of water a day. (195,600,000 gallons per day).

The Base Maintenance Section, utilizing ten thousand cubic yards of material, repaired dikes damaged by the recent rain storms. Work on the reconstruction effort was first begun on April 1, but was interrupted by storms. On April 14 the project was again undertaken to stop the flow of water into the sea.

-more-

SANTA MARGARITA RIVER 2-2-2

During the repair work, an earth dam at Ysidora flats and four dikes were concentrated on. The first dike is upstream from the Ysidora Gauging Station; the second is at the Ysidora Crossing; the third below the 22 Area Industrial area; and the fourth at the Rifle Range Road in the Chappo Flats area.

-USMC-

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-1154

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF **San Diego** } ss.   1247-SD-C

**FRANZ R. SACHSE**, being first duly sworn, says: That affiant, whose address is

**1092 S. Main St., Fallbrook, California**

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached **Notice of Motion for Order the Genuineness of Document be Taken as Established**
(Copy title of paper served)

on the **Plaintiff** in said action, by placing a true copy thereof in an envelope addressed as follows:

1. William H. Veeder, Room 325 W. F Street, San Diego, California
2. John M. Cranston, 1410 Bank of America Building, San Diego
3. Adolphus Moskovitz, Library and Courts Building, Sacramento 7, California
(Name and address as shown on the envelope)

sealed and deposited on the **6** day of **June**, 195**8**, in the United States Mail at

**Fallbrook, San Diego, California**
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this **6**

day of **June**, 195**8**

*Lois C. Bergstrom*
Notary Public in and for said County and State

(SEAL)
Stuart's FORM 23

My Commission expires **5/25/61**

3697