IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

**FILED**
JUN 9 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,
        Defendants.

No. 1247-SD

AFFIDAVIT OF SERVICE BY MAIL

STATE OF CALIFORNIA )
                       ) ss.
COUNTY OF SAN DIEGO )

      D. W. MILLER, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

      That in the above entitled action, on June 2, 1958, he deposited in the United States mail at Oceanside, California, a copy of

    REPLY TO REQUEST FOR ADMISSIONS UNDER RULE 36, FEDERAL RULES
    OF CIVIL PROCEDURE, OF DEFENDANTS ED M. SUDERMAN AND DORIS
                      LUCILLE SUDERMAN,

addressed to G. Norman Kennedy, 415 Security Building 234 East Colorado Street, Pasadena, California, in an envelope bearing the requisite postage at which place there is a delivery service by United States mail from said post office.

                                                D W Miller

Subscribed and sworn to before me this ___4___ day of June, 1958.

_____
Notary Public in and for said
    County and State

My Commission Expires Feb 28, 1962.

3693

COPY RECEIVED