IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

**F I L E D**

JUN 9 - 1958

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
et al.,

                Defendants.

No. 1247

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____
DEPUTY CLERK

AFFIDAVIT OF SERVICE BY MAIL

STATE OF CALIFORNIA,
                ss.
COUTNY OF SAN DIEGO.

    THOMAS STRENTZ, being first duly sworn, deposes and says:  That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

    That, in the above entitled action, on June 5, 1958, he deposited in the United States mail at Oceanside, California, in envelopes bearing the requisite postage, at which places there is a delivery service by United States mails from said post offices, a copy of

    REPLY TO REQUEST FOR ADMISSIONS OF FRANZ R. SACHSE AND ROWENA SACHSE, and

    REPLY TO REQUEST FOR ADMISSIONS OF WILLIAM A. GOODCHAP AND ROBERTA L. GOODCHAP,

addressed to Sachse & Price, 1092 South Main Street, Fallbrook, California, Attention:  Mr. Sachse; and

    ANSWERS TO GENERAL MILLS INC. INTERROGATORIES,

addressed to Brobeck, Phleger and Harrison, Attorneys at Law, One Eleven Sutter Street, San Francisco 4, California, Attention:  Mr. Richard Haas.

Subscribed and sworn to before
me this **5** day of June, 1958.

_____
Notary Public in and for said
   County and State.

My Commission Expires Feb 28, ~~1926~~. *1962*

_____
Thomas Strentz

3694

COPY REC