|   |   |
|---|---|
| IN THE UNITED STATES DISTRICT COURT | **FILED** |
| SOUTHERN DISTRICT OF CALIFORNIA | |
| SOUTHERN DIVISION | JUN 9 - 1958 |
| | CLERK, U.S. DISTRICT COURT |
| | SOUTHERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,           )
                Plaintiff,       )
    v.                                )   AFFIDAVIT OF SERVICE BY MAIL
FALLBROOK PUBLIC UTILITY DISTRICT, )
et al.,                            )
                Defendants.       )

No. 1247-SD-C

STATE OF CALIFORNIA    )
                    ) ss.
COUNTY OF SAN DIEGO    )

      THOMAS STRENTZ, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled.

      That in the above entitled action, on June 4, 1958, he deposited in the United States mail at Oceanside, California, a copy of

    REPLY TO REQUEST FOR ADMISSION OF FALLBROOK PUBLIC UTILITY
        DISTRICT, filed May 15, 1958, and
    REPLY TO REQUEST FOR ADMISSION OF FALLBROOK PUBLIC UTILITY
        DISTRICT, filed May 16, 1958,

addressed to Sachse & Price, 1092 South Main Street, Fallbrook, California, Attention: Mr. Sachse, in an envelope bearing the requisite postage at which place there is a delivery service by United States mails from said post office.

                                             /s/ Thomas Strentz

Subscribed and sworn to before me this 5 day of June, 1958.

/s/ Louisa Karr
Notary Public in and for said
    County and State.

My Commission Expires Feb 28, 1962.

3692