423 E Cornell Dr
Burbank, Calif.
May 12, 1958

Hon. J. Lee Rankin
Solicitor Gen. Room 332,
325 West F. St. San Diego, Calif.

FILED
JUN 9 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Dear Sir:-

Answer to "Complaint and Supplementary and Amendatory Complaint" Summons No 1247-S.D-C., received May 3, 1958 by Clifford L. Crittenden and wife Martha Crittenden 423 E Cornell Dr, Burbank, Calif.

Twenty days is not sufficient time in which to legally or intelligently assert a claim against the entire United States Court and the Armed Forces that has been prepared over a number of years. However please consider this an answer.

So as not to loose my water rights by default, I have mailed four (4) copies of No. 1247-S.D-C "Offer of Settlement" to the Office of Ground Water Resources, Camp Pendleton, Calif.

I purchased 2 acres in Fallbrook on Nov. 2, 1942 and had a right to use water from a well on the land west of mine, but it was cheaper to use water from the

12475

the well is now out of commission. I intend to use these two acres to form ½ acre retirement homesteads for myself and wife, also nephews, who have served honorably in the Marines, Air Force and Navy in World War II. One has made the Navy his carreer and plans to retire on this land, in ten years. During the war period I worked 60 hr. a week on the design of the Lockheed plane that gave us air superiority.

I wish to claim the right to use water for 4 (four) ½ acre homesites, and am willing to pay my share of developing water in proportion as my land area is to the arable land of the Santa Marguerita River water shed basin. I believe there is plenty of water, if properly developed. I hereby claim an equal right with any citizen or any civilian or military organization, and as a taxpayer am paying my share of the cost of this trial.

My wife and I are both descendants of families who came from England in 1635

12476

develop and defend these United States of America.

It is the duty of the Justice Department and also the Armed Forces of the United States to defend the rights of the citizens as well as the country, as a whole, and I pray that this trial has this in mind.

I am writing my congressman that the successful prosecution of this trial may mean the end of capitalism, and each citizen be limited to ½ acre of land and the water will belong to the government. He can then advise Mr. Krushchev that we have practically adopted the Russian form of government and they may disband the armed forces and spend the military budget for the material advancement of the people. We, having no reason to fight can assign each marine his ½ acre and spend our military budget on the Moral Rearmament of our people. (I believe a few of us need it), having already achieved material equality for all.

12477

May God bless and guide you to a peaceful and just conclusion for all parties involved.

Yours very sincerely,
Clifford L. Crittenden
Martha Crittenden