LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

(SPACE BELOW FOR FILING STAMP ONLY)

FILED

JUN 9 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

Attorneys for __Defendants__

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
       Plaintiff,  )
    vs.  )
FALLBROOK PUBLIC UTILITY DISTRICT,  )
a public service corporation of the )
State of California, et al.,  )
       Defendants.  )

No. 1247-SD-C

MOTION THAT CERTAIN FACTS
BE DEEMED ESTABLISHED

    Defendants Franz R. Sachse and Rowena Sachse respectfully represent to the Court as follows:

    1. On April 30, 1958 defendants served upon plaintiff a Request for Admissions under Rule 36, Federal Rules of Civil Procedure.

    2. On June 5, 1958 plaintiff served on defendants its Reply to said Request for Admissions. A copy of said Reply, which contains both the facts requested to be admitted and the answers of plaintiff thereto is attached hereto marked Exhibit A and made a part hereof by reference.

    3. The denials contained in said reply are not sworn to as is required by Rule 36.

    4. The said Reply was not served within the time limited as required by Rule 36.

    5. The responses in said Reply are evasive and do not fairly meet the substance of the requested admissions. (Moore:

- 1 -

3702

1  <u>Federal Practice</u> Vol. 4, Sec. 36.05, pp 2716-2720 and cases cited
2  therein.)
3         WHEREFORE, defendants move the Court for its Order
4  establishing the facts set forth in Exhibit A hereunto attached
5  as admitted for the purposes of this proceedings only.
6  Dated:  June 6, 1958.         SACHSE and PRICE

                                  by  /s/ [signature]
                                  Attorneys for Franz R. Sachse and
                                  Rowena Sachse, defendants

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 2 -

3703

J. Lee Rankin
Solicitor General
Department of Justice
Washington, D.C.

Attorney for United States
of America

**FILED**
JUN 5 1958
JOHN M. CRANSTON
SPECIAL MASTER
BY ................................ CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) No. 1247-SD-C |
| vs. | ) REPLY TO REQUEST FOR ADMISSIONS |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) WILLIAM A. GOODCHAP & ROBERTA L. GOODCHAP |
| Defendants. | ) |

Comes now the United States of America and responds to the request for admissions of William A. Goodchap and Roberta L. Goodchap, filed May 8, 1958:

**Request for Admission 1:**

1. The lands described in the answer of defendants William A. Goodchap and Roberta L. Goodchap, husband and wife, include five (5) acres of irrigable land.

**Response to Request for Admission 1:**

1. The United States of America denies the truth of the statement.

**Request for Admission 2:**

2. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

**Response to Request for Admission 2:**

2. The United States of America denies the truth of the statement.

**Request for Admission 3:**

3. All of the lands described in the Answer of these defendants are riparian to the West Fork of De Luz Creek, which flows through the property of

-1-

EXHIBIT A

1. these defendants in a northeasterly to southwesterly direction.
2. Response to Request for Admission 3:
3.     3. This is a legal question which must be decided by the court.

UNITED STATES OF AMERICA

J. LEE RANKIN, Solicitor General

/s/ William N. Veeder
WILLIAM H. VEEDER,
Attorney, Department of Justice

WILLIAM E. BURBY,
Attorney, Department of Justice

Dated: June 5, 1958

J. Lee Rankin
Solicitor General
Department of Justice
Washington, D.C.

Attorney for United States
 of America



FILED
JUN 5 1958
JOHN M. CRANSTON
SPECIAL MASTER
BY_____CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                           )
              Plaintiff,   )   No. 1247-SD-C
                           )
     vs.                   )
                           )   REPLY TO REQUEST FOR ADMISSIONS
FALLBROOK PUBLIC UTILITY DISTRICT, )
et al.,                    )          OF
                           )
              Defendants.  )   FRANK R. SACHER AND ROWENA SACHER

Comes now the United States of America and responds to the requests for admissions of Frank R. Sacher and Rowena Sacher, filed April 29, 1958:

Request for Admission 1:

1. The lands described in the Answer of these defendants are all irrigable lands.

Response to Request for Admission 1:

1. The United States of America is without knowledge or information sufficient to form a belief as to the truth of the statement, and denies it.

Request for Admission 2:

2. A reasonable water duty for the lands described in the Answer of these defendants is 4.2 acre feet per acre per year.

Response to Request for Admission 2:

2. The United States of America denies the truth of this statement.

Request for Admission 3:

3. The lands described as "Parcel One" in the Answer of these defendants are not riparian to an un-named intermittent stream which flows through

-1-

said parcel in a northeasterly to southeasterly direction.

**Response to Request for Admission 3:**

3. This is a legal question which must be decided by the Court.

**Request for Admission 4:**

4. The lands described as "Parcel Two" in the Answer of these defendants are not riparian to the Santa Margarita River or to any of its tributaries.

**Response to Request for Admission 4:**

4. The United States of America is without knowledge or information sufficient to form a belief as to the truth of the statement, and denies it.

**Request for Admission 5:**

5. The waters underlying the lands described as "Parcel Two" in the Answer of these defendants are percolating groundwaters.

**Response to Request for Admission 5:**

5. The United States of America is without knowledge or information sufficient to form a belief as to the truth of the statement, and denies it.

**Request for Admission 6:**

6. The waters underlying the lands described as "Parcel Two" in the Answer of these defendants are not a part of the Santa Margarita River or any of its tributaries.

**Response to Request for Admission 6:**

6. The United States of America is without knowledge or information sufficient to form a belief as to the truth of the statement, and denies it.

UNITED STATES OF AMERICA

J. LEE RANKIN, Solicitor General

WILLIAM H. VEEDER,
Attorney, Department of Justice

WILLIAM E. BURBY,
Attorney, Department of Justice

Dated:

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,  
COUNTY OF **San Diego** } ss.    No. 1247-SD-C

**Franz R. Sachse**, being first duly sworn, says: That affiant, whose address is

**1092 S. Main Street**

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached **Notice of Motion and Motion that Certain Facts be Deemed Established**

(Copy title of paper served)

on the **Plaintiff** in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

**William H. Veeder, 325 W. F Street, San Diego, California**
**John M. Cranston, Special Master, 1410 Bank of America Bldg., San Diego, Cali:**
**Adolphus Moskovitz, Library and Courts Bldg., Sacramento, Calif.**
(Name and address as shown on the envelope)

sealed and deposited on the **6** day of **June**, 195**8**, in the United States Mail at

**Fallbrook, San Diego, California**
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this **6**

day of **June**, 195**8**

_____  
Notary Public in and for said County and State

_____

(SEAL)

Stuart FORM 23

My Commission expires **5/5/61**

3706