SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

FILED

JUN 9- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )    No. 1247-SD-C
                           )
        vs.                )    NOTICE OF MOTION
                           )    THAT CERTAIN FACTS BE
FALLBROOK PUBLIC UTILITY DISTRICT, )  DEEMED ESTABLISHED
a public service corporation of the)
State of California, et al., )
                           )
            Defendants.    )

PLEASE TAKE NOTICE that on 16 June 1958 at 9:30 o'clock A.M., or as soon thereafter as counsel can be heard, at Courtroom Number 2, United States Customs and Court House, San Diego, California, defendants **Franz R. Sachse and Rowena Sachse**

will move the Court for its Order that certain facts be deemed admitted.

The Motion will be based upon the written Motion hereunto attached.

Dated: **June 6, 1958**                SWING, SCHARNIKOW & STANIFORTH
                                       SACHSE and PRICE
                                       by _____