```
                                          FILED
                                          JUN 10 1958
                                          CLERK, U.S. DISTRICT COURT
                                          SOUTHERN DISTRICT OF CALIFORNIA
                                          By _____
                                                  DEPUTY CLERK
```

1  Paul D. Mortz
2  Defendants in propria persona
   6731 Middleton
3  Huntington Park, California

4              IN THE UNITED STATES DISTRICT COURT
5               SOUTHERN DISTRICT OF CALIFORNIA
6                     SOUTHERN DIVISION

7
8  UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
                                    )
9              Plaintiff,           )   ANSWER OF DEFENDANTS
                                    )
10     v.                           )   Paul D. Mortz
                                    )
11 FALLBROOK PUBLIC UTILITY         )
   DISTRICT, ET AL,                 )
12                                  )
               Defendants.          )

13     The defendants, Paul D. Mortz
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:

17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                     AMENDATORY COMPLAINT
18
       These answering defendants hereby incorporate by reference
19
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.

26              AFFIRMATIVE STATEMENT OF RIGHTS
27     These defendants own 104.45 acres of land in San Diego
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32

COPY RECEIVED
INDEXED                                                    12591

1  The answering defendant owns 104.45 acres of land (parcel #1 and parcel #2) situated within the watershed of the Santa Margerita River more particularly
2  described as follows:
3  Parcel #1 - 24.45 acres - That certain portion of the south half of the north east quarter of Section 4, Township 9 South, Range 3 West, San Bernadine Meridian.
4  This land is riparian land approximately 8 acres are tillable, that is crop land or orchard or vineyard and balance is suitable for cabin sites and rough land,
5  perhaps raising chickens, etc. Defendants have irrigated portions of this land and water for this purpose has been obtained by pumping directly from the
6  Santa Margerita River which runs through the property. There is a house on property which is supplied with domestic water from said pump in river. This has
7  been continuous since 1941. Defendants claim the right to 32 acre-feet of water per year from Santa Margerita
8  River. Defendants do not claim any prescriptive rights or any appropriative rights, but
9  hereby reserve right to dig or drill a well upon this property at later date.
   Parcel #2 - 80 acres or ½ of 1/4 section - South half of north west quarter of
10 Section 3 in Township 9 South, of Range 3 West, of the San Bernadine Meridian, California, containing 80 acres. I do not claim this land to be riparian. But
11 there is approximately 15 or 20 acres that could be used very advantageously for orchard land. This land has never been planted to any crop to my knowledge,
12 and water must come from ground water. There are several good well sites and defendant reserves right to drill well. *and 60 acre ft of water per year*
13 *PDM.*

18          WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

26                               /s/ Paul D Mortz
27                          _____
28
29                              Defendants in propria persona

32  Dated: June 4 1958

12592

EXHIBIT "A"

Parcel #1. That certain portion of the South half of the north east quarter of Section 4, Township 9 South, Range 3 West, San Bernadine Meridian, described as follows –

Beginning at a point in the north line of said south half of the north east quarter of Section 4, distant north 88° 38' 50" east, 591.67 ft from the north west corner of said south half, thence south 1° 09' 10" west, 126.89 ft, thence parallel to said north line of said south half north 88° 38' 50" east 724.16 ft, thence south 53° 49' east 1702.65 ft to the east line of said south half, thence north 6° 41' 10" east 1213.6 ft to north east corner of said south half, thence along said north line of said south half south 88° 38' 50" west 2175.41 ft to the point of beginning. containing 24.45 acres.

Parcel #2. South half of north west quarter of Section 3 in Township 9 South, of Range 3 West, of the San Bernadine Meridian, California, containing 80 acres.

12593

