G.R. Reynolds and Jean M. Reynolds
Defendants in propria persona
Rt. 2 Box 207, Fallbrook, Calif.




IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

G.R. Reynolds and Jean M. Reynolds

The defendants G. R. Reynolds and Jean M. Reynolds each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 32 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

12594

COPY RECEIVED

The defendants claim that approximately 30 acres of their land is suited for raising turkeys. Approximately twenty five (25) acres of their 32 acres are suitable for avocadoes. Approximately ten (10) acres of their 32 acres are suitable for permanent pasture. For the approximately twenty five tillable acres, the defendants claim four and two-tenths (4.2) acre feet of water per acre. For the approximately seven acres of untillable land (suitable for turkeys, home sites, etc.), the defendants claim one (1) acre foot of water per acre.

The defendants land is in four separate deeded parcels with all four parcels adjoining. All four parcels of the defendants land are riparian to Rainbow Creek. The defendants state that well water and spring water has been used beneficially on their property in the past; and the defendants claim right to place additional wells and develop springs on their property in the future, and beneficially use on the property any such water obtained.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

G R Reynolds

Jean M. Reynolds

Defendants in propria persona

Dated: June 4, 1958

Property of G.R. Reynolds and Jean M. Reynolds

EXHIBIT A

All those portions of Lot 1 (Northeast Quarter of NorthEast Quarter), Section 1, Township 9 South, Range 3 West, S.B.M., described as follows:

Beginning at the Northwest corner of said Lot 1; thence along the West line thereof South 3°39'30" West 566.38 feet; thence parallel to the North line of said Lot 1, North 89°45' East 296.30 feet; thence North 8°16'30" East 145.42 feet; thence North 89°45" East 53.10 feet; thence North 21°08'30" East 225.82 feet; thence North 7°06' East 167.07 feet to a point in the South line of the North 45.30 feet of said Lot 1; thence along the South line of said North 45.30 feet North 89°45' East 507.33 feet to the center line of State Highway No. 395; thence Northerly thereon 47.86 feet to the North line of said Lot 1; thence thereon South 89°45' West 958.70 feet to the point of beginning.

****** ******

A portion of the parcel of land in Lot 1, Section 1, T. 9 S., R. 3 W. , S.B.B. & M.,described in deed to Arno H. Ehrig et ux recorded April 8, 1947 as Instrument No. 36759, Official Records of San Diego County, EXCEPTING AND RESERVING unto the State of California any and all rights of ingress to or egress from that portion of the land so conveyed over and across the Southeasterly line thereof.

EXHIBIT A First two (2) of four (4) parcels.

Property of G.R. Reynolds and Jean M. Reynolds

EXHIBIT A

A one-third (1/3) interest in that portion of Lot 2 (Northest Quarter of the Northeast Quarter ) of Section 1, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to the United States Government Survey approved September 11, 1879, described as follows:

Beginning at the Northeast corner of said Lot 2; thence along the East line of said Lot 2 South 3°39'30" West 499.29 feet to the Northwesterly line of State Highway right of way conveyed to the State of California by deed recorded in Book 2522, page 470 of Official Records of said San Diego County, said point being in a curve concave Northwesterly having a radius of 2914 feet, the radial line through said point bears South 31°19' East; thence Southwesterly along said curve and right of way 24.10 feet to the end of said curve; thence on a tangent to said curve South 58°12'34" West 428100 feet; thence leaving said right of way, North 35°54'23" West 898.92 feet to the North line of said Sectionl; thence along said North line North 89°06' East 380 feet and North 89°45' East 563.31 feet to the point of beginning.

***** *****

That portion of Lot 2, Section 1, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, According to United States Government Survey approved September 11, 1879, described as follows:

Beginning at the Northwest corner of said Lot 2; thence along the North line of said Lot 2 North 89°06' East 376.50 feet to the North westerly corner of the tract of land conveyed to G. Reynolds, et ux, by deed recorded in Book 4525, page 257 of Official Records; thence along the Southesterly line of said land of Reynolds South 35°54'23" East 898.92 feet to the Northwesterly line of the strip of land conveyed to State of California by deed recorded in Book 2522, page 470 of Official Records; thence Southwesterly along said Northwesterly line to the West line of said Lot 2; thence along said West line North 1°24' East to the point of beginning.

EXHIBIT A Last two(2) of four (4) parcels.



12596A