FILED

JUN 10 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

SAMUEL S. SCHIER

Defendants in propria persona

P.O. Box 108
Bonsall, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
           Plaintiff, ) CIVIL NO. 1247- SD - C
    v. ) ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY ) ANSWER OF DEFENDANTS TO COMPLAINT AND
DISTRICT, ET AL, ) SUPPLEMENTARY AND AMENDATORY COMPLAINT OF
           Defendants. ) SAMUEL S. SCHIER

The defendants, Samuel S. Schier, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 385 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement. INDEXED

12597

COPY RECEIVED

EXHIBIT A

PARCEL 1:
    LOT 3 (NW 1/4 OF SW 1/4)
        SEC 12-9-4W

PARCEL 2:
    SW 1/4 OF NW 1/4
        SEC 12-9-4W

PARCEL 3:
    SW 1/4 OF NE 1/4
        SEC 11-9-4W

PARCEL 4:
    SE 1/4 OF NW 1/4 & LOTS 1-2 &
        SEC 11-9-4W

PARCEL 5:
    NE 1/4 OF NW 1/4 & NW 1/4 OF
        SEC 11-9-4W

PARCEL 6:
    E 1/2 OF NE 1/4 & LOT 4
        SEC 11-9-4W

-----------------

12598

Defendant owns approximately 385 acres, partly cultivated, partly irrigated Pasture. Half this land is tillable, on which defendant plans, in the future, to plant a Commercial Grove. The property contains a well pumping 50 G. P. M.; also a Home, Garden and Family Fruit trees. Defendant claims the right to take water from his land, whether from springs, streams or wells, and to use it in whatever quantities required, whether for domestic, industrial, business or irrigation purposes. Defendant claims the right to use 1,440 acre-feet of water a year.

Defendant et al claim all rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill and to dig wells, and to exercise water reclamation and conservation practices as now or may be known in the future.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings. Defendants claim all the above for all lands in which they have any financial interest whatsoever.

FURTHERMORE, defendants pray the court to award them adequate damages to reimburse them for the cost of preparing and prosecuting their defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon them by this attempted acrimonious, confiscatory usurpation of property rights, instituted against them by the agencies of the United States Government.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Dated: 6-2/58

Samuel S. Schier

Defendants in propria persona

P.O. Box 108
Bonsall, California

12599