


```
 1   ORRA W. STRATTON
     Defendants in propria persona
 2      1585 So. Hill Street,
           Fallbrook, California
 3
 4              IN THE UNITED STATES DISTRICT COURT
 5               SOUTHERN DISTRICT OF CALIFORNIA
 6                      SOUTHERN DIVISION
 7
     UNITED STATES OF AMERICA,    )
 8                                )
                 Plaintiff,       )   ANSWER OF DEFENDANTS
 9                                )
           v.                     )   ANSWER TO COMPLAINT AND
10                                )   SUPPLEMENTARY AND AMENDATORY
     FALLBROOK PUBLIC UTILITY     )   COMPLAINT OF
11   DISTRICT, ET AL,             )   ORRA W. STRATTON
                                  )
12               Defendants.      )
```

13   The defendants, Orra W. Stratton,
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:

                ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                           AMENDATORY COMPLAINT

   These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I to V, inclusive, of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

                        AFFIRMATIVE STATEMENT OF RIGHTS

   These defendants own 40 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

EXHIBIT A

The Northeast Quarter of the Southwest Quarter of Section Twenty-five (25), Township Nine (9) South, Range Four (4) West, San Bernardino Meridian, in the County of San Diego, State of California.

12600 A

1  Defendant owns 40 acres of Avocado land to be planted for a
   Commercial Grove of Avocado trees and for Citrus. On this property
2  stands a Home, Garden and Family Fruit trees; also a well, now
   in use from which defendant claims the right to draw sufficient
3  water for the Home and Garden and Fruit trees; and also for the
   Commercial Grove, when planted.

4  Defendants claim all riparian rights to all waters percolating
   through their land, whether from the Santa Margarita River and
5  its tributaries; whether from springs, streams or wells, etc;
   and to take water from their land, whether for domestic, industrial,
6  business or irrigation purposes.

7  In addition to the claim and uses as herein made, the defendants
   claim all rights of overlying landowners to any water which may
8  originate in, or under, or cross their land. Defendants claim
   the right to drill and to dig wells, and to exercise water recla-
9  mation and conservation practices as now or may be known in the
   future.
10

11 Defendants hereby incorporate the same as though set forth herein
   in full all of the Affirmative Defenses of the Fallbrook Public
12 Utility District on file in these proceedings. Defendants claim
   all the above for all lands in which they have any financial
13 interest whatsoever.

14 FURTHERMORE, defendants pray the court to award them adequate
   damages to reimburse them for the cost of preparing and prosecut-
15 ing their defense, to alleviate the grievous physical, moral
   and intellectual suffering inflicted upon them by this attempted
16 acrimonious, confiscatory usurpation of property rights, institut-
   ed against them by the agencies of the United States Government.
17

18        WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

                                        *Orra W. Stratton*
                                        Orra W. Stratton

                              Defendants in propria persona
                              1585 So. Hill Street
                              Fallbrook, California

32 Dated: 5-26-58