

FILED

JUN 10 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

1  MRS. ADELE S. TRUITT
2  Defendants in propria persona
   219 East Elder St.
3  Fallbrook, California

4           IN THE UNITED STATES DISTRICT COURT
5              SOUTHERN DISTRICT OF CALIFORNIA
6                     SOUTHERN DIVISION

7  UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
8                                   )
              Plaintiff,            )   ANSWER OF DEFENDANTS
9                                   )
         v.                         )
10                                  )
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )   MRS. ADELE S. TRUITT
                                    )
12            Defendants,           )

13       The defendants, MRS. ADELE S. TRUITT
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:
17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                          AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
                  AFFIRMATIVE STATEMENT OF RIGHTS
26                               approx.
         These defendants own  1/3 acres of land in   San Diego
27
   County, California, and within the watershed of the Santa Margarita
28
   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31

32

COPY RECEIVED                                              12602

INDEXED

I, Adele S. Truitt, appearing for myself, defendant in this action,

Declare that this action against defendant is unjust, illegal and without probable cause.

That I have at no time done anything detrimental to the interest of the plaintiff.

That at no time have I taken water from a well, or stream or spring nor impounded any water upon the above described lot.

All the water I have used was for domestic purposes and garden for the two houses on said lot and came from the Fallbrook Public Utility District, a political subdivision of the County of San Diego, State of California, organized for the purpose of supplying water to those living within its boundaries, and as a citizen I claim the right to the continuation of that use from the same or other sources.

Wherefor, I the aforesaid defendant in this action having been sued by plaintiff without probable cause pray the court for the relief specified in the answer of this defendant in this case, including damages as therein asked for.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Mrs. Adele S. Truitt*
Mrs. Adele S. Truitt

Defendants in propria persona

Dated: June 6th 1958

12603

EXHIBIT A

The East 80 feet of the West 548.70 feet of the North 208.70 feet of the Northeast quarter of the Northwest quarter of the Southeast quarter of Section 24, Township 9 South, Range 4 West San Bernardino Meridian in the County of San Diego, State of California according to the United States Government Survey approved June 11, 1880.

2604