

FILED

JUN 10 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

1  James Warren and Dorothy C Warren
   **Defendants in propria persona**
2  R.R.#2, Box #181-A        (old add: 5504 Ventura Canyon Ave.
   Fallbrook, California              Van Nuys, Calif.)
3

4              IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                    SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,        )    CIVIL NO. 1247 - SD - C
8                                    )
                   Plaintiff,        )    ANSWER OF DEFENDANTS
9                                    )       JAMES WARREN
           v.                        )          and
10                                   )       Dorothy C Warren
   FALLBROOK PUBLIC UTILITY          )
11 DISTRICT, ET AL,                  )
                                     )
12                 Defendants,       )

13      The defendants, JAMES WARREN and DOROTHY C WARREN

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17      ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
             AMENDATORY COMPLAINT
18

19      These answering defendants hereby incorporate by reference

20 all of the allegations contained in the answer to said Complaint and

21 Supplementary and Amendatory Complaint filed in this case by Newton

22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23 of the portion thereof entitled "Affirmative Statement of Rights")

24 and make each and all of said allegations a part of this answer

25 the same as if herein set forth at length.

26           AFFIRMATIVE STATEMENT OF RIGHTS

27      These defendants own  40 acres of land in San Diego

28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.

32

                                                      12608

COPY RECEIVED

INDEXED

1
2
3
4
5
6

Defendants claim the right to use ten (10) acre-feet of water from a dug well, however as this well may fail during dry seasons, defendants further claim the right to drill a well in the immediate vicinity in order to obtain the required amount of water. about 5 acres are tillable and suitable for garden produce, berries etc., 15 or 20 acres are suitable for avacados. remainder mountain almost void of soil. Defendants acquired this property recently and mooved in permenantly May 27th., 1958. At present we are using this water for household use, irrigating some fruit trees, shrubs, plants etc., however expect to do considerable planting in the near future.

7
8
9

There is also a spring on this property but is claimed by another party as it was developed by them before this property was aquired by theyoriginal owner by way of homestead patent.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

25
26
27
28

*Dorothy C. Warren*

*James Warren*

Defendants in propria persona

29
30
31
32

Dated:    **June 2nd., 1958**

"EXHIBIT A"

N.W. 1/4 of S.W. 1/4 of section 6, T 9 S - R 3 W.