1  THOMAS P. MENZIES
   803 Rowan Building
2  458 South Spring Street
   Los Angeles 13, California
3
   MUtual 6223
4
   Attorney for defendant
5  Kathleen Chaffey Murray

6

7

8          IN THE UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10                 SOUTHERN DIVISION

11

12  UNITED STATES OF AMERICA,        )        NO. 1247 -SD-C
                                     )
13                      Plaintiff,   )
                                     )    ANSWER OF DEFENDANT KATHLEEN
14          vs.                      )    CHAFFEY MURRAY TO COMPLAINT
                                     )    AND SUPPLEMENTARY AND AMENDA-
15  FALLBROOK PUBLIC UTILITY         )    TORY COMPLAINT
    DISTRICT, et al,                 )
16                                   )
                        Defendants.  )
17  _____

18

19          COMES NOW Kathleen Chaffey Murray, one of the defendants in

20  the above entitled action and appearing for herself alone and for no other

21  defendant, and by way of answer admits, denies and alleges as follows:

22                              I

23          This answering defendant has no information, knowledge or belief

24  of any of the matters alleged in said complaint and supplementary and

25  amendatory complaint, and therefore denies each and every and all and

26  singular of the allegations contained in said complaint and supplementary and

27  amendatory complaint, save and except that this answering defendant admits

28  the ownership of an undivided one-third interest, totalling 960 acres, in the

29  following described property:

30          Parcel I:  Section 33, Township 6 South, Range 1 East, SBBM

31                     in the County of Riverside, State of California.

32

                              -1-

                                                        12624

F I L E D

JUN 6 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
              DEPUTY CLERK

Parcel II:   The South 1/2 of South 1/2, of Section 28,
Township 6 South, Range 1 East, SBBM in the County
of Riverside, State of California.

Parcel III:   The West 1/2 of Southwest 1/4, South 1/2 of
Northwest 1/4 of Section 34, Township 6 South,
Range 1 East,SBBM, in the County of Riverside,
State of California.

II

That the land described in paragraph I hereof in which this answering defendant has an interest is situated many miles north and east of plaintiff's land, and this answering defendant alleges that if the plaintiff has any right to the use of water as alleged in plaintiff's complaint, such use is only that of a lower riparian owner.

III

That plaintiff's complaint and supplementary and amendatory complaint does not state sufficient facts upon which judicial relief may be granted as to this answering defendant.

WHEREFORE, defendant prays:

1) That the court determine, declare and adjudge that the plaintiff has no right to the use of water upon or underneath the lands of this answering defendant.

2) That the court determine, declare and adjudge the rights of defendant to the use of water in and upon the lands of this answering defendant and enjoin plaintiff from asserting any rights whatsoever to the use of water upon or under property of this answering defendant.

3) That this answering defendant have and recover costs of suit herein incurred and for such other and further

-2-

12625

relief that may be fit and proper in the premises.

THOMAS P. MENZIES, Attorney for
defendant Kathleen Chaffey Murray

-3-

12626

(AFFIDAVIT OF SERVICE BY MAIL—1Q13a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES } ss.

Virginia S. Chism _____, being first duly sworn, says: That affiant is a citizen of the

United States and a resident of the County of Los Angeles; that affiant is over the age of eighteen years and is not a party to the within and

above entitled action; that affiant's business/residence address is    803 Rowan Building,  458 South Spring Street,

Los Angeles 13,  California

that on the    9th    day of    June    ,    58    ,    19......, affiant served

the within   Answer of defendant Kathleen Chaffey Murray to complaint and supplementary

and amendatory complaint

on the    plaintiff    in said action, by placing a true copy thereof in an envelope

addressed to the attorney.......... of record for said.. plaintiff

at the residence/office address of said attorney........, as follows. *    J. LEE RANKIN
Solicitor General of the
United States
Washington 25,  D.C.

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States Postal { Box,
                                                                                                                            Mail Chute

at    Los Angeles    , California, where is located the office of the attorney...... for the person...... by and for whom said service was
made.

   That there is delivery service by United States mail at the place so addressed or/and** there is a regular communication by mail
between the place of mailing and the place so addressed.

   Subscribed and sworn to before me this    9th

day of................    June    , 19............                } Virginia S. Chism

Esther M. Sherwood

(SEAL)    Notary Public in and for the County of Los Angeles,
          State of California.

   * Here quote from envelope name and address of addressee.
   ** When the letter is addressed to a post office other than "Los Angeles," strike out "and"; when addressed to "Los Angeles," strike out
"or."

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES } ss.

...........................................................................................................................

*being by me first duly sworn, deposes and says: that  he  is the*...........................................

...........................................................................................................................

*in the above entitled action: that  he  has...................read the foregoing*..............................

...........................................................................................................................

...........................................................................................................................

...........................................................................................................................

...........................................................................................................................

*and knows the contents thereof; and that the same is true of*..............................*own knowledge, except as to the*

*matters which are therein stated upon*...........................*information or belief; and as to those matters that  he  believes it*

*to be true*.............................................................................................................

   *Subscribed and sworn to before me this*

...........*day of*........................, *19*........ }   ...............................................................

          Notary Public in and for the County of Los Angeles,
                      State of California

(SEAL)

12627