```
SWING, SCHARNIKOW & STANIFORTH
        ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
    SAN DIEGO 1, CALIFORNIA
        BELMONT 9-1131
```



FILED
JUN 10 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William _____
            DEPUTY CLERK

Attorneys for A. F. BOREL AND LOUISE BOREL

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff<br><br>      vs<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT., et al,<br><br>           Defendants. | NO. 1247-SD-C<br><br>ANSWER OF A. F. BOREL and<br>LOUISE BOREL TO COMPLAINT AND<br>SUPPLEMENTARY AND AMENDATORY<br>COMPLAINT. |

Come now Defendants A. F. BOREL and LOUISE BOREL, and answer the Complaint and Supplementary and Amendatory Complaint as follows:

I.

By Order Respecting Responsive Pleadings herein dated April 9, 1958, wherein all pleadings presently on file in response to the original complaint in this cause are declared to be in answer to the Complaint and Supplementary and Amendatory Complaint of the United States, these Defendants re-allege and re-aver each and every allegation in their Answer filed in this court in this case on or about June 18, 1951, and by way of reference make that Answer a part of this Answer, EXCEPT that in addition to lands and water rights therein described and set forth, these Defendants have, since the filing of said original Answer, acquired the further additional real property situated in the County of Riverside, State of California, more particularly described as follows:

COPY RECEIVED  INDEXED                                    12628

The Northeast ¼ and Lots 1 and 2 in the Northwest ¼ East of a line beginning 1798.5 feet W. of the North ¼ corner Southwest to a point 2260.5 West of the Southeast corner of the Northwest ¼ of Section 7, Township 7 South, Range 2 West S B M., containing approximately 284 acres.

That percolating water is available underneath said lands in a part of the Santa Margarita River or any of its tributaries which said underground percolating water can be obtained therefrom for use thereon by digging wells therein and pumping water therefrom, and these Defendants have the right so to do, which right is paramount to the rights of Plaintiffs herein.

II.

Answering Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XV, XVI, XVII, XVIII, XIX, XX, XXI, XXII, XXIV, these Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and on that ground deny each and every one of said Counts.

III.

Answering Count XIV, these Defendants admit the allegation set forth in Paragraph II thereof, but further allege that as to Paragraph I thereof they are without sufficient knowledge or information to form a belief of the truth of the allegations contained therein and upon that ground deny said allegations.

IV.

Answering Paragraph III of Count XXIII, these Defendants deny that a military use is a proper riparian use. As to the allegations contained in Paragraphs I and II, these Defendants lack sufficient knowledge or information upon which to form a belief, and upon that ground deny said allegations.

V

1   Answering Count XXV, these Defendants admit that the claim set forth in this litigation by the United States of America far exceeds the available supply of water in the Santa Margarita River; Allege that these claims have put a cloud upon the right and title of these defendants to use a reasonable share of the waters of the Santa Margarita River and its tributaries beneficially upon their said lands which are riparian thereto.

Deny that these Defendants or either of them have exercised or are presently exercising rights to the use of the waters of the Santa Margarita River or its tributaries in a manner that invades or threatens to invade the rights of the United States of America. As to the remainder of the allegations contained in said Count XXV, these Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations and on that ground deny each and every of said allegations.

WHEREFORE, these Defendants pray:

1. That Plaintiff take nothing by its action.
2. That the rights of these Defendants as to the lands held by them as against Plaintiff, be decreed and held to be as set forth in this Answer.
3. That these Defendants have judgment for their costs incurred herein and for such other and further relief as to the court may seem just and proper.

DATED: June 6th 1958.

SWING, SCHARNIKOW & STANIFORTH

BY *Phil D. Swing*

Attorneys for Defendants
A. F. BOREL and LOUISE BOREL.

-3-

|    |                                                           |
|----|-----------------------------------------------------------|
| 1  | SWING, SCHARNIKOW & STANIFORTH                            |
| 2  | ATTORNEYS AT LAW                                          |
|    | 604 SAN DIEGO TRUST & SAVINGS BUILDING                    |
|    | SAN DIEGO 1, CALIFORNIA                                   |
| 3  | BELMONT 9-1131                                            |



FILED
JUN 10 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Attorneys for A. F. BOREL and LOUISE BOREL

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                        Plaintiff )
vs )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
                        Defendants. )

NO. 1247-SD-C

AFFIDAVIT OF SERVICE BY MAIL
(C.C.P. 1013a)

STATE OF CALIFORNIA )
                         ) ss
COUNTY OF SAN DIEGO )

     MARIAN W. ALLEN, being first duly sworn, deposes and says:

     That affiant is a citizen of the United States, over 18 years of age, a resident of San Diego County, and not a party to the within action;

     That Affiant's business address is 604 San Diego Trust & Savings Bldg., San Diego, California

     That affiant served the attached ANSWER OF A. F. BOREL and LOUISE BOREL TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT by placing a true copy thereof in envelopes addressed as follows:

          Honorable J. Lee Rankin
          Solicitor General
               and
          Mr. William H. Veeder, Special Assistant
            to the Attorney General
          DEPARTMENT OF JUSTICE
          WASHINGTON, D. C.

-1-

12831

1 | Mr. John M. Cranston
2 | Special Master
  | 1425 Bank of America Building
3 | San Diego, California

4 which envelopes were then sealed and postage fully prepaid there-
5 on and thereafter on June 9, 1958, were deposited in the United
6 States mail at San Diego, California; that there is delivery
7 service by the United States mail at the places so addressed.

*Marian M. Alley*

11 SUBSCRIBED AND SWORN TO
   before me this 9th day of June, 1958.
12
13 *Elsie M. Bradford*
14 Notary Public in and for
   San Diego County and State

-2-

12632