SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
BELMONT 9-1131

FILED
JUN 10 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Attorneys for NORMA J. GATES and
JOHN ANDREW WENTWORTH

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                           )   NO. 1247-SD-C
            Plaintiff      )
                           )   ANSWER OF NORMA J. GATES and
      vs                   )   JOHN ANDREW WENTWORTH TO
                           )   COMPLAINT AND SUPPLEMENTARY
FALLBROOK PUBLIC UTILITY DISTRICT )  AND AMENDATORY COMPLAINT.
a Public Service Corporation of   )
the State of California, et al.,  )
                           )
            Defendants.    )

Come now Defendants NORMA J. GATES and JOHN ANDREW WENTWORTH, and answer the Complaint and Supplementary and Amendatory Complaint as follows:

I.

By Order Respecting Responsive Pleadings herein dated April 9, 1958 wherein all pleadings presently on file in response to the original complaint in this cause are declared to be in answer to the Complaint and Supplementary and Amendatory Complaint of the United States, these Defendants re-allege and re-aver each and every allegation in the Answer filed in this court by A.H. Buckley as Executor of the Estate of John Wentworth on or about the middle of March, 1951.

That these defendants were at that time minors and inherited from their grandfather John Wentworth that certain real property situated in the County of San Diego, State of California

-1-

COPY RECEIVED
INDEXED

12633

1   more particularly described as follows:
2         A part of Lot 10 and all of Lot 11 of Section 17,
3   Township 9 South, Range 2 East, S.B.M., more particularly
4   described as follows: Beginning at a point in the North
5   Line of the United States Forest Administrative Site in
6   said Section 17,(said North line being the North line of
7   Lots 15 and 16 in said Section 17) where the said North
8   line intersects the present Temecula and Santa Ysabel
9   State Highway; thence in a Westerly direction along the
10   said North line of said U. S. Forest Administrative
11   Site to the Northwest corner of said site, which point is
12   also the Southwest corner of Lot 10, and the Southeast
13   corner of Lot 11, said Section 17, Township 9 South,
14   Range 2 East, S B M; thence continuing in a Westerly
15   direction along the South line of said Lot 11 to the
16   Southwest corner of said Lot 11; thence in a Northerly
17   direction along the West line of said Lot 11 to the
18   Northwest corner of said Lot 11; thence in an Easterly
19   direction along the North line of said Lot 11 to the
20   Northeast corner of said Lot 11; thence continuing
21   Easterly along the North line of Lot 10 to a point where
22   the said North line of said Lot 10 intersects the present
23   Temecula-Santa Ysabel State Highway; thence in a South-
24   easterly direction along the present Temecula-Santa
25   Ysabel State Highway to the point of beginning, contain-
26   ing 55 acres more or less.

        II.

27   That on or about the 21st day of November the said pro-
28 perty was sold and conveyed by these defendants to Cecil A. Britt
29 and Afton D. Britt, husband and wife, and a note and Trust deed
30 was taken back by these Defendants as security for $12,000 unpaid
31 balance of the purchase price. That the principal amount of said
32 purchase price is still due, owing and unpaid.

III.

That said lands are traversed by Temecula Creek, a tributary of the Santa Margarita River and are riparian to said creek. That said property is improved, there existing thereon the old Oak Grove Stage Station operated as a resort. That the soil is suitable for agricultural purposes and requires not less than 4 acre-feet of water per acre for the profitable production of crops thereon.

IV.

Answering Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XV, XVI, XVII, XVIII, XIX, XX, XXI, XXII, XXIV, these Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and on that ground deny each and every one of said Counts.

V.

Answering Count XIV, these Defendants admit the allegations set forth in Paragraph II thereof, but further allege that as to Paragraph I thereof they are without sufficient knowledge or information to form a belief of the truth of the allegations contained therein and upon that ground deny said allegations.

VI.

Answering Paragraph III of Count XXIII, these Defendants deny that a military use is a proper riparian use. As to the allegations contained in Paragraphs I and II, these Defendants lack sufficient knowledge or information upon which to form a belief, and upon that ground deny said allegations.

VII.

Answering Count XXV, these Defendants admit that the claim set forth in this litigation by the United States of America far exceeds the available supply of water in the Santa Margarita River. Allege that these claims have put a cloud upon the right and

-3-

12635

title of these Defendants to use a reasonable share of the waters of the Santa Margarita River and its tributaries beneficially upon their said lands which are riparian thereto.

Deny that these Defendants or either of them have exercised or are presently exercising rights to the use of the waters of the Santa Margarita River or its tributaries in a manner that invades or threatens to invade the rights of the United States of America. As to the remainder of the allegations contained in said Count XXV, these Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations and on that ground deny each and every of said allegations.

WHEREFORE these defendants pray:

1. That Plaintiff take nothing by its action.
2. That said lands, by reason of being riparian to said Temecula Creek are entitled as against Plaintiff to beneficially use thereon up to 4 acre-feet of water per acre, per annum.
3. That these Defendants have judgment for their costs incurred herein and for such other and further relief as to the court may seem just and proper.

DATED: June 6th 1958.

SWING, SCHARNIKOW & STAMFORTH

BY Phil D. Swing

Attorneys for Defendants NORMA T. GATES and JOHN ANDREW WENTWORTH

-4-

12636

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
BELMONT 9-1131

FILED
JUN 10 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Attorneys for Defendants NORMA J. GATES and JOHN ANDREW WENTWORTH

IN THE UNITED STATES DISTRICT COURT OF THE

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
          Plaintiff
     vs
FALLBROOK PUBLIC UTILITY DISTRICT, et al.,
          Defendants.

No. 1247-SD-C
AFFIDAVIT OF SERVICE BY MAIL
(C.C.P. 1013a)

STATE OF CALIFORNIA ) ss
COUNTY OF SAN DIEGO )

MARIAN W. ALLEN, being first duly sworn, deposes and says:

That affiant is a citizen of the United States, over 18 years of age, a resident of San Diego County, and not a party to the within action ;

That Affiant's business address is 604 San Diego Trust & Savings Bldg., San Diego, California;

That affiant served the attached ANSWER OF NORMA J. GATES and JOHN ANDREW WENTWORTH TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT by placing a true copy thereof in envelopes addressed as follows:

          Honorable J. Lee Rankin
          Solicitor General
               and
          Mr. William H. Veeder, Special Assistant
             to the Attorney General
          DEPARTMENT OF JUSTICE
          WASHINGTON, D. C.

-1-

12637

```
            Mr. John M. Cranston
            Special Master
            1425 Bank of America Building
            San Diego, California
```

which envelopes were then sealed and postage fully prepaid thereon and thereafter on June 9, 1958, were deposited in the United States mail at San Diego, California; that there is delivery service by the United States mail at the places so addressed.

*Marion M Allen* (signature)

SUBSCRIBED AND SWORN TO BEFORE ME this 9th day of June, 1958.

*Elsie M. Bradford* (signature)

Notary Public in and for said County and State.

-2-

12638

No. 1247-SD-C

## AFFIDAVIT OF SERVICE BY MAIL (C. C. P. 1013a)
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO }
STATE OF CALIFORNIA } ss.

Fayette Willett ................being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's residence address is P. O. Box 103, Fallbrook, California

That affiant served the attached (Answer to Complaint and Supplementary and Amendatory Complaint, by defendant, Evelyn M. Fuller, the original and 3 true copies by placing thereof in an envelope addressed to .........

J. LEE RANKIN, Solicitor General,

at his office address, which is Room 332, 325 West F Street, San Diego, California

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on June 4, 195 8, deposited in the United States Mail at Fallbrook, California. That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me
June 4, 195 8    *Fayette Willett*

Notary Public in and for the County of San Diego, State of California
(SEAL)   My Commission expires Sept. 17, 1958

**AFFIDAVIT OF SERVICE BY MAIL**    Form 9A Co. Clk. 4-56 5M PP

12638A

