D. G. Veazey

Defendants in propria persona

Rt. 1, Box 421, Hemet, California



IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ) | ANSWER OF DEFENDANTS |
| v. | ) | D. G. Veazey |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | ) | |
| Defendants, | ) | |

    The defendants, D. G. Veazey each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 656.45 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

12605

1      On this land are 9 springs and 2 domestic wells.  I also
2 claim right to any or all percolating waters of any kind.  There are
3 200 acres which could be irrigated and I claim 4.12 Acre Feet per
4 acre to grow alfalfa and other irrigated crops.  200 acres are clear
5 of brush at the present time and I wish to drill a well in the near
6 future for agricultural purposes.  I also at some later date will
7 run 25 or 30 head of cattle on this property for which I will have
8 to have water.

18      WHEREFORE, these defendants pray that plaintiff take nothing
19 against them by reason of the Complaint and Supplementary and Amenda-
20 tory Complaint on file herein; that said Complaint be dismissed as
21 against these defendants; that defendants' right to water, as hereinabove
22 set forth, be quieted as against the plaintiff and against all other de-
23 fendants in this action; and for such other and further relief as the
    Court may deem proper.

                                                  *D. G. Veazey*

                                          Defendants in propria persona

32 Dated: June 6, 1958

12608

EXHIBIT A

Description of Property owned by D. G. Veazey:

Lots -- Nine, Ten, Eleven, Fifteen and Sixteen of Section twenty-three; the lots three, Five, Twelve and Thirteen of Section twenty-four; and lot Two of Section twenty-six in Township nine South of Range two east and the southeast quarter of the Northwest quarter and the Northwest quarter of the southeast quarter of section twenty-three in township nine South Range 3 east of the San Bernardino Meridian, California containing four hundred ninety-six Acres and forty five hundreth of an acre -- In San Diego County.

The above description is taken from Homestead Patent #1044617 issued to Norman E. Veazey by General Land Office March 6, 1931.

Also
Lots 1, 7, 8 and 10 in Section 26, Township 9 South, Range 2 East San Bernardino Meridian, San Diego County according to U.S. Govt. Survey approved Jan. 31, 1895 -- containing 160 acres more or less.

12607