FILED

JUN 10 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Albert F. Kuechel and Margaret M. Kuechel
Defendants in propria persona
833 Alexander Street
San Fernando, California.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )  CIVIL NO. 1247 - SD - C
          Plaintiff,  )  ANSWER OF DEFENDANTS
    v.  )  Albert F. Kuechel
FALLBROOK PUBLIC UTILITY  )
DISTRICT, ET AL,  )  Margaret M. Kuechel
          Defendants,  )

The defendants, Albert F. Kuechel & Margaret M. Kuechel
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 5 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED    INDEXED                                    12588

EXHIBIT "A"

Parcel 1:

Blocks 4 and 5 of Harris' Addition to West Fallbrook No. 1, in the County of San Diego, State of California, according to the Map thereof No. 574 filed in the Office of the Recorder of said San Diego County January 8, 1887.

Parcel 2:

All those portions of the unnamed Streets and alley shown on said Map No. 574 which would revert to the property described in Parcel 1 above by operation of law as said Streets and alley were closed to public use on September 17, 1921 by an order of the Board of Supervisors of said San Diego County, a certified Copy of which was recorded in the Office of the Recorder of said San Diego County in Book 751, page 227 of Deeds.

Parcel 3:

That portion of Block 6 of said Harris' Addition to West Fallbrook No. 1 together with that portion of the North Half to that certain unnamed Street adjoining Block 6 on the South as closed to public use September 17, 1921 by an order of the Board of Supervisors of said San Diego County, a certified copy of which was recorded in the Office of the Recorder of said San Diego County in Book 751, page 227 of Deeds, described as follows:

Commencing at the Northeast corner of said Block 6; thence North 89° 06' West along the Northerly line of said Block 6 a distance of 175.00 feet; thence South 0° 28' West parallel with the Easterly line of said Block 6 a distance of 321.99 feet to an intersection with a line drawn parallel with and distant 30 feet northerly measured at right angles from the Southerly line of said Block 6 being the true point of beginning; thence North 89° 26' 30" West along said parallel line 25.00 feet; thence South 0° 28' West 44 feet to a point which is 6.00 feet Northerly from the center line of said unnamed Street thence Westerly to a point on the Southerly prolongation of the West line of said Block 6 at a point which is 12 feet North from the center line of said unnamed Street; thence South 0° 46' West along said Southerly prolongation 12 feet to the center line of said unnamed Street; thence Easterly along said center line to its intersection with the Northerly prolongation of the Easterly line of Block 5 of said Harris Addition; thence Northerly along said prolongation to an intersection with a line bearing South 89° 26' 30" East from the true point of beginning; thence North 89° 26' 30" West along said line to the true point of beginning.

This 5 acres is planted to lemons (8 yrs. old) and 12 avocado trees. The defendants have been irrigating 5 acres from well on the property. The land is suitable to grow most any crops grown in the Fallbrook area with the exception of avocados. The defendants anticipate no other plantings. This acreage (near town) has possibilities for sub division. The defendants supplement the well water with district water in order to hasten irrigation as they are at present part-time residents of the area.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Albert F. Kuechel*

*Margaret M. Kuechel*

Defendants in propria persona

Dated: June 5, 1958.