```
MARY LOUISE KENNEY
c/o Earl Glen Whitehead
448 South Hill Street
Los Angeles 13, California
MUtual 6327
Defendant in Propria Persona
```



FILED

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br>　　　　　Defendants. | Civil No. 1247-SD-C<br><br>ANSWER OF DEFENDANT<br>MARY LOUISE KENNEY |

The defendant MARY LOUISE KENNEY, severing from her co-defendants and for herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admits, denies, and alleges:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

This answering defendant hereby incorporates by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights"), and makes each and all of said allegations a part of this Answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

This defendant owns fifteen acres of land in Riverside County, California, more particularly described in Exhibit A.

12584

Said land is flat and level, has rich soil and is suitable for growing all kinds of crops grown in the said area. Presently about five acres of the said land are covered by eucalyptus trees. Further, the said land is suitable for the raising of turkeys, chickens and other fowl. The said land is suitable for residential and for agricultural purposes.

Defendant claims the rights to percolating waters under the said property and the right to drill a well or wells thereon and use water therefrom on the said land for irrigation and for other purposes.

WHEREFORE, this defendant prays that plaintiff take nothing against her by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against this defendant; that defendant's right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Mary Louise Kenney*
Mary Louise Kenney
Defendant in Propria Persona

```
1  STATE OF CALIFORNIA    )
                          ) ss
2  COUNTY OF LOS ANGELES  )
3
4          MARY LOUISE KENNEY, being first duly sworn, says:
5  That she is one of the defendants in the above-entitled action;
   that she has read the foregoing Answer and knows the contents
6  thereof; that the same is true of her own knowledge, except as to
7  the matters which are therein stated on information and belief, and
8  as to those matters she believes it to be true.
```

                                          _Mary Louise Kenney_
                                          Mary Louise Kenney

Subscribed and sworn to before
me this 5th day of June, 1958.

_[signature]_
Notary Public in and for said
    County and State

-3-

12586

## EXHIBIT A

Description of approximately fifteen acres of land owned by defendant Mary Louise Kenney, said property being described as follows:

Real property situated in the County of Riverside, State of California, being

The Northwesterly rectangular 1/2 of Lot 13, Block K of Elsinore, as shown by map of Blocks K, L & M., Elsinore Book 4, Page 174 of Maps, San Diego County Records;

Excepting right of way 30 feet wide Northeasterly side of Union Street. The Southeasterly rectangular 1/2 of Lot 11, Block "K" of Elsinore as shown by map of Blocks K, L & M, Elsinore, Book 4, Page 174 of Maps, San Diego County Records; excepting 30 foot street purposes.

Said property containing approximately 20 acres, and excepting therefrom 5 acres conveyed by deed dated February 7, 1949, which 5 acres are described as

That portion of Lot 13 in Block "K" of Elsinore, as shown by Map of Blocks "K", "L" and "M" of Elsinore, on file in Book 4, Page 174 of Maps, in the Office of the County Recorder of the County of San Diego, State of California, particularly described as follows:

Beginning at the most Southerly corner of the Northwesterly rectangular half of said Lot 13, said point being on the Northeasterly line of Grand Avenue, as shown on said Map; thence Northwesterly along the Northeasterly line of Grand Avenue, 265 feet; thence Northeasterly parallel with the Southeasterly line of the Northwesterly rectangular half of said Lot, 821.9 feet; thence Southeasterly parallel with the Northeasterly line of Grand Avenue, 265 feet to a point on the Southeasterly line of the Northwesterly rectangular half of said Lot; thence Southwesterly along said Southeasterly line, 821.9 feet to the point of beginning.