

Scottie E. Houston and Marjorie T. Houston
Defendants in propria persona
P.O. Box 64
Murrieta, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )  CIVIL NO. 1247 - SD - C
         Plaintiff,  )  ANSWER OF DEFENDANTS
   v.  )  Scottie E. Houston and
FALLBROOK PUBLIC UTILITY  )    Marjorie T. Houston
DISTRICT, ET AL,  )
         Defendants,  )

The defendants, Scottie E. Houston and Marjorie T. Houston each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 22 Lots of land in Murrieta County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

12582

Said defendants' land is suitable for and used for the production of livestock, poultry and feed crops necessary for the sustenance of livestock and poultry. That water necessary for irrigation is pumped from underground sources. Water is also used for domestic purposes and a rental.

Defendants claim exclusive and sole right and ownership of all underground water, all water above ground, all water that falls on, or runs on from rainfall, and all water that can be contained on said land by means of reservoir or other means with respect to their said land.

Defendants believe that water rights to all water on defendants' land are guaranteed by the deed which the defendants received when said defendant purchased the land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Scottie E. Houston*

*Marjorie T. Houston*

Defendants in propria persona

Dated: June 3 1958

12583

EXHIBIT A   Description of Houston's land.

All of Block 11 and Lots 1,2,3,4,5, inclusive and Lots 16, 17, 18, 19, and 20 inclusive in Block 12, in Murrieta portion of Temecula Rancho, as shown by map on file in Book 13 page 601 Together with vacated portion of "D" Street, abandoned 8-4-1924 rep. 7633.

12583 A