FILED

Joseph H. Hayes + Lydia C. Hayes
 Defendants in propria persona
P. O. Box 117 - Fallbrook, California

JUN 10 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,       )      CIVIL NO. 1247 - SD - C
                                )
                 Plaintiff,     )      ANSWER OF DEFENDANTS
                                )    Joseph H Hayes   And
         v.                     )      Lydia C. Hayes
                                )
FALLBROOK PUBLIC UTILITY        )
DISTRICT, ET AL,                )
                                )
                 Defendants,    )

The defendants, Joseph H. Hayes And Lydia C. Hayes
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 60 acres of land in San Diego
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

COPY RECEIVED    INDEXED

12579

Affirmative Statement of Rights

This land at the base of Gavalin mountain, at from 640 to 780 ft elevation. The Santa Margarita River bed south about 1½ miles air line at 340 ft elevation. Due to the location and character of the surrounding terrain, we feel this land deserves the classification of "Local Water", haveing no connection with the waters of the Santa Margarita River.

Present use--Seven(7) acres of mature citrus and Avacodo trees. One (1) acre for garden and flowers. Two thousand (2,000) chickens and domestic use. Three wells; one which has been used since 1925. Sixty acres of land, all of which can be used for such crops as Avacodos, Citrus and vegetable field crops.

Defendents claim all the right of overlying land owners and to water which may originate on or may be found, on, or under, or which may cross there land.

Defendents claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendents hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendents claim all the above for all lands in which they have any financial interest whatsoever.

Joseph h. Hayes and
Lydia C. Hayes

Date. June 2, 1958

12580

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Joseph H. Hayes

Lydia C. Hayes

Defendants in propria persona

Dated: June 2, 1958

12 580 A

Exhibit "A"

Property description of Joseph H. Hayes and Lydia C. Hayes

Fallbrook, California. San Diego County.

The SW $\frac{1}{4}$ of the NW $\frac{1}{4}$ Section 5. The East $\frac{1}{2}$ of the SE $\frac{1}{4}$ of the NE $\frac{1}{4}$
of Section 6. T9. SR 3W. SBM.

12591