Defendants in propria persona *Eric N. Flother & Virginia E. Flother*
73 W. Camino Real, Arcadia Calif.

FILED
JUN 10 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
          Plaintiff, ) ANSWER OF DEFENDANTS
  v. ) *Eric N. Flother*
FALLBROOK PUBLIC UTILITY ) *Virginia E. Flother*
DISTRICT, ET AL, )
          Defendants, )

The defendants, *Eric N. Flother*
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
             AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

        AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own *13 1/2* acres of land in *San Diego* County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

12576

COPY RECEIVED
    INDEXED

1 We entend to drill a well at a later
2 date, to supply water for four (4)
3 houses, 1000 chicken, and 100 lemon trees;
4 therefor I claim forty (40) acre feet of
5 water per year.

   WHEREFORE, these defendants pray that plaintiff take
nothing against them by reason of the Complaint and Supplementary
and Amendatory Complaint on file herein; that said Complaint be
dismissed as against these defendants; that defendants' right to
water, as hereinabove set forth, be quieted as against the plain-
tiff and against all other defendants in this action; and for such
other and further relief as the Court may deem proper.

*Eric H. Flather*

Defendants in propria persona

Dated: 6-3-58

12577

The Northeast Quarter of the Southeast Quarter of Section 11, Township 9 South, Range 3 West

"Exhibit A"

12578