

1  THOMAS A. BEAMAN
2  Defendants in propria persona
   P.O. Box 9
3     Fallbrook, California

4

5              IN THE UNITED STATES DISTRICT COURT

6              SOUTHERN DISTRICT OF CALIFORNIA

7                       SOUTHERN DIVISION

8  UNITED STATES OF AMERICA      )   CIVIL NO. 1247 - SD - C
                                 )
9              Plaintiff,        )   ANSWER OF DEFENDANTS
                                 )   ANSWER TO COMPLAINT AND
10       v.                      )   SUPPLEMENTARY AND AMENDATORY
                                 )   COMPLAINT OF
11 FALLBROOK PUBLIC UTILITY      )   THOMAS A. BEAMAN
   DISTRICT, ET AL,              )
12             Defendants,       )

13       The defendants,  Thomas A. Beaman,

14 each severing from their co-defendants and each for himself or herself

15 alone, in answer to the Complaint and Supplementary and Amendatory Com-

16 plaint on file herein, admit, deny, and allege:

17            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                         AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
                    AFFIRMATIVE STATEMENT OF RIGHTS
26
         These defendants own  .67 acres of land in  San Diego
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30

31

32

COPY RECEIVED  INDEXED                                           12574

EXHIBIT A

THE NORTH HALF of Block 101 of West Fallbrook, according to the Map thereof No. 567 filed in the Office of the Recorder of said San Diego County, October 9, 1888.----------------------------------

12574A

Defendant owns 1/2 block ( .67 acre, more or less) on which is now one Residence, a Garden and Family Fruit trees. Water is now supplied by the Fallbrook Public Utility District. As this property is designed for business establishments, or additional residences, or even a Commercial Grove, defendant claims the right to use sufficient water to keep the abovementioned supplied in a satisfactory manner.

Defendants further claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries; whether from springs, streams or wells, etc., and to take water from their land, whether for domestic, industrial, business or irrigation purposes.

In addition to the claim and uses as herein made, the defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill and to dig wells, and to exercise water reclamation and conservation practices as now or may be known in the future.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings. Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Thomas A. Beaman*
Thomas A. Beaman

Defendants in propria persona
P.O. Box 9
Fallbrook, California

Dated: June 2, 1958.

12575