Elsie M. Wood

Harris R. Wood, deceased

**FILED**

Defendants in propria persona

JUN 10 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

480 South Dartmouth
Hemet, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )   CIVIL NO. 1247 - SD - C
                           )
            Plaintiff,     )   ANSWER OF DEFENDANTS
                           )   Elsie M. Wood
     v.                    )
                           )
FALLBROOK PUBLIC UTILITY   )
DISTRICT, ET AL,           )
                           )
            Defendants,    )

The defendants, Elsie M. Wood each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 120 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

12571

Approximately 30 acres can be put under cultivation and the balance is excellent grazing land.

Water is being pumped from a well for stock. Domestic water comes from springs.

The defendant claims all percolating and infiltrating water on this land and also claims the right to drill more wells and to develop this land for any beneficial agricultural or commercial purpose.

The defendant claims all reparian rights that can be developed on this acreage.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Clee M Wood*

Defendants in propria persona

Dated: June 5, 1958

12572

Exhibit A.

The West half of the Northwest quarter and the Northwest quarter of the Southwest quarter of Section 8, Township 8 South, Range 1 East, San Bernardino Base and Meridian

12573