1  Earl P. Jernigan and Dorothy Jernigan
   Defendants in propria persona
2  Star Rt. Box 70, Hemet, California

FILED
JUN 10 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Earl P. Jernigan |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | Dorothy Jernigan |
| Defendants, | |

The defendants, Earl P. Jernigan and Dorothy Jernigan each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 200 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED                                                12568

We claim the rights to 60 acres of percolating water, located on our land. We also claim the right to take water from three wells located on our land, by prescriptive rights, as these have been in use for more than five years. We wish to reserve the right to drill another well at a future date. We have 150 acres of tillable land, 80 acres of which is in permanent pasture. We earn our entire living from our land and need the water for domestic use, garden and the raising of 20,000 turkeys and 50 head of cattle. We would like and need more water to enable us to raise alfalfa.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Earl P. Jernigan*

*Dorothy Jernigan*
Defendants in propria persona

Dated: June 4, 1958

12569

"Exhibit A"

That portion of the South half of Section 4, Township 7 South, Range 1 East, San Bernardino Base and Meridian, by metes and bounds:

Beginning at the Southwest corner of said Section 4; thence North on the Westerly line of said Section, 1961 feet; thence North 89°33' East to the East line of said section; thence South on said East line to the Southeast corner of said section; thence West on the South line of said section to the point of beginning;

Excepting from the above described portion, the Southeast quarter of the Southeast quarter of said Section 4.

12570