1  LLOYD BEATTIE and ALMA BEATTIE

2  Defendants in propria persona

3  R. Route 2; Box 225,
   Fallbrook, California

**FILED**

JUN 10 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

4          IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                    SOUTHERN DIVISION

7

8  UNITED STATES OF AMERICA,        )    CIVIL NO. 1247 - SD - C
                                    )
9                 Plaintiff,        )    ANSWER OF DEFENDANTS
                                    )
10        v.                        )    ANSWER TO COMPLAINT AND
                                    )    SUPPLEMENTARY AND AMENDATORY
11 FALLBROOK PUBLIC UTILITY         )         COMPLAINT OF
   DISTRICT, ET AL,                 )       LLOYD BEATTIE AND
12                                  )         ALMA BEATTIE
                  Defendants,       )

13      The defendants,  Lloyd Beattie and Alma Beattie,

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17      ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT

18

19      These answering defendants hereby incorporate by reference

20 all of the allegations contained in the answer to said Complaint and

   Supplementary and Amendatory Complaint filed in this case by Newton

21 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

22 of the portion thereof entitled "Affirmative Statement of Rights")

23 and make each and all of said allegations a part of this answer

24 the same as if herein set forth at length.

25      AFFIRMATIVE STATEMENT OF RIGHTS

26      These defendants own 28 acres of land in  San Diego

27 County, California, and within the watershed of the Santa Margarita

28 River, more particularly described in the document attached hereto,

29 marked Exhibit A, which is hereby incorporated by reference as a

30 part of this statement.

31

32

COPY RECEIVED                          12565

EXHIBIT A

LEGAL DESCRIPTION:

PARCEL 1:

All of the West 660 Feet of the Northeast Quarter of the
Southwest quarter of Section 9, Township 9 South, Range
3 West, San Bernardino Meridian, in the County of San
Diego, State of California, according to United States
Government Survey approved April 21, 1890;
EXCEPTING therefrom the Northerly 480 feet.

PARCEL 2:

The South 990 feet of the Northeast quarter of the Southwest
Quarter of Section 9, Township 9 South, Range 3 West, San
Bernardino Meridian, in the County of San Diego, State of
California, according to United States Government Survey
approved April 21, 1890;
EXCEPTING therefrom the West 660 feet.

Reserving to the grantor however a life estate for the
rest of his natural life.

------------

12566

Defendants' 28 acres of land, (Exhibit A,) is riparian to Valecitos Creek which runs through it. Approximately 20 acres are suitable for orchard and other crops. At present only domestic water is being taken from Valecitos Creek, for the Home, Garden and Family Fruit trees. Defendants claim the right to use 80 acre-feet of water per year by drilling a well adjacent to Valecitos Creek, or on any other portion of said land. However, when the land is planted to a Commercial Grove or Orchard, defendants claim the right to use as much water as is required for the growth of the trees.

Defendants claim herein all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries, whether from springs, streams or wells, etc., and to take water from their land, whether for domestic, industrial, business or irrigation purposes.

In addition to the claim and uses as herein made, the defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill and to dig wells, and to exercise water reclamation and conservation practices as now or may be known in the future.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Lloyd Beattie*

Lloyd Beattie

*Alma Beattie*

Alma Beattie

Defendants in propria persona
R. Route 2; Box 225,
California

Dated: *May 28, 1958*

12567