1

2 Defendants in propria persona

*Baatz Bros Elmer & Randolph Baatz*
*Mrs Olive Shumate*
*Baatz Bros Box 303 Hemet*
*Mrs Shumates 441 Apricot Lane Hemet*

3

4

5          IN THE UNITED STATES DISTRICT COURT       **FILED**

6            SOUTHERN DISTRICT OF CALIFORNIA         JUN 10 1958

7                   SOUTHERN DIVISION                CLERK, U.S. DISTRICT COURT
                                                     SOUTHERN DISTRICT OF CALIFORNIA
8  UNITED STATES OF AMERICA     )   CIVIL NO. 1247 - SD   By *William M____*
                                )                              DEPUTY CLERK
9             Plaintiff,        )   ANSWER OF DEFENDANTS
                                )   *Elmer Baatz*
10        v.                    )   *Olive Shumate*
                                )
11 FALLBROOK PUBLIC UTILITY     )
   DISTRICT, ET AL,             )
12            Defendants,       )

13       The defendants,

14 each severing from their co-defendants and each for himself or herself

15 alone, in answer to the Complaint and Supplementary and Amendatory Com-

16 plaint on file herein, admit, deny, and allege:

17              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                           AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
                      AFFIRMATIVE STATEMENT OF RIGHTS
26
         These defendants own *1123* acres of land in *Riverside*
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30

31

32

                                                              12558

COPY RECEIVED  INDEXED

List of Property & Water Rights.
Canyon Ranch 40 acres can be irrigated
1 spring. There is percolating water. Would like to drill
well later if allowed to do so.
Gould place, 1 well for domestic purposes. 40 acres
could be irrigated if there was water available.
Dusenberry place 1 well irrigated 40 acres raised
potatoes grain & melons. 30 acres more could
be irrigated. Well pumped 5-0 inches.
Wilhelm & Crawford.
30 acres could be irrigated with sprinkle
system.
Vertrees 169.50 acres. 90 acres irrigated
with sprinkle system. 2 years had potatoes
in
Randolph's Home place. Good well pumped
50 inches, Had potatoes in 3 times, corn once, alfalfa
7 years, grain 20 years.
Elmer's place well for domestic use. Had potatoes
in twice. Could be irrigated if water was available
60 acres south of Homeplace could be irrigated
with sprinkle system. Had potatoes in 2 years
ago. Could grow vegetables if there was water.
320 acres Auld Ranch 4 wells, 120 acres was irrigated
in alfalfa. 30 more acres could be irrigated.
We would like to have it remain
as it is this property.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Baty Bros.*
*Elmer Baty*
*Randolph Baty*

_____

*Olive Shumate*
Defendants in propria persona

Dated: 6-6-58

12559

Page 1.

Exhibit A.

| | |
|---|---|
| E. Baatz<br>O. Shumate<br><br>20 acres<br>on<br>corner. | The east half (E ½) of the north east quarter (N.E ¼) of the south east quarter (S.E ¼) of section three (3) in Township six (6) south Range one (1) west San Bernardino Base + Meridian as shown by United States Government survey reserving there from a strip of land forty 40 feet wide on the north side for public roadway. |
| Gauld<br>place. | The north east quarter of the south east quarter (N.E ¼) of S.E ¼ the south east quarter of the north east quarter S.E ¼ of N.E ¼ and the east thirty 30 acres of the north east quarter of the north east quarter E. 30 acres of N.E ¼ of N.E ¼ all in section number ten (10) in Township number six (6) south of Range number one 1 west San Bernardino Base + Meridian containing one Hundred + ten acres (110) |
| South<br>of<br>Home place | Ten acres of land in Section 3 Township 6 south Range 1 west S. B. B. |
| Elmers<br>Home<br>place. | Fourteen + twelve one Hundredths 14.12 acres of land more or less off the west side of lot 5 section 3 Township 6 south Range 1. west S. B. B. + M. |

12560

Page 2.

Exhibit A. Continued.

E. Baety  
O. Shumate  
Part of Elmer Homeplace.

Ten (10) acres of land more or less off the east side of lot 5, Section 3 Township 6 south Range 1 west S.B. & M. 1/2 interest in the well and tank & main water pipes.

10 acres across from Home property

Ten (10) acres of land in section 3 Township 6 south Range 1. west S.B.B & M. commencing 40 rods east of the north west corner of the south west quarter of section 3. Township 6 south Range 1 west thence east 20 rods thence 80 rods thence west 20 rods thence north 80 rods to the point of beginning.

Canyon ranch

The north east quarter of section 14 Township 6 south Range 1 west S.B.B & M. as shown by United States government survey & plats on file in the office of the United States land office at Los Angeles California. 160 acres more or less.

Morris Brown 10 acres

Portion of the north half of the southeast quarter of section 3 Township 6 south Range 1. West San Bernardino Base & Meridian, described as follows:- Beginning 40 rods west of the north east corner of said north half of the south west quarter of section 3 thence south 80 rods thence west 20 rods thence north 80 rods thence east 20 rods to the point of beginning

12561

Page 3.

Exhibit A. continued

E. Baatz
W. Shumate
Defendants
(Wilhelm piece)

Northwest quarter (NW 1/4) of the northwest quarter of (NE 1/4) southeast quarter (SE 1/4) of section three (3) Township six (6) south Range one (1) west S.B.B. & M. All of the south east quarter of the south east one quarter of section three. Township six south Range one west San Bernardino Base & Meridian.

Dusenbery place.

All of the southeast quarter of the south east one quarter of section three Township six south Range one west San Bernardino Base & Meridian Also the south west quarter of section two (2) Township six south Range one (1) west San Bernardino Meridian containing one hundred & sixty acres more or less.

That portion of the north west quarter of the south west quarter of section three Township 6 south Range one west San Bernardino Base & Meridian beginning at a point on the north line of said north west corner thereof thence east 20 rods thence south 80 rods thence west 20 rods thence north 80 rods to the point of beginning Reserving a strip of land on the north side for public road 40 feet in width.

12562

Page 4.

Exhibit A. Continued.

E. Baatz
Olive Shumate

Lot three (3) of Vertrees and Walkers subdivision of the north east quarter of section three in Township six south Range one west San Bernardino Base & Meridian containing 20 acres more or less as per plat of said subdivision of record in the office of the County Recorder of San Diego County California.

Also lot one containing thirty three + six one hundredths 33.06 acres more or less and lot four (4) containing nineteen + nineteen one hundredths 19.19 acres as shown by a certain map entitled subdivision of the south one half of the north east quarter & fractional lots 1 & 2 of section three. Township six south Range one west S.B.M. said map being on file in the office of the county Recorder of San Diego county California in Book one Page 2 of Licensed survey also lot a and five (5) of Vertrees & Walkers subdivision of fractional north east quarter of section three township six south Range one west.

San Bernardino Meridian in the county of Riverside state of California according to the map thereof on file in Book 1 page 2 of Record surveys records of San Diego county California also the south west quarter of the north west quarter of section a Township 6 south Range 1 west San Bernardino Meridian containing 40 acres more or less.

12563

Exhibit A. continued.

| | |
|---|---|
| E. Baetz<br>O. Stumple | One half interest in that portion of the south east quarter of the south east quarter of the north west quarter of section 1, Township 7 south Range 2 west San Bernardino Base & Meridian more particularly described as follows. |
| 320 acres<br>in all. | Beginning at the south east corner of the north west quarter of said section thence north on the Easterly line of said north west quarter 10 rods, thence west parallel with the southerly line of said north west quarter 10 rods to the southerly line of said north west quarter thence east on the southerly line of said North west quarter, 10 rods to the point of beginning. |

Randolphs Home place Lot 3 South of RR San Jacinto
Vee Jo E+C north East Corner SE 403.90
S 130' m/L E to E+C to Beg. 1.6 ac.
Lot 3 Township 6 S 1 west
W — 20.10 ac of Lot 4   20.10 ac.
E 17.90 ac of Lot 4 E+C for Beginning
N.E. Corner west 400' m/L S3 141' East
375 feet north 330 feet m/L to Beginning
15.29 ac in Township 6 Lot 3 1 west.

12564