NEBLETT, WALKER & SULLIVAN
Attorneys at Law
3742 Tenth Street
Riverside, California
Telephone: OVerland 3-6842

Attorneys for Defendants C. E. Bunker and Mary F. Bunker.

FILED
JUN 10 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )   No. 1247-SD-C
                            )
     -vs-                   )
                            )   A N S W E R.
FALLBROOK PUBLIC UTILITY    )
DISTRICT, ET AL,            )
                            )
            Defendants.     )
_____)

Defendants C. E. BUNKER and MARY F. BUNKER, appearing for themselves and for no other defendant, answer the complaint and supplementary and amendatory complaint on file herein as follows:

I.

Allege that defendants own the interests indicated in that certain real property in the County of Riverside, State of California, more particularly described as follows:

Parcel 1:

    (Fee title)  Section 8, Township 7 South, Range 4
    East, S. B. B. & M.

Parcel 2:

    (Beneficial interest under Deed of Trust recorded
    July 16, 1957 in Book 2119 at page 61 of Official
    Records of Riverside County, California.)

12493

-1-

1      The North one-half of the North one-half of Section
2    17, Township 7 South, Range 4 East, S. B. B. & M.;
3    excepting therefrom that portion of the above
4    described property conveyed to Gerald V. Weber and
5    Helen J. Weber, husband and wife as joint tenants,
6    by C. E. Bunker and Mary F. Bunker, his wife, by
7    Grant Deed dated September 6, 1955 and recorded
8    September 12, 1955 in Book 1792 at page 72,
9    Official Records of Riverside County, California.
10     In addition to the ownership of the interests indicated
11 in the above described real property, defendants own and claim
12 certain rights and interests in and to the use of water and waters
13 in the Santa Margarita River and its tributaries, a natural stream
14 described and referred to in plaintiff's said complaint, which said
15 rights and interests are paramount and superior to any rights,
16 claims or interests of plaintiff in and to said waters and the use
17 thereof, as alleged in plaintiff's said complaint, or otherwise.
18                           II.
19     These defendants deny generally and specifically each
20 and every other material allegation, matter, statement or thing
21 set forth or alleged in said complaint not hereinbefore specifi-
22 cally admitted by them to be true.
23     WHEREFORE, defendants pray:
24     1.  That plaintiff take nothing by its said action; and
25     2.  That defendants' rights and interests in and to the
26 waters of Santa Margarita River and its tributaries be adjudged and
27 determined to be paramount and superior to those of plaintiff; and
28     3.  For their costs of suit necessarily incurred herein;
29 and   4.  For such other and further relief as to the court
30 seems just in the premises.

                      C. E. BUNKER and MARY F. BUNKER
31              By  NEBLETT, WALKER & SULLIVAN
32              By /s/ William H. Sullivan
                          Attorneys for Defendants.

12500

AFFIDAVIT OF MAILING

State of California,  } ss.  Case No. 1247-SD-C
County of Riverside, }       United States District Court

THE UNDERSIGNED, being duly sworn, says: that affiant is a citizen of the United States and a resident or employed in the County of Riverside, over the age of eighteen years and not a party to the cause herein, that affiant's residence or business address is _____3742 Tenth Street, Riverside_____, California. That on the __6th__ day of ____June____ 1958___, affiant served a copy of the attached paper, to-wit: _____Answer_____ by depositing said copy enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States postoffice mail box at the City of _____Riverside_____, California, addressed as follows:

J. Lee Rankin, Solicitor General
Room 332, 325 West "F" Street
San Diego, California

That there is either delivery service by United States mail at the place so addressed, or regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __6th__ day of ____June____, 19_58_.

_William H. Sullivan_
Notary Public in and for the County of Riverside, State of California

_Betty Prettyman_
Signature of Affiant

XXXXXXXXXXXXXXXXXXXXXXX

By _____, Deputy

AFFIDAVIT OF MAILING

FORM NO. 125

12501