WYCKOFF, PARKER, BOYLE & POPE
P. O. Box 960
Watsonville, California
Telephone: PArkway 4-4725

Attorneys for Defendant


FILED
JUN 10 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
      Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the State of
California, et al,

      Defendants.

No. 1247-SD-C

ANSWER OF DEFENDANT
MITCHELL MADESKO TO
PLAINTIFF'S COMPLAINT
AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

### Answer to Original Complaint

I

Said defendant has no information or belief upon the allegations contained in paragraphs I, II, III, IV, V, VI, VII, VIII and IX thereof, and placing his denial on that ground, denies each of said allegations.

### Answer to Supplement to Complaint
### Answer to First Count Thereof

I

Said defendant has no information or belief upon the allegations contained in said count, and placing his denial on that ground, denies each allegation contained therein.

1.

12502

INDEXED

Answer to Second Count Thereof

I

Said defendant has no information or belief upon the allegations contained in paragraphs I, II and III thereof, and placing his denial on that ground, denies each of said allegations.

Answer to Third Count Thereof

I

Said defendant has no information or belief upon the allegations contained in paragraphs I, II, III, IV and V thereof, and placing his denial on that ground, denies each of said allegations.

Answer to Fourth Count Thereof

I

Said defendant has no information or belief upon the allegations contained in paragraphs I, II, III, IV and V thereof, and placing his denial on that ground, denies each of said allegations.

Answer to Fifth Count Thereof

I

Said defendant has no information or belief upon the allegations contained in paragraphs I, II, III, IV, V, VI and VII thereof, and placing his denial on that ground, denies each of said allegations.

Answer to Sixth Count Thereof

I

Said defendant has no information or belief upon the allegations contained in paragraphs I, II, III, IV and V thereof, and placing his denial on that ground, denies each of said allegations.

#### Answer to Seventh Count Thereof

I

Said defendant has no information or belief upon the allegations contained in paragraphs I, II and III thereof, and placing his denial on that ground, denies each of said allegations.

#### Answer to Eighth Count Thereof

I

Said defendant has no information or belief upon the allegations contained in paragraphs I, II, III and IV thereof, and placing his denial on that ground, denies each of said allegations.

#### Answer to Ninth Count Thereof

I

Said defendant has no information or belief upon the allegations contained in paragraphs I, II, III and IV thereof, and placing his denial on that ground, denies each of said allegations.

#### Answer to Tenth Count Thereof

I

Said defendant has no information or belief upon the allegations contained in paragraphs I, II, III, IV and V thereof, and placing his denial on that ground, denies each of said allegations.

#### Answer to Eleventh Count Thereof

I

Said defendant has no information or belief upon the allegations contained in paragraphs I and II thereof, and placing his denial on that ground, denies each of said allegations.

### Answer to Twelfth Count Thereof

I

Said defendant has no information or belief upon the allegations contained in paragraphs I, II, III, IV, V, VI, VII, VIII and IX thereof, and placing his denial on that ground, denies each of said allegations.

### Answer to Thirteenth Count Thereof

I

Said defendant has no information or belief upon the allegations contained in paragraphs I, II, III, IV, V and VI thereof, and placing his denial on that ground, denies each of said allegations.

### Answer to Fourteenth Count Thereof

I

Said defendant has no information or belief upon the allegations contained in paragraphs I and II thereof, and placing his denial on that ground, denies each of said allegations.

### Answer to Fifteenth Count Thereof

I

Said defendant has no information or belief upon the allegations contained in paragraphs I, II, III, IV, V and VI thereof, and placing his denial on that ground, denies each of said allegations.

### Answer to Sixteenth Count Thereof

I

Said defendant has no information or belief upon the allegations contained in paragraphs I, II, III, IV and V thereof, and placing his denial on that ground, denies each of said allegations.

#### Answer to Seventeenth Count Thereof

I

Said defendant has no information or belief upon the allegations contained in paragraphs I, II, III, IV, V and VI thereof, and placing his denial on that ground, denies each of said allegations.

#### Answer to Eighteenth Count Thereof

I

Said defendant has no information or belief upon the allegations contained in paragraphs I, II, III, IV, V, VI, VII, VIII, IX, X and XI thereof, and placing his denial on that ground, denies each of said allegations.

#### Answer to Nineteenth Count Thereof

I

Said defendant has no information or belief upon the allegations contained in paragraphs I, II, III, IV and V thereof, and placing his denial on that ground, denies each of said allegations.

#### Answer to Twentieth Count Thereof

I

Said defendant has no information or belief upon the allegations contained in paragraphs I and II thereof, and placing his denial on that ground, denies each of said allegations.

#### Answer to Twenty-First Count Thereof

I

Said defendant has no information or belief upon the allegations contained in paragraphs I, II and III thereof, and placing his denial on that ground, denies each of said allegations.

5.

#### Answer to Twenty-Second Count Thereof

I

Said defendant has no information or belief upon the allegations contained in paragraphs I, II and III thereof, and placing his denial on that ground, denies each of said allegations.

#### Answer to Twenty-Third Count Thereof

I

Said defendant has no information or belief upon the allegations contained in paragraphs I, II and III thereof, and placing his denial on that ground, denies each of said allegations.

#### Answer to Twenty-Fourth Count Thereof

I

Said defendant has no information or belief upon the allegations contained in paragraphs I and II thereof, and placing his denial on that ground, denies each of said allegations.

#### Answer to Twenty-Fifth Count Thereof

I

Said defendant admits that he asserts claims to the use of water, adverse to any rights of plaintiff; except as so admitted, said defendant has no information or belief upon the allegations contained in paragraphs I and II of said count and placing his denial on that ground, denies each of said allegations.

II

Said defendant is the beneficiary named in that certain deed of trust dated December 6, 1957 and recorded on December 10, 1957 in Book 6864, page 78, Official Records of San Diego County, State of California, executed by Tido's Lodge, a California corporation and Attilio Donato and Adele Donato, trustors upon the following real property:

Situate in the County of San Diego, State of California, described as:

PARCEL 1: That portion of Lot 12 in Section 36, Township 9 South, Range 2 East, San Bernardino Base and Meridian, according to United States Government Survey approved January 31, 1895, described as follows:

Beginning at a point on the West line of said Lot 12, distant thereon South 0°12'54" West, 400.35 feet from the Northwest corner of said Lot 12; thence South 54°45'20" East, a distance of 291.50 feet to the beginning of a curve concave to the Northeast, having a total central angle of 13°50'30" and a radius of 1628.73 feet; thence Southeasterly along the arc of said curve a distance of 160.17 feet to the TRUE POINT OF BEGINNING; thence continuing along the arc of said curve a distance of 233.30 feet to the end thereof; thence South 68°35'50" East 227.14 feet; thence North 21°24'10" East, 75.00 feet; thence North 68°35'50" West, 37.11 feet; thence North 21°24'10" East, 390.82 feet; thence North 32°30'50" West, 89.15 feet; thence North 16°00'55" East, 231.28 feet more or less to a point in the North line of said Lot 12; thence along said North line North 84°13'25" West, 581.88 feet more or less, to a point which is distant South 84°13'25" East, 375.87 feet from the Northwest corner of said Lot 12; thence along the straight line connecting said point with the TRUE POINT OF BEGINNING, South 0°12'54" West, 371.73 feet more or less, to the Northeasterly line of that parcel of land described in deed to Ottilio Donato, recorded December 26, 1956 in Book 6394, page 420 as Document No. 182212 of Official Records; thence along said Northeasterly line, South 58°40'18" East 120.39 feet to the most Easterly corner of said land; thence along the Southeasterly line of said land, South 29°36'36" West, 210.00 feet to the TRUE POINT OF BEGINNING.

PARCEL 2: That portion of Lot 5 in Section 36, Township 9 South, Range 2 East, San Bernardino Base and Meridian, according to United States Government Survey approved January 31, 1895, described as follows:

Beginning at a point on the South line of said Lot 5, distant thereon South 84°13'25" East, 375.87 feet from the Southwest corner of said Lot 5; thence North 9°12'54" East, a distance of 930.00 feet; thence South 84°13'25" East, a distance of 581.88 feet; thence South 0°12'54" West a distance of 930.00 feet to the South line of said Lot 5; thence North 84°13'25" West along the South line of said Lot 5 a distance of 581.88 feet to the POINT OF BEGINNING.

EXCEPTING from said Lot 5, all coal and other minerals in said land, as RESERVED by Patent, recorded May 27, 1940, in Book 1025, page 424 of Official Records.

Said defendant's rights in the water described in plaintiff's complaint are an incident of defendant's interest in the real property above described.

WHEREFORE, defendant Mitchell Madesko prays that plaintiff take nothing by its complaint and supplementary and amendatory complaint, that he recover his costs and such other relief as the court may deem proper.

WYCKOFF, PARKER, BOYLE & POPE

By _____

Attorneys for Defendant

7.

12508

STATE OF CALIFORNIA  )
                     ) ss
County of Santa Cruz )

     MITCHELL MADESKO, being sworn, says: That he is the answering defendant in the above entitled action; that he has read the foregoing document, and knows the contents thereof; that the same is true of his own knowledge, except as to the matters which are therein stated on his information or belief and as to those matters that he believes it to be true.

                                        *Mitchell Madesko*

Subscribed and sworn to before me on June 6th, 1958.

*Thelma Kirkland*
Notary Public in and for said County and State.

12509

8.

STATE OF CALIFORNIA )
) ss.   AFFIDAVIT OF SERVICE BY MAIL
County of Santa Cruz )       (C. C. P. Sec. 1013a)

I, the undersigned, being sworn, say:

I am a citizen of the United States, over 18 years of age, a resident of the County where the herein described mailing took place, and not a party to the within action.

My business address is P. C. Box 960, Watsonville, California.

On behalf of WYCKOFF, PARKER, BOYLE & FOPE, I served the attached document by placing a copy thereof in each of separate envelopes addressed separately as follows:

> J. Lee Rankin, Solicitor General
> Room 332
> 325 West "F" Street
> San Diego, California

which envelopes were then sealed and postage fully prepaid thereon, and thereafter were on the date this affidavit was subscribed and sworn to, shown below, deposited in the United States mail at Watsonville, Santa Cruz County, California.

*Mary L. George*

Subscribed and sworn to before me on June 9, 1958    195__.

*Thelma Kirkland*
Notary Public in and for said County and State
(SEAL)

12510