Edwin E. Malmberg and Margaret L. Malmberg
Defendants in propria persona
1883 So. Olive
Santa Ana, California

FILED

JUN 10 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By:_____ Deputy

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, ) CIVIL NO. 1247- SD - C
    v. ) ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY ) Edwin E. Malmberg and
DISTRICT, ET AL, ) Margaret L. Malmberg
        Defendants. )

The defendants, Edwin E. Malmberg and Margaret L. Malmberg each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2.05 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

12517

That portion of the East Half of the Northwest Quarter of the Southeast Quarter of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows:

Beginning at a point in the South line of said Northwest Quarter of Southeast Quarter, distant thereon North 89°30'10" East 171.53 feet from the Southwest corner of said East Half of Northwest Quarter of Southeast Quarter; thence along said South line of Northwest Quarter of Southeast Quarter, North 89°30'10" East 108.50 feet to the Southeast corner of the parcel of land conveyed to Thomas A. Atkisson, et ux, by deed recorded December 27, 1949 in Book 3433, page 190 of Official Records; thence along the boundary of said Atkisson's land as follows: North 00°15'20" West parallel with the West line of said East Half of Northwest Quarter of Southeast Quarter 138.81 feet; thence parallel with the South line of said Northwest Quarter of Southeast Quarter, North 89°30'10" East 23.44 feet; thence parallel with said West line of the East Half of Northwest Quarter of Southeast Quarter, North 00°15'20" West 348.50 feet; thence parallel with said South line of said Northwest Quarter of Southeast Quarter, North 89°30'10" East 24.06 feet; thence parallel with said West line, North 00°15'20" West 179.99 feet to the North line of the Southeast Quarter of said Northwest Quarter of Southeast Quarter; thence leaving the boundary of said Atkisson's land and along said North line, South 89°27'45" West 156.00 feet to a line which bears North 00°15'20" West from the point of beginning; thence South 00°15'20" East 667.20 feet to the point of beginning.

12517A

1  This land has approximately 2 acres of avocados and citrus.
2  Defendants at present use Fallbrook Public Utility District water to
   irrigate the 2 acres of avocados and citrus. Defendant uses
3  approximately 150,000 gals of water per month.

4  Defendants claim all the right of overlying land owners and to
5  water which may originate in or may be found, on, or under, or which
   may cross their land.

6  Defendants claim the right to dig or drill wells and exercise
7  water reclamation and conservation practices as are now or may be known.

8  Defendants hereby incorporate, the same as though set forth
   herein in full, all the Affirmative Defenses of the Fallbrook Public
9  Utility District on file in these proceedings.

10 Defendants claim all the above for all lands in which they have
   any financial interest whatsoever.

18       WHEREFORE, these defendants pray that plaintiff take

19 nothing against them by reason of the Complaint and Supplementary

20 and Amendatory Complaint on file herein; that said Complaint be

21 dismissed as against these defendants; that defendants' right to

22 water, as hereinabove set forth, be quieted as against the plain-

23 tiff and against all other defendants in this action; and for such

24 other and further relief as the Court may deem proper.

*Edwin E. Malmberg*

*Margaret L. Malmberg*

Defendants in propria persona

Dated: June 5, 1958

12518