NEBLETT, WALKER & SULLIVAN
Attorneys at Law
3742 Tenth Street
Riverside, California
Telephone OVerland 3-6842

Attorneys for Defendants Gerald V.
  Weber and Helen J. Weber

**FILED**

JUN 10 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT<br>et al.,<br>　　　　Defendants. | No. 1247-SD-C<br><br>A N S W E R |

　　　　Defendants, GERALD V. WEBER and HELEN J. WEBER, appearing for themselves and for no other defendant, answer the Complaint and Supplementary and Amendatory Complaint on file herein as follows:

I

　　　　Allege that they now are, and for many years have been, husband and wife, respectively, each to the other.

II

　　　　Allege that they, prior to April 9th, 1958, were the owners of certain real property in the County of Riverside, State of California, more particularly described as follows:

> PARCEL 1: The North one-half of the North one-half of Section 17, Township 7 South, Range 4 East, San Bernardino Base and Meridian;
>
> EXCEPTING that portion beginning at the intersection of the South line of the North half of the Northeast quarter of said Section 17, with the Southwest line of the right of way for the Palms to Pines Highway, 80 feet in width, as

-1-

conveyed to the County of Riverside by Deed recorded June 2, 1931 in Book 2 page 371 of Official Records, Riverside County Records; thence South 89° 57' West, along the South line of the North half of the Northeast quarter of said Section to the Southeast corner of that certain parcel of land conveyed to the County of Riverside by Deed filed for record April 1, 1952 as Instrument No. 13897; thence Northeasterly on a curve concave to the Northwest with a radius of 1772.62 feet and a central angle of 8° 27' 49", an arc distance of 261.85 feet, the radial line at the beginning of said curve bearing North 36° 4' 42" West; thence North 87° 32' 18" East, 101.97 feet to a point on the Southwest line of the right of way for the Palms to Pines Highway as conveyed to the County of Riverside by the Deed hereinabove referred to; the last two courses and distances following along the Southeasterly line of the parcel conveyed to the County of Riverside by Deed filed for record April 1, 1952 as Instrument No. 13897; thence Southeasterly along the Southwesterly line of said Palms to Pines Highway to the point of beginning; ALSO EXCEPTING all County and/or public roads.

**PARCEL 2:** That portion of North Half of Northeast Quarter of Section 17, Township 7 South, Range 4 East, San Bernardino Base and Meridian, as shown by United States Government Survey, particularly described as follows:

Beginning at the intersection of the South line of North Half of Northeast Quarter of said Section 17, with the Southwest line of the Right of Way for the Palms to Pines Highway, 80 feet in width, as conveyed to the County of Riverside by deed recorded June 2, 1931 in Book 2 page 371 of Official Records of said Riverside County;

Thence South 89° 57' West along the South line of North Half of Northeast Quarter of said Section to the Southeast corner of that certain parcel of land conveyed to the County of Riverside by deed filed for record April 1, 1952 as Instrument No. 13897 in the office of the County Recorder of said Riverside County;

Thence Northeasterly on a curve concave to the Northwest with a radius of 1772.62 feet and a central angle of 8° 27' 49", an arc distance of 261.85 feet, the radial line at the beginning of said curve bearing North 36° 4' 42" West;

Thence North 87° 32' 18" East, 101.97 feet to a point on the Southwest line of the Right of Way for the Palms to Pines Highway as conveyed to the County of Riverside by the deed hereinabove referred to; the last 2 courses and distances following along the Southeasterly line of the parcel conveyed to the County of Riverside by deed filed for record April 1, 1952 as Instrument No. 13897 in the office of the County Recorder of said Riverside County;

Thence Southeasterly along the Southwesterly line of said Palms to Pines Highway to the Point of Beginning.

1    And in addition to the above described real property,
2 owned and claimed certain rights and interests in and to the
3 use of water and waters in the Santa Margarita River and its
4 tributaries, a natural stream described and referred to in
5 plaintiff's said Complaint, which said rights and interests
6 were paramount and superior to any rights, claims or interests
7 of plaintiff in and to said waters and the use thereof, as
8 alleged in plaintiff's said complaint, or otherwise.

                            III

10    On or about April 9th, 1958, these defendants con-
11 veyed to Chester B. Jolley and Gertrude E. Jolley, husband
12 and wife as joint tenants, an undivided one-fourth interest
13 in and to a portion of Parcel 1 described above, to wit:

> That portion of the North one-half (N½) of the
> North one-half (N½) of Section 17, Township 7
> South, Range 4 East, S. B. B. & M., lying
> Easterly of the Easterly boundary of the Pines
> to Palms Highway, said boundary being described
> in that certain Deed to the County of Riverside,
> recorded June 2nd, 1931, in Book 2, Page 371 of
> Official Records of Riverside County.

19 Said conveyance carried with it the rights and interests in
20 and to the use of water and waters set forth in paragraph II
21 above, as said rights and interests appertain to the land
22 conveyed.

                            IV

24    On or about April 25th, 1958, defendants, as to
25 their remaining three-fourths interest and the said Chester
26 B. Jolley and Gertrude E. Jolley, as to their said one-fourth
27 interest, conveyed to Paradise Valley, Inc., a corporation,
28 the following described real property in the County of River-
29 side, State of California:

> That portion of the North one-half (N½) of the
> North one-half (N½) of Section 17, Township 7
> South, Range 4 East, S. B. B. & M., lying
> Easterly of the Easterly boundary of the Pines
> to Palms Highway, said boundary being described

-3-

12513

in that certain Deed to the County of Riverside,
                recorded June 2nd, 1931, in Book 2, Page 371 of
                Official Records of Riverside County.

Defendants and said Chester B. Jolley and Gertrude E. Jolley received back on May 1, 1958 from Paradise Valley, Inc., a corporation, the beneficial interest under a Deed of Trust on said property, which Deed of Trust was recorded on May 2nd, 1958, in Book 2265 at Page 155, Records of Riverside County, California.

V

As to the portion of Parcel 1 described in paragraph IV above, defendants claim and assert the rights and interests in and to the use of water and waters set forth in paragraph II above by way of protection of their security interest in said land.

VI

As to that portion of Parcel 1 still remaining in the names of defendants, and as to Parcel 2 in its entirety, defendants own and claim certain rights and interests in and to the use of water and waters in the Santa Margarita River and its tributaries, which said rights and interests are paramount and superior to any rights, claims, or interest of plaintiff in and to said waters and the use thereof.

VII

These answering defendants deny generally and specifically each and every other material allegation, matter, statement or thing set forth or alleged in said Complaint and Supplementary and Amendatory Complaint not hereinbefore specifically admitted by them to be true.

WHEREFORE, defendants pray:

1. That plaintiff take nothing by its said action.

2. That defendants' rights and interests in and to the waters of the Santa Margarita River and its tributaries be

-4-

12514

adjudged and determined to be paramount and superior to those of plaintiff.

3. For their costs of suit necessarily incurred herein.

4. For such other and further relief as to the court seems just in the premises.

GERALD V. WEBER & HELEN J. WEBER

by

NEBLETT, WALKER & SULLIVAN

By: *William H. Sullivan*
WILLIAM H. SULLIVAN
Attorneys for Defendants

AFFIDAVIT OF MAILING

State of California,  } ss.
County of Riverside,

Case No. 1247-SD-C
United States District Court

THE UNDERSIGNED, being duly sworn, says: that affiant is a citizen of the United States and a resident or employed in the County of Riverside, over the age of eighteen years and not a party to the cause herein, that affiant's residence or business address is _____3742 Tenth Street, Riverside_____, California.

That on the __6th__ day of __June__ 19__58__, affiant served a copy of the attached paper, to-wit: _____Answer_____

by depositing said copy enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States postoffice mail box at the City of _____Riverside_____, California, addressed as follows:

J. LEE Rankin, Solicitor General
Room 332, 325 West "F" Street
San Diego, California

That there is either delivery service by United States mail at the place so addressed, or regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __6th__ day of __June__, 19__58__.

_____William H. Sullivan_____
Notary Public in and for the County of Riverside, State of California

_____Betty Prettyman_____
Signature of Affiant

G. A. PEQUEGNAT, County Clerk

By _____, Deputy

AFFIDAVIT OF MAILING

FORM NO. 125

12516