Edwin Pressey and Margaret L. Pressey
Defendants in propria persona
805 Maryland Dr, Vista, California

F I L E D

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JUN 10 1958

SOUTHERN DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

                    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

Edwin Pressey
Margaret L. Pressey

The defendants Edwin Pressey & Margaret L. Pressey
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT

          These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

          AFFIRMATIVE STATEMENT OF RIGHTS

          These defendants own 1 2+ acres of land in Riverside
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

COPY RECEIVED            EXWY                    12522

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

25
26
27
28
29
30
31
32

*Edwin Pressey*

*Margaret L. Pressey*

Defendants in propria persona

12524

Dated: *June 5, 1958*

Defendants have used water from a spring on adjoining land for domestic use. The site for another house has been dozed. A portion of the land is tillable, and the balance can be used for raising turkeys, chicken and fowl. The ultimate use will probably be for a motel and restaurant because of the long Highway frontage. Defendants claim riparian right to use of water from creek on property. Defendants claim right to develop and use water from springs and wells. Defendants have established appropriative and prescriptive rights to spring water from adjoining land through fifteen years of use. Defendants claim right to develop and use water on the land to the extent of four acre feet per acre or forty-eight acre feet per year.

12523

In the County of Riverside, State of California:

That portion of Government Lot 10 in the Southeast quarter of Section
35, Township 8 South, Range 1 East, San Bernardino Base and Meridian,
as shown by the United States Government Survey, lying Northerly of the
Northerly line of the State Highway, which is also known as the Temecula-
Aguanga Highway, as said highway is shown on Record of Survey on file

in book 10 page 34 of Records of survey, Riverside County Records.

Exhibit A

12524A

