Albert D Boosing
Mrs Petrona D. Boosing
Defendants in propria persona

Route 2 Box 229B Fallbrook

FILED

JUN 10 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

      Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS

Albert D Boosing
Mrs Petrona D Boosing

The defendants, Albert D Boosing Mrs Petrona D Boosing, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own .80 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED  INDEXED

12519

1    Our entire land is 80/100 acre-improvements are one house
2    (our home) 35 fruit and nut trees, grape & berry vines, a
3    vegetable garden, ornamental planting of trees, shrubs and
4    flowers.
5    I believe that I will need 3 acre feet of water to serve
6    our family and orchard.
7    This water is furnished by The Fallbrook Public Utility Dist.

8    ***********************************************

9    Defendants claim all rights of overlying land owners and to
10   water which may originate in or may be found on, or under, or
     which may cross their land.
11   Defendants claim the rights to dig or drill wells or exercise
     water reclaimation and conservation practices as are now or
     may be known,

13   Defendants hereby incorporate, the same as though set forth
     herein in full. all the Affirmative Defence of the Fallbrook P
     Public Utility District on file in these proceedings.

15   Defendants claim all the above for all the lands in which
     they have any financial interest whatsoever.

18   WHEREFORE, these defendants pray that plaintiff take
19   nothing against them by reason of the Complaint and Supplementary
20   and Amendatory Complaint on file herein; that said Complaint be
21   dismissed as against these defendants; that defendants' right to
22   water, as hereinabove set forth, be quieted as against the plain-
23   tiff and against all other defendants in this action; and for such
24   other and further relief as the Court may deem proper.

*Albert T. Boozer*
*Mrs Velma D Boozer*
Defendants in propria persona

Dated:
June 2 1958

12520

ALBERT D. BOOSING
ROUTE 2, BOX 229 B
FALLBROOK, CALIFORNIA

Exhibit A.

0.80 acres.

A portion of the North East ¼ ¼ of the South West ¼ of Section 16, T.9.S.R. 3 West, S.B.M. in the county of San Diego.

12521