FILED

JUN 10 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

1  Harold A. Smith - Marian R. Smith
2  Defendants in propria persona
   General Delivery, Wildomar, California

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
              Plaintiff,         )   ANSWER OF DEFENDANTS
      vs.                        )
FALLBROOK PUBLIC UTILITY         )   Harold A. Smith
DISTRICT, ET AL,                 )   Marian R. Smith
              Defendants,        )

The Defendants, Harold A. Smith - Marian R. Smith each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by _____ (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 40 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

12525

EXHIBIT A

NW ¼ of NW ¼ of Section 36 and 65 Range 4 W San Bernardino Base and Meridon. Deed recorded Book 217 page 88 Records Riverside County, California.

EXHIBIT B

We are claiming all water under our property which came with the purchase. Based on previous records and as an inherited right.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Harold A. Smith*

*Marson R. Smith*

Defendants in propria persona

Dated: 5/30/58

12526