FILED

JUN 10 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
      DEPUTY CLERK

1  Harvard E. Adams and Mary J. Adams
   **Defendants in propria persona**
   Route 1, Box 167
2  Romoland, California

3

4              IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                     SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,        )
8                                   )    CIVIL NO. 1247- SD - C
                Plaintiff,          )
9                                   )    ANSWER OF DEFENDANTS
        v.                          )
10                                  )
   FALLBROOK PUBLIC UTILITY         )    Harvard E. Adams and Mary J. Adams
11 DISTRICT, ET AL,                 )
                                    )
12              Defendants.         )

13      The defendants, Harvard E. Adams and Mary J. Adams

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25

26              AFFIRMATIVE STATEMENT OF RIGHTS

27      These defendants own    20   acres of land in

28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.

32  COPY RECEIVED                                12527

                                              INDEXED

This property was purchased by the defendants, in fee simple, for the expressed purpose of establishing a chicken ranch. The immediate goal was set at 10,000 layers, being the maximum for a one-man operation. Further expansion up to 100,000 layers is contemplated after the first goal is reached, predicated upon the availability of sufficient water, as each 100 hens will consume approximately 6 gallons of water a day. Extra help, plus housing, will be required and additional wells will have to be dug as the expansion of the chicken ranch progresses.

The entire acreage is tillable. With irrigation, the necessary ground cover, crops, and shade trees can be grown.

Defendants claim the right to use twenty (20) acre feet of water for irrigation and domestic purposes and 2,190,000 gallons of water a year for 100,000 hens from the Santa Margarita River Watershed.

Defendants further claim prescriptive rights for the reasonable and beneficial use of any and all water underlying their property which is situated on a percolating water stream believed to be inherently foreign and non-contributory to the Santa Margarita River Watershed.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Harvard E. Adams

Mary J. Adams
Defendants in propria persona

Dated: 6 June 1958

12528

TITLE

to the property owned by HARVARD E. ADAMS and MARY J. ADAMS, husband and wife, as joint tenants:

In the County of Riverside, State of California:

The Southerly 20 acres of the following described property:

The Northwest quarter of the Northwest quarter and the West half of the Northeast quarter of the Northwest quarter of Section 26, Township 6 South, Range 3 West, San Bernardino Base and Meridian, as shown by United States Government Survey approved August 25, 1880;

EXCEPTING from said 20 acres that portion lying Westerly of the following described line: Beginning at a point on the South line of the Northwest quarter of the Northwest quarter of said Section 26, South 88° 58' 07" East 117.30 feet from the Southwest corner thereof; thence North 01° 12' 30" East 441.30 feet, more or less, to the Northerly line of said 20 acres.

EXHIBIT A

12529