

FILED

JUN 10 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ................
   Deputy Clerk

1  John Biazo and Junnettie Ruth Biazo
   Defendants in propria persona
2  P.O. Box 913
   Murrieta, California
3
4          IN THE UNITED STATES DISTRICT COURT
5            SOUTHERN DISTRICT OF CALIFORNIA
6                  SOUTHERN DIVISION
7
8  UNITED STATES OF AMERICA,        )
                                    )   CIVIL NO. 1247- SD - C
            Plaintiff,              )
9                                   )   ANSWER OF DEFENDANTS
      v.                            )
10                                  )   John Biazo and Junnettie Ruth Biazo
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )
                                    )
12          Defendants.             )

13         The defendants, John Biazo and Junnettie Ruth Biazo
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                   AMENDATORY COMPLAINT
18
           These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
26              AFFIRMATIVE STATEMENT OF RIGHTS
                                      lot
27         These defendants own    1  acres of land in Riverside
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32 COPY RECEIVED                                           12530

INDEXED

On our property there is a house, garage, storage building, fruit trees, vegetable garden, flowers and lawn. That water necessary for the house, and garden is pumped from an underground well on our property.

These defendants allege:
   Said defendants' land was a part of the Temecula Rancho Land Grant, which carried with it full and complete rights to all minerals and water from the Mexican Government.
   By the Treaty of Guadalupe Hildalgo in 1848, these rights to minerals and water were given absolutely and forever to the owners and their successors in interest to said land grant, or any part thereof, including the said land owned by these defendants.
   Said Treaty of Guadalupe Hidalgo operated as a confirmation in praesenti of all perfect titles to lands in California held under Mexican Grants.
   The plaintiff, United States of America, is in legal duty bound to carry into effect the stipulations contained in said treaty and therefore has no claim or right to any water or minerals rights in, on, or under these defendants' said land.
   Defendants claim exclusive and sole right and ownership of all underground water, all water above ground, all water that falls on, or runs on from rainfall.
   The water rights to all water on defendants' land are guaranteed by the deed which the defendants received when said defendants purchased the land.

         WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*John Biazo*
*Jennettie Ruth Biazo*
         Defendants in propria persona

Dated: 6/6/58

12531

EXHIBIT A   DESCRIPTION OF DIAZO'S LAND

That portion of Lot 12 as shown by map of the Murrieta portion of the Temecula Land and Water Company on file in Book 8 page 359 of Maps, San Diego County Records, described as follows: Commencing at the intersection of the center lines of Ivy Street and Washington Avenue; thence Northwesterly, on the center line of Washington Avenue, 274 feet; thence Northeasterly, parallel with the Northwesterly line of Ivy Street, 40 feet, to a point on the Northeasterly line of Washington Avenue, said point being the most Westerly corner of that certain parcel of land conveyed to Josephine Dilts by Deed recorded September 29, 1927 in Book 734 page 295 of Deeds, Riverside County Records, and the true point of beginning; thence Northwesterly, on said Northeasterly line of Washington Avenue, 46 feet, to the Southwesterly corner of that certain parcel of land conveyed of W.J. Southard by Deed recorded October 19, 1903 in Book 166 page 68 of Deeds, Riverside County Records; thence Northeasterly, on the Northwesterly line of said parcel of land so conveyed, 150 feet; thence Southeasterly parallel with Washington Avenue, 46 feet, to the Northwesterly line of said property conveyed to Josephine Dilts; thence Southwesterly, on the Northwesterly line of said property conveyed to Josephine Dilts, 150 feet, to the true point of beginning.