F I L E D

JUN 10 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

Joseph D. Conley and Lena May Conley
**Defendants in propria persona**
Box 101 Wildomar, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )  CIVIL NO. 1247 - SD - C
            Plaintiff, ) ANSWER OF DEFENDANTS
    vs. ) Joseph D. Conley
FALLBROOK PUBLIC UTILITY ) and
DISTRICT, ET AL, ) Lena May Conley
            Defendants, )

The defendants,   Joseph D. Conley and Lena May Conley
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 7.67 acres of land in Riverside
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

12533

COPY RECEIVED   INDEXED

Defendants claim all the right of overlying land owners and to water which may originate in or may be found, on, or under, or which may cross their land.

Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendants claim the right to springs and other sources of water guaranteed by grant to said property.  Said grant guaranteed by Guadaluppe Hildallgo Treaty.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Joseph D Conley*

*Lena Mary Conley*

**Defendants in propria persona**

Dated: June 7, 1958

12534

"Exhibit A"

In the County of Riverside, State of California:

Lot 34 in Block "K" of Elsinore, as shown by map of Blocks

"K", "L" and "M" on file in Book 4, Page 174 of Maps, in the

Office of the County Recorder of the County of San Diego,

State of California.

12535