FILED
JUN 10 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William W. Wiley
     Deputy Clerk

W. W. DRIGGS and IDA L. DRIGGS; also MILTON R. GORE
(Sellers)                                  (Buyer)

1  Defendants in propria persona
2     313 E. View Street
       Fallbrook, California          (Note: Property still in Escrow)
3
4              IN THE UNITED STATES DISTRICT COURT
5                SOUTHERN DISTRICT OF CALIFORNIA
6                      SOUTHERN DIVISION
7
8  UNITED STATES OF AMERICA,       )
                                    )   CIVIL NO. 1247- SD - C
9           Plaintiff,              )
                                    )   ANSWER OF DEFENDANTS
   v.                               )   ANSWER TO COMPLAINT AND
10                                  )   SUPPLEMENTARY AND AMENDATORY
   FALLBROOK PUBLIC UTILITY         )   COMPLAINT OF
11 DISTRICT, ET AL,                 )   W. W. DRIGGS and IDA L. DRIGGS, also
                                    )             MILTON R. GORE
12          Defendants.             )

13         The defendants, W. W. Driggs and Ida L. Driggs (Sellers) also
                           Milton R. Gore (Buyer)
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:
17              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                           AMENDATORY COMPLAINT
18
           These answering defendants hereby incorporate by reference
19
    all of the allegations contained in the answer to said Complaint and
20
    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25
26                   AFFIRMATIVE STATEMENT OF RIGHTS
27         These defendants own 1 Lot         of land in San Diego
28  County, California, and within the watershed of the Santa Margarita
29  River, more particularly described in the document attached hereto,
30  marked Exhibit A, which is hereby incorporated by reference as a
31  part of this statement.
32
INDEXED
COPY RECEIVED                                           12536

EXHIBIT A

That portion of Cheatham's Addition to West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 784, filed in the office of the County Recorder of said San Diego County, May 11, 1894, described as follows:

Beginning at the intersection of the North line of Peach Street with the West line of the unnamed street (now Short Street) lying West of Lots 6 to 10, inclusive, in Block 52 of Cheatham's Addition; thence Northerly along the West line of said Short Street 139.91 feet; thence Westerly parallel with the North line of said Peach Street 61.00 feet to the Southwesterly corner of land conveyed to Marie Holland, a married woman, by deed recorded August 21, 1956, in Book 6227, page 424 of Official Records and the true point of beginning; thence continuing Westerly along said parallel line 94.73 feet to the East line of the land conveyed to Charles C. Leuschner, a single man, by deed recorded September 23, 1947, in Nook 2490, page 343 of Official Records; thence Northerly along said East line to the South line of View Street; thence Easterly along said South line of View Street 94.73 feet to the Northwesterly corner of said Holland's land; thence Southerly along the Westerly line of said Holland's land to the true point of beginning.------------------------------------------

12537

Defendants own one Lot on which is a Home, Garden and Family Fruit trees. They are now buying their water from the Fallbrook Public Utility
1  District and reserve the right to use as much water as they consider necessary to maintain the above in a satisfactory condition. Should
2  defendants choose to build additional residences or business establishment on this property they claim the right to use as much water as is necessary
3  for all the above-mentioned.

4  Defendants further claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its
5  tributaries, whether from springs, streams or wells, etc., and to take water from their land, whether for domestic, industrial, business or
6  irrigation purposes.

7  In addition to the claim and uses as herein made, the defendants claim all rights of overlying landowners to any water which may originate
8  in, or under, or cross their land. Defendants claim the right to drill and to dig wells, and exercise water reclamation and conservation
9  practices as now or may be known in the future.

10 Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility
11 District on file in these proceedings. Defendants claim all the above for all lands in which they have any financial interest whatsoever.

12
   FURTHERMORE, defendants pray the court to award them adequate damages
13 to reimburse them for the cost of preparing and prosecuting their defense, to alleviate the grievous physical, moral and intellectual
14 suffering inflicted upon them by this attempted acrimonious, confistory usurpation of property rights, instituted against them by the
15 agencies of the United States Government.

16

17

18          WHEREFORE, these defendants pray that plaintiff take

19   nothing against them by reason of the Complaint and Supplementary

20   and Amendatory Complaint on file herein; that said Complaint be

21   dismissed as against these defendants; that defendants' right to

22   water, as hereinabove set forth, be quieted as against the plain-

23   tiff and against all other defendants in this action; and for such

24   other and further relief as the Court may deem proper.

25
                         *W. W. Driggs*       *Ida Driggs*
26                       W. W. Driggs and Ida L. Driggs
27                                 (Sellers)

28   Note: Still in Escrow)     Milton R. Gore
                                      (Buyer)
29                              Defendants in propria persona

30                              313 E. View Street
     Dated: 6-2-58              Fallbrook, California
31
                                                         12538
32