

1  BETTY K. GRACEY
2  Defendants in propria persona
3    P.O. Box 83
      Fallbrook, California
4
5               IN THE UNITED STATES DISTRICT COURT
6                 SOUTHERN DISTRICT OF CALIFORNIA
7                       SOUTHERN DIVISION

8  UNITED STATES OF AMERICA          )    CIVIL NO. 1247 - SD - C
9              Plaintiff,            )    ANSWER OF DEFENDANTS
                                     )    ANSWER TO COMPLAINT AND
10      v.                           )    SUPPLEMENTARY AND AMENDATORY
                                     )         COMPLAINT OF
11 FALLBROOK PUBLIC UTILITY          )      BETTY K. GRACEY
   DISTRICT, ET AL,                  )
12              Defendants,          )

13       The defendants, Betty K. Gracey,
14 each severing from their co-defendants and each for himself or herself
15 alone, in answer to the Complaint and Supplementary and Amendatory Com-
16 plaint on file herein, admit, deny, and allege:

17            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                           AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
                    AFFIRMATIVE STATEMENT OF RIGHTS
26
         These defendants own 1 Lot xxxxxx of land in San Diego
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30
31
32

                                                                  12539

COPY RECEIVED

EXHIBIT A

The East 80 feet of the West 468.70 feet of the North 208.70 feet of the Northeast Quarter of the Northwest Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California------------------------------

12539A


1  Defendant owns one Lot on which is a Home, Garden and Family Fruit
   trees. Defendant is now buying water from the Fallbrook Public
2  Utility District, for Domestic use. However, should defendant
   decide in the future to build a Rental or a Business Establishment
   on this property, defendant hereby claims the right to sufficient
3  water to supply the abovementioned in a satisfactory manner.

4  Defendants claim all riparian rights to all waters percolating
   through their land, whether from the Santa Margarita river and its
5  tributaries, whether from springs, streams or wells, etc., and to
   take water from their land, whether for domestic, industrial, busi-
6  ness or irrigation purposes.

7  In addition to the claim and uses as herein made, the defendants
   claim all rights of overlying landowners to any water which may origin-
8  ate in, or under, or cross their land. Defendants claim the right to
   drill and to dig wells, and exercise water reclamation and conserva-
9  tion practices as now or may be known in the future.

10 Defendants hereby incorporate the same as though set forth herein in
   full all of the Affirmative Defenses of the Fallbrook Public Utility
11 District on file in these proceedings. Defendants claim all the above
   for all lands in which they have any financial interest whatsoever.
12
   FURTHERMORE, defendants pray the court to award them adequate damages
13 to reimburse them for the cost of preparing and prosecuting their
   defense, to alleviate the grievous physical, moral and intellectual
14 suffering inflicted upon them by this attempted acrimonious, confis-
   catory usurpation of property rights, instituted against them by the
15 agencies of the United States Government.

16

17
          WHEREFORE, these defendants pray that plaintiff take nothing
18
   against them by reason of the Complaint and Supplementary and Amenda-
19
   tory Complaint on file herein; that said Complaint be dismissed as
20
   against these defendants; that defendants' right to water, as hereinabove
21
   set forth, be quieted as against the plaintiff and against all other de-
22
   fendants in this action; and for such other and further relief as the
23
   Court may deem proper.
24

25                                  *Betty K. Gracey* (signature)
26                                  Betty K. Gracey

27

28                                  _____

29                                  Defendants in propria persona

30                                     P.O. Box 83
                                       Fallbrook, California
31

32 Dated:
       June 6, 1958

                                                                    12540
