FILED

JUN 10 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

George Marshall, Iona Marshall, Karl T. Beason, and Dorothy Beason
**Defendants in propria persona**

6621 Belmont, Route #1, Buena Park, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ) | ANSWER OF DEFENDANTS |
| v. | ) | George Marshall, Iona Marshall |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | ) | Karl T. Beason, Dorothy J. Beason |
| Defendants, | ) | |

The defendants,  George Marshall, Iona Marshall,
Karl T. Beason, Dorothy J. Beason
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own  50  acres of land in  Riverside
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

INDEXED

12543

COPY RECEIVED

Exhibit A

The Northwest quarter of the Northeast quarter of Section 19
Township 8 South Range 1 East, San Bernardino Base and Meridian,
consisting of 40 acres, more or less.

And adjoining thereto, the Southwest quarter of the Northeast
quarter of the Northeast quarter of Section 19, Township 8 South,
Range 1 East, San Bernardino Base and Meridian, containing 10
acres, more or less, using the Hemet-Aguanga Highway survey
by A. C. Fulmor, County Surveyor of Riverside County, of
January and February of 1932, as the East line.

12545