

TESLA C. NICOLA and RUTH E. NICOLA
Defendants in propria persona
Box 1152
Riverview Drive
Fallbrook, California

FILED

JUN 10 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
  v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
        Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS

TESLA C. NICOLA and
RUTH E. NICOLA

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 113 plus/ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

12546

COPY RECEIVED

1  That the land of these defendants herein described is
2  riparian land; approximately 60 acres of said land is tillable,
3  and the balance can be used for grazing cattle, raising turkeys,
4  chickens and fowl. Defendants have irrigated portions of the land
5  in the past, and water for this purpose has been obtained by
6  pumping directly from wells and springs located on the herein
7  described property. That defendants are growing avocados,
8  lemons and miscellaneous fruits and berries on said land. That
9  these defendants are now irrigating 25 acres, and working and
10 making progress towards irrigating the total 60 acres. That
11 these defendant have been, and now are using water produced on
12 this land for domestic purposes for their family and for eight
13 rental units constructed on said real property.

18  WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*Tesla C. Nicola*

*Ruth E. Nicola*
Defendants in propria persona

Dated:   June 6, 1958.

12547

EXHIBIT "A"

1    The East Half of the Northwest Quarter, and the Southwest
2 Quarter of the Northeast Quarter of Section 17, Township 9 South,
3 Range 3 West, S.B.M., in the County of San Diego, State of
4 California, according to the United States Government Survey.
5    EXCEPTING from said Southwest Quarter of the Northeast
6 Quarter the South 10 Acres thereof and that portion lying East of
7 the 40 foot right of way for road purposes conveyed to the County
8 of San Diego by deed dated May 11, 1923 and recorded at Book 751,
9 page 310 of Deeds.
10    ALSO EXCEPTING from said Southwest Quarter of the North-
11 east Quarter any portion thereof lying within a parcel of land
12 conveyed to Louise G. Coit by deed dated January 7, 1947 and
13 recorded February 13, 1947 as Document No. 15905, more particul-
14 arly described as follows:
15    Beginning at the Southeast corner of said Southwest
16 Quarter of the Northeast Quarter; thence North 89° 45' 45" West,
17 20 feet; thence along the center line of that certain strip of
18 land described in the deed from Raymond Wayman to the County of
19 San Diego as recorded in Book 751, page 310 of Deeds, North 33°
20 0' West 145 feet and North 4° 50' West 97.60 feet and North 1°
21 10' West 0.97 feet to the North line of the parcel of land con-
22 veyed to S. H. Harris et ux by deed recorded in Book 246, page
23 233 of Official Records; thence along said North line of the land
24 of Harris, South 89° 45' 45" East 20.01 feet to the East line of
25 strip of land described in deed from Raymond Wayman to the County
26 of San Diego; thence along said East line, North 4° 50' West 0.16
27 feet and North 1° 10' West 69.68 feet and North 3° 0' West 42.15
28 feet to the intersection with the center line of Road Survey No.
29 954, being the true point of beginning; thence continuing along
30 the East line of said strip described in deed from Raymond Wayman
31 to the County of San Diego, North 3° 0' West 179.49 feet and
32 North 9° 24' West 329.33 feet and North 30° 58' West 49.84 feet to

12548

1.                    EXHIBIT "A"

1  the North line of the Tract of land conveyed to Louise G. Coit
2  by deed recorded in Book 102, page 318 of Official Records;
3  thence along the Westerly prolongation of said North line of
4  the land of Coit, North 89° 45' 45" West 23.87 feet to said
5  center line of Road Survey 954; thence along said last mentioned
6  center line South 11° 38' 30" East 558.47 feet to the true point
7  of beginning.
8      Also, the East 330 feet of the Northwest Quarter of the
9  Northwest Quarter of Section 17, Township 9 South, Range 3 West,
10 San Bernardino Meridian, as shown on Government Survey.

12549