Albert H. Small
1425-3rd Ave. Chula Vista, Calif.
Emma M. Compton
Box 120, Murrieta, Calif.
Edward T. Small, 2209 Tallac St., Sacramento 21, Calif.

Defendants in propria persona
Chester J. Small
722 Buschmann Rd. Paradise, Calif.

FILED
JUN 10 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
vs.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants,

CIVIL NO. 1247 - SD - C
ANSWER OF DEFENDANTS
Albert H. Small
Emma M. Compton
Edward T. Small
Chester J. Small

The defendants, Albert H. Small, Emma M. Compton, Edward T. Small and Chester J. Small each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 10 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

12550

This land is all tillable and is in grain this year. All can be irrigated.

Defendants claim the right to develope and pump from wells forty (40) acre feet of water to be used for irrigating this land at a later date.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Albert H. Small*
*1425-3rd Ave, Chula Vista, Calif.*
*Emma M Compton*
*Buy 120, Murrietta, Calif.*
*Edward T. Small*
*Chester J. Small*
*722 Buckmann Rd. Paradise, Calif*

Defendants in propria persona

Dated: June 7-1958

12551

Exhibit A

The southwest half of the southeast half of Lot 72 of the Temecula Land and Water Company as shown by map filed in San Diego County and surveyed by C. Stanford C.E. September 1884.