CONCEPTION M. and CLARENCE L. RAMOS (Sellers) and MADGE E. THOMAS (Buyer)

Defendants in propria persona

Route 1, Box 216 A
Fallbrook, California

FILED

JUN 10 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
   DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | CONCEPTION M. and CLARENCE L. RAMOS ALSO MADGE E. THOMAS |
| Defendants, | |

The defendants Conception M. and Clarence L. Ramos (Sellers) also Madge E. Thomas (Buyer) each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1 Lot ~~acres~~ of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

12553

COPY RECEIVED

EXHIBIT A

PAR. 94W-43-66 WEST FALLBROOK

E 1/2      LOT 9 BLK 22

12553A

1  Defendants own one Lot on which stands a Duplex Rental. They are not buying their water from the Fallbrook Public Utility District, and claim as much water as is necessary to maintain the above in a satisfactory manner.

Defendants further claim all riparian right to all waters percolating through their land, whether from the Santa Margarita River and its tributaries, whether from springs, streams or wells, etc., and to take water from their land, whether for domestic, industrial, business or irrigation purposes.

In addition to the claim and uses as herein made, defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants X claim the right to drill and to dig wells, and exercise water reclamation and conservation practices as now or may be known in the future.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility Dostrict on file in these proceedings. Defendants claim all the above for all lands in which they have any financial interest whatsoever.

FURTHERMORE, defendants pray the court to award them adequate damages to reimburse them for the cost of preparing and prosecuting their defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon them by this attempted acrimonious, confiscatory usurpation of property rights, instituted against them by the agencies of the United States Government.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Conception M. and Clarence L. Ramos (Sellers)

*Madge E. Thomas*
Madge E. Thomas (Buyer)

Defendants in propria persona
Route 1, Box 216 A
Fallbrook, California

Dated: June 2 '58

12354