ROBERT H. WALLS
Defendants in propria persona
P.O. Box 85
Fallbrook, California



FILED
JUN 10 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ ...
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br>          Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>ANSWER TO COMPLAINT AND<br>SUPPLEMENTARY AND AMENDATORY<br>COMPLAINT OF<br>ROBERT H. WALLS |

The defendants, Robert H. Walls, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 3 & 3/10 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

12555

COPY RECEIVED INDEXED

EXHIBIT A

PARCEL 1:

All that portion of Lot 1, being the SW¼ of the NW¼ of Section 18, Township 9, S., Range 3 W., S. B. M. beginning at the Southwest corner of said Section 18, and proceeding 25 feet North at an angle of 90 degrees to a point, and thence due East at an angle of 90 degrees for a distance of 485 feet to a point, which is the point of beginning of parcel of land No. 1; thence North at an angle of 90 degrees, 140 feet; thence West at an angle of 90 degrees 75 feet; thence South at an angle of 90 degrees 140 feet; thence East for a distance of 75 feet to the point of beginning of Land No. 1. ------------------------------------------------------

PARCEL 2:

Beginning at the true point of beginning of parcel of Land No. 1 as hereinbefore described and proceeding in an Easterly direction at the angle of 90 degrees for a distance of 541.8 feet to a point; which is the true point of beginning of Parcel of Land No. 2 of this survey; thence North at an angle of 90 degrees a distance of 208.8 feet to a point; thence angling to the right 90.23 degrees for a distance of 185.26 feet to a point; thence angling to the right at an angle of 89.26 degrees for a distance of 208.8 feet to a point of beginning of this survey of parcel of land No. 2. ----------------------------------------------------

PARCEL 3:

That portion of the South one-half of the Southwest quarter of Section 18, Township 9 South, Range 3 W;, S. B. M. from the Southwest corner of Section 18, proceeding in an Easterly direction along the South line of said Section 18, a distance of 505 feet to a point; thence North at an angle of 90 degrees a distance of 23 feet to a point, which is the true point of beginning of the description of land conveyed under this deed; thence North along the prolongation of this line a distance of 208.8 feet to a point; thence Easterly at an angle of 90 degrees a distance of 521.8 feet to a point; thence at an angle of 90 degrees in a Southerly direction a distance of 208.8 feet to a point; thence Westerly at an angle of 90 degrees a distance of 521.8 feet more or less to the point of beginning containing 2.5 acres more or less.------------------------

Defendant owns 3 & 3/10 acres which contain a Commercial Grove of 165 trees, 12 to 25 years old; also a Home, Garden, Family Fruit trees and Poultry; also a well. Defendant is now buying water from the Fallbrook Public Utility District, and reserves the right to use 7½ acre feet of water a year. He also reserves the right to draw water from his well, when available. Should defendant decide to build a Rental, or other Business Building on this property, he claims the right to use as much water as required for the above.

Defendants et al claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries, whether from springs, streams or wells, etc., and to take water from their land, whether for domestic, industrial, business or irrigation purposes.

In addition to the claim and uses as herein made, the defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill and to dig wells, and exercise water reclamation and conservation practices as now or may be known in the future.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings. Defendants claim all the above for all lands in which they have any financial interest whatsoever.

FURTHERMORE, defendants pray the court to award them adequate damages to reimburse them for the cost of preparing and prosecuting their defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon them by this attempted acrimonious, confiscatory usurpation of property rights, instituted against them by the agencies of the United States Government.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Robert H. Walls*
Robert H. Walls

Defendants in propria persona

P.O. Box 85
Fallbrook, California

Dated: 6-1-1958

12557