EXHIBIT "A"

**FILED**

JUN 11 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

FALLBROOK PUBLIC UTILITY DISTRICT,
ET AL.,

    Defendants.

ANSWER

NO. 1247-SD-C

STIPULATION LIMITING AND SETTLING
RIGHTS TO THE USE OF WATER

The undersigned defendant(s), whose address is 1706- 9th. St. Manhattan Beach California.

for (himself) (themselves), (his) (their) executors, administrators, successors and assigns ~~agree~~ do not agree to limit (his) (their) rights to the use of water in connection with the following described lands:

Riverside County, State of California.
The Northwest quarter of Northwest quarter of fractional section Section 9, Township 7 South, Range 3 East, San Bernardino Base and Meridian, as shown by United States Survey.
    I do not agree to the following (16) lines on page two, Because of the shortage of water now, Any curtailment of water, will prevement me from developing the property for the means of a livelyhood

either in the surface or sub-surface flow of the Santa Margarita River and

its tributaries or other waters within the watershed of that stream, to that

COPY RECEIVED

-1-

12654

1  quantity of water which will be ~~reasonably~~ *necessarily* required, ~~for domestic uses. It is~~
2  further agreed that "domestic use" as used in connection with the above described
3  lands limits the use of water to a single house and outbuildings or to a single
4  farmstead; and that the domestic use will also be limited to those common to
5  homes including the incidental watering of domestic livestock for family
6  sustenance and the irrigation of not to exceed one-half acre in lawn,
7  ornamental shrubbery, garden, and truck.

8      It is further agreed by the defendant(s) that the court may enter a
9  decree limiting the rights to the use of water in connection with the above
10 described lands to those required for domestic purposes as above defined, by the
11 defendant(s), (his) (their) administrators, executors, successors and assigns
12 and that based upon this stipulation the defendant(s) will not be required to
13 file responsive pleadings to the complaint and supplementary and amendatory
14 complaint served upon (him) (them) or to otherwise participate in this
15 litigation. This stipulation when executed by the undersigned constitutes
16 an acceptance of the Offer of Settlement by the United States of America,
17 a copy of which is attached.

19                                         *Claude H. Graham Sr.*
                                           Husband
21 Dated: *Frank Tenant*                   *Claude H. Graham Jr.*
                                           ~~Wife~~

25 Reviewed and approved:

27 _____
   Officer in Charge of the
28   Office of Ground Water Resources
     Camp Pendleton, California

-2-

12655

```
                                              FILED
                                           April 28, 1958
                                       CLERK, U. S. DISTRICT COURT
                                      SOUTHERN DISTRICT OF CALIFORNIA
                                      By /s/ William W. Luddy
                                              Deputy Clerk
```

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FALLBROOK PUBLIC UTILITY DISTRICT, )<br>ET AL., )<br>)<br>Defendants. ) | NO. 1247-SD-C<br><br>OFFER OF SETTLEMENT |

The UNITED STATES OF AMERICA agrees that any defendant or defendants named in this cause who sign the attached stipulation marked Exhibit A and made a part of this offer of settlement, will not be required to answer or further to participate in the litigation. This offer of settlement of the litigation is made subject, however, to review of each transaction and the approval of it by the Officer in Charge of the Office of Ground Water Resources, Camp Pendleton, California, or whomever may otherwise be designated by the undersigned. The UNITED STATES OF AMERICA in making this offer neither acts for nor purports to bind any cross-claimants in this case.

UNITED STATES OF AMERICA

Dated: April 25, 1958            /s/ J. LEE RANKIN
                                     J. LEE RANKIN,
                                     Solicitor General

12656