```
                IN THE UNITED STATES DISTRICT COURT      F I L E D
                   SOUTHERN DISTRICT OF CALIFORNIA
                                                           JUN 11 1958
                          SOUTHERN DIVISION
                                                        CLERK, U.S. DISTRICT COURT
                                                      SOUTHERN DISTRICT OF CALIFORNIA
UNITED STATES OF AMERICA,        )                    By _____
                                 )                              DEPUTY CLERK
              Plaintiff,         )     No. 1247-SD-C
                                 )
     v.                          )     AFFIDAVIT OF SERVICE BY MAIL
                                 )
FALLBROOK PUBLIC UTILITY DISTRICT,)
et al.,                          )
                                 )
              Defendants.        )
```

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF SAN DIEGO    )

        _____Thomas Strentz_____, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

        That, in the above entitled action, on __June 6, 1958__, he deposited in the United States mail at Oceanside, California, in envelopes bearing the requisite postage, at which places there is a delivery service by United States mails from said post offices, a copy of

        ANSWERS TO FALLBROOK PUBLIC UTILITY DISTRICT INTERROGATORIES,
        and
        NOTICE OF MOTION FOR SUMMARY JUDGMENT and MOTION FOR SUMMARY JUDGMENT,

addressed to the last known addresses of the persons listed in Exhibit A, attached hereto and made a part hereof.

                                                      Thomas Strentz

Subscribed and sworn to before me
this __9__ day of __June__ 1958

_____
Notary Public in and for said
   County and State
(SEAL)

My Commission Expires __Feb 28, 1962__

3776

| | |
|---|---|
| 1 | Allard, Brownsberger, Shelton & O'Connor, 313 First National Building, Pomona, California |
| 2 | |
| 3 | Florence A. Anderson, 918 C C Chapman Building, 756 South Broadway, Los Angeles, California |
| 4 | Anderson & Anderson, 817 Hollingsworth Bldg., 606 South Hill St. Los Angeles 14, |
| 5 | Ashton, Drohan and Marchetti, 3345 Newport Blvd., Newport Beach, California Attention Henry Ashton |
| 6 | |
| 7 | Office of the Attorney General, Library and Courts Bldg., Sacramento, California Attention: Adolphus Moskovits, Deputy Attorney General |
| 8 | Bauder, Gilbert, Thompson & Kelly, Suite 939, Rowan Bldg. 458 So. Spring St., Los Angeles 13, California |
| 9 | Best, Best & Krieger, Evans Building, Riverside, California |
| 10 | A. A. Bianchi, 901 Kohl Building, 400 Montgomery Street, San Francisco, Calif. |
| 11 | Thomas J. Burke, 504 Granger Building, San Diego 1, California |
| 12 | Busch & Maroney, 367 No. 2nd Ave. Upland, California |
| 13 | Bert Buzzini, 2233 Fulton Street, Berkeley 4, California |
| 14 | Cannon & Callister, 650 South Spring St. Los Angeles 14, California |
| 15 | Mabel Clausen, 320 First Trust Building, Pasadena, California |
| 16 | Clayson, Stark & Rothrock, Security Bank Building, Corona, California Attention: George G. Grover & Owen Strange |
| 17 | |
| 18 | Howard E. Crandall, 127 W. Anaheim Boulevard, Wilmington, California |
| 19 | William J. Cusack, Room 814, Merritt Building, 307 West 8th Street, Los Angeles, California |
| 20 | Charles B. DeLong, 507 Harbor Insurance Building, San Diego 1, California |
| 21 | W. B. Dennis, 365 Broadway, Vista, California |
| 22 | Leonard J. Difani, 220 Loring Building, Riverside, California |
| 23 | Emmett E. Doherty, General Petroleum Building, 612 Flower Street, Los Angeles, California |
| 24 | |
| 25 | J. A. Donnelley & Richard P. MacNulty, 2655 4th Avenue, San Diego, California |
| 26 | Devor & Dorfman, 924 Van Nuys Building, Los Angeles 14, California |
| 27 | Lawrence E. Drumm, 458 South Spring Street, Suite 820, Los Angeles 14, Calif. |
| 28 | Ray C. Eberhard, Room 1231, Bartlett Bldg., 215 West 7th St. Los Angeles 14, Cal. |
| 29 | Estudillo & Bucciarelli, 3900 Market Street, Riverside, California Oliver P. Ensley, Hemet, California |
| 30 | Fendler, Weber & Lerner 333 So. Beverly Drive, Beverly Hills, California |
| 31 | Daniel W. Gage, 740 Rowan Bldg. 458 So. Spring Street, Los Angeles 13, Calif. |
| 32 | Garver & Garver, Attorneys at Law, Camas, Washington |
| 33 | |

-1-    EXHIBIT A

3777

Arthur M. Gediman, 119 South Main St., Elsinore, California

1. Leo Goodman, 629 So. Hill Street, Los Angeles 14, California
2. Gold & Gold, Suite 304, Bay Cities Bldg., Santa Monica, California
3. Abraham Gottfried, 424 So. Beverly Drive, Beverly Hills, California
4. Frank E. Gray, 202 So. Hamilton Drive, Beverly Hills, California
5. Samuel A. Greenburg, 1014 West Valley Blvd., Alhambra, California
6. Alvin G. Greenwald, Suite 303, 6505 Wilshire Blvd., Los Angeles 40, California
7. Hahn, Ross & Saunders, Suite 611, 608 So. Hill Street, Los Angeles 14, California
8. Crider, Tilson & Ruppe, 548 So. Spring St., Los Angeles 13, California
    Attention: Tom Halde
9. Frank S. Hamburger, 1031 Mills Tower, San Francisco, California
10. Halverson & Halverson, Suite 611, 704 So. Spring St., Los Angeles 14, California
11. Leslie B. Hanson, 4412 York Blvd., Los Angeles, California
12. Hash & Bernstein, 31 So. First Ave., Phoenix, Arizona
13. J. U. Hemmi, 220 No. Nevada Street, Oceanside, California
14. Office of San Diego County District Attorney, 302 Civic Center, San Diego 1, California; Attention: Robert G. Berrey, Deputy District Attorney
15. Howland & Prindle, 639 So. Spring St., Los Angeles 14, California
16. G. Norman Kennedy, 415 Security Bldg., 234 E. Colorado St., Pasadena, California
17. James H. Kindel, Jr., Suite 405, Rowan Bldg., Los Angeles 13, California
18. Courtney Lacey, 408 E. Florida Avenue, Hemet, California
19. Launer, Chaffee & Launer, Bank of America Bldg., Fullerton, California
20. Walter Gould Lincoln, Suite 1113, 742 So. Hill Street, Los Angeles 14, California
21. Lindley, Lazar & Scales, 825 Bank of America Bldg., San Diego 1, California
22. Luce, Forward, Kunsel & Scripps, 1220 San Diego Trust & Savings Bldg., San Diego 1, California
23. Office of Riverside County Counsel, County Court House, Riverside, California
    Attention: Wilburn J. Murry, Deputy, & James H. Angell, Deputy
24. William H. Macomber, 1114 San Diego Trust & Savings Bldg., San Diego 1, Calif.
25. Earl Malmrose, 651 Bendix Bldg., 1206 Maple Avenue, Los Angeles 15, California
26. Richard M. Marsh, 54-262 Jackson Street, Indio, California
27. Henry M. Moffatt, 121 East 6th Street, Los Angeles 14, California
28. O'Melveny & Myers & George Stahlman, 433 So. Spring Street, Los Angeles 13, California

1. Neblett, Walker & Sullivan, 3742 10th Street, Riverside, California
   Attention: John Neblett
2. A. J. O'Connor, 639 So. Spring Street, Los Angeles 14, California
3. George M. Pierson, 816 Continental Bldg. Los Angeles 13, California
4. Richardson & Henderson, 174 No. Palm Canyon Drive, Palm Springs, Calif.
5. Sachse & Price, 1092 So. Main Street, Fallbrook, California
6. Sarau, Adams, Neblett & Sarau, Suite 308, Lewis Building, 3972 Main St.
7. Riverside, California
8. Gary W. Sawtelle, Suite 612, 621 Wo. Spring St., Los Angeles 14, California
9. Shatford & Shatford, 5920 Temple City Blvd., Temple City, California
10. Skeen, J. D., Attorney at Law, 802 Utah Oil Bldg., Salt Lake City, Utah
11. Slaughter, Schlesinger & Schlecht, 250 E. Palm Canyon Drive, Palm Springs, Calif.
12. George Stahlman, Rt. 1, Box 235, Fallbrook, California
13. W. E. Starke, 1130 Bank of America Bldg., San Diego 1, California
14. Hugo A. Steinmyer & Winfield Jones, 650 So. Spring St., Los Angeles 14, Calif.
15. Swanwick, Donnelly & Proudfit, Suite 912, California Bank Bldg., 620 So. Spring Street, Los Angeles 14, California
16. Swing & Swing, 313 Central Building, San Bernardino, California
17. Swing, Scharnikow & Staniforth, Suite 604, 530 Broadway, San Diego 1, California
18. Attention: Phil D. Swing
19. Tanner, Thorton & Myers, 215 West 7th Street, Los Angeles 14, California
20. Teschke, Rowe & Cramer, 359 No. Cannon Drive, Beverly Hills, California
21. Thompson & Colegate, 405 Citizens Bank Bldg., Riverside, California
22. Trihey & Mirich, 565 West 5th Street, San Pedro, California
23. Cornelius T. Waldo, 10742 Nassau Ave., Sunland, California
24. Robert W. Walker, Henry M. Moffatt, Robert S. Curtiss, 448 Santa Fe Bldg., Los Angeles 14, California
25. C. V. Weikert, 918 Oviatt Bldg., Los Angeles 14, California
26. F. W. Willett, P. O. Box 103, Fallbrook, California
27. Dennett Withington, 1317 E. St., San Bernardino, California
28. Snyder & Snyder, 215 South La Cienega Blvd., Beverly Hills, California
29. Thomas P. Menzies, 803 Rowan Bldg., 458 So. Spring St. Los Angeles 13, California
30. Bates, Booth, & Gray, Binkley & Pfaelzer, 458 So. Spring Street, Los Angeles 13, California

-3-    EXHIBIT A

3779