IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FILED

JUN 11 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By [signature] DEPUTY CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

Defendants.

No. 1247-SD-C

AFFIDAVIT OF SERVICE BY MAIL

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO } ss.

Thomas Strentz, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

That, in the above entitled action, on June 3, 1958, he deposited in the United States mail at Oceanside, California, in envelopes bearing the requisite postage, at which places there is a delivery service by United States mails from said post offices, a copy of

PETITION FOR REMOVAL and MEMORANDUM RESPECTING RIGHTS TO THE USE OF WATER IN CONNECTION WITH RESERVED LANDS OF THE UNITED STATES OF AMERICA,

addressed to the last known addresses of the persons listed in Exhibit A, attached hereto and made a part hereof.

[signature: Thomas Strentz]

Subscribed and sworn to before me this 9 day of June, 1958

[signature]
Notary Public in and for said County and State
(SEAL)

My Commission Expires Feb. 28, 1962

Allard, Brownsberger, Shelton & O'Connor, 313 First National Building, Pomona, California

Florence A. Anderson, 918 C. C. Chapman Building, 756 South Broadway, Los Angeles, California

Ashton, Drohan and Marchetti, 3345 Newport Boulevard, Newport Beach, Attention: Henry Ashton, ~~408-E.-Central-Avenue,-Balboa,~~ California

Office of the Attorney General, Library and Courts Building, Sacramento, California; Attention: Adolphus Moskovits, Deputy Attorney General

Best, Best & Krieger, Evans Building, Riverside, California

A. A. Bianchi, 901 Kohl Building, 400 Montgomery Street, San Francisco,California

Thomas J. Burke, 504 Granger Building, San Diego 1, California

Bert Buzzini, 2233 Fulton Street, Berkeley 4, California

Mabel Clausen, 320 First Trust Building, Pasadena, California

Clayson, Stark & Rothrock, Security ~~Citizens-~~Bank Building, Corona, California, Attention: George G. Grover & Owen Strange

Howard E. Crandall, 127 W. Anaheim Boulevard, Wilmington, California

William J. Cusack, Room 814 Merritt Building, 307 West 8th Street, Los Angeles, California

Charles B. DeLong, 507 Harbor Insurance Building, San Diego 1, California

W. B. Dennis, 365 Broadway, Vista, California

Leonard J. Difani, 220 Loring Building, Riverside, California

Emmett E. Doherty, General Petroleum Building, 612 Flower Street, Los Angeles, California

J. A. Donnelley & Richard P. MacNulty, 2655 4th Ave, San Diego, California

Devor & Dorfman, 924 Van Nuys Building, Los Angeles 14, California

Lawrence E. Drumm, 458 So Spring Street, Suite 820, Los Angeles 14,California

Ray C. Eberhard, Room 1231 Bartlett Building, 215 West 7th Street, Los Angeles 14, California

Estudillo & Bucciarelli, 3900 Market Street, Riverside, California

Oliver P. Ensley, Attorney at Law, Hemet, California

Fendler, Weber & Lerner, 333 So Beverly Drive, Beverly Hills, California

Daniel W. Gage, 740 Rowan Building, 458 So Spring Street, Los Angeles 13, California

Arthur M. Gediman, 119 So Main Street, Elsinore, California

Abraham Gottfried, 424 So Beverly Drive, Beverly Hills, California

Frank E. Gray, 202 So Hamilton Drive, Beverly Hills, California

Samuel A. Greenburg, 1014 West Valley Boulevard, Alhambra, California

Hahn, Ross & Saunders, Suite 611, 608 So Hill Street, Los Angeles 14, California

Crider, Tilson & Ruppe, 548 So Spring Street, Los Angeles 13, California, Attention: Tom Halde

Frank S. Hamburger, 1031 Mills Tower, San Francisco, California

Halverson & Halverson, Suite 611, 704 So Spring Street, Los Angeles 14, California

Leslie B. Hanson, 4412 York Boulevard, Los Angeles, California

J. U. Hemmi, 220 No. Nevada Street, Oceanside, California

Office of San Diego County District Attorney, 302 Civic Center, San Diego 1, California; Attention: Robert G. Berrey, Deputy District Attorney

James H. Kindel, Jr., Suite 405, Rowan Building, Los Angeles 13, California

Courtney Lacey, 408 E. Florida Avenue, Hemet, California

Launer, Chaffee & Launer, Bank of America Building, Fullerton, California

Walter Gould Lincoln, Suite 1113, 742 So Hill Street, Los Angeles 14, California

Lindley, Lazar & Scales, 825 Bank of America Building, San Diego 1, California

Luce, Forward, Kunsel & Scripps, 1220 San Diego Trust & Savings Building, San Diego 1, California

Office of Riverside County Counsel, County Court House, Riverside, California; Attention: Wilburn J. Murry, Deputy and James H. Angell, Deputy

William H. Macomber, 1114 San Diego Trust & Savings Building, San Diego 1, California

Richard M. Marsh, 54-262 Jackson Street, Indio, California

Henry M. Moffatt, 121 East 6th Street, Los Angeles 14, California

O'Melveny & Myers, & George Stahlman, 433 So Spring Street, Los Angeles 13, California

Neblett, Walker & Sullivan, 3742 10th Street, Riverside, California Attention: John Neblett

A. J. O'Connor, 639 So Spring Street, Los Angeles 14, California

~~Benjamin S. Parks, Room 916, 210 West 7th Street, Los Angeles 14, California~~

George M. Pierson, 816 Continental Building, Los Angeles 13, California



3782

Richardson & Henderson, 174 North Palm Canyon Drive, Palm Springs, California

Sachse & Price, ~~217 North~~ 1092 South Main Street, Fallbrook, California

Sarau, Adams, Neblett & Sarau, Suite 308 Lewis Building, 3972 Main Street, Riverside, California

Gary W. Sawtelle, Suite 612, 621 So Spring Street, Los Angeles 14, California

Shatford & Shatford, 5920 Temple City Boulevard, Temple City, California

J. D. Skeen, 802 Utah Oil Building, Salt Lake City, Utah

George Stahlman, Route 1, Box 235, Fallbrook, California

W. E. Starke, 1130 Bank of America Building, San Diego 1, California

Hugo A. Steinmyer & Winfield Jones, 650 So Spring Street, Los Angeles 14, California

~~William Stienhart, 5045 Wilshire Boulevard, Los Angeles 36, California~~

Swing & Swing, Attorneys at Law, 313 Central Building, San Bernardino, California

Swing, Scharnikow & Staniforth, Suite 604, 530 Broadway, San Diego 1, California; Attention: Phil D. Swing

Tanner, Thorton & Myers, 215 West 7th Street, Los Angeles 14, California

Teschke, Rohe & Cramer, 359 No Cannon Drive, Beverly Hills, California

Thompson & Colgate, 405 Citizens Bank Building, Riverside, California

Trihey & Mirich, 565 West 5th Street, San Pedro, California

Cornelius T. Waldo, 10742 Nassau Avenue, Sunland, California

Robert W. Walker, Henry M. Moffatt & Robert S. Curtiss, 448 Santa Fe Building, Los Angeles 14, California

G. V. Weikert, 918 Oviatt Building, Los Angeles 14, California

P. W. Willett, P. O. Box 103, Fallbrook, California

Dennett Withington, 1317 "E" Street, San Bernardino, California

SYNDER & Snyder, 215 South La Cienega Blvd, Beverly Hills, California

Thomas P. Menzies, 803 Rowan Building, 458 So Spring St, Los Angeles 13, California

Bates Booth and Gray, Binkley & Pfaelzer, 458 South Spring Street, Los Angeles 13, California