```
 1  P. W. WILLETT
    Attorney at Law
 2  P. O. Box 103
    Fallbrook, California
 3  Telephone: RAndolph 8-7150

 4  Attorney for Defendant,
    Evelyn M. Fuller
 5
```



FILED
JUN 11 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1247-SD-C |
| Plaintiff, | ANSWER TO COMPLAINT AND SUPPLEMENTARY AND |
| v. | AMENDATORY COMPLAINT, BY THE DEFENDANT, |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al, | EVELYN M. FULLER. |
| Defendants. | |

Comes now the defendant, Evelyn M. Fuller, the widow of Earl B. Fuller, deceased, and answering for herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, alleges, denies and admits as follows:

ANSWER TO COMPLAINT

I

This answering defendant hereby incorporates by reference all of the allegations contained in the Answer to the original Complaint filed in this action by P. W. Willett and Fayette D. Willett (excepting only Paragraphs I, II, and III of the portion thereof entitled "First Affirmative Defense") and makes each and all of said allegations a part of this Answer, the same as if herein set forth at length.

ANSWER TO SUPPLEMENTARY AND AMENDATORY COMPLAINT

I

This answering defendant has no knowledge or information sufficient to

(1)

12639

COPY RECEIVED   INDEXED

form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XX, XXIII, and XXIV of plaintiff's Supplement and Amendment to Complaint, and therefore deny all of said allegations for want of information or belief.

II

This answering defendant denies the allegations of Count XXI, XXII, and XXV of plaintiff's Supplement and Amendment to Complaint.

AS A SEPARATE AND AFFIRMATIVE DEFENSE, THIS ANSWERING DEFENDANT ALLEGES:

I

This answering defendant owns land in San Diego County, California, and within the watershed of the Santa Margarita River and its tributaries, more particularly described as follows:

PARCEL No. 1:

The South 105.08 feet of the North 639.56 feet and the South 18 feet of the North 657.56 feet of the East 97 feet of the West 244.50 feet of the East Half of the West Half of the Northeast Quarter of the Southeast Quarter of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879.

ALSO an easement for road and utility purposes over the East 15 feet of said West 244.50 feet of the East Half of the West Half of the Northeast Quarter of the Southeast Quarter; EXCEPTING THEREFROM the North 657.56 feet thereof.

PARCEL No. 2:

That portion of the East Half of the Northwest Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880, described as follows:

Beginning at the Southeast corner of the West Half of the Northeast Quarter of the Southeast Quarter of said Section 24; thence West along the South line of the Southwest Quarter of the Northeast Quarter of the Southeast Quarter to and along the South line of the Southeast Quarter of the Northwest Quarter of the Southeast Quarter 775.48 feet to the Southeast corner of land conveyed to Arthur R. Chenoweth by deed recorded May 10, 1948 in Book 2789, page 389 of Official Records; thence North along the East line of Chenoweth's land 340 feet to the Northeast corner thereof and the true point of beginning; thence North 89° 06' 45" West, parallel with the South line of the North Half of the Southeast Quarter, along the North line of Chenoweth's land and along the North line of the land conveyed to Rosa Harmon by deed recorded September 27, 1951 in Book 4246, page 429 of Official Records, 242.74 feet to

the Northwest corner thereof, being a point in the East line of
land conveyed to J. Petri, et ux, by deed recorded May 10, 1948
in Book 2790, page 43 of Official Records; thence Northerly along
said Easterly line 330.72 feet to the North line of the South 10
feet of the Northeast Quarter of the Northwest Quarter of the
Southeast Quarter of said Section 24; thence thereon South 89° 07'
30" East 242.74 feet to a line which bears North 0° 22' 45" East
parallel with the East line of the West Half of the Northeast
Quarter of the Southeast Quarter from the true point of beginning;
thence thereon South 0° 22' 45" West 330.77 feet to the true point
of beginning.

PARCEL No. 3:

An easement for public utility and road purposes over a strip of
land 60 feet in width, the East and South lines being described as
follows:

Beginning at the Southeast corner of Lot 19 of College Street Tract
of Fallbrook, according to Map thereof No. 2593, filed in the office
of the Recorder of San Diego County; thence parallel with the East
line of said West Half of the Northeast Quarter of the Southeast
Quarter, South 0° 22' 45" West 195 feet and thence parallel with
said South line of the Northeast Quarter of the Southeast Quarter
and said South line of the Northwest Quarter of the Southeast
Quarter, North 89° 06' 45" West 142.04 feet to the East line of the
above described tract of land.

PARCEL No. 4:

Lot 19 of College Street Tract of Fallbrook, according to Map thereof
No. 2593, filed in the office of the Recorder of San Diego County.

PARCEL No. 5:

That portion of the North Half of the Southeast Quarter of Section
24, Township 9 South, Range 4 West, San Bernardino Meridian, in the
County of San Diego, State of California, according to United States
Government Survey approved June 11, 1880, described as follows:

Beginning at the Southeast corner of the Southwest Quarter of the
Northeast Quarter of the Southeast Quarter of said Section 24; thence
along the South line of said North Half of the Southeast Quarter
North 89° 06' 45" West 1139.59 feet to the Southwest corner of the
tract of land conveyed to J. Petri, et ux, by deed recorded on May 10,
1948 in Book 2790, page 43 of Official Records; thence along the West
line of said land of Petri, and parallel with the East line of said
Southwest Quarter of Northeast Quarter of Southeast Quarter, North
0° 22' 45" East 340 feet to the true point of beginning; thence con-
tinuing along said West line of land of Petri North 0° 22' 45" East
330.69 feet to the Northwest corner of said land of Petri; thence
along the North line of said land of Petri South 89° 07' 30" East
121.37 feet to the Northeast corner of said land of Petri; thence
along the East line of said land of Petri South 0° 22' 45" West
330.72 feet to the Northwest corner of land conveyed to Rosa Harmon
in Deed recorded September 27, 1951 in Book 4246, page 429 of
Official Records, and a line drawn parallel with said South line of
the North Half of the Southeast Quarter of Section 24; thence thereon
North 89° 06' 45" West 121.37 feet to the true point of beginning;
EXCEPTING therefrom that portion described as follows: Commencing at
the point of beginning of the above described Parcel 5; thence along
the West line of said land of Petri and parallel with the East line
of said East line of said Southwest Quarter of Northeast Quarter of

Fuller

the Southeast Quarter, North 0° 22' 45" East 165.78 feet to the true point of beginning; thence continuing along said West line North 0° 22' 45" East 164.91 feet to the Northwest corner of said land of Petri, being in the North line of the South 10 feet of the Northeast Quarter of the Northwest Quarter of said Southeast Quarter of Section 24; thence along said North line South 89° 07' 30" East 61.37 feet; thence parallel with said West line of land of Petri, South 0° 22' 45" West 164.92 feet to a line drawn parallel with said South line of Southeast Quarter of Northwest Quarter of the Southeast Quarter South 89° 06' 45" East from the true point of beginning; thence thereon North 89° 06' 45" West 61.37 feet to the true point of beginning.

PARCEL No. 6:

An easement for road and public utility purposes over a strip of land 30 feet in width over a portion of the North Half of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880, the East line of said easement being described as follows:

Beginning at the Southeast corner of the Southwest Quarter of the Northeast Quarter of the Southeast Quarter of said Section 24; thence along the South line of said North Half of Southeast Quarter, North 89° 06' 45" West 1018.22 feet to the Southeast corner of the tract of land conveyed to J. Petri, et ux, by deed recorded on May 10, 1948, in Book 2790, page 43 of Official Records; thence continuing along said South line North 89° 06' 45" West 1.00 foot to the true point of beginning; thence parallel with the East line of said land of Petri North 0° 22' 45" East 340 feet; EXCEPTING therefrom that portion thereof lying within the County Road.

II

All of the above described land is arable. Parcel #1 consists of .63 acres upon which avocado trees are planted. Defendant's home is situated upon this land. Defendant claims all the rights of overlying landowners and to water which may originate in or may be found on, or under her lands; the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known; and said defendant claims all of the above for all the lands in which she has any financial interest whatsoever in the County of San Diego, State of California.

WHEREFORE, this answering defendant prays:

1. That plaintiff take nothing by its Complaint and Supplementary and Amendatory Complaint on file herein against this answering defendant;

2. That said Complaint and Supplementary and Amendatory Complaint be dismissed as against this answering defendant;

3. That this Honorable Court adjudge and decree that this answering defendant is the owner of water rights appurtenant to the lands described herein, as described in this Answer;

4. That this Honorable Court quiet the title of this answering defendant in and to her rights to the use of water as set forth herein, as against all adverse claims of plaintiff and other defendants herein;

5. For costs of suit and for such other relief as seems just.



Attorney for the Defendant,
Evelyn M. Fuller

STATE OF CALIFORNIA )
             ) ss.
COUNTY OF SAN DIEGO )

Evelyn M. Fuller, being duly sworn, says:

That she is the answering defendant in the above entitled action; that she has read the foregoing Answer to Complaint and Supplementary and Amendatory Complaint and Affirmative Defense and knows the contents thereof; that the same is true of her own knowledge, except as to the matters which are therein stated on information or belief, as as to those matters she believes the same to be true.



Subscribed and sworn to before me this 2nd day of June, 1958.

Notary Public in and for said County and State

My Commission expires September 17, 1958.

(5)

12643