FILED

JUN 11 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ Deputy Clerk

The Jewish Agricultural Society, Inc.
Defendants in propria persona
386 Fourth Avenue, New York 16, N.Y.
Branch Office: 590 No. Vermont Ave., Los Angeles 4, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
          Plaintiff, ) ANSWER OF DEFENDANTS
vs. )
FALLBROOK PUBLIC UTILITY ) The Jewish Agricultural Society, Inc.
DISTRICT, ET AL, )
          Defendants, )

    The defendants, The Jewish Agricultural Society, Inc. each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
           AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

          AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 160 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

12644

COPY RECEIVED   INDEXED

We claim the right to the full use of the well now on the property and the right to drill additional wells to meet the requirements of the full use of the land for the raising of field crops, fruit and vegetable crops; for the raising and keeping of beef and dairy cattle and poultry in numbers limited only by the resources of the farm operators. We also claim the right to use the water that may be available in the dry creek on the property. We further claim the right to sell off parcels and acreage for farming or any other purposes whatsoever in compliance with county zoning regulations with the full right for the use of the water resources of the land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

THE JEWISH AGRICULTURAL SOCIETY, INC.

*Theodore Norman*

Theodore Norman, General Manager
Defendants in propria persona

Dated: June 5, 1958

12645

## EXHIBIT A

The Jewish Agricultural Society, Inc., principal office 386 Fourth Avenue, New York 16, N.Y., and Western States Office 590 North Vermont Avenue, Los Angeles 4, California, is the beneficiary of a first trust deed on the property of Julius and Bella Borenstein, trustors, whose address is Route 2, Box 15, Murietta, California. Said property is located in the County of Riverside and more specifically described as:

> "Lots 24, 25, 26 and 27 in Block "B" of Murrietta Eucalyptus Company's Tract in the Temecula Rancho, as shown by Map on file in Book 6 page 73 of Maps, in the Office of the County Recorder of the County of Riverside, State of California".

12646