Ervin A. & Ora J. Peterson
Defendants in propria persona
755 E. Alvarado Fallbrook Calif

FILED
JUN 11 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ Deputy

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
          Plaintiff, ) CIVIL NO. 1247 - SD - C
    v. ) ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY ) Ervin A Peterson
DISTRICT, ET AL, ) Ora J Peterson
          Defendants, )

The defendants, Ervin A. & Ora J. Peterson each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1/2 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

12652

COPY RECEIVED
INDEXED

Exhibit "A"

The East 148.89 feet of the North one-half of lot 5 of Shipley Tract of West Fallbrook, in the County of San Diego, State of California according to map thereof No 132, filed in the office of the Recorder of said San Diego County August 2, 1887. Excepting therefrom the South 126.79 feet thereof and the West 65 feet of the North 135 feet thereof.

Defendants claim the right to sub divide this property and supply domestic water for each parcel.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Erwin E. Peterson

Ora J. Peterson

Defendants in propria persona

Dated:

12653