MRS. CLIFTON H. PIERCE • 82-012 SIERRA AVENUE • INDIO, CALIFORNIA

May 2

FILED
JUN 11 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

Mr. J. Lee Rankin,

Dear Mr. Rankin,

In answer to summons of United States of America V. Fallbrook Public Utility District I am in agreement with any decision handed down by our government.

May I also tell you that I no longer own (in Tenants in Common) the 50 acres situated between Perris & Hemet in Riverside County.

It has been sold to the La Mesa Ranch Co. of 7419 Beverly Blvd. Los Angeles 36.

Sincerely,

Melba N. Pierce

COPY RECEIVED                    12657