Long Beach 1 Cal.
5-29-58

J Lee Rankin,
Dear Sir,

In answer to your summons will say in reply. We do own 10 acres up in the Mts. but as far as the water goes, we dont have any, only what we take right from our own home here, in 5 gallon jugs. I can not see how we can possibly hurt the Camp Pendleton boys useing our own facilities

Yours Very Respt.

Daniel B Saner
586 California Ave
Long Beach 1 Cal.

FILED
JUN 11 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

12658

COPY RECEIVED