Oceanside, California
June 4, 1958

**FILED**

J. Lee Rankin, Solicitor General
Room 332
325 W. F-Street
San Diego, California.

JUN 11 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ............................
DEPUTY CLERK

Dear Sir:

In answer to Federal Summons No. 1247-SD-C
United States of America, Plaintiff vs Fallbrook Public
Utility District and Defendants.

We, the undersigned, do hereby claim for our
own all water rights above and below ground, inherent
and apparent on the following described real property,
located and described as follows:-

Und. 1/3 int. in Par. 93W-41-42 Shipley
Tract E1/2 of E 5 Acre  Lot 12

Par 93W-41-39 Shipley Tract
N 150 Ft. of E 75 Ft. of W 1/2  Lot 12

Par. 93W-41-41 Shipley Tract
W 1/2 of E 5 Acre  Lot 12

Und. 1/3 Int. in Par. 93W-41-42
Shipley Tract E 1/2 of E 5 Acre  Lot 12

Par. 93W-41-40 Shipley Tract
W 150 Ft. of S. 100 of N 250 Ft. Lot 12

Und. 1/3 Int. in Par 93W-41-42
Shipley Tract  E 1/2 of E 5 Acre  Lot 12

Signed:
*Lionel G. Schwalbach*
Lionel G. Schwalbach

*Alice I. Schwalbach*
Alice I. Schwalbach

*Milon H. Longwell*
Milon H. Longwell

*None A. Longwell*
None A. Longwell
422 S. Ditmar. St.

COPY RECEIVED   INDEXED

12659