```
 1  P. W. WILLETT
    Attorney at Law
 2  P. O. Box 103
    Fallbrook, California
 3  Telephone: RAndolph 8-7150

 4  Attorney for the Defendants,
    Harland L. Stryson and
 5  Doris G. Stryson.
```



FILED
JUN 11 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1247-SD-C |
| Plaintiff, ) | ANSWER TO COMPLAINT AND SUPPLEMENTARY AND |
| v. ) | AMENDATORY COMPLAINT BY THE DEFENDANTS, |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, et al, ) | HARLAND L. STRYSON and |
| Defendants. ) | DORIS G. STRYSON. |

Come now the defendants, Harland L. Stryson and Doris G. Stryson, and separating themselves from the other defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, allege, deny and admit as follows:

### ANSWER TO COMPLAINT

I

These answering defendants hereby re-affirm and incorporate by reference all of the allegations contained in their Answer to plaintiff's original Complaint, and make each and all of said allegations a part of this Answer, the same as if herein set forth at length.

### ANSWER TO SUPPLEMENTARY AND AMENDATORY COMPLAINT

I

These answering defendants have no knowledge or information

12660

(1)

sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XX, XXIII, and XXIV of plaintiff's Supplement and Amendment to Complaint, and therefore deny all of said allegations for want of information or belief.

II

These answering defendants deny the allegations of Count XXI, XXII, and XXV of Plaintiff's Supplement and Amendment to Complaint.

- - - - - - - - - - -

**AS A SEPARATE AND AFFIRMATIVE DEFENSE, THESE ANSWERING DEFENDANTS ALLEGE:**

I

These answering defendants are, and with their predecessors in interest have been for many years last past, the owners of and in possession of certain land within the watershed of the Santa Margarita River and its tributaries, in the County of San Diego, State of California, described as follows:

> The West 103.56 feet of the South Half of Block 101 of West Fallbrook, in the County of San Diego, State of California, according to Map No. 567 thereof, filed in the office of the Recorder of said San Diego County.

II

These answering defendants claim all the rights of overlying landowners and to water which may originate in or may be found on, or under, or which may cross their lands; the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known; riparian rights appurtenant to said property; and these defendants claim all of the above for all the lands in which they have any financial interest whatsoever in the County of San Diego, California.

(2)

12661

WHEREFORE, these answering defendants pray:

1. That plaintiff take nothing by its Complaint and Supplementary and Amendatory Complaint on file herein against these answering defendants;

2. That said Complaint and Supplementary and Amendatory Complaint be dismissed as against these answering defendants;

3. That this Honorable Court adjudge and decree that these answering defendants are the owners of water rights appurtenant to the lands described herein, as described in this Answer;

4. That this Honorable Court quiet the title of these answering defendants in and to their rights to the use of water as set forth herein, as against all adverse claims of plaintiff or other defendants herein;

5. For costs of suit and for such other relief as seems just.

_____
Attorney for Defendants

STATE OF CALIFORNIA   )
COUNTY OF SAN DIEGO   ) ss.

Harland L. Stryson and Doris G. Stryson, being duly sworn, say:

That they are the answering defendants in the above-entitled action; that each of them has read the foregoing Answer to Complaint and Supplementary and Amendatory Complaint and Affirmative Defense and knows the contents thereof; that the same is true of their own knowledge, except as to the matters which are therein stated on information or belief, and as to those matters they believe the same to be true.

Harland L. Stryson
Doris G. Stryson

Subscribed and sworn to before me this 28th day of May, 1958.

_____
Notary Public in and for said County and State

My Commission expires September 17, 1958

(3)

12862

No. 1247-SD-C

## AFFIDAVIT OF SERVICE BY MAIL (C. C. P. 1013a)
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO } ss.
STATE OF CALIFORNIA }

**Fayette Willett** being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's ~~residence~~ business address is **P. O. Box 103, Fallbrook, California.**

That affiant served the attached **(Answer to Complaint and Supplementary and Amendatory Complaint by defendants Harland L. and Doris G. Stryson** by placing ~~a true copy~~ the original and 3 true copies thereof in an envelope addressed to

**J. Lee Rankin, Solicitor General,**

at ~~their~~ his ~~residence~~ office ~~her~~ address, which is **Room 332, 325 F Street,**

**San Diego, California.**

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on

**June 5,** 195**8**, deposited in the United States Mail at **Fallbrook, California.** That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me

**June 5**, 195**8**         *Fayette Willett*

Notary Public in and for the County of San Diego, State of California
(SEAL)

My Commission expires Sept. 17, 1958

**AFFIDAVIT OF SERVICE BY MAIL**          Form 9A Co. Clk. 4-56 5M PP

COPY RECEIVED   INDEXED

*12659A*