P. W. WILLETT
Attorney at Law
P. O. Box 103
Fallbrook, California
Telephone: RAndolph 8-7150

Attorney for Defendant,
Charles E. Stubblefield

FILED
JUN 11 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )   No. 1247-SD-C
                           )
            Plaintiff,     )
                           )   ANSWER TO COMPLAINT
      v.                   )   AND SUPPLEMENTARY AND
                           )   AMENDATORY COMPLAINT,
FALLBROOK PUBLIC UTILITY   )   BY THE DEFENDANT,
DISTRICT, et al,           )   CHARLES E. STUBBLEFIELD.
                           )
            Defendants.    )

Comes now the defendant, Charles E. Stubblefield, the surviving spouse of Dora A. Stubblefield, deceased, and answering for himself alone and for no other defendant, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, alleges, denies and admits as follows:

### ANSWER TO COMPLAINT

I

This answering defendant hereby re-affirms and incorporates by reference all of the allegations contained in his Answer to plaintiff's original Complaint, and makes each and all of said allegations a part of this Answer, if not inconsistent herewith, the same as if herein set forth at length.

### ANSWER TO SUPPLEMENTARY AND AMENDATORY COMPLAINT

I

This answering defendant has no knowledge or information which is

(1)

Stubblefield

sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XX, XXIII, and XXIV of plaintiff's Supplement and Amendment to Complaint, and therefore denies all of said allegations for want of information or belief.

II

This answering defendant denies the allegations of Counts XXI, XXII, and XXV of plaintiff's Supplement and Amendment to Complaint.

----------

**AS A SEPARATE AND AFFIRMATIVE DEFENSE, THIS ANSWERING DEFENDANT ALLEGES:**

I

This answering defendant is the owner of approximately 230 acres of land in San Diego County, California, situated within the watershed of the Santa Margarita River and its tributaries, described as follows:

1. South Half of Northwest Quarter (Except State Highway);

   North Half of Southwest Quarter lying Northwesterly of Northwesterly line of State Highway;

   Lot 3 (Northeast Quarter of Northwest Quarter;)

   All in Section 1, Township 9 South, Range 3 West, S. B. M., San Diego County, California.

2. Southeast Quarter of Northeast Quarter and Northeast Quarter of Southeast Quarter, Section 2, Township 9 South, Range 3 West, S. B. M., San Diego County, California.

II

Rainbow Creek, a tributary of the Santa Margarita River, flows over said land and percolates in an underground channel passing under and through said land. Said property is improved with a home, garage and tool shop. That the property has upon it at divers points five wells which have been in use for many years, from which said defendant secures water for domestic and agricultural purposes. A windmill and two electric pumping units produce water from these wells. There are springs on the property, a reservoir, and cattle pastures. Said water has been used on said land by defendant and his predecessors in interest for more than fifty years, openly, notoriously, continuously, adversely,

12664

1 and under the claim of right to meet the domestic and irrigation requirements
2 thereof.

### III

This answering defendant claims all the rights of overlying landowners and to water which may originate in or may be found on, or under, or which may cross his lands; the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known; the riparian rights appurtenant to the above described property; and this defendant claims all of the above for all the lands in which he has any financial interest whatsoever in the County of San Diego, State of California.

WHEREFORE, this answering defendant prays:

1. That plaintiff take nothing by its Complaint and Supplementary and Amendatory Complaint on file herein against this answering defendant;

2. That said Complaint and Supplementary and Amendatory Complaint be dismissed as against this answering defendant;

3. That this Honorable Court adjudge and decree that this answering defendant is the owner of riparian, prescriptive, and percolating water rights appurtenant to the lands described herein, as described in this Answer;

4. That this Honorable Court quiet the title of this answering defendant in and to his rights to the use of water as set forth herein, as against all adverse claims of plaintiff and against all other defendants in this action;

5. For costs of suit and for such other relief as seems just.

/s/ W. Wallett
Attorney for the Defendant,
Charles E. Stubblefield.

Dated: June 2, 1958.

No. 1247-SD-C

**AFFIDAVIT OF SERVICE BY MAIL (C. C. P. 1013a)**
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO } ss.
STATE OF CALIFORNIA }

...........Fayette Willett........... being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's ~~residence~~ business address is... P. O. Box 103, Fallbrook, California

That affiant served the attached... (Answer to Complaint and Supplementary and Amendatory Complaint, by the defendant, Charles E. Stubblefield, the original and 3 true copies

by placing ~~a true copy~~ thereof in an envelope addressed to...............................................................

J. LEE RANKIN, Solicitor General,

at his ~~their~~ ~~residence~~ office address, which is... Room 332, 325 West F Street,

San Diego, California.

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on...

June 5, 1958..., deposited in the United States Mail at... Fallbrook,

California... That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me

June 5, 1958.     Fayette Willett

Notary Public in and for the County of San Diego, State of California
(SEAL)

**AFFIDAVIT OF SERVICE BY MAIL**     Form 9A Co. Clk. 4-56 5M PP

My Commission expires Sept. 17, 1958

12662A

