Defendants in propria persona

FILED

JUN 11 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                Plaintiff,  )   CIVIL NO. 1247- SD - C
    v.  )   ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY  )   Burt Taylor and Eva J. Taylor
DISTRICT, ET AL,  )   Rt. I Box 17
                Defendants.  )   Wildomar, California

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 8 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

12867

COPY RECEIVED

1  In the County of Riverside, State of California:

2  All that portion of Lot 57 in Block K of Elsinore, as shown
   by map on file in Book 4 page 174 of Maps in the office of
3  the County Recorder of the County of San Diego, State of
   California, particularly described as follows: Beginning at
4  the most Easterly corner of said Lot; thence Southwesterly
   on the Southeasterly line of said Lot, 735.28 feet to the
5  most Southerly corner thereof; thence Northwesterly on the
   Southwesterly line of said Lot, 442.20 feet; thence at a right
6  angle Northeasterly and parallel with the Southeasterly line
   of said Lot, 803.35 feet to a point on the Southwesterly line
7  of the Southern California Railroad right of way as shown on
   said map; thence Southeasterly along the Southwesterly line
8  of said right of way to the point of beginning.

9  The defendant wishes to reserve the right to drill wells
   to any debth and develope what water rights is available and
10 to retain and claim all perculating water rights of any
   nature whatsoever.
11
   The defendant wishes to reserve the right to irrigate the
12 entire eight acres, and to use as much irrigating water as is
   needed to raise whatever crops which may be adapted to this
13 particular soil.

14 The defendant also wishes to reserve the right to use water
   for any industrial or recreational uses, or for any use
15 whatsoever.

16

17

18         WHEREFORE, these defendants pray that plaintiff take

19 nothing against them by reason of the Complaint and Supplementary

20 and Amendatory Complaint on file herein; that said Complaint be

21 dismissed as against these defendants; that defendants' right to

22 water, as hereinabove set forth, be quieted as against the plain-

23 tiff and against all other defendants in this action; and for such

24 other and further relief as the Court may deem proper.

25

                                  _Burt Taylor_
                                  _Eva J. Taylor_
                                       Defendants in propria persona

Dated: 6/5/58.

12668