1  P. W. WILLETT
   Attorney at Law
2  P. O. Box 103
   Fallbrook, California
3  Telephone: RAndolph 8-7150

4  Attorney for Defendant,
   Alta M. Terriere.



FILED

JUN 11 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) No. 1247-SD-C
          Plaintiff, )
                  ) ANSWER TO COMPLAINT
   v. ) AND SUPPLEMENTARY AND
                  ) AMENDATORY COMPLAINT,
FALLBROOK PUBLIC UTILITY ) BY THE DEFENDANT,
DISTRICT, et al, ) ALTA M. TERRIERE.
          Defendant. )

    Comes now the defendant, Alta M. Terriere, a widow, and answering for herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, alleges, denies and admits as follows:

### ANSWER TO ORIGINAL COMPLAINT

I

    This answering defendant hereby incorporates by reference all of the allegations contained in the Answer to the original Complaint filed in this action by P. W. Willett and Fayette D. Willett (excepting only Paragraphs I, II, and III of the portion thereof entitled "First Affirmative Defense") and makes each and all of said allegations a part of this Answer, if not inconsistent herewith, the same as if herein set forth at length.

### ANSWER TO SUPPLEMENTARY AND AMENDATORY COMPLAINT

I

    This answering defendant has no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII,

- 1 -

12669

VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XX, XXIII, and XXIV of plaintiff's Supplement and Amendment to Complaint, and therefore denies all of said allegations for want of information or belief.

II

This answering defendant denies the allegations of Count XXI, XXII, and XXV of plaintiff's Supplement and Amendment to Complaint.

AS A SEPARATE AND AFFIRMATIVE DEFENSE, THIS ANSWERING DEFENDANT ALLEGES:

I

This answering defendant is the owner of land within the watershed of the Santa Margarita River and its tributaries in the County of San Diego, State of California, more particularly described as follows:

> That portion of the East Half of the Northeast Quarter of the Northwest Quarter of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, County of San Diego, State of California, lying North of the Atchison, Topeka and Santa Fe Railway Company's right of way; EXCEPT an easement for pipeline and road purposes over the West 20 feet of said property.

II

Fallbrook Creek, a tributary of the Santa Margarita River, flows over said land and percolates in an underground channel under and through said property. Defendant's home and other buildings are situated on said land which is improved with avocado and citrus trees under cultivation commercially. All of said land is arable. There are two wells equipped with electric pumping units which pump all the water necessary for domestic and irrigation purposes; no water is used on the property from any other source. A check dam was placed across Fallbrook in 1946 at the suggestion of the United States Soil Conservation. Said water has been used on said land by defendant and her predecessors in interest for many years, openly, notoriously, continuously, adversely, and under claim of right to meet the domestic and irrigation requirements thereof.

III

This answering defendant claims all the rights of overlying landowners and to water which may originate in or may be found on, or under, or which may cross her lands; the right to dig or drill wells and exercise water reclamation

and conservation practices as are now or may be known; the prescriptive and riparian rights appurtenant to the above described property; and this defendant claims all of the above for all the lands in which she has any financial interest whatsoever in the County of San Diego, State of California.

WHEREFORE, this answering defendant prays:

1. That plaintiff take nothing by its Complaint and Supplementary and Amendatory Complaint on file herein against this answering defendant;

2. That said Complaint and Supplementary and Amendatory Complaint be dismissed as against this answering defendant;

3. That this Honorable Court adjudge and decree that this answering defendant is the owner of riparian, prescriptive, and percolating water rights appurtenant to the lands described herein, as described in this Answer;

4. That this Honorable Court quiet the title of this answering defendant in and to her rights to the use of water as set forth herein, as against all adverse claims of plaintiff and against all other defendants in this action;

5. For costs of suit and for such other relief as seems just.

P. W. Willett
Attorney for the Defendant,
Alta M. Terriere.

Dated: June 2, 1958.

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF SAN DIEGO )

Alta M. Terriere, being duly sworn, says:

That she is the answering defendant in the above entitled action; that she has read the foregoing Answer to Complaint and Supplementary and Amendatory Complaint and Affirmative Defense and knows the contents thereof; that the same is true of her own knowledge, except as to the matters which are therein stated on information or belief, and as to those matters she believes the same to be true.

*Alta M. Terriere*

Subscribed and sworn to before me
this 2nd day of June, 1958.

_____
Notary Public in and for said
    County and State

My Commission expires Sept. 17, 1958

No. 1247-SD-C

## AFFIDAVIT OF SERVICE BY MAIL (C.C.P. 1013a)
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO  } ss.
STATE OF CALIFORNIA  }

Fayette Willett being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's residence address is P. O. Box 103, Fallbrook, California

That affiant served the attached (Answer to Complaint and Supplementary and Amendatory Complaint, by the defendant, Alta M. Terriere, the original and 3 true copies

by placing thereof in an envelope addressed to

J. Lee Rankin, Solicitor General,

at his office address, which is Room 332, 325 West F Street,

San Diego, California,

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on

June 5, 1958, deposited in the United States Mail at Fallbrook, California. That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me

June 5, 1958          Fayette D. Willett

Notary Public in and for the County of San Diego, State of California
(SEAL)

**AFFIDAVIT OF SERVICE BY MAIL**    Form 9A Co. Clk. 4-56 5M PP

COPY RECEIVED
INDEXED

126654