FILED

JUN 11 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Defendants in propria persona  *Patricia J. Tirk*
P.O. Box 912, Murrieta, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS *Patricia J. Tirk* |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants, *Patricia J. Tirk* each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 3/4 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED INDEXED

12673

*[handwritten:]* Our property is in what is known to me to be the Temecula Grant, which I believe is one of the grants of land referred to in the Treaty of Guadalupe Hidalgo, and as a grantee there in we claim the protection of that Treaty, and also all matters of Record made by the Mexican Calif government up to 1846 and to all matters of Record since that time in California or the U.S. We have a well on this property which has been used freely in the past, and we expect to do the same in the future.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Patricia J. Tirk*

Defendants in propria persona

Dated: *June 1, 1958*

12674

"Exhibit A"

I Own,

That portion of lot II of the Temecula Land and Water Company as shown by map on file in Book 8 page 359 of Maps, in the office of the County Recorder of the County of San Diego, described as follows: Commencing at the intersection of the center lines of Ivy Street and Adams Avenue; thence South 47 45' West along the center line of Ivy Street 205 feet; thence South 42 15' East, 330 feet; more or less, to the point of beginning; thence South 42 15' East, 145 feet, more or less, to a point on the Northweterly line of that certain parcel of land conveyed to Clarylin G. Smith by Deed recorded March 24, 1950 as Instrument No. 3597; thence North 47 45' East along the Northwesterly line of the parcel so conveyed to Clarylin G. Smith, 205 feet, more or less; thence North 42 15' West, 145 feet to a point; thence South 47 45' West to the point of beginning.

*Patricia J. Fisk*

12675