J. Lee Rankin
Solicitor General
Department of Justice
Washington, D. C.

Attorney for
United States of America



IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1247-SD-C |
| Plaintiff, ) | |
| v. ) | ANSWERS TO AMERICAN TRUST COMPANY INTERROGATORIES |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) et al., ) | |
| Defendants. ) | |

    Comes now the United States of America and responds to the interrogatories dated May 27, 1958, of the American Trust Company:

Interrogatory 1:

    1. What land or interest in land does American Trust Company own or possess or claim to own or possess which plaintiff contends to be relevant to this action?

Answer to Interrogatory 1:

    1. Interest under Supplemental Indenture filed September 25, 1951, file No. 117628, filed in Book 4244, page 250, Official Records, San Diego County, and Supplemental Indenture filed October 25, 1955, file No. 139969, filed in Book 5844, page 52, Official Records, San Diego County.

Interrogatory 2:

    2. What water rights does American Trust Company own

3790

or possess, or claim to own or possess, which plaintiff contends to be relevant to this action?

Answer to Interrogatory 2:

The water rights of the land covered by these Supplemental Indentures which lies within the Santa Margarita River watershed.

Interrogatory 3:

For what reason or reasons has American Trust Company been joined as a defendant in this action, and what relief does plaintiff seek against said corporation?

Answer to Interrogatory 3:

So that it could assert in connection with the land covered by these Supplemental Indentures that lies within the Santa Margarita River watershed whatever water rights it considers to be vested in regard to these lands. The United States of America seeks to have declared and decreed by the court what water rights are vested in connection with the aforesaid land.

UNITED STATES OF AMERICA

J. LEE RANKIN, Solicitor General

WILLIAM H. VEEDER,
Attorney, Department of Justice

WILLIAM E. BURBY,
Attorney, Department of Justice

Dated: June 11, 1958

- 2 -

3791

STATE OF CALIFORNIA  )
                     ) ss.
COUNTY OF SAN DIEGO  )

WILLIAM H. VEEDER, Attorney, Department of Justice, being duly sworn, upon oath deposes and says: That he signed on behalf of the United States of America, the foregoing answers to: _____American Trust Company_____ interrogatories dated May 27, 1958; that he has read the foregoing answers; that he is authorized to sign it on behalf of the United States of America; and that the statements contained in those answers are true except insofar as the statements are based upon information and belief and those statements he believes to be true.

_____
WILLIAM H. VEEDER
Attorney, Department of Justice

Subscribed and sworn to before me this __11__ day of __June__, 1958. John A Childress, Clerk
by _____ Deputy

3792