J. LEE RANKIN,
Solicitor General
Department of Justice
Washington, D. C.

Attorney for United States
of America

FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                          )   No. 1247-SD-C
            Plaintiff,    )
                          )   REPLY TO REQUEST FOR ADMISSIONS
     v.                   )                 OF
                          )   IRVING B. REDER and JULIA C. REDER
FALLBROOK PUBLIC UTILITY DISTRICT, )
et al.,                   )
                          )
            Defendants.   )

     Comes now the United States of America and responds to the requests for admissions of Irving B. Reder and Julia C. Reder, filed May 23, 1958:

Request for Admission 1:

     1.  The lands described in the answer of defendants Irving B. Reder and Julia C. Reder include four (4) acres of irrigable land.

Response to Request for Admission 1:

     1.  The United States of America is without knowledge or information sufficient to form a belief as to the truth of the statement and denies it.

Request for Admission 2:

     2.  A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

3825

-1-

Response to Request for Admission 2:

    2. The United States of America denies the truth of this statement.

                       UNITED STATES OF AMERICA,

                       J. LEE RANKIN, Solicitor General

                       *William H. Veeder*
                       WILLIAM H. VEEDER
                       Attorney, Department of Justice

                       *William E. Burby*
Dated: June 12, 1958      WILLIAM E. BURBY,
                       Attorney, Department of Justice

```
 1
 2
 3
 4
 5
 6
 7
 8
 9   STATE OF CALIFORNIA )
                        )  ss.
10   COUNTY OF SAN DIEGO )
11
12       WILLIAM H. VEEDER, Attorney, Department of Justice,
13   being duly sworn, upon oath deposes and says:  That he signed
14   on behalf of the United States of America, the foregoing
15   answers to:  REQUEST FOR ADMISSIONS OF IRVING B. REDER and JULIA C.
16        REDER, filed May 23, 1958.
17
18   that he has read the foregoing answers; that he is authorized
19   to sign it on behalf of the United States of America; and
20   that the statements contained in those answers are true ex-
21   cept insofar as the statements are based upon information and
22   belief and those statements he believes to be true.
23
24                                    _____
                                              WILLIAM H. VEEDER
25                                    Attorney, Department of Justice
26
27   Subscribed and sworn to before
     me this ____ day of ___June____,
28   1958.
         John A. Childress, Clerk, U. S. District Court,
29           Southern District of California
                    _____
30                By                          Deputy
31
32                              -3-                          3827
```