```
1  J. LEE RANKIN,
   Solicitor General
2  Department of Justice
   Washington, D. C.
3
   Attorney for United States
4    of America
```

FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William W. Luddy
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 1247-SD-C |
| v. | ) | REPLY TO REQUEST FOR ADMISSIONS |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | OF |
| | ) | JAMES DUNCAN AND EDITH F. DUNCAN |
| Defendants. | ) | |

Comes now the United States of America and responds to the requests for admissions of Defendants James Duncan and Edith F. Duncan, filed June 2, 1958:

Request for Admission 1:

1. The lands described in the answer of defendants James Duncan and Edith F. Duncan include 5.12 acres of irrigable land.

Response to Request for Admission 1:

1. The United States of America is without knowledge or information sufficient to form a belief as to the truth of the statement, and denies it.

Request for Admission 2:

2. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per annum.

3805

-1-

1 | Response to Request for Admission 2:

2 |     2. The United States of America denies the truth of this statement.

UNITED STATES OF AMERICA

J. LEE RANKIN, Solicitor General

/s/ William H. Veeder
WILLIAM H. VEEDER
Attorney, Department of Justice

Dated: June 12, 1958

/s/ William E. Burby
WILLIAM E. BURBY
Attorney, Department of Justice

-2-

3806

```
 1
 2
 3
 4
 5
 6
 7
 8
 9   STATE OF CALIFORNIA  )
                         ) ss.
10   COUNTY OF SAN DIEGO  )
11
12         WILLIAM H. VEEDER, Attorney, Department of Justice,
13   being duly sworn, upon oath deposes and says:  That he signed
14   on behalf of the United States of America, the foregoing
15   answers to:  REQUESTS FOR ADMISSIONS OF DEFENDANTS JAMES DUNCAN
16       AND EDITH F. DUNCAN, filed June 2, 1958.
17
18   that he has read the foregoing answers; that he is authorized
19   to sign it on behalf of the United States of America; and
20   that the statements contained in those answers are true ex-
21   cept insofar as the statements are based upon information and
22   belief and those statements he believes to be true.
```

                                        WILLIAM H. VEEDER
                              Attorney, Department of Justice

Subscribed and sworn to before me this _12_ day of ___June___, 1958.

John A. Childress, Clerk, U. S. District Court, Southern District of California

By _____ Deputy

3807