J. Lee Rankin
Solicitor General
Department of Justice
Washington, D.C.

Attorney for United States
    of America

**F I L E D**

JUN 1 2 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ........................
DEPUTY CLERK

**F I L E D**

JUN 1 1 1958

JOHN M. CRANSTON
SPECIAL MASTER

BY .......................... CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | No. 1247-SD-C |
| vs. | ) | REPLY TO REQUEST FOR ADMISSIONS |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | WILLIAM A.GOODCHAP & ROBERTA L.GOODCHAP |
| Defendants. | ) | |

Comes now the United States of America and responds to the request

for admissions of William A. Goodchap and Roberta L. Goodchap, filed May 8,1958:

Request for Admission 1:

1.  The lands described in the answer of defendants William A.Good-

chap and Roberta L. Goodchap, husband and wife, include five (5) acres of irri-

gable land.

Response to Request for Admission 1:

1.  The United States of America denies the truth of the statement.

Request for Admission 2:

2.  A reasonable water duty for the irrigable lands of defendants

is 4.2 acre feet per acre per year.

Response to Request for Admission 2:

2.  The United States of America denies the truth of the statement.

Request for Admission 3:

3.  All of the lands described in the Answer of these defendants are

riparian to the West Fork of De Luz Creek, which flows through the property of

-1-

3802

these defendants in a northeasterly to southwesterly direction.

Response to Request for Admission 3:

　　　　　3.   This is a legal question which must be decided by the Court.

　　　　　　　　　　　UNITED STATES OF AMERICA


　　　　　　　　　　　J. LEE RANKIN, Solicitor General


　　　　　　　　　　　WILLIAM H. VEEDER,
　　　　　　　　　　　Attorney, Department of Justice


　　　　　　　　　　　WILLIAM E. BURBY,
　　　　　　　　　　　Attorney, Department of Justice

Dated: June 11, 1958

-2-

3803

1

2

3

4

5

6

7

8

9  STATE OF CALIFORNIA  )
                       )  ss.
10  COUNTY OF SAN DIEGO  )

11

12      WILLIAM H. VEEDER, Attorney, Department of Justice,

13  being duly sworn, upon oath deposes and says:  That he signed

14  on behalf of the United States of America, the foregoing

15  answers to: _____ Request for Admissions of _____

16  _____ William A. Goodchap and Roberta L. Goodchap

17  _____ filed May 8, 1958. _____

18  that he has read the foregoing answers; that he is authorized

19  to sign it on behalf of the United States of America; and

20  that the statements contained in those answers are true ex-

21  cept insofar as the statements are based upon information and

22  belief and those statements he believes to be true.

23

24  _____

25  WILLIAM H. VEEDER
    Attorney, Department of Justice

26

27  Subscribed and sworn to before
    me this  11  day of  June  ,
28  1958. John A Childress, Clerk

29  by  Alroy Edwards, Deputy

30

31

32                                        3804