1  J. LEE RANKIN,
   Solicitor General
2  Department of Justice
   Washington, D. C.
3
   Attorney for United States
4    of America

FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )   No. 1247-SD-C
                  Plaintiff,         )
                                     )   REPLY TO REQUEST FOR ADMISSIONS
        v.                           )
                                     )              OF
FALLBROOK PUBLIC UTILITY DISTRICT,   )
et al.,                              )   HARRY KOHN AND NAOMI KOHN
                                     )
                  Defendants.        )

Comes now the United States of America and responds to the requests for admissions of defendants Harry Kohn and Naomi Kohn, filed May 26, 1958:

Request for Admission 1, 4 and 5:

   1. The lands described in the answer of defendants Harry Kohn and Naomi Kohn include thirty (30) acres of irrigable land.

   4. The waters underlying the lands of defendants are not a part of the waters of any stream.

   5. The lands of defendants are not riparian to any stream.

Response to Request for Admission 1, 4 and 5:

   The United States of America is without knowledge or information sufficient to form a belief as to the truth of the statement and denies it.

-1-

3799

Request for Admission 2:

    2. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

Response to Request for Admission 2:

    The United States of America denies the truth of this statement.

Request for Admission 3:

    3. Defendants are the owners of the lands described in Exhibit A attached to their Answer herein.

Response to Request for Admission 3:

    Insofar as is known at the present time, this is a true statement.

UNITED STATES OF AMERICA

J. LEE RANKIN, Solicitor General

*[signature]*
WILLIAM H. VEEDER
Attorney, Department of Justice

Dated: *[handwritten date]*

*[signature]*
WILLIAM E. BURBY
Attorney, Department of Justice

```
 1
 2
 3
 4
 5
 6
 7
 8
 9   STATE OF CALIFORNIA  )
                         ) ss.
10   COUNTY OF SAN DIEGO  )
11
12          WILLIAM H. VEEDER, Attorney, Department of Justice,
13   being duly sworn, upon oath deposes and says:  That he signed
14   on behalf of the United States of America, the foregoing
15   answers to:   REQUEST FOR ADMISSIONS OF DEFENDANTS HARRY KOHN
16   _____AND NAOMI KOHN, filed May 26, 1958;_____
17   _____
18   that he has read the foregoing answers; that he is authorized
19   to sign it on behalf of the United States of America; and
20   that the statements contained in those answers are true ex-
21   cept insofar as the statements are based upon information and
22   belief and those statements he believes to be true.
23
24                                  _____
                                          WILLIAM H. VEEDER
25                                     Attorney, Department of Justice
26
27   Subscribed and sworn to before
     me this ___ day of ___June___,
28   1958.
          John A. Childress, Clerk, U. S. District Court,
29             Southern District of California
            By_____Deputy
30
31
32
```

3801