1  J. LEE RANKIN,
   Solicitor General
2  Department of Justice
   Washington, D. C.
3
   Attorney for United States
4    of America

5

6

**FILED**

JUN 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ................................
                    DEPUTY CLERK

7           IN THE UNITED STATES DISTRICT COURT
8              SOUTHERN DISTRICT OF CALIFORNIA
9                    SOUTHERN DIVISION

10

11  UNITED STATES OF AMERICA,      )
                                   )   No. 1247-SD-C
12                     Plaintiff,  )
                                   )   REPLY TO REQUEST FOR ADMISSIONS
13      v.                         )
                                   )                OF
14  FALLBROOK PUBLIC UTILITY DISTRICT, )
    et al.,                        )   ROBERT M. ERWIN and ADA D. ERWIN
15                                 )
                       Defendants. )
16

17      Comes now the United States of America and responds to the re-
18  quests for admissions of Defendants Robert M. Erwin and Ada D. Erwin,
19  filed May 26, 1958:
20  Request for Admissions 1, 4 and 5:
21      1.  The lands described in the answers of defendants Robert
22  M. Erwin and Ada D. Erwin include forty (40) acres of irrigable land.
23      4.  The lands of defendants are not riparian to any stream.
24      5.  The ground waters percolating beneath the lands of de-
25  fendants are not a part of the waters of any stream.
26  Response to Request for Admissions 1, 4 and 5:
27      The United States of America is without knowledge or information
28  sufficient to form a belief as to the truth of the statement and denies
29  it.
30

31                              -1-

COPY RECEI...                                              3796

Request for Admission 2:

    2. A reasonable water duty for the irrigable lands of defendant is 4.2 acre feet per acre per year.

Response to Request for Admission 2:

    The United States of America denies the truth of this statement.

Request for Admission 3:

    3. Defendants are the owners of the lands described in Exhibit A attached to their answer herein.

Response to Request for Admission 3:

    Insofar as is known at the present time, this is a true statement.

UNITED STATES OF AMERICA

J. LEE RANKIN, Solicitor General

WILLIAM H. VEEDER
Attorney, Department of Justice

Dated: _____

WILLIAM E. BURBY
Attorney, Department of Justice

```
 1
 2
 3
 4
 5
 6
 7
 8
 9  STATE OF CALIFORNIA  )
                         ) ss.
10  COUNTY OF SAN DIEGO  )
11
12         WILLIAM H. VEEDER, Attorney, Department of Justice,
13  being duly sworn, upon oath deposes and says:  That he signed
14  on behalf of the United States of America, the foregoing
15  answers to:   REQUEST FOR ADMISSIONS OF ROBERT M. ERWIN and ADA
16           D. ERWIN, filed May 26, 1958.
17
18  that he has read the foregoing answers; that he is authorized
19  to sign it on behalf of the United States of America; and
20  that the statements contained in those answers are true ex-
21  cept insofar as the statements are based upon information and
22  belief and those statements he believes to be true.
23
24                                    _____
                                            WILLIAM H. VEEDER
25                                     Attorney, Department of Justice
26
27  Subscribed and sworn to before
    me this  12   day of   June    ,
28  1958.  John A. Childress, Clerk, U. S. District Court,
                Southern District of California
29
    By_____
30                        Deputy
31
32
                             -3-                              3798
```