```
1   J. LEE RANKIN,
    Solicitor General
2   Department of Justice
    Washington, D. C.
3
    Attorney for United States
4      of America
```

**FILED**

**JUN 12 1958**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William W____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>                    Plaintiff,  )<br>                                 )<br>     v.                          )<br>                                 )<br>FALLBROOK PUBLIC UTILITY DISTRICT,)<br>et al.,                          )<br>                                 )<br>                    Defendants.  ) | No. 1247-SD-C<br><br>REPLY TO REQUEST FOR ADMISSION<br><br>of<br><br>MERRILL BAKER |

Comes now the United States of America and responds to the request for admission of Merrill Baker, filed May 27, 1958:

Request for Admissions 1, 3, 4 and 5:

1. The lands described in the answer of Defendant, Merrill Baker, include one hundred twenty (120) acres of irrigable land.

3. Lands are riparian.

4. Lands are not riparian to the Santa Margarita River or any tributary.

5. Waters underlying lands are percolating ground waters.

Response to Request for Admissions 1, 3, 4 and 5:

The United States of America is without knowledge or information sufficient to form a belief as to the truth of the statement and denies it.

-1-

3822

1 Request for Admission 2:

2     2. A reasonable water duty for the irrigable lands of defendant
3 is 4.2 acre feet per acre per year.
4 Response to Request for Admission 2:
5     The United States of America denies the truth of this statement.

UNITED STATES OF AMERICA

_____
J. LEE RANKIN, Solicitor General

_/s/ William H. Veeder_____
WILLIAM H. VEEDER
Attorney, Department of Justice

Dated: _June 12, 1958_

_/s/ William E. Burby_____
WILLIAM E. BURBY
Attorney, Department of Justice

-2-

3823

```
 1
 2
 3
 4
 5
 6
 7
 8
 9  STATE OF CALIFORNIA )
                        ) ss.
10  COUNTY OF SAN DIEGO )
11
12       WILLIAM H. VEEDER, Attorney, Department of Justice,
13  being duly sworn, upon oath deposes and says:  That he signed
14  on behalf of the United States of America, the foregoing
15  answers to:  REQUEST FOR ADMISSIONS OF MERRILL BAKER, filed
16              May 27, 1958;
17  _____
18  that he has read the foregoing answers; that he is authorized
19  to sign it on behalf of the United States of America; and
20  that the statements contained in those answers are true ex-
21  cept insofar as the statements are based upon information and
22  belief and those statements he believes to be true.
23
24                              _____
                                      WILLIAM H. VEEDER
25                              Attorney, Department of Justice
26
27  Subscribed and sworn to before
    me this /2__ day of __June____,
28  1958.
        John A. Childress, Clerk, U. S. District Court;
29      Southern District of California
        By_____
30                              Deputy
31
32                                                        3824
```