```
 1  J. LEE RANKIN,
    Solicitor General
 2  Department of Justice
    Washington, D. C.
 3
    Attorney for United States
 4    of America
```

FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br><br>               Defendants. | No. 1247-SD-C<br><br>REPLY TO REQUEST FOR ADMISSIONS<br><br>of<br><br>JOHN W. MARSHALL |

     Comes now the United States of America and responds to the requests for admissions of John W. Marshall, filed May 29, 1958:

Request for Admissions 1 and 2:

     1.  The lands described in the answer of defendant John W. Marshall include forty (40) acres of irrigable land.

     2.  A reasonable water duty for the irrigable lands of defendant is 4.2 acre feet per acre per year.

Response to Request for Admissions 1 and 2:

     The United States of America denies the truth of this statement.

Request for Admission 3:

     3.  Defendant is the owner of the lands described in Exhibit A.

3793

1 | Response to Request for Admission 3:
2 |     Insofar as is known at the present time, this is a true statement.
3 | Request for Admission 4:
4 |     4. All of said lands are riparian to the Santa Margarita River.
5 | Response to Request for Admission 4:
6 |     The United States of America is without knowledge or information
7 | sufficient to form a belief as to the truth of the statement and denies it.

UNITED STATES OF AMERICA

J. LEE RANKIN, Solicitor General

WILLIAM H. VEEDER,
Attorney, Department of Justice

Dated: June 12, 1958

WILLIAM E. BURBY,
Attorney, Department of Justice

-2-

```
 1
 2
 3
 4
 5
 6
 7
 8
 9  STATE OF CALIFORNIA  )
                         ) ss.
10  COUNTY OF SAN DIEGO  )
11
12          WILLIAM H. VEEDER, Attorney, Department of Justice,
13  being duly sworn, upon oath deposes and says:  That he signed
14  on behalf of the United States of America, the foregoing
15  answers to:  REQUEST FOR ADMISSIONS OF JOHN W. MARSHALL,
16              FILED May 29, 1958;
17
18  that he has read the foregoing answers; that he is authorized
19  to sign it on behalf of the United States of America; and
20  that the statements contained in those answers are true ex-
21  cept insofar as the statements are based upon information and
22  belief and those statements he believes to be true.
23
24                                  _____
                                          WILLIAM H. VEEDER
25                                  Attorney, Department of Justice
26
27  Subscribed and sworn to before
    me this _____ day of ___June___,
28  1958.
            John A. Childress, Clerk, U. S. District Court,
29          Southern District of California
            By_____
30                                Deputy
31
32
```

-3-