J. Lee Rankin
Solicitor General
Department of Justice
Washington, D.C.

Attorney for United States
of America



FILED
JUN 1 1 1958
JOHN M. CRANSTON
SPECIAL MASTER
BY _____ CLERK

FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff<br>vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br>                Defendants. | No. 1247-SD-C<br><br>REPLY TO REQUEST FOR ADMISSIONS<br>OF<br>FRANZ. R. SACHSE AND ROWENA SACHSE |

      Comes now the United States of America and responds to the requests for admissions of Franz R. Sachse and Rowena Sachse, filed April 29, 1958:

Request for Admission 1:

      1. The lands described in the Answer of these defendants are all irrigable lands.

Response to Request for Admission 1:

      1. The United States of America is without knowledge or information sufficient to form a belief as to the truth of the statement, and denies it.

Request for Admission 2:

      2. A reasonable water duty for the lands described in the Answer of these defendants is 4.2 acre feet per acre per year.

Response to Request for Admission 2:

      2. The United States of America denies the truth of this statement.

Request for Admission 3:

      3. The lands described as "Parcel One" in the Answer of these defendants are all riparian to an un-named intermittent stream which flows through

3787

1 said parcel in a northeasterly to southwesterly direction.

2 Response to Request for Admission 3:

3     3. This is a legal question which must be decided by the Court.

4 Request for Admission 4:

5     4. The lands described as "Parcel Two" in the Answer of these de-
6 fendants are not riparian to the Santa Margarita River or to any of its tribu-
7 taries.

8 Response to Request for Admission 4:

9     4. The United States of America is without knowledge or information
10 sufficient to form a belief as to the truth of the statement, and denies it.

11 Request for Admission 5:

12     5. The waters underlying the lands described as "Parcel Two" in the
13 Answer of these defendants are percolating groundwaters.

14 Response to Request for Admission 5:

15     5. The United States of America is without knowledge or information
16 sufficient to form a belief as to the truth of the statement, and denies it.

17 Request for Admission 6:

18     6. The waters underlying the lands described as "Parcel Two" in
19 the Answer of these defendants are not a part of the Santa Margarita River or
20 any of its tributaries.

21 Response to Request for Admission 6:

22     6. The United States of America is without knowledge or information
23 sufficient to form a belief as to the truth of the statement, and denies it.

24     UNITED STATES OF AMERICA

26 J. LEE RANKIN, Solicitor General

28 WILLIAM H. VEEDER,
29 Attorney, Department of Justice

31 WILLIAM E. BURBY,
Attorney, Department of Justice

32 Dated: June 11, 1958

3788

1
2
3
4
5
6
7
8
9  STATE OF CALIFORNIA  )
                       ) ss.
10 COUNTY OF SAN DIEGO  )
11
12      WILLIAM H. VEEDER, Attorney, Department of Justice,
13 being duly sworn, upon oath deposes and says: That he signed
14 on behalf of the United States of America, the foregoing
15 answers to:   Requests for Admissions of Franz R. Sachse and
16              Rowena Sachse filed April 29, 1958.
17
18 that he has read the foregoing answers; that he is authorized
19 to sign it on behalf of the United States of America; and
20 that the statements contained in those answers are true ex-
21 cept insofar as the statements are based upon information and
22 belief and those statements he believes to be true.
23
24                              [signature: William H. Veeder]
25                              WILLIAM H. VEEDER
                                Attorney, Department of Justice
26
27 Subscribed and sworn to before
   me this  11  day of  June
28 1958. John A. Childress, Clerk
29 By Geo. W. Edwards, Deputy
30
31
32