1  J. LEE RANKIN,
   Solicitor General
2  Department of Justice
   Washington, D. C.
3
   Attorney for United States
4    of America

5
6
                                    F I L E D

7           IN THE UNITED STATES DISTRICT COURT    JUN 12 1958
8              SOUTHERN DISTRICT OF CALIFORNIA
9                      SOUTHERN DIVISION

10

11 UNITED STATES OF AMERICA,       )
                                   )    No. 1247-SD-C
12              Plaintiff,         )
                                   )    REPLY TO REQUEST FOR ADMISSIONS
13      v.                         )    OF
                                   )    VERNON JAMES ROWLEY, II and
14 FALLBROOK PUBLIC UTILITY DISTRICT, )  MARGARET HELEN ROWLEY
   et al.,                         )
15                                 )
                Defendants.        )
16

17      Comes now the United States of America and responds to the
18 requests for admissions of Vernon James Rowley II, and Margaret Helen
19 Rowley, filed May 22, 1958:
20 Request for Admission 1:
21      1.  The lands described in the answer of defendants include
22 six (6) acres of irrigable land.
23 Response to Request for Admission 1:
24      1.  The United States of America is without knowledge or in-
25 formation sufficient to form a belief as to the truth of the
26 statement and denies it.
27 Request for Admission 2:
28      A reasonable water duty for the irrigable lands of defendants
29 is 4.2 acre feet per acre per year.
30 Response to Request for Admission 2:
31      2.  The United States of America denies the truth of this
32 statement.

3784

-1-

Request for Admission 3:

   3. The lands described in the answer of defendants are not riparian to the Santa Margarita River or any of its tributaries.

Response to Request for Admission 3:

   3. The United States of America is without knowledge or information sufficient to form a belief as to the truth of the statement, and denies it.

Request for Admission 4:

   4. The waters underlying the lands of defendants are percolating ground waters not a part of any stream.

Response to Request for Admission 4:

   4. The United States of America is without knowledge or information sufficient to form a belief as to the truth of the statement, and denies it.

Request for Admission 5:

   5. Defendants are the owners of the lands described in their answer herein.

Response to Request for Admission 5:

   5. Insofar as is known at the present time, this is a correct statement.

UNITED STATES OF AMERICA

J. LEE RANKIN, Solicitor General

WILLIAM H. VEEDER,
Attorney, Department of Justice

WILLIAM E. BURBY,
Attorney, Department of Justice

Dated: June 11, 1958

-2-

3785

```
 9   STATE OF CALIFORNIA  )
                          )  ss.
10   COUNTY OF SAN DIEGO  )
```

12   WILLIAM H. VEEDER, Attorney, Department of Justice,
13   being duly sworn, upon oath deposes and says: That he signed
14   on behalf of the United States of America, the foregoing
15   answers to: _____ REQUEST FOR ADMISSIONS OF VERNON JAMES ROWLEY, II,
16   ____ AND MARGARET HELEN ROWLEY, filed May 22, 1958; _____
17   _____
18   that he has read the foregoing answers; that he is authorized
19   to sign it on behalf of the United States of America; and
20   that the statements contained in those answers are true ex-
21   cept insofar as the statements are based upon information and
22   belief and those statements he believes to be true.

_____
WILLIAM H. VEEDER
Attorney, Department of Justice

Subscribed and sworn to before
me this  11  day of  June  ,
1958.  John A. Childress Clerk
By Lois Edwards Deputy

3786