SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154



IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>    Defendants. | No. 1247-SD-C<br><br>REQUEST FOR<br>ADMISSIONS UNDER<br>RULE 36 |

Defendants

FALLBROOK ASSEMBLY OF GOD, a corporation

request plaintiff within ten (10) days after the service of

this request to admit that the following statements are true,

for the purposes of this action only, and subject to all

pertinent objections to admissibility which may be interposed

at the trial:

    1. Defendants are the owners of the lands described in
their answer herein.

~~2. The lands described in the answer of defendants~~
~~include                access to a natural water course~~
~~3. A reasonable water supply is the natural water course of~~
~~defendants is to be accepted per acre per year.~~

- 1 -

2. The lands of defendant do not abut upon and are not riparian to any stream.

3. The lands of defendants overlie percolating ground waters that are not a part of any stream.

June 7, 1958

SACHSE and PRICE

by /s/ [signature]
Attorneys for defendants

- 2 -