

```
SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>　　　　Defendants. | No. 1247-SD-C<br><br>REQUEST FOR<br>ADMISSIONS UNDER<br>RULE 36 |

　　　　Defendants

JAMES F. CLEMONS and DOROTHY B. CLEMONS

request plaintiff within ten (10) days after the service of

this request to admit that the following statements are true,

for the purposes of this action only, and subject to all

pertinent objections to admissibility which may be interposed

at the trial:

　　　1.  Defendants are the owners of the lands described in
their answer herein.

　　　2.  The lands described in the answer of defendants
include    39    acres of irrigable land.

　　　3.  A reasonable water duty for the irrigable lands of
defendants is 4.2 acre feet per acre per year.

　　　4.  The lands of defendants are not riparian to any stream.

- 1 -

3766

COPY RECEIVED

      5. The waters underlying the lands of defendants are not a part of the SMR or any of its tributaries.

      6. The waters underlying the lands of defendants are percolating ground waters.

June 7, 1958

SACHSE and PRICE

by *[signature]*
Attorneys for defendants

-2-