SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154



FILED
JUN 11 1958
JOHN M. CRANSTON
SPECIAL MASTER
BY ...

FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ...

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )
        vs. )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al., )
        Defendants. )

No. 1247-SD-C

REQUEST FOR
ADMISSIONS UNDER
RULE 36

Defendants
TO THE PLAINTIFF

request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1. Defendants are the owners of the lands described in their answer herein.

    2. The lands described in the answer of defendants include      acres of irrigable land.

    3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

- 1 -

COPY RECEIVED

3772

4. The lands of defendant are not riparian to and do not abut upon any stream.

5. The waters underlying the lands of defendant are percolating waters not a part of any stream.

SACHSE and PRICE

June 7, 1958

by *[signature]*
Attorneys for defendant

- 2 -