SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154



F I L E D

JUN 1 1 1958
JOHN M. CRANSTON
SPECIAL MASTER
BY

F I L E D

JUN 1 2 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By
DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )      No. 1247-SD-C
                                    )
        vs.                         )      REQUEST FOR
                                    )      ADMISSIONS UNDER
FALLBROOK PUBLIC UTILITY DISTRICT,  )      RULE 36
a public service corporation of the )
State of California, et al.,        )
                                    )
            Defendants.             )

            Defendants

LEIGHTON L. HARRISON and FLORINE D. HARRISON

request plaintiff within ten (10) days after the service of

this request to admit that the following statements are true,

for the purposes of this action only, and subject to all

pertinent objections to admissibility which may be interposed

at the trial:

        1.  Defendants are the owners of the lands described in

their answer herein.

        2.  The lands described in the answer of defendants

include    5.5      acres of irrigable land.

        3.  A reasonable water duty for the irrigable lands of

defendants is 4.2 acre feet per acre per year.

                    - 1 -

3774

COPY RECEIVED

4.  The lands of defendants are not riparian to any stream.

5.  The waters underlieing the lands of defendants are percolating ground waters not a part of any stream.

6.  The spring located on the lands of defendants is not a part of any stream.

SACHSE and PRICE

June 7, 1958

by ~~signature~~
Attorneys for defendants

- 2 -

3775