1  J. LEE RANKIN,
   Solicitor General
2  Department of Justice
   Washington, D. C.
3
   Attorney for the United States
4    of America

FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

FILED
JUN 11 1958
JOHN M. CRANSTON
SPECIAL MASTER
BY _____ CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                          )
         Plaintiff,       )
                          )   MOTION RESPECTING HEARING
    v.                    )
                          )        ON JUNE 16, 1958
FALLBROOK PUBLIC UTILITY DISTRICT, )
et al.,                   )
                          )
         Defendants.      )

     Comes now the United States of America and moves this Honorable Court, that on the 16th day of June, 1958, that it first hear the motion of the United States of America for a summary judgment against the Fallbrook Public Utility District, ahead of all other pending motions. Disposition of any of the propositions presented in that motion in favor of the United States of America would be tantamont to a conclusion of the case between the United States of America and the Fallbrook Public Utility District, all as disclosed in the motion for summary judgment and the memorandum in support of it.

                                   UNITED STATES OF AMERICA

                                   _____
                                   J. LEE RANKIN, Solicitor General

                                   /s/ William H. Veeder
                                   _____
                                   WILLIAM H. VEEDER
                                   Attorney, Department of Justice

Dated:  June 11, 1958              /s/ William E. Burby
                                   _____
                                   WILLIAM E. BURBY
                                   Attorney, Department of Justice

3737