

SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )     No. 1247-SD-C
                                     )
      vs.                            )     REQUEST FOR
                                     )     ADMISSIONS UNDER
FALLBROOK PUBLIC UTILITY DISTRICT,   )     RULE 36
a public service corporation of the  )
State of California, et al.,         )
                                     )
            Defendants.              )

Defendants
GRACE B. WARREN

request plaintiff within ten (10) days after the service of

this request to admit that the following statements are true,

for the purposes of this action only, and subject to all

pertinent objections to admissibility which may be interposed

at the trial:

  1.  Defendants are the owners of the lands described in
their answer herein.

  2.  The lands described in the answer of defendants
include    2    acres of irrigable land.

  3.  A reasonable water duty for the irrigable lands of
defendants is 4.2 acre feet per acre per year.

- 1 -

COPY RECEIVED

3762

4. The lands of defendant do not abut upon any stream and are not riparian to any stream.

5. The lands of defendant overlie percolating ground waters that are not a part of any stream.

June 7, 1958

SACHSE and PRICE

by *[signature]*
Attorneys for defendant

- 2 -