```
SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154
```



FILED JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

FILED JUN 10 1958
JOHN M. CRANSTON
SPECIAL MASTER
_____ CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br>　　　　Defendants. | No. 1247-SD-C<br>REQUEST FOR<br>ADMISSIONS UNDER<br>RULE 36 |

Defendants HARRY A. CHAPMAN and SYBIL E. CHAPMAN request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

　　1. Defendants are the owners of the lands described in their answer herein.

　　2. The lands described in the answer of defendants include   5   acres of irrigable land.

　　3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

- 1 -

COPY RECEIVED

3764

4. The lands of defendants do not abut upon and are not riparian to any stream.

5. The lands of defendants overlie percolating ground waters which are not a part of any stream.

June 7, 1958

SACHSE and PRICE

by *[signature]*
Attorneys for defendant

-2-

3765