SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

F I L E D

JUN 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )   No. 1247-SD-C
                          )
     vs.                  )   REQUEST FOR
                          )   ADMISSIONS UNDER
FALLBROOK PUBLIC UTILITY DISTRICT, )   RULE 36
a public service corporation of the )
State of California, et al., )
                          )
            Defendants.   )

Defendants

C. W. CARDON and JEAN CARDON

request plaintiff within ten (10) days after the service of

this request to admit that the following statements are true,

for the purposes of this action only, and subject to all

pertinent objections to admissibility which may be interposed

at the trial:

1. Defendants are the owners of the lands described in
their answer herein.

2. ~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~
~~xxxxxxxxx        xxxxxxxxxxxxxxxxxxxxxxx~~
~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~
~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx.~~

- 4 -

COPY RECEIVED

3753

2. The lands of defendants do not abut upon and are not riparian to any stream.

3. The lands of defendants overlie percolating ground waters that are not a part of any stream.

June 7, 1958

SACHSE and PRICE

by *[signature]*
Attorneys for defendants

- 5 -

3754

AFFIDAVIT OF SERVICE BY MAIL (1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF **San Diego**  } ss.   **1247-SD-C**

**Franz R. Sachse**, being first duly sworn, says: That affiant, whose address is

**1092 S. Main St., Fallbrook, Calif.**

is a citizen of the United States, a resident of the county where the herein described ~~mailing~~ **service** took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached **Answer of defendants C. W. Cardon and Jean Cardon and Request for Admissions under Rule 36**
(Copy title of paper served)

on the **plaintiff** in said action, by **personally serving** ~~placing a true copy thereof in an envelope addressed~~
(Name of party served)

as follows:

**William H. Veeder   and John M. Cranston, Special Master**

(Name and address as shown on the envelope)

sealed and deposited on the **9** day of **June**, 195**8**, in the United States Mail at

**Fallbrook, San Diego, Calif.**
(Place of mailing, name of county)

~~with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.~~

Subscribed and sworn to before me this **9**

day of **June**, 195**8**

_____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires **May 25, 1961**

3755