SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154
Attorneys for

FILED

JUN 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
          Plaintiff,      )
                          )   No. 1247-SD-C
vs.                       )
                          )   REQUEST FOR
FALLBROOK PUBLIC UTILITY DISTRICT, )   ADMISSIONS UNDER
a public service corporation of the )  RULE 36
State of California, et al., )
                          )
          Defendants.     )

Defendants MELVIN K. HESS and MARGARET Z. HESS request plaintiff within twenty (20) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

1. The lands described in the answer of defendants MELVIN K. HESS and MARGARET Z. HESS include   1.49   acres of irrigable land.

2. A reasonable water duty for the irrigable lands of defendant   is 4.2 acre feet per acre per year.

3. The lands of defendants are not riparian to the SMR or any of its tributaries.

- 1 -

COPY RECEIVED

3756

1      4. The waters underlying the lands of defendants are
2 percolating groundwaters not a part of any stream.
3      5. Defendants are the owners of the lands described
4 in their Answer herein.

        SACHSE and PRICE

        by _[signature]_
        Attorneys for defendant

7 June 1958

- 2 -

3757