SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone:  RAndolph 8-1154
Attorneys for

# FILED

JUN 1 2 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,

      vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,

              Defendants.

No. 1247-SD-C

REQUEST FOR
ADMISSIONS UNDER
RULE 36

           Defendants
ROY H. COSTELLO and FLORA H. COSTELLO

request plaintiff within ~~twenty~~ ten (~~20~~ 10) days after the service

of this request to admit that the following statements are

true, for the purposes of this action only, and subject to all

pertinent objections to admissibility which may be interposed

at the trial:

    1.  The lands described in the answer of defendants

ROY H. COSTELLO and FLORA H. COSTELLO

include     8      acres of irrigable land.

    2.  A reasonable water duty for the irrigable lands of

defendant    is 4.2 acre feet per acre per year.

    3.  Defendants are the owners of the lands described in

Exhibit A of their Answer herein.

             - 4 -

3751

COPY RECEIVED

1      4.   The lands of Defendants are not riparian to any

2   stream.

3      5.   The waters underlying the lands of defendants are

4   percolating ground waters not a part of any stream.

5

6                                  SACHSE and PRICE

7   June 7 1958

8                                  by _____
                                   Attorneys for defendants

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32                        - 5 -

3752