SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154



FILED
JUN 1 2 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

FILED
JUN 1 1 1958
JOHN M. CRANSTON
SPECIAL MASTER
BY _____ CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,

    Defendants.

No. 1247-SD-C

REQUEST FOR ADMISSIONS UNDER RULE 36

Defendants CALAVO GROWERS OF CALIFORNIA, a California non-profit cooperative association request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1. Defendants are the owners of the lands described in their answer herein.

    2. The lands described in the answer of defendants include 3.0 acres of irrigable land.

    3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

- 1 -

COPY RECEIVED

3747

4. The lands of defendant are not riparian to the SMR or to any of its tributaries.

5. The waters underlieing the lands of defendant are not a part of the waters of the SMR or any of its tributaries.

6. The waters underlieing the lands of defendant are percolating ground waters.

June 7, 1958

SACHSE and PRICE

by *[signature]*
Attorneys for defendant

- 2 -

3748