(SPACE BELOW FOR FILING STAMP ONLY)

LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

Attorneys for Defendants



FILED
JUN 10 1958
JOHN M. CRANSTON
SPECIAL MASTER
By _____ CLERK

FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )
    vs. )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al., )
        Defendants. )

No. 1247-SD-C

MOTION THAT CERTAIN FACTS
BE DEEMED ADMITTED

    Defendant Fallbrook Public Utility District respectfully represents to the Court as follows:

    1. On May 14, 1958 defendant served upon plaintiff a Request for Admissions under Rule 36, Federal Rules of Civil Procedure.

    2. On June 5, 1958, plaintiff served upon defendant its Reply to said Request for Admissions. A copy of said Reply which contains both the facts requested to be admitted and the answers of plaintiff thereto is attached hereto marked Exhibit A and made a part hereof by reference.

    3. The denials to requests numbers 1, 4, 5, 6, 7, 8, 9 and 10 contained in said Reply are not sworn to as is required by Rule 36.

    4. The said Reply was not served within the time limited as required by Rule 36.

    5. The Responses to said Requests number 4, 18, 19 and

- 1 -

3739

COPY RECEIVED

20 are evasive and do not fairly meet the substance of the Requested Admissions. (Moore: *Federal Practice*, Vol. 4, Sec. 36.05, pp 2716-2720 and cases cited therein).

WHEREFORE, defendant Fallbrook Public Utility District moves the Court for its Order establishing the facts set forth in Exhibit A hereunto attached as Requests numbers 1, 2, 4, 5, 6, 7, 8, 9, 10, 18, 19 and 20 be deemed admitted for the purposes of this proceeding only.

Dated: June 10, 1958.

SWING, SCHARNIKOW & STANIFORTH
SACHSE and PRICE

by _____

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-1154

J. Lee Rankin
Solicitor General
Department of Justice
Washington, D. C.

Attorney for United States
  of America

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )    No. 1247-SD-C
               Plaintiff         )
                                 )
    vs.                          )    REPLY TO REQUEST FOR ADMISSIONS
                                 )    OF FALLBROOK PUBLIC UTILITY DISTRICT
FALLBROOK PUBLIC UTILITY DISTRICT,)
et al.,                          )
               Defendants.       )

Comes now the United States of America and responds to the requests for admissions of the Fallbrook Public Utility District, filed May 15, 1958:

Request for Admission 1:

1. All diversions and uses of water from the Santa Margarita River within the boundaries of the military reservations of Camp Joseph H. Pendleton, the Naval Ammunition Depot and the United States Naval Hospital are located downstream and below the diversions of Fallbrook Public Utility District.

Response to Request for Admission 1:

The United States of America denies the truth of this statement.

Request for Admission 2:

2. Application No. 12576 of the United States Navy Department, filed June 30, 1948, with the State of California, Department of Public Works, Division of Water Resources, to appropriate un-appropriated waters of the Santa Margarita River is the only application to appropriated unappro-

-1-
- 3 -
3760
EXHIBIT A

priated waters of that river for use within the military reservations of
Camp Joseph H. Pendleton, the Naval Ammunition Depot and the United States
Naval Hospital that has ever been filed with the State of California by the
United States or any of its departments or agencies.

Response to Request for Admission 2:

  Insofar as is known at the present time, this is a correct
  statement.

Request for Admission 3:

  3. No application to appropriate unappropriated waters of the
Santa Margarita River for use within the lands that now comprise the military
reservations of Camp Joseph H. Pendleton, the Naval Ammunition Depot and the
United States Naval Hospital was filed with the State of California by the
predecessors in interest of the United States on such lands during the period
December 19, 1914 to the date of acquisition of such lands by the United States.

Response to Request for Admission 3:

  Insofar as is known at the present time, this is a correct
  statement.

Request for Admission 4:

  4. The United States Navy, represented by Capt. A. K. Fogg, appeared at the Hearing held before Hon. Gordon Zander, Examiner for the State
of California, Department of Public Works, Division of Water Resources on
December 16, 1947, at which hearing there was considered Application
No. 11386 of the Fallbrook Public Utility District to appropriate two and
one-half (2½) cubic feet per second of the waters of the Santa Margarita
River.

Response to Request for Admission 4:

  Whether or not Capt. A. K. Fogg appeared at this hearing
  is a legal question which must be determined by the Court.

Request for Admission 5:

  5. At the present time waters of the Santa Margarita River which
flow past the Ysidora Gaging Station can no longer be recaptured for any

consumptive use by the United States.

Response to Request for Admission 5:

    The United States of America denies the truth of this statement.

Request for Admission 6:

    6. Since the acquisition of Camp Joseph H. Pendleton by the United States in 1942 water stored in Lake O'Neill has not been directly applied to either irrigation of crops or to domestic use

Response to Request for Admission 6:

    The United States of America denies the truth of this statement.

Request for Admission 7:

    7. Prior to the acquisition of Camp Joseph H. Pendleton by the United States in 1942 water stored in Lake O'Neill was used for direct irrigation of crops.

Response to Request for Admission 7:

    The United States of America denies the truth of this statement.

Request for Admission 8:

    8. The only use of the O'Neill ditch is to divert water of the Santa Margarita River into Lake O'Neill.

Response to Request for Admission 8:

    The United States of America denies the truth of this statement.

Request for Admission 9:

    9. During the winter of 1957-8 discharge from Lake O'Neill has been run into spreading basins designed to increase percolation of the water into underground storage.

Response to Request for Admission 9:

    The United States of America denies the truth of this statement.

EXHIBIT A

3742

Request for Admission 10:

   10. During 1957-8 the United States has raised the height of the O'Neill Ditch diversion dam.

Response to Request for Admission 10:

   The United States of America denies the truth of this statement.

Request for Admission 11:

   11. The United States has never received a permit from the State of California authorizing the construction of the dam and storage reservoir located on the Naval Ammunition Depot in Sec. 27, T. 9 S., R 4 W. S.B.M.

Response to Request for Admission 11:

   Insofar as known at this time, this statement is true.

Request for Admission 12:

   12. The United States has never received a permit from the State of California authorizing the construction of the dam and storage reservoir located on Camp Joseph H. Pendleton in an un-named intermittent stream in Sec. 2, T. T. 10 S. R. 5 W.

Response to Request for Admission 12:

   Insofar as known at this time, this statement is true.

Request for Admission 13:

   13. The United States has never received a permit from the State of California authorizing the construction of the dam and storage reservoir located on Camp Joseph H. Pendleton, in Pueblitos Canyon, on the boundary between Sec. 25, T. 10 S, R. 5 W., and Sec. 30, T. 10 S., R 4 W. S.B.M.

Response to Request for Admission 13:

   Insofar as known at this time, this statement is true.

Request for Admission 14:

   The United States has never received a permit from the State of

EXHIBIT A

3743

1 California authorizing the construction of either of the two dams and
2 storage reservoirs located on Camp Joseph H. Pendleton on an un-named
3 intermittent stream in Sec. 30, T. 10 S., R. 4 W., S.B.M.

Response to Request for Admission 14:

Insofar as known at this time, this statement is true.

Request for Admission 15:

15. The United States has never received a permit from the State of California for the construction of the two dams and storage reservoirs located on Camp Joseph H. Pendleton on un-named intermittent streams in Sec. 31, T. 10 S., R. 4 W., S.B.M.

Response to Request for Admission 15:

Insofar as known at this time, this statement is true.

Request for Admission 16:

16. All diversions of the defendant Fallbrook Public Utility District from the Santa Margarita River since 18 February 1948 have been authorized by Permit or License of the State of California.

Response to Request for Admission 16:

The United States of America denies the truth of this statement.

Request for Admission 17:

17. The only use being presently made by the United States of America of water within the Cleveland National Forest and San Bernardino National Forest lands in the watershed of the Santa Margarita River is use authorized by Permit or License of the State of California.

Response to Request for Admission 17:

The United States of America denies the truth of this statement.

Request for Admission 18:

18. The National Forest Service, United States Department of Agriculture has not requested the Department of Justice to assert the claims to

rights to the use of water on National Forest lands which are set forth in plaintiff's Complaint and Supplementary and Amendatory Complaint.

Response to Request for Admission 18:

There is no record of such a request being made.

Request for Admission 19:

19. The United States Department of the Interior has not requested the Department of Justice to assert the claims to rights to the use of water on Bureau of Land Management Lands which are set forth in plaintiff's Complaint and Amendatory and Supplementary Complaint.

Response to Request for Admission 19:

There is no record of such a request being made.

Request for Admission 20:

20. The Bureau of Indian Affairs has not requested the Department of Justice to assert the claims to rights to the use of water on Indian Reservations which are set forth in plaintiff's Complaint and Amendatory and Supplementary Complaint.

Response to Request for Admission 20:

There is no record of such a request being made.

UNITED STATES OF AMERICA

J. LEE RANKIN, Solicitor General

WILLIAM H. VEEDER,
Attorney, Department of Justice

Dated: June 4, 1958

WILLIAM E. BURBY,
Attorney, Department of Justice

3745

- 8 -

EXHIBIT A

AFFIDAVIT OF SERVICE ~~BY MAIL~~—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF **San Diego** } ss.    1247 SD C

**Franz R. Sachse**, being first duly sworn, says: That affiant, whose address is

**1092 South Main Street, Fallbrook, California**

is a citizen of the United States, a resident of the county where the herein described ~~mailing~~ **service** took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached **Motion that Certain Facts Be Deemed Admitted**

(Copy title of paper served)

on the **plaintiff** in said action, by ~~placing a true copy thereof in an envelope addressed~~ **personally serving**
(Name of party served)
as follows:

**Mr. William H. Veeder and Mr. John M. Cranston**

(Name and address as shown on the envelope)

sealed and deposited on the **11** day of **June**, 195**8**, in ~~the United States Mail~~ at

**Fallbrook, San Diego, California**
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this **10**

day of **June**, 195**8**

_____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires **5/5/61**

3748