1  J. LEE RANKIN,
   Solicitor General
2  Department of Justice
   Washington, D. C.
3
   Attorney for United States
4     of America



IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,               )
                                         )
                 Plaintiff,              )
                                         )   STATEMENT OF RIGHTS TO THE USE
     v.                                  )   OF WATER CLAIMED AND EXERCISED
                                         )   BY THE UNITED STATES OF AMERICA
FALLBROOK PUBLIC UTILITY DISTRICT,       )
et al.,                                  )
                                         )
                 Defendants.             )

     Comes now the United States of America pursuant to the direction of this Honorable Court and makes the following statements respecting "Rights to the Use of Water Claimed and Exercised by the United States in the Santa Margarita River for Camp Pendleton outside of the watershed." They are in eight separate propositions:

PROPOSITION NO. 2

     In that connection reference is made to this statement:

     "2. Appropriation of rights to the use of water

     through actual diversion and application of water to

     a beneficial use outside of watershed."

     There was filed with this Honorable Court on August 18, 1957, a review of the law respecting the appropriation of rights to the use of water. It appears under this heading: "Memorandum of the United States of America in regard to Notice of All Defendants and Court order re procedure, page 5 paragraph 8 (h)."

The inquiry by this Honorable Court related to the extent of the appropriative rights claimed by the United States of America "in connection with Lake O'Neill, Stuart Mesa, South Coast Mesa, and all other uses for which appropriative claims are asserted by it; must the United States comply with State procedures for the acquisition of appropriative rights?"

There is nothing which could be added to that discussion which is incorporated by reference in this statement and made a part of it.

UNITED STATES OF AMERICA

J. LEE RANKIN, Solicitor General

WILLIAM H. VEEDER,
Attorney, Department of Justice

Dated: June 11, 1958

WILLIAM E. BURBY,
Attorney, Department of Justice