J. Lee Rankin
Solicitor General
Department of Justice
Washington, D. C.

Attorney for United States
 of America


FILED
JUN 1 1 1958
JOHN M. CRANSTON
SPECIAL MASTER
BY_____, CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES OF AMERICA,   )
                            )   NO. 1247-SD-C
            Plaintiff,      )
                            )   STATEMENT OF RIGHTS TO THE USE
     v.                     )   OF WATER CLAIMED AND EXERCISED
                            )   BY THE UNITED STATES OF AMERICA
FALLBROOK PUBLIC UTILITY DISTRICT )
et al.,                     )
                            )
            Defendants.     )

     Comes now the United States of America pursuant to the direction of this Honorable Court and makes the following statements respecting "Rights to the Use of Water Claimed and Exercised by the United States in the Santa Margarita River for Camp Pendleton outside of the watershed." They are in eight separate propositions:

PROPOSITION NO. 3

     In that connection reference is made to this proposition:

     "3. Through the exercise of rights succeeded to from the Rancho Santa Margarita."

     The United States of America claims all of the appropriative rights for the use of water of the Santa Margarita River which it acquired

3720

from the Rancho Santa Margarita and the right to divert such waters outside of the watershed subject to the limitation referred to in the accompanying comments respecting propositions No. 1 and No. 2.

UNITED STATES OF AMERICA

J. LEE RANKIN, Solicitor General

*William N. Veeder*
WILLIAM H. VEEDER,
Attorney, Department of Justice

*William E. Burby*
WILLIAM E. BURBY,
Attorney, Department of Justice

Dated: June 11, 1958

-2-

3721