1  J. Lee Rankin
   Solicitor General
2  Department of Justice
   Washington, D. C.
3
4  Attorney for United States
   of America

FILED
JUN 1 1 1958
JOHN M. CRANSTON
SPECIAL MASTER
BY_____ CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA,          )
                                   )
              Plaintiff,           )   NO. 1247-SD-C
                                   )
         v.                        )   STATEMENT OF RIGHTS TO THE USE
                                   )   OF WATER CLAIMED AND EXERCISED
FALLBROOK PUBLIC UTILITY DISTRICT, )   BY THE UNITED STATES OF AMERICA
et al.,                            )
                                   )
              Defendants.          )

    Comes now the United States of America pursuant to the direction of this Honorable Court and makes the following statements respecting "Rights to the Use of Water Claimed and Exercised by the United States in the Santa Margarita River for Camp Pendleton outside of the Watershed." They are in eight separate propositions.

PROPOSITION NO. 4

    "4. The exercise of rights under the stipulated judgment with the Vail Company."

    The stipulated judgment alluded to, plaintiff's Exhibit M-9 in this case, makes provision for the delivery of water to the United States of America. It is contractual in nature, the performance of which is vital to the United States of America.

The stipulated judgment is moreover of extreme importance in regard to the prescriptive rights claimed by the United States of America. However, as the Vail Company in its answer has only recently raised a question respecting that judgment fuller comment will be withheld until the matter is fully analyzed.

As to diverting waters outside the watershed: The same principles are applicable in regard to the diversion and use of water as have been reviewed above, subject of course to the rights as between the Vail Company and the United States of America.

UNITED STATES OF AMERICA

J. LEE RANKIN, Solicitor General

WILLIAM H. VEEDER,
Attorney, Department of Justice

WILLIAM E. BURBY,
Attorney, Department of Justice

Dated: June 11, 1958

-2-

3723