1  J. Lee Rankin,
   Solicitor General
2  Department of Justice
   Washington, D.C.
3
4  Attorney for United States
     of America
5



6
7              IN THE UNITED STATES DISTRICT COURT
8                 SOUTHERN DISTRICT OF CALIFORNIA
9                        SOUTHERN DIVISION
10
11 UNITED STATES OF AMERICA,        )
12                                  )
                    Plaintiff,      )
13                                  )   STATEMENT OF RIGHTS TO THE USE
        v.                          )   OF WATER CLAIMED AND EXERCISED
14                                  )   BY THE UNITED STATES OF AMERICA
   FALLBROOK PUBLIC UTILITY DISTRICT,)
15 et al.,                          )
                                    )
16                  Defendants.     )

17       Comes now the United States of America pursuant to the direction
18 of this Honorable Court and makes the following statements respecting
19 "Rights To the Use of Water Claimed and Exercised by the United States in
20 the Santa Margarita River for Camp Pendleton outside of the watershed."
21 They are in eight separate propositions:
22                        PROPOSITION NO. 5
23
24       "5. Rights to the use of water acquired by prescription."
25                              STATEMENT
26       Both the United States of America and the Rancho Santa Margarita,
27 its predecessor in interest, have received delivery of water from the Vail
28 Company at or near the Western boundary of that Company's property known as
29 the Pauba Grant.  That point of diversion and delivery is upstream of the
30 Fallbrook Public Utility District and the point where it pumps water from the
31 Santa Margarita River.  Far in excess of the prescriptive period has elapsed
32 during which time water has been thus delivered to the United States of America.
33

3724

It is of course elementary that in the State of California prescriptive rights may be acquired to rights to the use of water which rights will be recognized against the world. California's Supreme Court has declared:

> "Water rights are a species of real property capable of acquisition by adverse uses." 1/

Having diverted water for many years at the western boundary of the Vail Company it is free from doubt that the United States of America has a prescriptive right to that water against the world. To the extent, and it is a question of fact to be proved, that prescriptive water has been used outside of the watershed the United States of America claims that right.

The United States of America of course claims all of its prescriptive rights including those downstream from all other users.

Please refer to the brief of the United States of America filed August 18, 1957 respecting the acquisition of prescriptive rights.

UNITED STATES OF AMERICA

J. LEE RANKIN, Solicitor General

WILLIAM H. VEEDER,
Attorney, Department of Justice

WILLIAM E. BURBY,
Attorney, Department of Justice

Dated: June 11, 1958

---

1/ Locke v. Yarba Ins. Co. 35 Cal. (2) 205, 217P(2) 425, 429 (1950)

3725