J. Lee Rankin
Solicitor General
Department of Justice
Washington, D. C.

Attorney for the United States
of America



IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO. 1247-SD-C |
| v. | ) | STATEMENT OF RIGHTS TO THE USE OF WATER CLAIMED AND EXERCISED BY THE UNITED STATES OF AMERICA |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | |
| Defendants. | ) | |

Comes now the United States of America pursuant to the direction of this Honorable Court and makes the following statements respecting "Rights to the Use of Water Claimed and Exercised by the United States in the Santa Margarita River for Camp Pendleton outside of the Watershed." They are in eight separate propositions.

PROPOSITION NO. 6
PROPOSITION NO. 7

"6. The exercise of an incorporeal hereditament in the stream as to unappropriated water."

"7. The acquisition of rights to the use of water through inverse condemnation."

3726

1        These two propositions were fully reviewed in memoranda filed
2 respectively on November 9, 1957, and June 6, 1958 with this Honorable
3 Court. These memoranda are incorporated by reference in this statement
4 and made a part of it.

                                              UNITED STATES OF AMERICA

                                              J. LEE RANKIN, Solicitor General

                                              WILLIAM H. VEEDER,
                                              Attorney, Department of Justice

                                              WILLIAM E. BURBY,
                                              Attorney, Department of Justice

Dated: June 11, 1958