SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

FILED JUN 10 1958
JOHN M. CRANSTON
SPECIAL MASTER
BY

FILED JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
         Plaintiff,  )
   vs.  )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al.,  )
         Defendants.  )

No. 1247-SD-C

NOTICE OF MOTION THAT CERTAIN FACTS BE DEEMED ADMITTED

PLEASE TAKE NOTICE that on 16 June 1958 at 9:30 o'clock A M., or as soon thereafter as counsel can be heard, at Courtroom Number 2, United States Customs and Court House, San Diego, California, defendant FALLBROOK PUBLIC UTILITY DISTRICT will move the Court for its Order that CERTAIN FACTS BE DEEMED ADMITTED.

The Motion will be based upon the written Motion hereunto attached.

Dated:  June 10, 1958

SWING, SCHARNIKOW & STANIFORTH
SACHSE and PRICE
by _____
Attorneys for

COPY RECEIVED

3730