```
                                           (SPACE BELOW FOR FILING STAMP ONLY)

         LAW OFFICES
       SACHSE AND PRICE
     1092 SOUTH MAIN STREET
     FALLBROOK, CALIFORNIA
        RANDOLPH 8-1154
```



Attorneys for __Defendants__

FILED JUN 10 1958 JOHN M. CRANSTON SPECIAL MASTER

FILED JUN 12 1958 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 1247-SD-C |
| vs. | MOTION THAT CERTAIN FACTS |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | BE DEEMED ESTABLISHED |
| Defendants. | |

Defendants WILLIAM A. GOODCHAP and ROBERTA L. GOODCHAP respectfully represent to the Court as follows:

1. On May 7, 1958 defendants served upon plaintiff a Request for Admissions under Rule 36, Federal Rules of Civil Procedure.

2. On June 5, 1958 plaintiff served on defendants its Reply to said Request for Admissions. A copy of said Reply, which contains both the facts requested to be admitted and the answers of plaintiff thereto is attached hereto marked Exhibit A and made a part hereof by reference.

3. The denials contained in said reply are not sworn to as is required by Rule 36.

4. The said Reply was not served within the time limited as required by Rule 36.

5. The responses in said Reply are evasive and do not fairly meet the substance of the requested admissions. (Moore:

COPY RECEIVED

- 1 -

3731

1  <u>Federal Practice</u> Vol. 4, Sec. 36.05, pp 2716-2720 and cases cited
2  therein.)
3       WHEREFORE, defendants move the Court for its Order
4  establishing the facts set forth in Exhibit A hereunto attached
5  as admitted for the purposes of this proceedings only.
6  Dated June 10, 1958.

                              SACHSE and PRICE

                              by /s/ [signature]
                              Attorneys for Defendants
                              William A. Goodchap and
                              Roberta L. Goodchap

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-1154

- 2 -

3732