SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154



FILED
JUN 10 1958
JOHN M. CRANSTON
SPECIAL MASTER
BY_____ CLERK

FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 1247-SD-C |
| vs. ) | NOTICE OF MOTION |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) a public service corporation of the ) State of California, et al., ) | THAT CERTAIN FACTS BE DEEMED ESTABLISHED |
| Defendants. ) | WILLIAM A. GOODCHAP and ROBERTA L. GOODCHAP |

PLEASE TAKE NOTICE that on 16 June 1958 at 9:30 o'clock A.M., or as soon thereafter as counsel can be heard, at Courtroom Number 2, United States Customs and Court House, San Diego, California, defendants WILLIAM A. GOODCHAP AND ROBERTA L. GOODCHAP

will move the Court for its Order that certain facts be deemed admitted.

The Motion will be based upon the written Motion hereunto attached.

Dated: June 10, 1958

SWING, SCHARNIKOW & STANIFORTH
SACHSE and PRICE
by _____
Attorneys for defendants
William A. Goodchap and Roberta L. Goodchap

3736

COPY RECEIVED

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF **San Diego** } ss.     1247-SD-C

**Franz R. Sachse**, being first duly sworn, says: That affiant, whose address is **1092 S. Main St., Fallbrook, Calif.** is a citizen of the United States, a resident of the county where the herein described ~~mailing~~ service took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached **Notice of Motion and Motion that Certain Facts be Deemed Established**
(Copy title of paper served)

on the **plaintiff** in said action, by ~~placing a true copy thereof in an envelope addressed~~ personally serving
(Name of party served)

as follows:

**William H. Veeder**

(Name and address as shown on the envelope)

~~sealed and deposited~~ on the **10** day of **June**, 195**8**, ~~in the United States Mail~~ at **Fallbrook, San Diego, California**
(Place of mailing, name of county)

~~with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.~~

Subscribed and sworn to before me this **10** day of **June**, 195**8**

_Elois C Bergstrom_
Notary Public in and for said County and State

(SEAL)
Stuarti FORM 23

My Commission expires **5/5/61**

3735