SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
BELMONT 9-1131



FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
   DEPUTY CLERK

Attorneys for Defendants named below

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
              ) No. 1247-SD-C
       Plaintiff )
              ) AFFIDAVIT OF SERVICE BY MAIL
   vs         ) (C.C.P. 1013a)
              )
FALLBROOK PUBLIC UTILITY DISTRICT,)
et al.,       )
       Defendants. )
              )

STATE OF CALIFORNIA  )
                     ) ss
COUNTY OF SAN DIEGO  )

MARIAN W. ALLEN, being first duly sworn, says:

That affiant is a citizen of the United States, over 18 years of age, a resident of San Diego County, and not a party to the within action;

That Affiant's business address is 604 San Diego Trust & Savings Bldg., San Diego, California;

That affiant served the attached ANSWER OF EARNEST M. LINCOLN and JULIA K. LINCOLN, also known as JULIA WIEKE; and RHINA HAMILTON TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT by placing a true copy thereof in envelopes as follows:

> Honorable J. Lee Rankin
> Solicitor General
>     and
> Mr. William H. Veeder, Special Assistant
>     to the Attorney General
> DEPARTMENT OF JUSTICE
> WASHINGTON, D. C.

COPY RECEIVED

3770

```
                Mr. John Cranston
                Special Master
                1425 Bank of America Building
                San Diego, California
```

which envelopes were then sealed and postage fully prepaid thereon and thereafter on June 11, 1958, were deposited in the United States mail at San Diego, California; that there is delivery service by the United States mail at the places so addressed.

*[signature]*

Subscribed and Sworn to before me this 11th day of June, 1958

*[signature: Elsie M. Bradford]*
Notary Public in and for
said County and State

3771