F I L E D

JUN 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
         DEPUTY CLERK

1  Defendants in propria persona   H. Durr, A.K.A. Helen Durr, now
                                    Helen Durr Hill and Victor C. Hill
2  Box 1001,
   Hemet, California
3

4              IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                    SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,      )
8                                 )   CIVIL NO. 1247- SD - C
              Plaintiff,          )
9                                 )   ANSWER OF DEFENDANTS
        v.                        )   H. Durr, AKA. Helen Durr, now
10                                )   Helen Durr Hill and Victor C. Hill
   FALLBROOK PUBLIC UTILITY       )
11 DISTRICT, ET AL,               )
                                  )
12            Defendants.         )

13        The defendants, H. Durr, now Helen Durr Hill and Victor C. Hill

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                        AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25

26              AFFIRMATIVE STATEMENT OF RIGHTS

27        These defendants own 25     acres of land in Riverside

28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.          INDEXED

32                         COPY RECEIVED                    12728

1   This is Tax Redeemed Land, title to be acquired at
2   a later date.  Last known owner W.I.S. Bancroft.
3   I do not believe that this land is in the Santa Margarita
4   Watershed, however I am filing answer for my own protection.
5   This land is riparian land and approximately twelve (12)
6   acres are tillable and the balance can be used for cattle
7   grazing and reforestation.
8   Defendants claim the future right to develope said
9   land in any manner whatsoever they deem proper and further
10  claim the use of Domestic, Irrigational, Stock, Recreational
11  and Storage Water in the amount of 4.2 acre feet per acre
12  per year, from any Wells, Springs, Streams, Dams, or in any
13  manner which said water can or will be obtained.  This water
14  to be used in a reasonable and beneficial manner.

18  **WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.**

*[Signatures: Helen Dunsmour Hill, Victor C Hill]*

**Defendants in propria persona**

Dated: May 31, 1958

12729

"EXHIBIT A"

N ½ of SW ¼ of SE ¼ of NW ¼,
SW¼ of SW ¼ of SE¼ of NW ¼,    7½ acres

SE ¼ of SE ¼ of NW ¼,
N ½ of NW ¼ of SE ¼ of NW¼,
SE ¼ of NW ¼ of SE ¼ of NW ¼    17½ acres

12730