FILED

JUN 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                              DEPUTY CLERK

1   Defendants in propria persona  Helen Durr, now Helen Durr Hill
                                   Victor C. Hill,
2   Box 1001,
    Hemet, California.
3

4              IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                   SOUTHERN DIVISION

7

8   UNITED STATES OF AMERICA,        )
                                     )      CIVIL NO. 1247- SD - C
9               Plaintiff,           )
                                     )      ANSWER OF DEFENDANTS
10       v.                          )      Helen Durr, now Helen Durr Hill
                                     )      Victor C. Hill
11  FALLBROOK PUBLIC UTILITY         )
    DISTRICT, ET AL,                 )
12                                   )
                Defendants.          )
13          The defendants, Helen Durr Hill and Victor C. Hill

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
            These answering defendants hereby incorporate by reference
19
    all of the allegations contained in the answer to said Complaint and
20
    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25

26              AFFIRMATIVE STATEMENT OF RIGHTS

27          These defendants own   160    acres of land in Riverside

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

31  part of this statement.         INDEXED

32

COPY RECEIVED

12725

1        May 1, 1956, I sold the property described in
2   "Exhibit A", to Jack R. Sufficool and Vaughn W. Sufficool,
3   who have been served and have answered as defendants, in
4   this case.
5        My answer is the same as theirs.
6
7
8
9
10
11
12
13
14
15
16
17
18        WHEREFORE, these defendants pray that plaintiff take
19   nothing against them by reason of the Complaint and Supplementary
20   and Amendatory Complaint on file herein; that said Complaint be
21   dismissed as against these defendants; that defendants' right to
22   water, as hereinabove set forth, be quieted as against the plain-
23   tiff and against all other defendants in this action; and for such
24   other and further relief as the Court may deem proper.
25
26
27                   Helen Dunnmour Helen Dunn Hill
28                   Victor C. Hill
29                     Defendants in propria persona
30   Dated: May 31, 1958
31
32                                  12726

"EXHIBIT A"

The North East one quarter (NE¼) Section twenty-six (26), Range six (6) South, one (1) West, San Bernardino Base and Meridian.

12727