SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154



FILED
JUN 9 1958
JOHN M. CRANSTON
SPECIAL MASTER
BY _____ CLERK

FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>          Defendants. | No. 1247-SD-C<br><br>ANSWER OF DEFENDANTS<br>C. W. CARDON and JEAN<br>CARDON |

Defendants
C. W. CARDON and JEAN CARDON
answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

INDEXED

- 1 -

COPY RECEIVED

12833

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendants are commercial and business

- 2 -

12834

properties located in the Town of Fallbrook upon which no water is presently developed. The said lands do not abut upon and are not riparian to any stream. The said lands overlie percolating ground waters that are not a part of any stream, and defendants assert full correlative rights to the use of such percolating ground waters for domestic and commercial purposes in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

June 8, 1958

SACHSE and PRICE

by _____
Attorneys for defendant

- 3 -

1

EXHIBIT A

C. W. CARDON and JEAN CARDON
Husband and wife as joint tenants,
the real property in the                                    County of San Diego, State of California, described as:

Parcel 1: Lot 1, Block 21, of WEST FALLBROOK, according to the Map thereof No. 743 filed in the office of the County Recorder of San Diego County on March 6, 1893.

Parcel 2: Lots 2 and 3, Block 21, of the Survey shown subdivision of a portion of the West Half of the Northeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Base & Meridian, commonly called WEST FALLBROOK, according to the Map thereof No. 162 filed in the office of the County Recorder of San Diego County on May 4, 1885.

- 4 -

EXHIBIT A

12836