1  SACHSE and PRICE
2  Attorneys at Law
   1092 South Main Street
3  Fallbrook, California
   RAndolph 8-1154
4



FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
          Plaintiff, )
    vs. )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al., )
          Defendants. )

No. 1247-SD-C

ANSWER OF DEFENDANTS
ROY H. COSTELLO and FLORA
H. COSTELLO

Defendants
ROY H. COSTELLO and FLORA H. COSTELLO

answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

INDEXED

COPY RECEIVED
12837

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

All of the lands of defendant are arable and irri-

- 2 -

12838

gable. The lands of defendant are not riparian to any stream, but are watered by two wells, which draw their water supply from percolating underground waters not a part of any stream. Defendants assert full correlative rights to the use of the ground waters percolating beneath their lands, in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

June 7, 1958

SACHSE and PRICE

by *[signature]*
Attorneys for defendant

- 3 -

12839

1  That portion of the following described property
2  lying Southeasterly of the Southeasterly line of the land
3  described in deed to the State of California for Freeway,
4  recorded in Book 2535, Page 114 of Official Records:
5  The Northeast Quarter of the Northeast Quarter of
6  the Northeast Quarter, <u>excepting</u> the North 20 rods thereof,
7  and
8  The South Half of the Northeast Quarter of the
9  Northeast Quarter, both being in Section 11, Township 1
10 South, Range 3 West, San Bernardino Meridian, in the County
11 of San Diego, State of California, according to United
12 States Government Survey approved December 14, 1885. Consisting
13 of 8 acres more or less.

EXHIBIT A

- 1 -

12840

**PERSONAL AFFIDAVIT OF SERVICE BY MAIL**—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF **San Diego** } ss.   1247 SD C

**Franz R. Sachse**, being first duly sworn, says: That affiant, whose address is **1092 S. Main, Fallbrook, Calif.** is a citizen of the United States, a resident of the county where the herein described service took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached **Answer of defendants Roy H. Costello and Flora H. Costello, and Request for Admissions under Rule 36**
(Copy title of paper served)

on the **plaintiff** in said action, by ~~placing a true copy thereof in an envelope addressed~~ **by personally serving**
(Name of party served)

as follows:

1) **William H. Veeder**       2) ~~[illegible]~~       3) **JOHN M. CRANSTON**s

(Name and address as shown on the envelope)

~~sealed and deposited~~ on the **9** day of **June**, 195**8**, ~~in the United States Mail at~~ **at Fallbrook, San Diego County,** ~~Fallbrook~~ **California**
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this **9** day of **June**, 195**8**

Notary Public in and for said County and State

(SEAL)
Stuart FORM 23

My Commission expires **5/25/61**

12841