

FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

FILED
JUN 9 1958
JOHN M. CRANSTON
SPECIAL MASTER
By _____ CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, ) No. 1247-SD-C
    vs. ) ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the ) MELVIN K. HESS and MARGARET
State of California, et al., ) Z. HESS
        Defendants. )

    Defendants MELVIN K. HESS and MARGARET Z. HESS

answering plaintiff's Complaint and Supplement to Complaint for
themselves alone and not for any other defendant, admit, deny
and allege as follows:

### FIRST DEFENSE

I

    Defendants have no knowledge or information
sufficient to form a belief as to the allegations contained
in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's
Original Complaint herein, and therefore deny all of said
allegations for want of information or belief.

II

    Answering paragraph V of plaintiff's Original
Complaint herein, defendants admit the litigation

INDEXED

- 1 -

COPY RECEIVED
12842

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendant are all irrigable and arable.

- 2 -

12843

The lands of defendants are not riparian to the Santa Margarita River or any of its tributaries. Defendants claim full correlative rights as overlying landowners to the waters percolating beneath said lands in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

7 June 1958

SACHSE and PRICE

by _____
Attorneys for defendant

- 3 -

```
 1
 2
 3
 4
 5
 6
 7          Description attached.    "Containing 1.49 acres
 8      more or less"
 9
```

That portion of Lot 1, in Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880, described as follows:

Beginning at a point on the East line of said Lot 1, 1688.30 feet South from the Southwest corner of the Northeast Quarter of the Southwest Quarter of Section 24, said Township 9 South, Range 4 West, being the Southeast corner of that certain tract of land conveyed to B. T. Blackburn by deed recorded October 4, 1888, in Book 134, page 474 of Deeds; thence along the East line of said Lot 1 South 0° 32' East 160.06 feet; thence North 88° 57' 30" West 397.56 feet; thence North 10° 28' 30" West 163.29 feet to the South line of said land of Blackburn; thence along said South line of land of Blackburn South 88° 57' 30" East 425.76 feet to the point of beginning; EXCEPTING therefrom that portion thereof conveyed by Ominus A. Anderson, et ux, to the Atchison, Topeka and Santa Fe Railway Company, a corporation, by deed recorded April 12, 1918, in Book 754, page 227 of Deeds, described as follows: All that portion of said Lot 1, included between lines parallel with and 50 feet each side of the center line of location of the Atchison, Topeka and Santa Fe Railway Company's railway, said center line as it crosses said Lot 1 and adjacent property being described as follows: Beginning in the Western line of Lot 2 of said Section 25, 609.3 feet Southerly along said Western line from the Southwest corner of said Lot 1; thence Northeasterly on a 3° curve concave to the Northwest, 218.73 feet; thence on a tangent North 33° 07' East 504.4 feet to a point in the South line of said Lot 1, distant 338.30 feet South 88° 50' East from the Southwest corner of Said Lot 1; thence continuing on said tangent 789.70 feet; thence Northeasterly on a 4° curve concave to the Southeast, 88.88 feet to a point in the East line of said Lot 1 distant 585.80 feet Southerly from the Northeast corner of said Lot 1; thence continuing on said curve Northeasterly 368.20 feet to its ending.

```
26                              EXHIBIT A
27
28
29
30
31                                - 1 -
32
```

12845

**AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)**

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.    1247-SD-C

Franz R. Sachse _____, being first duly sworn, says: That affiant, whose address is

1092 S. Main St., Fallbrook, Calif.

is a citizen of the United States, a resident of the county where the herein described service took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached  Answer of defendants Melvin K. Hess and Margaret
Z. Hess and Request for Admissions under Rule 36
(Copy title of paper served)

on the  plaintiff  in said action, by personally serving
(Name of party served)
as follows:

William H. Veeder    John M. Cranston    ~~Mackenzie, Adolphus~~

(Name and address as shown on the envelope)

sealed and deposited on the  9  day of  June , 1958, ~~in the United States Mail at~~

Fallbrook, San Diego, California
(Place of mailing, name of county)

~~with postage fully prepaid thereon; and that there is regular communication by mail between the place of mailing and the place so addressed.~~

Subscribed and sworn to before me this  9 

day of  June , 1958

_____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

_____
My Commission expires  May 25, 1961

12846