F I L E D

JUN 1 ? 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  SACHSE and PRICE
2  Attorneys at Law
   1092 South Main Street
3  Fallbrook, California
   RAndolph 8-1154
4



JUN 1 0 1958
JOHN M. CRANSTON
SPECIAL MASTER
BY _____ CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
                Plaintiff,         )        No. 1247-SD-C
                                   )
        vs.                        )        ANSWER OF DEFENDANTS
                                   )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the)        CHESTER CASSEL and
State of California, et al.,       )
                                   )        DOROTHY A. CASSEL
                Defendants.        )

        Defendants

CHESTER CASSEL and DOROTHY A. CASSEL

answering plaintiff's Complaint and Supplement to Complaint for

themselves alone and not for any other defendant, admit, deny

and allege as follows:

                    FIRST DEFENSE

                          I

        Defendants have no knowledge or information

sufficient to form a belief as to the allegations contained

in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's

Original Complaint herein, and therefore deny all of said

allegations for want of information or belief.

                         II

        Answering paragraph V of plaintiff's Original

Complaint herein, defendants admit the litigation

INDEXED

COPY RECEIVED
12847

- 1 -

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A.  Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendants consist of approximately 8

- 2 -

12848

acres, all of which are arable and irrigable.  The said lands
are not riparian to any stream, but are traversed by a small
barranca in the southwest corner of said lands, which barran-
ca has been dammed by defendants with a soil conservation
having a capacity of 1.45 acre feet.  Winter run-off down said
barranca is impounded behind said dam by defendants for the
purpose of furthering percolation of waters into the under-
ground strata, and not for the purpose of direct diversion.

　　　Defendants assert full correlative rights to the
ground waters percolating beneath said lands in an amount
not to exceed 4.2 acre feet per acre per year; and further
assert the right to maintain the said soil conservation dam
and to impound winter run-off behind it as aforesaid.



- 2A -

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

7 June 1958

SACHSE and PRICE

by _____
Attorneys for defendant

- 3 -

12850

1
2
3
4
5

EXHIBIT A



FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

O. E. CLARNO And AGNES E. CLARNO, husband and wife,

do...... hereby GRANT to

CHESTER CASSEL and DOROTHY A. CASSEL, husband and wife, as joint tenants,

all that real property situated in the........ ........... County of.....San Diego.............., State of California,
described as follows:

That portion of the Southwest Quarter of the Northeast Quarter of Section 17,
Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego,
State of California, according to United States Government Survey approved April 21,
1890, described as follows:

Beginning at a point in the South line of said Northeast Quarter distant North
89° 45' 45" West 20 feet from the Southeast Corner of said Southwest Quarter of North-
east Quarter; thence along said South line North 89° 45' 45" West 1317.16 feet to the
Southwest corner of said Northeast Quarter; thence along the West line of said North-
east Quarter North 1° 12' 40" East 332.02 feet to the Northwest corner of the strip
of land conveyed by Tesla C. Nicols, et ux, to O. E. Clarno, et ux, by deed recorded
in Book 1611, page 1____ of Official Records; thence along the North line of said strip
of land of Clarno South 89° 45' 45" East 932.82 feet; thence South 7° 02' 45" East
314.51 feet to the North line of the South 20 feet of said Southwest Quarter of North-
east Quarter; thence along said North line South 89° 45' 45" East 325.71 feet to the
center line of that certain strip of land described in the deed from Raymond Wayman
to the County of San Diego and recorded in Book 751, page 310 of Deeds; thence along
said center line South 33° 0' East 23.91 feet to the point of beginning.

22
23
24
25
26
27
28
29
30
31
32

EXHIBIT A

12851

AFFIDAVIT OF SERVICE BY MAIL—1013a, C. C. P.

STATE OF CALIFORNIA,

COUNTY OF__San Diego__ } ss.      1247 SD C

Franz R. Sachse _____, being first duly sworn, says: That affiant, whose address is

1092 S. Main St., Fallbrook, Calif.

is a citizen of the United States, a resident of the county where the herein described ~~mailing~~ took place; over the age of 18 years and
not a party to the above entitled action.                    service

That affiant served the attached__Answer of defendants Chester Cassel and Dorothy A.

Cassel and Request for Admissions under Rule 36
(Copy title of paper served)

                                                        personally serving
on the__plaintiff_____in said action, by ~~placing a true copy thereof in an envelope addressed~~
as follows:          (Name of party served)

Mt. William H. Veeder  and Mr. John M. Cranston

_____
(Name and address as shown on the envelope)

~~sealed and deposited~~ on the__10__day of____June_____, 195~~8~~, ~~in the United States Mail~~ at

Fallbrook, San Diego,California
(Place of mailing, name of county)

~~with postage fully prepaid thereon, and that there is regular communication by mail, between the place of mailing and the place so addressed.~~

Subscribed and sworn to before me this__10

day of__June_____, 195_8

_____     _____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23                     My Commission expires____5/5/61

                                                        12851A