SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154



IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
          Plaintiff, )   No. 1247-SD-C
    vs. )   ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY DISTRICT, )   FALLBROK ASSEMBLY OF GOD
a public service corporation of the )
State of California, et al., )
          Defendants. )

     Defendants
FALLBROOK ASSEMBLY OF GOD, a corporation

answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

     Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

     Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

INDEXED

COPY RECEIVED 12852

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendant are improved with a Church

- 2 -

12853

and with a dwelling house and are not used for commercial or industrial purposes. The lands of defendant are not riparian to any stream. Defendant asserts full correlative rights as an overlieing landowner to the ground waters percolating beneath said lands.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

7 June 1958

SACHSE and PRICE

by _____
Attorneys for defendant

- 3 -

Lots 3 and 5, Block 7, of West Fallbrook, according to Map thereof filed in the Office of the County Recorder October 9, 1888

- 1 -            EXHIBIT A

12855

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,  
COUNTY OF San Diego } ss.    1247 SD C

Franz R. Sachse, being first duly sworn, says: That affiant, whose address is 1092 S. Main St., Fallbrook, Calif. is a citizen of the United States, a resident of the county where the herein described ~~mailing~~ service took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Answer of Defendants Fallbrook Assembly of God, a corporation  
(Copy title of paper served)

on the plaintiff (Name of party served) in said action, by ~~placing a true copy thereof in an envelope addressed~~ personally serving as follows:

Mr. William H. Veeder and Mr. John M. Cranston

(Name and address as shown on the envelope)

~~sealed and deposited~~ on the 10 day of June, 195 8, ~~in the United States Mail at~~ Fallbrook, San Diego, California  
(Place of mailing, name of county)

~~with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed~~

Subscribed and sworn to before me this 10 day of June, 195 8.

*[signature]* Boise L. Bergstrom  
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

*[signature]* Franz R. Sachse

My Commission expires 5/25/61

12855A