SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154



FILED

JUN 12 1958

CLERK, U.S. DISTRICT COURT.
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

FILED

JUN 10 1958

JOHN M. CRANSTON
SPECIAL MASTER
BY_____CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
                    Plaintiff,   )        No. 1247-SD-C
                                 )
        vs.                      )        ANSWER OF DEFENDANT
                                 )        GRACE B. WARREN
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al.,     )
                                 )
                    Defendants.  )

Defendants

GRACE B. WARREN

answering plaintiff's Complaint and Supplement to Complaint for
themselves alone and not for any other defendant, admit, deny
and allege as follows:

FIRST DEFENSE

I

Defendants have no knowledge or information
sufficient to form a belief as to the allegations contained
in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's
Original Complaint herein, and therefore deny all of said
allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original
Complaint herein, defendants admit the litigation

- 1 -

INDEXED

COPY RECEIVED
12856

referred to and admit that a stipulated judgment was entered
into therein, a copy of which is attached to plaintiff's
Complaint marked Exhibit A.  Defendants deny that they are
parties to said litigation or in any way bound thereby; and
deny that said stipulated judgment determines the rights of
plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's
Original Complaint.

IV

Defendants have no knowledge or information sufficient
to form a belief as to the allegations contained in Counts II,
III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI,
XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to
Complaint, and therefore deny all of said allegations for want
of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of
plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS
ALLEGE:

I

Defendants are the owners of real property situated
in the County of San Diego, State of California, as described
in Exhibit A attached hereto and made a part hereof by
reference.

II

Defendants claim water rights appurtenant to the
real property described in Exhibit A, as follows:

All of the lands of defendant are arable and irrigable

- 2 -

12857

and said lands are at present planted to approximately 110
ovocado trees and miscellaneous family fruit trees.  The said
lands do not abut upon any stream and are not riparian to any
stream.  The said lands overlie percolating ground waters
that are not a part of any stream, and defendant asserts full
correlative rights to the use of said percolating ground
waters in an amount not to exceed 4.2 acre feet per acre per
year.

WHEREFORE, defendants pray judgment as follows:

1.  That plaintiff take nothing by its
Complaint and Supplement to Complaint herein.

2.  That this Honorable Court adjudge and
decree that defendants are the owners of water rights
appurtenant to the lands described herein as described in
this Answer.

3.  That this Honorable Court adjudge and
decree that the water rights of defendant are prior and
paramount to all of the claimed water rights of plaintiff
herein.

4.  That this Honorable Court quiet the
title of defendants in and to their rights to the use of
water as set forth herein as against all adverse claims of
plaintiff or other defendants herein.

5.  For costs of suit and for such other
relief as seems just.

June 1958

SACHSE and PRICE

by _____
Attorneys for defendant

- 3 -

12858

1
2

# EXHIBIT A

all that real property situated in the       County of   .....San.Diego

State of California, described as follows:

PARCEL 1:

    The West 136.98 feet of the East 694.43 feet of the North Half of the Southeast Quarter of the Southeast Quarter of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California; EXCEPTING therefrom the South 350 feet.

PARCEL 2:

    The West 136.98 feet of the East 557.45 feet of the North Half of the Southeast Quarter of the Southeast Quarter of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California; EXCEPTING therefrom the South 350 feet.

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

EXHIBIT A

12859

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C.C.P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego }ss.   1247 SD C

Franz R. Sachse _____, being first duly sworn, says: That affiant, whose address is

1092 S. Main St., Fallbrook, Calif.
is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and
not a party to the above entitled action.                    service

That affiant served the attached___ Answer of Defendant Grace B. Warren and Request for

admissions under Rule 36 _____

_____
(Copy title of paper served)

on the___ plaintiff _____                personally serving
_____in said action, by placing a true copy thereof in an envelope addressed
as follows:

Mr. William H. Veeder and Mr. John M. Cranston, Special Master

_____
(Name and address as shown on the envelope)

sealed and deposited on the 10 day of_____ June _____, 1958, in the United States Mail at

Fallbrook, San Diego California _____
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this___ 10 _____

day of_____ June _____, 195_ 8 _____

_____          _____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires___ May 25, 1961 _____