

SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,

    Defendants.

No. 1247-SD-C

ANSWER OF DEFENDANTS HARRY A. CHAPMAN and SYBIL E. CHAPMAN

Defendants
HARRY A. CHAPMAN and SYBIL E. CHAPMAN

answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

12861

All of the lands of defendants are arable and irrigable. The lands of defendants are not riparian to any stream and do not abut upon any stream. The lands of defendants overlie percolating ground waters which are not a part of any stream. Said lands are parially planted and have been watered in the past from a well located upon said lands which well draws its water supply from percolating ground waters. Defendants assert full correlative rights to the use of said percolating ground waters in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

9 June 1958

SACHSE and PRICE

by _____
Attorneys for defendant

- 3 -

12862

EXHIBIT A

That portion of the South Half of the Southeast Quarter of Section 1, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, lying North of a line drawn parallel with the South line of said Section 1 and distant 465.80 feet Northerly at right angles from said South line, described as follows:

PARCEL 1:
Beginning at the Southeast corner of said Section 1; thence along the South line of said Section 1 South 89° 31' West 59.75 feet; thence North 0° 25' 40" West 465.80 feet to the North line of the South 465.80 feet of said Section 1, and true point of beginning; thence along said North line of the South 465.80 feet of Section 1 South 89° 31' West 500 feet; thence North 0° 25' 40" West 434.90 feet; thence North 89° 20' 50" East 500 feet to the West line of the tract of land conveyed to William A. James, et ux, by deed recorded October 14, 1949 in Book 3350, page 449 of Official Records; thence along said West line South 0° 25' 40" East 434.42 feet to the true point of beginning.

- 4 -

EXHIBIT A

12862

AFFIDAVIT OF SERVICE ~~XXXXX~~—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss. 1247 SD C

Franz R. Sachse, being first duly sworn, says: That affiant, whose address is

1092 S. Main St., Fallbrook, Calif.
is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Answer of defendants Harry A. Chapman and Sybil E. Chapman and Request for Admissions under Rule 36
(Copy title of paper served)

on the plaintiff (Name of party served) in said action, by personally serving ~~placing a true copy thereof in an envelope addressed~~ as follows:

William H. Veeder and John M. Cranston, Special Master

(Name and address as shown on the envelope)

~~sealed and deposited on the~~ 9 day of June, 1958, ~~in the United States Mail at~~

Fallbrook, San Diego, California
(Place of mailing, name of county)

~~with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.~~

Subscribed and sworn to before me this 9

day of June, 1958

Boris C. Bergstrom
Notary Public in and for said County and State

Franz R. Sachse

(SEAL)

Stuart FORM 23

My Commission expires May 25, 1961