

FILED

JUN 1 2 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK



FILED

JUN 1 0 1958

JOHN M. CRANSTON
SPECIAL MASTER
BY _____ CLERK

SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,          )
                    Plaintiff,     )          No. 1247-SD-C
          vs.                      )          ANSWER OF DEFENDANTS
                                   )
FALLBROOK PUBLIC UTILITY DISTRICT, )  JAMES F. CLEMONS and DOROTHY
a public service corporation of the)
State of California, et al.,       )  B. CLEMONS
                    Defendants.    )

Defendants

JAMES F. CLEMONS and DOROTHY B. CLEMONS

answering plaintiff's Complaint and Supplement to Complaint for

themselves alone and not for any other defendant, admit, deny

and allege as follows:

<u>FIRST DEFENSE</u>

I

Defendants have no knowledge or information

sufficient to form a belief as to the allegations contained

in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's

Original Complaint herein, and therefore deny all of said

allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original

Complaint herein, defendants admit the litigation

- 1 -

INDEXED

COPY RECEIVED   12861

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A.  Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

12865

The lands of defendants are all arable and irrigable, and are not riparian to the SMR or any of its tributaries. The waters percolating beneath the lands of defendants are percolating ground waters the use to which defendants claim full correlative rights in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

8 June 1958

SACHSE and PRICE

by _____
Attorneys for defendant

- 3 -

12866

1

2          The Northwest $\frac{1}{4}$ of the SE$\frac{1}{4}$ of Sec 1, T9S, R3W,

3    SBM, Excepting that portion deed to the State of California

4    by deed recorded May 13, 1938 in Book 769 page 368, Official

5    Records.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31                              - 3/ -              EXHIBIT A

32

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,

COUNTY OF __San Diego__  } ss.        1247 SD C

__Franz R. Sachse_____, being first duly sworn, says: That affiant, whose address is

__1092 S. Main St., Fallbrook, Calif.__

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.        **service**

That affiant served the attached____ __Answer of defendants James F. Clemons and Dorothy__

__F. Clemons and Request for Admissions under Rule 36__

_____
(Copy title of paper served)

on the____ __plaintiff_____        **personal service**

_____in said action, by placing a true copy thereof in an envelope addressed
      (Name of party served)

as follows:

__William H. Veeder and John M. Cranston__

_____
(Name and address as shown on the envelope)

sealed and deposited on the __10__ day of____ __June_____, 195__8__, in the United States Mail at

__Fallbrook, San Diego, California__
      (Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this__9__

day of____ __June_____, 195__8__        [signature]

_____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23        My Commission expires__ **May 25, 1961**_____