

SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
             Plaintiff,             )   No. 1247-SD-C
                                    )
        vs.                         )   ANSWER OF DEFENDANTS
                                    )
FALLBROOK PUBLIC UTILITY DISTRICT,  )   DONALD K. OSBORNE and
a public service corporation of the )
State of California, et al.,        )   MAXINE K. OSBORNE
                                    )
             Defendants.            )

Defendants
DONALD K. OSBORNE and MAXINE K. OSBORNE
answering plaintiff's Complaint and Supplement to Complaint for
themselves alone and not for any other defendant, admit, deny
and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

INDEXED

- 1 -

COPY RECEIVED
12868

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendants consist of five acres, all

- 2 -

of which are arable and irrigable. The said lands are not riparian to any stream, but are fully planted to avocados. Defendants claim full correlative rights as overlieing landowners to the waters percolating beneath said lands, in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

June 7, 1958

by _____
Attorneys for defendant

- 3 -

EXHIBIT A

All those portions of the Southwest Quarter of the Northwest Quarter of Section 7, Township 9 South, Range 2 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey, approved September 21, 1875; together with those portions of the Southeast Quarter of the Northeast Quarter of Section 12, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved, September 11, 1879; being also described as Lots 7, 8, 17 and 18 of Rainbow, in the County of San Diego, State of California, according to the Amended Map thereof No. 880, filed in the file of the Recorder of said San Diego County, February 7, 190_ ; described in 4 parcels as follows:

PARCEL 1:

Beginning at the West Quarter corner of said Section 7 being the East terminus of Eighth Street as said Street is shown on said Map No. 880 of Rainbow; thence North 26°01' West, 66.67 feet; thence North 17°37' East, 179.12 feet; thence North 40°37' East, 137.20 feet; thence North 11°03' West, 103.97 feet; thence North 52°59' West, 208.00 feet; thence North 09°44' West, 99.78 feet; thence South 22°29' West, 329.44 feet; thence South 50°05' West, 565.48 feet; to the center line of said Eighth Street; thence along said center line, North 89°23'30" East, 648.33 feet to the point of beginning.

- 4 -

EXHIBIT A

12871

AFFIDAVIT OF SERVICE ~~BY MAIL~~ (1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF **San Diego** } ss.    1247 SD C

**Franz R. Sachse**, being first duly sworn, says: That affiant, whose address is

**1092 S. Main St., Fallbrook, Calif.**

is a citizen of the United States, a resident of the county where the herein described ~~mailing~~ service took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached **Answer of Defendants Donald K. Osborne and Maxine K. Osborne and Request for Admissions under Rule 36**
(Copy title of paper served)

on the **plaintiff** in said action, by ~~placing a true copy thereof in an envelope addressed~~ personally serving
(Name of party served)
as follows:

**Mr. William H. Veeder and Mr. John M. Cranston**

(Name and address as shown on the envelope)

~~sealed and deposited~~ on the **10** day of **June**, 195**8**, ~~in the United States Mail~~ at

**Fallbrook, San Diego, Calif.**
(Place of mailing, name of county)

~~with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.~~

Subscribed and sworn to before me this **10** day of **June**, 195**8**

_____
Notary Public in and for said County and State

(SEAL)
Stuart FORM 23

My Commission expires **5/25/61**    **12872**