FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
BELMONT 9-1131

Attorneys for Defendants KENNETH V. MARTIN and
ESPERANCE S. MARTIN

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff )   NO. 1247-SD-C
    vs )   ANSWER OF KENNETH V. MARTIN and
     )   ESPERANCE S. MARTIN TO COMPLAINT
FALLBROOK PUBLIC UTILITY )   AND SUPPLEMENTARY AND AMENDA-
DISTRICT, a Public Service Cor- )   TORY COMPLAINT.
poration of the State of Cali- )
fornia, et al., )
        Defendants. )

    Come now Defendants KENNETH V. MARTIN and ESPERANCE S. MARTIN, and answer the Complaint and Supplementary and Amendatory Complaint as follows:

I.

    By Order Respecting Responsive Pleadings herein dated April 9, 1958, wherein all pleadings presently on file in response to the original complaint in this cause are declared to be in answer to the Complaint and Supplementary and Amendatory Complaint of the United States, these Defendants re-allege and re-aver each and every allegation in the Answer filed in this court in this case on or about the 27th day of July, 1951 by ROBERT T. GRAY and JANE P. GRAY. That subsequent to the filing of said Answer said Grays conveyed a portion of their said property, together with its water rights to these Defendants, KENNETH V. MARTIN and ESPERANCE S. MARTIN, which said property is more particularly described as follows:

-1-

12873

1  The North ½ of the Southeast ¼ of Section 17,
2  Township 9 South, Range 3 West, S.B.M. except
3  that portion lying south of the center line of
4  Highway (Formerly known as No. 395) Mission 1C;
5  also except all that portion easterly of Hood
6  Road, containing 50 acres more or less, in San
7  Diego County, California.
8  The aforesaid property is the property described as Parcel 3 in
9  the answer of Mr. and Mrs. Gray.

II.

Answering Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XV, XVI, XVII, XVIII, XIX, XX, XXI, XXII, XXIV, these Defendants are without knowledge or infirmation sufficient to form a belief as to the truth of the allegations contained therein and on that ground deny each and every one of said Counts.

III.

Answering Count XIV, these Defendants admit the allegation set forth in Paragraph II thereof, but further allege that as to Paragraph I thereof they are without sufficient knowledge or information to form a belief of the truth of the allegations contained therein and upon that ground deny said allegations.

IV.

Answering Paragraph III of Count XXIII, these Defendants deny that a military use is a proper riparian use. As to the allegations contained in Paragraphs I and II, these Defendants lack sufficient knowledge or information upon which to form a belief, and upon that ground deny said allegations.

V.

Answering Count XXV, these Defendants admit that the claim set forth in this litigation by the United States of America far exceeds the available supply of water in the Santa Margarita River; Allege that these claims have put a cloud upon the right

and title of these Defendants to use a reasonable share of the waters of the Santa Margarita River and its tributaries beneficially upon their said lands which are riparian thereto.

Deny that these Defendants or either of them have exercised or are presently exercising rights to the use of the waters of the Santa Margarita River or its tributaries in a manner that invades or threatens to invade the rights of the United States of America. As to the remainder of the allegations contained in said Count XXV, these Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations and on that ground deny each and every of said allegations.

WHEREFORE, these Defendants pray:

1. That Plaintiff take nothing by its action.
2. That these Defendants be decreed and declared as against Plaintiff, to be the owner of the right to beneficially use upon their said lands up to 150 acre-feet of water per annum.
3. That these Defendants have judgment for their costs incurred herein and for such other and further relief as to the court may seem just and proper.

DATED: June 10 1958.

SWING, SCHARNIKOW & STANIFORTH

BY Philip D. Swing

Attorneys for Defendants
KENNETH V. MARTIN and ESPERANCE S. MARTIN

-3-

FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

SWING, SCHARNIKOW & STANIFORTH
ATTORNEYS AT LAW
604 SAN DIEGO TRUST & SAVINGS BUILDING
SAN DIEGO 1, CALIFORNIA
BELMONT 9-1131

Attorneys for Defendants KENNETH V. MARTIN and ESPERANCE S. MARTIN

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff<br>　vs<br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br>　　　　　Defendants. | NO. 1247-SD-C<br>AFFIDAVIT OF SERVICE BY MAIL<br>(C. C. P. 1013a) |

STATE OF CALIFORNIA )
　　　　　　　　　　　) ss
COUNTY OF SAN DIEGO )

　　　MARIAN W. ALLEN, being first duly sworn, deposes and says:

　　　That affiant is a citizen of the United States, over 18 years of age, a resident of San Diego County, and not a party to the within action;

　　　That Affiant's business address is 604 San Diego Trust & Savings Bldg., San Diego, California;

　　　That affiant served the attached ANSWER OF KENNETH V. MARTIN and ESPERANCE S. MARTIN TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT by placing a true copy thereof in envelopes as follows:

　　　　　Honorable J. Lee Rankin
　　　　　Solicitor General
　　　　　　　and
　　　　　Mr. William H. Veeder, Special Assistant
　　　　　　to the Attorney General
　　　　　DEPARTMENT OF JUSTICE
　　　　　WASHINGTON, D. C.

12876

```
             Mr. John Cranston
             Special Master
             1425 Bank of America Building
             San Diego, California
```

which envelopes were then sealed and postage fully prepaid thereon and thereafter on June 11, 1958, were deposited in the United States mail at San Diego, California; that there is delivery service by the United States mail at the places so addressed.

*Marian W Alley*

SUBSCRIBED AND SWORN TO before me this 11th day of June, 1958.

*Elsie M. Bradford*
Notary Public in and for said County and State.

-2-

12877