Whittier, Calif.
May 25 1958

**FILED**

JUN 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

Mr. J. Lee Rankin,
Solicitor General.

Dear Sir:

Am in receipt of your summons no. 1247-SD-C. I would like to say - tho' my name is on your list - it is not as a land owner, but as a former owner now holding heavy mortgages on this land, which is my living - as I am a widow. I am in complete agreement with the purchasers of my property. Mr. Harley Pyron and Mr. + Mrs. Wm. Lim. Hereby - no judgement by default shall be taken against me. My husband died in 1952 so I divided the land + sold it for the purpose of raising avocados or citrus, for which much water is needed. Built an earth reservoir and a very large concrete reservoir on top of hill. Planned to dig one or 2 more wells as needed. Have only one well at present. 8 1/4 acres are at present in the Water District of Fallbrook. We do not understand how the government can lay claim to water which we, as high tax payers purchased with our property years ago. Or has it come to the time when the citizens do not count. There is plenty of water. A Dam would take care of it. Can't see the reason for this delay. Much money is spent for other countries so feel our government shall feel obligated to grant us our rightful inheritance which we afterall pay for as long as we live. May this

COPY RECEIVED

12883

Page 2 –

government of the people, by the people
and for the people, not perish yet. One
piece of our land is about 31 acres,    (#1)
of which maybe 25 are plantable.
Seven acres of which are now producing avocados.
By now more may have been planted. The other
(#2) piece is about 53 acres, of which possibly (40)
forty acres are plantable. I trust that this
water problem shall be speedily settled once
for all so we may work in peace and enjoy
the fruits of our labor.

Acreage –       25 one piece = or as requested by Mr. Sim
                40  "      "  or as requested by Mr. Pyron
              ─────
               65. Acres                    (approximate)
                4 Acre ft. of water per acre
              ─────
              26 0 Acre ft. of water needed
                              when completely planted

Description – # 1   Jm. A. Sim  + Dorothy Sim
      "       # 2   Harley Pyron + Roberta Pyron.
                    Respectfully – Elizabeth M. Hass
                                   10421 – Pounds ave
P.S.                               whittier, Calif.
    Have just recently received your summons.
    Trust this letter will give you the necessary          12884
    information. I sold to Mr. + Mrs. Wm. Sim + to Mr + Mrs. Harley Pyron,