DAVIDSON & RUSS

Attorneys at Law
16405 So. New Hampshire Ave.
Gardena, California

DAvis 9-19-04 or FAculty 1-08-53



FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. FALLBROOK PUBLIC UTILITY DISTRICT, ET. AL., Defendants. | CIVIL NO. 1247 - SD - C ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF ARTHUR A. SNYDER, JR. |

Defendant Arthur A. Snyder, Jr. answers Plaintiff's Complaint, Supplementary and Amendatory Complaint as follows:

ANSWER TO ORIGINAL COMPLAINT

I

Defendant has no information or belief sufficient to enable him to answer the allegations of Paragraphs II, III, and VII of the original Complaint and basing his denial upon that ground, denies all allegations in said paragraphs contained.

II

Answering the allegations of Paragraph IV, Defendant denies that any conduct of this Defendant threatens the destruction of the basin referred to in said paragraph or damages the Plaintiff in any manner; Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph and basing his denial on that ground, denies all of said allegations.

III

INDEXED

COPY RECEIVED

12885

Answering the allegations of Paragraphs V and VI, denies that the litigation and/or the stipulated judgment referred to in said paragraphs are binding upon or in any manner affect the rights of this Defendant, and denies that the Plaintiff is entitled to any rights, titles, interests, or privileges as against this Defendant by reason thereof; Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph and basing his denial on that ground, denies all of said allegations.

### IV

Answering the allegations of Paragraph VIII, admits that the Plaintiff makes the claims and assertions specified in said paragraph; Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph and basing his denial on that ground, denies all of said allegations.

### V

Answering the allegations of Paragraph IX, denies that any action or conduct of this Defendant has caused the Plaintiff any damage or has contributed to any of the injuries alleged in said paragraph; Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph and basing his denial on that ground, denies all of said allegations.

### ANSWER TO SUPPLEMENT TO COMPLAINT
#### Answer to Counts Nos. I to XIV, Inclusive

### I

In answer to Counts I to XIV, inclusive, of the Supplement to Plaintiff's complaint, defendant hereby incorporates by reference Paragraphs I to V, inclusive, of the above Answer to Plaintiff's original complaint.

### II

12886

1  Defendant admits that the Plaintiff makes the contentions
2  set forth in said counts; denies that any actions of this Defen-
3  dant has injured Plaintiff; and has no information or belief
4  sufficient to enable him to answer any of the remaining allega-
5  tions in any of said counts contained and basing his denial on
6  that ground, denies all of said allegations not hereinabove ex-
7  pressly admitted or denied.

Anser to Counts Nos. XV-XXI, Inclusive

I

Defendant hereby incorporates by reference, Paragraphs I and II of his Answer to Counts I to XIV, inclusive.

II

Defendant denies each and every allegation contained in Paragraphs II and III of Count XXI.

III

Defendant admits that Plaintiff owns certain tracts of land comprising the Cleveland and San Bernardino National Forests which are administered by the Bureau of Land Management of the Department of the Interior, which tracts are within the watershed of the Santa Margarita River; admits the allegations with reference to the flow of Temecula Creek and its tributaries; admits that the exhibits mentioned in said Counts are attached to the Complaint; admits that the United States of America makes the contentions set forth in Counts XVIII, XIX, and XX; Defendant has no information or belief sufficient to answer the remaining allegations in said Counts XV to XXI, inclusive, and basing his denial on that ground, denies all of said allegations.

ANSWER TO AMENDMENT TO COMPLAINT
Answer to Counts Nos. XXII to XXV, Inclusive

I

Defendant hereby incorporates by reference Paragraphs I, II and III of his Answer to Counts XV to XXI, inclusive.

12887

-3-

|     |                                                                                  |
| --- | -------------------------------------------------------------------------------- |
|  1  |                                    II                                            |
|  2  |     Defendant denies the allegaations of Paragraphs I and II of                  |
|  3  | Count XXII.                                                                      |
|  4  |                                    III                                           |
|  5  |     Defendant admits that Plaintiff makes the contentions set                    |

II

Defendant denies the allegaations of Paragraphs I and II of Count XXII.

III

Defendant admits that Plaintiff makes the contentions set forth in Paragraph III of Count XXII; denies each and every allegation in said paragraphs contained except as hereinabove admitted.

IV

Defendant admits that Plaintiff makes the contentions set forth in Counts XXII to XXV, inclusive; admits that the application referred to in Paragraph II of Count XXIV was filed and in this connection alleges that said application was rejected and denied by the State Board of Water Rights of the State of California on April 10, 1958; admits that defendant claims the right to the use of water specified in the Affirmative Statement of Rights hereinbelow set forth; denies that any claim of this Defendant invades any rights of the United States of America; denies the allegations of Count XXI except as hereinabove expressly admitted.

V

Defendant has no information or belief sufficient to enable him to answer the remaining allegations contained in said counts and basing his denial upon that ground, denies all of the allegations not hereinabove expressly admitted or denied.

AFFIRMATIVE STATEMENT OF RIGHTS

I

Defendant owns approximately 312 acres of land legally described as follows:

    All that real property in the County of San Diego,
    State of California, described as:  East half 1/2
    of South West Quarter 1/4 and South West Quarter¼

1  of South West Quarter ¼ Section Seventeen (17),
2  T.9S.P. 3E., S.B.M.
3  South Half ½ of South East Quarter ¼ and South
4  East Quarter ¼ of the Sout West Quarter ¼ and Lot
5  Four (4) of Section Eighteen (18), T.9S.P. 3E.,
6  S.B.M.
7  West Fourteen acres (14), of North Half ½ of North
8  West Quarter ¼ of North East Quarter ¼ of Section
9  Nineteen (19), and West Five acres (5), of South
10 West Quarter ¼ of North West Quarter ¼ of North
11 East Quarter ¼ of Section Nineteen (19) T.9S.,
12 R. 3E., S.B.M.
13 North West Quarter ¼ of North West Quarter ¼ of
14 Section Twenty (20), T.9S.R.3E., S.B.M.
15    This realty is within the watershed of the Cleveland National
16 Forest; the land has three wells but not presently in use; there
17 is one spring upon the land, used by gravity pressure and pipe to
18 the house on the land; at least 60 acres of the land is tillable
19 and it is fit for grazing cattle, raising turkeys, chickens and
20 fowl; Defendant claims the privilege of taking water from said
21 wells and spring and that in the future, said wells will be activa-
22 ted and other wells dug for the benefit of the land and Defendant
23 further claims the privilege of using waters in any manner as said
24 waters come from the adjacent watershed area, whether above or be-
25 low the ground.
26    WHEREFORE, Defendant prays:
27    1.  That Plaintiff take nothing.
28    2.  That Plaintiff's Complaint be dismissed as against this
29        Defendant.
30    3.  That Defendant's rights to water, as hereinabove set forth,
31        be quieted as against Plaintiff and all other Defendants
32        in this action.

12889

```
 1       4.  For such other and further relief as the Court may deem
 2   proper.
 3
 4
 5   DATED:  June  6  1958
 6
 7
 8                                    /s/ Donald H. Davidson
 9                                    DAVIDSON & RUSS
                                      BY Donald H. Davidson
10                                    Attorneys for Defendant
```

12890

ARTHUR A. SNYDER, JR

being by me first duly sworn, deposes and says: that he is the **defendant**

in the above entitled action; that he has read the foregoing **Answer to Complaint and Supplementary and Amendatory Complaint**
and knows the contents thereof; and that the same is true of his own knowledge, except as to the matters which are therein stated upon his information or belief, and as to those matters he believes it to be true.

Subscribed and sworn to before me this **9**
day of **June** 19**58**

_Donald H. Davidson_
Notary Public in and for said County and State of California
(SEAL)

**Arthur A. Snyder, Jr.**

---

Received copy of the within _____ this ____ day of _____ 19__

_____ Attorney ___ for _____

Received copy of the within _____ this ____ day of _____ 19__

_____ Attorney ___ for _____

---

(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C.C.P.)

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES ss.

**Anita McLaughlin** being first duly sworn says: That affiant is a citizen of the United States and a resident of the county aforesaid; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is: **16405 S. New Hampshire, Gardena, California**

that on **June 11, 1958** affiant served the within **Answer to Complaint and Supplementary and Amendatory Complaint**
on the **Solicitor General** in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said **plaintiff** at the office address of said attorney as follows: **J. Lee Rankin, Solicitor General, Room 332, 325 West F. Street, San Diego, California**

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States mail at the city where is located the office of the attorney for the person by and for whom said service was made. That there is a delivery service by United States mail at the place so addressed or there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this **11**
day of **June** 19**58**

_Donald H. Davidson_
Notary Public in and for the County and State of California
(SEAL)

**Anita McLaughlin**

12891

COPY RECEIVED