GEORGE M. CHAPMAN and NADEEN L. CHAPMAN

Defendants in propria persona
13081 PROSPECT AVE.
SANTA ANA, CALIF.

**FILED**
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )    CIVIL NO. 1247 - SD - C
                           )
              Plaintiff,   )    ANSWER OF DEFENDANTS
                           )
     vs.                   )    GEORGE M. CHAPMAN
                           )         and
FALLBROOK PUBLIC UTILITY   )    NADEEN L. CHAPMAN
DISTRICT, ET AL,           )
                           )
              Defendants,  )

The defendants, GEORGE M. CHAPMAN--NADEEN L. CHAPMAN each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 18 acres of land in SAN DIEGO County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

THE WEST 18 ACRES OF LOT 12, BEING A PORTION OF THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 26 TOWNSHIP 9, RANGE 2 EAST, SAN BERNARDINO MERIDAN, in the COUNTY OF SAN DIEGO, CALIFORNIA.

INDEXED
COPY RECEIVED

12676

I.

(18) Acres of this land are tillable. One well to a depth of (160'), has been put down, which at the present time is used for domestic purposes. It is estimated that the present well is enough to irrigate approximately 6 Ac. of Alfalfa. Defendants in the future, expectoto drill more wells, enough to irrigate 18 Acres of Alfalfa.

II.

Defendants claim all the percolating water on this land, and claim the right to the water, from the present well to its capacity, and to put down wells and develop water for all beneficial purposes in the future.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*George W. Chapman*

*Nadeen L. Chapman*
Defendants in propria persona

Dated: June 7, 1958

12677