FILED

JUN 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ~~illegible~~
DEPUTY CLERK

1    PHILLIP M. CONKLE and ELDA W. CONKLE
     Defendants in propria persona
2    1405 Coronet Avenue
     Pasadena 8, California
3

4              IN THE UNITED STATES DISTRICT COURT

5                SOUTHERN DISTRICT OF CALIFORNIA

6                      SOUTHERN DIVISION

7
     UNITED STATES OF AMERICA,        )    CIVIL NO. 1247 - SD - C
8
                    Plaintiff,        )    ANSWER OF DEFENDANTS
9
          v.                          )    PHILLIP M. CONKLE AND
10                                         ELDA W. CONKLE
     FALLBROOK PUBLIC UTILITY         )
11   DISTRICT, ET AL,                 )

12                  Defendants,       )

13        The defendants, PHILLIP M. CONKLE and ELDA W. CONKLE,

14   each severing from their co-defendants and each for himself or her-

15   self alone, in answer to the Complaint and Supplementary and Amenda-

16   tory Complaint on file herein, admit, deny, and allege:

17            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                        AMENDATORY COMPLAINT
18

19        These answering defendants hereby incorporate by reference

20   all of the allegations contained in the answer to said Complaint and

21   Supplementary and Amendatory Complaint filed in this case by Newton

22   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23   of the portion thereof entitled "Affirmative Statement of Rights")

     and make each and all of said allegations a part of this answer
24
     the same as if herein set forth at length.
25
              AFFIRMATIVE STATEMENT OF RIGHTS
26
          These defendants own 40 acres of land in San Diego
27
     County, California, and within the watershed of the Santa Margarita
28
     River, more particularly described in the document attached hereto,
29
     marked Exhibit A, which is hereby incorporated by reference as a
30
     part of this statement.
31

32

INDEXED

COPY RECEIVED

12678

1    This land is about 80% tillable.  It is intended to plant to avacados and/or
2    lemons.  Four acre feet of water per acre per year will be required.
3    Eventually 128 acre feet of water per year will be required.  Riparian
4    rights are claimed as well as rights to drill wells or develop springs if
5    possible.
6        We are prepared to let the United States Government representatives
7    survey the property to prove our claim for water.

18       WHEREFORE, these defendants pray that plaintiff take
19   nothing against them by reason of the Complaint and Supplementary
20   and Amendatory Complaint on file herein; that said Complaint be
21   dismissed as against these defendants; that defendants' right to
22   water, as hereinabove set forth, be quieted as against the plain-
23   tiff and against all other defendants in this action; and for such
24   other and further relief as the Court may deem proper.

*Phillip M. Conkle*

*Elda H. Conkle*

Defendants in propria persona

Dated:  June 9, 1958

**EXHIBIT "A"**

The Southeast Quarter of the Southeast Quarter of Section 32, Township 8 South, Range 3 West, San Bernardino Base and Meridian, as shown by United States Government Survey.

12680