Ray B. Hotchkiss & Minnie J. Hotchkiss
Nathan A. Meek Jr. & Welma Meek.
Defendants in propria persona
Winchester Calif.
1941 Lansdowne ave.
Los Angles 31, Calif.

FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
Ray B. Hotchkiss, Minnie J. Hotchkiss
Nathan A. Meek Jr. Welma Meek.

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2 82.5 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

12681

Property Discription of Ranch owned by Ray Hotchkiss, Minnie J. Hotchkiss, Nathan A. Meek Jr. and Wilma Meek.

In the County of Riverside, State of California. Government Lots One and two of Fractional Southwest Quarter. Lots (3) three and (4) four of Fractional Northwest Quarter. The West half of lots (9) nine and (14) of said Fractional Southwest Quarter, and the West Half of the East 80 acres of said Fractional Northwest Quarter, all in Fractional Sections 31 (thirty one, Township (6) six South, Range (1) One West, San Bernardine Base and Meridan.

12682

We own 282.55 acres in Riverside so which is not riparian land appropeamtely 71 acres are and can be irrigatable by sprinklers and have to be pumped from wells. We intend to develope more water in future and would like to keep all water we are intitled to. There is also 161 acres to be used for Annual pasture, Browse, and feeding wild life.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Ray B. Hotchkiss & Minnie J. Hotchkiss*

*Nathan A. Meek Jr. Wilma Meek*

Defendants in propria persona

Dated: June 6, 1958

12683