Clarence H. Jacobs and Lillian M. Jacobs
Defendants in propria persona
P.O. Box 298, Yucca Valley, California

FILED

JUN 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, ) CIVIL NO. 1247- SD - C
v. ) ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY ) Clarence H. Jacobs and
DISTRICT, ET AL, ) Lillian M. Jacobs
        Defendants. )

    The defendants, Clarence H. Jacobs and Lillian M. Jacobs each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own $\frac{1}{3}$ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.
INDEXED

12684

1  These answering defendants claim water for domestic
2  and yard use up to 10,000 cubic feet per month as
3  may be supplied by the Fallbrook Public Utility
4  District or their successors.

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Clarence N. Jacobs*
*Lillian M. Jacobs*
Defendants in propria persona

Dated: 6/10/58

12685

EXHIBIT A.

These answering defendants hold a first trust deed to the following described property, situated within the townsite of Fallbrook, California:

The South 131.9 feet of the West 189 feet of Lot 3 of Shipley Tract, in the County of San Diego, State of California, according to Map thereof No. 132, filed in the office of the County Recorder on August 22, 1887.

12685A