1  HOLGER H. JENSEN — DAISY M. JENSEN
2  Defendants in propria persona
3  520 No. YALE ST.  HEMET, CAL.

**FILED**
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
DEPUTY CLERK

5           IN THE UNITED STATES DISTRICT COURT
6              SOUTHERN DISTRICT OF CALIFORNIA
7                    SOUTHERN DIVISION

8  UNITED STATES OF AMERICA,           )  CIVIL NO. 1247 - SD - C
9              Plaintiff,              )  ANSWER OF DEFENDANTS
                                       )  HOLGER H. JENSEN
10       v.                            )  DAISY M. JENSEN
11 FALLBROOK PUBLIC UTILITY            )
   DISTRICT, ET AL,                    )
12           Defendants,               )

13       The defendants, HOLGER H. JENSEN — DAISY M. JENSEN
14 each severing from their co-defendants and each for himself or herself
15 alone, in answer to the Complaint and Supplementary and Amendatory Com-
16 plaint on file herein, admit, deny, and allege:

17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
                 AFFIRMATIVE STATEMENT OF RIGHTS
26
         These defendants own 45 acres of land in SAN DIEGO, COUNTY
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30

31
32

                                                              12886

INDEXED

Right to percolating Water and wish to reserve right to drill a well at a later date, I wish to claim the right to use 180 acre feet per year

This land to be used for Cattle, Grain Farm Products, Orchards and the raising of Turkeys, Chickens and Fowl

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

/s/ Holger H. Jensen

/s/ Daisy M. Jensen

Defendants in propria persona

Dated: June 8, 1958.

12687

"EXHIBIT "A"

COMPLETE PROPERTY DESCRIPTION

S.W. 1/4 of N.E. 1/4 of SECTION "1"
TOWNSHIP "9" SOUTH
RANGE "1" EAST

E. 1/2 of S.W. 1/4 of N.W. 1/4 of
N.E. 1/4  SECTION "1"
TOWNSHIP "9" SOUTH
RANGE "1" EAST

12688