Earl E. Johnson and Marion V. Johnson
235 S. Wisconsin St.

1  Defendants in propria persona.

**FILED**

JUN 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br><br>    Defendants. | CIVIL NO. 1247- SD - C<br><br>ANSWER OF DEFENDANTS<br><br>Earl E. Johnson<br>and<br>Marion V. Johnson |

The defendants, Earl E. Johnson and Marion V. Johnson each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own ~~acres~~ of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

12989

COPY RECEIVED

Exhibit A

All that portion of Block One Hundred Eighteen of West Fallbrook, in the county of San Diego, State of California, according to Map thereof No. 567, filed in the office of the County Recorder of said San Diego County October 9, 1888, described as follows:

Commencing at the Southeast corner of said block 118 of West Fallbrook; thence West along the North boundary line of Elder Street 55 feet to the true point of beginning; thence continuing West on said North line of Elder Street, 50 feet; thence North and parallel with the East line of said Block 118 a distance of 135.15 feet; thence East and parallel with the North line of Elder Street, 50 feet; thence South and parallel with the East line of said Block 118 a distance of 135.14 feet to the true point of beginning.

Beginning at the Southeast corner of said Block 118; thence Westerly along the South line of said Block, being also along the North line of Elder Street a distance of 55 feet to the Southeast corner of the parcel of land conveyed to Harold L. Johnson and wife by deed dated October 24, 1940 and recorded in Book 1160, page 217 of Official Records; thence North along the East line of said Johnson's land parallel with the East line of said Block 118 a distance of 135.14 feet to the Northeast corner of said land; thence East parallel with the South line of said Block, 55 feet to the East line of said Block; thence South along said East line 135.14 feet to the point of beginning.

Defendants claim all the right of overlying land owners and to water which may originate in or may be foundon or under or which may cross their land.

Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Earl E. Johnson*

*Marion V. Johnson*

Defendants in propria persona

Dated: 6/6/58

12689A