McGough, Joseph W. or Leona
Defendants in propria persona
Idyllwild Dairy - Box 27, Idyllwild, Calif.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants,

CIVIL NO. 1247 - SD-C

ANSWER OF DEFENDANTS
Joseph W. McGough
Leona McGough

The defendants, Joseph W. or Leona, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 40 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

12690

*I claim to have the right to drill a well any time I so desire, and would like to preserve that Right.*

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Joseph W. McTaugh*

*Leone McTaugh*

Defendants in propria persona

Dated: *May 14, 1958*

12691

Exhibit -A-

The West one half (W.½) of the Northwest quarter (N.W.¼) of the southeast quarter (S.E.¼) of section five (5), township eight (8) South, Range one (1) East, San Bernadino Base & Meridian.

Also:—

The North one half (N.½) of the Northeast quarter (N.E.¼) of the southwest quarter (S.W.¼) of the southeast quarter (S.E.¼) and the East one half (E.½) of the Northwest quarter (N.W.¼) of the southeast quarter (S.E.¼) in Section five (5) township eight (8) South of Range one (1) East, San Bernadino Base and Meridian.

12692