FRED T NORMAN
MAZIE I NORMAN
Defendants in propria persona
7025 JABONERIA RD
BELL GARDENS, CALIF.

**FILED**

JUN 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

   Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
FRED T NORMAN
MAZIE I NORMAN

The defendants, FRED T NORMAN - MAZIE I NORMAN each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 40 acres of land in ANZA, RIVERSIDE County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

Northernly ½ of the North East quarter of the South West quarter of Section 18, township 7 South, Range 3 East. San Bernardino Base and Meridian as shown by United States Government Survey.

INDEXED

12693

In the County of Riverside, State of California,

Government lot 3, in section 18 Township 7, south range 3 East, San Bernardino Base and Meridian as shown by United States government survey, Excepting therefrom that certain portion thereof as conveyed to Ray E Perry and Daisy J Perry By deed recorded July 25, 1955 in Book 1771 Page 67 of Official Records of Riverside County.

17 Acres more or less in the South west corner of property described above has been sold to Hoyt G Norman and Violet M Norman Husband and wife. The deed has not been recorded whose address is 12933 Goller ave, Norwalk, Calif.

12694



The defendants claim that 25 acres are tillable for Orchard, truck farming, grain or whatever is suitable to raise, The balance to be used as pasture and poultry. For which we the defendants claim the rights to take water from wells or springs.

I Hoyt G Norman and Violet M Norman claim that 10 to 12 acres to be used as pasture and Orchard and claim the rights to take water from wells or springs.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Fred T. Norman_

_Mazie S. Norman_
Defendants in propria persona

Dated: June 8 - 1958

12695