```
 1  RESSIE M. PETERS
    Defendants in propria persona
 2
    6146 Eleanor Avenue, Apt. #104
 3  Los Angeles, California
```

**FILED**

**JUN 12 1958**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 1247- SD - C |
| Plaintiff, ) | ANSWER OF DEFENDANTS |
| v. ) | RESSIE M. PETERS |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, ET AL, ) | |
| Defendants. ) | |

The defendants, RESSIE M. PETERS each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 40 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

12696

There are approximately 20 acres tillable land suitable for grain and garden. The balance hills and washes suitable for raising fowl.

Water now used is from a shallow well and windmill which is an inadequate supply.

I claim the right to this well, and the right to drill a deeper one, which will meet my necessary watering requirements. There are no springs, but I claim the right to using such water if one should open up on this land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_____
RESSIE M. PETERS

_____
Defendants in propria persona

Dated: June 7-1958

12696A

EXHIBIT "A"

RESSIE M. PETERS

County of Riverside, State of California

The South half of the Southwest quarter of the
Northeast quarter and the South half of the Southeast
quarter of the Northeast quarter of Section 18,
Township 7 South, Range 1 East, San Bernardino Base
and Meridian, containing 40 acres, more or less, as
per map recorded in the office of the County Recorder of
said County.

12697