ALBERT E. PLACE AND BERNICE PLACE
Defendants in propria persona
1845 Lincoln Street
Long Beach 10, California

F I L E D

JUN 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ ...
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br><br>　　　　Defendants. | CIVIL NO. 1247-SD-C<br><br>ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF ALBERT E. PLACE AND BERNICE PLACE |

　　　　The defendants, ALBERT E. PLACE AND BERNICE PLACE, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

　　　　These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I to V, inclusive, of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

　　　　These defendants own approximately 27.74 acres of land situated within the watershed of the Santa Margarita River, more particularly described as follows:

　　　　　　West one half of government lot nine and government lot ten less the westerly fourty acres of government lot ten of Section eight of Township seven south of Range three east on San Bernardino meridian, California.

INDEXED

COPY RECEIVED

12698

1. This land is riparian land; consisting of approximately 27.74 acres
2. of land. There are no developed sources of water on this property.
3. These answering defendants claim the right to develop domestic and
4. irrigation wells of sufficient quantity and of sufficient depth to
5. develop enough water in order to develop and maintain said
6. property to the maximum of its potential.
7. WHEREFORE, these defendants pray that plaintiff take
8. nothing against them by reason of the Complaint and Supplementary
9. and Amendatory Complaint on file herein; that said Complaint be
10. dismissed as against these defendants; that defendants' right to
11. water, as hereinabove set forth, be quieted as against the plain-
12. tiff and against all other defendants in this action; and for such
13. other and further relief as the Court may deem proper.

*Albert E. Place*

*Bernice Place*

Defendants in propria persona

Dated: June 2, 1958

12699