Defendants in propria persona  *George C. Thropp & Rosaline Thropp*

4157 Yosemite Way Los Angeles 65, California

# FILED

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

JUN 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br><br>       Defendants. | CIVIL NO. 1247- SD - C<br><br>ANSWER OF DEFENDANTS<br>*George C. Thropp*<br>*Rosaline Thropp* |

The defendants, *George C. Thropp & Rosaline Thropp* each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 3/4 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED        12700

1. We Claim
2. Our property is in what is known, to me, to be the Temecula Grant, which
3. we believe is one of the Grants referred to in the Treaty of Guadalupe
4. Hidalgo, and as a grantee therin we claim the protection if that treaty
5. and also of all matters of record made by the Mexican California
6. Government up to 1946, and to all matters of record since that time in
7. California unxi or the United States, We have been free to use any amount of
8. Water from the ground in the past and we expect to do the same in the
9. future.

Exhibit A.

Lots 1 and 2 of Block 16 in the townsite of Murrieta which is a portion of the Temecula Rancho as shown by maps on file in book 8 of maps page 359 San Diego County records.

12700 A

17
18    WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

25
26
27        *George C. Thropp*
28        *and*
           *Rosaline Thropp*
29                Defendants in propria persona
30
31 Dated: 9 June 1958              12701
32