PAUL GILBERT WRIGHT and BETTY JO WRIGHT
Defendants in propria persona
2032 Cambridge
Cardiff-by-the-Sea, California
FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>　　　　Defendants. | CIVIL NO. 1247- SD - C<br>ANSWER OF DEFENDANTS<br>PAUL GILBERT WRIGHT<br>and<br>BETTY JO WRIGHT |

The defendants, PAUL GILBERT WRIGHT and BETTY JO WRIGHT each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 301 acres of land in Riverside County, California, of which approximately ___ acres are within the watershed of the Santa Margarita River, the said 301 acres being more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

12702

1      Of the approximately _____ acres of said land which
lies within the watershed of the Santa Margarita River, approximately _____ acres is land upon which water may be beneficially used and these defendants claim the right to apply all such ground water as may be developed upon said land to the extent of _____ acre feet per year for irrigation and other beneficial uses upon the said land.

Exact figures on above are now being determined by Government Survey.

We request permission to amend this answer when survey is completed.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Paul G Wright*

*Betty Jo Wright*

Defendants in propria persona
2032 Cambridge
Cardiff-by-the-Sea, California

Dated: June 9, 1958

12703

# EXHIBIT "A"

1. All of that certain real property in the County of Riverside,
2. State of California, particularly described as follows:
3.     The NE 1/4 of the SW 1/4;
4.     The SE 1/4 of the NW 1/4;
5.     The NW 1/4 of the SE 1/4;
6.     The SW 1/4 of the NE 1/4;
7.     The S 1/2 of the SE 1/4;
8.     The NE 1/4 of the SE 1/4;
9.     And the SE 1/4 of the NE 1/4;
10.     All in Section 28, Township 6 South,
11.     Range 3 West, S.B.B.& M.
12.     EXCEPTING THEREFROM those certain parcels
13. described as follows:
14.     Beginning at the SE corner of the NE 1/4 of
15. Section 28, Township 6 South, Range 3 West, S. B. B. & M.;
16.     Thence N. $13°15'$ E. 211.43 feet;
17.     Thence S. $47°55'$ W. 1169.13 feet;
18.     Thence S. $76°45'$ E. 665 feet;
19.     Thence N. $13°15'$ E. 750.15 feet to point of beginning.
20.     ALSO EXCEPTING:
21.     From the SE corner of the NE 1/4 of
22. Section 28, Township 6 South, Range 3 West, S.B.B.& M.;
23. North $13°15'$ E. 276.33 feet to a point of beginning
24.     Thence N. $13°15'$ E. 530.46 feet;
25.     Thence N. $76°45'$ W. 849.30 feet;
26.     Thence S. $0°13'$ W. 785.70 feet;
27.     Thence N. $83°59'$ E. 711.60 feet to
28. point of beginning.
29.
30.
31.
32.

12704