EDWARD W. WRIGHT and L. CHRISTINE WRIGHT
Defendants in propria persona
Route 1 Box 129
Romoland, California

**FILED**

JUN 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247- SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | EDWARD W. WRIGHT |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | and |
| Defendants. | L. CHRISTINE WRIGHT |

The defendants, Edward W. Wright and L. Christine Wright each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own **480** acres of land in **Riverside** County, California, and/within the watershed of the Santa Margarita River, *of which approximately _____ acres are the said 480 acres being* more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.       INDEXED

12705

COPY RECEIVED

1      Of the approximately _____ acres of said land which
2 lies within the watershed of the Santa Margarita River, approxi-
3 mately _____ acres is land upon which water may be beneficially
4 used and these defendants claim the right to apply all such ground
5 water as may be developed upon said land to the extent of _____
6 acre feet per year for irrigation and other beneficial uses
7 upon the said land.

9 Exact figures on above are now being determined by Government
10 survey.

12 We request permission to amend this answer when survey is
13 completed.

18      WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*Edward W. Wright*
*L. Christine Wright*
Defendants in propria persona
Route 1 Box 129
Romoland, California    12706

Dated: June 9, 1958

EXHIBIT "A"

1  All of that certain real property in the County of
2  Riverside, State of California, particularly described
3  as follows:
4        The W 1/2 of the NW 1/4;
5        And the W 1/2 of the SW 1/4;
6  All in Section 28, Township 6 South, Range 3 West, S.B.B.& M.
7        The N 1/2 of the NE 1/4;
8        The NE 1/4 of the NW 1/4;
9        And the SE 1/4 of the SW 1/4;
10 All in Section 28, Township 6 South, Range 3 West, S.B.B.& M.
11       The SE 1/4
12 All in Section 20, Township 6 South, Range 3 West, S.B.B.& M.

12707