Ricardo Boscacci
and Julia Boscacci

Defendants in propria persona
13307 Avenue 22½
Chowchilla, California

FILED

JUN 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 1247- SD - C |
| Plaintiff, ) | ANSWER OF DEFENDANTS |
| v. ) | RICARDO BOSCACCI and |
| FALLBROOK PUBLIC UTILITY ) | JULIA BOSCACCI |
| DISTRICT, ET AL, ) | |
| Defendants. ) | |

The defendants, Ricardo Boscacci and Julia Boscacci, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own two (2) lots of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.     INDEXED

12708

COPY RECEIVED

EXHIBIT A

Lots 9 and 16 in Block 10 of Town of Wildomar in the County of Riverside, State of California, according to Map of the Town of Wildomar, filed in the office of the San Diego County Recorder.

We claim the right to take water from the well which is located upon these premises, for our domestic use.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Ricardo Boscacci*
Ricardo Boscacci

*Julia Boscacci*
Julia Boscacci
Defendants in propria persona

Dated: June 9, 1958

12700