```
 1  Defendants in propria persona
 2  Gerald W. Ackles & Ellen V. Ackles
    P.O. Box 596 Fallbrook, California
 3
 4              IN THE UNITED STATES DISTRICT COURT
 5              SOUTHERN DISTRICT OF CALIFORNIA
 6                     SOUTHERN DIVISION
 7
 8  UNITED STATES OF AMERICA,      )
                                   )   CIVIL NO. 1247- SD - C
            Plaintiff,             )
 9                                 )   ANSWER OF DEFENDANTS
       v.                          )
10                                 )   Gerald W. Ackles & Ellen V. Ackles
    FALLBROOK PUBLIC UTILITY       )   P.O. Box 596 Fallbrook, Californa
11  DISTRICT, ET AL,               )
                                   )
12          Defendants.            )
```

**FILED** JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

The defendants, Gerald W. Ackles & Ellen V. Ackles each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2.75 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

12710

1    Defendanst claim all the right of overlying land owners and to water which may originate in or may be found on, or under, or which
2    may cross their land.

3    Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be
4    known.

5    Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public
6    Utility District on file in these proceedings.

7    Defendants claim all the above for all lands in which they have any financial interest whatsoever.
8

9    Defendants claim all right for any building or development of any business, dwellings, garden trucking, or grove, on said property.
10

18    WHEREFORE, these defendants pray that plaintiff take
19    nothing against them by reason of the Complaint and Supplementary
20    and Amendatory Complaint on file herein; that said Complaint be
21    dismissed as against these defendants; that defendants' right to
22    water, as hereinabove set forth, be quieted as against the plain-
23    tiff and against all other defendants in this action; and for such
24    other and further relief as the Court may deem proper.

*Gerald W. Ackles*

*Ellen V. Ackles*

Defendants in propria persona

Dated: 6/10/58

12711

That portion of the Southwest Quarter of the Southwest Quarter of Section 17, Township 9 South, Range 3 West San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Beginning at the Southwest corner of said Section 17; thence along the West line of said Section, North 0° 42' 40" West, 1064.45 feet; thence South 89° 50' 30" East, 279.03 feet to the true point of beginning; thence South 89° 50' 30" East, 130.00 feet; thence South 8° 52' 10" East, 424.23 feet to the center line of Mission Road 1-C; thence along said center line, South 71° 16' 30" West, 198.66 feet to the beginning of a tangent curve concave Southeasterly and having a radius of 300.00 feet; thence Southwesterly along the arc of said curve an arc distance of 1.36 feet to intersection with the Easterly line of the Westerly 279.03 feet of said Southwest Quarter, a radial line to said point bearing North 18° 59' West; thence leaving said center line and along said Easterly line to and along the Easterly line of the land described in deed to Lillian H. Woody, recorded February 13, 1951 in Book 3973, page 100 of Official Records, North 0° 42' 40" West, 483.77 feet to the true point of beginning.

EXCEPTING therefrom any porting lying within the right of way of said Mission Road 1-C.

PARCEL 1:

That portion of the Northeast Quarter of the Northeast Quarter of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Beginning at a point in the North line of said Section 19, distant thereon South 89° 35' West 202.00 feet from the Northeast corner of said Section 19; thence along said North line, South 89° 35' West 58.00 feet; thence parallel with the East line of said Section 19, South 0° 07' 45" East 217.65 feet; thence parallel with the North line of said Section 19, North 89° 35' East 58.00 feet; thence North 0° 07' 45" West 217.65 feet to the point of beginning.

PARCEL 2:

That portion of the Northeast Quarter of the Northeast Quarter of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County os San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Beginning at a point in the North line of said Section 19, distant thereon South 89° 35' West 390.48 feet from the Northeast corner of said Section 19; thence along said North line, South 89° 35' West 120.00 feet; thence parallel with the East line of said Section 19, South 0° 07' 45" East 217.65 feet; thence parallel with the North line of said Section 19, North 89° 35' East 120.00 feet; thence North 0° 07' 45" West 217.65 feet to the point of beginning.

12712