DELBERT E. BARRETT

Defendants in propria persona

334 E. Elder Street
Fallbrook, California

**FILED**

JUN 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br><br>Defendants, | CIVIL NO. 1247 - SD - C<br><br>ANSWER OF DEFENDANTS<br><br>ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF DELBERT E. BARRETT |

The defendants Delbert E. Barrett et al, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2 Lots of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

12713

EXHIBIT A

All that portion of Lots 3, 4 and 5 in Block 46, of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 567, filed in the office of the County Recorder of said San Diego County, October 9, 1888, and also a portion of the alley adjoining said lots on the West as vacated by the Board of Supervisors of San Diego County, described as a whole as follows:

Beginning at a point in the South line of said Lot 5, distant thereon South 89° 21' East, 253 feet from the Southwest corner of Lot 6 of said Block 46; thence North 89° 21' West, along said South line 118 feet to the center line of the alley in said block 46; thence along the center line of said alley North 00° 33' East, 130 feet; thence parallel with the North line of Elder Street, South 89° 21' East, 118 feet; thence South 00° 33' West, 130 feet to the true point of beginning.------------

12714

Defendant owns 2 Lots containing a Home, Garden and Family Fruit trees for which water is being supplied by the Fallbrook Public Utility District. Should defendant decide to put another residence on his property, or a business establishment, he claims the right to sufficient water to maintain the above-mentioned in a satisfactory manner.

Defendants further claim all riparian rights to all waters percolating through their land, whether in use or not, whether from the Santa Margarita River and its tributaries, whether from springs, streams or wells, etc., and to take water from their land, whether for domestic industrial, business or irrigation purposes.

In addition to the claim and uses as herein made, defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross thier land. Defendants claim the right to drill and to dig wells, and exercise water reclamation and conservation practices as now or may be known in the future.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings. Defendants claim all the above for all lands in which they have any financial interest whatsoever.

FURTHERMORE, defendants pray the court to award them adequate damages to reimburse them for the cost of preparing and prosecuting their defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon them by this attempted acrimonious, confiscatory usurpation of property rights, instituted against them by the agencies of the United States Government.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Delbert E. Barrett

*Delbert E. Barrett*

Defendants in propria persona
334 E. Elder Street,
Fallbrook, California

Dated: June 10, 1958

12715