**FILED**

JUN 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William S. Jones_

1   *Edward W. Brockman and Bessie C. Brockman*
Defendants in propria persona
2   *3324 Senasac Ave., Long Beach 8, California.*

3

4               IN THE UNITED STATES DISTRICT COURT

5               SOUTHERN DISTRICT OF CALIFORNIA

6               SOUTHERN DIVISION

7

8   UNITED STATES OF AMERICA,       )       CIVIL NO. 1247 - SD - C
                                    )
        Plaintiff,                  )       ANSWER OF DEFENDANTS
9                                   )
        v.                          )   *Edward W. Brockman*
10                                  )   *Bessie C. Brockman*
    FALLBROOK PUBLIC UTILITY        )
11  DISTRICT, ET AL,                )
                                    )
12      Defendants,                 )

13      The defendants, *Edward W. Brockman and Bessie C. Brockman*

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                        AMENDATORY COMPLAINT
18

19          These answering defendants hereby incorporate by reference

20  all of the allegations contained in the answer to said Complaint and

21  Supplementary and Amendatory Complaint filed in this case by Newton

22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23  of the portion thereof entitled "Affirmative Statement of Rights")

24  and make each and all of said allegations a part of this answer

25  the same as if herein set forth at length.

26          AFFIRMATIVE STATEMENT OF RIGHTS

27          These defendants own *80* acres of land in *Riverside*

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

31  part of this statement.

32

            INDEXED

COPY RECEIVED

                                                    12716

Exhibit A

That certain Land is situated in Riverside County,

The Southwest Quarter of Southeast Quarter

and Southeast Quarter of Southwest Quarter of

Section 29, Township 8 South, Range 1 East,

San Bernardino Base and Meridian, as

shown by United States Government Survey

12717

1   This land is Riparian to Wilson Valley
2   Creek, tributary to Temecula Creek.
3      There are (2) two wells on this Place.
4   There are aproximatly 5 acres of
5   tillable land and the balance can be
6   used for grazing cattle and for raising
7   Turkevs, chickens and Fowl.
8      Defendants claim the right to use
9   (21.0) twenty one acre feet of water
10  per year from these wells.
11     Defendants do not claim any
12  prescriptive rights or any appropriative
13  rights.

18      WHEREFORE, these defendants pray that plaintiff take

19  nothing against them by reason of the Complaint and Supplementary

20  and Amendatory Complaint on file herein; that said Complaint be

21  dismissed as against these defendants; that defendants' right to

22  water, as hereinabove set forth, be quieted as against the plain-

23  tiff and against all other defendants in this action; and for such

24  other and further relief as the Court may deem proper.

*E. W. Brockman*

*Mamie C. Brockman*

**Defendants in propria persona**

Dated:

JUN 9  1958

12718