FILED

JUN 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

1   Defendants in propria persona William & Lottie B. Browning

2   P.O. Box 294 - Fallbrook Calif

3

4                   IN THE UNITED STATES DISTRICT COURT

5                   SOUTHERN DISTRICT OF CALIFORNIA

6                   SOUTHERN DIVISION

7

8   UNITED STATES OF AMERICA,            )
                                         )   CIVIL NO. 1247- SD - C
9               Plaintiff,               )
                                         )
10       v.                              )   ANSWER OF DEFENDANTS
                                         )   William Browning and
11  FALLBROOK PUBLIC UTILITY             )   Lottie B. Browning
    DISTRICT, ET AL,                     )
12                                       )
            Defendants.                  )

13          The defendants, William & Lottie B. Browning

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18

19          These answering defendants hereby incorporate by reference

20  all of the allegations contained in the answer to said Complaint and

21  Supplementary and Amendatory Complaint filed in this case by Newton

22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23  of the portion thereof entitled "Affirmative Statement of Rights")

24  and make each and all of said allegations a part of this answer

25  the same as if herein set forth at length.

26          AFFIRMATIVE STATEMENT OF RIGHTS

27      These defendants own 165 x 104.70 feet acres of land in

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

31  part of this statement.      INDEXED

32

                    COPY RECEIVED

                                                    12719

EXHIBIT "A"

That portion of the Northwest Quarter of the Northeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, According to United States Government Survey approved June 11, 1880, described as follows:

Beginning at a point 25 feet North and 25 feet West of the Northwest corner of Block 38 of West Fallbrook, as said Block 38 is shown on Map No. 743, filed in the Office of the County Recorder of said county, March 6,1893; thence East 123 feet to the Southeast corner of the tract of land conveyed to S.Ross Johnson,et ux, by Deed recorded in Book 2588 page 451 of Official Records; said point being the TRUE POINT OF BEGIN-NING of the property herein described; thence along the East line of said land of Johnson, and along the East line of the tract of land conveyed to Brice B. Mack, et ux, by Deed recorded in Book 3592,page 463 of Official Records, 165 feet to the North line of the Tract of land conveyed to Cliff H.Haselwood, et ux, by Deed recorded in Book 1810, page 20 of Official Records; thence East along said North line of land of Haselwood, 106.70 feet to the Northeast corner of said land of Haselwood; thence South 165 feet; thence West to the TRUE POINT OF BEGINNING.

12720

1   17 Lemon Trees
2   5 avo     "
3   6 Orange  "
4   5 Peach   "
5   Family garden
6   Flowers
7   Household
8
9
10
11
12
13
14
15
16
17
18         WHEREFORE, these defendants pray that plaintiff take

19   nothing against them by reason of the Complaint and Supplementary

20   and Amendatory Complaint on file herein; that said Complaint be

21   dismissed as against these defendants; that defendants' right to

22   water, as hereinabove set forth, be quieted as against the plain-

23   tiff and against all other defendants in this action; and for such

24   other and further relief as the Court may deem proper.

25
26
27                          *William Browning*
28                          *Lottie B. Browning*
29                          Defendants in propria persona
30   Dated: 6-10-58
31
32
                                          12721