– F-I-L-E D

JUN 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

FRANK CRABTREE AND LILLIE MAE CRABTREE
Defendants in propria persona
12732 S.W.Newport
Tustin, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | FRANK CRABTREE |
| FALLBROOK PUBLIC UTILITY | LILLIE MAE CRABTREE |
| DISTRICT, ET AL, | |
| Defendants, | |

The defendants, FRANK CRABTREE and LILLIE MAE CRABTREE
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 124.9 acres of land in San Diego
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

INDEXED

COPY RECEIVED

12722

1    Defendants expect to irrigate seventy five acres and to grow
2  permanent pasture, citrus, avocados, turkeys, chickens and fowl.
3    Defendants claim all the rights to water which may originate
4  in or may be found on or under or which may cross the land.
5    Defendants claim the rights to dig or drill wells and
6  exercise water reclamation and conservation practices as are now or
7  may be known, such as putting in dams.
8
9
10
11
12
13
14
15
16
17
18    WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.
25
26            *Frank Crabtree*
27
28            *Lillie Mae Crabtree*
29            Defendants in propria persona
30
31
32  Dated:  **June 9, 1958**

                                              12724

"EXHIBIT A"

Lot One, the southeast quarter of the northeast quarter, and the
northeast quarter of the southeast quarter of Section Four in
Township nine south of Range four west of the San Bernardino
Meridian, California, containing one hundred twenty-four acres
and nine hundredths of an acre.

12723

