FILED

JUN 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
    DEPUTY

Defendants in propria persona   Victor C. Hill
                                Helen Durr Hill
Box 1001,
Hemet, California.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )   CIVIL NO. 1247- SD - C
            Plaintiff,           )
                                 )   ANSWER OF DEFENDANTS
       v.                        )   Victor C. Hill
                                 )   Helen Durr Hill
FALLBROOK PUBLIC UTILITY         )
DISTRICT, ET AL,                 )
                                 )
            Defendants.          )

The defendants, Victor C. Hill and Helen Durr Hill, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 181.99 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.   INDEXED

12731

RECEIVED

1  This land is riparian land and approximately
2  90 acres are tillable and the balance can be used for
3  grazing cattle and reforestation.
4  Defendants claim the future right to develope said
5  land in any manner whatsoever they deem proper and
6  further claim the use of Domestic, Irrigational, Stock,
7  Municipal, Recreational and Storage Water in the amount
8  of 4.2 acre feet per acre per year, from any Wells,
9  Springs, Streams, Dams, or in any manner which said water
10 can or will be obtained. This water to be used in a
11 reasonable and beneficial manner.

18 WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

Victor C. Hill
Helen Durr Hill
Defendants in propria persona

Dated: May 31, 1958

12732

"EXHIBIT A".

Lots four (4), five (5), thirteen (13), fourteen (14) and the East one half (E½), of lot twelve (12), all in Section twenty-three (23), Township six (6) South Range one (1) West, San Bernardino Base and Meridian. EXCEPTING- approximately 8 acres of Southerly portion of East one half (E½) of lot twelve (12) and approximately 20 acres of East portion of lot thirteen (13), and all of lot fourteen (14), which are not in the watershead of the Santa Margarita River.

12733