JOHN. H. RICHIE and MARIE. L. RICHIE  
Defendants in propria persona  
STAR ROUTE BOX 139  
HEMET CALIFORNIA

FILED  
JUN 12 1958  
CLERK, U.S. DISTRICT COURT  
SOUTHERN DISTRICT OF CALIFORNIA  
By /s/ _____  
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | JOHN. H. RICHIE and MARIE. L. RICHIE |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants JOHN. H. RICHIE and MARIE. L. RICHIE each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 30 acres of land in RIVERSIDE County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

12734

We claim riparian water rights because Temecula Creek runs through our property. We wish to reserve the right to drill a well later. There are no crops grown on this property. We pump water from Temecula Creek from a sump, for domestic use, for the house and to water a garden, shade trees and flowers. We need 40,000 (Thousand) gallons a year.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*John H. Richie*

*Marie L. Richie*

Defendants in propria persona

Dated: June 10, 1958

12736

"EXHIBIT A"

All that portion on Government Lot 2 and the North half of Gevernment Lot 3 in Fractional Section 19, Township 8 South, Range 1 East, San Bernardino Base and Meridian, as shown by U.S. Government Survey, which lies Southwesterly of the Center line of the roadway easement, 80 feet in width, as granted to the County of Riverside by Deed recorded March 8, 1932 in Book 69 Page 137 of Official Records of Riverside County, California;

EXCEPTING from said Governément Lot 3, the South half of the Northwest Quarter thereof and all that portion of the North half of Northwest Quarter thereof, which lies Southwesterly of the following described line:

Beginning at a point on the West line of said Government Lot 3, distant 30 feet South of the Northwest cornerthereof; Thence Southeasterly to a point on the South line of said Government Lot 3, distant 370.92 feet West from the Southwest corner thereof;

The East One-half of the Southwest Quarter except that portion lying East of State Highway and located in the NorthEast corner of said parcel of land described herein.

AND

That portion of the West Half of the Southeast Quarter and lying West of the said State Highway and lying in the South-west corner of the said said parcel of land. The State Highway being the East boundary thereof. All of the above land being located in Lot No. Two (2) of the Section Nineteen (19) Township Eight (8) South, Range One (1) East of the S.B.B.M.

Said property is also shown on Record of Survey on file in Book 10 Page 33 of Records of Survey, records of said Riverside County.

12735