F I L E D

JUN 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY

Richard Jacobus and Ann M. Jacobus
Defendants in propria persona
609 No. Findlay Avenue
Montebello, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,)
        Plaintiff,)
   v.)
FALLBROOK PUBLIC UTILITY)
DISTRICT, ET AL,)
        Defendants,)

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

Richard Jacobus
and
Ann M. Jacobus

The defendants, Richard Jacobus and Ann M. Jacobus, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 97 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

12737

Present water supply:

One domestic well with wind-mill; completely inadequate during dry season.

One stock well.

Check dam across arroyo draining off Section 13.

Future plans:

Go deeper with domestic well for adequate year-round water supply for house.

Additional well for watering stock and irrigating approximately seventy (70) acres for stock feed.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Richard Jacobus*

*Ann M. Jacobus*

Defendants in propria persona

Dated:  June 7, 1958

12738

PAGE III

"EXHIBIT A"

Property owned by these defendants is more particularly described as follows, to-wit:

Property situate in the County of Riverside, State of California, East 1650 feet of Northeast Quarter of Section 14, Township 7 South, Range 1 West, San Bernardino Base and Meridian.

12739