```
 1  Selma A. Johnson; Vendit L. Johnson; Genevieve S. Johnson.
    Defendants in propria persona
 2      822 West 6th Street, San Pedro, Calif.
```

**FILED**

**JUN 12 1958**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Selma A. Johnson |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | Vendit L. Johnson |
|  | Genevieve S. Johnson |
| Defendants, | |

The defendants, Selma A. Johnson; Vendit L. Johnson; Genevieve S. Johnson each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own (17.50) acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

12740

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18        WHEREFORE, these defendants pray that plaintiff take
19   nothing against them by reason of the Complaint and Supplementary
20   and Amendatory Complaint on file herein; that said Complaint be
21   dismissed as against these defendants; that defendants' right to
22   water, as hereinabove set forth, be quieted as against the plain-
23   tiff and against all other defendants in this action; and for such
24   other and further relief as the Court may deem proper.
25
26                                  /s/ Selma A. Johnson
27                                  /s/ Wendell R. Johnson
28                                  /s/ Genevieve S. Johnson
29                                      Defendants in propria persona
30
31
32   Dated: 6-10-58
```

12743

EXHIBIT "A"

Selma A. Johnson; Vendit L. Johnson; Genevieve S. Johnson.

Those certain lands (two parcels) known as the:

Parcel "A". The West Half of the Northwest Quarter of the Northwest Quarter of Section 12, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, except that portion described as follows: Beginning at a point in the North Line of said Section 12, distant thereon North 89degrees 31 min. East 331.77 feet from the Northwest corner of said Section 12; thence along said North line of said Section 12, North 89 deg. 31 min. East 331.78 feet to the Northeast corner of said West Half of the Northwest Quarter of the Northwest Quarter; thence along the East line of said West Half, South 0 deg. 19 min. 40 sec. East 660.00 feet; thence paralell with said North line of Section 12, South 89 deg. 31 min. West 331.78 feet to a line which bears South 0 deg. 19 min. 40 sec. East from the point of beginning; thence North 0 deg. 19 min. 40 sec. West 660.00 feet to the point of beginning.

and

Parcel "B". That portion of the west half of Lot 41 of Rainbow Colony, in the county of San Diego, Satte of California, according to map thereof No. 880 filed in the office of the County Recorder of San Diego County, February 7, 1902, lying Northwesterly of the Northwesterly line of a strip of land 160 feet in width conveyed to the State of California for highway purposes. ( Highway Xl- SD-77-G ).

2741

12742

EXHIBIT "B"

Selma A Johnson; Vendit L. Johnson; Genevieve S. Johnson.

I

This land is riparian land; approximately Twelve and Three-Quarters Acres are tillable and the balance is used for ornamental trees and shrubs. Defendants have irrigated portions of this land in the past and water for this purpose has been obtained by pumping directly from Rainbow Creek, which runs through the property and from wells which drain percolating water and from wells which communicate directly with the creek.

II

Defendants claim the right to use Fifty three and fifty five one hundreths acre feet of water per year from Rainbow Creek on this land. The defendants further state that wells developed on this property have supplied water for beneficial use since 1945 to the extent of draining the available underground water down to the level of the hard rock underlying these parcels of land and all without any adverse claims from any other water users in the Rainbow creek and that prior to 1945 the former owners to our knowledge made similar exhaustive use from wells which communicated directly with the Rainbow Creek. Defendants claim rights to deepen and otherwise improve the existing wells and right to develop new wells in other parts of these lands which may be of different nature and depth. A survey by Ground Water - Resources Agency was requested and carried out but we lack any report at this time.