JUN 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

1  Defendants in propria persona
2  *Star Route Box 71, Hemet, Calif.*
3
4              IN THE UNITED STATES DISTRICT COURT
5              SOUTHERN DISTRICT OF CALIFORNIA
6                      SOUTHERN DIVISION
7
8  UNITED STATES OF AMERICA,        )
                                    )   CIVIL NO. 1247- SD - C
        Plaintiff,                  )
9                                   )   ANSWER OF DEFENDANTS
   v.                               )   *Nellie M. Milholland*
10                                  )
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )
                                    )
12        Defendants.               )

13       The defendants,
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:
17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference
19
    all of the allegations contained in the answer to said Complaint and
20
    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25
26              AFFIRMATIVE STATEMENT OF RIGHTS
27       These defendants own *160* acres of land in *Riverside*
28  County, California, and within the watershed of the Santa Margarita
29  River, more particularly described in the document attached hereto,
30  marked Exhibit A, which is hereby incorporated by reference as a
31  part of this statement.          INDEXED                    12747
32
                        COPY RECEIVED

" Exhibit A "

## GRANT DEED

In cosideration of $ 10.00 recept of which is acknowledged

GEORGE W. MILHOLLAND and NELLIE M. MILHOLLAND, his wife, do--------herby grant to ------------------------------------

GEORGE W. MILHOLLAND  and NELLIE M. MILHOLLAND his wife, as Joint Tenants,

the real property in the ----------------------County of RIVERSIDE State of California, described as:

Southeast Quarter of Fractionl Section 10,

Township 7 South, Range I West, San Bernardino Base

and Meridian, as shown by United States Government

Survey;

EXCEPTING THERFROM an easement in favor of

the public over any portion there of inclued in

public roads.

The purpose of this Deed is create a joint tenancy only.

Dated this 10th ------ day of ------------- March ------1949

Book 1070 Page 59

George W. Milholland

Nellie M. Milholland

12748

WORDS OF GRANT:- Grant.

1. Subject to any vested and accrued water rights for mining, agriculture, manufacturing or other purposes and rights to ditches, flumes and reservoirs
2. used in connection with such water rights as may be recognized and acknowledged by local customs, laws and decisions of Courts, and also
3. subject to the right of the proprietor of a vein or lode to extract and remove his ore therefrom, should the same be found to penetrate or intersect
4. the premises hereby granted as provided by law.

5. I plan on drilling new well for irrgateing I intented to irrigate
6. at least 150 acres of Alfslfa, Corn, Peanuts and Permanent Pasture.
7. Also a spring which I have is for watering stock now.
8. Well water I have now is for domestic use only which I dont have
9. much of.
10. When new well is drilled will use it.

18. WHEREFORE, these defendants pray that plaintiff take
19. nothing against them by reason of the Complaint and Supplementary
20. and Amendatory Complaint on file herein; that said Complaint be
21. dismissed as against these defendants; that defendants' right to
22. water, as hereinabove set forth, be quieted as against the plain-
23. tiff and against all other defendants in this action; and for such
24. other and further relief as the Court may deem proper.

*George W. Milholland*
Nellie M. Milholland, executrix of estate of above person
*Nellie M. Milholland*

Defendants in propria persona

Dated: 6-11-58

12749