FILED

JUN 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____

JACK W. CALDWELL and ELLEN A. CALDWELL also N. A. Waller and Ethel R. Waller
Defendants in propria persona
(Beneficiary of Trust Deed)
1820 E. Mission Road
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
|---|---|
| Plaintiff, | ANSWER OF DEFENDANTS |
| vs. | ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF JACK W. CALDWELL AND ELLEN A. CALDWELL also N. A. Waller & Ethel R. Waller |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants, Jack W. Caldwell and Ellen A. Caldwell also N. A. and Ethel R. Waller (Beneficiary of Trust Deed) each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1.76 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

12779

## EXHIBIT A

That portion of the Southwest Quarter of the Southwest Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows:

Commencing at a point on the Northerly line of said Southwest Quarter of the Southwest Quarter, distant thereon South 89° 50' 30" E. 522.60 feet from the Northwest corner of said Southwest Quarter of the Southwest Quarter, said point being the Northeast corner of a tract of land conveyed to William N. Davis and wife by deed dated August 26, 1941 and recorded in Book 1260, page 68 of Official Records; thence continuing along said Northerly line South 89° 50' 30" East, 403.14 feet to the Northerly terminus of the center line of a 40 foot strip of land described in Parcel 2 in deed to C. M. Hunter and wife dated November 20, 1951 and recorded in Book 4327, page 382 of Official Records; thence South 6° 05' West along said center line 322.94 feet to the true point of beginning; thence continuing South 6° 05' West along said center line 19.34 feet; thence South 72° 33' 30" East, 10.00 feet; thence South 18° 05' West, 242.21 feet, to a point in the center line of U.S. Highway 395, said point being in a curve concave Southerly and having a radius of 300.0 feet, a line radial to said curve at said last mentioned point bears South 14° 55' 05" East; thence Easterly along said curve and center line through a central angle of 22° 21' 35", an arc distance of 117.08 feet; to the end of said curve; thence along said center line, tangent to said last mentioned curve, South 82° 33' 30" East, 266.54 feet; thence leaving said center line, North 0° 09' 30" East, 272.70 feet; thence North 82° 50' 30" West, 138.10 feet; thence South 0° 09' 30" West, 12.05 feet; thence North 89° 25' 54" West, 175.40 feet to the true point of beginning.----------------------------------

12780

1. Defendants own approximately 1.76 acres on which is a Commercial Grove of 120 trees, 6 years old. Defendants are now buying water from the Fallbrook Public Utility District. However, their property contains a Spring and a check dam which defendants claim the right to draw water from and to use as required. They further reserve the right to build another check dam or to enlarge the present check dam, or to dig a well or wells as required. The property also contains a Home, Garden and Family Fruit trees. An additional residence may be built in the future, for all the above of which, defendants claim the right to use sufficient water to maintain them in a satisfactory manner.

2. In addition, defendants claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries, whether from springs, streams or wells, etc., and to take water from their land, whether for domestic, industrial, business or irrigation purposes.

3. Furthermore, in addition to the claim and uses as herein made, the defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill and to dig wells, and to exercise water reclamation and conservation practices as now or may be known in the future.

4. Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

5. Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*N. A. Waller*
*Ethel R. Waller*
Also N. A. & Ethel R. Waller
(Beneficiary of Trust Deed)

*Jack W. Caldwell*
Jack W. Caldwell

*Ellen A. Caldwell*
Ellen A. Caldwell

Defendants in propria persona

1829 E. Mission Road
Fallbrook, California

Dated: 2 June 1958

12781