RICHARD BRAY and CORA B. BRAY
Defendants in propria persona
339 So Main Street,
Fallbrook, California

FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
       DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br><br>　　　　Defendants. | CIVIL NO. 1247- SD - C<br><br>ANSWER OF DEFENDANTS<br>ANSWER TO COMPLAINT AND<br>SUPPLEMENTARY AND AMENDATORY<br>COMPLAINT OF<br>RICHARD BRAY AND<br>CORA B. BRAY |

The defendants, Richard Bray and Cora B. Bray, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1 Lot acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED
COPY RECEIVED

12782

1  Defendants own one Lot on which is a Home, Garden and Family Fruit trees. Defendants are now buying their water from the Fallbrook Public Utility District, for domestic use only, but as this may be business property in the future, defendants claim the right to use as much water as will
2  be necessary to supply the above-mentioned satisfactorily.

3  Defendants further claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its
4  tributaries, whether from springs, streams or wells, etc., and to take water from their land, whether for domestic, industrial, business or
5  irrigation purposes.

6  In addition to the claim and uses as herein made, the defendants claim all right to overlying landowners to any water which may originate in, or
7  under, or cross their land. Defendants claim the right to drill and to dig wells, and exercise water reclamation and conservation practices
8  as now or may be known in the future.

9  Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility
10 District on file in these proceedings. Defendants claim all the above for all lands in which they have any financial interest whatsoever.
11

12 FURTHERMORE, defendants pray the court to award them adequate damages to reimburse them for the cost of preparing and prosecuting their
13 defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon them by this attempted acrimonious, confis-
14 catory usurpation of property rights, instituted against them by the agencies of the United States Government.

15

16

17

18         WHEREFORE, these defendants pray that plaintiff take

19 nothing against them by reason of the Complaint and Supplementary

20 and Amendatory Complaint on file herein; that said Complaint be

21 dismissed as against these defendants; that defendants' right to

22 water, as hereinabove set forth, be quieted as against the plain-

23 tiff and against all other defendants in this action; and for such

24 other and further relief as the Court may deem proper.

25
                                    *Richard Bray*
26                                  Richard Bray
                                    _____
27                                  *Cora B Bray*
28                                  Cora B. Bray
                                    _____
29                                  Defendants in propria persona
30  Dated: Jun 2  1958              339 So. Main Street
31                                  Fallbrook, California
32
                                                      12783

EXHIBIT A

Lot 5 in Block 25, EXCEPTING THEREFROM the Northerly 4 feet thereof, of West Fallbrook, in the County of San Diego, State of California, according to the Map thereof No. 567, filed in the office of the Recorder of said San Diego County, October 9, 1888.------------------------------------------

12782-A