FILED

JUN 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/
      DEPUTY CLERK

1   FRANCIS C. JANKOVSKY and FLORENCE M. JANKOVSKY
2   Defendants in propria persona
3   239 Redondo Avenue, Long Beach 3, California
4
5               IN THE UNITED STATES DISTRICT COURT
6                 SOUTHERN DISTRICT OF CALIFORNIA
7                       SOUTHERN DIVISION
8   UNITED STATES OF AMERICA        )   CIVIL NO. 1247 - SD - C
9                   Plaintiff,      )   ANSWER OF DEFENDANTS
10        v.                        )
11  FALLBROOK PUBLIC UTILITY        )
    DISTRICT, ET AL,                )
12                  Defendants,     )

13        The defendants, FRANCIS C. JANKOVSKY and FLORENCE M. JANKOVSKY
14  each severing from their co-defendants and each for himself or herself
15  alone, in answer to the Complaint and Supplementary and Amendatory Com-
16  plaint on file herein, admit, deny, and allege:
17              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                          AMENDATORY COMPLAINT
18
          These answering defendants hereby incorporate by reference all
19
    of the allegations contained in the answer to said Complaint and Supple-
20
    mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
    and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
    thereof entitled "Affirmative Statement of Rights") and make each and all
23
    of said allegations a part of this answer the same as if herein set forth
24
    at length.
25
                    AFFIRMATIVE STATEMENT OF RIGHTS
26
          These defendants own 160 acres of land in Riverside County
27
    County, California, and within the watershed of the Santa Margarita River,
28
    more particularly described in the document attached hereto, marked Exhibit
29
    A, which is hereby incorporated by reference as a part of this statement.
30
                              EXHIBIT A
31
    North East quarter (1/4) of the South West quarter (1/4). The
32
    North half (1/2) of the South East quarter (1/4), and the South
    East quarter (1/4) of the North East quarter (1/4) of Section
    Thirty Two in Township Six (6) South of Range One (1) East of San
    Bernardino Meridian in California, containing One Hundred and

INDEXED
COPY RECEIVED

1  The property is rough land, largely undeveloped. It is
2  suited for cabin sites, recreational and health purposes as well as agricultural purposes.

3  The original homestead papers grant water rights "for mining, agriculture, manufacturing or other purposes".

4  The property has been used as a poultry ranch. Some small
5  grains, hay and garden have been grown and some stock kept on the place from time to time.

6  We claim the standard 4.8 acre ft. per yr. for the 160 acres.
   We claim the right to drill wells or otherwise develop water.
7  Willow Creek runs through the property. There are numerous
   small springs which do not flow unless developed. Water for
8  the house is obtained from one of these springs. Water for gardening and stock has been taken from the stream.

9  Check dams for erosion and flood control have been used, one
10 of which is used as a small fish pond at this time.

18  WHEREFORE, these defendants pray that plaintiff take nothing
19 against them by reason of the Complaint and Supplementary and Amenda-
20 tory Complaint on file herein; that said Complaint be dismissed as
21 against these defendants; that defendants' right to water, as hereinabove
22 set forth, be quieted as against the plaintiff and against all other de-
23 fendants in this action; and for such other and further relief as the
24 Court may deem proper.

26  *Francis C. Jankovsky*

28  *Florence M. Jankovsky*
    Defendants in propria persona
    239 Redondo Ave.
    Long Beach Calif.

32 Dated: June 2, 1958.