1 *Gertrude D. Jenkin*

2 Defendants in propria persona

3 *1258 W. 120 Street*

4 *Los Angeles 44 Calif*

**F I L E D**

JUN 1 2 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *Wm. W. Loudes*
         DEPUTY CLERK

5            IN THE UNITED STATES DISTRICT COURT

6             SOUTHERN DISTRICT OF CALIFORNIA

7                      SOUTHERN DIVISION

8  UNITED STATES OF AMERICA          )     CIVIL NO. 1247 - SD - C

9                 Plaintiff,         )     ANSWER OF DEFENDANTS

10       v.                          )     *Gertrude D. Jenkin*

11 FALLBROOK PUBLIC UTILITY          )
   DISTRICT, ET AL,
12                Defendants,        )

13       The defendants,

14 each severing from their co-defendants and each for himself or herself

15 alone, in answer to the Complaint and Supplementary and Amendatory Com-

16 plaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                     AMENDATORY COMPLAINT
18

19       These answering defendants hereby incorporate by reference all

20 of the allegations contained in the answer to said Complaint and Supple-

21 mentary and Amendatory Complaint filed in this case by Newton T. Bryant

22 and Willie Mae Bryant (excepting only Paragraphs I and II of the portion

23 thereof entitled "Affirmative Statement of Rights") and make each and all

24 of said allegations a part of this answer the same as if herein set forth

25 at length.

26          AFFIRMATIVE STATEMENT OF RIGHTS

27       These defendants own *10* acres of land in *Riverside*

28 County, California, and within the watershed of the Santa Margarita River,

29 more particularly described in the document attached hereto, marked Exhibit

30 A, which is hereby incorporated by reference as a part of this statement.

31

32



12786

1    Defendant claims no riparian rights as no stream or
2  spring arises on said ten acres nor does defendant claim
3  any percolating water.  However, defendant wishes to divide
4  said ten acres into ten one acre tracts and wishes the right
5  to sink a well on each tract for domestic use, and also to
6  irrigate each tract for home gardens and orchards.

18    WHEREFORE, these defendants pray that plaintiff take nothing
19  against them by reason of the Complaint and Supplementary and Amenda-
20  tory Complaint on file herein; that said Complaint be dismissed as
21  against these defendants; that defendants' right to water, as hereinabove
22  set forth, be quieted as against the plaintiff and against all other de-
23  fendants in this action; and for such other and further relief as the
24  Court may deem proper.

*Gertrude D. Junkin*

*658 W. 120 St. L.A. 44*

Defendants in propria persona

32  Dated: *June 11, 1958*

12787

EXHIBIT #"A"

The description of the ten acres I own in Riverside
County is as follows:

The Westerly rectangular 30 feet (30) of the Southwest
Quarter of the Northwest Quarter of the Northwest Quarter of
Section Fifteen (15) Township Seven (7) South , Range Three (3) East
San Bernardino Base and Meridian.

12788