FILED

JUN 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
                DEPUTY

1  S. A. and BELLE E. McGrath
   Defendants in propria persona
2  Route 1 Box 163
3  Romoland, California

4             IN THE UNITED STATES DISTRICT COURT
5              SOUTHERN DISTRICT OF CALIFORNIA
6                    SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,         )
8                                    )   CIVIL NO. 1247- SD - C
              Plaintiff,             )
9                                    )   ANSWER OF DEFENDANTS
       v.                            )
10                                   )   S.A.  and Belle E. McGrath
   FALLBROOK PUBLIC UTILITY          )
11 DISTRICT, ET AL,                  )
                                     )
12            Defendants.            )

13         The defendants, S. A. and Belle E. McGrath
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:

17             ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                        AMENDATORY COMPLAINT
18
19         These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.

26              AFFIRMATIVE STATEMENT OF RIGHTS

27         These defendants own    5    acres of land in Riverside
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement. There is a continuous water supply to said
   land consisting of percolating waters or waters from an under-
32 ground basis, available for use upon said land.

INDEXED

COPY RECEIVED

12792

1   All of this land is tillable except for a strip approximately
2   ten (10) feet in width intersecting the land and used for road
3   purposes. Approximately one-half acre is now planted in orange
4   grove which is regularly irrigated from one of the three producing
5   water wells upon the property. Also all domestic water, includ-
6   ing water used for usual ornamental trees, vines and shrubs, is
7   used from said wells. The entire five (5) acres, less the amount
8   contained in the road, is capable of use for raising oranges and
9   all other irrigated crops common to the general community.

                                III

11  Defendants claim the right to use 4.2 acre feet of water per acre
12  per year upon said land and assert that this amount may be put
13  to beneficial use upon the land.

18   WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*S A McGrath*

*Belle E. McGrath*

Defendants in propria persona
Route 1 Box 163
Romoland, California

Dated: June 11, 58

12783

```
 1                    EXHIBIT "A"
 2     All of that certain real property in the
 3     County of Riverside, State of California,
 4     particularly described as follows:
 5             The S 1/2 of the SW 1/4;
 6             Of the SW 1/4 of the SW 1/4;
 7     All in Section 26, Township 6 South,
 8     Range 2 West, S.B.B.& M.
```

S A McGrath

Belle E McGrath
Defendants in propria persona
Route 1 Box 163
Romoland, Calif.

12794