1  Defendants in propria persona James F. Macha Jr.
2  Del Del aguanga Calif. Bernice Macha

FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )   CIVIL NO. 1247 - SD - C
          Plaintiff,       )   ANSWER OF DEFENDANTS
     v.                    )   James F Macha Jr.
FALLBROOK PUBLIC UTILITY   )
DISTRICT, ET AL,           )
          Defendants.      )

The defendants, James F Macha Jr. & Bernice Macha each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 5 acres of land in San Diego County 160 acres Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED            12795

Defendants claim all the rights of overlying land owners and to water which may originate in or may be found on or under or which may cross their land.

Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*James F. Macha Jr.*

*Bernice Macha*

Defendants in propria persona

Dated: 6-12-58

12797

Exhibit A

Parcel I  South east Quarter of section 36, Township 8, South, Range 1 East, San Bernardino Base and Meridian, Riverside County, California

Parcel II  The west half of the North west Quarter of section 1, Township 9 South, Range 2 east, San Bernardino Meridian in the County of San Diego, State of California, according to the United States Goverment Survey approved December 13 1854

12796