```
CHESTER W. MORRISON and ROSAMOND B. MORRISON
Defendants in propria persona
Rte. 1, Box 69
Romoland, California
```

**FILED**

JUN 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
        Plaintiff,  )   CIVIL NO. 1247- SD - C
   v.  )   ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY  )   CHESTER W. MORRISON and
DISTRICT, ET AL,  )   ROSAMOND B. MORRISON
        Defendants.  )

    The defendants, CHESTER W. MORRISON and ROSAMOND B. MORRISON, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
              AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

            AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own    80    acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.    INDEXED

COPY RECEIVED

12798

The real property in the County of Riverside, State of California, described as follows:

The North half of the Northeast quarter of Section 24, Township 6 South, Range 3 West, San Bernardino Base and Meridian;

EXCEPTING therefrom the Easterly 30 feet thereof conveyed to the County of Riverside, by Deed recorded September 13, 1949 as Instrument No. 1488, Riverside County Records; ALSO EXCEPTING therefrom that portion therof conveyed to the County of Riverside by Deed recorded September 13, 1949 as Instrument No. 1489, Riverside County Records.

-2-

Exhibit "A"

1  Seventy eight (78) acres of this land is tillable and is presently under cultivation. There is one well on the
2  land and there is water available for use upon the land consisting of underground percolating water or underground
3  streams or basins from which water for irrigation of the entire acreage may be drawn and beneficially used upon
4  the land.

5                                      II

6        Defendants claim the right to use all water which may be developed from the well now existing upon said land,
7  together with the right to drill such additional wells upon the land as may be necessary to its full and proper de-
8  velopment. The amount of water which may be put to beneficial use upon said land is not less than four and two
9  tenths (4.2) acre feet per acre per year for the raising of crops plus a reasonable additional supply for domestic
10 purposes and the proper raising of livestock.

18        WHEREFORE, these defendants pray that plaintiff take

19 nothing against them by reason of the Complaint and Supplementary

20 and Amendatory Complaint on file herein; that said Complaint be

21 dismissed as against these defendants; that defendants' right to

22 water, as hereinabove set forth, be quieted as against the plain-

23 tiff and against all other defendants in this action; and for such

24 other and further relief as the Court may deem proper.

*Chester W. Morrison*

*Rosamond B. Morrison*

Defendants in propria persona
Rte. 1, Box 69
Romoland, California

Dated: June 10, 1958

-3-

12789