Charles M. Purtee & Lenna Jo Purtee
Defendants in propria persona
1156 So Vine Ave. Fallbrook, California.

FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )  CIVIL NO. 1247 - SD - C
        Plaintiff,  )  ANSWER OF DEFENDANTS
   v.  )  CHARLES M. PURTEE &
          )  LENNA JO PURTEE
FALLBROOK PUBLIC UTILITY  )
DISTRICT, ET AL,  )
        Defendants,  )

    The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own .7 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

   Please note third and fourth pages marked
       Exhibit A    parcels one and two

INDEXED

COPY RECEIVED

12800

1  These defendants wish to reserve, now and forever, all water rights
2  that have ever been in use on this land, which includes irrigation
3  of the whole .7 acres, for Truck Gardening and Orchard, and also wish
4  to retain the right to drill a well, or wells, if necessary to
5  produce the amount of water to equal the above.

 

18      WHEREFORE, these defendants pray that plaintiff take nothing
19  against them by reason of the Complaint and Supplementary and Amenda-
20  tory Complaint on file herein; that said Complaint be dismissed as
21  against these defendants; that defendants' right to water, as hereinabove
22  set forth, be quieted as against the plaintiff and against all other de-
23  fendants in this action; and for such other and further relief as the
24  Court may deem proper.

*Charles M. Purtee*

*Lenna Jo Purtee*

Defendants in propria persona

32 Dated: June 7 1958.

12801

EXHIBIT "A", Parcel One.

All that Real Property situated in the
   County of San Diego, State of California, bounded and described
   as follows:

All that portion of the Northwest Quarter of the Northeast Quarter of
Section 25, Township 9 South, Range 4 west, San Bernardino Meridian,
according to United States Government Survey approved June 11, 1880,
described as follows:
Beginning at a point in the East line of said Northwest Quarter of the
Northeast Quarter, distance North 0° 03' East 699.32 feet from the
Southeast corner thereof, said point being also the Southeast corner of
the land described in the deed from William T. Scott, et ux to Linden W.
Peterson et ux, dated May 12, 1945, and recorded September 8, 1945;
thence continuing North 0° 03' East along said East line, being also along
the East line of land described in deed to Linden W. Peterson et ux a
distance of 105 feet; thence North 89° 12' 30" West parallel with the
South line of said Northwest Quarter of Northeast Quarter a distance of
421.34 feet to a point in the West line of the land described in the
deed to Linden W. Peterson et ux, above referred to; thence South 6° 14'
East along said West line a distance of 105.79 feet, more or less,
to the Southwest corner of the land described in said deed to Peterson;
thence South 89° 12' 30" East along South line of said Peterson's land
409.76 feet to the point of beginning.
   Excepting therefrom the Easterly 207.77 feet, the Westerly line
of said Easterly 207.77 feet being drawn parallel with and distant 207.77
Westerly measured at right angles from the Easterly line of said above
described property.
   Containing one half acre, more or less.

12802

EXHIBIT "A"   Parcel Two.

**All that Real Property situated in the
County of San Diego, State of California,
bounded and described as follows:**

All that portion of the Northwest Quarter of the Northeast Quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Base and Meridian, according to the United States Government Survey approved June 11, 1880, described as follows:

Beginning at a point, distance North 0° 03' East 804.32 feet and distance North 89° 12' 30" West 276.97 feet from the Southeast corner of the Northwest Quarter of the Northeast Quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Base and Meridian, also being a point in the South Line of the land conveyed to Charles M. Purtee et ux, by deed from Linden W. Peterson et ux, recorded September 8 1945, Book 1943, Page 118, thence continue on South Line distance North 89° 12' 30" West 144.37 feet, same being the r Southwest corner of the land conveyed to Purtee above reffered to; thence North 6° 14' West distance 51.385 feet, being a point on the centerline of Road Survey # 969; thence distance South 89° 12' 30" East 150.00 feet being parallel to South line of land conveyed to Purtee above refferred to thence South 0° 03' West parallel to the East line of the Northwest Quarter of the Northeast Quarter of Section 25 above refferred to distance 51 feet to the point of beginning.
    Containing one-fith acre, more or less.

12803