RUSSELL WHALEY and
RUTH E. WHALEY
Defendants in propria persona
Star Route, Box 5M,
Hemet, California.

FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
       Plaintiff,          )  CIVIL NO. 1247- SD - C
v.                         )  ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY   )  RUSSELL WHALEY and
DISTRICT, ET AL,           )  RUTH E. WHALEY
       Defendants.         )

The defendants, RUSSELL WHALEY and RUTH E. WHALEY, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 722.18 acres of land in Riverside County, California, ~~and riparian to the water shed of the Santa Margarita River~~ more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED
COPY RECEIVED          12810

1   Said defendants are informed and believe and upon such in-
2   formation and belief allege that none of their said land is within
3   the watershed of the Santa Margarita River.
4   Approximately 40 acres of said land is tillable and the balance
5   can be used for grazing cattle and for raising turkeys and chickens.
6   Approximately 100,000 head of turkeys and a small herd of cattle are
7   produced annually on said property. Three families live on said
8   property and the water used thereon, to wit, domestic use for said
9   three families, drinking water for said turkeys and livestock and
10  for irrigating said 40 acres of tillable land to grow feed, comes
11  from three wells situated on said land. Defendants claim the right
12  to continue such usage of the water from said three wells. Defen-
13  dants do not claim any prescriptive right or any appropriative right.

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Russell Whaley*
Russell Whaley
*Ruth E. Whaley*
Ruth E. Whaley
Defendants in propria persona, Star Route
Box 5M, Hemet, California,

Dated: June 3, 1958

EXHIBIT "A"

Real property in the County of Riverside, State of California, described as follows:

Section 15 and Lots 13 and 14 of Section 14, Township 6 South, Range 1 West, San Bernardino Base and Meridian.

12812