SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154



FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>　　　　　Defendants. | No. 1247-SD-C<br><br>ANSWER OF DEFENDANTS<br><br>LEIGHTON L. HARRISON and<br><br>FLORINE D. HARRISON |

Defendants

LEIGHTON L. HARRISON and FLORINE D. HARRISON

answering plaintiff's Complaint and Supplement to Complaint for

themselves alone and not for any other defendant, admit, deny

and allege as follows:

FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

INDEXED

- 1 -

COPY RECEIVED

12813

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

All of the lands of defendants are arable and

- 2 -

1  irrigable. The lands of defendants are not riparian to any
2  stream. The lands of defendants are watered by a small spring
3  which rises in the southerly portion of the property and
4  flows during the rainy season and for a short period of time
5  thereafter annually. The water produced by said spring is
6  not a part of any tributary of the Santa Margarita River.
7  Defendants assert full correlative rights to the use of the
8  ground waters percolating beneath their lands, not a part
9  of any stream, and absolute rights to the use of the spring
10 referred to above, in a total amount of not to exceed 4.2
11 acre feet per acre per year.



- 2A -

12815

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

June 7, 1958

by _____
Attorneys for defendant

- 3 -

12816

That portion of the Northwest Quarter of the Southeast Quarter of Section 13, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey Approved June 11, 1880, described as follows:

Beginning at a point on the South line of said Northwest Quarter of the Southeast Quarter distance thereon South 88°56'10" East 222.97 feet from the Southwest corner thereof, said point being in the center line of the 40 foot right of way as described in deed to County of San Diego, recorded November 22, 1944 as Docuement No. 87210 in Book 1783, page 79 of Official Records and known as Road Survey No. 967; said point being also in the arc of a 250 foot radius curve concave Westerly a radial line of said curve bearing North 70°03'58" East to said point; thence Northerly along said curve 74.99 feet; thence tangent to said curve North 37°04'30" West 92.15 feet to the beginning of a tangent 150 foot radius curve concave Easterly; thence Northerly along said curve 93.72 feet; thence tangent to said curve North 1°16'30" West 216.83 feet to the beginning of a tangent 200 foot radius curve concave Southeasterly; thence Northeasterly along said curve 145.88 feet; thence tangent to said curve North 40°31' East 87.09 feet to the beginning of a tangent 150 foot radius curve concave Westerly; thence Northerly along said curve 2.42 feet to a point in said curve, a radial line bearing South 50°24'30" East to said point; thence leaving said curve South 46°00' East 31.64 feet; thence North 44°00' East 59.19 feet to the true point of beginning; thence South 69°18' East 296.20 feet; thence North 81°20' East 226.50 feet; thence North 9°57'17" West 502.50 feet; thence North 86°57'20" West 393.03 feet to a point in the arc of a 800 foot radius curve concave Westerly in the Westerly line of a parcel of land described in deed to W. N. Davis et al, recorded October 9, 1950 as Document No. 115892 in Book 3811, page 344 of Official Records; thence along said Westerly line of said Davis land as follows:

Southerly along said curve 41.59 feet to the Southerly terminus thereof; tangent to said curve South 22°28'30" West 82.48 feet to the beginning of a tangent 300 foot radius curve concave Easterly; Southerly along said curve 171.09 feet; tangent to said curve South 10°12' East 61.85 feet to the beginning of a tangent curve concave Westerly; Southerly along said curve 16.13 feet to a point in said curve a radial line of said curve bearing North 85°57'40" East to said point; thence leaving said curve South 46°00' East 80.91 feet and South 44°00' West 40.81 feet to the true point of beginning.

29
30
31
32

EXHIBIT A.

- 4 -

12817

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF **San Diego** } ss.     1247 SD C

**Franz R. Sachse**, being first duly sworn, says: That affiant, whose address is

**1092 South Main St., Fallbrook, California**

is a citizen of the United States, a resident of the county where the herein described ~~mailing~~ SERVICE took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached **Answer of Defendants Leighton L. and Florine D.**

**Harrison and Request for Admissions,**
(Copy title of paper served)

on the **plaintiff** in said action, by ~~placing a true copy thereof in an envelope~~ **personally serving**
(Name of party served)
as follows:

**Mr. William H. Veeder and Mr. John M. Cranston**

(Name and address as shown on the envelope)

sealed and deposited on the **11** day of **June**, 195**8**, in ~~the United States Mail~~ at

**Fallbrook, San Diego County, California**
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this **11th**

day of **June**, 195**8**

_Doris G. Bergstrom_
Notary Public in and for said County and State

(SEAL)
Stuart FORM 23

My Commission expires **May 25, 1961**

12818