SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154



FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
         Plaintiff,  ) No. 1247-SD-C
     vs.  ) ANSWER OF DEFENDANT
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the) TOM TURNER
State of California, et al.,  )
         Defendants.  )

    Defendants
TOM TURNER

answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

    Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

    Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

INDEXED

- 1 -

12819
COPY RECEIVED

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendant do not abut upon and are not

- 2 -

riparian to any stream. The lands of defendant are all arable and irrigable. The lands of defendant are presently improved with a dwelling house and outbuilding and approximately one-half of said lands are planted to avocados trees. The waters underlying said lands are percolating ground waters not a part of any stream, and defendant asserts full correlative rights to the use of said waters in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

June 7, 1958

by _____
Attorneys for defendant

- 3 -

12821

1

### SCHEDULE B

That portion of the East Half of the Northwest Quarter of the Southeast Quarter of Section 18, Township 9 South, Range 3 West, S. B. M., in the County of San Diego, State of California, described as follows:

Beginning at the Southeast corner of said Northwest Quarter of Southeast Quarter; thence along the South line of said Northwest Quarter of Southeast Quarter South 89° 30' 10" West 192.28 feet to a point distant North 89° 30' 10" East 160.00 feet from the Southwest corner of the tract of land conveyed to Floyd O. Smith, et ux, by deed dated January 11, 1951 and recorded in Book 3937, page 299 of Official Records, being the true point of beginning; thence continuing along said South line South 89° 30' 10" West 160.00 feet to said Southwest corner of land of Smith; thence following along the Westerly line of said land of Smith being also the Easterly line of the tract of land conveyed to Thomas A. Atkisson, et ux, by deed recorded in Book 3433, page 190 of Official Records, North 0° 15' 20" West 138.81 feet, North 89° 30' 10" East 23.44 feet, North 0° 15' 20" West 348.50 feet, North 89° 30' 10" East 24.06 feet and North 0° 15' 20" West 424.33 feet; thence parallel with the South line of said Northwest Quarter of Southeast Quarter North 89° 30' 10" East 121.33 feet; thence South 0° 57' 30" East 911.64 feet to the true point of beginning.



EXHIBIT A

- 4 -

12822

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.    1247 SD C

Franz R. Sachse, being first duly sworn, says: That affiant, whose address is

1092 South Main Street, Fallbrook, California

is a citizen of the United States, a resident of the county where the herein described service took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Answer of defendant Tom Turner and Request for Admissions
(Copy title of paper served)

on the Plaintiff _____ in said action, by personally serving
(Name of party served)

as follows:

Mr. William H. Veeder and Mr. John M. Cranston

_____
(Name and address as shown on the envelope).

sealed and deposited on the 11 day of June, 195 8, at

Fallbrook, San Diego County, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 11th

day of June, 195 8

_____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires May 25, 1961        12823