

SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
         Plaintiff, )
    vs. )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al., )
         Defendants. )

No. 1247-SD-C

ANSWER OF DEFENDANTS

CALAVO GROWERS OF CALIFORNIA

Defendants CALAVO GROWERS OF CALIFORNIA, a California non-profit cooperative association answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation   INDEXED

- 1 -

COPY RECEIVED

12824

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

Defendants real property described in Exhibit A

- 2 -

overlies a subterranean basin, and defendants claim full correlative rights to the waters in said basin and to the percolating ground waters beneath its real property in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

June 7, 1958

SACHSE and PRICE

by /s/ [signature]
Attorneys for defendant

- 3 -

12826



1

That portion of the West Half of the Northwest Quarter of the Northwest Quarter and that portion of the East 49 rods of the Northwest Quarter of the Northwest Quarter of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

PARCEL 1:

Beginning at the Southeast corner of said West Half of the Northeast Quarter of Northwest Quarter; thence along the South line of said West Half and along the South line of said Northwest Quarter of Northwest Quarter South 89° 51' West 874.61 feet; thence North 16° 56' 40" West 67.90 feet; thence North 0° 09' West 181.89 feet to the true point of beginning; thence continuing North 0° 09' West 67.21 feet; thence North 89° 43' West 871.30 feet to a point in the Southeasterly line of the right of way conveyed by Ralph A. Badley, et ux, to the Atchison, Topeka and Santa Fe Railway Company by deed dated May 1, 1917 and recorded in Book 734, page 365 of Deeds, being a point in a curve concave Southeasterly having a radius of 714.50 feet, the radial line through said point bears North 41° 59' 49" West; thence Northeasterly along said curve 241.38 feet to the end thereof; thence on a tangent to said curve and along the South line of said right of way South 69° 35' East 222.35 feet; thence South 0° 06' 15" West 259.33 feet; thence South 89° 28' 40" West 442.92 feet to the true point of beginning.

EXHIBIT A.

- 4 -

12827

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF **San Diego** } ss.      1247 SD C

**Franz R. Sachse**, being first duly sworn, says: That affiant, whose address is

**1092 South Main Street, Fallbrook, California**

is a citizen of the United States, a resident of the county where the herein described ~~notice~~ service took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached **Answer of Defendants Calavo Growers of California and Request for Admissions**
(Copy title of paper served)

on the **Plaintiff** (Name of party served) in said action, by ~~placing a true copy thereof in an envelope~~ personally serving
as follows:

**Mr. William H. Veeder and Mr. John M. Cranston**

(Name and address as shown on the envelope)

sealed and deposited on the **11** day of **June**, 195**8**, in ~~the United States mail box~~ at

**Fallbrook, San Diego County, California**
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this **11th**
day of **June**, 195**8**

*Daisie C. Bergstrom*
Notary Public in and for said County and State

(SEAL)

*Franz R. Sachse*

My Commission expires **May 25, 1961**

12828

Stuart FORM 23