SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154



F I L E D

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

JUN 1 2 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ................................
                              DEPUTY CLERK

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

No. 1247-SD-C

ANSWER OF DEFENDANT S

PAUL K. ALGERT and JEAN S.

ALGERT

Defendants

PAUL K. ALGERT and JEAN S. ALGERT

answering plaintiff's Complaint and Supplement to Complaint for

themselves alone and not for any other defendant, admit, deny

and allege as follows:

                    FIRST DEFENSE

                         I

          Defendants have no knowledge or information

sufficient to form a belief as to the allegations contained

in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's

Original Complaint herein, and therefore deny all of said

allegations for want of information or belief.

                        II

          Answering paragraph V of plaintiff's Original

Complaint herein, defendants admit the litigation

                    - 1 -

INDEXED

COPY RECEIVED  2829

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A.  Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendants are all arable and irrigable,

- 2 -

and are not riparian to any stream and the waters underlying
said lands are not a part of the Santa Margarita River or
its tributaries.  Defendants assert full correlative rights
to the use of the ground waters percolating beneath said
lands in an amount not to exceed 4.2 acre feet per acre per
year.


     WHEREFORE, defendants pray judgment as follows:

        1.  That plaintiff take nothing by its
Complaint and Supplement to Complaint herein.

        2.  That this Honorable Court adjudge and
decree that defendants are the owners of water rights
appurtenant to the lands described herein as described in
this Answer.

        3.  That this Honorable Court adjudge and
decree that the water rights of defendant are prior and
paramount to all of the claimed water rights of plaintiff
herein.

        4.  That this Honorable Court quiet the
title of defendants in and to their rights to the use of
water as set forth herein as against all adverse claims of
plaintiff or other defendants herein.

        5.  For costs of suit and for such other
relief as seems just.

8 June 1958

      SACHSE and PRICE

      by _____
      Attorneys for defendant

- 3 -

1
2         Lots 1, 3, 5, 6, 7, 8, 10, 11, 12, 13, 14, 16, 17,
3   18 and 19 of Miraflores Terrace according to Map thereof No.
4   3745 filed November 13, 1957, and the Northerly 100 feet of
5   Block 123 of West Fallbrook according to Map thereof No.
6   567, comprising 14 acres more or less.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31                              - 1 -          EXHIBIT A
32

12832

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,

COUNTY OF __San Diego__ } ss.      12**47** SD C

__FRANZ R. SACHSE_____, being first duly sworn, says: That affiant, whose address is

__1092 S. Main, Fallbrook, Calif.__

is a citizen of the United States, a resident of the county where the herein described ~~mailing~~ took place; over the age of 18 years and not a party to the above entitled action.      **service**

That affiant served the attached_____ __Answer of defendants Paul K. Algert and Request__

__for Admissions_____

(Copy title of paper served)

                                              **personally serving**

on the____ __plaintiff_____ in said action, by ~~placing a true copy thereof in an envelope addressed~~

(Name of party served)

as follows:

__William H. Veeder and   John M. Cranston, Special Master__

_____

(Name and address as shown on the envelope)

~~sealed and deposited on the~~ 9 ~~day of~~____ __June_____, 195_8_, ~~in the United States Mail at~~

at __Fallbrook, San Diego County, California__

(Place of mailing, name of county)

~~with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.~~

Subscribed and sworn to before me this_____ 9

day of____ __June_____, 195_8_            _Franz R Sachse_

_____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

                              My Commission expires____ __May 25, 1961_____