Jim R Pruett
Eva O Pruett
Defendants in propria persona
3454 N Figueroa
Los Angeles 65 Calif

Mildred Wyatt
5213 Monte Vista St
Everett Singletary
Clara M R

**FILED**
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,           ) CIVIL NO. 1247 - SD - C
                Plaintiff,          )
    v.                              ) ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY            ) Jim R Pruett
DISTRICT, ET AL,                    ) Eva O Pruett
                Defendants,         ) Mildred Wyatt
                                    ) Everett Singletary
                                    ) Alta Singletary

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2½ acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

12750

COPY RECEIVED

This land is good, fertile land, with ample water could raise any kind of grain, fruits, mellons, berries, Truck garden vegetables or Poultry.

Defendants claim the right to use (10) ten acre feet of water per year for 2½ acre of ground. There is a well for domestic use (with small amount of water) which the defendants claim the right to use.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Frank Pruett*
*Eva A. Pruett*
*Mildred Wyatt*
*Alta Singletery*
*C. Singletery*

Defendants in propria persona

Dated: 6-11-58

Exhibit A

Beginning at the Westerly corner of the Southeasterly rectangular half of the Southeasterly rectangular half of lot 17; thence Southeasterly, along the Southwesterly line of lots 17 and 16, 390 feet; thence Northeasterly, parallel with the Northwesterly line of lot 16, 275 feet; thence Northwesterly, parallel with the Southwesterly line of lots 16 and 17, 390 feet, to the Northwesterly line of the Southeasterly rectangular half of the Southeasterly rectangular half of lot 17; thence Southwesterly, along said Northwesterly line of the Southeasterly rectangular half of the Southeasterly rectangular half of lot 17, 275 feet, to the Point of beginning.

As on file in Book 8 Page 359 of Maps San Diego County records.

12752

