```
                                                    FILED
                                                    JUN 12 1958
                                                    CLERK, U.S. DISTRICT COURT
                                                    SOUTHERN DISTRICT OF CALIFORNIA
                                                    By _____
                                                              DEPUTY CLK
```

1  Defendants in propria persona

2  James B. Sears
   Star Rt. Box 6/
3  Hemet, California

4             IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                    SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,        )
8                                   )     CIVIL NO. 1247- SD - C
              Plaintiff,            )
9                                   )     ANSWER OF DEFENDANTS
      v.                            )
10                                  )     James B. Sears
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )
                                    )
12            Defendants.           )

13         The defendants, James B. Sears

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT
18
           These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25

26              AFFIRMATIVE STATEMENT OF RIGHTS
                      unknown number of
27      These defendants own  /    acres of land in Riverside

28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.        INDEXED                    12753

32                        COPY RECEIVED

1  That portion of Section 15, Township 6 South, Range 1 East, Riverside County,
2  S.B.M., as described by the plaintiff as lying within the watershed of the
3  Santa Margarita River.  The defendants are now growing apples on portions
4  of this section not included in this action, and intend to develop for
5  similar use all tillable land within the property in question.  As no
6  definite description of the land or acreage in question has been forwarded
7  to the defendants it is impossible for the defendants to describe the tillable
8  acreage and/or exact usage.
9      The defendants claim the right to use all of the water on their
10 property, either from wells or springs now existing or that obtained from
11 future development by any means.  The defendants claim all riparian rights
12 and the rights to percolating water on all land within that portion of
13 land so described by the plaintiff.

18     WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

_James B Sears_

Defendants in propria persona
Star Rt. Box 6/
Hemet, California

Dated: 6- /958

12754