FILED

JUN 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ………………
      DEPUTY

Verne G. Shipley and Luella G. Shipley
Defendants in propria persona
    508 W. Alvarado
    Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| vs. | Verne G. Shipley and Luella G. Shipley |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | Husband and Wife, as joint |
| Defendants, | tenants. |

The defendants, Verne G. Shipley and Luella G. Shipley each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own a lot of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

Block 117 of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 567, filed in the office of the County Recorder of San Diego County October 9, 1888; EXCEPTING therefrom the West 130 feet and the South 75 feet thereof.

12755

1     "Defendants claim all the right of overlying land owners and
2 to water which may originate in or may be found, on, or under, or
3 which may cross their land.
4     "Defendants claim the right to dig or drill wells and exercise
5 water reclamation and conservation practices as are now or may be
6 known.
7     "Defendants hereby incorporate, the same as though set forth
8 herein in full, all the Affirmative Defenses of the Fallbrook Public
9 Utility District on file in these proceedings.
10     "Defendants claim all the above for all lands in which they
11 have any financial interest whatsoever."

    WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Verne G. Shipley*

*Luella G. Shipley*

    Defendants in propria persona

Dated: June 8-1958

12756