**FILED**

JUN 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
        DEPUTY CLERK

Defendants in propria persona
Harry D. & Ruby A. Sisco
P.O. Box 96
Bonsall, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 1247- SD - C |
| Plaintiff, | ) | |
| v. | ) | ANSWER OF DEFENDANTS |
| | ) | Harry D. & Ruby A. Sisco |
| FALLBROOK PUBLIC UTILITY | ) | P.O. Box 96 |
| DISTRICT, ET AL, | ) | Bonsall, Calif. |
| Defendants. | ) | |

The defendants,  Harry D. & Ruby A. Sisco

each severing from their co-defendants and each for himself or her-

self alone, in answer to the Complaint and Supplementary and Amenda-

tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference

all of the allegations contained in the answer to said Complaint and

Supplementary and Amendatory Complaint filed in this case by Newton

T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

of the portion thereof entitled "Affirmative Statement of Rights")

and make each and all of said allegations a part of this answer

the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own   4½   acres of land in  San Diego

County, California, and within the watershed of the Santa Margarita

River, more particularly described in the document attached hereto,

marked Exhibit A, which is hereby incorporated by reference as a

part of this statement.            **INDEXED**

COPY RECEIVED

12757

1   Defendants claim all the right of overlying land owners and to water
2   which may originate in or may be found, on, or under, or which may cross their land.

3   Defendants claim the right to dig or drill wells and exercise water
4   reclamation and conservation practices as are now or may be known.

5   Defendants hereby incorporate, the same as though set forth herein
    in full, all the Affirmative Defenses of the Fallbrook Public Utility
6   District on file in these proceedings.

7   Defendants claim all the above for all lands in which they have any
    financial interest whatsoever.

8

9

10

11

12

13

14

15

16

17

18          WHEREFORE, these defendants pray that plaintiff take

19   nothing against them by reason of the Complaint and Supplementary

20   and Amendatory Complaint on file herein; that said Complaint be

21   dismissed as against these defendants; that defendants' right to

22   water, as hereinabove set forth, be quieted as against the plain-

23   tiff and against all other defendants in this action; and for such

24   other and further relief as the Court may deem proper.

25

26

27          *Harry D. Lisco*

28          *Ruth A. Lisco*

29                    Defendants in propria persona

30   Dated: 6/10/58

31

32                                      12758

EXHIBIT A

PARCEL L:
The North 217.80 feet of the South 237.80 feet
of the West 128.83 feet of the East 282.87 feet of the South 10 acres
of Lot 4 in Section 13 Township 9 South, Range 4 West, San
Bernardino Meridian, in the County of San Diego, State of California,
according to the United States Government Survey, approved June 11,
1880.

Parcel 2:
The West 368.83 feet of the East 522.87 feet of the South 10 acres
of the East 20 acres of lot 4 in Section 13, Township 9 South, Range
4 West, San Bernardino Meridian, in the County of San Diego, State
of California, According to the United States Government Survey,
approved June 11, 1880.
Excepting from the above described property, the South 20.00 feet
thereof and the North 217.80 feet of the South 237.80 feet of the West
200 feet thereof and the North 217.80 feet of the South 237.80 feet
of the East 128.83 feet thereof.

12759