Dorothy Stafford
P.O. Box 398, Fallbrook, Cal.
Defendants in propria persona

**FILED**

JUN 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
       Deputy

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br><br>        Defendants. | CIVIL NO. 1247- SD - C<br><br>ANSWER OF DEFENDANTS<br><br>DOROTHY STAFFORD |

The defendants, Dorothy Stafford each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own ~~xxxxxxxx~~ land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

12760

COPY RECEIVED

EXHIBIT A

The E 19 acres of the SW quarter of the SW quarter of Sect. 19, T9S, R3W, San Bernardino Meridian, in the County of San Diego, State of California,
EXCEPTING therefrom the following described parcel:
Beginning at the center of the SW quarter of said Sect. 19; thence W along the N line of said SW quarter of the SW quarter, 229.27 feet; thence at right angles S and parallel with the E line of said SW quarter of the SW quarter, 380 feet; thence E 229.27 feet to a point on the E line of said SW quarter of the SW quarter; thence N along the E line of said SW quarter of the SW quarter, 380 feet to the point of beginning.

Defendant claims all the right of overlying land owners and to water which may originate in or may be found on, or under, or which may cross her land.

Defendant claims the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendant hereby incorporates, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendant claims all the above for all lands in which she has any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Dorothy Stafford*

Defendants in propria persona

Dated: 6/10/58

12761