1 Nina B. Wright
2 Defendants in propria persona
3 1364 E. Fallbrook St
4 Fallbrook Calif

FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
  v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants,

CIVIL NO. 1247 - SD - C
ANSWER OF DEFENDANTS
Nina B. Wright

The defendants, Nina B. Wright each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own one acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

12762

I

1. The Defendant owns One (1) acre of land situated within the watershed of the Santa Margarita River. More particularly described as follows: See exhibit A. Approximately nine-tenths $\frac{9}{10}$ can be used for trees of some kind. Defendant now has 19 avocado trees, 5 other fruit trees and many shade trees. Defendant has one house on property and plans on 3 more. Defendant is now irrigating part of the land and using water in house obtained from Fallbrook Utility District. There is a well on property which is not in use at present but has been used.

II

Defendant claims the right to use 4.2 acre feet of water per year from Santa Margarita watershed (and/or) from well.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Nina R. Wright

Defendants in propria persona
1364 E Fallbrook St.
Fallbrook, Calif

Dated: June 10, 1958

Exhibit A.

The West Half of the East Half of the South Half of the Northeast Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880; excepting therefrom the north 393.85 feet and the East 163.05 feet thereof.

12764