A. R. Mueller and Jewel Mueller
Defendants in propria persona
435 Ammunition Rd. (P.O. Box 307), Fallbrook, California

F I L E D
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | A. R. Mueller and |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | Jewel Mueller |
| Defendants, | |

The defendants, A. R. Mueller and Jewel Mueller etc. each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 10 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

12765

All that portion of the Northeast Quarter of the Northwest Quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880, described as follows:

Beginning at the Northeast corner of said Northwest Quarter; thence South along the East line of said Northwest Quarter, 732.98 feet to a point distant 600.00 feet North of the Southeast corner thereof; thence North 89°13' West, along a line parallel with the South line of said Northwest Quarter, 853.37 feet to the Southeast corner of a tract of land conveyed to Albert B. Clemmens and wife by deed dated May 31, 1932 and recorded in Book 142, page 43 of Official Records of said San Diego County; thence North 00°47' East, along the East line of said tract, 348.25 feet; thence North 59°01' East, 302.46 feet; thence North 35°06' East, 143.32 feet; thence North 59°18' East, 167.60 feet; thence North 87°42' East, 362.99 feet to the point of beginning.

Defendants claim riperian rights to water from the well on the above described land for domestic, industrial and commerical uses and for irrigation of lawns and shrubs as may be required for a trailer park.

The Underground Water Resources Authority of Camp Pendleton have permission to survey this property.

As of May 15, 1958, this property is recorded in the names of Harold Ruskin and Alice M. Ruskin, husband and wife.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*[signature]*

*[signature]*

Defendants in propria persona

Dated: June 10/58

12766