```
                                            FILED
 1  HAROLD L. GRAHAM and                  JUN 12 1958
    THERESA A. GRAHAM
 2  Defendants in propria persona      CLERK, U.S. DISTRICT COURT
    1810 Stuart St.                  SOUTHERN DISTRICT OF CALIFORNIA
 3  West Covina, California          By /s/ ...........
                                              DEPUTY
 4

 5              IN THE UNITED STATES DISTRICT COURT

 6              SOUTHERN DISTRICT OF CALIFORNIA

 7                    SOUTHERN DIVISION

 8  UNITED STATES OF AMERICA      )   CIVIL NO. 1247 - SD - C
                                  )
 9              Plaintiff,        )   ANSWER OF DEFENDANTS
                                  )
10      v.                        )
                                  )
11  FALLBROOK PUBLIC UTILITY      )   HAROLD L. GRAHAM and
    DISTRICT, ET AL,              )   THERESA A. GRAHAM
12              Defendants,       )
```

13   The defendants, HAROLD L. GRAHAM and THERESA A. GRAHAM
14 each severing from their co-defendants and each for himself or herself
15 alone, in answer to the Complaint and Supplementary and Amendatory Com-
16 plaint on file herein, admit, deny, and allege:

17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                        AMENDATORY COMPLAINT
18
19       These answering defendants hereby incorporate by reference all
20 of the allegations contained in the answer to said Complaint and Supple-
21 mentary and Amendatory Complaint filed in this case by Newton T. Bryant
22 and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
23 thereof entitled "Affirmative Statement of Rights") and make each and all
24 of said allegations a part of this answer the same as if herein set forth
25 at length.

26                  AFFIRMATIVE STATEMENT OF RIGHTS
27       These defendants own 10  acres of land in  San Diego
28 County, California, and within the watershed of the Santa Margarita River,
29 more particularly described in the document attached hereto, marked Exhibit
30 A, which is hereby incorporated by reference as a part of this statement.

31
32

                         INDEXED                                12767

                      COPY RECEIVED

1   Defendants claim all rights of overlying landowners and to water which may originate or cross their land.
2   Defendants claim the right to drill wells and exercise water reclamation and conservation practices as are now or may be known.
3   Defendants hereby incorporate the same as though set forth herein in full all of the affirmative defenses of the Fallbrook Public Utility District on file in these proceedings.
4   
5   Defendants claim all the above for all lands in which they have any financial interest whatever.

18   WHEREFORE, these defendants pray that plaintiff take nothing
19   against them by reason of the Complaint and Supplementary and Amenda-
20   tory Complaint on file herein; that said Complaint be dismissed as
21   against these defendants; that defendants' right to water, as hereinabove
22   set forth, be quieted as against the plaintiff and against all other de-
23   fendants in this action; and for such other and further relief as the
24   Court may deem proper.

*Harold L. Graham*
Harold L. Graham

*Theresa A. Graham*
Theresa A. Graham
Defendants in propria persona

32 Dated: June 9, 1958

12768

**EXHIBIT A**

The South one-half of the South one-half of the Northeast one-fourth of the Northwest one-fourth of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California.

2769