Nellie R. Tauber

1 Defendants in propria persona.
2 517 N- Elue St Winslow Ariz

FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY

4 IN THE UNITED STATES DISTRICT COURT
5 SOUTHERN DISTRICT OF CALIFORNIA
6 SOUTHERN DIVISION

7
8 UNITED STATES OF AMERICA, )
    ) CIVIL NO. 1247- SD - C
       Plaintiff, )
9    ) ANSWER OF DEFENDANTS
    v. ) Nellie R. Tauber
10    )
11 FALLBROOK PUBLIC UTILITY )
   DISTRICT, ET AL, )
12    )
       Defendants. ) Nellie R. Tauber
13    The defendants,
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:

17      ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
             AMENDATORY COMPLAINT
18
19      These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.

26      AFFIRMATIVE STATEMENT OF RIGHTS
27      These defendants own  1/3  acres of land in Riverside Co
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
                            INDEXED                    12770
32
                       COPY RECEIVED

1 This property is residential property.
2 Defendant is a grantee of The
3 Temecula Rancho and want
4 whatever water rights I have because
5 of that fact, and wish to reserve the
6 rights to drill a well at a later
7 date if necessary

18      WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*[signature]*

Defendants in propria persona

Dated: June 9-1958

12772

Exhibit A

Lots One (1) and Two (2) of Block #14 of Townsite of Murrietta as shown on a map of Sub-division made by O N Sanford Surveyor of Murrietta Portion of Temecula Rancho now on file in the Office of the County Recorder of San Diego County State of California

Nellie R Tauber
517 W Elm St
Winslow Ariz

12771