

FILED

JUN 12 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

1  Beatriz Arnaiz aka Beatrice Arnaiz
2  Defendants in propria persona
   Anza, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,          )   CIVIL NO. 1247 - SD - C
                                   )
                Plaintiff,         )   ANSWER OF DEFENDANTS
                                   )
        v.                         )
                                   )
FALLBROOK PUBLIC UTILITY           )   Beatriz Arnaiz
DISTRICT, ET AL,                   )
                                   )          aka
                Defendants,        )   Beatrice Arnaiz

The defendants, Beatriz Arnaiz aka Beatrice Arnaiz
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 65 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

12773

30 acres of this property is clear and suitable for cultivation. Defendant intends to develop permanent pasture and plant an orchard of fruit trees.

At present there is a domestic well on the property.

Defendant claims the water from this well, and also the right to drill sufficient wells to furnish 3.75 acre feet of water per acre for the above mentioned pasture and orchard. etcetera.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Beatrice Corman

Defendants in propria persona

Dated: June 11, 1958

12774

EXHIBIT A

The East half of the Northeast quarter of the Northwest quarter of the Northwest quarter, and the South half of the Northwest quarter of the Northwest quarter, and the Southwest quarter of the Northwest quarter of Section 20, Township 7 South, Range 3 East, San Bernardino Base and Meridian containing 65 acres more or less.

12775