

FILED
JUN 12 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ ............
    DEPUTY

Defendants in propria persona
P. O. Box 67, Temecula, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
              Plaintiff,    ) ANSWER OF DEFENDANTS
    v.                      ) AGNES H. (Jean) BETHELL
FALLBROOK PUBLIC UTILITY    )
DISTRICT, ET AL,            )
              Defendants,   )

  The defendants, Agnes H. (Jean) Bethell, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

  ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
    AMENDATORY COMPLAINT

  These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

    AFFIRMATIVE STATEMENT OF RIGHTS

  These defendants own 20.3 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

12776

1    This defendant alleges that the 20.3 acres of land herein
2 described are all riparian and that there is and for many years has
3 been a windmill well upon said property, although the well has not
4 been in operation during most of the time since this defendant pur-
5 chased the property, as she has been living elsewhere, but this well
6 was used for many years for supplying the house with domestic water
7 and for the irrigation of a family orchard and garden.
8    And in addition this defendant is informed, and believes, and
9 upon such information and belief alleges that for many years the
10 property was served by well water pumped from a well known as the
11 Barton well, now situated upon adjoining property, but which was
12 originally put down by the defendant's predecessors in interest.

18    WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*Agnes N. (Jean) Dillett*

Defendants in propria persona

32 Dated: 6-12-58

12777

EXHIBIT A

All that Real Property situate in the County of Riverside, State of California, described as follows:

All those portions of the East half (E 1/2) of the East half (E 1/2) of Section Twenty-nine (29) and the West half (W 1/2) of the Southwest quarter (SW 1/4) and of the Southwest quarter (SW 1/4) of the Northwest quarter (NW 1/4) of Section Twenty-eight (28) in Township Eight (8) South, Range Two (2) West, San Bernardino Base and Meridian, included in Tract "B" as shown upon the Judicial Map of Survey of Lands of Machado Brothers and Wolf, on file in the office of the County Clerk of San Diego County, State of California; excepting from said Tract "B" that portion thereof lying North-easterly of the Southwesterly line of the Pala Road; said property being more particularly described by metes and bounds, as commencing at the most Northerly corner of said Tract, being the point of intersection of the Southeasterly line of the Little Temecula Rancho and the Southwesterly line of the Pala Road, thence South $50° 34\ 1/2'$ East on the Southwesterly line of Pala Road, six hundred and sixty feet; thence leaving the Southwesterly line of Pala Road, South $52° 45'$ West, fourteen hundred fifty-two feet; thence North $37° 15'$ West, six hundred forty-two feet more or less to a point on the Southeasterly line of the Little Temecula Rancho; thence North $52° 45'$ East along the said Rancho line thirteen hundred feet more or less to the point of beginning; containing 20.3 acres, more or less.

12778