FILED JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ Deputy Clerk

1952 Beach Drive,
Victoria, B.C., Canada.
May 1958

Mr. J. Lee Rankin,
Solicitor General,
Room 332, 325 West "F" Street,
San Diego, California, U.S.A.

Registered Air Mail

Dear Sir,

Referring to summonses, Nos. 1247-SD-C, dated April 19, 1958, received 24 May 1958, for us to appear in the United States District Court, Southern District of California, Southern Division, in the Civil Action, U.S.A. v. Fallbrook Public Utility District and other defendants named, including ourselves, we beg, with all due respect to the said Court, to be excused from attending the said Court, by reason of the following:

1. I, Gerald Murray Watson Hummel (aged 71 1/2) (Canadian Citizen) am crippled by rheumatoid arthritis and have been under treatment for the past six years. I can walk, with painful slowness, about a couple of blocks a day, mostly in the garden. I am physically unfit to make the journey and to attend the Court, and if you so require, can obtain a medical certificate to this effect.

2. I, Ida Winifred Hummel (Canadian Citizen) (wife of the above G.M.W. Hummel) am under medical treatment for glaucoma and high blood pressure, and am physically unfit to attend the Court, and can obtain a medical certificate to this effect, if you so require.

We are required to serve upon you an answer to the "Complaint and Supplementary and Amendatory Complaint", and therefor state as follows:

These summonses are our first intimation that we have ever been involved or were likely to be involved in any claim, controversy or litigation in respect of the small piece of land registered in our joint names, comprising three acres, being portion of Lot 134 of the Murrieta portion of "Temecula Rancho" situated in the County of Riverside, State of California, as shown by map of the lands of the "Temecula Land and Water Co." on file in Book 8, page 359 of Maps, in the office of the County Recorder of San Diego, State of California.

We have never seen this land, but have been informed that it is vacant country land, unconnected with any water main, taken over June 23, 1948 from the former owners "free from all encumbrances".

We regret we do not understand the full import of the present litigation, but it would appear that the United States of America is seeking to have declared its alleged rights to share with the defendants in certain water rights, to which we are inclined to be in sympathy, in the absence of any knowledge of any defendant's claim to the contrary.

As we are unable to attend the Court by reason of physical disability, or to appoint any one to represent us, by reason of expenses entailed, we must place ourselves upon the mercy, justice and decisions of the honourable Court.

COPY RECEIVED

Yours faithfully,

Ida Winifred Hummel

*Ida W. Hummel*

Gerald Murray Watson Hummel

*G. Hummel*

12911

INDEXED