SAMUEL E. KING and MAE WALKER KING

Defendants in propria persona

1757 E. Alvarado Street,
Fallbrook, California

**FILED**

JUN 13 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ ...........
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br>    Defendants, | CIVIL NO. 1247 S B C<br><br>ANSWER TO DEFENDENTS<br>ANSWER TO COMPLAINT AND<br>SUPPLEMENTARY AND AMENDATORY<br>COMPLAINT OF<br>SAMUEL E. KING AND<br>MAE WALKER KING |

The defendants, SAMUEL E. KING and MAE WALKER KING each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENTATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegation a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 5 acres of land in San Diego County, California, more particularly described in the document attached hereto, marked Exhibit A, which is herby incorporated by reference as a part of this statement.

12912

COPY RECEIVED                                            INDEXED



## EXHIBIT A

All that portion of the Southwest Quarter of the Northwest quarter of Section 20, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows.

Beginning at a point on the South line of the Southwest Quarter of the Northwest Quarter of Section 20, Township 9 South, Range 3 West, San Bernardino Meridian, at a point 568 feet Easterly from the Southwest corner of said Southwest Quarter of the Northwest Quarter of Section 20, Township 9 South, Range 3 West, San Bernardino Meridian; thence Northerly and parallel to the West line of said Northwest Quartr of the said Section 20, a distance of 330 feet; thence Easterly and parallel to the South line of said Northwest Quarter of said Section 20, a distance of 640 feet; thence South 330 feet to the South line of the Northwest Quarter of said Section 20, thence Westerly on the South line of said Northwest Quarter of said Section 20 to the place of beginning.

12913

Defendants claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries, whether from springs, streams, or wells, etc., and to take water from their land, whether for domestic, industrial, business or irrigation purposes.

Defendants own five acres of land on which is a Home, Garden and Family Fruit and Avocado trees, average 8 years old. For the supply of the above, defendants claim the right to use 30 acre-feet of water per year, and more in the future, as required, for the extra growth of the trees.

In addition to the claim and uses as herein made, the defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill and to dig wells, and exercise water reclamation and conservation practices as now or may be known in the future.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Samuel E. King*
Samuel E. King.

*Mae Walker King*
Mae Walker King

Defendants in propria persona
1757 E. Alvarado Street,
Fallbrook, California

Dated
6/12/58

12914