```
 1  HARRY E. TEASDALL
    Attorney at Law
 2  114 North Main Street
    Fallbrook, California
 3  Phone:  RAndolph 8-2331
 4
 5
 6
 7
```


FILED
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 1247-SD-C |
| vs. | ) | ANSWER OF DEFENDANTS |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | ) | GERALD R. PATTON and BLANCHE PATTON |
| Defendants. | ) | |

Defendants, GERALD R. PATTON and BLANCHE PATTON, answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation referred to and admit that a stipulated judgment was entered into therein, a copy of

-1-

LARRY ERWIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

COPY RECEIVED        INDEXED        12915

which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the Counties of Riverside and San Diego, State of California, as described in Exhibits A and B attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibits A and B, as follows:

The lands of defendants described in Exhibits A and B hereunto attached and designated as parcels 1, 2, 3, 4, and 5, comprise approximately 127 acres, and are traversed by an unnamed tributary of the Santa Margarita River, flowing through the said lands in a generally northerly to southerly direction. Approximately 77 acres are arable and irrigable and overlie

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

-2-

12916

percolating ground waters which are not a part of any stream. Of the aforesaid arable and irrigable acreage, approximately 2 acres are now planted in citrus and avocados and irrigated by spring water from the said tributary.

Located on defendants lands described in Exhibit A are three water wells located at or near the upper reaches of the said tributary, which said wells were drilled in the year 1954 by defendants predecessors in interest.

The lands of defendants described in Exhibit B hereunto attached and designated as Parcels 1 and 2, comprise approximately 33 acres, and are traversed by an un-named tributary of the Santa Margarita River, intermittently flowing through the said lands in a generally northerly to southerly direction. Approximately 25 acres thereof are arable and irrigable and overlie percolating ground waters which are not a part of any stream.

Defendants claim full correlative riparian rights to the use of the waters of said tributary and full correlative rights to the use of said percolating ground waters in an amount not to exceed 4.2 acre feet per acre per annum, with respect to the lands described in Exhibits A and B.

A soil conservation check dam of approximately 20 acre feet capacity has been recommended unofficially by the United States Soil Conservation Service for erection across the tributary traversing the lands described in Exhibit A, and another such dam of approximately 4 acre feet capacity is needed at another location across said tributary.

The lands of defendants described in Exhibit B are traversed by a barranca through which flash run-off water flows during heavy rainfall. Defendants assert the need for a soil conservation check dam across said barranca.

Defendants assert the right to erect and maintain the aforesaid check dams on the lands described in Exhibits A and B,

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

-3-

12917

1 at or about the stated locations, and to the use of the waters
2 captured thereby.
3    WHEREFORE, defendants pray judgment as follows:
4    1.  That plaintiff take nothing by its
5 Complaint and Supplement to Complaint herein.
6    2.  That this Honorable Court adjudge and
7 decree that defendants are the owners of water rights appurtenant
8 to the lands described herein as described in this Answer.
9    3.  That this Honorable Court adjudge and
10 decree that the water rights of defendants are prior and paramount
11 to all of the claimed water rights of plaintiff herein.
12    4.  That this Honorable Court quiet the
13 title of defendants in and to their rights to the use of water
14 as set forth herein as against all adverse claims of plaintiff
15 or other defendants herein.
16    5.  For costs of suit and for such other
17 relief as seems just.

*Harry E. Teasdall*
Attorney for defendants

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

-4-

EXHIBIT "A"

Parcel 1:

All that portion of Lot 4 (Northwest Quarter of Northwest Quarter) of Section 5, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows: Beginning at the Northwest corner of said Section 5; thence along the West line of said Section 5, South 0° 57' West 437.75 feet; thence South 83° 58' East, 1366.62 feet to the East line of said Lot 4, thence along said East line, North 1° 20' 40" East, 593.07 feet to the Northeast corner of said Lot 4; thence along the North line of said Lot 4, South 89° 30' 50" West, 1366.75 feet to the point of beginning.

Parcel 2:

All that portion of Lot 1 (Northeast Quarter of Northeast Quarter) of Section 6, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows: Beginning at the Northeast corner of said Lot 1; thence along the East line of said Lot 1, South 0° 57' West, 437.75 feet; thence North 83° 58' West, 125.25 feet; thence parallel with the East line of said Lot 1, North 0° 57' East, 423.50 feet to the North line of said Lot 1, thence along said North line, North 89° 31' 20" East, 125.04 feet to the true point of beginning.

Parcel 3:

The Southeast Quarter of the Southeast Quarter of Section 31 and the Southwest Quarter of the Southwest Quarter of Section 32, Township 8 South, Range 3 West, San Bernardino Base and Meridian, in the County of Riverside, State of California, as shown by United States Government Survey.

Parcel 4:

The East Half of Lot 1 (Northeast Quarter of the Northeast Quarter) of Section 6, Township 9 South, Range 3 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey approved April 21, 1890, EXCEPTING therefrom that portion thereof described as follows: Beginning at the Northeast Corner of said Lot 1; thence along the East line of said Lot 1, South 0° 57' West 437.75 feet; thence North 83° 58' West 125.25 feet; thence North 0° 57' East parallel with the East line of said Lot 1, 423.50 feet to a point in the North line of said Lot 1; thence Easterly along said North line North 89° 31' 20" East 125.04 feet to the Point of Beginning.

Parcel 5:

All that portion of Lot 4, (Northwest Quarter of Northwest Quarter) of Section 5, Township 9 South, Range 3 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey approved April 21, 1890, described as follows: Beginning at a point in the West line of said Lot 4, distant South 0° 57' West 437.75 feet from the Northwest corner of said Lot 4; thence continuing along the said West line of Lot 4 South 0° 57' West 1093.92 feet to the Southwest corner of said Lot 4; thence along the South line of said Lot 4, North 89° 55' 28" East 130.02 feet; thence North 0° 57' East parallel with the West line of said Lot 4 453.99 feet; thence South 89° 42' 30" East 1227.82 feet to a point in the East line of said Lot 4, which point is distant North 1° 20' 40" East 446.20 feet from the Southeast corner of said

LARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

12919

EXHIBIT "A" CONTINUED

Lot 4; thence Northerly along the said East line of Lot 4, North 1° 20' 40" East 502.43 feet to a point on said East line which bears South 83° 58' East from the Point of Beginning; thence North 83° 58' West 1366.62 feet to the Point of Beginning. EXCEPTING therefrom the portion of Lot 4 described as follows: Beginning at the Southwest corner of said Lot 4; thence along the South line of said Lot 4, North 89° 55' 28" East 130.02 feet to the Southwest corner of the tract of land conveyed to Joseph F. O'Laughlin and Janet A. O'Laughlin, June 7, 1955 by Deed recorded in Book 5670, page 254 of Official Records; thence along the West line of said land of O'Laughlin North 0° 57' East 453.99 feet to the Northwest corner of said land of O'Laughlin; thence along the North line of said land of O'Laughlin, South 89° 42' 30" East 88.67 feet to the True Point of Beginning; thence continuing along said North line South 89° 42' 30" East 1139.15 feet to the East line of said Lot 4; thence along said East line North 1° 40' 20" East 502.43 feet to the Northeast corner of the tract of land conveyed to Mark Gallacher and Laurette Gallacher, September 24, 1953 by deed recorded in Book 4996, page 361 of Official Records; thence along the Northerly line of said land of Gallacher, North 83° 58' West 950.77 feet; thence South 14° 11' 20" West 248.86 feet; thence South 14° 37' 30" West 279.09 feet; thence South 42° 03' West 114.60 feet to the True Point of Beginning.

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

12920

EXHIBIT "B"

Parcel 1:

That portion of the Rancho Snata Margarita Y Las Flores, in the County of San Diego, State of California, as delineated upon a Map in Book 7, page 39 of Patents and as shown on Record of Survey Map No. 831 filed in the County Recorder's Office of said San Diego County described as follows:

Beginning at a point on the Easterly boundary line of said Rancho Santa Margarita Y Las Flores, distant thereon South 7° 04' 52.98" West 2920.87 feet from Corner No. 1 of said Rancho; thence continuing along said Easterly boundary line South 7° 04' 52.98" West 1317.07 feet; thence North 88° 17' West 150.36 feet; thence North 6° 51' 55" East 1315.59 feet; thence South 88° 39' 30" East 155.44 feet to the point of beginning.

Parcel 2:

Lot 2 in Section 13, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, together with 2 acres of land being in the Southwest corner of the Southwest Quarter of the Northeast Quarter of said Section 13 lying West of the County Road, commencing 30 feet from the center of road as located on September 26, 1891.

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

HARRY E. TEASDALL
Attorney at Law
114 North Main Street
Fallbrook, California
Phone: RAndolph 8-2331
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,

    Defendants.

No. 1247-SD-C

REQUEST FOR ADMISSIONS UNDER RULE 36

    Defendants, GERALD R. PATTON and BLANCHE PATTON, request plaintiff within twenty (20) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1. The lands described in the answer of defendants, GERALD R. PATTON and BLANCHE PATTON, include 102 acres of irrigable land.

    2. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

Harry E. Teasdall
Attorney for Defendants

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

12922

```
HARRY E. TEASDALL
114 North Main Street
Fallbrook, California
Phone: RAndolph 8-2331

Attorney for Defendant
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>vs<br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al,<br>　　　Defendants. | NO. 1247-SD-C<br><br>CERTIFICATE OF SERVICE<br>BY MAIL |

Harry E. Teasdall certifies that he is and was, at all times mentioned, an active member of the State Bar of California and not a party to the within action or proceeding; that his business address is 114 North Main Street, Fallbrook, California; that on June 12, 1958, he served the within Answer and Request for Admissions Under Rule 36 on the plaintiff in said action or proceeding by depositing a true copy thereof, inclosed in a sealed envelope with postage thereon fully prepaid in a mail-box regularly maintained by the Government of the United States at Main Street and Alvarado Street, Fallbrook, California, addressed to the attorney of record of said plaintiff at the office address of said attorney, as follows: "J. Lee Rankin, Solicitor General, Room 332, 325 West "F" Street, San Diego, California."

Dated June 12, 1958                              *Harry E. Teasdall*

HARRY ERWIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

12923