MAX ROSENBERG and
BETTY ROSENBERG
9500 Tullis Drive
Beverly Hills, California
CRestview 6-8220

Defendants in Propria Personam

FILED

JUN 13 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                       Plaintiff, )
                             )
           vs.             )
                             )
FALLBROOK PUBLIC UTILITY DISTRICT, )
et al, )
                             )
                    Defendants. )

No. 1247-SD-C

ANSWER TO COMPLAINT AND

SUPPLEMENTARY AND

AMENDATORY COMPLAINT

    Come now the Defendants, MAX ROSENBERG and BETTY ROSENBERG, in the above-entitled action, and for themselves alone in answer to the Complaint and Supplementary and Amendatory Complaint herein, deny generally and specifically each and every material allegation contained therein.

                                  /s/ Max Rosenberg
                                  MAX ROSENBERG

                                  /s/ Betty Rosenberg
                                  BETTY ROSENBERG

12924

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES } ss.

MAX ROSENBERG being duly sworn, deposes and says: That he is the one of the Defendants in the within and above entitled action; that he has read the within and foregoing answer and knows the contents thereof; that the same is true of his own knowledge, except as to the matters which are therein stated on his information and belief, and as to those matters that he believes it to be true.

Subscribed and sworn to before me this 12th day of June, 1958

(SEAL)

/s/ Max Rosenberg
/s/ Harold W. Snyder
Notary Public in and for said County and State

AFFIDAVIT OF SERVICE BY MAIL — 1013a, C. C. P.

CERTIFICATE OF SERVICE BY MAIL — 1013a, C. C. P. (2)

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES } ss.

SIDNEY SNYDER being first duly sworn says: that affiant is a citizen of the United States and a resident of the county aforesaid; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's residence business address is 215 So. La Cienega Boulevard, Beverly Hills, California

certifies that he is an active member of the State Bar of California, counsel in this cause, and not a party thereto, and that h_____.*

That on June 12, 1958 affiant served the within answer on the Plaintiff in said action, by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at Beverly Hills, California addressed as follows:

J. Lee Rankin, Solicitor General
Room 332, 325 West "F" Street
San Diego, California

/s/ Sidney Snyder
(Affiant's signature)

Attorney at law

Subscribed and sworn to before me this 12th day of June, 1958

/s/ Harold W. Snyder
Notary Public in and for said County and State of California
(SEAL)

*With certificate of service, use business address only, unless business address and residence are the same.

12925