Alvin L Stohlman
Thelma F. Stohlman
Star Route Box 53,
Hemet, Calif.

May 31, 1958

SUBJECT::     United States of America
vs.
Fallbrook Public Utility District
and defendents in exhibit "A" of
the summons.

FILED
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

ANSWER TO SUMMONS No. 1247-SD-C

To:

J. Lee Rankin
Solicitor General
325 W. "F" St.....Room 332
San Diego, Calif.

by:     Alvin L. Stohlman and Thelma F. Stohlman, husband and wife, whose mailing address is: Star Route Box 53, Hemet, Calif.....and who are joint tennants of the Properties described below:

    Book 1660 - Page 470 - county records
      NW ¼ of the NW¼ and the NE¼ of the NW¼
      of Section 32, Township 6 south, Range
      1 East, San Bernardino Base Meridian.

    Book 1817 - Page - 57 - county records
      SW¼ of Section 29, Township 6 south, Range
      1 East, San Bernardino Base Meridian.

We, Alvin L. Stohlman and Thelma F. Stohlman, demand the rights to all waters on the above described properties... including all springs (development of same) and the right to drill any wells to any depth to acquire the amount of water we deem necessary for our use and to store any such waters in any amounts required for our needs. We also demand the rights to dam any and all canyons or gullies, that head on our lands, for the purpose of holding and storing water for irrigation and livestock drinking.

We are presently farming approximately 80 acres. There is approximately an additional 125 acres of land suitable for farming that we are planning to remove the brush from and put into service.

Our water needs (approx. 4.2 acre ft. per acre per year) will be determined by the number of acres of land we can prepare for cultivation for the support of cattle and other livestock.

COPY RECEIVED     INDEXED

12926

Page 1.....of three pages

U.S.A. vs. Fallbrook, etc.

It is our belief that this act of the United States Govt. is Unconstitutional! Is this not the "Land of the Free"? What freedom would we enjoy if we were restricted on the use of our water! What Right has the United States to throttle our very existence? I spent almost 4 years overseas fighting to "Keep America Free"...at least, that is what they told me it was for...fighting for the very thing I have worked, slaved and gone without all my life, so I could have a little ranch in the country.

Three and one half years ago our dream began to materialize, and we bought land out here in Section 32. The next year our well went dry and we had to purchase the adjoining ¼ section of land in Section 29 to acquire a running spring that is still our life-line. We have gone without water... we have had to haul water...we have spent thousands of dollars already developing the spring...installing pipe... and bull-dozer work. We have planted trees....hauled water to them in buckets...trying to make a home...improve our property as well as ourselves. We have lost trees because during the hot summer months we did not have enough water to go around...we planted more trees and continued the fight. We've gone without food to apply the money for improving our water needs...visiting friends have brought water with them...and, we're only starting...as we will have to spend thousands more before we will even have enough water for domestic and livestock needs.

And now...the United States of America wants our water; wants to tell us how much we can have! By what Right---- by what Constitutional Right?!

We need a lot more water than we have now...we will have to drill for it...we will have to spend every dime we can scrape together! If we are going to make a living on this land and " Pursue the Happiness"...we have to have water! Without it, our very existence is crushed. What chance will we have of surviving.

How much water is lost to irrigation? Does it not all go back into the soil? There is such a small percent lost to evaporation...and would not the land and the country be far better off to be "fruitfull and multiply" and prosper--- which benefits all---than to become dry, barren and devoid of life because the govt. wants all the water! As surely as I am writing this...that's what will happen if this thing comes to pass. All will be lost! All of the years of toil will be for naught...Our Hopes, Dreams, Incentive....we'd just as well move out...for we'd have to anyway. What would be the value of our land...without its water?

Page 2......of three pages                                    12927

U.S.A. vs. Fallbrook, etc.

It is not only for this little piece of brush covered, rocky, hillside land that we are fighting---it is for the whole country---America itself, and what it has always stood for in the Free World! If the United States Govt. wins this case (I don't personally understand how it could even get in a court) it will be setting a precident! Will it stop with the Santa Marguarita Water shed? .... What will stop this monster from reaching out to all counties in California and grabbing the water...then, why stop there; the whole of the United States will be subject to the same treatment. Who knows, why stop with water, it will be able to grab up all the oil or anything else! What then...what will happen to Free America?

If the United States of America wins this case against the people of California...then Free America will be gone forever! We will be no better off than the Russians, for the BLACK HAND on the faucet will give the thirsty people a drink of water whenever it feels the mood to do so. The people will no longer be the government....but its subjects to be moved about like pawns on a chess-board.

This is our answer to your Summons No. 1247-SD-C

This summons, by the United States of America, is one of the most outrageous acts of betrayal ever attempted upon its people. If there are a few people that have abused the water rights of this State; then the U.S. govt. should take issue with them alone.....not all of the people...whom God knows has to struggle hard enough as it is to make a living in this Land of the Free!.....without any water restrictions!

Very truly yours,

Subscribed and sworn to before me this
17 day of June 19 5 8
Notary Public
In and for the County of Riverside, State of California
My Commission Expires June 25-1960

Alvin L. Stohlman

Thelma F. Stohlman

Witnessed by: _____

Date: _____

12928

Page three........of three pages