Anna Marea Shaw
Defendants in propria persona
Palomar Highway--P. O. Box 106, Wildomar, California

FILED
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )   CIVIL NO. 1247 - SD - C
           Plaintiff,      )   ANSWER OF DEFENDANTS
    v.                     )
FALLBROOK PUBLIC UTILITY   )   Anna Marea Shaw
DISTRICT, ET AL,           )
           Defendants,     )

The defendants, Anna Marea Shaw, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 16.39 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

12929

EXHIBIT A

I own 19.80 acres of land in the watershed of the Laguna Rancho more particularly described as follows:

Lots five (5), six (6), and seven (7) in Block M on Licensed Land Surveyor's Map of La Vista Tract on file in Book 8 Page 98 of Records of Survey, records of Riverside County, California.

Described by metes and bounds as follows:

Commencing at a point on the Southwesterly line of Palomar Street, 832 feet Southeasterly from the intersection of said Southwesterly line with the Southeasterly line of Santa Rosa Street;

Thence South 49° 54' 10" East along said Southwesterly line of Palomar Street, 413 feet;

Thence South 36° 30' West, 832 feet to the most Southerly corner of Lot 6 as shown by Licensed Land Surveyor's Map of La Vista Tract on file in Book 8 page 98 of Records of Survey, records of Riverside County, California;

Thence continuing South 36° 30' West to a point on the Northeasterly line of the Atchison, Topeka and Santa Fe Railway Right of Way;

Thence North 49° 51' West along said Northeasterly line of said Right of way to a point which is 832 feet Southeasterly from the intersection of the Northeasterly line of said right of way with the Southeasterly line of Santa Rosa Street;

Thence North 36° 30' East, 1197.61 feet more or less, to the point of beginning.

AND I OWN:

All that portion of Block M, as shown by Map of Blocks K, L and M, Elsinore, on file in Book 4 page 174 of Maps, San Diego County Records, particularly described as follows:

Beginning at a point on the Southwesterly line of Palomar Street, 1250 feet Southeasterly from the intersection of said Southwesterly line with the Southeasterly line of Santa Rosa Street;

Thence South 49° 54' 10" East, along said Southwesterly line of Palomar Street, 209 feet;

Thence South 36° 30' West, 1198.27 feet, more or less, to a point on the Northeasterly line of the Atchison, Topeka and Santa Fe Railway Right of way;

Thence North 49° 51' West, along said Northeasterly line of said Right of Way, to a point which bears South 36° 30' West, from the point of beginning. Thence Norht 36° 30' East, to the point of beginning.

Said property is also shown as a portion of Lot 7 on Licensed Land Surveyors Map of La Vista Tract on file in Book 8 page 98 of Records of Survey, Riverside County Records:

In the County of Riverside, State of California.

We own all of the above excepting that portion deeded to Walter S. and Locna H Cooper containing 3.41 more or less as shown by deed recorded September 28, 1955 in Book 1799 page 381, records of Riverside County, California.

12930

## EXHIBIT B

I claim that the land mentioned in Exhibit A is all in the Laguna Rancho, a grant of land made by the Mexican California Government prior to 1846. Which Grant of land was one of the grants referred to in the Treaty of Guadalupe Hidalgo made between Mexico and the United States in 1848.

The legitimate Title to these grants were to be the same under American law as they were under the law of Mexico.

I rely upon the above statement and such other documents as I may later produce, that I can use my water rights freely and exclusively according to said treaty provision

## STATE OF FACTS

I have 2 wells on my property only one being used at present. I have used them freely and exclusively in the past and I hope and expect to do so in the future.

12931

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Anna Marea Shaw*

―――――――――――――――――
Defendants in propria persona

Dated: June 10, 1958

12932