*Murrieta Historical Society*

Defendants in propria persona
*Murrieta*

FILED
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants.

ANSWER OF DEFENDANTS
*Murrieta Historical Society*

    The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I to V, inclusive, of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 1/6 acres of land in *Murrieta* County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

12933

EXHIBIT A

The [illegible] [illegible] [illegible]
the southwesterly fifty feet of Lots (1) [illegible]
(1) [illegible] and (2) two in Block 5, in the town
[illegible] of Minnesota [illegible] which is the [illegible]
[illegible] particular description [illegible]
[illegible] reference [illegible] made to a map of [illegible]
[illegible] Book 7 of maps, page 359, San Diego County
Records

12934

Exhibit B. ()

The Historical Society claims that their title is derived from the original upper California Mexican Title, and they believe that that title was confirmed by the Treaty of Guadalupe Hidalgo in 1848, between Mexico and the United States, and as such they do not believe they are subject to the State of California's doctrine of Reasonable use or any other state law that conflicts with the provisions of said Treaty.

We claim the protection of the upper California Mexican Title and the Treaty of Guadalupe Hidalgo, also the constitution of the United States in the Free and exclusive use of our land and water rights.

12934A

18  WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*Urbank Tanwatu (Director)*
*O R Mail (Director)*
*Curtis Thompson (Director)*

Defendants in propria persona

32 Dated:

12935