1  Raymond S. Vose and Alice Vose
   Defendants in propria persona
   P.O. Box 30
2  Murrieta, California

FILED
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )   CIVIL NO. 1247- SD - C
              Plaintiff,             )
                                     )   ANSWER OF DEFENDANTS
       v.                            )
                                     )   Raymond S. Vose and Alice Vose
FALLBROOK PUBLIC UTILITY             )
DISTRICT, ET AL,                     )
                                     )
              Defendants.            )

The defendants, Raymond S. Vose and Alice Vose each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 5 lots of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED    INDEXED

12936

EXHIBIT A    Description of Vose's land

We own Lots (11) eleven (12) twelve, (13) thirteen, (14) fourteen, and (15) fifteen in the Murrieta Townsite as shown by Map of the Temecula Land and Water Co. showing the subdivision of a Portion of the Tomecula Ranch, on file in Book 8 of maps page 359, San Diego Co. records.

12937

1  We claim our land described in Exhibit A is in the Temecula
Rancho, one of the Grants of land made by Mexico in the
2  territories ceeded to the United States by the Treaty of
Guadalupe Hidalgo, 1848, and confirmed by the protocol of
3  said Treaty, to be the same Title under U.S. law as it was
under Mexican law, and also giving the Grantees the privilege
4  of causing said title to be acknowledge before American
Tribunals. We have a well on said property which we have
5  always used freely in the past and we expect according to said
title to use it freely and exclusively in the future.
6  We rely upon the Treaty and other Matters of Record relating thereto for our protection.

7
8  [struck through text]
9
10
11
12
13
14
15
16
17
18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*M Raymond Voe*
*Mrs. Alice Voe*

Defendants in propria persona

Dated: June 7, 1958

12938