RAY BEZANSON and JOANNE BEZANSON
Defendants in propria persona.
P. O. Box 7
Murrieta, California

**FILED**
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
          Plaintiff,
v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
          Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
RAY BEZANSON and JOANNE BEZANSON

The defendants, RAY BEZANSON and JOANNE BEZANSON each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own (Two Lot & just under One acres) of land in RIVERSIDE County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED   INDEXED

12939

EXHIBIT A

RAY BEZANSON and JOANNE BEZANSON,

his wife, as joint tenants.

In the County of Riverside, State of California:

1. That portion of the Southeasterly half of the Southwesterly half, sometimes described as the Southwest quarter of Lot 67 of the lands of the Temecula Land and Water Company, as shown by map on file in Book 8 page 359 of the Maps, in the office of the County Recorder of the County of San Diego, by metes and bounds: Beginning at the most Westerly corner of the said Southwest quarter; thence Southwesterly on the Northeasterly line of Adams Avenue, 216 feet; thence Northeasterly and parallel with Kalmia Street, 125 feet; thence Northwesterly and parallel with Adams Avenue, 216 feet; thence Southwesterly on the Northwesterly line of said Southwest quarter, 125 feet to the point of beginning.

2. Starting at the most Westerly corner of the Southeasterly one-half of the Southwesterly one-half of Lot 67, Murrieta Portion of the Temecula Rancho, as shown by map on file in Book 8 page 359 of Maps, San Diego County Records; thence Southeasterly 216 along the Northeasterly line of Adams Street to the point of beginning; thence Northeasterly parallel with the Northwesterly line of said Lot 67, 125 feet; thence Northwesterly parallel with the Easterly line of Adams Street(Avenue), 216 feet; thence Northeasterly parallel with the Northwesterly line of Lot 67, 10 feet; thence Southeasterly parallel with Easterly line of Adams Street, 244 feet; thence Southwesterly parallel with the Northwesterly line of Lot 67, 135 feet; thence Northwesterly along the Northeasterly line of Adams Street, 28 feet to the point of beginning, containing 0.136 acres more or less.

12940

Page 2

EXHIBIT A

RAY BEZANSON and JOANNE BEZANSON

his wife, as joint tenants.

In the County of Riverside, State of California:

3. All that portion of Lot 13 of Temecula Land and Water Company's Subdivision of the Temecula Rancho, as shown by map on file in Book 8 page 359 of Maps, Records of San Diego County, California, described as follows:
Commencing at the most Southerly corner of said Farm Lot 13; thence Northeasterly along the Northwesterly line of Juniper Street, as shown on said map, a distance of 484 feet; thence in a Northwesterly direction parallel with Washington Avenue, a distance of 160 feet to the point of beginning; thence Northeasterly 70 feet parallel with Juniper Street; thence Northwesterly 180 feet parallel with Washington Avenue; thence Southwesterly 70 feet parallel with Juniper Street; thence Southeasterly 180 parallel with Washington Avenue, to the point of beginning.

Excepting therefrom an easement in favor of the public over any portion thereof included in public roads.

4. All that portion of Lot 13 of Temecula Land and Water Company's Subdivision of the Temecula Rancho, as shown by map on file in Book 8 page 359 of Maps, Records of San Diego County, California, described as follows:
Commencing at the most Southerly corner of said Farm Lot 13; thence Northeasterly along the Northwesterly line of Juniper Street, as shown on said map, a distance of 484 feet to the true point of beginning; thence continuing Northeasterly along the Northwesterly line of said Juniper Street, a distance of 70 feet; thence Northwesterly and parallel with the Northeasterly line of Washington Avenue, as shown on said map a distance of 160 feet; thence Southwesterly and parallel with the Northwesterly line of said Juniper Street, a distance of 70 feet; thence Southeasterly and parallel with the Northeasterly line of said Washington Avenue, a distance of 160 feet to the true point of beginning.

We claim our water rights are paramount to all other rights or claims of right of Plaintiff in and to said water. We claim all water rights under our land for the beneficial use thereupon. We further claim that all our property listed on "Exhibit A" is within a Mexican Land Grant, that we therefor should be protected by treaty rights.

By claims stated above we reserve the right to deepen existing domestic well, which is inadequate. To put down wells on those Lots or portions thereof, that we or our heirs wish to retain or sell.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Ray Bezanson_
_Jeanne Bezanson_
Defendants in propria persona

Dated: June 11, 1958

12942