FILED
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

1  Defendants in propria persona

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,)
          Plaintiff,)  CIVIL NO. 1247- SD - C
  v.)  ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY)  C. S. HILLIARD
DISTRICT, ET AL,)  AND
          Defendants.)  V. V. HILLIARD

The defendants, C. S. HILLIARD AND V. V. HILLIARD each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 200 acres of land in RIVERSIDE County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

12908

COPY RECEIVED

EXIBIT • A

The Southeast one-quarter (SE¼) of the Southeast one-quarter (S E¼) of Section Seven (7), and the Northeast one-quarter (NE¼) of Section Eighteen (18); all situated in Township Seven South (T7S), Range Two West (R2W), San Bernardino Base and Meridian.

12909

1  WE CLAIM ALL THE WATER UNDER OUR GROUND THAT WE CAN DEVELOP
2  AND USE BENEFICIALLY UPON THE SURFACE OF OUR GROUND.
3  THIS LAND IS RIPARIAN LAND, DEFENDANTS HAVE IRRIGATED PORTION
4  OF THE LAND IN THE PAST BY PUMPING WATER DIRECTLY FROM THE
5  TUCALOTA CREEK, WHICH RUN THREE FOURTHS (3/4) OF A MILE
6  THROUGH OUR PROPERTY.

18      WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*C. S. Hilliard*

*V. V. Hilliard*

Defendants in propria persona

Dated: June 11th., 1958

12910