LEORA A. PITMAN,

1    Defendants in propria persona

2    P. O. Box 742,
      Fallbrook, California.

3

FILED
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
       DEPUTY CLERK

4                  IN THE UNITED STATES DISTRICT COURT

5                   SOUTHERN DISTRICT OF CALIFORNIA

6                          SOUTHERN DIVISION

7

8    UNITED STATES OF AMERICA,          )
                                     )    CIVIL NO. 1247- SD - C
                Plaintiff,       )
9                                  )    ANSWER OF DEFENDANTS
      v.                           )
10                                  )    LEORA A. PITMAN
   FALLBROOK PUBLIC UTILITY        )
11   DISTRICT, ET AL,               )
                                 )
12                Defendants.      )

13          The defendants, LEORA A. PITMAN, a widow,

14   each severing from their co-defendants and each for himself or her-

15   self alone, in answer to the Complaint and Supplementary and Amenda-

16   tory Complaint on file herein, admit, deny, and allege:

17              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                          AMENDATORY COMPLAINT
18

19          These answering defendants hereby incorporate by reference

20   all of the allegations contained in the answer to said Complaint and

21   Supplementary and Amendatory Complaint filed in this case by Newton

22   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23   of the portion thereof entitled "Affirmative Statement of Rights")

24   and make each and all of said allegations a part of this answer

25   the same as if herein set forth at length.

26                     AFFIRMATIVE STATEMENT OF RIGHTS

27          These defendants own 2 lots ~~approximated~~ in San Diego

28   County, California, and within the watershed of the Santa Margarita

29   River, more particularly described ~~in the document attached hereto~~ as follows:

30   ~~marked Exhibit A, which is hereby incorporated by reference as~~

31   ~~part of this statement.~~

32    COPY RECEIVED       INDEXED                                          12943

DESCRIPTION

1. Lots 1 and 2, Block 7, in the Town of West Fallbrook, San Diego
2. County, California.
3. Defendant's home is situated on said land, together with a family
4. orchard and an old well. Defendant claims all the rights of
5. overlying landowner and to water which may originate in or may be
6. found on or under said land; defendant claims the right to dig
7. or drill wells and exercise water reclamation and conservation
8. practices as are now or may be known; defendant claims all the
9. above for all land in which she has any financial interest
10. whatsoever.

18. WHEREFORE, these defendants pray that plaintiff take
19. nothing against them by reason of the Complaint and Supplementary
20. and Amendatory Complaint on file herein; that said Complaint be
21. dismissed as against these defendants; that defendants' right to
22. water, as hereinabove set forth, be quieted as against the plain-
23. tiff and against all other defendants in this action; and for such
24. other and further relief as the Court may deem proper.

_Leora A. Wilson_
Defendants in propria persona

Dated: June 9, 1958

COPY RECEIVED

12944