

FILED
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

P. O. Box 547
Calimesa, Calif.
June 9-1958

J. Lee Rankin
Room 332
325 W. F Street
San Diego, Calif.

Dear Sir:

We claim all water rights on property described as: The East half of the Northeast quarter of Section 25, Township 6 South, Range I East, San Bernardino Base and Meridian, in the County of Riverside, State of California. Including all springs, drilling and all necessary wells, damming of canyons; building of reservoirs or any other operation necessary for the development of water on said property.

Very truly yours,

Earl D. Duncan
Vielena Duncan

---

12944B

STATE OF California
County of San Bernardino } ss.

ON THIS 9th day of June, A.D., 1958, before me, Edith K. Bennett, a Notary Public in and for said County and State, personally appeared Earl D. Duncan and Vielena Duncan _____, known to me, to be the persons whose names are subscribed to the within Instrument, and acknowledged to me that they executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

Edith K. Bennett
Notary Public in and for said County and State.

COPY RECEIVED

ACKNOWLEDGMENT — GENERAL — WOLCOTTS FORM 231