Andrew W. Bauer and Mabel C. Bauer, husband and wife, as joint tenants
Defendants in propria persona
Rte 2 Box 556
Elsinore California

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

FILED
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants.

CIVIL NO. 1247- SD - C
ANSWER OF DEFENDANTS
Andrew W. Bauer
Mabel C. Bauer
husband and wife, as joint tenants

The defendants, Andrew W. Bauer and Mabel C. Bauer each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 24 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

12945

1  want to reserve all underground rights to water, mineral
2  and oil.
3  Will need four and one half acre feet of water per acre per
4  year.
5  Land will grow all orchard crops, including citrus and
6  walnuts, any vegetable crop and strawberries. Soil is good
7  sandy loam.

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

                                    *Andrew W. Bauer*
                                    *Mabel C. Bauer*
                                    Defendants in propria persona

Dated: June 10, 1958

12946

"Exhibit A"

Description of property belonging to Andrew W. Power and Mabel C. Power, husband and wife, as joint tenants.

In the County of Riverside, State of California:

Lot C in Crumm and Collier's Subdivision of Lot 19 in Block "K" of Elsinore, according to the Map and Survey made by George Johnson in 1887, said Map being on file in the office of the County Recorder of the County of San Diego, State of California.

In the City of Elsinore, County of Riverside, State of California:

Lot 21 in Block "K", as shown on Map entitled "Map of Blocks F, L, and K, Elsinore" on file in Book 4 page 174 of Maps, in the office of the County Recorder of the County of San Diego, State of California;

EXCEPT therefrom a strip of land 30 feet wide off the Northeast end thereof, being one-half of Union Street.

12947