FERNANDO C. ESCALLIER and FRANCISCA L. ESCALLIER
Defendants in propria persona
P. O. Box 94
Temecula, California

F I L E D

JUN 13 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
    v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
        Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
FERNANDO C. ESCALLIER
and
FRANCISCA L. ESCALLIER

The defendants, FERNANDO C. ESCALLIER and FRANCISCA L. ESCALLIER each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own      acres of land in RIVERSIDE County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.
        In the Town of Temecula, County of Riverside, State of California,

COPY RECEIVED

INDEXED

12948

and described as follows:
Lots Twenty-five (25), Twenty-six (26), Twenty-seven (27), and Twenty-eight (28), Block Twenty (20) of the Townsite of Temecula, as per map thereof recorded in Book 15, page 726 of Maps, San Diego County Records.

We claim our rights are paramount to all other rights or claims of right of Plaintiff in and to said water.

We claim all water rights under our land for the beneficial use thereon.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Fernando C. Escallier*
(Deceased) *Francisca L. Escallier*
Defendants in propria persona

Dated: June 10, 1958

12949