*Lewis Rawson*
Defendants in propria persona
P.O. Box 185, Hemet Calif.



FILED
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )  CIVIL NO. 1247 - SD - C
        Plaintiff,     )  ANSWER OF DEFENDANTS
   v.                                )  *Lewis Rawson*
FALLBROOK PUBLIC UTILITY  )
DISTRICT, ET AL,                 )
        Defendants,  )

The defendants *Lewis Rawson* each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own $03 acres of land in *Riverside* County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

12963

Exhibit A

Property owned by

Lewis Rawson, also known as Lewis E. Rawson and Louis Rawson

sec. 26, T 6 S, R 2 W, S.B.M.

SE¼ of NE¼   40 ac
S½ of NE¼   80 ac
N½ of SE¼   80 ac
SW¼ of NW¼   40 ac
N½ of SW¼   80 ac
E½ of NE¼   80 ac
E½ of NE¼   80 ac
W½ of SE¼, Lots 3 & 4, 163 ac.
NW¼ of NW¼; N½ of SW¼; SW¼ of SW¼; 2 § T 6 S
160 ac

34
6   T 7 S
4

12964

9 Claim that the Plaintiff Has No rights to the water on said Property, and has no right to to interfere with the Construction of check dams to conserve water for Cattle also to prevent erosion also to drill wells on said property for irrigation Purposes at a future date.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Lewis Rawson

P.O. Box 158, Hemet Cal.

Defendants in propria persona

Dated:

12965