F I L E D

JUN 13 1958

CLERK, U.S. DISTRICT COURT,
SOUTHERN DISTRICT OF CALIFORNIA
By _William W. Luddy_
                        DEPUTY CLERK

1  Edward J. Hazard and Ellen L. Hazard
      Defendants in propria persona
2  P.O. box 76, Wildomar, California

3

4                  IN THE UNITED STATES DISTRICT COURT

5                  SOUTHERN DISTRICT OF CALIFORNIA

6                         SOUTHERN DIVISION

7

8  UNITED STATES OF AMERICA,          )    CIVIL NO. 1247 - SD - C

                    Plaintiff,        )    ANSWER OF DEFENDANTS
9
                                      )    Edward J. Hazard and
          v.                          )
10                                         Ellen L. Hazard
   FALLBROOK PUBLIC UTILITY           )
11 DISTRICT, ET AL,                   )

12                  Defendants,       )

13         The defendants Edward J. Hazard and Ellen L. Hazard

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                     AMENDATORY COMPLAINT
18
19         These answering defendants hereby incorporate by reference

20 all of the allegations contained in the answer to said Complaint and

21 Supplementary and Amendatory Complaint filed in this case by Newton

22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23 of the portion thereof entitled "Affirmative Statement of Rights")

24 and make each and all of said allegations a part of this answer

25 the same as if herein set forth at length.

           AFFIRMATIVE STATEMENT OF RIGHTS
26
27         These defendants own 1-2/3 acres of land in Riverside

28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.

32

COPY RECEIVED      INDEXED

                                                          12950

All of this land is tillabe.  Defendants have irrigated portions of the land in the past and water for this purpose has been obtained from a sixty (60) foot deep well.  This well yields insufficient water, at present, for irrigating, and defendants claim the right to drill another well to supplement the present water supply.  Water coming into the present well and any future well is claimed for use by the defendants up to eight (8) acre feet per year.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Edward J Hazard*

*Ellise L. Hazard*

Defendants in propria persona

Dated: *June 10, 1958*

12951

Exhibit A

Lots one (1) to five (5) inclusive, and lots
twenty (20) to twenty-four (24) inclusive,
block eight (8), in town of Wildomar, County
of Riverside, according to map number 294 on
file in office of County Recorder of San Diego
County, State of California.

12952