```
 1  P. W. Willett
    Attorney at Law
 2  P. O. Box 103
    Fallbrook, California
 3  Telephone: RA 8-7150
 4  Attorney for Defendant,
    Josephine H. Reader.
```

**FILED**

JUN 13 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By 
　　　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | No. 1247-SD-C |
|---|---|---|
| Plaintiff, | ) | ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT, BY THE DEFENDANT, JOSEPHINE H. READER. |
| v. | ) | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al, | ) | |
| Defendants. | ) | |

Comes now the defendant, Josephine H. Reader, the surviving spouse of E. C. Reader, deceased, and answering for herself alone and for no other defendant, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, alleges, denies and admits as follows:

### ANSWER TO COMPLAINT

I

This answering defendant hereby re-affirms and incorporates by reference all the allegations contained in her Answer to plaintiff's original Complaint, and makes each and all of said allegations a part of this Answer, if not inconsistent herewith, the same as if herein set forth at length.

II

### ANSWER TO SUPPLEMENTARY AND AMENDATORY COMPLAINT

This answering defendant has no knowledge or information sufficient to form a belief as to the allegations contained in

COPY RECEIVED   INDEXED

12959

1.

Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XX, XXIII, and XXIV of plaintiff's Supplement and Amendment to Complaint, and therefore denies all of said allegations for want of information or belief.

II

This answering defendant denies the allegations of Count XXI, XXII, and XXV of plaintiff's Supplement and Amendment to Complaint.

- - - - - - - - - - - - - -

AS A SEPARATE AND AFFIRMATIVE DEFENSE, THIS ANSWERING DEFENDANT ALLEGES:

I

This answering defendant and her predecessors in interest have been for many years last past, the owners of and in possession of certain lands within the watershed of the Santa Margarita River and its tributaries, and said defendant has rights in and to the reasonable beneficial use of the percolating waters which are in the underground basins and strata of water-bearing sand and gravel over which her lands lie. Said lands are described as follows:

PARCEL No. 1:

Lot 6, Block 35, in the Town of West Fallbrook, County of San Diego, State of California.

A store building occupied by a drug store and a dry good store is situated on said lot.

PARCEL No. 2:

The South 32 feet of Lot 8, Block 35, in the Town of West Fallbrook, County of San Diego, State of California.

A book store occupies the store building situated on said lot.

PARCEL No. 3:

The North 135 feet of the West 62 feet of Block 23, in the Town of West Fallbrook, County of San Diego, State of California, according to Map No. 824 thereof.

Two houses and two garages are situated on said lot.

PARCEL No. 4:

All that portion of the North Half of Block 113 of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 567 filed in the Office of the County Recorder of said San Diego County on October 9, 1888, described as follows:

Beginning at a point on the North line of said Block 113 distant thereon 50.00 feet West from the Northeast corner thereof, being the Northwest corner of a parcel of land described in deed to Robie T. Morris and wife dated June 30, 1950, and recorded in Book 3715, page 207 of Official Records; thence South 0° 41' 45" West, along the West line of said Morris' land, being parallel with the East line of said Block a distance of 112.00 feet to the South line of said North Half of Block 113; thence North 89° 20' 30" West, along said South line, 78.96 feet to the Southeast corner of a parcel of land described in deed to Geno L. Somacal and wife dated August 17, 1950, and recorded in Book 3760, page 197 of Official Records; thence North along the East line of said Somacal's land 112.00 feet to the North line of said Block 113; thence East, along said North line, 78.96 feet to the point of beginning.

A garage is situated on this land.

PARCEL No. 5:

The Southwest Quarter of Block 113, together with a portion of vacated street therein, in the Town of West Fallbrook, County of San Diego, State of California.

The family home is situated on this land.

II

This answering defendant claims all the rights of overlying landowners and to water which may originate in or may be found on, or under, or which may cross her lands; the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known; and this defendant claims all of the above for all the lands in which she has any financial interest in the County of San Diego, State of California.

WHEREFORE, this answering defendant prays:

1. That plaintiff take nothing by its Complaint and Supplementary and Amendatory Complaint on file herein against this answering defendant;

12961

3.

    2. That said Complaint and Supplementary and Amendatory Complaint be dismissed as against this answering defendant;

    3. That this Honorable Court adjudge and decree that this answering defendant is the owner of water rights appurtenant to the lands described herein, as described in this Answer;

    4. That this Honorable Court quiet the title of this answering defendant in and to her rights to the use of water as set forth herein, as against all adverse claims of plaintiff and other defendants herein;

    5. For costs of suit and for such other relief as seems just.

                                                                   Attorney for Defendant,
                                                                   Josephine H. Reader.

STATE OF CALIFORNIA  )
                           ) ss.
COUNTY OF SAN DIEGO  )

    Josephine H. Reader, being duly sworn, says:

    That she is the answering defendant in the above-entitled action; that she has read the foregoing Answer to Complaint and Supplementary and Amendatory Complaint and Affirmative Defense and knows the contents thereof; that the same is true of her own knowledge, except as to the matters which are therein stated on information or belief, and as to those matters that she believes the same to be true.

                                                         Josephine Reader

Subscribed and sworn to before me this 11th day of June, 1958.

Notary Public in and for said County and State
My Commission expires Sept. 17, 1958.

4.

12962