FILED
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY CLERK

1  Defendants in propria persona    Burt L. and Marjorie E. Wetzel
2                                   Route 1  Box 82
                                    Fallbrook, Calif.
3
4             IN THE UNITED STATES DISTRICT COURT
5                SOUTHERN DISTRICT OF CALIFORNIA
6                       SOUTHERN DIVISION
7
8  UNITED STATES OF AMERICA,      )
                                  )   CIVIL NO. 1247- SD - C
           Plaintiff,             )
9                                 )   ANSWER OF DEFENDANTS
      v.                          )
10                                )
   FALLBROOK PUBLIC UTILITY       )
11 DISTRICT, ET AL,               )
                                  )
12         Defendants.            )

13     The defendants, Burt L. Wetzel and Marjorie E. Wetzel
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT
18
       These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
26              AFFIRMATIVE STATEMENT OF RIGHTS
27     These defendants own  ½  acres of land in San Diego
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32  COPY RECEIVED
          INDEXED

12956

"EXHIBIT A"

Description of Property

The Southwest Quarter of the Southeast Quarter of the Southwest Quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to the United States Government Survey approved June 11, 1880.

12957

1   This parcel of approximately ten (10) acres lies on the crown
2   of a hill which divides the Santa Margarita River watershed
3   from the San Luis Rey watershed. Only one-half (½) acre of
4   this parcel lies in the watershed of the Santa Margarita River.
5   Six-year old avocado trees are growing on this land. The land
6   is suitable for growing orchard, vegetable, or flower crops;
7   for the raising of livestock; and for dwellings or other con-
8   struction.

9   Defendents claim the right to sink a well or wells to obtain
10  sufficient percolating water of any kind to satisfy the reason-
11  able needs of the above-mentioned possible uses of said one-
12  half acre.

18          WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Bert L. Wetzel*

*Marjorie E. Wetzel*

Defendants in propria persona

Dated: 6/6/58

12958

No. 1247-SD C

**AFFIDAVIT OF SERVICE BY MAIL (C. C. P. 1013a)**
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO } ss.
STATE OF CALIFORNIA }

Fayette Willett ......being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's ~~residence~~ business address is P. O. Box 103, Fallbrook, California.

That affiant served the attached (Answer to Complaint and Supplementary Complaint and Amendatory Complaint by defendant, Josephine H. Reader, the original and 3 true copies by placing a true copy thereof in an envelope addressed to

J. LEE RANKIN, Solicitor General,

at ~~their~~ ~~residence~~ office address, which is Room 332, 325 West F Street,

San Diego, California,

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on

June 12, 1958, deposited in the United States Mail at Fallbrook, California. That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me

June 12, 1958    Fayette Willett

Notary Public in and for the County of San Diego, State of California
(SEAL)
My Commission expires
Sept. 17, 1958.       **AFFIDAVIT OF SERVICE BY MAIL**       Form 9A Co. Clk. 4-56 5M PP

12958A