Forrest H. Tritchka and Gretta M. Tritchka
Defendants in propria persona
330 E. Fig, Fallbrook, Cal.  Mailing address: P. O. Box 6, Fallbrook

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Forrest H. Tritchka |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | Gretta M. Tritchka |
| Defendants, | |

The defendants each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1¼ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED      INDEXED

12953

1. Defendants claim all rights of occupying landowners and to all water which may originate or cross their land.
2. Defendants claim the right to drill wells and exercise all water reclaimation and conservation practices as are now or may be known. Defendants hereby incorporate the same as that set forth herein in full and all of the affirmative defence of the Fallbrook Public Utility District on file in these proceedings.
3. Defendants claim all the above for all the lands in which they have any financial interest whatever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Ernest L. Tritchka*

*Gretta M. Tritchka*

Defendants in propria persona

Dated:

12954

Exhibit A

All that portion of the triangular strip of land, being a portion of the East half of the Northeast Quarter of Section 24, Township 9 South, Range 4 West, S. B. M., lying East of and adjacent to Block 44, WEST FALLBROOK, according to Map thereof No. 567 filed October 9, 1888 in the Office of the County Recorder of San Diego County, being bounded on the North by the Easterly extension of the Southerly line of Alvarado Street, on the South by the Easterly prolongation of the Southerly line of Lot 2 of said Block 44, and on the East by the Westerly line of that tract of land conveyed by Deed from F. W. Bartlett, et al, to Lucy A. Root, recorded in Book 553 of Deeds, records of said County; said tract of land so conveyed to said Lucy A. Root aforesaid being described as follows: beginning at a point on the South line of said SE¼ of said Section 24 distant thereon 418.70 feet Westerly from the Southeast corner thereof, running thence North parallel with the East line of said Section 24, a distance of 992.00 feet, thence South 63 degrees 15 minutes West 160.00 feet, thence Southerly 148.00 feet to a point distant 148.00 feet South 85 degrees 30 minutes West from a point 418.70 feet West and 821.00 feet North of the Southeast corner of said SE¼ of the NE¼ of said Section 24, thence South 85 degrees 30 minutes West 440.00 feet, thence Southeasterly 782.00 feet to a point on the South line of the Southeast Quarter of the Northeast Quarter of said Section 24 distant 867.70 feet Westerly from the Southeast corner thereof, thence Easterly along said last mentioned line 449.00 feet to the point of beginning;

ALSO Lots 1, 2, 3, 4 and 13 of said Block 44, WEST FALLBROOK, according to Map thereof above referred to; ALSO all that portion of the unnamed street running Northerly between said Lots 1 and 13, and running Westerly between said Lots 1, 2, 3 and 13; ALSO the Southerly half of said unnamed street lying Northerly of and adjacent to said Lot 4; EXCEPTING THEREFROM any portion of Fig Street lying South of said Lots 2, 3 and 4.

12955