CECILIA PATZNER

Defendants in propria persona

MURRIETA, CALIFORNIA

**FILED**

JUN 13 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, ) | ANSWER OF DEFENDANTS |
| v. ) | |
| FALLBROOK PUBLIC UTILITY ) DISTRICT, ET AL, ) | CECILIA PATZNER |
| Defendants, ) | |

The defendants

each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 6.85 acres of land in Riverside
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

COPY RECEIVED    INDEXED

12971

EXHIBIT A

DESCRIPTION OF LAND OF CECILIA PATZNER

That portion of Lot 12 of the Lands of the Temecula Land and
Water Company, as shown by map on file in Book 8 Page 359 of Maps,
San Diego County Records, by metes and bounds, beginning at a point
on the Northeasterly line of said Lot 441 feet Northwesterly from
the most Easterly corner of said Lot; thence continuing Northwesterly
on said Northeasterly line, 479 feet; thence Southwesterly parallel
with the Southeasterly line of said Lot, 615 feet; thence South-
easterly parallel with the Northeasterly line of said Lot, 479 feet;
thence Northeasterly parallel with the Southeasterly line of said
Lot, 615 feet to the point of beginning, and containing 6.85 acres,
more or less.  Said parcel is also shown on plot of Doolittle's
addition, as shown by map on file in Book 14 Page 663 of Maps,
San Diego County Records.

12971 A

## EXHIBIT B

The land I own is in the Murrieta portion of the Temecula rancho. Documentary evidence leads me to believe that the Temecula Rancho was one of those grants of land, the title to which was confirmed by the Treaty of Guadalupe Hidalgo, to be the same under American law as it was under Mexican law.  It gives me the right to use my land "freely and exclusively" which I have done in the past and which I expect to do in the future.

I also understand that Louis Vigness, the last owner of the grant under Mexican Law and first owner under United States law, applied for, and was granted a patent to said grant in 1860 by President Buchanan of the United States.  As statutes and treaties rank in authority above the laws and Constitution of any state, I therefore believe that I have exclusive rights to use freely all percolating waters and all water pertinent to my soil.

I rely on said treaty, and all matters of record, which I may later produce, including the statute that made the patent from the United States to Louis Vigness possible, as material evidence.

12972

WHEREFORE, these defendants pray that plaintiff take
nothing against them by reason of the Complaint and Supplementary
and Amendatory Complaint on file herein; that said Complaint be
dismissed as against these defendants; that defendants' right to
water, as hereinabove set forth, be quieted as against the plain-
tiff and against all other defendants in this action; and for such
other and further relief as the Court May deem proper.

*Cecilia Patzner*

_____

Defendants in propria persona

Dated:   June 9, 1958

12973