WILLIAM A. AND EVELYN ANNA SCHENK AND WILLIAM BOONE SCHENK
1360 San Luis Rey
Glendale 8, California

Defendants in propria persona

FILED
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | WILLIAM A. SCHENK |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | EVELYN ANNA SCHENK |
| | WILLIAM BOONE SCHENK |
| Defendants, | |

The defendants, WILLIAM A., EVELYN ANNA, AND WILLIAM BOONE SCHENK each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 160 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED   INDEXED            - 1 -                          12968

1  Approximately 80 acres are tillable and the balance can be used for cattle
2  grazing and for raising turkeys and fowl. A small creek runs through the
3  property and riparian rights are claimed for any future use. Also, rights are
4  claimed for future use of percolating water of any kind when recovered through
5  the use of wells. No appropriative or prescriptive rights are claimed.
6  Defendants claim the right to use approximately 320 acre feet of water per year
7  from wells for future use if and when this property is developed for farm use,
8  and, or, developed into a sub-division of small ranches, and, or, sub-divided
9  into small cabin sites. No water is presently being used.
10 This land is adaptable to the growing of alfalfa, wheat, melons, and some fruit.
11 The above claim covers also, domestic use and use for watering stock for future
12 development.
13 Defendants claim the reservation of rights to the future use of the above
14 mentioned waters, both to surface and subsurface flows.

18      WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and/for such
24 other and further relief as the court may deem proper.

                             /s/ William K. Schenk
                             /s/ William Bame Schenk

                             /s/ Earl Anne Schenk
                                Defendants in propria persona

32 Dated: 6/10/58

- 2 -

12969

EXHIBIT "A"

UNITED STATES OF AMERICA,
          Plaintiff,
     v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
          Defendants.

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

WILLIAM A. SCHENK
EVELYN ANNA SCHENK
WILLIAM BOONE SCHENK

DESCRIPTION OF PROPERTY

SW 1/4 of Section 4 - Township 7 - South - Range 3 - East, SBBM. Situated in the County of Riverside, State of California, as described in Official Records of Riverside County, Book 2103, Page 474.

JOHN T. PENNEBAKER
ATTORNEY AT LAW
3700 EAST OLYMPIC BLVD.
LOS ANGELES 23, CALIFORNIA
ANGELUS 8-0131

- 3 -

12970