CHARLES A. DITTNER and MARGIE E. DITTNER
1  Defendants in propria persona
2  13003 S. Hoover St.,
3  Gardena, Calif.

FILED

JUN 13 1958

4           IN THE UNITED STATES DISTRICT COURT
5             SOUTHERN DISTRICT OF CALIFORNIA
                                                CLERK, U.S. DISTRICT COURT
                                                SOUTHERN DISTRICT OF CALIFORNIA
                                                By /s/ _____
6                    SOUTHERN DIVISION                    DEPUTY CLERK

7
8  UNITED STATES OF AMERICA,         )
                                     )  CIVIL NO. 1247- SD - C
9          Plaintiff,                )
                                     )  ANSWER OF DEFENDANTS
   v.                                )
10                                   )  CHARLES A. DITTNER
   FALLBROOK PUBLIC UTILITY          )        AND
11 DISTRICT, ET AL,                  )  MARGIE E. DITTNER
                                     )
12         Defendants.               )

13         The defendants,
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
19         These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.

26             AFFIRMATIVE STATEMENT OF RIGHTS
27         These defendants own 2 1/4 acres of land in Riverside
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.

12966

32
   INDEXED
   COPY RECEIVED

1  *We might at some future date want to*
2  *drill a well for domestic purposes and*
3  *wish to reserve the right to do so. We also*
4  *wish the right to all percolating water*
5  *under same land*

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Charles A. Dittner and*
*Margie E. Dittner*
Defendants in propria persona

Dated: *June 10, 1958*

12967

"EXHIBIT "O"

1.) TEMECULA LAND and WATER Co.
M B 8/359 S D - Beg. 264 ft NW
& 465 ft NE of S. Cor. NW 264 ft X
NE 165 ft  LOT 162

2.) TEMECULA LAND and WATER Co.
M B 8/359 S.D. - NW½ of S¼ of W¼
of Lot 148

3.) TEMECULA M B 15/726 SD
LOT 32  Block 6

12967-A