KENNETH O. CATRON and MARGARET W. CATRON
Defendants in propria persona
4627 Constance Drive
San Diego, 15, California

FILED
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

　　　　Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
KENNETH O. CATRON and
MARGARET W. CATRON

The defendants, KENNETH O. CATRON and MARGARET W. CATRON, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 20 (twenty) acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED    INDEXED

12983

1  The twenty (20) acres of land described in Exhibit-A is entirely
2  suitable for citrus or avocado groves. Approximately fifteen (15)
3  acres are tillable and can be used for truck gardening crops. The
4  Defendants claim no riparian or prescriptive rights, but do intend
5  to drill water wells and do intend to use waters from these wells
6  for irrigational purposes.
7      Defendants claim the right to forty (40) acre feet of water per
8  year from water wells they intend to drill.

18      WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

Kenneth C. Catron

Margaret W. Catron

Defendants in propria personam

Dated: June 9, 1958

12984

"Exhibit-A"

That portion of the West Half of Fractional Section 11, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved January 15, 1892, described as follows:

Beginning at the Southwest corner of said Fractional Section 11; thence along the West line of said Section 11, North 04° 58' 10" East 188.52 feet; thence South 42° 56' 40" East 119.68 feet to the beginning of a curve concave Northerly having a radius of 200 feet; thence Easterly along said curve 201.20 feet; thence tangent to said curve North 79° 25' East 358.75 feet to the beginning of a curve concave Northwesterly having a radius of 500 feet; thence Northeasterly along said curve 140.11 feet; thence tangent to said curve North 63° 21' 40" East 73.88 feet to the beginning of a curve concave Southerly having a radius of 100 feet; thence Easterly along said curve 79.14 feet; thence tangent to said curve South 71° 17' 50" East 189.41 feet to the beginning of a curve concave Southwesterly having a radius of 120 feet; thence Southeasterly along said curve 118.14 feet; thence tangent to said curve South 14° 53' 30" East 628.37 feet to the beginning of a curve concave Northerly having a radius of 50 feet; thence Easterly along said curve 88.18 feet; thence tangent to said curve North 64° 04' 30" East 254.68 feet to the beginning of a curve concave Southerly having a radius of 150 feet; thence Easterly along said curve 103.86 feet; thence tangent to said curve South 75° 51' 40" East 230.95 feet; thence South 02° 26' 20" West 491.07 feet to the Northerly line of Rancho Santa Margarita Y Las Flores, according to Map thereof in Book 7, page 39 of Patents; thence along said Northerly line North 84° 30' West 267.00 feet to station No. 62 of the boundary survey of said Rancho Santa Margarita Y Las Flores, and North 59° 10' West 1939.93 feet to the point of beginning.

— — — — — — — —

(KENNETH C. CATRON and MARGARET W. CATRON)

12985