Dan E. Cantarini and Rose W. Cantarini
Defendants in propria persona
Box 11 Temecula, Calif.

**FILED**
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William W. Luddy
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants,

CIVIL NO. 1247 - SD - C
ANSWER OF DEFENDANTS
Dan E. Cantarini and
Rose W. Cantarini

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 11 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED    INDEXED          12974

Dan E. Cantarini
Rose W. Cantarini

Exhibit-A

1. That portion of Lot 109 of the Murrieta Portion of the Temecula Rancho as shown by map on file in Book 8 page 359 of Maps, San Diego County Records, described as follows: Begining at the intersection of the center lines of Date Street and Madison Avenue as shown on said map; thence North 47.20' 04" East on the center line of Date Street, 735.65 feet more or less, to the Southwesterly line of the State Highway as conveyed to the State of California by Deed recorded July 13,1950 in Book 1186 page 478 of Official Records, Riverside County Records; thence along the Southwesterly line of said State Highway; thence North 16 19' East, 35.36 feet, thence North 23 41' West on the Southwesterly line of said State Highway 270.98 feet; thence South 47 20' 04" West and parallel with the center line of Madison Avenue; thence South 41 45' 12" East on the center line of Madison Avenue, 400.05 feet to the point of begining.

That portion of Lot 109 of Murrieta Portion of Temecula Rancho, as shown on file in Book 8 page 359 of Maps, San Diego County Records, as described as follows: Commencing at the intersection of the center line of Date and Madison Avenue, as shown on said map; thence North 41 45' 12" West on the centerlline of Madison Avenue 400.05 feetto the most Westerly corner of that certain parcel of land conveyed to Dan E. Cantarini and Rose W. Cantarini, husband and wife, by Deed filed for Records April 29, 1955 as Instrument No.28275, the true point of begining; thence continuing North 41 45' 12" West on the Center line of Madison Avenue, 200 feet; thence North 47 20'04" East parallel with the center line of Date Street to the Suthwesterly line of the State Highway, conveyed to the State of California by Deed recorded July 13, 1950 in Book 1188 page 478 of Official Records; thence South 23 41' East on the Southwesterly line of said State Highway to the most Northerly corner of the parcel conveyed to Dan E. Cantarini, et ux, above referredto; thence South 47 20' 04" West on the Northwesterly line of the parcel conveyed to Dan E. Cantarini and wife, 854.64 feet, more or less, to the true point of begining.

12975

June 11, 1958

The defendants claim right to use of the water from their well on property described on Exhibit A.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Dan E. Cantarini*

*Rose W. Cantarini*

Defendants in propria persona

Dated: June 11, 1958

12976