W. B. STARKS

Defendants in propria persona
P. O. Box 40
Murrieta, California

FILED

JUN 13 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247- SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | W. B. STARKS |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants. | |

The defendants, W. B. STARKS each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own _____ acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED    INDEXED

12977

Exhibit 'A'

County of Riverside, State of California:
That portion of the Northwest quarter of Section 26, Township 6 South, Range 3 West, San Bernardino Base and Meridian, described as follows:

Beginning at a point on the North Line of said Section 26, which bears South 89° 14' 30" East, 785.49 feet from the Northwest corner of said Section 26; thence continuing South 89° 14' 30" East along the North line of said Section 26, 1214.35 feet, more or less, to the Northeast corner of the West half of the Northeast quarter of the Northwest quarter of said Section 26; thence Southerly along the Easterly line of said West half of the Northeast qarter of the Northwest quarter of Section 26, 896.4 feet, more or less, to the Northeast corner of the land conveyed to Thomas Hood and wife, by Deed recorded January 2, 1947 in Book 807 page 356 of Official Records in the office of the County Recorder of the County of Riverside, State of California; thence Westerly along the Northerly line of the land so conveyed, 1214.35 feet, more or less, to a line bearing South 00° 20' 30" East from the point of beginning; thence North 00° 20' 30" West, 897.83 feet, moreor less to the point of beginning.

12978

Exhibit 'A'

> I claim my water rights are paramount to all other rights or claims of right of Plaintiff in and to said water. I claim all water rights under my land for the beneficial use thereon.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*W. B. Starks*

Defendants in propria persona

Dated: 6-12-58

12979