1 GEORGE ARVANS, LAWRENCE ARBON. and FRANK D. LYON
2 Defendants in propria persona
3 STAR ROUTE BOX 229
    ANZA - CALIF.
4
5                IN THE UNITED STATES DISTRICT COURT

**FILED JUN 13 1958**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

6                   SOUTHERN DISTRICT OF CALIFORNIA
7                          SOUTHERN DIVISION
8  UNITED STATES OF AMERICA        )   CIVIL NO. 1247 - SD - C
9              Plaintiff,          )   ANSWER OF DEFENDANTS
10      v.                         )   Answer to Complain and Supplementary
11 FALLBROOK PUBLIC UTILITY        )   and Amendatory Complain of
   DISTRICT, ET AL,                )   George Arvans, Lawrence Arbon
12             Defendants,         )   and Frank D. Lyon
13       The defendants, George Arvans, Lawrence Arbon and Frank D. Lyon
14 each severing from their co-defendants and each for himself or herself
15 alone, in answer to the Complaint and Supplementary and Amendatory Com-
16 plaint on file herein, admit, deny, and allege:
17              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
18                        AMENDATORY COMPLAINT
19       These answering defendants hereby incorporate by reference all
20 of the allegations contained in the answer to said Complaint and Supple-
21 mentary and Amendatory Complaint filed in this case by Newton T. Bryant
22 and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
23 thereof entitled "Affirmative Statement of Rights") and make each and all
24 of said allegations a part of this answer the same as if herein set forth
25 at length.
26              AFFIRMATIVE STATEMENT OF RIGHTS
27       These defendants own 27 acres of land in Riverside
28 County, California, and within the watershed of the Santa Margarita River,
29 more particularly described in the document attached hereto, marked Exhibit
30 A, which is hereby incorporated by reference as a part of this statement.
31
32

COPY RECEIVED   INDEXED

12980

1  We own 27 acres of land of wich 25 acres
2  are level and cultivable, our land consi-
3  dered to be Class B., and is good for
4  Apple + Peach Orchard or Viniard, wich we
5
6  considered to plant in the future.
7  We now irrigate 3 acres of apple trees and
8  Viniard.
9  Preasantly we posess 2 shallow wells
10 with a combine production of 1.000 gallons
11 Watter daily.
12
13 We need 4 acre feet per acre of watter and
14 we are planing to drill a well in the
15 future with suficient watter to sustain
16 said acrage, as well as our domestic use
17 of watter

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

George Arrans
Frank D Lyon
Laurence Arton
Defendants in propria persona

Dated: June 11-1958

12981

EXHIBIT A

The East 45 acres of the South half (S½) of the Southeast Quarter (SE¼) of Section 23, Township 7 South Range 3 East of San Bernardino Meridian, County of Riverside, State of California.

EXCEPTION #1. That portion described as follows: Beginning at the Southeast corner of said section 23;

Thence Westerly along the South line of said section, 975 feet;

Thence North parallel with the East line of said Section, 700 feet;

Thence East parallel with the South line of said Section, 975 feet to the East line of said Section 23;

Thence South along the East line of said Section 23, 700 feet to the point of Beginning.

EXCEPION #2
Begining at the Southwest corner of said section 23;

Thence Easterly along the South line of said section, 165 feet

Thence North parallel with the East line of said Section, 258 feet.

Thence East parallel with the South line of said Section 165 feet, to the East line of said section 23

Thence South along the East line of said section 23, 258 feet, to the point of Beginning.

12982