JOE L. ESCALLIER
Defendants in propria persona
P. O. Box 35
Temecula, California

FILED
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247- SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | JOE L. ESCALLIER |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants. | |

The defendants, JOE L. ESCALLIER each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own _____ acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED     INDEXED                                    12908

That certain land situated in the County of Riverside, State of California, and described as follows:
    Lots Thirteen (13) and Fourteen (14) in Block Twenty-two (22) of the Town of Temecula, as shown by map on file in Book 15 page 726 of Maps, records of San Diego County, California.

I claim my rights are paramount to all other rights or claims of right of Plaintiff in and to said water.

I claim all water rights under my land for the beneficial use thereon.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Joe L Escallier*

Defendants in propria persona

Dated: 6-11-58

12999