1  John C. Kappelhoff and Katherine E. Kappelhoff
   Defendants in propria persona

2  Rt. 9, Box 452, Hemet, California

FILED

JUN 13 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
             Plaintiff,
    v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
             Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS

John C. Kappelhoff and
Katherine E. Kappelhoff

The defendants, John C. Kappelhoff and Katherine E. Kappelhoff each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 160 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED    INDEXED

12985

EXHIBIT A

PARCEL I:  The southwest quarter of the Northwest quarter and lot 2 of Section 6, Township 8, South Range 1, East S.B.B.M. as shown by United States Government Survey excepting therefore any portion thereof included in public roads.

PARCEL II:  Lot 3 and the Southwest Quarter of the Northwest quarter of Section 6, Township 8, South Range 1 east S.B.B.M. as shown by United States Government Survey excepting therefore any portion thereof included in public roads.

12996

1    I am unable to state with assurance whether this land was ever
2 a United States Government Homestead, but I assume, because it is an
3 even numbered section that it is. We hold trust deeds first and
4 second to the property. I hope to be able to produce a copy of the
5 original Homestead patent at a later date if necessary.
6    If I should find that it is United States patent title, and that it
7 is prior to State law affecting water rights and the water was not
8 reserved when granted, then I claim that I am not subject to any con-
9 flicting State law.
10    I rely upon the United States Statute governing Homesteads, and
11 all other matter of record relating to said land for my protection.
12
13
14
15
16
17
18    WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.
25
26                                          *Katherine C. Kappelhoff*
27
28                                          *John C. Kappelhoff*
29                                               Defendants in propria persona
30
31 Dated:
                                                                12987
32