*334 Indiana Ave*
*Venice California*

Defendants in propria persona

FILED
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
) 
Plaintiff, ) ANSWER OF DEFENDANTS
v. ) GARRETT VAN RIKXOORT
) HELEN VAN RIKXOORT
FALLBROOK PUBLIC UTILITY ) 334 INDIANA AVE
DISTRICT, ET AL, ) VENICE CALIFORNIA
Defendants, )

The defendants, GARRETT VAN RIKXOORT
each severing from their co-defendants HELEN VAN RIKXOORT and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own *165* acres of land in *San Diego* County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

W½ of NW¼ ¼ NW¼ ← (San Diego County)
of NE¼ SEC 1-9-1E     5 acres

W½ of SE¼ 80 AC    Section or Lot | Town ship or Ranch | Range
E½ of SE¼ 80 AC    36            | 8 S              | 1 E    Riverside County
                   36            | 36               | 36     160 acres

12933

COPY RECEIVED    INDEXED

I

50 tillable acres

2 Wells

Plans for the future what ever wel be

II

Defendant Mr + Mrs C. VAN. RIKXOORT Claims all penolating. and Infiltrating water and claims the right to put down wells for any beneficial or Commercial development.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

GARRETT VAN RIKXOORT

HELEN VAN RIKXOORT
Defendants in propria persona

Dated: ~~April~~ 9 – 1958
June

12901