Joseph W Bisek
Theresa B Bisek

1  Defendants in propria persona
2  4305 Elizabeth St. Bell, Calif.



FILED
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )
                Plaintiff,          )   CIVIL NO. 1247- SD - C
        v.                          )   ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY            )   Joseph W Bisek
DISTRICT, ET AL,                    )   Theresa B Bisek
                Defendants.         )

The defendants, Joseph W Bisek + Theresa B Bisek each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own  40  acres of land in SAN DIEGO County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

12990

COPY RECEIVED    INDEXED

1. WE CLAIM THE REPARIAN RIGHTS TO THE WATER IN THE
2. DE LUZ CREEK WHICH CROSSES THE CORNER OF THE
3. PROPERTY LISTED ON SHEET MARKED "EXHIBIT A".
4. ALSO THE RIGHT TO DIG A WELL OR DEVELOPE ANY
5. UNDERGROUND WATER WHICH LIES WITHIN THIS
6. BOUNDARY.
7. AT PRESENT THIS PROPERTY IS UNDEVELOPED.
8. APPROXIMATELY THIRTY ACRES IS TILLAGE, THE
9. REMAINING IS SUITABLE FOR FRUIT TREES.

18.    WHEREFORE, these defendants pray that plaintiff take
19. nothing against them by reason of the Complaint and Supplementary
20. and Amendatory Complaint on file herein; that said Complaint be
21. dismissed as against these defendants; that defendants' right to
22. water, as hereinabove set forth, be quieted as against the plain-
23. tiff and against all other defendants in this action; and for such
24. other and further relief as the Court may deem proper.

            Joseph W. Bisek
            Theresa B. Bisek
            Defendants in propria persona

Dated:

12991

"EXHIBIT A"

THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 20, TOWNSHIP 8 SOUTH, RANGE 4 WEST, S. B. B. M.

12992