JAMES M. WARNER JR.,
MARION W. WARNER
Defendants in propria persona
Route 2 Box 229
Fallbrook, California.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

 v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

   Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

JAMES M. WARNER JR.
and
MARION W. WARNER

  The defendants, James M. Warner and Marion W. Warner each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

  These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

  These defendants own 1¼ approx. acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

1      Defendants claim all the rights of overlying landowners and
2 to water which may originate or cross their land.
3      Defendants claim the right to drill wells and exercise water
4 reclamation and conservation practices as are now or may be known.
5      Defendants hereby incorporate the same as though set forth
6 herein in full all of the Affirmative Defenses of the Fallbrook
7 Public Utility District on file in these proceedings.
8 Defendants claim all the above for all lands in which they have
9 any financial interest whatever.
10      Furthermore, we pray the court to award us, the aforementioned
11 defendants, adequate damages to reimburse us for the cost of preparing
12 and prosecuting our defense, to alleviate the grievous physical, moral
13 and intellectual suffering inflicted upon us by this attempted
14 acrimonious, confiscatory usurpation of property rights, instituted
15 against us by the agencies of the United States Government.
16
17
18      WHEREFORE, these defendants pray that plaintiff take nothing
against them by reason of the Complaint and Supplementary and Amenda-
19
tory Complaint on file herein; that said Complaint be dismissed as
20
against these defendants; that defendants' right to water, as hereinabove
21
set forth, be quieted as against the plaintiff and against all other de-
22
fendants in this action; and for such other and further relief as the
23
Court may deem proper.
24
25
26      _____
27
28      _____
29           Defendants in propria persona
30
31
32 Dated:  MAY 21, 1958

12987

"EXHIBIT A"

JAMES M. WARNER JR.

Above referred to 1½ acres included in following parcel.

All that portion of the Northeast Quarter of the Southwest Quarter of Section 16, Township 9 South, Range 3 West, S.B.M., in the County of San Diego, State of California, described as follows:

Commencing at the Southwest corner of said Section 16; thence North 89°05' East, along the South line thereof, 1088.56 feet to the Southeasterly corner of a tract of land conveyed to J. Lee Baker and wife, by deed dated November 21, 1939 and recorded in Book 974, page 183 of Official Records; thence along the Southeasterly line of said Tract, North 33°33' East 986.0 feet and North 23°53' East 627.0 feet to the Northeasterly corner thereof, being the true point of beginning; thence North 20°25' East 367.05 feet to the beginning of a tangent curve, concave Westerly and having a radius of 60 feet; thence Northwesterly along said curve for a distance of 63.23 feet; thence North 39°58' West tangent to said curve, 179.24 feet to the beginning of a tangent curve concave Easterly and having a radius of 80 feet; thence Northerly along said curve for a distance of 46.66 feet; thence North 6 33' West, tangent to said curve, 75.91 feet to the beginning of a tangent curve concave Southwesterly and having a radius of 50 feet; thence Northwesterly along said curve 41.54 feet; thence North 54°09' West, tangent to said curve, 60.95 feet to the beginning of a tangent curve concave Easterly and having a radius of 117 feet; thence Northerly along said curve, 190.93 feet to the beginning of a reverse curve concave

12988

-1-

Westerly and having a radius of 54.28 feet; thence Northerly along said curve, 81.80 feet; thence North 47°00' West tangent to said curve, 98.19 feet to the beginning of a tangent curve concave Easterly and having a radius of 40 feet; thence Northerly along said curve, 47.12 feet; thence North 20°30' East, 197.17 feet to the North line of said Southwest Quarter of Section 16; thence North 89° 01' 10" East along said North line, 769.82 feet to the Northwest corner of a tract of land conveyed to Frank Capra and wife, by deed dated October 15, 1940 and recorded in Book 1082, page 281 of Official Records; thence South 0°43' East, along the West line of land conveyed to Capra, 1272.19 feet to its intersection with a line bearing North 89°17' East from the true point of beginning; thence South 89°17' West along said line, 651.89 feet to said true point of beginning.

12989