*Helen B. Dickey*

1   Defendants in propria persona

2   *75173 Sunset Drive Twentynine Palms, Calif.*

4   IN THE UNITED STATES DISTRICT COURT

5   SOUTHERN DISTRICT OF CALIFORNIA

6   SOUTHERN DIVISION

**FILED**

JUN 13 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

7   UNITED STATES OF AMERICA,

8   　　　　　　Plaintiff,

9   　　v.

10  

11  FALLBROOK PUBLIC UTILITY
　　DISTRICT, ET AL,

12  　　　　　　Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS

*Helen B. Dickey*

13  The defendants, *Helen B. Dickey*

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17  　　　ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
　　　　　　　　AMENDATORY COMPLAINT

18  

19  　　　These answering defendants hereby incorporate by reference

20  all of the allegations contained in the answer to said Complaint and

21  Supplementary and Amendatory Complaint filed in this case by Newton

22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23  of the portion thereof entitled "Affirmative Statement of Rights")

24  and make each and all of said allegations a part of this answer

25  the same as if herein set forth at length.

26  　　　　　　　AFFIRMATIVE STATEMENT OF RIGHTS

27  　　　These defendants own   *20*   acres of land in *San Diego*

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

31  part of this statement.

32  

COPY RECEIVED　　　　INDEXED

13010

INDEXED

No stream or creek runs through this property - There is no well or spring. I had hoped that at some future date I would like to drill a well. I would like the right to do so. This property is situated in Chihuahua Valley.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Helen B. Dickey*

Defendants in propria persona

Dated:

X June 5, 19 58

13011

Exhibit A.

The North one quarter (N¼) of the East one half (E½) of the Southwest Quarter (SW¼) of Section 16, Township 9 South, Range 3 East, S.B.M. containing 20 acres.

13012