NORA BRYANT
1   Defendants in propria persona
2   R. F. D.
  Murrieta, California

F I L E D
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
   DEPUTY CLERK

4              IN THE UNITED STATES DISTRICT COURT
5              SOUTHERN DISTRICT OF CALIFORNIA
6                    SOUTHERN DIVISION

7
8   UNITED STATES OF AMERICA, )
                          )   CIVIL NO. 1247- SD - C
9           Plaintiff,  )
                          )   ANSWER OF DEFENDANTS
10     v.                  )
                          )
11   FALLBROOK PUBLIC UTILITY  )   NORA BRYANT
  DISTRICT, ET AL,         )
12          Defendants.  )

13         The defendants, NORA BRYANT
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17               ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT
18
19         These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.

26                   AFFIRMATIVE STATEMENT OF RIGHTS
27        These defendants own 10     acres of land in Riverside
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.

13008

32   COPY RECEIVED       INDEXED

LEGAL DESCRIPTION:

The Northeast one-half (NE½) of the Southeast one-half (SE½) sometimes described as the Southeast quarter (SE¼), of Lot 67 of the Murrieta Portion of the Temecula Rancho, as shown by map on file in Book 8 page 359 of Maps, San Diego County Records; said Northeast one-half of the Southeast one-half of said lot facing on Kalmia Street and Jefferson Avenue.

Together with all oil, water and mineral rights.

I claim my water rights are paramount to all other rights or claims of right of Plaintiff in and to said water. I claim all water rights under my land for the beneficial use thereon.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Nora Bryant*

Defendants in propria persona

Dated: June 10, 1958.

13009