Bert Ballinger
Defendants in propria persona
Star Rt., Box 54, Hemet, California

FILED
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
)
Plaintiff,
)   CIVIL NO. 1247- SD - C
)
v.
)   ANSWER OF DEFENDANTS
)
FALLBROOK PUBLIC UTILITY
)   Bert Ballinger
DISTRICT, ET AL,
)
)
Defendants.
)

The defendants, Bert Ballinger each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2304 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED    INDEXED

13005

EXHIBIT A

**PROPERTY OWNED BY BALLINGERS RANCH, RIVERSIDE COUNTY, SAGE, CALIFORNIA**

$E \frac{1}{2}$ of $E \frac{1}{2}$ of $W \frac{1}{2}$ Lots one (1), two (2), three (3) and four (4) in Sec. 31 - TW 6, So Range 1 E -- 641.66 Acres

SE $\frac{1}{4}$ Sec. 25 -- 6 So. Range 1 -- W 160 Acres

$E \frac{1}{2}$ of $E \frac{1}{2}$ Sec 36 -- 6 S Range 1 -- W 160 Acres

$S \frac{1}{2}$ of $S \frac{1}{2}$ Sec. 32 -- 6 S -- T -- E 160 Acres

Lots one (1), two (2) and three (3), SE $\frac{1}{4}$ of NW $\frac{1}{4}$ and NE $\frac{1}{4}$ of SW $\frac{1}{4}$ and SE $\frac{1}{4}$ of NE $\frac{1}{4}$ and NE $\frac{1}{4}$ of SE $\frac{1}{4}$ of Sec. 6 -- TW 7 --S Range 1, E 367.50 Acres

EXC, $S \frac{1}{2}$ of $S \frac{1}{2}$ Sec. 5 -- B 7 S -- 1 E 474.60 Acres

SE $\frac{1}{4}$ and $E \frac{1}{2}$ of SW $\frac{1}{4}$ Lots three (3) and four (4) in Sec. 30 -- 6 S Range 1 -- E 321.84 Acres

TOTAL -- 2304 Acres.

13006

EXHIBIT A

1. That portion of land in Riverside County, California S.B.M. as described by the Plaintiff in Exhibit A and laying within the watershed
2. of the Santa Magarita River.

3. The defendant is now growing grain and raising cattle on portions of these lands, now included in this action, and he intends to develop
4. for similar use all tillable land or acreage in question. As no definite description of land or acreage in question has been forwarded to
5. the defendant, it is impossible for the defendant to describe the tillable acreage and or exact usage of same. So the defendant claims the
6. right to use all of the water on or under his property, either from wells, springs, or streams now existing, or can be obtained by any means.
7. Also, the defendant claims all riparian rights and the right to any percolating water on all lands within that portion of lands so des-
8. cribed by the Plaintiff and that he has about 200 acres that can be irrigated to grow alfalfa crops if enough water can be obtained from
9. said described lands.

10. There are now four (4) small wells, several springs, and two (2) small streams on those described lands and at a later date the defen-
11. dant will try to obtain more water by drilling more wells.

18. WHEREFORE, these defendants pray that plaintiff take
19. nothing against them by reason of the Complaint and Supplementary
20. and Amendatory Complaint on file herein; that said Complaint be
21. dismissed as against these defendants; that defendants' right to
22. water, as hereinabove set forth, be quieted as against the plain-
23. tiff and against all other defendants in this action; and for such
24. other and further relief as the Court may deem proper.

*Bert Ballinger*
*Star Rt Box 54 Hemet Calif*

Defendants in propria persona

Dated:

13007