*Arthur W. Rook Sr. and June Rosie Rook*
Defendants in propria persona
Gen. Del.
Aguanga, Cal.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>*Arthur W. Rook Sr.*<br>*and*<br>*June Rosie Rook* |

The defendants, *Arthur W. Rook Sr. + June W. Rook* each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own *16.9* acres of land in *Riverside* County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED    INDEXED

FILED JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

13003

1 We claim the right to take water from the
2 ground and from a well and the right
3 to drill more wells as we improve our
4 ranch from year to year.
5 We are going to raise chickens cattle and
6 hogs and will need water to irrigate
7 pasture and produce garden and to water
8 livestock.
9
10 We intend to work all the tillable land
11 we have for raising hay and pasture,
12 also corn and produce

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Arthur W Rook Sr.*

*June Doris Rook*

Defendants in propria persona

Dated:

13004

Exhibit "A"

The East half of the Southeast quarter of Sec. 20 and the South half of the Southwest quarter of Sec. 21 Township 8 South, Range 1 East, San Bernardino Base and Meridian

RETURN TO

13004A