S. M. Morrison and Edith Morrison

Defendants in propria persona

Rt. 2, Box 542, Elsinore, California



**FILED**

JUN 13 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ) | ANSWER OF DEFENDANTS |
| v. | ) | S. M. Morrison |
| FALLBROOK PUBLIC UTILITY | ) | and |
| DISTRICT, ET AL, | ) | Edith Morrison |
| Defendants, | ) | |

The defendants, S. M. Morrison and Edith Morrison

each severing from their co-defendants and each for himself or her-

self alone, in answer to the Complaint and Supplementary and Amenda-

tory Complaint on file herein, admit, deny, and allege:

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1.27 acres of land in Riverside

County, California, and within the watershed of the Santa Margarita

River, more particularly described in the document attached hereto,

marked Exhibit A. which is hereby incorporated by reference as a

part of this statement.

COPY RECEIVED    INDEXED

13000

## EXHIBIT A

Description of Property owned by S. M. Morrison and Edith Morrison:

R O La Laguna M B 4/174 S D
NW 101.75', 1.27 Acres

13001

## EXHIBIT B

I claim our property is in the Laguna Rancho, I believe one of the grants of land, title to which was confirmed by the Treaty of Guadalupe Hidalgo between the United States and Mexico.

I believe the Titles now are the same as they were under Mexican Law. Therefore I rely upon the Mexican title and the treaty mentioned above and all matter of record since the Treaty related thereto.

I believe I have the right to use land freely and exclusively.

13001A

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*S M Morrison*

*Edith A. Morrison*

Defendants in propria persona

Dated: 6-9-58

13002