George D. Russell and Audrey Darlene Russell.
Defendants in propria persona.
Route 2 Box 28, Murrieta, California.

F I L E D

JUN 13 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>          Plaintiff,                )<br>                                    )<br>     v.                             )<br>                                    )<br> FALLBROOK PUBLIC UTILITY           )<br> DISTRICT, ET AL,                   )<br>                                    )<br>          Defendants,               ) | ANSWER OF DEFENDANTS<br><br>GEORGE D. RUSSELL<br>and<br>AUDREY DARLENE RUSSELL, |

The defendants, GEORGE D. RUSSELL and AUDREY DARLENE RUSSELL, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own three acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement as also in Exhibit B.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*George D. Russell*

*Audrey Darlene Russell*

Defendants in propria persona

13028

Dated: June 9, 1958
COPY RECEIVED       INDEXED

EXHIBIT A.

GEORGE D. RUSSELL and AUDREY DARLENE RUSSELL, husband and wife as joint tenants.

DEED DISCRIPTION OF PROPERTY:

In the County of Riverside, State of California:

That portion of the Northeasterly half of the Southeasterly half of Farm Lot 70 of the Temecula Land and Water Company, as shown by Map on file in Book 8 page 359 of Maps, San Diego County Records, described as follows:

Beginning on the Southwesterly line of Jefferson Avenue, as shown on said Map, at the Northwesterly corner of the Southeasterly half of said Lot; thence Southwesterly on the Northwesterly line of the Southeasterly half of said Lot, 315 feet; thence Southeasterly parallel with the Southwesterly line of Jefferson Avenue, 396 feet; thence Northeasterly parallel with the Northwesterly line of the Southeasterly half of said Lot, 315 feet to the Southwesterly line of Jefferson Avenue; 396 feet to the point of beginning.

13029

EXHIBIT B.

We own three acres of land in the Murrieta portion of the Temecula Ranch. We have reason to believe it is one of the grants of land made by Mexico, in the territories ceeded to the United States in the Treaty of Guadalupe Hidalgo. We believe said treaty confirms the title to said grant to be the same under United States law as it was under Mexican law.

We and our predecessors have used our land freely and exclusivily in the past and we expect because of the treaty to do so in the future.

We have a well on the property at present and may develope the property more fully in the future.

The above is our claim.

13030