



FILED

JUN 13 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ................................
DEPUTY CLERK

1  Leila F. Skiver
2  Defendants in propria persona
   3870 Pontiac St.
3  Riversid, California

4          IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                   SOUTHERN DIVISION

7

8  UNITED STATES OF AMERICA,          )        CIVIL NO. 1247 - SD - C

9                Plaintiff,            )        ANSWER OF DEFENDANTS
                                                  Leila F. Skiver
10          v.                         )

11  FALLBROOK PUBLIC UTILITY           )
    DISTRICT, ET AL,                   )
12                Defendants,          )

13      The defendants,   Leila F. Skiver

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17      ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
            AMENDATORY COMPLAINT
18

19      These answering defendants hereby incorporate by reference

20  all of the allegations contained in the answer to said Complaint and

21  Supplementary and Amendatory Complaint filed in this case by Newton

22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23  of the portion thereof entitled "Affirmative Statement of Rights")

24  and make each and all of said allegations a part of this answer

25  the same as if herein set forth at length.

26      AFFIRMATIVE STATEMENT OF RIGHTS

27      These defendants own  20 acres of land in San Diego

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

31  part of this statement.

32

                                                      13025

COPY RECEIVED    INDEXED

Any springs or well located on Exhibit"A" of this form (N½) (S.E½) see (10) township (9) (SR3E) to be developed in the future, for domestic use and maintain the development of property, (such as, water for live stock animals and fowls, water to irrigate with for crops of fruits, vegetables & etc.  Alalfa, grain and such agricultural, horticutltural and itemize to be.  Also fiveteen acres to be in Cvltiveton, I claim enough water, by acre foot to irrigate crops to be grown according to standard.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plain-tiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Leila F Skiver*

Defendants in propria persona

Dated:

13026

Exhibit, "A"

East one half (E 1/2) of the Southeast one fourth (S.E. 1/4) of the south
west one fourth (S.W. 1/4) of Section (10) Township (9) South Range 3 East
San Bernardino Base on Meridian, San Diego County, State of California.

13027