*Henry E. Gehring*
*Loretta M. Gehring*
Defendants in propria persona

FILED
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )   CIVIL NO. 1247 - SD - C
                                    )
            Plaintiff,              )   ANSWER OF DEFENDANTS
                                    )   *Henry E. Gehring*
      v.                            )   *Loretta M. Gehring*
                                    )
FALLBROOK PUBLIC UTILITY            )
DISTRICT, ET AL,                    )
                                    )
            Defendants,             )

The defendants, *Henry E. Gehring, Loretta M. Gehring*
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 3 lots ~~acres~~ of land in *Riverside*
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

13022

COPY RECEIVED  INDEXED

Exhibit A

We own lots (8) Eight (9) Nine (10) Ten in Block (12) Twelve in the Townsite of Murrieta Reference is hereby made to a map on file in Book 8 page 359 of the San Diego Co. Records where it is more particularly described

13023

*Exhibit B.*

Said Defendants own (3) three lots in the Murrieta Townsite. Said Defendants claim sole right and exclusive ownership to all underground water, all water that falls on, or runs on from Rainfall at the present time I have a Domestic well on one lot, Lot No (7) nine.

Said Defendants claim the Right to drill wells on the other lots, and to use the water for Domestic purposes, as I am living on Lot (7) nine.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Loretta M Gehring_
_Henry E Gehring_
Defendants in propria persona

Dated:

13024