*Walter A. Schroeder.*

Defendants in propria persona
*3758 E. 54 St. Maywood, Calif.*

F I L E D

JUN 13 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *J. Williams* ...
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,

         v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

                    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

*Walter A. Schroeder.*

The defendants *Walter A. Schroeder.*
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS
These defendants own *80* *and lot in Temecula.* acres of land in
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

COPY RECEIVED      INDEXED

13013

EXHIBIT 'A'

In the County of RIVERSIDE STATE od CALIF.
THE EAST HALF OF THE SOUTHEAST QUARTER OF THE NORTHWEST QUARTER,
AND THE SOUTHWEST QUARTER OF THE NORTHWEST QUARTER, AND THE NORTHWESR HALF OF THE
NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 31, TOWN# SHIP 8 SOUTH,
RANGE 1 EAST SAN BERNARDINO MQRIDIAN, AS SHOWN BY UNITED STATES SURVEY, IN THE #
COUNTY OF RIVERSIDE, STATE OF CALIS. CONTAINING 80 ACRES MORE OR LESS.


## LOT IN TEMECULA

THE FOLLOWING DISCRIBED REAL PROPERTY IN THE STATE OF CALIF. COUNTY OF RIVERSIDE.
THAT PORTION OF BLOCK 10 OF THE TOWN OF TEMECULA, AS SHOWN BY MAP ON FILE IN BOOK
15 PAGE 726 OF MAPS, RECORD OF SAN DIEGO COUNTY, MORE PATTICULARLY DISCRIBED AS
FOLLOWS, BEGINNING AT THE MOST NORTHERLY CONER OF SAID BLOCK 10 , THENCESOUTHWESTERLY
ALONG THE NORTHWESTERLY LINE OF SAID BLOCK, 200 FEET, THENCE SOUTHWESTERLY AND PARELLEL
WITH THE NORTHWESTERLY LINE OF SAID BLOCK, 150 FEET, THENCE SOUTHEASTERLY AND PARALLEL
WITH THE NORTHWESTERLY LINE OF SAID BLOCK, 100 FEET TO THE SOUTHEASTERLY LINE THERS OF.
THENCE NORTHEASTERLY ALONG THE SOUTHEASTERLY LINE OF SAID BLOCK, 2500 FEET TO THE
MOST EASTERLY CORNNER TIERDOF, THENCE NORTHWESTERLY ALONG THE (C) NORTHWESTERLY LINE
OF SAID BLOCK, 300 FEET TO THE POINTOF BEGINNING. EXCEPTING THERE FROM ½ OF ALL THE
OIL, GAS, HYDROCARBON IN ALL FORMS AND ALL THE ORTHER MINERALS AND MINERAL RIGHTS
WETHER METALLAC ORNON METALLAC IN AND UNDER THE LAND HERE IN DISCRIBED, WITHOUT THE
RIGHT HOWEVER OF SURFACE ENTRY.

13014

()                          ( )

1  This land is riparian land, 80 Acres in all. Most of it is
2  tillable, the rest of it I will graze cattle on. There is a
3  Spring, and I will put a well in soon.
4  Defendant claims the right to use water from the
5  Spring or Springs and Well or Wells as required for irrigation
6  and Cattle.

Lot in Temecula

13  Water needed for any business, at present need water
14  for fire protection, there is an Auto Wrecking yard on the
15  ground at present. I may build an Auto Court, I claim
16  water for that too.

WHEREFORE, those defendants pray that plaintiff take
nothing against them by reason of the Complaint and Supplementary
and Amendatory Complaint on file herein; that said Complaint be
dismissed as against these defendants; that defendants' right to
water, as hereinabove set forth, be quieted as against the plain-
tiff and against all other defendants in this action; and for such
other and further relief as the Court may deem proper.

*Walter A. Schroeder*

_____

**Defendants in propria persona**

Dated:  12 June 58

13015