Ivan P. Chappell and Sylvia M. Chappell husband and wife as
Defendants in propria persona                                    joint tenants
Rte 2 Box 508
Elsinore California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FILED
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA,  )
                           )   CIVIL NO. 1247- SD - C
        Plaintiff,         )
                           )   ANSWER OF DEFENDANTS
    v.                     )
                           )   Ivan P. Chappell
FALLBROOK PUBLIC UTILITY   )      and
DISTRICT, ET AL,           )   Sylvia M. Chappell
                           )
        Defendants.        )

       The defendants, Ivan P. Chappell and Sylvia M. Chappell,
husband and wife as joint tenants
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

       ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

       These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

       AFFIRMATIVE STATEMENT OF RIGHTS

       These defendants own 1.01 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED    INDEXED                                    13016

1  want to reserve all surface water on this property; also
2  all underground water, mineral and water under said land.
3  Need four and one-half acre feet of water per acre per year.
4  Land will grow all orchard crops, including citrus and walnuts
5  a ny vegetable crop and strawberries. Now planted to walnuts.
6  Soil is good black sandy loam.

18       WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

_____

_____
Defendants in propria persona

Dated: June, 10, 1958

13017

"Exhibit A"

Description of property belonging to Ivan P. Chappell and Sylvia M. Chappell, husband and wife as joint tenants:

Lot 30 in Block "K" of Elsinore, as shown by map of Blocks K, L, and M, on file in Book 4 page 174 of Maps, Records of San Diego County, California.

13018