Carl M Van Hoy - Maude J Van Hoy
Defendants in propria persona
Po, Box 112 Temecula, Cal.

FILED
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By [illegible] DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>Carl M Van Hoy<br>Maude J Van Hoy |

The defendants Carl M Van Hoy - Maude J Van Hoy each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2/3 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

13020

[illegible] property [illegible] [illegible] belonging to the Temecula grant, which land is one of the grants of land [illegible] to in the Treaty of Guadalupe Hidalgo, and was a grant there in. We claim the protection of that Treaty and also of all matters of record made by the Mexican Calif government up to 1846 and to all matters of record since that time in California of the U.S. We have a well on this property which we have used [illegible] in the past and we expect to do the same in the future.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Carl M Van Hoy

Maude J Van Hoy

Defendants in propria persona

Dated: June 1-1958

"Exhibit A".

FILED
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By [signature] DEPUTY CLERK

We own,

Lots (9) nine and (IO) ten in block (32)thirty two, in the townsite of Murrieta,which is in the murrieta portion of the Temecula Ranch as shown by maps on file in book 8 of maps page 359 San Diego County Records.

Carl M Van Hoy

Maude J Van Hoy