FILED

JUN 13 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK

1   JAMES O.TURNBULL and BETTY L.TURNBULL,
    Defendants in propria persona
2   P.O.Box 137,
    Fallbrook,California.

3

4                  IN THE UNITED STATES DISTRICT COURT

5                    SOUTHERN DISTRICT OF CALIFORNIA

6                           SOUTHERN DIVISION

7

8   UNITED STATES OF AMERICA,        )
                                     )
9                   Plaintiff,       )    CIVIL NO. 1247- SD - C
                                     )
        v.                           )    ANSWER OF DEFENDANTS
10                                   )
    FALLBROOK PUBLIC UTILITY         )    JAMES O.TURNBULL and
11  DISTRICT, ET AL,                 )
                                     )    BETTY L.TURNBULL.
12                  Defendants.      )

13          The defendants,   JAMES O.TURNBULL and BETTY L.TURNBULL,

14   each severing from their co-defendants and each for himself or her-

15   self alone, in answer to the Complaint and Supplementary and Amenda-

16   tory Complaint on file herein, admit, deny, and allege:

17              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                           AMENDATORY COMPLAINT
18

19          These answering defendants hereby incorporate by reference

20   all of the allegations contained in the answer to said Complaint and

21   Supplementary and Amendatory Complaint filed in this case by Newton

22   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23   of the portion thereof entitled "Affirmative Statement of Rights")

24   and make each and all of said allegations a part of this answer

25   the same as if herein set forth at length.

26                   AFFIRMATIVE STATEMENT OF RIGHTS

27          These defendants own   2.9   acres of land in  SAN DIEGO,

28   County, California, and within the watershed of the Santa Margarita

29   River, more particularly described in the document attached hereto,

30   marked Exhibit A, which is hereby incorporated by reference as a

31   part of this statement.

32                                                       13040

COPY RECEIVED            FORM ID

I

1    This land is riparian land,the Santa Margarita River runs

2    directly through two (2) acres,and the remaining land is hill-

3    side directly adjoining the stream.

4                               II.

5        Engineering Report No.255-9s/4w/12,made 26 September 1957

6    by the Office of Ground Water Resources,Marine Corps Base,Camp

7    Pendleton,California,states as follows;

| CROPS | MAXIMUM DEVELOPMENT "Acres" | IRRIGATION REQUIREMENTS "Ft/Ac/Yr" | FUTURE ULTIMATE WATER USE "Ac/Ft/Yr" |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| Truck Garden | 0.6 | 1.07 | 1.00 |
| Deciduous | 0.1 | 1.07 | 0.11 |
| | | Total | 1.11 |

13       The DEFENDANTS are satisfied that this report is correct,and
14   they are willing to accept said report under the following
     provisions;The DEFENDANTS do not claim any prescriptive or any
15   appropriative rights. The DEFENDANTS DO claim the right to take
     water from the stream prpper,the present well,and/or any future
16   well that may be developed,drilled,or dug.Said water to be used
     for domestic,and irrigation on the afore mentioned 2.9 acres,and
17   any future houses,apartments,motels,or other type buildings,
     built or erected on the said 2.9 acres owned by the DEFENDANTS.
18           WHEREFORE, these defendants pray that plaintiff take

19   nothing against them by reason of the Complaint and Supplementary

20   and Amendatory Complaint on file herein; that said Complaint be

21   dismissed as against these defendants; that defendants' right to

22   water, as hereinabove set forth, be quieted as against the plain-

23   tiff and against all other defendants in this action; and for such

24   other and further relief as the Court may deem proper.

*James O Turnbull*

*Betty L Turnbull*

Defendants in propria persona

Dated: *June 9, 1958*

13041

EXHIBIT "A"

PARCEL I:  The South 208.71 feet of the West 208.71 feetof the
South-east Quarter of theNorth-east Quarter of Section Twelve
(12),Township Nine(9) South,Range Four (4) West,San Bernardino
Meridian,in the County of San Diego,State of California,
according to United States Government Survey approved January
15,1892,EXCEPTING THEREFROM the Southerly 20 feet of the
Westerly 104 feet.

PARCEL II: That certain piece or parcel of land commencing at
a point 208.71 feet North of the South-west corner of the South-
east Quarter of the North-east Quarter of Section 12,Township
9 South,Range4 West,San Bernardino Meridian,running North 208.71
feet along the West Line of said Quarter;thence extending East-
ward a distance of 313.00 feet at right angle with the last
mentioned course;thence extending South-ward a distance of
208.71 feet at right angle with the last mentioned course; thence
West-ward at right angle a distanceof 313.00 feet to the point
of beginning.

PARCEL III: That certain piece or parcel of land commencing at
a point 208.71 feet East of the South-west Cotner of the South-
east Quarter of Section 12 Township 9 South,Range 4 West, San
Bernardino Meridian,thence extending East-ward along the South
line if said Quarter Section,a distance of 104.35 1/2 feet;
thence North at a right angle with the last mentioned course a
distance of 208.71 feet;thence West at a rightangle with the
last mentioned course a distance of 104.35 1/2 feet,thence at a
right angle with the last mentioned course a distance of 208.71
feet to the place of beginning.

13042