Defendants in propria persona
3511 Copeland Place,
Los Angeles, 32, California.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
Marjorie G. Roalfe

The defendants, Marjorie G. Roalfe each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 81 & 55/100 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

13037

COPY RECEIVED   INDEXED

## Exhibit A

Government Lots 5 and 6 of Fractional Section 8, Township 7 South, Range 3 East, San Bernardino Base and Meridian, As shown by U.S. Government Survey, Approved April 27, 1905;

Excepting from said Lot 5 the portion thereof particularly described as follows:

Beginning at the Northwest corner of said Lot 5; Thence East, 660 feet; Thence at a right angle South and parallel with the West line of said Lot, 660 Feet; Thence at a right angle West, 660 feet to a point on the West line of said Lot; Thence North along said West line, 660 feet to the point of beginning.

13038

I

Defendant states that present water development is domestic and for cattle and various types of poultry.

II

Defendant states that future water development plans are not available at this time, due to having requested a Government Water Survey, from the Office of Ground Water Resources at Rainbow Valley on June 5, 1958.

III

Defendant claims all percolating and infiltrating water on her land for all future agricultural and commercial development.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Marjorie J. Roalfe*

Defendants in propria persona

Dated: June 7, 1958.

13039