Defendants in propria persona: Max D. Thompson

Nida A. Thompson

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 -SD - C

ANSWER OF DEFENDANTS
Max D. Thompson
Nida A. Thompson

The defendants, Max D. Thompson Nida A. Thompson each severing from their co-defendants and each for himself or her self alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

## ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incopporate by reference all of the allegations contained in the answer to said Complaints and Supplementary and Amendatory Complaint failed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs 1 and 11 of the portion thereof entitled "Affirmative Statements of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

## AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 10 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

13034

INDEXED

COPY RECEIVED

EXHIBIT A

Real property in the State of California described as:

The northwest one-half of the northeast one-half of Farm Lot 14, Temecula Land and Water Company, as shown by map on file in Book 8, page 359 of maps, records of San Diego County, California

1. The ten acres that we own is good level land suitable for almost any kind of crop. We are holding these ten acres for future use and development and we intend to drill a well or wells on it. We are claiming the use of and are entitled to use the water from such wells in any amount required for whatever crops we grow or to whatever other uses we may decide, in sufficient quantities necessary to such uses.

11. In addition to above, Since our land lies in the Tamecula Land Grant, one of the Mexican-California Grants of land, approved by Treaty of Guadalup Hidalgo, between the governments of Mexico and the United States, such treaty rights supersede adverse California laws, regarding water rights and that such matters are recorded in the United States and California statutes, and consequently there is no need for us to divide, dispense with, or give away our water rights.

WHEREFORE, these defendants pray that the plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Robert D Thompson_
_Nida A. Thompson_
**Defendants in Propria Persona**

Dated: _June 9 1958_

13036