CZERNY ANDERSON and THELMA R. ANDERSON
Defendants in propria persona
P.O. Box 298
Fallbrook, California

FILED
JUN 13 1958
CLERK, U.S. DISTRICT COURT.
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
  v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
        Defendants

CIVIL NO. 1247-SD-C

ANSWER OF DEFENDANTS CZERNY ANDERSON and THELMA R. ANDERSON

The defendants, CZERNY ANDERSON and THELMA R. ANDERSON, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own one-half acre of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described as follows:

All that portion of the West Half of Lot 6 in Shipley Tract, West Fallbrook, in the County of San Diego, State of California, according to the Map thereof No. 132, filed in the Office of the Recorder of said San Diego County, August 22, 1887, described as follows:

1  Beginning at a point on the West line of said Lot 6 distant
2  thereon 221.21 feet Northerly from the Southwest corner of
   said Lot; thence continuing Northerly along said West line
3  157.33 feet to the Southwest corner of the North 232.90 feet
   of the West 143.90 feet of said Lot as conveyed to John
4  Tomaszewski and wife by deed dated November 22, 1948, and
   recorded in Book 3058, page 380 of Official Records; thence
5  Easterly parallel with the North line of said Lot 6, being
   along the South line of land so conveyed, 143.90 feet to the
6  Southeast corner thereof; thence Southerly parallel with the
   West line of said Lot, 157.33 feet; thence Westerly parallel
7  with the North line thereof, 143.90 feet to the point of
   beginning.

8                                   II

9   Defendants claim all the rights of overlying landowners and to
10 water which may originate or cross their land.

11  Defendants claim the right to drill wells and exercise water
12 reclamation and conservation practices as are now or may be known.

13  Defendants claim all riparian rights appurtenant to the above
14 described property.

15  WHEREFORE, defendants pray that plaintiff take nothing against
16 them by reason of the Complaint and Supplementary and Amendatory
17 Complaint on file herein; that said Complaint be dismissed as against
18 these defendants; that defendants' right to water, as hereinabove
19 set forth, be quieted as against the plaintiff and against all
20 other defendants in this action; and for such other and further
21 relief as the Court may deem proper.

                        _____
                        _____
                              Defendants in propria persona

32 Dated: June 4, 1958