1282 Vereda Barranca, Vista, California,
June 7, 1958.

Mr. J. Lee Rankin,
Soliciter General,
Rm. 332, 325 West F St.,
San Diego, California.

Dear Sir:



FILED
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/
DEPUTY CLERK

    In answer to the "Complaint" served upon me by the U.S. District Court in the suit against the Fallbrook Public Utility District et al., I shall make the following statement.

    The complaint of the plaintiff does not apply to me because my land, 4.25 acres ( Sec.16-9-3W ) on Mission Rd. east of Fallbrook, is not in the Santa Marguerita water shed, but in the San Louis Rey water shed. There is no well on the property and all runoff is into a tributary of the San Louis Rey river.

(Miss) Eveline Kennedy.

*Eveline Kennedy*
      defendant.

INDEXED

13033

COPY RECEIVED