F I L E D

JUN 13 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

1  Walter C. Jost and Dorothy Jost
   Defendants in propria persona
2  

3  

4              IN THE UNITED STATES DISTRICT COURT
5                SOUTHERN DISTRICT OF CALIFORNIA
6                     SOUTHERN DIVISION
7  
8  UNITED STATES OF AMERICA,     )   CIVIL NO. 1247 - SD - C
                                  )
9             Plaintiff,          )   ANSWER OF DEFENDANTS
                                  )   Walter C. Jost and
10       v.                       )   Dorothy Jost
                                  )
11 FALLBROOK PUBLIC UTILITY       )
   DISTRICT, ET AL,               )
12            Defendants,         )

13    The defendants, Walter C. Jost and Dorothy Jost
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17       ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                 AMENDATORY COMPLAINT
18  
19    These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.
26          AFFIRMATIVE STATEMENT OF RIGHTS
27    These defendants own 40.20 acres of land in Riverside
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32  

                                                    13043

INDEXED

1. Defendants claim all the water rights on 40.20 acres.
2. Defendants claim the right to all the water in the existing well.
3. The right to drill at least three more wells for furure development
4. of a service station, restaurant, motel and swimming pool besides
5. several more homesites.
6. Defendants claim appropriative and prescriptive water rights by reason
7. of continuous usage, water now being used for domestic and farm purpos-
8. es. Water has been used for alfalfa and orchard.
9. Approximately five acres suitable for irrigation.
10. Land suitable for growing of lilacs, alfalfa and orchard.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Walter C. Jost*

*Dorothy Jost*

Defendants in propria persona

Dated:

13044

Exhibit A

All that portion of the West half of the Southwest Quarter of Section 24, Township 7 South, Range 2 East, San Bernardiono Base and Meridian, as shown by United States Government Survey, which lies Northerly of the Northwesterly line of the Anza Cahuilla Road, 80 feet in width, as granted to County of Riverside, by deed recorded March 22, 1949 in Book 1061, Page 261 of Official Records of Riverside County, California; including all Oil and Mineral rights.

Excepting therefrom that portion thereof included in Cary Road, 60 feet in width, as granted to the County of Riverside, by deed recorded March 22, 1949 in Book 1061, Page 261 of Official Records of said Riverside County;

Also excepting therefrom an easement in favor of the public over anyother portion thereof included in public roads.

Subject ) 0;- Conditions, restrictions, reservations, rights, rights-of way and easement of record;

13045