William P. De Mund.

Dane De Mund

FILED

JUN 13 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

1    Defendants in propria persona

2    13072 Yockey St. Garden Grove, California.

3

4                   IN THE UNITED STATES DISTRICT COURT

5                   SOUTHERN DISTRICT OF CALIFORNIA

6                          SOUTHERN DIVISION

7

8    UNITED STATES OF AMERICA,                )
                                              )
9                    Plaintiff,               )   CIVIL NO. 1247- SD - C
                                              )
10              v.                            )   ANSWER OF DEFENDANTS
                                              )
11   FALLBROOK PUBLIC UTILITY                 )   William P. De Mund.
     DISTRICT, ET AL,                         )
                                              )   Dane De Mund.
12                   Defendants.              )

13            The defendants,

14   each severing from their co-defendants and each for himself or her-

15   self alone, in answer to the Complaint and Supplementary and Amenda-

16   tory Complaint on file herein, admit, deny, and allege:

17            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT
18
              These answering defendants hereby incorporate by reference
19
     all of the allegations contained in the answer to said Complaint and
20
     Supplementary and Amendatory Complaint filed in this case by Newton
21
     T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
     of the portion thereof entitled "Affirmative Statement of Rights")
23
     and make each and all of said allegations a part of this answer
24
     the same as if herein set forth at length.
25

26            AFFIRMATIVE STATEMENT OF RIGHTS

27       These defendants own   1/3   acres of land in  Riverside

28   County, California, and within the watershed of the Santa Margarita

29   River, more particularly described in the document attached hereto,

30   marked Exhibit A, which is hereby incorporated by reference as a

31   part of this statement.

32                                                        13046

COPY RECEIVED        INDEXED

Exhibit. A.     () ()

Lots 10 and 11 in Block 2 of Temecula
Land and Water Company, as shown by
map on file in Book 8 page 359 of Maps.
Records of San Diego County, California.


(All in the Murrieta Town site.
Portion of the Temecula Rancho.)

13047

( Exhibit, B. () )

We claim that the land we own is in the Temecula Rancho, which we believe to be one of the grants of land the title to which, was confirmed we believe by the treaty of Guadalupe Hidalgo. Therefore we rely upon the Mexican title of said grant, and the said treaty for our protection. We expect to drill for water, and to use said water freely and exclusively.

13048

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18          WHEREFORE, these defendants pray that plaintiff take
19   nothing against them by reason of the Complaint and Supplementary
20   and Amendatory Complaint on file herein; that said Complaint be
21   dismissed as against these defendants; that defendants' right to
22   water, as hereinabove set forth, be quieted as against the plain-
23   tiff and against all other defendants in this action; and for such
24   other and further relief as the Court may deem proper.
25
26
27
28
29                              Defendants in propria persona
30
31   Dated: 6/9/58
32

13049