```
DANIEL W. GAGE, Esq.
Suite 610 Rowan Bldg.,
458 S. Spring Street
Los Angeles 13, Calif.

Telephone: MAdison 6-0671

Attorney for defendants
   Domenick Ippolito, John A.
   Ippolito, Theresa Ippolito
```

FILED
JUN 13 1958
CLERK, U.S. DISTRICT COURT,
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of
the State of California, et al.,

        Defendants.

No. 1247-SD-C

AMENDED ANSWER TO COMPLAINT
and SUPPLEMENTARY AND AMENDATORY
COMPLAINT of
   DOMENICK IPPOLITO, JOHN A.
   IPPOLITO and THERESA IPPOLITO

    Come now the defendants, Domenick Ippolito, John A. Ippolito and Theresa Ippolito, and answering for themselves and themselves alone, admit, deny and allege as follows:

ANSWER TO ORIGINAL COMPLAINT

I

    These answering defendants have no information or belief sufficient to enable them to answer the allegations of paragraphs II, III and VII of the original complaint, and basing their denial on said ground deny all of the allegations in said paragraphs contained.

II

    In answer to paragraph IV these answering defendants deny that any conduct of these answering defendants threatens the destruction of the basin referred to in said paragraph, or damages the plaintiff

-1-

13050

1  in any manner.

### III

Answering the allegations of paragraphs V and VI these defendants deny that the litigation and/or stipulated judgment referred to in said paragraphs are binding upon or in any manner affect the rights of these answering defendants, and deny the plaintiff is entitled to any rights, titles, interests or privileges as against any of the answering defendants by reason thereof.

### IV

Answering the allegations of paragraph VIII these answering defendants admit that the plaintiff makes the claims and assertions specified in said paragraph; these answering defendants have no information or belief sufficient to enable them to answer the remaining allegations of said paragraph, and basing their denial on that ground, deny all of said allegations.

### V

Answering the allegations of paragraph IX these defendants deny that any action or conduct of any or all of these answering defendants has caused the plaintiff any damage or has contributed to any of the injuries, if any, alleged in said paragraph; these answering defendants have no information or belief sufficient to enable them to answer the remaining allegations of said paragraph and basing their denial on that ground deny all of said allegations.

## ANSWER TO SUPPLEMENT TO COMPLAINT

Answer to Counts Nos. I to XIV, inclusive

### I

In answer to Counts I to XIV inclusive, of the Supplement to plaintiff's complaint, these answering defendants hereby incorporate paragraphs I to V inclusive, of the above answer to plaintiff's original complaint.

### II

These answering defendants admit that the plaintiff makes the

contentions set forth in said counts; deny that any actions of these answering defendants have injured plaintiff; and have no information or belief sufficient to enable them to answer any of the remaining allegations in any of said counts contained and basing their denial on that ground, deny all of said allegations not hereinabove expressly admitted or denied.

Answer to Counts Nos. XV-XXI, inclusive.

I

These answering defendants hereby incorporate by reference paragraphs I and II of their Answer to Counts I to XIV inclusive.

II

These answering defendants deny each and every allegation contained in paragraphs II and III of Count XXI.

III

The defendants admit that plaintiff owns certain tracts of land comprising the Cleveland and San Bernardino National Forests which are administered by the Bureau of Land Management of the Department of the Interior, which tracts are within the watershed of the Santa Margarita River; admit the allegations with reference to the flow of Temecula Creek and its tributaries; admit that the exhibits mentioned in said Counts are attached to the complaint; admit that the United States of America makes the contentions set forth in Counts XVIII, XIX and XX; these answering defendants have no information or belief sufficient to enable them to answer the remaining allegations in said Counts XV to XXI, inclusive, and basing their denial on that ground, deny all of said allegations.

ANSWER TO AMENDMENT TO COMPLAINT

Answer to Counts Nos. XXII to XXV, inclusive.

I

These answering defendants hereby incorporate by reference paragraphs I, II and III of their answer to Counts XV to XXI inclusive.

-3-

13052

II

These answering defendants deny the allegations of paragraphs I and II of Count XXII.

III

These answering defendants admit that plaintiff makes the contentions set forth in paragraph III of Count XXII; deny each and every allegation in said paragraph contained except as hereinabove admitted.

IV

These answering defendants admit that plaintiff makes the contentions set forth in Counts XXII to XXV, inclusive; admit that the application referred to in paragraph II of Count XXIV was filed and in this connection allege that said application was rejected and denied by the State Board of Water Rights of the State of California on April 10, 1958; admit that these answering defendants claim the right to the use of water specified in the Affirmative Statement of Rights hereinbelow set forth; deny that any claim of these defendants invades any rights of the United States of America; deny the allegations of Count XXI except as hereinabove expressly admitted.

V

These answering defendants have no information or belief sufficient to enable them to answer the remaining allegations contained in said counts, and basing their denial upon that ground deny all of the allegations not hereinabove expressly admitted or denied.

AFFIRMATIVE STATEMENT OF RIGHTS.

I

These answering defendants own eight hundred acres of land which are not situated within the watershed of the Santa Margarita River, and which are more particularly described as follows:

That certain land situated in the County of Riverside, State of California, known as

-4-

13053

      The SW 1/4 and S 1/2 of NW 1/4, and the SW 1/4 of NE 1/4 of Section 10, Township 7 S. Range 1 East consisting of 280 acres, S.B.B & M. according to official plat of the survey of land on file in the Bureau of Land Management; and
the NE 1/4 of Section 16, Township 7 S. Range 1 E. consisting of 160 acres; and
the W 1/2 of W 1/2 of Section 15, Township 7 S. Range 1 E. consisting of 160 acres; and
the S 1/2 of SE 1/4, and E 1/2 of SW 1/4 of Section 16, Township 7 South, Range 1 E., S.B.B. & M. (160 acres)

Of this land approximately 100 acres are tillable and the balance can be used for grazing cattle and for raising turkeys, chickens and fowl. Defendants have irrigated portions of the land in the past and water for this purpose has been obtained by pumping from wells which have been placed on said property by defendants.

II

      Defendants claim the right to use all of the water presently available as a result of their having sunk wells on said property and such further water as would be necessary and obtained by the sinking of other wells.

SECOND DEFENSE.

      As a second, separate and distinct defense these answering defendants allege as follows:

I

      That the water on the property now belonging to them was guaranteed to their predecessor in interest and to them by the United States government by the treaty of Guadalupe Hidalgo with Mexico, and that the plaintiff herein is now estopped by virtue of said treaty to claim any right in said water rights belonging to the land of these defendants.

THIRD DEFENSE.

      As a third, separate and distinct defense these answering defendants allege as follows:

I

      That the property and water rights owned by them were not adjudicated in the stipulated judgment rendered in the matter entitled

<u>Rancho Santa Margarita</u> vs. <u>N. R. Vail</u>, et al., in the Superior Court of the State of California, in and for the County of San Diego, No. 42850, and that as a result thereof there is no privity.

FOURTH DEFENSE.

As a fourth, separate and distinct defense these defendants allege as follows:

I

That insofar as these defendants are concerned, the water rights owned by them are not necessary nor needed by the plaintiff for the reasons set forth in plaintiff's complaint.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Daniel W. Gage
Attorney for defendants
Domenick Ippolito, John A. Ippolito and Theresa Ippolito.

-6-

13055

Domenic Ippolito

being by me first duly sworn, deposes and says: that he is xx one of the defendants

in the above entitled action; that he has _____ read the foregoing amended answer to complaint and supplementary and amendatory complaint

and knows the contents thereof; and that the same is true of his own knowledge, except as to the matters which are therein stated upon his information or belief, and as to those matters he believes it to be true.

Subscribed and sworn to before me this 29 day of May, 19 58

Domenick Ippolito

Notary Public in and for said County and State of California
(SEAL) My Commission expires October 14, 1961

---

eceived copy of the within _____ this _____ day of _____ 19 _____

Attorney _____ for _____

eceived copy of the within _____ this _____ day of _____ 19 _____

Attorney _____ for _____

---

(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C. C. P.)

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES, ss.

Kathryn Watts
United States and a resident of the county aforesaid; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is: Suite 610 Rowan Bldg., 458 S. Spring Street, Los Angeles 13, California

that on the 2nd 6th day of June, 19 58, affiant served the within amended answer to complaint and supplementary and amendatory complaint

on the plaintiff in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said plaintiff at the office address of said attorney, as follows: "J. Lee Rankin, Solicitor General
325 West F Street, Room 332
San Diego, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States mail at the city where is located the office of the attorney for the person by and for whom said service was made. That there is a delivery service by United States mail at the place so addressed or ** there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 6th day of June, 19 58

Kathryn Watts

Notary Public in and for said County and State of California
(SEAL) My commission expires Oct. 14, 1961
*Here quote from envelope name and address of addressee.
**When the letter is addressed to a post office other than where mailed from, strike out "and"; when addressed to the same city where mailed from, strike out "or."

13056