BERT SHARP + MAUD E. SHARP.
Defendants in propria persona
STAR RT Bx 161
HEMET CALIF

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )  CIVIL NO. 1247 - SD - C
        Plaintiff,  )  ANSWER OF DEFENDANTS
  v.  )  BERT SHARP
FALLBROOK PUBLIC UTILITY  )  MAUD E. SHARP
DISTRICT, ET AL,  )
        Defendants,  )

The defendants, BERT SHARP - MAUD E. SHARP
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
            AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

        AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 41.296 acres of land in RIVERSIDE County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

13058

*Sec 6 - T8 - SR1E*
*As Surveyed by M.G. Wheeler*
*U.S. Gov Surveyor 1878*

*Dry Creek as per Surveyor MGW*

*Sec 6   412.46 A*

| 43.81 4 | | |
| 43.10 5 | | |
| 43.03 6 | | |
| 42.96 | 80 | 160 |

*As per Riverside Title Co*
*Jan 13-1939 - 2:30 PM*

| 43.81 4 | | |
| 43.10 5 | Sec 6 | |
| 43.03 6 | | |
| 42.96 7 | 80 | 160 |

*There was a small surface flow in this DRY CREEK when we bought this property & it flowed on surface through 1978*

*BERT SHARP - MAUD E SHARP*

13057

**FILED**
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

ARP.

DISTRICT COURT
OF CALIFORNIA
VISION

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
BERT SHARP
MAUD E. SHARP

...ARP - MAUD E. SHARP

...nts and each for himself or her-
...int and Supplementary and Amenda-
...t, deny, and allege:

...LEMENTARY AND
...NT

...ereby incorporate by reference
...the answer to said Complaint and
...aint filed in this case by Newton
...xcepting only Paragraphs I and II

of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 412.46 acres of land in RIVERSIDE
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

13058

COPY RECEIVED    INDEXED

Approximately 125 A are tillable, remaining acres are used for grazing. We are at present unable to pump water from well in Dry Creek Bed as water level is so low. Our Spring furnishes us water for our Home + would be insufficient if not used frugally

"11"

We defendants claim all percolating + infiltrating water on this land and also claim the Right to develope our Spring for more water, + if necessary to drill or dig wells. Also any + all Riparian Rights along this Dry Creek

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Bert Sharp*

*Maud E. Sharp*

Defendants in propria persona

Dated: May 28-1958

13059