1  A. Z. HOWARD AND
   LULU GRACE HOWARD
2  Defendants in propria persona
   825 East Grand,
3  Corona, California

FILED
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS SUPPLEMENTARY AND AMENDATORY COMPLAINT OF A. Z. HOWARD AND LULU GRACE HOWARD

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 4.75 acres of land in Murrieta, Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED   INDEXED

13060

2     That the said land was a part of the Temecula Rancho Land Grant, which carried with it full and complete rights to all minerals and water were given absolutely and forever to the owners and their successors in interest to said land grant, or any part thereof, including the said land owned by these defendants.

7     Said Treaty of Guadalupe Hidalgo operated as a confirmation in praesenti of all perfect titles to lands in California held under Spanish or Mexican Grants.

11     Defendants claim exclusive and sole right and ownership of all underground water all water above ground, all water that falls on, or runs on from rainfall and all water that can be contained on said land by means of dams, reservoirs or other means with respect to their said land.

18     WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*A. Z. Haward*

*Lula Grace Haward*

Defendants in propria persona
825 East Grand Blvd.
Corona, California.

Dated: June 7- 1958.

DESCRIPTION OF MURRIETA PROPERTY

Lots 1 to 12 inclusive in Block 19 of Murrieta, as shown by Map on file in Book 8, page 359 of Maps Records of San Diego County, California.

ALSO that portion of Clay Avenue which lies Northeasterly of Lots 1 to 10 in said Block 19 and bounded on the Southeasterly side by the Northeasterly extension of the Southeasterly line of said Block 19 and on the Northwesterly side by the Northeasterly extension of the Northwesterly line of said Block 19.

Said property is also shown on Record Survey on File in Book 7, page 42 of Records of Survey, Records of Riverside County, California.

Exhibit "A"

13062