1 B. H. BARNETT

2 Defendants in propria persona
   49 East Grand Blvd.
3 Corona, California

FILED

JUN 13 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By
          DEPUTY CLERK

4

5              IN THE UNITED STATES DISTRICT COURT

6                 SOUTHERN DISTRICT OF CALIFORNIA

7                      SOUTHERN DIVISION

8 UNITED STATES OF AMERICA          )    CIVIL NO. 1247 - SD - C

9                     Plaintiff,    )    ANSWER OF DEFENDANTS

10      v.                          )    SUPPLEMENTARY AND AMENDATORY
                                    )    COMPLAINT OF
11 FALLBROOK PUBLIC UTILITY         )    B. H. BARNETT
   DISTRICT, ET AL,                 )
12                     Defendants,  )

13      The defendants,

14 each severing from their co-defendants and each for himself or herself

15 alone, in answer to the Complaint and Supplementary and Amendatory Com-

16 plaint on file herein, admit, deny, and allege:

17            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT
18
              These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
                    AFFIRMATIVE STATEMENT OF RIGHTS
26
              These defendants own 4.75 acres of land in  Murrieta, Riverside
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30

31

32

INDEXED

13063

COPY RECEIVED

1                                    1

2          That the said land was a part of the Temecula Rancho Land Grant,

3  which carried with it full and complete rights to all minerals and

4  water were given absolutely and forever to the owners and their success-

5  ors in interest to said land grant, or any part thereof, including the

6  said land owned by these defendants.

7          Said Treaty of Guadalupe Hidalgo operated as a confirmaton in

8  praesenti of all perfect titles to lands in California held under

9  Spanish or Mexican Grants.

10                                   11

11         Defendants claim exclusive and sole right and ownership of all

12  underground water, all water above ground, all water that falls on, or

13  runs on from rainfall and all water that can be contained on said land

14  by means of dams, reservoirs or other means with respect to their said

15  land.

16

17

18         WHEREFORE, these defendants pray that plaintiff take nothing

19  against them by reason of the Complaint and Supplementary and Amenda-

20  tory Complaint on file herein; that said Complaint be dismissed as

21  against these defendants; that defendants' right to water, as hereinabove

22  set forth, be quieted as against the plaintiff and against all other de-

23  fendants in this action; and for such other and further relief as the

24  Court may deem proper.

25

26                        _BA Barnett_

27

28                        _____

29                        Defendants in propria persona
                          49 East Grand Blvd.
30                        Corona, California

31

32  Dated:  June 7 1958.

                                                    13064

1 DESCRIPTION OF MURRIETA PROPERTY

2        Lots 1 to 12 inclusive in Block 19 of Murrieta, as shown by

3 Map on file in Book 8, page 359 of Maps, Records of San Diego County,

4 California.

5        ALSO that portion of Clay Avenue which lies Northeasterly of

6 Lots 1 to 10 in said Block 19 and bounded on the Southeasterly side

7 by the Northeasterly extension of the Southeasterly line of said

8 Block 19 and on the Northwesterly side by the Northeasterly extension

9 of the Northwesterly line of said Block 19.

10        Said property is also shown on Record Survey on file in Book 7,

11 page 42 of Records of Survey, Records of Riverside County, California.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                    **Exhibit A**

29

30

31

32

13065