Defendants in propria persona
L. C. Williams, Gail M. Williams
819 N. Genesee Ave. Los Angeles 46 Calif.


F I L E D

JUN 13 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
   Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
L. C. Williams
Gail M. Williams

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 6 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

13066

COPY RECEIVED

This six acres of land is now planted to Avocado and Limes. At the age of eight years are good producing trees.

This six acre tract had formerly been planted in Olives in a twenty acre parcel. Which for many years was irrigated from well and stream on lower end of property which still has water flowing throughout the year. However the water now used to irrigate said property is being purchased from the Fallbrook Public Utility District.

The property slopes to the South and extends over water bearing soil feeding stream. Therefore I reserve the right to dig a well at any time into stream bed or any place on land to recover use of water lost by percolation

13067

Exhibit A.

The East 261.06 feet of the North half of the Southeast Quarter of the Southwest Quarter of the Southeast Quarter of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to the United States Government Survey approved September 11, 1879

Also

The East 261.06 feet of the Northeast Quarter of the Southwest Quarter of the Southeast Quarter of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California according to the United States Government Survey approved September 11, 1879

13068

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
```

18    WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*L. C. Williams*

*Gail M. Williams*

Defendants in propria persona

Dated: June 7, 1958

13069