FILED

JUN 13 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

Joseph Strang and Eula V. Strang, Husband and Wife
**Defendants in propria persona**
P. O. Box 914 Murrieta, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

                Defendants,

)
)
)
)
)
)
)
)
)

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

Joseph Strang and Eula V. Strang

The defendants

each severing from their co-defendants and each for himself or her-

self alone, in answer to the Complaint and Supplementary and Amenda-

tory Complaint on file herein, admit, deny, and allege:

      ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
              AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference

all of the allegations contained in the answer to said Complaint and

Supplementary and Amendatory Complaint filed in this case by Newton

T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

of the portion thereof entitled "Affirmative Statement of Rights")

and make each and all of said allegations a part of this answer

the same as if herein set forth at length.

      AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own   2 lots 50 x 150 of land in Riverside

County, California, and within the watershed of the Santa Margarita

River, more particularly described in the document attached hereto,

marked Exhibit A, which is hereby incorporated by reference as a

part of this statement.

COPY RECEIVED   INDEXED

13070

Exhibit "A"

Lots 9 and 10 in Block 9 of the town site of Murrieta as
shown by Map entitled "Map of the Temecula Land and Water Company,"
on File in Book 8 page 359 of Maps in the office of the County
Recorder of the County of Sand Diego, State of California.

1307.0 A

1
2      We have used the water as necessary for home and garden, and expect
3  to continue as such.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18      WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.
25
26
27              *Joseph Strang*
28              *Eula V Strang*
29              Defendants in propria persona
30
31
32  Dated: June 7 1958

                                        13071