1 Lavern G. Bush

2 Defendants in propria persona

3 Murrieta, California

4

FILED
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ ............
      DEPUTY CLERK

5           IN THE UNITED STATES DISTRICT COURT

6              SOUTHERN DISTRICT OF CALIFORNIA

7                     SOUTHERN DIVISION

8  UNITED STATES OF AMERICA,        )  CIVIL NO. 1247 - SD - C
9                Plaintiff,         )  ANSWER OF DEFENDANTS
10       v.                         )  Lavern G. Bush
11 FALLBROOK PUBLIC UTILITY         )
   DISTRICT, ET AL,                 )
12               Defendants.        )

13       The defendants,

14 each severing from their co-defendants and each for himself or herself

15 alone, in answer to the Complaint and Supplementary and Amendatory Com-

16 plaint on file herein, admit, deny, and allege:

17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT
18

19      These answering defendants hereby incorporate by reference all

20 of the allegations contained in the answer to said Complaint and Supple-

21 mentary and Amendatory Complaint filed in this case by Newton T. Bryant

22 and Willie Mae Bryant (excepting only Paragraphs I and II of the portion

23 thereof entitled "Affirmative Statement of Rights") and make each and all

24 of said allegations a part of this answer the same as if herein set forth

25 at length.

26              AFFIRMATIVE STATEMENT OF RIGHTS

27      These defendants own 1/6 acres of land in Riverside

28 County, California, and within the watershed of the Santa Margarita River,

29 more particularly described in the document attached hereto, marked Exhibit

30 A, which is hereby incorporated by reference as a part of this statement.

31

32

                                                        13072

COPY RECEIVED
INDEXED

# EXHIBIT A

I own Lot 4 in Block 2 in the Townsite of Murrieta, which is in the Murrieta Portion of the Temecula Rancho. Reference is hereby made to a map on file in Book 8 of Maps, page 359, records of San Diego County.

13073

EXHIBIT B

1    I have heard the Temecula Rancho in which my land is
2 one of the grants of land the Title to which was confirmed
3 by the Treaty between the United States and Mexico to be
4 the same now as it was under Mexican law and have also heard
5 that said grant was patented by Louis Vignes in the United States
6 law, President Buchanan signing the grant. I rely on the
7 Treaty, the Patent and all other matters of record in the
8 United States as my protection. I have a well which I expect
9 to use freely according to said Grant.

18    WHEREFORE, these defendants pray that plaintiff take nothing
19 against them by reason of the Complaint and Supplementary and Amenda-
20 tory Complaint on file herein; that said Complaint be dismissed as
21 against these defendants; that defendants' right to water, as hereinabove
22 set forth, be quieted as against the plaintiff and against all other de-
23 fendants in this action; and for such other and further relief as the
24 Court may deem proper.

*Lavern G Bush*
*Murrieta, Calif*
Defendants in propria persona

32 Dated:
6/6/58

13074