1  DEWEY A. DUNHAM and CAROLYN M. DUNHAM
2  Defendants in propria persona
   773 Bunker Hill Drive
3  San Bernardino, California

**FILED**
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

5          IN THE UNITED STATES DISTRICT COURT
6             SOUTHERN DISTRICT OF CALIFORNIA
7                   SOUTHERN DIVISION

8  UNITED STATES OF AMERICA      )  CIVIL NO. 1247 - SD - C
9              Plaintiff,         )  ANSWER OF DEFENDANTS
10       v.                       )  DEWEY A. DUNHAM AND
11 FALLBROOK PUBLIC UTILITY       )  CAROLYN M. DUNHAM
   DISTRICT, ET AL,               )
12             Defendants,        )

13      The defendants, DEWEY A. DUNHAM AND CAROLYN M. DUNHAM
14 each severing from their co-defendants and each for himself or herself
15 alone, in answer to the Complaint and Supplementary and Amendatory Com-
16 plaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
              AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own (5) acres of land in Riverside
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30

31
32

                                                        13083

COPY RECEIVED    INDEXED

1 Defendents claim the rights to percolating water of any kind
2 and believe that at a later date they will drill a well and
3 wish to reserve the right to do so.

     WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Dewey A Dunham*

*Carolyn M Dunham*
     Defendants in propria persona

Dated: June 4, 1958

13084

"EXHIBIT A"

Beginning at the So.E. Cor. of the N.W. 1/4 of the S.W. 1/4, Sect. 8, T7, S R 3 E SBBM 330'W, thence 660'N, thence 330'E, thence 660'S to point of beginning.

Except 30' of the South Line to be used for Road or Public Utilities.

13085