CHARLES BELL and
BONNIE BELL
Defendants in propria persona
455-Linden Lane
Fallbrook, California



FILED
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
   vs.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
        Defendants,

CIVIL NO. 1247 - SD - C
ANSWER OF DEFENDANTS
CHARLES BELL and
BONNIE BELL

The defendants, CHARLES BELL and BONNIE BELL each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
               AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

        AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own approx. 7/10 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

Defendants claim all rights of overlying landowners and to water which may originate or cross their land.

Defendants claim the right to drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendants hereby incorporate the same as though set forth herein in full all of the affirmative defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Charles Bell*
Charles Bell

*Bonnie Bell*
Bonnie Bell
Defendants in propria persona

Dated:

13081

## EXHIBIT A

The South 127.50 feet of the North 553.30 feet of the West 228.00 feet of Lot 1 in Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879.

ALSO an easement for ingress and egress for road and public utility purposes over, under, along and across that portion of the West 20.00 feet of said Lot 1 lying North of a line drawn parallel with and distant 100.00 feet Northerly, measured at right angles from the North line of Juniper Street as conveyed to the County of San Diego by deed dated December 28, 1918 and recorded in Book 751, page 56 of Deeds, and lying Southerly of the South line of above described land.

13082