Ernest A. Bell and Elsie H. Berry
**Defendants in propria persona**
716 First Street, Oceanside, California

FILED
JUN 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Ernest A. Bell and |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | Elsie H. Berry |
| Defendants, | |

The defendants Ernest A. Bell and Elsie H. Berry each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own less than one acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

13078

COPY RECEIVED   INDEXED

We claim rights to percolating water and water from present and future distributing agencies to provide an adequate supply for domestic and/or commercial use.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Ernest A. Bell*

*Elsie H. Berry*

Defendants in propria persona

Dated: 1 June 1958

13079

"Exhibit A"

West Fallbrook Lots 4 and 5 Blk 41 and North ½ of Lot 9 and Lot 10 Blk 41

Amended Map 743 San Diego County

13079-A