```
                                              (SPACE BELOW FOR FILING STAMP ONLY)
```

LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154



F I L E D

JUN 1 3 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                           )   1247 - SD - C
              Plaintiff,   )
                           )   MOTION OF FALLBROOK
        vs                 )   PUBLIC UTILITY DISTRICT
                           )   RESPECTING HEARINGS OF
FALLBROOK PUBLIC UTILITY DISTRICT, )   JUNE 16, 1958.
a public service corporation of the)
State of California, et al.,       )
                           )
              Defendants.  )

    Fallbrook Public Utility District respectfully represents that the following matters presently noticed for hearing before this Honorable Court 16 June 1958 should be heard in the order hereinafter set forth:

    1. All Motions submitted by out-of-town counsel not concerned with the major parties to the cause. By proceeding in this manner the attendance of such attorneys and expense to their individual clients will be held to a minimum.

    2. All Motions not requiring briefing, specifically:

        a). Motion of Defendants <u>Goodchap</u> that Certain Facts be Deemed Admitted.

        b). Motion of Defendants <u>Sachse</u> that certain facts be Deemed Admitted.

        c). Motion of Defendant <u>Fallbrook Public Utility District</u> that Certain Facts contained in Request for Admissions be Deemed Admitted.

- 1 -

3828

    d). Motion of Defendant <u>Fallbrook Public Utility District</u> to Establish Genuiness of Document.

    e). Motion of Defendant <u>Fallbrook Public Utility District</u> for more complete Answers to its Interrogatories.

    f). Objections of Defendant <u>Fallbrook Public Utility District</u> to certain Interrogatories of the United States.

It is believed that each of these matters can be disposed of without the necessity for extended argument or briefing.

3. Motions Relating to Pleadings of the United States, specifically the Motions to Dismiss, and to Strike filed by Defendants <u>Fallbrook Public Utility District</u>, <u>State of California</u> and <u>Katherine C. Gibbon and William W. Cottle</u>. It is believed that these Motions will go far toward determining many of the legal questions involved in the case and thus limit the issues, shortening time of trial.

4. Motion of the <u>United States</u> for Summary Judgment against Defendant Fallbrook Public Utility District. This defendant was served with the Memorandum in Support of said Motion at noon, June 10, 1958, and has had no opportunity to prepare a brief or memorandum in opposition. If the Court desires to have the Motion argued, deferring a ruling, and allowing time for filing briefs, defendant Fallbrook believes the Motion should be considered together with other Motions attacking pleadings.

5. Motion of Defendant <u>Fallbrook Public Utility District</u> Requiring the Production of Documents. It is possible that the Court might desire to take evidence on this Motion and this defendant believes it should be therefor set for a specific date.

6. Motion of the <u>United States</u> for Removal to this Court of Mandate Proceedings Pending in the Superior Court.

7. Motion of Defendants <u>Sachse</u> for Summary Judgment. This Motion cannot be disposed of until Motion to Deem Facts Admitted has been determined.

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 2 -

3829

8. This Defendant abandons its Motion For A More Definite Statement, the matter having been covered by interrogatories.

Dated : June 12, 1958.

SWING, SCHARNIKOW and STANIFORTH
SACHSE and PRICE

by /s/ Franz R. Sachse
Franz R. Sachse
Attorneys for defendant
FALLBROOK PUBLIC UTILITY DISTRICT

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.   1247 SD - C

Franz R. Sachse, being first duly sworn, says: That affiant, whose address is

1092 South Main St., Fallbrook, California

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Motion of Fallbrook Public Utility District Respecting Hearings of June 16, 1958
(Copy title of paper served)

on the Plaintiff (Name of party served) in said action, by placing a true copy thereof in an envelope addressed as follows:

Mr. Adolphus Moskovitz, Library and Courts Bldg., Sacramento 7, Calif.,
Mr. John M. Cranston, 1410 Bank of America Bldg., San Diego, Calif.,
Mr. Wm. H. Veeder, 325 West F Street, San Diego 1, California
(Name and address as shown on the envelope)

sealed and deposited on the 12th day of June, 1958, in the United States Mail at

Fallbrook, San Diego County, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 12th day of June, 1958.

_Notary Public in and for said County and State_

(SEAL)

Stuart's FORM 23

My Commission expires May 25, 1961      3831