


1  HARRY E. TEASDALL
   114 North Main Street
2  Fallbrook, California
   Phone:  RAndolph 8-2331
3
   Attorney for Defendant
4

5

6

7

8        IN THE UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10                 SOUTHERN DIVISION

11 UNITED STATES OF AMERICA,              )
                                          )
12        Plaintiff,                      )
                                          )   NO. 1247-SD-C
13     vs                                 )
                                          )   CERTIFICATE OF SERVICE
14 FALLBROOK PUBLIC UTILITY DISTRICT,     )   BY MAIL
   a public service corporation of the   )
15 State of California, et al,            )
                                          )
16        Defendants.                     )
                                          )
17 ─────────────────────────────────────

18    Harry E. Teasdall certifies that he is and was, at all times

19 mentioned, an active member of the State Bar of California and not

20 a party to the within action or proceeding; that his business

21 address is 114 North Main Street, Fallbrook, California; that on

22 June 12, 1958, he served the within Answer and Request for

23 Admissions Under Rule 36 on the plaintiff in said action or

24 proceeding by depositing a true copy thereof, inclosed in a

25 sealed envelope with postage thereon fully prepaid in a mail-box

26 regularly maintained by the Government of the United States at

27 Main Street and Alvarado Street, Fallbrook, California, addressed

28 to the attorney of record of said plaintiff at the office address

29 of said attorney, as follows:  "J. Lee Rankin, Solicitor General,

30 Room 332, 325 West "F" Street, San Diego, California."

31                                        /s/ Harry E. Teasdall

32 Dated June 12, 1958

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
117 N. MAIN STREET
FALLBROOK, CAL
RAndolph 8-23

                                              3832