UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                                    No. ___1247-SD-C___ Civil
vs
                                          MINUTES OF THE COURT
FALLBROOK, ETC., ET AL                    DATE:       JUNE 16, 1958

                                          AT: San Diego, California

PRESENT: Hon. ___JAMES M. CARTER___, District Judge;

    Deputy Clerk: WILLIAM W. LUDDY   Reporter: ___JOHN SWADER___


    Counsel for Plaintiff: WILLIAM VEEDER: WILLIAM BURBY, LT. DAVID MILLER: LT. COL. BOWEN, AND LT. COL ROBERTSON.

    Counsel for Defendants: Clayton L. Howland, G. Norman Kennedy, Trent G. Anderson, George Stahlman, Adolphus Moskovitz, Franz Sachse, W. B. Dennis George Grover, Robert McGinnis, Harry L. Dougherty, and Leo A. Deegan.

PROCEEDINGS: HEARING: (1) Motion U.S.A. respecting hearing on various motions noticed for this day.
(2) Motion Fallbrook to Dismiss, and to Strike.
(3) to determine objections of deft Fallbrook to Interrogs of U.S.A.
(4) Motion State of Calif. to Dismiss
(5) Motion U.S.A. for summary judgment
(6) Motion Ed and Doris Suderman for Summary Judgment
(7) Motion Franz R. and Rowena Sachse for Summary Judgment
(8) Motion Fallbrook for Order requiring production of documents
(9)(a) Motion Deft Fallbrook for ord compellign pltf to Ans. under oath defts Interrogs.
    (b) Motion Fallbrook for ord directing pltf to furnish more complete ans to Interrogs 1 thru 8.
    (c( Motion Fallbrook for ord directing Pltf to Ans interrogs. 10, 11a, 11c, 12d, 12 i and 14.
(10) Motion Katharine C. and Gibbon and William Cottle to Dismiss.
(11) Motion Fallbrook for order the Genuineness of document be taken as established.
(12) Mo ion Defts. Carl and Hester Halde to dismiss
(13) Motion Defts. Franz and Rowen Sachse that certain facts be deemed established.
(14) COURT TRIAL
(15) Motion Fallbrook that certain facts be deemed admitted
(16) Motion Defts. William A. and Roberta L. Goodchap that certain facts be deemed established.

            At 11:10 A.M. all parties ready.
            Attorney Kennedy argues in support of motion of Suderman for Summary judgment. (No 6)
            Attorney Veeder argues in opposition.
            IT IS ORDERED said motion is denied.
            IT IS ORDERED that order denying motion of Suderman for Summary judgment is set aside, and said motion stand submitted.
            Attorney Sachse argues in support of Motion Goodchap that certain facts be deemed admi established.
            Attorney Veeder makes statement, and IT IS ORDERED said motion go off calendar to be reset on motion or dismissed as determined by attorney Sachse.
            Attorney Sachse makes statement in support of Motion of Sachse that certain facts deemed established. (No. 13.)
            Attorney Veeder makes statement, and IT IS ORDERED said motion go off calendar.
            Attorney Veeder makes statement re motion defendant Fallbrook for ord the Genuineness of document be taken as establised, admits genuineness and IT IS ORDERED said motion go off calendar.
            Attorney Veeder makes statement re motion deft Fallbrook that   3864

                              JOHN A. CHILDRESS, Clerk

1247-SD-C -   U.S.A.   v.   FALLBROOK

certain facts be deemed admitted. (No. 15)
    IT IS ORDERED said motion bo off calendar.
    Attorney Veeder moves for extnsion of time to respond to request for admissions of defendants Schigurt, Cartwright, Riggle, Bragg and Galvan Development Co., and IT IS ORDERED 10 days extension is granted.
    IT IS ORDERED that Attorney b Veeder is granted permission to file amended responses to Requests heretofore filed.
    Attorney Sachse argues in support of Motion of Fallbrook for order requiring production of documents, and IT IS ORDERED said motion continue on Calendar.
    Attorney Veeder argues in support of Governments Motion for Summary Judgment.
    IT IS ORDERED that further hearing on Governments Motion for Summary Judgment is continued to June 17, 1958, at 10 A.M., and further ordered that other matters on calendar, not disposed of, be continued to June 17, 1958, at 10 A.M.

JOHN A. CHILDRESS, Clerk

By _____
William W. Luddy, Deputy