```
 1
 2  HARRY E. TEASDALL
    Attorney at Law
 3  114 North Main Street
    Fallbrook, California
 4  Phone: RAndolph 8-2331
    Attorney for
 5
```

F I L E D

JUN 16 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. K——
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 1247-SD-C |
| vs. | ) | REQUEST FOR ADMISSIONS UNDER RULE 36 |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | ) | |
| Defendants. | ) | |

Defendants, HARLEY C. PYRON and ROBERTA L. PYRON request plaintiff within twenty (20) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

1. The lands described in the answer of defendants HARLEY C. PYRON and ROBERTA L. PYRON include 45 acres of irrigable land.

2. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

HARRY E. TEASDALL
ATTORNEY FOR DEFENDANTS

Copy recd

3833