J. LEE RANKIN,
Solicitor General
Department of Justice
Washington, D. C.

Attorney for United States
of America


FILED
JUN 16 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br>    Defendants. | No. 1247-SD-C<br><br>RESPONSE TO MEMORANDUM OF CALIFORNIA IN SUPPORT OF MOTION TO DISMISS COUNT XXII OF COMPLAINT |

California urges dismissal of Count XXII on the grounds that it "seems" to assert a right to the use of water outside the watershed by reason of riparian rights." It would appear there are enough issues without searching for those which only "seem" to exist. The United States of America does not and has never asserted that it could or desired to divert water derived from its riparian rights outside of the watershed. It is observed in passing, that there is no known basis for dismissing a Count by reason of an alleged claim of right.

In keeping with the tenor of the motion to dismiss because the United States of America "seems" to make a claim to use riparian water outside of the watershed, it is stated that:

> "the allegations of this sub-paragraph (c) of Paragraph III are insufficient to establish an appropriative right in the Rancho."

At this juncture pleadings are all that are involved. To urge that the pleadings fail to establish "an appropriative" right is completely without meaning.

3834

Proof will be introduced in support of the pleadings. California then asserts, in error, that the United States of America, under the circumstances pleaded, could not exercise both a riparian and appropriative right. Contrary to its assertions, the Supreme Court of California states:

> "The fact that plaintiff or his grantor was a riparian owner does not warrant the conclusion that he could not be an appropriator * * *."[1/]

In another decision this statement is made:

> " * * * it may happen that a riparian owner being insufficiently supplied with water * * * may * * * make an appropriation which will be good, although it may have the effect to rob entirely the upper property of any riparian right in the stream."[2/]

The United States of America respectfully submits that the authorities cited by California do not support its motion to dismiss.

## CONCLUSION

This Honorable Court, based upon the proceedings reviewed, is respectfully petitioned to deny the motion of California to dismiss as it is wholly without merit.

UNITED STATES OF AMERICA

J. LEE RANKIN, Solicitor General

WILLIAM H. VEEDER
Attorney, Department of Justice

Dated: June 16, 1958.

WILLIAM E. BURBY
Attorney, Department of Justice

---

1/ Healey v. Woodruff, 97 Cal 464, 466-467; 32 Pac 528 (1892)
2/ Rindge v. Crays Land Co., 56 Cal App 247, 252-253, 205 Pac 36 (1922)

-2-

3835