J. LEE RANKIN,
Solicitor General
Department of Justice
Washington, D. C.

Attorney for United States
  of America

**FILED**

**JUN 16 1958**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. E. Kesslering_
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )      No. 1247-SD-C
                    Plaintiff,      )
                                    )   RESPONSE TO "MEMORANDUM IN SUPPORT
        v.                          )   OF DEFENDANT FALLBROOK PUBLIC
                                    )   UTILITY DISTRICT'S MOTION TO DIS-
FALLBROOK PUBLIC UTILITY DISTRICT,  )   MISS COUNT XXII, APPROPRIATIVE
et al.,                             )   RIGHTS OF THE UNITED STATES."
                                    )
                    Defendants.     )

        In Count No. XXII the United States of America alleges that it is

presently exercising extensive rights in addition to those which are riparian

in character.  The Fallbrook Public Utility District seeks to have the Count

dismissed for a variety of reasons.  However, it fails in its Motion or

Memorandum to meet this basic proposition.  For fifteen years the United

States of America has exercised rights to which it succeeded when it acquired

the Rancho Santa Margarita.  Some of those rights are ancient, others are

more recent.  It is possible that it has also exercised additional rights.

In any event, they are rights, as alleged in the Complaint, which are being

used for military and agricultural purposes.  It is manifest that this

Honorable Court, as a matter of law, should not preclude the United States

of America from introducing evidence in support of them.

        In support of this Memorandum in opposition to Fallbrook Public

Utility District's motion to dismiss the United States of America, incorporates

into this Memorandum the Memorandum dated June 11, 1958, listing eight

-1-                        3848

1   separate propositions respecting its rights to the use of water.  Similarly,

2   there is incorporated into this Memorandum the Memorandum of this date

3   responding to the Fallbrook Public Utility District's Motion to Dismiss

4   Counts No. II, III, IV, V, VII and X.

5        Similarly, there is incorporated into it the Memorandum of this

6   date responding to the Fallbrook Public Utility District's Motion to dismiss

7   Counts No. II, III, IV, V, VII and X.

8

9             UNITED STATES OF AMERICA

10

11             J. LEE RANKIN, Solicitor General

12

13             WILLIAM H. VEEDER
            Attorney, Department of Justice

14

15

16   Dated:  June 16, 1958       WILLIAM E. BURBY,
            Attorney, Department of Justice

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32