J. LEE RANKIN,
Solicitor General
Department of Justice
Washington, D. C.

Attorney for United States
  of America

FILED

JUN 16 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. K........
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br><br>　　　　　Defendants. | No. 1247-SD-C<br><br>RESPONSE OF THE UNITED STATES OF AMERICA TO MOTIONS OF KATHERINE C. GIBBON AND WILLIAM W. COTTLE TO DISMISS<br>COUNTS XXI, XXII AND XXIV |

I

In response to the motion to dismiss Counts XXI and XXII, the United States of America incorporates by reference memorandum in response to the motions of the Fallbrook Public Utility District to dismiss those Counts.

II

Replying in opposition to the motion to dismiss Count XXIV, the United States of America incorporates by reference the memorandum in response to the motion of the State of California respecting the State Water Rights Board. From that memorandum it will be observed that the United States of America, in the Count in question, pleads facts which will entitle it to

1  introduce evidence in support of its claim.

2  As a consequence, this Honorable Court is respectfully petitioned
3  to deny the motions to dismiss to which this memorandum is directed.

UNITED STATES OF AMERICA

_J. LEE RANKIN, Solicitor General_

*William H. Veeder*
WILLIAM H. VEEDER,
Attorney, Department of Justice

Dated: June 16, 1958.

*William E. Burby*
WILLIAM E. BURBY,
Attorney, Department of Justice