J. LEE RANKIN,
Solicitor General
Department of Justice
Washington, D. C.

Attorney for United States
of America

FILED
JUN 16 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>AND THE STATE OF CALIFORNIA, et al.,<br><br>       Defendants. | No. 1247-SD-C<br><br>RESPONSE TO MOTION TO DISMISS COUNT NO. XXI FILED BY THE FALLBROOK PUBLIC UTILITY DISTRICT AND THE STATE OF CALIFORNIA |

The Fallbrook Public Utility District has moved to dismiss Count XXI of the Complaint and Supplementary and Amendatory Complaint. It has filed in that connection a memorandum which has been adopted by the State of California. This response is to both the memorandum of the Fallbrook Public Utility District and of the State.

There is a single criterion which governs when a motion of the character here involved is under consideration. That tenet of the law declares that before a motion to dismiss may be granted that it must appear to the Court as:

> '"a certainty that plaintiff is entitled to no relief under any state of facts which could be proved in support of the claim."[1]

Count XXI sets forth the claims of the United States of America which claims are scattered throughout the entire watershed. Some of those claims are

upstream of virtually all of the defendants in this case. Others are otherwise situated. It is a certainty that no single principle of law may be applied to all of them. For example, one of the most valuable rights claimed is that which is exercised near the mouth of Temecula Canyon pursuant to the Stipulated Judgment with the Vail Company. Thus, it is respectfully submitted, that this Honorable Court could not, as a matter of law, declare that the United States of America could not under any state of facts prove a right by prescription. It follows as a consequence that the motion to dismiss should be denied.

Incorporated into this memorandum by reference and made a part of it is the Memorandum dated June 11, 1958, of the United States of America respecting Proposition No. 5 and the Memorandum of this date in response to Fallbrook Public Utility District's Memorandum in Support of Motion to Dismiss Counts No. II, III, IV, VII, and X.

UNITED STATES OF AMERICA

WILLIAM H. VEEDER
Attorney, Department of Justice

Dated: June 16, 1958

WILLIAM E. BURBY
Attorney, Department of Justice