J. LEE RANKIN  
Solicitor General  
Department of Justice  
Washington, D. C.

Attorney for United States of America

FILED  
JUN 16 1958  
CLERK, U.S. DISTRICT COURT  
SOUTHERN DISTRICT OF CALIFORNIA  
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>WILLIAM A. GOODCHAP and ROBERTA L.<br>GOODCHAP, et al.,<br>   Defendants. | No. 1247-SD-C<br><br>RESPONSE TO MOTION FOR<br>SUMMARY JUDGMENT |

As identically the same issues are involved in this motion for summary judgment as in the Suderman and Sachse Cases, the memoranda written in response to those motions are incorporated in this response and made a part of it by reference.

The reasons expressed in those memoranda, it is respectfully submitted, constitutes a bar to the entry of a summary judgment in this case.

UNITED STATES OF AMERICA

J. LEE RANKIN, Solicitor General

WILLIAM H. VEEDER  
Attorney, Department of Justice

WILLIAM E. BURBY  
Attorney, Department of Justice

Dated: June 16, 1958

3863