CHARLES H. CARTER
ATTORNEY AT LAW
1028 MAIN STREET
CORONA, CALIFORNIA
TELEPHONE RE 7-4912

ATTORNEY FOR ___Defendants___

FILED

JUN 16 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
vs.
FALLBROOK PUBLIC UTILITY DISTRICT
and those defendants listed on
Exhibit "A",
        Defendants.

No. 1247-SD-C

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

Comes now the defendants, JOHN H. HARRISON, JOHN H. HARRISON Administrator of the Estate of Sarah Raxton referred to herein as SARAH ANN HARRISON, WILLIAM McCOMB, and MINNIE HARRISON McCOMB and appearing for themselves and no other defendants in answer to plaintiff's Complaint and Supplementary and Amendatory Complaint, admit, deny and allege:

I

In answering, defendants deny generally and specifically each and every allegation set forth in Paragraphs I, II, III, IV, V, VI, VII, VIII and IX of plaintiff's Complaint as originally filed.

ANSWER TO SUPPLEMENT TO COMPLAINT

I

Deny generally and specifically, each and every allegation contained in Count No. I.

II

Deny generally and specifically, each and every allegation

13086

contained in Paragraphs I, II and III of Count No. II.

### III

Deny generally and specifically, each and every allegation contained in Paragraphs I, II, III, IV and V of Count No. III.

### IV

Deny generally and specifically, each and every allegation contained in Paragraphs I, II, III and IV of Count No. IV.

### V

Deny generally and specifically, each and every allegation contained in Paragraphs I, II, III, IV, V, VI and VII of Count No. V.

### VI

Deny generally and specifically, each and every allegation contained in Paragraphs I, II, III, IV and V of Count No. VI.

### VII

Deny generally and specifically, each and every allegation contained in Paragraphs I, II and III of Count No. VII.

### VIII

Deny generally and specifically, each and every allegation contained in Paragraphs I, II, III and IV of Count No. VIII.

### IX

Deny generally and specifically, each and every allegation contained in all of the Paragraphs set forth in Counts No. IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XX and XI of plaintiff's "Supplement to Complaint."

### ANSWER TO AMENDMENT TO COMPLAINT

### I

Deny generally and specifically, each and every allegation in every Paragraph contained in Counts No. XXII, XXIII, XXIV and XXV of plaintiff's "Amendment to Complaint."

-2-

FIRST AFFIRMATIVE DEFENSE

I

That on or about the 26th day of September, 1906, Homestead Certificate No. 4508, Application No. 9055 was issued by President T. Roosevelt to Richard Harrison as to the following described land, to-wit:

> The Northwest Quarter of Section 34 in Township 6 South, of Range 3 West, San Bernardino Meridian in California, containing 160 acres;

That said Homestead Certificate aforementioned was recorded October 7, 1908 at the request of Richard Harrison in Book 4 of Patents, Page 119, Records of Riverside County, California; that a copy of said Homestead Certificate No. 4508 is attached hereto and made a part hereof by this reference and designated Exhibit "A".

II

That after September 26, 1906, Richard Harrison did marry Delia Harrison and thereafter, on or about January 5, 1931, Richard Harrison and Delia Harrison, husband and wife, did grant to Richard Harrison and Delia Harrison, husband and wife as joint tenants with right of survivorship, all of the aforedescribed property.

III

That on or about September 20, 1932, Delia Harrison did die and thereupon Richard Harrison did become the owner of all of the right, title and interest in and to said property; that on or about February 22, 1939, Richard Harrison did die.

IV

That on or about January 3, 1931, Richard Harrison and Delia Harrison, husband and wife, did grant to John H. Harrison, Sarah Ann Harrison and Minnie Harrison McComb, each, an undivided one-third interest in and to the aforedescribed real property reserving unto themselves, a life estate in and to said property;

1  that upon the death of Delia Harrison and Richard Harrison, John H.
2  Harrison, Sarah Ann Harrison and Minnie Harrison McComb became the
3  owners of the aforedescribed real property, share and share alike.

V

5  That on or about July 24, 1955, Sarah Ann Harrison
6  also known as Sarah P. Raxton did die and John H. Harrison thereafter
7  was, on May 2, 1956, appointed Administrator of the Estate of
8  Sarah P. Raxton, aka Sarah Ann Harrison in Case No. 17155 in the
9  Superior Court of the State of California in and for the County of
10 Riverside; that said Letters of Administration are still in full
11 force and effect and have never been revoked or terminated.

VI

That the defendant herein, William McComb, is the
husband of Minnie Harrison McComb, defendant herein.

WHEREFORE, defendants pray:

1. That plaintiff take nothing by its cause of action.
2. That defendants' title to all water existing on the surface and below the surface on the property belonging to defendants, be quieted as to plaintiff and as to all other defendants and persons named in plaintiff's complaint and plaintiff and said persons be restrained and enjoined from, in any way, interferring with the rights of defendants as to said surface and subterranian waters.

DATED this 12 day of June, 1958.

_____
Attorney for Defendants

-4-

4--405 a.

THE UNITED STATES OF AMERICA,

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

Homestead Certificate No. 4508

Application 9055

WHEREAS There has been deposited in the GENERAL LAND OFFICE of the United States a CERTIFICATE OF THE REGISTER OF THE LAND OFFICE at Los Angeles, California, whereby it appears that, pursuant to the Act of Congress approved 20th May, 1862, "TO SECURE HOMESTEADS TO ACTUAL SETTLERS ON THE PUBLIC DOMAIN," and the acts supplemental thereto, the claim of RICHARD HARRISON has been established and duly consummated, in conformity to law, for the Northwest quarter of Section thirty-four in Township six South of Range three West of San Bernardino Meridian in California containing one hundred and sixty acres according to the OFFICIAL PLAT of the Survey of the said Land, returned to the GENERAL LAND OFFICE by the Surveyor General:

NOW KNOW YE, That there is, therefore, granted by the United States unto the said RICHARD HARRISON the tract of Land above described: TO HAVE AND TO HOLD the said tract of Land, with the appurtenances ther eof, unto the said RICHARD HARRISON and to his heirs and assigns forever; subject to any vested and accrued water rights for mining, agricultural, manufacturing, or other purposes, and rights to ditches and reservoirs used in connection with such water rights, as may be recognized and acknowledged by the local customs, laws, and decisions of courts, and also subject to the right of the proprietor of a vein or lode to extract and remove his ore therefrom, should the same be found to penetrate or intersect the premises hereby granted, as provided by law. And there is reserved from the lands hereby granted, a right of way thereon for ditches or canals constructed by the authority of the United States.

IN TESTIMONY WHEREOF I, THEODORE ROOSEVELT, PRESIDENT OF THE UNITED STATES OF AMERICA, have caused these letters to be made Patent, and the seal of the GENERAL LAND OFFICE to

EXHIBIT "A"

13090

be hereunto affixed.

GIVEN under my hand, at the CITY OF WASHINGTON, the twenty sixth day of September, in the year of our Lord one thousand nine hundred and six, and of the Independence of the United States the one hundred and thirty first.

BY THE PRESIDENT: T. ROOSEVELT

By F. M. Mc Kean, Secretary.

C. H. BRUSH, Recorder of the General Land Office

Recorded California Vol. 244, Pages 314

STATE OF CALIFORNIA } ss.
COUNTY OF RIVERSIDE

JOHN H. HARRISON

being duly sworn, deposes and says: That s he is  one of the defendants

in the within and above entitled action; that s he has read the within and foregoing Answer to Complaint and Supplementary and Amendatory Complaint and knows the contents thereof; that the same is true of his own knowledge, except as to the matters which are therein stated on his information and belief, and as to those matters that _ he believes it to be true.

Subscribed and sworn to before me this 12 day of June, 1958

*John H. Harrison*

(SEAL) *Charles H. Carter*
Notary Public in and for said County and State

**AFFIDAVIT OF SERVICE BY MAIL — 1013a, C. C. P.**

**CERTIFICATE OF SERVICE BY MAIL — 1013a, C. C. P. (2)**

STATE OF CALIFORNIA } ss.
COUNTY OF RIVERSIDE

GLENNA GIBBONS

being first duly sworn says: that affiant is a citizen of the United States and a resident of the county aforesaid; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's residence business address is 1025 Main Street, Corona, California

certifies that _ he is an active member of the State Bar of California, counsel in this cause, and not a party thereto, and that h_____*

That on June 12, 1958 affiant served the within Answer to Complaint and Supplementary and Amendatory/Complaint on the Solicitor General in said action, by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at Corona, California addressed as follows:

J. E. Ranklin, Solicitor General
Room 332, 325 West "F" Street
San Diego, California

*Glenna Gibbons*
(Affiant's signature)

*Charles H. Carter*
Attorney at law

Subscribed and sworn to before me this 12 day of June, 1958

*Charles H. Carter*
Notary Public in and for said County and State of California
(SEAL)

*With certificate of service, use business address only, unless business address and residence are the same.

CHARLES H. CARTER
1025 MAIN STREET
CORONA, CALIFORNIA
PHONE REDWOOD 7-4912
226 "D" STREET
PERRIS, CALIFORNIA
PHONE OLYMPIA 7-2583

13082