PAUL WALKER
10508 Riviera Place NE.

JUN 10
1230 PM

June 10, 1958

Honorable James M. Carter
United States District Judge
Southern District of California
Southern Division
San Diego, California

**FILED**

JUN 16 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

Re: 1247-SD-C

My dear Judge:

    This letter is written on behalf of the defendants, Roy A. Hopkins and Edna Hopkins, Paul B. Hansen and Lois M. Hansen, Sidney C. Johnson and Ethel H. Johnson and Paul E. Walker and Helen H. Walker and Carl T. Olson and Donna M. Olson and Adolph L. Lessel and Fae J. Lessel, for an extension of time to file water claims in the above entitled matter.

    The undersigned is familiar with the property, acquainted with all of the above named defendants and has contacted each of them since the filing of this suit, and the undersigned has represented these defendants in various business transactions.

    The undersigned knows of his own knowledge that it is impossible for these defendants to get their water claims and/or answers filed within the designated time, and each of the defendants above named wish to file an answer. The defendants are scattered throughout California, Washington and Alaska, and under these circumstances, request is made for an extension of sixty days in which to file the answers.

Very truly yours

Paul E. Walker
PAUL WALKER
10508 Riviera Place NE
Seattle 55, Washington

INDEXED

13093