FILED

JUN 16 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By [illegible] DEPUTY CLERK

DOROTHY H. GREENING

[illegible]

[illegible]

June [illegible] 1958

[illegible]

[illegible]

[illegible] the [illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

the phone [illegible]

[illegible]

[illegible] they as [illegible]

[illegible] appoint-

ment - Thursday

Please let [illegible]

know if this is not

satisfactory

Sincerely,
Dolly H Greening

Summons

1247-SD C

INDEXED