Hemet, Calif.
June 5, 1958

J. Lee Rankin,
San Diego, Calif.

Dear Sir.

In reply to a summons served on us May 17 regarding the Santa Margarita water suit. There are no irrigation wells on the property in which we are interested and no irrigable acreage. We are holders of a second trust deed on this property.

Yours truly,
Grant Overby
Ellen E. Overby
371 North Hamilton
Hemet California

FILED
JUN 16 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

INDEXED

copy rec'd

13102