**FILED**
**JUN 16 1958**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M O Kushing
DEPUTY CLERK

1263 E. Nicolet
Banning, Calif.
June 2, 1958

J. Lee Rankin
Solicitor-General
San Diego, California

Dear Mr. Rankin:

I understand that, I am to be served with a summons regarding the water rights on my property in Oak Grove, California, San Diego County.

Up to this date I have not received a summons, but, regardless of one, I am making my report on it. Since July 15, 1954 I have not used any water from well, which is only 12 feet deep.

Since July 15, 1954 I have been making my residence in Banning, Calif; although the water that I did use in the past was for, domestic use, only, for the inside of the house and the flowers and trees outside.

Yours very truly,

Julian Medran & Mary Medran

*Julian R. Medran*
*Mary Medran*

Copy recd.   INDEXED

13101

Copy recd
13102