1  
2  HARRY E. TEASDALL  
3  Attorney at Law  
114 North Main Street  
4  Fallbrook, California  
Phone: RAndolph 8-2331  


FILED
JUN 16 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
  Plaintiff,  )  No. 1247-SD-C
  vs.  )  ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY DISTRICT,  )  HARLEY C. PYRON and
a public service corporation of the  )  ROBERTA L. PYRON
State of California, et al.,  )
  Defendants.  )

Defendants, HARLEY C. PYRON and ROBERTA L. PYRON

answering plaintiff's Complaint and Supplement to Complaint

for themselves alone and not for any other defendant, admit,

deny and allege as follows:

FIRST DEFENSE

I

Defendants have no knowledge or information

sufficient to form a belief as to the allegations contained

in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's

Original Complaint herein, and therefore deny all of said

allegations for want of information or beliefs.

II

Answering paragraph V of plaintiff's Original

Complaint herein, defendants admit the litigation

- 1 -

13096

INDEXED

1
2   referred to and admit that a stipulated judgment was entered
3   into therein, a copy of which is attached to plaintiff's
4   Complaint marked Exhibit A. Defendants deny that/parties they are
5   to said litigation or in any way bound thereby; and deny
6   that said stipulated judgment determines the rights of
7   plaintiff against defendants.

8                                III
9       Deny the allegations of paragraph IX of plain-
10  tiff's Original Complaint.

11                               IV
12      Defendants have no knowledge or information
13  sufficient to form a belief as to the allegations contained in
14  Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII,
15  XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's
16  Supplement to Complaint, and therefore deny all of said
17  allegations for want of information or belief

18                                V
19      Deny the allegations of Count XXI, XXII and XXV
20  of plaintiff's Supplement to Complaint.
21  AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS
22  ALLEGE :

23                                I
24      Defendants are the owners of real property situated
25  in the County of San Diego, State of California, as described
26  in Exhibit A attached hereto and made a part hereof by
27  reference.

28                                II
29      Defendants claim water rights appurtenant to the
30  real property described in Exhibit A, as follows:
31      The lands of defendants described in "Exhibit A"
    hereunto attached and designated as parcels 1 and 2, comprising
32  approximately 54 acres, are traversed by an un-named tributary

-2-

13097

1  of the Santa Margarita River, intermittently flowing through
2  the said lands in a generally northerly to southerly direction.
   Approximately 45 acres of said lands are arable and irrigable
3  and overlie percolating ground waters which are not a part of
   any stream.
4        Defendants claim full correlative riparian rights to
   the use of the waters of said tributary and full correlative
   rights to the use of said percolating ground waters in an amount
5  not to exceed 4.2 acre feet per acre per annum.
         The said lands of defendants are traversed by a small
6  barranca through which flash run-off water flows periodically,
   and across which a soil conservation check dam is needed, which
7  said check dam was recommended by the United States Soil Conser-
   vation Service.
8        Defendants assert the right to erect and maintain the
   said recommended check dam and to the use of the water captured
9  thereby.

14       WHEREFORE, defendants pray judgment as follows:

15            1. That plaintiff take nothing by its
16  Complaint and Supplement to Complaint herein.

17            2. That this Honorable Court adjudge
18  and decree that defendants are the owners of
19  water rights appurtenant to the lands described herein as
20  described in this Answer.

21            3. That this Honorable Court adjudge
22  and decree that the water rights of defendants are prior
23  and paramount to all of the claimed water rights of plain-
24  tiff herein.

25            4. That this Honorable Court quiet the
26  title of defendants in and to their rights to the
27  use of water as set forth herein as against all adverse
28  claims of plaintiff or other defendants herein.

30            5. For costs of suit and for such
31  other relief as seems just.

                              *Harry E. Teasdall*
                              Attorney for defendant

- 3 -

13098

EXHIBIT A

Parcel 1:

That portion of the Southeast Quarter of the Southeast Quarter of Section 8, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California according to United States Government Survey approved April 21, 1890, described as follows: Beginning at the Southeast corner of Section 8; thence along the South line of said Section 8 North 89° 58' 40" West 979.76 feet to a point distant South 89° 58' 40" East 344.00 feet from the Southwest corner of said Southeast Quarter of Southeast Quarter; thence parallel with the West line of said Southeast Quarter of Southeast Quarter North 0° 41' West 612.00 feet; thence parallel with the South line of said Section 8, North 89° 58' 40" West 344.00 feet to the West line of said Southeast Quarter of Southeast Quarter; thence along said West line North 0° 41' West 439.33 feet to a point distant South 0° 41' East 300.00 feet from the Northwest corner of said Southeast Quarter of Southeast Quarter; thence parallel with the North line of said Southeast Quarter of Southeast Quarter North 89° 57' East, 662.07 feet; thence parallel with the West line of said Southeast Quarter of Southeast Quarter North 0° 41' West 300 feet to the North line of said Southeast Quarter of Southeast Quarter; thence along said North line North 89° 57' East 677.58 feet to the East line of said Section 8; thence thereon South 0° 00' 30" East 1352.88 feet to the point of beginning.

Parcel 2:

That portion of the North Half of the Northeast Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows: Beginning at the Northeast corner of said Section 17; thence along the East line of said Section 17 South 0° 37' 25" West 1318.33 feet to the Southeast corner of said Northeast Quarter of Northeast Quarter; thence along the South line of said Northeast Quarter of Northeast Quarter North 89° 52' 15" West 330 feet to the Southeast corner of the tract of land conveyed to Robert C. Hook, et ux by deed recorded in Book 1872, page 333 of Deeds; thence along the East line of said land of Hook North 250 feet to the Northeast corner of said land of Hook; thence along the North line of said Land of Hook North 89° 52' 15" West 341.30 feet to the Southeast corner of the tract of land conveyed to Emerson C. Eachel, et ux, by deed recorded in Book 240, page 4 of Official Records; thence along the boundary of said land of Eachel, North 435 feet and North 89° 52' 15" West 190.38 feet; thence North 9° 20' West 640.12 feet to a point in the North line of said Section 17 distant South 89° 58' 40" East 344.00 feet from the Northwest corner of said Northeast Quarter of Northeast Quarter; thence along said North line South 89° 58' 40" East 979.76 feet to the point of beginning.

-4-

13099

HARRY E. TEASDALL
114 North Main Street
Fallbrook, California
Phone: RAndolph 8-2331

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al,<br><br>    Defendants. | NO. 1247-SD-C<br><br>CERTIFICATE OF SERVICE BY MAIL |

Harry E. Teasdall certifies that he is and was, at all times mentioned, an active member of the State Bar of California and not a party to the within action or proceeding; that his business address is 114 North Main Street, Fallbrook, California; that on June 13, 1958, he served the within Answer and Request for Admissions Under Rule 36 on the plaintiff in said action or proceeding by depositing a true copy thereof, inclosed in a sealed envelope with postage thereon fully prepaid in a mail-box regularly maintained by the Government of the United States at Main Street and Alvarado Street, Fallbrook, California, addressed to the attorney of record of said plaintiff at the office address of said attorney, as follows: "J. Lee Rankin, Solicitor General, Room 332, 325 West "F" Street, San Diego, California."

Dated June 13, 1958

*Harry E. Teasdall*

13100