

G. M. Culton  
Box 864  
Blythe Calif.

G.M.Culton      Phone 585  
184428 Lee St.    Office  
Blythe Calif.     Sales Office  
                        Blythe Air Base

Former address 1571 W. Adams Blvd.  
Los Angeles Calif.

**FILED**  
JUN 16 1958  
CLERK, U.S. DISTRICT COURT  
SOUTHERN DISTRICT OF CALIFORNIA  
By _____ Deputy Clerk

Honorable James N. Carter  
United States District Judge  
San Diego Calif.

Dear Judge Carter;-

I am named in the Fallbarook Suit, I was served in the 1st round but on this ammended thing I am named but was never served Is it necessary to serve all the 2700 over?  
I have friends who have been served in this last go round, and have read the allegations.  
The Salt Water Infiltration; and subsidence; has been said, by a committiee of the State and Govt. to be caused by lack of Rain, pumping Oil from sub area. and running all waste water into the Ocean, instead of trying to put it back in the ground. And there is a recent approbation to experiment on repressuring Oil Wells as the 1st. step.  
This condition exists from Santa Barbara Southward and is not localized in the Santa Margarita area.  
This information makes this Allegation either a Lie or a terrific mistake of an ignorant man.  
The claim based on the theory that a Natl. Forest is at one end and a defense installation at the other, gives the Govt ,rights over and above all other claimants is slightly far fetched,  
The National Parks belong to the people of the U.S. and if it took all the water under them to accommodate the people who visit them the right to water ends there.  
The increase in population has increased the consumption of water for domestic use to such an extent ( Minimum requirement for one person ) 35 Gallons a day. That water for agricultural purposes will have to yield .  
Also there is enough Agricultural land under cultivation, and the Farmers are not making enough for the Govt. under any excuse to should Farm.  
It seems to me That the ignorant approach.  
and the SMELL of Commie.  
Plus the Law of Change. Plus the full knowlege that the Camp can get and or already has Metropolitan water. and there is no need makes this whole suit seem silly. and lessens the respect for our Govt. and the Courts.

                 Yours Truly  
                 G.M.Culton  
                 Box 864  
                 Blythe Calif.

INDEXED

13035