OAA:m.  2d 1/7 6-12-58

1  BATES BOOTH and
   GRAY, BINKLEY & PFAELZER
2  Attorneys at Law
   458 South Spring Street
3  Los Angeles 13, California

4  Michigan 6262 - MAdison 6-1252

5  Attorneys for Defendant AMERICAN TRUST COMPANY

6

7

**FILED**

JUN 16 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
          DEPUTY CLERK

8                IN THE UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                        SOUTHERN DIVISION

11

12  UNITED STATES OF AMERICA,

13                    Plaintiff,

14        vs.                                    No. 1247-SD-C

15  FALLBROOK PUBLIC UTILITY                       ANSWER
    DISTRICT, et al.,
16

17                    Defendants.

18        Defendant AMERICAN TRUST COMPANY, answering all counts

19  of the Complaint and Supplementary and Amendatory Complaint for

20  itself alone, admits, denies and alleges as follows:

21                        FIRST DEFENSE

22                              I

23        This defendant has no ownership or right, and claims no

24  ownership or right, to use the waters from the Santa Margarita

25  River, or any other waters, described in the Complaint and Supple-

26  mentary and Amendatory Complaint.

27                              II

28        This defendant has not used, diverted or encroached upon

29  any rights the United States or any other party has, or claims to

30  have, in the waters from the Santa Margarita River, or any other

31  waters, described in the Complaint and Supplementary and Amendatory

32  Complaint.

                              - 1 -

BATES BOOTH
ATTORNEY AT LAW
LOS ANGELES

13103

## SECOND DEFENSE

### I

This defendant is the trustee of certain mortgage indentures executed by the defendant SOUTHERN COUNTIES GAS COMPANY OF CALIFORNIA on October 1, 1951, and August 1, 1955.

### II

The defendant SOUTHERN COUNTIES GAS COMPANY OF CALIFORNIA is the owner of an easement for a right of way for the installation, operation and maintenance of a pipeline for the high-pressure transmission of gas under, over and across a portion of the lands which are referred to in the Complaint and Supplementary and Amendatory Complaint as Camp Joseph H. Pendleton.

The grant of said easement for a right of way is contained in a series of instruments, each of which is recorded in Official Records of San Diego County. Said instruments, the parties to them, the dates thereof and the places of record, are as follows:

Agreement between Rancho Santa Margarita and Southern Counties Gas Company of California, dated April 19, 1934, recorded in Book 292 at Page 357.

Agreement between Rancho Santa Margarita and Southern Counties Gas Company of California, dated March 30, 1937, recorded in Book 765 at Page 127.

Agreement between Rancho Santa Margarita and Southern Counties Gas Company of California, dated May 26, 1941, recorded in Book 1221 at Page 441.

Agreement between United States of America and Southern Counties Gas Company of California, dated April 21, 1943, recorded in Book 1500 at Page 129.

Grant of easement by United States of America to Southern Counties Gas Company of California, dated January 10, 1951, recorded in Book 3987 at Page 321.

Grant of easement by United States of America to Southern

BATES BOOTH
ATTORNEY AT LAW
LOS ANGELES

- 2 -

13104

1 Counties gas Company of California, dated December 15, 1953,
2 recorded in Book 5890 at Page 235.
3     Grant of easement by United States of America to Southern
4 Counties Gas Company of California, dated April 12, 1956, recorded
5 in Book 6145 at Page 236.
6     Each of said instruments is hereby incorporated as if it
7 were fully set forth in this Answer.
8     III
9     Said easement owned by defendant SOUTHERN COUNTIES GAS
10 COMPANY OF CALIFORNIA and described in paragraph II herein is sub-
11 ject to the mortgage indentures referred to in paragraph I herein.
12     IV
13     This defendant does not own the fee title to any real
14 property which borders upon the Santa Margarita River or upon any
15 other tributaries, streams or alluvial deposits described in the
16 Complaint and Supplemental and Amendatory Complaint.
17     V
18     The rights of this defendant in this litigation are as
19 just set forth in paragraphs I, II, III and IV above.
20     WHEREFORE, this defendant demands:
21     1. That the court decree the defendant SOUTHERN COUNTIES
22 GAS COMPANY OF CALIFORNIA to be the owner of the easement for right
23 of way described in this answer and that said easement is subject
24 to the mortgage indentures referred to herein.
25     2. That if the plaintiff desires to take the defendant
26 SOUTHERN COUNTIES GAS COMPANY OF CALIFORNIA's easement for right of
27 way described and set forth in this answer, that this court order
28 the plaintiff furnish to said defendant SOUTHERN COUNTIES GAS
29 COMPANY OF CALIFORNIA a substituted easement for right of way in
30 lieu thereof, which substituted easement for right of way shall be
31 subject to the mortgage indentures referred to herein.
32     3. For such other and further relief as the court may

- 3 -

13105

1   deem just and proper.

2        Dated this *13th* day of June, 1958.

3

4                  BATES BOOTH and
                   GRAY, BINKLEY & PFAELZER

5                  By

6                        BATES BOOTH

7                 Attorneys for Defendant
                 AMERICAN TRUST COMPANY

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

BATES BOOTH
ATTORNEY AT LAW
LOS ANGELES

13106

(VERIFICATION — 446, 2015.5 C. C. P.)

STATE OF CALIFORNIA  }ss.
COUNTY OF

I am the

in the above entitled action; I have read the foregoing

and know the contents thereof; and I certify that the same is true of my own knowledge, except as to those matters which

are therein stated upon my information or belief, and as to those matters I believe it to be true.

I certify (or declare), under penalty of perjury,* that the foregoing is true and correct.

Date

(Signature)

(PROOF OF SERVICE BY MAIL — 1013a, 2015.5 C. C. P.)

STATE OF CALIFORNIA  }ss.
COUNTY OF LOS ANGELES

I am a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within above entitled action; my business address is:

458 South Spring Street, Los Angeles 13, California

On the 13th of June, 19 58, I served the within ANSWER

on the plaintiff's attorney in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at Los Angeles, California addressed as follows:

J. Lee Rankin, Solicitor General
Room 332
325 West "F" Street
San Diego, California

I certify (or declare), under penalty of perjury,* that the foregoing is true and correct.

Date June 13, 1958

Margaret Miyauchi
(Signature)

*Both the verification and proof of service by mail forms, being signed under penalty of perjury, do not require notarization

GRAY, BINKLEY &
PFAELZER
ATTORNEYS AT LAW

13107