WHITNEY AND FRIEDLANDER
8736 Sunset Boulevard
Los Angeles 46, California
OLeander 5-8127

Attorneys for defendants Abraham Margolis and Pauline Margolis

F I L E D

JUN 16 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ illegible
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,

    Defendants.

CIVIL NO. 1247-SD-C

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF ABRAHAM MARGOLIS and PAULINE MARGOLIS

    The defendants, ABRAHAM MARGOLIS and PAULINE MARGOLIS, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO ORIGINAL COMPLAINT

I

    These answering defendants have no information or belief sufficient to enable them to answer the allegations of Paragraphs II and VII of the original Complaint and basing their denial upon that ground, deny all allegations in said paragraphs contained.

II

    Answering the allegations of Paragraph IV, defendants deny that any conduct of these answering defendants threatens the destruction of the basin referred to in said paragraph or damages the plaintiff in any manner.

III

    Answering the allegations of Paragraphs V and VI, deny that the litigation and/or the stipulated judgment referred to in said paragraphs are binding upon or in any manner affect the rights of these answering defendants, and deny that the plaintiff is entitled to any rights, titles, interests, or privileges as against any of the answering defendants by reason thereof.

-1-

13120

IV

Answering the allegations of Paragraph VIII, admit that the plaintiff makes the claims and assertions specified in said paragraph; these answering defendants have no information or belief sufficient to enable them to answer the remaining allegations of said paragraph and basing their denial on that ground, deny all of said allegations.

V

Answering the allegations of Paragraph IX, deny that any action or conduct of any of these answering defendants has caused the plaintiff any damage or has contributed to any of the injuries alleges in said paragraph; these answering defendants have no information or belief sufficient to enable them to answer the remaining allegations of said paragraph and basing their denial on that ground, deny all of said allegations.

## ANSWER TO SUPPLEMENT TO COMPLAINT

### Answer to Counts Nos. I to XIV, Inclusive

I

In answer to Counts I to XIV, inclusive, of the Supplement to plaintiff's Complaint, these answering defendants hereby incorporate by reference Paragraphs I to V, inclusive, of the above Answer to plaintiff's original Complaint.

II

These answering defendants admit that the plaintiff makes the contentions set forth in said counts; deny that any actions of these answering defendants have injured plaintiff; and have no information or belief sufficient to enable them to answer any of the remaining allegations in any of said counts contained and basing their denial on that ground, deny all of said allegations not hereinabove expressly admitted or denied.

### Answer to Counts Nos. XV-XXI, Inclusive

I

These answering defendants hereby incorporate by reference Paragraphs I and II of their Answer to Counts I to XIV, Inclusive.

II

These answering defendants deny each and every allegation contained in Paragraphs II and III of Count XXI.

III

The defendants admit that plaintiff owns certain tracts of land comprising the

-2-

13121

Cleveland and San Bernardino National Forests which are administered by the Bureau of Land Management of the Department of the Interior, which tracts are within the watershed of the Santa Margarita River; admit the allegations with reference to the flow of Temecula Creek and its tributaries; admit that the exhibits mentioned in said Counts are attached to the Complaint; admit that the United States of America makes the contentions set forth in Counts XVIII, XIX, and XX; these answering defendants have no information or belief sufficient to enable them to answer the remaining allegations in said Counts XV to XXI, inclusive, and basing their denial on that ground, deny all of said allegations.

## ANSWER TO AMENDMENT TO COMPLAINT

### Answer to Counts Nos. XXII to XXV, Inclusive

I

These answering defendants hereby incorporate by reference Paragraphs I and II of their Answer to Counts XV to XXI, inclusive.

II

These answering defendants deny the allegations of Paragraphs I and II of Count XXII.

III

These answering defendants admit that plaintiff makes the contentions set forth in Paragraph III of Count XXII; deny each and every allegation in said paragraph contained except as hereinabove admitted.

IV

These answering defendants admit that plaintiff makes the contentions set forth in Counts XXII to XXV, inclusive; admit that the application referred to in Paragraph II of Count XXIV was filed and in this connection allege that said application was rejected and denied by the State Board of Water Rights of the State of California on April 10, 1958; admit that these answering defendants claim the right to the use of water specified in the Affirmative Statement of Rights hereinbelow set forth; deny that any claim of these defendants invades any rights of the United States of America; deny the allegations of Count XXI except as hereinabove expressly admitted.

V

These answering defendants have no information or belief sufficient to enable them to answer the remaining allegations contained in said counts and basing their denial upon that

-3-

13122

ground, deny all of the allegations not hereinabove expressly admitted or denied.

## AFFIRMATIVE STATEMENT OF RIGHTS

I

These answering defendants own approximately four hundred six (406) acres, more or less, of land situated within the water shed of the Santa Margarita River, consisting of three (3) separate parcels, more particularly described as follows:

Parcel 1. That certain land located in the County of San Diego, State of California, and described as S-1/2 Exc. Co. Rd. Exc. St. Highway 313-1/6 acres of Sec. 23 Tp. 6S Range 3W

Parcel 2. That certain land located in the County of San Diego, State of California, and described as NW 1/2 of Lot 50 of Murrieta portion of the Temecula Rancho shown by map recorded in Book 8, Page 359 of Maps and Records of San Diego County Exc. the NE 1320 ft. thereof, as conveyed to James L. Hudspeth and Lettie Jane Hudspeth by deed recorded February 27, 1929 in Book 799, Page 476 of Deeds of Riverside County, California

Parcel 3. That certain land located in the County of San Diego, State of California, and described as S/easterly 1/2 of Lot 50 of Murrieta portion of Temecula Rancho as shown by map recorded in Book 8, Page 359 of Maps and Records of San Diego County, California. The N.W. line of said So. easterly line of said Lot 50.

All of the said land is riparian land, and all of such land, to wit: the said 406 acres, more or less, is tillable and can be used for raising crops, grazing cattle, raising turkeys, chickens, fowl and other agricultural purposes. Although these answering defendants have not as yet irrigated any portions of said land, the owners of other lands adjoining the properties owned by these defendants have, by means of wells dug on their lands, obtained water for irrigation and domestic uses; and that these answering defendants intend in the near future to dig wells on their said lands for the purpose of obtaining water for irrigation and domestic used.

II

These defendants claim the right to obtain and use a reasonable amount of water obtained from wells that might be sunk on their said lands and/or any nearby streams or rivers sufficient to properly and adequately irrigate their lands for such purposes as they deem fit, as well as to obtain and use such water for all domestic purposes.

WHEREFORE, these answering defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water,

13123

-4-

as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as to the Court may seem proper.

WHITNEY AND FRIEDLANDER

BY *(signature)*
ALBERT S. FRIEDLANDER, Attorneys for
ABRAHAM MARGOLIS and PAULINE MARGOLIS.

Dated: June 6, 1958.

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

being by me first duly sworn, deposes and says: that he is the_____

in the above entitled action; that he has _____ read the foregoing _____

and knows the contents thereof; and that the same is true of _____ own knowledge, except as to the matters which are therein stated upon _____ information or belief, and as to those matters he believes it to be true.

Subscribed and sworn to before me this _____
day of _____, 19____

_____
Notary Public in and for said County and State of California
(SEAL)

———◆———

Received copy of the within _____ this _____ day of _____ 19____

Attorney _____ for _____

Received copy of the within _____ this _____ day of _____ 19____

Attorney _____ for _____

———◆———

(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C. C. P.)

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES, ss.

Jessica Lewis _____, being first duly sworn says: That affiant is a citizen of the United States and a resident of the county aforesaid; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is:

8736 Sunset Boulevard, Los Angeles 46, California

that on the 6th day of June, 1958, affiant served the within Answer To Complaint And Supplementary And Amendatory Complaint of Abraham Margolis and Pauline Margolis
on the Plaintiff _____ in said action, by placing a true copy thereof in an envelope addressed to the attorney _____ of record for said Plaintiff _____ at the office address of said attorney _____, as follows:

J. LEE RANKIN,
Solicitor General,
325 West F Street, Room 332
San Diego, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States mail at the city where is located the office of the attorney _____ for the person _____ by and for whom said service was made.
That there is a delivery service by United States mail at the place so addressed or there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 6th
day of June, 19 58

_____ (signed)
Notary Public in and for said County and State of California
(SEAL)

Jessica Lewis (signed)

*Here quote from envelope name and address of addressee.
**When the letter is addressed to a post office other than where mailed from, strike out "and"; when addressed to the same city where mailed from, strike out "or."

WHITNEY, FRIEDLANDER & BROWNFIELD
ATTORNEYS AT LAW
8736 SUNSET BOULEVARD
LOS ANGELES 46, CALIFORNIA
OLEANDER 5-9127

13125