```
DAVIDSON & RUSS
Attorneys at Law
16405 So. New Hampshire Ave.
Gardena, California
DAvis 9-1904 or FAculty 1-0853
```



FILED
JUN 16 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
FALLBROOK PUBLIC UTILITY DISTRICT, ET. AL.,
    Defendants.

CIVIL NO. 1247 - SD - C

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF JOHN A. L. WALKER

Defendant John A. L. Walker answers Plaintiff's Complaint, Supplementary and Amendatory Complaint as follows:

ANSWER TO ORIGINAL COMPLAINT

I

Defendant has no information or belief sufficient to enable him to answer the allegations of Paragraphs II, III, and VII of the original Complaint and basing his denial upon that ground, denies all allegations in said paragraphs contained.

II

Answering the allegations of Paragraph IV, Defendant denies that any conduct of this Defendant threatens the destruction of the basin referred to in said paragraph or damages the Plaintiff in any manner; Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph and basing his denial on that ground, denies all of said allegations.

III

INDEXED

13114

-1-

1    Answering the allegations of Paragraphs V and VI, denies that
the litigation and/or the stipulated judgment referred to in said
paragraphs are binding upon or in any manner affect the rights of
this Defendant, and denies that the Plaintiff is entitled to any
rights, titles, interests, or privileges as against this Defendant
by reason thereof; Defendant has no information or belief sufficient
to enable him to answer the remaining allegations of said paragraph
and basing his denial on that ground, denies all of said allegations.

IV

Answering the allegations of Paragraph VIII, admits that the
Plaintiff makes the claims and assertions specified in said paragraph; Defendant has no information or belief sufficient to enable
him to answer the remaining allegations of said paragraph and basing his denial on that ground, denies all of said allegations.

V

Answering the allegations of Paragraph IX, denies that any
action or conduct of this Defendant has caused the Plaintiff any
damage or has contributed to any of the injuries alleged in said
paragraph; Defendant has no information or belief sufficient to
enable him to answer the remaining allegations of said paragraph
and basing his denial on that ground, denies all of said allegations.

ANSWER TO SUPPLEMENT TO COMPLAINT
Answer to Counts Nos. I to XIV, Inclusive

I

In answer to Counts I to XIV, inclusive, of the Supplement
to Plaintiff's complaint, defendant hereby incorporates by reference Paragraphs I to V, inclusive, of the above Answer to Plaintiff's
original complaint.

II

Defendant admits that the Plaintiff makes the contentions set

13115

forth in said counts; denies that any actions of this Defendant has injured Plaintiff; and has no information or belief sufficient to enable him to answer any of the remaining allegations in any of said counts contained and basing his denial on that ground, denies all of said allegations not hereinabove expressly admitted or denied.

### Answer to Counts Nos. XV-XXI, Inclusive

I

Defendant hereby incorporates by reference, Paragraphs I and II of his Answer to Counts I to XIV, inclusive.

II

Defendant denies each and every allegation contained in Paragraphs II and III of Count XXI.

III

Defendant admits that Plaintiff owns certain tracts of land comprising the Cleveland and San Bernardino National Forest which are administered by the Bureau of Land Management of the Department of the Interior, which tracts are within the watershed of the Santa Margarita River; admits the allegations with reference to the flow of Temecula Creek and its tributaries; admits that the exhibits mentioned in said Counts are attached to the Complaint; admits that the United States of America makes the contentions set forth in Counts XVIII, XIX, and XX; Defendant has no information or belief sufficient to answer the remaining allegations in said Counts XV to XXI, inclusive, and basing his denial on that ground, denies all of said allegations.

### ANSWER TO AMENDMENT TO COMPLAINT
### Answer to Counts Nos. XXII to XXV, Inclusive

I

Defendant hereby incorporates by reference Paragraphs I, II and III of his Answer to Counts XV to XXI, inclusive.

II

13116

-3-

Defendant denies the allegations of Paragraphs I and II of Count IXII.

### III

Defendant admits that Plaintiff makes the contentions set forth in Paragraph III of Count XXII; denies each and every allegation in said paragraphs contained except as hereinabove admitted.

### IV

Defendant admits that Plaintiff makes the contentions set forth in Counts XXII to XXV, inclusive; admits that the application referred to in Paragraph II of Count XXIV was filed and in this connection alleges that said application was rejected and denied by the State Board of Water Rights of the State of California on April 10, 1958; admits that defendant claims the right to use of water specified in the Affirmative Statement of Rights hereinbelow set forth; denies that any claim of this defendant invades any rights of the United States of America; denies the allegations of Count XXI except as hereinabove expressly admitted.

### V

Defendant has no information or belief sufficient to enable him to answer the remaining allegations contained in said counts and basing his denial upon that ground, denies all of the allegations not hereinabove expressly admitted or denied.

### AFFIRMATIVE STATEMENT OF RIGHTS

### I

Defendant owns 160 acres being the following described realty, holding title as John A. L. Walker, a single man:

> The Southeast Quarter of Section Seventeen, Township
> Nine South, Range Three East, San Bernardino Meridian,
> in the County of San Diego, State of California, according to the United States Government Survey approved on
> November 17, 1880.

This realty has approximately 100 acres of Tillable land and

-4-

13117

has one house and one barn upon it; in addition, it has two wells, one of which has been continually used throughout my ownership of said land since December 23, 1944, and said wells were used by my predecessor in interest since at least 1920. Said land is also fit for grazing cattle, raising turkeys, chickens and fowl and said realty is within the watershed of the Cleveland National Forest with intermittent water flowing therefrom upon my land. Defendant claims the privilege of taking water from said wells and that in the future, other wells will be activated and dug for the benefit of the land and Defendant further claims the privilege of using waters in any manner as said waters come from the watershed area, whether above or below the ground, as said realty has so been used in the past for a period of time presently unknown to this Defendant.

WHEREFORE, Defendant prays:

1. That Plaintiff take nothing.
2. That Plaintiff's Complaint be dismissed as against this Defendant.
3. That Defendant's rights to water, as hereinabove set forth, be quieted as against Plaintiff and all other Defendants in this action.
4. For such other and further relief as the Court may deem proper.

DATED: June 12, 1958

DAVIDSON & RUSS
BY *[signature]*
Donald H. Davidson
Attorneys for Defendant

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES,

_____ JOHN A. L. WALKER _____
being by me first duly sworn, deposes and says: that he is the __defendant__

in the above entitled action; that he has _____ read the foregoing __Answer to Company and__
__Supplementary and Amendatory Complaint__
and knows the contents thereof; and that the same is true of __his__ own knowledge, except as to the matters which are
therein stated upon __his__ information or belief, and as to those matters he believes it to be true.

Subscribed and sworn to before me this __12__
day of __June__, 19__58__

_Alfred N Davidson_                 _John A L Walker_
Notary Public in and for said County and State of California
(SEAL)

---

Received copy of the within_____ this _____ day of _____ 19____

_____
Attorney_____for_____

Received copy of the within_____ this _____ day of _____ 19____

_____
Attorney_____for_____

---

(AFFIDAVIT OF SERVICE BY MAIL — 1013a, C. C. P.)

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES,  ss.

___Marion Cooper___, being first duly sworn says: That affiant is a citizen of the United States and a resident of the county aforesaid; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is: __16405 S. New Hampshire Ave.,__
__Gardena, California__
that on __June 13, 1958__, affiant served
the within __Answer to complaint and supplementary and amendatory complaint__
on the __Solicitor General__ in said action, by placing a true copy thereof in an envelope
addressed to the attorney___ of record for said __plaintiff__ at the residence
office address of said attorney___, as follows: • " __J. Lee Rankin, Solicitor General, Room 332,__
__325 West F. Street, San Diego, California__

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States mail at the city where is located the office of the attorney___ for the person.___ by and for whom said service was made.
That there is a delivery service by United States mail at the place so addressed or •• there is a regular communication by mail between the place of mailing and the place so addressed.                     and

Subscribed and sworn to before me this __12__
day of __June__, 19__58__

_Alfred N Davidson_                 _Marion Cooper_
Notary Public in and for said County and State of California
(SEAL)
*Here quote from envelope name and address of addressee.
**When the letter is addressed to a post office other than where mailed from, strike out "and"; when addressed to the same city where mailed from, strike out "or."

_Copy mcl_

13119