**FILED**
JUN 16 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

San Bernardino
June 3rd. 1958  Cal

J. Lee Rankin  Solicitor General
Room 332, 325 West "F" St.
San Diego  Cal

Dear Sir: In answer to the "Complaint and Supplementary and Amendatory Complaint" That was Served on my Husband and My Self, May 21 rst 1958. I will state that when we bought this land in November of 1928 we are entitled to all the water rights that went with the land.

Legal description on the Deeds reads "Those portion of Monroe Avenue and lot 105 entitled "map of Temecula land and water Co." said maps being on file in the office of County

13114

(2)

Recorder of San Diego County California. in Map book 8, page 359.
"This is approximately one acre."
Then the other Deed reads "That portion of lot 176 as per Map of Temecula Land and Water Co. Recorded in the Office San Diego Co. in book 8 of Maps, page 359
"This is approximately 85 ft x 120 ft.

These map books are now in Riverside.

We plan to build a home and have a garden on these parcels of land next year when my husband reaches retirement age. Therefore we want the right to drill a well for our own use.    Sincerely

13112

Mrs Velma Johnson and
C.C. Johnson
604 West 3rd st
San Bernardino
Cal.

13113