May 6th, 1958

J. Lee Rankin, Solicitor General
Room 332
325 West "F" Street,
San Diego,
California.

Dear Sir:

In answer to the Summons received May 5th, 1958, we were most surprised to find our names listed in any litigation as regards water rights v etc. in Fallbrook, California.

Upon examination of the land records you will find that the small parcel in our names is an "Easement" and for ROAD PURPOSES ONLY, therefore we had no use for water and never used any water at this location and if any water rights went with this parcel, we know nothing of it. If, however, any water rights went with this parcel, we will gladly assign to you any right, title or interest in them that we may have. This parcel was given to us because at that time we were interested in purchasing a plot adjoining this easement and in as much as this deal was never consommated, we have no further interest in it.

Kindly let us know if this letter is sufficient answer to the complaint.

PAGE 48
COLUMN 1
LINE 18

Yours very truly

Alonza E. Smith
ALONZA E. SMITH

PAGE 48
COLUMN 1
LINE 22

Elisabeth D. Smith
ELISABETH D. SMITH

INDEXED

13109

## 1957-58 SECURED PROPERTY TAX BILL—COUNTY OF SAN DIEGO, STATE OF CALIF.

RETURN THIS STATEMENT WHEN PAYING

See that your property is correctly listed. Tax Collector not responsible for erroneous payments. Consult County Assessor about assessed values. Consult County Auditor about delinquent taxes.

FISCAL YEAR JULY 1, 1957 TO JUNE 1958
PAYABLE TO WILBUR W. EASTON, County Tax Collector
110 Civic Center (near North entrance)
1600 Pacific Highway, San Diego 1, California   Tel. BE-9-7561, Ext. 441

**221298**

Assessor's Map Parcel Number and/or Description of Property Assessed to

HAYES, ERNA G. & WILLIAM D.
OVER
* FALLBROOK CALIF.
PAR. 93W-19-8
BEG AT INT OF N LI OF JUNIPER
ST & W LI SEC 19 TH S 89°19' E
306 FT TO TPOB TH N 0°20'15'' E
127.55 FT TH S 89°19' E 205.5
FT TO E LI OF W 31 RODS OF LOT
1 TH S 0°20'15'' W ALG SD LI TO
N LI MISSION RD 1-C TH S W ALG
SD N LI TO TPOB (EXC W 175 FT
THF BEING MEAS ALG N LI SD PAR
OF LD) IN LOT 1 IN
SEC. 19-9-3W

TAXPAYERS ATTENTION:
If a year date appears in the space below the arrow, please read explanation at bottom of column one on back hereof.

(SEE OTHER SIDE OF SHEET FOR CONTINUATION OF LONG DESCRIPTION)

| Sold to State For Taxes | LAND VALUE | IMPROVEMENT VALUE | VINES, TREES VALUE | TOTAL REAL ESTATE VALUE | PERSONAL PROPERTY | EXEMPTION | TOTAL VALUE | SOLVENT CREDITS |
|---|---|---|---|---|---|---|---|---|
| | 50 | | | | | | 50 | |

| TOTAL TAX | 1ST INSTALLMENT | Odd Penny if any due on 2nd Installment | | 2ND INSTALLMENT | |
|---|---|---|---|---|---|
| 4 69 | 2 34 | Taxpayers have the option of paying both installments when first installment is due. No postage stamps accepted in payment of taxes. | Code Area Tax Rates printed on other side of sheet. | 2 35 | FIRST INSTALLMENT taxes due November 1, 1957. Delinquent December 10, 1957 at 5 P.M. SECOND INSTALLMENT due February 1, 1958. Delinquent April 10, 1958 at 5 P.M. IF TAXES ARE UNPAID, it will be necessary as provided by law to pay: (a) Delinquency penalties. (b) Costs. (c) Redemption penalties. (d) Redemption fee. |

PAY LAST AMT. IN THIS COLUMN
FIRST 6% PEN.
TOTAL
SECOND 6% PEN.
COSTS
TOTAL

6% PENALTY
TOTAL

6% PEN.
COSTS
TOTAL

CASHIER RECEIPT FIRST INSTALLMENT OR TOTAL TAX
When machine validated this Statement becomes your Receipt for payment of above amount.
WILBUR W. EASTON, County Tax Collector

CASHIER RECEIPT SECOND INSTALLMENT
When machine validated this Statement becomes your Receipt for payment of above amount.
WILBUR W. EASTON, County Tax Collector

**DO NOT DETACH**

TAXPAYER FILL IN THIS SPACE
Mail bills to:
Name
Address
Space Below for Office Use Only

**Return entire bill to Tax Collector when making payment**
Name
Address
Space Below for Office Use Only

TAX PAID BY: Assessed Owner_____ a/o
Other
RECEIPT MAILED TO: Plate Address
Other Address

TAX PAID BY: Assessed Owner_____ a/o
Other
RECEIPT MAILED TO: Plate Address
Other Address

As signed above_____ Processed by_____

As signed above_____ Processed by_____   13110