This Tues. June 3, 1958 I answer your summons in the Santa Margarita water suit.

I deny that I have stolen any of your water, or intend to steal anything of real value from you or the U.S. government.

I deny that you or U.S. Government of Fallbrook Public Utilities or any participant in this quarrel possess any rights to oil, minerals, water, soil or clouds above this farm, upon this farm or under this farm.

I assert that I believe (god) _____ of this _____ Jesus built this _____ to be inhabited and that I am an inhabitant of this my farm that I became custodian of that air therefore custodian of this farm & its water I expect to continue to be, operator, custodian or have interest therein till sold or dies. (over)

Copy rec'd.

INDEXED

FILED

JUN 16 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
               DEPUTY CLERK

13108

W. K. Whitney R 2
Elsinore, Calif.
Resident upon s ½ of n.e. ¼
sec. 26 about 2 miles n.e. of
Wildomar, Calif.

Thanks for the very
complete summary of this
services nucleus to date.

# FILED

### JUN 16 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

Copy recd.

Copy recd.

13108A