FILED
JUN 16 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By McKee
   DEPUTY CLERK

1  Defendants in propria persona
2  Angelo Domenigoni
3  Marie Domenigoni

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
           Plaintiff,
   v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
           Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
Angelo Domenigoni
and
Marie Domenigoni

The defendants, Angelo & Marie Domenigoni each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 112 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

13144

June 13, 1958

COPY RECEIVED     INDEXED

Exhibit A

North 30 acres of South west ¼ of South East ¼ and south ½ of South east ¼ of south west ¼ of south east ¼ and East ½ of south east ¼ Exc county roads. 112 acres Sec 33 Township 5. South 2 West.

Property Water Rights Development and Beneficial use of Water

1. For all domestic Purposes.
2. For Agricutural and horticultural crops
3. For land grazing and feedlot operation
4. For Power and mining
5. For all live Stock
6. For surface and underground water

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Angelo Domenigoni

Marie Domenigoni

Defendants in propria persona

Dated:

13145