J. L. Mossholder & Rose Mossholder
Richard J. Ready & Gertrude W. Ready

Defendants in propria persona

**F I L E D**

JUN 16 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By .................... , DEPUTY CLERK

515 Marguerite Ave.,
Corona del Mar
California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

Defendants,

)
)
)
)
)
)
)
)
)
)

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

J. L. Mossholder & Rose Mossholder

Richard J. Ready & Gertrude W. Ready

The defendants,

each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 807 acres of land in Riverside
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

COPY RECEIVED          INDEXED

13141

We claim reparian rights to creek on our property.

We claim rights to water from all springs on property, four in number and from wells on property.

We also claim use of one acre foot of water per week for growing fruit orchard and nursery stock.

We claim the rights to use of perculating water from wells to be drilled in future, which will be used for the growing of 50 acres of orchard and nursery stock plants.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*J L Mossholder*
*Rose Mossholder*
*Gertrude W. ...*
*Richard J. ...*

Defendants in propria persona

Dated:    May 20, 1958

13142

"The real property in the ...County...of Riverside, State of California, described as follows:

Parcel 1:   The north half; and the Southwest quarter of Section 36, Township 7 South, Range 1 East, San Bernardino Base and Meridian:  EXCEPTING  therefrom all coal and other minerals in said land, together with the right to prospect for, mine and remove the same, pursuant to the provisions and limitations of the Act of December 29, 1916 (39 Stat. 662) as excepted and reserved in Patent from the United States to Jewell L. Bagby, dated August 17, 1932, recorded December 7, 1932 in Book 96 page 149 of Official Records, Riverside County Records.

Parcel 2:  Lots 1 and 2, and the South half of the Northeast quarter of Section 2, Township 8 South, Range 1 East, San Bernardino Base and Meridian:  EXCEPTING therefrom all coal and other minerals in said land, together with the right to prospect for, mine and remove the same, pursuant to the provision and limitations of the Act of December 29, 1916 (39 Stat. 862) as excepted and reserved in Patent from the United States to Jewell L. Bagby, dated August 17, 1932, recorded December 7, 1932 in Book 96, page 140 of Official Records, Riverside County Records.

Parcel 3:  The Southeast quarter of Section 36, Township 7, South Range 1 East, San Bernardino Base and Meridian: EXCEPTING therefrom one-sixteenth of all coal, oil, gas, and other mineral deposites in said land, as reserved in Patent from State of California recorded July 20, 1943 in Book 588 Page 314 of Official records, Riverside County Records."

13143