ANDREW J. BROWN and Myrtle BROWN
Defendants in propria persona

Route 1, Box 9
Murrieta, California

**F I L E D**

JUN 16 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _mrkissling_
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

        Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS

ANDREW J. BROWN and MYRTLE BROWN

The defendants, ANDREW J. BROWN and MYRTLE BROWN
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own      acres of land in Riverside
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

INDEXED

COPY RECEIVED

13139

# EXHIBIT 'A'

County of Riverside, State of California;
The Southwesterly one-half of the North-
westerly one-half of the Southwesterly
one-half of the Northwesterly one-half
of Farm Lot 17 of the Murrieta Portion
of Temecula Rancho, as shown by Map on
file in Book 8 page 359 of Maps, San Diego
County Records.

We claim that our water rights
are paramount to all other rights or
claims of right of Plaintiff in and to
said water.   We claim all water rights
under our land for the beneficial use
thereon.

WHEREFORE, these defendants pray that plaintiff take

nothing against them by reason of the Complaint and Supplementary

and Amendatory Complaint on file herein; that said Complaint be

dismissed as against these defendants; that defendants' right to

water, as hereinabove set forth, be quieted as against the plain-

tiff and against all other defendants in this action; and for such

other and further relief as the Court may deem proper.

*Myrtle Brown*

*Andrew J. Brown*

Defendants in propria persona

Dated: 6-12-58

13140