MERRITT H. BROWN
Defendants in propria persona
Route 1, Box 9
Murrieta, California

F I L E D

JUN 16 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. Kesslring_
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247- SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | MERRITT H. BROWN |
| Defendants. | |

The defendants, MERRITT H. BROWN

each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own          acres of land in  Riverside
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

INDEXED

COPY RECEIVED

13137

# EXHIBIT 'A'

County of Riverside, State of California:
The three quarter acre corner lot of the
Southwesterly one-half of the Northwesterly
one-half of the Southwesterly one-half of
the Northwesterly one-half of farm Lot 17
of the Murrieta portion of Temecula Rancho,
as shown by map on file in Book 8 page 359
of Maps, San Diego County records.

I claim my water rights are paramount to
all other rights or claims of right of
Plaintiff in and to said water.   I claim
all water rights under my land for the
beneficial use thereon.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Merritt H. Brown*

Defendants in propria persona

Dated: 6-12-58

13138