1 Andrew Pavlos, Zaharula Pavlos and Leo Pavlos
2 Defendants in propria persona
3 Star Route Box 230
4 Anza - Calif

**FILED**
**JUN 16 1958**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

5        IN THE UNITED STATES DISTRICT COURT
6            SOUTHERN DISTRICT OF CALIFORNIA
7                    SOUTHERN DIVISION

8  UNITED STATES OF AMERICA,           CIVIL NO. 1247 - SD - C
9               Plaintiff,              ANSWER OF DEFENDANTS
10     v.                               Answer to Complaint and Supplementary and Amendatory Complaint of
11 FALLBROOK PUBLIC UTILITY             Andrew Pavlos, Zaharula Pavlos
   DISTRICT, ET AL,                    and Leo Pavlos
12             Defendants,

13     The defendants, A. Pavlos, Z. Pavlos and Leo. Pavlos
14 each severing from their co-defendants and each for himself or herself
15 alone, in answer to the Complaint and Supplementary and Amendatory Com-
16 plaint on file herein, admit, deny, and allege:

17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
19     These answering defendants hereby incorporate by reference all
20 of the allegations contained in the answer to said Complaint and Supple-
21 mentary and Amendatory Complaint filed in this case by Newton T. Bryant
22 and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
23 thereof entitled "Affirmative Statement of Rights") and make each and all
24 of said allegations a part of this answer the same as if herein set forth
25 at length.

26              AFFIRMATIVE STATEMENT OF RIGHTS
27     These defendants own 160 acres of land in Riverside
28 County, California, and within the watershed of the Santa Margarita River,
29 more particularly described in the document attached hereto, marked Exhibit
30 A, which is hereby incorporated by reference as a part of this statement.
31
32

INDEXED

13134

COPY RECEIVED

1  Our Property of 160 acres, is mostly cover with
2  brush, but we have about 50 acres cultivable
3  land, wich considered Class B. is good for
4  Apple Orchard and Viniard. we consider to
5  plant it soon.
6
7  Now we irrigate 1½ acre of fruit Trees and
8  Viniard, we have runing springs wich
9  produce 500 Gallons of watter daily.
10 We need 4 acre feet per acre of watter
11 and we like to drill well in the future
12 to get Suficiant watter to sustain
13 Acrege as well as our domestic use
14
15 of watter
16
17
18     WHEREFORE, these defendants pray that plaintiff take nothing
19 against them by reason of the Complaint and Supplementary and Amenda-
20 tory Complaint on file herein; that said Complaint be dismissed as
21 against these defendants; that defendants' right to water, as hereinabove
22 set forth, be quieted as against the plaintiff and against all other de-
23 fendants in this action; and for such other and further relief as the
24 Court may deem proper.

                                                Andrew Pavlos

                                                Zaharula Pavlos

                                                Leo Pavlos

                                        Defendants in propria persona

32 Dated: June 11-1958

13135

| DESCRIPTION OF PROPERTY | LOT OR SECTION | TOWNSHIP OR BLOCK | RANCH |
|---|---|---|---|
| SW 1/4 160 AC | 24 | 7.S | 3 E |

| CODE AREA | BOOK | MAP | PAGE | LINE |
|---|---|---|---|---|
| 70 01 | 23 | 45 | 01 | 42 |

13136