FRED G. MAYS & CARRIE C. MAYS
Defendants in propria persona
MURRIETA, CALIFORNIA


FILED
JUN 16 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ⎯⎯⎯⎯⎯⎯⎯
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
        Plaintiff,  )  ANSWER OF DEFENDANTS
       v.  )
FALLBROOK PUBLIC UTILITY  )  FRED G. MAYS & CARRIE C. MAYS
DISTRICT, ET AL,  )
        Defendants.)

    The defendants, FRED G. MAYS & CARRIE C. MAYS,
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

        AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 77.50 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

13130

## EXHIBIT A

DESCRIPTION OF LAND

We own

All of Lot 9 excepting the South easterly rectangular 40 feet of said Lot 9 of the Lands of the Temecula Land and Water Company as shown by Map on file in Book 8, Page 359 of Maps, San Diego County Records.

We own

The Northwest one-half of Lot 5 of the Lands of the Temecula Land and Water Company, according to Map on file in the office of the County Recorder of the County of San Diego, State of California, in Book 8, Page 359 of Maps.

We own

The Southwest half of the Southeast half of Farm Lot 32 of the Murrieta Portion of the Temecula Rancho, being 10 acres of land, more or less.

We own

That portion of Lot 32 in the Murrieta Portion of the Temecula Rancho, as shown by Map of the Temecula Land and Water Company on file in Book 8 Page 359 of Maps, San Diego County Records, by metes and bounds, beginning at a point in the center line of Washington Avenue, 10 chains Southeasterly from the intersection of the center lines of Washington Avenue and Fig Street, as shown on said Map; thence Southeasterly on said center line of Washington Avenue to the intersection of the center line of Washington Avenue with the Southeasterly line of said Lot 32; thence Southwesterly on the Southeasterly line of said Lot 32, 10 chains; thence Northwesterly parallel with said center line of Washington Avenue, 10 chains to the center of line of said Lot 32; thence Northeasterly parallel with the Southeasterly line of said Lot 32; to the point of beginning, containing 10 acres of land more or less, in square form; Excepting therefrom the Right of Way of the Atchison Topeka and Santa Fe Railway Company; also excepting therefrom a right of way for streets and avenue as shown on said Map.

13131

## EXHIBIT B

The land I own is in the Murrieta portion of the Temecula Rancho. Documentary evidence leads me to believe that the Temecula Rancho was one of those grants of land, the title to which was confirmed by the Treaty of Guadalupe Hidalgo, to be the same under American law as it was under Mexican law. It gives me the right to use my land "freely and exclusively" which I have done in the past and which I expect to do in the future.

I also understand that Louis Vigness, the last owner of the grant under Mexican law and first owner under United States law, applied for, and was granted, a patent to said grant in 1860 by President Buchanan of the United States.

As statutes and treaties rank in authority above the laws and constitution of any state, I therefore believe, that I have exclusive rights to use freely all percolating water and all water pertinent to my soil.

I rely on said treaty, and all matters of record, which I may later produce, including the statute that made the patent from the United States to Louis Vigness possible, as material evidence.

13132

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Fred G. Mays*

*Cassie C. Mays*

Defendants in propria persona

13133