Emmett E. Doherty
727 West 7th Street, R. 333
Los Angeles 17, California
MA 5-1371

Attorney for certain defendants

FILED

JUN 16 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF, CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs <br><br> FALLBROOK PUBLIC UTILITY DISTRICT, et al., <br><br> Defendants | CIVIL NO. 1247-SD-C <br><br> ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF CERTAIN NAMED DEFENDANTS |

INDEX

PAGE

The following named parties answer the Complaint and Supplementary and Amendatory Complaint on file herein:

1. NAN BOHLEN
2. HAROLD G. BROWN
3. LOLA I. BROWN
4. OLIVER B. CAMPBELL
5. ETTA B. CAMPBELL
6. DAVID F. CANTARANO
7. J. E. CARTIER
8. BEULAH CARTIER
9. ELMER E. EVERETT
10. FLORENCE DELOUGHERY
11. L. J. HAMILTON
12. LOUISE HAMILTON
13. E. E. HEACOCK

13173

```
 1       14. RUTH B. HEACOCK
 2       15. EDMUND G. HERRING
 3       16. LAURA M. HERRING
 4       17. MRS. GLADYS HUBBELL
 5       18. WALTER A. LEICHTFUSS
 6       19. HELENE LEICHTFUSS
 7       20. H. R. LICHWALD
 8       21. JAMES MINOR
 9       22. JESSIE FAYNE MINOR
10       23. HOWARD MOORE
11       24. PALM RANCH CO. (TONY LAPPOS)
12       25. HARRY A. PURSCHE
13       26. HELEN B. PURSCHE
14       27. LUTHER VAN WINKLE
15       28. IGNACIO VENEGAS
16       29. CARMELITA VENEGAS
17       30. HUGO WESTPHALEN
18       31. VERA B. WESTPHALEN
```

Answering the Complaint and Supplementary and Amendatory Complaint on file herein, the defendants and each of them allege:

I

That they deny each and every, all and singular, the material allegations set forth in the Complaint and Supplementary and Amendatory Complaint.

II

That defendants hereinabove named are owners of land situated in the Anza Valley which surrounds the unincorporated town of Anza, California.

III

This Answer is prepared and filed for the purpose of enabling each and every defendant hereinabove mentioned to make a personal appearance in this action and the material allegations of the Complaint and Supplementary and Amendatory Complaint are denied for the purpose of putting them in issue during

1 the trial of this cause.

2 The defendants will amend this Answer at a later date setting forth
3 specific denials and admissions together with the legal description of the real
4 estate owned by each of the said defendants.

5 It appears that the defendants have a good legal defense to all of the
6 material allegations set forth in the Complaint and Supplementary and Amendatory
7 Complaint.

*Emmett E. Doherty*
EMMETT E. DOHERTY
Attorney for above named defendants.

12 Dated: June 12, 1958.

George M. Pugel.
P.O. Box 622.
East Highlands, Calif.

June 14, 1958.

**FILED**

JUN 17 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

Mr. J. Lee Rankin, Solicitor General.
Room 332, 325 West " F " Street.
San Diego, California.

Dear Sir:

In answer to your " COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT " relating to No. 1247 - SD - C Summons, I wish to state definitely that I claim all existing Mineral wealth, Oil and Gas deposits and particularly all the water on and beneath my property which is: Section 2, Township 8 South, Range 1 West, County of Riverside, State of California.

Very truly yours,

George M. Pugel.

COPY RECEIVED

---

STATE OF CALIFORNIA,
County of **Riverside** } ss.

ON **this Day June fourteenth**, 19**58**, before me, the undersigned, a Notary Public in and for said County and State, personally appeared **George M. Pugel** _____, known to me, to be the person__ whose name__ **is** subscribed to the within Instrument, and acknowledged to me that **he** executed the same.
IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal.

_____
Notary Public in und for said County and State.
My Commission Expires October 7, 1961

ACKNOWLEDGMENT — GENERAL — WOLCOTTS FORM 233 — REV. 8-56

COPY RECEIVED

13176