```
                    IN THE UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF CALIFORNIA
                              SOUTHERN DIVISION
```

UNITED STATES OF AMERICA,  )
                Plaintiff,  )
    vs.  )   No. 1247-SD-C
FALLBROOK PUBLIC UTILITY DISTRICT  )
and those defendants listed on  )   ANSWER AND AFFIRMATIVE DEFENSE
Exhibit "A" which is attached to  )
the summons herein and made a part  )
of it by reference,  )
                Defendants.  )

FILED JUN 16 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. K_____
          DEPUTY CLERK

COME NOW Ernest Gregg and Emily C. Gregg, two of the above-named defendants and admit, deny and allege as follows:

I.

Admit the allegations contained in Paragraph I of the complaint and supplementary and amendatory complaint herein.

II.

Admit that Camp Joseph Pendleton located near Oceanside, California, the United States Naval Ammunition Depot, Fallbrook, California, and the United States Naval Hospital located at Camp Joseph H. Pendleton, situated in the counties of San Diego and Orange, State of California, are military establishments of the United States of America but defendants being without knowledge or information sufficient to form a belief as to the truth of the balance of the averments contained in paragraph II of the complaint and supplementary and amendatory complaint herein deny the same.

III.

Admit that the Santa Margarita River, which is known in its upper reaches as the Temecula, rises in the coastal range in the western extremities of Riverside County, State of California, and proceeds in a generally westerly direction where it crosses the boundary of Riverside County and enters San Diego County and that from that point it continues in a generally southwesterly direction across San Diego County, where it empties into the Pacific Ocean and that the Santa Margarita River in its course traverses approximately twenty-one

VAN DYKE, BELLENBACK
& McGOODWIN
ATTORNEYS AT LAW
110 E. SIXTH STREET
MEDFORD, OREGON

XED        13168

1. miles of the site of Camp Joseph H. Pendleton and the Naval Ammunition Depot
2. before it enters the ocean; that there are no users below Camp Joseph H.
3. Pendleton on that stream for the United States owns the lands the entire
4. distance from the point where the Santa Margarita River enters upon the sites
5. of the military establishments mentioned and the point where that river enters
6. the Pacific Ocean but being without knowledge or information sufficient to form
7. a belief as to the truth of the balance of the averments in paragraph IV of the
8. complaint and supplementary and amendatory complaint herein denies the same.

IV.

Admits that defendants have declared their adverse claims to diversions from the sub-surface waters of the Santa Margarita River watershed but being without knowledge or information sufficient to form a belief as to the truth of the balance of the averments contained in paragraph IX of the complaint and supplementary and amendatory complaint herein denies the same.

V.

The defendants being without knowledge or information sufficient to form a belief as to the truth of the following-identified averments, the defendants deny the same, to-wit: Paragraphs III, V, VI, VII and VIII of the complaint and supplementary and amendatory complaint as originally filed.

VI.

Admit and deny Count No. I, paragraph I of Count No. II, paragraph I of Count No. III, paragraph I of Count No. IV, paragraph I of Count No. V, paragraph I of Count No. VI, paragraph I of Count No. VII, paragraph I of Count No. VIII, paragraph I of Count No. IX, paragraph I of Count No. X, paragraph I of Count No. XI, paragraph I of Count No. XII, paragraph I of Count No. XIII, paragraph I of Count No. XIV, paragraph I of Count No. XV, paragraph I of Count No. XVI, paragraph I of Count No. XVII, paragraph I of Count No. XVIII, paragraph I of Count No. XIX, paragraph I of Count No. XX, paragraph I of Count No. XXI, un-numbered prologue paragraph to Count No. XXII, paragraph I of Count No. XXIII, paragraph I of Count No. XXIV and paragraph I of Count No. XXV of the supplement to the complaint and supplementary and amendatory complaint by reference to paragraphs I through V of this Answer admitting and denying said enumerated

VAN DYKE, DELLENBACK
& McGODDWIN
ATTORNEYS AT LAW
110 E. SIXTH STREET
MEDFORD, OREGON

13169

1  paragraphs as was done hereinabove directly to the enumerated paragraphs of the
2  referred-to portions of the complaint.

### VII.

4  Admit that defendants assert adverse claims to the rights to the use of
5  the water referred to in the complaint and supplementary and amendatory complaint
6  herein and that defendants exercise and are presently exercising rights to the
7  use of the water referred to therein but, being without knowledge or information
8  sufficient to form a belief as to the truth of the balance of the averments
9  contained in paragraph II of Count No. XXV of the Complaint and supplementary
10 and amendatory complaint herein, deny the same.

### VIII.

12 Being without knowledge or information sufficient to form a belief
13 as to the truth of the averments therein contained the defendants deny the
14 averments contained in the following-enumerated portions of the complaint and
15 supplementary and amendatory complaint filed herein, to-wit: Paragraphs II and
16 III of Count II, paragraphs II, III, IV, and V of Count III, paragraphs II, III,
17 IV and V of Count IV, paragraphs II, III, IV, V, VI and VII of Count V,
18 paragraphs II, III, IV and V of Count VI, paragraphs II and III of Count VII,
19 paragraphs II, III and IV of Count VIII, paragraphs II, III and IV of Count IX,
20 paragraphs II, III, IV and V of Count X, paragraphs II of Count XI, paragraphs
21 II, III, IV, V, VI, VII, VIII and IX of Count XII, paragraphs II, III, IV and V
22 and VI of Count XIII, paragraphs II of Count XIV, paragraphs II, III, IV, V and
23 VI of Count XV, paragraphs II, III, IV and V of Count XVI, paragraphs II, III,
24 IV, V and VI of Count XVII, paragraphs II, III, IV, V and VI of Count XVIII,
25 paragraphs II, III, IV and V of Count XIX, paragraphs II of Count XX, paragraphs
26 II and III of Count XXI, paragraphs I, II and III of Count XXII, paragraphs II
27 and III of Count XXIII, paragraph II of Count XXIV.

28 AND for their affirmative defense herein defendants allege as follows:

### I.

30 Defendants are husband and wife and are the former owners and present
31 mortgagees of the South half of Section 14, Township 7 Range 1 West of the San
32 Bernardino Basic Meridian, the title to which real property is held in the name

VAN DYKE, DELLENBACK
& McGOODWIN
ATTORNEYS AT LAW
110 E. SIXTH STREET
MEDFORD, OREGON

13170

of Richard L. and Ellen Milholland, husband and wife.

II.

Defendants have secured and do now have and enjoy, in connection with the real property described in paragraph I of this affirmative defense a sub-surface water pumping right for domestic and irrigation uses in connection with the said real property described in paragraph I of this affirmative defense.

III.

Defendants claim this right, as described in this affirmative defense, against the United States of America insofar as the said plaintiff claims said right as set forth in its original complaint and its supplementary and amendatory complaint herein.

WHEREFORE defendants pray:

1. That the rights of defendants to the sub-surface water heretofore and now being pumped upon the real property mortgaged to defendants, as set forth in their affirmative defense herein, be determined, declared and adjudged to be prior and paramount to the rights of plaintiff, if any, thereto;

2. That the demands of the plaintiff herein, insofar as they infringe upon the rights claimed by defendants herein, be denied;

3. That the court grant to the defendants such further and additional relief as may be deemed to be proper in the premises.

*Ernest Gregg*

*Emily C. Gregg*

Whose residence address is:

811 So. "C" St.
Eagle Point, Oregon

Dated: June 10, 1958

VAN DYKE, DELLENBACK
& McGOODWIN
ATTORNEYS AT LAW
110 E. SIXTH STREET
MEDFORD, OREGON

13171

```
                IN THE UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF CALIFORNIA
                         SOUTHERN DIVISION
```

UNITED STATES OF AMERICA, )
                    Plaintiff, )
          vs. ) No. 1247-SD-C

FALLBROOK PUBLIC UTILITY DISTRICT )
and those defendants listed on ) AFFIDAVIT OF SERVICE BY MAIL
Exhibit "A" which is attached to )
the summons herein and made a part )
of it by reference, )
                 Defendants. )

STATE OF OREGON  )
                ) ss.
COUNTY OF JACKSON )

      I, Ernest Gregg, being first duly sworn, on oath depose and say:

      I am employed at Elk Lumber Co. in Jackson County, Oregon, and I am, and was at the time of the service herein referred to, a citizen of the United States and a resident in the County where the mailing herein referred to occurred; I am over the age of twenty-one (21) and am a party to within-entitled action;

      J. Lee Rankin is the attorney of record for plaintiff herein and his regular office address and the address given by him on a document filed by him in this cause and served on defendant is Room 332, 325 West "F" Street, San Diego, California;

      On the 11th day of June, 1958, I served an Answer and Affirmative Defense, a true copy of which, certified to as such by me is attached to this affidavit and marked Exhibit "A" and the originals of which said documents are filed in the within-entitled action. Said service was made on said J. Lee Rankin by depositing a true copy of said Answer and Affirmative Defense and such true copies as described herein in the United States Post Office at Medford, Oregon, on said date properly enclosed in a sealed envelope and addressed to said J. Lee Rankin at said above address, with postage fully prepaid, and there is a regular communication by mail between the place of mailing and the place so addressed.

                                                    /s/ Ernest Gregg

Subscribed and sworn to before me this 11th day of June, 1958.

/s/ June Bodwin
Notary Public for Oregon
My commission expires: April 10, 1959

13172

VAN DYKE, DELLENBACK
& McGODWIN
ATTORNEYS AT LAW
110 E. SIXTH STREET
MEDFORD, OREGON