FILED
JUN 16 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

1  K. V. BENNIS and NINA B. BENNIS
   Defendants in propria persona
2  Box 95
   Temecula, California
3
4            IN THE UNITED STATES DISTRICT COURT
5              SOUTHERN DISTRICT OF CALIFORNIA
6                     SOUTHERN DIVISION
7
8  UNITED STATES OF AMERICA,       )
                                   ) CIVIL NO. 1247- SD - C
         Plaintiff,                )
9                                  ) ANSWER OF DEFENDANTS
       v.                          )
10                                 )
   FALLBROOK PUBLIC UTILITY        ) K. V. BENNIS and
11 DISTRICT, ET AL,                ) NINA B. BENNIS
                                   )
12       Defendants.               )

13       The defendants, K. V. BENNIS and NINA B. BENNIS
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT
18
19       These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.
26               AFFIRMATIVE STATEMENT OF RIGHTS
27       These defendants own   *    acres of land in Riverside
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32  COPY RECEIVED    INDEXED

13164

Legal Description

Northwest 85 feet of Southeast 115 feet of Lots Nine, Ten and Eleven (9-10-11) in Block 26 of the Townsite of Temecula, County of Riverside, State of California, as shown by map on file in Book 15, page 726 of Maps, San Diego County Records.

We claim our water rights are paramount to all other rights or claims of right of Plaintiff in and to said water. We claim all water under our land for the beneficial use thereon.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Karl V. Bennis

Nina B. Bennis

Defendants in propria persona

Dated:

13165