ANTONIO N. REYES and IDA P. REYES, husband and wife as joint tenants
Defendants in propria persona
2854 South Fullerton Road
La Habra, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FILED
JUN 16 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>　　　　Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>ANTONIO N. REYES and<br>IDA P. REYES |

The defendants, ANTONIO N. REYES and IDA P. REYES each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

　　　ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
　　　　　　　AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

　　　　　　　AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 160 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED　　　INDEXED

13160

Exhibit A

1  The County of Riverside, State of California
2  described as follows:
3  An undivided one-half interest in the
4  following described property:
5  The northwest quarter (NW¼) of section eight (8)
6  in Township Seven (7) South, Range Two (2)
7  West, San Bernardino Base and Meridian
8  Subject to conditions, restrictions and rights
9  of way that may be of record.

11  We claim our water rights are
12  paramount to all other rights or claims
13  of right of Plaintiff in and to said water.
14  We claim all water under our land
15  for the beneficial use thereon.

18     WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

26     x  Antonio N. Reyes
28     x  Ida P. Reyes
               Defendants in propria persona

32  x Dated: June 14/58

                                    13161