L. Nelson Bender and Edith B. Bender
Defendants in propria persona
807 E. Alvarado St.
Fallbrook, Calif.

FILED
JUN 16 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
)
Plaintiff,
)
v.
)   CIVIL NO. 1247 - SD - C
)   ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY
)   L. Nelson Bender
DISTRICT, ET AL,
)   and
)   Edith B. Bender
Defendants,
)

The defendants, L. Nelson Bender and Edith B. Bender, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 3/4 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

13158

The North 32.90 ft. of West 143.90 ft. of Lot 6, Shipley Tract of West Fallbrook, according to Map No. 132, filed in the office of the County Recorder of San Diego, Aug. 22, 1887.

II

Defendants claim all the rights of overlying landowners and to water which may originate or cross their lands.

Defendants claim the right to drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendants claim all riparian rights appurtenant tho the above described property.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

L. Nelson Bender

Edith B Bender

Defendants in propria persona

"Exhibit A"

Dated: June 12, 1958.

13159