Nicola MOSCONA
Defendants in propria persona
145 west 55th st.
New York City N.Y.

FILED
JUN 16 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ McKusky
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )   CIVIL NO. 1247 - SD - C
               Plaintiff,  )   ANSWER OF DEFENDANTS
        v.                 )   Answer to Complain and
FALLBROOK PUBLIC UTILITY   )   Supplementary and Amentary
DISTRICT, ET AL,           )   Complain of
               Defendants, )   Nicola Moscona

The defendants, Nicola Moscona
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own $15\frac{1}{2}$ acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED    INDEXED

13155

1  I own 15½ acres of land partialy
2  covered with brush. My land is
3  considered class B. Coltivable acrege
4  is aproximately 10 acres, wich is good
5  for apple or peach orchard wich I
6  consider of planting in the future.
7  Presantly I have a renning Spring
8  Producing 250 Gallons of watter at
9  24 hours period. I need 4 acre feet
10 per acre watter and want to drill
11 a well with the nessasary amount
12 of watter to sustain and irrigate
13 of the above stated amount of
14 acrege as well as my domestic needs.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Nicola Mascuria*
Defendants in propria persona

Dated:

13156

# Exhibit A.

All that portion of South-half of Southeast Quarter of Section 23, Township 7 South, Range 3 East San Bernardino Base and Meridian as shown by United States Government Survey, Particularly described as follows:

Beginning at the Southeast corner of Said Section 23; Thence Westerly along the South line of said Section, 975 feet

Thence North parallel with the East line of said Section, 700 feet

Thence East parallel with the South line of said Section, 975 feet to East line of said Section 23;

Thence South along the East line of said Section 23. 700 feet to point of beginning.

13157