FILED
JUN 16 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By [signature] DEPUTY CLERK

Murray M. Marcus and Violet M. Marcus
Defendants in propria persona
19239 1/2 Ventura Blvd.
Tarzana, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS Murray M. Marcus and Violet M. Marcus

The defendants Murray M. Marcus and Violet M. Marcus each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 20 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

13154

COPY RECEIVED INDEXED

This land is riparian land, approximately twenty (20) acres, none of which is tillable.

Defendants have pumped water from the Santa Margarita Creek for domestic use only.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forthm be quited as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

II.

Defendants may at a later time drill a well and we wish at this time to reserve the right to do so for domestic water only , since at certain times of the year the creek sometimes dries up completely from the big ranches upstream from us using the water for irrigating and we have no water for domestic use until after it rains, sometimes several months we have to haul our water for eating, washing and drinking.

**WHEREFORE**, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Murray J. Marcus

Violet M. Marcus

Defendants in propria persona

Dated: June 12th, 1958

13154A

"Exhibit A"

The Southwest quarter of Government Lot 3 and the South half of the Northwest quarter of Government Lot 3, Section 19, Township 8 South, Range 1 East, San Bernardino Base and Meridian.

Also that portion of the Northwest quarter of the Northwest quarter of said Government Lot 3 which lies Southwesterly of a line described as follows:

Beginning at a point on the Westerly line of said Government Lot 3, 30 feet South of the Northwest corner thereof, thence Southeasterly to a point on the Southerly line of said Government Lot 3, 370.92 feet Westerly from the Southeast corner of said Government Lot 3.

Recorded Riverside County Book 1863 Page 236

13154B