FILED
JUN 16 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

LOUIS BAGGENSTOS, a single nam
Defendants in propria persona
P. O. Box 933
Murrieta, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
      Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
      Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
LOUIS BAGGENSTOS

The defendants, LOUIS BAGGENSTOS each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own _____ acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED     INDEXED

13152

In the County of Riverside, State of California:

That portion of Lot 12 of the lands of the Temecula Land and Water Company, as shown by map on file in Book 8 page 359 of Maps in the office of the County Recorder of the County of San Diego, by metes and bounds: Commencing at the intersection of the center lines of Ivy Street and Washington Avenue; thence Northwesterly on the center line of Washington Avenue, 220 feet; thence Northeasterly parallel with the Northwesterly line of Ivy Street, 340 feet to the true point of beginning; thence Northerly parallel with Washington Avenue, 100 feet, more or less, to the Southeasterly line of C. L. Morrill's Addition as shown by map on file in Book 2 page 129 of Maps, in the office of the County Recorder of the County of San Diego; thence Northeasterly on said Easterly line of said Morrill's Addition, 50 feet; thence at right angles Southerly 100 feet; thence at right angkxsxSxxthexkyxk00xf angles Westerly 50 feet to the point of beginning.

NOTE: It is assumed in issuing this Policy of Title Insurance that the real property herein described does not overlap on any of the property shown on Map of C. L. Morrill's Addition to Murrieta on file on Book 2 page 129 of Maps in the office of the County Recorder of the County of San Diego.

I claim my water rights are paramount to all other rights or claims of right of Plaintiff in and to said water1 I NX claim all water rights under my land for the beneficial use thereupon.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

X *Louis Boggenston*

Defendants in propria persona

Dated: June 12 1958

13153