Paul N. Flores and Mary B. Flores

Defendants in propria persona
P.O. Box 147 Temecula, California

FILED
JUN 16 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M?Kee?ley
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

Paul N. Flores & Mary B. Flores

The defendants Paul N. Flores and Mary B. Flores each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own No acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

13151

COPY RECEIVED     INDEXED

We own Lots 7 & 8 in Block 20 Temecula, Riverside Co., Calif. Lots Size:- 25ft x 150ft each.

We ask the right to use the same amount of water from our well as we have up until the present time, for domestic use, to irrigate a 50ft x 50ft vegetable garden, and fruit trees, lawn and shrubs 20 ft x 50 ft, also the right to dig well deeper, if necessary, or to dig a new well.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Mary B. Flores

Paul N Flores

Defendants in propria persona

Dated: June 12, 1958

13151A

EXHIBIT A.

LOTS 7 & 8 IN BLOCK TWENTY, TOWN OF TEMECULA CALIFORNIA
RIVERSIDE COUNTY.

13151B