P.O. Box 83
Elsinore, Calif

FINNIS E. BARNES

THERESA MARIE BARNES

Defendants in propria persona

FILED
JUN 16 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ illegible
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | FINNIS E. BARNES |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | & |
| Defendants, | THERESA MARIE BARNES |

The defendants, Finnis E. Barnes and Theresa Marie Barnes, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

The defendants, Finnis E. Barnes and Theresa Marie Barnes, claim the exclusive right to use their land and water rights freely in the future as they have in the past, under the provisions set forth in the grant known as the Temecula Rancho, under the Treaty of Guadalupe Hidalgo between the United States and Mexico.

In addition, the defendants have exercised full and exclusive use of the sub-surface waters of their said property.

The plaintiffs have not acquired prescriptive rights to said sub-surface waters for the following reasons:

a. The defendants received no notice of open, notorious, adverse and exclusive use of said sub-surface waters by the plaintiffs.

b. The plaintiffs did not conduct an open, notorious, adverse or exclusive use of said sub-surface waters. All of said defendants waters on property described by Exhibit A, attached hereto, are sub-surface. No surface waters flow across or near the defendants property.

13149

COPY RECEIVED        INDEXED

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1½ acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Finnis E. Barnes*
FINNIS E. BARNES

*Theresa Marie Barnes*
THERESA MARIE BARNES

1 Incl.
Exhibit A -
Property Description

Dated: 28 May 1958

Defendants in propria persona

Subscribed and sworn to before me this
13 day of June, 1958
Thomas R. Marron Notary Public
in and for the County of Riverside, State of California.
My Commission Expires 10/13/58

Lots One (1) to Five (5) inclusive and Lots Sixteen (16) to Twenty (20) inclusive in Block Six (6) of Murrieta as shown by Map on file in Book 8, page 359 of Maps, records of San Diego County, California.

13150