```
                                                    FILED
  KENNETH W. YOUNG and JULIA M. YOUNG
  Defendants in propria persona                    JUN 16 1958
  BOX 2
  Winchester, Calif.                         CLERK, U.S. DISTRICT COURT
                                            SOUTHERN DISTRICT OF CALIFORNIA
                                            By  [signature]
                                                        DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247- SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | KENNETH W. YOUNG and JULIA M. YOUNG |
| Defendants. | |

The defendants, KENNETH W. YOUNG and JULIA M. YOUNG each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own approximately 608.91 acres of land in Riverside County, California, and approximately two-thirds of which is within the watershed of the Santa Margarita River, the said 608.91 acres being more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.   INDEXED

COPY RECEIVED

13146

EXHIBIT A

That certain land in Riverside County California described as follows.

The South half of Southwest Quarter of Section 34, in township 5 South Range 2 West San Bernardino Base and Meridian, excepting therefrom that Portion thereof conveyed to the county of Riverside by Deeds for C.C. Barlett dated Nov. 4, 1929 and recorded records Pange 441, Book 722.

The South West Quarter of Southeast Quarter of Section 34. Township 5 South Range 2 West, San Bernardino Base and Meridian.

The South Half of Fractional Section 35 also know as government lots (1) to (8) incl. Consisting of Three hundred twenty nine and 52/100 (329.52) acres more or less, all as shown by U.S. Gov. Survey on Township 5 South Range two (2) West of the San Bernardino Base Meridian.

Lot (1) and (2) in Section 2 Township 6 South Range 2 West San Bernardino Base and Meridian.

The Southwest Quarter of the Northeast Quarter, and the Southeast Quarter o f the Northwest Quarter of Section 2, Township 6 South, Range 2 West, San Bernardino Base and Meridian, as shown by the United States Gov. Survey. Excepting therefrom as easement in favor of the public over any portion thereof included in public highways.

Comprising approximately 440 acres.

Of this, approximate 440 acres of said land which lies within the watershed, 225 thereof are tillable and capable of raising all crops common to the general community. There are two wells on that portion of the land within the watershed which, until the year 1956, were producing wells and which, defendants believe if deepened would resume production. There are percolating waters underlying said land in sufficient quantity to permit full and proper development and irrigation of all of said tillable, land plus a sufficient supply for domestic use and reasonable supply for livestock, poultry and rabbits.

## II

Defendants claim the right to deepen and improve the two wells now located on the property, plus the right to dig such additional wells as may be necessary to develop sources of water sufficient to supply 4.2 acres per acre per year on all of the tillable land owned by them within the watershed, plus such amount as is reasonable for domestic use and the proper care of livestock, poultry and rabbits.

## III

The Right to Control and use Surface Water thru Dams, Dikes and Countour Levees thru the best practices of Soil Conservation.

## IV

17A  The Development and Beneficial use of Water for Mining.

17B  The Development and Beneficial use of Water for Recreation Activity.

17C  The Development and Beneficial use of Water for Manufacturing and Industry Large or Small

*Kenneth W. Young*
*Julia M. Young*
Defendants in propria persona

Dated: 6/12/58

13148