CARTER
6-17-58

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                              No. _____1247-SD-C_____Civil

vs.                                 MINUTES OF THE COURT

FALLBROOK, etc., et al              DATE: ____JUNE 17,1958____

                                    AT:  San Diego, California

PRESENT: Hon._____JAMES M. CARTER_____, District Judge;
                                    MALCOLM LOVE AND
        Deputy Clerk:WILLIAM W. LUDDY   Reporter: JOHN SWADER

        Counsel for Plaintiff: WILLIAM VEEDER, WILLIAM BURBY, LT. DAVID MILLER
LT. COL. BOWEN, AND LT. COL. ROBERTSON.

        Counsel for Defendants:FRANZ,SACHSE, ADOLPHUS MOSKOVITZ, W. B. DENNIS,
CLAYTON L. HOWLAND, GEORGE GROVER, AND ROBERT McGINNIS

PROCEEDINGS: FURTHER HEARING: (1)Motion U.S.A. respecting hearing on various
motions noticed for 6-16-58.
    (2) Motion Fallbrook to Dismiss, to Strike.
    (3)To determine objections of Deft. Fallbrook to Interrogs of the U. S. A.
    (4) Motion State of California to Dismiss
    (5) Motion U. S. A. for Summary Judgment
    (6) Motion Fallbrook for ord requiring production of Dmamamkmkm Documents.
    (7)(a) Motion Deft. Fallbrook for ord compelling Pltf to Answer under oath
            defts. interrogs.served  5-5-58
       (b)  Motion Fallbrook for ord directing Pltf to furnish more complete
            answer to interrogs. 1 thru 8
       (c)  Motion Fallbrook for ord directing Pltf to Answer Interrogs 10, 11a,
            11c, 12d, 12 i, and 14.
    (8) Motion Defts. Katharine Gibbon and William Cottle to Dismiss
    (9) Motion Defts. Halde to Dismiss
   (10)  Motion deft Fallbrook respecting hearings on 6-16-58
   (11) COURT TRIAL

            At 10:10 convene herein.
            Attorney Veeder argues further in support of Governments motion
for Summary Judgment.
            At 11 A.M. recess, and at 11:27 reconvene.
            Attorney Veeder argues further.
            Attorney Sachse argues in xopposition to said motion.
            At 12:00, noon, recess to 2 P.M. and at 2 P.M. reconvene
            Attorney Sachse argues further in opposition of motion of U. S.A.
for Summary Jugment.
            Attorney Moskovitz makes statemtn in opposition of said motion.
            Attorney Grover makes statement in opposition to said motion.
            At 3:10 P.M. recess, and at 3:25 reconvene.
            Attorney Veeder argues further in support of motion.
            Attorney Stahlman, and Attorney Grover each make statements.
            IT IS ORDERED that Attorney Grover file a written documemt on
concrete suggestions for the trial herein within 10 days.
            At 4:30 P.M. recess is declared to June 18, 1958, at 10 A.M.
for further hearing.

                                                              3872

                        JOHN A. CHILDRESS, Clerk
                        By _____, Deputy