```
                IN THE UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

                          SOUTHERN DIVISION
```

**FILED**
JUN 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA,  )
                           )
       Plaintiff,          )   No. 1247-SD-C
                           )
   v.                      )   AFFIDAVIT OF SERVICE BY MAIL
                           )
FALLBROOK PUBLIC UTILITY DISTRICT,  )
et al.,                    )
                           )
       Defendants.         )

STATE OF CALIFORNIA  )
                     )  ss.
COUNTY OF SAN DIEGO  )

        CALVIN J. CRUZ, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

        That, in the above entitled action, on June 11, 1958, he deposited in the United States mail at Oceanside, California, in envelopes bearing the requisite postage, at which places there is a delivery service by United States mails from said post offices, a copy of

    MOTION RESPECTING HEARING ON JUNE 16, 1958, MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, and STATEMENT OF RIGHTS TO THE USE OF WATER CLAIMED AND EXERCISED BY THE UNITED STATES OF AMERICA,

addressed to the last known addresses of the persons listed on Exhibit A, attached hereto and made a part hereof.

                                            _____

Subscribed and sworn to before me this 13 day of June, 1958.

_____
Notary Public in and for said
County and State
(SEAL)

My Commission Expires 2/28/1962

3868

1. Allard, Bromberger, Shelton & O'Connor, 313 First National Building, Pomona, California

2. Florence A. Anderson, 918 C C Chapman Building, 756 South Broadway, Los Angeles, California

3. Anderson & Anderson, 817 Hollingsworth Bldg., 606 South Hill St. Los Angeles 14,

4. Ashton, Drohan and Marchetti, 3345 Newport Blvd., Newport Beach, California
   Attention Henry Ashton

5. Office of the Attorney General, Library and Courts Bldg., Sacramento, California
   Attention: Adolphus Moskovits, Deputy Attorney General

6. Bauder, Gilbert, Thompson & Kelly, Suite 939, Rowan Bldg. 458 So. Spring St., Los Angeles 13, California

7. Best, Best & Krieger, Evans Building, Riverside, California

8. A. A. Bianchi, 901 Kohl Building, 400 Montgomery Street, San Francisco, Calif.

9. Thomas J. Burke, 504 Granger Building, San Diego 1, California

10. Busch & Maroney, 367 No. 2nd Ave. Upland, California

11. Bert Bussini, 2233 Fulton Street, Berkeley 4, California

12. Cannon & Callister, 650 South Spring St. Los Angeles 14, California

13. Mabel Clausen, 320 First Trust Building, Pasadena, California

14. Clayson, Stark & Rothrock, Security Bank Building, Corona, California
    Attention: George G. Grover & Owen Strange

15. Howard E. Crandall, 127 W. Anaheim Boulevard, Wilmington, California

16. William J. Cusack, Room 814, Merritt Building, 307 West 8th Street, Los Angeles, California

17. Charles B. DeLong, 507 Harbor Insurance Building, San Diego 1, California

18. W. B. Dennis, 365 Broadway, Vista, California

19. Leonard J. Difani, 220 Loring Building, Riverside, California

20. Emmett E. Doherty, General Petroleum Building, 612 Flower Street, Los Angeles, California

21. J. A. Donnelley & Richard P. MacNulty, 2655 4th Avenue, San Diego, California

22. Devor & Dorfman, 924 Van Nuys Building, Los Angeles 14, California

23. Lawrence E. Drumm, 458 South Spring Street, Suite 820, Los Angeles 14, Calif.

24. Ray C. Eberhard, Room 1231, Bartlett Bldg., 215 West 7th St. Los Angeles 14, Cal.

25. Estudillo & Bucciarelli, 3900 Market Street, Riverside, California

26. Oliver P. Ensley, Hemet, California

27. Fendler, Weber & Lerner 333 So. Beverly Drive, Beverly Hills, California

28. Daniel W. Gage, 740 Rowan Bldg. 458 So. Spring Street, Los Angeles 13, Calif.

29. Garver & Garver, Attorneys at Law, Camas, Washington

-1-   EXHIBIT A

3809

Arthur M. Gediman, 119 So. Main Street, Elsinore, California

1   Leo Goodman, 629 So. Hill Street, Los Angeles 14, California

2   Gold & Gold, Suite 304, Bay Cities Building, Santa Monica, California

3   Abraham Gottfried, 424 So. Beverly Drive, Beverly Hills, California

4   Frank E. Gray, 202 So. Hamilton Drive, Beverly Hills, California

5   Samuel A. Greenburg, 1014 West Valley Boulevard, Alhambra, California

6   Alvin G. Greenwald, Suite 303, 6505 Wilshire Blvd., Los Angeles 40, California

7   Hahn, Ross & Saunders, Suite 611, 608 So. Hill St., Los Angeles 14, California

8   Crider, Tilson & Ruppe, 548 So. Spring Street, Los Angeles 13, California

9   Frank S. Hamburger, 1031 Mills Tower, San Francisco, California

10   Halverson & Halverson, Suite 611, 704 So. Spring St., Los Angeles 14, California

11   Leslie B. Hanson, 4412 York Boulevard, Los Angeles, California

12   Hash & Bernstein, 31 So. First Avenue, Phoenix, Arizona

13   J. U. Hemmi, 220 No. Nevada Street, Oceanside, California

14   Office of San Diego County District Attorney, 302 Civic Center, San Diego 1, California; Attention: Robert G. Berrey, Deputy District Attorney

16   Howland & Prindle, 639 So. Spring Street, Los Angeles 14, California

17   G. Norman Kennedy, 415 Security Bldg., 234 E. Colorado St., Pasadena, California

18   James H. Kindel, Jr., Suite 405, Rowan Bldg., Los Angeles 13, California

19   Courtney Lacey, 408 E. Florida Avenue, Hemet, California

20   Launer, Chaffee & Launer, Bank of America Building, Fullerton, California

21   Walter Gould Lincoln, Suite 1113, 742 So. Hill St., Los Angeles 14, California

22   Lindley, Lazar & Scales, 825 Bank of America Building, San Diego 1, California

23   Luce, Forward, Kunsel & Scripps, 1220 San Diego Trust & Savings Bldg., San Diego 1, California

24   Office of Riverside County Counsel, County Court House, Riverside, California Attention: Wilburn J. Murry, Deputy, & James H. Angell, Deputy

26   William H. Macomber, 1114 San Diego Trust & Savings Bldg., San Diego 1, California

27   Earl Malmrose, 651 Bendix Bldg., 1206 Maple Avenue, Los Angeles 15, California

28   Richard M. Marsh, 54-262 Jackson Street, Indio, California

29   Henry M. Moffatt, 121 E. 6th Street, Los Angeles 14, California

30   O'Melveny & Myers & George Stahlman, 433 So. Spring St., Los Angeles 13, California

-2-

Exhibit A

3870

1. Neblett, Walker & Sullivan, 3742 10th Street, Riverside, California
   Attention: John Neblett
2. A. J. O'Conner, 639 So. Spring Street, Los Angeles 14, California
3. George M. Pierson, 816 Continental Bldg. Los Angeles 13, California
4. Richardson & Henderson, 174 No. Palm Canyon Drive, Palm Springs, Calif.
5. Sachse & Price, 1092 So. Main Street, Fallbrook, California
6. Sarau, Adams, Neblett & Sarau, Suite 308, Lewis Building, 3972 Main St. Riverside, California
7. Gary W. Sawtelle, Suite 612, 621 Wo. Spring St., Los Angeles 14, California
8. Shatford & Shatford, 5920 Temple City Blvd., Temple City, California
9. Skeen, J. D., Attorney at Law, 802 Utah Oil Bldg., Salt Lake City, Utah
10. Slaughter, Schlesinger & Schlecht, 250 E. Palm Canyon Drive, Palm Springs, Calif.
11. George Stahlman, Rt. 1, Box 235, Fallbrook, California
12. W. E. Starke, 1130 Bank of America Bldg., San Diego 1, California
13. Hugo A. Steinmyer & Winfield Jones, 650 So. Spring St., Los Angeles 14, Calif.
14. Swanwick, Donnelly & Proudfit, Suite 912, California Bank Bldg., 620 So. Spring Street, Los Angeles 14, California
15. Swing & Swing, 313 Central Building, San Bernardino, California
16. Swing, Scharnikow & Staniforth, Suite 604, 530 Broadway, San Diego 1, California
    Attention: Phil D. Swing
17. Tanner, Thorton & Myers, 215 West 7th Street, Los Angeles 14, California
18. Teschke, Rowe & Cramer, 359 No. Cannon Drive, Beverly Hills, California
19. Thompson & Colegate, 405 Citizens Bank Bldg., Riverside, California
20. Trihey & Mirich, 565 West 5th Street, San Pedro, California
21. Cornelius T. Waldo, 10742 Nassau Ave., Sunland, California
22. Robert W. Walker, Henry M. Moffatt, Robert S. Curtiss, 448 Santa Fe Bldg., Los Angeles 14, California
23. G. V. Weikert, 918 Oviatt Bldg., Los Angeles 14, California
24. P. W. Willett, P. O. Box 103, Fallbrook, California
25. Dennett Withington, 1317 E. St., San Bernardino, California
26. Snyder & Snyder, 215 South La Cienega Blvd., Beverly Hills, California
27. Thomas P. Menzies, 803 Rowan Bldg., 458 So. Spring St. Los Angeles 13, California
28. Bates, Booth, & Gray, Binkley & Pfaelzer, 458 So. Spring Street, Los Angeles 13, California

-3-

EXHIBIT A    3871