```
                    IN THE UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF CALIFORNIA
                              SOUTHERN DIVISION
```

**FILED JUN 17 1958**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. Kungling, DEPUTY CLERK

UNITED STATES OF AMERICA, )
          Plaintiff, ) No. 1247-SD-C
   v. ) AFFIDAVIT OF SERVICE BY MAIL
FALLBROOK PUBLIC UTILITY DISTRICT, )
et al., )
          Defendants. )

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF SAN DIEGO )

      CALVIN J. CRUZ, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

      That, in the above entitled action, on June 11, 1958, he deposited in the United States mail at Oceanside, California, in envelopes bearing the requisite postage, at which places there is a delivery service by United States mails from said post offices, a copy of

ANSWERS TO AMERICAN TRUST COMPANY INTERROGATORIES, addressed to Theodore R. Meyer, Richard Haas, Brobeck, Phleger & Harrison, 111 Sutter Street, San Francisco 4, California;

REPLY TO REQUEST FOR ADMISSIONS OF VERNON JAMES ROWLEY, II, AND MARGARET HELEN ROWLEY, REPLY TO REQUEST FOR ADMISSIONS OF FRANZ R. SACHSE AND ROWENA SACHSE, REPLY TO REQUEST FOR ADMISSIONS OF WILLIAM A. GOODCHAP AND ROBERTA L. GOODCHAP, addressed to Sachse & Price, 1092 South Main Street, Fallbrook, California.

                                                 Calvin J. Cruz

Subscribed and sworn to before me this 13 day of June, 1958

Laura Karr
Notary Public in and for said County and State
(SEAL)
My Commission Expires 2/28/196_

3866