J. LEE RANKIN,
Solicitor General
Department of Justice
Washington, D. C.

Attorney for United States
of America

**FILED**

JUN 17 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
              Plaintiff,  )   No. 1247-SD-C
     v.                   )
                          )   RESPONSE OF THE UNITED STATES OF
                          )   AMERICA TO MOTION TO DISMISS OF
                          )   DEFENDANTS CARL N. HALDE AND
FALLBROOK PUBLIC UTILITY DISTRICT, )   HESTER M. HALDE
et al.,                   )
              Defendants. )

    Comes now the United States of America in responding to this motion to dismiss, refers to the fact that identically the same issues are involved as in the motions of Katherine C. Gibbon and William W. Cottle. Accordingly, the response to the Katherine C. Gibbon and William W. Cottle motion is incorporated into this response by reference and made a part of it.

                                             UNITED STATES OF AMERICA,

                                             J. LEE RANKIN, Solicitor General

                                             WILLIAM H. VEEDER
                                             Attorney, Department of Justice

Dated: June 17, 1958.

                                             WILLIAM E. BURBY
                                             Attorney, Department of Justice

3867