HIGGS, FLETCHER & MACK
Attorneys at Law
2250 Third Avenue
San Diego 1, California
BE 4-6501

F I L E D
JUN 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )   No. 1247-SD-C
                    Plaintiff,      )   ANSWER TO COMPLAINT AND
        vs.                         )   SUPPLEMENTARY AND AMENDATORY
                                    )   COMPLAINT
FALLBROOK PUBLIC UTILITY            )
DISTRICT, et al.,                   )
                    Defendants.     )

   Comes now the defendants RUTH E. RAYNOR (formerly Ruth E. Barber) and WILLIAM BARBER, and severing themselves from their co-defendants file this their Answer to the Complaint and Supplementary and Amendatory Complaint in the above entitled action, and admit, deny and allege as follows:

I

   Deny generally and specifically the allegations of Paragraphs I through IX of the complaint.

II

   Answering the allegations of the Supplementary and Amendatory Complaint, deny generally and specifically the allegations therein contained.

III

   These answering defendants have not ascertained the full nature and extent of the water rights affecting the real property

-1-

13180

COPY RECEIVED

1  hereinafter described owned by these answering defendants and ask
2  leave to amend this answer when same have been ascertained.
3     The real property referred to is described as follows: That
4  portion of the East One-Half of Government Lot 12, Section 8,
5  Township 7 South, Range 3 East, S.B.M. and shown as Parcels 1,
6  2, 3, 9, 11, 12, 13, 15, 16, 17, 18, 14 and 19, on Record of
7  Survey entitled "Record of Survey of a portion of Government
8  Lot 12, Section 8, Township 7 South, Range 3 East, S.B.M." on
9  file in Book 26, page 99, Riverside County Records.
10     WHEREFORE, defendants pray that plaintiff take nothing by its
11  complaint against these defendants.
12     Dated June 16, 1958.

                             HIGGS, FLETCHER & MACK

                             By [signature]
                             Attorneys for said
                             Defendants

RECEIVED COPY OF WITHIN
this 17 day of June 1958
W.H. Vardes, by [initials]
Attorneys for:

-2-

13181