HIGGS, FLETCHER & MACK
2250 Third Avenue
San Diego 1, California
BE 4-6501

FILED
JUN 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>              Defendants. | No. 1247-SD-C<br><br>ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT |

   Come now the defendants CHARLES W. HALL and MYRTLE M. HALL, and severing themselves from their co-defendants file this their Answer to the Complaint and Supplementary and Amendatory Complaint in the above entitled action, and admit, deny and allege as follows:

                             I

   Deny generally and specifically the allegations of Paragraphs I through IX of the complaint.

                             II

   Answering the allegations of the Supplementary and Amendatory Complaint, deny generally and specifically the allegations therein contained.

                             III

   These answering defendants have not ascertained the full nature and extent of the water rights affecting the real

-1-

13178

COPY RECEIVED

property hereinafter described owned by these answering defendants and ask leave to amend this answer when same have been ascertained.

The real property referred to is described as follows: Land lying in the County of Riverside, State of California, described as follows: A parcel of land lying northerly of the north line of Cahuilla Highway in the Northeast Quarter of the Southwest Quarter of Section 24, Township 7 South, Range 2 East S.B.M. Record of Survey Book 18 at page 27 in the office of the County Recorder of said County, excepting therefrom the westerly 10 acres thereof.

WHEREFORE, defendants pray that plaintiff take nothing by its complaint against these defendants.

Dated: June 16, 1958.

HIGGS, FLETCHER & MACK

By ........................
Attorneys for said defendants

RECEIVED COPY OF WITHIN
this ...17... day of ...June... 19.58
...W. H. Veeder, by M&T...
Attorneys for

-2-

13179