**FILED**
JUN 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *M D K...*
DEPUTY CLERK

Mrs. Donna Deralene Pugel.
P. O. Box 622.
East Highlands, Calif.

June 14, 1958.

Mr. J. Lee Rankin, Solicitor General.
Room 332, 325 West " F " Street.
San Diego, California.

Dear Sir:

In answer to your "COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT " relating to No. 1247 - SD - C Summons, I wish to state definitely that I claim all existing Mineral wealth, Oil and Gas deposits and particularly all the water on and beneath my property which is : Section 2, Township 8 South, Range 1 West, County of Riverside, State of California.

Very truly yours,

*Donna Deralene Pugel*
Donna Deralene Pugel.

STATE OF CALIFORNIA,
County of **Riverside** } ss.

On **this Day June fourteenth** , 19**58**, before me, the undersigned, a Notary Public in and for said County and State, personally appeared **Donna Deralene Pugel**
_____, known to me, to be the person__ whose name__ _____ **is** subscribed to the within Instrument, and acknowledged to me that **she** executed the same.
IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal.

*[signature]*
Notary Public in and for said County and State.

ACKNOWLEDGMENT — GENERAL — WOLCOTTS FORM 233 — REV. 6-56

My Commission Expires October 7, 19**43**13777