1  HIGGS, FLETCHER & MACK
2  2250 Third Avenue
   San Diego 1, California
3  BE 4-6501

FILED
JUN 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants. | No. 1247-SD-C ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT |

   Comes now the defendant ED FLETCHER COMPANY, a corporation, and severing itself from its co-defendants files this its Answer to the Complaint and Supplementary and Amendatory Complaint in the above entitled action, and admits, denies and alleges as follows:

I

   Denies generally and specifically the allegations of Paragraphs I through IX of the complaint.

II

   Answering the allegations of the Supplementary and Amendatory Complaint, denies generally and specifically the allegations therein contained.

III

   This answering defendant has not ascertained the full nature and extent of the water rights affecting the real property

COPY RECEIVED                    -1-                           13182

hereinafter described owned by this answering defendant and asks leave to amend this answer when same have been ascertained.

The real property referred to is described as follows: The North Half of the Southwest Quarter of Section 27, Township 9, Range 1 East; the Southeast Quarter of the Northeast Quarter of Section 28, Township 9 South, Range 1 East; the Northeast Quarter of the Southeast Quarter of Section 28, Township 9 South, Range 1 East.

WHEREFORE, defendant prays that plaintiff take nothing by its complaint against this defendant.

Dated: June 16, 1958.

HIGGS, FLETCHER AND MACK

By *[signature]*
Attorneys for defendant
ED FLETCHER COMPANY

RECEIVED COPY OF WITHIN
this 17 day of June 1958
W. H. Veeder, By West
Attorneys for: _____

-2-

13183