Case 3:51-cv-01247-JO-SBC   Document 3005   Filed 06/17/58   PageID.10052   Page 1 of 2

HIGGS, FLETCHER & MACK
2250 Third Avenue
San Diego 1, California
BE 4-6501

**FILED**
JUN 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br>　　　　Defendants. | No. 1247-SD-C<br><br>ANSWER TO COMPLAINT AND SUP-<br>PLEMENTARY AND AMENDATORY<br>COMPLAINT |

Come now the defendants REBECCA HARTWELL LONG and ELIZABETH ANN GARDNER and severing themselves from their co-defendants file this their Answer to the Complaint and Supplementary and Amendatory Complaint in the above entitled action, and admit, deny and allege as follows:

I

Deny generally and specifically the allegations of Paragraphs I through IX of the complaint.

II

Answering the allegations of the Supplementary and Amendatory Complaint, deny generally and specifically the allegations therein contained.

III

These answering defendants have not ascertained the full nature and extent of the water rights affecting the real property

COPY RECEIVED                 -1-                           13184

1  hereinafter described owned by these answering defendants and
2  ask leave to amend this answer when same have been ascertained.
3     The real property referred to is described as follows: All
4  that real property located in the County of Riverside, State of
5  California, described as follows: The Southwest Quarter, except
6  the County Roads and except the West One-Half of the Southwest
7  Quarter North of Anza Cahuilla Road in Section 24, Township 7
8  South, Range 2 East, S.B.M. and excepting further however a
9  parcel of land lying northerly of the north line of Cahuilla
10 Highway in the Northeast Quarter of the Southwest Quarter of
11 Section 24, Township 7 South, Range 2 East S.B.M., Record of
12 Survey Book 18, Page 27 in the office of the County Recorder
13 of said County.
14    WHEREFORE, defendants pray that plaintiff take nothing by its
15 complaint against these defendants.
16    Dated June 16 1958.

HIGGS, FLETCHER & MACK

By [signature]
Attorneys for said defendants

RECEIVED COPY OF WITHIN
this 17 day of June 1958
W. H. Veeder By MBT
Attorneys for:

-2-

13185