HIGGS, FLETCHER & MACK
2250 Third Avenue
San Diego 1, California
BE 4-6501

FILED

JUN 17 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>                Defendants. | No. 1247-SD-C<br><br>ANSWER TO COMPLAINT AND SUP-<br>PLEMENTARY AND AMENDATORY<br>COMPLAINT |

Come now the defendants ALAN R. FLOYD and FERN A. FLOYD,
and severing themselves from their co-defendants file this
their Answer to the Complaint and Supplementary and Amendatory
Complaint in the above entitled action, and admit, deny and
allege as follows:

I

Deny generally and specifically the allegations of Paragraphs
I through IX of the complaint.

II

Answering the allegations of the Supplementary and Amendatory
Complaint, deny generally and specifically the allegations
therein contained.

III

These answering defendants have not ascertained the full nature
and extent of the water rights affecting the real property

COPY RECEIVED

-1-

13186

1    hereinafter described owned by these answering defendants and ask

2    leave to amend this answer when same have been ascertained.

3        The real property referred to is described as follows:  That

4    portion of the East One-Half of Government Lot 12, Section 8,

5    Township 7 South, Range 3 East S.B.M. and shown as parcel 6 on

6    Record of Survey entitled "Record of Survey of a portion of

7    Government Lot 12, Section 8, Township 7 South, Range 3 East,

8    S.B.M." on file in Book 26, Page 99, Riverside County Records.

9        WHEREFORE, defendants pray that plaintiff take nothing by

10    its  complaint against these defendants.

11        Dated June 16, 1958.

13                                    HIGGS, FLETCHER & MACK

15                                    By _____
                                         Attorneys for said defendants

18                        RECEIVED COPY OF WITHIN

19                        this __ day of June 19 58

20                        W. H. Veeder- By mal

21                        Attorneys for:

-2-

13197