JUN 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

756 Afton Drive
Richmond Ca.
June 5th, 1958

Mr J. Lee Rankin,
Solicetor General
Room 332 West F St.
San Diego Cal.

Dear Sir:— In answer to the lengthy document received wish to state I do own a very small parcel of land and feel sure there has been no encroaching on your water rights. I agree with statements of other defendants that U.S. Government bought the water that went with the property and therefore have no extra claim. It seems there is no protection

COPY RECEIVED

13190

2

for other investors as I was robbed of my two thousand dollars in Albany Georgia, when they appropriated the land there for Naval training. I was paid $50.00 for my investment and now this is U.S. Justice or Russian? Thats the way I feel.

Truly yours
Fulton S. Bacon

756 Afton Drive
Richmond
B.C.
Canada

13191