HIGGS, FLETCHER & MACK
2250 Third Avenue
San Diego 1, California
BE 4-6501

FILED
JUN 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1247-SD-C |
| Plaintiff, | ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT |
| vs. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | |

Comes now the defendant RICHARD E. KELLOGG and severing himself from his co-defendants files this his Answer to the Complaint and Supplementary and Amendatory Complaint in the above entitled action, and admits, denies and alleges as follows:

I

Denies generally and specifically the allegations of Paragraphs I through IX of the complaint.

II

Answering the allegations of the Supplementary and Amendatory Complaint, denies generally and specifically the allegations therein contained.

III

This answering defendant has not ascertained the full nature and extent of the water rights affecting the real property

COPY RECEIVED

-1-

13188

hereinafter described owned by this answering defendant and asks leave to amend this answer when same have been ascertained.

The real property referred to is described as follows: The West 30 acres of Government Lot 10 in Section 5, Township 7 South, Range 3 East, S.B.M.

WHEREFORE, defendant prays that plaintiff take nothing by its complaint against this defendant.

Dated June 16, 1958.

HIGGS, FLETCHER & MACK

By _/s/ Edmund Miller_
Attorneys for said defendants

RECEIVED COPY OF WITHIN
this 17 day of June 1958
W. H. Veeder - By MAT
Attorneys for:

-2-

13189