John G. Hoffacker,
2026 W. 109th. St.,
Los Angeles 47, Calif.

FILED
JUN 17 1958

June 8, 1958

J. Lee Rankin, Solicitor General,
Room 332,
325 "F" St.,
San Diego, Calif.

Dear Sir,

      On Monday June 2, 1958, my wife and I were served with No. 1247-SD-C Summons in an action by the United States of America v. Fallbrook Public Utility District et al.

      According to the terms of this summons an answer is required within 20 days after service.

      I am not an attorney and consequently do not understand many of the issues involved nor what is required in an answer. I do not know what an acre foot or miners inch of water is.

      However, if this suit has been instituted, with the thought in mind by the Government, that it receive all the water to which it was entitled at the time the land was acquired for Camp Pendleton, I'm for it. If it is an action against the small land owner, such as myself, I hold nothing but contempt for it.

      I have not engaged an attorney to protect my interests as his fee would be prohibitive in fighting such a case and I feel the matter is more or less cut and dried in so far as the outcome is concerned. A Federal action in a Federal Court would lead one to believe any decision would be in the Government's favor.

      Yours very truly,

*John G. Hoffacker*
*Eleanore F. Hoffacker*

COPY RECEIVED

13193