5855 Live Oak Lane
Redding, Calif.
June 7, 1958

J. Lee Rankin
Room 322
325-West "F" Street
San Diego, Calif.

Dear Sir:

Since I have a large family (eight of us), doctor bills and others, I am too poor to fight highly paid attorneys, so am trying to answer this so you cannot find an excuse for a default and take what little is mine. Since I am a law abiding citizen I am shocked and dazed that the United States government can take such action, as I did not think we were living under a dictatorship in this country.

I, William Clark Greer, appearing for myself and

**FILED**
JUN 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. Kuesling
DEPUTY CLERK

COPY RECEIVED

13192

for my wife, Anita A. Greer, defendants in this action,

Declare: That this action against these defendants is unjust, illegal, and without probable cause; that they have at no time done anything detrimental to the interests of the plaintiff;

That the defendants own not over eighteen acres and do claim water above and below the ground. That at no time have they taken more water than from a well about twenty-five feet deep for domestic use.

Wherefore, we the aforesaid defendants in this action having been sued by the plaintiff without probable cause, pray the Court for the relief of these defendants in this case, including damages as therein asked for.

William Clark Greer

13192A