**FILED**
JUN 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

June 7th 1958
142 West Mayberry ave.
Hemet. Calif.

J. Lee Rankin
Solicitor General.

Dear Sir:-

In answer to summons no. 1247. S.D.C. I wish to state that we have only a domestic well on the property measuring only 40. feet in depth. I hereby protest the action contained in this complaint.

Yours sincerely
Jessie H. Hood.
142 W. Mayberry ave.
Hemet. Calif.

COPY RECEIVED

13196