**FILED**

JUN 17 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

June 7-1958.
142 West Mayberry Ave.
Hemet, Calif.

J. Lee Rankin
Solicitor General.

Dear Sir..

In answer to summons No. 1247-S.D.C.
I hereby protest the action
contained in this complaint. and
there is only a 40 foot domestic
well on the property.

Thomas Hood.

COPY RECEIVED

13195