**FILED**
JUN 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. Kuinslow_
DEPUTY CLERK

KEACH, ECKLEY M.
KEACH, EDRIE
53 Wilshire Ave.
Vallejo, California
June 2, 1958

J. Lee Rankin
Solicitor General
Room 332
325 West "F" street
San Diego, California

Dear Sir:

In answer to the summons for service on KEACH, EDRIE and KEACH, ECKLEY M., 53 Wilshire Ave., Vallejo, California, as entered on page 27, column 3, line 19 of the COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT dated April 9, 1958;

In witness thereof, both EDRIE AND ECKLEY M. KEACH do hereby declare and make known there intention to join issue with the Supplementary and Amendatory Complaint aspects of the pleadings filed April 7, 1958.

_Eckley M. Keach_
ECKLEY M. KEACH

_Edrie Keach_
EDRIE KEACH

COPY RECEIVED

---

STATE OF CALIFORNIA,
County of __Solano__ } ss.

On this __7th__ day of __June__ in the year one thousand nine hundred and __fifty-eight__ before me, __Dorothy E. Nichols__, a Notary Public in and for the County of __Solano__, State of California, residing therein, duly commissioned and sworn, personally appeared __Eckley M. Keach and Edrie Keach__ known to me to be the persons whose names __are__ subscribed to the within instrument and acknowledged to me that __they__ executed the same.

IN WITNESS WHEREOF I have hereunto set my hand and affixed my official seal in the _____ County of __Solano__ the day and year in this certificate first above written.

_Dorothy E. Nichols_
Notary Public in and for the _____ County of __Solano__, State of California.
My Commission Expires __November 20, 1960.__

Cowdery's Form No. 32—Acknowledgment—General.
(C.C. Sec. 1189)

13194