# THE ABACA MINING COMPANY

BIG SUGAR TUNGSTEN MINE
BIG OSCAR ANTIMONY MINE

M. M. FORD
P. O. BOX 293
INYOKERN, CALIFORNIA
TEL. 7-2091

JUNE 6, 1958

REPLY TO SUMMONS NO. 1247-SD-C

Served on Melvin M. Ford May 17, 1958

**FILED**
JUN 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

J. LEE RANKIN, SOLICITOR GENERAL
325 WEST F STREET
SAN DIEGO, CALIFORNIA

PETITION TO UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

WE THE DEFENDANTS, MELVIN M. FORD AND ROBERT J. FORD DO HEREBY PETITION SAID UNITED STATES DISTRICT COURT THAT

I  THE NAMES OF SAID MENTIONED DEFENDANTS BE STRIKEN FROM THE RECORDS NO. 1247-SD-C ISSUED BY THE PLAINTIFF IN EXHIBIT "A"

II  THE LAND OWNED BY SAID DEFENDANTS NAMELY SECTION 21, TOWNSHIP 7 SOUTH, RANGE 4 EAST IS NOT LISTED UNDER EXHIBITS A,B,C,D,E,F,G,OR H. SAID LAND IS NOT MENTIONED BY SAID PLAINTIFF IN ANY MANNER BY DESCRIPTION OR IMPLICATION.

III  THE SURFACE DRAINAGE OF THE EAST HALF OF SECTION #21 T7S, R4E IS THROUGH PALM SPRINGS, CALIFORNIA VIA PALM CANYON AND ITS TRIBUTARIES.

IV  THE NORTHERN HALF OF SAID SECTION 21 HAS A NATURAL SURFACE DRAINAGE INTO UPPER HEMET VALLEY.

V  NO SUBSURFACE WATERS WILL FLOW INTO THE SANTA MARGARITA RIVER SYSTEM BECAUSE OF THE FOLLOWING GEOLOGICAL FACTS.
   A  A FAULT TRAVERSES THE SOUTHWEST PART OF SECTION 21
   B  WATER WILL NOT PENETRATE THE CLAY GOUGE OF A SIZABLE FAULT ZONE.
   C  THE ALLUVIAL AND SANDSTONE FORMATIONS ON THE SOUTH EAST PART OF SECTION 21 DROP ABRUPTLY IN CLIFF LIKE STEPS FOR SEVERAL HUNDRED FEET. THESE CLIFFS BOTTOM AT A LOWER E ELEVATION THAN THE GENTLE SLOPE ON THE WEST. ANY WATER PRESENT WOULD SEEP OUT THESE DRY POROUS EASTERN FORMATIONS AND INTO THE PALM SPRING DRAINAGE SYSTEM.

COPY RECEIVED

*Melvin M. Ford*

13202