Rt. 2. Box 458
Elsinore, Cal.
June 10, 1958.

J. Lee Rankin, Solicitor General.
Room 332, 325 West 7 St.
San Diego, Calif.

**FILED**
JUN 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

Dear Sir:

In answering the Summons No. 1247-SD-C served on me, regarding the water rights of the Santa Margarita River. I bought this property and made improvements on it, with the understanding that sufficient water, above or below the ground to use for any purpose on the 5 acres, rightfully belonged to this property.

I am still of that conviction. Without water, as all know, this property would be practically worthless.

Yours truly,
John A. Hanson

COPY RECEIVED

13201