**FILED**
JUN 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

La Crescenta Calif.
June 12-58

Dear Sir

As a land owner of Sage Calif. area I oppose anyone who will try to controlled all water rights for domestic and agricultural use. I believe in fair distributor of water for domestic and agricultural use. Due to a increase of population of Fallbrook area and increase of water demand. We should have some of the Colorado river water to help this area of water problems.

Yours Truly
Alfred Garrione
4618 New York ave
La Crescenta calif.

COPY RECEIVED

13200