239 Flood Ave
San Francisco 12, Calif.
June 7-1958.

J. Lee Rankin
Room 332, 325 West F St.
San Diego, Calif.

Sir. This is to inform you in answer to Summons # 1247-SD-C. That the property I own has no well, creek, or stream on it. It is not served by any water Company. Therefor I feel That I will disregard this Summons.

Respectfully
Dale W. Hudson

FILED
JUN 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

COPY RECEIVED

13199