FILED
JUN 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

6128 Brynhurst Ave.,
Los Angeles 43, Calif.,
June 9th, 1958

Mr. J. Lee Rankin, Solicitor General,
325 West "F" Street,
San Diego, Calif.

Dear Sir:

We are in receipt of the Summons No. 1247-SD-C pursuant to Rule 4 of the Federal Rules of Civil Procedure.

We wish to state that according to the judgment of Nov. 29th 1951, we feel the United States of America has no claim on the water above or under our property located in Township 8 South-- Range 1 E San Bernardino Base and Meridian.

Also that we have the right to build a dam or otherwise conserve the water on our land for the purpose of irrigating or other private use

Please advise us if any other statements are required.

Very truly yours,

Scott E. McKean
Audrey E. McKean

COPY RECEIVED

13198