FILED
JUN 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

3550 Linwood Place
Riverside, California
June 7, 1958

J. Lee Rankin, Sol. Gen.
325 West "F" St., Room 332
San Diego, California

Dear Sir:                Re: Summons 1247-SD-C

    We own one acre agricultural land in Lot 105, Temecula Land and Water Company, LB 8/359 SD, Riverside, County. When we purchased this land, there was no indication that there were reservations of water under the land. This land was bought at Riverside County Tax Sale. No effort was made by The United States Government, at that time, to protect the water interest it now claims.

Respectfully,

Prosper D. Smith and

Mabel E. Smith

COPY RECEIVED

13197