*Glenn E Parry — Lucille Parry*
Defendants in propria persona
Rt 2 Box 565 Elsinore Calif

FILED
JUN 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ M. Kin___
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
 Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
 Defendants.

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
*Glenn E Parry*
*Lucille Parry*

The defendants *Glenn E Parry — Lucille Parry* each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own *10* acres of land in *Riverside* County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

13209

I believe that we, Glenn E. or Lucille Parry are entitled to all water rights on said property and that we have a just claim to the water rights.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

/s/ Glenn E Parry

/s/ Lucille Parry

Defendants in propria persona

Dated: 6-14-1958

13210

The Southeasterly one-half of that portion of Lot 25 lying between Grand Ave and Union Street in Block K of Elsinore, Refer to Book 4. page 174 of maps of the County Recorder of San Diego, State of California.

13210 A