FILED

JUN 17 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ [signature]
            DEPUTY CLERK

1   Defendants in propria persona
2   LILLIAN L. DIVINE
    Rt. 1, Box 159
3   Romoland, California

4            IN THE UNITED STATES DISTRICT COURT
5              SOUTHERN DISTRICT OF CALIFORNIA
6                     SOUTHERN DIVISION

7
8   UNITED STATES OF AMERICA,         )
                                      )   CIVIL NO. 1247- SD - C
           Plaintiff,                 )
9                                     )   ANSWER OF DEFENDANTS
        v.                            )
10                                    )   LILLIAN L. DIVINE
    FALLBROOK PUBLIC UTILITY          )
11  DISTRICT, ET AL,                  )
                                      )
12         Defendants.                )

13          The defendants, Lillian L. Divine,
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:
17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
19          These answering defendants hereby incorporate by reference
20  all of the allegations contained in the answer to said Complaint and
    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25
26          AFFIRMATIVE STATEMENT OF RIGHTS
        This
27      These defendants owns 15     acres of land in Riverside
28  County, California, and within the watershed of the Santa Margarita
29  River, more particularly described in the document attached hereto,
30  marked Exhibit A, which is hereby incorporated by reference as a
31  part of this statement.
32
        COPY RECEIVED                                    13206

1   This land contains percolating waters; approximately
2   twelve (12) acres are tillable and the balance can be used for
3   grazing cattle and for raising turkeys, chickens and fowl. The
4   defendant has one well located upon the said premises and in the
5   past water for irrigation purposes has been obtained from pump-
6   ing directly from this well.
7   Defendant claims the right to use 4.2 acre feet per
8   acre per year on the said tillable land together with such
9   other water upon the remaining 3 acres as is reasonably necessary
10  and convenient for the proper grazing of cattle and the raising
11  of turkeys, chickens or fowl. Defendant does not claim any
12  prescriptive or any appropriative rights.

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

_Lillian L. Divine_

Defendants in propria persona

Dated:

13207

EXHIBIT "A"

All of the real property in the County of Riverside, State of California, described as follows:

    The N 1/2 of the N 1/2 of the N 1/2 of the SW 1/4 of Section 35, Township 6 South, Range 3 West, S.B.B.&M.;

    EXCEPTING THEREFROM the N 1/2 of the N 1/2 of the N 1/2 of the N 1/2 of the N 1/2 of said SW 1/4.

EXHIBIT "A"

13208