CHESTER Z. HORNING and
RUTH E. HORNING
 Defendants in propria persona
STAR ROUTE, Box 53
Hemet, California.

FILED
JUN 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                Plaintiff, )   CIVIL NO. 1247- SD - C
      v. )   ANSWER OF DEFENDANTS
                )   CHESTER Z. HORNING and
FALLBROOK PUBLIC UTILITY )   RUTH E. HORNING
DISTRICT, ET AL., )
              Defendants. )

      The defendants, CHESTER Z. HORNING and RUTH E. HORNING, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

      ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
      AMENDATORY COMPLAINT

      These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if therein set forth at length.

      AFFIRMATIVE STATEMENT OF RIGHTS

      These defendants own 818 acres of land in Riverside County, California more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

13203

Said defendants are informed and believe and upon such information and belief allege that none of their said land is within the watershed of the Santa Margarita River.

Approximately 425 Acres of said land is tillable and the balance can be used for grazing cattle and for raising chickens and turkeys. Approximately 100 head of cattle, 100 head hogs, 20 horses, some chickens and other livestock, as well as 80 acres irrigated crop, 340 acres dry land crop are produced annually on said property. Four families live on said property and the water used thereon, to wit, domestic use for said four families, drinking water for said livestock and for irrigating said 80 acres of tillable land to grow feed, comes from six wells situated on said land. Defendants claim the right to continue such usage of the water from said six wells. Defendants do not claim any prescriptive right or any appropriative right.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Chester Z. Horning*
Chester Z. Horning

*Ruth E. Horning*
Ruth E. Horning
Defendants in propria persona

Box 33, Star Route, Hemet, California

Date June 3, 1958

13204

EXHIBIT "A"

Real property in the County of Riverside, State of California, described as follows:

Lots 2 and 3 and the Southeast quarter of the Southwest quarter of Section 4, Township 6 South, Range 1 West, San Bernardino Base and Meridian.

The Northeast quarter and the Southeast quarter of Section 9, Township 6 South, Range 1 West, San Bernardino Base and Meridian.
Lots 1 to 16, inclusive, of Simmons Subdivision of the Northwest quarter of Section 10, Township 6 South, Range 1 West, San Bernardino Base and Meridian.

The South half of the Southwest quarter of the Southwest quarter, the West 12 acres of the North half of the Southwest quarter of the Southwest quarter of the West half of the Southeast quarter; the West half of the Northwest quarter of the Southwest quarter; the West half of the West half of the Southeast quarter of the Southwest quarter; the West 4 acres of the East 8 acres of the Northeast quarter of the Southwest quarter of the Southwest quarter and the East 4 acres of the Northeast quarter of the Southwest quarter of the Southwest quarter, all in Section 3, Township 6 South, Range 1 West, San Bernardino Base and Meridian.

The South half of the Southeast quarter; the East half of the Northeast quarter of the Southeast quarter of Section 4, Township 6 South, Range 1 West, San Bernardino Base and Meridian.

EXCEPTING from Government Lot 2 in Section 4, Township 6 South, Range 1 West, San Bernardino Base and Meridian, herein described, the North and South 40 feet thereof for streets.

ALSO EXCEPTING 20 feet off the West side of Lots 4,5, and 12, and 19½ feet off the South side of Lot 12 of Simmons Subdivision for public roads.

ALSO EXCEPTING from the property herein described any protion thereof included in public roads.

13205