FRANK and BERTHA VAN GUNDY
Defendants in propria persona
Route 1, Box 166
Romoland, California

F I L E D
JUN 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
FRANK VAN GUNDY and
BERTHA VAN GUNDY

The defendants, FRANK VAN GUNDY and BERTHA VAN GUNDY, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 50 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

13213

That certain land is situated in Riverside County known as the East 50 acres of THE SOUTH ONE-HALF OF THE NORTHWEST QUARTER of Section 26, Township 6 South, Range 3 West.

1. This land overlies a percolating water basin, approximately
2. 35 acres are tillable. There is not sufficient water for
3. irrigating purposes.
4. Defendants claim the right to the very limited quanity of
5. water available, for maintaning the operation of rasing
6. chickens now being carried on, and for domestic use.
7. Defendants assert that present available water -obtained
8. from one well only,- on this land is considerably less than
9. 3 acre feet per year and claim the right to the available
10. supply.
11. Defendants further reserve the right to drill such other
12. wells as may be necessary to sustain present operations and
13. provide for future developments.

18. WHEREFORE, these defendants pray that plaintiff take
19. nothing against them by reason of the Complaint and Supplementary
20. and Amendatory Complaint on file herein; that said Complaint be
21. dismissed as against these defendants; that defendants' right to
22. water, as hereinabove set forth, be quieted as against the plain-
23. tiff and against all other defendants in this action; and for such
24. other and further relief as the Court may deem proper.

*Frank Van Gundy*
*Bertha Van Gundy*
Defendants in propria persona

Dated: June 16, 1958

*Florence J. Shay* 13214
Notary
My Commission Expires Feb. 13, 1962
501 "D" St. Perris