Jennie J. Vial Stearns
Arthur Joseph Vial
Rosa A. Vial
Frances Vial
Defendants in propria persona
Winchester, California

August L. Vial

140  88th St.
Los Angeles, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FILED JUN 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ M. D. _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Jennie J. Vial Stearns |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | Arthur Joseph Vial |
| | Rosa A. Vial |
| | Frances Vial |
| Defendants, | August L. Vial |

The defendants Jennie J. Stearns, Arthur Joseph Vial, Rosa A. Vial, Frances Vial, and August L. Vial each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 40 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

13218

# EXHIBIT A

DESCRIPTION OF PROPERTY OWNED BY JENNIE J. VIAL STEARNS, ARTHUR JOSEPH VIAL, ROSA A. VIAL, FRANCES VIAL, AND AUGUST L. VIAL

40 acres N. E. ¼ of ~~Southeast~~ S. E. ¼, Section 28, TWP 6 S, Range 2 W.

The above described property is Government Homestead Property.

13219

EXHIBIT A

EXHIBIT B

We believe all the property we own was formerly Rail Road Land or Government Homestead. We believe that certain rights, including water rights, went with said land when title was first granted by the Government. Said rights we believe were passed down to us by deeds of Record. We have always used said land freely and exclusively in the past and we hope to do so in the future.

I am told and have read that whenever a state statute is subsequent to a Federal Grant it cannot be given effect to vest in the State rights which formerly belonged to the United States or passed to its grantee. I have not been able to find out at this time what rights were originally granted by the United States, but whatever they were to claim. We do not want to be under conflicting State law unless we have to be. We rely upon the laws of the United States and all matters of Record for our protection. If possible we will later produce proper documents in support of the above claim.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Jennie J. Vial Stearns*

*Arthur J. Vial*

*Rosa A. Vial*

Defendants in propria persona

*Frances M. Vial*
*Frances Vial*
*August S. Vial by Jennie Stearns ?*

Dated:

13220