EDWARD R. WHITTEMORE and
ALICE S. WHITTEMORE
Defendants in propria persona
1545 Hillcrest Lane Box 22
Fallbrook, California

FILED
JUN 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

    Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS

EDWARD R. WHITTEMORE and
ALICE S. WHITTEMORE

  The defendants, EDWARD R. WHITTEMORE and ALICE S. WHITTEMORE each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

  These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

  These defendants own ten (10) acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

13215

1   Defendants claim all rights of overlying landowners and to water which may originate or cross their land.
2   Defendants claim the right to drill wells and exercise water reclamation and conservation practices as are now or may be
3   known.
4   Defendants hereby incorporate the same as though set forth herein in full all of the affirmative defenses of the Fallbrook Public Utility District on file in these proceedings.
5   Defendants claim all the above for all lands in which they have any financial interest whatsoever.

18   WHEREFORE, these defendants pray that plaintiff take
19   nothing against them by reason of the Complaint and Supplementary
20   and Amendatory Complaint on file herein; that said Complaint be
21   dismissed as against these defendants; that defendants' right to
22   water, as hereinabove set forth, be quieted as against the plain-
23   tiff and against all other defendants in this action; and for such
24   other and further relief as the Court may deem proper.

*Edward R. Whittemore*
Edward R. Whittemore

*Alice S. Whittemore*
Alice S. Whittemore
Defendants in propria persona

Dated:

13216

## EXHIBIT A

The North Half of the Southeast Quarter of the Southeast Quarter of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California;
EXCEPTING therefrom the East 694.43 feet thereof;
EXCEPTING therefrom the West 180 feet thereof;
EXCEPTING therefrom that portion thereof described as follows:
Beginning at the Northeast corner of said Southeast Quarter of the Southeast Quarter; thence along the East line of said Section 18 South 0° 42' 40" East 668.45 feet to the Southeast corner of said North Half of the Southeast Quarter of the Southeast Quarter; thence along the South line of said North Half South 89° 32' 30" West 694.43 feet to the true point of beginning; thence parallel with the East line of said Section 18 North 0° 42' 40" West 308.56 feet; thence South 89° 26' 20" West 100 feet; thence parallel with said East line of Section 18 South 0° 42' 40" East 120.24 feet; thence South 89° 48' 20" West 332.78 feet to the East line of the West 180 feet of said North Half; thence along said East line South 0° 24' 30" East 189.68 feet to the South line of said North Half; thence along said South line North 89° 32' 30" East 433.76 feet to the true point of beginning.

13217