ALWINE L. EILERS

Defendants in propria persona

MURRIETA, CALIFORNIA

FILED
JUN 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, ) | ANSWER OF DEFENDANTS |
| v. ) | |
| FALLBROOK PUBLIC UTILITY ) | ALWINE L. EILERS |
| DISTRICT, ET AL, ) | |
| Defendants, ) | |

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to theComplaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own $\frac{1}{2}$ acre of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

13226

EXHIBIT A

That portion of Lot 13 of Murrieta Portion of Temecula Rancho, as shown by map of the lands of the Temecula Land and Water Company on file in Book 8 page 359 of Maps, San Diego County Records, by metes and bounds, beginning at the intersection of the Northeasterly line of Washington Avenue with the center line of Juniper Street; thence Northeasterly on said center line of Juniper Street, 574 feet; thence Northwesterly parallel with the Northeasterly line of Washington Avenue, 380 feet; thence Southwesterly parallel with the Northwesterly line of Juniper Street, 574 feet to the Northeasterly line of Washington Avenue; thence Southeasterly on the Northeasterly line of Washington Avenue, 380 feet to the point of beginning; excepting therefrom that portion included in Juniper Street; also excepting therefrom that portion thereof described, by metes and bounds, beginning at the intersection of the Northeasterly line of Washington Avenue and the Northwesterly line of Juniper Street; thence Northeasterly on the Northwesterly line of said Juniper Street, 150 feet; thence Northwesterly parallel with the Northeasterly line of Washington Avenue, 50 feet; thence Southwesterly parallel with the Northwesterly line of Juniper Street, 150 feet to the Northeasterly line of Washington Avenue; thence Southeasterly on the Northeasterly line of Washington Avenue to the point of beginning.

Excepting those parcels sold to:

*Edna N. Southard* (signature)

Which leaves me a little over ½ Acre where my house, Restaurant building and barn stand.

13227

EXHIBIT B

I have been told that the land I own here in Murrieta is in the Temecula Rancho, one of the Mexican grants of land, the Title to which is confirmed by the Treaty of Guadalupe Hidalgo, to be the same under American law as it was under Mexican law.

I have also been told that Louis Vigness, the last owner of the Temecula Grant under Mexican law and the first owner under American law, received a patent from President Buchanan in 1860 for said Land. Therefor I claim the protection of the Treaty and the said patent.

I am told I am not subject to any state law that conflicts with said treaty or said patent that is in regard to water or land rights.

I have a well on the property which I have used freely in the past and I hope to do so in the future.

13228

EXHIBIT B

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Alwine L. Eiler*

*Murrieta, Cal.*

Defendants in propria persona

Dated: June 13, 1958

13229