Alda Ellis
1   Defendants in propria persona
    Wildomar, California
2

3

FILED
JUN 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

4              IN THE UNITED STATES DISTRICT COURT

5                SOUTHERN DISTRICT OF CALIFORNIA

6                       SOUTHERN DIVISION

7
    UNITED STATES OF AMERICA,       )
8                                   )   CIVIL NO. 1247- SD - C
              Plaintiff,            )
9                                   )   ANSWER OF DEFENDANTS
        v.                          )   Alda Ellis
10                                  )
    FALLBROOK PUBLIC UTILITY        )
11  DISTRICT, ET AL,                )
                                    )
12           Defendants.            )

13       The defendants,    Alda Ellis

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                         AMENDATORY COMPLAINT
18
            These answering defendants hereby incorporate by reference
19
    all of the allegations contained in the answer to said Complaint and
20
    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25

26              AFFIRMATIVE STATEMENT OF RIGHTS
                                50'x200' each
27       These defendants own   3 Lot acres of land in   Riverside

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

31  part of this statement.

32  COPY RECEIVED                                          13224

1  Defendant has a home and has used water from a well to
2  irrigate all of the property and also to supply water for
3  a cow and calf, chickens, ducks, rabbits pigeons and turkeys
4  Defendant has raised vegetables and fruits.
5  Defendant plans to sell one half of the property, described
6  herein, and claims similiar water for this one half, for a new
7  well and a new home.

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Alda Ellis*

Defendants in propria persona

Dated:

13225

( )                              ( )

Alda Ellis,
Defendant in propria persona
Wildomar, California.

              In the United States District Court
              Southern District of California
              Southern Division.

United States of America     Civil No.1247-SD-C
Plaintiff
V
Fallbrook Public Utilities
District, et al,
Defendants.


      Legal description of above defendants property.

      Lots five and six(5 and 6) Block twenty four (24),of the
Town of Wildomar according to a certain map and plat of said
Town made by P.W. Monthorn in December 1885 and filed in the
Office of the recorder of San Diego County, California, on
November 20, 1886 at page 294 of plat book 6, records of said
San Diego County, California.

13225A