Arthur J. Vial

Defendants in propria persona

Winchester, California


FILED
JUN 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> FALLBROOK PUBLIC UTILITY DISTRICT ET AL, <br> Defendants, | CIVIL NO. 1247 - SD - C <br> ANSWER OF DEFENDANTS <br> Arthur J. Vial |

The defendants, Arthur J. Vial each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 647.17 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

13221

EXHIBIT A

DESCRIPTION OF PROPERTY OWNED BY ARTHUR VIAL:

1) All that real property situated in the County of Riverside, State of California, described as follows:

Section Twenty-seven (27) and that portion of Section Twenty-eight (28) in Township Six (6) South, Range Two (2) West, San Bernardino Base and Meridian, by metes and bounds, beginning at the Southeast corner of the Northeast quarter (N.E. ¼) of said Section 28; thence Norht on the East line of said Section 1335.2 feet, to a point in the center of the County Road; thence South 46° 48' 30" West on the center line of said road, 349.47 feet; thence deflecting to the left on a curve having a radius of 120 feet, a tangent of 57.53 feet, a distance of 107.20 feet; thence South 4° 25' East on the center line of said road, 1004.67 feet to the South line of the Northeast ¼ of said Section; thence North 69° 23' East on said South line, 215 feet to the point of beginning.

2) The 7.17 Ac along E side of SE ¼ of NE ¼ Sec 28 Twp 6 S Range 2W

EXHIBIT B

We believe all the property we own was formerly Rail Road Land or Government Homestead. We believe that certain rights, including water rights, went with said land when title was first granted by the Government. Said rights we believe were passed down to us by deeds of Record. We have always used said land freely and exlusively in the past and we hope to do so in the future.
I am told and have read that whenever a state statute is subsequent to a Federal Grant it cannot be given effect to vest in the State rights which formerly belonged to the United States or passed to its grantee. I have not been able to find out at this time what rights were originally granted by the United States, but whatever they were we claim. We do not want to be under conflicting State law unless we have to be. We rely upon the laws of the United States and all matters of Record for our protection. If possible we will later produce proper documents in support of the above claim.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Arthur A. Vial*

Defendants in propria persona

Dated:

13223