F I L E D

JUN 17 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. C. Keasly_
DEPUTY CLERK

U. S. A.

vs

FALLBROOK PUBLIC UTILITY DIST.

1247-SD-C

ANSWER OF DEFENDANTS
HARRIETT BELL CARR
BILLIE CARR
KATHARINE LENORE CARR
FRANK W. CARR

## STATEMENT

The following statement of Harriett B. Carr, Billie Carr, Katharine Lenore Carr and Frank Carr listed as defendants on Page 8, Exhibit "A" of the United States of America vs. Fallbrook Public Utility District, et al, is hereby made a matter of record.

1. That the above Defendants purchased the NW¼ of the NE¼, Section 16, Township 9 South, Range 3 East in February, 1939, from Richard L. Tobin, a single man. Title has been vested in the above names since that date.

2. There exists a 3 bedroom residence, a food storage building, a 20 x 18 garage and suitable equipment storage needs for small type farm equipment. Approximately 10 acres have been leveled and maintained for farming or agricultural purposes. This physical condition has remained unchanged since fall 1940.

3. When purchased there existed a surface water seepage which was used for minimum domestic uses until September 1948. At this time a hand dug well was started and in October 1949 was machine drilled to a depth of 62' and cased. This well has served as the primary source of domestic water as well as seasonal irrigation of approximately forty fruit trees. All other agricultural pursuits have been maintained thru methods best known as "dry farming".

4. The above legally described property contains no surface run off streams which contribute to the Temecula – Fallbrook water shed district. With exception of flash floods, summer thender stopme, or other weather activity of a more violent nature.

5. Although listed by name on Page 8, Exhibit "A" of the United States of America vs. Fallbrook Public Utility District, et al, there appears no legal description of this property under Exhibits A, B, C, D, E, F, G & H, Subject: Description of Lands, Ect., Pages 41 thru 72, inclusive.

Signed this 25th day of _May_ 1958.

_Harriett Bell Carr_

_Billie Carr_

_Katharine Lenore Carr_

_Frank W. Carr_

13234B

STATE OF CALIFORNIA,

County of __Los Angeles_____ } ss.

ON_____ June 4,_____,19 58, before me,
the undersigned, a Notary Public in and for said County and State, personally
appeared ___Katherine Lenore Carr &_____
_____Frank Carr_____
_____, known to me,
to be the person s whose name___ ____are____subscribed to the within
Instrument, and acknowledged to me that _____they___ executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal.

_____)13234
Notary Public in and for said County and State.

A.R Wells- Comm.Exp 2/6/1959
ACKNOWLEDGMENT — GENERAL — WOLCOTTS FORM 233 — REV. F 56

63779

STATE OF CALIFORNIA,

County of _Riverside_ } ss.

ON THIS _28th_ day of _May_ , A.D., 19_58_ , before me,
_Thelma H. Tracy_
a Notary Public in and for said County and State, personally appeared
_Harriet Bell Carr and Billie Carr_
_____, known to me,
to be the persons whose names _are_ subscribed to the within
Instrument, and acknowledged to me that _they_ executed the same.
IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal
the day and year in this certificate first above written.

_Thelma H. Tracy_
Notary Public in and for said County and State.

My Commission Expires October 20, 1961

ACKNOWLEDGMENT — GENERAL — CNB 338  1-54

13234A