J. Lee Rankin

FILED JUN 17 1958 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA By m?K_____ DEPUTY CLERK

June 1958

Dear Sir;-

Have been unable to come to San Diego to get paper or answer, as defendant in the Santa Margareta River Water suit. -

As defendants, Edwin C. Dittman and Theresa C. Dittman wish to answer to the Complaint.

We own 40 acres of land in Riverside County, Calif.-, The east quarter of the Southwest quarter of Section 35, Township 8 South Range 3 West, San Bernardino Base & Meridian. -

We are claiming 120 ac feet of water yearly When we are established & have wells drilled per orchard, groves, home needs & for domestic animals.

Edwin C. Dittman
Theresa C. Dittman

COPY RECEIVED

13233