BEARDSLEY, HUFSTEDLER & KEMBLE
ATTORNEYS AT LAW
610 ROWAN BUILDING
LOS ANGELES 13

Attorneys for Defendant,
Walter Hogarth

FILED
JUN 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

FALLBROOK PUBLIC UTILITY DISTRICT, etc., et al.,

    Defendants.

No. 1247-SD-C

ANSWER OF DEFENDANT,
WALTER HOGARTH.

    Comes now the defendant, Walter Hogarth, and for answer to the Complaint and Supplementary and Amendatory Complaint on file in the above entitled action, admits, denies and alleges as follows:

I.

    That this answering defendant has no sufficient information or belief to serve as a basis for detailed and exact answer to the various allegations set forth in the Complaint and in the Supplementary and Amendatory Complaint on file herein, and basing his denial upon such lack of information or belief, denies generally and specifically, each and all of the allegations contained in each of said pleadings except insofar as they are hereinafter expressly admitted.

II.

    Admits that this answering defendant is the owner of certain real property located in the areas affected by the pleadings of the

13235

-1-

United States Government in the within cause and that he claims certain rights in and to waters in connection with the use, ownership and operation of said real property, the exact nature and extent of which rights are not now known to this answering defendant and the nature and extent of which rights this defendant wishes to have determined by the Court in this proceeding.

WHEREFORE, this answering defendant prays that the plaintiff in the above entitled action take no affirmative relief as against him and that the Court make its adjudication fixing, specifying and determining the rights of this answering defendant in and to waters in connection with their ownership of real property as hereinabove alleged, and for such other and further relief as to the Court may seem proper.

BEARDSLEY, HUFSTEDLER & KEMBLE

By _____
Attorneys for Walter Hogarth

13236

STATE OF CALIFORNIA,
County of Los Angeles } ss.

Walter Hogarth
_____

being first duly sworn, deposes and says: that he is one of the defendants

in the above entitled action; that he has read the foregoing Answer

and knows the contents thereof; and that the same is true of his own knowledge, except as to the matters which are therein stated upon his information or belief, and as to those matters that he believes it to be true.

Subscribed and sworn to before me this 10th day of June, 19 58

_Walter Hogarth_

_Charles P. Bradley_
Notary Public in and for the County of Los Angeles, State of California.
[SEAL]

Received copy of the within _____ this _____ day of _____, 195__
Attorney ___ for _____

Received copy of the within _____ this _____ day of _____, 195__
Attorney ___ for _____

(AFFIDAVIT OF SERVICE BY MAIL—1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES. } ss.

E. M. Mullin, being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of Los Angeles; that affiant is over the age of eighteen years and is not a party to the within and above entitled action; that affiant's business/residence address is: 610 Rowan Bldg.
Los Angeles 13, California

that on the 13th day of June, 195 8, affiant served the within Answer of Defendant, Walter Hogarth
on the Plaintiff in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said Plaintiff
at the residence/office address of said attorney as follows:

J. Lee Rankin
Solicitor General of the United States
Washington 25, D. C.

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States mail at Los Angeles, California, where is located the office of the attorney for the person by and for whom said service was made.
That there is delivery service by United States mail at the place so addressed or/and there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 13th day of June, 195 8

_Charles P. Bradley_
Notary Public in and for the County of Los Angeles, State of California.

_E. M. Mullin_

13237

RECEIVED
(SEAL)

*Here quote from envelope name and address of addressee:
**When the letter is addressed to a post office other than "Los Angeles," strike out "and"; when addressed to "Los Angeles" strike out "or."

Indexed