SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

**FILED**

JUN 18 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
vs.
FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,
        Defendants.

No. 1247-SD-C

ANSWER OF DEFENDANTS

HORACE W. HANSON and
BERNADEAN HANSON

Defendants HORACE W. HANSON and BERNADEAN HANSON answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

COPY RECEIVED    INDEXED

13243

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

13244

All of the lands of defendants are arable and irrigable. The lands of defendants do not abut upon and are not riparian to any stream, but are traversed by two small canyons which contain surface run-off during a portion of the year, which canyons have been dammed by defendants with soil conservation and water conservation dams impounding less than 1 acre foot of water each. The lands of defendants overlie percolating ground waters, not a part of any stream, which waters have in the past been utilized through a well located upon the said lands. Defendants assert full correlative rights to the use of said percolating ground waters in an amount not to exceed 4.2 acre feet per acre per year. Defendants also assert the right to maintain their present soil and water conservation dams on said property and to construct additional such dams in the future.

- 2A -

13245

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

June 13, 1958

by [signature]
Attorneys for defendant

- 3 -

13246

1. NE¼ of the SE¼ of Sec. 13, T9S, R4W, SBM, containing
2. 40 acres more or less.

---

**AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)**

STATE OF CALIFORNIA,
COUNTY OF __San Diego__ } ss.          1247 SD - C

__Franz R. Sachse__, being first duly sworn, says: That affiant, whose address is

__1092 South Main Street, Fallbrook, California__
is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached __Answer of defendants and Request for Admissions of__
__Horace W. and Bernadean Hanson__
(Copy title of paper served)

on the __plaintiff__ in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

__Hon. J. Lee Rankin, 325 West F Street, San Diego 1, California__

(Name and address as shown on the envelope)

sealed and deposited on the __18th__ day of __June__, 195_8_, in the United States Mail at
__Fallbrook, San Diego County, California__
(Place of mailing, name & county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __18th__
day of __June__, 195_8_

_Eloise L. Bergstrom_                     _Franz R. Sachse_
Notary Public in and for said County and State

(SEAL)
Stuart FORM 23                   My Commission expires __May 25, 1961__

---

- 4 -          EXHIBIT A

13247