SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

# FILED

JUN 18 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )
                                     )
                 Plaintiff,          )        No. 1247-SD-C
                                     )
         vs.                         )     ANSWER OF DEFENDANTS
                                     )
FALLBROOK PUBLIC UTILITY DISTRICT,   )    FRED J. STENTON and
a public service corporation of the  )
State of California, et al.,         )    FLORENCE M. STENTON
                                     )
                 Defendants.         )

Defendants

FRED J. STENTON and FLORENCE M. STENTON

answering plaintiff's Complaint and Supplement to Complaint for

themselves alone and not for any other defendant, admit, deny

and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information

sufficient to form a belief as to the allegations contained

in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's

Original Complaint herein, and therefore deny all of said

allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original

Complaint herein, defendants admit the litigation

- 1 -

13238

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A.  Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

By Grant Deed dated October 14, 1955, defendants

- 2 -

13239

conveyed to the Fallbrook Public Utility District the real property described in Exhibit B, hereunto attached and made a part hereof by reference, reserving however to the remainder of their lands, (said remainder being the lands described in Exhibit A hereunto attached), the full riparian rights of the whole thereof.  All of the said lands are riparian to the Santa Margarita River and to the Rainbow Creek, and approximately 50 acres of the lands described in Exhibit A are arable and irrigable.  Defendants claim full correlative riparian rights in the waters of said streams in an amount not to exceed 4.2 acre feet per acre per year.

The lands of defendants are also traversed by an unnamed intermittent stream which runs through a portion thereof in a generally southerly to northerly direction. Defendants contemplate the construction of a soil and water conservation dam on said intermittent stream, to conserve not to exceed 5 acre feet of winter run-off, and assert in these proceedings their right to do so.

- 2A -

13240

1

Those portions of the Northwest Quarter of the Northeast Quarter of Section 17 and of the Southeast Quarter of Section 8 in Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as a whole as follows:

Beginning at the Northwest corner of said Northeast Quarter of Section 17; thence along the West line of said Northeast Quarter, South 1° 12' 40" West, 375.08 feet; thence parallel with the North line of said Section 17, South 89° 58' 40" East, 737.37 feet; thence North 57° 45' 50" East, 702.62 feet to the Northeast corner of said Northwest Quarter of Northeast Quarter of Section 17; thence along the West line of the Southeast Quarter of the Southeast Quarter of said Section 8, North 0° 41' West, 1051.33 feet to a point distant South 0° 41' East, 300 feet from the Northwest corner of said Southeast Quarter of Southeast Quarter; thence parallel with the North line of said Southeast Quarter of the Southeast Quarter, North 89° 57' East, 662.07 feet; thence parallel with the West line of said Southeast Quarter of Southeast Quarter, North 0° 41' West, 300 feet to the North line of said Southeast Quarter of Southeast Quarter; thence along said North line, South 89° 57' West to the West line of the East 30 acres of the North Half of the Southeast Quarter of Section 8; thence North 0° 03' 40" West along said West line, 163 feet more or less to the Southeasterly corner of land described in Parcel 1 of a deed to Fallbrook Public Utility District dated October 14, 1955 and recorded in Book 5891, page 27 of Official Records; thence along the Southerly boundary of said Utility District's land as follows: North 89° 44' West, 629.85 feet; thence North 84° 41' 15" West, 260.63 feet; thence North 82° 37' 57" West, 657.11 feet; thence South 32° 20' 10" West, 877.50 feet to the West line of said Southeast Quarter of Section 8; thence Southerly along said West line to the point of beginning.

Containing eighty (80) acres more or less.

EXHIBIT A.

13242

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,

COUNTY OF     San Diego     } ss.     1247 SD - C

Franz R. Sachse _____ being first duly sworn, says: That affiant, whose address is

1092 South Main Street, Fallbrook, California _____

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached   Answer of defendants Fred J. and Florence M. Stetson

_____

_____
(Copy title of paper served)

on the   plaintiff _____ in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

Hon J. Lee Rankin, 325 West F Street, San Diego 1, California

_____
(Name and address as shown on the envelope)

sealed and deposited on the  18th day of   June _____, 195 8 , in the United States Mail at

Fallbrook, San Diego County, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this  18th

day of   June _____, 195 8

_____
Notary Public in and for said County and State

_____

(SEAL)

Stewart FORM 23                           My Commission expires   May 25, 1961.

13242-A