SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

FILED
JUN 18 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br>    Defendants. | No. 1247-SD-C<br>ANSWER OF DEFENDANT<br>J. D. ROBINSON and LAURA A. ROBINSON |

Defendants

J. D. ROBINSON and LAURA A. ROBINSON answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

COPY RECEIVED   INDEXED

13253

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

Defendants are the owners of 10 acres more or less,

- 2 -

13254

all of which is planted to avocados. The sole water supply of defendants is through the system of the Fallbrook Public Utility District, however defendants assert that their lands are not riparian to any stream, and that they are the owners of ground waters percolating beneath their lands which waters are not a part of any stream.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

June 13, 1958

by _____
Attorneys for defendant

- 3 -

13255

PARCEL 1:

That portion of Lot 2 (Northwest Quarter of the Southwest Quarter) of Section 18, Township 9 South, Range 3 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Beginning at the Southwest corner of said Lot 2; thence along the West line of said Lot 2, North 0° 06' East to the South line of the North 665.00 feet of said Lot 2; thence along said South line of the North 665.00 feet of Lot 2, North 89° 25' 20" East 644.85 feet; thence South 0° 02' 20" West 661.03 feet to the South line of said Lot 2; thence thereon South 89° 32' 30" West 645.55 feet to the POINT OF BEGINNING.

EXCEPTING therefrom that portion thereof described as follows:

Beginning at a point on the West line of said Section 18, distant thereon 215.00 feet Northerly from the Southwest corner of said Lot 2; thence at right angles Easterly 185.00 feet to the TRUE POINT OF BEGINNING; thence at right angles Northerly being along a line parallel with said West line of said Section 200.00 feet; thence at right angles Easterly 217.80 feet; thence at right angles Southerly being along a line parallel with said West line of said Section 200.00 feet; thence at right angles Westerly 217.80 feet to the TRUE POINT OF BEGINNING.

PARCEL 2:

An easement and right of way for road and water pipe line, together with the right of ingress and egress for the purpose of constructing, repairing, relaying, enlarging and operating the same, over that portion of Lot 2, (Northwest Quarter of the Southwest Quarter) of Section 18, Township 9 South, Range 3 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Commencing at a point on the West line of said Section 18, distant thereon 215.00 feet Northerly from the Southwest corner of said Lot 2; thence at right angles Easterly 185.00 feet to the TRUE POINT OF BEGINNING; thence at right angles Northerly being along a line parallel with said West line of said Section 200.00 feet; thence at right angles Easterly 217.80 feet; thence at right angles Southerly being along a line parallel with said West line of said Section 200.00 feet; thence at right angles Westerly 217.80 feet to the TRUE POINT OF BEGINNING.

13256

## PARCEL 3:

That portion of Lot 2 (Northwest Quarter of the Southwest Quarter) of Section 18, Township 9 South, Range 3 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Beginning at the Southwest corner of the North 665.00 feet of said Lot 2; thence North 0° 06' East along the West line thereof 252.80 feet; thence North 89° 25' 20" East parallel with the North line of said Lot 195.00 feet; thence South 0° 06' West parallel with said West line 242.80 feet; thence parallel with said North line North 89°25'20" East 449.84 feet to the East line of the West Half of said Lot; thence along said East line South 0° 02' 20" East 10.00 feet to said South line of the North 665.00 feet of Lot 2; thence South 89° 25' 20" West along said South line to the POINT OF BEGINNING.

An easement and right of way over the South 20.00 feet of the North 670.00 feet of said Lot 2 lying Easterly of the location and prolongation of a line which bears South 0° 02' 20" West from a point in the South line of said North 665.00 feet of Lot 2, distant thereon North 89° 25' 20" East 644.85 feet from the West line of said Lot 2.

## PARCEL 4:

An easement for the purpose of constructing a pipe line and maintain and repair same, across a portion of the East 1/2 of the Northwest Quarter of the Southwest Quarter of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

The South 10 feet of said East 1/2 of the Northwest Quarter of Southwest Quarter, EXCEPTING therefrom the East 40 feet thereof.

ALSO the West 10 feet of the East 50 feet of the South 50 feet and the North 10 feet of the South 60 feet of the East 40 feet of said East 1/2 of the Northwest Quarter of the Southwest Quarter of Section 18.

STATE OF CALIFORNIA,
County of San Diego } ss. 1247 SD C

Franz R. Sachse, being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of San Diego; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's residence address is 1092 South Main Street, Fallbrook, California

that on the 18th day of June, 19 58, affiant served the within Answer of Defendants and Request for Admissions of J. D. and Laura Robinson

on the plaintiff in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said plaintiff at the office address of said attorney, as follows:

Hon. J. Lee Rankin, 325 West F Street, San Diego 1, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at** Fallbrook, San Diego County, California, California, where is located the office of the attorney for the person by and for whom said service was made.

Subscribed and sworn to before me this 18th day of June, 19 58

Notary Public in and for the County of San Diego, State of California.

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 8-54

13257