F I L E D

JUN 18 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ⟶⟶⟶⟶
                    DEPUTY CLERK

1    Defendants in propria persona

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                    SOUTHERN DISTRICT OF CALIFORNIA

6                         SOUTHERN DIVISION

7

8    UNITED STATES OF AMERICA,          )
                                        )
9                    Plaintiff,         )    CIVIL NO. 1247- SD - C
                                        )
                v.                      )    ANSWER OF DEFENDANTS
10                                      )
     FALLBROOK PUBLIC UTILITY           )    HOWARD MORROW and
11   DISTRICT, ET AL,                   )    BETTY MORROW
                                        )
12                   Defendants.        )

13            The defendants, HOWARD MORROW and BETTY MORROW,

14   each severing from their co-defendants and each for himself or her-

15   self alone, in answer to the Complaint and Supplementary and Amenda-

16   tory Complaint on file herein, admit, deny, and allege:

17            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT
18

19            These answering defendants hereby incorporate by reference

20   all of the allegations contained in the answer to said Complaint and

21   Supplementary and Amendatory Complaint filed in this case by Newton

22   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23   of the portion thereof entitled "Affirmative Statement of Rights")

24   and make each and all of said allegations a part of this answer

25   the same as if herein set forth at length.

26            AFFIRMATIVE STATEMENT OF RIGHTS

27            These defendants own -20-   acres of land in Riverside

28   County, California, and within the watershed of the Santa Margarita

29   River, more particularly described in the document attached hereto,

30   marked Exhibit A, which is hereby incorporated by reference as a

31   part of this statement.

32   COPY RECEIVED                                    13278
              INDEXED

We claim our water rights are paramount to all other rights or claims of right of Plaintiff (or any other person) in and to said water. We claim all water rights under our land, to use freely and exclusively for necessary and beneficial purposes.

Our land is suitable for and is used as a ranch for the production of row-type truck crops; specifically, lettuce, romaine, watermelons and banana squash. That water necessary for irrigation and domestic use is pumped from a well which has been in continuous use since approximately 1923.

We further allege that the said land was a part of the Temecula Land & Water Company Rancho Land Grant, which carried with it full and complete rights to all minerals and water, from the Mexican Government.

That by the Treaty of Guadalupe Hidalgo in 1848, these rights to minerals and water were given absolutely and forever to the owners and their successors in interest to said Land Grant, or any part thereof, including the said land owned by these defendants. Said Treaty of Guadalupe Hidalgo operated as a confirmation in praesenti of all perfect titles to lands in California held under Mexican Grants.

The Plaintiff, The United States of America, is in legal duty bound to carry into effect the stipulations contained in said Treaty, and therefore has no claim or right to any water or minerals rights in, on, or under these defendants' said land.

Defendants claim exclusive and sole right to use all underground water. all water above ground, all water that falls on, or runs on from rainfall, and all water that can be contained on said land by means of reservoirs or other means, with respect to their said land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Howard Morrow*
HOWARD MORROW

*Betty Morrow*
BETTY MORROW
Defendants in propria persona

Dated: at Murrieta, California
June 16, 1958

13279

## EXHIBIT A

All that portion of Lot 63, of Murrieta Portion of the Temecula Rancho, as shown by map on file in Book 8, page 359, of Maps, records of San Diego County, California (Riverside County Code Area 82-01, Book 20, Map 5, Page 00, Line 56), particularly described as follows: Beginning at the intersection of the center line of Magnolia Street with the center line of Adams Avenue, as shown on said map; thence Northeasterly on the center line of said Magnolia Street, 660 feet; thence Northwesterly parallel with the Southwesterly line of said Lot 63, 1320 feet to the Northwesterly line of said Lot 63; thence Southwesterly on the Northwesterly line of said lot and the extension thereof, to the center line of Adams Avenue; thence southeasterly on the said center line of Adams Avenue, 1320 feet to the point of beginning; EXCEPTING therefrom the portion thereof included in said Adams Avenue and Magnolia Street.

(Temecula Land & Water Co., MB 8/359 SD, SW 1/2, 20 ac.)

13279A