SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

**FILED**

JUN 18 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )
    vs. )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al., )
        Defendants. )

No. 1247-SD-C

ANSWER OF DEFENDANTS
L. NEAL HOOK and
FRANCES G. HOOK

Defendants
L. NEAL HOOK and FRANCES G. HOOK

answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

COPY RECEIVED

13271

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendants described in Exhibit A as

- 2 -

"Parcel One" consist of twenty acres all of which are irrigable and arable. The said lands are riparian to an un-named tributary of Rainbow Creek which flows through said lands of a generally southerly to northerly direction. The lands of defendants also overlie percolating ground waters which are not a part of any stream. Defendants assert full correlative riparian rights to the use of the waters of said stream, and full correlative rights as overlieing landowners to the waters percolating beneath said lands in an amount not to exceed 4.2 acre feet per acre per year.

The lands described in Exhibit A as "Parcel Two" are not riparian to any stream, and defendants assert full correlative rights as overlieing landowners to the waters percolating beneath said lands.

- 2A -

13273

Case 3:51-cv-01247-JO-SBC   Document 3041   Filed 06/18/58   PageID.10138   Page 4 of 7

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

June 7, 1958

by *[signature]*
Attorneys for defendant

- 3 -

13274

Bank of America
627538
133-4536

 

WHEN RECORDED PLEASE RETURN TO

L. Neal Hook
1132 Old Stage Road
Fallbrook, California

# Grant Deed
### INDIVIDUAL

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

B. MORSE McDONALD, a single man, - - - - - - - - - - - - - - - - - - - - - - - - - - -

do   hereby GRANT to

L. NEAL HOOK and FRANCES K. HOOK, husband and wife, as joint tenants, - - - - - -

all that real property situated in the                                County of   San Diego
State of California, described as follows:

Those portions of the South Half of the South Half of Section 9, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to the United States Government Survey approved April 21, 1890, described as follows:

PARCEL 1:
The West 10 acres of the Southwest Quarter of the Southeast Quarter of Said Section 9.

PARCEL 2:
Beginning at the Southeast corner of the Southeast Quarter of the Southwest Quarter of said Section 9; thence along the East line of said Southwest Quarter North 1° 01' 50" East 304.37 feet to the true point of beginning; thence continuing along said East line of Southwest Quarter North 1° 01' 50" East 1033.82 feet to the Northeast corner of said Southeast Quarter of Southwest Quarter; thence along the North line of Southeast Quarter of Southwest Quarter South 89° 35' West 351.98 feet to the East line of the West ? acres of said Southeast Quarter of the Southwest Quarter; thence along said East line South 0° 30' 30" West 892.21 feet to the North line of the South 10 acres of said West 30 acres of Southeast Quarter of Southwest Quarter; thence along said North line South 89° 15' 10" West 600.66 feet; thence South 0° 30' 30" West 75 feet; thence South 86° 35' 40" East 944.47 feet to the true point of beginning.

DATED   November 18   , 19 57.

B. Morse McDonald Jr.

STATE OF CALIFORNIA
COUNTY OF ...

... to be the person whose name
... the within instrument and acknowledge to me
... executed the same.

NOTARIAL SEAL

- 4 -

FOR COUNTY RECORDERS USE ONLY

AT REQUEST OF
UNION TITLE INSURANCE & TRUST COMPANY
DEC 16 1957
at 9:00 A.M.
BOOK 6864 PAGE 51
OFFICIAL RECORDS
County of San Diego, California
...3275
ROGER N. HOWE, County Recorder

EXHIBIT A

# EXHIBIT A

That portion of the South 30 acres of the Northeast Quarter of the Northeast Quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880, described as follows:

Beginning at the Southwest corner of said Northeast Quarter of Northeast Quarter; thence North along the West line of said Northeast Quarter of Northeast Quarter 922.93 feet more or less, to a point distant South 60 feet from the Northwest corner of said South 30 acres of Northeast Quarter of Northeast Quarter and the true point of beginning, said point being the Southwest corner of land conveyed to Lester B. Haselwood, et ux, by Deed dated November 21, 1955 and recorded in Book 5887, page 543 of Official Records; thence East along the Southerly line of Haselwood's land 159 feet to the Southeast corner thereof, being a point on the West line of land conveyed to Mary L. Barnett, a married woman, by Deed dated February 28, 1956 and recorded in Book 6054, page 218 of Official Records thence south 0° 03' West along the West line of said Barnett's land 83 feet more or less, to the Northeast corner of land described in Deed to Frank Pucelli and wife, by Deed dated July 11, 1956 and recorded in Book 6195, page 285 of Official Records; thence North 89° 12' 30" West along the North line of said land 159 feet to the West line of said Northeast Quarter of Northeast Quarter; thence North 0° 03' East along said West line 83 feet more or less to the point of beginning.

**AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)**

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.          1247 SD C

FRANZ R. SACHSE _____, being first duly sworn, says: That affiant, whose address is

1092 S. Main St., Fallbrook, Calif.
is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached __Answer of Defendants L. Neal Hook and Frances G. Hook__
(Copy title of paper served)

on the __plaintiff__ _____ in said action, by placing a true copy thereof in an envelope addressed
as follows:    (Name of party served)
              Room
Hon. J. Lee Rankin, 332 , 325 W. F St., San Diego, Calif.

(Name and address as shown on the envelope)

sealed and deposited on the __16__ day of __June__, 195__8__, in the United States Mail at

Fallbrook, San Diego, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __18__

day of __June__, 195__8__

_Oscar C. Bergstrom_
Notary Public in and for said County and State

(SEAL)
Streett FORM 23

My Commission expires __5/25/61__

3277