SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

FILED
JUN 18 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,

   Defendants.

No. 1247-SD-C

ANSWER OF DEFENDANTS TULE VALLEY LAND AND CATTLE CO, a limited partnership.

Defendants TULE VALLEY LAND AND CATTLE CO., a limited partnership, answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

13284

COPY RECEIVED
INDEXED

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows: A. Approximately One thousand (1,000) acres of the lands described in Exhibit A

- 2 -

13265

attached are arable and irrigable. The lands are riparian to three water courses:

    1. Most of that portion lying in Section 13 is riparian to an un-named intermittent stream that flows through it in a southeasterly to northwesterly direction and thence into the drainage of Coahuilla Creek.

    2. The remainder of the lands are riparian to Tule Creek, which flows through them in a generally easterly to westerly direction.

    3. That portion of the lands located in Section 23 is riparian to Tule Creek, and also to an un-named intermittent stream rising on the north slope of Beauty Peak and flowing through said lands in a generally southerly to northerly direction.

    Defendants claim full correlative riparian rights to the waters of said streams in an amount not to exceed 4.2 acre feet per acre per annum.

B. The lands of defendants are also watered by numerous flowing springs which arise from great depths and maintain a constant flow through the year, but the flow of which does not leave the lands of defendant and is not a part of any stream. These springs are generally located as follows:

    1. Apple Orchard Springs, being two large springs located in the Northeast quarter of the Northwest Quarter of Section 23.

    2. Ten or Twelve flowing springs located along the southerly line of said lands in Sections 23 and 24. These springs are located high on the slope of the adjoining mountains at elevations between 4000 and 4500 feet are not developed.

    3. One large flowing spring located in the Northwest quarter of the Northeast quarter of Section 13 at an elevation of approximately 4200 feet. This spring is not developed.

- 2 A -

4. Five or six flowing springs located along the northerly line of Sections 23 and 24. One of these springs has been tapped by a two inch pipe draining into a cattle tank. The others are not developed.

Defendants claim absolute ownership of the waters of said springs.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by *[signature]*
Attorneys for defendant

- 3 -

13268

# DESCRIPTION

In the County of Riverside, State of California and described as follows:

The North half and Southeast Quarter of Section 13; the Northeast Quarter of Southeast Quarter of Section 22; the Northeast Quarter and the South half of Northwest Quarter; and the Northeast Quarter of Northwest Quarter; and the North half of South half of Section 23, and the North half and the North half of Southwest Quarter; and the Northwest Quarter of Southeast Quarter of Section 24, all in Township 8 South, Range 2 East, San Bernardino Base and Meridian, according to United States Government Survey.

Containing fourteen hundred (1400) acres more or less.

EXHIBIT A.

-4-

13269

**AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)**

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.

1247 SD - C

Franz R. Sachse, being first duly sworn, says: That affiant, whose address is 1092 South Main Street, Fallbrook, California is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Answer and Request for Admissions of defendants TULE VALLEY LAND AND CATTLE CO, a limited partnership,
(Copy title of paper served)

on the plaintiff (Name of party served) in said action, by pl~~acing a true copy thereof enclosed in an~~ personally serving as follows:

Hon. J. Lee Rankin, 325 West "F" St., San Diego 1, California

Mr. George Stahlman, Route 1, Box 235, Fallbrook, California
(Name and address as shown on the envelope)

sealed and deposited on the 16th day of June, 1958, in the United States Mail at San Diego, San Diego County, California
(Place of mailing, name of county)

~~xxxxxxxxxxxxxxxxxxxxxxx~~ and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 16th day of June, 1958.

_____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires May 25, 1961

13270