SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

F I L E D

JUN 18 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )   No. 1247-SD-C
                           )
    vs.                    )   ANSWER OF DEFENDANT
                           )   PAUL A. HERNLEY
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al.,        )
                           )
            Defendants.    )

Defendant, PAUL A. HERNLEY

answering plaintiff's Complaint and Supplement to Complaint

for himself  alone and not for any other defendant, admits,

denies and alleges as follows:

FIRST DEFENSE

I

Defendant   has   no knowledge or information
sufficient to form a belief as to the allegations contained
in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's
Original Complaint herein, and therefore denies all of said
allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original
Complaint herein, defendant   admits   the litigation

- 1 -

13258

referred to and admits that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendant denies that parties to said litigation or in any way bound thereby; and denies that said stipulated judgment determines the rights of plaintiff against defendant.

### III

Denies the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendant has no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore denies all of said allegations for want of information or belief.

### V

Denies the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT ALLEGES :

### I

Defendant is the owner of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendant claims water rights appurtenant to the real property described in Exhibit A, as follows: The lands of defendant contain approximately seventy (70) acres of arable and

- 2 -

13259

irrigable land. The said lands are not riparian to and do not abut upon any stream. The only water supply available to the lands of defendant is from percolating ground waters not a part of any stream and defendant asserts full correlative rights to the use of any percolating ground waters beneath his lands in an amount not to exceed 4.2 acre feet per acre per year. No such waters are presently developed and defendants are presently hauling their domestic water. A canyon runs across the lands of defendant from south east to northwest, which canyon only contains water during and immediately after heavy rains. Defendant asserts the right to construct soil and water conservation dams on said canyon and at other suitable locations on his property.

WHEREFORE, defendant prays Judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendant is the owner of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendant in and to his rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by *[signature]*
Attorneys for defendant

- 3 -

In RIVERSIDE COUNTY, Lots thirteen, fourteen, and twenty of Section nine in Township eight south of Range two east of the San Bernardino Meridian, California, containing one hundred fourteen acres (114 acres) more or less.

EXHIBIT A.

**AFFIDAVIT OF SERVICE BY MAIL**—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.    1247 SE - C

Franz R. Sachse , being first duly sworn, says: That affiant, whose address is

1092 South Main St., Fallbrook, California

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached **Answer and Request for Admissions of defendant**

Paul A. Hernley
(Copy title of paper served)

on the **plaintiff** in said action, by placing personally serving
(Name of party served)
as follows:

Hon J. Lee Rankin, 325 West F St., San Diego, California
Mr. George Stahlman, Box 235, Fallbrook, California
(Name and address as shown on the envelope)

sealed and deposited on the **16th** day of **June**, 195**8**, at

San Diego, San Diego County, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this **17th**

day of **June**, 195**8**

Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires **May 25, 1961**

13263