FILED
JUN 18 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *[signature]*
DEPUTY CLERK

1  Defendants in propria persona
2  John H. Hardeman + Dora W. Hardeman
3  Rt 1 Box 16
4  Wildomar Cal.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
John H. Hardeman
Dora W. Hardeman

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 6.90 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

June 14 - 58
COPY RECEIVED INDEXED

13280

These answering defendants own 6.90 acres of land
Situated in Riverside County,
Lot 58 Block "K" of Elsinore, as shown by map on file
in Book 4 page 174 of maps, San Diego County Records
Defendants claim the right to all the water running
under their property
for domestic use
for irrigation of four acres
for the watering of stock, turkeys chickens and fowl

 

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*John H. Hardeman*

*Dora D Hardeman*

Defendants in propria persona

Dated: June 14-58

13281