DONALD W. JACOBY AND MABEL M. JACOBY

**FILED**
JUN 18 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Defendants in propria persona

1003 E. Calaveras Street
Altadena, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ) | ANSWER OF DEFENDANTS |
| v. | ) | DONALD W. JACOBY |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | ) | and MABEL M. JACOBY |
| Donald W. Jacoby Mabel M. Jacoby     Defendants, | ) | |

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own  6  acres of land in County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

SEE EXHIBIT A

COPY RECEIVED   INDEXED

13282

I

2 (two) tillable acres.

1 (one) 105 ft. well.

Defendants wish to declare intent to put 2 (two) acres in orchards and reserve right of water for this purpose.

II

Defendants claim percolating water rights on said 6 (six) acres of land and declare right and intent to build 2 (two) more 5-room residences on this acreage and drill two (2) additional wells for this purpose.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Donald W. Jacoby*
Donald W. Jacoby

*Mabel M. Jacoby*
Mabel M. Jacoby

Defendants in propria persona

Dated: June 13, 1958

13283

## EXHIBIT A

All that portion of Section 19, Township 8 South, Range 1 East, San Bernardino Base Meridian, particularly described as follows:

Beginning at the Northwest corner of the Southwest quarter of the Southeast quarter of the Northwest quarter of said Section 19;

Thence East 328 feet;

Thence South to a point on the North line of highway, 305 feet West of East line of Northwest quarter of Northeast quarter of Southwest quarter of said Section 19;

Thence West along said North line of highway to West line of Northeast quarter of Southwest quarter of said Section 19;

Thence North to beginning.

Excepting therefrom any portion thereof included in public roads.