Emma F. Swope and H. D. Swope
Defendants in propria persona
625 Summit St., Fallbrook, California

FILED
JUN 18 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ M. A. _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
      Plaintiff,
  v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
      Defendants,

CIVIL NO. 1247 - SD - C
ANSWER OF DEFENDANTS
Emma F. Swope
and
H. D. Swope

The defendants Emma F. Swope & H. D. Swope each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own one acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

13285

EXHIBIT A

The South 195 feet of Tract 123 of WEST FALLBROOK, according to the Map thereof No. 567, filed in the office of the County Recorder of the said San Diego County, October 9, 1888. EXCEPTING therefrom the West 120 feet thereof. ALSO the South 195 feet of the West 10 feet of Summit Avenue, adjoining said Tract 123 on the East, as vacated and closed to public use by the Board of Supervisors of said San Diego County. ALSO an easement for pole lines over the North six feet of the South 201 feet of said tract 123 EXCEPTING therefrom the West 120 feet thereof and over the North 6 feet of the South 206 feet of the West 120 feet of said Tract 123.

13286

Civil. 1247-SD-C.   Answer of Defendants . . . .

   Defendants claim all the right of overlying land owners and to water which may originate in or may be found, on, or under, or which may cross their land.

   Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as now or may be known.

   Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

   Defendants claim all the above for all lands in which they have any financial interest whatsoever.

13287

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Emma L. Swope*

*H. D. Swope*

Defendants in propria persona

Dated: June 16, 1958

13288