**WAYNE L. DILLON and ALTA D. DILLON**
Defendants in propria persona
9212 Appleby Street
Downey, California.

FILED
JUN 18 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
by _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
  v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
        Defendants.

CIVIL NO. 1247- SD - C
ANSWER OF DEFENDANTS
WAYNE L. DILLON and ALTA D. DILLON

The defendants, WAYNE L. DILLON and ALTA D. DILLON each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own eight acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described ~~in the document attached hereto,~~ ~~~~ as:

COPY RECEIVED   INDEXED

13289

1      Lots 7, 8, 9 and 10 of Graham and Collier's Subdivision
2      of Lot 19, Block "K" of Elsinore, as shown by Map on file
    in Book 5, page 107 of Maps, Riverside County Records,
3      State of California.

4      That all of said land is tillable land and can be
5  used for farming and for irrigated farming or the land could be
6  used as a small farm wherein it would be necessary to have a well
7  on said farm for domestic use and for irrigation purposes.

18      WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

                                                      _Wayne L. Dillon_
                                                      Wayne L. Dillon
                                                      _Alta D. Dillon_
                                                      Alta D. Dillon
                                                   Defendants in propria persona

Dated:   June 12th, 1958.

                                                                                     13280