Defendants in propria persona

FILED
JUN 18 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own *155* acres of land in *Riverside* County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

Ramirez, Diana

13291

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Genevieve Ramirez Monge*
*1217 Grandview Ave*
*So. San Gabriel Calif.*

Defendants in propria persona

Dated:

13292

June 16, 1958

J. Lee Rankin
Solicitor General
Room 332, 325 West "F" Street,
San Diego, California

Dear Mr. J. Lee Rankin

The discription of my property is as follows: North east quarter of section 19, Township 7 South, Range 3 East, San Bernardino Base and Meridan.

I need a well to produce 375 inches of water for cultivation in 120 acres, as I intend to make my home in Anza.

Yours Truly

Mrs. Genevieve Ramirez Moraza

*Mrs. Genevieve Ramirez Moraza*

13293