FILED
JUN 18 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
DEPUTY CLERK

Jerry R Hurst & Marie M Hurst
Defendants in propria persona
Anza Calif

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )  CIVIL NO. 1247 - SD - C
        Plaintiff,  )  ANSWER OF DEFENDANTS
  v.  )  Jerry R and Marie M Hurst
FALLBROOK PUBLIC UTILITY  )
DISTRICT, ET AL,  )
        Defendants,  )

The defendants Jerry R and Marie M Hurst each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 30 acres of land in Riverside to County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

N.W 30 acres of S.W. 1/4 of Sec 10-R3E-TS 7

COPY RECEIVED
INDEXED

13294

The (30) acres are all tillable. And will in time require more water than at present. For such as a potato crop.

At present have a well with wind mill. If needed will have as many wells as necessary.

We claim all water Rights on said 30 acres. Whether for irrigation or household uses; for one or more houses.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Marie M. Hurst

Jerry R Hurst
Defendants in propria persona

Dated:

13295