NORA COTTER

Defendants in propria persona

MURRIETA, CALIFORNIA

FILED
JUN 18 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
   Plaintiff, )   ANSWER OF DEFENDANTS
  v. )
FALLBROOK PUBLIC UTILITY )   NORA COTTER
DISTRICT, ET AL, )
   Defendants. )

 The defendants, Nora Cotter each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### AFFIRMATIVE STATEMENT OF RIGHTS

 These defendants own 7/12 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

13298

EXHIBIT A

I own Lots (11) Eleven, (12) Twelve and (13) Thirteen in Block (6) Six and the Southeasterly rectangular ½ of Lot 14, in Block (6) Six all in the Townsite of Murrieta, which is in the Murrieta Portion of the Temecula Rancho as shown by map on file in Book 8 of Maps page 359 of the records of California.

EXHIBIT B

I have been told, that, the land I own here in Murrieta is in the Temecula Rancho, one of the Mexican grants of land, the Title to which is confirmed by the Treaty of Guadalupe Hidalgo, to be the same under American law as it was under Mexican law.

I have also been told that Louis Vigness, the last owner of the Temecula grant under Mexican law and the first owner under American law, received a patent from President Buchanan in 1860 for said land. Therefor I claim the protection of the Treaty and the said patent.

I am told I am not subject to any state law that conflicts with said treaty or said patent that is in regard to water or land rights.

I have a well on the property which I have used freely in the past and I hope to do so in the future.

13300

WHEREFORE, These defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*[signature]*

Defendants in propria persona

13301