1  J.R.POOrman & Joan Poorman
   Defendants in propria persona
2  Defendants in propria persona
   P.X. 35,Mountain Center,
3  Calif.

FILED

JUN 18 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
            DEPUTY CLERK

4

5              IN THE UNITED STATES DISTRICT COURT

6                SOUTHERN DISTRICT OF CALIFORNIA

7                      SOUTHERN DIVISION

8  UNITED STATES OF AMERICA          )      CIVIL NO. 1247 - SD - C

9                Plaintiff,          )      ANSWER OF DEFENDANTS

10      v.                           )     and supplementary and amendatoey
                                            complaint of
11 FALLBROOK PUBLIC UTILITY          )   J.R.Poorman nad Joan Poorman
   DISTRICT, ET AL,
12                Defendants,        )

13        The defendants, J.R.Poorman and Joan P corman

14 each severing from their co-defendants and each for himself or herself

15 alone, in answer to the Complaint and Supplementary and Amendatory Com-

16 plaint on file herein, admit, deny, and allege:

17            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT
18
            These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
                  AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own633,.0acres of land in   Riverside, Co.
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30

31

32

COPY RECEIVED

INDEXED

13296

This Piece of property is known as the Burnt Valley Place.

1/ Legal description, S.E.¼ of N.E. ¼. N.½ of, S.E. ¼. N.E. ¼, of, S.W. ¼,
160 acres. Sec, 20 Twonship 7 S, 4, E.

2 This land is mostly level and very good farm land and has good irrigation possibilities, There are two windmills on the land at this time , that have been used for domistic , stock, and some irrigation water,it has good possibilaties for irrigation and We J.R.Poorman and Jean Poorman want to claim a right to 4 & .02 inches of water per acre.

5   This ranch is known as the Table Mountain Ranch.

6   Legal description,
The east 1/2 of section 25, Township 7 South, Range 3 East, San Bernardino Meridian, as shown by maps  of United States Goverement Survey.
Goverement lots 2 and 3 and Southeast Quarter of Northeast Quarter and Northeast quarter Of Southeast Quarter, of Sec. 30, Township 7, South, Range 4, East, San Bernardino Meridian, as shown by United States Gove ment Sovey.
This land is mostly rolling land about 80 acres is good farming land, it has good possibilities as future subdivision and recretional use, at the present time it is being and has been used in the past as cattle land and is very good for that purpose, it has several springs on it and one wind mill that furnish water for Domestic and Stock use as well as irrigation water for a good home garden.
This water does not all flow to the Margarita Water Shed, and there is no water running off the property at any time except an occasional flash flood.
There for We J.R.Poorman and Jean Poorman wish at this time to ask the Government of the United States to let us have the water that is on this property for owre own and needs to the amount of 2 7.50 inches por acre.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Defendants in propria persona

Dated:

Exibit A.

**Burnt Valley Ranch.**

Legal Description.
S. E.. ¼ of N. E. ¼,N.½ of ,S. E. ¼, of/S.W. ¼, 160 A.
Sec,20,Township 7 S, 4,E.

N. E. ¼

**Table Mountain Ranch.**

Legal Description.
The east ½ of section 25,Township 7 South Range 3 East, Sanbe;
San Bernardino Meridian, as shown by maps of U. S. Govt.
Government lots 2 and 3 and Southeast Quarter of North
east Quarter and Northeast Quarter of Southeast Quarter of
Sec. 30 Township 7 South, Range 4 East SanBornardino
Meridian , as shown by U. S. Government Survey.

13297A