Eveline Kennedy
Defendants in propria persona
1282 Vereda Barranca, Vista, Calif.

FILED
JUN 18 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )  CIVIL NO. 1247 - SD - C
          Plaintiff,  )  ANSWER OF DEFENDANTS
   v.  )  Eveline Kennedy
FALLBROOK PUBLIC UTILITY  )
DISTRICT, ET AL,  )
          Defendants,  )

The defendants Eveline Kennedy each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants owns 4.6 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

Page 1

COPY RECEIVED INDEXED

13302

      Defendant owns 4.6 acres, 2.6 acres of which is planted to avocadoes. The entire acreage is in the San Louis Rey watershed and all runoff is into a tributary of the San Louis Rey River.

      There is no well on the property.

      Defendant's entire water supply for irrigation is taken from the Fallbrook Public Utility District, and the defendant claims 4 acre feet of water.

      Defendant claims all the rights of overlying landowner to water which may originate or cross her land.

      Defendant claims the right to dig wells and to exercise water reclaimation and conservation practices as are now or may be known.

      Defendant hereby incorporates the same as tho' set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

      WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

                                      *Eveline Kennedy*

                                      Defendants in propria persona

Dated:

EXHIBIT A

Legal Description of Property

A portion of the Southwest Quarter of Section 16, Township 9 South, Range 3 West, S.B.M., in the County of San Diego, State of California, described as follows, to-wit:

Commencing at the Southwest corner of the said Southwest Quarter of Section 16; thence along the South line thereof North $89° 05'$ East, 611.32 feet; thence North $0° 55'$ West, 343.90 feet to the angle point in the Westerly line of the tract of land conveyed by William A. Anderson and wife to J. Lee Baker and wife by deed dated November 21, 1939 and recorded in Book 974, page 183 of Official Records; thence North $5° 36' 30"$ West, 652.33 feet; thence North $9° 41'$ East, 391.38 feet; thence North $20° 09' 30"$ East, 521.79 feet to the true point of beginning; thence North $66° 24' 30"$ West, 541.25 feet; thence North $4° 03' 30"$ East 195.50 feet to a point on the center line of State Highway No. 395, as shown on Map of Mission Road, 1-C, filed in the office of the County Surveyor, which point is the Westerly end of a curve concave to the North, having a radius of 500 feet; thence Easterly along the said center line on said curve 156.50 feet (record 157.37 feet) to the end thereof; thence on a tangent thereto North $73° 34'$ East, 338.10 feet; thence leaving the center line of said Highway South $24° 04'$ East, 265.12 feet; thence South $20° 09' 30"$ West, 304.10 feet to the said true point of beginning.