Anza Community Building, Inc.
Defendants in propria persona
Anza, California

FILED
JUN 18 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. A. Kingley
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )  CIVIL NO. 1247 - SD - C
          Plaintiff, ) ANSWER OF DEFENDANTS
   v.                                     )
FALLBROOK PUBLIC UTILITY    )  Anza Community Building, Inc.
DISTRICT, ET AL,                )
          Defendants, )

    The defendants, Anza Community Building, Inc. each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
            AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

    AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own  1  acres of land in  Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

13305

1  Anza Community Hall is a building constructed and
2  owned by an association made up of residents of the area.
3  It is available for use by organizations and individuals for
4  public or private gatherings.
5      The property contains one well, used for furnishing
6  water for cooking and sanitary facilities for users of the
7  hall.
8      Defendants claim the right to the water in this well
9  for the above purpose. Should the present well fail to be
10 adequate, defendants further claim the right to drill a future
11 well or wells sufficient to serve the needs of the hall.

18     WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

ANZA COMMUNITY BUILDING, INC.

_Sylvester Cast_ President

_Ted Borchest_ Secretary

Defendants in propria persona

Dated: June 10, 1958

13306

EXHIBIT A

That portion of the Southeast quarter of Section 16, Township 7 South, Range 3 East, San Bernardino Base and Meridian, described as follows:

Beginning at the Southwest corner of the Southeast quarter of said Section 16; thence North along the West line of the Southeast quarter, 40 feet; thence East parallel with the Southerly line of the southeast quarter, 760 feet to the true point of beginning; thence North parallel with the West line of the Southeast quarter, 242 feet; thence East parallel with the South line of the Southeast quarter, 180 feet; thence South parallel with the West line of the Southeast quarter, 242 feet; thence West parallel with the South line of the Southeast quarter, 180 feet to the true point of beginning.