John Lewandowski and Helen Lewandowski
Defendants in propria persona
9059 - 58th Street San Diego 14, Cal. A

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ) | ANSWER OF DEFENDANTS |
| v. | ) | John Lewandowski |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | ) | and |
| Defendants, | ) | Helen Lewandowski |

The defendants, John Lewandowski + Helen Lewandowski each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 160 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

13308

1  The defendants claim the right to deepen present
2  well and dig or drill new wells as needed to irrigate
3  presently planted fruit trees and any additional
4  trees or crops, not to exceed the rate justified
5  as reasonable by the United States of America
6  four and two-tenths (4.2) acre-feet per acre per year.

8  The defendants own one hundred sixty acres
9  (160) of which approximately one hundred (100)
10 are susceptible of practicable and profitable
11 irrigation.

18      WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*John Lewandowski*

*Helen P. Lewandowski*

           Defendants in propria persona

32 Dated:

17 June 1958

13309

"Exhibit A"
Discription of Property

The Southeast Quarter of the Northwest Quarter the Northeast Quarter of the Southwest Quarter and the South half of the Southwest Quarter of Section 9 Township 9 South Range 3 East San Bernardino Meridian County of San Diego California

| 2 | 1 | 4 | 3 | 2 | 1 | 4 | 3 |
|---|---|---|---|---|---|---|---|
| 4126 | 4126 | 4122 | 4115 | 4107 | 4100 | 4091 | |

5    4    3

8    9    10

17   16   15

Chihuahua Valley
T.9S. R3E                13310
San Bernardino Meridian