FILED
JUN 18 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M.A. Keefing
  DEPUTY CLERK

Santa Monica, Calif.,
June 16, 1958.

Mr. J. Lee Rankin,
Room 332,
325 W. "F" Street,
San Diego, Calif.

Dear Sir:

I have been served with a summons in connection with a suit in which I understand you represent the federal government in their attempt to steal the water from my wells and reservoirs on my land in San Diego County, California.

I have neither the time nor the money necessary to try to protexct myself from the government if they have definitely decided on a course of larceny against over 6,000 land owners, but will just have to rest my case with the courts sense of justice.

Incidentially, my land is not included in any of the descriptions included in the complaint. At least not according to the description I have in my deed and title policy.

There was a time when I had more faith in the integrity of my government than to believe that they would stoop to try to steal the water from over 6,000 people who are dependent upon it for a livelihood, but now I no longer have that faith.

If they will do this to their own citizens, I am beginning to xxx understand why we as a nation are so cordially hated all over the world.

1115 25th street

Sincerely yours,

H.M. Hare

Copy mail

13346