ANSWER

EXHIBIT "A"

FILED
JUN 18 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,

        Defendants.

NO. 1247-SD-C

STIPULATION LIMITING AND SETTLING RIGHTS TO THE USE OF WATER

The undersigned defendant(s), whose address is 1706- 9th. St. Manhattan Beach California.

for (himself) (themselves), (his) (their) executors, administrators, successors and assigns, **do not agree** agree to limit (his) (their) rights to the use of water in connection with the following described lands:

Riverside County, State of California.

The Northwest quarter of Northwest quarter of fractional section, Section 9, Township 7 South, Range 3 East, Sanberdino Base and Meriadian, as shown by United States Survey.

I do not agree to the following (16) lines on page two, Because of the shortage of water now, Any curtailment of water, will prevement me from developing the property for the means of a livelyhood.

either in the surface or sub-surface flow of the Santa Margarita River and its tributaries or other waters within the watershed of that stream, to that

Copy rec'd  INDEXED

-1-

13347

1 quantity of water which will be ~~reasonably~~ *necessarily* required, ~~for domestic uses. It is~~
2 further agreed that "domestic use" as used in connection with the above described
3 lands limits the use of water to ~~a single house~~ and outbuildings or to a single
4 farmstead; and that the domestic use will also be limited to those common to
5 homes including the incidental watering of domestic livestock for family
6 sustenance and the irrigation of not to exceed one-half acre in lawn,
7 ornamental shrubbery, garden, and truck.

8    It is further agreed by the defendant(s) that the court may enter a
9 decree limiting the rights to the use of water in connection with the above
10 described lands to those required for domestic purposes as above defined, by the
11 defendant(s), (his) (their) administrators, executors, successors and assigns
12 and that based upon this stipulation the defendant(s) will not be required to
13 file responsive pleadings to the complaint and supplementary and amendatory
14 complaint served upon (him) (them) or to otherwise participate in this
15 litigation. This stipulation when executed by the undersigned constitutes
16 an acceptance of the Offer of Settlement by the United States of America,
17 a copy of which is attached.

18
19                                          *[signature] Claude H. Graham, Sr.*
20                                                   Husband
21 Dated: *[signatures] / Claude H. Graham, Jr.*
22
23
24
25 Reviewed and approved:
26
27 _____
   Officer in Charge of the
28    Office of Ground Water Resources
      Camp Pendleton, California
29
30
31
32

-2-

13348