June 14, 1958

From: Bremond B. Birch,
      Charles F. Birch, and
      Jean E. V. Birch
      508 Lake Street,
      Oak Park, Illinois.

To : J. Lee Rankin
     Solicitor General
     Room 332,
     325 West 'F' Street,
     San Diego, California.

Re : Complaint and Supplementary and Amendatory Complaint, No. 1247-SD-C.

Sir;

    We, the coowners of 10 acres of land in the County of Riverside, State of California, legally described as "Lot of Section 6, Block or Township 7 South, Range 3 West, NW¼ of Lot 2" feel that we are in no way involved with the above complaint.

    Our property, above described, is not improved upon or occupied by us in any manner. The property is leased to a Mr. Ernest W. Bonnett, who has land adjoining ours. Just what he is doing with the leased land we are not sure.

    In looking through your enclosed description of lands, we have been unable to find a list that includes our property.

    As to the water rights issue involved, we do not waive our rights, whatever they may be, but also have no cause to exceed any water rights to which we may be entitled.

CC/
BBB
CFB
JEVB

Respectfully Yours;

*Bremond B Birch*
*Charles F. Birch*
*Jean E V Birch*

FILED
JUN 18 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Copy rec'd INDEXED

13350