*Anna Caserta*

1  Defendants in propria persona
2  *1017 Ave D - Redondo Beach Calif*
3
4           IN THE UNITED STATES DISTRICT COURT
5             SOUTHERN DISTRICT OF CALIFORNIA
6                    SOUTHERN DIVISION
7
8  UNITED STATES OF AMERICA,       )
                                   )  CIVIL NO. 1247- SD - C
             Plaintiff,            )
9                                  )  ANSWER OF DEFENDANTS
       v.                          )  *Anna Caserta*
10                                 )
   FALLBROOK PUBLIC UTILITY        )
11 DISTRICT, ET AL,                )
                                   )
12           Defendants.           )

13        The defendants, *Anna Caserta*
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:
17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
19        These answering defendants hereby incorporate by reference
20  all of the allegations contained in the answer to said Complaint and
21  Supplementary and Amendatory Complaint filed in this case by Newton
22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23  of the portion thereof entitled "Affirmative Statement of Rights")
24  and make each and all of said allegations a part of this answer
    the same as if herein set forth at length.
25
26            AFFIRMATIVE STATEMENT OF RIGHTS
27        These defendants own  *5*  acres of land in
28  County, California, and within the watershed of the Santa Margarita
29  River, more particularly described in the document attached hereto,
30  marked Exhibit A, which is hereby incorporated by reference as a
31  part of this statement.
32  *June 6 1958*                                    13251
    *Copy recd (signed)*

|    |    |
|----|----|
| 1  |    |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  |    |
| 6  |    |
| 7  |    |
| 8  |    |
| 9  |    |
| 10 |    |
| 11 |    |
| 12 |    |
| 13 |    |
| 14 |    |
| 15 |    |
| 16 |    |
| 17 |    |
| 18 | WHEREFORE, these defendants pray that plaintiff take |
| 19 | nothing against them by reason of the Complaint and Supplementary |
| 20 | and Amendatory Complaint on file herein; that said Complaint be |
| 21 | dismissed as against these defendants; that defendants' right to |
| 22 | water, as hereinabove set forth, be quieted as against the plain- |
| 23 | tiff and against all other defendants in this action; and for such |
| 24 | other and further relief as the Court may deem proper. |
| 25 |    |
| 26 |    |
| 27 | _Anna Caserta_ |
| 28 | _____ |
| 29 | Defendants in propria persona |
| 30 | Dated: June 6 1958 |
| 31 |    |
| 32 |    |

13352

Exhibit A.

Sec 31 T8S R3W
NW 9.45 ac NE of lot 3
or NW 9.45 ac of NE 1/4 of
NW 1/4 E 1/2 of S 1/2 of NE 1/4
of NW 1/4 or E 5 ac of N.
10 ac of S 20 ac of lot 3

13353