FILED

JUN 18 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

*Faye Rick*
*1510 N. Lake*
*Pasadena, Calif*

Defendant

UNITED STATES OF AMERICA

Plaintiff )
vs )                    No. 1247
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )
Defendants )

Comes now the defendant(s) *Faye Rick*
*Owner of Lot recorded Book 2245 Page 60 Security Title Ins Co.*
*Riverside Co.*
and for herself, or themselves alone and answering plaintiff's
complaint on file, herein denies (deny) each and every material
allegation contained therein.

*Faye Rick*
*1510 N. Lake*

*Not at any time would I consume any more water
than the minimum supplied to the average home owner*

copy and INDEXED

13354