CARTER
6-18-58

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

No. _____1247-SD-C_____ Civil

MINUTES OF THE COURT

DATE: _____June 18, 1958_____

AT: San Diego, California

PRESENT: Hon. ~~XXXXXX~~ JAMES M. CARTER , District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporter: JOHN SWADER AND
MALCOLM LOVE

Counsel for Plaintiff: WILLIAM VEEDER, WILLIAM BURBY, LT. DAVID MILLER, LT. COL. Bowen, and LT. COL. ROBERTSON.

Counsel for Defendants: FRANZ SACHSE, ADOLPHUS MOSKOVITZ, GEORGE GROVER, GEORGE STAHLMAN, W. B. DENNIS, AND ROBERT McGINNIS.

PROCEEDINGS: FURTHER HEARING: (1) Matter of continuance of Master Hearing.
(2) Motion of U.S. A. respecing hearing on various motions noted for 6-16-58
(3) Motion Fallbrook to Dismiss, to strike
(4) to Determine objections of Deft. Fallbrook to interrogs of U. S. A.
(5) Motion State of Calif to Dismiss
(6) Motion U. S. A. for Summary Judgmt
(7) Motion deft Fallbrook for ord requiring production of documents
(8) (a) motion Fallbrook for ord compelling pltf to answer under oath
    defts. Interrogs served 5-5-58
   (b) Motion Fallbrook for an ord directing pltf to furnish more complete
    answer to interrogs. 1 thru 8
   (c) Motion deft Fallbrook for ord directing Pltf to Answer interrogs
    10, 11a, 11c, 12d, 12 i, and 14.
(9) Motion Katharine Gibbon and William Cottle to Dismiss
(10) Motion defts. Halde to Dismiss
(11) Motion Deft Fallbrook respecting hearings on 6-16-58
(12) COURT TRIAL

At 10 A.M. convene herein.
Attorney Dennis makes statement re continuance of Master Hearings
Attorney Grover makes statement and requests continuance.
Attorneys Sachse, Stahlman, and Moskovitz each make statements.
IT IS ORDERED master hearings continue.
IT IS ORDERED that Governments Motion for Summary Judgment stand SUBMITTED.
Attorney Grover argues in support of Motion of Gibbon and Cottle and Motion of Defts. Halde to Dismiss.
At 12, noon, recess to 1:30 P.M.
At 1:35 P.M. reconvene herein.                  responses to
Attorney Veeder request permission to file amdnded/request for admission of various defendants, and IT IS ORDERED said permission is granted.
Attorney Sachse argues in support of motions to dismiss.
Attorney Veeder argues in opposition to said motions
At 2:55 P.M. recess, and at 3:05 reconvene.
IT IS ORDERED that motions of Fallbrook, (3); State of California, (5); Katharine C. Gibbon and William Cottle, (No. 9), and Carl and Hester Halde to dismiss stand submitted.
IT IS ORDERED that Motion deft Fallbrook for ord requiring production of docuemts, (No. 7) is denied, on grounds said motion complied with.
IT IS ORDERED that motion of U. S. A.(No 2) and motion of Fallbrook, (No.11) respecting hearings on 6-16-58 go off calendar.
IT IS ORDERED that record show no objections to the appointment of the Master were made onf either June 16, 17, or 18.
At 4 P.M. IT IS ORDERED that cause is continued to June 19, at 9:30 A.M. snfor hearing on matters not disposed of.

3873

JOHN A. CHILDRESS, Clerk
_____