Request for admissions
(on Form 7)

1247-SDC

| Filed | Time | Parties | Attorney |
|---|---|---|---|
| 6/10 | 10 das | Donald K & Maxine Osborne | Sachse |
| 6/10 | do | James & Dorothy Clemons | do |
| 6/10 | do | Harry & Sybil Chapman | do |
| 6/10 | do | Grace Warren | do |
| 6/10 | do | Fallbrook Assembly of God | do |
| 6/10 | do | Chester & Dorothy Cassel | do |
| 6/11 | do | Tom Turner | do |
| 6/11 | do | Leighton & Florine Harrison | do |
| 6/11 | do | Calavo Growers of Calif. | do |
| 6/9 | do | C.W. & Jean Cardon | do |
| 6/9 | do | Roy & Flora Costello | do |
| 6/13 | do | James & Edith Duncan | Teasdall |
| 6/9 | do | Paul & Jean Algert | Sachse |

FILED
JUN 18 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

3874