FILED
JUN 18 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. Keenan
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )   No. 1247-SD-C
                                     )
    v.                               )   AFFIDAVIT OF SERVICE BY MAIL
                                     )
FALLBROOK PUBLIC UTILITY DISTRICT,   )
et al.,                              )
                                     )
            Defendants.              )

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF SAN DIEGO    )

      ROBERT E. NAGLE, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

      That, in the above entitled action, on June 13, 1958, he deposited in the United States mail at Oceanside, California, in envelopes bearing the requisite postage, at which places there is a delivery service by United States mails from said post offices, a copy of

      SUMMONS AND COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT to Walter Gould Lincoln, Suite 1113, 742 South Hill Street, Los Angeles 14, California, as Attorney for Trustees of Murray Schloss Foundation.

Robert E. Nagle

Subscribed and sworn to before me
this 18 day of June, 1958.

Margaret B. Cooper
Notary Public in and for said
    County and State
(SEAL)

My Commission Expires June 3, 1962

3889

COPY RECEIVED