```
                                    FILED
                                    JUN 18 1958
                                    CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA
                                    By M. _____
                                              DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1247-SD-C |
|     Plaintiff, ) | |
| v. ) | AFFIDAVIT OF SERVICE BY MAIL |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) et al., ) | |
|     Defendants. ) | |

ROBERT E. NAGLE, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

That, in the above entitled action, on June 13, 1958, he deposited in the United States mail at Oceanside, California, in envelopes bearing the requisite postage, at which places there is a delivery service by United States mails from said post offices, a copy of

    MOTION RESPECTING HEARING ON JUNE 16, 1958,
    MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT,
    STATEMENT OF RIGHTS TO THE USE OF WATER CLAIMED AND EXERCISED
        BY THE UNITED STATES OF AMERICA,
    PETITION FOR REMOVAL
    MEMORANDUM RESPECTING RIGHTS TO THE USE OF WATER IN CONNECTION
        WITH RESERVED LANDS OF THE UNITED STATES OF AMERICA,
    ANSWERS TO FALLBROOK PUBLIC UTILITY DISTRICT INTERROGATORIES, and

3830

1  NOTICE OF MOTION FOR SUMMARY JUDGMENT and MOTION FOR
       SUMMARY JUDGMENT,
2
   addressed to:
3
       William Murray Hill, 620-621 First National Bank Building,
4          San Diego 1, California
       Orrick, Dahlquist, Herrington & Sutcliffe, 405 Montgomery Street,
5          San Francisco 4, California
       Postel & Postel, 400 Montgomery Street, San Francisco 4, California
6      Harry E. Teasdall, 114 North Main Street, Fallbrook, California
       Watson, Hart & Mieras, 5939 Monterey Road, Los Angeles 42, California
7      Weyl, Dunnaway & Weyl, 6331 Hollywood Boulevard, Los Angeles 38,
           California,
8
   the last known addresses of the persons listed above.
9

10                                         Robert E. Nagle
11                                    _____

12
   Subscribed and sworn to before me
13 this  18   day of June, 1958.

14
       Margaret B. Locke
15 Notary Public in and for said
       County and State
16
   (SEAL)
17
   My Commission Expires June 3, 1962
18

-2-

3881