1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

# F I L E D

JUN 18 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
                Plaintiff,     )      No. 1247-SD-C
                               )
        vs.                    )      REQUEST FOR
                               )      ADMISSIONS UNDER
FALLBROOK PUBLIC UTILITY DISTRICT, )  RULE 36
a public service corporation of the )  **TULE VALLEY LAND AND**
State of California, et al.,    )      **CATTLE CO., a limited**
                               )      **partnership.**
                Defendants.    )

Defendants, **TULE VALLEY LAND AND CATTLE CO., a**
**limited partnership,**
request plaintiff within ten (10) days after the service of
this request to admit that the following statements are true,
for the purposes of this action only, and subject to all
pertinent objections to admissibility which may be interposed
at the trial:

1.  Defendants are the owners of the lands described in
their answer herein.

2.  The lands described in the answer of defendants
include 1,000      acres of irrigable land.

3.  A reasonable water duty for the irrigable lands of
defendants is 4.2 acre feet per acre per year.

4.  **The lands of defendants in Sections 22, 23 and 24**
**are riparian to Tule Creek.**

- 1 -

3875

COPY RECEIVED

5.  The lands of defendants in Section 13 are riparian
to an un-named intermittent stream flowing into Coahuilla Creek.

6.  The springs arising upon the lands of defendants
are from local percolating ground waters and are not a part of
any stream.

SACHSE and PRICE

By _____
    Franz R. Sachse
Attorneys for defendants
TULE VALLEY LAND AND CATTLE CO.,
a limited partnership.

3876