SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

FILED
JUN 18 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1247-SD-C |
| Plaintiff, ) | |
| vs. ) | REQUEST FOR ADMISSIONS UNDER RULE 36 |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) a public service corporation of the ) State of California, et al., ) | TULE VALLEY LAND AND CATTLE CO., a limited partnership. |
| Defendants. ) | |

Defendants, TULE VALLEY LAND AND CATTLE CO., a limited partnership, defendant Vail Company request ~~plaintiff~~ within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

1. Defendants are the owners of the lands described in their answer herein.

2. The lands described in the answer of defendants include  1,000    acres of irrigable land.

3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

4. The lands of defendants in Sections 22, 23 and 24 are riparian to Tule Creek.

- 1 -

5. The lands of defendants in Section 13 are riparian to an un-named intermittent stream flowing into Coahuilla Creek.

6. The Springs arising upon the lands of defendants are from local percolating ground waters and are not a part of any stream.

SACHSE and PRICE

BY *[signature]*
Franz R. Sachse
Attorneys for defendants
TULE VALLEY LAND AND CATTLE CO.,
a limited partnership.