SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

**FILED**

JUN 18 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
               Plaintiff,           )   No. 1247-SD-C
                                    )
        vs.                         )   REQUEST FOR
                                    )   ADMISSIONS UNDER
FALLBROOK PUBLIC UTILITY DISTRICT,  )   RULE 36
a public service corporation of the )
State of California, et al.,        )
                                    )
               Defendants.          )

Defendants PAUL A. HERNLEY,

Defendant VAIL COMPANY
request/~~plaintiff~~ within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

   1. Defendants are the owners of the lands described in their answer herein.

   2. The lands described in the answer of defendants include **Seventy (70)** acres of irrigable land.

   3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

   4. **The lands of defendants do not abut upon and are not**

- 1 -

3881

COPY RECEIVED

1 riparian to any stream.

2     5. The waters underlying the lands of defendants are
3 percolating ground waters not a part of any stream.

                    SACHSE and PRICE

              by *[signature]*
                 Franz R. Sachse
            Attorneys for Defendant
            Paul A. Hernley

- 2 -

3882