SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

FILED

JUN 18 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )
   vs. )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al., )
        Defendants. )

No. 1247-SD-C

REQUEST FOR ADMISSIONS UNDER RULE 36

DEFENDANTS

HAROLD D. and NELLIE E. YAPLE

Defendants HAROLD D. and NELLIE E. YAPLE request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1. Defendants are the owners of the lands described in their answer herein.

    2. The lands described in the answer of defendants include 5 acres of irrigable land.

    3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

- 1 -

3883

COPY RECEIVED

   4. The lands of defendants are not riparian to any stream and do not abut upon any stream.

5.  5. The waters underlying the lands of defendants are percolating ground waters not a part of any stream.

              SACHSE and PRICE

June 13, 1958

              by _____
              Attorneys for defendant

- 2 -

3884