SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

F I L E D

JUN 18 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>        Defendants. | No. 1247-SD-C<br><br>REQUEST FOR<br>ADMISSIONS UNDER<br>RULE 36<br><br>DEFENDANTS<br><br>HORACE W. HANSON and<br>BERNADEAN HANSON |

Defendants HORACE W. HANSON and BERNADEAN HANSON

request plaintiff within ten (10) days after the service of

this request to admit that the following statements are true,

for the purposes of this action only, and subject to all

pertinent objections to admissibility which may be interposed

at the trial:

    1.  Defendants are the owners of the lands described in
their answer herein.

    2.  The lands described in the answer of defendants
include    40    acres of irrigable land.

    3.  A reasonable water duty for the irrigable lands of
defendants is 4.2 acre feet per acre per year.

- 1 -

3887

COPY RECEIVED

4. The lands of defendants are not riparian to and do not abut upon any stream.

5. The lands of defendants overlie percolating ground waters not a part of any stream.

June 13, 1958

SACHSE and PRICE

by *[signature]*
Attorneys for defendants

- 2 -

3888