Case 3:51-cv-01247-JO-SBC   Document 3073   Filed 06/19/58   PageID.10248   Page 1 of 1

```
                                            FILED
                                            JUN 19 1958
                                            CLERK, U.S. DISTRICT COURT
                                            SOUTHERN DISTRICT OF CALIFORNIA
                                            By /s/ M. E. _____
                                                    DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>    Defendants. | No. 1247-SD-C<br><br>ORDER |

Good cause having been shown:

IT IS HEREBY ORDERED that the employees of the United States of America, charged with the responsibility of making soil surveys upon the Coahuilla Reservation, Penchange Indian Reservation and the Ramona Indian Reservation, including the location of the section corners, section lines and all monuments established by the Cadastral survey, shall have free and complete access upon the lands of the above named Indian Reservations for the purpose of making the surveys in question, and all acts of interference or threats of inference with those surveys are hereby expressly prohibited. The United States Marshall will assist in carrying out this Order.

Dated: 6/19/58

_JAMES M. CARTER_
UNITED STATES DISTRICT JUDGE

3892