UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                              No. __1247-SD-C__ Civil

vs.                                 MINUTES OF THE COURT

FALLBROOK, etc., et al              DATE: __June 19, 1958__

                                    AT: San Diego, California

PRESENT: Hon. __JAMES M. CARTER__, District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporter: __JOHN SWADER__

Counsel for Plaintiff: __WILLIAM VEEDER, AND WILLIAM BURBY, LT. DAVID MILEER, Lt. Col BOWEL, AND COL. ROBERTSON__

Counsel for Defendants: __FRANZ SACHSE, ADOLPHUS MOSKOVITZ, AND W. B. DENNIS, AND GEORGE STAHLMAAN.__

PROCEEDINGS: FURTHER HEARING: (1) Matter of Continuance of Masters Hearings
(2) To determine objections of Fallbrook to Interrogs.
(3)(a) motion Fallbrook for ord compellign Pltf to Answer under Oath
       Defendants Interrogs, served on 5-5-58
   (b) Motion Fallbrook for ord directing pltf to furnish more complete
       answer to interrogs 1 thru 8.
   (c) Motion Fallbrook for ord directing pltf to Answer interrogs 10, 11a,
       11c, 12d, 12 i, and 14.
(4) COURT TRIAL

   At 9:35 convene herein.
   Attorney Veeder makes statement re continuance of Master Hearings.
   Court and counsel discuss pending case in Superior Court of San Diego.
   IT IS ORDERED that Masters hearings continue
   IT IS ORDERED that trial herein is continued to October 1, 1958 at 10 A.M.
   Attorney Stahlman makes statement re request for admissions by attorney Sachse as to Tule Land Development and Hearnley.
   IT IS ORDERED Attorney Stahlman reply to requests, and attorney Sachse states he will waive 10 day period required for said answers.
   Attorney Sachse makes statement re motion to determine objections of Deft Fallbrook to interrogs. (no.2)
   IT IS ORDERED that case is set for August 26, 1958, at 10 A.M. for hearing on matter of issues, and that Fallbrook motion to determine objections to interrogatories continued to that time.
   Court and counsel discuss motions of Fallbrook re answers of U.S. to interrogs.
   IT IS ORDERED that Attorney Veeder and Sachse meet and work out answers.
   At 11:30 A.M. adjourn.

                                    JOHN A. CHILDRESS, Clerk
                                    By _____ Deputy