UNITED STATES OF AMERICA,

        Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT,
ET AL.,

        Defendants.

NO. 1247-SD-C

ANSWER TO SUMMONS

FILED JUN 19 1958

    The undersigned defendants whose address is Rt. 2 Box 488 Elsinore, California, for themselves, their executors, administrators, successors and assigns, do hereby proclaim that they are the sole owners of the following described property:

    Ro. LaLaguna Lot 27 Block L, Elsinore, as per map shown in Book 4 Page 174 thereof, Records of San Diego County, State of California, excluding the Southwest 495 feet and also excluding the Southeast 40 feet to County Road.,

    in the County of Riverside, State of California.

and that we own and retain all water, oil and mineral rights over, under and in the above described property.

    We hereby protest and disclaim all or any part thereof of the claim of the United States Government to any and all water rights and other rights thereof in the above summons.

Dated June 12-1958

    Jewel H. Flinn
    and
    Mildred G. Flinn

State of California
County of Riverside.

Subscribed and sworn to before me this 12th day of June 1958

    W. E. Turner
    Notary Public in and for the County of Riverside, State of California.

My Commission Expires Aug. 5, 1958

13355

