IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY CLERK

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,
    Defendants.

NO. 1247-SD-C

ANSWER TO SUMMONS

The undersigned defendant whose address is Rt. 2 Box 580 Elsinore, California, for himself, his executors, administrators, successors and assigns, do hereby proclaim that I am the sole owner of the following described property:

> That triangular portion containing 1.4 acres lying East of Orange Street and East of that portion containing 0.9 acres deeded to Riverside County for Orange Street, of Lot 24 in Block L of Elsinore, Rancho LaLaguna, as shown by map on file in Book 4 page 174 of Maps, Records of San Diego County, California; said property in Riverside County, State of California.

and that I own and retain all water, oil and mineral rights over, under and in the above described property.

I hereby protest and disclaim all or any part thereof of the claim of the United States Government to any and all water rights and other rights thereof in the above summons.

Dated June 17, 1958

/s/ William Stuart
William Stuart

State of California,
County of Riverside.

Subscribed and sworn to before me this 17th day of June 1958.

/s/ W. E. Turley
Notary Public in and for the County of Riverside, State of California.
My Commission Expires Aug. 5, 1958

13350

INDEXED