Chas. H. Cyr

Defendants in propria persona

205 Seventh Street   Hoquiam Washingotn

FILED

JUN 19 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                DEPUTY CLERK

In The United States District Court

Southern District of California

Southern Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247- SD - C |
| Plaintiff, | ANSWER TO COMPLAINT AND |
| v. | SUPPLEMENTARY AND AMENDATORY |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | COMPLAINT OF CHAS. H. CYR. |
| Defendants. | |

The defendants,   Chas. H. Cyr each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Chas. H. Cyr (excepting only Paragraphs 1 and 11 of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

Affirmative Statement of Rights

These defendants own Lots Number 4 and 5 in Block 26, Fallbrook, San Diego County, California and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED   INDEXED

13357

This land is suitable for commercial and industrial use.

Defendant claims the right to any percolating water that may be under this land.

Defendant claims the right to drill or dig a well or wells and install adequate pumping equipment to put said water to domestic, commercial and industrial use.

Defendant does not claim any prescriptive rights or any appropriative rights.

Defendant does not claim any riparian rights.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as herein above set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*[signatures]*
Eulalia W. Cyr

Defendants in propria persona

Dated: June 16, 1958

13358

Exhibit A.

Lots Number FOUR and FIVE in Block TWENTY SIX in Fallbrook, San Diego County, California.

13359