1  This land is riparian land; approximately (3) acres in apple
2  trees and garden crops. The (7) acres are used as two feeding
3  areas for livestock, mainly cattle.
4  Defendants have (2) wells and a (30,000) gallon reservoir and a
5  domestic water system.

       II.

7  Defendants claim the right to use the average of (20,000) gallons
8  daily for irrigation and watering of stock and domestic.

18    WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Raymond Wood and Gilreath*

*Nadine Janet Gilreath*

      Defendants in propria persona
      1556 North Le Flore Drive
      Whittier, Calif.

Dated: May 28, 1958

13375