EXHIBIT A

That certain land situated in Riverside County known as that portion of the Southeast quarter of the Southeast quarter of Section 14, Township 7 South, Range 3 East, SanBernardino Base and Meridian, by metes and bounds, beginning at the Southwest corner of said Southeast quarter of the Southeast quarter; thence Easterly on the Southerly lineof said Southeast quarter of the Southeast quarter of said Section 660 feet; thence Northerly and parallel with the Westerly line of said Southeast quarter of the Southeast quarter 495 feet; thence Westerly and parallel with the Southerly line of the Southeast quarter of the of the Southeast quarter of said Section 660 feet to the Westerly line thereof; thence Southerly on the Westerly line of the Southeast quarter of the Southeast quarter of said Section 495 feet to the point of beginning.
ALSO that portion of the Southwest quarter of the Southeast quarter of Section 14, Township 7 South, Range 3 East, San Bernardino Base and Meridian, by metes and bounds, beginning at the Southeast corner of said Southwest quarter of the Southeast quarter of said Section; thence Westerly on the Southerly line of said Southwest quarter of the Southeast quarter 132 feet; thence Northerly and parallel with the Easterly line of said Southwest quarter of the Southeast quarter of said Section 132 feet, to the Easterly line thereof; thence Southerly on the Easterly line of the Southwest quarter of the Southeast quarter of said Section 495 feet to the point of beginning.

13375A