FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
vs.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,
    Defendants

CIVIL NO. 1247-SD-C

ANSWER TO SUMMONS

The undersigned defendants, whose address is P.O. Box 84 Wildomar, California, for himself, his executors, administrators, successors and assigns, do herby proclaim that I am the soleowner of the following property:

Located in Block 34 of the Town of Wildomar as shown by map on file in the office of the County of San Diego, State of California, in Book 6 of Maps, at page 294 thereof.

EXPECTING therefrom the Southeasterly 2½ acres conveyed to Wilson A. Deemer, the Northeasterly line of said 2½ acres being parallel with the Southeasterly line of Penrose Street.

We claim we have one well on our property which we have used many years in the past and we believe and hope to retain all the water, oil and mineral rights over, under and in the above described property, and that we have the right to continue to use the water appurtenant to said property thereby and exclusively on our land.

We have heard that the Treaty of Guadalupe Hildalgo confirms the Title of certain Grants of land in California to be the same now as it was under Mexican law.

COPY RECEIVED
INDEXED

13376

We rely for our protection on the original Mexican Title and other Mexican related Documents that were made prior to 1846, and on the Treaty of Guadalupe Hidalgo made in 1848, and upon other matters of Record since the Treaty. Our land is in the Laguna Grant which we believe is one of the Mexican Grants confirmed by said Treaty.

We hereby protest and disclaim all or any part thereof of the claim of the United States Government to any and all water rights and other rights thereof in the above summons.

Dated--- JUN 18 1958

John N. Rodriguez
Socorro Rodriguez

State of California,
County of Riverside.

Subscribed and sworn to before me this 18th day of June 1958.

Fred B. Flenn
Notary Public in and for the County Riverside, State of California.
My Commission Expires August 5, 1959

Box 84
Wildomar
John & Socorro
Rodriguez

13377