BEN C. KOHLMEIER
Defendants in propria persona
Route 1, Box 170
Romoland, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )
  v. )
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
        Defendants. )

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS

BEN C. KOHLMEIER

    The defendants, BEN C. KOHLMEIER
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own             acres of land in Riverside
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

COPY RECEIVED
INDEXED

13378

FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Legal Description:

    North half of Section 23 (Twenty-three) Township 6 (Six) South Range 3 (Three) West, San Bernardino Meridan, County of Riverside, State of California.

    I claim my water rights are paramount to all other rights or claims of right of Plaintiff in and to said water. I claim all water under my land for the beneficial use thereon.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Ben C. Kohlmeier*

Defendants in propria persona

Dated: June 12 1958

13378A