FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
     DEPUTY CLERK

H. C. Scranton
Defendants in propria persona

425 East 20th Street
Costa Mesa, Calif.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | H. C. Scranton |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants H. C. Scranton each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 5 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

The East half of the Southwest Quarter of the Northeast Quarter of the Northeast Quarter of Section 30, Township 9 South, Range 3 West, San Bernardino Meridian in the County of San Diego, State of California. According to the United States Government Survey Approved Sept. 11, 1879.

Dated: May 25, 1958

13379

COPY RECEIVED    INDEXED

I have five acres of land, Approximatly four (4) acres of which is planted to Avocado's and Citrus. About (400) four hundred trees, ranging from seven (7) years old, to newly planted. I am connected to the Fallbrook Public Utility Dist. and also have a well.

If a Survey is made, it is my opinion, that the findings will show that this property described is in the watershed of the San Lewis Rey River instead of the Santa Margarita river. A gully adjioning this property to the Westerly, fhows water during the rainy season draining into the San Lewis River.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*H. C. Scranton*

Defendants in propria persona

Dated:   May 25, 1958

13380