M. E. LEWIS, JR.
ATTORNEY AT LAW
306 HEARTWELL BUILDING
LONG BEACH 2, CALIFORNIA
TELEPHONE HEMLOCK 6-4975

(SPACE BELOW FOR FILING STAMP ONLY)

FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Attorney for Defendants,
IRVING JOHNSON and HAZEL P. JOHNSON

IN THE UNITED STATES DISTRICT COURT OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.

    Defendants.

NO. 1247-SD-C

ANSWER TO COMPLAINT

ORIGINAL

    Comes now, IRVING JOHNSON and HAZEL P. JOHNSON, defendants in the above entitled matter and in answer to plaintiff's complaint, admit, deny and allege as follows, to wit:

    I

    These answering defendants admit that they are the owners of property located in Riverside County, known as Lots three, four, nine, and ten of section seven in township seven south of range three east of the San Bernardino Meridian, State of California, containing 160 acres more or less.

    II

    These answering defendants affirm that they have a claim of water rights in this area at the rate of 4.2 acre feet of water per acre.

    WHEREFORE, these answering defendants pray that the plaintiff take nothing by its action and that the defendants have

-1-

13381

their costs incurred herein, and the court make its order confirming the title of said water rights in said property to thse answering defendants.

*[signature]*
Attorney for Defendants,
IRVING JOHNSON and HAZEL P. JOHNSON

M. E. LEWIS, JR.
ATTORNEY AT LAW
306 HEARTWELL BUILDING
LONG BEACH 2, CALIFORNIA
TELEPHONE HEMLOCK 6-4978

This is to certify that the within action is entitled to be transferred to the _____ Department of the Superior Court of Los Angeles County, as provided in Subdivision _____ Rule 10 of this court, for the following reason:

_____

_____ Attorney___ for ___

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES } ss.

_____ being first duly sworn, on oath, says: That _____ is the _____ plaintiff in the above entitled action; that _____ has read the foregoing certificate and knows the contents thereof; and that the same is true of _____ own knowledge.

Subscribed and sworn to before me this _____ day of _____ 19___.

_____
(SEAL)   Notary Public in and for said County and State

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES } ss.

IRVING JOHNSON and
HAZEL P. JOHNSON _____ being by me first duly sworn, depose and say: that **they are** the _____ in the above entitled action; that **they** have read the foregoing **Answer to Complaint** and know the contents thereof; and that the same is true of **their** own knowledge, except as to the matters which are therein stated upon **their** information or belief, and as to those matters the**y** believe it to be true.

Subscribed and sworn to before me this **10th** day of **June** 19 **58**.

_____
IRVING JOHNSON

_____
(SEAL)   Notary Public in and for said County and State
HAZEL P. JOHNSON

Received copy of the within _____ this _____ day of _____ 19___.

Attorney___ for ___                                    Attorney___ for ___

AFFIDAVIT OF SERVICE BY MAIL

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES } ss.

EVELYN V. HANSON _____ being first duly sworn, says: That affiant is a citizen of the United States and a resident of the City of **Wilmington** _____ County of Los Angeles, State of California; that affiant is over the age of eighteen years, and is not a party to the within and above entitled action: That on the **13th** day of **June** A.D. 19 **58**, affiant served the within **Answer to Complaint** by placing a true copy thereof in an envelope addressed to the persons whose names are set out below, at the addresses shown respectively, to wit:

NAME                                                   ADDRESS

J. LEE RANKIN, Solicitor General                       Washington 25, D. C.
   of the United States

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States mail at **Long Beach** _____ County of Los Angeles, State of California. That there is delivery service by United States mail at the place so addressed, and that there is regular communication by mail between the place of mailing and each place so addressed.

Subscribed and sworn to before me this **13th** day of **June** 19 **58**.

_____
(SEAL)   Notary Public in and for said County and State                    *3383*

INDEXED