VAN ELMO CLARK and REGINA W. CLARK

Defendants in propria persona.
Route 2, Box 20
Murrieta, California

**FILED**
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M D K_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )
v. )
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
        Defendants. )

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS

VAN ELMO CLARK and REGINA W. CLARK
as Joint Tenants

The defendants, VAN ELMO CLARK and REGINA W. CLARK each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own Five acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

13394

Copy recd     INDEXED

1  County of Riverside, State of California;
2  The Northwest half of the Northwest half
3  of the Southwest half of Lot 66, of the
   Murrieta Portion of the Temecula Rancho, as shown
4  by map on file in Book 8, page 359 of Maps,
   San Diego County Records, by metes and
5  bounds: COMMENCING at the intersection of
   the center line of Lemon Street and Adams
6  Avenue; thence Northeasterly on the center
   line of Lemon Street, 660 feet; thence South-
7  easterly parallel with the center line of
   Adams Avenue, 330 feet; thence Southwesterly
8  parallel with the center line of Lemon Street,
   660 feet to the center line of Adams Avenue;
9  thence Northwesterly on the center line of
   Adams Avenue, 330 feet to the point of
10 beginning;

11 EXCEPTING therefrom the rights of way for Lemon Street and Adams Avenue.

12 We claim our water rights are paramount to all other rights or claims or right of Plaintiff in and to said water. We claim all water rights under our land for the beneficial use thereon. We use a well for irrigation and domestic use and claim all rights to the percolating water and the right to drill or dig a new well at any time on our property for our use, our heirs or assignees.

18  WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*/s/ Van Elmo Clark*

*/s/ Regina W. Clark*

Defendants in propria persona

Dated:

13385