RETTA WINTER
Defendants in propria persona
1511 S. Vermont Ave. Los Angeles 6 Cal.

**FILED**

JUN 19 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. C. Kiesling_
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                  Plaintiff, )  CIVIL NO. 1247- SD - C
     v. )  ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY )  RETTA WINTER
DISTRICT, ET AL, )
                Defendants. )

       The defendants,    RETTA WINTER
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

       These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

       These defendants own 39.68   acres of land in County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED  INDEXED

13386

1. 1 house
2. 1 dug well, domestic & garden
3. 40 acres dry farm
4. 25 acres tillable

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Retta Winter_

Defendants in propria persona

Dated: 6-17-58

13387

EXHIBIT A

County of Riverside, State of California, described as:

Government Lot 3 in the Northwest Quarter of Section 24, Township 7 South, Range 1 West, San Bernardino Base and Meridian, as shown by United States Government Survey; EXCEPTING therefrom an easement in favor of the public over any portion thereof included in public roads.

13388