WILLIAM ZASTONE and RITA C. ZASTONE

Defendants in propria persona

1561 East Mission Road
Fallbrook, California

F I L E D

JUN 19 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ M. C. Kies_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

    Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS

ANSWER TO COMPLAINT AND
SUPPLEMENTARY AND AMENDATORY
COMPLAINT OF
WILLIAM ZASTONE AND
RITA C. ZASTONE

    The defendants, William Zastone and Rita C. Zastone, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own   1   acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

13399

Defendants own approximately one acre of land on which is a Commercial Grove of Avocado and Lemon trees; also a Home, Garden, Family Fruit trees, Berries and Vegetables. Defendants are now buying water from the Fallbrook Public Utility District, and claim the right to use as much water as they consider necessary to supply the abovementioned adequately.

Defendants further claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries; whether from springs, streams or wells, etc; and to take water from their land, whether for domestic, industrial, business or irrigation purposes.

In addition to the claim and uses as herein made, defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill and to dig wells, and to exercise water reclamation and conservation practices as now or may be known in the future.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

William Zastone

Rita C. Zastone

Defendants in propria persona

1561 East Mission Road
Fallbrook, California

Dated: June 11-58

13390

EXHIBIT A

That portion of the Northeast Quarter of the Northeast Quarter of
Section 19, Township 9 South, Range 3 West, San Bernardino Meridian,
in the County of San Diego, State of California, according to United
States Government Survey approved September 11, 1879, described
as follows:
Beginning at a point in the North line of said Section 19, distant
South 89° 35' West 591.46 feet from the Northeast corner of said
Section 19; thence parallel with the East line of said Section 19
South 0° 07' 45" East 149.00 feet; thence parallel with the North
line of said Section 19 South 89° 35' West 324.46 feet to the East
line of the West 396 feet of said Northeast Quarter of Northeast
Quarter; thence along said East line North 0° 02' 45" West 149.00
feet to the North line of said Section 19; thence along said North
line North 89° 35' East 324.24 feet to the point of beginning.
RESERVING therefrom an easement for road purposes over the West
20 feet thereof.
-------------------------------------------------------------

13389 A