FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

1  Warren S. Winter
2  Defendants in propria persona
3  Box 89, Murrieta, California

4              IN THE UNITED STATES DISTRICT COURT
5                SOUTHERN DISTRICT OF CALIFORNIA
6                     SOUTHERN DIVISION

7  UNITED STATES OF AMERICA,        ) CIVIL NO. 1247 - SD - C
8                                   )
              Plaintiff,            ) ANSWER OF DEFENDANTS
9                                   )
       vs.                          ) Warren S. Winter
10                                  )
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )
                                    )
12            Defendants,           )

13        The defendants,   Warren S. Winter
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
             AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own 2/5 acres of land in Riverside
27
   County, California, and within the watershed of the Santa Margarita
28
   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31
32

COPY RECEIVED    INDEXED

13391

EXHIBIT A

**Property of Warren S. Winter:**

In the County of Riverside, State of California:

Lot 4 in Block 9 of the Townsite of Murrieta, as shown by Map entitled "Map of the Temecula Land and Water Company" on file in Book 8 page 359 of Maps, in the office of the County Recorder of the County of San Diego.

Lot 11 in Block 7 of the Townsite of Murrieta, as shown by Map entitled "Map of the Temecula Land and Water Company" on file in Book 8 page 359 of Maps, in the office of the County Recorder of the County of San Diego.

13392

EXHIBIT B

I claim that all the land I own within the water shed of the Santa Margarita River is either protected by Federal patents or is in the Temecula Rancho which is one of these grants of land originally made by Mexico in the Territory ceded to the United States by the Treaty of Guadalupe Hidalgo. Therefore according to said Treaty and or the statutes of United States of America, governing patents to land, I am not subject to States Doctrine of Reasonable use. also believe The Temecula Ranch was patented in 1860 and signed by President Buchanan.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Warren S. Winter*

_____
Defendants in propria persona

Dated: June 12 1958

13393