Harry C. Winter and Florence Warren Winter
Defendants in propria persona

Box 89, Murrieta, California

FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,                )   CIVIL NO. 1247 - SD - C
                                         )
                       Plaintiff,        )   ANSWER OF DEFENDANTS
                                         )
        v.                               )
                                         )   Harry C. Winter and
FALLBROOK PUBLIC UTILITY                 )
DISTRICT, ET AL,                         )   Florence Warren Winter
                                         )
                       Defendants,       )

The defendants, **Harry C. Winter and Florence Warren Winter** each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own **105** acres of land in **Riverside** County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED   INDEXED

13394

EXHIBIT A

DESCRIPTION OF PROPERTY OWNED BY HARRY C. WINTER AND FLORENCE WARREN WINTER:

1. Lot 3 in Block 9 of the Townsite of Murrieta as shown on map of "Temecula Land and Water Company" on file in Book 8 Page 359 of Maps, in the Office of the County Recorder of the County of San Diego.

2. PARCEL 1:

The Southwest one-quarter of the Southwest one-quarter of the Northwest one-quarter of Section 36, Township 6 South, Range 4 West, San Bernardino Base and Meridian;
EXCEPTING therefrom the Westerly 30 feet thereof.

Parcel 2:

That portion of the North one-half of the Southeast one-quarter of the Southwest one-quarter of the Northwest one-quarter of Section 36, Township 6 South, Range 4 West, San Bernardino Base and Meridian, lying Westerly and Wouthwesterly of the State Highway, as now located.

PARCEL 3:

The West 3.63 acres of the North one-half of the Southwest one-quarter of the Northwest one-quarter of Section 36, Township 6 South, Range 4 West, San Bernardino Base and Meridian;
EXCEPTING therefrom the Westerly 30 feet thereof.

PARCEL 4:

That portion of the Northwest one-quarter of the Northwest one-quarter of Fractional Section 36, Township 6 South, Range 4 West, San Bernardino Base and Meridian, described as follows:

Beginning at a 1" iron pipe marking the Southwest corner of first said Northwest one-quarter, said Southwest corner being on the center line of Frederick Street, 60 feet wide, as conveyed to the County of Riverside by Deed recorded February 5, 1935 in Book 217 Page 85 of Official Records of Riverside County, California; Thence along the South line of first said Northwest one-quarter, South 89° 26' 02" East 450.45 feet; Thence Course "A" North 36° 52' 00" West 736.66 feet to the West line of first said Northwest one-quarter; Thence along said West line, being also the centerline of said Frederick Street, South 0° 49' 46" West 589.96 feet to the point of beginning.

PARCEL 5:

That portion of the North one-half of the Southwest one-quarter of the Northwest one-quarter of Fractional Section 36, Township 6 South Range 4 West, San Bernardino Base and Meridian, described as follows:

Beginning at the Southwest corner of that certain parcel of land as conveyed to the State of California as "Parcel A" in Deed recorded April 20, 1954 in Book 1578 Page 102 of Official Records of Riverside County, California; Thence along the West line of said State of California parcel of land, North 1° 00' 03" East 179.14 feet; Thence Course "A" South 36° 52' East 225.98 feet to the South line of said State of California parcel of land; Thence along said South line North 89° 18' 24" West 138.72 feet to the point of beginning.

-continued-

13395

EXHIBIT A - continued

3. All that portion of the North one-half of the Southwest one-quarter of the Northwest one-quarter of Fractional Section 36, Township 6 South, Range 4 West, San Bernardino Base and Meridian, as shown by United States Government Survey, particularly described as follows:
Beginning at a point on the North line of the Southwest one-quarter of the Northwest one-quarter of said Fractional Section, which bears South 89° 16' East, 6.31 chains from the Northwest corner thereof, said corner being the Northeast corner of that certain 6.01 acre parcel conveyed to Dora Kenworthy by Deed recorded February 10, 1891 in Book 175 page 182 of Deeds, Records of San Diego County, California;
Thence South 0° 41' West along the East line of said 6.01 acre parcel, 9.55 chains to the Southeast corner thereof;
Thence 89° 14' East, 5.81 chains to the Southwest corner of that certain 7.69 acre parcel conveyed to W. P. Trueblood by Deed recorded May 21, 1891 in Book 185 page 47 of Deeds, Records of San Diego County, California;
Thence North 0° 36' East along the West line of said 7.69 acre parcel, 9.55 chains to a point on the North line of the Southwest one-quarter of the Northwest one-quarter of said Fractional Section;
Thence North 89° 16' West along the North line of the Southwest one-quarter of the Northwest one-quarter of said Fractional Section, 5.80 chains to the point of beginning.

EXCEPTING therefrom an easement in favor of the public over any portion thereof included in public roads.

ALSO EXCEPTING therefrom that portion thereof conveyed to the State of California by Deed recorded July 15, 1954 in Book 1609 page 422 of Official Records of the County of Riverside, State of California.

4. The Southeasterly rectangular one-half of Farm Lot 204 of the Lands of the Temecula Land and Water Company, as shown by map on file in Book 8 Page 359 of Maps, Records of San Diego County, California.

5. In the County of Riverside, State of California, described as follows:

That portion of Lot 12 of the Lands of the Temecula Land and Water Company, within the County of Riverside, State of California, as shown by map on file in Book 8 Page 359 of Maps, Records of San Diego County, California, described as follows;
COMMENCING at a point on the Northeasterly line of Washington Avenue, 630 feet Northwesterly from the intersection of said Northeasterly line of Washington Avenue and the Northwesterly line of Ivy Street as shown upon Amended Map No. 2 of Doolittle's Addition to Murrieta on file in Book 14 Page 663 of Maps, San Diego County Records;
Thence Northwesterly on said Northeasterly line of Washington Avenue, 290 feet to the intersection of the center line of "C" Street;
Thence Northeasterly on the center line of "C" Street, 645 feet to the center line of Plum Avenue, the true point of beginning; Thence Southeasterly on the center line of Plum Avenue, 120 feet; Thence Southwesterly and parallel with the center line of "C" Street, 165 feet; Thence Northwesterly and parallel with the center line of Plum Avenue, 120 feet to the center line of "C" Street; Thence Northeasterly on the center line of "C" Street, 165 feet to the point of beginning;
EXCEPTING therefrom that portion included in "C" Street and Plum Avenue.

-continued-

EXHIBIT A - continued

6. All that certain real property situated in the County of Riverside, State of California, described as follows:

That portion of Lot 123 of the Murrieta Portion of Temecula Rancho, as shown by map of the Lands of Temecula Land and Water Company, on file in Book 8 page 359 of Maps, San Diego County Records, lying Northeasterly of the Northeasterly line of that certain parcel of land conveyed to the State of California by deed recorded October 17, 1950, in Book 1211 page 476 of Official Records, Riverside County Records.

7. In the County of Riverside, State of California:

Lots 1 and 2 in Block 3 of Townsite of Murrietta, as shown by map on file in Book 8 page 359 of Maps, in the office of the County Recorder of the County of San Diego.

8. In the County of Riverside, State of California:

Lots 2, 3 and 4 in Block 2 of Doolittle's Addition to the Townsite of Murrietta, as shown by Amended Map No. 2 of said Addition on file in Book 14 page 663 of Maps, in the office of the County Recorder of the County of San Diego, State of California.


DESCRIPTION OF PROPERTY ON WHICH HARRY C. AND FLORENCE WARREN WINTER HOLD FIRST TRUST DEEDS


1. That portion of Lot 108 of the Murrieta Portion of the Temecula Rancho, as shown by map of the Temecula Land and Water Company on file in Book 8 Page 359 of Maps, records of San Diego County, California, described as follows:

Beginning at the North corner of said Lot at the intersection of the center lines of Elm Street and Monroe Avenue; Thence South 42° 03' 30" East, along the center line of Monroe Avenue, 217.85 feet to the Southwesterly line of that certain parcel conveyed to the State of California by Deed recorded October 17, 1950 as Instrument No. 1842; Thence Southeasterly, along the Southwesterly line of said parcel, 396.39 feet to the Northwesterly line of the Southeasterly 20 acres of said Lot; Thence Southwesterly, along the Northwesterly line of said Southesterly 20 acres, 1232.2 feet to the Southwesterly line of said Lot; Thence Northwesterly, along the Southwesterly line of said Lot, 603.85 feet to the center line of Elm Street; Thence Northeasterly, along the center line of Elm Street, 1322.4 feet to the point of beginning.

2. Lot 11 in Block 7 of the Townsite of Murrieta as shown on map of "Temecula Land and Water Company" on file in Book 8 Page 359 of Maps, in the Office of the County Recorder of the County of San Diego.

1  I claim that all the land I own within the water shed of the
2  Santa Margarita River is either protected by Federal patents or
3  is in the Temecula Rancho which is one of these grants of land
4  originally made by Mexico in the Territory ceded to the United
5  States by the Treaty of Guadalupe Hidalgo. Therefore according
6  to said Treaty and or the statutes of United States of America,
7  governing patents to land, I am not subject to States Doctrine
8  of Reasonable use. also belive the Temecula
9  Ranch was patented in 1860
10 and signed by President Buchanan.

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Harry C Winter*
*Florence Warren Winter*
Defendants in propria persona

Dated: June 12- 1958

13398