FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. ___ DEPUTY CLERK

1  Alpha Tipton
   Defendants in propria persona
2  1134 E. Mission Rd., Fallbrook, California
3
4              IN THE UNITED STATES DISTRICT COURT
5              SOUTHERN DISTRICT OF CALIFORNIA
6                      SOUTHERN DIVISION
7
8  UNITED STATES OF AMERICA,        )
                                    )  CIVIL NO. 1247- SD - C
              Plaintiff,            )
9                                   )  ANSWER OF DEFENDANTS
       v.                           )
10                                  )  Alpha Tipton
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )
                                    )
12            Defendants.           )

13        The defendants, Alpha Tipton
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT
18
19        These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.
26              AFFIRMATIVE STATEMENT OF RIGHTS
                   holds first Trust deed
27        These defendants own on 45 acres of land in San Diego
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32 COPY RECEIVED

                                                      13399
                      INDEXED

1 This answering defendant holds a first trust deed
2 on the property in question. Ronald G. and
3 Marion Mason are the present owners of the
4 property.
5     They are answering this complaint through
6 their attorney, Curtis R. Price, of Fallbrook.
7     Mr. Price will answer the technical
8 details, and this defendant will be in full
9 accord, since Mr. Mason and this defendant
10 have the same interest in this suit.
11     This defendant believes, by the state
12 water laws, that all water possible may be
13 developed on the land, and that any deficiency
14 may be supplemented by water purchased
15 from individuals, or mutual companies.

18     WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

_Alpha B. Lipton_

Defendants in propria persona

Dated: June 16, 1958

## EXHIBIT A

Lot 4 ( Northwest Quarter of the Northwest Quarter ) of Section 6, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved April 21, 1890.

The Riparian rights, if any, of the Grantor in and to said land are also conveyed herewith.

ALSO an easement and right of way for road and public utility purposes over and across Lot 1 (Northeast Quarter of Northeast Quarter), of Section 1, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, said easement and right of way to be thirty (30) feet in width and the center line to be the approximate center line of the road which has heretofore been constructed by Everett H. Tipton and Alpha Tipton over and across said property together with the right to survey, construct, reconstruct, enlarge, maintain and operate said road as may become necessary from time to time, provided however that said road shall never at any one time occupy a strip of land more than thirty (30) feet in width, and the right to construct, lay, prepare and improve pipe lines and public utility lines in, on and over said strip of land. The term "public utility lines" shall include gas, water, electricity and telephone.

13401