

Paul H. Thompson, and
Mary M. Thompson
Defendants in propria persona
Route 2, Murrieta, California

F I L E D

JUN 19 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ M. L. Kunzig
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Paul H. Thompson, and |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | Mary M. Thompson |
| Defendants, | |

The defendants, Paul H. Thompson, and Mary M. Thompson each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 972 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

13402

grazing purposes, and is being used mainly for agricultural purposes. Stock water has been extracted from the land, and water for domestic purposes, and for the use of an office for the Soil Conservation Service of the United States Government.

    Items 1 to 9 inclusive of Exhibit A, is part of the Temecula Rancho Land Grant, which carried with it full and complete rights to all minerals and water from the Mexican Government. That by the Treaty of Guadalupe Hidalgo in 1848, these rights to minerals and water were given absolutely and forever to the owners and their successors in interest to said land grant, or any part thereof, including the said land owned by these defendants. Said Treaty of Guadalupe Hidalgo operated as a confirmation in praesenti of all perfect titles to lands in California held under Spanish or Mexican Grants.

    The plaintiff, UNITED STATES OF AMERICA, is in legal duty bound to carry into effect the stipulations contained in said treaty and therefore has no right to any water or mineral rights in or under these defendants' said land.

    Defendants' claim exclusive and sole right and ownership of all underground water, all water above ground, all water that falls on, or runs on from rainfall and all water that can be contained on said land by means of dams, reservoirs or other means with respect to their said land.

    The Defendants' have had a Soil Survey made by the United States Soil Conservation Service, on all the land, and a farm plan made on a major portion of the land. On the farm plan, the United States Soil Conservation Service states, that there are 489 acres which could be irrigated with a sprinkler system. In addition to these 489 acres, there are 56 acres of Class 1, 2, 3, 4, land on which no recommendation was made, that could be irrigated. Thus there is over 500 acres on which defendants' can beneficially use 4.2 acre feet of water per acre.

    The defendants' claim the right to develop all Springs on the property, and the right to drill all wells necessary to irrigate land land mentioned in above paragraph.

    WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Paul H Thompson*

*Mary M. Thompson*

Defendants in propria persona

Dated: June 14th, 1958

13403

"EXHIBIT A"

Item 1:

The Northwest half of the following described real property:

The Southwest quarter of Lot 16 of Murrieta Portion of Temecula Rancho as shown by Map on file in Book 8 page 359 of Maps, San Diego County Records, being particularly described as follows:
Beginning at the most southerly corner of said Lot 16, being the point of intersection of the Northeasterly line of Washington Avenue with the center line of Lemon Street;
Thence Northeasterly along said center line of Lemon Street, 660 feet, more or less, to a point 660 feet Southwesterly from the intersection of said center line of Lemon Street with the center line of Adams Ave;
Thence at a right angle Northwesterly, 660 feet;
Thence at a right angle Southwesterly, 660 feet, more or less to the Northeasterly line of Washington Avenue;
Thence Southeasterly along said Northeasterly line of Washington Avenue, 660 feet to the point of beginning.

Subject to Rights of Way, Reservations and Restrictions of record.   (Five Acres)

Item 2:

All that portion of Lot 16, as shown by Map of the Temecula Land and Water Company, on file in Book 8 page 359 of Maps, records of San Diego County, Calofornia, particularly described as follows:
Commencing at the most Westerly corner of said Lot, said corner being located on the Northeasterly line of Washington Avenue;
Thence Southeasterly along the Southwesterly line of said Lot, being also the Northeasterly line of Washington Avenue, 660 feet;
Thence at a right angle Northeasterly and parallel with the Northwesterly line of said Lot, 290 feet for the point of beginning;
Thence at right angles Northwesterly and parallel with the Southwesterly line of said Lot, 75 feet;
Thence at right angles Northeasterly and parallel with the Northwesterly line of said Lot, 370 feet;
Thence at right angles Southeasterly and parallel with the Southwesterly line of said Lot, 75 feet;
Thence at right angles Southwesterly and parallel with the Northwesterly line of said Lot, 370 feet to the point of beginning.

Subject to: Rights of Way, Reservations and Restrictions of record.

(Approximately five-eights of an acre)

Item 3:

Lot 2 in Block One (1) in the Murrieta Townsite, County of Riverside, State of California, as shown by map on file in Book 8 Page 359 of Maps, San Diego County Records.

13404

"EXHIBIT A"

Item 4:

Beginning at the Northeast corner of Lot 25 of the Temecula Land and Water Company, as shown by Map on file in Book 8 page 359 of Maps, records of San Diego County, California;
Thence Southerly along the Westerly line of Kalmia Street, 13.40 chains to a point on the Northerly line of the California Southern Railroad grounds;
Thence Westerly along the Northerly line of said railroad grounds, 4.40 chains;
Thence Southerly along the Westerly line of said railroad grounds, 3.72 chains to a point on the Northerly limit of the right of way of said railroad;
Thence Westerly along the line of said railroad limits, 2.37 chains;
Thence Northerly and parallel with the Westerly line of Kalmia Street, 16.53 chains to a point on the Southerly line of Washington Avenue;
Thence Easterly along the Southerly line of Washington Avenue, 7.03 chains to the point of beginning, being the Easterly 1/3rd of said Fractional Lot 25.

Subject to: Usual rights of way, reservations and restrictions of record.

(Approximately 10.84 Acres)


Item 5:

The Southwesterly rectangular one-half of Lot 98 in the Murrieta Portion of the Temecula Rancho, as shown by Map of the Temecula Land and Water Company on file in Book 8, Page 359 of Maps, San Diego County of Records. Excluding portion sold to State for highway purposes.

Subject to: Usual rights of way, reservations and restrictions of record.

(Approximately 18.78 Acres)


Item 6:

The Northeasterly rectangular one-half of Lot 98 in the Murrieta Portion of the Temecula Rancho, as shown by Map of the Temecula Land and Water Company on file in Book 8, page 359 of Maps, San Diego County of Records. Excluding portion sold to State for Highway purposes.

Subject to: Usual rights of way, reservations and restrictions of record.

(Approximately 15.5 Acres)

"EXHIBIT A"

Item 7:

All that portion of Lots 1, 2, 6 and 97 of San Francisco Savings Union Subdivision of the Murrieta Portion of the Temecula Ranch, as shown by Map recorded in Book 1 page 16 of Maps, records of Riverside County, California, which lies Easterly of the center line of Antelope Road, as said road is shown on Record of Survey on file in Book 14 page 44 of Records of Survey, records of said Riverside County; Excluding portion of Lot 97, sold to State for highway purposes.
 EXCEPTING therefrom an easement in favor of the public over any portion thereof included in public roads.

Said Lot 97 is also shown on Map of Temecula Land and Water Co. on file in Book 8 page 359 of Maps, records of San Diego County, California.

Subject to: Rights of Way, Reservations and Restrictions of record.

(Approximately 273.94 Acres)

Item 8:

Lots 11 to 14 inclusive, and lots 17 to 19 inclusive, in Block A; and Lots 19 to 22 inclusive, and Lots 31 to 34 inclusive, in Block B of MURRIETA EUCALYPTUS CO'S TRACT, as shown by Map on file in Book 6 page 73 of Maps, records of Riverside County, California;
 EXCEPTING therefrom an easement in favor of the public over any portion thereof included in Antelope and other Public Roads.

Subject to: Rights of Way, Reservations and Restrictions of record.

(Approximately 421.68) Acres)

Item 9:

All that Portion of the Murrieta Portion of the Temecula Land and Water Company, as shown by Map on file in Book 8, page 359 of Maps, records of San Diego County, which lies Westerly of the Northeasterly extension of the center line of Lemon Street, and Easterly of the Northeasterly extension of Nutmeg Street, as shown on maps, records of the Murrieta Eucalyptus Company's Tract, on file in Book 6, page 73 of maps, records of Riverside County, California, and Northeasterly of the Northeasterly line of the said Murrieta Eucalyptus Company's Tract.

Subject to: Rights of Way, Reservations and Restrictions of record.

(Approximately 126 Acres)

Item 10:

Government Lots 1, 2 and 3 in Fractional Section 4, Township 7 South, Range 3 West, San Bernardino Base and Meridian, as shown by United States Government Survey;
 EXCEPTING therefrom an easement in favor of the public over any portion thereof included in Public Roads.

Subject to: Rights of Way, Reservations and Restrictions of record.

(Approximately 96.61 Acres)

13406