```
                                                F I L E D
                                                 JUN 19 1958
 1  Donald R. Stevenson and Ethel T. Stevenson   CLERK, U.S. DISTRICT COURT
    Defendants in propria persona                SOUTHERN DISTRICT OF CALIFORNIA
 2                                               By _____
    P. O. Box 444, Fallbrook, Calif.                    DEPUTY CLERK
 3
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| vs. | DONALD R. STEVENSON |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | ETHEL T. STEVENSON |
| Defendants, | |

The defendants, Donald R. Stevenson & Ethel T. Stevenson each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1 lot 3.92 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

13407

"Defendants claim all the right of overlying land owners and to water which may originate in or may be found, on, or under, or which may cross their land.

"Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practises as are now or may be known.

"Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

"Defendants claim all the above for all lands in which they have any financial interest whatsoever."

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Donald R. Stevenson*

*Ethel T. Stevenson*

Defendants in propria persona

Dated: June 12-1958

13408

"Exhibit A"

That portion of the South Half of the Southeast Quarter of the Northeast Quarter of Section 20, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Beginning at the Northwest corner of said South Half of Southeast Quarter of Northeast Quarter; thence along the North line of said South Half South 89° 59' 56" East 141.86 feet to the Northeast corner of the tract of land conveyed to Paul A. Hodapp, Jr., et ux, by deed recorded December 2, 1947, in Book 2498, page 274 of Official Records, being the true point of beginning; thence continuing along said North line South 89° 59' 56" East 281.77 feet; thence South 13° 33' 40" West 369.96 feet; thence South 78° 58' 30" East 114.68 feet; thence South 0° 10' West 291.58 feet to the South line of said Southeast Quarter of Northeast Quarter; thence along said South line North 89° 48' 06" West 57.13 feet to the most Easterly corner of the tract of land conveyed to W. L. Truitt, et ux, by deed recorded in Book 762, page 146 of Official Records; thence along the Northeasterly boundary of said land of Truitt North 58° 41' 30" West 83.70 feet, North 37° 12' West 276.00 feet and North 78° 12' West 113.75 feet to the Southeasterly corner of said land of Hadapp; thence along the Easterly line of Hodapp North 14° 32' 10" East 389.21 feet to the true point of beginning.

Lot 3 in Block 41 of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 743, filed in the office of the County Recorder of San Diego County, March 6, 1893.

13409