F I L E D

JUN 19 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. Kuch
   DEPUTY CLERK

1   FRED J. POURROY AND FRANCES POURROY
2   Defendants in propria persona

3   Box 32
    Winchester, California

4            IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                    SOUTHERN DIVISION

7
    UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
8                                    )
                Plaintiff,           )   ANSWER OF DEFENDANTS
9                                    )
        v.                           )   FRED J. POURROY AND
10                                   )     FRANCES POURROY
    FALLBROOK PUBLIC UTILITY         )
11  DISTRICT, ET AL,                 )
                                     )
12              Defendants,          )

13       The defendants, Fred J. Pourroy and Frances Pourroy,
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:
17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference
19
    all of the allegations contained in the answer to said Complaint and
20
    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25
                AFFIRMATIVE STATEMENT OF RIGHTS
26                            1559.21
         These defendants own /    acres of land in Riverside
27
    County, California, and within the watershed of the Santa Margarita
28
    River, more particularly described in the document attached hereto,
29
    marked Exhibit A, which is hereby incorporated by reference as a
30
    part of this statement.
31

32  COPY RECEIVED
                                                        13414

Of the said acreage a total of approximately 1396 acres are tillable and the balance can be used for grazing cattle and for raising turkeys, chickens and fowl. During the rainy season an unnamed stream runs through Parcels 1 and 3 particularly described in Exhibit A hereto attached. There is one well located upon each of the 8 parcels described in Exhibit A excepting Parcel 7 and defendants have pumped and expect to continue to pump water from each of the said wells for agricultural AND DOMESTIC purposes. There are percolating waters within the lands described in Exhibit A hereto and defendants claim the right to sink such additional wells for the purpose of capturing said waters as may be necessary for the full and proper development of their lands.

II

Defendants claim the right to use 4.2 acre feet per acre per year of water on the tillable acreage hereto referred to above. Defendants do not claim any prescriptive rights or any appropriative rights.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Fred G. Pourroy*

*Frances Pourroy*

Defendants in propria persona

Dated: June 14, 1958

13415

EXHIBIT A

The following described parcels of real property are located in the County of Riverside, State of California:

Parcel 1.

The Southwest quarter of Section 17, Township 6 South, Range 2 West, S.B.B.&M.  Total acres __160__, Tillable acres __140__ .

Parcel 2.

The Northwest quarter of Section 20, Township 6 South, Range 2 West, S.B.B.&M.  Total acres 160, Tillable acres 140.

Parcel 3.

The Northeast quarter and the East half of the Southeast quarter of Section 19, Township 6 South, Range 2 West, S.B.B.&M.  Total acres 237.71, Tillable acres 212.

Parcel 4.

The West half of Section 29, Township 6 South, Range 2 West, S.B.B.&M.  Total acres 320, Tillable acres 310.

Parcel 5.

The Northwest quarter of Section 5, Township 7 South, Range 2 West, S.B.B.&M.  Total acres 160, Tillable acres 160.

Parcel 6.

The South half of Section 5, Township 7 South, Range 2 West, S.B.B.&M.  Total acres 320, Tillable acres 240.

Parcel 7.

The East half of the East half of the Southeast quarter of Section 6, Township 7 South, Range 2 West, S.B.B.&M. Total acres 40, Tillable acres 38.

Parcel 8.

Lot 2 in the Northeast quarter and Lot 2 in the Northwest quarter of Section 4, Township 7 South, Range 2 West, S.B.B.&M.  Total acres 161.50, Tillable acres 156.