HAMMACK & PUGH
1015 Spring Arcade Building
541 South Spring Street
Los Angeles 13, California

MAdison 4-7676

Attorneys for Occidental College


FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) CIVIL NO. 1247 - SD - C |
|---|---|
| Plaintiff, | ) ANSWER OF DEFENDANT |
| v. | ) OCCIDENTAL COLLEGE TO |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | ) COMPLAINT AND SUPPLEMENTARY ) AND AMENDATORY COMPLAINT. |
| Defendants. | ) |

The defendant, OCCIDENTAL COLLEGE, a corporation, severing from its co-defendants and for itself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admits, denies and alleges:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

This answering defendant hereby incorporates by reference all of the allegations contained in the Answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by NEWTON T. BRYANT and WILLIE MAE BRYANT (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and makes each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

This defendant owns certain land in Riverside County, California, and within the watershed of the Santa Margarita River, described as follows:

COPY RECEIVED

INDEXED

13417

That portion of Section 36, Township 6 South, Range 1 West, San Bernardino Base and Meridian, and that portion of Sections 1 and 12, Township 7 South, Range 1 West, San Bernardino Base and Meridian, and that portion of Sections 6, 7, 8 and 18, Township 7 South, Range 1 East, according to United States Government Surveys, described as follows:

Beginning at a point on the Easterly line of State Highway 194, as said Highway was established on May 12, 1955, and the Southerly line of Red Mountain Road;

Thence Southerly, along the Easterly line of said State Highway 194, to the South line of said Section 1, Township 7 South, Range 1 West;

Thence East, along the South line of said Section 1, to the Northwest corner of Government Lot 1, Section 12, Township 7 South, Range 1 West;

Thence South, along the West line of said Government Lot 1, to the Southwest corner of said Government Lot 1;

Thence East, along the South line of said Government Lot 1, to the Northeast corner of the West one-half of the West one-half of the Northwest one quarter of Government Lot 8, Section 12, Township 7 South, Range 1 West;

Thence South, along the East line of the said West one-half of the West one-half of the Northwest one quarter of Government Lot 8, to the Easterly line of said Highway 194;

Thence Southerly, along the Easterly line of said State Highway 194, to the East line of the East one-half of the Northwest one quarter of Section 18, Township 7 South, Range 1 East;

Thence North, along the East line of said East one-half of the Northwest one quarter, to the North line of said Section 18;

Thence East, along the North line of said Section 18 and the South line of Section 8, Township 7 South, Range 1 East, to the one quarter section corner on the South line of said Section 8;

Thence North, along the one quarter section line of said Section 8, to the Northeast corner of the South one-half of the Northwest one quarter of Section 8;

Thence West, along the North line of said South one-half of the Northwest one quarter of said Section 8, to the East line of said Section 7, Township 7 South, Range 1 East;

Thence South, along the East line of said Section 7, to the one quarter section corner on the East line of said Section 7;

Thence West, along the one quarter section line, to the Northwest corner of Southeast Quarter of said Section 7, being also the Southeast corner of Government Lot 5 in said Section 7;

Thence North, along the East line of Government Lots 5 and 6 of said Section 7, and the East line of Southeast Quarter of Southwest Quarter of Section 6, Township 7 South, Range 1 East, to the Northeast corner of the Southeast one quarter of Southwest Quarter of Section 6, Township 7 South, Range 1 East;

Thence West to the Southeast corner of Government Lot 6 of said Section 6;

Thence North, along the East line of Government Lots 6, 5 and 4, to the Northeast corner of said Government Lot 4;

Thence West, along the North line of said Government Lot 4, to the Northwest corner of said Government Lot 4;

Thence South, along the West line of said Government Lot 4, to the Southwest corner of said Government Lot 4;

Thence West to the Northwest corner of Government Lot 1, Section 1, Township 7 South, Range 1 West;

Thence North and parallel with the East line of Section 36, Township 6 South, Range 1 West, to a point on the South line of Red Mountain Road;

Thence Westerly, along the South line of said Red Mountain Road, to the point of beginning;

13418

ALSO, that portion of the Southeast one quarter of Section 18, Township 7, South, Range 1 East, San Bernardino Base and Meridian, lying Easterly of said State Highway 194;

EXCEPTING from the South-half of Northwest Quarter of all of the Southwest Quarter of Section 8, Township 7 South, Range 1 East, all the oil and gas in said lands and the right of the United States, or persons authorized by it, to prospect for, mine and remove such deposits from the same upon compliance with the conditions and subject to the provisions and limitations of the Act of July 17, 1914 (38 Stat. 309), as excepted and reserved in Patent to Charles H. Scott, recorded May 3, 1937 in Book 322 page 247 of Official Records of said Riverside County;

ALSO EXCEPTING from that portion of said land lying within the Northwest Quarter, and that portion within the Southeast Quarter of Section 18, Township 7 South, Range 1 East, all the oil and gas in said lands and the right of the United States, or persons authorized by it, to prospect for, mine and remove such deposits from the same upon compliance with the conditions and subject to the provisions and limitations of the Act of July 17, 1914 (38 Stat. 309), as excepted and reserved in Patent to Mattie M. Tripp, recorded September 10, 1941, in Book 513 page 588 of Official Records of said Riverside County, California.

This land is approximately 1600 acres, of which not less than seven hundred (700) acres is tillable and the balance is usable for grazing cattle and other uses.

Defendant, OCCIDENTAL COLLEGE, is currently making an investigation and study of the character of this land insofar as water rights are concerned, the amount of water used and uses to which the land has been and may be put and will ask leave of Court to amend its Answer to amplify its claims when the investigation and study is completed.

Defendant, OCCIDENTAL COLLEGE, alleges: that the land is riparian in character; that there are percolating waters which OCCIDENTAL COLLEGE is entitled to take; on a portion of the land there exist one or more underground basins from which defendant is entitled to take water; OCCIDENTAL COLLEGE presently has four (4) wells drilled on its property and it currently draws water for irrigation and domestic use; a number of springs exist on the land which OCCIDENTAL COLLEGE presently utilizes; there is a natural lake on the land which sometime prior to 1941 was increased in size by raising the level approximately three (3) feet, and OCCIDENTAL COLLEGE claims the right to impound these waters.

WHEREFORE, this defendant prays that plaintiff take nothing against

it by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against this defendant; that defendant's right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

                    HAMMACK & PUGH

                    By *[signature]*
                    Attorneys for OCCIDENTAL COLLEGE

June 13, 1958.

HAMMACK & PUGH
LAW OFFICES
541 SOUTH SPRING STREET
TELEPHONE MICHIGAN 7676
LOS ANGELES 13, CALIFORNIA

- 4 -

13420

being first duly sworn, deposes and says: that affiant is the **Secretary of the Board of Trustees of Occidental College, a defendant** in the above entitled action; that affiant has read the foregoing **Answer of Defendant Occidental College to Complaint and Supplementary and Amendatory Complaint,** and knows the contents thereof; and that the same is true of affiant's own knowledge, except as to the matters which are therein stated upon affiant's information or belief, and as to those matters that affiant believes it to be true.

Subscribed and sworn to before me on June 16, 1958.

Notary Public in and for the County of Los Angeles, State of California.
(SEAL)

## RECEIPT FOR COPY OF DOCUMENT

Received copy of the within_____ this _____ day of _____, 195___

Attorney___for_____

Received copy of the within_____ this _____ day of _____, 195___

Attorney___for_____

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES,

(AFFIDAVIT OF SERVICE BY MAIL—1013a, C.C.P.)

**LOUISE J. BASSIN** Being first duly sworn, says: That affiant is a citizen of the United States and a resident of the county of Los Angeles, over the age of eighteen years and not a party to the within action; that affiant's business address is 904 SPRING STREET ARCADE BUILDING, 541 SOUTH SPRING STREET, LOS ANGELES 13, CALIFORNIA

that on **June 16**, 195**8** affiant served the within **Answer of Defendant Occidental College to Complaint and Supplementary and Amendatory Complaint** on the **Plaintiff** in this action, by placing a true copy thereof in an envelope addressed to the attorney___of record for the party on whom service is hereby made at the residence/office address of the attorney___as follows:*"

Mr. John M. Cranston, Special Master
1410 Bank of America Building
San Diego 1, California

";
and by then sealing the envelope and depositing the same, with postage thereon fully prepaid, in the United States mail at Los Angeles, California. That there is delivery service by United States mail at the place so addressed and there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me on June 16, 1958.

Notary Public in and for the County of Los Angeles, State of California.
(SEAL)

* Here quote from envelope name and address of addressee.

13421