1. Marion R. Nichols  2. Richard A Nichols  3. Donald E Nichols
Defendants in propria persona
1. 200 Menlo Ave    2. Star Rt, Box 102    3. 551 S Cypress Ave
   Hemet, Calif       Hemet, Calif           La Habra, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FILED JUN 19 1958

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Marion R Nichols |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | Richard A Nichols |
| Defendants, | Donald E Nichols |

The defendants, Marion R Nichols, Richard A Nichols, Donald E Nichols each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1240 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

13422

EXHIBIT "A"

Parcel 1:

North half, North half of South half, Southeast Quarter of Southeast Quarter, Lots 1, 2 and 3 of Fractional Section 1, Township 8 South, Range 1 West, San Bernardino Base and Meridian, as shown by United States Government Survey; EXCEPTING therefrom an easement in favor of the public over any portion thereof included in public roads.

Parcel 2:

Section 36, Township 7 South, Range 1 West, San Bernardino Base and Meridian, as shown by United States Government Survey; EXCEPTING therefrom an easement in favor of the public over any portion thereof included in public roads.

13423

I

This land is riparian to an unnamed tributary of Temecula Creek. It has about 800 tillable acres and was purchased with plans for developing water by drilling wells and establishing small dams to hold water.

II

Defendants claim all percolating and filtrating water on this land.

Defendants claim the right to use any available water from the unnamed tributaries of Temecula Creek as it flows through this land.

Defendants claim the right to develop water on this land for all beneficial agricultural or commercial purposes.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.



Marion R. Nichols
Richard H. Nichols
Donald E. Nichols

Defendants in propria persona

Dated: JUNE 7 1958

13424