GEORGE NEEDHAM and MILDRED L. NEEDHAM
Defendants in propria persona

458 Walnut Ave, Arcadia, Calif.

FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　) CIVIL NO. 1247- SD - C
　　　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　　　) ANSWER OF DEFENDANTS
　　v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　) GEORGE NEEDHAM and MILDRED L.
FALLBROOK PUBLIC UTILITY　　　　　) NEEDHAM
DISTRICT, ET AL,　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　　　 )

　　　　The defendants, George Needham and Mildred L. Needham each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

　　　　These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

　　　　These defendants own 13½ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED　　　　INDEXED

13425

-1-

1  The aforesaid described land was purchased by us for the purposes
2  of raising chickens and for purposes of planting, cultivation and
3  irrigation of a lemon orchard. We propose to establish, keep and
4  maintain approximately 15,000 chickens on the land and we propose
5  to plant the additional acreage, to wit, __11__ acres, in lemons.
6  We request 40 acre feet of water. We shall clean out and reacti-
7  vate the existing well on the premises, which well, at this time,
8  is inactive although we understand prior owners at one time used
9  it for irrigation purposes, the quantity of water being unknown.
10 We have 13½ shares of water stock in the Los Felitos Water System.
11 We wish to reserve the right to the use of well water from the
12 existing well on the premises or one to be drilled by us adjacent
13 to it so that the water from the well and the other waters we claim
14 will total 40 acre feet.

18        WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

x *George Needham*
x *Mildred L. Needham*

Defendants in propria persona
458 Walnut Ave.
Arcadia, Calif.

Dated: June __10__, 1958

13426

Real property situated in the County of San Diego, State of California, described as follows:

That portion of the Northeast Quarter of the Southeast Quarter of Section 11, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey, described as follows:

Beginning at a point in the South line of said Northeast Quarter of Southeast Quarter distant North 89°35'50" East 200 feet from the Southwest corner of said Northeast Quarter of Southeast Quarter; thence continuing along said South line North 89°35'50" East 343.78 feet; thence parallel with the East one-third of the West three-fourths of said Northeast Quarter of Southeast Quarter North 0°26'35" West 1329.63 feet to the North line of said Northeast Quarter of Southeast Quarter; thence along said North line South 89°26' West 534.59 feet to the Northwest corner of said Northeast Quarter of Southeast Quarter; thence along the West line of said Northeast Quarter of Southeast Quarter South 0°02'40" East 674.73 feet to a point distant North 0°02'40" West 653.40 feet from the Southwest corner of said Northeast Quarter of Southeast Quarter; thence parallel with the South line of said Northeast Quarter of Southeast Quarter North 80°35'50" East 200 feet; thence parallel with the West line of said Northeast Quarter of Southeast Quarter South 0°02'40" East 653.40 feet to the point of beginning

13427

EXHIBIT "A"