Richard L. Milholland and Ellen M. Milholland
Defendants in propria persona
Star Rt. Box 79, Hemet, California


FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>　　　　Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>Richard L. Milholland<br>and<br>Ellen M. Milholland |

　　The defendants Richard L. Milholland and Ellen M. Milholland each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

　　　　ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
　　　　　　　　　AMENDATORY COMPLAINT

　　These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

　　　　　　　AFFIRMATIVE STATEMENT OF RIGHTS

　　These defendants own 320 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

13428

## Exhibit A

The South half of Section 24, Township 7 South, Range 1 West, San Bernardino Base and Meridian, Riverside County, State of California.

13428A

Exhibit B

We want the/right of all underground waters. Want to put in check dams to save run off of rain water during storms and drill wells for irrigation and to water stock, chickens or turkeys.

(paramount)

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Richard L. Milholland*

*Ellen M. Milholland*

Defendants in propria persona

Dated: June 16, 1958

13429