Madge Marty
Defendants in propria persona
618 East Broadway
Hawthorne, California

F I L E D
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247- SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | MADGE MARTY |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants. | |

The defendants, Madge Marty, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 99.11 acres of land in San Diego, County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

13430

1   Riparian rights are claimed from the creek that originates
2   on and runs through the said defendents property, also from
3   the spring, now dry. With the right to drill a well or
4   wells as needed for water to supply the land, its various
5   owners, when the said land is subdivided in small home sites,
6   with water for domestic use of the house (cabin) for aminals,
7   garden or orchard. Or lessee of such sites.

9   Defendent claims the right to use the water from her land,
10  the creek when it contains water or drill a well or wells
11  for tillable acreage or cattle as needed.

18          WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Madge Marty*

Defendants in propria persona
618 East Broadway
Hawthorne, California

Dated: June 12, 1958.

13431

EXHIBIT " A "

Lots ten, eleven and seventeen of Section twenty four in Township Nine South of Range Two East of the San Bernardino Meridian, California, containing Ninety- nine and eleven- hundredths acres, as more particularaly described in that certain patent from the United States of America to the heirs of Walter F. Privette, recorded in Book 14, at page 406, of Patents, Records of San Diego County, California, under date of December 24th 1926.

13432