Ben Maben & Edna G. Maben
Aguanga, California

Defendants in propria persona

FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ M. D. Keesling
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Ben Maben |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | Edna G. Maben |
| Defendants, | |

The defendants, Ben Maben and Edna G. Maben each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 20 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

13433

INDEXED

I

This land is riparian to Temecula Creek with about (5) five acres of tillable land, and our future plans will call for such development.

This landed is shaded with fine trees and would lend itself to future subdivision.

II

Defendants claim water for irrigation from Temecula Creek and all percolating and filtrating water that may be developed for all future agricultural and commercial beneficial purposes.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Ben Maben

Edna J Maben

Defendants in propria persona

Dated: June 10th 1958.

13434

EXHIBIT A

Description Of Land

The West Half of the Northwest Quarter of Lot Eight of Section Twenty, Township Nine South Range 2(two)east S.B.M. in the County of San Diego, State of Calif, according to the United States Government Survey approved January 31st at 1895, dated April April 19th 1956.

Ben Maben and Edna G. Maben husband and wife as joint tenants by deed to file from Pancho Reyes, a single man.

Real Property situate in the County of San Diego described as follows

The SW¼ of the SE¼ of the NE¼, and the E½ of the NW¼ of the SE¼ of the NE¼ of Section Twenty(20), Township Nine South, Range 2 East S.B.B. and M.

Reserving an easement over the easterly 15 feet of the east half of the Northwest¼ of the Southeast¼ of the NE¼ of section 20(twenty) T9S, R2E for road purposes

13435