1  WILLIAM H. McGREW and HELEN BRANDT McGREW

2  Defendants in propria persona

3  Star Route, Box 189

4  Aguanga, California

F I L E D

JUN 19 1958

CLERK, U.S. DISTRICT CO. T
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

5

6           IN THE UNITED STATES DISTRICT COURT

7            SOUTHERN DISTRICT OF CALIFORNIA

8                  SOUTHERN DIVISION

9  UNITED STATES OF AMERICA,

10          Plaintiff,              CIVIL NO. 1247-SD-C

11          v.                      ANSWER TO COMPLAINT AND
                                    SUPPLEMENTARY AND AMENDATORY
12  FALLBROOK PUBLIC UTILITY        COMPLAINT OF
    DISTRICT, ET AL.,               WILLIAM H. McGREW and
13                                  HELEN BRANDT McGREW
            Defendants              (Listed on summons as
14                                  Helen Brandt Simonds)

15      The defendants, WILLIAM H. McGREW and HELEN BRANDT

16  McGREW, each severing from their co-defendants and each for

17  himself or herself alone, in answer to the Complaint and Supple-

18  mentary and Amendatory Complaint on file herein, admit, deny

19  and allege:

20              ANSWER TO ORIGINAL COMPLAINT

21                       I.

22      Answering the allegations in Paragraph I, the defen-

23  dants state that nothing resembling "a natural stream" occurs

24  on their property; that the rights to water found on their

25  property, either above or below ground level, are equal or

26  superior to that of the plaintiff; that the defendants have in

27  no way exercised unlawful interference with rights of the

28  plaintiffs.

29                       II.

30      Answering allegations of Paragraph II the defendants

31  take notice that nothing is said about available farm-land in

32  listing reasons for acquiring the O'Neill property for a

COPY RECEIVED

INDEXED

13436

1  government reservation.  The defendants also submit that
2  water is water, whether it is from the Santa Margarita or the
3  Colorado River.

4                              III.

5        The defendants take exception to the description of
6  the basin as described in Paragraph IV, page 4, beginning line
7  23.  Any description of the entire geographical surface water
8  shed as one basin is ridiculous.  Knowledge of wells and
9  springs indicate several distinct basins in the Anza-Aguanga
10 Area from which it is very doubtful any substantial water ever
11 reaches Camp Pendleton.  The defendants therefore deny the
12 allegations of encroachments which threaten the destruction of
13 the basin by salt water intrusion.  Public admittance of large
14 volumes of water going into the ocean make this statement
15 ridiculous.

16                              IV.

17        Answering allegations of Paragraph V, defendants
18 note the statement in lines 23 and 24 that "the parties to that
19 litigation concluded their differences, <u>declared their rights,</u>"
20 and respectfully submit that that has absolutely no signifi-
21 cance whatsoever.

22                              V.

23        In answer to Paragraph VI, the defendants deny the
24 United States is entitled to all rights, interests, and
25 priveleges of Rancho Santa Margarita.

26                              VI.

27        In answering Paragraph VII, the defendants submit
28 that the use of the Korean War as substantiation for claims
29 is utterly ridiculous.

30                              VII.

31        Answering the allegations of Paragraph VIII, the
32 defendants deny the plaintiff has any agricultural needs

                              -2-

                                                  13437

1  whatsoever.  They further deny the plaintiff has a paramount right
2  to any specific amount of water.  The defendants deny the
3  plaintiff has the right to any water over and above the military
4  needs, and submits that when the government acquired the Rancho
5  Santa Margarita specifically for a Marine Base, they clearly
6  and openly made a radical change in the use of the property and
7  therefore relinquished the rights to use of water for agricul-
8  tural purposes.

9                            VIII.
10       The defendants submit that Paragraph IX is nauseating
11  beyond description and more typical of Soviet Russia than the
12  United States, and that whoever wrote said Paragraph should be
13  tried for treason and preferably hung.

14              ANSWER TO SUPPLEMENT TO COMPLAINT
15                            I.
16       The defendants submit that Counts I to XIV inclusive
17  do not involve them in any way and do not feel it necessary to
18  consider them.

19                            II.
20       In answer to Paragraph IV, Count No. XV, the
21  defendants deny that approximately 16,800 acres of the Cahuilla
22  Indian Reservation are susceptible of practical and profitable
23  irregation.

24                            III.
25       The defendants submit that Counts XVI to XX inclusive
26  do not involve them in any way and do not feel it necessary to
27  consider them.

28                            IV.
29       In answer to Count XXI, Paragraph II, the defendants
30  agree whole-heartedly that the actions of certain people pur-
31  porting to represent the United States of America have been
32  "notorious" in the vilest sense of the word.

                            -3-

V.

In answer to Count XXII, Paragraph II, the defendants take note that the plaintiff admits diverting water <u>out of the water-shed</u> for agriculture, and contend this notorious use is against the best interests of up-stream users with prior rights and should be discontinued immediately and forever.

VI.

In answer to Paragraph III the defendants incorporate by reference Paragraph VII of their answer to the original complaint.

VII.

The defendants deny the claims and allegations made in Paragraphs XXIII to XXV inclusive.

VIII.

WHEREFORE, the defendants submit that their water rights are those of patented land and not subject to arbitration and/or regulation, and therefore pray that said complaint be dismissed as against these defendants; and that certain representatives of the United States Government, herein known as the plaintiff, be ordered to cease harassing private citizens and to cease wasting the defendants money.

William H. McGrew

Helen Brandt McGrew

Defendants in propria persona
Star Route, Box 189
Aguanga, California

Dated:   June 13, 1958

-4-

13439