JOHN L. JUNKIN and MARIAN F. JUNKIN
Defendants in propria persona
1959 W. 79th Street
Los Angeles 47, California

FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )   CIVIL NO. 1247 - SD - C
                                    )
              Plaintiff,            )   ANSWER OF DEFENDANTS
                                    )
       v.                           )   JOHN L. JUNKIN and
                                    )   MARIAN F. JUNKIN
FALLBROOK PUBLIC UTILITY            )
DISTRICT, ET AL,                    )
                                    )
              Defendants,           )

    The defendants, JOHN L. JUNKIN and MARIAN F. JUNKIN each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

                    AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 164 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

13440

1   This land is riparian land; approximately forty (40)
2   acres are tillable and the balance ca be used for grazing
3   cattle and for raising turkeys, chickens and fowl. The
4   defendents propose to farm the land in the future and will
5   probably have to drill wills, as the creek running through the
6   property is dry most of the year.

9   The defendents claim the right to use one hundred sixty
10  (160) acre feet of water per year, to be obtained from wills
11  on this land. Defendents do not claim any prescriptive rights
12  or any appropriative rights.

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*John L. Junkin*

*Marian F. Junkin*

Defendants in propria persona

Dated: 6/12/58

13441

EXHIBIT A

Government Lots 1 and 2, and the East half of the
Southwest quarter of Section 7, Township 7 South,
Range 3 East, San Bernardino Base and Meridian.

13442