FILED

JUN 19 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Howard T. Jackson & Mary Agnes Jackson
Defendants in propria persona
3217 Manhattan Avenue, Hermosa Beach, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
 )
            Plaintiff, ) ANSWER OF DEFENDANTS
 ) Howard T. Jackson
    v. ) &
 ) Mary Agnes Jackson
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
 )
            Defendants, )

The defendants, **Howard T. Jackson & Mary Agnes Jackson**
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
    AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own **4** acres of land in **San Diego**
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

COPY RECEIVED    INDEXED

13443

### I

1. This land has four tillable acres but has no well at present time.

### II

Defendants claims all percolating and filtrating water on this land and claims the right to put down wells and develop water for all agricultural, domestic and commercial purposes.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Howard T. Jackson*

*Mary Agnes Jackson*

Defendants in propria persona

Dated: June 14, 1958

13444

"Exhibit A"

    That portion of the Northeast Quarter (Lots 1, 2, 7 and 8) of section 35, Township 9 South, Range 2 East, San Bernardino Meridian, in thr County of San Diego, State of California, according to the United States Government approved Survey January 31, 1895, described as follows:

    Beginning at a point in the center line of State Highway 78, which is 865 feet Northwesterly, measured along the center line of said Highway, from the South line of said Northeast Quarter, of Section, thence Westerly along the center line of said Highway, 200 feet; thence Southwesterly 730 feet, more or less, to a point in the Southerly line of said Northeast Quarter, which is south 88° 20' West, 1770 feet from the Southeast corner of said Northeast Quarter of said Section 35; thence North 88° 20' East, 420 feet along the South line of said Northeast Quarter; thence Northerly 556 feet, more or less, to the point of beginning.

    EXCEPTING THEREFROM one-half of all oil, gas and mineral rights, gaseous or vaporous hydrocarbons and mineral rights of any kind and character but without surface rights or right of ingress or egress over said land, as reserved by Pearl Ruby Wilson Ellison, a widow, in deed recorded August 18, 1954 as File No. 108194.



13445