INDEPENDENT ORDER OF ODDFELLOWS, FALLBROOK LODGE NO. 339
Defendants in propria persona
P.O. Box 196
Fallbrook, California

FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ M. A. [illegible]
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )  CIVIL NO. 1247 - SD - C
              Plaintiff,   )  ANSWER OF DEFENDANTS
     v.                    )  INDEPENDENT ORDER OF ODDFELLOWS
FALLBROOK PUBLIC UTILITY   )  FALLBROOK LODGE NO. 339
DISTRICT, ET AL,           )
              Defendants,  )

The defendants, INDEPENDENT ORDER OF ODDFELLOWS FALLBROOK LODGE NO. 339 each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 4 acres more or less of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

13446

Defendants claim all the right of overlying land owners and to water which may originate in or may be found, on, or under, or which may cross their land.

Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

Furthermore we pray the court to award us, the aforementioned defendants, adequate damages to reimburse us for the cost of preparing and prosecuting our defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon us by this attempted acrimonious, confiscatory usurpation of property rights, instituted against us by the agencies of the United States Government.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*T. M. Lamb*
*John T. Galloway*
*J. M. Lackey*
Defendants in propria persona

Dated: June 13, 1958

13447

EXHIBIT "A"

PARCEL I

Lot Six (6) in Block Twenty-six (26) of West Fallbrook, according to the Map thereof No. 567, filed in the office of the Recorder of said San Diego County, October 9, 1888.

PARCEL II

Lots 3, 4 and 10 of Block "A"; Lots 1, 2, 3, 4, 5, 6, 7, and 15 of Block "B"; All of Block "C"; Lots 11, 12, 13, 14, and 15 of Block "D"; All of Block "E"; Lots 1, 2, 3, 4, 5, 6, 7, 8, 9, and 10 of Block "F"; Lots 11, 12, 13, 14, and 15 of Block "I"; Lots 11, 12, 13, 14, and 15 of Block "J"; Lots 5, 6, 7, 11, 12, 13, 14 and 15 of Block "K"; All of Block "L"; All of Block "M"; All of Block "N"; All of Block "O"; and All of Block "P" of the Fallbrook Cemetery.

PARCEL III

A parcel of land located in the Southeast quarter of the Northwest quarter of Section 25, T 9 S, R 4 W, S.B.M. and described as follows:

Beginning at the Northeast corner of a tract known as Fallbrook (I.O.O.F.) Cemetery as shown on Map No. 853 filed in the Recorder's office of San Diego County, California, Aug. 31, 1898; thence North 36 feet; thence Westerly and parallel to North line of said cemetery tract 121.18 feet to a point on the Easterly line of a road easement granted by Albert B. Clemmens to the County of San Diego, California; thence along the side line of said easement South 38 degrees 22 minutes west 3½ feet; thence on circle to right with radius 60 feet, 128.94 feet; thence North 18 deg. 30 min. West 157.22 feet; thence circle to left with radius 60 feet 74.089 feet more or less to a point on the West line of said Section 25 which is South 20 feet from the Northwest corner of the Southeast quarter of the Northwest quarter of said Section 25, T 9 S, R 4 W; thence Southerly along the West line of said ¼ - ¼ to a point on a Westerly prolongation of the North line of the said cemetery tract; thence Easterly along said North line to point of beginning, except the West twenty feet.

13448



*SEPARATOR PAGE*



*THOMPSON*



*51CV1247      *



*PLEADINGS*



*061958 ANS HUDSON*

*04 5 2007 2:17:16 PM*

```
1  DONALD E. HUDSON AND BEULAH E. HUDSON
   Defendants in propria persona
2  212 NORTH HILL
   FALLBROOK, CALIFORNIA
3
```



FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, ) | ANSWER OF DEFENDANTS |
| ) | ANSWER TO COMPLAINT AND |
| v. ) | SUPPLEMENTARY AND AMENDATORY |
| ) | COMPLAINT OF |
| FALLBROOK PUBLIC UTILITY ) | DONALD E. HUDSON AND |
| DISTRICT, ET AL, ) | BEULAH E. HUDSON. |
| ) | |
| Defendants, ) | |

The defendants, DONALD E. HUDSON AND BEULAH E. HUDSON, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1/6 acres of land in SAN DEIGO County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED    INDEXED

13449

  Defendants claim all riparian rights and all rights to water percolating through their land whether from springs, streams or wells, or to take water from wells located on their property for domestic, industrial, business, watering of live stock and poultry or for irrigation purposes.

  Defendants have a home, garage and extra building on the lot to be converted to additional living quarters, in addition to avocado, tangerine, peach and orange trees of bearing age. They plan to plant more trees on what is now vacant land as recommended by the soil conservation program.

  Defendants claim all the right of overlying land owners and to water which may originate in or may be found on or under or which may cross their land.

  Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

  Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

  Defendants claim all the above for all lands in which they have any financial interest whatsoever.

  WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

            _/s/ [signature]_

            _/s/ [signature]_

            Defendants in propria persona

Dated: June 1-7, [illegible]

13451

All that portion of Block 100 of West Fallbrook in the County of San Diego, according to the Map thereof No. 567, filed in the County Recorder's Office October 9, 1880, described as follows:

Commencing at the Southeast corner of said Block 100; thence North along the East line of said Block, 58 feet to the true point of beginning; thence West along a line parallel with the South line of said Block, 130 feet, more or less, to a point on the East line of a portion of said Block conveyed to Ida E. Howell by deed dated September 10, 1927 and recorded in Book 1332, page 365 of Deeds, records of said San Diego County; thence North along said East line of said land conveyed to Howell and along the Northerly prolongation of said East line, being along a line parallel with the West line of said Block 100, a distance of 57 feet; thence East along a line parallel with the South line of said Block, 130 feet, more or less, to the East line thereof; thence South along said East line, 57 feet to the true point of beginning.

EXHIBIT A

13450