

F I L E D

JUN 19 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
by _____ DEPUTY CLERK

1  DONALD E. HUDSON AND BEULAH E. HUDSON
   **Defendants in propria persona**
2  212 NORTH HILL
   FALLBROOK, CALIFORNIA
3

4            IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                    SOUTHERN DIVISION

7

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 1247 - SD - C |
| ) | |
| Plaintiff, ) | ANSWER OF DEFENDANTS |
| ) | ANSWER TO COMPLAINT AND |
| v. ) | SUPPLEMENTARY AND AMENDATORY |
| ) | COMPLAINT OF |
| FALLBROOK PUBLIC UTILITY ) | DONALD E. HUDSON AND |
| DISTRICT, ET AL, ) | BEULAH E. HUDSON. |
| ) | |
| Defendants, ) | |

13       The defendants, DONALD E. HUDSON AND BEULAH E. HUDSON,

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT
18

19       These answering defendants hereby incorporate by reference

20  all of the allegations contained in the answer to said Complaint and

21  Supplementary and Amendatory Complaint filed in this case by Newton

22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23  of the portion thereof entitled "Affirmative Statement of Rights")

24  and make each and all of said allegations a part of this answer

25  the same as if herein set forth at length.

26            AFFIRMATIVE STATEMENT OF RIGHTS

27       These defendants own 1/6 acres of land in  SAN DEIGO

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

31  part of this statement.

32

1
2
3
4
5

Defendants claim all riparian rights and all rights to water percolating through their land whether from springs, streams or wells, or to take water from wells located on their property for domestic, industrial, business, watering of live stock and poultry or for irrigation purposes.

Defendants have a home, garage and extra building on the lot to be converted to additional living quarters, in addition to avocado, tangerine, peach and orange trees of bearing age.  They plan to plant more trees on what is now vacant land as recommended by the soil conservation program.

6
7

Defendants claim all the right of overlying land owners and to water which may originate in or may be found on or under or which may cross their land.

8
9

Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

10
11

Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

12

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

13
14
15
16
17

18
19
20
21
22
23
24

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

25
26
27
28

_____

29

Defendants in propria persona

30
31

Dated:

32

13451

All that portion of Block 100 of West Fallbrook, in the County of San Diego, according to the Map thereof No. 587 filed in the County Recorders Office October 9, 1880, described as follows:

Commencing at the Southeast corner of said Block 100; thence North along the East line of said Block, 58 feet to the true point of beginning; thence West along a line parallel with the South line of said Block, 130 feet, more or less, to a point on the East line of a portion of said Block conveyed to Ida E. Howell by deed dated September 10, 1927 and recorded in Book 1332, page 365 of Deeds, records of said San Diego County; thence North along said East line of said land conveyed to Howell and along the Northerly prolongation of said East line, being along a line parallel with the West line of said Block 100, a distance of 57 feet; thence East along a line parallel with the South line of said Block, 130 feet, more or less, to the East line thereof; thence South along said East line, 57 feet to the true point of beginning.

EXHIBIT A

13450