EDNA B. HEDEEN
Defendants in propria persona
205 E. View St.
Fallbrook, California

FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M D Kuafn
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
   v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
        Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

EDNA B. HEDEEN

The defendants EDNA B. HEDEEN each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
             AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

        AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own approx. 1/4 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

13452

1   Defendants claim all rights of overlying landowners and to
2  water which may originate or cross their land.
3   Defendants claim the right to drill wells and exercise
4  water reclamation and conservation practices as are now or may be
5  known.
6   Defendants hereby incorporate the same as though set forth
7  herein in full all of the affirmative defenses of the Fallbrook
8  Public Utility District on file in these proceedings.
9   Defendants claim all the above for all lands in which they
10 have any financial interest whatsoever.

   WHEREFORE, these defendants pray that plaintiff take
nothing against them by reason of the Complaint and Supplementary
and Amendatory Complaint on file herein; that said Complaint be
dismissed as against these defendants; that defendants' right to
water, as hereinabove set forth, be quieted as against the plain-
tiff and against all other defendants in this action; and for such
other and further relief as the Court may deem proper.

*Edna B. Hedeen*
Edna B. Hedeen

Defendants in propria persona

Dated: 6/13/58

13453

EXHIBIT A

PARCEL 2:

All that portion of Cheatham's Addition to West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 784, filed in the office of the County Recorder of said County, May 11, 1894, described as follows:

Beginning at the Northeast corner of Peach and Vine Streets, as shown on said Map; thence Easterly along the North line of said Peach Street, 155.83 feet to the Southwest corner of the tract of land conveyed to Walter W. Bateman, et ux, recorded February 13, 1946, in Book 2049, at page 336 of Official Records; thence along the West line of said land of Bateman, Northerly 139.96 feet; thence Westerly parallel with said North line of Peach Street, 81.46 feet to the true point of beginning; thence continuing Westerly along said parallel line 74.17 feet to a point on the Easterly line of said Vine Street; thence Northerly along the Easterly line of said Vine Street 140.01 feet to the Southeasterly corner of Vine and View Streets, as shown on said Map; thence Easterly along the South line of said View Street, 74.17 feet to a point; thence Southerly parallel with the West line of Bateman's land, 140.01 feet to the true point of beginning.

13454