ARCHIE H. HANNA AND VERNA L. HANNA
Defendants in propria persona
1280 South Alturas Street, Fallbrook, Calif.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | ARCHIE H. HANNA |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | and VERNA L. HANNA |
| Defendants, | |

The defendants ARCHIE H. HANNA and VERNA L. HANNA each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own      acres of land in       County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

13455

1. DEFENDANTS CLAIM ALL RIGHTS OF OVERLYING LANDOWNERS
2. AND TO WATER WHICH MAY ORIGINATE OR CROSS THEIR LAND
3. DEFENDANTS CLAIM ALL RIGHTS TO DRILL WELLS AND
4. EXERCISE WATER RECLAMATION AND CONSERVATION
5. PRACTICES AS ARE NOW OR MAY BE KNOWN.
6. DEFENDANTS HEREBY INCORPORATE THE SAME AS
7. THOUGH SET FORTH HEREIN IN FULL ALL OF THE
8. AFFIRMATIVE DEFENSES OF THE FALLBROOK PUBLIC
9. UTILITY DISTRICT ON FILE IN PROCEEDINGS
10. DEFENDANTS CLAIM ALL THE ABOVE FOR ALL
11. LANDS IN WHICH THEY HAVE ANY FINANCIAL
12. INTEREST WHATSOEVER.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Archie H. Hanna*

*Vernal L. Hanna*

Defendants in propria persona
1380 South Alturas Street
Fallbrook California

Dated: June 11, 1958

13456

by Archie H. Hanna and
Verna L. Hanna

That portion of the northeast quarter of the northwest quarter of Section 25, Township 9 south, Range 4 west, San Bernardino base and meridian, in the County of San Diego, State of California, according to United States Government survey approved June 11, 1880, described as follows:

Beginning at the Southwest corner of said northeast quarter of the northwest quarter; Thence Easterly along the Southerly line of said northeast quarter of the northwest quarter 170.04 feet; Thence northerly parallel with the westerly line of said northeast quarter of the northwest quarter 69.00 feet to the true point of beginning; Thence continuing northerly along said parallel line 64.00 feet; Thence Westerly parallel with said Southerly line of the northeast quarter of the Northwest quarter 170.04 feet to the West line of said northeast quarter of the northwest quarter; Thence southerly along said West line 64.00 feet; Thence Easterly parallel with said Southerly line of said northeast quarter of the northwest quarter 170.04 feet to the true point of beginning.

13457