LYDIA E. GEREND
Defendants in propria persona
530 No. Vine St.
Fallbrook, California

F I L E D

JUN 19 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M̲.̲C̲.̲ ̲K̲i̲n̲g̲_
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ) | ANSWER OF DEFENDANTS |
| v. | ) | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | ) | |
| Defendants, | ) | LYDIA E. GEREND |

The defendants, LYDIA E. GEREND

each severing from their co-defendants and each for himself or her-

self alone, in answer to the Complaint and Supplementary and Amenda-

tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference

all of the allegations contained in the answer to said Complaint and

Supplementary and Amendatory Complaint filed in this case by Newton

T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

of the portion thereof entitled "Affirmative Statement of Rights")

and make each and all of said allegations a part of this answer

the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own approx. 1/4 acres of land in San Diego

County, California, and within the watershed of the Santa Margarita

River, more particularly described in the document attached hereto,

marked Exhibit A, which is hereby incorporated by reference as a

part of this statement.

COPY RECEIVED    INDEXED

13461

Defendants claim all rights of overlying landowners and to water which may originate or cross their land.

Defendants claim the right to drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendants hereby incorporate the same as though set forth herein in full all of the affirmative defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Lydia E. Gerend_
Lydia E. Gerend

_____

Defendants in propria persona

Dated: 6/15/58

13462

## EXHIBIT A

The South 70 feet of the East 125 feet of the following described
property, being that portion of the Northeast Quarter of Section
24, Township 9 South, Range 4 West, San Bernardino Meridian, in
the County of San Diego, State of California, according to U. S.
Government Survey approved June 11, 1880, described as follows:

Commencing at a point 190 feet North of the Northwest corner of
Block 38 of West Fallbrook, as said Block is shown on the Map of
West Fallbrook No. 743, filed in the office of the County Recorder
of San Diego County March 6, 1893; thence East 305 feet; thence
North 140 feet; thence West 305 feet; thence South 140 feet to
the point of beginning.

13463



*SEPARATOR PAGE*

*THOMPSON*

*51CV1247     *

*PLEADINGS*



*061958 ANS FISHER*



*04 5 2007 2:19:12 PM*



FILED

JUN 19 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK

1    John C. Fisher and Dorothy A. Fisher
     Defendants in propria persona
2    Star Route, Box 152
     Hemet, California
3

4              IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                     SOUTHERN DIVISION

7
     UNITED STATES OF AMERICA,          )    CIVIL NO. 1247 - SD - C
8                                       )
                    Plaintiff,          )    ANSWER OF DEFENDANTS
9                                       )
          v.                            )    John C. Fisher and
10                                      )    Dorothy A. Fisher
     FALLBROOK PUBLIC UTILITY           )
11   DISTRICT, ET AL,                   )
                                        )
12                  Defendants,         )

13        The defendants,  John C. Fisher and Dorothy A. Fisher

14   each severing from their co-defendants and each for himself or her-

15   self alone, in answer to the Complaint and Supplementary and Amenda-

16   tory Complaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                     AMENDATORY COMPLAINT
18
19        These answering defendants hereby incorporate by reference

20   all of the allegations contained in the answer to said Complaint and

21   Supplementary and Amendatory Complaint filed in this case by Newton

22   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23   of the portion thereof entitled "Affirmative Statement of Rights")

24   and make each and all of said allegations a part of this answer

25   the same as if herein set forth at length.

26              AFFIRMATIVE STATEMENT OF RIGHTS

27        These defendants own 200 acres of land in Riverside

28   County, California, and within the watershed of the Santa Margarita

29   River, more particularly described in the document attached hereto,

30   marked Exhibit A, which is hereby incorporated by reference as a

31   part of this statement.

32

     COPY RECEIVED

                    INDEXED                              13464

I

Defendants operate a turkey ranch on this property, the water for which is derived from a well 265 feet deep. 16,000 turnkeys are generally raised per year, and it requires 20,000 gallons of water per 1,000 birds per year. Defendants plan extensive improvements in the future, improvements which will include a dressing-plant for their business. This operation would require a considerable amount of water.

Defendants have a small garden plot, lawn, and shade trees; water for these, and domestic use is derived from the aforementioned well.

II

Defendants claim the right to the use of the well, and the right to drill a well, or wells, as needed, in the future. Defendants have requested a water survey from the Office of Ground Water Resources at the Rainbow Valley Field Office, and ask that judgment be deferred until the survey is completed.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

John C. Fisher

Dorothy C. Fisher

Defendants in propria persona

Dated: 6-16-58

13465

EXHIBIT A

Description of property owned by John C. Fisher and Dorothy A. Fisher, Star Route, Box 152, Hemet, California:

The West half of the Southeast quarter and the Southeast quarter of the Southwest quarter of Section 21; and the east half of the Northwest quarter of Section 28, Township 8 South, Range 1 West, San Bernardino Base and Meridian, as shown by United States Government Survey.

13466