

John C. Fisher and Dorothy A. Fisher
Defendants in propria persona
Star Route, Box 152
Hemet, California

FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | John C. Fisher and Dorothy A. Fisher |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants, John C. Fisher and Dorothy A. Fisher each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 200 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

13464

I

Defendants operate a turkey ranch on this property, the water for which is derived from a well 265 feet deep. 16,000 turnkeys are generally raised per year, and it requires 20,000 gallons of water per 1,000 birds per year. Defendants plan extensive improvements in the future, improvements which will include a dressing-plant for their business. This operation would require a considerable amount of water.

Defendants have a small garden plot, lawn, and shade trees; water for these, and domestic use is derived from the aforementioned well.

II

Defendants claim the right to the use of the well, and the right to drill a well, or wells, as needed, in the future. Defendants have requested a water survey from the Office of Ground Water Resources at the Rainbow Valley Field Office, and ask that judgment be deferred until the survey is completed.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*John C. Fisher*

*Doretta C. Fisher*

Defendants in propria persona

Dated: 6-16-58

13465

EXHIBIT A

Description of property owned by John C. Fisher and Dorothy A. Fisher, Star Route, Box 152, Hemet, California:

The West half of the Southeast quarter and the Southeast quarter of the Southwest quarter of Section 21; and the east half of the Northwest quarter of Section 28, Township 8 South, Range 1 West, San Bernardino Base and Meridian, as shown by United States Government Survey.

13466