Elfie E. Daniels or Elfie Daniels
Defendants in propria persona
802 S. Catalina Ave
Redondo Beach Calif

FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
   v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
        Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
Elfie Daniels or Elfie E. Daniels
and
Frank Daniels (Deceased)

The defendants Elfie Daniels or Elfie E. Daniels each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 70 46/100 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

13467

I claim all the water to which I am entitled to at the rate of not less than 4 acre feet of water per acre at a later date if I want to drill a well I would like to reserve the right to do so

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Effie Danielson Effie E Danielson

Defendants in propria persona
802 S. Catalina Ave
Redondo Beach
Calif

Dated: Jun 16, 1958

13468

Exhibit A

Lots 2-7-8 Section 8 in
Township 7 South of Range 3 East
of the San Bernardino Meridian Calif
containing 190 $\frac{46}{160}$ acres in
Riverside Co Calif

   Effie Daniels

13469