FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

1  HUFFMAN H. COCHRAN and IVALEAH M. COCHRAN
   Defendants in propria persona
2  General Delivery
   Anza, California
3

4

5              IN THE UNITED STATES DISTRICT COURT

6                SOUTHERN DISTRICT OF CALIFORNIA

7                      SOUTHERN DIVISION

8  UNITED STATES OF AMERICA      )  CIVIL NO. 1247 - SD - C
                                 )
9           Plaintiff,           )  ANSWER OF DEFENDANTS
                                 )
10     vs.                       )  HUFFMAN H. COCHRAN and
                                 )
11 FALLBROOK PUBLIC UTILITY      )  IVALEAH M. COCHRAN
   DISTRICT, ET AL,              )
12          Defendants,          )
                                 )
13
            The defendants, HUFFMAN H. COCHRAN and IVALEAH M. COCHRAN,
14
   each severing from their co-defendants and each for himself or her-
15
   self alone, in answer to the Complaint and Supplementary and Amen-
16
   datory Complaint on file herein, admit, deny, and allege:
17
              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
18                       AMENDATORY COMPLAINT

19
            These answering defendants hereby incorporate by reference
20
   all of the allegations contained in the answer to said Complaint and
21
   Supplementary and Amendatory Complaint filed in this case by Newton
22
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23
   of the portion thereof entitled "Affirmative Statement of Rights")
24
   and make each and all of said allegations a part of this answer the
25
   same as if herein set forth at length.
26
                      AFFIRMATIVE STATEMENT OF RIGHTS
27
            These defendants own approximately twenty one (21) acres
28
   of land in Riverside County, California, and within the watershed of
29
   the Santa Margarita River, more particularly described as follows:
30
            That portion of the Southwest Quarter of
31          Fractional Section 8, Township 7 South,
            Range 3 East, San Bernardino Base and
32          Meridian, as shown by United States Govern-
            ment Survey approved March 19, 1890,
33          described as follows:

                                                          13470

COPY RECEIVED   INDEXED

>    Beginning at the Northeast corner of said Southwest quarter; thence West, along the North line of said Southwest quarter, 1390 feet; thence South, parallel with the East line of said Southwest quarter, 660 feet; thence East parellel with the North line of said Southwest quarter, 1390 feet; to a point on the East line of said Southwest quarter; thence North, along the East line of said Southwest quarter, 660 feet, to the point of beginning.
>
>    EXCEPTING therefrom the North 20 feet and the East 20 feet for road and utility purposes.

This land is riparian land; consisting of approximately twenty one (21) acres of land. This land has one well now in operation, the land is being used for dry farming and stock raising.

There are approximately fifteen (15) acres of irrigable land; the defendants claim the right to develop irrigation and domestic wells of sufficient quantity and of sufficient depth to obtain enough water in order to develop and maintain said property to the maximum of its potential.

WHEREFORE, these answering defendants claim the rights as set forth in the original patent, number 544645, as copied in book No. 7 of Patents, page 175, records of Riverside County, Calif. Excerpt as it pertains to water rights is as follows:

"TO HAVE AND TO HOLD the said tract of land, with the appurtenances thereof, unto the said claimant and to the heirs and assigns of the said claimant forever; subject to any vested and accrued water rights for mining, agricultural, manufacturing or other purposes, and rights to ditches and reservoirs used in connection with such water rights, as may be recognized and acknowledged by the local customs, laws and decisions of courts; and there is reserved from the lands hereby granted, a right of way thereon for ditches or canals constructed by the authority of the United States."

Certified photostatic copy of Patent as copied in the book of records of Riverside County is attached, to original copy of answer only, as exibit A.

-2-

13471

These defendants pray that the rights as granted in the original patent remain undisturbed forever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*[signatures]*
Defendants in propria persona

Dated: June 11, 1958

Received Sep. 13, 1916.   U.S. Land Office, Los Angeles, Cal.   Los Angeles 015967.

4-1915.

THE UNITED STATES OF AMERICA,

TO ALL TO WHOM these presents shall come, Greeting:

WHEREAS, a certificate of the Register of the Land Office at Los Angeles, California, has been deposited in the General Land Office, whereby it appears that, pursuant to the Act of Congress of May 20, 1862, "To secure homesteads to actual settlers on the public domain", and the acts supplemental thereto, the claim of William J. Collins, has been established and duly consummated, in conformity to law, for the southwest quarter of Section eight in Township seven south of Range three east of the San Bernardino Meridian, California, containing one hundred fifty-eight and nineteen-hundredths acres, according to the Official Plat of the Survey of the said Land, returned to the General Land Office by the Surveyor-General.

NOW KNOW YE, that there is, therefore, granted by the United States unto the said claimant the tract of Land above described.

TO HAVE AND TO HOLD the said tract of Land, with the appurtenances thereof, unto the said claimant and to the heirs and assigns of the said claimant forever; subject to any vested and accrued water rights for mining, agricultural, manufacturing or other purposes, and rights to ditches and reservoirs used in connection with such water rights, as may be recognized and acknowledged by the local customs, laws and decisions of courts; and there is reserved from the lands hereby granted, a right of way thereon for ditches or canals constructed by the authority of the United States.

IN TESTIMONY whereof, I, Woodrow Wilson, President of the United States of America, have caused these letters to be made patent, and the seal of the General Land Office to be hereunto affixed.

GIVEN under my hand at the City of Washington, the fifth day of September, in the year of our Lord one thousand nine hundred and sixteen, and of the Independence of the United States the one hundred and forty-first.

By the President, Woodrow Wilson.
By M. P. LeRoy, Secretary.
(GENERAL LAND OFFICE SEAL)   M.P.C. Lamar, Recorder of the General Land Office.

Recorded: Patent number 545095.

Recorded at request Oct. 17, 1916, at 12 min. past 2 o'clock P.M. at request of Wm. J. Collins. Copied in Book No. 7 of Patents, Page 171, records of Riverside County, California.
Fees, $.80   F. W. Rahn, Recorder.