1  Defendants in propria persona
2  Edward H. Weaver
3  P.O.Box 144, Newport Beach, California.

FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

4              IN THE UNITED STATES DISTRICT COURT
5                 SOUTHERN DISTRICT OF CALIFORNIA
6                       SOUTHERN DIVISION

7  UNITED STATES OF AMERICA,      )
8                                 )    CIVIL NO. 1247- SD -.C
             Plaintiff,            )
9                                 )    ANSWER OF DEFENDANTS
     v.                           )
10                                )    Edward H. Weaver
   FALLBROOK PUBLIC UTILITY       )
11 DISTRICT, ET AL,               )
                                   )
12           Defendants.           )

13          The defendants, Edward H. Weaver
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                         AMENDATORY COMPLAINT
18
           These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25

26                   AFFIRMATIVE STATEMENT OF RIGHTS
27          These defendants own   10    acres of land in   Riverside
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.

                                                    13493
32  COPY RECEIVED   INDEXED

1   This land is on a high platteau, approximately 4000 feet eleva-
2   tion. There are no existing streams on the property. It is the intent
3   of the Defendent, to drill at least three (3) wells. One for human
4   consumption and two for live stock. There are no existing wells on the
5   property at present. The Defendant also reserves the right to plant
6   crops depending on seasonal rains for winter growth. Defendant claims
7   the right to use 40 acre feet of water from the three wells per year
8   for summer cropes, live stock and human consumption.

18   WHEREFORE, these defendants pray that plaintiff take
19   nothing against them by reason of the Complaint and Supplementary
20   and Amendatory Complaint on file herein; that said Complaint be
21   dismissed as against these defendants; that defendants' right to
22   water, as hereinabove set forth, be quieted as against the plain-
23   tiff and against all other defendants in this action; and for such
24   other and further relief as the Court may deem proper.

*Edward H. Weaver*

Defendants in propria persona

Dated:
12 June 1958

13494

EXHIBIT "A"

Property Description;-

All that real property in the county of Riverside, State of California, Consisting of 10 (Ten) Acres. Described as the East $\frac{1}{2}$, and the West $\frac{1}{2}$, of the South West $\frac{1}{4}$ of the North East $\frac{1}{4}$ of the South West $\frac{1}{4}$, of Section 28, Township 6 South, Range 1 East, San Berdardino Meridian California.

13495