F I L E D
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Madeleine E. Thurber and Packard Thurber
Defendants in propria persona
2007 Wilshire Boulevard
Los Angeles 57, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
          Plaintiff,  ) CIVIL NO. 1247- SD - C
v.  ) ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY  ) Madeleine E. Thurber and
DISTRICT, ET AL,  ) Packard Thurber
          Defendants.  )

The defendants, Madeleine E. Thurber and Packard Thurber each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own / trust deeds upon approximately 800 acres of land in Riverside & San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement, and further described as Parcels A, H, & G as referred to in the answer of Annie Bergman.

13498

COPY RECEIVED    INDEXED

1  About 225 acres are tillable and the remainder can be used for grazing, and approximately 30 acres have been irrigated since 1897 with water diverted from Temecula Creek. Claim recorded in San Diego County and copy marked Exhibit B in answer of Annie Bergman is hereby incorporated as reference and as part of this statement. All of the acreage described in Exhibit A attached is riparian to Temecula Creek.

Defendants claim the right to the use of water from the Temecula Creek including One Hundred Miners inches of water from Temecula Creek and springs and tributaries for any beneficial use on this land as described in Exhibit B of Annie Bergman.

Defendants further claim the right to all water percolating on this land for any agricultural or commercial development.

Defendants hereby incorporate as reference the answer of Annie Bergman concerning Parcels A, H, & G as a part of this statement.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

X *Madeleine E. Thurber*
*Packard Thurber*

Defendants in propria persona

Dated: 6-13-58

13499

PACKARD THURBER MEDICAL GROUP
2007 WILSHIRE BLVD.
LOS ANGELES 57, CALIF.

DISABILITY EVALUATION
ELECTIVE SURGERY

TELEPHONE
DUNKIRK 5-3653

Exhibit A

Madeleine E. Thurber and Packard Thurber

| | | | | |
|---|---|---|---|---|
| W½ of E½ of NE¼ of NE¼ | Section | 33 | T.8S | R.1E |
| NE¼ of NW¼ | " | 34 | T.8S | R.1E |
| S½ of NW¼ | " | 34 | " | " |
| East 1100' of North 165' SW¼ | " | " | " | " |
| SW¼ of NE¼ | " | " | " | " |
| NW¼ of SE¼ | " | " | " | " |
| NE¼ of SE¼ | " | " | " | " |
| SE¼ of SE¼ | " | " | " | " |
| NW¼ of SW¼ | " | 35 | " | " |
| S½ of NE¼ of SW¼ | " | " | " | " |
| S½ of SW¼ | " | " | " | " |
| Lot 11 & portion of Lot 10 So. Hiway | " | " | " | " |
| N½ of NE¼ | " | 2 | T.9S | R.1E |
| E½ of NW¼ & S½ of NE¼ | " | " | " | " |

13500