FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
DEPUTY CLERK

Raymond Ingraham Thompson and Octavia Thompson
Defendants in propria persona
Rt.2 Box 4 R.F.D.
Murrieta, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br><br>    Defendants, | CIVIL NO. 1247 - SD - C<br><br>ANSWER OF DEFENDANTS<br><br>Raymond Ingraham Thompson<br>and Octavia Thompson |

The defendants, Raymond Ingraham Thompson and Octavia Thompson each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 96.59 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

PARCEL 1. Defs. Thompson hold Trust Deed; Def. Abraham Margolis purchased property Dec.7,1955, is paying on contract
PARCEL 2. Defs. Thompson sold this property June 24,1957
Def. Rose Mary March holds Trust Deed; is paying on contract
PARCEL 3. Def. Thompson own-hold Trust Deed
PARCEL 4. Def. Thompson hold Trust Deed, are buying from Def. Blanche Thompson

COPY RECEIVED INDEXED            13504

These defendants allege:

Said defendants' land is suitable for and used as a ranch for the production of livestock, and feed crops, both permanent pasture and grain under irrigation. That water necessary for watering the stock and for irrigating the feed crops is pumped from underground sources, plus a domestic well on the premises.

The said land was a part of the Temecula Rancho Land Grant, which carried with it full and complete rights to all minerals and water from the Mexican Government.

By the Treaty of Guadalupe Hildalgo in 1848, these rights to minerals and water were given absolutely and forever to the owners and their successors in interest to said land grant, or any part thereof, including the said land owned by these defendants.

Said Treaty of Guadalupe Hidalgo operated as a confirmation in praesenti of all perfect titles to lands in California held under Mexican Grants.

The plaintiff, United States of America, is in legal duty bound to carry into effect the stipulations contained in said treaty and therefore has no claim or right to any water or minerals rights in, on, or under these defendants' said land.

Defendants claim exclusive and sole right and ownership of all underground water, all water above ground, all water that falls on, or runs on from rainfall and all water that can be contained on said land by means of dams, reservoirs or other means with respect to their said land.

The water rights to all water on defendants' land are guaranteed by the deed which the defendants received when said defendants purchased the land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Raymond Ingraham Thompson*

*Octavia Thompson*

Defendants in propria persona

Dated: June 13, 1958

13505

EXHIBIT A

PARCEL 1. The Northwesterly one-half of Lot 50 of Murrieta Portion of Temecula Ranch, as shown by map on file in Book 8 page 359 of Maps, San Diego County Records, the Southeasterly line of said Northwesterly one-half of said Lot 50 being parallel with the Southeasterly line of said Lot. Excepting therefrom the Northeasterly 1320 feet thereof as conveyed to James L. Hudspeth and Lettie Jane Hudspeth, by deed recorded February 27, 1929 in Book 799 page 476 of Deeds, Riverside County Records.

PARCEL 2. The Southeast one-half of Farm Lot 15 of the Murrieta Portion of the Temecula Rancho, as shown by map on file in Book 8 page 359 of Maps, Records of San Diego County, California

PARCEL 3. All of Lot 25 in the Murrieta Portion of the Temecula Rancho described by metes and bounds as follows:
Beginning at the most Northerly corner of said Lot 25 on the Southerly line of Washington Avenue, thence Easterly along the Southerly line of Washington Avenue, 12.91 chains; thence Southerly on a line parallel to the Westerly line of said Lot 25, 16.53 chains to the Northerly line of Southern California Railroad Limit; thence Westerly along the Northerly line of said Railroad Limit 12.98 chains to the most Westerly corner of said Lot 25; thence Northerly along the Westerly line of said Lot 25, 15.20 chains to the point of beginning.
EXCEPTING THEREFROM that portion of the above described property described as follows: Starting at the North corner of Lot 25, Murrieta Portion of the Temecula Rancho as shown in map, Book 8, Page 359, thereof, records of San Diego County; thence South 42 15' along the Southerly side of Washington Avenue 629.82 ft. to the point of beginning; thence South 42 15' East 222.24 feet; then South 47 45' West 98.00 feet; thence North 42 15' West 222.24 feet; thence North 47 45' East 98.00 feet to the point of beginning.

PARCEL 4. The N.W. 1/3 of the N.W. ¼ of Section No. 14 bounded as follows: Commencing at a point on the Northeasterly line of Washington Ave. and the Corner of Lots No. 14 and 15; thence Southeasterly along said line of Washington Ave. 220 feet to a point; thence at right angles Northeasterly 660 feet to a point; thence at right angles Northwesterly 220 feet to the partition line between Lots 14 and 15; thence at right angles Southwesterly along said partition line 660 feet to the point of commencement, containing 3 1/3 acres of the Murrieta portion of the Temecula Rancho, for a more particular description of said premises reference is hereby made to a map of Subdivision made by O.N. Sanford, Surveyor of the Murrieta Portion of the Temecula Rancho and filed in the office of the County Recorder of San Diego County, State of California.