Sydney L. Stephens deceased April 11, 1958
and
Anna J. Stephens
Defendants in propria persona
P. O. Box 24
Murrieta, California

FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )     CIVIL NO. 1247- SD - C
v. )     ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY )     Sydney L. Stephens deceased
DISTRICT, ET AL, )     and
        Defendants. )     Anna J. Stephens

The defendants, Anna J. Stephens
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 10 plus acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

13523

1  the property herewith described has never been under irrigation
2  to date. Domestic well only about 60 feet deep. The dry seasons
3  have reduced the water level to approximately 8 feet, making it very
4  difficult to obtain enough water even for domestic use during this
5  time. In view of these conditions, I am anxious to retain any and
6  all rights to any and all water under, on and through this land,
7  which I feel belongs to same without question of ownership along
8  with the majority of the defendants. I pray for an early settlement of this suit, in justice to all.
9  Sydney T. Stephens passed away on April, 11, 1958

18       WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

                                          _____
                                          Defendants in propria persona
30  Dated: June, 11, 1958

"Exhibit A"

Description of land belonging to Sydney T. Stephens and Anna J. Stephens:

 Aldomar ½ 0/294 S 1 Blks 25, 26, and 27   16 to 7/L
 Aldomar ½ 0/294 S2 TT Tt of AS R/a Adj to Lots 1 to 12 Block 26

13525