FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

1  Henry C. Taylor and Hazel M. Taylor
   Defendants in propria persona
2  P.O. Box 154, Fallbrook, Clif.

3

4              IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                    SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,      )
8                                  )   CIVIL NO. 1247- SD - C
              Plaintiff,           )
9                                  )   ANSWER OF DEFENDANTS
      v.                           )
10                                 )   Henry C. Taylor and Hazel M. Taylor
   FALLBROOK PUBLIC UTILITY        )
11 DISTRICT, ET AL,                )
                                   )
12            Defendants.          )

13         The defendants, Henry C. Taylor and Hazel M. Taylor

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                     AMENDATORY COMPLAINT
18
           These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
26              AFFIRMATIVE STATEMENT OF RIGHTS

27         These defendants own    /    acres of land in San Diego

28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.

32

INDEXED                                           13520

COPY RECEIVED

Exhibit A

The North 100 feet ( Except the West 120 feet of the North 25 feet) of the following described property:

That portion of the Southwest Quarter of of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, according to United States Government Survey, described as follows: Commencing at a point which is South 88° 56' East, 670 feet, and North 00° 31' East 508.30 feet from the South Quarter corner of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian; thence North 00° 31' East, 253 feet; thence South 89° 15' East 275 feet; thence South 00° 31' West, 253 feet; thence North 89° 15' West, 275 feet to the point of commencement.

Also an easement for road purposes over the South 5 feet of the above excepted West 120 feet of the North 25 feet.

13521

1  Defendants claim all the right of overlying land owners and to
2  water which may originate in or may be found on or under or
3  which may cross their land.
4  Defendants claim the right to dig or drill wells and exercise
5  water reclamation and conservation practices as are now or may
6  be known.
7  Defendants hereby incorporate, the same as though set forth
8  herein in full, all the Affirmative defences of the Fallbrook
9  Public Utility District on file in these proceedings.
10 Defendants claim all the above for all lands in which they
11 have any financial interest whatsoever.

18  WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*Henry C Taylor*

*Hazel M. Taylor*

Defendants in propria persona

Dated: 6/12/58

13522