```
                                                    F I L E D
                                                    JUN 19 1958
 1  Blanche M. Thompson
    Defendants in propria persona              CLERK, U.S. DISTRICT COURT
 2  P.O. Box 532                             SOUTHERN DISTRICT OF CALIFORNIA
    Elsinore, California                    By _____
                                                      DEPUTY CLERK
 3
 4               IN THE UNITED STATES DISTRICT COURT
 5                SOUTHERN DISTRICT OF CALIFORNIA
 6                      SOUTHERN DIVISION
 7
 8  UNITED STATES OF AMERICA,        )
                                     )    CIVIL NO. 1247- SD - C
              Plaintiff,             )
 9                                   )    ANSWER OF DEFENDANTS
         v.                          )
10                                   )    Blanche M. Thompson
    FALLBROOK PUBLIC UTILITY         )
11  DISTRICT, ET AL,                 )
                                     )
12            Defendants.            )
```

13        The defendants, Blanche M. Thompson

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT

18        These answering defendants hereby incorporate by reference

19  all of the allegations contained in the answer to said Complaint and

20  Supplementary and Amendatory Complaint filed in this case by Newton

21  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

22  of the portion thereof entitled "Affirmative Statement of Rights")

23  and make each and all of said allegations a part of this answer

24  the same as if herein set forth at length.

25

26              AFFIRMATIVE STATEMENT OF RIGHTS

27        These defendants own  36.33  acres of land in  Riverside

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

31  part of this statement. Parcel 1. Def. Blanche M. Thompson holds trust deed.
    Defendant Abraham Margolis purchased the property Dec.7,1955 is paying
32  on contract.        Parcel 2. Defs. Raymond I. & Octavia Thompson hold
    trust deed. Are buying from Def. Blanche M. Thompson on contract.
         COPY RECEIVED    INDEXED

                                                              13507

This defendant alleges:

Said defendant's land is suitable for and used as a ranch for the production of livestock, and feed crops, both permanent pasture under irrigation and grain under irrigation. That water necessary for watering the stock and for irrigating the feed crops is pumped from underground sources, plus a domestic well on the premises.

The said land was a part of the Temecula Rancho Land Grant, which carried with it full and complete rights to all minerals and water from the Mexican Government.

By the Treaty of Guadalupe Hildalgo in 1848, these rights to minerals and water were given absolutely and forever to the owners and their successors in interest to said land grant, or any part thereof, including the said land owned by these defendants.

Said Treaty of Guadalupe Hidalgo operated as a confirmation in praesenti of all perfect titles to lands in California held under Mexican Grants.

The plaintiff, United States of America, is in legal duty bound to carry into effect the stipulations contained in said treaty and therefore has no claim or right to any water or minerals rights in, on, or under these defendants said land.

Defendant claims exclusive and sole right and ownership of all underground water, all water above ground, all water that falls on, or runs on from rainfall and all water that can be contained on said land by means of dams, reservoirs or other means with respect to their said land.

The water rights to all water on defendant's land are guaranteed by the deed which the defendant received when said defendant purchased the land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Blanche M. Thompson*

Defendants in propria persona

Dated: June 9th, 1958

13508

**EXHIBIT A**     DESCRIPTION OF DEFENDANT THOMPSON'S LAND

**Parcel 1.** All that certain real property situated in the County of Riverside, State of California, and particularly described as follows, to-wit:

The Northwesterly one-half of Lot 50 of Murrieta Portion of Temecula Ranch, as shown by map on file in Book 8 page 359 of Maps, San Diego County Records, the Southeasterly line of said Northwesterly one-half of said Lot 50 being parallel with the Southeasterly line of said Lot. Excepting therefrom the Northeasterly 1320 feet thereof as conveyed to James L. Hudspeth and Lettie Jane Hudspeth, by deed recorded February 27, 1929 in Book 799 page 426 (476) of Deeds, Riverside County Records.

**Parcel 2.** The N.W. 1/3 of the N.W.1/4 of Section No. 14 bounded as follows: Commencing at a point on the Northeasterly line of Washington Ave. and the Corner of Lots. No. 14 & 15; thence Southeasterly along said line of Washington Ave. 220 feet to a point; thence at right angles Northeasterly 660 feet to a point; thence at right angles Northwesterly 220 feet to the partition line between Lots 14 & 15; thence at right angles Southwesterly along said partition line 660 ft. to the point of commencement, containing 3 1/3 acres of the Murrieta Portion of the Temecula Rancho, for a more particular description of said premises reference is hereby made to a map of Subdivision made by O1N. Sanford, Surveyor of the Murrieta portion of the Temecula Rancho and filed in the office of the County Recorder of San Diego County, State of California

13508A