FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

CLYDE S. TRIPP
Defendants in propria persona

Star Route Box 68, Hemet, California

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,            ) CIVIL NO. 1247 - SD - C
              Plaintiff,             ) ANSWER OF DEFENDANTS
    v.                               ) CLYDE S. TRIPP
FALLBROOK PUBLIC UTILITY             )
DISTRICT, ET AL,                     )
              Defendants.            )

The defendants, CLYDE S. TRIPP each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants owns 23 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.
                        ( See Attached)

COPY RECEIVED
INDEXED

13501

EXHIBIT "A"     ( Clyde S. Tripp)

Parcel 1. The West 1 Acre of North 1/2 of North West 1/4 of S.E. 1/4 of Northwest 1/4 of Section 19 Township 7 S Range 1 East. 1 Acre

Parcel 2. The West 1 Acre of East 2 Acres of North 1/2 of Southwest 1/4 of Southeast 1/4 of Northwest 1/4 of Section 19 Township 7 South Range 1 East. 1 Acre

Parcel 3. The East 1 acre of West 2 Acre of North 1/2 of Southwest 1/4 of Southeast 1/4 of Northwest 1/4, of Section 19 Township 7 South Range 1 East, 1 Acre.

Parcel 4. North 1/2 of Northeast 1/4 of Southeast 1/4 of Northwest 1/4 of Section 19 Township 7 South Range 1 East, 5 acres.

Parcel 5. West 1 acre of East 2 Acres of South 1/2 of Southeast 1/4 of Southeast 1/4 of Northwest 1/4 of Section 19 Township 7 South Range 1 East, 1 acre

Parcel 6. East 1 Acre of West 3 acres of South 1/2 of Southeast 1/4 of Southeast 1/4 of Northwest 1/4 of Section 19 Township 7 South Range 1 East, 1 acre.

Parcel 7. East 1 acre of West 2 Acres of South 1/2 of Southeast 1/4 of Southeast 1/4 of Northwest 1/4 of Section 19 Township 7 South Range 1 East, 1 acre.

Parcel 8. South 1/2 of Southwest 1/4 of Southeast 1/4 of Northwest 1/4 Section 19 Township 7 South Range 1 East, 5 acres

Parcel 9. East 1 acre of South 1/2 of Southeast 1/4 of Southeast 1/4 of Northwest 1/4 of Section 19 Township 7 South Range 1 East, 1 acre.

PARCEL 10. East 1 acre of North 1/2 of Northwest 1/4 of Southeast 1/4 of Northwest 1/4 of Section 19 Township 7 South Range 1 East, 1 acre

Parcel 11. North 1/2 of Southeast 1/4 of Southeast 1/4 of Northwest 1/4 of Section 19 Township 7 South Range 1 East, 5 acres.

All in San Bernardino Base and Meridian.

13502

For Domestic purposes, stock and farm orchard and garden.

Number of acres Tillable:   23 acres

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Clyde S. Tripp*
[Clyde S. Tripp]

Defendants in propria persona

Dated:   June 13, 1958

13503