Dorothy M. Vatnsdal (widow)
Defendants in propria persona
P.O. Box 486, Fallbrook, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FILED JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. C. [signature] DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

Dorothy M. Vatnsdal (widow)

The defendants Dorothy M. Vatnsdal (widow) each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1 lot acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

Lot 5, Section 24, Township 9, Range 4 W. Knoll Unit #1,
641 West Elder Street, Fallbrook, Calif.

COPY RECEIVED    INDEXED

13496

I, the defendant named above claims the right to be served with water, as of this date, June 12, 1958, and in the future, from the Fallbrook Public Utility ~~Company~~ District or any other named company serving this area, for my yard + domestic use for my home which is financed by F. H. A. loan # 225 which matures 2-1-71, and any other rental placed upon the property named, all of which will make living, health, sanitary purposes + peace of mind secure, and that the title of this property named, remains clear.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Dorothy M. Vatnsdal*
(widow)

_____
Defendants in propria persona

Dated: June 12, 1958

13497