Katherine G. Thomson
1373 N. 1st Ave., Upland, Calif.

Pence I. Portrey and Ruby R. Portrey
Anza California

Defendants in propria persona



FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS Katherine G. Thomson |
| v. | Pence I. Portrey and Ruby R. Portrey |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants, Katherine G. Thomson, Pence I Portrey & ~~Ruby-R.-P~~
Ruby R. Portrey
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 135 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED   INDEXED

13509

Tract # I-- We have one 6" 160' deep well at present. We claim irrigation Water for appx. 40 acres @ 4.2 acre ft. per acre. Also for future development we claim for each parcel into which land may later be divided, right from wells for any & all family requirements including domestic water, water needed for any live stock, poultry, family orchard, garden or other necessary purposes. Also, this land is very addaptable to poultry husbandry, so we claim right to use from wells for any and all poultry enterprises that may later be established. Likewise for any domestic livestock that may later be raised, fed or kept for dairy purposes on any or all this land hereafter.

Tract # 2-- We claim irrigation water for this entire ten acres or 42 acre feet of water. We also claim domestic, livestock and poultry water for the ten acres in as many tracts as it may later be divided.

KATHERINE G. THOMSON claims no interest in Tracts #2 and #3. Therefore she is Defendant only in Tract #I.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Katherine G. Thomson_
_Dure Y. Portrey_
Defendants in propria persona

_Ruby R. Portrey_

Dated: June 16, 1958

13510

Exhibit "A"

Tract #1  Government Lots 3 and 4 and Southeast Quarter of Southwest Quarter of Fractional Section 19, Township 7, South, Range 3 East, San Bernardino Base and Meridian, as shown by the United States Government Survey. EXCEPTING therefrom easement in favor of the public over any portion thereof included in public roads. This property is in Riverside County.

Tract #2  In Riverside County, Calif., Beginning at the Southeast corner of Lot 4 of the Southeast $\frac{1}{4}$ of the Southeast $\frac{1}{4}$ of Section 10, Township 7 South, Range 3 East, San Bernardino Base and Meridian; thence Northerly along the Easterly line of said Lot 4, 1361.2 feet to the Northeast corner thereof; thence Westerly on the Northerly line of said Lot 4, 320.1 feet; thence Southerly and parallel with the Easterly line of said Lot 4, 1361.2 feet to the Southerly line of said Lot 4; Thence Easterly on the Southerly line of said Lot 4, 320.1 feet to the point of beginning. EXCEPTING therefrom 15 foot strip along west line thereof dedicated as easement for ingress and egress of property owners.

Tract #3  In Riverside County, Calif., A portion of the Northwest $\frac{1}{4}$ of the Northwest $\frac{1}{4}$ of Section 22, Township 7 South, Range 3 East, San Bernardino Base and Meridian by Metes and Bounds as Follows;   Beginning at a point which is located on the North line of said Section 22; Township 7 South, Range 3 East, San Bernardino Base and Meridian, 329 feet 10 inches West of the Northeast corner of the Northwest $\frac{1}{4}$ of the Northwest $\frac{1}{4}$ of said Section 22; thence West on the North line of said Section 22, 300 feet; thence at right angles South a distance of 185 feet; thence at right angles East a distance of 300 feet, on a line parallel with the North line of said Section 22; thence at right angles North a distance of of 185 feet to the Point of Beginning;  SUBJECT to a right of way over the Northerly 40 feet of the above described parcel of land for County and State Highway purposes.

13511