1  Charles D. Albright & Erma I. Albright
2  Defendants in propria persona
3  Anza, California

FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ M. W. Kiesling
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,                ) CIVIL NO. 1247 - SD - C
                                         )
              Plaintiff,                 ) ANSWER OF DEFENDANTS
                                         ) Charles D. Albright
         v.                              ) Erma I. Albright
                                         )
FALLBROOK PUBLIC UTILITY                 )
DISTRICT, ET AL,                         )
              Defendants,                )

The defendants, Charles D. Albright & Erma I. Albright each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 84.27 acres of land in Riverside Co. County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

13490

1   A. Exhibit A. 84.27 no streams, springs, or well's developed on this land at present. But appears to have abundance of water under it. We claim irrigation water for approx 45 acres @ 4.2 acre feet which lays favorable for orchard or other crop irrigations. The other 39 acres can be used for grazing cattle and raising turkeys, chickens, and fowls. Also this land can wholly be used for poultry husbandry, so we claim right to water from wells for any and all poultry enterprises that may later be established. Likewise for any domestic livestock that may be later raised, fed or kept for dairy, meat or other purposes on any part or all this tract here after.

B. Exhibit B. Approx. one acre, we have one well 105' deep and one well 25' deep. We claim irrigation water one acre @ 4.2 acre feet. We also claim domestic livestock or poultry water for said land. We also claim the right to carry water from any or all of our present or future wells, to any or all of our present, or future owned or leased land's. Water sufficient for livestock enterprises or any kind.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Chas D Albright*

*Erma L Albright*

Defendants in propria persona

Dated: 6-17-58

13491

Exhibit A, Riverside County:

Government Lots 1 and 2 of Section 18, Township 7 South, Range 3 East, San Bernadino Base and Meridian.

Exhibit B, Riverside County:

That portion of the Northwest quarter of the Northwest quarter of Section 22, Township 7 South, Range 3 East, San Bernadino Base and Meridian, described as follows:

Beginning at a point on the North line of said Section, 329 5/6 feet West of the Northeast corner of the Northwest quarter of the Northwest quarter of said Section 22; thence West, on said North line of said Section, 300 feet; thence at a right angle South 185 feet; thence at a right angle East 300 feet, parallel with the North line of said Section; thence at a right angle North 185 feet, to the point of beginning;

EXCEPTING therefrom the Northerly rectangular 30 feet conveyed to the County of Riverside by Deed recorded November 20, 1928 in Book 789 page 328 of Deeds, Riverside County Records.

13492