Defendants in propria persona    Ora L. Burch & Adele E. Burch
Rt. 2 Box 188, Fallbrook, Calif

FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>    Defendants. | CIVIL NO. 1247- SD - C<br>ANSWER OF DEFENDANTS<br>Ora L. Burch & Adele E. Burch<br><br>Ora L. Burch & Adele E. Burch |

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own    18    acres of land in  Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

"Exhibit A"

That portion of the Southeast quarter of the Southeast quarter of Section 36, Township 8 South, Range 3 West, San Bernardino Base and Meridian, by metes and bounds:
Beginning at a point on the East line of said Southeast quarter of the Southeast quarter, 600 feet South of the Northeast corner of said Southeast quarter of the Southeast quarter; thence North 70° 15' West, 1,386.15 feet to a point on the West line of said Southeast quarter of the Southeast quarter, 352 feet South of the Northwest corner of said Southeast quarter of the Southeast quarter; thence South on the said West line to a point distant at right angles, 330 feet from the above mentioned course "North 70° 15' West, 1,386.15 feet"; thence Southeast in a straight line to a point in the East line of said Southeast quarter of the Southeast quarter, distant at right angles 330 feet from the said Course "North 70° 15' West, 1,386.15 feet" produced; thence North on said East line to the point of beginning; EXCEPTING therefrom the Northerly 100 feet thereof measured at right angles to the above described course of "North 70° 15' West 1,386.15 feet"; and ALSO EXCEPTING therefrom the Southerly 106 feet, measured at right angles to the course above described as "thence Southeast in a straight line to a point in the East line of said Southeast quarter of the Southeast quarter."
(Containing six (6) acres, more or less.)

That portion of the Southeast Quarter of Section 36, Township 8 South, Range 3 West, SAN BERNARDINO BASE & MERIDIAN, according to United States Government Township Plat thereof, described as follows:

Beginning on the East line of said Section 36, distant along said East line North 0° 52' 23" West 566.00 feet from a 6" x 8" granite boulder marking the Southeast corner of said Section, said Point of Beginning being also the South-east corner of that certain parcel of land as conveyed to the State of California by Deed recorded February 26, 1948, in Book 896, Page 50 of Official Records of said County; thence Along the Southerly line of said State of California parcel of land North 69° 36' 32" West 755.00 feet; thence North 33° 07' 00" East 966.46 feet; thence along a tangent curve concave Northwesterly with a radius of 2,110 feet through an angle of 16° 20' 12", a distance of 601.82 feet to said East line of Section 36, distant along said East line North 2° 35' 28" East 1623.18 feet from the Point of Beginning; thence along said East line South 2° 35' 28" West 1623.18 feet to the Point of Beginning.
(Containing 12.17 Acres, More or less)

(These two Properties are joined together on North line, East of Highway 395)

13479

This land is mountainous, approximately six (6) acres can be used for fruit bearing trees, garden and etc.

Defendants have irrigated a portion of this land in the past and water for this purpose has been obtained from springs and wells.

Defendants claim the right to use twenty (20) acre feet of water per Year from wells and springs.

Defendants claim the right to drill more wells and to develope more springs, if necessary to furnish stated amount of water.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Ora L Burch*

*Adele E. Burch*

Defendants in propria persona

Dated: 6/11/58

13480