Maude M. Buchanan and James David Buchanan
Defendants in propria persona
R.F.D.
Murrieta, California

FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. A. _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )   CIVIL NO. 1247- SD - C
          Plaintiff,                )
                                    )   ANSWER OF DEFENDANTS
     v.                             )   Maude M. Buchanan and James David
                                    )                 Buchanan
FALLBROOK PUBLIC UTILITY            )
DISTRICT, ET AL,                    )
                                    )
          Defendants.               )

The defendants, Maude M. Buchanan and James David Buchanan each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own   26   acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

13481

**EXHIBIT B**

1  We claim that the (26) twenty six acres referred to in
Exhibit A is in the Temecula Rancho. We have been told that the
2  Temecula Ranch is one of the Grants of land the Title to which
is confirmed by the Treaty of Guadalupe Hidalgo, and we have been
3  told that said Grant was also patented by Louis Vignes in 1860,
President Buchanan signing the Patent.
4     Because we believe the above is true, we are of the opinion
that we are not subject to any state law that conflicts with the
5  provisions of said Treaty or patent. We do not want to be subject
to such law of state.
6     We rely upon the Patent and Treaty for our protection.
    We have always used our land and water rights freely and
7  exclusively in the past and hope to do so in the future.

18          WHEREFORE, these defendants pray that plaintiff take

19  nothing against them by reason of the Complaint and Supplementary

20  and Amendatory Complaint on file herein; that said Complaint be

21  dismissed as against these defendants; that defendants' right to

22  water, as hereinabove set forth, be quieted as against the plain-

23  tiff and against all other defendants in this action; and for such

24  other and further relief as the Court may deem proper.

*Maude M Buchanan*
*James David Buchanan*
                Defendants in propria persona

Dated: 6-16-58

13482

EXHIBIT A
DESCRIPTION OF BUCHANAN LAND

PARCEL 1:

All that portion of lot 27, as shown upon the map of the Temecula Land and Water Company showing the Subdivision of the Temecula Rancho on file in the office of the County Recorder of the County of San Diego, State of California, in book 8 of maps, at page 359 thereof, more particularly described as follows, to-wit:  Commencing at a point of the Southwesterly line of Washington Avenue 660 feet Southeasterly from the most Northerly corner of the said Lot 27; thence running Southwesterly on a line drawn parallel with the Northwesterly line of the said Lot 27, 660 feet; thence running Northwestery on a line parallel with the Southwesterly line of the said Washington Avenue 172½ feet; thence running Southwesterly on a line parallel with the Southeasterly line of Hamilton Street as shown on said map to a point on the Northeasterly line of the right of way of the Atchison, Topeka, and Santa Fe Railroad Company; thence running Southeasterly along said right of way 253 feet, and thence running Northeasterly on a line parallel with the Southeasterly line of the said Hamilton Street, 1500 feet, more or less, to a point on the Southwesterly line of the said Washington Avenue; thence running Northwesterly along the Southwesterly line of the said Washington Avenue to the point of beginning.

PARCEL 2:

A Parcel of land in the westerly portion of Lot 27, as shown by map of the Temecula Land and Water Company on file in Book 8 Page 359 of Maps, records of said San Diego County, California, estimated to contain 10 acres, and bounded on the North by the 10 acre tract in said Lot 27 deeded to David E. Buchanan by deed recorded in book 155 Page 44 of Deeds, records of Riverside County, California; on the east by the tract conveyed to David E. Buchanan by Deed recorded in Book 254 Page 313 of Deeds, records of Riverside County, California; on the South by the right of way of the California Southern Railroad; and on the West by the Lot line between Lots 26 and 27 of said Map.

PARCEL 3:

Also the Northeast 10 acres of Lot 27 of the Murrieta Portion of the Temecula Rancho, according to the survey and Map of O.N. Sandford and recorded in Books of said County.

Together with all and singular the tenements, hereditaments, and appurtenances thereunto belonging, or in anywise appertaining and the reversion and reversions, remainder and remainders, rents, issues and profits thereof.

13483