Eve S. Bowlin
Defendants in propria persona
Route 1, Box 41 K
Indio, California

FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br>　　　　　Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>Eve S. Bowlin |

　　The defendants,　Eve S. Bowlin
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

　　　　ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
　　　　　　　AMENDATORY COMPLAINT

　　These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

　　　　　　AFFIRMATIVE STATEMENT OF RIGHTS

　　These defendants own 20 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

13484

EXHIBIT A

Description of property owned by Eve S. Bowlin, Route 1, Box 41 K, Indio, California:

That certain land situated in Riverside County known as the Northeast quarter of the Southwest quarter of the Southeast quarter.

That part of the Northwest quarter of the Southeast quarter of the Southeast quarter that is north and west of Riverside County Road #47.

That part of the Northeast quarter of the Southeast quarter of the Southeast quarter that is north and west or Riverside County Road #47.

That part of the Southwest quarter of the Southeast quarter of the Southeast quarter that is north and west of Riverside County Road #47.

All of which is in Section 27, Township 8 South, Range 1 East, San Bernardino Base and Meridian.

Map of the above described property:

[Hand-drawn map showing:
- NE¼ of SW¼ of SE¼ Sec. 27
- NW¼ of SE¼ of SE¼ of Sec. 27
- NE¼ of SE¼ of SE¼ Sec. 27
- SW¼ of SE¼ of SE¼ Sec. 27
- Riverside Co. Rd. No. 47
- State Hwy. No. 74
- T.8S., R.1E., S.B. Mer.
- Legend: Land owned by Eve S. Bowlin; ● = Springs; 1" = 400'
- N arrow]

13485

## I

This land has been in the defendant's family since 1866. However, the defendant just acquired it, and intends to construct, at a future date, two (2) and possibly three (3), residences with small garden plots at each residence, growing vegetables, alfalfa, and lawn.

This land is of no value unless water can be developed from its riparian or percolating rights from the two springs that are located on it. One of these springs (Mesquite Spring) was developed before 1909, and the water from it has been used for cattle since that time. This twenty acres is riparian; approximately five acres are tillable. The balance can be used for grazing cattle and for wildlife habitat.

## II

The defendant claims the right to use seventeen and a half ($17\frac{1}{2}$) acre feet of water a year at the rate of three and one half acre feet per acre a year for the five acres of tillable land and the three houses. This water to be taken from the two springs and a well to be drilled; it has been inherited from defendant's ancestors.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.



Defendants in propria persona

Dated: JUNE 13, 1958

13486