Howard F. Bailey & Lola K. Bailey
Chalma E. Bailey —
Chalma E. Bailey also administrator of
estate of Olin F. Bailey (deceased)
Defendants in propria persona
Anza, California

FILED
JUN 19 1958
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. [illegible], DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
        Plaintiff, ) ANSWER OF DEFENDANTS
v. ) Howard F. Bailey
FALLBROOK PUBLIC UTILITY ) Lola K. Bailey
DISTRICT, ET AL, ) Chalma E. Bailey
        Defendants, ) Chalma E. Bailey Adm. of
) estate of Olin F. Bailey

The defendants, Howard F. Bailey, Lola K. Bailey, Chalma E. Bailey each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own approximately 2810.45 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

13487

Defendant now have 3 stock watering Springs located: S.E. 1/4 of N.W. 1/4 of Sec. 20; Lot 2 of Sec. 19, and S.E. 1/4 of N.W. 1/4 of Sec. 19.

Five wells — Two located on Lot 3 of Sec. 8, others located N.W. 1/4 of N.W. 1/4 of Sec. 16; N.E. 1/4 of N.W. 1/4 of Sec. 17 and Lot 2 of Sec. 18. All in Twp 8 S., R. 3 E. of S. B. M.

Defendants claim that approximately 900 acres of "Exhibit A" are irrigatable — Balance suitable for livestock grazing and poultry.

Defendants wish to claim the right to use 3,375.00 acre ft. per year, of underground water from above mentioned sources and from wells which we wish to drill in the future, and springs to be developed — for irrigation of permanent pasture, grain + food crops, orchard etc.

Defendants are now irrigating approximately 6 acres of garden, orchard, shrubs etc.

To the Honorable Judge of the Court:

Defendants are asking to be allowed to reserve the right to make an amended answer to this complaint, after the Dept. of Ground Water Resources make their survey, which they have agreed to do. We will then abide by their decision.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Howard F Bailey
Lola K. Bailey
Chalma E. Bailey
Olin F Bailey
by Chalmer E. Bailey
Administrator of Estate of Olin F Bailey
Defendants in propria persona
Anza, Calif.

Dated: June 14, 1958

13488

"Exhibit A"

Acreage owned by Howard F. Bailey and Lola K. Bailey as joint tenants:    (No. of Acres)

| | |
|---|---|
| Lots 16 to 23 inclusive in Sec. 7. | 381.54 |
| Lots 5, 9, 10, 13, 14 & 16, Lot 6 excepting the No. 60 ft., S. $\frac{1}{2}$ of lot 3, S.W. $\frac{1}{4}$ of N.E. $\frac{1}{4}$, S.E. $\frac{1}{4}$ of N.W. $\frac{1}{4}$ and N.E. $\frac{1}{4}$ of S.W. $\frac{1}{4}$ in Sec. 8 | 373.14 |
| Lots 5, 6, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19 & 20, Lots 7 & 8, excepting No 60 ft of each in Sec. 9 | 495.07 |

Approximately only the Westerly 400 acres of land in Sec. 9, lies within Santa Margarita Watershed.

| | |
|---|---|
| W $\frac{1}{2}$ of N.E. $\frac{1}{4}$, and W $\frac{1}{2}$ of N.W. $\frac{1}{4}$ in Sec 16 | 160.00 |
| Lots 1, 2 & 3, E $\frac{1}{2}$ of N.W. $\frac{1}{4}$, N.E. $\frac{1}{4}$ of S.W. $\frac{1}{4}$, and N.W. $\frac{1}{4}$ of S.E. $\frac{1}{4}$ in Sec. 18 | 289.12 |
| Lots 1 & 2, and E. $\frac{1}{2}$ of N.W. $\frac{1}{4}$ in Sec 19 | 166.65 |
| N.W. $\frac{1}{4}$ of N.E. $\frac{1}{4}$, S.W. $\frac{1}{4}$ of N.E. $\frac{1}{4}$, N.W. $\frac{1}{4}$ of S.E. $\frac{1}{4}$ and N.E. $\frac{1}{4}$ of S.W. $\frac{1}{4}$ in Sec 20 | 160.00 |

Land owned by Chalma E. Bailey, Olin F. Bailey, Howard F. and Lola K. Bailey:

| | |
|---|---|
| E $\frac{1}{2}$ of N.E. $\frac{1}{4}$, N.W. $\frac{1}{4}$, and S. $\frac{1}{2}$ of Sec 17. | 560.00 |
| E $\frac{1}{2}$ of Sec 19 | 320.00 |

All of above described land lies in Twp. 8S. R. 3E. of S.B.M.

13489