METHEL S. BACON
1   Defendants in propria persona

2   Star Rte. Box 59
    Hemet, California.

3

4                IN THE UNITED STATES DISTRICT COURT

5                   SOUTHERN DISTRICT OF CALIFORNIA

6                           SOUTHERN DIVISION

7
    UNITED STATES OF AMERICA,      )
8                                  )    CIVIL NO. 1247- SD - C
                Plaintiff,         )
9                                  )    ANSWER OF DEFENDANTS
         v.                        )    METHEL S. BACON
10                                 )
    FALLBROOK PUBLIC UTILITY       )
11  DISTRICT, ET AL,               )
                                   )
12              Defendants.        )    METHEL S. BACON

13        The defendants,

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                           AMENDATORY COMPLAINT
18
          These answering defendants hereby incorporate by reference
19
    all of the allegations contained in the answer to said Complaint and
20
    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25

26                    AFFIRMATIVE STATEMENT OF RIGHTS

27        These defendants own  5    acres of land in Riverside

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

31  part of this statement.
        COPY RECEIVED
32

                                                              13562

1  Defendant claims the right to use one (1) acre foot of water per year from two wells on this property. I now irrigate thirtyeight (38) young fruit and walnut trees, a few grape vines and boysenberry vines, some flowers and shrubs. I use the water for domestic use for my two houses and have a small vegatable garden in which I grew sweet corn, Italian and Hubbard squash, string beans, tomatoes and garlic. About three (3) acres of my ground is tillable.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Michel S. Bacon*

Defendants in propria persona

Dated: June 12, 1958

13563

"Exhibit A"

San Bernardino Meridian, California.

    T. 6 S., R. 1E.,

        Sec. 28, W 1/2 NW 1/4 NW 1/4 SW 1/4.

The area described contains 5 acres, according to the Official Plat of the Survey of the Land, on file in the Bureau of Land Management.

13564