Sam Termine and Sarah Termine
Defendants in propria persona
Rt. 1
Murrieta, California

FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M D Kuuulung
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247- SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Sam Termine and Sarah Termine |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants. | |

The defendants, Sam Termine and Sarah Termine each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 38.78 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

13514

Eighteen acres of my property is suitable for and used for irrigated crops, the rest is used for grain crops. The water necessary for the irrigation and domestic use is pumped from underground sources on my property. I plan to drill a domestic well for future use.

We own farm lot (18) eighteen in the Murrieta Portion of the Temecula Ranch, which said Temecula Ranch we have heard is one of the Mexican Grants of land confirmed by the Treaty of Guadalupe Hidalgo, we have also heard that the last owner under Mexican Law and the first owner under United State law, Louis Vijnes, obtained a United States Patent in 1860 signed by President Buchanan. We have heard that is a basis for our water claims.

Whatever rights we may have by virtue of said Patent and Treaty we desire to keep.

We rely upon said Treaty and said Patent for our protection.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Sam Termine*
*Sarah Termine*
Defendants in propria persona

Dated: June 14, 1958

13515

EXHIBIT A   DESCRIPTION OF TRUCINE LAND

In the County of Riverside, State of California:

Lot 18 of Murrieta Portion of Temecula Rancho, as shown by map on file in Book 8 page 359 of Maps in the office of the County Recorder of the County of San Diego.

13516