FILED

JUN 19 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Charles H. Snavely and Marjorie A. Snavely
Defendants in propria persona
Aguanga, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,　　)　　CIVIL NO. 1247 - SD - C
　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　 )　　ANSWER OF DEFENDANTS
　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　)　　Charles H. Snavely and
　　　　　　　　　　　　　　　　)　　Marjorie A. Snavely
FALLBROOK PUBLIC UTILITY　　　)
DISTRICT, ET AL,　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants,　　)

　　　　The defendants, Charles H. Snavely and Marjorie A. Snavely each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

　　　　　　ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
　　　　　　　　　　　　AMENDATORY COMPLAINT

　　　　These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

　　　　　　　　AFFIRMATIVE STATEMENT OF RIGHTS

　　　　These defendants own 164 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

13526

I

This land is riparian in that a spring originates and flows on it; said spring being used for stock water. A 24 foot well exists on the property, but it does not produce enough water for domestic use; defendants therefore acquire their domestic water from a neighbor. Seventy-five acres of the land are tillable, being suitable for alfalfa or permanent pasture; the remainder of the property is suitable for cattle grazing. Defendants have shade trees, lawn, and a small garden plot.

II

Defendants claim the right to develop the existing well, or to dig another well to provide them with domestic and irrigating water.

Defendants claim riparian rights to the spring which originates on the property. Defendants claim percolating and filtrating rights in regard to the property.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Charles H. Snavely*

*Morjorie A. Snavely*

Defendants in propria persona

Dated: June 13, 1958

13527

EXHIBIT A

Description of property owned by Charles H. Snavely and Marjorie A. Snavely, Aguanga, California:

Lots 15 and 16, Section 21; Lot 13, Section 22; Lot 4, Section 27; all in Township 9 South, Range 2 East, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to the United States Government Survey approved January 31, 1895.

13528