PAUL G. PERINICH and NANCY T. PERINICH

Defendants in propria persona

   Route 2, Box 3-B
   Fallbrook, California

FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>          Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF<br>PAUL G. PERINICH and<br>   NANCY T. PERINICH |

The defendants Paul G. Perinich and Nancy T. Perinich, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own approx. 45 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

13529

# EXHIBIT A

PARCEL 1:

All that portion of the Northwest Quarter of the Southeast Quarter of Section 6, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey, lying Easterly of the Easterly boundary of land described in deed to Wallace C. Qua, et ux, recorded April 8, 1957 in Book 6526, page 187 of Official Records.

EXCEPTING THEREFROM that portion, if any, lying within the boundary of land described in deed to Fallbrook Public Utility District, a municipal corporation, recorded October 15, 1957 in Book 6791, page 495 of Official Records, described as follows:

All that portion of the West 7 1/2 Acres of the South Half of the South Half of the Northwest Quarter of the Southeast Quarter, Section 6, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey thereof.

Also that portion of the West 30 Acres of the Southwest Quarter of the Southeast Quarter of Section 6, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey thereof, described as follows:

Beginning at the Southwest corner of the Northwest Quarter of the Southeast Quarter; thence along the Southerly line thereof North 89° 08'14" East, 501.93 feet; thence South 1° 20' West 350 feet; thence North 89° 08'14" East, 147.44 feet; thence North 30° 24'45" East, 520.15 feet; thence North 83° 26'35" West, 708.45 feet; thence South 52° 53' 20" West, 193.29 feet; thence South 32° 36' West, 86.33 feet to the point of beginning.

PARCEL 2:

All that portion of the South Half of the Southeast Quarter of Section 6, Township 9 South, Range 3 West, San Bernardino Meridian in the County of San Diego, State of California, according to United States Government Survey described as follows:

Beginning at a point on the North line of the South Half of the Southeast Quarter of said Section, distant thereon 120 feet Westerly of the Northeast corner of the Southwest Quarter of the Southeast Quarter; thence Southwesterly in a straight line to a point distant 510 feet Westerly, measured parallel with said Northerly line from a point in the East line of said Southwest Quarter of the Southeast Quarter of said Section, distant Southerly thereon, 350 feet from the Northeast corner; thence Westerly parallel with said Northerly line, 290 feet; thence Northerly parallel with said Easterly line, 350 feet to a point on said Northerly line; thence Easterly along said North line, 680 feet to the point of beginning.

EXCEPTING THEREFROM that portion lying within the boundary of land described in deed to Fallbrook Public Utility District, a municipal corporation, recorded October 15, 1957 in Book 6791, page 495 of Official Records, described as follows:

13530

EXHIBIT A (continued)

All that portion of the West 7 1/2 Acres of the South Half of the South Half of the Northwest Quarter of the Southeast Quarter, Section 6, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey thereof.

ALSO that portion of the West 30 Acres of the Southwest Quarter of the Southeast Quarter of Section 6, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey thereof, described as follows:

Beginning at the Southwest corner of the Northwest Quarter of the Southeast Quarter; thence along the Southerly line thereof North 89° 08'14" East, 501.93 feet; thence South 1° 20' West, 350 feet; thence North 89° 08'14" East, 147.44 feet; thence North 30° 24'45" East, 520.15 feet; thence North 83° 26'35" West, 702.45 feet; thence South 52° 53'20" West, 193.29 feet; thence South 32° 36' West, 86.33 feet to the point of beginning.

PARCEL 3:

All that portion of the West Half of the Northeast Quarter of the Southeast Quarter of Section 6, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey, lying Northwesterly of a straight line beginning at a point on the North line of said Northeast Quarter of the Southeast Quarter of said Section 6, distant thereon 100 feet Westerly of the Northeast corner of said West Half of the Northeast Quarter of the Southeast of said Section to a point on the West line of said Northeast Quarter of the Southeast Quarter, distant thereon 400 feet Northerly of the Southwest corner of said Northeast Quarter of the Southeast Quarter of said Section.-------------------------------------------------------

13530 A

1  Defendants own approximately 45 acres of land, 40 acres of which are suitable for citrus, avocado or vegetables. 10 acres of this land
2  have been planted to strawberries for the past 3 years -- irrigation from 2 wells, both approximately 60 ft. This property contains also
3  a Home, Garden and Family Fruit trees. Defendants claim the right to use as much water as is required from their wells or from any other
4  source, to supply all the above mentioned satisfactorily.

5  Defendants further claim all riparian right to all waters percolating through their land, whether from the Santa Margarita River and its
6  tributaries, whether from springs, streams or wells, etc., and to take water from their land, whether for domestic, industrial, business
7  or irrigation purposes.

8  In addition to the claim and uses as herein made, the defendants claim all rights of overlying landowners to any water which may originate
9  in, or under, or cross their land. Defendants claim the right to drill and to dig wells, and to exercise water reclamation and conserva-
10 tion practices as now or may be known in the future.

11 Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility
12 District on file in these proceedings. Defendants claim all the above for all lands in which they have any financial interest whatsoever.
13

14 FURTHERMORE, defendants pray the court to award them adequate damages to reimburse them for the cost of preparing and prosecuting their
15 defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon them by this attempted acrimonious, confis-
16 catory usurpation of property rights, instituted against them by the agencies of the United States Government.

17
18        WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

25
26                        *Paul G. Perinich*
                          Paul G. Perinich
27
28                        *Nancy T. Perinich*
                          Nancy T. Perinich
29                        Defendants in propria persona
30                        Route 2, Box 3-B
31                          Fallbrook, California
32 Dated: June 11, 1958

13531