FILED

JUN 19 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M C Kissling
    DEPUTY CLERK

MAMIE E. MINER
Defendants in propria persona
Aguanga California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,       )   CIVIL NO. 1247 - SD - C
                                )
            Plaintiff,          )   ANSWER OF DEFENDANTS
                                )   MAMIE E. MINER
    v.                          )   AGUANGA CALIFORNIA
                                )
FALLBROOK PUBLIC UTILITY        )
DISTRICT, ET AL,                )
                                )
            Defendants,         )

   The defendants, MAMIE E. MINER
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

   ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
            AMENDATORY COMPLAINT

   These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

       AFFIRMATIVE STATEMENT OF RIGHTS

   These defendants own 626 acres of land in Riverside
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.   DESCRIPTION BELOW

All of Fractional Section 14, T8S, R1E, SBBM, in Riverside County California

COPY RECEIVED
    INDEXED

                                                    13532

1  No streams, springs nor wells developed on this land at present; but appears
2  to have abbundance of water under it. I claim irrigation water for appx.
   one fourth of this land which lays favorable for irrigation at the usual 4.2
   Acre Feet per acre.

3  Also for future development I claim for each parcel into which land may later
4  be divided,, water from wells for any and all family requirements, including
   domestic water, water needed for any livestock, poultry, orchard, garden or
5  other necessary or useful purpose.

6  Also this land is very addaptable to poultry husbandry; so I claim right to
   water from wells for any and all poultry enterprises that may later be estab-
7  lished. Likewise for any domestic livestock that may later be raised, fed or
   kept for dairy purposes on any or all this land hereafter.

    WHEREFORE, these defendants pray that plaintiff take
nothing against them by reason of the Complaint and Supplementary
and Amendatory Complaint on file herein; that said Complaint be
dismissed as against these defendants; that defendants' right to
water, as hereinabove set forth, be quieted as against the plain-
tiff and against all other defendants in this action; and for such
other and further relief as the Court may deem proper.

*Mamie E. Miner*

Defendants in propria persona

Dated: *June 16, 1958*

13533