MELVIN H. MANN and JANET B. MANN
Defendants in propria persona
2346 East Live Oak Drive
Los Angeles 28, California

FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M L Kee
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS MELVIN H. MANN AND JANET B. MANN |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants, MELVIN H. MANN and JANET B. MANN, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 196 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

Exhibit A
That certain land in San Diego County known as
Lot 5 and 12 in Section 17, and Lots 2, 7 and 8

COPY RECEIVED
INDEXED

13534

in Section 18, Township 9 South, Range 2 East, San Bernardino Base and Meridian.

This land is riparian to Temecula Creek. Water from this creek has been used for a great many years to irrigate from 8 to 10 acres of field crops and orchard, by use of a diversionary ditch. This method is now supplemented by a drilled well which also furnishes water for household use.

There are at least 40 tillable acres, mostly cleared and suitable for permanent pasture and for many farm crops such as, but not limited to, hay, grain, melons, berries, orchard, etc. The balance of the land can be used for grazing stock.

Defendants claim the right to use water from Temecula Creek on all of this land.

Defendants also claim the right to put down additional wells and to develop the land for all commercial and/or agricultural purposes.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Melvin N Mann*

*Janet B. Mann*

Defendants in propria persona
2046 East Live Oak Drive
Los Angeles 28, California

Dated: June 14, 1958

13535