AMORITA N. MACY
Defendants in propria persona
1009 S. CLEVELAND STREET
OCEANSIDE, CALIFORNIA

FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ M. S. Kush
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

        Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS

AMORITA N. MACY

The defendants, AMORITA N. MACY, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own approximately 1 1/2 acres of land in RIVERSIDE County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

13536

1       This land is riparian land and water is used for domestic purposes.

18      WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Auorita D. Macey*

Defendants in propria persona

Dated: June 13, 1958

13537

EXHIBIT "A"

All that certain real property situated in the County of Riverside, State of California, and particularly described as follows, to-wit:

Lots 1, 2, 3 and 4 in Block 24 of the Town of Wildomar, as shown by map on file in Book 6 page 294 of Maps, San Diego County Records;

and

Lots 8 and 9 in Block 15 of the Town of Wildomar, as shown by map on file in Book 6 page 294 of Maps in the office of the County Recorder of the County of San Diego.

13538