ROBERT HANLEY MADIGAN and BARBARA JEAN MADIGAN
Defendants in propria persona
4228 Maybank Avenue
Lakewood, California

FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, <br> Defendants, | CIVIL NO. 1247 - SD - C <br><br> ANSWER OF DEFENDANTS <br> ROBERT HANLEY MADIGAN and <br> BARBARA JEAN MADIGAN |

The defendants, ROBERT HANLEY MADIGAN and BARBARA JEAN MADIGAN each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 20 acres of land in County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

13539

This land is riparian land; approximately twelve (12) acres are tillable and the balance can be used for grazing cattle and for raising turkeys, chickens and fowl. Defendants have in the past and present only used such water as is necessary from a windmill well. Defendants in the future hope to convert said property into a hunting lodge or small breeding farm for shetland ponies. This land in the past has had on its premises a school house situated on one acre of the property as described in **Exhibit A** attached. All the taxes were paid by the defendants grandmother. They used water necessary for the maintenance of the school only. The school system forfeited the lease as they deemed it unprofitable as there were only two children attending. Defendants only use water now necessary for domestic use but wish to reserve the right to use only that which is necessary to further develop and expand the twenty (20) acres. Defendants claim the right to (60) acre feet of water per year for the present and future demands. Defendants pray that the complaint be dismissed.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Robert J. Madigan*

*Barbara Jean Madigan*

Defendants in propria persona

Dated: June 14, 1958

13540

"EXHIBIT A"

ROBERT H MADIGAN and BARBARA JEAN MADIGAN do own 20 acres of land situated on the South half (S.1/2) of the northwest one quarter (N.W. 1/4) of the Northwest one quarter (N.W. 1/4) of section nineteen (19), township seven (7) south Range one (1) east San Bernardino Base and Meridian.

13541