Inez Hunt (deceased) and the Murrieta Valley Town Hall Association
Defendants in propria persona
Murrieta, California

F I L E D
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M D Kusgl
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

Inez Hunt (dec) and the Murrieta Valley Town Hall Association

The defendants Inez Hunt and the Murrieta Valley Town Hall Assoc. each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 5 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

Inez Hunt deeded this property to the Murrieta Valley Town Hall Assoc. on October 26, 1956, the M.V.T.H.A. holds the Trust Deed
Inez Hunt died April 4, 1957

COPY RECEIVED  INDEXED

13542

These defendants allege:

Inez Hunt presented this property to the Murrieta Valley Town Hall Association for the purpose of a recreation center for the youth of Murrieta. Sixty trees have been planted and future plans include a swimming pool, baseball park, community building and picnic area on these five acres.

There is a well pumping from underground source now serving a house which is rented and the watering of these trees.

The land was a part of the Temecula Rancho Land Grant, which carried with it full and complete rights to all minerals and water from the Mexican Government.

The defendants believe that by the Treaty of Guadalupe Hidalgo in 1848, these rights to minerals and water were given absolutely and forever to the owners and their successors in interest to said land grant, or any part thereof, including the said land owned by these defendants.

Said Treaty of Guadalupe Hidalgo operated as a confirmation in praesenti of all perfect titles to lands in California held under Mexican Grants.

The plaintiff, United States of America, is in legal duty bound to carry into effect the stipulations contained in said treaty and therefore has no claim or right to any water or minerals rights in, on, or under these defendants said land.

Defendants claim exclusive and sole right and use of all underground water, all water above ground, all water that falls on, or runs on from rainfall and all water that can be contained on said land by means of dams, reservoirs or other means with respect to their said land.

The water rights to all water on defendant's land are guaranteed by the deed which the defendant received when said defendant received the land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Raymond S. Thompson*

*Chm. Board of Directors*
M.V.T.H.A.
Defendants in propria persona

Dated: June 14, 1958

13543

EXHIBIT A DESCRIPTION OF M.V.T.H.A. LAND

That portion of Lot 12 of Murrieta portion of Temecula Land and Water Company, a sub of Temecula Rancho, as shown by map on file in Book 8 page 359 of Maps, Records of San Diego County, Calif. described as follows:

The Westerly 370 feet of said Lot 12, lying Northeast of Plum Avenue as shown on Map entitled (Map of Doolittles Addition to Murrieta Portion of Temecula Rancho) except therefrom any portion thereof included in Streets.

13544