FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. K_____
DEPUTY CLERK

Silas M. Hathaway and Shirley J. Hathaway
Defendants in propria persone.
P.O. Box 72
Murrieta, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                          )  CIVIL NO. 1247- SD - C
        Plaintiff,        )
                          )  ANSWER OF DEFENDANTS
    v.                    )  Silas M. Hathaway and Shirley J.
                          )                      Hathaway
FALLBROOK PUBLIC UTILITY  )
DISTRICT, ET AL,          )
                          )
        Defendants.       )

The defendants, Silas M. Hathaway and Shirley J. Hathaway each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own  40  acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED   INDEXED

13545

These defendants allege:

1. Said defendant's land is suitable for and used as a ranch for the production of livestock, feed crops and permanent pasture necessary for the sustenance of livestock. That water necessary for irrigation and domestic use is pumped from underground sources. We plan to drill a separate well for domestic use in the future.

2. The Murrieta Creek runs through our property and we claim riparian rights.

3. That the said land was a part of the Temecula Rancho Land Grant, which carried with it full and complete rights to all minerals and water from the Mexican Government.

4. That by the Treaty of Guadalupe Hidalgo in 1848, these rights to minerals and water were given absolutely and forever to the owners and their successors in interest to said land grant, or any part thereof, including the said land owned by these defendants.

5. Said Treaty of Guadalupe Hidalgo operated as a confirmation in praesenti of all perfect titles to lands in California held under Mexican Grants.

6. The plaintiff, United States of America, is in legal duty bound to carry into effect the stipulations contained in said treaty and therefore has no claim or right to any water or minerals rights in, on, or under these defendants' said land.

7. Defendants claim exclusive and sole right to use all underground water, all water above ground, all water that falls on, or runs on from rainfall, and all water that can be contained on said land by means of dams, reservoirs or other means with respect to their said land.

8. We rely upon the Treaty of Guadalupe Hildalgo and the U.S. patent issued by President Buchanan for our protection and such other matters of record or documents which we may hereafter produce.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Silas M. Hathaway*

*Shirley J. Hathaway*

Defendants in propria persona

Dated: June 13, 1958

13546

EXHIBIT A DESCRIPTION OF HATHAWAY LAND

In the County of Riverside, State of California:

Farm Lot 45 of Murrieta Townsite, as shown by map of the Temecula Land and Water Company showing the subdivision of a portion of the Temecula Ranch, on file in Book 8 page 359 of Maps, San Diego County Records.

EXHIBIT B SOIL SURVEY

Elsinore-Murrieta-Anza Soil Conservation District
Conservation Farm Plan
No. 172
40 acres

13547