Glenn C. Hallock, M.D.
Arsenuth Jeanne Hallock
Defendants in propria persona

1024A Seventh Street, Wasco, Calif.

FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. K_____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
              Plaintiff,   )   CIVIL NO. 1247- SD - C
         v.                )   ANSWER OF DEFENDANTS,
                           )   GLENN C. HALLOCK and ARSENUTH JEANNE
FALLBROOK PUBLIC UTILITY   )                        HALLOCK
DISTRICT, ET AL,           )
              Defendants.  )

The defendants, GLENN C. HALLOCK and ARSENUTH JEANNE HALLOCK, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own   2.1   acres of land in San Diego, County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED   INDEXED

13548

II.

That these answering defendants, as owners of the aforementioned land have entitlements to the water flowing from an underground basin or stratum of percolating waters which underlies all of said lands; that said underground water percolates freely throughout said basin or stratum, in the form of a spring upon said lands, and defendants believe that at a later date they will more fully develop said water by means of a well for the irrigation of a now young lemon grove growing upon said lands.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Glenn C. Hallock MD*
*Arsenuth Jeanne Hallock*
Defendants in propria persona

Dated: June 12, 1958.

13549

GRANT DEED

BOOK 5114 PAGE 495

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, FLORENCE D. CLEMMENS does hereby grant to GLENN C. HALLOCK and ARSENUTH JEANNE Hallock, his wife, the real property in the County of San Diego, State of California, described as:

Two portions of the Southeast Quarter of the Northwest Quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, according to United States Government Survey, approved June 11, 1888, described as follows:

Beginning at a point at the Southeast (SE) corner of the Northwest Quarter (NW¼) of the Southeast Quarter (SE¼) of the Northwest Quarter (NW¼), thence proceeding Westerly 120 feet along the South line of the Northwest Quarter (NW¼) of the Southeast Quarter (SE¼) of the Northwest Quarter (NW¼), to a point thence Northerly, parallel to the East line of the Northwest Quarter (NW¼) to a point, said point being 300 feet South of the North line of the Southeast Quarter (SE¼) of the Northwest Quarter (NW¼); thence Easterly 250 feet, parallel to the North line of the Southeast Quarter (SE¼) of the Northwest Quarter (NW¼) to a point; thence Southerly 110 feet, parallel to the East line of the Northwest Quarter (NW¼), to a point; thence Westerly 130 feet, parallel to the North line of the Southeast Quarter (SE¼) of the Northwest Quarter (NW¼), to a point; thence Southerly to the point of beginning.

Beginning at a point in the South line of land described in deed made by Loma Ranch Company to Herbert S. Pratt, dated May 14, 1948, recorded in Book 2823, Page 158, of Official Records, of San Diego County, said point being 57.50 feet Easterly from the Southwest (SW) corner of land described in said deed, thence Westerly 57.50 feet to said Southwest (SW) corner of land described in said deed, said corner being at the center of said Southeast Quarter (SE¼) of the Northwest Quarter (NW¼) of said Section, thence North along the West line of said premises described in said deed 253.65 feet to the Northwest (NW) corner of land described in said deed, thence Easterly along the Northerly line of land described in said deed 130 feet to the Southwest (SW) corner of land of Don C. Porter, thence Southwesterly in a straight line to the place of beginning.

DOCUMENT NO.
RECORDED REQUEST OF
D. C. Breecher

JAN 18  9 46 AM '54
BOOK 5114 PAGE 495
OFFICIAL RECORDS
SAN DIEGO COUNTY, CALIF
ROGER N. HOWE, RECORDER

Dated: January 9, 1954

Florence D. Clemmens

STATE OF CALIFORNIA ) ss.
COUNTY OF KERN )

On January 9, 1954, before me, the undersigned, a Notary Public in and for said County and State, personally appeared FLORENCE D. CLEMMENS, known to me to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same.

WITNESS my hand and official seal.

Notary Public in and for said County and State.

EXHIBIT A

13550