Mrs. Lottie L. Hagen
1531 E. Mission Road
Fallbrook, Calif.
San Diego County

1  Defendants in propria persona
   Mrs. Lottie L. Hagen
2  1531 E. Mission Road
   Fallbrook, Calif.
3

**FILED**
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O'Keefe
DEPUTY CLERK

4              IN THE UNITED STATES DISTRICT COURT
5                SOUTHERN DISTRICT OF CALIFORNIA
6                     SOUTHERN DIVISION

7
8  UNITED STATES OF AMERICA,           )
                                        )   CIVIL NO. 1247- SD - C
             Plaintiff,                 )
9                                       )   ANSWER OF DEFENDANTS
       v.                               )
10                                      )   Mrs. Lottie L. Hagen
   FALLBROOK PUBLIC UTILITY             )
11 DISTRICT, ET AL,                     )
                                        )
12           Defendants.                )

13       The defendants, Mrs. Lottie L. Hagen
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:
17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference
19
    all of the allegations contained in the answer to said Complaint and
20
    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25

26              AFFIRMATIVE STATEMENT OF RIGHTS
27       These defendants own 1/3     acres of land in San Diego
28  County, California, and within the watershed of the Santa Margarita
29  River, more particularly described in the document attached hereto,
30  marked Exhibit A, which is hereby incorporated by reference as a
31  part of this statement.

                                                              13551
32  COPY RECEIVED   INDEXED

EXHIBIT A

1 Description of land in the state of California, County of San Diego. Title to which is insured by Policy Number 108889 J Policy date, September 27th 1955

2 The North 130 feet of the East 131 feet of the West 396 feet of the Northwest Quarter of the Northeast Quarter of the Northeast Quarter of Section 19, Township 9 South, Range 3 West, San Bernardino Base and Meridian as shown by the United States Government Survey, approved September 11th 1879, the Easterly line and the Westerly line, being paralled with the West line of said Northwest Quarter of the Northeast Quarter of the Northeast Quarter.

Defendants claim all the right of overlying land owners, and to water which may originate in or may be found on or under which may cross their land.

Defendants claim the right to dig or drill wells and exercise water reclamation and conservation XXXXXXXXXXXXXXX practices as are now or may be known.

Defendants hereby incorporate, the same as though set forth herein in full, all the affirmative defences of the Fallbrook Public Utilities District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Mrs. Lettie P. Hagen

Defendants in propria persona

Dated: June 11th 1958

13552