JOHN F. HAWORTH and
DOROTHY P. HAWORTH
Defendants in propria persona
1168 So. Vine St.
Fallbrook, California

FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. Keesal
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )  CIVIL NO. 1247 - SD - C
            Plaintiff,     )  ANSWER OF DEFENDANTS
    v.                     )
FALLBROOK PUBLIC UTILITY   )  JOHN F. HAWORTH, JR. and
DISTRICT, ET AL,           )  DOROTHY P. HAWORTH
            Defendants,    )

The defendants, JOHN F. HAWORTH, JR. and DOROTHY P. HAWORTH each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own approx. 1/4 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED INDEXED

13553

1   Defendants claim all rights of overlying landowners and to
2 water which may originate or cross their land.

3   Defendants claim the right to dig or drill wells and exercise
water reclamation and conservation practices as are now or may be known.

4   Defendants hereby incorporate the same as though set forth here-
in in full all of the affirmative defenses of the Fallbrook Public
5 Utility District on file in these proceedings.

6   Defendants claim all the above for all lands in which they have
7 any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*John F. Haworth, Jr.*
John F. Haworth, Jr.

*Dorothy P. Haworth*
Dorothy P. Haworth
Defendants in propria persona

Dated: June 16, 1958

13554

EXHIBIT A

That portion of the Northwest Quarter of the Northeast Quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, according to United States Government Survey approved June 11, 1880, described as follows:

Beginning at the Southeast corner of said Northwest Quarter of the Northeast Quarter; thence along the East line of said Northwest Quarter of Northeast Quarter North 0° 03' East 499.32 feet to the Southeast corner of the land described in deed recorded October 3, 1945, in Book 1954, page 171 of Official Records; thence along the South line of said land North 89° 12' 30" West 212.54 feet; thence parallel with the East line of said Northwest Quarter of Northeast Quarter North 0° 03' East 140.00 feet to the true point of beginning; thence continuing along said parallel line North 0° 03' East 60.00 feet to the North line of said land described in deed recorded in Book 1954, page 171 of Official Records; thence along said North line North 89° 12' 30" West 197.22 feet to the center line of a 40 feet strip of land granted to the County of San Diego for raod purposes; thence along said center line South 6° 14' East 60.45 feet to a line which bears North 89° 12' 30" West from the true point of beginning; thence South 89° 12' 30" East 190.60 feet to the true point of beginning.

13555