WILLIS M. CHURCH

Defendants in propria persona
P.O. Box 201
Fallbrook, California

FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
              Plaintiff, )
v. )
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
              Defendants. )

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
ANSWER TO COMPLAINT AND
SUPPLEMENTARY AND AMENDATORY
COMPLAINT OF
WILLIS M. CHURCH

The defendants, Willis M. Church, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1 Lot acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED   INDEXED

13556

1  Defendant owns one Residential Lot in Riverside County. This property is at present vacant, and no water has yet been developed thereon. Nevertheless, defendant reserves the right to develop water in any
2  manner he chooses when he ready to do so.

3  Defendant et al claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its
4  tributaries, whether from springs, streams or wells, etc., and to take water from their land, whether for domestic, industrial, business or
5  irrigation purposes.

6  In addition to the claim and uses as herein made, the defendants claim all rights of overlying landowners to any water which may originate
7  in, or under, or cross their lands. Defendants claim the right to drill and to dig wells, and exercise water reclamation and conservation
8  practices as now or may be known in the future.

9  Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility
10 District on file in these proceedings. Defendants claim all the above for all lands in which they have any financial interest whatsoever.
11
   FURTHERMORE, defendants pray the court to award them adequate damages
12 to reimburse them for the cost of preparing and prosecuting their defense, to alleviate the grievous physical, moral and intellectual
13 suffering inflicted upon them by this attempted acrimonious, confiscatory usurpation of property rights, instituted against them by the
14 agencies of the United States Government.

15

16

17

18          WHEREFORE, these defendants pray that plaintiff take

19  nothing against them by reason of the Complaint and Supplementary

20  and Amendatory Complaint on file herein; that said Complaint be

21  dismissed as against these defendants; that defendants' right to

22  water, as hereinabove set forth, be quieted as against the plain-

23  tiff and against all other defendants in this action; and for such

24  other and further relief as the Court may deem proper.

25

26
                                Willis M. Church
27
                                _____
28                              /s/ Willis M. Church

29                              Defendants in propria persona

30                              P.O. Box 201
    Dated: 11 June 1958          Fallbrook, California
31

32                                                  13557

EXHIBIT A

LEGAL DESCRIPTION OF PROPERTY IN RIVERSIDE COUNTY.

Lot 1, Section 16, Township 7, South, Range 1, West. ———————————

                            Willis M. Church
                            P.O. Box 201
                                Fallbrook, California

13556A

EXHIBIT A