Ferol Rowland Cameron
1   Defendants in propria persona
2   5334 No Tyler Av, Arcadia, Calif
3

FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. C......
DEPUTY CLERK

4       IN THE UNITED STATES DISTRICT COURT
5         SOUTHERN DISTRICT OF CALIFORNIA
6             SOUTHERN DIVISION

7   UNITED STATES OF AMERICA,       )
8                Plaintiff,         )   CIVIL NO. 1247- SD - C
                                    )
9       v.                          )   ANSWER OF DEFENDANTS
                                    )   Ferol Rowland Cameron
10  FALLBROOK PUBLIC UTILITY        )
11  DISTRICT, ET AL,                )
                                    )
12              Defendants.         )

13      The defendants, Ferol Rowland Cameron
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:
17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
    all of the allegations contained in the answer to said Complaint and
20
    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25
26          AFFIRMATIVE STATEMENT OF RIGHTS
27      These defendants own  2  acres of land in San Diego
28  County, California, and within the watershed of the Santa Margarita
29  River, more particularly described in the document attached hereto,
30  marked Exhibit A, which is hereby incorporated by reference as a
31  part of this statement.
32  COPY RECEIVED INDEXED

                                                            13558

1  Defendant claims all the right of overlying
2  land owners and to water which may
3  originate in or may be found on, or
4  under, or which may cross her land
5  Defendant claims the right to dig or
6  drill wells and exercise water
7  
8  reclamation or conservation the same
9  as though set forth herein in
10 full all the affirmation of the Fallbrook
11 
12 Utility District on file in these
13 proceedings.
14 Defendant claims all the above for all
15 
16 lands in which she has any financial
17 interest what so ever

18          WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

                                    *Ferol Rowland Cameron*

                                    _____
                                         Defendants in propria persona

Dated: June 12-1958

13558A

Ferol Rowland Cameron
869 E. Alvarado St
Fallbrook Calif.

Par 934-41-91 x 1
Shipley Tract Lot 6 except
W. 40 ft of E. 96.29 ft of S 40 ft
of N 421-69 ft

Except 133 ft by 96 ft that was
sold to W.L. & Helen McIntyre
 4-10-56

13559