**FILED**

JUN 19 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

URBAN K. TARWATER and ROSE C. TARWATER

Defendants in propria persona

MURRIETA, CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ) | ANSWER OF DEFENDANTS |
| vs. | ) | Supplemental to Documents Mailed May 19, 1958 |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | ) | URBAN K. TARWATER and ROSE C. TARWATER |
| Defendants, | ) | |

The defendants,

each severing from their co-defendants and each for himself or her-

self alone, in additional answer to the Complaint and Supplementary

and Amendatory Complaint on file herein, admit, deny, and allege:

13350

We the above named defendents are enclosing herewith for the
convenience of the Court for use in support of our claim that we do
not believe we are subject to state law which conflicts with private
Rights derived from the United States Constitution, its laws and
Treaties, two additional documents--one certified to by G. E. Morton,
deputy for Roger N. Howe, County recorder of San Diego County, the
other one is a photo static copy of a photo static copy and later
said photo static copy was certified to by Barbara Peterson, Deputy
for R. B. James, County Clerk and Clerk of the Superior Court of
the State of California in and for the County of San Diego,
June 6, 1958.

The first Document cited above is evidence that a United States
patent to the Temecula Ranch was issued by President Buchanan in
1860 to Louis Vigness (the last owner under Mexican law and the first
owner under U. S. Law).

Said First Document confirmed the Mexican Title to said Grant,
in the following words quote "--and it is further ordered, adjudged
and decreed, that the Claim of the appellant be confirmed to the
place known by the name of Temecula, being the land described in
the Grant from the Governor Micheltorena to Feliz Valdez under
date 14th December 1844, copy of which Grant is of file in the
records of this case----.

The second document described above is confirmation, that the
Superior Court for San Diego County in 1926 denied a motion by
Vail Company to bring upstream certain owners of water rights
(other than Vail Company into the action caused by the complaint
of the Santa Margarita Ranch interests) into the suit for adjudication.
( I Urban Tarwater was one of the owners named by Vail Company).
We believe that now as then we have not by our use of water on our
land wronged the plaintiff in any manner because we believe that we
have the protection of the Federal Patent and the treaty with
Mexico concerning the Mexican Title to said Ranch, and water
rights that go with it.

13361

WHEREFORE, these defendants pray that plaintiff take
nothing against them by reason of the Complaint and Supplementary
and Amendatory Complaint on file herein; that said Complaint be
dismissed as against these defendants; that defendants' right to
water, as hereinabove set forth, be quieted as against the plain-
tiff and against all other defendants in this action; and for such
other and further relief as the Court may deem proper.

*Urban K Tarwater*

*Rose C Tarwater*

Defendants in propria persona

13362

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN DIEGO

No. 42850

RANCHO SANTA MARGARITA, a
Corporation,

          Plaintiff,

    vs

MARGARET R. VAIL, N.R. VAIL,
MARY VAIL WILKINSON, MAHLON
VAIL, WILLIAM BANNING VAIL,
EDWARD N. VAIL, who was sued
herein under the name of Rich-
ard Roe, ANTHONY ROE, JAMES
ROE, JOHN ROE, PETER ROE, MAR-
GARET RUSSELL VAIL, who was
sued herein under the name of
Mary Roe, SAMUEL STYLES, THE
VAIL COMPANY, an association of
persons transacting business
under that common name, and
MARGARET R. VAIL, N.R. VAIL,
MARY VAIL WILKINSON, MAHLON
VAIL and WILLIAM BANNING VAIL, as
Trustees of the VAIL COMPANY,

          Defendants.

BILL OF EXCEPTIONS

    Be it Remembered that heretofore, to-wit, on the 18th day
of October, 1926, the defendants Margaret R. Vail, N.R. Vail,
Mary Vail Wilkinson, Mahlon Vail, William Banning Vail, Edward N.
Vail, Margaret Russell Vail, as individuals, the Vail Company,
an association of persons transacting business under that common
name, and Margaret R. Vail, N.R. Vail, Mary Vail Wilkinson, Mahlon
Vail and William Banning Vail as trustees of the Vail Company, in
open court moved said court as follows: "That the trial of this
action be continued until those claimants who have adverse rights
in and to the waters of the Santa Margarita River and its tribu-
taries of which it is composed, above the east line of the Rancho
Santa Margarita, be brought in to have them set up their rights
so that a complete determination of their rights may be made of
the waters in accordance with their rights and an allocation of
the water in accordance therewith". That thereupon said motion
was fully argued by respective counsel of the parties to this

motion and submitted to the court for its consideration and de-
cision; that thereafter, to-wit, on the first day of November,
1926, said court in open court announced its decision and did
then and there deny the said motion, and that said named defen-
dants did then and there except to the same.

Dated this 3d day of November, 1926.

_R. B. Jennings_
Judge

13364

The

United States of America





[illegible] Station.

Thence along Easterly [illegible] of [illegible] hills and boundary of Pala Rancho [illegible]
" West [illegible] ten chains [illegible]
" San Luis Rey [illegible]
" and twenty chains [illegible]
" chains wide, course [illegible]
" hundred and eighty [illegible]
" Santa Rosa Rancho [illegible]
" ten chains [illegible]
" station" at [illegible]
" and thirty [illegible]
" of Range [illegible]
" Thence [illegible]
" mountains [illegible]
" West one hundred [illegible]
" [illegible]
" links West [illegible]
" nine [illegible]
" South of Range [illegible]
" eight chains [illegible]
" [illegible]
" Thence along the [illegible]
" seventeen chains [illegible]
" chains [illegible]
" South East one [illegible]
" [illegible]
" [illegible]
" [illegible]
" [illegible]
" [illegible]
" marked [illegible]
" West corner of [illegible]
" of the [illegible]
" [illegible]
" [illegible]
" [illegible]
" [illegible]
" [illegible]
" chains [illegible]
" and [illegible]
" range [illegible]
" [illegible]
" [illegible]
" [illegible]
" [illegible]
" One hundred [illegible]
" One [illegible]
" links [illegible]
" six and seven South of Range [illegible]
" and fifty [illegible]
" [illegible]
" nine chains and [illegible]
" T. [illegible] earth mound [illegible]
[illegible]

"Thence (Public lands being North East of line) [illegible]
" [illegible] degrees, sixty five minutes East, forty three
"chains and eighty seven links to a post on Township
" [illegible] chains and twenty six links East of
" [illegible] thirty two and thirty three
" [illegible] nine chains across the
" [illegible] North East. Ten hun-
" [illegible] and sixty links to a
" [illegible] with [illegible] range [illegible] and
" [illegible] chains South
" [illegible] fifteen and
" [illegible] chains
" [illegible]
" [illegible] South West
" [illegible] and nineteen
" [illegible] Stake and
" [illegible] Santa Rosa South
" [illegible] links,
" [illegible] South East [illegible]
" [illegible] a dry ravine sandy
" [illegible] chains and
" [illegible] fifty links [illegible] course
" [illegible] chains and fourteen links to a post
" [illegible] and eight Southerly
" [illegible] chains and fifty links
" East [illegible] thirty two and thirty
" [illegible] and [illegible] chains and fourteen
" [illegible] South East
" [illegible] chains and fourteen
" [illegible] One hundred
" [illegible] chains and fourteen links [illegible] upland
" [illegible] One hundred and
" [illegible] fourteen links enters a field
" [illegible] and [illegible] links
" [illegible]
" [illegible] and fourteen links
" [illegible] hundred and
" [illegible] containing
" [illegible] acres
" [illegible] and being
" [illegible] surveys
" [illegible] Township [illegible] South
" [illegible] Thirty [illegible]
" [illegible] of Range Two West
" [illegible] in Township [illegible] South
" [illegible] and Thirty seven in Township seven
" [illegible] and Thirty eight
" [illegible] of Range [illegible]
" [illegible] South of
" [illegible] the San Bernardino Meridian"
[illegible] signed
[illegible] the seal of said
Seal. [illegible] affixed at the City of San Francisco
[illegible] day of November A.D. 1859

T.VI S. R.III W.

P U B L I C   L A N D

T.VII S. R.III W.
Lot Nº 37

T.VII S. R.II W.

Lot Nº 38

T.VIII S. R.III W.

Lot Nº 37

T.VIII S. R.II W.
Lot Nº 38

PLAT
of the
TEMECULA RANCHO
finally confirmed to
LUIS VIGNES.

U.S. SURVEYOR GENERAL

John C. Hays Dep. Sur.

J.G.

13370