Zelma E. Stearns and Gilbert Stearns
Defendants in propria persona
Box 49, Winchester, California

FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )  CIVIL NO. 1247 - SD - C
        Plaintiff,  )  ANSWER OF DEFENDANTS
    v.  )  Gilbert Stearns and
FALLBROOK PUBLIC UTILITY  )  Zelma E. Stearns
DISTRICT, ET AL,  )
        Defendants,  )

    The defendants, Gilbert Stearns and Zelma E. Stearns each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
    AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

    AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 10256 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED     INDEXED                                  13512

EXHIBIT A

DESCRIPTION OF PROPERTY OWNED BY GILBERT STEARNS AND THELMA E. STEARNS:

1) All that real property in the County of Riverside, State of California, described as:

The Southeast Quarter (SE ¼), (being Government Lots 9, 10, 15 and 16 of Section 13, Township 7 South, Range 1 West, San Bernardino Base and Meridian, County of Riverside, State of California.

2) The real property in the County of Riverside, State of California, described as:

The West ½ of the Northeast ¼, being Government Lots 2 and 7; the West ½ of the Northwest ¼, being Government Lots 4 and 5; the Southeast ¼ of the Northwest ¼, being Government Lot 6, and the Southwest ¼ being Government Lots 11 to 14 in Section 13 Township 7 South, Range 1 West, San Bernardino Base and Meridian; excepting from the Southeast ¼ of the Northwest ¼, the South 503 feet thereof as conveyed to Oscar C. Berg; also excepting from the Southwest ¼ of the Northwest ¼ of said Section on the following described parcel; Beginning at the Southwest corner of the Northwest ¼ of said Section; thence Northerly on the Westerly line of said Section, 315 feet; thence Easterly parallel with the Southerly line of said Northwest ¼, 210 feet; thence southerly parallel with the Westerly line of said Section, 315 feet to the Southerly line of said Northwest ¼; thence Westerly 210 feet to the point of beginning, containing 342 acres more or less, County of Riverside, State of California.

3) The Southeast Quarter of Section 18, Township 6 South, Range 2 West.

4) The South Half of Section 21, Township 6 South, Range 2 West, S.B.B. & M. containing 320 acres more or less.

13512 A

EXHIBIT B

We believe all the property we own was formerly Rail Road Land or Government Homestead. We believe that certain rights, including water rights, went with said land when title was first granted by the Government. Said rights we believe were passed down to us by deeds of Record. We have always used said land freely and exclusively in the past and we hope to do so in the future.
I am told and have read that whenever a state statute is subsequent to a Federal Grant it cannot be given effect to vest in the State rights which formerly belonged to the United States or passed to its grantee. I have not been able to find out at this time what rights were originally granted by the United States, but whatever they were we claim. We do not want to be under conflicting State law unless we have to be. We rely upon the laws of the United States and all matters of Record for our protection. If possible we will later produce proper documents in support of the above claim.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_____

_____
Defendants in propria persona

Dated: June 16, 1958

13513