Ben S. Edwards and Lyle W. Edwards,
Defendants in propria persona
Rt. 2 Box 463, Elsinore, Calif.

FILED
JUN 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M.D. Russell
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,
v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
   Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
Ben S. Edwards and
Lyle W. Edwards

The defendants, Ben S. Edwards and Lyle W. Edwards, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 7 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED   INDEXED

13371

1  We feel that we, being legal owners
2  of this property, should be entitled to all
3  water either above or below the surface, now
4  or in the future, and that no one should ever
5  be allowed to infringe upon these rights.

18       WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

                                                  Ben S. Edwards
                                                  Lyle W. Edwards
                                                 Defendants in propria persona

Dated:

13372

The legal description of our property is as follows.

I

The Easterly ½ of lot 34 in Sedco Tract no.1, as shown by map on file in book 10 pages 58 to 75 inclusive, of maps Riverside County Records  4 and .85 acres

II

The Westerly 64.23 feet of lot 24 in Sedco Tract no.1, as shown by map on file in book 10, pages 58 to 75 inclusive of maps Riverside County records.

III

The Easterly 64.235 of the Westerly 128.470 feet of lot 24 in Sedco Tract no.1, as shown by map on file in book 10 pages 58 to 75 inclusive, of maps Riverside County records.

13373

Ben S. and Syble W. Edwards,