Richard L. Tobin and Mildred S Tobin
Defendants in propria persona
15733 Rayen Street
Sepulveda, Calif.

FILED

JUN 20 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                   Plaintiff, )  CIVIL NO. 1247- SD - C
      v.                  )  ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY   )  Richard L. Tobin
DISTRICT, ET AL,           )       and
                 Defendants. )  Mildred S. Tobin

The defendants, Richard L. Tobin and Mildred S. Tobin each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 130 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

That certain Land situated in Riverside County

13565

1  known as the Northwest Quarter of the Northeast Quarter and the West
2  825 feet of the Northeast Quarter of the Northeasr Quarter of section 29, and the Southwest Quarter of the Southeast Quarter and the West 825 feet of the Southeast Quarter of the Southeast
3  Quarter of section 20 in Township 8 South Range 1 West SBM.
4  At present the defendants are using water from several springs,
5  originating on the above described land, for fish breeding and
6  domestic use.
7  The defendants have a camp ground and several fishing ponds on the
8  land and future plans call for the development of no less than 100
9  permanent trailer spaces with all necessary facilities, plus
10 additional camp area, store etc. If more water is needed for future
11 development than is now flowing from the springs the defendants
12 shall dig wells to supply such needed water.
13 Defendants claim prescriptive rights by reason of homestead
14 prior to 1910 and a priority date as noted on the attached
15 document dated Nov. 16, 1895 and marked exhibit "B".

18        WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*Richard L. Tobin*

*Mildred S. Tobin*

Defendants in propria persona
15733 Rayen Street
Sepulveda, Calif.

Dated: 6-16-58

13566

MR. & MRS. V. R. LIBBIN
15733 RAYEN ST.
SEPULVEDA, CALIF.

Radec Nov 16, 1895.

This is to certify that at this day Relinquish all claims right and title to all improvements such as reservoir Orchard & vineyard & clearing & fencing and ao'lier oak stow of the ranch known as the Bandina ranch being South west of Dripping Spring about two miles on a branch of the creek for ou block valued at $25.00 to W. A. Kolb signed in the presence of