SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

# FILED

JUN 20 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 1247-SD-C |
| vs. ) | ANSWER OF DEFENDANTS |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) | WILLIAM D. HAYES and |
| a public service corporation of the) | |
| State of California, et al., ) | ERNA G. HAYES |
| Defendants. ) | |

Defendants
WILLIAM D. HAYES and ERNA G. HAYES

answering plaintiff's Complaint and Supplement to Complaint for

themselves alone and not for any other defendant, admit, deny

and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information

sufficient to form a belief as to the allegations contained

in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's

Original Complaint herein, and therefore deny all of said

allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original

Complaint herein, defendants admit the litigation

- 1 -

13568

INDEXED

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A.  Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

13569

Parcel One as described in Exhibit A attached is all irrigable and arable. Said Parcel is not riparian to any stream, but is supplied with water from a well drawing its water supply from percolating ground waters not a part of any stream. Defendants assert full correlative rights to the use of said percolating ground waters in an amount not to exceed 4.2 acre feet per acre per year.

Parcel Two as described in Exhibit A attached is all arable and irrigable and crossed by an un-named intermittent tributary of Rainbow Creek which flows through said Parcel in a generally northerly to southerly direction. Defendants claim full correlative right to the ground waters percolating beneath said lands, in a total amount of not to exceed 4.2 acre feet per acre per year.

- 2A -

13570

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

June 13, 1958

by _____
Attorneys for defendant

- 3 -

13571

PARCEL ONE:   The following lands in Riverside County, Calif.:
The southerly 350 feet of the $NE\frac{1}{4}$ of the $SE\frac{1}{4}$ of Sec. 36,
T8S, R3W, S.B.M., excepting therefrom that portion lying
easterly of the westerly line of the Riverside-San Diego
Highway as the same was located on May 23, 1947, consisting
of 4.6 acres more or less.

PARCEL TWO:   The following lands in San Diego County, Calif.:
The $S\frac{1}{2}$ of the $SW\frac{1}{4}$ of the $NE\frac{1}{4}$; and the $NW\frac{1}{4}$ of the $SW\frac{1}{4}$ of the
$NE\frac{1}{4}$ of Sec. 9, T9S, R3W, S. B. M. containing 30 acres more
or less.

- 4 -          EXHIBIT A

13572

STATE OF CALIFORNIA,

County of __San Diego__ } ss.            No. 12___ SD C

__Franz R. Sachse__ _____ being first duly sworn, says: That affiant is a citizen of the

~~is employed in~~

United States and a resident of the County of__San Diego__; that affiant is over the age of eighteen years and is

not a party to the within above entitled action; that affiant's ~~residence~~ address is _____ 1092 S. Main St.,

__Fallbrook, Calif.__

that on the __19__ day of __June__, 19 _58_, affiant served the within __Answer of defendants__

__William D. Hayes and Erna G. Hayes and Request for Admissions under__

__Rule 36__

on the _____ __plaintiff__ _____ in said action, by placing a true copy thereof in an envelope

addressed to the attorney____ of record for said _____ __plaintiff__ _____ at the

~~residence~~

office    address of said attorney____, as follows* "

Hon. J. Lee Rankin, Room 332, 325 W. F Street, San Diego, Calif.

";

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at**_____

__Fallbrook,__ _____, California, where is located the office of the attorney____

for the person___ by and for whom said service was made.

That there is delivery service by the United States mail at the place so addressed or *** there is a regular communication by

mail between the place of mailing and the place so addressed.    and

Subscribed and sworn to before me this ___19th___

day of ___June___, 19_58_

_Boise C. Bergstrom_

Notary Public in and for the County of_____ __San Diego__, State of California.

(SEAL)

* Here quote from envelope name and address of addressee.

** If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office."

*** When the letter is addressed to a post office other than city in which letter is mailed strike out "and"; when addressed to city

in which letter is mailed strike out "or."

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 8-54

13573