SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154



FILED
JUN 20 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
           Plaintiff, )   No. 1247-SD-C
    vs.                    )   REQUEST FOR
FALLBROOK PUBLIC UTILITY DISTRICT, ) ADMISSIONS UNDER RULE 36
a public service corporation of the ) DEFENDANTS
State of California, et al., )
           Defendants. ) WILIAM D. HAYES and ERNA G. HAYES

Defendants

WILIAM D. HAYES and ERNA G. HAYES

request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1. Defendants are the owners of the lands described in their answer herein.

    2. The lands described in the answer of defendants include   34   acres of irrigable land.

    3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

- 1 -

3894

    4. The lands described in defendants Answer as "Parcel One" are not riparian to any stream.

    5. The waters percolating beneath said Parcel One are not a part of any stream.

    6. The waters percolating beneath Parcel Two are not a part of any stream.

June 13, 1958

SACHSE and PRICE

by *[signature]*
Attorneys for defendant

- 2 -

3895

6-20-58

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                                  No. 1247-SD-C           Civil

  VS.                                 MINUTES OF THE COURT

FALLBROOK, etc., et al            DATE:   June 20, 1958

                                             AT:   San Diego, California

PRESENT: Hon.       JAMES M. CARTER       , District Judge;

   Deputy Clerk: WILLIAM W. LUDDY   Reporter:  NONE APPEARING

   Counsel for Plaintiff:            NONE APPEARING

   Counsel for Defendants:           NONE APPEARING

PROCEEDINGS:

    IT IS ORDERED that a seal of this court be released to Mr. George Edwards, Clerk-Bailiff to John M. Cranston, Special Master herein.

JOHN A. CHILDRESS, Clerk   3896
                              Deputy