

FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

1  CHARLES JACK LIEFER and NATHALINE N. LIEFER
   Defendants in propria persona
2  P. O. Box 38
   Temecula, California
3
4              IN THE UNITED STATES DISTRICT COURT
5              SOUTHERN DISTRICT OF CALIFORNIA
6                     SOUTHERN DIVISION
7
   UNITED STATES OF AMERICA,      )   CIVIL NO. 1247 - SD - C
8                                 )
                Plaintiff,        )   ANSWER OF DEFENDANTS
9                                 )
        v.                        )   CHARLES JACK LIEFER and
10                                )
   FALLBROOK PUBLIC UTILITY       )   NATHALINE N. LIEFER
11 DISTRICT, ET AL,               )
                                  )
12              Defendants,       )

13      The defendants, Charles Jack and Nathaline N. Liefer
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17      ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
                  AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own 18 acres of land in Riverside
27
   County, California, and within the watershed of the Santa Margarita
28
   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31
32

COPY RECEIVED
INDEXED

13590

1    These defendants claim that approximately eight (8) acres
2 of their eighteen (-18) acres are tillable and irrigatable and
3 therefore claim the right to 3.8 acre feet per acre per year on
4 this eight (8) acres, based on a survey made by the Department
5 of Ground and Water Resources.
6    These defendants claim riparian rights to five (5) acre
7 feet from the Blue Granite Creek, a tributary of Pechanga Creek.
8    These defendants claim the water from an existing well on
9 their property for the purpose of watering 11,000 turkeys annually
10 and irrigating of shade trees for this purpose in the operation
11 of their turkey ranch in addition to the water used in two (2)
12 residences on their property.
13    Defendants do not claim any prescriptive rights or any
14 appropriative rights.

    WHEREFORE, these defendants pray that plaintiff take
nothing against them by reason of the Complaint and Supplementary
and Amendatory Complaint on file herein; that said Complaint be
dismissed as against these defendants; that defendants' right to
water, as hereinabove set forth, be quieted as against the plain-
tiff and against all other defendants in this action; and for such
other and further relief as the Court may deem proper.

*Charles Jack Liefer*

*Nathaline N. Liefer*
                Defendants in propria persona

Dated: 6/19/58

13591

EXHIBIT A

These answering defendants own approximately eighteen (18) acres of land situated within the watershed of the Santa Margarita River, more particularly described as follows:

> That certain land situated in the County of Riverside, California, known as the Easterly 528.00 feet of the said Southeast Quarter of the Northwest Quarter together with the Easterly 528.00 feet of the Northerly 180.00 feet of said Northeast Quarter of the Southwest Quarter, Section 33, Township 8 South, Range 2 West, San Bernardino Base and Meridian.

13592