CHARLIE H. LIEFER and VIOLA S. LIEFER
Defendants in propria persona
P. O. Box 38
Temecula, California



FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ ... Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
CHARLIE H. LIEFER and
VIOLA S. LIEFER

The defendants, Charlie H. and Viola S. Liefer each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 62 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

13593

These defendants claim that approximately 29.1 acres of their approximate 62 acres are tillable and irrigatable and therefore claim the right to 3.8 acre feet per acre per year on this 29.1 acres, based on a survey made by the Department of Ground and Water Resources.

These defendants claim riparian rights to 25 acre feet from the Blue Granite Creek, a tributary of Pechanga Creek.

These defendants claim the water from four existing wells and three Springs on their property.

Defendants do not claim any prescriptive rights or any appropriative rights.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Harlie H Liefer*

*Viola S. Liefer*

Defendants in propria persona

Dated: June 19, 1958

13594

## EXHIBIT A

These answering defendants own approximately sixty-two (62) acres of land situated within the watershed of the Santa Margarita River, more particularly described as follows:

> That certain land situated in the County of Riverside, California, known as the Southeast Quarter of the Northwest Quarter and the Northeast Quarter of the Southwest Quarter of Section 33, Township 8 South Range 2 West, San Bernardino Base and Meridian.

13595