SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William a. […]
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br><br>    Defendants. | No. 1247-SD-C<br><br>ANSWER OF DEFENDANTS<br>ROBERT R. GAGNON and<br>ELAINE GAGNON |

Defendants ROBERT R. GAGNON and ELAINE GAGNON answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

COPY RECEIVED
INDEXED

13713

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

13714

All of the lands of defendants are arable and irrigable. The said lands do not abut upon and are not riparian to any stream, however defendants assert that the said lands overlie percolating ground waters, not a part of any stream, to which defendants assert full correlative rights in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

June 16, 1958

by *(signature)*
Attorneys for defendant

- 3 -

13715

EXHIBIT A            RIVERSIDE COUNTY

Lots 7, 8, 9, 10, 11 and 12 in Block 3, Murrieta Townsite, as per map filed in Book 8, Page 395 of Maps, San Diego County Records.

EXHIBIT A

13716

STATE OF CALIFORNIA,  } ss.   No. 1247 SD
County of San Diego

FRANZ R. SACHSE, being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of San Diego; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is 1092 S. Main St., Fallbrook, California

that on the 20 day of June, 19 58, affiant served the within answer of defendants Robert R. and Elaine Gagnon and Request for Admissions under Rule 36 on the plaintiff in said action, by placing a true copy thereof in an envelope addressed to the attorneys of record for said plaintiff at the office address of said attorneys, as follows:

Hon. J. Lee Rankin, Room 332, 325 West F Street, San Diego, Calif.
Mr. George Stahlman, Route 1, Box 235, Fallbrook, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at Fallbrook, California, where is located the office of the attorney for the person by and for whom said service was made.

That there is delivery service by the United States mail at the place so addressed or there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 20 day of June, 19 58.

Notary Public in and for the County of San Diego, State of California.
(SEAL) My commission expires May 25, 1961

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 8-54

13717