Fallbrook, Calif.
June 18" 1958

J. Lee Rankin
Rm 332,
West J 81,
San Diego.

**FILED**
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Please advise me as to what will happen to our land @ Murrietta, Calif. in the event the government wins this suit.

We, Edward Dale Schwan & Effa Mae Schwan, own 20 acres more or less @ the corner of Lemon & Hay, Murrietta, Calif.

COPY RECEIVED

13574

We have approx. 8 acres in Alfalfa, the rest in permanent pasture. We have 20 head of calves - mostly blooded calves, which are pedigreed dairy stock. We have one well for crops, stock & domestic use.

Will we have sufficient allowance of water to continue as of now or are we going to suffer loss?

Resp.
Effa Mae Schwan

13579

Permanent address 1846-W-67, Los Angeles, 47. Reply to Box 226, Idyllwild, Calif.