FRANK H. SHEA + ELEANOR T. SHEA
Defendants in propria persona
215 S. GILBERT ST
ANAHEIM, CALIF

FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　v.<br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br>　　　　Defendants. | CIVIL NO. 1247- SD - C<br>ANSWER OF DEFENDANTS<br>FRANK A. SHEA<br>ELEANOR T. SHEA |

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 160 acres of land in RIVERSIDE County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

13576

1  OF THE DEFENDANTS 160 ACRES, APPROXIMATELY 60 ACRES
2  ARE TILLIABLE, THE REST TO BE USED FOR CATTLE, FOWL RAISING
3  ALSO THE BALANCE CAN BE USED FOR ORCHARD.
4  THE DEFENDANTS WISH TO DRILL WELLS ON THE ABOVE
5  DESCRIBED PROPERTY/ARE FOR THE PURPOSE OF SUSTAINING
6  A HOME + A POSSIBLE SMALL BUSINESS PLUS ABOVE
   TILLING + ANIMAL RAISING,
7  DEFENDANTS CLAIM WATER FROM SPRING ON ABOVE
8  DESCRIBED PROPERTY/
9  DEFENDANTS CLAIM THE RIGHT TO USE (80) ACRE
10 FT. OF WATER PER YR FROM WELLS.

18       WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Frank A. Shea*
*Eleanor T. Shea*
                Defendants in propria persona

Dated: June 17 1958

13577

DEFENDANTS PROPERTY

CERTAIN LAND SITUATED IN RIVERSIDE COUNTY KNOWN AS
NORTHWEST QUARTER OF SECTION 16,
TOWNSHIP 7 SOUTH,
RANGE 1 EAST

FRANK A. SHEA &
ELEANOR T. SHEA
215 S. GILBERT ST
ANAHEIM CALIF.

13578