```
CHARLES H. MORRIS, FLORENCE N. MORRIS, and ROBERT C. MORRIS
Defendants in propria persona
Box 10
Winchester, California
```

FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William ___
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br><br>Defendants. | CIVIL NO. 1247- SD - C<br><br>ANSWER OF DEFENDANTS<br>CHARLES H. MORRIS<br>FLORENCE N. MORRIS<br>and<br>ROBERT C. MORRIS |

The defendants, Charles H. Morris, Florence N. Morris, and Robert C. Morris each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own approximately ten (10) acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

13579

COPY RECEIVED

1         That certain land situated in Riverside County known as the North half of the Southeast quarter of Section 34, in Township 5 South, Range 2 West, San Bernardino Base and Meridian.

This land as described above, is not situated within the Santa Margarita River Basin, excepting approximately ten (10) acres of irregular shape in the southeast corner. Approximately five (5) acres are tillable and the balance can be used for grazing cattle and for raising turkeys, chickens, and fowl.

                    II

        Defendants claim the right to use one thousand (1000) gallons of the percolating water per day on said portion of land; and reserve the right to drill a well for water for said turkeys, chickens, and fowl. Defendants do not claim any prescriptive rights or any appropriative rights.

        WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

                    *Charles H Morris*
                    *Florence N. Morris*
                    *Robert C Morris*

                    **Defendants in propria persona**
                    PO Box 10
                    Winchester, California

Dated: 17 June 1958

13580