EUGENE L. MATHWIG and
NOREEN I. MATHWIG
114 E. Juniper Street, Fallbrook

Defendants in propria persona


FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William W. Luddy
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, ) | ANSWER OF DEFENDANTS |
| v. ) | EUGENE L. MATHWIG |
| FALLBROOK PUBLIC UTILITY ) | and |
| DISTRICT, ET AL, ) | NOREEN I. MATHWIG |
| Defendants, ) | |

The defendants, Eugene L. Mathwig and Noreen I. Mathwig each severing from their co-defendants and each for himself or her self alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own   1 lot    of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

13581

COPY RECEIVED   INDEXED

Exhibit A

Description of Deed

PARCEL I:

That portion of the Northwest Quarter of the Northeast Quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, According to United States Government Survey approved June 11, 1880, described as follows:

Beginning at a point in the West line of said Northwest Quater of Northeast Quarter, distant North 363 feet from the Southwest corner of said Northwest Quarter of Northeast Quarter, said point being the Northwest corner of land described in deed to Larry H. Keown and Mildred W. Keown, recorded Adril 19, 1948 in Book 2760, page 207 of Official Records; thence along the North line of said Keown's land being parellel with th sorth line of said Northwest Quarter of Northeast Quarter South 89 degrees 13' East 130 feet; thence parallel with said West line of Northwest Quarter of Northeast Quarter North 87 feet to the Southeast corner of the tract of land conveyed to Emil Klaviter, et ux, by deed recorded in Book 4197, page 274 of Official Records; thence along th South line of said Klaviter land North 89 degrees 13' West 130 feet to the West line of said Northest Quarter of Northeast Quarter; thence along said West line South 87 feet to the point of Beginning.

PARCEL I:

The right to use in common with others an easement for road purposed over a strip of land 20 feet in width in the Northwest Quarter of the Northeast Quarter of Section 25, Township 9 South, Pange 4 West, San Bernardino Meridian, in the County of San Diego, State of California, According to United States Government Survey approved June 11, 1880, the center line of said 20 feet strip deing described as follows:

Beginning at a point in the West line of said Northwest Quarter of Northeast Quarter; distant 363 feet North from the Southwest corner of said Northwest Quarter of Northeast Quarter; thence South 89degrees 13' East 130 feet to the true point of beginning; thence North parallel with the West line of Said Northwest Quarter of North east Quarter a distance of 287 feet more or less to a point in the center line of the 100 foot high way granted to the State of California by ded recorded in Book 1337, page 281 of Official Records ; Excepting there from that portion included in Parcel 1 above described; the side lines of said easement to be prolonged or shortened so as to terminate in the center line of said above mentioned highway.

13582

1  Defen claim all the right of overlying land owners and to water which
2  may originate in or may be found on or under or which may cross their land.
3  Defendants claim the right to dig or drill wells and exercise water
4  reclamation and conservation practices as are now or may be known.
5  Defendants hereby incorporate, the same as though set forth herein in
6  full, all the Affirmative Defenses of the Fallbrook Public Utility District
7  on file in these proceedings.
8  Defendants claim all the above for all lands in which they have any
9  financial interest whatsoever.

17  WHEREFORE, these defendants pray that plaintiff take nothing
18  against them by reason of the Complaint and Supplementary and Amendatory
19  Complaint on file herein; that said Complaint be dismissed as against
20  these defendants; that defendants' right to water, as hereinabove set
21  forth, be quieted as against the plaintiff and against all other
22  defendants in this action; and for such other and further relief as the Court
23  may deem proper.

*Eugene L. Mathwig*

*Norien D. Mathwig*
                            Defendants in propria persona

33  Dated:   June 16, 1958

13583