George Magno
Defendants in propria persona
Rte 1 Box 161 - Romoland, Calif.

FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | George Magno |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | Rte 1 Box 161, Romoland Calif |
| Defendants, | |

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 6 acres of land in County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

13584

Exhibit A

Parcel - 1.

All that certain real property situated in the Perris Valley Cemetery District, County of Riverside, State of California, and particularly described as follows, to-wit:

The south one-half of the southwest quarter of the northwest quarter of the northwest quarter of Section 35, in Township 6 South, Range 3 West, San Bernardino Base and Meridian; excepting therefrom, the southerly 15 feet thereof to be used for a road.

Parcel - 2

Begining at the northwest corner of south half of northwest quarter of Section 35, Township 6 South, Range 3 West, San Bernardino Meridian, as shown by United States Government Survey.

Thence East along north line of said south half of northwest quarter, 660 feet.

Thence at a right angle South, 66 feet.

Thence at a right angle West, 660 feet to the west line of said Section 35.

Thence north along the west line of said Section 35, 66 feet to the point of begining.

13585

*I claim my water rights are paramont to all other rights or claims of rights under my land for the beneficial use thereon.*

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

George Magno
_____
Defendants in propria persona

Dated:

13586