Roy F Lindquist
Mrs Nellie Lindquist
10615 Snyder Rd. La Mesa Calif

Defendants in propria persona

FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
vs.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
        Defendants,

CIVIL NO. 1247 - SD - C
ANSWER OF DEFENDANTS
Roy F Lindquist
Mrs Nellie Lindquist

The defendants Roy F Lindquist, Mrs Nellie Lindquist each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 28 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

13527

*Adequate water for farming at present said property not being farmed. Expect to install future pumps*

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Roy F. Lindquist*
*Nellie Lindquist*
Defendants in propria persona

Dated: June 19th 1958

13588

EXHIBIT A

Parcel 1:

The East Half of Lot 1 (Northeast Quarter of the Northeast Quarter) of Section 6, Township 9 South, Range 3 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey approved April 21, 1890, EXCEPTING therefrom that portion thereof described as follows:

Beginning at the Northeast corner of said Lot 1; thence along the East line of said Lot 1, South 0° 57' West, 437.75 feet; thence North 83° 58' West, 125.25 feet; thence North 0° 57' East, parallel with the East line of said Lot 1, 423.50 feet to a point in the North line of said Lot 1; ;thence Easterly along said North line, North 89° 31' 20" East, 125.04 feet to the point of beginning.

Parcel 2:

All that portion of Lot 4, (Northwest Quarter of Northwest Quarter) of Section 5, Township 9 South, Range 3 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey approved April 21, 1890, described as follows:

Beginning at a point in the West line of said Lot 4, distant South 0° 57' West, 437.75 feet from the Northwest corner of said Lot 4; thence continuing along the said West line of Lot 4, South 0° 57' West, 1093.92 feet to the Southwest corner of said Lot 4; thence along the South line of said Lot 4, North 89° 55' 28" East, 130.02 feet; thence North 0° 57' East parallel with the West line of said Lot 4, 453.99 feet; thence South 89° 42' 30" East, 1227.82 feet to a point in the East line of said Lot 4, which is distant North 1° 20' 40" East, 446.20 feet from the Southeast corner of said Lot 4; thence Northerly along the said East line of Lot 4, North 1° 20' 40" East 502.43 feet to a point on said East line which bears South 83° 58' East from the point of beginning; thence North 83° 58' West, 1366.62 feet to the point of beginning

Excepting the following portion which has been reconveyed: (5-21-57)

That portion of Lot 4 (Northwest Quarter of the Northwest Quarter) of Section 5, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved April ;21, 1890, described as follows:

Beginning at the Southwest corner of said Lot 4; thence along the South line of said Lot 4, North 89° 55' 28" East 130.02 feet to the Southwest corner of the tract of land conveyed to Joseph F. O'Laughlin and Janet A. O'Laughlin, June 7, 1955, by Deed recorded in Book 5670, Page 254, of Official Records; thence along the West line of said land of O'Laughlin North 0° 57' East 453.99 feet to the Northwest corner of said land of O'Laughlin; thence along the North line of said land of O'Laughlin, South 89° 42' 30" East 88.67 feet to the true point of beginning; thence continuing along said North line South 89° 42' 30" East 1139.15 feet to the East line of said Lot;4; thence along said East line North 1° 40' 20" East 502.43 feet to the Northeast corner of the tract of land conveyed to Mark Gallacher and Laurette Gallacher, September 24, 1953, by deed recorded in Book 4996, Page 361 of Official Records; thence along the Northerly line of said land of Gallacher, North 83° 58' West 950.77 feet; thence South 14° 11' 20" West 248.86 feet; thence South 14° 37' 30" West 279.09 feet; thence South 42° 03' West 114.60 feet to the true point of beginning.

13589