Russell O. Freeman and Gladys E. Freeman
Defendants in propria persona
P.O. Box 74
Murrieta, California

FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William W. [illegible]
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
             Plaintiff, )   CIVIL NO. 1247- SD - C
                        )
                        )   ANSWER OF DEFENDANTS
   v.                   )
                        )   Russell O. Freeman and Gladys E.
FALLBROOK PUBLIC UTILITY )           Freeman
DISTRICT, ET AL,        )
                        )
             Defendants.)

The defendants, Russell O. Freeman and Gladys E. Freeman each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own   75   acres of land in **Riverside** County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED   [stamp]

13596

These defendants allege:

1. Said defendants' land is suitable for and used as a ranch for the production of livestock, and feed crops, both permanent pasture and grain under irrigation. That water necessary for watering the stock and for irrigating the feed crops is pumped from underground sources, plus a domestic well on the premises.

2. The said land was a part of the Temecula Rancho Land Grant, which carried with it full and complete rights to all minerals and water from the Mexican Government.

3. By the Treaty of Guadalupe Hidalgo in 1848, these rights to minerals and water were given absolutely and forever to the owners and their successors in interest to said land grant, or any part thereof, including the said land owned by these defendants.

4. Said Treaty of Guadalupe Hidalgo operated as a confirmation in praesenti of all perfect titles to lands in California held under Mexican Grants.

5. The plaintiff, United States of America, is in legal duty bound to carry into effect the stipulations contained in said treaty and therefore has no claim or right to any water or minerals rights in, on, or under these defendants' said land.

6. Defendants claim exclusive and sole right and use of all underground water, all water above ground, all water that falls on, or runs on from rainfall and all water that can be contained on said land by means of reservoirs or other means with respect to their said land.

7. The water rights to all water on defendants' land are guaranteed by the deed (see Exhibit A) which the defendants received when said defendants purchased the land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Russell O. Freeman*

*Gladys E. Freeman*

Defendants in propria persona

Dated: June 18, 1958

13597

**EXHIBIT A    DESCRIPTION OF FREEMAN LAND**

In the County of Riverside, State of California:

**Parcel 1:** Farm Lot 93 of the Lands of the Temecula Land and Water Company, as shown by Map on file in Book 8 page 359 of Maps, San Diego County Records.

**Parcel 2:** All water and water rights acquired under and by virtue of that certain water claim made by Mrs. M.K. Small, dated January 1, 1899 and recorded in Book 1 page 249 of Water Claims, Riverside County Records.