G. I. WALLACE and MABEL S. WALLACE
Defendants in propria persona
1319 E. Mission Road
Fallbrook, California

FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
           Plaintiff, )
v. )
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
           Defendants. )

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
G. I. WALLACE
and
MABEL S. WALLACE

The defendants, G. I. WALLACE and MABEL S. WALLACE each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2.47 acres of land in SAN DIEGO County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

13601

1  Defendants claim all water presently developed in the existing well including percolating water and surface flow necessary to maintain the existing orchard and garden and vine crops.

Defendants further state that the well has been the sole source of water necessary for irrigation and domestic use for the history of the improved property. This has been improved for more than eight years.

Defendants claim ten acre feet of water per year for use on the two acres, and that the land is riparian to the seasonal creek flowing through a portion of their property.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*G. I. Wallace*

*Mabel S. Wallace*

Defendants in propria persona
1319 E. Mission Road
Fallbrook, California

Dated: June 18, 1958

13602

"Exhibit A"

All that portion of the Northwest Quarter of the Northeast Quarter of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Beginning at the Southwest corner of said Northwest Quarter; thence along the West line of said Northwest Quarter North 0° 02' 20" East 330.00 feet; thence parallel to the South line of said Northwest Quarter, North 89° 44' 30" East 30 feet; thence parallel to the said West line, North 0° 02' 20" East, 660.00 feet to the true point of beginning; thence parallel to said South line, north 89° 44' 30" East, 315.00 feet; thence parallel to said West line, North 0° 02' 20" East, 335.45 feet, more or less, to the North line of said Northwest Quarter; thence thereon South 89° 35' West, 315.00 feet to the East line of the West 30 feet of said Northwest Quarter; thence along said East line, South 0° 02' 20" West, 334.58 feet, more or less, to the true point of beginning.

13603