VICTOR VAN DER LINDEN & PAMELA VAN DER LINDEN also
N. A. WALLER & ETHEL R. WALLER

F I L E D

1   Defendants in propria persona

JUN 23 1958

2   P.O. Box 352
      Fallbrook, California

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

3

4                IN THE UNITED STATES DISTRICT COURT

5                 SOUTHERN DISTRICT OF CALIFORNIA

6                     SOUTHERN DIVISION

7

8   UNITED STATES OF AMERICA,     )
                                   ) CIVIL NO. 1247- SD - C
9         Plaintiff,           )
                                   ) ANSWER OF DEFENDANTS
10   v.                          ) ANSWER TO COMPLAINT AND
                                   ) SUPPLEMENTARY AND AMENDATORY COMPLAINT OF
11   FALLBROOK PUBLIC UTILITY    ) VICTOR VAN DER LINDEN &
  DISTRICT, ET AL,             ) PAMELA VAN DER LINDEN; also
                                   ) N. A. WALLER &
12         Defendants.          ) ETHEL R. WALLER

13        The defendants, Victor van der Linden & Pamela van der Linden also
14   each severing from their co-defendants and each for himself or her-
                   N. A. Waller & Ethel R. Waller
15   self alone, in answer to the Complaint and Supplementary and Amenda-

16   tory Complaint on file herein, admit, deny, and allege:

17               ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                         AMENDATORY COMPLAINT
18

19        These answering defendants hereby incorporate by reference

20   all of the allegations contained in the answer to said Complaint and

21   Supplementary and Amendatory Complaint filed in this case by Newton

22   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23   of the portion thereof entitled "Affirmative Statement of Rights")

24   and make each and all of said allegations a part of this answer

25   the same as if herein set forth at length.

26                    AFFIRMATIVE STATEMENT OF RIGHTS

27        These defendants own 1 Lot   acres of land in   San Diego

28   County, California, and within the watershed of the Santa Margarita

29   River, more particularly described in the document attached hereto,

30   marked Exhibit A, which is hereby incorporated by reference as a

31   part of this statement.

32   COPY RECEIVED                                                                     13604

Defendants own jointly one business Lot on which stand business offices. They are now buying their water from the Fallbrook Public Utility District, and claim the right to use as much water as they think sufficient to maintain the above in a satisfactory condition. Should defendants decide to put additional buildings on this property, they claim the right to use sufficient water to maintain them in a satisfactory condition.

Defendants further claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries, whether from springs, streams or wells, etc., and to take water from their land, whether for domestic, industrial, business or irrigation purposes.

In addition to the claim and uses as herein made, the defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill and to dig wells, and to exercise water reclamation and conservation practices as now or may be known in the future.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings. Defendants claim all the above for all lands in which they have any financial interest whatsoever.

FURTHERMORE, defendants pray the court to award them adequate damages to reimburse them for the cost of preparing and prosecuting their defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon them by this attempted acrimonious, confiscatory usurpation of property rights, instituted against them by the agencies of the United States Government.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Victor van der Linden_   _Pamela van der Linden_
Victor van der Linden & Pamela van der Linden

_N. A. Waller_   _Ethel R. Waller_
N. A. Waller & Ethel R. Waller

Defendants in propria persona
P.O. Box 352
Fallbrook, California

Dated: 6-19-58

13605

# EXHIBIT A

Lot 3 of College Street Tract of Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 2593, filed in the office of the County Recorder of San Diego County, October 24, 1949.

ALSO that portion of the West 208.71 feet of the Northeast Quarter of the Northwest Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, according to United States Government Survey approved June 11, 1880, which lies East of said Lot 3 and is bounded on the North by the Easterly prolongation of the North line of said Lot 3 and on the South by Easterly prolongation of the South line of said Lot 3.

---------------

13606