George P. Lodes and
Fay Winifred H. Lodes
202 No. Wisconsin St. Fallbrook

Defendants in propria persona



FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ) | ANSWER OF DEFENDANTS |
| v. | ) | GEORGE P. LODES |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | ) | and FAY WINIFRED H. LODES |
| Defendants, | ) | |

The defendants, George P. Lodes and Fay Winifred H. Lodes each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1/2 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

13626

EXHIBIT A

South Half of the South Half of Block 115 of West Fallbrook in the County of San Diego, State of California according to the map thereof No. 567.

Also all that portion of the East Half of Summit Avenue lying West of and adjoining said South Half of the South Half of Block 115, as vacated and closed to public use on June 9, 1930 by an order of the Board of Supervisors of San Diego County, and a certified copy of said vacation having been recorded June 14, 1930 in Book 1767, page 494 of Deeds.

13627

1  Defendants claim all the right of overlying land owners and to water which
2  may originate in or may be found on or under or which may cross their land.
3  Defendants claim the right to dig or drill wells and exercise water recla-
4  mation and conservation practices as are now or may be known.
5  Defendants hereby incorporate, the same as though set forth herein in full,
6  all the Affirmative Defenses of the Fallbrook Public Utility District on
7  file in these proceedings.
8  Defendants claim all the above for all lands in which they have any financial
9  interest whatsoever.

18  WHEREFORE, these defendants pray that plaintiff take nothing against
19  them by reason of the Complaint and Supplementary and Amendatory Complaint
20  on file herein; that said Complaint be dismissed as against these defendants;
21  that defendants' right to water, as hereinabove set forth, be quieted as
22  against the plaintiff and against all other defendants in this action;
23  and for such other and further relief as the Court may deem proper.

*George P Lodes*

*Fay Winifred Lodes*
Defendants in propria persona

Dated:   June 16, 1958

13628

Richard C. McDaniel & Alma F. McDaniel
9106 Hegel Place, Bellflower, Calif.

Defendants in propria persona


FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ ...
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

Richard C. McDaniel and
Alma F. McDaniel

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 30 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

All that portion of Lot 7 (Southwest Quarter of the Northeast Quarter) of Section 7, Township 9 South, Range 2 East, S. B. M. in the County of San Diego, State of California, according to the U. S. Government Survey approved January 31, 1895, lying Northeasterly of the Center line of Road Survey No. 299 on file in the office of the County Surveyor as the same existed on May, 1949. Excepting there-

13624

COPY RECEIVED
INDEXED

1. from all coal and other minerals as reserved by USA in Patent dated March 23, 1929 and recorded May 3, 1930 in Book 15, Page 186 of Patents.

2.
3. We own approximately 30 acres of land within the Santa Margarita River water shed. Approximately 15 acres is tillable soil and we claim 40 acre feet of water per year for irrigating orchards or grain.
4.
5.
6. At present, we have a 16'x26' stucco house, which we plan to enlarge, and an 8'x10' stucco work shed with a few shade trees. We have no water at present time and we claim the right to drill a well for domestic use.
7.
8. The property is highway frontage and suitable for building sites. We claim the right to drill for whatever domestic water necessary to improve this property.
9.

18. WHEREFORE, these defendants pray that plaintiff take
19. nothing against them by reason of the Complaint and Supplementary
20. and Amendatory Complaint on file herein; that said Complaint be
21. dismissed as against these defendants; that defendants' right to
22. water, as hereinabove set forth, be quieted as against the plain-
23. tiff and against all other defendants in this action; and for such
24. other and further relief as the Court may deem proper.

_Richard C. McDaniel_

_Alma F. McDaniel_

Defendants in propria persona

32. Dated: June 16 - 1958

13625