```
                                                   F I L E D
   Stanley K. Coates and Rissa Intha Coates          JUN 23 1958
1  Defendants in propria persona
   1151 Wall Street                              CLERK, U.S. DISTRICT COURT
2  Los Angeles 15, California.                 SOUTHERN DISTRICT OF CALIFORNIA
                                                By /s/ William M. Loy
3                                                          DEPUTY CLERK
```

4        IN THE UNITED STATES DISTRICT COURT

5            SOUTHERN DISTRICT OF CALIFORNIA

6                   SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,        )
8                                   )   CIVIL NO. 1247- SD - C
              Plaintiff,            )
9                                   )   ANSWER OF DEFENDANTS
         v.                         )
10                                  )   Stanley K. Coates and
   FALLBROOK PUBLIC UTILITY         )   Rissa Intha Coates
11 DISTRICT, ET AL,                 )
                                    )
12            Defendants.           )

13        The defendants, STANLEY K. COATES and RISSA INTHA COATES

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18
          These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25

26            AFFIRMATIVE STATEMENT OF RIGHTS

27        These defendants own   800   acres of land in  Riverside

28 County, California and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.

32    COPY RECEIVED                                    13632

1   This land is riparian land. Several tributaries
2   of an intermittent stream, known locally as Williamson
3   Creek, have their origin on Section 17. Williamson Creek
4   flows through Section 20 to its confluence with Coahuila Creek.
5   Approximately sixty (60) acres are tillable and the balance can
6   be used for grazing cattle. The defendents propose to drill a well
7   or wells in the future to provide water to irrigate the tillable
8   portion of the land.

18   WHEREFORE, these defendants pray that plaintiff take
19   nothing against them by reason of the Complaint and Supplementary
20   and Amendatory Complaint on file herein; that said Complaint be
21   dismissed as against these defendants; that defendants' right to
22   water, as hereinabove set forth, be quieted as against the plain-
23   tiff and against all other defendants in this action; and for such
24   other and further relief as the Court may deem proper.

*Hawley K Coates*
*Tissa Artha Coates*
Defendants in propria persona

Dated: June 18, 1958

Exhibit A

1    Land in the County of Riverside, State of
2    California, described as follows:
3    Section 17 and the South Half of Southeast
4    Quarter of Section 20 and the South Half of Southwest
5    Quarter ( Government Lots 1 and 2) of Section 21, Town-
6    ship 7 South, Range 2 East, San Bernardino Base and
7    Meridian, as shown by United States Government Survey.

13634