JESSE BATSON and HELEN BATSON,
Murrieta, California

1  Defendants in propria persona.

2  Murrieta, California

**FILED**
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William K._
DEPUTY CLERK

3
4              IN THE UNITED STATES DISTRICT COURT
5               SOUTHERN DISTRICT OF CALIFORNIA
6                       SOUTHERN DIVISION

7  UNITED STATES OF AMERICA,          )
8                                     )   CIVIL NO. 1247- SD - C
               Plaintiff,             )
9                                     )   ANSWER OF DEFENDANTS
       v.                             )
10                                    )   JESSE BATSON and HELEN BATSON,
   FALLBROOK PUBLIC UTILITY           )   husband and wife, as joint tenants.
11 DISTRICT, ET AL,                   )
                                      )
12             Defendants.            )
   Jesse Batson and Helen Batson,
13         The defendants,
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18
            These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
26                   AFFIRMATIVE STATEMENT OF RIGHTS
27          These defendants own 1 lot xxxxxx of land in Riverside County
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32  COPY RECEIVED
        INDEXED                                                    13635

1   In the County of Riverside, State of California:

2   Lot 2 in Block 9 of Murrieta Townsite, as shown by map of the Temecula Land and Water Company showing the subdivision of a portion of the
3   Temecula Ranch, on file in Book 8 page 359 of Maps, San Diego County Records.

6   We claim our water rights are paramount to all other rights or claims of right of Plaintiff in and to said water. We claim all water rights
7   under our land for the beneficial use thereon.

18   WHEREFORE, these defendants pray that plaintiff take
19   nothing against them by reason of the Complaint and Supplementary
20   and Amendatory Complaint on file herein; that said Complaint be
21   dismissed as against these defendants; that defendants' right to
22   water, as hereinabove set forth, be quieted as against the plain-
23   tiff and against all other defendants in this action; and for such
24   other and further relief as the Court may deem proper.

_Jess Batson_

_Helen Batson_

Defendants in propria persona

Dated: June 19, 1958