1  JOHN FROHWITTER and RACHEL FROHWITTER
   **Defendants in propria persona**
2  2204 E. Mission Road
   Fallbrook, California
3

FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

4              IN THE UNITED STATES DISTRICT COURT
5               SOUTHERN DISTRICT OF CALIFORNIA
6                      SOUTHERN DIVISION

7  UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
8                                   )
              Plaintiff,            )   ANSWER OF DEFENDANTS
9                                   )   JOHN FROHWITTER AND
         v.                         )   RACHEL FROHWITTER
10                                  )
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )
                                    )
12            Defendants,           )

13     The defendants, JOHN FROHWITTER and RACHEL FROHWITTER,
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                     AMENDATORY COMPLAINT
18
       These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
                AFFIRMATIVE STATEMENT OF RIGHTS
26
       These defendants own 8.69 acres of land in San Diego
27
   County, California, and within the watershed of the Santa Margarita
28
   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31
32

COPY RECEIVED

INDEXED

13637

1     This land is in the Santa Margarita River Watershed, approximately
2  eight (8) acres are tillable and are planted in Avocados. Defendants
3  have irrigated this land with water furnished by the Fallbrook Public
4  Utility District for the past three years.

                                    II

6     Defendants claim the right to use 10 (ten) acre feet of water per
7  year from percolating water should they desire to drill a well. Defendants
8  do not claim any prescriptive or any appropriative rights.

18    WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

                                    _____

                                    _____
                                         Defendants in propria persona

Dated: June 14, 1958

                                                           13638

EXHIBIT A

That portion of the North Half of the Southeast Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Commencing at the Northwest corner of the Northeast Quarter of said Southeast Quarter; thence along the North line of said Southeast Quarter North 89°45'45" West, 18.20 feet to the center line of Road Survey No. 954, according to Map thereof on file in the office of the Surveyor of said San Diego County, being a point in a curve concave Northeasterly having a radius of 500 feet, the radial line through said point bears South 61°26'51" West; thence Southeasterly along said curve, 38.81 feet to the end thereof; thence continuing along said center line, tangent to said curve, South 33°00' East, 716.75 feet; thence South 62°54'20" West, 92.83 feet; thence North 46°09'20" West, 219.16 feet; thence North 67°04' West, 212.97 feet; thence North 89°18'30" West, 364.38 feet; thence South 8°51'30" East, 105.12 feet; thence South 34°39'30" East, 138.13 feet; thence South 39°39' West, 94.89 feet to the true point of beginning; thence South 30°15'30" East, 305.00 feet; thence South 28°44'30" East, 329.90 feet to the center line of Mission Road 1-C according to Map thereof on file in the office of the Surveyor of said San Diego County; thence along the center line of said Mission Road 1-C the following courses and distances: North 89°53' West, 247.02 feet to the beginning of a curve concave Northerly having a radius of 500 feet; thence along the arc of said curve 191.40 feet; thence North 67°57' West, 211.54 feet to the beginning of a curve concave Southerly having a radius of 200 feet; thence along the arc of said curve, 171.51 feet; thence leaving said Mission Road 1-C, North 8°36'30" West, 405.60 feet; thence North 32°34'30" East, 313.20 feet; thence South 84°48' East 127.90 feet; thence South 32°10' East, 332.90 feet; thence North 39°39' East, 71.61 feet to the true point of beginning.

John Frohwitter and Rachel Frohwitter
2204 E. Mission Road
Fallbrook, California

13639