Bessie M. Wickerd
Defendants in propria persona
Rt. 2 Box 19
Murrieta, California

FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By [signature] DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, Defendants. | CIVIL NO. 1247- SD - C<br>ANSWER OF DEFENDANTS<br>Bessie M. Wickerd |

The defendants, Bessie M. Wickerd each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

~~These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.~~

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 10 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

13640

COPY RECEIVED

EXHIBIT B

I claim that my land is all in the Temecula Ranch. I have been told that said Temecula Ranch is one of the Grants of Land confirmed by the Treaty of Guadalupe Hidalgo to have the same title under American law as it had under Mexican law.

I have also been told that it received a patent from President James Buchanan in 1860. I have also been told that because of said Treaty and said patent, I am not subject to conflicting state laws.

I have used by land and water rights freely and exclusively in the past, and I hope to continue to do so in the future.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Bessie M. Wickerd

Defendants in propria persona

Dated: June 16, 1958

13641

**EXHIBIT A** DESCRIPTION OF BESSIE M. WICKERD'S LAND

The Northerly square one-fourth (¼) of lot 66 bounded on the N.E. 660 feet by Jefferson Avenue, and on the N.W. 660 feet by Lemon Street containing ten acres more or less.

For a more particular description reference is hereby made to a Map on file in Book 8 page 359 thereof, in the San Diego County Records.

Together with all the tenements, hereditaments and appurtenances, including water and water-rights, if any, thereunto belonging or in any wise appertaining thereto, and the remainders, reversions, rents, issues and profits thereof; for the purpose of securing the performance of the premises and obligations of this mortgage, including the payment of the sum________