FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY CLERK

Paul M. Scott and Kathryn M. Scott
Defendants in propria persona

12009 South Roseton, Norwalk, California.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )   CIVIL NO. 1247- SD - C
          Plaintiff,                )
                                    )   ANSWER OF DEFENDANTS
     v.                             )   Paul M. Scott and Kathryn M. Scott
                                    )
FALLBROOK PUBLIC UTILITY            )
DISTRICT, ET AL,                    )
                                    )
          Defendants.               )

The defendants, Paul M. Scott And Kathryn M. Scott each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 40 (Forty) acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

13642

1. This land is riparian land; approximately twenty (20) acres
2. are tillable and the balance can be used for the grazing
3. of cattle and live stock, or raising fowl or rabbits.
4. This land to date has not been worked, but is expected to
5. be cultivated in the near future. The crops to be grown
6. will be corn and grain, also two thousand (2,000) cultivated
7. Christmas Trees.
8. The Defendants claim the right to drill a well and pump
9. up to one hundred (100) acre feet of water a year for
10. irrigation and household use since the creek that runs
11. diagonally across said land is dry most of the year.

18. WHEREFORE, these defendants pray that plaintiff take
19. nothing against them by reason of the Complaint and Supplementary
20. and Amendatory Complaint on file herein; that said Complaint be
21. dismissed as against these defendants; that defendants' right to
22. water, as hereinabove set forth, be quieted as against the plain-
23. tiff and against all other defendants in this action; and for such
24. other and further relief as the Court may deem proper.

*Paul M. Scott*

*Kathryn M. Scott*

Defendants in propria persona
12009 S. Roseton,
Norwalk, California.

Dated:   June 14, 1958

13644

"EXHIBIT A"

The discription of land owned by Paul M. Scott and Kathryn M. Scott Defendants in propria persona is as follows:

South West 1/4 of North West 1/4 of Section 25-9-3 East

13645