FILED

JUN 23 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
DEPUTY CLERK

1   Defendants in propria persona

2   Mildred P. Peterson               and   Luella S. Peterson and Russell R.
    2120¼ Montrose Ave.,                                                  Peterson
3   Montrose, California                    1411 Monterey Road
                                            South Pasadena, California

4              IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                      SOUTHERN DIVISION

7
    UNITED STATES OF AMERICA,      )
8                                  )      CIVIL NO. 1247- SD - C
              Plaintiff,           )
9                                  )      ANSWER OF DEFENDANTS
         v.                        )
10                                 )      Mildred P. Peterson
    FALLBROOK PUBLIC UTILITY       )      Luella S. Peterson
11  DISTRICT, ET AL,               )      Russell R. Peterson
                                   )
12            Defendants.          )

13       The defendants, Mildred P. Peterson, Luella S. Peterson and Russell R.
                                                                        Peterson
14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
    all of the allegations contained in the answer to said Complaint and
20
    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25

26              AFFIRMATIVE STATEMENT OF RIGHTS

27       These defendants own    ¼    acres of land in  San Diego

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

31  part of this statement.

32                                                           13646

COPY RECEIVED    INDEXED

"EXHIBIT A"

Lot 4 in Block D of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 743, filed in the office of the County Recorder of San Diego County, March 6, 1893.

13647

This land is residence land in the city of Fallbrook and has two houses located on it. There is need for a normal amount of water for general purposes and living conditions. Water supply has been furnished in the past through the Fallbrook Public Utility District. It seems only just that this water supply continue to all the residence land in the city of Fallbrook.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Mildred R. Peterson*
*Luella L. Peterson*
*Russell R. Peterson*
Defendants in propria persona

Dated: June 12, 1958