FLORENCE V. HUSCHER, MARTHA E. HUSCHER and WINIFRED FAY HUSCHER
Defendants in propria persona
P. O. Box 442,
Fallbrook, California

**F I L E D**

JUN 23 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS FLORENCE V. HUSCHER, MARTHA E. HUSCHER and WINIFRED FAY HUSCHER |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants, FLORENCE V. HUSCHER, MARTHA E. HUSCHER and WINIFRED

FAY HUSCHER, each severing from their co-defendants and each for himself or

herself alone, in answer to the Complaint and Supplementary and Amenda-

tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference

all of the allegations contained in the answer to said Complaint and

Supplementary and Amendatory Complaint filed in this case by Newton

T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

of the portion thereof entitled "Affirmative Statement of Rights")

and make each and all of said allegations a part of this answer

the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1/2 acres of land in SAN DIEGO

County, California, and within the watershed of the Santa Margarita

River, more particularly described as follows:

The North 135 feet of the West 130 feet of Block 117,
West Fallbrook as per Map No. 567, County of San Diego,
California.

COPY RECEIVED

INDEXED

13649

1   This land is all tillable, suitable for avocados, truck garden, commercial
2   flowers, family orchard and garden.  A two-family dwelling is located on
3   this property, with sufficient space for more dwellings.  This land is in
4   a good residential area and we may subdivide at a later date.  We wish
5   sufficient water from the Fallbrook Public Utility District and any
6   other sources available now and/or in the future to take care of the
7   needs of this property.

17     WHEREFORE, these defendants pray that plaintiff take
18  nothing against them by reason of the Complaint and Supplementary
19  and Amendatory Complaint on file herein; that said Complaint be
20  dismissed as against these defendants; that defendants' right to
21  water, as hereinabove set forth, be quieted as against the plain-
22  tiff and against all other defendants in this action; and for such
23  other and further relief as the Court may deem proper.

Florence V. Huscher
(now by marriage)
(Florence V. Patten)
Martha E. Huscher
(now by marriage)
(Martha E. Hibble)
Winifred Fay Huscher
(now by marriage)
(Winifred Fay Loder)

Defendants in propria persona

Dated:  June 17, 1958

13650