FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By William [signature] DEPUTY CLERK

FRANK F. FRONTINO and NELLIE ROSE FRONTINO
Defendants in propria persona
336 North 12th Street
Montebello, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS FRANK F. FRONTINO and NELLIE ROSE FRONTINO

The defendants, FRANK F. FRONTINO and NELLIE ROSE FRONTINO, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 40 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED INDEXED

13651

This land is reparian land; approximately twenty-five (25) acres are tillable and the balance can be used for grazing cattle and for raising turkeys, chickens and fowl. Defendants have irrigated portions of the land in the past. That there is also a domestic well for the use of said land.

II

Defendants claim the right to use water on this land.

**WHEREFORE**, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Frank J. Frontino

Nellie Rose Frontino

Defendants in propria persona

Dated: 6-18-58

PARCEL I:

Lots 7 and 9 in Block 24, Lots 1 to 9 inclusive and Lot 11, and Lots 14 to 24 inclusive in Block 29, Lots 1 to 24 inclusive in Block 31, Lots 1 to 9 inclusive and Lots 16 to 24 inclusive in Block 32, Town of Wildomar according to a certain map and plat of said Town made by P. W. Minthorn in December 1885 and recorded in San Diego County on November 20th, 1886, on Page 294 Plat Book 6 of records of San Diego County, California;

PARCEL II:

Lot Twelve (12) Block Twenty-Nine (29) Wildomar MB 6/294 SD.

PARCEL III:

Lot 13 in Block 29 of the Town of Wildomar, as shown by Map on file in the office of the County Recorder of San Diego County, State of California, in Book 6 of Maps at Page 294 thereof.

PARCEL IV:

All of Lots Ten (10), Eleven (11) and Twelve (12) in Block Thirty-two (32) of the Town of Wildomar as shown upon a map thereof on file in the office of the County Recorder of the County of San Diego, State of California, in Book 6 of Maps, at page 294 thereof.

PARCEL V:

All that certain real property situated in the County of Riverside, State of California, and particularly described as follows: Lot One (1) of S. C. Freefields Subdivision, as shown by Map

"EXHIBIT A"

on file in Book 12 page 549 of Maps, San Diego County Records.

PARCEL VI:

Lot Two (2) as shown by Map thereof entitled "Map on S. C. Freefields Subdivision" on file in Book 12, page 549 of Maps, Records of San Diego County, California.