

FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
   DEPUTY CLERK

1  Thomas Asa Freeman and Thelma Lillian Freeman
   Defendants in propria persona
2  P.O. Box 100
3  Murrieta, California

4           IN THE UNITED STATES DISTRICT COURT
5           SOUTHERN DISTRICT OF CALIFORNIA
6                   SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,          )
8                                     )   CIVIL NO. 1247- SD - C
              Plaintiff,              )
9                                     )   ANSWER OF DEFENDANTS
        v.                            )
10                                    )
   FALLBROOK PUBLIC UTILITY           )   Thomas Asa Freeman and Thelma Lillian
11 DISTRICT, ET AL,                   )                        Freeman
                                      )
12            Defendants.             )

13         The defendants, Thomas Asa Freeman and Thelma Lillian Freeman
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17             ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                          AMENDATORY COMPLAINT
18
19         These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.

26                 AFFIRMATIVE STATEMENT OF RIGHTS
27         These defendants own   1/3    acres of land in Riverside
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.

32                                                     13655
   COPY RECEIVED    INDEXED

**EXHIBIT B**

We claim that our lots are in the Temecula Ranch, and we have been told and we believe that said Ranch is one of the Grants of land the Title to which was confirmed by the Treaty of Guadalupe Hidalgo to be the same Title now under American Government as it was under Mexican Government.

We also have heard that Louis Vignes, the last owner under Mexican law and the First owner under American law was granted a Patent to the Temecula Grant by President Buchanan in 1860, which Patent refers to some of the provisions of the original Mexican Title; Therefore: we believe we own the water rights appurtenant to our land.

We have always used said rights freely in the past and expect to do so in the future, which we believe is the accordance to said Patent and Treaty.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Thomas Asa Freeman*
*Thelma Lillian Freeman*
Defendants in propria persona

Dated: June 16, 1958

13656

**EXHIBIT A**    DESCRIPTION OF FREEMAN LAND

That portion of Farm lot 12 of the Murrieta portion of the Temecula Rancho, described by Metes and Bounds as follows:

Commencing at the intersection of Ivy Street and Washington Ave; thence in a North Westerly direction along the center line of Washington Ave. 220 feet, thence at right angles 190 feet in a North Easterly direction parallel to Ivy Street to a point of beginning. Thence in a North Westerly direction 100 feet parallel to Washington Ave; thence in a North Easterly direction parallel to Ivy Street 150 feet; thence at right angles in a South Easterly direction Parallel to Washington Ave. 100 feet to a point; Thence in a South Westerly direction parallel to Ivy Street 150 feet to a point of beginning.

13657