Estate of ALBERT H. EDMOND (V. V. Hilliard, executor)

1  Defendants in propria persona
   Box 101
2  Murrieta
   California
3

FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

4              IN THE UNITED STATES DISTRICT COURT

5                SOUTHERN DISTRICT OF CALIFORNIA

6                      SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,        )
8                                   )   CIVIL NO. 1247- SD - C
            Plaintiff,              )
9                                   )   ANSWER OF DEFENDANTS
        v.                          )
10                                  )
   FALLBROOK PUBLIC UTILITY         )   ALBERT H. EDMOND, Deceased
11 DISTRICT, ET AL,                 )
                                    )
12          Defendants.             )

13       The defendants, ALBERT H. EDMOND, Deceased

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference
19
    all of the allegations contained in the answer to said Complaint and
20
    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25

26               AFFIRMATIVE STATEMENT OF RIGHTS

27       These defendants own         acres of land in Riverside

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

31  part of this statement.

32
COPY RECEIVED                                              13658

County of Riverside, State of California;
Beginning at a point in the center of Juniper Street 260 feet Southwesterly from the most Easterly corner of Lot 13 of Murrieta portion o of the Temecula Rancho, as per map of the same on file in Book 8, page 359 of Maps, Records of San Diego County, California, which corner is the intersection of the center line of Adams Avenue and Juniper Street; thence at right angles to Juniper Street Westerly 381 feet; thence at right angles Souhhwesterly 364 feet; thence at right angles Southeasterly 381 feet; To the corner of Juniper Street; thence at right angles Northeasterly 364 feet to the point of beginning. Subject to conditions, restrictions, reservations, easements and or rights of way of record.

I claim the water rights for this property are paramount to all other rights or claims of right of Plaintiff in and to said water. I claim all water under this land for the beneficial use thereon.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Estate of Albert H Edmond*
*Vernon W Billiard Executor*

Defendants in propria persona

Dated: June 12-58.

13653