FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

1  Richard A. Doty and Mary F. Doty
2  Defendants in propria persona
   804 Rio Hondo Parkway
3  El Monte, California
4
5           IN THE UNITED STATES DISTRICT COURT
6              SOUTHERN DISTRICT OF CALIFORNIA
7                     SOUTHERN DIVISION
8  UNITED STATES OF AMERICA        )  CIVIL NO. 1247 - SD - C
9              Plaintiff,          )  ANSWER OF DEFENDANTS
                                   )  Richard A. Doty
10       v.                        )         and
                                   )  Mary F. Doty
11 FALLBROOK PUBLIC UTILITY        )
   DISTRICT, ET AL,                )
12           Defendants,           )

13       The defendants, Richard A. Doty and Mary F. Doty
14 each severing from their co-defendants and each for himself or herself
15 alone, in answer to the Complaint and Supplementary and Amendatory Com-
16 plaint on file herein, admit, deny, and allege:
17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18
             These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
                  AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own (20) acres of land in Riverside
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30
31
32

                                                              13660

```
 1              The South one-half of the Southeast Quarter
                of the Southeast Quarter of Section Four,
 2              Township Seven South, Range Three East,
                San Bernardino Base and Meridian, Containing
 3              Twenty acres, more or less.

 4

 5   There are no water wells at the present time on this property,
     however we intend to drill in the future for enough water to
 6   irrigate an orchard, garden and water whatever stock and fowl
     we may have.
 7
```

          WHEREFORE, these defendants pray that plaintiff take nothing

against them by reason of the Complaint and Supplementary and Amenda-

tory Complaint on file herein; that said Complaint be dismissed as

against these defendants; that defendants' right to water, as hereinabove

set forth, be quieted as against the plaintiff and against all other de-

fendants in this action; and for such other and further relief as the

Court may deem proper.

*Richard A. Daty*

*Mary J. Daty*

Defendants in propria persona
804 Rio Hondo Parkway
El Monte, California

Dated: June 16, 1958