ERNEST J. BLAKE and BEATRICE BLAKE
Defendants in propria persona
1029 N. Palm Street
Anaheim, California



FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | ERNEST J. BLAKE and BEATRICE BLAKE |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants ERNEST J. BLAKE and BEATRICE BLAKE each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 6 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

13662

COPY RECEIVED
INDEXED

Defendants claim all the right of overlying land owners and to water which may originate in or may be found on or under or which may cross their land.

Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Ernest J. Blake*

*Beatrice Blake*

Defendants in propria persona

Dated: June 16, 1958

13663

EXHIBIT A

Property description from policy of title insurance

All that portion of Lot 5 (the Southwest Quarter of the Northwest Quarter) Section 26, Township 9 South, Range 2 East, S. B. M., in the County of San Diego, State of California, according to the United States Official Survey thereof, approved January 31, 1895, particularly described as follows:  Beginning at the Southwest corner of said Lot 5 (The Southwest Quarter of the Northwest Quarter) said Section 26; thence North 88° 05' 20" East, along the Southerly Boundary of said Lot 5, a distance of 248.91 feet to a point; thence North 1° 25' West, parallel with the Westerly boundary of said Lot 5, a distance of 1050 feet to a point; thence South 88° 05' 20" West, parallel with the Southerly boundary of said Lot 5, a distance of 248.91 feet to a point on the said Westerly boundary of said Lot 5; thence South 1° 25' East, along said Westerly boundary 1050 feet to the point of beginning.

13664