ESTHER AMELIA BERTRAND, Star Route, Boren, California

1  Defendants in propria persona

FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                                 )  CIVIL NO. 1247- SD - C
        Plaintiff, )
                                 )  ANSWER OF DEFENDANTS
   v. )
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )  ESTHER AMELIA BERTRAND
        Defendants. )

       The defendants, Esther Amelia Bertrand
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                  AMENDATORY COMPLAINT

       These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

                 AFFIRMATIVE STATEMENT OF RIGHTS

       These defendants own   40   acres of land in   San Diego
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

COPY RECEIVED

13665

1  Defendants claim all the right of overlying land owners and to water
2  which may originate in or may be found on or under or which may cross their
3  land.
4  Defendants claim the right to dig or drill wells and exercise water
5  reclamation and conservation practices as are now or may be known.
6  Defendants hereby incorporate, the same as though set forth herein'
7  in full, all the Affirmative Defenses of the Fallbrook Public Utility
8  District on file in these proceedings.
9  Defendants claim all the above for all lands in which they have any
10 financial interest whatsoever.

17 WHEREFORE, these defendants pray that plaintiff take nothing against
18 them by reason of the Complaint and Supplementary and Amendatory Complaint
19 on file herein; that said Complaint be dismissed as against these defendants;
20 that defendants' right to water, as hereinabove set forth, be quieted as
21 against the plaintiff and against all other defendants in this action; and
22 for such other and further relief as the Court may deem proper.

*Esther Amelia Bertrand (Clark)*

Defendants in propria persona

Dated: June 16, 1958

13666

"Exhibit A"

## Description

Lot One (1) of Section Two (2), Township Nine (9) South,
Range Three (3) West, S. B. M, in the County of San Diego,
State of California

13667

UNITED STATES OF AMERICA, \
                        Plaintiff \
    vs. \
FALLBROOK PUBLIC UTILITY DISTRICT, et al., \
                       Defendants.

Case No. 1247-SD-C

**AFFIDAVIT OF MAILING**
ANSWER TO COMPLAINT AND SUPPLE-
MENTARY AND AMENDATORY COMPLAINT

State of California, } ss.
County of Riverside,

THE UNDERSIGNED, being first duly sworn, says: that affiant is a citizen of the United States and a resident of Riverside County, over the age of eighteen years and not a party to the cause herein, that affiant's { business address is 110 South Main Street, Elsinore, California.

That on the 16th day of June, 1958, affiant served a copy of the attached paper, to-wit: Answer to Complaint and Supplementary and Amendatory Complaint by depositing said copy enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States postoffice mail box at the City of Elsinore, California, addressed as follows:

    J. Lee Rankin, Solicitor General \
    Department of Justice \
    Washington, D. C.

That there is either delivery service by United States mail at the place so addressed, or regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 16th day of June, 1958.

*Arthur W. Gedman* \
Signature of Affiant

Notary Public in and for the County of Riverside, State of California \
(SEAL)

13667A