ARTHUR M. GEDIMAN
110 South Main Street
Elsinore, California
Telephone: Main 1981

Attorney for Defendants,
CASSIE EUGENE JONES, and
LORRAINE M. JONES.



FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )  Civil Action File No.
                Plaintiff,  )  1247-SD-C
   -vs-  )  ANSWER TO COMPLAINT AND
FALLBROOK PUBLIC UTILITY DISTRICT,  )  SUPPLEMENTARY AND AMENDATORY COMPLAINT.
a public service corporation of
the State of California, et al,  )
                Defendants.  )

Come now the Defendants CASSIE EUGENE JONES, and LORRAINE M. JONES, and severing from their co-Defendants, answer the Complaint and Supplementary and Amendatory Complaint herein as follows:

I.

Answering Paragraphs I to VIII, inclusive, of Plaintiff's Complaint, your Answering Defendants deny that they have any knowledge or information sufficient to form a belief as to the truth of any of the allegations set forth in said Paragraphs, and for that reason deny the same.

II.

Answering Paragraph IX of Plaintiff's Complaint, Answering Defendants deny that they are encroaching upon or threatening the destruction of Plaintiff's water supply mentioned in the said Paragraph.

13668

- 1 -

III.

2  Answering Count No. I of Plaintiff's Supplement to Complaint, Answering Defendants deny the same for the same reasons set forth in the denial of Answering Defendants to Plaintiff's Complaint.

IV.

Answering Paragraphs I, II and III of Plaintiff's Count No. II of Supplement to Complaint, Answering Defendants deny the same for the same reasons set forth in the denial of Answering Defendants to Plaintiff's Complaint.

V.

Answering Paragraphs I, II, III, IV and V of Plaintiff's Count No. III of Supplement to Complaint, Answering Defendants deny the same for the same reasons set forth in the denial of Answering Defendants to Plaintiff's Complaint.

VI.

Answering Count No. IV of Plaintiff's Supplement to Complaint, Answering Defendants deny the same for the same reasons set forth in the denial of Answering Defendants to Plaintiff's Complaint.

VII.

Answering Paragraphs I, II, III, IV, V, VI and VII of Count No. V of Plaintiff's Supplement to Complaint, Answering Defendants deny the same for the same reasons set forth in the denial of Answering Defendants to Plaintiff's Complaint.

VIII.

Answering all of the Paragraphs of Counts No. VI to XXV inclusive, of Plaintiff's Supplement to Complaint, Answering Defendants deny the same for the same reasons set forth in the denial of Answering Defendants to Plaintiff's Complaint.

AND FOR A FURTHER AND SEPARATE DEFENSE YOUR DEFENDANTS HEREIN ALLEGE:

I.

That the Temecula River, which Plaintiff alleges as the source

1  of supply of the water of the Santa Margarita River, flows, and
2  from time immemorial has flowed, through, over and upon the lands
3  of your Answering Defendants, and which said lands are riparian
4  thereto, and riparian rights attach thereto, and your said Defend-
5  ants are entitled to have the water of said stream flow by, through,
6  over and upon the said lands, and to make such use of said water
7  as riparian owners are entitled to make hereof.

WHEREFORE, your Answering Defendants pray that Plaintiff take
nothing by its action against these Defendants and that these De-
fendants be hence dismissed with their costs.

*Cassie Eugene Jones*
Cassie Eugene Jones.

*Lorraine M Jones*
Lorraine L. Jones.

*Arthur W Gedisman*
Attorney for Answering Defendants.

STATE OF CALIFORNIA ( 
                    ) SS
County of Riverside )

CASSIE EUGENE JONES and LORRAINE L. JONES, being by me first
duly sworn, depose and say: That they are two of the Defendants in
the above-entitled action; that they have read the foregoing Answer
and know the contents thereof; that the same is true of their own
knowledge, except as to those matters which are therein stated on
their information or belief, and as to those matters that they believe
it to be true.

*Cassie Eugene Jones*
Cassie Eugene Jones.

*Lorraine M Jones*
Lorraine L. Jones.

Subscribed and sworn to before me,
this 16th day of June, 1958.

Notary Public in and for said County
and State.

My Commission Expires Aug. 5, 1959

13670

- 3 -