Defendants in propria persona

FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William W. Ludy
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ) | ANSWER OF DEFENDANTS |
| v. | ) | Jasper Dewey Sherman |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | ) | Laura Sherman |
| Defendants, | ) | |

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 480 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

13671

240 acres Farm Land
240  "  Brush & Tree Land
Good for Home Sites
I think I should have 3 acre ft
per acre for all the 480 acres
because I may want to
Sufdise Land some time
I have 3 wells on Place
I may want to drill more later on

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Riverside Calif     Jasper Dewey Sherman
                    Laura Sherman
                    Defendants in propria persona

Dated:

13672

A

E ½ of NW ¼ = 80 acres Sect 14-7S-3E

Lots 1 to 4   164.60 acres Sect 11-7S-3E

E ½ of NE ¼  80 acres Sect 10-7-S-3-E

N ½ of SE ¼ Exc W 30' to R.D.  79.10 ac 10.7-S-3-E

N ½ of NW ¼  80 acres   Sect 10-7-S-3-E

Jasper Dewy Sherman

Laura Sherman

13673