UNITED STATES OF AMERICA,                 )   No. 1247-SD-C
                                         )
                     Plaintiff, )   AN ANSWER TO COMPLAINT
                                         )
v.                                        )   AND
                                         )
FALLBROOK PUBLIC UTILITY DISTRICT,        )   SUPPLEMENTARY AND AMMENDATORY
et al.,                                   )
                                         )   COMPLAINT.
                    Defendants.)

FILED JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

To the above named Plaintiff:

    We, Charles L. Krafft and Lenora G. Krafft, one of the defendants named in the Complaint, hereby claim riparian rights to real property we have an interest in (by deed of trust); said property being part of Section Nine, Township nine, South, Range three West, San Bernardino Meridian, in the County of San Diego, State of California. The Rainbow Creek runs thru a portion of this property.

    Other real property the above named defendants has an interest in (by deed of trust), is a portion of the North half of Lot 5, Shipley Tract of West Fallbrook, County of San Diego, State of California, and this parcel lies within the Fallbrook Public Utility District, a company lisenced by the State of California to supply water to the public in that certain section. We claim no rights to the water supplied by that company and paid for by the present occupants of said land we have an interest in (by deed of truct), but we believe that the present occupants of said land have rights, as citizens of the United States of America, to purchase and be supplied with water by said utility district, providing said utility district conforms with all the rules and regulations to operate said utility district by whomsoever may have the right to enforce them. If these rules and regulations are not adhered to by the said utility district, and they are supplying water to the present occupants of said land that they have no right to, then, we believe, we are merely inocent victims of circumstances – omnibus hoc vitium est.

                                                                          _____
                                                                          Charles L. Krafft.

                                                                          _____
                                                                          Lenora G. Krafft.

COPY RECEIVED

(1)

13674