

SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
     Plaintiff, )  No. 1247-SD-C
  vs. ) AMENDED ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the) CHARLES F. SILL and
State of California, et al., )
         ) PAULINE H. SILL
     Defendants. )

Defendants

CHARLES F. SILL and PAULINE H. SILL

answering plaintiff's Complaint and Amendatory and Supple-

mental Complaint herein for themselves alone, and not for any

other defendant, admit, deny and allege as follows:

FIRST DEFENSE

I

   Repeat and re-allege, the same as though set forth

herein in full, all of the allegations set forth in their

Answer to plaintiff's Original Complaint, excepting the alle-

gations contained in paragraph X thereof. Said paragraph X

contains descriptions of the property of these defendants

which descriptions are no longer correct due to purchases

and sales since the filing of said Answer. Defendants will

hereinafter in their Second Separate and Affirmative Defense

- 1 -

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

COPY RECEIVED

13679

1    set forth the correct description of the lands now owned by

2    them.

3                              II

4         Defendants have no knowledge or information suffi-

5    cient to enable them to form a belief as to the allegations

6    contained in Counts II, III, IV, V, VI, VII, VII, IX, X, XI,

7    XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XX, XXIII, and

8    XXIV of plaintiff's Supplement to Complaint, and therefor deny

9    all of said allegations for want of information or belief.

10                             III

11        Deny the allegations of Counts XXI, XXII and XXV

12   of plaintiff's Supplement to Complaint.

13        AS A SECOND , SEPARATE AND AFFIRMATIVE DEFENSE

14   THESE DEFENDANTS ALLEGE:

15                         I

16        Prior to the dates hereinafter set forth the follow-

17   ing described real property in the County of San Diego,

18   State of California: were owned by defendants:

19        PARCEL ONE:  Lot 1, and the N$\frac{1}{2}$ of the SE$\frac{1}{4}$ of the

20        NE$\frac{1}{4}$; and the S$\frac{1}{2}$ of the SE$\frac{1}{4}$ of the NE$\frac{1}{4}$, Section 1,

21        T9S, R4W, SBM.

22        PARCEL TWO:  The N$\frac{1}{2}$ of the SE$\frac{1}{4}$ and the W$\frac{1}{2}$ of the

23        NE$\frac{1}{4}$, Section 1, T9S, R4W, SBM.

24        On or about   11/11/55   defendants sold to the

25   Fallbrook Public Utility District all of said PARCEL ONE ex-

26   cepting that portion thereof as described in Exhibit A,

27   hereunto attached and made a part hereof by reference, re-

28   serving however to the remainder of said PARCEL ONE the full

29   riparian rights of the whle of said PARCEL ONE.

30        On or about   3/13/57   defendants sold to the

31   Fallbrook Public Utility District all of said PARCEL TWO

32                          - 2 -

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

13676

excepting that portion thereof as described in Exhibit B, hereunto attached and made a part hereof by reference, reserving however to the remainder of said PARCEL TWO the full riparian rights of the whole of said PARCEL TWO.

Defendants are now owners of the lands described in Exhibits A and B, hereunto attached.

II

PARCEL ONE, as heretofore described, is riparian to Sandia Creek, which flows through said Parcel in a generally northerly to southerly direction, and all of the riparian rights appurtenant to PARCEL ONE are now appurtenant to the lands described in Exhibit A, hereunto attached, by reason of the reservation of said rights heretofore set forth.

III

PARCEL TWO, as heretofore described, is riparian to Sandia Creek which flows through said Parcel in a generally northerly to southerly direction, and all of the riparian rights appurtenant to PARCEL TWO are now appurtenant to the lands described in Exhibit B, hereunto attached, by reason of the reservation of said rights heretofore set forth.

IV

Defendants claim full correlative rights to the use of the waters of Sandia Creek upon the lands described in Exhibits A and B hereunto attached, in an amount not to exceed 4.2 acre feet per acre per year.

V

The lands described in Exhibit A, hereunto attached are traversed by an un-named intermittent stream which flows through said lands in a generally easterly to westerly direction, and defendants have erected a dam upon said stream behind which they have impounded the winter run-off

- 3 -

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

13677

of said stream in the amount of 15 acre feet per year,
and have thereafter put such impounded waters to benefi-
cial use upon the lands described in Exhibit A, hereunto
attached.

### VI

All of the lands of defendants overly percolating
ground waters which are not a part of Sandia Creek, and
defendants claim full correlative rights to the use of said
percolating ground waters upon their lands in an amount not
to exceed 4.2 acre feet per acre per year, said amount how-
ever not being in addition to, but cumulative with that
claimed as riparian right.

WHEREFOR, defendants pray judgment as follows:

1.  That plaintiff take nothing by its Complaint
and Supplement to Complaint herein.

2.  That this Honorable Court adjudge and decree
that defendants are the owners of water rights appurtenant
to the lands described herein as set forth in this Answer.

3.  That this Honorable Court adjudge and decree
that the water rights of defendant are prior and paramount
to all of the claimed water rights of plaintiff herein.

4.  That this Honorable Court quiet the title
of defendants in and to their rights to the use of water as
set forth herein as against all adverse claims of plaintiff
or other defendants herein.

5.  For costs of suit and for such other relief
as seems just.

SACHSE and PRICE

by _____
Attorneys for Defendants
Charles F. Sill and
Pauline H. Sill

- 4 -

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

13679

That portion of the Northeast Quarter of the Northeast Quarter of Section 1, Township 9 South, Range 4 West, S.B.M., in the County of San Diego, State of California according to United States Government Survey described as follows:

Beginning at the Northeast corner of said Section 1; thence along the North line of said Section S. 88° 52' 34 W. 943.55 feet; thence leaving said North line S. 27° 08' 35" E. 405.85 feet; thence S. 88° 28' 45" E. 215.87 feet; thence N. 54° 36' 25" E. 665.40 feet to the point of beginning.

Bill Karr
L. S. 2961

13679

Sill                                             42.12 Acres

That portion of the East Half of
the Northeast Quarter of Section 1, Township
9 South, Range 4 West S.B.M. in the County
of San Diego, State of California according
to U.S. Government, described as follows:

Beginning at the Southeast corner of
said Northeast Quarter; thence along the East
line of said Northeast Quarter N. 2°37'40"E. 2563.61
feet; thence leaving said East line S. 37°02'05" W.
511.25 feet; thence S.69°08'40" W. 273.77 feet;
thence S.60°59'35" W. 220.51 feet; thence S.29°51'W.
107.98 feet; thence South 7°41'West 174.46 feet; thence
N. 87°47'30"W. 126.19 feet; thence S. 52°06'05" W
143.82 feet; thence S. 47°51'30"W. 312.45 feet; thence
S. 50°31'50"E. 175.09 feet; thence N. 89°17'05"E. 181.60
feet; thence S. 33°34'40"East 263.06 feet; thence
S. 21°45'05"E 200.30 feet; thence S. 85°20'50" W. 230.10
feet; thence S. 1°04'30"W. 194.48 feet; thence S.36°19'10"E.
341.32 feet; thence S. 9°33'45"E 314.65 feet to the
South line of said Northeast Quarter; thence along
said South line N. 89°56'32"E. 661.43 feet to
the point of beginning.

Bill Karn
L.S.2961

13680

SACHSE AND PRICE
1088 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

EXHIBIT A

1
2

**EXHIBIT B**

S 122

9. 72 Acres

That portion of the Northeast
Quarter of the Southeast Quarter of Section 1,
Township 9 South, Range 4 West S. B. M., in
the County of San Diego, State of California
according to United States Government
Survey described as follows:

Beginning at the Northeast corner
of said Southeast Quarter; thence along
the East line of said Southeast Quarter
South 2°23'40" West 225.23 feet; thence
leaving said East line, South 24°35'40" West
1090.44 feet; thence North 15°09' West 524.58
feet; thence North 5°24'20" West 398.15
feet; thence North 48° 36' East 474.09
feet to the North line of said Southeast
Quarter; thence along said North line
North 89°56'32" East 282.21 feet to
the point of beginning.

Bill Karn
L. S. 2961

STATE OF CALIFORNIA } ss.

County of __San Diego__

No. 124 SD C

FRANZ R. SACHSE _____ being first duly sworn, says: That affiant is a citizen of the
United States and a resident of the County of __San Diego__; that affiant is over the age of eighteen years and is
is employed in
business
not a party to the within above entitled action; that affiant's residence address is __1092 S. Main Street__
__Fallbrook, California__
that on the __20__ day of __June__, 19_58_, affiant served the within __Amended Answer of__
__Defendants Charles F. Sill and Pauline H. Sill__

on the __plaintiff__ in said action, by placing a true copy thereof in an envelope
addressed to the attorney___ of record for said __plaintiff__ at the
residence
office   address of said attorney___, as follows* "

Hon. J. Lee Rankin, Room 332, 325 W. F Street, San Diego, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substa-
tion, or mail chute (or other like facility), regularly maintained by the Government of the United States at**_____
for the person___ by and for whom said service was made.
__Fallbrook, California__, California, where is located the office of the attorney___
That there is delivery service by the United States mail at the place so addressed or *** there is a regular communication by
mail between the place of mailing and the place so addressed.       and

Subscribed and sworn to before me this __20__
day of __June__, 19_58_

_____
Notary Public in and for the County of __San Diego__, State of California.
(SEAL)   My commission expires May 25, 1961
* Here quote from envelope name and address of addressee.
** If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office."  13682
*** When the letter is addressed to a post office other than city in which letter is mailed strike out "and"; when addressed to city
in which letter is mailed strike out "or."
AFFIDAVIT OF SERVICE–ANY PAPER BY MAIL–WOLCOTTS FORM 146–REV. 8-54                     60335