SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154



FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William W. Luddy
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, ) No. 1247-SD-C
vs. ) ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY DISTRICT, ) HARVEY N. LAUGHLIN and
a public service corporation of the )
State of California, et al., ) MILDRED LAUGHLIN
        Defendants. )

    Defendants HARVEY N. LAUGHLIN and MILDRED LAUGHLIN, husband and wife answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

    Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

    Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

COPY RECEIVED

INDEXED

13683

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

The lands described in Exhibit A attached are not

- 2 -

1 riparian to the Santa Margarita River or any of its tributaries,
2 but are located on the uplands in the community of Fallbrook
3 in Section 17, T9S R3W, SBM, and are distant more than one mile
4 air line from the Santa Margarita River. The waters underlying
5 said lands are percolating ground waters and defendants assert
6 full correlative rights as overlying landowners to the use of the
7 ground waters percolating beneath their lands in an amount not
8 to exceed 4.2 acre feet per acre per annum.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

June 16, 1958

by [signature]
Attorneys for defendant

- 3 -

13685

1                                EXHIBIT A

the real property in the _____
                 County of    San Diego         State of California, described as follows:
That portion of the West Half of the Southeast Quarter of Section 17, Township 9
South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of
California, according to United States Government Survey approved September 11, 1879,
described as follows:

Beginning at the Northeast corner of the Southwest Quarter of said Southeast Quarter
of Section 17; thence along the East line of said Southwest Quarter of Southeast Quarter
South 0° 52' 20" West 442.35 feet, more or less, to the Northeast corner of the tract of
land conveyed to N. W. Tomlin, et ux, by deed recorded in Book 1999, page 373 of Official
Records being the North line of the South 10 acres of the East 15 acres of the Southwest
Quarter of the Southeast Quarter of said Section 17; thence along the North line of said
land of Tomlin South 89° 55' 30" West 471 feet; thence parallel with the East line of said
West Half of the Southeast Quarter of Section 17 North 0° 52' 20" East 522.67 feet, more
or less, to the center line of Mission Road No. 1-C according to Map thereof on file in
the office of the County Surveyor of said San Diego County; thence along said center line
South 67° 57' East 50.79 feet to the beginning of a curve concave Northerly having a
radius of 500 feet; thence Easterly along said curve 191.40 feet to the end thereof;
thence on a tangent to said curve South 89° 53' East 236.38 feet to said East line of
West Half of Southeast Quarter; thence leaving said center line South 0° 52' 20" West
along the East line of said West Half of Southeast Quarter 23.54 feet to the point of
beginning.

RESERVING therefrom an easement for ingress and egress and pipeline purposes over
the South 10 feet thereof, providing that any adjacent property owner, or owners, that
use this easement as a thorough-fare shall pay their proportionate share of the cost of
any roadway improvement and maintenance.

This deed is made subject to the following conditions, to-wit: The above described
property shall not be used for commercial animal husbandry. For a period of 10 (ten)
years from date, the above described property shall be used for agricultural purposes
only. Not more than one single family residence, one guest house and customary out-
buildings shall be erected on any portion of the above described property for a
~~TO HAVE AND TO HOLD~~ period of ten years. ~~y y y y y y y y y y~~

STATE OF CALIFORNIA,
County of San Diego } ss.   1247 SD- C

Franz R. Sachse being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of San Diego; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's ~~residence~~ business address is 1092 South Main St., Fallbrook, California

that on the 20th day of June, 19 58, affiant served the within Answer of defendants and Request for Admissions, of Harvey N and Mildred Laughlin

on the plaintiff in said action, by placing a true copy thereof in an envelope addressed to the attorney___ of record for said plaintiff at the ~~residence~~ office address of said attorney___, as follows*

Hon. J. Lee Rankin 325 West F Street, San Diego 1, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at** Fallbrook, San Diego County, California, where is located the office of the attorney S for the person S by and for whom said service was made.

That there is delivery service by the United States mail at the place so addressed or *** there is a regular communication by mail between the place of mailing and the place so addressed.    and

Subscribed and sworn to before me this 20th day of June, 19 58

Notary Public in and for the County of San Diego, State of California.
(SEAL)

* Here quote from envelope name and address of addressee.
** If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office."
*** When the letter is addressed to a post office other than city in which letter is mailed strike out "and"; when addressed to city in which letter is mailed strike out "or."

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 8-54

13686-A   60335