SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154



FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
   Plaintiff, ) No. 1247-SD-C
 vs. ) ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY DISTRICT, ) KENNETH V. MARTIN and
a public service corporation of the )
State of California, et al., ) ESPERANCE S. MARTIN
   Defendants. )

Defendants KENNETH V. MARTIN and ESPERANCE S. MARTIN answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

COPY RECEIVED

INDEXED

- 1 -

13697

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

The lands of defendants are all arable and irrigable and one-half of said lands are presently planted to avocados. The lands of defendants are not riparian to any stream, but the said lands are underlain by percolating ground waters not a part of any stream. Defendants assert full correlative rights to the use of said percolating ground waters in an amount not to exceed 4.2 acre feet per acre per year. Defendants have also constructed 3 check dams on their own property which dams are for soil and water conservation purposes and which dams impound only run-off occuring during and immediately after heavy rains. Two other check dams are located partially upon the lands of defendants, and partially upon lands of neighbors. Defendants assert the right to continue the operation of said dams and to impound therein such winter run-off as is possible. Another dam on the property of defendants is used primarily as a reservoir into which is pumped water from defendants well and into which is diverted water from the system of the Fallbrook Public Utility District. Said dam also impounds small quantities of winter run-off. Defendants assert the right to maintain said dam.

- 2A -

13699

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

June 16, 1958

by _____
Attorneys for defendant

- 3 -

13700

EXHIBIT A

628801

## DESCRIPTION

**PARCEL 1:**

That portion of the North Half of the Southeast Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey thereof, described as follows:

Beginning at the Southwest corner of said North Half of the Southeast Quarter; thence along the South line thereof South 89°55' East 433.22 feet to the center line of County Highway Commission Mission Road 1-C; thence along said center line North 38°19'30" East 98.61 feet to the beginning of a tangent 200.00 foot radius curve, concave Southeasterly; thence Northeasterly along said curve through an angle of 3°24'15" a distance of 11.88 feet to the TRUE POINT OF BEGINNING and Point "A" thence leaving said center line, North 37°27'40" West, 176.75 feet to the beginning of a tangent 200.00 foot radius curve, concave Southwesterly; thence Northwesterly along said curve through an angle of 28°42' a distance of 99.13 feet; thence tangent to said curve, North 65°51'40" West, 338.14 feet to a point being designated herein as Point "B", said point being in the West line of said North Half of the Southeast Quarter; thence along said West line North 1°12'40" East 906.23 feet to the center of said Section; thence along the East and West center line of said Section South 89°45'45" East 482.10 feet to the Northwesterly corner of the land described in deed to O. S. CARMICHAEL, et ux, and recorded in Book 5575, page 583 of Official Records; thence along the boundary line of said land South 26°15' East 81.75 feet; thence South 70°08' East 394.80 feet; thence South 8°51'30" East 236.48 feet to the Northwesterly corner of the land described indeed to Charles PAHL, and recorded in Book 5828, page 361 of Official Records; thence along the boundary line of said land South 8°51'30" East 105.12 feet; thence South 34°39'30" East 188.13 feet and South 39°39' West 94.89 feet to an angle point in the Northerly boundary line of the land described in deed to John FROMWITTER, et ux, and recorded in Book 5824, page 182 of Official Records; thence along the boundary line of said land South 39°39' West 71.61 feet; thence North 32°10' West 332.90 feet; thence North 84°48' West 127.90 feet; thence South 32°34'30" West 313.20 feet; thence South 8°36'30" East 405.60 feet to the Southwesterly corner of said land being a point in the arc of a 200 foot radius curve concave Southerly in said center line of Mission Road 1-C; thence Southwesterly along said center line 73.96 feet to the TRUE POINT OF BEGINNING.

- 4 -

EXHIBIT A

13701

STATE OF CALIFORNIA,
County of San Diego } ss.   1247 SD - C

Franz R. Sachse being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of San Diego; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business residence address is 1092 South Main St., Fallbrook, California

that on the 20th day of June, 19 58, affiant served the within Answer of defendants Kenneth V. and Esperance S. Martin

on the Plaintiff in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said plaintiff at the office address of said attorney, as follows:

Hon. J. Lee Rankin, 325 West F Street, San Diego 1, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at Fallbrook, San Diego County, California, California, where is located the office of the attorneys for the persons by and for whom said service was made.

That there is delivery service by the United States mail at the place so addressed or there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 20th day of June, 19 58

Notary Public in and for the County of San Diego, State of California.
(SEAL)

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 8-54

13702