SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154



FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 1247-SD-C |
| vs. | ) | ANSWER OF DEFENDANTS |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | ) | MILTON P. MARTIN and MAGGIE E. MARTIN |
| Defendants. | ) | |

Defendants MILTON P. MARTIN and MAGGIE E. MARTIN answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

All of the lands of defendants are arable and irrigable.

- 2 -

The lands of defendants are improved with a dwelling house and outbuildings and are fully planted to avocado and lemon trees. The said lands are not riparian to any stream and do not abut upon any stream. Said lands are watered by water produced from a well on said land which draws upon percolating ground waters not a part of any stream. Defendants assert full correlative rights to the use of said percolating ground waters in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

June 16, 1958

by _____
Attorneys for defendant

- 3 -

13705

1

EXHIBIT A

All that Real Property situated in the County of San Diego, State of California, bounded and described as follows:

    Commencing at the Northeast corner of Lot 4, Section 13, Township 9 South, Range 4 West, S.B.M., according to United States Government Survey approved June 11, 1880; thence West along North line of said Lot 4 to the Northeast corner of land deeded to Ben Rice by deed recorded in Book 245, page 466 of Deeds; thence Southerly along the Easterly line of said Rices land to the Northerly line of land deeded to Josie S. Given by deed recorded in Book 243, page 138 of Deeds; thence East along North line of Given's land to the East line of said Lot 4; thence North along said East line to point of commencement.

    EXCEPTING THEREFROM that portion thereof included in the Street set out in deed of Fallbrook Bank to Ben Rice, recorded in Book 245, page 466 of Deeds.



- 4 -

EXHIBIT A

13706

STATE OF CALIFORNIA,
County of San Diego } ss.    1247 SD - C

Franz R. Sachse, being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of San Diego; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is 1092 South Main Street, Fallbrook, California

that on the 20th day of June, 19 58, affiant served the within Answer of Defendants and Request for Admissions of Milton P. and Maggie E. Martin

on the plaintiff in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said plaintiff at the office address of said attorney, as follows:

The Hon. J. Lee Rankin, 325 West F Street, San Diego 1, Calif.

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at Fallbrook, San Diego County, California, where is located the office of the attorneys for the persons by and for whom said service was made.

That there is delivery service by the United States mail at the place so addressed or there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 20th day of June, 19 58

Notary Public in and for the County of San Diego, State of California.
(SEAL)

* Here quote from envelope name and address of addressee.
** If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office."
*** When the letter is addressed to a post office other than city in which letter is mailed strike out "and"; when addressed to city in which letter is mailed strike out "or."

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 8-54

13707