SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154



FILED

JUN 23 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William A. _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,

      vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,

            Defendants.

No. 1247-SD-C

ANSWER OF DEFENDANTS

ARNO H. EHRIG and

DATA M. EHRIG

Defendants
ARNO H. EHRIG and DATA M. EHRIG

answering plaintiff's Complaint and Supplement to Complaint for

themselves alone and not for any other defendant, admit, deny

and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information

sufficient to form a belief as to the allegations contained

in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's

Original Complaint herein, and therefore deny all of said

allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original

Complaint herein, defendants admit the litigation

- 1 -

COPY RECEIVED

INDEX

13708

referred to and admit that a stipulated Judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS

ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

All of the lands of defendants are arable and irrigable.

- 2 -

13709

The lands of defendants do not abut upon any stream and are not riparian to any stream.  The said lands overlie percolating ground waters, not a part of any stream and defendants assert full correlative rights to the use of such percolating ground waters in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1.  That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2.  That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3.  That this Honorable Court adjudge and. decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4.  That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5.  For costs of suit and for such other relief as seems just.

SACHSE and PRICE

June 16, 1958                    by _____
                                 Attorneys for defendant

- 3 -

13710

1

EXHIBIT A

all that real property situated in the.................................................................. County of ...San..Diego................................................,
State of California, described as follows:

Those portions of Lot 2 (Northwest Quarter of the Northeast Quarter) and of
the Southwest Quarter of the Northeast Quarter of Section 1, Township 9 South, Range
3 West, San Bernardino Meridian, in the County of San Diego, State of California,
according to the United States Government Survey thereof, September 11, 1879, lying
Southeasterly of that parcel of land conveyed to the State of California by deed dated
September 12, 1947 and recorded in Book 2522, page 470 of Official Records of San
Diego County.



- 4 -

EXHIBIT A

13711

**STATE OF CALIFORNIA,**

County of _____San Diego_____ } ss.                    1247 SD C

_____Franz R. Sachse,_____ _____ being first duly sworn, says: That affiant is a citizen of the
       is employed in
United States and a resident of the County of_____San Diego_____; that affiant is over the age of eighteen years and is
                                                      business
not a party to the within above entitled action; that affiant's residence address is _____1092 South Main St.,_____
_____Fallbrook, California_____

that on the 20th day of _June_____, 19 58, affiant served the within _Answer of Defendants and_
_____Request for Admissions of Arno H. and Data M. Ehrig_____

on the _____plaintiff_____ _____ in said action, by placing a true copy thereof in an envelope
addressed to the attorney____ of record for said _____plaintiff_____ _____ at the
residence
office   address of said attorney____, as follows* "
            The Hon. J. Lee Rankin, 125 West F Street, San Diego 1, Calif.
                                                                                              ";

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substa-
tion, or mail chute (or other like facility), regularly maintained by the Government of the United States at**_____
_____Fallbrook, San Diego County, California_____, California, where is located the office of the attorney S
for the person S by and for whom said service was made.
       That there is delivery service by the United States mail at the place so addressed or *** there is a regular communication by
mail between the place of mailing and the place so addressed.                    and
       Subscribed and sworn to before me this _____20th_____
day of _June_____, 19 58                                      _[signature]_

_[signature]_
Notary Public in and for the County of _____SanDiego_____, State of California.
(SEAL)
* Here quote from envelope name and address of addressee.
** If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office."
*** When the letter is addressed to a post office other than city in which letter is mailed strike out "and"; when addressed to city
in which letter is mailed strike out "or."

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 8-54                          60335

                                                                              13712