```
SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154
```



FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 1247-SD-C |
| vs. ) | ANSWER OF DEFENDANTS |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) a public service corporation of the ) State of California, et al., ) | W. C. SIEVERS AND ALICE G. SIEVERS |
| Defendants. ) | |

Defendants **W. C. SIEVERS and ALICE G. SIEVERS, husband and wife,** answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

COPY RECEIVED

- 1 -

INDEXED

13718

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

13719

Approximately 1700 acres of the lands described in Exhibit A are arable and irrigable, and defendants claim the following rights to the use of water appurtenant to the said lands:

A. The lands of defendants located in the following Sections are all riparian to Wilson Creek, a tributary of the Santa Margarita River: Sections 8, 9, 10, 16, 17 and 18, Township 8 South, Range 1 East, San Bernardino Meridian. Defendants assert full correlative rights to the use of the waters of said stream in an amount not to exceed 4.2 acre feet per acre per year.

B. The lands of defendants located in the following Sections overlie percolating ground waters not a part of any stream: Section 33, Township 7 South, Range 1 East; Section 3, Township 8 South, Range 1 East, San Bernardino Meridian. Defendants claim full correlative rights to the use of the ground waters percolating beneath said lands in an amount not to exceed 4.2 acre feet per acre per year.

C. Defendants are the owners of an appropriative right to the use of waters flowing through Wilson Valley in an amount not to exceed 100 miners inches, based upon an appropriation filed by D. L. Davis, predecessor in interest of plaintiff, dated December 27, 1890, filed in the office of the County Recorder of San Diego County January 28, 1891. Defendants and their predecessors have continuously since that date diverted the entire flow both above and below ground originating in Wilson Valley for use upon their lands located in Sections 8, 16, 17 and 18, Township 8 South, Range 1 East, San Bernardino Meridian.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by *[signature]*
Attorneys for defendants
W. C. Sievers and Alice G. Sievers

- 3 -

13721

EXHIBIT A

### IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA.

Parcel 1: The East half of the Southeast quarter; the East half of the Northwest quarter of the Southeast quarter; the Southwest quarter of the Southeast quarter; the Southeast quarter of the Southwest quarter; the East half of the Southwest quarter of the Southwest quarter of Section 8, Township 8 South, Range 1 East, SBBM.

Parcel 2: Section 9; the West half of Section 16; the North half, the West half of the Southeast quarter and the Northeast quarter of the Southeast quarter of Section 17, all in Township 8 South, Range 1 East, SBBM.

Also, a strip of land 50 feet in width parallel to and adjoining the South line of the Northeast quarter of the Northeast quarter of Section 18, Township 8 South, Range 1 East, SBBM., and extending from the Public Highway passing thru said 40 acres and the easterly line of said 40 acres.

EXCEPTING from said Section 17, one acre in the Northwest corner of the Southwest quarter of the Northwest quarter conveyed to the Cottonwood School District by Deed recorded in Book 45, Page 181 of Deeds, in the Office of the County Recorder of Riverside County.

Together with all water, water rights and interest of every kind and character, riparian or appurtenant to the aforesaid land or which the parties hereto may own by reason of Water Claim No. 1, recorded July 20, 1885, in Book 1, Page 76 of Records of San Diego County, California, and Water Claim No. 2, recorded January 28, 1891 in Book 2, Page 97 of Records San Diego County, and all water rights reserved by the Grantor in the Deed to Fred Bass et ux, covering forty acres in Section 18, Township 8 South, Range 1 East, San Bernardino Base 7 Meridian.

Also all mineral rights of every kind, nature, and description whatsoever.

Parcel 3: Section 33, Township 7 South, Range 1 East, San Bernardino Base & Meridian, as shown by United States Government Survey.

EXCEPTING therefrom any portion thereof included in public roads.

Parcel 5: North half of the Southwest quarter (N 1/2 SW 1/4) of Section 10, Township 8 South, Range 1 East (80 acres); Northeast quarter (NE 1/4) of Section 10, Township 8 South, Range 1 East (160 acres); Southeast quarter of Southeast quarter (SE 1/4 SE 1/4) of Section 3, Township 8 South, Range 1 East (40 acres), Riverside County, S. B. M.

Parcel 4: The Southeast quarter of Section 4, Township 8 South, Range 1 East, SBBM., as shown by United States Government Survey.

Containing 2680 acres more or less.

- 4 -

EXHIBIT A

STATE OF CALIFORNIA,
County of San Diego } ss.    No. 1247 SD

FRANZ R. SACHSE, being first duly sworn, says: That affiant is a citizen of the United States and is employed in and a resident of the County of San Diego; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is 1092 S. Main St., Fallbrook, California

that on the 20 day of June, 1958, affiant served the within Answer of Defendants W. C. Sievers and Alice G. Sievers

on the _____ plaintiff _____ in said action, by placing a true copy thereof in an envelope addressed to the attorney S of record for said plaintiff at the office address of said attorney S, as follows°
Hon. J. Lee Rankin, Room 325 W. F Street, San Diego, Calif.
Mr. George Stahlman, Route 1, Box 235, Fallbrook, California
";

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at°° Fallbrook, California, where is located the office of the attorney for the person___ by and for whom said service was made.
That there is delivery service by the United States mail at the place so addressed or °°° there is a regular communication by mail between the place of mailing and the place so addressed.
                                                                                                                and
Subscribed and sworn to before me this 20 day of June, 19 58
[signature]
Notary Public in and for the County of San Diego, State of California.
(SEAL) My commission expires May 25, 1961

° Here quote from envelope name and address of addressee.
°° If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office."
°°° When the letter is addressed to a post office other than city in which letter is mailed strike out "and"; when addressed to city in which letter is mailed strike out "or."

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 8-54                    60335

13723