FILED

JUN 23 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
PRIVATE CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1247-SD-C |
| Plaintiff, | ) | ANSWER OF DEFENDANTS |
| | ) | FRANKLIN C. STARK, ALICE |
| v. | ) | C. STARK, MALCOLM M. |
| | ) | CHAMPLIN, VIRGINIA P. |
| FALLBROOK PUBLIC UTILITY | ) | CHAMPLIN, AND STARK & |
| DISTRICT and those defendants | ) | CHAMPLIN |
| listed on Exhibit "A" which is | ) | |
| attached to the summons, etc., | ) | |
| | ) | |
| Defendants. | ) | |

Comes now defendants Franklin C. Stark and Alice C. Stark, his

wife, Malcolm M. Champlin and Virginia P. Champlin, his wife, all as in-

dividuals, and Stark & Champlin, a copartnership composed of Franklin C.

Stark, Malcolm M. Champlin, Carl E. Simon, Jr., Stanley E. Sparrowe,

and John F. Wells, and for answer to the Complaint and Supplementary and

Amendatory Complaint served upon said defendants on May 29, 1958 in the

City of Oakland, County of Alameda, State of California, admit, deny and

allege as follows:

I

Said Stark & Champlin heretofore, and on March 15, 1957, con-

veyed by grant deeds to Franklin C. Stark and Alice C. Stark, his wife, and

to Malcolm M. Champlin and Virginia P. Champlin, his wife, all of said

Stark & Champlin's right, title and interest in and to the following real

property in the County of Riverside, State of California:

Lots one and two of Section twenty-nine, the north half of
the Northwest quarter of section thirty-three, the northeast quarter
of the southeast quarter of Section thirty-one and the northeast
quarter, the Lots one and two, the south half of the northwest
quarter, the north half of the southeast quarter and the north half

LAW OFFICES OF
STARK & CHAMPLIN
FINANCIAL CENTER BLDG.
OAKLAND 12, CALIFORNIA
TWINOAKS 3-6527

COPY RECEIVED                    -1-                    13729

INDEXED

of the southwest quarter of Section thirty-two in Township
eight South of Range three west of the San Bernardino Mer-
idian, California, containing six hundred twenty-nine and
thirteen hundredths of an acre, according to the official Plat
of the Survey of the said land on file in the General Land Office.

Said deeds were recorded on April 10, 1957, at Book 2069, page 409, etc.,
of the Official Records of Riverside County.  Said Stark & Champlin alleges
accordingly that it is without any ownership interest of any kind whatsoever
in the real property above referred to, or in any of the real properties or
water or other rights appertaining thereto, involved in or affected by the
within action, that it is for that reason improperly joined as a party defendant
herein, and that it should accordingly be dismissed forthwith from the within
litigation.

II

The said individual defendants, Franklin C. Stark, Alice C. Stark,
Malcolm M. Champlin, and Virginia P. Champlin, have no information or
belief upon the subject matter sufficient to enable them to answer the allega-
tions contained in Paragraphs I, II, III, IV, V, VI, VII, VIII, IX, of the
Complaint (Paragraphs I through IX) as originally filed; Count No. I, Count
No. II (Paragraphs I through III), Count No. III (Paragraphs I through V),
Count No. IV (Paragraphs I through V), Count No. V (Paragraphs I through
VII), Count No. VI (Paragraphs I through V), Count No. VII (Paragraphs I
through III), Count No. VIII (Paragraphs I through IV), Count No. IX (Para-
graphs I through IV), Count No. X (Paragraphs I through V), Count No. XI
(Paragraphs I through II), Count No. XII (Paragraphs I through IX), Count
No. XIII (Paragraphs I through VI), Count No. XIV (Paragraphs I through II),
Count No. XV (Paragraphs I through VI), Count No. XVI (Paragraphs I through
V), Count No. XVII (Paragraphs I through VI), Count No. XVIII (Paragraphs I
through XI), Count No. XIX (Paragraphs I through V), Count No. XX (Para-
graphs I through II), Count No. XXI (Paragraphs I through III), Count No. XXII
(Paragraphs I through III), Count No. XXIII (Paragraphs I through III), Count
No. XXIV (Paragraphs I through II), Count No. XXV (Paragraphs I and II), and
placing their denial upon that ground, deny each and every, all and singular,
the aforesaid allegations in said Paragraphs and Counts contained.

LAW OFFICES OF
STARK & CHAMPLIN
FINANCIAL CENTER BLDG.
OAKLAND 12, CALIFORNIA
TWINOAKS 3-6527

13730

-2-

III

The said individual defendants, Franklin C. Stark, Alice C. Stark, Malcolm M. Champlin and Virginia P. Champlin, allege affirmatively that they are the owners, and entitled to the immediate possession and control of an undivided one-third interest in and to the following real property in the County of Riverside, State of California:

Lots one and two of Section twenty-nine, the north half of the Northwest quarter of section thirty-three, the northeast quarter of the southeast quarter of section thirty-one and the northeast quarter, the Lots one and two, the south half of the northwest quarter, the north half of the southeast quarter and the north half of the southwest quarter of Section thirty-two in Township eight South of Range Three west of the San Bernardino Meridian, California, containing six hundred twenty-nine and thirteen hundredths of an acre, according to the official Plat of the Survey of the said land on file in the General Land Office,

in the following proportions, to wit:

As to Franklin C. Stark and Alice C. Stark:

An undivided one-sixth (1/6) interest;

As to Malcolm M. Champlin and Virginia P. Champlin:

An undivided one-sixth (1/6) interest;

together with any and all water or other rights of whatsoever kind, character or description (whether appropriative, prescriptive, riparian, or otherwise), thereunto appertaining or belonging; that the United States of America, plaintiff herein, is without any right, title or interest of any kind whatsoever in or to the said defendants' real property, or their water or other rights thereunto appertaining or belonging, and that said defendants claim and stand on all of their said rights and desire this court to adjudicate and determine such as against plaintiff or any other person or entity thereunto claiming.

WHEREFORE, defendant Stark & Champlin prays that it be hence dismissed as a party improperly joined herein, and defendants Franklin C. Stark, Alice C. Stark, Malcolm M. Champlin, and Virginia P. Champlin pray that this Court adjudge and determine their ownership of real property and their water and other rights thereunto appertaining, all as aforesaid, and in

13731

1  accordance with right and justice.

2          Dated: June 12, 1958.

3                                          Stark & Champlin,

4                                          by

5                                          Franklin C. Stark

6

7                                          Franklin C. Stark

8

9                                          Alice C. Stark

10

11                                         Malcolm M. Champlin

12

13                                         Virginia P. Champlin

14                                         In Pro Per

15                                     c/o 801 Financial Center Building
                                           Franklin at Fourteenth Street
16                                         Oakland 12, California

17

18  State of California    )
                           :  ss
19  County of Alameda      )

20          Franklin C. Stark, being first duly sworn, deposes and says:

21          That he is one of the defendants named in the foregoing matter;

22  that he has read the within Answer of Defendants Franklin C. Stark, Alice C.

23  Stark, Malcolm M. Champlin, Virginia P. Champlin, and Stark & Champlin,

24  and knows the contents thereof; that he makes this verification on behalf of

25  all of the said named defendants; that the statements contained in the within

26  Answer are true, except those stated upon information and belief, and that

27  those he believes to be true.

28

29                                         Franklin C. Stark

30  Subscribed and sworn to before me

31  this 11th day of June,  1958

32
    Notary Public in and for said County
          and State

LAW OFFICES OF
STARK & CHAMPLIN
FINANCIAL CENTER BLDG.
OAKLAND 12, CALIFORNIA
TWINOAKS 3-6527

13732

-4-