IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Anna D. Sparks
_____Name_____

2053 Eleanor Drive
_____Address_____

Glendale 6, California
___City___ ___and___ ___State___

Defendant

FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
                 Plaintiff )
                           )
            vs.            )   No. 1247
                           )
FALLBROOK PUBLIC UTILITY   )
DISTRICT, et al.,          )
                           )
                Defendants )

Comes now the defendant(s) ___Anna D. Sparks___

and for himself /or themselves/ alone and answering plaintiff's complaint on file, herein denies (///) each and every material allegation contained therein.

*Anna D. Sparks*

COPY RECEIVED

INDEXED

13733