

FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William W. Luddy_
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

_Ralph C. and Muriel E. Morgan_
Name

_#36-Ave 29-_
Address

_Denise California_
City and State

Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff, vs. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants | No. 1247 |

Comes now the defendant(s) _Muriel E. and Ralph C. Morgan_ and for ~~himself or~~ themselves alone and answering plaintiff's complaint on file, herein ~~denies~~ (deny) each and every material allegation contained therein.

_Muriel E. Morgan_
_Ralph C. Morgan_

COPY RECEIVED

INDEXED

13734