John H. Lease
Defendants in propria persona
P. O. Box 73
Dana Point, California.

FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

VS

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

   Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

John H. Lease

The defendant, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

AFFIRMATIVE STATEMENT OF RIGHTS

These defendant own 155 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

WHEREFORE, these defendant pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendant right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defentants in this action; and for such other and further relief as the Court may deem proper.

13735

/s/ John H. Lease

June 17, 1958
COPY RECEIVED
Defendant in propria persona

# EXHIBIT A

## DESCRIPTION OF PROPERTIES

Approx 155 Acres
all in Section 2, Township 7 South, Range 3 West, San Bernardino Base and Meridian.

13736

EXHIBIT B

I am unable to state at the present time what water rights I may possess on Property described in Exhibit A.

Whatever rights I may have I wish to keep. As all of this land except 5 acres is in Section 2 I believe it is a Government Homestead.

I have used my land and water as suited me. I hope to do so in the future.

I rely on all matter of record in the U. S. which I may later produce.

13737