William M. Friedemann & Jessie E. Friedemann

1   **Defendants in propria persona**

2   P.O. Box 113 Temecula, California

FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

4         IN THE UNITED STATES DISTRICT COURT

5           SOUTHERN DISTRICT OF CALIFORNIA

6               SOUTHERN DIVISION

7

8   UNITED STATES OF AMERICA,
                        ) CIVIL NO. 1247- SD - C
9           Plaintiff,   ) 
    v.                     ) ANSWER OF DEFENDANTS
10                            ) William M. Friedemann
  FALLBROOK PUBLIC UTILITY
11   DISTRICT, ET AL,         ) Jessie E. Friedemann

12          Defendants.

13        The defendants, William M. Friedemann, Jessie E. Friedemann

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                  AMENDATORY COMPLAINT
18

19        These answering defendants hereby incorporate by reference

20 all of the allegations contained in the answer to said Complaint and

21 Supplementary and Amendatory Complaint filed in this case by Newton

22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23 of the portion thereof entitled "Affirmative Statement of Rights")

24 and make each and all of said allegations a part of this answer

25 the same as if herein set forth at length.

26               AFFIRMATIVE STATEMENT OF RIGHTS

27       These defendants own   No   acres of land in

28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.

32 COPY RECEIVED
     INDEXED                                      13741

18     WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*William M Friedemann*

*Jessie E Friedemann*

Defendants in propria persona

Dated:

13742

EXHIBIT A.

Land owned by us.

The North East 170 feet by 450 feet, 170 feet facing Pujol Street and 450 feet facing 6th Street as shown by Map of Temecula, Recorded in Book 15, at page 726 of Maps in the office of County Recorder of San Diego County, California

One well, one house (Our home) Water used for domestic use only.

13743