

Herbert & Leda Hayes
317 W Palm St. Apt. 4
Compton, Calif.

June 18, 1958

Attorney J. Lee Rankins
Solicitor General
Room 332,
325 W.F Street
San Diego, Calif.

Dear Sirs:

    In answer to Summons No. 1247 - SD - C received as owners of th Southeast quarter of the Southeast quarter of Section 11, Township 7 South, Range 2 East, San Bernardino Base and Meridian, Anza Area. We wish to note that we are not now using any water from this property, but would like to retain the water rights on it or at least be entitled to the same amount of water as others in the area.

Respectively  Herbert Hayes

COPY RECEIVED

INDEXED

13740