IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Name: Clyde Francis
Address: 5525 N. Carfax Ave.
City and State: Lakewood, California

Defendant s

UNITED STATES OF AMERICA )
                          )
           Plaintiff      )
                          )
   vs.                    )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
           Defendants     )

Comes now the defendant(s) Clyde Francis And Pearle M. Francis (Joint Tenants) and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Clyde Francis
Pearl M. Francis

COPY RECEIVED

INDEXED

13744