Peter Escallier Jr.
Defendants in propria persona
P.O. Box 135   Temecula Calif

FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
          Plaintiff,
   v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
          Defendants.

CIVIL NO. 1247- SD - C
ANSWER OF DEFENDANTS
Peter Escallier Jr.

The defendants, Peter Escallier Jr. each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own  No  acres of land in County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED  INDEXED

13745

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18      WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.
25
26
27           *Peter Escalier jr.*
28           _____
29           Defendants in propria persona
30
Dated:
31
32

13745A

EXHIBIT A.

The land I own.

Lots number 1, 2, 3, 4, 5, 6, 25, 26, 27, 28, 29 and 30 in Block 5 Town of Temecula, Rterside County California.

I have one well and one house (my home) water used for domestic use

13746