**FILED**
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

June 14, 1958

J. Lee Rankin, Solicitor General,
Room 332, 325 West F Street,
San Diego, California.

     In the matter the "Complaint and Supplementary and and Amendatory Complaint" which you served upon me, it is my contention that the ownership of my land includes all surface and underground water rights appurtenant there to.

*Dorothy E. Edwards*
Dorothy E. Edwards

Rt. 2 Box 414
Elsinore, California

COPY RECEIVED
INDEXED

13747