FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _/s/_ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Name: Aris B. Cheney
Address: 13009 Edwards Rd.
City and State: La Mirada, Calif.

Defendant

UNITED STATES OF AMERICA )
                   Plaintiff )
        vs.                ) No. 1247
FALLBROOK PUBLIC UTILITY   )
DISTRICT, et al.,          )
                   Defendants )

Comes now the defendant(s) Aris B. Cheney

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies (deny) each and every material allegation contained therein.

Aris B. Cheney
13009 Edwards Rd
La Mirada, Calif.

COPY RECEIVED
INDEXED

13748