IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

ANZA VALLEY LANDS, Inc.
Name
P.O. Box 1
Address
ANZA, CALIFORNIA
City and State
(none)
Telephone Number

Defendant

FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                          )
             Plaintiff,   )
                          )
       vs.                )   No. 1247
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, et al.,         )
                          )
             Defendants,  )

Comes now the defendant (s) <u>Alvin G. Greenwald, president,</u> <u>and Lucile Rood, secretary-treasurer for Anza Valley Lands, Inc.</u> and for ~~himself or~~ themselves alone and answering plaintiff's complaint on file, herein ~~denies~~ (deny) each and every material allegation contained therein.

ANZA VALLEY LANDS, Inc.

_____ President
_____ Secretary-Treasurer

COPY RECEIVED

INDEXED

13749