LAW OFFICES
SACHSE AND PRICE
1092 South Main Street
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

Attorneys for Defendant

FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California; et al.,<br>  Defendants,<br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br>  Defendant in Intervention. | No. 1247 SD C<br><br>SUBSTITUTION<br>OF<br>ATTORNEYS |

The undersigned defendant for defendants Gertrude E. Crabtree, sued herein as Gertrude Crabtree, Annie Hostetter, Thomas Gale Knight, Marshall W. Knight, W. E. Knight (deceased), Emma Bateman Perry, Catherine Speed, and Mattie S. Thompson, hereby substitutes SACHSE and PRICE as their attorneys of record in the within proceedings in place of P. W. WILLETT and WILLIAM H. MACOMBER.

Dated: June __, 1958.

/s/ Gertrude E. Crabtree

I consent to the above substitution.

Dated: June 19, 1958.

/s/ P. W. Willett

COPY RECEIVED

- 1 -

3942

Above substitution accepted.

Dated: June 20, 1958.

SACHSE and PRICE

by *[signature]*

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF **San Diego** } ss.   No. 1247 SD C

**Franz R. Sachse**, being first duly sworn, says: That affiant, whose address is

**1092 S. Main St., Fallbrook, Calif.**

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached **Substitution of Attorneys**

(Copy title of paper served)

on the **plaintiff** in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

**Hon. J. Lee Rankin, Room 332, 325 West F Street, San Diego 1, Calif.**

(Name and address as shown on the envelope)

sealed and deposited on the _____ day of **June** , 195 **8** , in the United States Mail at

**Fallbrook, San Diego County, California**
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this _____

day of **June** , 195 **8**

*Lois C. Bergstrom*
Notary Public in and for said County and State

(SEAL)

Stuart's FORM 23

*Franz R. Sachse*
3944

My Commission expires **May 25, 1961**