FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

CIVIL NO. 1247-SD-C

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants

ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of copies of the Answers in the above entitled case of the following named defendants:

    ROBERT A. AABERG and RUBY M. AABERG

    ALLEN W. BEACH and ELIZABETH BEACH

    HELMER L. BERGMAN and FALENA E. BERGMAN

    RICHARD C. BOULTON and VERA FLORENCE BOULTON

    HAZEL LAURA BRADLEY

    WILLIAM JOSEPH CAMPBELL and WINIFRED CAMPBELL

    CHARLES H. CLARK, LOLA MONTEZ CLARK, GEORGE A. CLARK and HILDUR M. CLARK

    FRANK ELLIOT COLLIER, FLORAN R. COLLIER, ROBERT WAYNE and MARY HELEN COLLIER WAYNE

    E. W. and DOLORES CONNELL

    JAMES R. COOK, MABEL J. COOK

    JOSEPH E. EDEN and JOSEPHINE E. EDEN

    RALPH K. ENANDER and JOAN C. ENANDER

    MRS. ESTHER (HARRISON) FRANKLIN

    JOHN J. GAMMELL and ALDA W. GAMMELL

    GEORGE R. HARRIS ET AL and ZERLENA HARRIS, MYRTLE H. SCOTT and HUGH L. SCOTT

3897

1. GORDON W. MONFORT and RUTH B. MONFORT
2. VICTORIA OHNGREN
3. JOHN PENA and ELSIE S. PENA
4. HOLGER M. PETERSON and MAGDA M. PETERSON
5. J. E. and PEARL A. RORIPAUGH
6. VERNE R. ROYAL and NANCY C. ROYAL
7. ZANA A. ROYAL
8. HUGH L. SCOTT and MYRTLE H. SCOTT
9. JAMES C. SHARP and MARGUERITE SHARP
10. GUSTAV A. SPANIOL and ROSE SPANIOL
11. JACK R. SUFFICOOL and VAUGHN W. SUFFICOOL
12. ALVIS ANDREW WARD and VELMA FOREMAN WARD
13. THOMAS W. WILKS and THERESA WILKS
14. CAROL C. WILLIAMS
15. RHODA S. YOUNG
16. LAWRENCE H. ALLERT and BESSIE D. ALLERT
17. WALTER H. BARKOW and HILDA BARKOW
18. WILLIAM R. BRADFORD, EDWARD M. McCLAIN and BARBARA J. McCLAIN
19. 
20. SAWYER WELLS CLARK
21. CHARLOTTE M. DENISTON
22. JOHN T. and HELEN C. CARTER
23. FIRST BAPTIST CHURCH OF FALLBROOK, INC.
24. HEYDENREICH, Ernest H. and Daisy M.
25. BENJAMIN A. HITT, WILLIAM H. HITT and ROBERT T. HITT
26. RAYMOND P. JACKSON and LOIS H. JACKSON
27. EDWARD LUDY and RHODA LUDY
28. JANE A. PERRY
29. PAUL R. POORE, MILDRED C. POORE and ROBERT A. POORE
30. ISAAC J. SPANN and RUTH F. SPANN
31. WILLIAM G. THOMAS and GERTRUDE K. THOMAS
32. BRUCE A. TOMLINSON and JULIA M. TOMLINSON

3898

1     FRANKLIN D. ACKER and IONE A. ACKER

2     EARL L. ANDERSON and FRANKIE N. ANDERSON,
       DANIEL W. ECKERMAN and GLADYS M. ECKERMAN,
3     FRANCIS FRAKES,
       AILEEN ISABELL FOSNAUGH
4     GLADYS R. GAULDIN and RICHARD R. GAULDIN,
       MABEL A. PETERSON and RICHARD A. PETERSON,
5     JULIA H. SCHRYER and WILFRED L. SCHRYER,
       IRENE K. STROUD and ROBERT A. STROUD

6

7     BENNETT, SAMUEL W. and MARY STOCKDALE

8     FOREST J. BRADY

9     WALTER M. BREINING and LUCILLE V. BREINING

10    F. A. BURNHAM and VERA E. BURNHAM

11    MELVIN E. FLOYD and ESTELA G. FLOYD

12    BEATRICE A. and STEVEN G. GUMPFER

13    ETTA HAMILTON

14    GEORGE R. HARRIS and ZERLENA HARRIS

15    GERRIT J. HORSTMAN and EDITH G. HORSTMAN

16    ALFRED KNOTT and FREDA O. KNOTT

17    VERNON C. KNOTT

18    ROBERT E. MAPES and EVELYNE MAE MAPES

19    LEW E. PITTAM and ETHEL V. PITTAM

20    JOSEPH C. RAIL,
        FREDA O. KNOTT

21    WILLIAM EDWARD RUMBLEY and ERMA CREOLA RUMBLEY

22    LOLA SAMANEIGO

23    LAWRENCE W. SCHUMACHER and MARGARET A. SCHUMACHER

24    LEONARD O. SMOHL and ETHEL L. SMOHL

25    EDWIN T. SHOCKLEY and EMMELYN F. SHOCKLEY

26    DAVID E. TAYLOR

27    JOHN H. and LAURA WATKINS

28

29    DATED: JUNE 9, 1958.

30

31                                *William H. Veeder*

32