FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,)
        Plaintiff,    )
        v.              )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al         )
        Defendants. )

CIVIL NO. 1247-SD-C

ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of copies of the Answers in the above entitled case of the following named defendants:

GEORGE M. CHAPMAN and NADEEN L. CHAPMAN

PHILLIP M. CONKLE and ELDA W. CONKLE

RAY B. HOTCHKISS and MINNIE J. HOTCHKISS, NATHAN A. MEEK, JR. and WILMA MEEK

CLARENCE H. JACOBS and LILLIAN M. JACOBS

HOLGER H. JENSEN and DAISY M. JENSEN

EARL E. AND MARION V. JOHNSON

JOSEPH W. or LEONA McGAUGH

FRED T. NORMAN and MAZIE I. NORMAN

RESSIE M. PETERS

ALBERT E. PLACE and BERNICE PLACE

GEORGE E. THROPP and ROSALINE THROPP

EDWARD W. WRIGHT and L. CHRISTINE WRIGHT

PAUL GILBERT WRIGHT and BETTYE JO WRIGHT

RICARDO and JULIA BOSCACCI

GERALD W. ACKLES and ELLEN V. ACKLES

DELBERT E. BARRETT

EDWARD W. BROCKNAU and BESSIE C. BROCKNAU

3902

```
 1    WILLIAM and LOTTIE B. BROWNING
 2    FRANK CRABTREE and LILLIE MAE CRABTREE
 3    HELEN DURR, now Helen Durr Hill,
      VICTOR C. HILL
 4
      H. DURR, aka Helen Durr, now Helen Durr Hill,
 5    VICTOR C. HILL
 6    VICTOR C. HILL and HELEN DURR HILL
 7    JOHN H. RICHIE and MARIE L. RICHIE
 8    RICHARD JACOBUS and ANN M. JACOBUS
 9    SELMA A. JOHNSON; VENDIT L. JOHNSON;
      GENEVIEVE S. JOHNSON
10
      HAROLD R. MAHR and INITA M. MAHR
11
      NELLIE M. MILHOLLAND
12
      JIM R. PRUETT, EVA O. PRUETT,
13    MILDRED HYATT,
      ALTA SINGLETERY and EVERETT SINGLETERY
14
      JAMES B. SEARS
15
      VERNE G. SHIPLEY and LUELLA G. SHIPLEY
16
      HARRY D. and RUBY A. SISCO
17
      DOROTHY STAFFORD
18
      NINA B. WRIGHT
19
      A. R. MUELLER and JEWEL MUELLER
20
      GRAHAM, HAROLD L. and THERESA
21
      NELLIE R. TAUBER
22  DATED: June 20, 1958.
```

W. Weaver
Assist US att'y
San Diego, Calif.

2.

3903