

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

CIVIL NO. 1247-SD-C

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, et al,

    Defendants.

ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of copies of the Answers in the above entitled case of the following named defendants:

BEATRIZ ARNAIZ, aka Beatrice Arnaiz

AGNES H. (JEAN) BETHELL

JACK W. CALDWELL and ELEN A. CALDWELL,
WALLER, N. A. and ETHEL R. WALLER

RICHARD BRAY and CORA B. BRAY

FRANCIS C. JANKOVSKY and FLORENCE M. JANKOVSKY

GERTRUDE D. JUNKIN

RUSSELL M. LITCH and DORIS A. LITCH

S. A. and BELLE E. McGRATH

JAMES F. MACHA, JR. and BERNICE MACHA

CHESTER W. MORRISON and ROSAMOND B. MORRISON

CHARLES M. PURTEE and LENNA JO PURTEE

SOUTHERN PACIFIC LAND COMPANY

RUSSELL WHALEY and RUTH E. WHALEY

DATED: 20 June 1958

            W G Seaver
            Assist. US att'y
            San Diego, Calif.

3904