F I L E D

JUN 23 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

CIVIL NO. 1247-SD-C

UNITED STATES OF AMERICA,  )
        Plaintiff,  )
    v.  )   ACKNOWLEDGMENT OF RECEIPT
FALLBROOK PUBLIC UTILITY  )
DISTRICT, ET AL,  )
        Defendants  )

I hereby acknowledge receipt of copies of the Answers in the above entitled case of the following named defendants:

    METHEL S. BACON

    MURRAY E. BURNAMAN & NEVA M. BURNAMAN

    FEROL ROWLAND CAMERON

    WILLIS M. CHURCH

    CHAS. H. CYR

    JOHN F. HAWORTH and DOROTHY P. HAWORTH

    MRS. LOTTIE L. HAGEN

    GLENN C. HALLOCK and ARSENUTH JEANNE HALLOCK

    SILAS M. HATHAWAY and SHIRLEY J. HATHAWAY

    INEZ HUNT (Deceased) and
    MURRIETA VALLEY TOWN HALL ASSOCIATION

    ROBERT HANLEY MADIGAN and BARBARA JEAN MADIGAN

    AMORITA N. MACY

    MELVIN H. MANN and JANET B. MANN

    MAMIE E. MINER

    PAUL G. PERINICH and NANCY T. PERINICH

    CHARLES H. SNAVELY and MARJORIE A. SNAVELY

1. ZELMA E. STEARNS and GILBERT STEARNS
2. SYDNEY T. STEPHENS (deceased) and ANNA J. STEPHENS
3. HENRY C. TAYLOR and HAZEL M. TAYLOR
4. HENRY C. TAYLOR and HAZEL M. TAYLOR
5. SAM TERMINE and SARAH TERMINE
6. KATHERINE G. THOMSON, PENCE I. PORTREY and RUBY R. PORTREY
7. 
8. BLANCHE M. THOMPSON
9. RAYMOND INGRAHAM THOMPSON and OCTAVIA THOMPSON
10. CLYDE S. TRIPP
11. MADELEINE E. THURBER and PACKARD THURBER
12. DOROTHY M. VATNSDAL
13. EDWARD H. WEAVER
14. CHARLES D. ALBRIGHT and ERMA I. ALBRIGHT
15. HOWARD F. BAILEY and LOLA X. BAILEY; CHALMA E. BAILEY, and CHALMA E. BAILEY, administrator of estate of OLIN F. BAILEY, DECEASED
16. 
17. EVE S. BOWLIN
18. MAUDE M. BUCHANAN and JAMES DAVID BUCHANAN
19. ORA L. BURCH and ADELE E. BURCH
20. JEAN H. CLARK and MILDRED C. CLARK
21. HUFFMAN H. COCHRAN and IVALEAH M. COCHRAN
22. ELFIE E. DANIELS or ELFIE DANIELS
23. JOHN C. FISHER and DOROTHY A. FISHER
24. LYDIA E. GEREND
25. CLYDE HALLSTED & MAXINE HALLSTED
26. ARCHIE H. HANNA and VERNA L. HANNA
27. EDNA B. HEDEEN
28. DONALD E. HUDSON and BEULAH E. HUDSON
29. INDEPENDENT ORDER OF ODDFELLOWS, FALLBROOK LODGE NO. 339
30. 
31. HOWARD T. JACKSON & MARY AGNES JACKSON
32. JOHN L. JUNKIN and MARIAN F. JUNKIN

```
 1   WILLIAM H. McGREW and HELEN BRANDT McGREW
 2   BEN MABEN and EDNA G. MABEN
 3   MADGE MARTY
 4   RICHARD L. MILHOLLAND and ELLEN M. MILHOLLAND
 5   GEORGE NEEDHAM and MILDRED L. NEEDHAM
 6   MARION R. NICHOLS, RICHARD A. NICHOLS,
     DONALD E. NICHOLS
 7
     OCCIDENTAL COLLEGE
 8
     FRED J. POURROY and FRANCES POURROY
 9
     ROBERT W. SEVERNS and DORIS E. SEVERNS
10
     DONALD R. STEVENSON and ETHEL T. STEVENSON
11
     PAUL H. THOMPSON, and MARY H. THOMPSON
12
     ALPHA TIPTON
13
     HARRY C. WINTER and FLORENCE WARREN WINTER
14
     WARREN S. WINTER
15
     WILLIAM ZASTONE and RITA C. ZASTONE
16
     RETTA WINTER
17
```

DATED: June 20, 1958

W. B. Weaver
Assist. of att'y
San Diego, Calif.