

FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

CIVIL NO. 1247-SD-C

UNITED STATES OF AMERICA,   )
        Plaintiff,   )
    v.   )   ACKNOWLEDGMENT OF RECEIPT
FALLBROOK PUBLIC UTILITY   )
DISTRICT, ET AL,   )
        Defendants.   )

    I hereby acknowledge receipt of copies of the Answers in the above entitled case of the following named defendants:

    ESTHER AMELITA BERTRAND

    ERNEST J. BLAKE and BEATRICE BLAKE

    RICHARD A. DOTY and MARY F. DOTY

    ESTATE OF ALBERT H. EDMOND; V. V. HILLIARD, EXECUTOR

    THOMAS ASA FREEMAN and THELMA LILLIAN FREEMAN

    FRANK F. FRONTINO and NELLIE ROSE FRONTINO

    FLORENCE V. HUSCHER, MARTHA E. HUSCHER and WINIFRED FAY HUSCHER

    MILDRED P. PETERSON; LUELLA S. PETERSON and RUSSELL R. PETERSON

    PAUL M. SCOTT and KATHRYN M. SCOTT

    BESSIE M. WICKERD

    JOHN FROHWITTER and RACHEL FROHWITTER

    JESSIE BATSON and HELEN BATSON

    STANLEY K. COATES and RISSA INTHA COATES

    WILLIAM M. FRIEDEMANN & JESSIE E. FRIEDEMANN

    GEORGE P. LODES and FAY WINIFRED LODES

    RICHARD C. McDANIEL and ALMA F. McDANIEL

1   WALTER OSBORNE, ELAINE P. OSBORNE; and
    EDWARD H. CRAIG and FREDDA H. CRAIG
2
    VICTOR VAN DER LINDEN and PAMELA VAN DER LINDEN;
3   N. A. WALLER and ETHEL R. WALLER

4   G. I. WALLACE and MABEL S. WALLACE

5   RAYMOND C. FAULKNER and CHARLOTTE FAULKNER

6   RUSSELL O. FREEMAN and GLADYS E. FREEMAN

7   CHARLIE H. LIEFER and VIOLA S. LIEFER

8   CHARLES JACK LIEFER and NATHALINE N. LIEFER

9   ROY F. LINDQUEST and NELLIE LINDQUEST

10  GEORGE MAGNO

11  EUGENE L. MATHWIG and NOREEN I. MATHWIG

12  CHARLES H. MORRIS, FLORENCE N. MORRIS, and
    ROBERT C. MORRIS
13
    FRANK H. SHEA and ELEANOR T. SHEA

DATED: June 20, 1958.

W A Leaver
Assist US Att'y
San Diego, Calif.

2.

3901