JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ illegible
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 1247-SD-C |
| v. | ) AFFIDAVIT OF SERVICE BY MAIL |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF SAN DIEGO )

_____Edward F. Padelford_____, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

That, in the above entitled action, on __June 20, 1958__, he deposited in the United States mail at Oceanside, California, in envelopes bearing the requisite postage, at which places there is a delivery service by United States mails from said post offices, a copy of
   RESPONSE TO MEMORANDUM IN SUPPORT OF MOTION TO DISMISS,
   RESPONSE TO MEMORANDUM OF CALIFORNIA IN SUPPORT OF MOTION
       TO DISMISS COUNT XXII OF COMPLAINT,
   RESPONSE TO MOTION TO DISMISS COUNT NO. XXI FILED BY THE
       FALLBROOK PUBLIC UTILITY DISTRICT AND THE STATE OF
       CALIFORNIA, and
   RESPONSE TO "MEMORANDUM IN SUPPORT OF DEFENDANT FALLBROOK
       PUBLIC UTILITY DISTRICT'S MOTION TO DISMISS COUNT XXII,
       APPROPRIATIVE RIGHTS OF THE UNITED STATES."

addressed to the last known addresses of the persons listed in Exhibit A, attached hereto and made a part hereof.  /s/ Edward F. Padelford

Subscribed and sworn to before me this _23_ day of ____June, 1958____

/s/ Margaret B. Looker
Notary Public in and for said
    County and State
(SEAL)

My Commission Expires June 3, 1966

COPY RECEIVED

3908

| | | |
|---|---|---|
| 1 | Florence A. Anderson | Charles H. Carter |
| | Room 918 | 1025 Main Street |
| 2 | 756 South Broadway | Corona, California |
| | Los Angeles, California | |
| 3 | | Howard E. Crandall |
| | Anderson & Anderson | 127 West Anaheim Boulevard |
| 4 | Room 817 | Wilmington, California |
| | 606 South Hill Street | |
| 5 | Los Angeles 14, California | Crider, Tilson & Ruppe |
| | | 548 South Spring Street |
| 6 | Ashton, Drohan and Marchetti | Los Angeles 13, California |
| | 3345 Newport Boulevard | Attention: Tom Halde |
| 7 | Newport Beach, California | |
| | Attention: Henry Ashton | William J. Cusack |
| 8 | | Room 814 |
| | Office of Attorney General | 307 West 8th Street |
| 9 | Library and Courts Building | Los Angeles, California |
| | Sacramento, California | |
| 10 | Attention: Adolphus Moskovits, | Davidson & Russ |
| | Deputy Attorney General | 16405 South New Hampshire Ave |
| 11 | | Gardena, California |
| | Bates Booth & Gray, Binkley & Pfaelzer | |
| 12 | 458 South Spring Street | Charles B. DeLong |
| | Los Angeles 13, California | 507 Harbor Insurance Building |
| 13 | | San Diego 1, California |
| | Bauder, Gilbert, Thompson & Kelly | |
| 14 | Suite 939 | W. B. Dennis |
| | 458 South Spring Street | 365 Broadway |
| 15 | Los Angeles, California | Vista, California |
| 16 | Best, Best & Krieger | Leonard J. Difani |
| | Evans Building | 220 Loring Building |
| 17 | Riverside, California | Riverside, California |
| 18 | A. A. Bianchi | Emmett E. Doherty |
| | Room 901 | 612 Flower Street |
| 19 | 400 Montgomery Street | Los Angeles, California |
| | San Francisco, California | |
| 20 | | J. A. Donnelley & Richard P. MacNulty |
| | Thomas J. Burke | 2655 4th Avenue |
| 21 | 504 Granger Building | San Diego, California |
| | San Diego 1, California | |
| 22 | | Devor & Dorfman |
| | Busch & Maroney | 924 Van Nuys Building |
| 23 | 367 North 2nd Avenue | Los Angeles 14, California |
| | Upland, California | |
| 24 | | Lawrence E. Drumm |
| | Bert Buzzini | Suite 820 |
| 25 | 2233 Fulton Street | 458 South Spring Street |
| | Berkeley 4, California | Los Angeles 14, California |
| 26 | | |
| | Cannon & Callister | Ray G. Eberhard |
| 27 | 650 South Spring Street | Room 1231 |
| | Los Angeles 14, California | 215 West 7th Street |
| 28 | | Los Angeles 14, California |
| | Mabel Clausen | |
| 29 | 320 First Trust Building | Estudillo & Bucciarelli |
| | Pasadena, California | 3900 Market Street |
| 30 | | Riverside, California |
| | Clayson, Stark & Rothrock | |
| 31 | Security Bank Building | Fendler, Weber & Lerner |
| | Corona, California | 333 South Beverly Drive |
| 32 | Attention: George G. Grover | Beverly Hills, California |
| | & Owen Strange | |

-1-

EXHIBIT A

3909

| | | |
|---|---|---|
| 1 | Daniel W. Gage | Higgs, Fletcher & Mack |
|   | Room 740 | 2250 Third Avenue |
| 2 | 458 South Spring Street | San Diego 1, California |
|   | Los Angeles 13, California | |
| 3 | | William Murray Hill |
|   | Garver & Garver | 620-621 First National Bank Bldg |
| 4 | Camas, Washington | San Diego 1, California |
| 5 | Arthur M. Gediman | Howland & Prindle |
|   | 119 South Main Street | 639 South Spring Street |
| 6 | Elsinore, California | Los Angeles 14, California |
| 7 | Leo Goodman | G. Norman Kennedy |
|   | 629 South Hill Street | Room 415 |
| 8 | Los Angeles 14, California | 234 East Colorado Street |
|   | | Pasadena, California |
| 9 | Gold & Gold | |
|   | Suite 304, Bay Cities Building | James H. Kindel, Jr. |
| 10 | Santa Monica, California | Suite 405, Rowan Building |
|   | | Los Angeles 13, California |
| 11 | Abraham Gottfried | |
|   | 424 South Beverly Drive | Courtney Lacey |
| 12 | Beverly Hills, California | 408 East Florida Avenue |
|   | | Hemet, California |
| 13 | Frank E. Gray | |
|   | 202 South Hamilton Drive | Launer, Chaffee & Launer |
| 14 | Beverly Hills, California | Bank of America Building |
|   | | Fullerton, California |
| 15 | Samuel A. Greenburg | |
|   | 1014 West Valley Boulevard | Walter Gould Lincoln |
| 16 | Alhambra, California | Suite 1113 |
|   | | 742 South Hill Street |
| 17 | Alvin G. Greenwald | Los Angeles 14, California |
|   | Suite 303 | |
| 18 | 6505 Wilshire Boulevard | Lindley, Lazar & Scales |
|   | Los Angeles 42, California | 825 Bank of America Building |
| 19 | | San Diego 1, California |
|   | Hahn, Ross & Saunders | |
| 20 | Suite 611 | Luce, Forward, Kunsel & Scripps |
|   | 608 South Hill Street | 1220 San Diego Trust & Savings Bldg |
| 21 | Los Angeles 14, California | San Diego 1, California |
| 22 | Frank S. Hamburger | William H. Macomber |
|   | 1031 Mills Tower | 1114 San Diego Trust & Savings Bldg |
| 23 | San Francisco, California | San Diego 1, California |
| 24 | Halverson & Halverson | Earl Malmrose |
|   | Suite 611 | Room 651 |
| 25 | 704 South Spring Street | 1206 Maple Avenue |
|   | Los Angeles 14, California | Los Angeles 15, California |
| 26 | | |
|   | Leslie B. Hanson | Richard M. Marsh |
| 27 | 4412 York Boulevard | 54-262 Jackson Street |
|   | Los Angeles, California | Indio, California |
| 28 | | |
|   | Hash & Bernstein | Thomas P. Menzies |
| 29 | 31 South First Avenue | Room 803 |
|   | Phoenix, Arizona | 458 South Spring Street |
| 30 | | Los Angeles 13, California |
|   | J. E. Hemmi | |
| 31 | 220 North Nevada Street | Henry M. Moffatt |
|   | Oceanside, California | 121 East 6th Street |
| 32 | | Los Angeles 14, California |

3910

-2-   EXHIBIT A

| | | |
|---|---|---|
| 1 | Neblett, Walker & Sullivan | Slaughter, Schlesinger & Schlecht |
|   | 3742 10th Street | 250 East Palm Canyon Drive |
| 2 | Riverside, California | Palm Springs, California |
|   | Attention: John Neblett | |
| 3 | | Snyder & Snyder |
|   | A. J. O'Connor | 215 South La Cienega Boulevard |
| 4 | 639 South Spring Street | Beverly Hills, California |
|   | Los Angeles 14, California | |
| 5 | | George Stahlman |
|   | O'Melveny & Myers & George Stahlman | Route 1, Box 235 |
| 6 | 433 South Spring Street | Fallbrook, California |
|   | Los Angeles 13, California | |
| 7 | | W. E. Starke |
|   | Orrick, Dahlquist, Herrington & Sutcliffe | 1130 Bank of America Building |
| 8 | 405 Montgomery Street | San Diego 1, California |
|   | San Francisco 4, California | |
| 9 | Attention: Christopher M. Jenks | Hugo A. Steinmyer & Winfield Jones |
|   | | 650 South Spring Street |
| 10 | George M. Pierson | Los Angeles 14, California |
|   | 816 Continental Building | |
| 11 | Los Angeles 13, California | Stone & Moran |
|   | | 880 East Colorado Street |
| 12 | Postel & Postel | Pasadena, California |
|   | 400 Montgomery Street | |
| 13 | San Francisco 4, California | Swanwick, Donnelly & Proudfit |
|   | | Suite 912 |
| 14 | Richardson & Henderson | 620 South Spring Street |
|   | 174 North Palm Canyon Drive | Los Angeles 14, California |
| 15 | Palm Springs, California | |
|   | | Swing & Swing |
| 16 | Riedman, Dalessi, Shelton & Beyer | 313 Central Building |
|   | Suite 426 | San Bernardino, California |
| 17 | 110 West Ocean Boulevard | |
|   | Long Beach 2, California | Swing, Scharnikow & Staniforth |
| 18 | Attention: Fred M. Riedman | Suite 604 |
|   | | 530 Broadway |
| 19 | Office of Riverside County Counsel | San Diego 1, California |
|   | County Court House | Attention: Phil D. Swing |
| 20 | Riverside, California | |
|   | Attention: Wilburn J. Murry, Deputy | Tanner, Thornton & Myers |
| 21 | James H. Angell, Deputy | 215 West 7th Street |
|   | | Los Angeles 14, California |
| 22 | Sachse & Price | |
|   | 1092 South Main Street | Harry E. Teasdall |
| 23 | Fallbrook, California | 114 North Main Street |
|   | | Fallbrook, California |
| 24 | Office of San Diego County District Attorney | |
|   | 302 Civic Center | Teschke, Rowe & Cramer |
| 25 | San Diego 1, California | 359 North Cannon Drive |
|   | Attention: Robert G. Berrey, | Beverly Hills, California |
| 26 | Deputy District Attorney | |
|   | | Thompson & Colegate |
| 27 | Sarau, Adams, Neblett & Sarau | 405 Citizens Bank Building |
|   | Suite 308 | Riverside, California |
| 28 | 3972 Main Street, | |
|   | Riverside, California | Trihey & Mirich |
| 29 | | 565 West 5th Street |
|   | Gary W. Sawtelle | San Pedro, California |
| 30 | 650 South Spring Street | |
|   | Los Angeles 14, California | Van Dyke, Dellenback & McGoodwin |
| 31 | | 110 East 6th Street |
|   | J. D. Skeen | Medford, Oregon |
| 32 | 802 Utah Oil Building | |
|   | Salt Lake City Utah | |

-3-

3911

EXHIBIT A

```
 1   Watson, Hart & Mieras
        5939 Monterey Road
 2      Los Angeles 42, California

 3   G. E. Weikert
        918 Oviatt Building
 4      Los Angeles 14, California

 5   Weyl, Dunnaway & Weyl
        6331 Hollywood Boulevard
 6      Los Angeles 38, California

 7   Whitney & Friedlander
        8736 Sunset Boulevard
 8      Los Angeles 46, California

 9   Wyckoff, Parker, Boyle & Pope
        P. O. Box 960
10      Watsonville, California

11   Dennett Withington
        1317 E Street
12      San Bernardino, California

13   Cornelius T. Waldo
        10742 Nassau Avenue
14      Sunland, California

15   Robert W. Walker, Henry M. Moffatt,
        Robert S. Curtiss
16         448 Santa Fe Building
           Los Angeles, California
17

18   P. W. Willett
        P. O. Box 107
19      Fallbrook, California

20   Stark & Champlin
        Financial Center Building
21      Oakland 12, California
```

-4-

3912

EXHIBIT A