SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154


JUN 23 1958


IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
    vs.
FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,
        Defendants.

No. 1247-SD-C

REQUEST FOR ADMISSIONS UNDER RULE 36 DEFENDANTS

ROBERT R. and ELAINE GAGNON

Defendants ROBERT R. and ELAINE GAGNON

request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1.  Defendants are the owners of the lands described in their answer herein.

    2.  The lands described in the answer of defendants include   1   acres of irrigable land.

    3.  A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

- 1 -

COPY RECEIVED

3913

4. The lands of defendants do not abut upon and are not riparian to any stream.

5. The lands of defendants overlie percolating ground waters not a part of any stream.

June 16, 1958

SACHSE and PRICE

by *[signature]*
Attorneys for defendant

- 2 -

3914