F I L E D

JUN 23 1958

U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA
By William W. Luddy
DEPUTY CLERK

1
2
3  SACHSE and PRICE
   Attorneys at Law
   1092 S. Main Street
   Fallbrook, California
   Phone: RAndolph 8-1154

4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9            SOUTHERN DISTRICT OF CALIFORNIA
10                 SOUTHERN DIVISION
11

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )       No. 1247-SD-C
                                   )
        vs.                        )       REQUEST FOR
                                   )       ADMISSIONS UNDER
FALLBROOK PUBLIC UTILITY DISTRICT, )       RULE 36
a public service corporation of the )
State of California, et al.,       )       DEFENDANTS
                                   )
            Defendants.            )       LOUIS D. and KATHERINE I.
                                   )
                                           GAGNON
          Defendants

LOUIS D. and KATHERINE I. GAGNON
        defendant Vail Company
request XXXXXXXXX within ten (10) days after the service of

this request to admit that the following statements are true,

for the purposes of this action only, and subject to all

pertinent objections to admissibility which may be interposed

at the trial:

     1.  Defendants are the owners of the lands described in

their answer herein.

     2.  The lands described in the answer of defendants

include    1/2      acres of irrigable land.

     3.  A reasonable water duty for the irrigable lands of

defendants is 4.2 acre feet per acre per year.

                    - 1 -

COPY RECEIVED

3915

4.   The lands of defendants do not abut upon and are not riparian to any stream.

5.   The lands of defendants overlie percolating ground waters not a part of any stream.

SACHSE and PRICE

June 16, 1958

by _____
Attorneys for defendant

- 2 -

3916