SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone:  RAndolph 8-1154

FILED

JUN 23 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )        No. 1247-SD-C
        vs.                    )
                               )        REQUEST FOR
FALLBROOK PUBLIC UTILITY DISTRICT,  )   ADMISSIONS UNDER
a public service corporation of the )   RULE 36
State of California, et al.,   )
                               )        DEFENDANTS
            Defendants.        )
                               )ROBERT R. and ELAINE GAGNON

Defendants    ROBERT R. and ELAINE GAGNON

        defendant Vail Company
request xxxxxxxxx within ten (10) days after the service of

this request to admit that the following statements are true,

for the purposes of this action only, and subject to all

pertinent objections to admissibility which may be interposed

at the trial:

        1.  Defendants are the owners of the lands described in

their answer herein.

        2.  The lands described in the answer of defendants

include     1       acres of irrigable land.

        3.  A reasonable water duty for the irrigable lands of

defendants is 4.2 acre feet per acre per year.

                        - 1 -

COPY RECEIVED

3917

1        4.   The lands of defendant do not abut upon and are

2    not riparian to any stream.

3        5.   The lands of defendants overlie percolating ground

4    waters not a part of any stream.

6                                          SACHSE and PRICE

7       June 16, 1958

8                                       by _____

- 2 -

3918