

FILED

JUN 23 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William de_____
                    DEPUTY CLERK

SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1247-SD-C |
| Plaintiff, | ) | |
| vs. | ) | REQUEST FOR ADMISSIONS UNDER RULE 36 |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | ) ) ) | DEFENDANTS |
| Defendants. | ) | ARNO H. and DATA M. EHRIG |

Defendants

ARNO H. and DATA M. EHRIG

request plaintiff within ten (10) days after the service of

this request to admit that the following statements are true,

for the purposes of this action only, and subject to all

pertinent objections to admissibility which may be interposed

at the trial:

1. Defendants are the owners of the lands described in their answer herein.

2. The lands described in the answer of defendants include     3     acres of irrigable land.

3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

- 1 -

COPY RECEIVED

3921

4.   The lands of defendants do not abut upon and are not riparian to any stream.

5.   The lands of defendants overlie percolating ground waters not a part of any stream.

SACHSE and PRICE

June 16, 1958

by _____
Attorneys for defendant

- 2 -

3922