SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone:  RAndolph 8-1154



FILED

JUN 23 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William W. Luddy
               DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>    Defendants. | No. 1247-SD-C<br><br>REQUEST FOR<br>ADMISSIONS UNDER<br>RULE 36<br><br>DEFENDANTS<br><br>MILTON P. MARTIN and<br><br>MAGGIE E. MARTIN |

Defendants

MILTON P. MARTIN and MAGGIE E. MARTIN

request plaintiff within ten (10) days after the service of

this request to admit that the following statements are true,

for the purposes of this action only, and subject to all

pertinent objections to admissibility which may be interposed

at the trial:

    1.  Defendants are the owners of the lands described in

their answer herein.

    2.  The lands described in the answer of defendants

include    10    acres of irrigable land.

    3.  A reasonable water duty for the irrigable lands of

defendants is 4.2 acre feet per acre per year.

- 1 -

COPY RECEIVED

3923

 4. The lands of defendants are not riparian to and do not abut upon any stream.

 5. The waters underlying said lands are percolating ground waters not a part of any stream.

            SACHSE and PRICE

June 16, 1958         by *[signature]*
              Attorneys for defendant

- 2 -

3924