SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154



FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 1247-SD-C |
| vs. ) | REQUEST FOR ADMISSIONS UNDER RULE 36 |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) a public service corporation of the ) State of California, et al., ) | DEFENDANTS |
| Defendants. ) | JOHN B. and PENELOPE C. KENTIS |

Defendants

JOHN B. and PENELOPE C. KENTIS

request plaintiff within ten (10) days after the service of

this request to admit that the following statements are true,

for the purposes of this action only, and subject to all

pertinent objections to admissibility which may be interposed

at the trial:

    1.  Defendants are the owners of the lands described in
their answer herein.

    2.  The lands described in the answer of defendants
include   7.07    acres of irrigable land.

    3.  A reasonable water duty for the irrigable lands of
defendants is 4.2 acre feet per acre per year.

- 1 -

COPY RECEIVED

3925

    4. The lands of defendants do not abut upon and are not riparian to any stream.

    5. The waters underlying the lands of defendants are percolating ground waters not a part of any stream.

June 16, 1958

SACHSE and PRICE

by *[signature]*
Attorneys for defendant

- 2 -