SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

FILED
JUN 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ ............
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>        Defendants. | No. 1247-SD-C<br><br>REQUEST FOR<br>ADMISSIONS UNDER<br>RULE 36<br><br>DEFENDANTS<br>HARVEY N. and MILDRED<br>LAUGHLIN |

Defendants

HARVEY N. and MILDRED LAUGHLIN

request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1. Defendants are the owners of the lands described in their answer herein.

    2. The lands described in the answer of defendants include    5.15    acres of irrigable land.

    3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

- 1 -

COPY RECEIVED

3929

4. The lands of defendants described in the answer are not riparian to the SMR or any of its tributaries.

5. The waters percolating beneath the lands of defendants are not a part of the waters of the Santa Margarita River or any of its tributaries.

6. The waters underlying the lands of defendants are percolating ground waters.

June 16, 1958

SACHSE and PRICE

by *[signature]*
Attorneys for defendant

- 2 -

3930