```
 1  Jesse Sheldon Boren and Ida Boren
    Defendants in propria persona
 2  Rt. 2 Box 167
 3  Fallbrook, California
```



FILED
JUN 24 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
|---|---|
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Jesse Shelden Boren |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | and |
| Defendants, | Ida Boren |

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 20 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

13765

"Defendants claim all the right of overlying land owners and to water which may originate in or may be found, on, or under, or which may cross their land.

"Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

"Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

"Defendants claim all the above for all lands in which they have any financial interest whatsoever."

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Jesse Sheldon Boren*

*Eda Boren*

Defendants in propria persona

Dated: May 31, 1958

13766

Acre Lots Forty-four and Forty-five of Rainbow, in the County of San Diego, State of California, according to the amended map thereof No. 880, filed in the office of the County Recorder of San Diego County, February 7, 1902.

ALSO the Southerly 10 feet of First Street adjoining said lots on the North and the Easterly 10 feet of Huffstatler Street adjoining Lot 44 on the West, as vacated and closed to public use by Resolution on November 17, 1924 by the Board of Supervisors of San Diego County, said resolution being recorded in Book 48 page 440 of Supervisor's Records.

13767