SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

FILED

JUN 24 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>　　　　　Defendants. | No. 1247-SD-C<br><br>ANSWER OF DEFENDANTS<br>WALLACE C. QUA and<br>DOROTHY C. QUA;<br>LYNDOL E. CHANDLER and<br>MARGARET H. CHANDLER,<br>Tenants in Common. |

Defendants WALLACE C. QUA and DOROTHY C. QUA; LYNDOL E. CHANDLER and MARGARET H. CHANDLER, Tenants in common, answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

13759

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendant .

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE :

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendants contain approximately 45 acres

- 2 -

13760

of irrigable and arable land. The said lands are not riparian to and do not abut upon any stream, but the said lands overlie percolating ground waters not a part of any stream. Defendants assert full correlative rights to the use of said ground waters in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendants prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by *[signature]*
Attorneys for defendant

Dated June 23, 1958

- 3 -

13761

1  Defendants are each the owner of an undivided one
2 fourth interest as tenants in common of the following
3 described real property situated in the County of San Diego,
4 State of California;
5  The Northeast quarter of the Southwest quarter, together
6 with that portion of the Northwest quarter of the Southeast
7 quarter of Section 6, Township 9 South, Range 3 West,
8 San Bernardino Meridian, lying westerly of the center line of
9 the present travelled road located within said Northwest
10 quarter of the Southeast quarter, as said road existed on
11 September 13, 1956, EXCEPTING, that portion of said land deeded
12 to the Fallbrook Public Utility District by Grant Deed dated
13 August 12, 1957, recorded in Book 6791 at page 495, Official
14 Records of San Diego County, a copy of which deed is hereunto
15 attached marked Exhibit B.

EXHIBIT A

- 4 -

13762



Fallbrook Public Utility Dist.
P. O. Box 427
Fallbrook, California

## EXHIBIT B
# Grant Deed
### INDIVIDUAL

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
PAUL G. PERINICH and NANCY T. PERINICH, husband and wife, LYNDOL E. CHANDLER and
MARGARET H. CHANDLER, husband and wife, and WALLACE C. QUA and DOROTHY CHANDLER QUA,
husband and wife, - - - -
do hereby GRANT to
FALLBROOK PUBLIC UTILITY DISTRICT, a Municipal Corporation, - - - - - - - - - -

all that real property situated in the ................................................ County of San Diego
State of California, described as follows:

All that portion of the West 7½ Acres of the South Half of the South Half of the Northwest Quarter of the Southeast Quarter, Section 6, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey thereof;

ALSO that portion of the West 30 acres of the Southwest Quarter of the Southeast Quarter of Section 6, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey thereof, described as follows: Beginning at the Southwest corner of the Northwest Quarter of the Southeast Quarter; thence along the Southerly line thereof North 89° 08' 14" East, 501.93 feet; thence South 1° 20' West, 350 feet; thence North 89° 08' 14" East, 147.44 feet; thence North 30° 24' 45" East, 520.15 feet; thence North 83° 26' 35" West, 708.45 feet; thence South 52° 53' 20" West, 193.29 feet; thence South 32° 36' West, 86.33 feet to the point of beginning.

Save and except all riparian rights which are reserved and retained upon the remainder of his land.

Pursuant to the resolution of the Board of Directors of the Fallbrook Public Utility District, we hereby accept and consent to this conveyance.

_____ President

_____ Secretary

DATED: August 12, 1957.

Paul G. Perinich
Nancy T. Perinich

Lyndol E Chandler
Margaret H Chandler
Wallace C Qua
Dorothy C Qua

STATE OF CALIFORNIA }
COUNTY OF Los Angeles } ss
On August 19, 1957, before me, the undersigned, a Notary Public in and for said Los Angeles County and State, personally appeared LYNDOL E. CHANDLER AND MARGARET H. CHANDLER * * * * * * * *
* * * * * * * * * * *

known to me to be the persons whose names are subscribed to the within instrument, and acknowledged that they executed the same.
WITNESS my hand and official seal.

_____
Notary Public in and for said LOS ANGELES County and

(NOTARIAL SEAL)

(FOR COUNTY RECORDER'S USE ONLY)

DOCUMENT No. 157830
RECORDED AT REQUEST OF
Land Title Insurance Company
OCT 15 1957
at 9:00 A.M.
BOOK 6791 PAGE 495
OFFICIAL RECORDS
County of San Diego, California
Fee $
ROGER N. HOWE, County Recorder
By _____ Deputy

STATE OF CALIFORNIA,
County of San Diego } ss.   1247 SD - C

Franz R. Sachse being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of San Diego; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is 1092 South Main Street, Fallbrook, California

that on the 23 day of June, 19 8, affiant served the within Answer of defendants and Request for Admissions of defendants, Wallace C. and Dorothy C. Qua and Lyndol E and Margaret H. Chandler on the plaintiff in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said plaintiff at the office address of said attorney, as follows:

Hon. J. Lee Rankin, 325 West F Street, San Diego 1, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at Fallbrook, San Diego County, California, where is located the office of the attorneys for the persons by and for whom said service was made.

That there is delivery service by the United States mail at the place so addressed and there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 23rd day of June, 19 58.

Notary Public in and for the County of San Diego, State of California.
(SEAL) My Commission Expires May 25, 1961

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 8-54

13764