SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

**FILED**

JUN 24 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,

   Defendants.

No. 1247-SD-C

ANSWER OF DEFENDANTS
RICHARD L. HAYES and
GRACE E. HAYES

   Defendants, RICHARD L. HAYES and GRACE E. HAYES, husband and wife, answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

#### I

   Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

#### II

   Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

13753

INDEXED

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants .

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT ALLEGE :

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendants are a portion of a forty (40)

- 2 -

1  acre tract riparian to the Santa Margarita River, approximately
2  seventeen (17) acres of which were conveyed to the Fallbrook
3  Public Utility District by grant deed dated November 19, 1955
4  and recorded in Book 5924 at Page 170, Official Records of
5  San Diego County, the said grant deed however reserving to the
6  grantors the full riparian rights of the lands granted. Defen-
7  dants assert that all of said lands are arable and irrigable
8  and claim full correlative riparian rights to the waters of the
9  Santa Margarita River in an amount not to exceed 4.2 acre feet
10 per acre per year.

- 2 A -

13755

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendants are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

DATED: JUNE 23, 1958.

by _____
Attorneys for defendants.

- 3 -

1  **EXHIBIT A**

2  The Southeast quarter of the Northwest quarter of

3  Section 8, Township 9 South, Range 3 West, San Bernardino

4  Meridian in the County of San Diego, State of California,

5  EXCEPTING :

That portion of the Southeast Quarter of the Northwest Quarter of Section 8, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey thereof described as follows:

Beginning at the Northeast corner of said Southeast Quarter of Northwest Quarter; thence South 44° 36' 20" West, 139.81 feet; thence South 31° 38' 50" West, 856.01 feet; thence South 71° 30' 50" West, 443.18 feet; thence South 57° 20' 50" West, 406.29 feet to the West line of said Southeast Quarter of Northwest Quarter; thence along said line South 1° 02' 50" East, 98.47 feet to the Southwest corner thereof; thence along the South line thereof North 89° 52' 20" East, 1340.25 feet to the Southeast corner of said Southeast Quarter of Northwest Quarter; thence along the East line thereof 1282.63 feet to the point of beginning.

Save and except all riparian rights which are reserved to the remainder of his land.

_Victor P. Westfall_
President

_Katherine Eulgenburg_
Secretary

18  containing twenty three (23) acres more or less.

EXHIBIT A

4

STATE OF CALIFORNIA,
County of **San Diego**    ss.    1247 SD C

**Franz R. Sachse** being first duly sworn, says: That affiant is a citizen of the United States and *is employed in* a resident of the County of **San Diego**; that affiant is over the age of eighteen years and is *business* not a party to the within above entitled action; that affiant's residence address is **1092 South Main St., Fallbrook, California**

that on the **23** day of **June**, 19**58** affiant served the within **Answer of defendants and request for Admissions of Defendants Richard L. and Grace E. Hayes**

on the **plaintiff** in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said **plaintiff** at the residence office address of said attorney, as follows:

**Hon. J. Lee Rankin, 325 West F Street, San Diego 1, California**

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at **Fallbrook, San Diego County**, California, where is located the office of the attorney for the person by and for whom said service was made.

That there is delivery service by the United States mail at the place so addressed or there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this **23rd** day of **June**, 19**58**.

Notary Public in and for the County of **San Diego**, State of California.
(SEAL) My Commission Expires May 25, 1961

* Here quote from envelope the address of addressee.
** If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office."
*** When the letter is addressed to a post office other than city in which letter is mailed strike out "and"; when addressed to city in which letter is mailed strike out "or."

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 6-54    13758