FILED

JUN 24 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
        DEPUTY

1  Katherine Kornitsky also known as Weeks
   Defendants in propria persona
2  P.O. Box 8
   Murrieta, California

4              IN THE UNITED STATES DISTRICT COURT
5                SOUTHERN DISTRICT OF CALIFORNIA
6                     SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247- SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Katherine Kornitsky also known as Weeks |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants. | |

The defendants, Katherine Kornitsky also known as Weeks each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

                 AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own  ½  acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

Copy Recd INDEXED

13750

**EXHIBIT A   DESCRIPTION OF LAND**

Beginning at a point on the Southwesterly line of farm lot sixteen (16) which is 585 feet southeasterly from the most westerly corner of said lot; thence in the same southeasterly direction on the said southwesterly line of said lot seventy-five feet (75 ft); thence at right angles and parallel to the northwesterly boundary line of said lot and in a northeasterly direction two hundred & ninety feet (290 ft); thence at right angles in a northwesterly direction seventy-five feet (75 ft); thence at right angles in a southwesterly direction and parallel to the northwesterly boundary line of said lot to the point of beginning. Said farm lot is shown on map on file in book 8 page 359 records of San Diego County, California, containing one-half acre more or less.

13751

     I have heard that the land described in Exhibit A herewith is in the Temecula Ranch, one of the grants of land made by Mexico in the Territory ceded to the United States by the Treaty of Guadalupe Hidalgo, also I have heard that Louis Vijnes, the last grantee under Mexican Law and the First Grantee under American law, was granted a patent to the land of the Temecula Ranch in 1860 by President Buchanan.

     I have also been told that Treaties and U.S. Patents rank higher in force than any state law; Therefor I believe I am not subject to any conflicting state law.

     I have used my land freely in the past and I expect to use it freely in the future. I use water pumped from underground source on my land for 25 fruit trees, over a hundred rabbits, a hundred chickens plus domestic use.

     I claim exclusive and sole right and ownership of all underground water, all water above ground, all water that falls on, or runs on from rainfall and all water that can be contained on said land by means of dams, reservoirs or other means with respect to said land.

     I also assumed the water rights to all water on my land were guaranteed by the deed which I received when I purchased the land.

     WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

                              *Katherine Kornetsky Weeks*

                                   Defendants in propria persona

Dated: June 17, 1958

13752