SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

FILED
JUN 24 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>　　　　　Defendants. | No. 1247-SD-C<br><br>REQUEST FOR<br>ADMISSIONS UNDER<br>RULE 36<br>DEFENDANTS<br>RICHARD L. HAYES<br>and<br>GRACE E. HAYES |

　　　　Defendants RICHARD L. HAYES and GRACE E. HAYES, Husband and Wife, request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

　　　　1.　Defendants are the owners of the lands described in their answer herein.

　　　　2.　The lands described in the answer of defendants include **twenty three** acres of irrigable land.

　　　　3.　A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

　　　　4.　The lands of defendants are riparian to the Santa Margarita River.

DATED **JUNE 23, 1958**.

　　　　　　　　　　　　　　　　　SACHSE and PRICE
　　　　　　　　　　　　　　　　　by _____
　　　　　　　　　　　　　　　　　　Franz R. Sachse
　　　　　　　　　　　　　　　　　Attorneys for defendants

3936

- 1 -