```
SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154
Attorneys for
```



*as of June 6*

FILED

JUN 24 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
         Plaintiff, )
   vs. )  No. 1247-SD-C
FALLBROOK PUBLIC UTILITY DISTRICT, ) REQUEST FOR ADMISSIONS UNDER RULE 36
a public service corporation of the )
State of California, et al., )
         Defendants. )

    Defendants O. LESTER RIGGLE and MAUDE A. RIGGLE, and GEORGE ELMORE SHOUDY and DOROTHY L. SHOUDY request plaintiff within twenty (20) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1. The lands described in the answer of defendants O. LESTER RIGGLE and MAUDE A. RIGGLE, and GEORGE ELMORE SHOUDY and DOROTHY L. SHOUDY include     12     acres of irrigable land.

    2. A reasonable water duty for the irrigable lands of defendant    is 4.2 acre feet per acre per year.

    3. Defendants are the owners of the lands described in Exhibit A attached to their Answer herein.

- 1 -

3932

    4. The lands of defendants are not riparian to any stream.

    5. The waters underlying the lands of defendants are percolating ground waters, not a part of any stream.

                              SACHSE and PRICE

                              by _____
                              Attorneys for defendant

- 2 -

3933