```
 1  HARRY E. TEASDALL
    Attorney at Law
 2  114 North Main Street
    Fallbrook, California
 3  Phone: RAndolph 8-2331
 4  Attorney for
```


*As of June 6*
**FILED**
JUN 24 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 1247-SD-C |
| vs. ) | REQUEST FOR ADMISSIONS UNDER RULE 36 |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) a public service corporation of the ) State of California, et al., ) | |
| Defendants. ) | |

    Defendants William A. Sim and Dorothy A. Sim request plaintiff within twenty (20) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1. The lands described in the answer of defendants, William A. Sim and Dorothy A. Sim, include 25 acres of irrigable land.

    2. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

                                             */s/ Harry E. Teasdall*
                                             HARRY E. TEASDALL