**FILED**

JUN 25 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br><br>　　　　Defendants. | No. 1247-SD-C<br><br>NOTICE OF DATE OF TRIAL AND FOR ORDER APPOINTING SPECIAL MASTER AND OPPORTUNITY TO OBJECT TO APPOINTMENT |

　　　　PLEASE TAKE NOTICE that the above entitled case, heretofore set for trial on June 16, 1958, before the above entitled Court, in Court Room No. 2, United States District Court, 325 West F Street, San Diego 1, California, was, on June 16th, 17th and 18th, 1958, continued for trial from day to day and on June 19th the trial was continued to, and a new trial date set for October 1, 1958, at 10 o'clock in the forenoon of that day, or as soon thereafter as counsel can be heard.

　　　　NOTICE IS ALSO HEREBY GIVEN of the Order of February 12, 1958, entered by this Court appointing a Special Master to take evidence in this cause and otherwise to act all in accordance

-1-

3940

1  with that order. Immediately prior to the initiation of the trial, on
2  October 1, 1958, the United States of America will bring on for hearing
3  any objections to the appointment of the Special Master and to the powers
4  conferred upon him by the last mentioned order of February 12, 1958.

UNITED STATES OF AMERICA

J. LEE RANKIN, Solicitor General

*William H. Veeder*
WILLIAM H. VEEDER
Attorney, Department of Justice

Dated: June 19, 1958

WILLIAM E. BURBY
Attorney, Department of Justice