HARRY E. TEASDALL
Attorney at Law
114 North Main Street
Fallbrook, California
Phone: RAndolph 8-2331

FILED
JUN 25 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
vs.
FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,
        Defendants.

NO. 1247-SD-C

ORDER AUTHORIZING
DEFENDANTS MILTON M. HARVEY
and THELMA D. HARVEY TO
FILE AN AMENDED ANSWER

    Upon representation of Harry E. Teasdall, Attorney for Defendants, MILTON M. HARVEY and THELMA D. HARVEY, in the within proceedings, and it appearing in the satisfaction of the Court that through inadvertence and mistake, the names of the Defendants and their interest in the property described in their answer now on file were not properly stated, and good cause appearing therefor,

    IT IS HEREBY ORDERED that Defendants MILTON M. HARVEY and THELMA D. HARVEY, are authorized to file in the within proceedings an amended answer dated June 20, 1958.

                         Judge James M. Carter
                         Judge of the United States
                              District Court
                         Southern District of California

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

9939