```
HARRY E. TEASDALL
Attorney at Law
114 North Main Street
Fallbrook, California
Phone: RAndolph 8-2331
```

FILED

JUN 25 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>　　　　Defendants. | NO. 1247-SD-C<br>AMENDED<br>ANSWER OF DEFENDANTS<br>MILTON M. HARVEY and<br>THELMA D. HARVEY |

　　　　Defendants MILTON M. HARVEY and THELMA D. HARVEY, answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

#### I

　　　　Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

#### II

　　　　Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation referred to and admit that a stipulated judgment was entered into therein, a copy of

13778

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-2331

which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendants described in Exhibit "A" hereunto attached, comprising one and one-third acres more or less are not riparian to the Santa Margarita River or to any of its tributaries.

All of said lands are irrigable and arable and overlie percolating ground waters which are not a part of any stream. Defendants claim full correlative rights to the use of said

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

-2-

13779

percolating ground waters in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendants are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

*Harry E. Teasdall*
Attorney for defendants

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-2331

-3-

13780

EXHIBIT "A"

Those certain portions of the Southwest Quarter of the Southeast Quarter of Section 24, and of the Northwest Quarter of the Northeast Quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to the United States Government Survey, approved June 11, 1880, described as follows:

The Easterly 489.20 feet, EXCEPT the Northerly 313.67 feet thereof, of that portion of said Southwest Quarter of the Southeast Quarter of Section 24, described as follows, to-wit:

BEGINNING at the South Quarter corner of said Section; thence South 88° 56' East, 650 feet to the true point of beginning; thence North 0° 31' East 324.60 feet to the South line of land conveyed by William J. Matthews to Andrew O. Porter, et al, by deed dated January 24, 1887, recorded in Book 86, page 178 of Deeds; thence South 89° 17' East along said South line 663 feet to the East line of the Southwest Quarter of the Southeast Quarter of said Section 24; thence South 0° 08' West along the East line of said Southwest Quarter of Southeast Quarter, 328.69 feet to the Southeast corner of Southwest Quarter of Southeast Quarter; thence West along the South line of said Southwest Quarter of Southeast Quarter, 665 feet more or less, to the true point of beginning. And the Easterly 489.17 feet, EXCEPT the Southerly 1150.64 feet, of that portion of said Northwest Quarter of Northeast Quarter of Section 25, described as follows, to-wit:
That portion of said Northwest Quarter of the Northeast Quarter of Section 25, Township 9 South, Range 4 West, lying and being East of the center line of the County Highway.

-4-

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

13781