

1  HARRY E. TEASDALL
   Attorney at Law
2  114 North Main Street
   Fallbrook, California
3  Phone: RAndolph 8-2331
   Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. 1247-SD-C |
| vs. | ) | REQUEST FOR ADMISSIONS UNDER RULE 36 |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | ) | |
| Defendants. | ) | |

Defendants, MILTON M. HARVEY and THELMA D. HARVEY, request plaintiff within twenty (20) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

   1.  The lands described in the answer of defendants, MILTON M. HARVEY and THELMA D. HARVEY, include 1 and 1/3 acres of irrigable land.

   2.  A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

                                    /s/ Harry E. Teasdall
                                    HARRY E. TEASDALL

HARRY ERVIN TEASDALL