1  HARRY E. TEASDALL
   114 North Main Street
2  Fallbrook, California
   Phone: RAndolph 8-2331
3
   Attorney for Defendants
4



F I L E D

JUN 25 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William W. Luddy
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )   NO. 1247-SD-C
                          )
      vs.                 )   CERTIFICATE OF SERVICE
                          )   BY MAIL
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al., )
                          )
            Defendants.   )

Harry E. Teasdall certifies that he is and was, at all times mentioned, an active member of the State Bar of California and not a party to the within action or proceeding; that his business address is 114 North Main Street, Fallbrook, California; that on June 20, 1958, he served the within Amended Answer and Request for Admissions Under Rule 36 on the plaintiff in said action or proceeding by depositing a true copy thereof, inclosed in a sealed envolpe with postage thereon fully prepaid in a mail-box regularly maintained by the Government of the United States at Main St. and Alvarado St., Fallbrook, California, addressed to the attorney of record of said plaintiff at the office address of said attorney, as follows: "J. Lee Rankin, Solicitor General, Room 332, 325 West "F" Street, San Diego, California."

/s/ Harry E. Teasdall
HARRY E. TEASDALL

Dated June 20, 1958

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-2331

3937