Box 95, Wildomar, Calif.
June 14, 1958

**FILED**
JUN 26 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

Mr. J. Lee Rankin, Solicitor General,
Room 332, 325 West F. Street,
San Diego, Calif.

Dear Sir:

Re. the complaint of the United States of America against the Fallbrook Public Utility District and other defendants listed in the summons served upon said defendants.

In answer to summons #1247-SD-C served by the United States of America upon Spore Jeanie AKA Jane Spore on the 10th day of June 1958:-

I and my husband own this property jointly and have been pumping water for domestic use and to irrigate about one acre of trees, including lawn and garden. We have at times watered up to ten head of cattle, but have none at present. We have irrigated a few square rods of alfalfa and oats, etc., for calf pasture. We are not doing this now but, consider we have a legitimate right to do so in the future.

We used a 1/4 H.P. motor to pump with until the water level dropped from 38 ft. to 50 ft.. Since then we used a 1 H.P. jet pump. I can't tell how many acre feet or miner inches we use in a year, but obviously it is not very much.

We own approximately fifteen acres, all tillable. As we see the law we are entitled to the amount of water we are using.

Respectively yours,

*Jeanie Spore AKA Jane Spor*
Jeanie Spore

INDEXED

COPY RECEIVED

13794

The southwesterly 50 feet of the abandoned one hundred foot Right of way of the Atcheson Topeca, and Santa Fe Railroad Co. extending along and adjacent to lots 22 Blk.L, Elsinore, and lots 25 and 27 Blk. K. Elsinore according to that certain map and plat of Blocks K.L. and M. Elsinore as recorded in Book 4, Page 174 records San Diego County, Calif. 1st day May 1939

Frank E. Flora R. Collier


Tax Title to Lot 22 Block L. Rancho La Laguna 12th July 1937 State Tax Deed Aug. 31,1956 at 8 A.M.
Parcel 1  That portion of lot 25 Block K of Elsinore as shown by map entitled a map of Blocks K. L. and M. Elsinore on file in Book 4 page 174 Map of San Diego County. Records between the Northeasterly line of Union Street and the Southwesterly line of the abandoned Atcheson Topeka and Santa Fe Railroad right of way.
Parcel 2 Lot 22 Block "L" of Elsinore as shown by Map entitled "Map of blocks K.L. and M. Elsinore" on file in Book 4, Page 174  San Diego County Records.
   Excepting therefrom the Southwesterly 30 ft. for one-half of Union Street.

Lots 13 and 14 in Block 9 of the Townsite of Wildomar, according to a Map of Survey thereof made by P.W.Minthorn in December 1885 and filed November 20,1886 in the office of the County Recorder of the County of San Diego, State of California, in Book 6 Page 294 of Maps.

   This is the statement and legal description of the property owned jointly by C.J. Spore & Jeanie AKA Jane Spore

*Jeanie Spore AKA Jane Spore*

13755

COPY RECEIVED