Harry N. Askins and Carmen E. Askins
Defendants in propria persona
Route 1, Box 80
Casa Grande, Arizona

FILED
JUN 26 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
)
    Plaintiff,
)
v.
)
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
)
    Defendants.
)

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
Harry N. Askins and
Carmen E. Askins

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own _____ acres of land in Riverside, County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

13799

COPY RECEIVED   INDEXED

1  THE EAST HALF (½) OF THE SOUTH EAST QUARTER (¼)
2  OF THE NORTH EAST QUARTER (¼) OF SECTION NINETEEN
   (19) IN TOWNSHIP EIGHT (8) SOUTH OF RANGE ONE (1)
3  EAST OF SAN BERNARDINO BASE MERIDIAN CONTAINING
   TWENTY ACRES, MORE OR LESS.
4  Right of way and easement for road purposes is
   hereby granted for the South Thirty (30) feet East
5  of Highway State No 85 and being in the South East
   Quarter (¼) of the North East Quarter of Section
6  Nineteen (19) Township Eight (8) South, Range One
   (1) East of S.B.B.M. in the County of Riverside,
   California.

7  ALSO
8  Reservation and easement for right of way and road
   purposes over and across the North East Corner,
9  being Eighty Feet by Eighty feet of the East Half
   (½) of the South East Quarter (¼) Eight South,
10 Range One (1) East S.B.B.M. Riverside County,
   California. Book 1043926, as of Los Angeles
11 record No )45188.

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

26
27                                          Harry A. Askins
                                            /s/ Harry A. Askins
28                                          James A. Askins

29                                     Defendants in propria persona

30  Dated:
31
32                                                          13799A

1   No, there isn't a stream or creek running thru
2   our property and we don't claim riparian rights.
    Yes, we plan to drill a well at a later date.
3   We would like to make this claim. We want the
    well big enough to supply the 20 acres. We plan
4   to use it for farming and raising stock.

18   WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Harry M. Askins*

*Carmen E. Askins*
Defendants in propria persona

Dated: June 9, 1958

13800