SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

FILED
JUN 26 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
)
    Plaintiff, )    No. 1247-SD-C
)
vs. )    ANSWER OF DEFENDANTS
)
FALLBROOK PUBLIC UTILITY DISTRICT, )    RAY G. PETERS and
a public service corporation of the )
State of California, et al., )    GLADYS P. PETERS
)
    Defendants. )

    Defendants   RAY G. PETERS and GLADYS P. PETERS, husband and wife,

answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

    Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

    Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

13782

COPY RECEIVED INDEXED

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

13783

All of the lands of defendants are arable and irrigable and are improved with groves, a dwelling and outbuildings. By reservation contained in the Grant Deed to the Fallbrook Public Utility District described in Exhibit A hereunto attached and made a part hereof by reference, these defendants reserved to their said lands full riparian rights to the use of the waters of the Santa Margarita River and defendants accordingly assert that all of their lands described herein are riparian to said river and they assert their full correlative right to the use of the waters of said stream in an amount not to exceed 4.2 acre feet per acre per year.

2 A                         13784

AS A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

I

These defendants repeat and re allege the same as though set forth herein in full the first and second affirmative defenses set forth in their original answer filed herein.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by /s/ [signature]
Attorneys for defendants
RAY G. PETERS and GLADYS P. PETERS

Dated: June 24, 1958

- 3 -

13785

EXHIBIT A

the real property in the County of San Diego, State of California, described as: That portion of Section 4 of Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved April 21, 1890, described as follows:

Beginning at the Southeast corner of the Northeast Quarter of the Southwest Quarter of said Section 4; thence along the North and South center line of said Section 4 North 1°18'40" East 902.72 feet to the Northeast corner of the tract of land conveyed to Herbert Rex Woodward, et ux, by deed recorded in Book 1650, page 461 of Official Records; thence along the Northerly line of said land of Woodward North 87° 19' 30" West 255.51 feet to the true point of beginning; thence continuing along the boundary lines of said land of Woodward: North 65° 42' West 380.55 feet, North 33° 18' East 410 feet and North 60° 18' West 1095.78 feet to the most Northerly corner of said land of Woodward; thence along the East line of the West Half of the Northwest Quarter of said Section 4 North 1° 29' 50" East 509.16 feet to the Southwesterly corner of the land conveyed to Jess Shiffer by deed recorded in Book        , page         of Official Records; thence along the Southwesterly line of said land of Shiffer South 60° 32' 30" East 1280.86 feet to the most Southerly corner of said land of Shiffer; thence South 58° 09' 50" East 947.96 feet to the Southwest corner of the tract of land conveyed to Freeman, being a point on the East and West center line of said Section 4; thence along said center line South 89° 03' West 595.46 feet to the center of said Section 4; thence along the North and South center line of said Section 4, South 1° 18' 40" West 53.62 feet to the most Northerly corner of a tract of land conveyed to Woodward; thence along the Northwesterly boundary thereof South 25° 26' West 101.37 feet and South 39° 36' West 345.40 feet to the true point of beginning.

Dated: March 4, 1953

Excepting therefrom that portion of said lands conveyed to the Fallbrook Public Utility District by Grant Deed recorded January 17, 1958 in Book 6912 at Page 58, Official Records of the County Recorder of San Diego County; and

Excepting therefrom also that portion of said lands conveyed to John M. Hornbeck by GrantDeed Recorded April 3, 1958 in Book 7022 at Page 373, Official Records of the County Recorder of San Diego County,

containing 7.5 acres more or less.

EXHIBIT A

13786

STATE OF CALIFORNIA,  
County of __San Diego__ } ss.  No. 1247 SD

__Franz R. Sachse__ being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of __San Diego__; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's ~~residence~~ business address is __1092 S. Main St., Fallbrook, Calif.__

that on the __24__ day of __June__, 19__58__, affiant served the within __Answer of Ray G. Peters and Gladys P. Peters and Request for Admissions__

on the __plaintiff__ in said action, by placing a true copy thereof in an envelope addressed to the attorney____ of record for said __plaintiff__ at the ~~residence~~ office address of said attorney____, as follows:

Hon. J. Lee Rankin, Room 332, 325 W. F St., San Diego, Calif.

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at __Fallbrook__, California, where is located the office of the attorney____ for the person____ by and for whom said service was made.

That there is delivery service by the United States mail at the place so addressed or *** there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __24__ day of __June__, 19__58__

Notary Public in and for the County of __San Diego__, State of California.  
(SEAL) My commission expires May 25, 1961

* Here quote from envelope name and address of addressee.  
** If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office."  
*** When the letter is addressed to a post office other than city in which letter is mailed strike out "and"; when addressed to city in which letter is mailed strike out "or."

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 8-54       60335

13787