IRMA MALONE
Defendants in propria persona
MURRIETA, CALIFORNIA

FILED
JUN 26 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | IRMA MALONE |
| Defendants, | |

The defendants, Irma Malone each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own $3\frac{1}{2}$ acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED  INDEXED

13788

EXHIBIT A

I own

That portion of Lot 11 of the lands of the Temecula Land and Water Company, as shown by map on file in Book 8 page 359 of Maps, in the office of the County Recorder of the County of San Diego, described as follows: Commencing at the intersection of the center lines of Ivy Street and Adams Avenue; thence South 47° 45' West along the center line of Ivy Street, 360 feet to the true point of beginning; thence South 47° 45' West, along the center line of Ivy Street 250 feet; thence South 42° 15' East, 275 feet, more or less, to a point on the Northwesterly line of that certain parcel of land conveyed to Clarylin G. Smith, be Deed recorded March 24, 1950 as instrument No. 3597; thence North 47° 45' East, along the Northwesterly line of the parcel so conveyed to Clarylin G. Smith, 250 feet, more or less, to a point which is South 42° 15' East, from the point of beginning; thence North 42° 15' West, 475 feet, more or less, to the point of beginning.

I have a trust deed to: That portion of the Northwest half of the Northeast half of Lot 11 of the lands of the Temecula Land and Water Company, as shown by map on file in Book 8 page 359 of Maps, in the office of the County Recorder of the County of San Diego, described by metes and bounds as follows: COMMENCING at the intersection of the center line of Adams Avenue with the center line of Ivy Street, as shown on said Map; thence South 47° 45' West along the center line of Ivy Street, 610 feet to the true point of beginning; thence continuing South 47° 45' West along the center line of Ivy Street, 50 feet, more or less, to a point in the Northwesterly extension of the Southwesterly line of the Northeasterly half of said Lot 11; thence Southeasterly along said Northwesterly extension of the Southwesterly line of the Northeasterly half of said Lot 11, and along the Southwesterly line of the Northeasterly half of said Lot 11, 475 feet; thence North 47° 45' East, 50 feet, more or less, to a point in a line South 42° 15' East from the point of beginning; thence North 42° 15' West, 475 feet more or less to the point of beginning.

13789

EXHIBIT B

The land I own in the Santa Margarita River drainage basin is all in the Temecula Ranch. It is one of the ranches I have heard that was transferred from Mexico to the United States by the Treaty of Guadalupe Hidalgo which confirmed the Title to be the same under American law as it was under Mexican law.

I have also heard that Louis Vigness, the last owner under Mexican law and the first owner under United States law, obtained a patent to said Ranch in 1860.

Because I believe that the United States Patent and the Mexican Title carried the water rights with them, I believe I own the water rights to this land. Therefor, I rely upon said Treaty and Patent for my protection. I have always used my land and water rights freely and exclusively in the past, and expect and hope to do so in the future.

13790

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Jesus Christ and Irma Malone*

Defendants in propria persona

Dated:

13791