Box 95, Wildomar, Calif.
June 14, 1958

**FILED**
JUN 26 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Mr. J. Lee Rankin, Solicitor General,
Room 332, 325 West F. Street,
San Diego, Calif.

Dear Sir:

Re. the complaint of the United States of America against the Fallbrook Public Utility District and other defendants listed in the summons served upon said defendant.

In answer to summons #1247-SD-C served by the United States of America upon C.J. Spore on the 10th day of June 1958:-

I am and have been pumping water for domestic use and to irrigate about one acre of trees including lawn and garden. I have at times watered up to ten head of cattle but have none at present. I have irrigated a few square rods of alfalfa and oats, etc. for calf pasture. I am not doing this now, but consider I have a legitimate right to do so in the future.

I used a ¼ H.P. motor to pump with until water dropped from 36 feet to 50 feet. Since then I use 1 H.P. jet pump. I can't tell how many acre feet or miners inches I use in a year, but obviously I do not use very much.

I own approximately fifteen acres, all tillable. As I see the law I am entitled to the amount of water I am using.

Respectively yours,

C.J. Spore
C.J. Spore



13792

The southersterly 50 ft of the abandoned one hundred foot Right of Way of the Atcheson Topeka and Santa Fe Railroad Co. extending along and adjacent to Lots 22 Blk L. Elsinore and lots 25 and 27 Blk. K Elsinore according to that certain map and plat of Blocks K.L. & M. Elsinore as recorded in Book 4, Page 174 records of San Diego County, Calif. 1st day May 1939

                    Frank E. & Flora R. Collier

Tax title to Lots 22 Block L. Rancho La Laguna 12th July 1937
State tax deed    August 31,1956 at 8 A.M.

<u>Parcel 1</u>  That portion of Lot 25 Block K. of Elsinore as shown by Map entitled a map of Blocks K.L.& M. Elsinore on file in Book 4 Page 174 Map of San Diego County Records, between the northeasterly line of Union Street and the southwesterly line of the abandoned Atcheson Topeka and Santa Fe Railroad right of way.

<u>Parcel 2</u>  Lot 22 Block "L" of Elsinore as shown by Map entitled "Map of Blocks K.L. and M. Elsinore" on file in Book 4, Page 174 San Diego County Records.
Excepting therefrom the southwesterly 30ft for one-half of Union Street.

Lots 13 and 14 in Block 9 of the Townsite of Wildomar, according to a Map of Survey thereof made by P.W.Minthorn in December 1885 and filed November 20,1886 in the office of the County Recorder of the County of San Diego, State of California, in Book 6 Page 294 of Maps.

        This is the statement and legal description of the property owned by C.J.Spore, Jeanie AKA Jane Spore. Jointly

                    C J Spore

13793