```
                                                    F I L E D

 1   PAUL H ANDERSON and HELEN I. ANDERSON
     Defendants in propria persona                  JUN 26 1958
 2   11250 Playa St.
     Culver City, California                    CLERK, U.S. DISTRICT COURT
                                              SOUTHERN DISTRICT OF CALIFORNIA
 3                                            By /s/ ...............
                                                          DEPUTY CLERK
 4              IN THE UNITED STATES DISTRICT COURT

 5              SOUTHERN DISTRICT OF CALIFORNIA

 6                    SOUTHERN DIVISION

 7
     UNITED STATES OF AMERICA,        )
 8                                    )   CIVIL NO. 1247- SD - C
                  Plaintiff,          )
 9                                    )   ANSWER OF DEFENDANTS
        v.                            )
10                                    )   PAUL H. ANDERSON and
     FALLBROOK PUBLIC UTILITY         )   HELEN I. ANDERSON
11   DISTRICT, ET AL,                 )
                                      )
12                Defendants.         )
```

13     The defendants, PAUL H. ANDERSON and HELEN I. ANDERSON,

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

               ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
17                      AMENDATORY COMPLAINT

18     These answering defendants hereby incorporate by reference

19  all of the allegations contained in the answer to said Complaint and

20  Supplementary and Amendatory Complaint filed in this case by Newton

21  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

22  of the portion thereof entitled "Affirmative Statement of Rights")

23  and make each and all of said allegations a part of this answer

24  the same as if herein set forth at length.

25

26              AFFIRMATIVE STATEMENT OF RIGHTS
                              approx.
27     These defendants own 4.6/  acres of land in   Riverside

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

31  part of this statement.

32      INDEXED

COPY RECEIVED                                            13796

1    We claim our water rights are paramount to all other rights or claims, of right of Plaintiff (or any other person,) in
2    and to said water. We claim all water rights under our land, to use freely and exclusively, for necessary and beneficial pur-
3    poses.

4    Our land is suitable for, and is used for a cafe and service station, residence, and for poultry and pasture. That
5    water necessary for these purposes is pumped from a well on the premises.
6

7    We further allege that the said land was a part of the Temecula Land and Water Company Rancho Land Grant, which carried
     with it full and complete rights to all minerals and water, from
8    the Mexican Government.

9    That by the Treaty of Guadalupe Hidalgo in 1848, these rights to minerals and water were given absolutely and forever to
10   the owners and their successors in interest to said Land Grant, or any part, thereof, including the said land owned by these de-
11   fendants. Said Treaty of Guadalupe Hidalgo operated as a confirmation in presenti of all perfect titles to land in California held
12   under Mexican Grants.

13   The Plaintiff, The United States of America, is in legal duty bound to carry into effect the stipulations contained
14   in said Treaty, and therefore has no claim or right to any water or minerals rights in, on, or under these defendants' said land.
15

16   Defendants claim exclusive and sole right to use all underground water, all water above ground, all water that falls
17   on, or runs on from rainfall, and all water that can be contained on said land by means of reservoirs or other means, with respect
18   to their said land.
         WHEREFORE, these defendants pray that plaintiff take

19   nothing against them by reason of the Complaint and Supplementary

20   and Amendatory Complaint on file herein; that said Complaint be

21   dismissed as against these defendants; that defendants' right to

22   water, as hereinabove set forth, be quieted as against the plain-

23   tiff and against all other defendants in this action; and for such

24   other and further relief as the Court may deem proper.

25
26                                 *Paul H. Anderson*
27
28                                 *Helen L. Anderson*
29                                      Defendants in propria persona
30
31   Dated: at Culver City, Calif.
            June 23, 1958                              13797
32

EXHIBIT A

That portion of Lot 16 of Murrieta Portion of Temecula Rancho as shown by map entitled "Map of Temecula Land and Water Company" on file in Book 8 page 359 of Maps, in the office of the County Recorder of the County of San Diego, State of California, by metes and bounds, beginning at the Westerly corner of Said lot; thence Southeasterly on the Southwesterly line of said Lot 330 feet; thence Northeasterly at right angles 660 feet; thence Northwesterly at right angles 330 feet to the Northwesterly line of said Lot; thence Southwesterly on the Northwesterly line of said Lot 660 feet to point of beginning;

Excepting therefrom that portion contained within the following described parcel: Beginning at the Westerly corner of the Southeasterly rectangular half of the Southeasterly rectangular half of Lot 17 of Murrieta Portion of Temecula Rancho as shown by map herein referred to; thence Southeasterly along the Southwesterly line of Lots 17 and 16, 390 feet; thence Northeasterly and parallel with the Northwesterly line of Lot 16, 275 feet; thence Northwesterly and parallel with the Southwesterly lines of Lots 16 and 17, 390 feet to the Northwesterly line of the Southeasterly rectangular half of the Southeasterly rectangular half of Lot 17; thence Southwesterly along said Northwesterly line of the Southeasterly rectangular half of the Southeasterly rectangular half of Lot 17, 275 feet to the point of beginning.

13798