Karl V. Bennis and Nina Bennis, husband and wife
1400 Coast Highway, Seal Beach, California
and
Gus J. Strodthoff and Una Strodthoff, husband and wife
Defendants in propria persona.
250 Ocean Ave., Seal Beach, California

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

**FILED**
JUN 26 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
Karl V. Bennis and Nina Bennis
Gus J. Strodthoff and Una Strodthoff

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 145 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED   INDEXED

13801

The East one-half of the Southwest quarter and Lots three and four of Section 22, in Twp 8 South, Range 1 West S B B and M

This land is Riparian land; approximately 50 acrs are ttillable and the balance is grazing land. Portions of this land has been irrigated for over fifty years, both from the creek and from well and springs

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Karl V. Bennis + Nissa Bennis
Gus J Stradthoff + Una Stradthoff
Defendants in propria persona

Dated: June 17yh, 1958

13802