MELVIN H. BROWN & MARGARET F. BROWN
Defendants in propria persona
MURRIETA, CALIFORNIA

**FILED**

JUN 26 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _/s/_
         DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | MELVIN H. BROWN and MARGARET F. BROWN |
| Defendants, | |

The defendants, Melvin H. Brown and Margaret F. Brown each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own ½ acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED
COPY RECEIVED

13803

EXHIBIT A

**We own**

That portion of the Northwest half of the Northeast half of Lot 11 of the lands of the Temecula Land and Water Company, as shown my map on file in Book 8 page 359 of Maps, in the office of the County Recorder of the County of San Diego, described by metes and bounds as follows: COMMENCING at the intersection of the center line of Adams Avenue with the center line of Ivy Street, as shown on said Map; thence South 47° 45' West along the center line of Ivy Street, 610 feet to the true point of beginning; thence continuing South 47° 45' West along the center line of Ivy Street, 50 feet, more or less, to a point in the Northwesterly extension of the Southwesterly line of the Northeasterly half of said Lot 11; thence Southeasterly along said Northwesterly extension of the Southwesterly line of the Northeasterly half of said Lot 11, and along the Southwesterly line of the Northeasterly half of said Lot 11, 475 feet; thence North 47° 45' East, 50 feet, more or less, to a point in a line South 42° 15' East from the point of beginning; thence North 42° 15' West, 475 feet more or less to the point of beginning.

13803A

EXHIBIT B

The land we own in the Santa Margarita River drainage basin is all in the Temecula Ranch. It is one of the ranches we have heard that was transferred from Mexico to the United States by the Treaty of Guadalupe Hidalgo which confirmed the Title to be the same under American law as it was under Mexican law.

We have also heard that Louis Vigness, the last owner under Mexican law and the first owner under United States law, obtained a patent to said Ranch in 1860.

Because we believe that the United States Patent and the Mexican Title carried the water rights with them, we believe we own the water rights to this land. Therefore, we rely upon said Treaty and Patent for our protection. We have always used our land and water rights freely and exclusively in the past, and expect and hope to do so in the future.

13803 B

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Melvin H Braun*

*Margaret T. Brown*

Defendants in propria persona

Dated: June 21st 1958

13804