Slaughter, Schlesinger & Schlecht
Attorneys at Law
250 East Palm Canyon Drive
Palm Springs, California
Telephone FAirview 5-5412

**FILED**

JUN 26 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
　　　　　　　DEPUTY

Attorneys for Defendant
COACHELLA VALLEY SAVINGS
AND LOAN ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
　　　　　　　Plaintiff,
vs.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
　　　　　　　Defendants.

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANT
COACHELLA VALLEY SAVINGS
AND LOAN ASSOCIATION

Defendant COACHELLA VALLEY SAVINGS AND LOAN ASSOCIATION severing itself from the co-defendants and for itself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admits, denies and alleges as follows:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

This answering defendant hereby incorporates by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and makes each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

This defendant is the owner and holder of a promissory note secured by a first deed of trust to the following described real property in the County of Riverside, State of California, and with-

13805

in the watershed of the Santa Margarita River:

Parcel 1: The North half of the Northwest quarter of the Northeast quarter of Section 20, Township 7 South, Rante 4 East, San Bernardino Base and Meridian, as shown by United States Government Survey.

Parcel 2: The Northeast quarter of the Northeast quarter of Section 20, Township 7 South, Range 4 East, San Bernardino Base and Meridian, as shown by United States Government Survey.

WHEREFORE, this defendant prays that plaintiff take nothing against it by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against this defendant; that defendant's right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

COACHELLA VALLEY SAVING AND LOAN ASSOCIATION

By _____
President

DATED:

June 17, 1958

SLAUGHTER, SCHLESINGER & SCHLECHT
ATTORNEYS AT LAW
250 EAST PALM CANYON DRIVE
PALM SPRINGS, CALIF.
TELEPHONE
FAIRVIEW 5-5412

-2-

13806