FILED

JUN 26 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY CLERK

FALLBROOK METHODIST CHURCH, A CORPORATION
aka FALLBROOK METHODIST EPISCOPAL CHURCH

1  Defendants in propria persona

2  FIR & HILL STREETS
   FALLBROOK, CALIFORNIA

3

4              IN THE UNITED STATES DISTRICT COURT

5                SOUTHERN DISTRICT OF CALIFORNIA

6                       SOUTHERN DIVISION

7

8  UNITED STATES OF AMERICA,         )
                                     )   CIVIL NO. 1247- SD - C
9              Plaintiff,            )
                                     )   ANSWER OF DEFENDANTS
10       v.                          )
                                     )
11 FALLBROOK PUBLIC UTILITY          )
   DISTRICT, ET AL,                  )
12                                   )
               Defendants.           )

13       The defendant, FALLBROOK METHODIST CHURCH
                          its
14 each severing from their co-defendants and each for himself or herself itself

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admits denies and alleges:

17              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                           AMENDATORY COMPLAINT
18       This
         These answering defendant hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25

26              AFFIRMATIVE STATEMENT OF RIGHTS
         This                 I    tracts and parcels
27       These defendants own s    acres of land in San Diego

28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.

32
   COPY RECEIVED   INDEXED                              13807

II

1. The tracts and parcels of land aforesaid owned by this
2. defendant are used by it for a Sanctuary, parsonage, Sunday school
3. class rooms, social hall, kitchen, dining hall, parking lot,
4. recreation area and other religious and educational purposes
5. incidental thereto and connected therewith. At present this
6. defendant purchases all water used by it upon its aforesaid land
7. from Fallbrook Public Utility District. This defendant claims and hereby
8. reserves the right, at any time, to drill one or more wells upon any
9. part of its aforesaid land.

18. WHEREFORE, this defendant prays that plaintiff take
19. nothing against it by reason of the Complaint and Supplementary
20. and Amendatory Complaint on file herein; that said Complaint be
21. dismissed as against this defendant: that defendants' right to
22. water, as hereinabove set forth, be quieted as against the plain-
23. tiff and against all other defendants in this action; and for such
24. other and further relief as the Court may deem proper.

FALLBROOK METHODIST CHURCH

By: *J. R. Adams*
      President

Attest: *Barbara D. Ranney*
      Secretary
Defendants in propria persona

Dated: 19 April 1958

13808

EXHIBIT A

PARCEL 1.

North Half (EXCEPTING the West 65.00 feet thereof) and the west 103.72 feet of the south Half of Block 103 of West Fallbrook, in the County of San Diego, State of California, according to map thereof No. 567, filed in the Office of the County Recorder of San Diego County.

PARCEL 2.

Lot 9 and a portion of Lot 10 in Block 46 of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 567 filed in the office of the Recorder of said San Diego County October 9, 1888, together with that portion of the West Half of the alley adjoining said Lots 9 and 10 on the East, said alley being now vacated and closed to public use, described as a whole as follows:

    Beginning at the Southwest corner of said Lot 9; thence along the West line of Lots 9 and 10 North 0 degrees 34' 10" East 70.00 feet; thence parallel with the South line of said Lot 9 and the Easterly prolongation thereof South 89 degrees 20' 30" East 134.94 feet to the center line of said vacated alley; thence along said center line South 0 degrees 33' West 70.00 feet to the Easterly prolongation of the South line of said Lot 9; thence along said Easterly prolongation of the South line of Lot 9 and along the South line of said Lot 9 North 89 degrees 20' 30" West 134.96 feet to the point of beginning.

13809

EXHIBIT A

PARCEL 1.

North Half (EXCEPTING the West 65.00 feet thereof) and the west 103.72 feet of the south Half of Block 103 of West Fallbrook, in the County of San Diego, State of California, according to map thereof No. 567, filed in the Office of the County Recorder of San Diego County.

PARCEL 2.

Lot 9 and a portion of Lot 10 in Block 46 of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 567 filed in the office of the Recorder of said San Diego County October 9, 1888, together with that portion of the West Half of the alley adjoining said Lots 9 and 10 on the East, said alley being now vacated and closed to public use, described as a whole as follows:

    Beginning at the Southwest corner of said Lot 9; thence along the West line of Lots 9 and 10 North 0 degrees 34' 10" East 70.00 feet; thence parallel with the South line of said Lot 9 and the Easterly prolongation thereof South 89 degrees 20' 30" East 134.94 feet to the center line of said vacated alley; thence along said center line South 0 degrees 33' West 70.00 feet to the Easterly prolongation of the South line of said Lot 9; thence along said Easterly prolongation of the South line of Lot 9 and along the South line of said Lot 9 North 89 degrees 20' 30" West 134.96 feet to the point of beginning.

13809