BERDELL FIRTH
Defendants in propria persona
MURRIETA, CALIFORNIA

F I L E D

JUN 26 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| vs. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | BERDELL FIRTH |
| Defendants, | |

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1/6 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

13810

INDEXED    COPY RECEIVED

EXHIBIT A

I own

Lot 11 (eleven) in Block 5 (five) in the Townsite of Murrieta which is in the Murrieta portion of the Temecula Ranch. Reference is made to a map on file in Book 8 of Maps Page 359, in the Records of San Diego County.

13811

EXHIBIT B

I have been told that the land I own here in Murrieta is in the Temecula Ranch, one of the Mexican Grants of land, the Title to which is confirmed by the Treaty of Guadalupe Hidalgo to be the same under American Law as it was under Mexican Law.

I have also been told that Louis Vigness, the last owner of the Temecula Grant under Mexican law and the first owner under American law, received a patent from President Buchanan in 1860 for said land. Therefor I claim the protection of the said Treaty and said Patent.

I am told I am not subject to any state law that conflicts with said Treaty or said Patent that is in regard to water or land rights.

I have a well on the property which I have used freely in the past and I hope to use it freely and exclusively in the future.

13812

Wherefore, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Bedell Frith*

*Murrieta Calif*

13813