JOSEPH G. FLAVIN and DOROTHY A. FLAVIN
Defendants in propria persona
20022 Welby Way
Canoga Park, California

FILED
JUN 26 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247- SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | JOSEPH G. FLAVIN |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | AND DOROTHY A. FLAVIN |
| Defendants. | |

The defendants, JOSEPH G. FLAVIN and DOROTHY A. FLAVIN each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 60 acres of land in SAN DIEGO County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED INDEXED

13814

1    The defendants claim prescriptive rights to
2    4.2 acre feet of water per acre per year totaling
3    252 acre feet of water per year.
4    The defendants also claim that this amount of water
5    in no way does injury or harm to the United States
6    Government.
7    At present, the sixty acres of land owned by the
8    defendants is unimproved, but the water will be
9    needed for future development.

18    WHEREFORE, these defendants pray that plaintiff take
19   nothing against them by reason of the Complaint and Supplementary
20   and Amendatory Complaint on file herein; that said Complaint be
21   dismissed as against these defendants; that defendants' right to
22   water, as hereinabove set forth, be quieted as against the plain-
23   tiff and against all other defendants in this action; and for such
24   other and further relief as the Court may deem proper.

Joseph G. Flavin
Dorothy A. Flavin
Defendants in propria persona
20022 Welby Way
Canoga Park, California

Dated: June 10, 1958

13815A

Exhibit A

THE SOUTH $\frac{3}{4}$ (three quarters) OF THE EAST $\frac{1}{2}$ (one half) of the SOUTHWEST $\frac{1}{4}$ (one quarter) of SECTION 16, TOWNSHIP 9 SOUTH, RANGE 3 EAST, SAN BERNARDINO MERIDIAN.

Containing 60 Acres.

13815