1  Defendants in propria persona *John A. & Bertha E. Hanson*
2  *R.T. 2 Box 458, Elsinore, Cal.*

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

**FILED**

JUN 26 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>    v.<br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br>        Defendants. | CIVIL NO. 1247- SD - C<br><br>ANSWER OF DEFENDANTS<br><br>*John A. & Bertha E. Hanson* |

The defendants, *John A. & Bertha E. Hanson*, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own  *5*  acres of land in *Riverside* County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

13816

1  Defendants claim the Legal Rights
2  to all of the water, either surface
3  or underground, on this property.

18     WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*John A. Harrow*

*Bertha E. Harrow*

Defendants in propria persona

Dated:

13817

Exhibit A

The Westerly half of Lot 34 of Sedco Tract No. 1. as shown by Map on file in Book 10 pages 58 to 75 inclusive, of Maps, Riverside County Records.

13818