```
1    ERNEST E. JAMES
2    Defendants in propria persona
3    3160 North San Pierre Drive
     El Monte, California
4
```

F I L E D

JUN 26 1953

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ Deputy

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, <br> Defendants, | CIVIL NO. 1247 - SD - C <br> ANSWER OF DEFENDANTS <br> ERNEST E. JAMES |

The defendants, ERNEST E. JAMES each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 5 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

13819

COPY RECEIVED INDEXED

1   At the present time there is no well on this property.
2 Defendant claims a right to drill a well and or wells at a
3 later date or dates to supply (4.2) acre feet of water per
4 acre per year for said property of which 4½ acres are
5 tillable.
6   Defendant claims to reserve above claim for any person
7 and or persons who buy, receive as a gift, or inherit, any
8 or all of said property.

18   WHEREFORE, these defendants pray that plaintiff take nothing
against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Ernest E. James*

Defendants in propria persona
3160 North San Pierre Drive
El Monte, California

32 Dated: June 18, 1958

13820

COPY RECEIVED

"EXHIBIT A"

An exact and complete property description of the property owned by ERNEST E. JAMES in Riverside County.

    The Westerly 660 of the Northerly 330 feet of the Northwest Quarter of the Southwest Quarter of Section 10, Township 7 South, Range 3 East, San Bernardino Base & Meridian.

13821