1  Lloyd H. Kingsland; and Josephine S. Kingsland.(as joint tenants)
   Lloyd H.
   Defendants in propria persona
2  1725 Grant Ave. Redondo Beach, California.             F I L E D
3
4                    IN THE UNITED STATES DISTRICT COURT  JUN 26 1958
5                    SOUTHERN DISTRICT OF CALIFORNIA  CLERK, U.S. DISTRICT COURT
                                                      SOUTHERN DISTRICT OF CALIFORNIA
6                              SOUTHERN DIVISION      By_____ DEPUTY
7
   UNITED STATES OF AMERICA,        )     CIVIL NO. 1247 - SD - C
8                                   )
                Plaintiff,           )     ANSWER OF DEFENDANTS
9                                   )     Lloyd H. Kingsland    and
        v.                           )     Josephine S. Kingsland
10                                  )
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )
                                    )
12              Defendants,          )

13        The defendants, Lloyd H. Kingsland &, Josephine S. Kingsland.
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
          These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
                    AFFIRMATIVE STATEMENT OF RIGHTS
26
          These defendants own ten  acres of land in Riverside
27                              a portion
   County, California, and/within the watershed of the Santa Margarita
28
   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31
32
                                                            13826

COPY RECEIVED

```
 1      WE claim our water rights are PARAMOUNT to all other
 2    rights or claims of rights of plaintiff in and for to
 3    said water.
 4      We claim all water rights under OUR LAND for the
 5    beneficial use thereon;
```

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Lloyd H Kingsland*

*Josephine S. Kingsland*
Defendants in propria persona

Dated: June 19, 1958

13827

*Copy of Grant Deed*

"Exhibit A"

Parcel 1.
All that portion of Fractional Section 33, Township 6 South, Range 4 West, San Bernardino Base and Meridian, as shown by United States Governement Survey, Particulary as follows;

Beginning at a point on the Laguna Grant Line in the Northeast Quarter of said section 33, Which point is the most Southwesterly Corner of lot 10 in Block K, Elsinore, as shown by map on file book 4 page 174 of Maps, records of San Diego, California, and lies South 53° 15' East, 22.56 chains from the point of intersection of said Grant line with the North boundary line of said Section 33;
   Thence South 36° 30' West, 548.33 feet;

Thence South 53° 30' East, 397.92 feet, more or less, to the North- westerly line of the 10 acre parcel of land as described in deed to C.H. Lewis, recorded October 9, 1903 in Book 174 page 326 of Deeds, records of Riverside County, California;
   Thence North 36° 30' East, formerly recorded North 37° 10' East, along the Northwesterly line of said 10 acre parcel, 548.33 feet more or less, to the Laguna Ranch Line;

Thence North 53° 15' West, along said Ranch line, to the point of Beginning.
   Excepting therefrom a right of way for road purposes over the Northwesterly 15 feet thereof.

PARCEL 2
All that portion of Lot 10 IN BLOCK K of Elsinore, as shown by map on file in Book 4 page 174 of Maps, records of San Diego County, California, particularly described as follows;
   Beginning at the most Northerly corner of said Lot 10;
Thence South 53° 30' East, along the Northeasterly line of said Lot, 428.6 feet, more or less, to the most Northerly corner of the said parcel of land Conveyed to Mrs. Harriet A.S. Hirst, by deed recorded August 27, 1889., in Book 153 page 142 Of Deeds, records of San diego County, California;
   Thence South 36° 30' west, along the Northwesterly line of said parcel, 542.2 feet, more or less, to the Southwesterly line of said Lot 10;
   Thence North 54° 00' West along said Southwesterly line, 429 feet, more or less, to the most Westerly corner of said Lot 10;
   Thence North 36° 30' East, 544.9 feet, more or less, to the point of beginning.

EXCEPTING therefrom a right of way for road purposes over the Northwesterly 15 feet thereof.
   Said property is also shown on Record Survey on file in book 6 page 66 Of Records of Survey, Records of Riverside County, California,.

13828