Paul Koch Jr., and E. Jean Koch
Defendants in propria persona
604 Tocino Drive, Duarte, California

F I L E D

JUN 26 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br><br>　　　　　Defendants, | CIVIL NO. 1247 - SD - C<br><br>ANSWER OF DEFENDANTS<br><br>Paul Koch, Jr.<br>and<br>E. Jean Koch |

The defendants, Paul Koch Jr., and E. Jean Koch each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 55 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.


COPY RECEIVED

13829

1  We claim overlying rights to the use of water on our property as described
2  in Ehibit "A"

4  We have a drilled well from which we are able to pump sufficient water
5  for domestic purposes only, and we claim the right to develop same or drill
6  else where so as to irrigate 25 acres of irragable land to develop permanent
7  pasture for livestock.

18      WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

                                       Paul Koch, Jr.
                                       E. Jean Koch
                                       Defendants in propria persona

32 Dated: June 17, 1958

                                                          13830

EXHIBIT "A"

Description of property as follows:

Lots seven (7) and eight (8) and that portion of lot three (3) in section 13, Township 8 South, Range 5 West, San Bernardino Meridian in the County of San Diego, State of California, according to United States Government Survey approved November 22, 1929.

*Paul Koch Jr.*
Paul Koch Jr.

*E. Jean Koch*
E. Jean Koch

Date *June 17, 1958*

13831

**AFFIDAVIT OF SERVICE BY MAIL (C. C. P. 1013a)**
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO } ss.
STATE OF CALIFORNIA }

No. 1247-SD-C

Fayette Willett ................being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's business address is P. O. Box 103, Fallbrook, California.

That affiant served the attached original & 3 copies (Answer to Complaint and Supplementary and Amendatory Complaint by defendants John Stuart Marshall and Nance Harvey Marshall)

by placing thereof in an envelope addressed to

J. Lee Rankin, Solicitor General,

at his office address, which is Room 332, 325 West F Street,

San Diego, California.

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on

June 20, 1958, deposited in the United States Mail at Fallbrook,

California. That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me

June 20, 1958        Fayette Willett

Notary Public in and for the County of San Diego, State of California
(SEAL) My Commission expires Sept. 17, 1958

**AFFIDAVIT OF SERVICE BY MAIL**         Form 9A Co. Clk. 4-56 5M  3832

COPY RECEIVED