```
P. W. WILLETT
Attorney at Law
P. O. Box 103
Fallbrook, California
Telephone: RA 8-7150

Attorney for the defendants,
John Stuart Marshall and
Nance Harvey Marshall.
```

FILED
JUN 26 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al,<br><br>　　　　　Defendants. | No. 1247-SD-C<br><br>ANSWER TO COMPLAINT<br>AND SUPPLEMENTARY AND<br>AMENDATORY COMPLAINT,<br>BY THE DEFENDANTS,<br>JOHN STUART MARSHALL<br>and<br>NANCE HARVEY MARSHALL. |

Come now the defendants, John Stuart Marshall and Nance Harvey Marshall, and answering plaintiff's Complaint and Supplementary and Amendatory Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### ANSWER TO ORIGINAL COMPLAINT

I

These answering defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Paragraphs I, II, III, IV, VI, VII, and VIII of plaintiff's original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering Paragraph V of plaintiff's original Complaint herein, defendants admit the litigation referred to and admit that a stipulated judgment was entered into therein, a copy of which is

1.

13832A

Marshall

1  attached to plaintiff's Complaint and marked Exhibit A. These
2  answering defendants deny that they were parties to said litigation
3  or in any way bound thereby, and deny that said stipulated judgment
4  determines the rights of plaintiff against these defendants.

### III

6  These answering defendants deny the allegations of Paragraph
7  IX of plaintiff's original Complaint.

- - - - - - - - - - -

### ANSWER TO SUPPLEMENTARY AND AMENDATORY COMPLAINT

### I

11  These answering defendants have no knowledge or information
12  sufficient to form a belief as to the allegations contained in
13  Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV,
14  XVI, XVII, XVIII, XIX, XX, XXIII, and XXIV of plaintiff's Supple-
15  ment and Amendment to Complaint, and therefore deny all of said
16  allegations for want of information or belief.

### II

18  These answering defendants deny the allegations of Count
19  XXI, XXII, and XXV of plaintiff's Supplement and Amendment to
20  Complaint.

- - - - - - - - - - -

### AS A SEPARATE AND AFFIRMATIVE DEFENSE, THESE ANSWERING DEFENDANTS ALLEGE:

### I

26  These answering defendants and their predecessors in
27  interest have been for many years last past, the owners of and in
28  possession of certain lands within the watershed of the Santa
29  Margarita River and its tributaries, and said defendants have
30  rights in and to the reasonable beneficial use of the percolating
31  waters which are in the underground basins and strata of water-
32  bearing sand and gravel over which their lands lie. Said lands

2.

13833

Marshall

1 are situated in the County of San Diego, State of California, as
2 described in Exhibit A attached hereto and made a part hereof by
3 reference.
4                                II
5      These answering defendants claim all the rights of over-
6 lying landowners and to water which may originate in or may be
7 found on or under their lands; the right to dig or drill wells and
8 exercise water reclamation and conservation practices as are now
9 or may be known; and these defendants claim all of the above for
10 all the lands in which they have any financial interest in the
11 County of San Diego, State of California.
12
13      WHEREFORE, these answering defendants pray:
14      1. That plaintiff take nothing by its Complaint and
15 Supplementary and Amendatory Complaint on file herein against
16 these answering defendants;
17      2. That said Complaint and Supplementary and Amendatory
18 Complaint be dismissed as against these answering defendants;
19      3. That this Honorable Court adjudge and decree that these
20 answering defendants are the owner of water rights appurtenant to
21 the lands described herein, as described in this Answer;
22      4. That this Honorable Court adjudge and decree that the
23 water rights of said defendants are prior and paramount to all of
24 the claimed water rights of plaintiff herein;
25      5. That this Honorable Court quiet the title of these
26 answering defendants in and to their rights to the use of water as
27 set forth herein, as against all adverse claims of plaintiff or
28 other defendants herein;
29      6. For costs of suit and for such other relief as seems
30 just.

                                                 /s/ P. W. Willett
                                         Attorney for Defendants,
                                         John Stuart Marshall and
                                         Nance Harvey Marshall

13834

3.

BOOK 5700 PAGE 353

**Bank of America**
NATIONAL SAVINGS ASSOCIATION

TITLE ORDER NO. _____
ESCROW NO. 1332-3622

WHEN RECORDED PLEASE RETURN TO
John Stuart Marshall

# Grant Deed
## INDIVIDUAL

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

I, _____ and NETTIE M. MCKINNEY _____ husband and wife, _____

do hereby GRANT to

JOHN STUART MARSHALL and NANCY M. MARSHALL, husband and wife, as joint tenants,

all that real property situated in the _____ County of San Diego, State of California, described as follows:

**PARCEL 1:**
The North 28 feet of the East 100 feet of Lot 5, in Block 22 of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 162, filed in the office of the County Recorder of San Diego County, May 4, 1885.

**PARCEL 2:**
A non-exclusive right of way for commercial vehicles only for the purpose of obtaining ingress and egress to and from Parcel 1 above described, for the purpose of unloading and loading merchandise for any commercial establishment or business conducted on said Parcel 1 over the following described property: The West 10 feet of the East 110 feet and the North 15 feet of the West 10 feet of the East 110 feet of Lot 5, Block 22 of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 162, filed in the office of the County Recorder of San Diego County, May 4, 1885.

**PARCEL 3:**
An easement to maintain a portion of the present building now located on the North 28 feet of the East 100 feet of Lot 5 in Block 22 of West Fallbrook, County of San Diego, State of California, according to Map thereof No. 162 in the Recorder's Office, May 4, 1885, on that portion of Lot 2 in Block 22 of said Subdivision now occupied by the North wall of said building, said portion of said Lot 2 being more particularly described as follows:
Beginning at a point on the South line of said Lot 2, distant thereon North 89° 19' West, 12 feet from the Southeast corner thereof; thence North 0° 33' 30" East parallel with the East line of said Lot, a distance of 5/8 inch; thence North 89° 19' West parallel with the South line of said Lot, a distance of 100 feet; thence South 0° 33' 30" West parallel with said East line of said Lot, a distance of 5/8 inch to the South line of said Lot; thence South 89° 19' East along said South line, 100 feet to the point of beginning.

DATED: June 1, 1955

Page 4 of
Exhibit A

13835

STATE OF CALIFORNIA }
COUNTY OF San Diego }

(FOR COUNTY RECORDER'S USE ONLY)
Recorded July __, 1955



**CORPORATION GRANT DEED**

DONATH & [...], INC., a corporation organized [...] of California, does hereby GRANT to JOHN STUART MARSHALL and NANCY HARVEY MARSHALL, husband and wife, as joint tenants [...] FOR A VALUABLE CONSIDERATION [...] the real property in the [...] State of California, described as:

Lot Six of ELDER KNOLL UNIT NO. 2, according to the Map thereof No. [...], filed in the office of the County Recorder of San Diego County, May 9, 1950.

In Witness Whereof [...] instrument to be executed [...] unto duly authorized [...]

Dated: March 28, 1951

DONATH & [...]

Page 2 of Exhibit A

State of California
County of San Diego

On March 29, 1951 before me [...] Notary Public in and for said County [...] Curtis A. Donath [...] known to me to be the President [...]

Book 4059 Page 301

Document No. 13836
RECORDED AT REQUEST OF
UNION TITLE INSURANCE & TRUST CO.

```
STATE OF CALIFORNIA  )
                     )  ss.
COUNTY OF SAN DIEGO  )
```

John Stuart Marshall and Nance Harvey Marshall, being duly sworn, say:

That they are the answering defendants in the above entitled action; that they have read the foregoing Answer to Complaint and Supplementary and Amendatory Complaint and Affirmative Defense and know the contents thereof; that the same is true of their own knowledge, except as to the matters which are therein stated on information or belief, and as to those matters they believe the same to be true.

_(signature)_
(John Stuart Marshall)

_(signature)_
(Nance Harvey Marshall)

Subscribed and sworn to before me this 19th day of June, 1958.

_(signature)_
Notary Public in and for said County and State

My Commission expires September 17, 1958.