Charles A. and Marie E. Miller
Defendants in propria persona
2327 Adriatic Ave
Long Beach 10 Calif.

**FILED**
JUN 26 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Charles A Miller |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | and Marie E Miller |
| Defendants, | |

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 43 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

13838

COPY RECEIVED  INDEXED

1  Defendants intend to drill water wells
2  on each ten acres and wish to
3  reserve the right to do so.
4  We have 35 acres of flat land, thirty
5  acres cleared and 13 acres brush.
6  We can grow potatoes & alfala hay,
7  raise Turkey and chickens.
8  Defendants claim the right to use
9  (90) acres feet of water per year.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Charles A. Miller*

*Marie E. Miller*

Defendants in propria persona

Dated:
June 19, 1958

13839

Exhibit A.   Page 3

The South one-half of the Northeast Quarter of the Southeast Quarter and the North one half of the Southeast Quarter of the Southeast Quarter of Section 7, Township 7 South, Range 3 East, San Bernardino Base & Meridian.

Also-

The South 240 feet of the North half of the North half of the Southeast Quarter of Section 7 Township 7 South, Range 3 East, San Bernardino Base and Meridian.

13840