C. C. Johnson
Vilma Johnson

1   Defendants in propria persona
2   404 West 3rd St. San Bernardino Cal.
3
4              IN THE UNITED STATES DISTRICT COURT
5              SOUTHERN DISTRICT OF CALIFORNIA
6                     SOUTHERN DIVISION

**FILED**

JUN 26 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

7   UNITED STATES OF AMERICA,       )
8                                   )   CIVIL NO. 1247- SD - C
                    Plaintiff,      )
9                                   )   ANSWER OF DEFENDANTS
          v.                        )   C. C. Johnson
10                                  )   Vilma Johnson
    FALLBROOK PUBLIC UTILITY        )
11  DISTRICT, ET AL,                )
                                    )
12  C. C. Johnson      Defendants.  )
13  Vilma Johnson
              The defendants,
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:
17              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                              AMENDATORY COMPLAINT
18
              These answering defendants hereby incorporate by reference
19
    all of the allegations contained in the answer to said Complaint and
20
    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25
26                   AFFIRMATIVE STATEMENT OF RIGHTS
27         These defendants own 1.5  acres of land in Riverside
28  County, California, and within the watershed of the Santa Margarita
29  River, more particularly described in the document attached hereto,
30  marked Exhibit A, which is hereby incorporated by reference as a
31  part of this statement.
32
                     INDEXED
       COPY RECEIVED

13822

We claim the right to drill a well as we plan to build a home there soon. We also claim the right to percolating water of any kind. We also claim 4½ acre feet of water for irrigation.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

C. R. Johnson

Velma Johnson

Defendants in propria persona

Dated: June 14th 1958

13823

Exhibit A page 1

A Grant deed from Fidelity Realty Corporation, granting to E. G. Johnson, all real property situated in Riverside County State of California, described as follows.

That portion of lot 176 as per map entitled "map of Temecula land and water Company" Recorded in the office of San Diego County in book 8 of maps page 359 described as follows.

Beginning at the intersection of the center line of John Jay Avenue with the center line of Elm street, thence Northwesterly along the center line of John Jay avenue 250 feet; thence Northeasterly along a line paralleling the center line of Elm street 85 feet to a point which is the true point of beginning; thence Northeasterly along a line paralleling the center line of Elm street 70 feet; thence Southeasterly along a line paralleling the center line of John Jay Avenue 120 feet; thence Southwesterly along a line paralleling the center line of Elm street 70 feet; thence Northwesterly along a line paralleling the center line of John Jay Avenue to the true point of beginning, Reserving an easement for road purposes over and across the most Northwesterly 20 feet thereof.

Signed on the 26 day of Feburary 1930 by S. H. Gryde president, and A. M. Brown Secretary. of Fidelity Realty Corporation

13824

Page 2 Exhibit A

A Grant Deed from A. M. Brown of Los Angeles California, Does hereby grant to C. C. Johnson and Velma Johnson husband and wife as joint tenants all the real property situated in the County of Riverside State of California described as follows.

Those portions of Monroe avenue and lot 105 of that Certain tract of land in Temecula Rancho, Riverside County California as shown by maps entitled "Maps of Temecula Land and Water Company" Said maps being on file in the office of the County Recorder of San Diego County California, in Map book 8 page 359 founded and described as follows.

Beginning at a point in the center line of Monroe avenue Said point of beginning being distant Northwesterly 924 feet from the intersection of the center line of Monroe avenue with the center line of fig street; thence Northwesterly along the center line of Monroe ave. 132 feet to a point; thence Southwesterly along a line paralleling the center line of fig street 330 feet to a point; thence Southeasterly along a line paralleling the center line of Monroe avenue 132 feet to a point; thence Northeasterly along a line paralleling the center line of fig street 330 feet to a point of beginning, Containing one acre more or less.

Subject to taxes for the fiscal year 1928-29; and excepting and reserving therefrom by and for the grantor herein half of all rights in and to all petroleum, oil, natural gas, helium gas, or petroliferous substance of every kind whatsoever that may now or here after be lying under the soil of the above described premises; Reserving also the grantor for road purposes only, a strip 20 feet in width across the most southwesterly portion of the above described property. The grantor herein grants by the presents to the grantee herein the exclusive option to purchase all of said Oil and gas rights herein reserved by the grantor at the price of $250.00, provided only that said option is exercised within twelve months from the date hereof by the payment of grantor herein, a

13825

his assignee, the sum of $250.00
signed by A. M. Brown   November 26th 1928

13825A