

Benjamin F. Porter and Dorothy K. Porter,

Defendants in propria persona
Route 2, Box 235, Fallbrook, California

FILED

JUN 26 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

        Defendants,

)
)
)
)
)
)
)
)
)
)

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
BENJAMIN F. PORTER and
DOROTHY K. PORTER

The defendants, Benjamin F. Porter and Dorothy K. Porter
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
    AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

    AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own ½ ✗,-acres of land in  San Diego
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

COPY RECEIVED
INDEXED

13841

The defendants own 14.99 acres of land, approximately 10 acres of which is planted to avocados, approximately one-half acre planted to limes, and approximately one-half acre planted to family orchard, shrubbery, etc.

One-half acre, plus or minus, is in the Santa Margarita water shed, the balance on the San Luis Rey River slope. The defendants entire water supply is taken from the Fallbrook Public Utility District.

The defendants claim not less than twenty (20) acre feet of water annually.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Benjamin F. Porter_

_Dorothy K. Porter_

Defendants in propria persona

Dated:

13842

*Exhibit A*

VESTING:  BENJAMIN F. PORTER and DOROTHY K. PORTER,
husband and wife, as joint tenants.

All that portion of the Northeast Quarter of the Southeast Quarter of
Section 17, Township 9 South, Range 3 West, San Bernardino Meridian, in
the County of San Diego, State of California, described as follows:

Beginning at the Southeast corner of said Northeast Quarter; thence North
34° 28' 20" West 516.65 feet to the curved center line of County Highway
Commission, Mission Road No. 1-C, said curve being concave to the Northeast
and having a radius of 800.00 feet; thence Northeasterly along said curve
183.53 feet to the end of said curve;  thence on a tangent to said curve
North 26° 21' East 39.38 feet to the most Northerly corner of land conveyed
to M. B. Dunkle and Ada P. Dunkle, husband and wife, by deed recorded Oct-
ober 6, 1945, in Book 1935, page 390 of Official Records and the true point
of beginning;  thence continuing along said center line North 26° 21' East,
272.10 feet to the beginning of a curve concave to the Southeast and having
a radius of 200 feet; thence Northeasterly along said curve 98.47 feet to
the East line of said Northeast Quarter; thence Southerly along said East
line South 0° 31' 40" West, 466.65 feet to the Northeast corner of said
Dunkle's land; thence along the Northerly boundary of said Dunkle's land
North 42° 12' 30" West, 114.97 feet to an angle point therein; thence con-
tinuing along said North line North 58° 14' West, 120.54 feet to the true
point of beginning.

     A portion of the Southwest Quarter of Section 16, Township 9 South, Range 3
West, San Bernardino Base and Meridian, in the County of San Diego, State of
California, described as follows, to wit:

     Beginning at the Southwest corner of said Southwest Quarter of Section 16;
thence along the South line thereof North 89° 05' East, 611.32 feet; thence North
0° 55' West; 343.90 feet to the angle point in the Westerly line of the parcel of
land conveyed by W. A. Anderson to J. L. Baker by deed recorded in Book 974, Page
183, Official Records of said County, which is the true point of beginning; thence
running along the said Westerly line of the parcel of land conveyed by W. A. Anderson
to J. L. Baker, North 31° 26' East, 1152.50 feet to the Northwesterly corner thereof;
thence  North 50° 18' West, 18.79 feet to the beginning of a curve concave to the
Northeast, having a radius of 240 feet;  thence Northwesterly thereon 184.73 feet to
the end thereof; thence on a tangent thereto North 6° 12' West, 25.20 feet to the
beginning of a curve concave to the East, having a radius of 230 feet; thence North-
erly thereon 197.50 feet to the end thereof; thence on a tangent thereto North 43°
0' East, 111.45 feet to the beginning of a curve concave to the Northwest, having a
radius of 300 feet; thence Northeasterly thereon 85.17 feet to the end thereof;
thence South 55° 02' West, 950.23 feet;  thence South 5° 37' 30" East, 972 feet to
the true point of beginning:

     Reserving an easement for road purposes over the Easterly 30 feet thereof.


          Defendents claim all the rights of overlying
     landowners and to water which may originate or cross
     their land.
          Defendents claim the right to dig wells and
     to exercise water reclamation and conservation practises
     as are now or may be known.
          Defendents hereby incorporate the same as though
     set forth herein in full all of the Affirmative Defenses
     of the Fallbrook Public Utility District on file in these
     proceedings.
          Defendents claim all the above for all lands in
     which they have any financial interest whatever.

13843