OTIS R. RAIL & HAZEL F. RAIL
Defendants in propria persona
MURRIETA, CALIFORNIA

F I L E D

JUN 26 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | OTIS R. RAIL and Hazel F. Rail |
| Defendants, | |

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 70 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

13843-A

COPY RECEIVED   INDEXED

EXHIBIT A

 Otis R. Rail and Hazel F. Rail own land more particularly described as situated in the Temecula Land and Water Company Murrieta portion. The North One-half (N.½) of Lot Ninety-two (92) in Murrieta Portion of the Temecula Rancho as per map made by O. N. Sanford.

 Farm Lot Number 100 of the Murrieta Portion of Temecula Rancho per map *Formerly* recorded in San Diego County, State of California, except portion taken for state highway.

 Northeast One-half (½) of Southeast One-half (½) of Lot Ninety-one.

 Also Five acres in the Block A Murrieta Eucalyptus Company's Tract described as beginning on the center of Hamilton Street at the most Northerly corner of Lot 9, Block A as shown by map thereof on file in Book 6, Page 73 of Maps, Records of Riverside County, thence South 33° 11' West along the Westerly line of said Lot 9, Block A 1320 feet to center line of John Jay Street; thence South 57° 10' East along the center line of John Jay Street 165 feet; thence North 33° 11' East 1320 feet to the center line of Hamilton Street; thence North 57° 10' West 165 feet to the point of beginning.

13844

## EXHIBIT B

Otis R. Rail and Hazel F. Rail in answer to the Complaint of the United States of America, do hereby claim that they believe that their title derives from the original upper Mexican California Title and that, that Title was confirmed by the Treaty of Guadalupe Hidalgo in 1848 between Mexico and the United States. We believe that by reason of Constitutional Rights guaranteed by this Treaty we are entitled to peaceful posession and developement of all the Waters beneath and the skies above which we may beneficially use on our own property.

13845

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Otis P. Rail*

*Hazel F. Rail*

Defendants in propria persona

Dated: June 23, 1958

13846