*Zacheus A Smith Jr and*
*Faith J. Smith*

1  Defendants in propria persona
2  475 Ord Ave. Ord Village
3  Fort Ord, California

FILED
JUN 26 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *William Kesey*
   DEPUTY

4  IN THE UNITED STATES DISTRICT COURT
5  SOUTHERN DISTRICT OF CALIFORNIA
6  SOUTHERN DIVISION

7
8  UNITED STATES OF AMERICA,
9           Plaintiff,
10     v.
11 FALLBROOK PUBLIC UTILITY
   DISTRICT, ET AL,
12         Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
*Zacheus A. Smith Jr*
*and*
*Faith J. Smith*

13  The defendants, *Zacheus A Smith Jr and Faith J Smith*
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:

17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
19         These answering defendants hereby incorporate by reference
20  all of the allegations contained in the answer to said Complaint and
21  Supplementary and Amendatory Complaint filed in this case by Newton
22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23  of the portion thereof entitled "Affirmative Statement of Rights")
24  and make each and all of said allegations a part of this answer
25  the same as if herein set forth at length.

26              AFFIRMATIVE STATEMENT OF RIGHTS
27         These defendants own *22 ½* acres of land in *Riverside*
28  County, California, and within the watershed of the Santa Margarita
29  River, more particularly described in the document attached hereto,
30  marked Exhibit A, which is hereby incorporated by reference as a
31  part of this statement.
32                                                          13847

COPY RECEIVED    INDEXED

1  This land is appropriatine & we
2  reserve the right to dig a well
3  in the future, to irrigate approx-
4  imatly 25 acres, also to raise
5  such as turkeys, chickens & cattle &
6  to grow such crops as alfalfa
7  etc. for pasture.

18      WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Zacheus C. Smith Jr.*
*Faith Y. Smith*

                    Defendants in propria persona

Dated: June 16, 1958

Exhibit A.

The following is a description of the land held by Zacheus A. Smith Jr & Faith Y. Smith. In the county of Riverside, State of California.

The east half of government lot 9, in section 8, Township 7 south, range 3 east. San Bernardino base & meridian.

13848