

FILED

JUN 26 1958

CLERK, U.S. DIST...
SOUTHERN DISTRICT...
By _____

```
 1   P. W. WILLETT
     Attorney at Law
 2   P. O. Box 103
     Fallbrook, California
 3   Telephone:  RA 8-7150

 4   Attorney for Defendants,
     Eugene Neal Swearingen and
 5   Ardyth Louise Lattimer.

 6
```

7              IN THE UNITED STATES DISTRICT COURT

8                 SOUTHERN DISTRICT OF CALIFORNIA

9                      SOUTHERN DIVISION

10

| | | |
|---|---|---|
| 11  UNITED STATES OF AMERICA, | ) | |
| 12                Plaintiff, | ) | No. 1247-SD-C |
| 13      v. | ) | ANSWER TO COMPLAINT AND SUPPLEMENTARY AND |
| 14  FALLBROOK PUBLIC UTILITY DISTRICT, et al, | ) | AMENDATORY COMPLAINT, BY THE DEFENDANTS, |
| 15                Defendants. | ) | EUGENE NEAL SWEARINGEN and |
| 16  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | ) | ARDYTH LOUISE LATTIMER. |

17

18          Come now the defendants, Eugene Neal Swearingen and Ardyth

19   Louise Lattimer, and separating themselves from the other defendants

20   and each for himself or herself alone, in answer to the Complaint

21   and Supplementary and Amendatory Complaint on file herein, allege,

22   deny and admit as follows:

23                   ANSWER TO ORIGINAL COMPLAINT

24                               I

25          These answering defendants hereby re-affirm and incorporate

26   by reference all the allegations contained in their Answer to

27   plaintiff's Original Complaint, and make each and all of said

28   allegations a part of this Answer, if not inconsistent herewith,

29   the same as if herein set forth at length.

30

31             _ _ _ _ _ _ _ _ _ _ _ _ _

32

                               1.

                                                      13859A

Swearingen

## ANSWER TO SUPPLEMENTARY AND AMENDATORY COMPLAINT

### I

These answering defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XX, XXIII, and XXIV of plaintiff's Supplement and Amendment to Complaint, and therefore deny all of said allegations for want of information.

### II

These answering defendants deny the allegations of Counts XXI, XXII and XXV of plaintiff's Supplement and Amendment to Complaint.

— — — — — — — — — —

## AS A SEPARATE AND AFFIRMATIVE DEFENSE, THESE ANSWERING DEFENDANTS ALLEGE:

### I

Defendants, as tenants in common, own 40 acres of land in the County of San Diego, State of California, and within the watershed of the Santa Margarita River and its tributaries, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as part of this Answer. 30 acres of said land are arable. An intermittent stream flows across said lands. There are 2 flowing springs, a 40-foot well with electric pump and pipeline to the house, and an Erosion Control Dam filled by run off, which was built in 1956. Said dam was approved by the Stabilization and Conservation Committee of the State Department of Agriculture, and about 6000 cubic yards of dirt were used in its construction. The dam is 26 feet high and 100 feet long, holding approximately 8 acre feet of water when full. The well is 4 feet in diameter at the surface and a 1-3/4 H. P. Jacuzzi Jet Centrifugal Pump is used, pumping 200 gallons per minute. The right to use said waters has been owned by these

2.

13860

Swearingen

1   defendants and their predecessors in interest for many years,

2   openly, notoriously, continuously, adversely, and under claim of

3   right to meet domestic and irrigation requirements thereof.

4                                      II

5       These answering defendants claim all the rights of overlying

6   landowners and to water which may originate in, or may be found on,

7   or under, or which may cross their lands; the right to dig or drill

8   wells and exercise water reclamation and conservation practices

9   appurtenant to said land as are now or may be known; the riparian

10  and prescriptive rights appurtenant to said property; and these

11  answering defendants claim all of the above for all lands in which

12  they have any financial interest in the County of San Diego, State

13  of California.

14

15      WHEREFORE, THESE ANSWERING DEFENDANTS PRAY:

16      1.  That plaintiff take nothing by its Complaint and Sup-

17  plementary and Amendatory Complaint on file herein against these

18  answering defendants; and that said action be dismissed as against

19  these answering defendants;

20      2.  That this Honorable Court adjudge and decree that these

21  answering defendants are the owners of riparian, prescriptive and

22  percolating water rights appurtenant to the lands described herein,

23  as described in this Answer;

24      3.  That this Honorable Court quiet the title of these

25  answering defendants in and to their rights to the use of water as

26  set forth herein, as against all adverse claims of plaintiff and

27  against all other defendants in this action;

28      4.  For costs of suit and for such other relief as seems

29  just.

30

31                          Attorney for Defendants,
                            Eugene Neal Swearingen and
32                          Ardyth Louise Lattimer.


                                   3.                              13861

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF SAN DIEGO    )

     Eugene Neal Swearingen and Ardyth Louise Lattimer, being duly sworn, say:

     That they are the answering defendants in the above-entitled action; that each of them has read the foregoing Answer to Complaint and Supplementary and Amendatory Complaint and Affirmative Defense and knows the contents thereof; that the same is true of their own knowledge, except as to the matters which are therein stated on information or belief, and as to those matters that they believe the same to be true.

_Eugene Neal Swearingen_
(Eugene Neal Swearingen)

_Ardyth Louise Lattimer_
(Ardyth Louise Lattimer)

Subscribed and sworn to before me
this 19th day of June, 1958.

_____
Notary Public in and for said
    County and State

My Commission expires September 17, 1958.

4.

13862

Swearingen and Lattimer

The following described lands are owned by Eugene Neal
Swearingen and Ardyth Louise Lattimer, as tenants in common:

PARCEL No. 1:

That portion of the Southeast Quarter of the Southwest
Quarter of Section 9, Township 9 South, Range 3 West, San
Bernardino Meridian, in the County of San Diego, State of
California, according to United States Government Survey
approved April 21, 1890, described as follows:

Beginning at a point in the North line of the South 10 acres
of the West 30 acres of said Southeast Quarter of the South-
west Quarter, distant South 89° 15' 10" West, 600.66 feet
from the Northeast corner of said South 10 acres of West 30
acres; thence South 0° 30' 30" West 75.00 feet; thence South
86° 35' 40" East 944.47 feet to a point in the East line of
said Southeast Quarter of Southwest Quarter, distant North
1° 01' 50" East 304.37 feet from the Southeast corner of
said Southeast Quarter of Southwest Quarter; thence along
said East line South 1° 01' 50" West 304.37 feet to said
Southeast corner; thence along the South line of said South-
east Quarter of Southwest Quarter South 89° 15' 10" West
1313.31 feet to the Southwest corner thereof; thence along
the West line of said Southeast Quarter of Southwest Quarter
North 0° 30' 30" East 447.67 feet to the North line of said
South 10 acres of West 30 acres; thence along said North
line, North 89° 15' 10" East 372.84 feet to the point of
beginning.

PARCEL No. 2:

All that portion of the Northeast Quarter of the Northwest
Quarter, Section 16, Township 9 South, Range 3 West, San
Bernardino Meridian, in the County of San Diego, State of
California, described as follows:

Beginning at the Northeast corner of said Northeast Quarter
of the Northwest Quarter; thence West along the North
boundary line thereof to the Easterly line of land of
William Alexander Anderson, Jr.; thence South along said
Easterly line, same being parallel with and distant 396 feet,
more or less, from the Easterly line of said Northeast
Quarter of the Northwest Quarter, to the most Northerly
point of the land described by metes and bounds in and con-
veyed by deed from Sarah A. Harris to Myrtle Harris Scott
and George R. Harris, dated March 30, 1934, and recorded in
Official Records, San Diego County, Book 287, Page 45, said
point being in the center line of public highway surveyed
by R. M. Vail, County Surveyor, being road leading from Red
Mountain to Ranchita; thence Southeasterly along the North-
easterly line of said land described in said deed recorded
in said Official Records, Book 287, Page 45, said line being
also the center line of said public highway to the point of
intersection with a line parallel with and distant 664 feet
from the North line of said Northeast Quarter of the North-
west Quarter of said Section 16; thence East along said
parallel line to the East line of said Quarter-Quarter
section; thence North along said East line 664 feet to the
point of beginning.

Page 1 of Exhibit A

13863

Swearingen and Lattimer

PARCEL No. 3:

All that portion of the Northeast Quarter of the Northwest
Quarter, Section 16, Township 9 South, Range 3 West, San
Bernardino Meridian, San Diego County, California, lying
West of a line beginning at a point in the South boundary
line of the Northeast Quarter of the Northwest Quarter of
said Section 16, said point being 743.82 feet East from
the Southwest corner of said Northeast Quarter of the North-
west Quarter, and on the West bank of a ravine whose course
at this point is North 4° West; thence along the crest of
the West bank of said ravine courses and distances as
follows:  North 4° West 66 feet; North 27½° West 145.2 feet;
North 15° West 132 feet; North 23½° East 132 feet; North
12° East 66 feet; North 16° East 184.8 feet; thence North
74° East 198 feet crossing ravine 66 feet below its junction
with another ravine from Southeast to point of intersection
with center line of a public highway surveyed by R. M. Vail,
County Surveyor, being road leading from Red Mountain to
Ranchita, said point being the most Northerly point of the
land described by metes and bounds in and conveyed by deed
from Sarah A. Harris to Myrtle Harris Scott and George R.
Harris, dated March 30, 1934, and recorded in Official
Records of San Diego County in Book 287, Page 45; thence
North along the Westerly line of the land of W. A. Anderson
and Lois Anderson, said line being parallel with and distant
396 feet, more or less, from the East line of said North-
east Quarter of the Northwest Quarter, Section 16, to the
Northerly line thereof.

13864