SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

FILED
JUN 26 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br><br>    Defendants. | No. 1247-SD-C<br><br>REQUEST FOR ADMISSIONS UNDER RULE 36<br><br>RAY G. PETERS and<br><br>GLADYS P. PETERS |

Defendants   RAY G. PETERS and GLADYS P. PETERS, husband and wife,

request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1. Defendants are the owners of the lands described in their answer herein.

    2. The lands described in the answer of defendants include   7.5   acres of irrigable land.

    3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

    4. The lands of defendants are riparian to the Santa Margarita River.

Dated: June 24, 1958

COPY RECEIVED

SACHSE and PRICE
by _____
Attorneys for defendants
RAY G. PETERS and GLADYS P. PETERS

3945

Geno L. and Louise R. Somacal
125 No. Wisconsin St.
Fallbrook, California
Defendants in propria persona

**FILED**

JUN 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al,<br>            Defendants. | No. 1247-SD-C<br><br>RELEASE OF<br>ATTORNEYS OF RECORD<br>BY THE DEFENDANTS<br>GENO L. SOMACAL<br>AND<br>LOUISE R. SOMACAL. |

   P. W. Willett and William H. Macomber having appeared in the above entitled action as attorneys of record for the defendants, Geno L. Somacal and Louise R. Somacal; and said defendants being desirous of appearing in propria persona; said defendants hereby release said attorneys from all responsibility as their attorneys of record and ask that the records of the above entitled Court show that said P. W. Willett and William H. Macomber are no longer the attorneys of record for the defendants, Geno L. Somacal and Louise R. Somacal.

   Dated: June 7, 1958.

_____          _____
   (Geno L. Somacal)                (Louise R. Somacal)

   I hereby accept said release as attorney of record for said defendants.

   Dated: June 12, 1958.

                                   _____
                                     (P. W. Willett)

   I hereby accept said release as attorney of record for said defendants.

   Dated: June 12th, 1958.

                                   _____
                                     (William H. Macomber)

3946

**AFFIDAVIT OF SERVICE BY MAIL (C.C.P. 1013a)**
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO } ss.
STATE OF CALIFORNIA }

No. 1247-SD-C

Fayette Willett ............ being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's ~~residence~~ business address is P. O. Box 103, Fallbrook, California.

That affiant served the attached (Release of Attorneys of Record by the defendants, Geno L. Somacal and Louise R. Somacal)

ginal and 3 true copies

by placing ~~a true copy~~ thereof in an envelope addressed to J. Lee Rankin, Solicitor General, Room 332, 325 West F Street, San Diego, California.

at his ~~residence~~ ~~XXX~~ office address, which is ..................................

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on

June 20, 1958, deposited in the United States Mail at Fallbrook, California. That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me

June 20, 1958   Fayette Willett

Notary Public in and for the County of San Diego, State of California
(SEAL)

COPY RECEIVED

**AFFIDAVIT OF SERVICE BY MAIL**

Form 9A Co. Clk. 4-56