P. W. Willett
Attorney at Law
P. O. Box 103
Fallbrook, California
Telephone: RA 8-7150

FILED
JUN 27 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )   No. 1247-SD-C
              Plaintiff, )   SUBSTITUTION
   v. )   OF ATTORNEYS
FALLBROOK PUBLIC UTILITY )   BY THE DEFENDANT
DISTRICT, et al, )
             Defendants. )   CHARLES E. STUBBLEFIELD

    Defendant hereby substitutes P. W. WILLETT as his attorney of record in place of P. W. Willett and William H. Macomber.

    Dated: June 1, 1958.

                              /s/ Charles E. Stubblefield
                              (Charles E. Stubblefield)

I hereby consent to the above substitution.

    Dated: June 12, 1958.

                              /s/ Wm. H. Macomber
                              (William H. Macomber)

Above substitution accepted.

    Dated: June 12, 1958

                              /s/ P. W. Willett
                              (P. W. Willett)

Approved
/s/ Judge 6/27/58

3948

## AFFIDAVIT OF SERVICE BY MAIL (C. C. P. 1013a)
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO } ss.   No. 1247-SD-C
STATE OF CALIFORNIA }

**Fayette Willett** being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's ~~residence~~ business address is **P. O. Box 103, Fallbrook, California.**

That affiant served the attached **(Substitution of Attorneys by the defendant, Charles E. Stubblefield, the original and 3 true copies** by placing a copy thereof in an envelope addressed to

**J. Lee Rankin, Solicitor General,**

at ~~his~~ office address, which is **Room 332, 325 West F Street, San Diego, California**

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on **June 20,**, 195**8**, deposited in the United States Mail at **Fallbrook, California.** That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me

**June 20,** 195**8**       *Fayette Willett*

Notary Public in and for the County of San Diego, State of California
(SEAL)   My Commission expires **Sept. 17, 1958.**

**AFFIDAVIT OF SERVICE BY MAIL**   Form 9A Co. Clk. 4-56 5M PP

3949

COPY RECEIVED