Defendants in propria persona

FILED
JUN 27 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, ) CIVIL NO. 1247- SD - C
   v. ) ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY ) *Mabel Page*
DISTRICT, ET AL, ) *Gertrude Page*
        Defendants. )

The defendants, *Mabel Page  Gertrude Page*
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own *unknown* acres of land in *unknown* County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED
COPY RECEIVED

13918

1
2

> Exhibit "A"
> I have no description of property in question, as I have stated in my letters. I was ordered to sign it away and have no papers to show.
> 
> Mabel Page

13919

13
14
15
16
17
18       WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.
25
26
27                                     Mabel Page
28                                     Gertrude Page
29                              Defendants in propria persona
30                              4557 Fountain Ave
31 Dated: May 31, 1958      Los Angeles 29, Calif.
32

13920