CHARLES M. ASHJIAN and
ARAXIE ASHJIAN
  3344 Montecito
  Fresno, California

1  Defendants in propria persona.

**FILED**

JUN 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
          Plaintiff,       )   CIVIL NO. 1247- SD - C
                           )
    v.                     )   ANSWER OF DEFENDANTS
                           )   CHARLES M. ASHJIAN and ARAXIE
FALLBROOK PUBLIC UTILITY   )   ASHJIAN
DISTRICT, ET AL,           )
                           )
          Defendants.      )

The defendants, Charles M. Ashjian and Araxie Ashjian each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own  25  acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

These answering defendants claim the right to take water by reason that they, and each of them, claim rights to percolating waters and intend to, at a later date, drill a well and reserve the right to do so and so assert their right.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Charles M Ashjian*

x *Arafic Ashjian*

Defendants in propria persona

Dated: June 19, 1958.

The description of the real property owned by these answering defendants, and referred to in said supplementary and amendatory complaint, is as follows:

All that real property situated in the County of Riverside, State of California, described as follows:

All that portion of Government Lot 3 of Section 8, Township 7 South, Range 3 East, San Bernardino Meridian, as shown by United States Government Survey, particularly described as follows:

The Easterly portion of said Lot 3, being a rectangular parcel of land, 825 feet wide and 1320 feet long; estimated to contain 25 acres, more or less.

EXHIBIT "A"

13923