Clifford L. Crittenden and Martha Crittenden
Defendants in propria persona
423 E. Cornell Drive, Burbank, California

FILED
JUN 27 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

Clifford L. Crittenden
and
Martha Crittenden

    The defendants, Clifford L. Crittenden and Martha Crittenden each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
    AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

    AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 2 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

13924

All that portion of Lot 1 (Northeast Quarter of Northwest Quarter) in Section 24, Township 9 South, Range 4 West, S.B.M., in the County of San Diego, State of California, described as follows:

Beginning at a point on the North line of said Lot 1, distant thereon North 89° 13' 30" West, 339.94 feet from the Northeast corner of said Lot, said point of beginning being the Northwest corner of a parcel of land conveyed to Morris B. Cope and wife by deed dated April 13, 1938 and recorded in Book 767, page 235 of official records; thence South 0° 28' West along the West line of said parcel conveyed to Cope, 557.4 feet to the Southwest corner thereof; thence North 89° 13' 30" West parallel with said North line of Lot 1, a distance of 156.29 feet; thence North 0° 28' East parallel with said West line of Cope's land, 557.4 feet to said North line of said Lot; thence South 89° 13' 30" East along said North line, 156.29 feet to the point of beginning.

This land was purchased November 2, 1942 and defendants had no knowledge of Camp Pendleton at that time. This was an old Olive grove, but adjoining land is now six (6) residences and avocado and lemon groves, is on Daugherty Street west of Pico in Fallbrook. Defendants now plan to use as four (4) residence lots of ½ acre each with usual gardens and fruit trees.

Water is now furnished by Fallbrook Public Utility District to adjoining lands. Defendants claim the right to use 8 acre feet of water per year from FPUD or any other source, or to drill a well and pump 8 acre feet per year therefrom.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Clifford L. Crittenden*

*Martha Crittenden*

Defendants in propria persona

Dated: June 19, 1958

13926