CLAYTON S. ERDEL and NADINE ERDEL
Defendants in propria persona
P. O. Box 917
Murrieta, Calif.

FILED
JUN 27 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
        Plaintiff,  ) CIVIL NO. 1247- SD - C
    v.  ) ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY  ) CLAYTON S. ERDEL and NADINE ERDEL
DISTRICT, ET AL,  ) his wife, as Joint Tenants
        Defendants.  )

    The defendants, CLAYTON S. ERDEL and NADINE ERDEL each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own Lot acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

13927

LEGAL DESCRIPTION: The Southerly 200 feet of that portion of Lot 12 of the lands of the Temecula Land and Water Company, as shown by map on file in the office of the County Recorder of the County of San Diego, State of California, in Book 8 of Maps, at page 359 thereof; by metes and bounds; COMMENCING at a point, which is the intersection of the center line of Washington Avenue and Ivy Streets, thence in a Northeasterly direction along the center line of Ivy Street, a distance of 230 feet to a point; thence North $42° 16'$ West a distance of 30 feet to a point on the Northwesterly line of Ivy Street; which is the point of beginning; thence North $42° 16'$ West, a distance of 148 feet to a point; thence North $47° 16'$ East, a distance of 420 feet to a point on the Southerly line of Plum Avenue; thence in a Southeasterly direction along the Southerly line of Plum Avenue, a distance of 148 feet to a point which is the intersection of the Southerly line of Plum Avenue with the Westerly line of Ivy Street; thence Southwesterly on the Westerly line of Ivy Street, a distance of 420 feet to a point which is the point of beginning; in the County of Riverside, State of California.

We claim our water rights are paramount to all other rights or claims of right of Plaintiff in and to said water. We claim all water rights under our land for the beneficial use thereon.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Clayton A. Cornell*
*Nadine Erdel*

Defendants in propria persona

Dated: 6-20-1958

13928