Scott E. McKean and Audrey E. McKean
Defendants in propria persona

6128 Brynhurst Ave., Los Angeles 43, Calif.

FILED
JUN 27 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
  v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
        Defendants.

CIVIL NO. 1247- SD - C
ANSWER OF DEFENDANTS
Scott E. McKean
Audrey E. McKean

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 40 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement. INDEXED

COPY RECEIVED

13946

1  Approximately (80) Acres of this land is tillable,
2  and the balance can be used for grazing cattle and for
   raising turkeys, chickens and fowl.   Defendents have
3  irrigated portions of the land in the past and water for
   this purpose has been obtained from a spring.  However,
4  this spring goes dry at certain times of the year, and
   the defendents claim the right to drill a well and
5  build a dam to conserve enough water for the needs of
   this land.

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Scott E. McKean*
*Audrey E. McKean*
Defendants in propria persona

Dated:  June 20, 1958

13947

Description of the land in the County of Riverside, State of California.

The northeast quarter of the Northwest quarter of Section 8, Township 8 South, Range 1, East, SanBernardino Base and Meridian.

13948