FILED

JUN 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ~~Donato~~ ~~Attilio Donato~~

Tido's Lodge, A California Corporation, Adele Donato & Attilio Donato
**Defendants in propria persona**
c/o Tido's Lodge, P.O. Warner Springs, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, ) | ANSWER OF DEFENDANTS |
| v. ) | Tido's Lodge, A California Corporation |
| FALLBROOK PUBLIC UTILITY ) | Adele Donato |
| DISTRICT, ET AL, ) | Attilio Donato |
| Defendants, ) | |

The defendants, Tido's Lodge, A California Corporation, Adele Donato and Attilio Donato each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 20 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

13949

1.

This land has 20 acres, mostly on the San Luis Rey water shed. We have 3 wells to supply our resort which consist of Restaurant, Cocktail Bar, Cabins and Swimming Pool. We need every gallon of water these wells produce for our business. Therefore, we protest any claims on our own water.

2.

Defendants claim all percolating and filtrating water on this land and claims the right to put down wells and develope water for all agricultural and commercial purposes.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Lulu Donato By Attilio Donato_
_Attilio Donato_

_Adele Donato_
Defendants in propria persona

Dated: 6/16/58

13950

Property Description

EXHIBIT A

Portion of Lot 5 and Portion of Lot 12 in Section 36, Township 9 South, Range 2 East, San Bernardino Base and Meridian in the County of San Diego, State of California

13951