Harold R. & Phronia P. Wickerd
Defendants in propria persona
P. O. Box 75
Wildomar, California

FILED
JUN 27 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,)
   Plaintiff,)    CIVIL NO. 1247- SD - C
v.)    ANSWER OF DEFENDANTS
)    Harold R. & Phronia P. Wickerd
FALLBROOK PUBLIC UTILITY)
DISTRICT, ET AL,)
   Defendants.)

The defendants, Harold R. & Phronia P. Wickerd each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own    9    acres of land in _____ County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED
13952
COPY RECEIVED

EXHIBIT A

    We own the most easterly rectangular ¼ of farm lot 66. The north Easterly side of which is the center line of Jefferson street 660 ft. long.

    Except there from 1 (one) acre more or less in the most Easterly corner of above described property.

    All in the Murrieta portion of the Temecula Rancho reference is here by made to a map on file in book 8 of maps page 359 there of.

13953

EXHIBIT B

1      I claim that my land is all in the Temecula Ranch.
I have been told that said Temecula Ranch is one of the
2  Grants of Land confirmed by the Treaty of Guadalupe Hidalgo
to have the same title under American law as it had under
3  Mexican law.
    I have also been told that it received a patent from
4  President James Buchanan in 1860. I have also been told
that because of said Treaty and said patent, I am not subject
5  to conflicting state laws.
    I have used by land and water rights freely and
6  exclusively in the past, and I hope to continue to do so in
the future.

18      WHEREFORE, these defendants pray that plaintiff take

19  nothing against them by reason of the Complaint and Supplementary

20  and Amendatory Complaint on file herein; that said Complaint be

21  dismissed as against these defendants; that defendants' right to

22  water, as hereinabove set forth, be quieted as against the plain-

23  tiff and against all other defendants in this action; and for such

24  other and further relief as the Court may deem proper.

                                    Harold R. Wickerd

                                    [signature]

                                    Defendants in propria persona

Dated: June 21/1958