R2-B 197
Elsinore Calif
P O Box 476

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

JUN 27 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITIES DISTRICT
ET AL.,

    Defendents.

NO. 1247-SD-C

ANSWER TO SUMMONS

The undersigned defendents whose address is Rt.2-BOX 197 Elsinore, California, for themselves, their executors, administrators, successors and assigns, do hereby proclaim that they are the sole owners of the following described property:

Lots 5 to 10 inclusive, Block 1, Town of Wildomar, as shown by Map on file in Book 6, page 294 of Maps, records of San Diego County, California.

In the County of Riverside, State of California and described as follows:-

Lots 15 to 24 inclusive in Book 1 Townsite of Wildomar, as shown by Map on file in Book 6, page 294 of Maps, Records of San Diego County, California.

and that we own and retain all water, oil and mineral rights over, under and in the above described property.

We hereby protest and disclaim all or any part thereof of the claim of the United States Government to any and all water rights and other rights thereof in the above summons.

Dated June 20th 1958

    *Vera Reeves Williams*
    *Clarence F Williams*

State of California
County of Riverside.

Subscribed and sworn to before me this 20TH day of June 1958

    *Thomas J Butler*

Notary Public in and for the County of Riverside, State of California

My Commission Expires Dec. 23, 1960

INDEXED
COPY RECD

13955