1  Paul T. Bailey
2  Defendants in propria persona
   Box 459 Route 2 Elsinore Calif

FILED
JUN 27 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
                                 )
              Plaintiff,         )   ANSWER OF DEFENDANTS
                                 )   Paul T. Bailey
     v.                          )
                                 )
FALLBROOK PUBLIC UTILITY         )
DISTRICT, ET AL,                 )
                                 )
              Defendants,        )

The defendants, Paul T. Bailey
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 4.72 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

13956

Six (6) shares of South Elsinore Mutual Water Co
I claim the right to take water from my well,
and claim the right to drill another, if necessary

Irrigation 790,560 gallons per 24 hrs.
Well produces 900 gallons per hour.
Land will produce grain, vegetables, fruit, flowers
+ nuts. Now is in nuts + fruit

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

4.92 Acres Riverside Co

Paul T. Bailey

Defendants in propria persona

Dated: June 21, 1958

13957

"Exhibit A"
Lot 27 Tract 1 by maps
on file, Book 10, Pages 58 to 59
Sedco, Riverside Co

13958

