```
                                           F I L E D

                                            JUN 27 1958

                                       CLERK, U.S. DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA
                                       By
   Maureen Bricknell                        DEPUTY CLERK
1  Defendants in propria persona.

2  General Delivery
   Murrieta, Calif.
3

4           IN THE UNITED STATES DISTRICT COURT

5             SOUTHERN DISTRICT OF CALIFORNIA

6                    SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,      )
8                                 )   CIVIL NO. 1247- SD - C
              Plaintiff,          )
9                                 )   ANSWER OF DEFENDANTS
        v.                        )     Maureen Bricknell
10                                )
   FALLBROOK PUBLIC UTILITY       )
11 DISTRICT, ET AL,               )
                                  )
12            Defendants.         )

13      The defendants,   Maureen Bricknell

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
          These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25

26            AFFIRMATIVE STATEMENT OF RIGHTS

27        These defendants own 10 lots~~acres~~ of land in   Riverside

28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.     INDEXED                          13938

32
                         COPY RECEIVED
```

1  Lots 1 to 10 inclusive in Block 37 of the Murrieta Townsite,
2  as shown by map on file in Book 8 page 359 of Maps, Records
3  of San Diego County, California.

5  I claim all water rights under my land for the beneficial use
6  thereon.

8  No crops are grown on this poor soil. A few flowers are
9  grown and a few squash vines besides domestic use.

18       WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Maureen Bricknell*

Defendants in propria persona

Dated: June 23, 1958.

13960

Exhibit A