Elmer B. Denio and Edith M. Denio
Defendants in propria persona
5103 Clara St Bell, Calif.

FILED
JUN 27 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,)
        Plaintiff,)   CIVIL NO. 1247- SD - C
v.)   ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY)   Elmer B. Denio
DISTRICT, ET AL,)   and Edith M. Denio
        Defendants.)

The defendants, Elmer B. Denio and Edith M. Denio each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 240 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

13961

1  West ½ of NE ¼ of Sec 12 T9S R1E SBM
2  500 Gal per day from spring in Cleveland Nat
3  forest have state water right
4
5  Lots 1-2-7-8 Sec 12 T9S R1E SBM
6  500 Gal per day from spring on property.

18      WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

                                    _Elmer B. Dimo_
                                    _Edith M. Dimo_
                                    Defendants in propria persona

Dated: June 17-1958

13961A

Exhibit A

West ½ of NE ¼ of Sec 12 T9S R1E SBM

Lots 1-2-7-8 Sec 12 T9S R1E SBM

13982

