LESTER B. HASELWOOD and
LENA E. HASELWOOD

Defendants in propria persona

816 N. Orange Ave.
Fallbrook, California

FILED

JUN 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | LESTER B. HASELWOOD and LENA E. HASELWOOD |
| Defendants, | |

The defendants, LESTER B. HASELWOOD and LENA E. HASELWOOD each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1 (one) acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

13985

1   Defendants claim all rights of overlying landowners and to water which may originate or cross their land.

2   Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

3   Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

4   Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Lester B Haselwood_
Lester B. Haselwood

_Lena E. Haselwood_
Lena E. Haselwood
Defendants in propria persona

Dated: 6-24-58

13986

## EXHIBIT A

That portion of Lots 2, 3, 8 and 9 in Block 63 of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 567, filed in the Office of the Recorder of San Diego County, October 9, 1888;

ALSO that portion of the alley in said Block 63 lying between said Lots 2, 3, 8 and 9 and that portion of the East half of Vine Avenue lying adjacent to said Lots 2, 3, 8 and 9, all as vacated, described as a whole as follows:

Beginning at the Southeast corner of Lot 4 in said Block 63 of West Fallbrook; thence along the East line of said Block 63, North 0° 33' 30" East 107.00 feet to the true point of beginning; thence continuing along said East line North 0° 33' 30" East 13.00 feet; thence parallel with the South line of said Lot 4 and its Westerly prolongation, North 89° 13' 30" West 290.00 feet to the center line of said Vine Avenue; thence along said center line South 0° 33' 30" West 13.00 feet to a line drawn North 89° 13' 30" West parallel with the South line of said Lot 4 and its Westerly prolongation from the true point of beginning; thence South 89° 13' 30" East 290.00 feet to the true point of beginning.

13987