Andrew Dodge McElhinney
Defendants in propria persona
Romoland, California

FILED
JUN 27 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,                ) CIVIL NO. 1247 - SD - C
              Plaintiff,                 ) ANSWER OF DEFENDANTS
       v.                                ) Andrew Dodge McElhinney
FALLBROOK PUBLIC UTILITY                 )
DISTRICT, ET AL,                         )
              Defendants,                )

The defendants, Andrew Dodge McElhinney each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 3 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED
COPY RECEIVED

13988

1  This land is all tillable and very productive. Defendant irrigates approximately
2  one half of this land at present and has irrigated all in the past. Water
3  for this purpose has been obtained from wells situated on the property
4  and from a spring situated on the property adjacent, owned by Mother.
5  Defendant claims the right to use three or four acre feet per year for
6  existing deciduous trees, domestic water for one dwelling and outbuildings
7  and six acre feet per year for permanent pasture on remaining two acres.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Andrew Dodge McElhinney*

*Dorothy McElhinney (Mother)*

Defendants in propria persona

Dated: 6-24-58

EXHIBIT "A"

That certain land situated in Riverside County known as
That part and portion of Lots Three (3) and Four (4) and the East
one half of the Southwest one quarter and the West one half of the
Southeast one quarter of Section 19, Township 6 South Range 2 West
described by metes and bounds as follows:
Commencing at a point seven hundred fifty (750) feet due North of the
Southwest corner of the real property hereinabove described thence
due East two hundred fifty feet (250) thence due North five hundred
ninety four (594) feet thence due west two hundred fifty (250) feet
thence due South five hundred ninety four (594) feet to the point of
beginning, containing three (3) acres more or less.

13990