```
                                              (SPACE BELOW FOR FILING STAMP ONLY)

         ROBERT KINGSLEY
           ATTORNEY-AT-LAW
    3518  3000 UNIVERSITY AVENUE              F I L E D
         LOS ANGELES 7, CALIFORNIA
              ~~NORMAL-1221~~
         Richmond 9-8450                         JUN 27 1958

                                              CLERK, U.S. DISTRICT COURT
                                              SOUTHERN DISTRICT OF CALIFORNIA
Attorney for....Defendant..Amanda..C...M~~cHenry~~       By _____
                                                                    DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, ) | ANSWER OF DEFENDANT |
| vs. ) | AMANDA C. McHENRY |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) ET AL., ) | |
| Defendants. ) | |

The defendant, AMANDA C. McHENRY, severing herself from her co-defendants and each for herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admits, denies and alleges:

ANSWER TO COMPLAINT AND TO SUPPLEMENTARY AND
AMENDATORY COMPLAINT

This answering defendant does hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

This defendant owns 263.03 acres of land in Riverside County, California, and within the watershed of the Santa Margraita River, more particularly described as follows:

The Southwest one-quater of, and Lots 1, 2, 3 and 4 in, Section 22

- 1 -

13991

1   Township 6 South, Range 1 East, San Bernardino Base and Meridian,
2   located in the County of Riverside, State of California
3 This answering defendant is entitled to take water from wells and springs
4 located on said real property, and is entitled to take, by well, the percolating
5 waters lying and flowing on, acros, and beneath said land, and she is entitled
6 to take and to use for domestic purposes, for the irrigation of said land, and
7 for the watering of stock grazing thereon, 4.2 acres feet per year for all
8 of said land.
9   WHEREFORE, this defendant prays that plaintiff take nothing against her
10 by reason of the Complaint and Supplementary and Amendatory Complaint on file
11 herein; that said Complaints be dismissed as against this defendants; that
12 her right to water, as hereinabove set forth, be quieted as against the plaintiff
13 and against all other defendants in this action; and for such other and further
14 relief as the Court may deem proper.

Amanda C. McHenry

Dated: June 20, 1958

Robert Kingsley,
3518 University Ave.,
Los Angeles 7, California,
Attorney for said Defendant

- 2 -