GEORGE C. SMITH and KATHERINE E. SMITH

FILED
JUN 27 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

1   Defendants in propria persona
2   976 Main Street
    Ramona, California
3
4           IN THE UNITED STATES DISTRICT COURT
5           SOUTHERN DISTRICT OF CALIFORNIA
6                   SOUTHERN DIVISION
7
8   UNITED STATES OF AMERICA,      )
                                   )   CIVIL NO. 1247- SD - C
            Plaintiff,             )
9                                  )   ANSWER OF DEFENDANTS
       v.                          )   ANSWER TO COMPLAINT AND
10                                 )   SUPPLEMENTARY AND AMENDATORY
    FALLBROOK PUBLIC UTILITY       )          COMPLAINT OF
11  DISTRICT, ET AL,               )   GEORGE C. SMITH and
                                   )   KATHERINE E. SMITH
12          Defendants.            )

13          The defendants, George C. Smith and Katherine E. Smith,
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:
17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
            These answering defendants hereby incorporate by reference
19
    all of the allegations contained in the answer to said Complaint and
20
    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25
26              AFFIRMATIVE STATEMENT OF RIGHTS
27          These defendants own 2½ apr. acres of land in San Diego
28  County, California, and within the watershed of the Santa Margarita
29  River, more particularly described in the document attached hereto,
30  marked Exhibit A, which is hereby incorporated by reference as a
31  part of this statement.  INDEXED
32
                        COPY RECEIVED                          13998

Defendants own approximately 2½ acres of land on which is a Commercial Grove, a Residence, and Family Fruit trees. It is their intention to subdivide this property in the future. They are now buying water from the Fallbrook Public Utility District, and claim the right to use as much water as they consider necessary to supply the above mentioned adequately.

Defendants further claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries; whether from springs, streams or wells, etc., and to take water from their land, whether for domestic, industrial, business or irrigation purposes.

In addition to the claim and uses as herein made, defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill and to dig wells, and to exercise water reclamation and conservation practices as now or may be known in the future.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings. Defendants claim all the above for all lands in which they have any financial interest whatsoever.

FURTHERMORE, defendants pray the court to award them adequate damages to reimburse them for the cost of preparing and prosecuting their defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon them by this attempted acrimonious, confiscatory, usurpation of property rights, instituted against them by the agencies of the United States Government.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

George C. Smith

Katherine E. Smith
(Whereabouts unknown)
Defendants in propria persona
976 Main Street
Ramona, California

Dated: June 22nd 1958

13909

EXHIBIT A

PAR. 94W-24-112A & 117 (EXC ST) BAP IN N LI OF SE 1/4 OF SE 1/4
N 89° 06'45''W 660 FT FR NE COR TH S 0° 20'15''W 331 FT
TH N 89° 06'45''W 178.09 FT TH S 0° 22'30''W 194.11 FT TH
S 89° 06'45''E 498.61 FT TH N 0° 22'30''E 194.11 FT TH N
89° 06'45''W 290.52 FT TH N 0° 20'15'' E 331 FT TH N 89° 06'
45''W 30 FT TO POB IN SE 1/4 OF SE 1/4 IN   SEC 24-9-4W

---------------

13998A