

FILED

JUN 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

1  **Defendants in propria persona** Antoni A. And George J. Thelen
2  1978 Beryl St., San Diego 9, California

4              IN THE UNITED STATES DISTRICT COURT
5                 SOUTHERN DISTRICT OF CALIFORNIA
6                       SOUTHERN DIVISION

8  UNITED STATES OF AMERICA,           )
                                        )   CIVIL NO. 1247- SD - C
              Plaintiff,                )
                                        )   ANSWER OF DEFENDANTS
       v.                               )
                                        )
   FALLBROOK PUBLIC UTILITY             )
   DISTRICT, ET AL,                     )   Antoni A. and George J. Thelen both
                                        )   minors, as filed by John A. and Martha G.
              Defendants.               )   Thelen, the Natural Parents of the defendants

       The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT

       These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

                    AFFIRMATIVE STATEMENT OF RIGHTS

       These defendants own   80   acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

                          INDEXED

1  The defendants shown on line 1 Page 1 assert their rights to use of
2  the water emanating from three percolating springs (two continuous,
3  one seasonal) located on the property described in exhibit A, attached
4  hereto. The defendants further desire to reserve the right of future
5  well drilling on the aforementioned property.

18      WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*John A Thelen*

*Martha G. Thelen*

Defendants in propria persona

Dated:    June 23, 1958

Exhibit A.

The South half of the Northeast quarter of Section 24 in Township 7 South, Range 1 East, San Bernardino Base and Meridian as shown by United States Government Survey.

14002