Robert L. Schain, and Marie Schain
**Defendants in propria persona**
319 N. Ramona Blvd. San Jacinto, Calif.

F I L E D

JUN 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br><br>       Defendants, | CIVIL NO. 1247 - SD - C<br><br>ANSWER OF DEFENDANTS<br>ROBERT L. SCHAIN and MARIE SCHAIN |

The defendants, ROBERT L. SCHAIN and MARIE SCHAIN each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 10 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

14008

The minimum irrigation requirements are now being determined by Government survey survey of these soils.

It is requested that this answer be amended when the above information is available.

EXHIBIT "A" to answer of defendants, ROBERT L. SCHAIN and MAREI SCHAIN

The west 330 feet of the Northeast quarter of the Northeast quarter of Section 28, Township 6 South, Range 2 West, San Bernardino Base and Meridian, as shown by United States Government Survey approved September 16, 1880.

EXCEPTING therefrom that portion, if any conved to Joseph Vial by Deed recorded February 25, 1919 in Book 499 page 226 of Deeds, Riverside County Records. Said Deed recites "that portion of the East half of the Northeast quarter of Section 28, Township 6, South, Range 2 West, San Bernardino Base and Meridian, lying Easterly of County Road.

ALSO EXCEPTING therefrom any portion included in County Roads.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Robert L. Schain*

*Marie Schain*

Defendants in propria persona

Dated: *June 23, 1958*

14009