IONE B. BAKER (widow)

Defendants in propria persona
535 Minnesota Street
Fallbrook, California

FILED

JUN 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF IONE B. BAKER (widow) |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants Ione B. Baker, (widow) each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own s 1 approx. acres of land in San Biego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RL

14010

EXHIBIT A

Lots 1, 2, and 3 in Block "Z", Lots 2 to 8 inclusive in Block "J"; Lots 1 to 5 inclusive in Block "P", all of Blocks "K", "Q", "R", "T", and "U"; and the South Half of Block "S";

Also that certain tract of land designated "SS" on the Map hereinafter referred to, and lying South of Block "T" and West of said Block "U"; all in Bartlett's Addition to West Fallbrook No. 1, in the County of San Diego, State of California, according to the Map thereof No. 470, filed in the office of the Recorder of said San Diego County 1-4-88.

Also that portion of those certain streets and alley in said Bartlett's Addition to West Fallbrook No. 1, that were closed to public use on 2-15-93, by an order of the Board of Supervisors of San Diego County made on that date, and which said order was recorded in Book 15, page 310 of the records of said Board, particularly described as follows: That portion of the East Half of Prospect Street lying West of and adjoining Lots 2 to 6 inclusive in Block "J"; all of Olive Street from the North line of Peach Street to the South line of Dougherty Street, EXCEPT that portion of the West Half of said Street lying South of the Easterly extension of the South line of Lot 2 in Block "J"; all of Kansas Street from the North line of Peach Street to the South line of Dougherty Street; all of Minnesota Street from the North line of Peach Street to the South line of Dougherty Street; the West Half of the alley lying East of and adjoining Lots 4, 5, and 6 in Block "R", and all of the alley lying between Lots 1, 2, and 3 in Block "R" and the said South Half of Block "S"; that portion of View Street lying between Lot 5 in Block "P" and Lot 1 in Block "Q" and Lot 1 in Block "R" and Block "T", and between the said South Half of Block "S" and said Block "T", and lying South of the vacated alley between Blocks "R" and "S"; that portion of the North Half of Peach Street, lying South of Block "K" and Lot 1 in Block "P" and Block "SS", and lying South of the vacated portions of Olive, Kansas and Minnesota Streets; and that portion of the East Half of Wisconsin Street lying West of Block "U" and Lot 3 in Block "Z".

EXCEPTING FROM the above described property:

All of Lot 2 and portions of Lots 3 to 6 inclusive in said Block "J" of Bartlett's Addition to West Fallbrook No. 1, together with adjoining vacated portions of said East Half of Prospect Avenue and of a portion of Olive Street, described as a whole as follows:

Beginning at the intersection of the North line of said Lot 6 with the center line of said Prospect Avenue; thence South 0° 43'15" West along said center line of Prospect Avenue, 276.03 feet to its intersection with the Westerly prolongation of the South line of said Lot 2; thence S 89° 22' East along said Westerly prolongation of the South line of Lot 2, along said South line and along the Easterly prolongation thereof, 215 feet; thence North 0° 43'15" East along a line parallel with said center line of Prospect Avenue, 275.45 feet to the North line of said Lot 6; thence North 89° 13'30" West along said North line and along the Westerly prolongation thereof, 215 feet to the point of beginning. ----------------

14011

Defendant owns approximately 1 acre of land on which is a Home and Garden. Defendant is now buying water from the Fallbrook Public Utility District and claims the right to use as much water as she considers adequate for the upkeep of the property, the Home and Garden.

Defendant claims all riparian rights to all waters percolating through her land, whether from the Santa Margarita River and its tributaries, whether from springs, streams or wells, etc., and to take water from her land, whether for domestic, industrial, business or irrigation purposes.

In addition to the claim and uses as herein made, defendant claims all rights of overlying landowners to any water which may originate in, or under, or cross her land. Defendant claims the right to drill and to dig wells, and to exercise water reclamation and conservation practices as now or may be known in the future.

Defendant hereby incorporates the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendant claims all the above for all lands in which she has any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Ione B. Baker

Ione B. Baker (widow)

Defendants in propria persona
535 Minnesota Street
Fallbrook, California

Dated: June 24, 58

14012