

FILED

JUN 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
      DEPUTY CLERK

Roger De Maggio
1   Defendants in propria persona
2   Rte 2 Box 202 Fallbrook, Calif
3
4           IN THE UNITED STATES DISTRICT COURT
5            SOUTHERN DISTRICT OF CALIFORNIA
6                    SOUTHERN DIVISION
7
8   UNITED STATES OF AMERICA,        )
                                     )  CIVIL NO. 1247- SD - C
              Plaintiff,             )
9                                    )  ANSWER OF DEFENDANTS
         v.                          )  Roger De Maggio
10                                   )
    FALLBROOK PUBLIC UTILITY         )
11  DISTRICT, ET AL,                 )
                                     )
12            Defendants.            )

13       The defendants, Roger De Maggio
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:
17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
            These answering defendants hereby incorporate by reference
19
    all of the allegations contained in the answer to said Complaint and
20
    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25
26              AFFIRMATIVE STATEMENT OF RIGHTS
27       These defendants own  38   acres of land in
28  County, California, and within the watershed of the Santa Margarita
29  River, more particularly described in the document attached hereto,
30  marked Exhibit A, which is hereby incorporated by reference as a
    INDEXED
31  part of this statement.
32              COPY RECE....

14019

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18          WHEREFORE, these defendants pray that plaintiff take
19   nothing against them by reason of the Complaint and Supplementary
20   and Amendatory Complaint on file herein; that said Complaint be
21   dismissed as against these defendants; that defendants' right to
22   water, as hereinabove set forth, be quieted as against the plain-
23   tiff and against all other defendants in this action; and for such
24   other and further relief as the Court may deem proper.
25
26
27                                       /s/ Roger DeMaggio
28
29                                       Defendants in propria persona
30   Dated: 6-25-58
31
32
```

14013 A

EXHIBIT A.

The land owned by Roger De Maggio.

The Se One quarter of the Ne One quarter
( EXC R.S. 601) Section 4 Twp 9 Range 2 W.

One well one house (our home)

14013B