Ruggiero Di Maggio & Giovannina Di Maggio

1 Defendants in propria persona

2 Rte 2 Box 202  Fallbrook Calif

FILED
JUN 27 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

4    IN THE UNITED STATES DISTRICT COURT
5       SOUTHERN DISTRICT OF CALIFORNIA
6            SOUTHERN DIVISION

7
8  UNITED STATES OF AMERICA,        )
                                    )   CIVIL NO. 1247- SD - C
         Plaintiff,                 )
9                                   )   ANSWER OF DEFENDANTS
    v.                              )   Ruggiero Di Maggio
10                                  )
   FALLBROOK PUBLIC UTILITY         )   Giovannina Di Maggio
11 DISTRICT, ET AL,                 )
                                    )
12       Defendants.                )

                          Ruggiero Di Maggio
13      The defendants,  Giovannina Di Maggio
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:

17       ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25

26            AFFIRMATIVE STATEMENT OF RIGHTS

27       These defendants own    No    acres of land in
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.

            INDEXED                                    14014
32

COPY RECEIVED

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18        WHEREFORE, these defendants pray that plaintiff take
19   nothing against them by reason of the Complaint and Supplementary
20   and Amendatory Complaint on file herein; that said Complaint be
21   dismissed as against these defendants; that defendants' right to
22   water, as hereinabove set forth, be quieted as against the plain-
23   tiff and against all other defendants in this action; and for such
24   other and further relief as the Court may deem proper.
25
26
27                           Ruggiero DiMaggio
28                           Giovannina DiMaggio
29                              Defendants in propria persona
30   Dated: 6-25-58
31                                                      14015
32
```

EXHIBIT A.

Lots we own.

                in Block 34
Lots number 9 and 10 in the Town of Temecula, Riverside County, California. No well and no buildings.

14015 A