ERNIE GAGLIANO & FLORENCE GAGLIANO ( H.& W.) Buyers.
ALSO
ROY GAGLIANO & FLORENE GAGLIANO ( H.& W.) Buyers.

Defendants in propria persona
12067 Peach Street, Apt. B.
Lynwood, California

F I L E D

JUN 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | ERNIE & FLORENCE GAGLIANO ALSO ROY & FLORENE GAGLIANO |
| Defendants, | |

The defendants Ernie & Florence Gagliano, also Roy & Florene Gagliano each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 11.76 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

14016

COPY RECEIVED

EXHIBIT A

PARCEL 1:

The East 10 acres of the Southeast Quarter of the Northeast Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Survey approved April 21, 1890.

PARCEL 2:

That portion of the North 15 acres of the South 20 acres of the West 30 acres of the Southeast Quarter of the Northeast Quarter of Section 17, Township 9 South, Range 3 West San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved April 21, 1890, which lies Easterly of the following described line:

Beginning at the Southeast corner of said Northeast Quarter; thence along the South line of said Northeast Quarter North 189° 45' 45" West 397.08 feet; thence North 21° 18'30" West 235.94 feet to the North line of the South 5 acres of the West 30 acres of said Southeast Quarter of Northeast Quarter and the true point of beginning; thence continuing North 21° 18'30" West 162.41 feet; thence North 34° 39' 40" East 274.89 feet; thence North 7° 10' West 282.53 feet to the North line of said North 15 acres of the South 20 acres of the West 30 acres of Southeast Quarter of Northeast Quarter.

PARCEL 3:

An easement for a pipe line over the North 5 feet of the North fifteen acres of the South 20 acres of the West 30 acres of the Southeast Quarter of the Northeast Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California. ALSO an easement over the Westerly prolongation of said North 5 feet of the North 15 acres of the South 20 acres of the West 30 acres, to the Easterly line of Road Survey No. 954, according to Map thereof on file in the Office of the County Surveyor of said San Diego County.

PARCEL 4:

An easement and right of way for ingress and egress for road and utility purposes over a strip of land 20 feet wide lying within the Northeast Quarter of the Southeast Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, the Easterly line of which is described as follows:
BEGINNING at the Northeast corner of said Southeast Quarter of Section 17; thence along the East line of said Southeast Quarter, South 0° 31' 40" West 391.47 feet; more or less to the center line of Mission Road No. 1-C. The Westerly line of said easement to be extended to terminate at its Southerly end in the center line of Mission Road and at its Northerly end in the North line of said Southeast Quarter of Section 17.

14017

Defendants own approximately 11.76 acres of land planted to a Commercial Grove of trees, 5 years old. They plan to build a Residence on this property at some future date. They are now buying water from the Fallbrook Public Utility District, and claim the right to use as much water as they consider necessary for the growth of the trees and for domestic and other uses when required.

Defendants further claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries; whether from springs, streams or wells, etc; and to take water from their land, whether for domestic, industrial, business or irrigation purposes.

In addition to the claim and uses as herein made, defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill and to dig wells, and to exercise water reclamation and conservation practices as now or may be known in the future.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings. Defendants claim all the above for all lands in which they have any financial interest whatsoever.

FURTHERMORE, defendants pray the court to award them adequate damages to reimburse them for the cost of preparing and prosecuting their defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon us by this attempted acrimonious, confiscatory usurpation of property rights, instituted against them by the agencies of the United States Government.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Ernie Gagliano*   *Florence Gagliano*
Ernie Gagliano and Florence Gagliano (H. & W.)
(Buyers)

*Roy Gagliano*   *Florene Gagliano*
Roy Gagliano and Florene Gagliano ( H.& W.)
(Buyers)
Defendants in propria persona

12067 Peach Street, Apt. B.
Lynwood,
California

Dated: 6-21-58

14018