PETER J. AND ETTA H. GATSON

PETER J. AND ETTA H. GATSON
Defendants in propria persona
P.O. Box 32
Murrieta, Calif.

FILED
JUN 27 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                Plaintiff,  )  CIVIL NO. 1247- SD - C
v.  )  ANSWER OF DEFENDANTS
                           )  PETER J. AND ETTA H. GATSON
FALLBROOK PUBLIC UTILITY  )
DISTRICT, ET AL,  )
                Defendants.  )

    The defendants, PETER J. AND ETTA H. GATSON each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 2 lots ~~acres~~ of land in County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

14019

COPY RECEIVED

1    In the County of Riverside, State of California

2    Being Lots 15 and 16 in Block 7 of the Murrieta Townsite,
as shown by Map of the Temecula Land and Water Company,
3    on file in Book 8, page 359 of Maps in the office of the
County Recorder of the County of San Diego.
4

5

6

7    We claim our water rights are paramount to all
other rights or claims of right of plaintiff
in and to said water. We claim all water rights
8    under our land for the beneficial use thereon.

9

10

11

12

13

14

15

16

17

18    WHEREFORE, these defendants pray that plaintiff take

19 nothing against them by reason of the Complaint and Supplementary

20 and Amendatory Complaint on file herein; that said Complaint be

21 dismissed as against these defendants; that defendants' right to

22 water, as hereinabove set forth, be quieted as against the plain-

23 tiff and against all other defendants in this action; and for such

24 other and further relief as the Court may deem proper.

25

26

27                  *Peter J. Gatson*

28                  *Etta H. Gatson*

29                     Defendants in propria persona

30 Dated: 6-25-58

31

32                                                            14020