F I L E D

JUN 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK

Julian R. Medran and Mary Medran
Defendants in propria persona

1263 E. Nicolet St.
Banning, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,       )
                                )   CIVIL NO. 1247- SD - C
                  Plaintiff,    )
                                )   ANSWER OF DEFENDANTS
        v.                      )
                                )   Julian R. Medran and
FALLBROOK PUBLIC UTILITY        )   Mary M. Medran
DISTRICT, ET AL,                )
                                )
                  Defendants.   )

The defendants, Julian R. Medran and Mary M. Medran each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own ten (10) acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

14021

COPY RECEIVED

We own ten (10) acres of land, this land is riparian land; approximately five (5) acres are tillable and can be grown vegatables and fruit trees.  The balance can be used for grazing sheep, goats, pigs, turkeys, cattle.

We have used water to irrigate shade trees, flower gardens and for domestic use.

We claim enough water to irrigate (1/2) one half acre of land.  The water for this purpose has been obtained by pumping from a well about 12 feet deep directly in a creek that we have no knowledge of its name.

This creek runs through our property.  Water does not flow on the surface in this creek, summer or winter, except when there is a heavy rain fall.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Julian R. Medran*

*Mary M. Medran*

Defendants in propria persona

1263 E. Nicolet
Banning, California

Dated:

June 21, 1958

14022

EXHIBIT "A"

This land is situated in San Diego County
known as the:

Southeast quarter of government
lot 8 (said lot 8 being the S. E. 1/4
of the N. E. 1/4) of section 20 in
Township 9 South, Range 2 East, San
Bernardino Base and Meridian, containing
10 acres, more or less.

14033A