Frederico Ramirez & Josephine Ramirez
Defendants in propria persona

Temecula Calif

**FILED**

JUN 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247- SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Frederico Ramirez |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | Josephine Ramirez |
| Defendants. | |

The defendants, Frederico Ramirez, Josephine Ramirez each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 70 acres of land in County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

14025

COPY RECEIVED

18        WHEREFORE, these defendants pray that plaintiff take
19   nothing against them by reason of the Complaint and Supplementary
20   and Amendatory Complaint on file herein; that said Complaint be
21   dismissed as against these defendants; that defendants' right to
22   water, as hereinabove set forth, be quieted as against the plain-
23   tiff and against all other defendants in this action; and for such
24   other and further relief as the Court may deem proper.

x *Frederico Ramirez*
x *Josephine Ramirez*
Defendants in propria persona

Dated: 6/19/1958

14026

EXHIBIT A.

The land we own.

Lots 3, 4, 5, and 6 in Block 34.

Lots 3, 4, and 5 in Block 4

All in the Town of Temecula, Riverside County, California

We have two wells. One well on Block 34 and one house
( our home) One well in Block 4 and one small house
and a family garden

14026A