

FILED

JUN 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Mariun Edmund Nicolas
Defendants in propria persona
P. O. Box 11, Winchester, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )   CIVIL NO. 1247 - SD - C
                                    )
              Plaintiff,            )   ANSWER OF DEFENDANTS
                                    )
     v.                             )   MARIUS EDMUND NICOLAS
                                    )
FALLBROOK PUBLIC UTILITY            )
DISTRICT, ET AL,                    )
                                    )
              Defendants,           )

The defendants, MARIUS EDMUND NICOLAS
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

                         approximately
These defendants own 410 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECE...

14003

The minimum irrigation requirments are now determined by Government survey of the soils.

It is requested that this answer be amended when the above information is available.

EXHIBIT "A" to anser of defendant, MARIUS EDMENT NICOLAS

Fractional Section 13; and lot 1 of Fractional Section 14 and lot 1 being also described as the Fractional Northeast one-quarter of said Section 14; and Lot 1 of Fractional Section 24, said Lot 1 being also described ad the Fractional Northeast one-quarter of said Section 24; all in Rownship 7 South, Range 3 West, San Bernardino Base and Meridian.

EXCEPTINT from said Fractional Section 13 and SaidLot 1 of Fractional Section 14 the North 1320 feet thereof.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Marius Edmund Nicola*

---

Defendants in propria persona

Dated: June 23 1958

14004