Marius A. Nicolas, and Mary Nicolas
Defendants in propria persona
Box 41 Winchester, California

FILED
JUN 27 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
       Plaintiff,
v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
       Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
MARIUS A. NICOLAS and MARY NICOLAS

The defendants, MARIUS A. NICOLAS and MARY NICOLAS each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own/ approximately 3428.47 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

14005

COPY RECEIVED

1         The maximum irrigation requirements are now being determined
2 by Government survey of these soils.
3         It is requested that this answer be amended when the above
4 information is available.

18         WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

                                              *Marino R. Nicolas*
                                              *Mary Nicolas*
                                              Defendants in propria persona

Dated: 6/23/58

14006

EXHIBIT "A"   to answer or defendants, MARIUS A. NICOLAS and MARY NICOLAS

      The west half of Section 3; the Southeast quarter of Section 4; all of Sections 9, 15, and 16 and the North half of Section 22, Township 7 South, Range 2 West, San Bernardino Base and Meridian.
      The North half and the North half of the South half of Section 10, Township 7 South, Range 2 West, San Bernardino Base and Meridian.
      The South half of the Southeast quarter and the South half of the Southwest quarter of Section Ten in Township 7 South, Range 2 West, San Bernardino Base and Meridian.
      The South half of the Southwest quarter of Section 34, Township 6 South, Range 2 West, San Bernardino Base and Meridian; excepting--- A strip of land 500 feet wide in the South half of the Southwest quarter of Section 34, Township 6 South, Range 2 West, San Bernardino Base and Meridian, lying 250 feet on each side of the following described center line: Beginning at a point on the South line of said South half of the Southwest quarter of Section 34, said point being distant South $89^\circ$ 42' 45" East along said South line 1113.60 feet from the Southwest corner of said Section 34; thence North $1^\circ$ 20' 12" West 473.73 feet to the true point of beginning of said strip of land; thence continuing North $1^\circ$ 20' 12" West 846.31 feet, more or less, to the North line of said South half of the Southwest quarter of Section 34. The side lines of said above-described 500 foot wide strip of land shall be prolonged or shortened so as to terminate Northerly in the North line of said South half of the Southwest quarter of Section 34, and to terminate Southerly in a line which is at right angles to said above-described center line at said true point of beginning; Containing 9.71 acres, more or less.