SENATOR N. WALKER and
JENNY D. WALKER
Defendants in propria persona

Rt. 4 Box 332W
Escondido, California

FILED
JUN 27 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 1247- SD - C |
| Plaintiff, ) | |
| v. ) | ANSWER OF DEFENDANTS |
| FALLBROOK PUBLIC UTILITY ) | SENATOR N. WALKER and |
| DISTRICT, ET AL, ) | JENNY D. WALKER |
| Defendants. ) | |

The defendants, SENATOR N. WALKER and JENNY D. WALKER each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own approx. 1/6 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement. INDEXED

COPY RECEIVED

14027

1  Defendants claim all the right of overlying land owners and to water which may originate in or may be found on or under or which may cross their land.

2

3  Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

4  Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

5

6  Defendants claim all the above for all lands in which they have any financial interest whatsoever.

7

8

9

10

11

12

13

14

15

16

17

18      WHEREFORE, these defendants pray that plaintiff take

19  nothing against them by reason of the Complaint and Supplementary

20  and Amendatory Complaint on file herein; that said Complaint be

21  dismissed as against these defendants; that defendants' right to

22  water, as hereinabove set forth, be quieted as against the plain-

23  tiff and against all other defendants in this action; and for such

24  other and further relief as the Court may deem proper.

25

26

27              *Senator N. Walker*
              Senator N. Walker

28              *Jenny D. Walker*
              Jenny D. Walker
29                      Defendants in propria persona

30

31  Dated: June 18, 1958                             14028

32

**EXHIBIT A**

<u>LOT 56' x 130'</u>

Lot 9 in Block 18 of Stevenson Bros. Addition to West Fallbrook in County of San Diego, State of California, according to Map thereof No. 61, filed in the Office of the County Recorder of San Diego County, June 2, 1887.

14029