FRANCES M. STRAIN (widow)
Defendants in propria persona
1958 Gum Tree Lane
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF
FRANCES M. STRAIN (widow)

The defendants, Frances M. Strain, (widow) each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants owns approx. 6 acres of land in San Diego, County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY REC...

14030

EXHIBIT A.

All that portion of the Southeast Quarter of the Southwest Quarter of Section 17, Township 9, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows:

Beginning at a point in the South line of said Section 17, distant South 89° 56' East 1470.98 feet from the Southwest corner of said Section 17; thence along the Westerly line of the Tract of land conveyed to John A. Marsh and Dorothy B. Marsh by deed recorded in Book 1629, page 33 of Official Records North 2° 23' East 325.25 feet; thence South 88° 49' 40" East 773.36 feet to the Easterly line of said land of Marsh; thence along said Easterly line of land of Marsh South 3° 15' 40" West 310.58 feet to the South line of said Section 17; thence along said South line North 89° 56' West 769.20 feet to the point of beginning.-----------------------

14030A

1    Defendant owns approximately 6 acres of land containing a Commercial
2    Grove of Avocado trees, 6 to 8 years old; also a Home with Garden
       and Family Fruit trees, and an additional Residence designed for
3    rental. Defendant is now buying water from the Fallbrook Public
       Utility District and claims the right to use as much water as is
4    necessary for the upkeep of the abovementioned.

5    Defendant further claims all riparian rights to all waters that may
       percolate through her land, whether from the Santa Margarita River
6    and its tributaries, whether from springs, streams or wells, etc.,
       and to take water from her land, whether for domestic, industrial,
7    business or irrigation purposes.

8    In addition to the claim and uses as herein made, defendant claims
       all rights of overlying landowners to any water which may originate in,
9    or under, or cross her land. Defendant claims the right to drill
       and to dig wells, and to exercise water reclamation and conservation
10   practices as now or may be known in the future.

11   Defendant hereby incorporates the same as though set forth herein
       in full all of the Affirmative Defenses of the Fallbrook Public
12   Utility District on file in these proceedings.

13   Defendant claims all the above for all lands in which she has any
       financial interest whatsoever.

18          WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

                                       Frances M. Strain
                                       Frances M. Strain (widow)

                                       Defendants in propria persona
                                             1958 Gum Tree Lane
                                                Fallbrook, California

32 Dated: June 20 - 1958

                                                                  14031