MR. v MRS. A. E. SMITH
1370 PINEBROOK DRIVE
CLEARWATER, FLORIDA.

JUN 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN RE: UNITED STATES OF AMERICA V. FALLBROOK
PUBLIC UTILITY DISTRICT ET AL.

DEAR SIR:

WE HAVE NO KNOWLEDGE OF WATER RIGHTS, RIVERS, RIVER BASINS AND LOCATIONS AS MENTIONED IN THE FORMS YOUR OFFICE PREPARED AND WHICH WAS SENT TO US JUNE 13TH, 1958 FROM THE OFFICE OF GROUND WATER RESOURCES, MARINE CORPS BASE, CAMP PENDLETON, CALIFORNIA BY O. W. MILLER, LT., USN, LEGAL OFFICER.

WE ARE AT A LOSS AS TO HOW TO APPLY THESE FORMS TO OUR CASE AND THOUGHT THAT AFTER YOU READ THIS LETTER, YOU WOULD RATHER PREPARE OTHER FORMS FOR US TO COMPLETE AND SIGN, AS WE BELIEVE OUR CASE IN THIS MATTER TO BE UNLIKE THAT OF ANY OF THE OTHER DEFENDANTS.

WE DENY ANY AND ALL OF THE CLAIMS OF OUR HAVING CAUSED ANY DAMAGE AND/OR HARDSHIP AS MENTIONED IN ANY AND/OR ALL OF THE COMPLAINTS, BECAUSE WE NEVER USED ANY WATER AT THE PARCEL OF VACANT LAND OF LESS THAN ONE FOURTEENTH ($\frac{1}{14}$) OF AN ACRE AND WHICH IS A ROAD EASEMENT IN FALLBROOK, SAN DIEGO COUNTY, CALIFORNIA, A DESCRIPTION AND MAP OF WHICH IS HEREWITH ENCLOSED.

WE MAKE NO CLAIM TO ANY RIGHT TO WATER AT THE ABOVE MENTIONED LOCATION AND HAVE ALLOWED THE TAXES TO BECOME DELINQUENT AS THIS PARCEL IS OF NO VALUE TO US, IN AS MUCH AS WE DID NOT ACQUIRE THE ABUTTING PARCEL.

WE THE UNDERSIGNED DEFENDANTS THEREFORE PRAY THAT THE PLAINTIFF (UNITED STATES OF AMERICA) TAKE NOTHING AGAINST US BY REASON OF THE COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT AND THAT SAID COMPLAINT BE DISMISSED AGAINST US.

YOURS VERY TRULY

*Alonza E. Smith*
ALONZA E. SMITH

*Elisabeth D. Smith*
ELISABETH D. SMITH

P.S. PLEASE HAVE THIS LETTER PLACED ON FILE, TOGETHER WITH MAP AND DESCRIPTION, WITH PREVIOUS LETTER IN ANSWER TO COMPLAINT.

INDEXED

COPY RECEIVED

13865



Hayes to Smith

The Southerly 127.55 feet of that portion of the East 30 feet of the West 31 rods of Lot 1 (Northwest Quarter of the Northwest Quarter) of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey, which lies North of the Easterly extension of the Northerly line of Juniper Street, as said street is shown on Miscellaneous Map No. 84, filed in the office of the County Recorder of said San Diego County.

Said Juniper Street being 50 feet in width and bears South 89°19' East.

PROPERTY LOCATED IN FALLBROOK, SAN DIEGO COUNTY, CALIFORNIA.

13867