FILED

JUN 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By Elsinore, _____ CLERK

6/19/58

Mr. J. Lee Rankins Attorney:

This is our answer to the "Supplementary & Amendatory Complaint" served upon us twice 6/6/58 & 6/13/58

1 - About 4 months ago we bought 5 acres on South Grande Elsinore Calif. We have a house, a water well 1/2 H.P.M. pump which was included. We never before heard of Santa Margarita River & yet we don't even know where its located. We feel that after paying "a fairly good price for our property we are entitled to have use of the well & God's given water.

INDEXED

COPY RECEIVED

Defendants Albert A. & Clara M. Acosta
Rt. 1 Bx. 741 Elsinore, Calif.

13868