Mr. James L. Moore
Rt. 3 Box 190
Hemet, California

**FILED**

June 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

J. Lee Rankin

Attorney at Law

325 West "F" Street

San Diego, California

ANSWER: CIVIL NO. 1247-SD-C

Dear Sir:

We have been served with Summons in the above matter, and, in answer, wish to inform you that we are no longer owners of the following property,

> The South half of the Northeast quarter and the South half of the Northwest quarter of Section 12, Township 7 South, Range 2 West, San Bernardino Base and Meridian.

William M. Knezevich and Katherine Knezevich, present owners of this property, have filed their answer in this matter, as Deed of Trust has been paid in full, but has not been taken off of the record.

Respectfully Yours,

*/s/ James L. Moore*
James L. Moore

*/s/ Albertie A. Moore*
Albertie A. Moore

INDEXED

COPY RECEIVED

13869