June 19, 195[?]

Dale M. & Shirley A. Sears

4704 Centralia St.

Long Beach, Calif.

"Complaint and Supplementary Complaint", in ____ SD-C.

As joint tenant owners of 5 acres of farmable land in Anza Valley, we, Dale M. Sears and Shirley A. Sears, feel we should be entitled to enough water from under those 5 acres to irrigate enough crops, fruit, vegetable's etc. to substain our lively hood if the occasion so arose.

We also feel that the U.S.A. is entitled to it's fair share of water. Since we as American citizen's are directly or indirectly the United States of America there should be no complaint. We feel that this situation could be solved by each and every one of us working together and not complaining.

We all agree there is not enough water in certain areas of California and that something will have to be done about it. But it can't be done by taking water out of certain areas where there is little water and putting it in areas where there is a shortage of water. Water will have to obtained from areas where there is an abundance of water or by conversion of sea water to fresh water.

We are for the development of the U.S.A. and all the personal property's of the people of America, especially those in Calif. which we are conscerned with at this time.

We feel this Complaint with all it's Legality, Claims, Right's and so on is not fair to either the Plaintiff or the Defendant's. What we want is more water for each and everyone conscerned with this case, Plaintiff and Defendant alike.

Sincerely,

Dale M. Sears
Shirley A. Sears

**FILED**

JUN 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
        DEPUTY CLERK

INDEXED

13870