SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

F I L E D

JUN 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )        No. 1247-SD-C
                                )
     vs.                        )        ANSWER OF DEFENDANT
                                )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the)     HELEN GATES
State of California, et al.,    )
                                )
            Defendants.         )

            Defendants

     HELEN GATES

answering plaintiff's Complaint and Supplement to Complaint for

themselves alone and not for any other defendant, admit, deny

and allege as follows:

                    FIRST DEFENSE

                         I

     Defendants have no knowledge or information

sufficient to form a belief as to the allegations contained

in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's

Original Complaint herein, and therefore deny all of said

allegations for want of information or belief.

                        II

     Answering paragraph V of plaintiff's Original

Complaint herein, defendants admit the litigation

                       - 1 -

13871

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A.  Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

All of the lands described in Exhibit A are arable

- 2 -

13872

and irrigable and all of said lands are planted to avocado
trees.  The said lands do not abut upon and are not riparian
to any stream.  The lands are presently irrigated solely from
the water system of the Fallbrook Public Utility District,
however defendant asserts that there are percolating ground
waters underlying said lands which waters are not a part of any
stream, and defendant asserts full correlative rights to the use
of such percolating ground waters in an amount not to exceed
4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1.  That plaintiff take nothing by its
Complaint and Supplement to Complaint herein.

2.  That this Honorable Court adjudge and
decree that defendants are the owners of water rights
appurtenant to the lands described herein as described in
this Answer.

3.  That this Honorable Court adjudge and
decree that the water rights of defendant are prior and
paramount to all of the claimed water rights of plaintiff
herein.

4.  That this Honorable Court quiet the
title of defendants in and to their rights to the use of
water as set forth herein as against all adverse claims of
plaintiff or other defendants herein.

5.  For costs of suit and for such other
relief as seems just.

SACHSE and PRICE

June 23, 1958

by
Attorneys for defendant

- 3 -

13873

1

**EXHIBIT A**

PARCEL 1:
    Block 125 of West Fallbrook, in the County of San
Diego, State of California, as per Map and Survey made by
O. N. Sanford in January, 1887, now on file and of record
in the office of the County Recorder of San Diego County.
    EXCEPTING THEREFROM the South 305.56 feet thereof
measured along the Easterly line of said Block.
    ALSO that portion of the West 10 feet of Summit Street
adjoining said land on the East, as closed to public use.

PARCEL 2:
    All that portion of Rancho Santa Margarita y Las Flores,
in the County of San Diego, State of California, as delineat-
ed upon a Map in Book 7 of Patents, page 39, and as shown by
Record of Survey Maps Nos. 794 and 831, records of San Diego
County, described as follows:
    Beginning at a point in the East line of said Rancho
Santa Margarita y Las Flores, distant thereon South 7°04'
52.98" West 8924.08 feet from Corner No. 1 of said Rancho,
said point being on the Westerly prolongation of the center
line of Alvarado Street as same is shown on Map of West
Fallbrook No. 567; thence continuing along said Easterly
boundary line South 7°04'52.98" West 653.94 feet; thence
North 89°23'47" West 127.82 feet to a 5/8 inch iron pin;
thence North 6°52'50" East 655.03 feet to a 1 1/2 inch
iron pipe marked "R.S.M.--Alvarado"; thence South 88°48'
East 129.97 feet to the point of beginning.
    EXCEPTING THEREFROM all that portion thereof lying
South of the Westerly prolongation of the North line of
the South 305.56 feet of Block 125 of West Fallbrook,
according to Map thereof No. 567, said distance being meas-
ured along the Easterly line of said Block.


CONTAINING 4.63 ACRES MORE OR LESS

25
26
27
28
29
30
31
32

13874

4                     **EXHIBIT A**

**STATE OF CALIFORNIA,**     ss.
County of __San Diego__     No. 1247 C

__FRANZ R. SACHSE__ _____ being first duly sworn, says: That affiant is a citizen of the
_is employed in_
United States and a resident of the County of____ __SAN DIEGO__ _____ ; that affiant is over the age of eighteen years and is
_business_
not a party to the within above entitled action; that affiant's residence address is _____ __1092 S. MAIN ST.,__
__FALLBROOK, CALIF.__
that on the __27__ day of __June__ , 19__58__ affiant served the within __ANSWER OF DEFENDANT__
__HELEN GATES  and  REQUEST FOR ADMISSIONS__

on the _____ __PLAINTIFF__ _____ in said action, by placing a true copy thereof in an envelope
addressed to the attorney____ of record for said _____ __PLAINTIFF__ _____ at the
_residence_
_office_   address of said attorney____ as follows* "

       __HON. J. LEE RANKIN, ROOM 332, 325 W.  F ST., SAN DIEGO, CALIF.__

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substa-
tion, or mail chute (or other like facility), regularly maintained by the Government of the United States at**
__FALLBROOK__ _____ , California, where is located the office of the attorney____
for the person___ by and for whom said service was made.
     That there is delivery service by the United States mail at the place so addressed or *** there is a regular communication by
mail between the place of mailing and the place so addressed.      and
     Subscribed and sworn to before me this __27__
day _(s)_ __June__ _____ , 19 __58__
_Roses L Bergstrom_
Notary Public in and for the County of____ __SAN DIEGO__ , State of California.
(SEAL)     __My commission expires 5 25 61__
* Here quote from envelope name and address of addressee.
** If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office."
*** When the letter is addressed to a post office other than city in which letter is mailed strike out "and"; when addressed to city
in which letter is mailed strike out "or."

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 148—REV. 8-54       60333

13875