

1  SACHSE and PRICE
2  Attorneys at Law
3  1092 South Main Street
   Fallbrook, California
4  RAndolph 8-1154

**FILED**

JUN 27 1959

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )      No. 1247-SD-C
                                )
        vs.                     )      ANSWER OF DEFENDANT
                                )
FALLBROOK PUBLIC UTILITY DISTRICT, )    ALONZO V. HOOVER
a public service corporation of the)
State of California, et al.,     )
                                )
                Defendants.     )

Defendants

ALONZO V. HOOVER, as the surviving joint tenant of Alonzo V.
Hoover and Agnes M. Hoover
answering plaintiff's Complaint and Supplement to Complaint for

themselves alone and not for any other defendant, admit, deny

and allege as follows:

FIRST DEFENSE

I

Defendants have no knowledge or information

sufficient to form a belief as to the allegations contained

in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's

Original Complaint herein, and therefore deny all of said

allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original

Complaint herein, defendants admit the litigation

INDEXED
COPY RE_____

- 1 -

13876

referred to and admit that a stipulated judgment was entered
into therein, a copy of which is attached to plaintiff's
Complaint marked Exhibit A.  Defendants deny that they are
parties to said litigation or in any way bound thereby; and
deny that said stipulated judgment determines the rights of
plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's
Original Complaint.

IV

Defendants have no knowledge or information sufficient
to form a belief as to the allegations contained in Counts II,
III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI,
XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to
Complaint, and therefore deny all of said allegations for want
of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of
plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS
ALLEGE:

I

Defendants are the owners of real property situated
in the County of San Diego, State of California, as described
in Exhibit A attached hereto and made a part hereof by
reference.

II

Defendants claim water rights appurtenant to the
real property described in Exhibit A, as follows:

The lands of defendant are all arable and irrigable

- 2 -

13877

and are presently improved with four dwellings and the remainder thereof planted to citrus and avocado trees. The said lands do not abut upon and are not riparian to any stream, but overlie percolating ground waters which are not a part of any stream. Defendant asserts full correlative rights to the use of such percolating ground waters in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

June 23, 1958

by _____
Attorneys for defendant

- 3 -

13878

That portion of the Northeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, bounded and described as follows:

Beginning at the intersection of Alvarado Street center line and the East line of said Northeast Quarter; thence Westerly 418.7 feet along said center line; thence Northerly 331.8 feet parallel with said East line; thence North 77° 25' 30" East to a point which bears South 77° 25' 30" West 362.92 feet from said East line, said point being the true point of beginning; thence North 77° 25' 30" East 25 feet; thence North 12° 39' West 60 feet; thence South 77° 32' 30" West 448.3 feet; thence South 1° 08' 30" East to the North line of railroad right of way; thence Easterly thereon to a line which bears South 17° 59' West from the true point of beginning; thence North 17° 59' East 175.09 feet to the true point of beginning.

CONTAINING 2 ACRES MORE OR LESS.



12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

4

EXHIBIT A

13879

STATE OF CALIFORNIA,
County of ___San Diego___                                } ss.    No. 1247 SD

FRANZ R. SACHSE _____ being first duly sworn, says: That affiant is a citizen of the
_____ is employed in
United States and a resident of the County of ___SAN DIEGO___ ; that affiant is over the age of eighteen years and is
_____                                          business
not a party to the within above entitled action; that affiant's residence address is ___1092 S. MAIN ST.,___
_____ FALLBROOK, CALIF. _____
that on the __27__ day of ___JUNE___, 19_58_ affiant served the within ___ANSWER OF ALONZO V. HOOVER___
___AND REQUEST FOR ADMISSIONS_____

on the _____PLAINTIFF_____ in said action, by placing a true copy thereof in an envelope
addressed to the attorney__ of record for said _____PLAINTIFF_____ at the
residence
office   address of said attorney____, as follows* "

       HON. J. LEE RANKIN, 325 West F Street, San Diego, California
                                                                        ";

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substa-
tion, or mail chute (or other like facility), regularly maintained by the Government of the United States at**_____
_____FALLBROOK_____, California, where is located the office of the attorney____
for the person___ by and for whom said service was made.
        That there is delivery service by the United States mail at the place so addressed or *** there is a regular communication by
mail between the place of mailing and the place so addressed.                    and

        Subscribed and sworn to before me this __27__
day of ____JUNE_____, 19_58_.

Notary Public in and for the County of ___SAN DIEGO___ State of California.
(SEAL)   My commission expires May 25, 1961
* Here quote from envelope name and address of addressee.
** If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office."
*** When the letter is addressed to a post office other than city in which letter is mailed strike out "and"; when addressed to city
in which letter is mailed strike out "or."

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 6-54                13880      60335