SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

FILED

JUN 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                 DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )     No. 1247-SD-C
                          )
    vs.                   )     ANSWER OF DEFENDANTS
                          )
FALLBROOK PUBLIC UTILITY DISTRICT, )  MILTON MOTT and EDITH MOTT;
a public service corporation of the)
State of California, et al., )   WILLIAM R. HILBERT and
                          )
            Defendants.   )     LUCILLE M. HILBERT

        Defendants
MILTON MOTT and EDITH MOTT; WILLIAM R. HILBERT and LUCILLE M.
HILBERT
answering plaintiff's Complaint and Supplement to Complaint for
themselves alone and not for any other defendant, admit, deny
and allege as follows:

                    FIRST DEFENSE

                          I

        Defendants have no knowledge or information
sufficient to form a belief as to the allegations contained
in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's
Original Complaint herein, and therefore deny all of said
allegations for want of information or belief.

                          II

        Answering paragraph V of plaintiff's Original
Complaint herein, defendants admit the litigation

- 1 -

13881

INDEXED

COPY RECEIVED

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendants contain 300 acres of arable and

- 2 -

13882

irrigable lands. All of the lands of defendants are riparian to the Santa Margarita River which flows through the Northwesterly portion thereof. The southerly and easterly portions of the lands of defendants overlie percolating ground waters which are not a part of any stream. Defendants assert fully correlative rights to the use of the waters of the Santa Margarita River and of the percolating ground waters underlying said lands in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

    1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

    2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

    3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

    4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

    5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

June 23, 1958

by _[signature]_
Attorneys for defendant

- 3 -

13883

Defendants Milton Mott and Edith Mott are owners of an undivided half interest and defendants William R. Hilbert and Lucille M. Hilbert are the owners of an undivided half interest in the following real property:

Containing 396 acre more or less

Parcel 1:

Lots 3 and 4 of Section 7, Township 9 South, Range 3 West; Lot 4 and the North 615 feet of the East 40 feet of the Southwest Quarter of the Northwest Quarter (Lot 3) of Section 18, Township 9 South, Range 3 West; Lot 1, the East Half of the Southeast Quarter; and the Southwest Quarter of the Southeast Quarter of Section 12, Township 9 South, Range 4 West; Lot 1 and the Northeast Quarter of Section 13, Township 9 South, Range 4 West, EXCEPTING from said Northeast Quarter of Section 13, Township 9 South, Range 4 West, that portion thereof conveyed by A. W. Hebbard to O. H. Sundell, September 26, 1891, by deed recorded in Book 187, page 421 of Deeds, described as follows:

Two acres of land in Southwest corner of Southwest Quarter of Northeast Quarter of Section 13, Township 9 South, Range 4 West, lying on the West side of the County Road commencing 30 feet from the center of said road as now traveled as located by the Surveyor and Viewers appointed by the Board of Supervisors of San Diego County.

All of the Above described property being in the County of San Diego, State of California, San Bernardino Meridian, according to United States Government Surveys approved June 11, 1890 and April 21, 1890 respectively.

Parcel 2:

All that portion of Rancho Santa Margarita y Las Flores, in the County of San Diego, State of California, as delineated upon a Map in Book 7 of Patents, page 39, and as shown by records of Survey Maps Nos. 794 and 831, Records of said County of San Diego, described as follows:

Beginning at a point on the Easterly boundary line of said Rancho Santa Margarita y Las Flores, distant thereon South 7°04'52.98" West, 1603.81 feet from Corner No. 1 of said Rancho, said point being the closing corner on the North line of Section 13, Township 9 South, Range 4 West, San Bernardino Base and Meridian, and marked with a one and one-half inch iron pipe having a brass cap stamped "C.C. Sec. 12-Sec 13"; thence Southerly along said Easterly boundary line 1317.06 feet; thence North 88°39'30" West, 155.44 feet to a five-eights inch iron pin with two and one-half inch by two and one-half inch redwood witness stake painted white; thence North 6°51'55" East, 175.37 feet to a one and one-half inch iron pipe with brass cap stamped R.S.M.; thence North 10°18'05" East, 1149.32 feet to a one and one-half inch iron pipe with brass cap; thence South 89°02'13.5" East, 91.29 feet to the point of beginning.

13884

PARCEL 3:

An easement for road purposes over the East 40 feet of Lot 3 (Southwest Quarter of Northwest Quarter) of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved April 21, 1890, lying South of the North 615 feet thereof.

STATE OF CALIFORNIA,  
County of __San Diego__ } ss.  No. 1247 SD

__FRANZ R. SACHSE__ being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of __SAN DIEGO__ is employed in; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's residence business address is __1092 S. Main St., Fallbrook, California__

that on the __27__ day of __JUNE__, 19__58__, affiant served the within XXXXXXXXX ANSWER OF __DEFENDANTS MILTON MOTT AND EDITH MOTT; WILLIAM R. HILBERT AND LUCILLE M. HILBERT AND REQUEST FOR ADMISSIONS__ on the __PLAINTIFF__ in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said __PLAINTIFF__ at the residence office address of said attorney, as follows:

Hon. J. Lee Rankin, Room 332, 325 W. F St., San Diego, Calif.

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at __Fallbrook,__ California, where is located the office of the attorney for the person by and for whom said service was made.

That there is delivery service by the United States mail at the place so addressed or there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __27__ day of __JUNE__, 19__58__

Bruce C. Bergstrom  
Notary Public in and for the County of __SAN DIEGO__, State of California.  
(SEAL) My commission expires 5/25/61

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 8-54

13885