SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

FILED

JUN 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
)
        Plaintiff, )    No. 1247-SD-C
)
vs. )    ANSWER OF DEFENDANTS
)
FALLBROOK PUBLIC UTILITY DISTRICT, )    THEODORE F. JENNINGS and
a public service corporation of the)
State of California, et al., )    JANICE B. JENNINGS
)
        Defendants. )

    Defendants THEODORE F. JENNINGS and JANICE B. JENNINGS answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

    Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

    Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

INDEXED

COPY RECEIVED

13886

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

By Grant Deed dated March 10, 1958, defendants conveyed to the Fallbrook Public Utility District that portion of the lands described in Exhibit A as the <u>exception</u> to said description, reserving however to the remainder of said lands of the full riparian rights of the whole thereof.  All of the lands of the defendants are riparian to the Santa Margarita River, and all of the said lands are arable and irrigable.  Defendants claim full correlative riparian rights in the waters of said stream in an amount not to exceed 4.2 acre feet per acre per year.

Defendants also claim full correlative rights to the use of the ground waters percolating beneath said lands and not yet a part of any stream.

- 2A -

13888

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

June 23, 1958

by _[signature]_
Attorneys for defendant

- 3 -

SE¼ of SW¼ of Section 4, T9S, R3W, SBM,

Excepting:

All that portion of the Southeast Quarter of the Southwest Quarter of Section 4, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey thereof described as follows:

Beginning at the Northwest corner of said Southeast Quarter of Southwest Quarter; thence North 89°32'20" East, along the Northerly line thereof 179.84 feet; thence South 34°03' West 334.03 feet to the Westerly line of said Southeast Quarter of Southwest Quarter; thence along said Westerly line 275.41 feet to the point of beginning.

SAVE and EXCEPT all riparian rights which are retained and reserved for Owner's use upon the remainder of his said lands.

- 4 -    EXHIBIT A

13890

STATE OF CALIFORNIA,  
County of San Diego } ss.   No 1247 SD

FRANZ R. SACHSE being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of SAN DIEGO; that affiant is over the age of eighteen years and is *is employed in* / *business* not a party to the within above entitled action; that affiant's residence address is 1092 S. MAIN ST., FALLBROOK, CALIF.

that on the 26 day of June, 19 58, affiant served the within ANSWER OF DEFENDANTS THEODORE F. JENNINGS AND JANIEE B. JENNINGS

on the PLAINTIFF in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said PLAINTIFF at the residence/office address of said attorney, as follows:

Hon. J. Lee Rankin, 325 W. F St., San Diego, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at FALLBROOK, California, where is located the office of the attorney for the person by and for whom said service was made.

That there is delivery service by the United States mail at the place so addressed or there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 27 day of June, 19 58.

Notary Public in and for the County of SAN DIEGO, State of California.  
(SEAL) My commission expires 5/25/61

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 8-54

13891