SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

FILED
JUN 27 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, ) No. 1247-SD-C
vs. ) ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY DISTRICT, ) ROBERT NASH OGDEN and
a public service corporation of the )
State of California, et al., ) ROSE MARIE OGDEN
        Defendants. )

Defendants
ROBERT NASH OGDEN and ROSE MARIE OGDEN
answering plaintiff's Complaint and Supplement to Complaint for
themselves alone and not for any other defendant, admit, deny
and allege as follows:

FIRST DEFENSE

I

Defendants have no knowledge or information
sufficient to form a belief as to the allegations contained
in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's
Original Complaint herein, and therefore deny all of said
allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original
Complaint herein, defendants admit the litigation

- 1 -

INDEXED
COPY RECEIVED

13892

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

All of the lands of defendants are arable and irrigable

- 2 -

13893

and are presently planted to avocado and lemon orchard. The said lands are not riparian to and do not abut upon any stream. The said lands overlie percolating ground waters not a part of any stream and from which percolating ground waters defendants and their predecessors have since 1920 extracted water for the irrigation of said lands. Defendants assert the right to the use of said ground waters in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

June 23, 1958

by _____
Attorneys for defendant

- 3 -

13894

EXHIBIT A

1  PARCEL ONE:  Lots 13 and 14, Donath & Pierce Subdivision, as per
2  map 2310, filed in the Office of the County Recorder of San Diego
3  County.
4
5  PARCEL TWO:

the real property in the _____ County of __San Diego__ _____, State of California, described as follows:

PARCEL 1: The East Half of the Southeast Quarter of the Southeast Quarter of the Southwest Quarter, and the Northeast Quarter of the Southeast Quarter of the Southwest Quarter, in Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879; EXCEPTING from said Northeast Quarter of the Southeast Quarter of the Southwest Quarter, the Southwest Half Acre thereof, said parcel running 165 feet east and West and 132 feet North and South measured from the Southwest corner of said Northeast Quarter of the Southeast Quarter of the Southwest Quarter. ALSO EXCEPTING from East Half of Southeast Quarter of Southeast Quarter of Southwest, the South 338 feet.

PARCEL 2: The West 25 feet of the West Half of the Southwest Quarter of the Southeast Quarter of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey thereof, approved September 11, 1879; EXCEPTING therefrom the South 338 feet.

PARCEL 3: An Easement for roadway purposes over the West one rod of the South 338 feet of the East Half of Southeast Quarter of Southeast Quarter of Southwest Quarter of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879. RESERVING unto the Grantor an easement over Parcels 1 and 2 above described for a water pipe line, said water pipe line to be placed at a depth below discing depth.

23  CONTAINING 14 ACRES MORE OR LESS.

4

EXHIBIT A

13895

STATE OF CALIFORNIA,  } ss.  No. 1247 SD
County of San Diego

FRANZ R. SACHSE being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of SAN DIEGO; that affiant is over the age of eighteen years and is *is employed in* *business* not a party to the within above entitled action; that affiant's residence address is 1092 S. MAIN STREET, FALLBROOK, CALIF.

that on the 27 day of JUNE, 19 58, affiant served the within ANSWER OF DEFENDANTS ROBERT NASH OGDEN AND ROSE MARIE OGDEN and REQUEST FOR ADMISSIONS on the PLAINTIFF in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said PLAINTIFF at the residence office address of said attorney, as follows:

HON. J. LEE RANKIN, ROOM 332, 325 W F STREET, SAN DIEGO, CALIF.

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at** FALLBROOK, California, where is located the office of the attorney for the person by and for whom said service was made.

That there is delivery service by the United States mail at the place so addressed or *** there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 27 day of June, 19 58.

Notary Public in and for the County of SAN DIEGO, State of California.
(SEAL)   My commission expires 5/25/61

13896

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 8-54