SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

FILED

JUN 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, ) No. 1247-SD-C
vs. ) ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY DISTRICT, ) WALTER G. PETERSON and
a public service corporation of the )
State of California, et al., ) ALMA E. PETERSON
        Defendants. )

Defendants WALTER G. PETERSON and ALMA E. PETERSON answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

13897

INDEXED
COPY RECEIVED

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

13898

All of the lands of defendants are arable and irrigable. The lands of the defendant are not themselves riparian to any stream, but have reserved to them their correlative share of the riparian rights of the larger parcel of which they were originally a part, by reservation contained in that certain Grant Deed from Milton Mott and Edith Mott and William R. Hilbert and Lucille M. Hilbert, to defendants, dated November 12, 1956 and Recorded Janurary 29, 1957 in Book 6435 at Page 367, Official Records of San Diego County.

Defendants also claim their correlative share of the percolating ground waters beneath their lands. The reasonable water duty for the lands of defendants is an amount not to exceed 4.2 acre feet per acre per year.

- 2A -

13899

WHEREFORE, defendants pray judgment as follows:

    1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

    2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

    3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

    4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

    5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

June 24, 1958

by _____
Attorneys for defendant

- 3 -

13900

1 | EXHIBIT A

MILTON MOTT AND EDITH MOTT, husband and wife and WILLIAM R. HILBERT AND LUCILE M. HILBERT, husband and wife, - - - - - - - - - - - - - - - - - - - - - - - - - - - -

do...... hereby GRANT to

WALTER O. PETERSON AND ALMA E. PETERSON, husband and wife, as joint tenants, - - - -

all that real property situated in the.................................... .............County of......San Diego..........................,
State of California, described as follows: **Description attached**

Parcel 1:

That portion of the East Half of the West Quarter
Township 9 South, Range 3 West, San Bernardino  B. M.
          United States
Government Survey thereof, described as follows:

Beginning at a point in the North line of said Southwest Quarter, distant thereon South 87°49'10" West 238.10 feet from the Northeast corner of said West Half of the Southwest Quarter, being also the Northwest corner of that certain parcel of land conveyed to Fallbrook Public Utility District, a Municipal Corporation, by deed recorded July 9, 1956 in Book 6170, page 149 of Official Records; thence along the Westerly and Southwesterly lines of land so conveyed South 1°27' West 452.10 feet, and South 33°52' East 453.89 feet to the East line of said West Half of the Southwest Quarter; thence along said East line, South 0°14'10" East 422.20 feet to the Northeast corner of the Southwest Quarter of said Southwest Quarter of said Section 7; thence South 72°13'45" West 550.43 feet; thence North 78°02'10" West 375.00 feet; thence North 0°14'10" West 1316.44 feet to the North line of said Southwest Quarter of Section 7; thence along said North line, North 87°49'10" East 652.67 feet to the point of beginning.

**TOGETHER with the right to use the waters of the Santa Margarita River as a riparian user to the same extent as if the ownership to the herein granted 23.89 Acres (Parcel 1) had remained in grantor.**                                                   I+

22
23
24
25
26 | CONTAINING 24 ACRES MORE OR LESS.
27
28
29
30
31
32

4                                                                                EXHIBIT A

13901

STATE OF CALIFORNIA,  
County of San Diego } ss.   No. 1247 SD

Franz R. Sachse being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of San Diego; that affiant is over the age of eighteen years and is employed in not a party to the within above entitled action; that affiant's residence address is 1092 S. Main St., Fallbrook, California

that on the 27 day of June, 1958, affiant served the within Answer of Defendants Walter G. Peterson and Alma E. Peterson and Request for Admissions

on the plaintiff in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said plaintiff at the residence office address of said attorney, as follows:

Hon. J. Lee Rankin, Room 332, 325 W. F St., San Diego, Calif.

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at Fallbrook, California, where is located the office of the attorney for the person by and for whom said service was made.

That there is delivery service by the United States mail at the place so addressed or there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 27 day of June, 1958.

Notary Public in and for the County of San Diego, State of California.  
(SEAL) My commission expires 5/25/61

* Here quote from envelope name and address of addressee.  
** If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office."  
*** When the letter is addressed to a post office other than city in which letter is mailed strike out "and"; when addressed to city in which letter is mailed strike out "or."

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 8-54

13902