SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154



FILED
JUN 27 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )   No. 1247-SD-C
    vs. )   ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY DISTRICT, )   HAROLD W. GRIFFITH and
a public service corporation of the )
State of California, et al., )   MARY E. GRIFFITH
        Defendants. )

Defendants HAROLD W. GRIFFITH and MARY E. GRIFFITH answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

13903

INDEXED

COPY RECEIVED

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

PARCEL ONE: This parcel is all arable and irrigable and is fully planted to avocado orchard. It is not riparian to any stream and does not abut upon any stream. The waters underlying this parcel are percolating ground waters not a part of any stream and defendants assert full correlative rights to the use of such waters in an amount not to exceed 4.2 acre feet per acre per year. Defendants further assert that in fact all of Parcel One with the exception of a fraction of an acre located in the extreme northerly portion thereof are not within the watershed of the Santa Margarita River, but on the contrary are with the watershed of the San Luis Rey River, and therefor are not properly a part of this proceeding.

PARCEL TWO: The lands described in Parcel Two are commercial and business property located in the town of Fallbrook and are located riparian to that stream locally known as Fallbrook Creek. All of said lands are in fact arable and irrigable. Defendants assert full correlative rights to the use of the waters of said stream for industrial or commercial purposes in an amount not to exceed 4.2 acre feet per acre per year.

- 2A -

13905

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

June 23, 1958

by [signature]
Attorneys for defendant

- 3 -

13906

PARCEL ONE:

That portion of the Southeast Quarter of the Southwest Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Meridian in the County of San Diego, State of California, according to United States Government Survey thereof, described as follows:

Commencing at the Southeast corner of said Southeast Quarter of the Southwest Quarter, said point of commencement being also a point on the Southerly line of that parcel of land conveyed to Harold W. Griffith, a married man, by deed recorded January 28, 1944 in Book 1629, page 36 of Official Records; thence along said Southerly line North 89°56' West, 126.58 feet to the TRUE POINT OF BEGINNING; thence leaving said Southerly line North 0°32'20" East, 668.08 feet to a point in the Northerly line of said Griffith's land that is North 88°35'40" West (Record=North 88°34'30" West) 280.00 feet therealong from the Southwest corner of the reservoir site of the Fallbrook Public Utility District; thence along the Northerly, Northwesterly, Westerly and Southerly lines of said Griffith's land the following courses and distances: North 88°38'40" West 122.85 feet to the centerline of U. S. Highway No. 395, being the beginning of a 200.0 foot radius curve concave Northwesterly, a radial line of which bears North 64°12'30" West; Southwesterly along said curve 220.81 feet; South 3°15'40" West, 558.98 feet; South 89°56' East 325.26 feet to the TRUE POINT OF BEGINNING;

PARCEL TWO: Lots One, Two and Three in Block Thirty-four of West Fallbrook, in the County of San Diego, State of California, according to the map thereof No. 567, filed in the office of the County Recorder of San Diego County, October 9, 1888; EXCEPTING from said Lots that portion deeded to the Atchison, Topeka and Santa Fe Railway Company.

- 4 -         EXHIBIT A

13907

STATE OF CALIFORNIA, } ss.  No. 1247 SD
County of San Diego

FRANZ R. SACHSE being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of San Diego; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's ~~residence~~ business address is 1092 S. Main St., Fallbrook, Calif.

that on the 26 day of June, 1958, affiant served the within Answer of defendants Harold W. Griffith and Mary E. Griffith

on the plaintiff in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said plaintiff at the ~~residence~~ office address of said attorney, as follows:

Hon. J. Lee Rankin, Room 332, 325 W. F Street, San Diego, Calif.

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at** Fallbrook, California, California, where is located the office of the attorney for the person by and for whom said service was made.

That there is delivery service by the United States mail at the place so addressed or *** there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 27 day of June, 1958

Notary Public in and for the County of San Diego, State of California.
(SEAL)  My commission expires 5/25/61

* Here quote from envelope name and address of addressee.
** If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office."
*** When the letter is addressed to a post office other than city in which letter is mailed strike out "and"; when addressed to city in which letter is mailed strike out "or."

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 8-54

13908