WILLIAM G. THOMAS and GERTRUDE K. THOMAS (Sellers)
Trust Deed.
ALSO
JOHN J. MEYER. Widower. (Buyer)

Defendants in propria persona
1036 So. Main Street
Fallbrook, California

**FILED**
JUN 27 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>    Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF<br>WILLIAM G. THOMAS & GERTRUDE K. THOMAS<br>ALSO         (Sellers)<br>JOHN J. MEYER. (Buyer) |

The defendants, William G. & Gertrude K. Thomas, also John J. Meyer, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 4½ approx. acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

14032

INDEXED
COPY RECEIVED

EXHIBIT A

PARCEL 1:

The Northerly 313.67 feet of the Easterly 489.20 feet of that portion of the Southwest Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880, described as follows:

Beginning at the South Quarter corner of said Section; thence South 88° 56' East 650 feet to the true point of beginning; thence North 00° 31' East 324.6 feet to the South line of land conveyed by William J. Mathews to Andrew O. Porter, et al, by deed dated January 24, 1887, recorded in Book 86, page 178 of Deeds; thence South 89 17' East along said South line 663 feet to the East line of the Southwest Quarter of the Southeast Quarter of said Section 24; thence South 00° 8' West along the East line of said Southwest Quarter of the Southeast Quarter 328.69 feet to the Southeast corner of the Southwest Quarter of the Southeast Quarter; thence West along the South line of said Southwest Quarter of the Southeast Quarter 665 feet, more or less, to the true point of beginning.

PARCEL 2:

All that portion of the Southwest Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880, described as follows:

Beginning at the Southeast corner of said Northwest Quarter of Northeast Quarter of Section 25; thence along the East line of said Northwest Quarter of Northeast Quarter of Section 25, North 0° 3' East, 1150.64 feet; thence parallel with the South line of said Northwest Quarter of Northeast quarter of Section 25, North 89° 12'30" West, 489.17 feet to the Southwest corner of the tract of land conveyed by Will T. Scott and wife to Harry F. Walters and wife by deed recorded April 21, 1943 in Book 1484, page 325 of Official Records; thence North 10° 03' East, 180.05 feet to the intersection of the South line of said Section 24 with the East line of the land described in deed to W. C. Symons et ux, recorded August 22, 1945 in Book 1916, page 397 of Official Records; thence along said Easterly line of Symons' land, North 10° 22'30" East, 19.97 feet to the Northeast corner thereof and the true point of beginning; thence along the Northerly extension of said Easterly line of Symons' land, North 0° 22' 30" East, 60.0 feet; thence parallel with the North line of said Symons' land, North 89° 12'30" West, 172 feet, more or less, to the West line of the land described in Parcel 2 of the deed to Will T. Scott, et ux, recorded April 7, 1933 in Book 208, page 133 of Official Records; thence Southerly along said West line of Scott's land 60.0 feet, more or less to the intersection of said West line with said North line of Symons' land above mentioned, or its Westerly prolongation; thence along said North line of Symons' land, South 89° 12'30" East, 172 feet, more or less, to the true point of beginning. -------------------

14033

1  Defendants own approximately 4½ acres of land. This is Commercial Property, containing the following: A Motel of 5 units; Living quarters and 2 apartments; also a Trailer Park of 25 spaces.
2  Defendants are now buying water from the Fallbrook Public Utility District, and claim the right to use as much water now and in the future,
3  as is, or will be, consistent with the requirements of all the above mentioned.
4
5  Defendants further claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries; whether from springs, streams or wells, etc; and to take
6  water from their land, whether for domestic, industrial, business or irrigation purposes.
7
8  In addition to the claim and uses as herein made, defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill and
9  to dig wells, and to exercise water reclamation and conservation practices as now or may be known in the future.
10
11  Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings. Defendants claim all the above
12  for all lands in which they have any financial interest whatsoever.
13  FURTHERMORE, defendants pray the court to award them adequate damages to reimburse them for the cost of preparing and prosecuting their defense,
14  to alleviate the grievous physical, moral and intellectual suffering inflicted upon them by this attempted acrimonious, confiscatory
15  usurpation of property rights, instituted against them by the agencies of the United States Government.
16

17
18       WHEREFORE, these defendants pray that plaintiff take nothing
19  against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as
20
21  against these defendants; that defendants' right to water, as hereinabove
22  set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the
23  Court may deem proper. *William G. Thomas & Gertrude K. Thomas*
24  (Beneficiaries of
25   Trust Deed.)

                William G. Thomas and Gertrude K. Thomas
26                  X_____(Sellers)

27              *John J. Meyer*
28              John J. Meyer. (Widower)
                Defendants in propria persona   (Buyer)
29
30              1036 So. Main Street,
                  Fallbrook, California
31

32 Dated: June 19th 1958

                                                    14034