FILED
JUN 27 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Defendants in propria persona
M. J. ROBERTS and EVELYN ROBERTS
Box 53
Thermopolis, Wyoming

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
                          )
              Plaintiff,  ) ANSWER OF DEFENDANTS
                          ) M. J. ROBERTS and EVELYN ROBERTS
        v.                )
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, ET AL,          )
                          )
              Defendants, )

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 8.19 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY REC...

13993

AFFIRMATIVE STATEMENT OF RIGHTS

1

1  This land is riparian land; approximately six (6) acres of same is susceptible to agricultural use, and the balance of same for the grazing of livestock. These answering Defendants intend to irrigate not less than six (6) acres of said land for agricultural purposes and anticipate obtaining said water by pumping from a well or wells. These Defendants further anticipate that they will in the future drill such additional wells as may be necessary, to irrigate for agricultural purposes, not less than six (6) acres of same. Further, it is the intention of these answering Defendants to improve said land with one residence and other buildings.

11

These answering Defendants claim a right to use not less than two and one half (2 1/2) acre feet per acre per year from a well or wells located on their land. It is further the intention of these answering Defendants to build such storage facilities as may be necessary to properly utilize the land herein described for agricultural purposes. These Defendants, however, make no claim of any prescriptive right.

WHEREFORE, these answering Defendants, M. J. ROBERTS and EVELYN ROBERTS, respectfully pray:

    1.  That this Honorable Court determine and decree the respective rights of the Plaintiff and these answering Defendants as they relate one to the other in the use of water from the Santa Margarita River or from the subterranean basin or basins which underly same.

    2.  That specifically this Honorable Court determine the rights of these answering Defendants to the use of any water which may underline their respective properties or which may flow through their respective properties, and the rights of the Plaintiff, UNITED STATES OF AMERICA, if any, in and to said water.

    3.  These answering Defendants further pray that the Plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein: that said Complaint be dismissed as against these Defendants and that further these Defendants' right to water as hereinabove set forth be quieted against the Defendants and each and every of the other Defendants in this action.

    4.  For such other relief as to the Court may seem just and proper.

Dated June 20, 1958

M. J. ROBERTS

EVELYN ROBERTS

13994

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
```

18   WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

```
25
26  _____
27
28  _____
29          Defendants in propria persona
30
31
32  Dated:
```

13995

FORM 082 11-54   (CLTA STANDARD OR EXTENDED COVERAGE)

## SCHEDULE C

Description of land, title to which is insured by this policy:

That portion of Lot 1 (Northeast Quarter of the Northeast Quarter) of Section 10, Township 9 South, Range 4 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey approved January 15, 1892, described as follows:

Beginning at the Southeasterly corner of said Lot 1; thence along the Southerly line of said Lot, North 87°55'19" West 484.81 feet; thence leaving said Southerly lot line, North 50°33'10" West 65.75 feet to the beginning of a tangent 300.00 foot radius curve concave Southwesterly; thence Northwesterly along said curve 33.43 feet; thence tangent to said curve North 66°29'10" West 88.08 feet to the beginning of a tangent 150.00 foot radius curve concave Northeasterly; thence Northwesterly along said curve 76.67 feet; thence tangent to said curve North 39°29'40" West 80.91 feet to the beginning of a tangent 200.00 foot radius curve concave Southwesterly; thence along said curve 176.22 feet; thence tangent to said curve North 89°59'40" West 31.31 feet to the true point of beginning; thence continuing North 89°59'40" West 104.88 feet to the beginning of a tangent 500.00 foot radius curve concave Southeasterly; thence Southwesterly along said curve 133.44 feet; thence tangent to said curve South 74°43'50" West 86.52 feet to the Westerly line of Lot 1; thence along said West line North 5°22'51" East 1166.96 feet to the Northwest corner of said Lot 1; thence along the North line of said Lot, South 87°55'19" East 316.00 feet; thence South 5°21'10" West 1114.78 feet to the true point of beginning.



Union Title Insurance and Trust Company
SAN DIEGO 12   CALIFORNIA

13996

**PLAT** showing location of the land described in the attached policy

## SEC. 10 TWN. 9 S, R.4 W.
### SCALE 1" = 400'



This plat is not a survey of the land and is furnished for information only. No liability is assumed by this company as to the accuracy thereof.

**UNION** Title Insurance and Trust Company

13997