WILLIAM R. FARMER and ELSIE L. FARMER (Beneficiaries of Trust Deed)
(Sellers)

WILLIAM H. SHEPPARD and ADELAIDE J. SHEPPARD
(Buyers)

**F I L E D**

JUN 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
           DEPUTY CLERK

1  Defendants in propria persona
2     1539 East Mission Road
      Fallbrook, California
3
4            IN THE UNITED STATES DISTRICT COURT
5               SOUTHERN DISTRICT OF CALIFORNIA
6                     SOUTHERN DIVISION
7
8  UNITED STATES OF AMERICA,         )
                                     )   CIVIL NO. 1247- SD - C
9           Plaintiff,               )
                                     )   ANSWER OF DEFENDANTS
10       v.                          )   ANSWER TO COMPLAINT AND
                                     )   SUPPLEMENTARY AND AMENDATORY COMPLAINT OF
11 FALLBROOK PUBLIC UTILITY          )   WILLIAM R. FARMER and ELSIE L. FARMER
   DISTRICT, ET AL,                  )                   also
                                     )   WILLIAM H. SHEPPARD and ADELAIDE J.
12          Defendants.              )                          (SHEPPARD)

13         The defendants, William R. Farmer and Elsie L. Farmer; also
14   William H. Sheppard and Adelaide J. Sheppard,
     each severing from their co-defendants and each for himself or her-
15   self alone, in answer to the Complaint and Supplementary and Amenda-
16   tory Complaint on file herein, admit, deny, and allege:
17              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                          AMENDATORY COMPLAINT
18
           These answering defendants hereby incorporate by reference
19
     all of the allegations contained in the answer to said Complaint and
20
     Supplementary and Amendatory Complaint filed in this case by Newton
21
     T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
     of the portion thereof entitled "Affirmative Statement of Rights")
23
     and make each and all of said allegations a part of this answer
24
     the same as if herein set forth at length.
25
26                    AFFIRMATIVE STATEMENT OF RIGHTS
27         These defendants own    2½   acres of land in  San Diego
28   County, California, and within the watershed of the Santa Margarita
29   River, more particularly described in the document attached hereto,
30   marked Exhibit A, which is hereby incorporated by reference as a
31   part of this statement.

INDEXED
COPY RECEIVED

13929

EXHIBIT A

PARCEL 1:

The East 198.00 feet of the West 396.00 feet (EXCEPTING the North 130.00 feet thereof) of the Northwest Quarter of the Northeast Quarter of the Northeast Quarter of Section 19, Township 9 South, Range 3 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, the Easterly line and the Westerly line being parallel with the West line of said Northwest Quarter of the Northeast Quarter of the Northeast Quarter.

EXCEPTING therefrom that portion lying Southerly of a line described as follows:

Beginning at a point in the East line of said West 396.00 feet, distant thereon North 0° 02' 45" West 119.00 feet from the Southeast corner of said West 396.00 feet; thence South 89° 35' West, 106.94 feet; thence South 0° 02' 45" East, 48.59 feet; thence South 89° 35' West, 91.06 feet to the West line of said East 198.00 feet of the West 396.00 feet of the Northwest Quarter of the Northeast Quarter of the Northeast Quarter of Section 19.

PARCEL 2:

An easement for road purposes to be used in common with others over the East 20.00 feet of the West 416.00 feet of the North Half of the Northeast Quarter of the Northeast Quarter of Section 19, Township 9 South, Range 3 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879.

EXCEPTING therefrom that portion lying Southerly of the Easterly prolongation of the Southerly line of Parcel 1.------------------------------------

13930

Defendants own approximately 2½ acres on which property is a Home, Garden, and Family Fruit trees; also a Commercial Grove of 165 trees, 11 years old. Defendants are now buying all their water from the Fallbrook Public Utility District and claim the right to use as much water as they consider necessary for the abovementioned Home, Garden and Commercial Grove.

Defendants further claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries, whether from springs, streams or wells, etc., and to take water from their land, whether for domestic, industrial, business or irrigation purposes.

In addition to the claim and uses as herein made, the defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill and to dig wells, and to exercise water reclamation and conservation practices as now or may be known in the future.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings. Defendants claim all the above for all lands in which they have any financial interest whatsoever.

FURTHERMORE, defendants pray the court to award them adequate damages to reimburse them for the cost of preparing and prosecuting their defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon them by this attempted acrimonious, confiscatory usurpation of property rights, instituted against them by the agencies of the United States Government.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

(Beneficiaries of Trust Deed) *William R. Farmer — Elsie L. Farmer*

William R. Farmer and Elsie L. Farmer (Sellers)

*William H. Sheppard & Adelaide J. Sheppard*

William H. Sheppard and Adelaide J. Sheppard (Buyers)

Defendants in propria persona

1539 East Mission Road
Fallbrook, California

Dated: June 11, 1958

13931