EDISON HARRIS and FRANCES A. HARRIS

Defendants in propria persona
12967 Arillo Avenue
La Puente, California

FILED

JUN 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
        Plaintiff,         )   CIVIL NO. 1247- SD - C
   v.                      )   ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY   )   EDISON HARRIS and FRANCES A. HARRIS,
DISTRICT, ET AL,           )   husband and wife as joint tenants
        Defendants.        )

The defendants, EDISON HARRIS and FRANCES A. HARRIS each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 5 acres of land in **Riverside** County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

13932

EXHIBIT 'A'

County of Riverside, State of California: A portion of Lot 43 of Murrieta Portion of the Temecula Rancho, as shown on the Map of the Temecula Land and Water Company on file in Book 8 Page 359 of Maps, Records of San Diego County, California, described as follows: Beginning at the most southerly corner of said Lot; Thence North 42° 00' 30" West 530.10 feet along the center line of Jefferson Avenue; Thence North 17° 55' 30" West, 304.52 feet to County Highway; Thence South 19° 59' 30" East, 402.25 feet along the southwesterly line of said County Highway to point of curve; Thence on a curve, curving southeasterly with a radius of 603 feet and an arc length of 100.00 feet; Thence South 55° 45' East, 14.56 feet to a point in the southeasterly line of said Lot; Thence South 47° 50' 00" West along said southeasterly line, 306.94 feet to the point of beginning. EXCEPTING therefrom any portion thereof included in Jefferson Street.

13933

1  We claim our water rights are paramount to all other
   rights or claims of right of Plaintiff in and to said water.
2  We claim all water rights under our land for the
   beneficial use thereon.

18       WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Edson Harris*

*Frances A. Harris*

Defendants in propria persona

Dated: June 20, 1958

13934