FILED

JUN 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

HARRY F. KERDRAON and HELEN R. KERDRAON
Defendants in propria persona
P. O. Box 123
Murrieta, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CIVIL NO. 1247- SD - C |
| v. | ) ANSWER OF DEFENDANTS |
| FALLBROOK PUBLIC UTILITY | ) |
| DISTRICT, ET AL, | ) HARRY F. KERDRAON and |
| Defendants. | ) HELEN R. KERDRAON, Joint Tenants |

The defendants, HARRY F. KERDRAON and HELEN R. KERDRAON

each severing from their co-defendants and each for himself or her-

self alone, in answer to the Complaint and Supplementary and Amenda-

tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference

all of the allegations contained in the answer to said Complaint and

Supplementary and Amendatory Complaint filed in this case by Newton

T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

of the portion thereof entitled "Affirmative Statement of Rights")

and make each and all of said allegations a part of this answer

the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own    12    acres of land in    Riverside

County, California, and within the watershed of the Santa Margarita

River, more particularly described in the document attached hereto,

marked Exhibit A, which is hereby incorporated by reference as a

part of this statement.

INDEXED


COPY RECEIVED

13935

Defendants claim paramount rights to
all water above, on, and under the surfaxw of the
above described parcels of land. Defendants also
claim all percolating rights as well as the
rights to all seepage on said land.

At present there are two (2) wells-
only one usable, and the casing bad in it. It will
be necessary to drill more wells in the near future.
Therefor the defendants claim percolating rights to
all the water in these future wells.

There are ten (10) acres of irrigable
land, which will be used for permanent pasture and/or
hay, and some row crop.

WHEREFORE, these defendants pray that plaintiff take
nothing against them by reason of the Complaint and Supplementary
and Amendatory Complaint on file herein; that said Complaint be
dismissed as against these defendants; that defendants' right to
water, as hereinabove set forth, be quieted as against the plain-
tiff and against all other defendants in this action; and for such
other and further relief as the Court may deem proper.

*Harary F Kenbaer*

*Helen R Kerbaer*

**Defendants in propria persona**

Dated: 6-23-8?

13936

EXHIBIT 'A'

PARCEL 1:  That portion of Lot 49, as shown on plat of lands
of Temecula Land and Water Company on file in Book 8, page 359
of Maps, San Diego County Records, by metes and bounds;
beginning at the intersection of the center line of Juniper
Street and Hayes Avenue, as shown on said plat; thence North-
westerly on the center line of Hayes Street, 242 feet; thence
Southwesterly parallel with the Southeasterly line of said Lot,
1980 feet; thence at a right angle Southeasterly 242 feet to a
point on the center line of Juniper Street; thence Northeasterly
on the center line of Juniper Street, 1980 feet to the point of
beginning; exception therefrom portions thereof included in
Hayes Avenue and Juniper Street, in the County of Riverside,
State of California.

PARCEL 2:  That portion of Lot 49 of lands of Temecula Land and
Water Company as shown by map on file in Book 8, page 359 of Maps,
San Diego County Records, described as follows: COMMENCING at
the intersection of the center line of Juniper Street and the
center line of Hayes Avenue as shown on said map; thence North-
westerly on the center line of Hayes Avenue 242 feet to the true
point of beginning; thence continuing Northwesterly on the center
line of Hayes Avenue, 15 feet; thence Southwesterly parallel with
the Southeasterly line of said lot, 1980 feet; thence at right
angles Southeasterly 15 feet; thence Northeasterly parallel with
the Southeasterly line of said lot, 1980 feet to the point of
beginning.

13937