Francis J. Le Clare & Grace B. Le Clare

Defendants in propria persona

Temecula Calif

**FILED**

JUN 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, <br> Defendants, | CIVIL NO. 1247 - SD - C <br> ANSWER OF DEFENDANTS <br> Francis J. Le Clare <br> Grace B. Le Clare |

The defendants Francis J. Le Clare, Grace B. Le Clare each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own No acres of land in County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

13938

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*[signature: Francis W. Clare]*

*[signature: Grace W. Le Clare]*

Defendants in propria persona

Dated: 6-23-58

13939

EXHIBIT A.

Land we own.

Lots 4, 5, 6, 20, 21, 22 in Block 28

Lots 1, 2, 3, 4, in Block 29

Lots 2, 3, 6, 20, 18, 21 in Block 30

Also vacant portion of Riversi Street adjoining

Lot 22 in Block 28.

All this land is in the Town of Temecula, Riverside County California.

We have one well and furnishes water for domestic use and for a small rooing house.

13940
