1 FRED LESTER & Martha M. Lipp
2 Defendants in propria persona
3 2559 Cedar St
4 Long Beach Calif

FILED
JUN 27 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

5          IN THE UNITED STATES DISTRICT COURT
6             SOUTHERN DISTRICT OF CALIFORNIA
7                   SOUTHERN DIVISION

8 UNITED STATES OF AMERICA    )  CIVIL NO. 1247 - SD - C
9              Plaintiff,     )  ANSWER OF DEFENDANTS
10     v.                     )  Fred Lester & Martha M. Lipp
11 FALLBROOK PUBLIC UTILITY   )
   DISTRICT, ET AL,           )
12            Defendants,     )

13     The defendants, Fred Lester & Martha M. Lipp
14 each severing from their co-defendants and each for himself or herself
15 alone, in answer to the Complaint and Supplementary and Amendatory Com-
16 plaint on file herein, admit, deny, and allege:

17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
                    AFFIRMATIVE STATEMENT OF RIGHTS
26
         These defendants own 490.80 acres of land in Riverside County
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30
31
32                                                      13941



1  W. ½ - N.E. ¼ - 80 ac. Sec 17. T-7-S-R-3-E.
2  S.W. ¼ - Ex. N. 660 of E - 1390 - 139 AC. Sec. 8 T7-S-R-3-E.
3  Por. S.W. ¼ Beg. 980 of S.W. cor. E 1043.55 N 417.42 10 AC. Sec 6 - T7-S-R-3-E
4  So ½ - of N.E ¼ Ex. E ½ of S.W. ¼ 59.1 AC - Sec 15 T-7-S-R-3-E
5  So - 127-15 AC. of S.W. ¼ ex. W. 1043.55 - 83.6 AC. Sec 6 - T-7-S-R-3-E
6  N.E. ¼ N.W ¼ - 39.1 AC - Sec 15. T-7-S-R-3-E -
7  R/S 24/61 - E ½ - N.E ¼ - Sec. 17 T-7-S-R-3-E. Lot 1-16.

This land is all farm land + we claim the right to all water under this property

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Fred Lester Lipp_
_Martha M. Lipp_
Defendants in propria persona

Dated: June 19 - 1958

13942