Dorothy McElhinney
Defendants in propria persona
Romoland, California



FILED
JUN 27 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )   CIVIL NO. 1247 - SD - C
            Plaintiff,              )   ANSWER OF DEFENDANTS
     v.                             )   Dorothy McElhinney
FALLBROOK PUBLIC UTILITY            )
DISTRICT, ET AL,                    )
            Defendants,             )

The defendants, Dorothy McElhinney
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

                AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 428 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED
COPY RECEIVED

13943

1  This land is riparian land. One well and one spring have been developed.
2  Approximately two hundred ninety five acres are tillable and the balance
3  suitable for grazing stock or raising turkeys, chickens and fowl. A good
4  portion of this is bottom land and has been in alfalfa and is suitable for
5  truck gardening, grain, alfalfa or permanent pasture. The balance is
6  rolling and would be suitable for grain, farming or permanent pasture. At
7  present no irrigating is done. The defendant claims one thousand one hundred
8  twenty five gallons water per day for seventy five (75) head of pastured
9  horses and cattle.
10 The defendant claims four thousand gallons water per day for existing girls
11 camp during three summer months.
12 The defendant is a widow with a son to educate. The ranch is the defendant's
13 sole support and represent lifetime savings. Upon completion of the defendant's
14 sons education the defendant claims the right to develop and use one thousand
15 five hundred ninety six acre feet of water for irrigation of two hundred ninety
16 five (295) acres of permanent pasture, or alfalfa for stock raising or other
17 means of livelihood.
      WHEREFORE, these defendants pray that plaintiff take
18 nothing against them by reason of the Complaint and Supplementary
19 and Amendatory Complaint on file herein; that said Complaint be
20 dismissed as against these defendants; that defendants' right to
21 water, as hereinabove set forth, be quieted as against the plain-
22 tiff and against all other defendants in this action; and for such
23 other and further relief as the Court may deem proper.

*Dorothy McElhinney*

**Defendants in propria persona**

Dated: 6-24-58

13944

EXHIBIT "A"

That certain land situated in Riverside County known as
North one half of Southeast one quarter and Southeast one quarter of
Section 24, Township 6 South Range 3 West, San Bernardino Base and
Meridian. Excepting Southeastern rectangular one acre of Southeast
one quarter of Southeast one quarter of said Section 24 as conveyed
to Frank Wein and Bertha Wein as on record of July 9, 1948. Also
excepting an easement in favor of public over any portion thereof
included in public roads.

PARCEL 1
East one half of Southwest one quarter, West one half of Southeast
one quarter and Government Lots three (3) and four (4) of Southwest
one half described as fractional West one half of Southwest one quarter
of Section 19 Township 6 South, Range 2 West, San Bernardino Base and
Meridian excepting right of way for public highway along west line of
said section.

PARCEL 2
North one half of Northeast one quarter of Northwest one half and
North Forty four and sixty seven hundreths (44-67/100) acres of Government
Lot two (2) of Northwest one quarter otherwise described as fractional
Northwest one quarter of Northeast one quarter of Section 30 Township
6 South Range 2 West, San Bernardino Base and Meridian all above shown
on United States Government Survey Map of February 15, 1860.

13945