SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

FILED
JUN 27 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By [signature] DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., Defendants. | No. 1247-SD-C<br>ANSWER OF DEFENDANT<br>FRANCES H. JOHNSON |

Defendants FRANCES H. JOHNSON, a single woman

answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

INDEXED

COPY RECEIVED



13909

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendant are all arable and irrigable and

are not riparian to any stream. The lands of defendant overlie percolating ground waters which rise to the surface on said lands but which are not a part of the Santa Margarita River or any of its tributaries. Defendant asserts full riparian rights to the use of said percolating ground waters in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

June 23, 1958

by [signature]
Attorneys for defendant

An undivided ½ interest in PAR. 94W-13-7 BAP IN E LI OF NW ¼ OF SE ¼ DIST THN N 0° 15' E 690.36 FT FR SE COR OF SD NW ¼ OF SE ¼ TH S 89° 03' 30'' W 372.60 FT TH S 67° 44' W 77.45 FT TH S 80°20'W 112.65 FT TH N 9° 57' 17'' W 736.02 FT TO N LI OF SD NW ¼ OF SE ¼ TH ELY ALG SD N LI TO E LI OF SD NW ¼ OF SE ¼ TH SLY ALG SD E LI TO POB IN NW ¼ OF SE ¼ OF

SEC. 13-9-4W

CONSISTING OF 9.6 ACRES MORE OR LESS.

STATE OF CALIFORNIA, } ss. No. 1247 C
County of San Diego

FRANZ R. SACHSE being first duly sworn, says: That affiant is a citizen of the United States and ~~a resident of~~ is employed in the County of San Diego; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's ~~residence~~ business address is 1092 S. Main St., Fallbrook, Calif.

that on the 27 day of June, 1958, affiant served the within Answer of defendant FRANCES H. JOHNSON and REQUEST FOR ADMISSIONS

on the plaintiff in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said plaintiff at the ~~residence~~ office address of said attorney, as follows* "

Hon. J. Lee Rankin, Room 332, 325 W. F St., San Diego, Calif. ";

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at** Fallbrook, California, California, where is located the office of the attorney for the person by and for whom said service was made.

That there is delivery service by the United States mail at the place so addressed or *** there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 27 day of June, 19 58.

Doris E. Bergstrom

Notary Public in and for the County of San Diego, State of California.

(SEAL) My commission expires 5/25/61

[signature: Franz R. Sachse]

* Here quote from envelope name and address of addressee.
** If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office."
*** When the letter is addressed to a post office other than city in which letter is mailed strike out "and"; when addressed to city in which letter is mailed strike out "or."

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 8-54 60335

13913