SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

F I L E D

JUN 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )
    vs. )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al., )
        Defendants. )

No. 1247-SD-C

ANSWER OF DEFENDANTS GERTRUDE CRABTREE; THOMAS GALE KNIGHT; ANNIE HOSTETTER; MATTIE STANLEY, sued herein as MAttie Thompson; EMMA PERRY (nee Bateman); KATHERINE SPEED; RAYMOND C. KNIGHT.

    Defendants GERTRUDE CRABTREE; THOMAS GALE KNIGHT;
ANNIE HOSTETTER; MATTIE STANLEY, sued herein as Mattie Thompson;
EMMA PERRY (nee Bateman); KATHERINE SPEED; RAYMOND C. KNIGHT,
answering plaintiff's Complaint and Supplement to Complaint for
themselves alone and not for any other defendant, admit, deny
and allege as follows:

FIRST DEFENSE

I

    Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

    Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

INDEXED

COPY RECEIVED

- 1 -

13914

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

I

Defendants are the owners of real property situated in the County of ~~San Diego~~ Riverside, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendants contain approximately thirty five

- 2 -

13915

(35) acres OF ARABLE AND IRRIGABLE LAND. The said lands do not abut upon and are not riparian to any stream. The said lands overlie percolating ground waters not a part of any stream and defendants assert full correlative rights to the use of said percolating ground waters in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by _____
Attorneys for defendant

DATED: JUNE 25, 1958.

- 3 -

13916

## EXHIBIT A

Defendants are tenants in common in equal shares in the following described real property in Riverside County, State of California;

**Parcel ONE:** Lot 1 Exc. por. in State Highways and north half of Lot 2 Exc. Beg. Int. South Line of North half of lot 2 and East Line of old Highway East 240 feet North 10 Deg. 41 min East 295.39 ft. North 77 Deg. 10 Min W. 199.44 ft. S.W. along Highway to beg. Exc. South 25 feet of North half of Lot 2 West of old Highway and Exc. Highway, 69.93 acres, Section 31, Township 8 South, Range 2 West.

**Parcel TWO:** Northeast quarter of Southeast quart. of Northeast quarter Exc. South 25 feet and Exc. portion in State Highway, 6.79 acres, Section 36, Township 8 South, Range 3 West.

Containing seventy seven (77) acres more or less.

EXHIBIT A

STATE OF CALIFORNIA,
County of __San Diego__ } ss.   1247 SD C

__Franz R. Sachse__ being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of __San Diego__; that affiant is over the age of eighteen years and is ~~employed in~~ business
not a party to the within above entitled action; that affiant's ~~residence~~ business address is
__1092 South Main St., Fallbrook, California__
that on the __25__ day of __June__, 19__58__, affiant served the within __Answer of Defendants Gertrude Crabtree; Thomas Gale Knight; Annie Hostetter; Mattie Stanley, sued herein as Mattie Thompson; Emma Perry (nee Bateman) Katherine Speed, Raymond C. Knight, and request for admissions.__ in said action, by placing a true copy thereof in an envelope on the ~~plaintiff~~
addressed to the attorney____ of record for said __plaintiff__ at the ~~residence~~ office address of said attorney____, as follows:

Hon J. Lee Rankins, 325 West F Street, San Diego 1, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at
__Fallbrook, San Diego County,__ California, where is located the office of the attorney __S__
for the person__s__ by and for whom said service was made.
That there is delivery service by the United States mail at the place so addressed or *** there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __25th__ day of __June__, 19__58__

_____
Notary Public in and for the County of _____, State of California.
(SEAL)   My Commission expires May 25, 1961

* Here quote from envelope name and address of addressee.
** If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office."
*** When the letter is addressed to a post office other than city in which letter is mailed strike out "and"; when addressed to city in which letter is mailed strike out "or."

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 8-54          13917A   60335