FILED
JUN 27 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

CIVIL NO. 1247-SD-C

UNITED STATES OF AMERICA, )
      Plaintiff, )
vs. ) ACKNOWLEDGMENT OF RECEIPT
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
      Defendants. )

    I hereby acknowledge receipt of copies of the Answers in the above entitled case of the following named defendants:

    MABEL PAGE and GERTRUDE PAGE

    CHARLES M. ASHJIAN and ARAXIE ASHJIAN

    CLIFFORD L. CRITTENDEN and MARTHA CRITTENDEN

    CLAYTON S. ERDEL and NADINE ERDEL

    WILLIAM R. FARMER and ELSIE L. FARMER,
    WILLIAM H. SHEPPARD and ADELAIDE J. SHEPPARD

    EDISON HARRIS and FRANCES A. HARRIS

    HARRY F. KERDRAON and HELEN R. KERDRAON

    FRANCIS J. LeCLARE and GRACE B. LeCLARE

    FRED LESTER LIPP and MARTHA M. LIPP

    DOROTHY McELHINNEY

    SCOTT E. McKEAN and AUDREY E. McKEAN

    TIDO'S LODGE;
    ADELE DONATO and ATTILIO DONATO

    HAROLD R. and PHRONIA P. WICKERD

    VERA REEVES WILLIAMS and CLARENCE F. WILLIAMS

DATED: _26 June_, 1958.

_W. A. Seavey_
Assist US Atty
San Diego.

3964