**FILED**

JUN 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

CIVIL NO. 1247-SD-C

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants.

ACKNOWLEDGMENT OF RECEIPT

    I hereby acknowledge receipt of copies of the Answers in the above entitled case of the following named defendants:

    PAUL T. BAILEY

    MAUREEN BRICKNELL

    ELMER B. DENIO and EDITH M. DENIO

    ERLE STANLEY GARDNER

    LESTER B. HASELWOOD and LENA E. HASELWOOD

    ANDREW DODGE McELHINNEY

    AMANDA C. McHENRY

    M. J. ROBERTS and EVELYN ROBERTS

    GEORGE C. SMITH

    ANTONI A. and GEORGE J. THELEN, minors, by JOHN A. and MARTHA G. THELEN, natural parents of minors

    SENATOR N. WALKER and JENNY D. WALKER

DATED: *16 June* 1958.

*[signature]*
Assist. US Atty
San Diego.

3965