FILED
JUN 27 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

CIVIL No. 1247-SD-C

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants.

ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of copies of the Answers in the above entitled case of the following named defendants:

MARIUS EDMUND NICOLAS

MARIUS EDMUND NICOLAS and MARY NICOLAS

ROBERT L. SCHAIN and MARIE SCHAIN

IONE B. BAKER

ROGER DeMAGGIO

RUGGIERS DiMAGGIO and GIOVANNINA DiMAGGIO

ERNIE GAGLIANO and FLORENCE GAGLIANO, and ROY GAGLIANO and FLORENE GAGLIANO

PETER J. and ETTA H. GATSON

JULIAN R. MEDRAN and MARY MEDRAN

ALEX G. MEHAS and MINNA E. MEHAS

FREDERICO RAMIREZ and JOSEPHINE RAMIREZ

FRANCES M. STRAIN

WILLIAM G. THOMAS and GERTRUDE K. THOMAS; JOHN J. MEYER

DATED: 26 June, 1958.

W A Weaver
Assist. US Atty.
San Diego

3966