SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

FILED
JUN 27 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 1247-SD-C |
| vs. | ) | REQUEST FOR ADMISSIONS UNDER RULE 36 |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | ) | DEFENDANTS |
| Defendants. | ) | WALTER G. PETERSON and ALMA E. PETERSON |

Defendants WALTER G. and ALMA E. PETERSON request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

   1. Defendants are the owners of the lands described in their answer herein.

   2. The lands described in the answer of defendants include     24     acres of irrigable land.

   3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

- 1 -

4. Defendants are the owners of their correlative share of the riparian rights of the larger parcel of which their land was originally a part, by reason of a reservation of such riparian rights to said lands in the deed transferring them to defendants.

5. The waters percolating beneath the lands of defendants are not a part of the waters of the SMR or any of its tributaries.

SACHSE and PRICE

June 24, 1958

by *[signature]*
Attorneys for defendant

- 2 -

3955