SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154



FILED
JUN 27 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,

        Defendants.

No. 1247-SD-C

REQUEST FOR
ADMISSIONS UNDER
RULE 36

DEFENDANTS
MILTON MOTT and EDITH MOTT;
WILLIAM R. HILBERT and
LUCILLE M. HILBERT

Defendants MILTON and EDITH MOTT; WILLIAM R. and LUCILLE M. HILBERT request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1. Defendants are the owners of the lands described in their answer herein.

    2. The lands described in the answer of defendants include 300 acres of irrigable land.

    3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

- 1 -

3958

    4. All of the lands of defendants are riparian to the Santa Margarita River.

    5. The southerly and westerly portion of the lands of the defendants overlie percolating ground waters not a part of any stream.

SACHSE and PRICE

June 23, 1958

by _[signature]_
Attorneys for defendant

- 2 -

3959