```
SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone:  RAndolph 8-1154
```



FILED

JUN 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1247-SD-C |
| vs. | ) | REQUEST FOR ADMISSIONS UNDER RULE 36 |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | ) | DEFENDANT |
| Defendants. | ) | ALONZO V. HOOVER |

Defendants ALONZO V. HOOVER, as the surviving joint tenant of Alonzo V. Hoover and Agnes M. Hoover request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

1. Defendants are the owners of the lands described in their answer herein.

2. The lands described in the answer of defendants include    2    acres of irrigable land.

3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

- 1 -

3960

4. The lands of defendant do not abut upon and are not riparian to any stream.

5. The lands of defendant overlie percolating ground waters not a part of any stream.

SACHSE and PRICE

June 23, 1958

by /s/ [signature]
Attorneys for defendant