SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

F I L E D

JUN 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>   Defendants. | No. 1247-SD-C<br><br>REQUEST FOR<br>ADMISSIONS UNDER<br>RULE 36<br><br>DEFENDANT<br><br>HELEN GATES |

Defendants

HELEN GATES

request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

  1. Defendants are the owners of the lands described in their answer herein.

  2. The lands described in the answer of defendants include 4.63 acres of irrigable land.

  3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

- 1 -

3962

    4. The lands of defendant are not riparian to and do not abut upon any stream.

    5. The waters underlying the lands of defendant are percolating ground waters not a part of any stream.

June 23, 1958

SACHSE and PRICE

by /s/ _____
Attorneys for defendant

- 2 -

3963