SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154



FILED
JUN 30 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,                )
                                          )
             Plaintiff,                   )   No. 1247-SD-C
                                          )
       vs.                                )   REQUEST FOR
                                          )   ADMISSIONS UNDER
FALLBROOK PUBLIC UTILITY DISTRICT,        )   RULE 36
a public service corporation of the       )   A. W. RAY and
State of California, et al.,              )   MATT BARR.
                                          )
             Defendants.                  )

Defendants  A. W. RAY and MATT BARR,

request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

   1.  Defendants are the owners of the lands described in their answer herein.

   2.  The lands described in the answer of defendants include  120   acres of irrigable land.

   3.  A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

   4.  The lands of defendants do not abut upon and are not riparian to any stream.

- 1 -

4000

copy mad,

5. The lands of defendants overlie percolating ground waters not a part of any stream.

DATED: JUNE 27, 1958.

                        SACHSE and PRICE

                    by *(signature)*
                        Franz R. Sachse
                        Attorneys for defendants
                        A. W. RAY and MATT BARR.

- 2 -