SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154



FILED
JUN 30 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>　　　　　Defendants. | No. 1247-SD-C<br>AMENDED<br>REQUEST FOR<br>ADMISSIONS UNDER<br>RULE 36<br><br>WILLIAM D. HAYES AND<br>ERNA G. HAYES |

Defendants   WILLIAM D. HAYES AND ERNA G. HAYES

request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

　　1. Defendants are the owners of the lands described in their answer herein.

　　2. The lands described in the answer of defendants include　　34　　acres of irrigable land.

　　3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

　　4. The lands described in defendants Answer as "Parcel One" are riparian to Rainbow Creek.

　　　　　　　　　　　　　　　　SACHSE and PRICE
　　　　　　　　　　　　　　　　by _____
DATED:  June 27, 1958　　　　　Attorneys for defendants
　　　　　　　　　　　　　　　　WILLIAM D. HAYES AND ERNA G. HAYES

copy recd

3999