SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

FILED
JUN 30 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By 
　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
　　　　Plaintiff, )　No. 1247-SD-C
vs. ) ANSWER OF DEFENDANT S
FALLBROOK PUBLIC UTILITY DISTRICT, ) A. W. Ray and
a public service corporation of the ) MATT BARR
State of California, et al., )
　　　　Defendants. )

　　　Defendants, A. W. RAY and MATT BARR, answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

FIRST DEFENSE

I

　　　Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

　　　Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

INDEXED
- 1 -

Copy rec'd　COPY RECEIVED

14081

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendants are all arable and irrigable.

- 2 -

The said lands do not abut upon and are not riparian to any stream, but defendants assert that the said lands overlie percolating ground waters not a part of any stream, and defendants assert full correlative rights to the use of said percolating ground waters in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

DATED: JUNE 27, 1958.

SACHSE and PRICE

by *[signature]*
Attorneys for defendants
A. W. RAY and MATT BARR.

## EXHIBIT A

**PARCEL 1:**

The West Half of the Northwest Quarter of Section 16, and the Southwest Quarter of the Southwest Quarter in Section 9, all in Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California; EXCEPTING therefrom the North 40 feet of the Southwest Quarter of the Southwest Quarter of Section 9.

**PARCEL 2:**

An easement for road purposes over that portion of the Southeast Quarter of the Northwest Quarter of Section 16, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows:

Beginning at the Southwest corner of said Southeast Quarter of the Northwest Quarter of Section 16; thence North on the Western boundary line for 60 feet; thence in an Easterly direction at an angle of 90° for an estimated 252 feet to a junction with a public highway known as Mission Road; thence along this highway in a South-westerly direction for approximately 156 feet to a junction with the South boundary of the Southeast Quarter of the Northwest Quarter of Section 16, Township 9 South, Range 3 West; thence along this boundary in a Westerly direction approximately 127 feet to the point of beginning at the Southwest corner of the Southeast Quarter of the Northwest Quarter of Section 16, Township 9 South, Range 3 West.

This easement is given subject to a prior right of way of the San Diego Gas and Electric Company of San Diego covering pole #P6 appurtenant wires issued to the above company in September of 1948.

This easement is issued for the express purposes of ingression and egress to and from the property of the grantor William H. Deniston, his heirs and assigns for so long as this shall be used for the purposes specified above free use of said property for similar purposes is retained by the grantor to William H. Deniston, Myrtle M. Scott, her heirs and assigns to the Southeast Quarter of the Northwest Quarter of Section 16, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California.

Containing One Hundred and Twenty (120) acres more or less.

EXHIBIT A

- 4 -

14084

STATE OF CALIFORNIA,  
County of San Diego } ss.   1247 SD C

Franz R. Sachse _____ being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of San Diego; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's ~~residence~~ business address is 1092 South Main Street, Fallbrook, California,

that on the 27th day of June, 19 58, affiant served the within Answer of defendants A. W. Ray and Matt Barr, and Request for Admissions

on the plaintiff _____ in said action, by placing a true copy thereof in an envelope addressed to the attorney___ of record for said plaintiff _____ at the ~~residence~~ office address of said attorney___, as follows:

HON J. LEE RANKIN, Rm 332, 325 West F Street, San Diego, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at Fallbrook, San Diego County, California, where is located the office of the attorney_S for the person_S by and for whom said service was made.

That there is delivery service by the United States mail at the place so addressed or there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 27th day of June, 19 58.

_Ross B. Bergstrom_

Notary Public in and for the County of San Diego, State of California.  
(SEAL)   My Commission expires May 25, 1961

* Here quote from envelope name and address of addressee.  
** If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office."  
*** When the letter is addressed to a post office other than city in which letter is mailed strike out "and"; when addressed to city in which letter is mailed strike out "or."

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 8-54

14084-A   60335