

FILED
JUN 30 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. Keefe
   DEPUTY CLERK

1  SACHSE and PRICE
2  Attorneys at Law
   1092 South Main Street
3  Fallbrook, California
   RAndolph 8-1154
4

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,         )
                                  )
              Plaintiff,          )   No. 1247-SD-C
                                  )
         vs.                      )   ANSWER OF DEFENDANT
                                  )
FALLBROOK PUBLIC UTILITY DISTRICT,)   EDITH H. KING
a public service corporation of the)
State of California, et al.,      )
                                  )
              Defendants.         )

Defendant    EDITH H. KING

answering plaintiff's Complaint and Supplement to Complaint for
herself
~~themselves~~ alone and not for any other defendant, admits, denies
and alleges as follows:

FIRST DEFENSE

I

           has
Defendant ~~have~~ no knowledge or information
sufficient to form a belief as to the allegations contained
in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's
Original Complaint herein, and therefore deny all of said
allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original
Complaint herein, defendant admits the litigation

INDEXED
copy rec'd
COPY RECEIVED

- 1 -

14077

referred to and admits that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendant denies that she is a party to said litigation or in any way bound thereby; and denies that said stipulated judgment determines the rights of plaintiff against defendant .

III

Denies the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendant has no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore denies all of said allegations for want of information or belief.

V

Denies the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT ALLEGES :

I

Defendant is the owner of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendant claims water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendant contain approximately 100 acres of arable and irrigable land. The said lands are traversed by two unnamed intermittent streams, one of which flows through said lands in an easterly to westerly direction, and the other of which flows through the northerly portion of said lands in a northerly to southerly direction. Both of said streams flow only during and immediately after periods of precipitation, and neither of said streams is underlaid with any substantial alluvial deposits. The waters underlying the lands of defendants are vagrant, percolating ground waters not a part of any stream.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendant is the owner of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by _____
Attorneys for defendant

Dated: June 27, 1958

- 3 -

14079

EXHIBIT A

The S ½ of the SE ¼; S ½ of the NE ¼ of the SE ¼ of Sec. 33, Township 8 SOUTH, RANGE 4 West, San Bernardino Meridian.

N ½ of the SW¼ of the NW ¼; SE¼ of the NW ¼; W ½ of NE ¼; SE¼ of NE ¼; N ½ of the SE ¼; S ½ of SW ¼; NE ¼ of SW ¼ and S ½ of NW ¼ of SW ¼ of Sec. 34, Township 8 South, Range 4 West, San Bernardino Meridian, containing 500 acres more or less.

STATE OF CALIFORNIA,  
County of San Diego } ss.   No. 1247 SD

FRANZ R. SACHSE being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of SAN DIEGO; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's residence address is 1092 S. Main St., Fallbrook, California

that on the 27 day of JUNE, 19 58, affiant served the within ANSWER OF DEFENDANT EDITH H. KING

on the PLAINTIFF in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said PLAINTIFF at the residence/office address of said attorney, as follows:

HON. J. LEE RANKIN, Rm. 332, 325 W. F St., SAN DIEGO, CALIF.

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at FALLBROOK, California, where is located the office of the attorney for the person by and for whom said service was made.

That there is delivery service by the United States mail at the place so addressed or there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 27 day of June, 19 58.

Notary Public in and for the County of San Diego, State of California.  
(SEAL) My commission expires May 25, 1961

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 8-54