

SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

JUN 30 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ........................
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                                              )
                      Plaintiff,        )
                                              )
        vs.                                 )
                                              )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the)
State of California, et al.,           )
                                              )
                      Defendants.     )

No. 1247-SD-C
AMENDED
ANSWER OF DEFENDANTS
WILLIAM D. HAYES and
ERNA G. HAYES

Defendants   WILLIAM D. HAYES and ERNA G. HAYES,

answering plaintiff's Complaint and Supplement to Complaint for

themselves alone and not for any other defendant, admit, deny

and allege as follows:

FIRST DEFENSE

I

Defendants have no knowledge or information

sufficient to form a belief as to the allegations contained

in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's

Original Complaint herein, and therefore deny all of said

allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original

Complaint herein, defendants admit the litigation

INDEXED   - 1 -

COPY RECEIVED

14073

referred to and admit that a stipulated judgment was entered into therein; a copy of which is attached to plaintiff's Complaint marked Exhibit A.  Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

14074

Parcel One as described in Exhibit A attached is all irrigable and
arable.  Said Parcel is riparian to Rainbow Creek and is supplied
with water from a well drawing its water supply therefrom.
Defendants assert full correlative rights to the use of the waters
of said stream in an amount not to exceed 4.2 acre feet per acre
per year.         Parcel Two as described in Exhibit A attached is all
arable and irrigable and crossed by an unnamed intermittent tributary
of Rainbow Creek which flows through said Parcel in a generally
northerly to southerly direction.  Defendants claim full correlative
right to the ground waters percolating beneath said lands, in a
total amount of not to exceed 4.2 acre feetper acre per year.

WHEREFORE, defendants pray judgment as follows:

1.  That plaintiff take nothing by its
Complaint and Supplement to Complaint herein.

2.  That this Honorable Court adjudge and
decree that defendants are the owners of water rights
appurtenant to the lands described herein as described in
this Answer.

3.  That this Honorable Court adjudge and
decree that the water rights of defendant are prior and
paramount to all of the claimed water rights of plaintiff
herein.

4.  That this Honorable Court quiet the
title of defendants in and to their rights to the use of
water as set forth herein as against all adverse claims of
plaintiff or other defendants herein.

5.  For costs of suit and for such other
relief as seems just.

SACHSE and PRICE

by
Attorneys for defendant

Dated:  June 27, 1958.

- 3 -

14075

<u>PARCEL ONE</u>:    The following lands in Riverside County, California:
The southerly 350 feet of the NE¼ of the SE ¼ of Section 36,
Township 8 South, Range 3 West, S.B.M., excepting therefrom that
portion lying easterly of the westerly line of the Riverside San
Diego Highway as the same was located on May 23, 1947, consisting
of 4.6 acres more or less.

<u>PARCEL TWO</u>:   The following lands in San Diego County, California:
The S ½ of the SW ¼ of NE ¼; and the NW¼ of the SW ¼ of the
Northeast Quarter of Section 9, Township 9 South, Range 3 West,
S.B.M., containing 30 acres more or less.

4

EXHIBIT A

14076

STATE OF CALIFORNIA,  } ss.   No. 1247 S C
County of __San Diego__

FRANZ R. SACHSE

_____ is employed in
United States and a resident of the County of__SAN DIEGO____ ; that affiant is over the age of eighteen years and is
not a party to the within above entitled action; that affiant's business residence address is __1092 S. Main St.__
__Fallbrook, Calif.__
that on the __27__ day of ____June__, 19 58 , affiant served the within ____AMENDED ANSWER AND__
__REQUEST FOR ADMISSIONS OF DEFENDANTS WILLIAM D. HAYES AND ERNA G.__
__HAYES__
on the ____PLAINTIFF_____ in said action, by placing a true copy thereof in an envelope
addressed to the attorney____ of record for said _____PLAINTIFF_____ at the
residence
office    address of said attorney____ as follows* "

    HON. J. LEE RANKIN,  Room 332, 325 W F Street, San Diego, Calif.

                                                                          ";
and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substa-
tion, or mail chute (or other like facility), regularly maintained by the Government of the United States at**_____
____FALLBROOK_____, California, where is located the office of the attorney____
for the person___ by and for whom said service was made.
    That there is delivery service by the United States mail at the place so addressed or *** there is a regular communication by
mail between the place of mailing and the place so addressed.          and

    Subscribed and sworn to before me this __27__
day of ____June____ 19 58

_Doris E. Engstrom_                          _[signature]_
Notary Public in and for the County of____SAN DIEGO____, State of California.
(SEAL)    My commission expires 5/25/61
* Here quote from envelope name and address of addressee.
** If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office."
*** When the letter is addressed to a post office other than city in which letter is mailed strike out "and"; when addressed to city
in which letter is mailed strike out "or."
AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 8-54

                                                          _14076A_        60335