FILED

JUL 1 '58

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____

1  SAUL RUSKIN,
   121 South Palm Canyon Drive,
2  Palm Springs, California.

3  Phone: FAirview 5-2986

4  ATTORNEY FOR DEFENDANT HELLEN WARNER

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10                    SOUTHERN DIVISION

11

12  UNITED STATES OF AMERICA,              )
                                           )
13                          Plaintiff,     )
                                           )     NO. 1247-SD-C
14          vs.                            )
                                           )
15                                         )     AMENDED ANSWER
                                           )
16  FALLBROOK PUBLIC UTILITY DISTRICT,     )
    et al.,                                )
17                                         )
                            Defendants.    )
18  _____

19          COMES NOW THE DEFENDANT, HELLEN WARNER, SUED HEREIN AS

20  MRS. R. LEE MILLER, AND FOR HER ANSWER TO THE PLAINTIFF'S COMPLAINT

21  AND SUPPLEMENTARY AND AMENDATORY COMPLAINT FILED HEREIN, ADMITS,

22  DENIES AND ALLEGES:

23                              I.

24          This defendant admits that she is the owner of the West 1/2

25  of the Southwest 1/4 of the Northwest 1/4 of the Northeast 1/4 of

26  Section 1, Township 9, South Range, 1 East, and that said land is

27  a part of the land described in the plaintiff's complaint and sup-

28  plementary and amendatory complaint.

29                              II.

30          That this defendant claims, by reason of her ownership of

31  said land, that she has a right to the use of water in the Santa

32  Margarita River which is superior and paramount to the claim of

                               -1-

INDEXED  COPY RECEIVED                               14035

1  the plaintiff in this action.

2                              III.

3         That, except as to the matters, judgments and orders of

4  record as set forth in said complaint and in said supplementary

5  and amendatory complaint, and except as otherwise claimed and

6  admitted herein, this defendant has no knowledge, information or

7  belief upon which to base her answer to any of the other matters,

8  counts or allegations set forth in said complaint and in said

9  supplementary and amendatory complaint and upon that ground denies

10  the same and every count and every allegation contained therein.

11                              I

12         WHEREFORE, this defendant demands judgment:

13         1.  That this Honorable Court determine, declare and judge

14  the respective rights of all parties to this action;

15         2.  That this Honorable Court quiet the title of this

16  defendant in and to her rights to the use of water in the Santa

17  Margarita River as against the plaintiff and against the adverse

18  claims of all of the other parties to this action;

19         3.  That this Honorable Court grant to this defendant her

20  costs herein and such further and additional relief as may be

21  proper.

22

23                              _____
                               Attorney for Defendant
24                              Hellen Warner sued herein as
                               Mrs. R. Lee Miller

25         I, the undersigned, say:  that I am the attorney for the

26  defendant, Hellen Warner, in the above-entitled matter; that the

27  foregoing document is true of my own knowledge, except as to the

28  matters which are therein stated on my information or belief, and

29  as to those matters I believe it to be true;  that this defendant

30  is unable to make this affirmation because of her absence from

31  the state of California and for that reason I make this affirmation

32  on plaintiff's behalf.

                              -2-

                                                    14036

1        I declare under penalty of perjury that the foregoing is

2  true and correct.

3        Executed on this 30th day of June, 1958, at Palm Springs,

4  California.

                                        Saul Ruskin

-3-

14037

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA, SOUTHERN DIVISION
AFFIDAVIT OF MAILING

State of California, } ss.
County of Riverside,

Case No. 1247-SD-C

THE UNDERSIGNED, being duly sworn, says: that affiant is a citizen of the United States and a resident or employed in the

County of Riverside, over the age of eighteen years and not a party to the cause herein, that affiant's residence or business address

is _____121 So Palm Canyon Drive, Palm Springs_____ , California.

That on the __30th__ day of _____June_____ 19 58 , affiant served a copy of the attached paper, to-wit:

AMENDED ANSWER OF DEFENDANT HELLEN WARNER

by depositing said copy enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States postoffice mail
box at the City of _____Palm Springs_____ , California, addressed as follows:

J. LEE RANKIN,
SOLICITOR GENERAL OF THE UNITED STATES,
WASHINGTON, 25, D. C.

That there is either delivery service by United States mail at the place so addressed, or regular communication by mail be-
tween the place of mailing and the place so addressed.

Subscribed and sworn to before me this __30th__ day

of _____June_____ , 19 58

_____Catherine Wood_____
Notary Public in and for the County of Riverside,          Signature of Affiant
State of California

G. A. PEQUEGNAT, County Clerk

By_____, Deputy

AFFIDAVIT OF MAILING

FORM NO. 125

14038