FILED
JUL 2- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Mary S. Chandler
Defendants in propria persona
2962 Ingledale Terrace
Los Angeles 39, Calif

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
  Plaintiff, ) ANSWER OF DEFENDANTS
v. ) Mary S Chandler
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
  Defendants, )

The defendant, Mary S. Chandler each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

This defendant owns 10.1 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED   INDEXED

14044

Exhibit A.

Lot 9 of S.C. Freefield's Subdivision of the East Half of the Northwest Quarter and Southwest Quarter of Northeast Quarter, of Section 36, Township 6 South, Range 4 West, S.B.M., as the same appears on file in the office of the County Recorder of the County of San Diego, State of California, in Book 12 of Maps, at Page 549 thereof.

There are no wells on this property.
There is some water sepage.
I claim the rights to develop this sepage.
I claim the right to dig domestic wells
The number of acre feet of water needed are
35 acre feet.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Mary S. Chandler*

Defendants in propria persona

Dated: June 23-58

14046