MINNIE BARELL
Defendants in propria persona
1228 St. Johns Place, Brooklyn, New York

FILED
JUL 2- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )   CIVIL NO. 1247 - SD - C
                                    )
            Plaintiff,              )   ANSWER OF DEFENDANTS
                                    )   MINNIE BARELL
    v.                              )
                                    )
FALLBROOK PUBLIC UTILITY            )
DISTRICT, ET AL,                    )
                                    )
            Defendants,             )

The defendants, MINNIE BARELL
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own s    land in  San Diego
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

14039

INDEXED

The defendant, in the event that a stream or creek runs through her property or has at any time run through her property, which said stream or creek has or will create riparian rights, herewith makes claim to retain such rights. The defendant, if there is at present water being taken from a well or spring on her premises or in the event there are any rights to percolating water of any kind or at any future date, the defendant wishes to drill a well and has a right thereto, wishes to reserve that right. If defendant has any appropriative or prescriptive rights, the defendant wishes to reserve those rights. In the event that the Tenant has the right to take any water for irrigation purposes, the defendant wishes to reserve this right.

WHEREFORE, these defendants prays that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_____
MINNIE BARELL

_____
Defendants in propria persona

Dated: June 21, 1958

14040

## EXHIBIT A

Land lying and being and situate in the City of Fallbrook, County of San Diego, State of California, described as follows: to wit: Lots 3, 4 and 5 in Block 37 of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 567, filed in the office of the County Recorder of San Diego County, October 9, 1888.

Also the east half of the Alley adjoining said Lots on the West as closed to public use.

14041