HOBART A. BROWN (holding title as his separate property)
Defendants in propria persona
808 E. Porter Street,
Fallbrook, California

**FILED**
JUL 2- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
           Plaintiff, )    CIVIL NO. 1247- SD - C
v.                         )    ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY   )    ANSWER TO COMPLAINT AND
DISTRICT, ET AL,           )    SUPPLEMENTARY AND AMENDATORY
           Defendants. )    COMPLAINT OF
                                HOBART A. BROWN. (holding title as
                                                   his separate
                                                   property)

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

               AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own s approx. 2 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

14042

COPY RECEIVED   INDEXED

1  Defendant owns approximately 2 acres of land, containing a Commercial
2  Grove of 112 trees of Lemons and Avocados, about 10 years old. Also
   a Home, Garden and Family Fruit trees. He is now buying water from
3  the Fallbrook Public Utility District, and claims the right to use as
   much water as is required for the upkeep of the abovementioned.
4
   Defendant further claims all riparian rights to all waters that may
5  percolate through his land, whether from the Santa Margarita River
   and its tributaries, whether from springs, streams or wells, etc., and
6  to take water from his land, whether for domestic, industrial, business
   or irrigation purposes.
7
   In addition to the claim and uses as herein made, defendant claims all
8  rights of overlying landowners to any water which may originate in,
   or under, or cross his land. Defendant claims the right to drill and
9  to dig wells, and to exercise water reclamation and conservation prac-
   tices as now or may be known in the future.
10
   Defendant hereby incorporates the same as though set forth herein in
11 full all of the Affirmative Defenses of the Fallbrook Public Utility
   District on file in these proceedings.
12
   Defendant claims all the above for all lands in which he has any
13 financial interest whatsoever.

14

15

16

17

18         WHEREFORE, these defendants pray that plaintiff take

19 nothing against them by reason of the Complaint and Supplementary

20 and Amendatory Complaint on file herein; that said Complaint be

21 dismissed as against these defendants; that defendants' right to

22 water, as hereinabove set forth, be quieted as against the plain-

23 tiff and against all other defendants in this action; and for such

24 other and further relief as the Court may deem proper.

25

26                              *Hobart A. Brown*

27                              Hobart A. Brown (holding title as his
                                                separate property)
28                              _____

29                              Defendants in propria persona

30 Dated: 6-27-58
                                808 E. Porter Street,
31                              Fallbrook, California

32                                                      14043

## EXHIBIT A.

That portion of Lot 1 (Southwest Quarter of the Southwest Quarter) of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Beginning at the Northeast corner of said Lot 1; thence along the North line of said Lot 1 South 89° 53' West 581 feet to a point; thence South 0° 06' West 413.58 feet to the Southeast corner of the land described in the deed to Frederick Theodore King, et ux, recorded in Book 523, page 227 of Official Records of said County; thence along the South line of said land of King South 89° 53' West 203.94 feet to a point; thence South 0° 06' West 252.35 feet to a point; thence parallel with the North line of said Lot 1 North 89° 53' East 248.84 feet to the true point of beginning; thence parallel with the West line of the land described in the deed to Joseph F. Bierend, recorded in Book #618, page 421 of Official Records of said County, North 0° 06' East 196.13 feet to the South line of the land described in the deed to Marion H. Eddy recorded in Book 280, page 342 of Official Records; thence along said South line of the land to Eddy, North 89° 53' East 380.10 feet, more or less, to the Northwest corner of said land of Bierend; thence along said West line of the land of Bierend South 0° 06' West 196.13 feet to the Southwest corner of said land of Bierend; thence parallel with the North line of said Lot 1 South 89° 53' West 380.10 feet, more or less, to the true point of beginning.-----

14042A