ORIGINAL



JUL 2- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William McCray_
DEPUTY CLERK

H.C. Woodrow and Lillian L. Woodrow.

1   Defendants in propria persona
    P.O. Box. 666
2   Fallbrook Calif.

3

4           IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                    SOUTHERN DIVISION

7

8   UNITED STATES OF AMERICA,        )
                                     )
9              Plaintiff,            )   CIVIL NO. 1247- SD - C
                                     )
                                     )   ANSWER OF DEFENDANTS
10     v.                            )   H.C. Woodrow and Lillian L.
                                     )   Woodrow, Husband and Wife.
11  FALLBROOK PUBLIC UTILITY         )
    DISTRICT, ET AL,                 )
12                                   )
               Defendants.           )

13          The defendants,  H.C. Woodrow and Helen L. Woodrow.

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
19          These answering defendants hereby incorporate by reference

20  all of the allegations contained in the answer to said Complaint and

    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25

26              AFFIRMATIVE STATEMENT OF RIGHTS

27          These defendants own    2½    acres of land in
                                                   Riverside
28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

31  part of this statement.     INDEXED

32  COPY RECEIVED

COPY RECEIVED

14071

1  Defendants claim overlying rights to the use of water.

2  Water is being presently supplied for domestic and irrigation

3  purposes from a well dug upon the premises.

4

5              EXHIBIT "A"

6  W 240' of S 350' of NE ¼ of SE ¼ also Beg. 285' W of W line

7  St HWY 77, N 24', W 37' SW 60', #p1' to POB Sec. 36 Township 3S Range 3

8  #Recorded in Book 2185 Page 83 Riverside County.

9

10

11

12

13

14

15

16

17

18          WHEREFORE, these defendants pray that plaintiff take

19  nothing against them by reason of the Complaint and Supplementary

20  and Amendatory Complaint on file herein; that said Complaint be

21  dismissed as against these defendants; that defendants' right to

22  water, as hereinabove set forth, be quieted as against the plain-

23  tiff and against all other defendants in this action; and for such

24  other and further relief as the Court may deem proper.

25

26                    _HC Woodson_

27

28

29                         Defendants in propria persona

30  Dated: 6-30-58

31

32                                        14072