W.B.Haney
Defendants in propria persona
1264 East Alvarado St Fallbrook Calif

FILED

JUL 2- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )   CIVIL NO. 1247 - SD - C
                           )
            Plaintiff,     )   ANSWER OF DEFENDANTS
                           )       W.B.Haney
   vs.                     )
                           )
FALLBROOK PUBLIC UTILITY   )
DISTRICT, ET AL,           )
                           )
            Defendants,    )

The defendants, W.B.Haney each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 53 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED   COPY RECEIVED

14053

EXHIBIT A

The Southeast Quarter of the Northwest Quarter and the North 330 feet of the Northeast Quarter of the Southwest Quarter and the South 150 feet of the North 480 feet of the West 660 feet of the Northeast Quarter of the Southwest Quarter of Section 9, Township 9 South, Range 3 West, Sanbernardino Base and Meridian, in the County of San Diego, State of California, accordian to the United States Government Survey aproved April 21 1890.

14054

EXHIBIT B

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA,

IN AND FOR THE COUNTY OF SAN DIEGO.

TITLE INSURANCE AND TRUST COMPANY, )
a corporation, )
              Plaintiff, ) No. 73465
)
vs. ) J U D G M E N T
)
A. R. PHILLIPS, et al, )
              Defendants. )

        The above entitled action having duly come on for trial before the court, in Department __4__ thereof, the Honorable __L. N. Turrentine__, Judge, presiding, on the __2nd__ day of __June__, 1933, Arch. H. Vernon, Esq., appearing for plaintiff, and H. Delemere Thurber, Esq., appearing for defendants Stanley D. Coffin, Victoria Coffin, Thomas A. Cousins, Margaret M. Cousins, Mrs. R. F. Coffin and Oceanside Finance Company, a corporation; and it appearing that the summons and complaint herein were duly served upon defendants A. R. Phillips and Fallbrook Irrigation District, and that said defendants last named have not answered or appeared in said action, and that the default of said defendants last above named has been duly and regularly entered herein; and it appearing that said action has been dismissed as to defendants THE FIRST NATIONAL BANK OF FORT COLLINS COLORADO, a national banking association, and LEMUEL J. SPROUSE, and TWO DOE, THREE DOE, FOUR DOE, FIVE DOE, SIX DOE, SEVEN DOE, EIGHT DOE, NINE DOE, and TEN DOE, and the court having made and filed its findings of fact and conclusions of law herein, ordering judgment in favor of plaintiff.

        IT IS ADJUDGED AND DECREED that defendants, and each of them, have no right, title, estate, interest, lien, easement, charge, or encumbrance, in or upon the following described real

- 1 -

14055

estate situate in the County of San Diego, State of California, or any part thereof, to wit:

> The North half (N 1/2) of the Southeast quarter (SE 1/4), and the East half (E 1/2) of the Northeast quarter (NE 1/4) of Section nine (9), and the West half (W 1/2), and the Northwest Quarter (NW 1/4) of the Northeast quarter (NE 1/4) of Section ten (10), all in Township Nine South (9 S), Range Three West (3 W), San Bernardino Base and Meridian, according to United States Government Survey.

That defendants, and each of them, have no right, title, or interest in or to any of the waters of Vallecitos Creek flowing through and across the real estate above described, and/or in or to any of the waters upon or flowing through and across said real estate.

IT IS FURTHER ADJUDGED AND DECREED that the title of plaintiff to said real estate above described and to the waters upon the same, and to all waters flowing through and across the same, be, and hereby is, forever quieted as against defendants, and each of them, and any and all persons claiming by, under, or through defendants, or any or either of them.

IT IS FURTHER ADJUDGED AND DECREED that defendants, and each of them, and any and all persons claiming by, through, or under defendants, or any or either of them, be, and hereby are, forever enjoined from asserting or claiming any right, title, estate, interest, lien, encumbrance, or charge adverse to plaintiff in, to, or upon the real estate above described, or any part thereof, and in or to any of the waters upon said real estate, or any part thereof, and in or to the waters of Vallecitos Creek flowing through and across said real estate.

It is further ADJUDGED AND DECREED that defendants Thomas A. Cousins and Margaret M. Cousins, and Stanley D. Coffin and Victoria Coffin are entitled to and have appropriated all of the waters of the stream or creek flowing through Cart Canyon, which said Cart Canyon is situate wholly outside of the boundaries of the real estate

above described, now being diverted and to be diverted from such stream or creek at the point where the same crosses the line between the Southwest quarter of the Southwest quarter and the Northwest quarter of the Southwest quarter of said Section 9, and are entitled to and have appropriated the waters of Vallecitos Creek flowing through and across the lands now owned by said defendants in this paragraph named adjoining the lands herein described on the west, now being diverted and to be diverted at a point upon and within the boundaries of the Southwest quarter of said Section 9 about 250 feet west of the West line of the North half of the Southeast quarter of said Section 9, to the extent of twenty miners' inches under a four-inch pressure; and that the title and right of said defendants Thomas A. Cousins and Margaret M. Cousins, and Stanley D. Coffin and Victoria Coffin in and to the waters in this paragraph described be, and hereby are, forever quieted.

That no costs be recovered herein by any party to this action.

Dated at San Diego, California, this ___2nd___ day of ___June___, 1933.

L. N. Turrentine
Judge of the Superior Court

- 3 -

14057

I claim the water rights as set out in exhibit BVallicitos creek runs through my property, I have a water well 41 feet deep and six feet in diamiter, have 15 horse pump and 4 inch pipe line across property with one and two inch laterals to trees with sprinklers. I have 4000 yard reservoir. The former owner had a lemon grove and some truck farmingand had acquired ripirian water rights as shown in exhibit B. I figure 45 of the 53 acres can be planted to trees perminant pasture or truck farming. I think my water well will furnish most of the water I need but may have to dig another well. In this decomposed granite soil I figure it will take 4 acre feet to water properly, the water alloted us by the court as shown in exhibit B should be enough to take care of the plantable land. And is all that I ask for. I am only irigating aproximatly two acres now, have pulled out the old lemon grove and cleared land for more planting and want to develop all land which can be developed properly

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*W B Haney*

Defendants in propria persona

Dated: *June 8-1958*

14058