Joseph Anthony Gruner and June Barbara Gruner
Defendants in propria persona
Aguanga, California

FILED
JUL 2- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )  CIVIL NO. 1247 - SD - C
                          )
           Plaintiff,     )  ANSWER OF DEFENDANTS
                          )
       v.                 )  Joseph Anthony Gruner
                          )  June Barbara Gruner
FALLBROOK PUBLIC UTILITY  )
DISTRICT, ET AL,          )
                          )
           Defendants,    )

The defendants, Joseph Anthony Gruner and June Barbara Gruner each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 329 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED   COPY RECEIVED

14050

I

Approximately fifty acres of this land is tillable. Defendants have raised a large garden on this land, and have some livestock. At one time, defendants raised chickens commercially, and plan to have a small turkey operation in the future. There are two wells on this property, one of which is 216 feet deep, and the other measures 260 feet. These wells furnish water for domestic use, for livestock, for the garden, and for the poultry business.

II

Defendants claim the right to the use of the two wells, and the right to develop more water in the future if the need arises.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Joseph Anthony Gruner*

*June Barbara Gruner*

Defendants in propria persona

Dated: June 26, 1958

14051

EXHIBIT A

Description of property owned by Joseph Anthony Gruner and June Barbara Gruner, Aguanga, California:

Government Lots 1, 2, 7, and 8 in Section 22, Township 8 South, Range 1 East, San Bernardino Base and Meridian.

Government Lots 9, 10, 15, and 16 in Section 15, Township 8 South, Range 1 East, San Bernardino Base and Meridian.

14052