FILED

JUL 2- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY

JULIAN C. GODDARD and
ANELLA C. GODDARD

Defendants in propria persona
202 Pasadena Ave.
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
           Plaintiff, ) CIVIL NO. 1247- SD - C
v. ) ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY ) JULIAN C. GODDARD and
DISTRICT, ET AL, ) ANELLA C. GODDARD
           Defendants. )

The defendants, JULIAN C. GODDARD and ANELLA C. GODDARD each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own approx. 1/8 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

COPY RECEIVED

14047

1  Defendants claim all rights of overlying landowners and to water which may originate or cross their land.

3  Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

4  Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

6  Defendants claim all the above for all lands in which they have any financial interest whatsoever.

18  WHEREFORE, these defendants pray that plaintiff take

19  nothing against them by reason of the Complaint and Supplementary

20  and Amendatory Complaint on file herein; that said Complaint be

21  dismissed as against these defendants; that defendants' right to

22  water, as hereinabove set forth, be quieted as against the plain-

23  tiff and against all other defendants in this action; and for such

24  other and further relief as the Court may deem proper.

                        *Julian C. Goddard*
                        Julian C. Goddard

                        *Anella C. Goddard*
                        Anella C. Goddard
                              Defendants in propria persona

Dated: June 28, 1958

14049

### EXHIBIT A

That portion of the South Half of Block 114 of West Fallbrook, according to Map thereof No. 567, filed in the Office of the Recorder of said San Diego County, October 9, 1888, described as follows:

Beginning at the Southeast corner of said Block 114; thence along the South line of said Block 114 North 89° 17' 15" West 102.91 feet; thence North 0° 15' 45" East 57 feet; thence parallel with the South line of said Block 114 South 89° 17' 15" East 103.33 feet to the East line of said Block 114; thence along said East line South 0° 41' 45" West 57.00 feet to the point of beginning.

24049