ORIGINAL



JUL 2 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By

1  Ethel L. Russell
   Defendants in propria persona
2
   Box 103
3  Murretti Calif.

4              IN THE UNITED STATES DISTRICT COURT

5                SOUTHERN DISTRICT OF CALIFORNIA

6                       SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,        )      CIVIL NO. 1247 - SD - C
8                                    )
                    Plaintiff,       )      ANSWER OF DEFENDANTS
9                                    )    Ethel L. Russell also known as
         v.                          )    Ethel L Smohl.
10                                   )
   FALLBROOK PUBLIC UTILITY          )
11 DISTRICT, ET AL,                  )
                                     )
12                  Defendants,      )

13        The defendants, Ethel L. Russell also known as Ethel L. Smohl

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                  AMENDATORY COMPLAINT
18
19        These answering defendants hereby incorporate by reference

20 all of the allegations contained in the answer to said Complaint and

21 Supplementary and Amendatory Complaint filed in this case by Newton

22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23 of the portion thereof entitled "Affirmative Statement of Rights")

24 and make each and all of said allegations a part of this answer

25 the same as if herein set forth at length.

26        AFFIRMATIVE STATEMENT OF RIGHTS

27        These defendants own 23.3 acres of land in

28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.

32

       INDEXED

COPY RECEIVED      COPY RECEIVED        1              14068

1        Defendant is the owner of the above described property.

2    All of the property of the defendant described herein is riparian

3    to the Santa Margarita River and defendant has the right to the

4    use of water of said river with other riparian owners.

5

6

7

8

9

10

11

12

13

14

15

16

17

18        WHEREFORE, these defendants pray that plaintiff take

19    nothing against them by reason of the Complaint and Supplementary

20    and Amendatory Complaint on file herein; that said Complaint be

21    dismissed as against these defendants; that defendants' right to

22    water, as hereinabove set forth, be quieted as against the plain-

23    tiff and against all other defendants in this action; and for such

24    other and further relief as the Court may deem proper.

25

26    *Ethel L Russell Smith*

27

28    *Ethel L. Smith*

29          Defendants in propria persona

30

31

32    Dated: 6-30-58

14069

All those portions of the South Half of the Northeast Quarter and the Southeast Quarter of the Northwest Quarter of Section 4, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved April 21, 1890, described as a whole as follows:

Beginning at the Northwest corner of said South Half of the Northeast Quarter; thence along the North line of said South Half North 88° 38' 50" East 413.23 feet to the Northwesterly corner of the tract of land conveyed by Ray Gird Peters to Durkan by deed recorded May 1, 1947 in Book 2398 at page 87 of Official Records; thence along the Northwesterly line of said land of Durkan, South 30° 49' West 978.82 feet and South 58° 54' West 180.29 feet to the most Westerly corner thereof; thence North 60° 32' 30" West 1280.86 feet to the West line of said Southeast Quarter of Northwest Quarter; thence along said West line North 1° 29' 50" East 270.08 feet to the Northwest corner of said Southeast Quarter of Northwest Quarter; thence along the North line thereof North 88° 58' 40" East 1351.13 feet to the point of beginning.

The oil and mineral rights of the Grantors in and to said land are also conveyed herewith.

"EXHIBIT "A"

HAYES & HAYES
ATTORNEYS AT LAW
HAYES BUILDING
207 MISSION AVENUE
OCEANSIDE, CALIF.

14070