FILED
JUL 2- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

1  Adolph L. Lessel and Fae J. Lessel
   Defendants in propria persona
2  5303 Angeles Vista Boulevard
3  Los Angeles 43, California

4           IN THE UNITED STATES DISTRICT COURT
5              SOUTHERN DISTRICT OF CALIFORNIA
6                     SOUTHERN DIVISION

7
8  UNITED STATES OF AMERICA,        )
                                    )   CIVIL NO. 1247- SD - C
            Plaintiff,              )
9                                   )   ANSWER OF DEFENDANTS
     v.                             )
10                                  )   Adolph L. Lessel and
   FALLBROOK PUBLIC UTILITY         )   Fae J. Lessel
11 DISTRICT, ET AL,                 )
                                    )
12          Defendants.             )

13         The defendants, Adolph L. Lessel and Fae J. Lessel,
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:
17              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                           AMENDATORY COMPLAINT
18
19         These answering defendants hereby incorporate by reference
20  all of the allegations contained in the answer to said Complaint and
21  Supplementary and Amendatory Complaint filed in this case by Newton
22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23  of the portion thereof entitled "Affirmative Statement of Rights")
24  and make each and all of said allegations a part of this answer
25  the same as if herein set forth at length.

26                   AFFIRMATIVE STATEMENT OF RIGHTS
27         These defendants own  40   acres of land in  Riverside County
28  County, California, and within the watershed of the Santa Margarita
29  River, more particularly described in the document attached hereto,
30  marked Exhibit A, which is hereby incorporated by reference as a
31  part of this statement.  INDEXED

1  This land is adjacent to a water course; approximately twentytwo
   acres is tillable and the balance can be used for grazing cattle
2  raising chickens, turkeys or for buildings. The tillable land is
   underlain with seepage water which drains from adjoining lands
3  from 50 to 200 feet higher. Tillable land is rich agricultural
   land suitable for potatoes, vegetables, trees, grapes, melons, grains
4  permanent pasture and alfalfa, alfalfa and beet seed.
   Defendants, who have purchased this land are in the wholesale
5  roofing and building supply business and have a plant within
   convenient driving distance. It is their expressed intention
6  to improve the property as a home for one of their sons in
   connection with the operation of their nearby business, which
7  would require the sinking of one or more wells.
   Land is also suitable for subdivision in which other wells
8  would be required for domestic and irrigation purposes, also
   they reserve right for conservation dams and ponds.
9  The bringing of settlers in by permission to drill or dig
   additional wells will hasten the bringing of Colorado River
10 Water to this watershed and hence will be a benefit to all
   watershed users below. Defendants claim the right to use 84
11 acre feet of water per year on this land.

18      WHEREFORE, these defendants pray that plaintiff take

19 nothing against them by reason of the Complaint and Supplementary

20 and Amendatory Complaint on file herein; that said Complaint be

21 dismissed as against these defendants; that defendants' right to

22 water, as hereinabove set forth, be quieted as against the plain-

23 tiff and against all other defendants in this action; and for such

24 other and further relief as the Court may deem proper.

                                        _____
                                        _____
                                        Defendants in propria persona

30  Dated: 6-30-58

Property description:

The Southeast quarter of the Northwest quarter of Fractional Section 19, Township 6 South, Range 2 West, San Bernardino Base and Meridian, as shown by United States Government Survey.

14063A