FILED
JUL 2- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

J.L. Kendrick and Alice R. Kendrick
1  Defendants in propria persona
2  P. O. Box 148 Fallbrook California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                         )  CIVIL NO. 1247- SD - C
            Plaintiff,   )
                         )  ANSWER OF DEFENDANTS
    v.                   )
                         )  J. L. Kendrick &
FALLBROOK PUBLIC UTILITY )  Alice R. Kendrick
DISTRICT, ET AL,         )
                         )
            Defendants.  )

The defendants, J.L. Kendrick and Alice R. Kendrick each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own eight acres of land in _____ County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEX

COPY RECEIVED    COPY RECEIVED

14059

Exibit A"         Sheet no I

**PARCEL I:**

That portion of RANCHO SANTA MARGARITA Y LAS FLORES, in the county of SAN DIEGO, State of California, as delineated upon a map in Book 7 of patents, page 221, 39 and as shown by Records of Survey Maps Nos. 794 and 831, Records of San Diego, described as follows:

Beginning at a point on the East boundry line of said RANCHO SANTS MARGARITA Y LOS FLORES; distant thereon South 7° 04/ 52.98" West 5581.44feet from corner no. 1 of said Rancho; thence continuing along said Easterly boundary line South 7° 04/ 52.98" West 669.58 feet; thence North 89° 21/ 25" West 143. 88 feet to a half inch iron pin; thence North 6° 56/ 21" East 671.08 feet to a three forths iron pipe; thence South 88  41  40" East145.38 feet to the POINT OF BEGINNING.

EXCEPTING the Southerly 152.00 feet thereof measured at right angles to the Southerly line thereof.

14060

Exibit A"          Sheet no. 2

PARCEL 2:

That portion of Lot 4, Section 13, Township 9 South, Range 4 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, described as follows:

Beginning at the Northwest corner of said Lot 4; thence South 88° 15' East 9.92 chains; thence South 1° 00' West 10.13 chains; thence North 88° 15' West 11.02 chains to the Easterly line of RANCHO SANTA MARGARITA Y LOS FLORES; thence North 6° 15' East along said Easterly line to the POINT OF BEGINNING.

xxALSO
EXCEPTING the Easterly 144.68 feet of said property, said 144.68 feet being measured along the Southerly line thereof.

ALSO EXCEPTING the Southerly 152.00 feet of the property, described above, said 152.00 feet being measured at right angles to the Southerly line of said property.

14061

1  This land is 8 ACRES of grove, consisting of Lemons and
2  Avacodas, and is all irrigated FROM wells and distric water,
3  there are two wells on this property, and defendants claim rights
4  to dig other wells if needed.
5  defendants claim rights to all underground and percolating water
6  of any kind.
7  defendants also claim rights TO FPUD water to supplement wells for
8  irrigation and domestic use.
9  defendants claim 4.2 acer feet per ACRES for the 8 ACRES.
10
11
12
13
14
15
16
17
18         WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.
25
26
27                                   *J. T. Kendrick*
28                                   *Alice R. Kendrick*
29                                   Defendants in propria persona
30  Dated: June 26-58
31                                                        14062
32