William F. Holcomb, Paul J. Hartley, Jr, Charlotte M. Hartley, William R. Hartley, Joan M. Hartley, Kenneth H. Hartley, Evelyn B. Hartley, Donald J. Hartley, Lois K. Hartley, John Holcomb Bone, Peggy Sue Bone, Harry R. Wilkinson and Barbara Lucile Wilkinson.

1  Defendants in propria persona

2  c/o William R. Hartley
   1501 6th Avenue
3  San Diego 1, California

FILED
JUL 2 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ Deputy Clerk

4              IN THE UNITED STATES DISTRICT COURT

5                SOUTHERN DISTRICT OF CALIFORNIA

6                       SOUTHERN DIVISION

7
8  UNITED STATES OF AMERICA,        )
                                     )   CIVIL NO. 1247- SD - C
           Plaintiff,                )
9                                    )   ANSWER OF DEFENDANTS
      v.                             )   William F. Holcomb, Paul J. Hartley,Jr, Charlotte
10                                   )   M. Hartley, William R. Hartley, Joan M. Hartley,
   FALLBROOK PUBLIC UTILITY          )   Kenneth H. Hartley, Evelyn B. Hartley, Donald J.
11 DISTRICT, ET AL,                  )   Hartley, Lois K. Hartley, John Holcomb Bone, Peggy
                                     )   Sue Bone, Harry R. Wilkinson, Barbara Lucile
12         Defendants.               )   Wilkinson.
                    William F. Holcomb, Paul J. Hartley,Jr., Charlotte M.
13      The defendants, Hartley, William R. Hartley, Joan M. Hartley, Kenneth H.
     Hartley, Evelyn B. Hartley, Donald J. Hartley, Lois K. Hartley, John Holcomb Bone,
14   each severing from their co-defendants and each for himself or her- Peggy Sue Bone,
                                                                          Harry R. Wilkinson,
15   self alone, in answer to the Complaint and Supplementary and Amenda-Barbara Lucile
                                                                          Wilkinson.
16   tory Complaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18
          These answering defendants hereby incorporate by reference
19
     all of the allegations contained in the answer to said Complaint and
20
     Supplementary and Amendatory Complaint filed in this case by Newton
21
     T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
     of the portion thereof entitled "Affirmative Statement of Rights")
23
     and make each and all of said allegations a part of this answer
24
     the same as if herein set forth at length.
25
26              AFFIRMATIVE STATEMENT OF RIGHTS

27        These defendants own   150   acres of land in  San Diego

28   County, California, and within the watershed of the Santa Margarita

29   River, more particularly described in the document attached hereto,

30   marked Exhibit A, which is hereby incorporated by reference as a

31   part of this statement.    INDEXED

32
                                                              14085
COPY RECEIVED         COPY RECEIVED

1. Defendants claim the rights to water now used by the tenants of the
2. property for commercial, domestic, industrial and agricultural use.
3. There are six houses, one store and gasoline station, one restaurant,
4. one honey processing establishment and at times, a farming operation
5. going on at the property site. The water has been supplied to and
6. for the above for approximately eleven (11) years by the defendants
7. and from a 172 foot well on the property. There is no creek running
8. through the property.
9. Defendants claim the right to one hundred (100) acre feet of water per
10. year from the above well.
11. Defendants do not claim any appropriative rights or any prescriptive
12. rights.

18.    WHEREFORE, these defendants pray that plaintiff take
19. nothing against them by reason of the Complaint and Supplementary
20. and Amendatory Complaint on file herein; that said Complaint be
21. dismissed as against these defendants; that defendants' right to
22. water, as hereinabove set forth, be quieted as against the plain-
23. tiff and against all other defendants in this action; and for such
24. other and further relief as the Court may deem proper.

William F. Holcomb   Paul J. Hartley Jr.   Charlotte M. Hartley

William R. Hartley   Joan M. Hartley   Kenneth H. Hartley   Evelyn B. Hartley

Donald J. Hartley   Lois K. Hartley   John Holcomb Bone   Peggy Sue Bone
               Defendants in propria persona

Harry R. Wilkinson   Barbara Lucile Wilkinson
Dated: June 9, 1958

14066

EXHIBIT A

DESCRIPTION OF PROPERTY

The North Half of Southeast Quarter (Lots 9 and 10) in Section 35, Township 9 South, Range 2 East; the South Half of Southeast Quarter (Lots 15 and 16) in Section 35, Township 9 South, Range 2 East, County of San Diego, State of California, according to United States Government Survey approved January 31, 1895.

14067