```
                    IN THE UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF CALIFORNIA
                            SOUTHERN DIVISION
```

UNITED STATES OF AMERICA, )
                            Plaintiff, ) No. 1247-SD-C
     v. ) AFFIDAVIT OF SERVICE BY MAIL
FALLBROOK PUBLIC UTILITY DISTRICT, )
et al., )
                           Defendants. )

FILED JUL 2- 1958
CLERK, U.S. DISTRICT COURT,
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

STATE OF CALIFORNIA ) ss.
COUNTY OF SAN DIEGO )

          THOMAS STRENTZ, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

          That, in the above entitled action, on June 27, 1958, he deposited in the United States mail at Oceanside, California, in envelopes bearing the requisite postage, at which places there is a delivery service by United States mails from said post offices, a copy of

            NOTICE OF DATE OF TRIAL AND FOR ORDER APPOINTING SPECIAL
            MASTER AND OPPORTUNITY TO OBJECT TO APPOINTMENT

Addressed to the last known addresses of the persons listed in Exhibit A, attached hereto and made a part hereof.

                                                              _____
                                                              Thomas Strentz

Subscribed and sworn to before me this 30 day of June, 1958

_____
Notary Public in and for said
   County and State
(SEAL)

My Commission Expires June 3, 1962

                                                                           4002

| | | |
|---|---|---|
| 1 | Florence A. Anderson | Charles H. Carter |
| | Room 918 | 1025 Main Street |
| 2 | 756 South Broadway | Corona, California |
| | Los Angeles, California | |
| 3 | | Howard E. Crandall |
| | Anderson & Anderson | 127 West Anaheim Boulevard |
| 4 | Room 817 | Wilmington, California |
| | 606 South Hill Street | |
| 5 | Los Angeles 14, California | Crider, Tilson & Ruppe |
| | | 548 South Spring Street |
| 6 | Ashton, Drohan and Marchetti | Los Angeles 13, California |
| | 3345 Newport Boulevard | Attention: Tom Halde |
| 7 | Newport Beach, California | |
| | Attention: ~~Henry~~ HARRY Ashton | William J. Cusack |
| 8 | | Room 814 |
| | Office of Attorney General | 307 West 8th Street |
| 9 | Library and Courts Building | Los Angeles, California |
| | Sacramento, California | |
| 10 | Attention: Adolphus Moskovits, | Davidson & Russ |
| | Deputy Attorney General | 16405 South New Hampshire Ave |
| 11 | | Gardena, California |
| | Bates Booth & Gray, Binkley & Pfaelzer | |
| 12 | 458 South Spring Street | Charles B. DeLong |
| | Los Angeles 13, California | 507 Harbor Insurance Building |
| 13 | | San Diego 1, California |
| | Bauder, Gilbert, Thompson & Kelly | |
| 14 | Suite 939 | W. B. Dennis |
| | 458 South Spring Street | 365 Broadway |
| 15 | Los Angeles, California | Vista, California |
| 16 | Best, Best & Krieger | Leonard J. Difani |
| | Evans Building | 220 Loring Building |
| 17 | Riverside, California | Riverside, California |
| 18 | A. A. Bianchi | Emmett E. Doherty |
| | Room 901 | 612 Flower Street |
| 19 | 400 Montgomery Street | Los Angeles, California |
| | San Francisco, California | |
| 20 | | J. A. Donnelley & Richard P. MacNulty |
| | Thomas J. Burke | 2655 4th Avenue |
| 21 | 504 Granger Building | San Diego, California |
| | San Diego 1, California | |
| 22 | | Devor & Dorfman |
| | Busch & Maroney | 924 Van Nuys Building |
| 23 | 367 North 2nd Avenue | Los Angeles 14, California |
| | Upland, California | |
| 24 | | Lawrence E. Drumm |
| | Bert Buzzini | Suite 820 |
| 25 | 2233 Fulton Street | 458 South Spring Street |
| | Berkeley 4, California | Los Angeles 14, California |
| 26 | | |
| | Cannon & Callister | Ray C. Eberhard |
| 27 | 650 South Spring Street | Room 1231 |
| | Los Angeles 14, California | 215 West 7th Street |
| 28 | | Los Angeles 14, California |
| | Mabel Clausen | |
| 29 | 320 First Trust Building | Estudillo & Bucciarelli |
| | Pasadena, California | 3900 Market Street |
| 30 | | Riverside, California |
| | Clayson, Stark & Rothrock | |
| 31 | Security Bank Building | Fendler, Weber & Lerner |
| | Corona, California | 333 South Beverly Drive |
| 32 | Attention: George G. Grover | Beverly Hills, California |
| | & Owen Strange | |

-1-

4003

EXHIBIT A

| | | |
|---|---|---|
| 1 | Daniel W. Gage | Higgs, Fletcher & Mack |
|   | Room 740 | 2250 Third Avenue |
| 2 | 458 South Spring Street | San Diego 1, California |
|   | Los Angeles 13, California | |
| 3 | | William Murray Hill |
|   | Garver & Garver | 620-621 First National Bank Bldg |
| 4 | Camas, Washington | San Diego 1, California |
| 5 | Arthur M. Gediman | Howland & Prindle |
|   | 119 South Main Street | 639 South Spring Street |
| 6 | Elsinore, California | Los Angeles 14, California |
| 7 | Leo Goodman | G. Norman Kennedy |
|   | 629 South Hill Street | Room 415 |
| 8 | Los Angeles 14, California | 234 East Colorado Street |
|   | | Pasadena, California |
| 9 | Gold & Gold | |
|   | Suite 304, Bay Cities Building | James H. Kindel, Jr. |
| 10 | Santa Monica, California | Suite 405, Rowan Building |
|   | | Los Angeles 13, California |
| 11 | Abraham Gottfried | |
|   | 424 South Beverly Drive | Courtney Lacey |
| 12 | Beverly Hills, California | 408 East Florida Avenue |
|   | | Hemet, California |
| 13 | Frank E. Gray | |
|   | 202 South Hamilton Drive | Launer, Chaffee & Launer |
| 14 | Beverly Hills, California | Bank of America Building |
|   | | Fullerton, California |
| 15 | Samuel A. Greenburg | |
|   | 1014 West Valley Boulevard | Walter Gould Lincoln |
| 16 | Alhambra, California | Suite 1113 |
|   | | 742 South Hill Street |
| 17 | Alvin G. Greenwald | Los Angeles 14, California |
|   | Suite 303 | |
| 18 | 6505 Wilshire Boulevard | Lindley, Lazar & Scales |
|   | Los Angeles 42, California | 825 Bank of America Building |
| 19 | | San Diego 1, California |
|   | Hahn, Ross & Saunders | |
| 20 | Suite 611 | Luce, Forward, Kunsel & Scripps |
|   | 608 South Hill Street | 1220 San Diego Trust & Savings Bldg |
| 21 | Los Angeles 14, California | San Diego 1, California |
| 22 | Frank S. Hamburger | William H. Macomber |
|   | 1031 Mills Tower | 1114 San Diego Trust & Savings Bldg |
| 23 | San Francisco, California | San Diego 1, California |
| 24 | Halverson & Halverson | Earl Malmrose |
|   | Suite 611 | Room 651 |
| 25 | 704 South Spring Street | 1206 Maple Avenue |
|   | Los Angeles 14, California | Los Angeles 15, California |
| 26 | | |
|   | Leslie B. Hanson | Richard M. Marsh |
| 27 | 4412 York Boulevard | 54-262 Jackson Street |
|   | Los Angeles, California | Indio, California |
| 28 | | |
|   | Hash & Bernstein | Thomas P. Menzies |
| 29 | 31 South First Avenue | Room 803 |
|   | Phoenix, Arizona | 458 South Spring Street |
| 30 | | Los Angeles 13, California |
|   | J. E. Hemmi | |
| 31 | 220 North Nevada Street | Henry M. Moffatt |
|   | Oceanside, California | 121 East 6th Street |
| 32 | | Los Angeles 14, California |

4004

EXHIBIT A

Case 3:51-cv-01247-JO-SBC   Document 3338   Filed 07/02/58   PageID.11137   Page 4 of 5

```
 1    Neblett, Walker & Sullivan              Slaughter, Schlesinger & Schlecht
         3742 10th Street                        250 East Palm Canyon Drive
 2       Riverside, California                   Palm Springs, California
         Attention: John Neblett
 3                                              Snyder & Snyder
      A. J. O'Connor                              215 South La Cienega Boulevard
 4       639 South Spring Street                  Beverly Hills, California
         Los Angeles 14, California
 5                                              George Stahlman
      O'Melveny & Myers & George Stahlman          Route 1, Box 235
 6       433 South Spring Street                   Fallbrook, California
         Los Angeles 13, California
 7                                              W. E. Starke
      Orrick, Dahlquist, Herrington & Sutcliffe    1130 Bank of America Building
 8       405 Montgomery Street                     San Diego 1, California
         San Francisco 4, California
 9       Attention: Christopher M. Jenks        Hugo A. Steinmyer & Winfield Jones
                                                   650 South Spring Street
10    George M. Pierson                            Los Angeles 14, California
         816 Continental Building
11       Los Angeles 13, California             Stone & Moran
                                                   880 East Colorado Street
12    Postel & Postel                              Pasadena, California
         400 Montgomery Street
13       San Francisco 4, California            Swanwick, Donnelly & Proudfit
                                                   Suite 912
14    Richardson & Henderson                       629 South Spring Street
         174 North Palm Canyon Drive               Los Angeles 14, California
15       Palm Springs, California
                                                Swing & Swing
16    Riedman, Dalessi, Shelton & Beyer            313 Central Building
         Suite 426                                 San Bernardino, California
17       110 West Ocean Boulevard
         Long Beach 2, California               Swing, Scharnikow & Staniforth
18       Attention: Fred M. Riedman                Suite 604
                                                   530 Broadway
19    Office of Riverside County Counsel           San Diego 1, California
         County Court House                        Attention: Phil D. Swing
20       Riverside, California
         Attention: Wilburn J. Murry, Deputy    Tanner, Thorton & Myers
21                  James H. Angell, Deputy        215 West 7th Street
                                                   Los Angeles 14, California
22    Sachse & Price
         1092 South Main Street                 Harry E. Teasdall
23       Fallbrook, California                     114 North Main Street
                                                   Fallbrook, California
24    Office of San Diego County District Attorney
         302 Civic Center                       Teschke, Rowe & Cramer
25       San Diego 1, California                   359 North Cannon Drive
         Attention: Robert G. Berrey,              Beverly Hills, California
26                  Deputy District Attorney
                                                Thompson & Colegate
27    Sarau, Adams, Neblett & Sarau                405 Citizens Bank Building
         Suite 308                                 Riverside, California
28       3972 Main Street,
         Riverside, California                  Trihey & Mirich
29                                                 565 West 5th Street
      Gary W. Sawtelle                             San Pedro, California
30       650 South Spring Street
         Los Angeles 14, California             Van Dyke, Dellenback & McGoodwin
31                                                 110 East 6th Street
      J. D. Skeen                                  Medford, Oregon
32       802 Utah Oil Building
         Salt Lake City Utah
```

-3-                                                                 4005

EXHIBIT A

```
 1   Watson, Hart & Mieras
        5939 Monterey Road
 2      Los Angeles 42, California

 3   G. E. Weikert
        918 Oviatt Building
 4      Los Angeles 14, California

 5   Weyl, Dunnaway & Weyl
        6331 Hollywood Boulevard
 6      Los Angeles 38, California

 7   Whitney & Friedlander
        8736 Sunset Boulevard
 8      Los Angeles 46, California

 9   Wyckoff, Parker, Boyle & Pope
        P. O. Box 960
10      Watsonville, California

11   Dennett Withington
        1317 E Street
12      San Bernardino, California

13   Cornelius T. Waldo
        10742 Nassau Avenue
14      Sunland, California

15   Robert W. Walker, Henry M. Moffatt,
        Robert S. Curtiss
16        448 Santa Fe Building
          Los Angeles, California
17
18   P. M. Willett
        P. O. Box 107
19      Fallbrook, California

20
     Stark & Champlin
21      Financial Center Building
        Oakland 12, California
22
     HAMMACK & PUGH
23      Room 1015
        541 South Spring Street
24      Los Angeles, 13, California

25
26
27
28
29
30
31
32
```

-4-

EXHIBIT A  4006