```
Robert H. Ballard and Mary Elizabeth Ballard
Defendants in propria persona
P.O. Box 20, Murrieta, Calif.
```

**FILED**
JUL 3- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br>　v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>　　Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>Robert H. Ballard<br>Mary Elizabeth Ballard |

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 50 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.



14085

EXHIBIT A

Description of property owned by the defendants, Robert H. and Mary Elizabeth Ballard:

> The NW ½ of lot 204, as shown by map of the Temecula Land and Water Co., on file in Book 8, pg. 359 of Maps, Records of San Diego County, California.

14086

EXHIBIT B

We claim that our land is in the Temecula Ranch, one of the grants of land made by Mexico, the title to which was confirmed by the Treaty of Guadalupe Hidalgo in 1848 between Mexico and the United States of America, to be the same under U.S. law as it was under Mexican law.

We, Robert H. Ballard and Mary Elizabeth Ballard, have seen a copy of the oroginal U.S. survey and of the patent signed by President James Buchanan to said grant.

Because we believe that federal statutes and the xx treaties of the U.S. rank above any state law, be welieve that we are not subject to the Doctrine of Reasonable Use or any other state law that conflicts with said patent or treaty.

Having used our land and water rights freely in the past, and exclusively, we hope and expect to do so in the future.

*Robert H Ballard*

*Mary Elizabeth Ballard*

Defendants in propria persona

14087

See Exhibits A and B

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Robert H. Ballard*

*Mary Elizabeth Ballard*

Defendants in propria persona

Dated: June 23, 1958

14028