*Franklin R Angus*
*Frances G Angus*
Defendants in propria persona

FILED

JUL 3- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ) | ANSWER OF DEFENDANTS |
| v. | ) | *Frances G Angus* |
| FALLBROOK, PUBLIC UTILITY DISTRICT, ET AL, | ) | *Franklin R Angus* |
| Defendants, | ) | |

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 30 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.



14089

EXHIBIT A

Copy description of Deed or certificate:

Temecula Land and Water Co. M B 8/359 SD
*at Kalmia and Hayes Streets*
Beginning North Corner Southeast 630 ft. X Southwest 1950 ft.

30 acres, Lot 49

14090

EXHIBIT B

We claim that the land we own is all in the Temecula Ranch one of those Mexican grants of land, the title to which was confirmed by the treaty of Guadalupe Hidalgo to be the same under American law as it was under Mexican law and we have been told that Pres. Buchanan issued a patent to said grant in 1860. Because of said Treaty and patent we do not believe we are subject to any state law in regard to our water rights that conflict with said Treaty or Patent.

We have used our land freely and exclusively in the past and hope to do so in the future.

14091

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Frances G. Angus*
*Franklin R. Angus*
Defendants in propria persona

14092