Herbert C. Arthur and Margaret L. Arthur
Defendants in propria persona
4200 Taylor St., San Diego 10, Calif.

F I L E D

JUL 3- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,         )   CIVIL NO. 1247 - SD - C
                                  )
            Plaintiff,            )   ANSWER OF DEFENDANTS
                                  )   Herbert C. Arthur
    v.                            )   Margaret L. Arthur
                                  )
FALLBROOK PUBLIC UTILITY          )
DISTRICT, ET AL,                  )
                                  )
            Defendants,           )

The defendants, Herbert C. Arthur and Margaret L. Arthur each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 40 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.


INDEXED
COPY RECEIVED

14093

We claim prescriptive rights to the amount of 168 acre feet of water.
We expect to irrigate 40 acres of land.
We can raise fruit, truck crops, hay etc.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Herbert C Arthur*

*Margaret L. Arthur*

Defendants in propria persona

Dated: June 26, 1958

14034

Exhibit A.

All of Farm Lot Number ninety-four (94) situate in the Murrieta portion of the Temecula Rancho as shown on map made by O. N. Sanford and now on record in the County Recorder's Office in San Diego County, California, containing Forty (40) acres, more or less.

Recorded in Official Records
Book 116   Page 16
Records of Riverside County, California

14085