```
                                                    FILED
   Wahnetta Copeland   (Cecil Copeland, deceased)
1  Defendants in propria persona                    JUL 3- 1958
   6616 Olive Ave.
2  Long Beach 5, Calif.                         CLERK, U.S. DISTRICT COURT
                                              SOUTHERN DISTRICT OF CALIFORNIA
3                                             By _____
                                                          DEPUTY CLERK
4              IN THE UNITED STATES DISTRICT COURT

5                SOUTHERN DISTRICT OF CALIFORNIA

6                       SOUTHERN DIVISION
```

| | | |
|---|---|---|
| 7 | UNITED STATES OF AMERICA, ) | |
| 8 | Plaintiff, ) | CIVIL NO. 1247- SD - C |
| 9 | v. ) | ANSWER OF DEFENDANTS |
| 10 | ) | Wahnett a Copeland |
| 11 | FALLBROOK PUBLIC UTILITY ) DISTRICT, ET AL, ) | |
| 12 | Defendants. ) | |

The defendants,      Wahnetta Copeland

each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 13.20  acres of land in  Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

14099

Of this 13.20 Acres about 9 acres are now tillable. There are about 50 Olive trees. The balance can be used for grazing cattle, raising turkeys, chickens, fowl etc.

Portions of this ground has been irrigated in the past and the water for this purpose was obtained from a well on this property.

Since my husbands death on Jan. 5, 1955, I now hold all interest in this property. I hope to make my home on this property in the near future.

I claim the right to use whatever water is necessary to make a livelihood on this property. Also, I wish to reserve the right to drill another well in the future, if necessary.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Wahnetta Copeland*

**Defendants in propria persona**
6616 Olive Ave.
Long Beach 5, Calif.

Dated: June 23, 1955

14100

EXHIBIT A

W. Copeland

Lots 1 to 24, inclusive, in Block 1 of J. C. Austin's First Addition to Wildomar, as shown by map on file in Book 13 page 633 of Maps in the office of the County Recorder of the County of San Diego, State of California.

Lots 36 and 37 in Block O of Santa Rosa Addition to Wildomar, as shown by map on file in Book 15 page 699 of Maps in the office of the County Recorder of the County of San Diego, Sate of California.

Also, that portion of Lot 28 in Block K of Elsinore, as shown by map on file in Book 4 page 174 of Maps in the office of the County Recorder of the County of San Diego, Sate of California, described as follows: Beginning at a point on the Southwesterly line of Grand Avenue, South 53½° East, 5 chains from the most Northerly corner of said Lot 28; thence South 53½° East, 5 chains to the most Easterly corner of said Lot 28; thence South 36½° West, 7.83 chains to grant line; thence on the grant line, North 54° West, about 5 chains to the corner of the land heretofore sold to Mary M. Rood; thence North 36½° East, 7.87 chains to the point of beginning.

The Southerly two acres of the Northwesterly one half of Lot 28, Block K, Rancho La Laguna, County of Riverside, State of California, as shown on map book #4, page 174 thereof, San Diego County record, and more particularly described by metes and bounds as follows. Starting at the most Easterly corner of said lot 28, thence North 53 degrees and thirty minutes West 350 feet to the point of beginning. Thence North 53 degrees and thirty minutes West 167.78 feet along the Southwesterly line of Grand Avenue; thence South 36 degrees and thirty minutes west 519.77 feet to the Rancho Laguna line, thence South 54 degrees East 167.78 feet; thence North 36 degrees and thirty minutes 518.76 feet to the Southwesterly line of Grand Avenue and the point of beginning, containing two (2) acres more or less.

14101