*1341 N. Cahuenga Blvd*
*Hollywood Calif*

Defendants in propria persona

FILED
JUL 3- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
vs.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

CECIL C. DUTTON
AND
MAUDELENE DUTTON

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 50.86 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

1. 

COPY RECEIVED

14102

EXHIBIT A

LEGAL DESCRIPTION OF LAND

Portion of Lot 83 lying Southwest of Highway

Portion of Lot 84 lying Southwest of Highway and beginning at the intersection of the center line of Elm Street and Jefferson Avenue thence Northwest 474.40 feet; thence Northeast 412.34 feet to Highway, Total 21.32 Acres in the above parcels.

Also

Portion of Lot 4 beginning 237 feet Southwest of the intersection of West Lot line and center line of Adams Street thence Southwest to Washington Street; thence Southeast to Elm Street; thence Northeast to a point 855 feet Southwest to Adams Street; thence Northwest 1440.5 feet M/L to point of beginning.

Total 24.54 Acres M/L

Also

Portion of Lot 3 together with a portion of Washington Street vacated, beginning at intersection of Center lines of Washington Street and Elm Streets thence Southeast 968 feet; thence Northwest 1067.48 feet; thence Southwest 450 feet to point of beginning.

Total 5 Acres.

All in Tract Temecula Land and Water Company.

14103

1.

EXHIBIT B

1.  We claim that all the land which we own within the alleged watershed of the Santa Margarita River is protected by Federal Patents and is in the Temecula Rancho which is one of those Grants of land orginally made by Mexico in the territory ceded to the United States by the Treaty of Guadalupe Hidalgo; therefore according to said Treaty and/or the statutes of the United States of America governing patents to land, we are not subject to States doctrine of reasonable use.

2.  Situated on the land which we own in Lots 83 and 84 are never failing and ever flowing artisian water springs and wells to which we claim full right to use. Said springs having been flowing since before recorded history and said well having been flowing for many years prior to the United States ownership of Rancho Santa Margarita.

3.  Upon the land which we own in Lots 3 and 4 of Temecula Land and Water Tract, we and our predecessors have used water from wells for irrigation for many years before the United States ownership of Rancho Santa Margarita.

4.  We allege that since the water underlying our land rises to the surface when tapped by a well drill at a substantial depth, that said water is coming from deep water bearing strata which carry the water from great distances from the North and West far from the alleged Santa Margarita water-shed and therefore NEITHER the United States of America Marine Base N or anyone else in the alleged Santa Margarita water-shed has any right or claim to it.

This allegation is agreed upon by water Geologists.

14104

2.

5.   We further allege that the real controversy and the only real trouble in this dispute lies in the fact that several parties are pumping great quantities of water directly from the Santa Margarita River after it reaches a large flow in the lower end of the Santa Margarita Canyon, and that if this practice were regulated within reason there would be no problem.

6.   We further allege that there is sufficient water for all if scientific methods of conservation and use are followed.  If the vast winter flood runoff is properly impounded by Dams situated within the lower Santa Margarita Canyon and the water from the United States holdings, such as Indian Reservations and National Forests is properly conserved there will be no water problem.

7.   We further allege that the United States Government Marine Base and all other large users of water, have the same obvious remedy to all their water problems that is used by all distress areas in Southern California; Namely the great Colorado River Aqueduct, and in the not too distant future the waters of Northern California Rivers brought to Southern California by Aqueducts.

14105

WHEREFORE, these defendants pray that plantiff take nothing against them by reason of the Complaint and Supplementary and amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plantiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Cecil C. Dutton*

*Maudelene Dutton*

Defendants in propria persona

Dated: June 26 1958

14106

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Cecil C. Dutton*

*Maudelene Dutton*

Defendants in propria persona

Dated: June 26 1958

14107