Catherine McArthur Finlay
Defendants in propria persona
Route 1, Box 335,
Davis, California.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
        Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
Catherine McArthur Finlay

The defendants, Catherine McArthur Finlay each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own one acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

14108

I claim the rights to percolating water of any kind, as far as I am concerned now, I have no use for the water, but if I should sell my acre, or maybe someday some oil company would be interested in my acre for oil, I may need water, so I reserve the rights to drill a well if needed.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Catherine McArthur Finlay*

Defendants in propria persona

Dated:   June 24th, 1958

14109

Exhibit "A"

The following described Real Property in the State of California, County of Riverside

That portion of Lot 160 of the Murietta Portion of the Temecula Rancho as shown by map entitled "Map of Temecula Land and Water Co.", said map being on file in the office of the County Recorder of San Diego County, California, in Map Book 8 at Page 359 thereof, bounded and described as follows: Beginning at the intersection of the center lines of Date Street and Franklin Avenue as shown by said map; thence Northeasterly along the center line of Date Street 660 feet to a point; thence Northwesterly along a line paralleling the center line of Franklin Avenue 264 feet to a point which is the true point of beginning; thence Northeasterly along a line paralleling the center line of Date Street 165 feet to a point; thence Northwesterly along a line paralleling the center line of Franklin Avenue 264 feet to a point; thence Southwesterly along a line paralleling the center line of Date Street 165 feet to a point; Southeasterly along a line paralleling the center line of Franklin Avenue 264 feet, more or less, to the true point of beginning;

SUBJECT TO the reservations set forth in deed recorded in Book 150, page 828 of offical Records in the office of the Recorder of said County.

14109-A