FILED

JUL 3 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

1  Defendants in propria persona    Tempe C. Frick
2                                    Box 232
                                     Temecula, California
3
4           IN THE UNITED STATES DISTRICT COURT
5             SOUTHERN DISTRICT OF CALIFORNIA
6                   SOUTHERN DIVISION
7
8  UNITED STATES OF AMERICA,       )
                                   )   CIVIL NO. 1247- SD - C
            Plaintiff,             )
9                                  )   ANSWER OF DEFENDANTS
       v.                          )
10                                 )   TEMPE C. FRICK
   FALLBROOK PUBLIC UTILITY        )
11 DISTRICT, ET AL,                )
                                   )
12          Defendants.            )

13      The defendants, TEMPE C. FRICK
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference
19
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.

26              AFFIRMATIVE STATEMENT OF RIGHTS
                This
27      These defendants owns  10   acres of land in   San Diego
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32
                COPY RECEIVED                              14110

Exhibit "A"

The South Half of the East Half of the Northeast Quarter of the Southwest Quarter of Section 1, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey and being also known as Lot 56 in Rainbow, County of San Diego, according to map No. 477, filed in the office of the County Recorder of San Diego County January 10, 1888. Also that portion of the Northerly 10 feet of First Street adjoining the above described property on the South as vacated and closed to public use.
NOTE: Said land is also shown on Record of Survey Map No. 1008.

This land is riparian land; approximately ten (10) acres, tillable and the balance can be used for grazing cattle or for raising chickens or fowl. Defendant claims her water rights are paramount to all other rights or claims of right of plaintiff in and to said water. I claim all water rights to my land for the beneficial use thereon.

WHEREFORE, this defendant pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Tempe C. Frick*

Defendants in propria persona
Box 232
Temecula, Calif.

Dated: June 24, 1958

14111