```
                                              FILED
                                              JUL 3- 1958
                                              CLERK, U.S. DISTRICT COURT
                                              SOUTHERN DISTRICT OF CALIFORNIA
                                              By _____ DEPUTY CLERK
```

VICTOR A. GARRISON & ARLEAN V. GARRISON
Defendants in propria persona
MURRIETA, CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | VICTOR A. GARRISON & ARLEAN V. GARRISON |
| Defendants, | |

The defendants, Victor A. Garrison and Arlean V. Garrison each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 3.28 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED                                     14112

EXHIBIT A

We own
That portion of Lot 12 of the Lands of the Temecula Land and Water Company, as shown by map on file in Book 8 page 359 of Maps, San Diego County Records, by metes and bounds, beginning at a point on the Northeasterly line of Washington Avenue, 630 feet Northwesterly from the intersection of said Northeasterly line of Washington Avenue and the Northwesterly line of Ivy Street, as shown upon a Map entitled "Amended Map No.2 of Doolittles Addition to Murrieta" on file in Book 15 page 663 of Maps, San Diego County Records; thence Northwesterly on said Northeasterly line of Washington Avenue, 290 feet to the intersection of the center line of "C" Street; thence Northeasterly on said center line of "C" Street 210 feet; thence at right angles Southeasterly on a line parallel to Washington Street, a distance of 290 feet; thence at right angles Southwesterly on a line parallel to "C" Street a distance of 210 feet to the point of beginning. Excepting portions included in streets.

We own
That portion of Lot 12 of the lands of the Temecula Land and Water Company, as shown by map on file in the office of the County Recorder of the County of San Diego, State of California, in Book 8 of Maps, at page 359 thereof, by metes and bounds: Beginning at a point in the center line of "C" Street 210 feet Northeasterly of the intersection of the center of "C" Street and the Northeasterly line of Washington Avenue, as shown upon a map entitles Amended Map No. 2, Doolittle's Addition to Murrieta, on file in Book 14, page 663, records of San Diego County, State of California; thence southeasterly and at right angles to the center line of "C" Street 290 feet; thence at right angles in a Northeasterly direction 435 feet to the center line of Plum Avenue; thence at right angles in a Northwesterly direction along the center line of Plum Avenue 290 feet to the center line of "C" Street; thence at right angles in a Southwesterly direction along the center line of "C" Street 435 feet to the point of beginning. Excepting portions included in streets. Excepting NE 165' of NW 125' and excepting NW 60' of SW 100'.

14113

EXHIBIT B

Documents which I have read lead me to believe the following to be true:

1. The land we own described herein is in the Temecula Ranch.
2. Temecula Ranch is one of the grants of land the title to which was confirmed by the Treaty of Guadalupe Hidalgo, to be the same under United States law as it was under Mexican law.
3. That Louis Vigness the last owner under Mexican law and the first owner under United States law received a patent from James Buchanan, President of the United States, in 1860 for said land.

I believe that the Treaty and the Patent rank higher than any state law that conflicts therewith. Therefor I rely upon the Treaty and the Patent for my protection. I have always used my land and water rights freely and exclusively as suits me in the past and I expect to do so in the future according to the legitimate Mexican Title and what I believe is true in reference to a United States Patents to land.

14114

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Victor Garrison*

*Arlean Garrison*

Defendants in propria persona

Dated:

14115