```
YEAMAN O. GOOCH and
PEARL M. GOOCH
Defendants in propria persona
P. O. Box 314
Fallbrook, California
```

FILED
JUL 3 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, ) CIVIL NO. 1247- SD - C
v. ) ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY ) YEAMAN O. GOOCH and
DISTRICT, ET AL, ) PEARL M. GOOCH
        Defendants. )

The defendants, YEAMAN O. GOOCH and PEARL M. GOOCH each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own approx. 1/2 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

14116

1   Defendants claim all rights of overlying landowners and to water which may originate or cross their land.

2   Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

3   Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

4   Defendants claim all the above for all lands in which they have any financial interest whatsoever.

18   WHEREFORE, these defendants pray that plaintiff take

19   nothing against them by reason of the Complaint and Supplementary

20   and Amendatory Complaint on file herein; that said Complaint be

21   dismissed as against these defendants; that defendants' right to

22   water, as hereinabove set forth, be quieted as against the plain-

23   tiff and against all other defendants in this action; and for such

24   other and further relief as the Court may deem proper.

*Truman O. Gooch, Sr.*

*Pearl M. Gooch*

Defendants in propria persona

Dated:

14117

**EXHIBIT A**

All that portion of Lot 1 (the Southwest Quarter of the Northwest Quarter) of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows:

Commencing at the Northeast corner of said Lot 1; thence South 89° 53' West along the North line of said Lot a distance of 804.94 feet to the Northeast corner of a parcel of land conveyed to James Edward Gladding, Jr., by deed dated June 17, 1936, and recorded in Book 520, page 466 of the Official Records of San Diego County; thence South 0° 06' West along the East line of said parcel conveyed to Gladding, a distance of 162.91 feet to the Southeast corner thereof, being the true point of beginning; thence South 89° 53' West along a line parallel with the North line of said Lot 1, being along the South line of said Gladding's land, a distance of 267.81 feet to the Southwest corner thereof; thence South 0° 04' East, a distance of 81.42 feet; thence North 89° 53' East, parallel with the North line of said Lot, a distance of 267.81 feet, more or less, to a point on a line bearing South 0° 06' West from the true point of beginning; thence North 0° 06' East, 81.42 feet to said true point of beginning.

14118