Donald L. Gummow And Eva M. Gummow
Defendants in propria persona
6806 E. Florence Place
Bell Gardens, Calif.

FILED
JUL 3 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )   CIVIL NO. 1247- SD - C
                  Plaintiff,         )
                                     )   ANSWER OF DEFENDANTS
        v.                           )
                                     )   DONALD L. GUMMOW and
FALLBROOK PUBLIC UTILITY             )   EVA M. GUMMOW
DISTRICT, ET AL,                     )
                                     )
                  Defendants.        )

   The defendants, DONALD L. GUMMOW and EVA M. GUMMOW,
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

   These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS.
                      13 +
   These defendants own ~~twenty~~ acres of land in Riverside
County, California, and within the watershed of the Santa Margarita
River, more particularly described ~~in the document attached hereto~~
~~marked Exhibit A, which is hereby incorporated by reference and made a~~
~~part of this statement~~, as follows:   INDEXED

COPY RECEIVED                                        14119

*South range L.*

1. That portion of the Southeast quarter of Section 29, Township 6 South, Range 2 East, S.B.B. & M., lying North and West of existing County road.

This land is riparian land; approximately fifteen (15) acres are tillable and the balance can be used for grazing cattle and for raising turkeys, chickens and fowl. Defendants have not irrigated this land in the past, but it is tillable and these defendants plan in the future to develop and farm it, and to drill a water well or wells to obtain water necessary for domestic use as well as irrigation, as well as to use any spring or springs thereon.

These defendants claim the right to use sixty (60) acre feet of water per year on this land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Donald L. Gummow

Eva M. Gummow

Defendants in propria persona

Dated: June 26—, 1958.

- 2 -

14120