Gordon D. House
Virginia C. House
**Defendants in propria persona**
P.O. Box 118
Murrieta, Calif.

FILED

JUL 3- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
             Plaintiff,
      v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
             Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
Gordon D. House
Virginia C. House

The defendants, Gordon D. House and Virginia C. House each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 46.32   acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

14121

1   Our land is suitable for, and used as, a ranch for the production
2  of poultry, livestock, and field crops. The water necessary for irri-
3  gation, poultry, livestock, and domestic uses is pumped from under-
4  ground sources.
5   Our land was a part of the Temecula Rancho Land Grant, which car-
6  ried with it full and complete rights to minerals and water, from the
7  Mexican Government.
8   These rights were given absolutely and forever to the owners and
9  their successors in interest to said land grant, or any part thereof,
10 including said land owned by us, by the Treaty of Guadalupe Hidalgo
11 in 1848.
12   Therefore, we believe the plaintiff, the United States of America,
13 is legal duty bound to carry into effect the stipulations contained
14 in said Treaty, and therefore has no claim or right to any water or
15 mineral rights in, on, or under our land.

    WHEREFORE, these defendants pray that plaintiff take
nothing against them by reason of the Complaint and Supplementary
and Amendatory Complaint on file herein; that said Complaint be
dismissed as against these defendants; that defendants' right to
water, as hereinabove set forth, be quieted as against the plain-
tiff and against all other defendants in this action; and for such
other and further relief as the Court may deem proper.

*Gordon D. House*
*Virginia C. House*
            Defendants in propria persona

Dated: June 26, 1958

14122

"EXHIBET A"

We own

   Lot 26 and NE 50' of Abandoned R.R. R/W of the Lands of Temecula and Water Company, on file in Book 8, Page 359, of Maps, San Diego County Records; in the County of Riverside, State of California.

14123