

**FILED**

JUL 3 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

1   Dale H. Hudson
    Defendants in propria persona
2   239 Flood Avenue
    San francisco 12, California

3

4              IN THE UNITED STATES DISTRICT COURT

5                SOUTHERN DISTRICT OF CALIFORNIA

6                     SOUTHERN DIVISION

7
    UNITED STATES OF AMERICA,        )
8                                    )   CIVIL NO. 1247- SD - C
              Plaintiff,             )
9                                    )   ANSWER OF DEFENDANTS
         v.                          )
10                                   )   Dale H. Hudson
    FALLBROOK PUBLIC UTILITY         )
11  DISTRICT, ET AL,                 )
                                     )
12            Defendants.            )

13       The defendants,    Dale H. Hudson

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference
19
    all of the allegations contained in the answer to said Complaint and
20
    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25

26              AFFIRMATIVE STATEMENT OF RIGHTS

27       These defendants own 2.15    acres of land in **Riverside**

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

31  part of this statement.    INDEXED

32                                                        14124

COPY RECEIVED

2   This land is tillable and can be used for gardening for
3   growing fruit trees, shad trees, grape vines.
4   Raising turkeys, chickens and fowel.
5   The Defendants claim right to dig or drill a well or to
6   obtain water by diging into the side of hill, on the side
7   of land bordering hill.
8   The diging or drilling of well, or obtaining water by diging
9   to be done at some time in the future.
10  The Defendants claim the right to sufficient water for
11  domestic purpose, gardening, growing trees, raising chickens,
12  turkeys, fowl and bees.

18       WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

_____
Dale H Hudson
Defendants in propria persona

Dated:
June 23, 1958

14125

"Exhibit A"

Lots 30 and 31, less NW 177.25 ft. in Block O, Santa Rosa Add.

14126