Berne M. Keough and Frances A. Keough
**Defendants in propria persona**
705 West Avenue
Fullerton, California

FILED
JUL 3- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
Berne M. Keough and Frances A. Keough

The defendants, Berne M. Keough and Frances A. Keough each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 6 acres of land in SAN DIEGO County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED
COPY RECEIVED

14127

1. See Exhibit A.
2. This land is not riparian. All six (6) acres are under
3. irrigation at present and are planted in avocados. Defendant
4. reserves the right to change to any other crop, use the land
5. for grazing cattle, raising chickens, turkeys, fowl or water
6. buffalo.
7. Defendant reserves the right to drill a well, build a dam to
8. catch water from the open sky or do anything necessary to
9. supplement present water supply should it be found necessary
10. to future development of the property.
11. Defendants claim the right to use 30 acre feet of water per
12. year from Fallbrook Public Utility District.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*[Signatures]*
Defendants in propria persona

Dated: June 27, 1958

14128

" Exhibit A "

The North Half of the East Half of the Southwest Quarter of
the Southeast Quarter of Section 18, Township 9 South,
Range 3 West, San Bernardino Meridian, in the County of
San Diego, State of California, according to United States
Government Survey approved September 11, 1879.
EXCEPTING therefrom the East 261.06 feet of the Northeast
Quarter thereof.

14129