FILED

JUL 3 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

1  Alex J. & Carol H. Luckasavage
   Defendants in propria persona
2  1637 Lucretia Ave
   Los Angeles 26, Calif.
3

4          IN THE UNITED STATES DISTRICT COURT

5             SOUTHERN DISTRICT OF CALIFORNIA

6                   SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,          )    CIVIL NO. 1247 - SD - C
8                                     )
                 Plaintiff,           )    ANSWER OF DEFENDANTS
9                                     )
        v.                            )
10                                    )
   FALLBROOK PUBLIC UTILITY           )    Alex J. & Carol H. Luckasavage
11 DISTRICT, ET AL,                   )
                                      )
12               Defendants,          )

13      The defendants,   Alex J. & Carol H. Luckasavage

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                   AMENDATORY COMPLAINT
18
19      These answering defendants hereby incorporate by reference

20 all of the allegations contained in the answer to said Complaint and

21 Supplementary and Amendatory Complaint filed in this case by Newton

22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23 of the portion thereof entitled "Affirmative Statement of Rights")

24 and make each and all of said allegations a part of this answer

25 the same as if herein set forth at length.

26          AFFIRMATIVE STATEMENT OF RIGHTS

27      These defendants own  10  acres of land in  Riverside

28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.

32                                     14132

1      We claim all percolating water rights.  Also all riparian rights that

2  we can develop on our 10 acres.

3      We are in the process of drilling a well and in the future may find

4  it necessary to drill another , for domestic use and any irrigation required

5  on our acreage, for the orchard now and any future crops we might plant.

6      Any water we might use on our acreage would not affect our neighbors

7  having some distance between inhabitants of this area.

8

9

10

11

12

13

14

15

16

17

18      WHEREFORE, these defendants pray that plaintiff take

19  nothing against them by reason of the Complaint and Supplementary

20  and Amendatory Complaint on file herein; that said Complaint be

21  dismissed as against these defendants; that defendants' right to

22  water, as hereinabove set forth, be quieted as against the plain-

23  tiff and against all other defendants in this action; and for such

24  other and further relief as the Court may deem proper.

25

26  *Alex J. Luckasavage*

27

28  *Carol H. Luckasavage*

29      Defendants in propria persona

30

31

32  Dated: *June 24, 1958*                                    14134

EXHIBIT A

parcel of land ... 37 feet in width from boundary the 
northerly line ... north-east quarter of the north 
east quarter ( ... ), of section forty-two (42), 
township six (6) south, range one (1) west, San 
Bernardino base and meridian, containing ten (10) 
acres, more or less.

14133