FILED

JUL 3- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                        DEPUTY CLERK

1  P. W. Willett
   Attorney at Law
2  P. O. Box 103
   Fallbrook, California
3  Telephone:  RA 8-7150

4  Attorney for Defendants,
   Ben G. Martin and
5  Blanche E. Martin.

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10                 SOUTHERN DIVISION

11

12  UNITED STATES OF AMERICA,        )        No. 1247-SD-C
                                     )
13                    Plaintiff,     )        ANSWER TO COMPLAINT
                                     )        AND SUPPLEMENTARY AND
14           v.                      )        AMENDATORY COMPLAINT,
                                     )        BY THE DEFENDANTS,
15  FALLBROOK PUBLIC UTILITY         )          BEN G. MARTIN
    DISTRICT, et al,                 )             and
16                                   )        BLANCHE E. MARTIN.
                     Defendants.     )
17  ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ )

18

19       Come now the defendants, Ben G. Martin and Blanche E. Martin,

20  and answering for themselves alone and for no other defendant, in

21  answer to the Complaint and Supplementary and Amendatory Complaint

22  on file herein, allege, deny and admit as follows:

23                   ANSWER TO COMPLAINT

24                            I

25       These answering defendants hereby re-affirm and incorporate

26  by reference all the allegations contained in their Answer to

27  plaintiff's Original Complaint, and make each and all of said

28  allegations a part of this Answer, if not inconsistent herewith,

29  the same as if herein set forth at length.

30

31                     ─ ─ ─ ─ ─ ─ ─ ─ ─

32

                            1.

COPY RECEIVED

INDEXED 14138A

B.G. Martin

## ANSWER TO SUPPLEMENTARY AND AMENDATORY COMPLAINT

### I

These answering defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XX, XXIII and XXIV of plaintiff's Suppoement and Amendment to Complaint, and therefore deny all of said allegations for want of information or belief.

### II

These answering defendants deny the allegations of Counts XXI, XXII, and XXV of plaintiff's Supplement and Amendment to Complaint.

– – – – – – – – – – – –

AS A SEPARATE AND AFFIRMATIVE DEFENSE, THESE ANSWERING DEFENDANTS ALLEGE:

### I

These answering defendants are the owners of, or have a financial interest in, certain lands hereinafter described, situated in the County of San Diego, State of California, and said defendants allege the fact to be that none of said lands lie within the Santa Margarita watershed. Said defendants further allege that they do not now, and never have, taken water from said Santa Margarita watershed; that their lands lie within the confines of the San Luis Rey watershed.

### II

Said above-mentioned lands are described as follows:

PARCEL No. 1:

Lot 15 in Rainbow Colony, County of San Diego, State of California, including road closed on the West (Except road on East), 10 acres, improved with 2 wells, 2 pumps and lemon grove;

PARCEL No. 2:

The West Half of the Southwest Quarter of the Southwest Quarter of Section 12, Township 9, Range 3 West, in

2.

14139

the County of San Diego, State of California, containing 20 acres;

PARCEL No. 3:

The North 429.25 feet of the West 226 feet of the Southwest Quarter of the Northeast Quarter of the Southeast Quarter (Except R. S. 527), Section 12, Township 9, Range 3 West, in the County of San Diego, State of California, containing 2.25 acres on which is situated a home and other improvements.

III

These answering defendants claim all the rights of overlying landowners and to water which may originate in or may be found on or under their lands; the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known; and said defendants claim all of the above for all lands in which they have any financial interest in the County of San Diego, State of California.

WHEREFORE, these answering defendants pray:

1. That plaintiff take nothing by its Complaint and Supplementary and Amendatory Complaint on file herein against these answering defendants;

2. That said Complaint and Supplementary and Amendatory Complaint be dismissed as against these answering defendants;

3. That this Honorable Court adjudge and decree that these answering defendants are the owners of water rights appurtenant to the lands described herein, as described in this Answer; and that this Honorable Court quiet the title of said defendants in and to their rights to the use of water as set forth herein, as against all adverse claims of plaintiff and other defendants herein;

4. For costs of suit and for such other relief as seems just.

_____
Attorney for Defendants,
Ben G. Martin and
BLANCHE E. MARTIN.

3.

14140

STATE OF CALIFORNIA        )
                    DIEGO  ) ss.
COUNTY OF SAN BERNARDINO    )

    Ben G. Martin and Blanche E. Martin, being first duly

sworn, say:

    That they are the answering defendants in the above-entitled

action;  that they have read the foregoing Answer to Complaint and

Supplementary and Amendatory Complaint and Affirmative Defense and

know the contents thereof; that the same is true of their own

knowledge, except as to the matters which are therein stated on

information or belief, and as to those matters that they believe

the same to be true.

                                (Ben G. Martin)

                                (Blanche E. Martin)

Subscribed and sworn to before

me this 21st day of June, 1958.

Notary Public in and for said
    County and State

My Commission expires  September 17, 1958

4.

14141

**AFFIDAVIT OF SERVICE BY MAIL (C. C. P. 1013a)**
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO }
STATE OF CALIFORNIA } ss.            No. 1247-SD-C

 Fayette Willett ........being duly sworn, says, that affiant is a citizen of the United States,
over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's ~~residence~~ business address is.........P. O. Box 103, Fallbrook, California.
(Answer to Complaint and Supplementary and Amendatory
That affiant served the attached..(Complaint by defendants Ben G. Martin and BlancheE.
        original and 3 true copies                               Martin,
by placing a ~~copy~~ thereof in an envelope addressed to......................................................

            J. Lee Rankin, Solicitor General.

at his ~~residence~~ office address, which is.. Room 332, 325 West F Street,
~~bex~~
            San Diego, California,

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on..................

   June 23 ......, 1958...., deposited in the United States Mail    at.Fallbrook,..........

        California.................That there is delivery service by the United States mail at the place
so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

   Subscribed and sworn to before me

        June 23 ...., 1958....    Fayette Willett

Notary Public in and for the County of San Diego, State of California
(SEAL)   My Commission expires Sept. 17, 1958.                    14138
        **AFFIDAVIT OF SERVICE BY MAIL**       Form 9A Co. Clk. 4-56 5M PP