1819 N. Central Ave.
El Monte, Calif.
June 23, 1958

FILED
JUL 3- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

Mr. J. Lee Rankin
Solicitor General
Room 332
San Diego, Calif.

Dear Sir:

    Enclosed with this letter you will find my answer to the action undertaken in US District Court Civil No. 1247- SD- C.

    I do not intend this answer to be a relinquishment of any other rights I may have in this case. I ask that my use of water upon this property shall not be impeded or restricted in any way.

    The two lots mentioned are the only ones held in my name, but my sisters also are registered owners of lots in the same district as mine. The complete list follows:

| Lot 24  | Ray Verner Mize    | 28.00 acres. |
| Lot 102 | Ray Verner Mize    | 38.46 "      |
| Lot 89  | Zalia K. Mason     | 39.10 "      |
| Lot 51  | Zalia K. Mason     | 41.50 "      |
| Lot 52  | Bessie Mize Gardner| 46.00 "      |

                     Total     193.06 acres approx.

    This is tillable agricultural land and the use of water for irrigation is necessary and intended.

    I earnestly hope this matter can be settled promptly, this summer. Will you be able to send me notice when the matter comes up before the court, or will the court send such notice?

                                  Respectfully,

                                  *Ray Verner Mize*
                                  Ray Verner Mize

14141 A

Ray Verner Mize

Defendants in propria persona
1819 N. Central Ave.
El Monte, California

FILED

JUL 3 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                           )   CIVIL NO. 1247- SD - C
        Plaintiff,         )
                           )   ANSWER OF DEFENDANTS
    v.                     )
                           )   Ray Verner Mize
FALLBROOK PUBLIC UTILITY   )
DISTRICT, ET AL,           )
                           )
        Defendants.        )

The defendants, Ray Verner Mize each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

~~These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.~~

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 66.46 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

14142

EXHIBIT A

The answering defendant owns approximately sixty six and forty six one-hundredths (66.46) acres of land situated within the watershed of the Santa Margarita River, more particularly described as follows:

> Lot 24 of Murrieta Portion of the Temecula Rancho, as shown by map on file in Book 8 page 359 of Maps, Records of San Diego County, California;
> Excepting therefrom any portion thereof included in the Atchison, Topeka and Santa Fe Railway Company right of way as conveyed to the County of Riverside;
> Also Excepting therefrom any portion thereof included in New Clay Street as dedicated on the map of the tract.
>
> Lot 102 of the Murrieta Portion of Temecula Rancho, as shown by map on file in Book 8 page 359 of Maps, Records of San Diego County, California;
> EXCEPTING therefrom any portion thereof included in Monroe Avenue, Madison Avenue, Jefferson Avenue and Hawthorn Street, as shown on said map;
> ALSO EXCEPTING from said Lot, that portion thereof conveyed to the State of California for Highway purposes by deed recorded May 6, 1953 in Book 1469 page 81 of official Records of Riverside County, California, together with the relinquishment of abutters rights and rights of access to said highway.

The above described land is tillable land.

Dated, June 23, 1958        Signed   *Ray Verner Mize*
                                     Ray Verner Mize
                                     1819 N. Central Ave.
                                     El Monte, Calif.

14143

EXHIBIT    B

1  I claim that all the land I own within the watershed of
2  the Santa Margarita River is either protected by Federal patents
3  or is in the Temecula Rancho which is one of the grants of land
4  originally made by Mexico in the Territory ceded to the United
5  States of America by the Treaty of Guadalupe Hidalgo.
6      Therefore according to said Treaty and or the statutes of
7  the United States of America governing patents of land, I am
8  not subject to States Doctrine of Reasonable Use.

18      WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Ray Verner Mize*
Ray Verner Mize
1819 N. Central Ave. El Monte, Calif.

**Defendants in propria persona**

Dated: June 23, 1958

14144