EDNA N. SOUTHARD and R. W. SOUTHARD
Defendants in propria persona
MURRIETA, CALIFORNIA
FILED
JUL 3 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br>    Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>EDNA N. SOUTHARD and<br>R. W. SOUTHARD |

The defendants, EDNA N. SOUTHARD and R. W. SOUTHARD each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1.68 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED 14147

EXHIBIT A

Description of property in the County of Riverside, State of California:

That portion of Depot Ground, as shown by map of Temecula Land and Water Company on file in Book 8 page 359 of Maps in the office of the County Recorder of the County of San Diego, lying Northwesterly of the Northwesterly line of Kalmia Street, as extended through said Depot Ground, as said street is shown on said map.

14148

## EXHIBIT B

The land we own in the Santa Margarita River drainage basin is all in the Temecula Ranch. It is one of the ranches I have heard that was transferred from Mexico to the United States by the Treaty of Guadalupe Hidalgo which confirmed the Title to be the same under American law as it was under Mexican law.

I have also heard that Louis Vigness, the last owner under Mexican law and the first owner under American law, obtained a Patent to said Ranch in 1860.

Because I believe that the United States Patent and Mexican Title carried the water rights with them, I believe I own the water rights to this land. Therefor I rely upon said Treaty and Patent for my protection. I have always used my land and water rights freely and exclusively in the past and expect and hope to do so in the future.

14149

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Edna N. Southard*

*R. W. Southard*

Defendants in propria persona

Dated:

14150