*Alfred W. Tordoff*
*Mary E. Tordoff*
**Defendants in propria persona**
*Murrieta, Calif*

**FILED**

JUL 3 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

    Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS

*Alfred W. Tordoff*
*Mary E. Tordoff*

The defendants,

each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own *20* acres of land in *Riverside*
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

INDEXED   14157

COPY RECEIVED

Exhibit A

The Southwesterly rectangular half of Lot 8 of the lands of the Temecula Land and Water Company, as shown by map on file in Book 8, page 359 of Maps, San Diego County Records.

14158

Exhibit B

We Claim the Land we own in the Santa Margarita Watershed is in the Temecula Ranch, Which we believe is one of the Grants of Land made by Mexico in the Territories Ceeded to the U.S. by the Treaty of Guadalupe Hidalgo and which Treaty we believe confirmed the Title to the land and U.S. Law to be the same as that under Mexican Law and gave the Grantee's the Power to cause said Title to be acknowledged before American Tribunals.

We have heard that Louis Vignes who owned the Temecula Ranch at the time of said Treaty, later Received a Federal Patent from President Buchanan to said Grant, in the year 1860.

Therefore according to said Patent and Treaty we do not believe we are subject to any subsequent State Law that conflicts with said Treaty and or Patent.

We rely on said Treaty and Patent for our Protection and upon other matters of record relating thereto.  We have always used our Land and Water freely and exclusively in the past and expect and Hope to do so in the future according to said Treaty and Patent.

14158A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18          WHEREFORE, these defendants pray that plaintiff take
19   nothing against them by reason of the Complaint and Supplementary
20   and Amendatory Complaint on file herein; that said Complaint be
21   dismissed as against these defendants; that defendants' right to
22   water, as hereinabove set forth, be quieted as against the plain-
23   tiff and against all other defendants in this action; and for such
24   other and further relief as the Court may deem proper.
25
26
27               *Alfred W. Tordoff*
28               *Mary E. Tordoff*
29               Defendants in propria persona
30
31   Dated: June 26, 1958
32

14159