Roy O. Wiley Jr. and Verna O. Wiley
P. O. Box 308
1 Fallbrook, Calif.

2 Defendants in propria persona

FILED

JUL 3- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

5            IN THE UNITED STATES DISTRICT COURT

6               SOUTHERN DISTRICT OF CALIFORNIA

7                       SOUTHERN DIVISION

8  UNITED STATES OF AMERICA       )   CIVIL NO. 1247 - SD - C
                                  )
9           Plaintiff,            )   ANSWER OF DEFENDANTS
                                  )
10     v.                         )   ANSWER TO COMPLAINT AND
                                  )   SUPPLEMENTARY AND AMENDATORY
11 FALLBROOK PUBLIC UTILITY       )      COMPLAINT OF
   DISTRICT, ET AL,               )   Roy O. Wiley Jr. and
12          Defendants,           )   Verna O. Wiley

13      The defendants, Roy O. Wiley Jr. and Verna O. Wiley

14 each severing from their co-defendants and each for himself or herself

15 alone, in answer to the Complaint and Supplementary and Amendatory Com-

16 plaint on file herein, admit, deny, and allege:

17              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                         AMENDATORY COMPLAINT

19      These answering defendants hereby incorporate by reference all

20 of the allegations contained in the answer to said Complaint and Supple-

21 mentary and Amendatory Complaint filed in this case by Newton T. Bryant

22 and Willie Mae Bryant (excepting only Paragraphs I and II of the portion

23 thereof entitled "Affirmative Statement of Rights") and make each and all

24 of said allegations a part of this answer the same as if herein set forth

25 at length.

                    AFFIRMATIVE STATEMENT OF RIGHTS
26                net area 1.425 acres--gross area 1.94 acres
     These defendants own  /\  acres of land in
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30

31

32

INDEXED                    14160

COPY RECEIVED

DESCRIPTION

That portion of the Norwest Quarter of the Northeast Quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows:

Beginning at a point on the West line of said Northwest Quarter of the Northeast Quarter distant North 650.00 feet from the Southwest corner of said Northwest Quarter of the Northeast Quarter, being on the center line of a 100 feet road known as Access Highway; thence along said West line of the Northwest Quarter of the Northeast Quarter, North 202.92 feet to the Southwest corner of the Tract of land conveyed by California Ranch and Home Company to William C. Madley, et ux, by deed recorded in Book 729, page 53 of official Records of San Diego County; thence along the South line of said Madley's land, South 89°05' East, 417.32 feet; thence South 201.99 feet to the center line of said Access Highway; thence along said center line North 89°13' West, 417.32 feet to the point of beginning.

14161

Defendants claim all riparian rights and all rights to water percolating through their land whether from springs, streams or wells, or to take water from wells located on their property for domestic, industrial, business, watering of live stock and poultry or for irrigation purposes.

Defendants have an office, concrete batch plant and other buildings, with expansion program in future.

Defendants claim all the right of overlying land owners and to water which may originate in or may be found on or under or which may cross their land.

Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Roy O. Wiley Jr.*

*Verna O. Wiley*

Defendants in propria persona

Dated: June 24, 1958

14162