F I L E D

JUL 3- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK

1   Defendants in propria persona Walter S. Taft and Abbie T. Ward
2   2009 Fair Oaks Ave., South Pasadena, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,              )
                                       )   CIVIL NO. 1247- SD - C
           Plaintiff,                  )
                                       )   ANSWER OF DEFENDANTS
      v.                               )
                                       )   Walter S. Taft and
FALLBROOK PUBLIC UTILITY               )   Abbie T. Ward
DISTRICT, ET AL,                       )
                                       )
           Defendants.                 )

The defendants, Walter S. Taft and Abbie T. Ward each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 219 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

14154

COPY RECEIVED

Exhibit A.

Description of property of Walter S. Taft and Abbie T. Ward.

NW ¼ of SW ¼, Outside Rancho, Section 11, Township 7 South, Range 3 West.

The Northwest quarter of the Southwest quarter; and the Southwest quarter of the Southwest quarter of Section Two (2), Township Seven (7) South, Range Three (3) West, San Bernardino Base and Meridian, as shown by the United States Government Survey; also, the Northwest quarter of the Fractional Northwest quarter and the Southwest quarter of the Fractional Northwest quarter; and the Southeast quarter of the Fractional Northwest quarter of Section Eleven (11), Township seven (7) South, Range Three (3) West, San Bernardino Base and Meridian, as shown by United States Government Survey. Excepting therefrom any portion thereof included in County Road

14155

1 We claim all underground water, well and
2 spring and the right to develop it for domestic
3 use and irrigation. We also, claim the right to
4 use all storm water. Forty acres of land to
5 be irrigated for alfalfa or other crops to
6 which it is suited, other parts of the land
7 are suitable for fruit trees, and will
8 be used for that purpose. We are
9 planning to retire and to build and
10 develop the property.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Walter S. Taft_
_Abbie J. Ware_

Defendants in propria persona

Dated:

14138