

George H. Williamson,
Defendant in propria persona
P.O. Box 1111, San Jacinto, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  Plaintiff<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br><br>  George H. Williamson<br>      Defendants | CIVIL NO. 1247-SD-C<br><br>ANSWER OF DEFENDANTS<br><br>George H. Williamson |

The defendants each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

This defendant owns 36.58 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

14162-A

1

EXHIBIT "A"

Government Lot Number One (1), Township Seven (7) South Range Four (4) East. Situated in the County of Riverside, California.

14163

Of this approximately 36.58 acres, eighteen acres are tillable and th balance used for grazing cattle, for raising Turkeys, chickens and fowl. Defendant having irrigated portions of the land in the past, water for this purpose has been obtained from a hand dug water well 20 feet deep by 42 inches in diameter and wind-mill operated.

Defendant claims the right to use six Acre feet of water per year. Defendant does no claim any prescriptive or any appropriative rights.

WHEREFORE, this defendant prays that plaintiff take nothing against him by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said complaint be dismissed as against this defendant; that defendant's right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Geo H Williamson*
Defendant in propria persona

Dated June 24, 1958

14164