Mr. Richard F. & Mrs. Lucille G. Wolford
2160 S. Euclid Avenue
Fullerton, California

F I L E D

JUL 3 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

Defendants in propria parsona:

Richard F. Wolford
Lucille G. Wolford

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 1247 – SD–C |
| Plaintiff. | ) | ANSWER OF DEFENDANTS |
| v. | ) | RICHARD F. WOLFORD |
| | ) | LUCILLE G. WOLFORD |
| FALLBROOK PUBLIC UTILITY | ) | |
| DISTRICT, ET. AL, | ) | |
| RICHARD F. WOLFORD | ) | |
| LUCILLE G. WOLFORD | ) | |
| Defendants. | ) | |

each serving from their co-defendants and each for himself or herself alone,

in answer to the Complaint and Supplementary and Amendatory Complaint on file

herein, admit, deny, and allege:

AFFIRMATIVE STATEMENTS OF RIGHTS

These defendants own 18 acres of land in Riverside County, California

and within the watershed of the Santa Margarita River, more particularly described

in the document attached hereto, marked Exhibit "A", which is hereby incorporated

by reference as a part of this statement. Also a second sheet marked Exhibit "B".



14165

EXHIBIT "A"

We own the below described property:

Ro Laguna MB/4/174 SD

Lot 50   Block L    18 acres

14166

EXHIBIT "B"

FOR STATE CLAIMS

We understand the Treaty of Guadalupe Hidalgo.  Our land is in the Laguna Rancho.  We believe this to be one of the Grants of land ceded by Mexico in the above mentioned treaty with the United States.  We have read where the original titles are guaranteed under American law.

We have always used our land and water freely in the past and expect to do so in the future.

We rely upon this said Treaty, the original Mexican Title, and such documents as we may hereinafter produce.

We are not conscious of using anybody else's water.

We have wells on this land which we have used freely in the past.

14167

Wherefore, these defendants pray that Plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed against these Defendants in this action; and for such other and further relief as the Court may deem proper.

*Richard F Wolford*
6-23-58

*Mrs. Lucille G. Wolford*
Defendants in propria persona   6-23-58

DATED:

14168