*Richard A. Woods*
*Anna K. Woods died 1946.*
*Anza Calif Riverside County*

1

2    Defendants in propria persona

3

4

**FILED**
JUL 3- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

5              IN THE UNITED STATES DISTRICT COURT

6                 SOUTHERN DISTRICT OF CALIFORNIA

7                        SOUTHERN DIVISION

8    UNITED STATES OF AMERICA            )   CIVIL NO. 1247 - SD - C
9                Plaintiff,              )   ANSWER OF DEFENDANTS
10       v.                              )   *Richard A. Woods*
11   FALLBROOK PUBLIC UTILITY            )
     DISTRICT, ET AL,                    )
12               Defendants,             )

13        The defendants, *Richard A. Woods*

14   each severing from their co-defendants and each for himself or herself

15   alone, in answer to the Complaint and Supplementary and Amendatory Com-

16   plaint on file herein, admit, deny, and allege:

17              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                          AMENDATORY COMPLAINT
18
          These answering defendants hereby incorporate by reference all
19
     of the allegations contained in the answer to said Complaint and Supple-
20
     mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
     and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
     thereof entitled "Affirmative Statement of Rights") and make each and all
23
     of said allegations a part of this answer the same as if herein set forth
24
     at length.
25
                      AFFIRMATIVE STATEMENT OF RIGHTS
26                          639-37
          These defendants own      acres of land in *Riverside*
27
     County, California, and within the watershed of the Santa Margarita River,
28
     more particularly described in the document attached hereto, marked Exhibit
29
     A, which is hereby incorporated by reference as a part of this statement.
30

31

32

COPY RECEIVED

14169

Exhibit A

Lots - 11-15 of Sec 8 T. 8 South
Range 3 east S.B.M.,
West half of the N.E. quarter of
Sec. 17 Township 8-So Range 3
east of S.B.M.
Acres 158.90

Lots 20-21-22-23-24-25-26
27-28-29-30-31-32. Section 12
T. 8 South Range 2 east S.B.M.
Acres 480.47

Total acres approximately 639.37

14169A

15 Sec 8 T 8 S. Range 3 E. S.B.M. one spring on the west half of the North East 1/4 of Sec 17 Range 3 East
1 S.B.M. Defendant claims that approximately 340
2 acres of exhibit A lying in the Santa Margarita
3 water shed are irrigatable balance suitable for
4 grazing livestock. Defendant claim the right to
5 use 3,750 acre feet of underground water per year
6 from the above source and from wells we wish to
7 drill in the future and from springs we wish to
8 develop for irrigation of food crops grain garden
9 orchard permanent pasture watering stock etc
10 The defendant wishes to reserve the right to make an
11 ammended answer to this complaint after the Dept
12 of Ground and water resources make their survey
13 which they have agreed to do. The defendant has
14 for years irrigated fruit trees garden livestock etc
15
16
17    WHEREFORE, these defendants pray that plaintiff take nothing
18 against them by reason of the Complaint and Supplementary and Amenda-
19 tory Complaint on file herein; that said Complaint be dismissed as
20 against these defendants; that defendants' right to water, as hereinabove
21 set forth, be quieted as against the plaintiff and against all other de-
22 fendants in this action; and for such other and further relief as the
23 Court may deem proper.
24
25
26                                           Richard A. Woods
27
28                                      _____
29                                         Defendants in propria persona
30
31
32 Dated: June 23-1958

14170