JOHN G. HOFFACKER and ELEANORE F. HOFFACKER
Defendants in propria persona

2026 W. 109th. St.,
Los Angeles 47, California.

FILED
JUL 7 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,
v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
   Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS

JOHN G. HOFFACKER and
ELEANORE F. HOFFACKER

The defendants, JOHN G. HOFFACKER and ELEANORE F. HOFFACKER each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own forty (40 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.   INDEXED

COPY RECEIVED

14171

The major portion of this land is tillable. The soil would permit the raising of practically all fruits and vegetables. All of it in whole or in part is suitable for raising cattle, turkeys, rabbits, chickens and other live stock. There are two (2) wells on the property. One a drilled well, produces approximately five (5) gallons per minute. The other, a dug well, approximately five hundred (500) gallon capacity, requires approximately twelve (12) hours to fill. Trees planted for shade and beautifying the home area are irrigated by pumping from the wells. It is our intention to retire there in ten (10) years and engage in the raising of live stock and some form of agriculture. There is a spring on the property which is dry having become choked with debris carried in by runoff from the surrounding country. At a subsequent date we may attempt to clear it out and put it to use again. The piping is in but cracked in some places due to freezing. At this date it is practically impossible for us to state how much water we may want to use in ten (10) years. However, the present available supply will have to serve our needs.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*John L. Hoffacker*
*Eleanore F. Hoffacker*

                              Defendants in propria persona

Dated: June 30, 1958

14172

14173

"EXHIBIT A"

The legal description of the property is as follows:

The Northeast quarter of the Southeast quarter of Section 28 Township 6 South, Range 1 East, San Bernardino Base and Meridian, as shown by United State Government Survey.