1   Defendants in propria persona

2   _559 Orange St_

3   _Beaumont_

FILED

JUL 7 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
        DEPUTY CL...

4           IN THE UNITED STATES DISTRICT COURT

5           SOUTHERN DISTRICT OF CALIFORNIA

6                 SOUTHERN DIVISION

7

8   UNITED STATES OF AMERICA,          )
                                       )   CIVIL NO. 1247- SD - C
            Plaintiff,                 )
9                                      )   ANSWER OF DEFENDANTS
       v.                              )
10                                     )
    FALLBROOK PUBLIC UTILITY           )
11  DISTRICT, ET AL,                   )
                                       )
12          Defendants.                )

13      The defendants,          _Cruz E. Reyes_

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT

18

19      These answering defendants hereby incorporate by reference

20  all of the allegations contained in the answer to said Complaint and

21  Supplementary and Amendatory Complaint filed in this case by Newton

22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23  of the portion thereof entitled "Affirmative Statement of Rights")

24  and make each and all of said allegations a part of this answer

25  the same as if herein set forth at length.

26          AFFIRMATIVE STATEMENT OF RIGHTS

27      These defendants own  _10.55_ acres of land in

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

31  part of this statement.          INDEXED

32  _21 June 1958_          COPY RECEIVED          10174

Description of Property. Exhibit A.

Southwest Quarter of the Southwest
Quarter of Govt. Lot 2, also East half
of the Southeast Quarter of Govt. Lot 2,
Also That Portion of the Southwest
Corner of Said Govt. Lot 1.
Commencing at the Southwest
Corner of Said Govt. Lot 1, thence
East on the South line of Said
lot 357 feet, Thence Northwesterly
in a Straight line to the
Northwest Corner of the South-
west Quarter of Said lot, thence
South on the West line of Said
lot to the Point of
beginning. All in Sec. 20, township
9 South Range 2 East.
San Bernardino Base &
meridian. According to U.S.
Govt. Survey Approved Jan. 31 —

14175

*1895.*

14176

1 I claim the right to take water
2 from a Spring, also don't have any
3 intention of drilling a well. Don't use
4 any water from Spring, haven't
5 lived there Since 1956. All that
6 grow there is weed & Rocks. I don't
7 Know if Spring is still running or
8 not.

18    WHEREFORE, these defendants pray that plaintiff take

19 nothing against them by reason of the Complaint and Supplementary

20 and Amendatory Complaint on file herein; that said Complaint be

21 dismissed as against these defendants; that defendants' right to

22 water, as hereinabove set forth, be quieted as against the plain-

23 tiff and against all other defendants in this action; and for such

24 other and further relief as the Court may deem proper.

                              _Even E. Reyes_
                              _535 Orange St. Beaumont_

                         Defendants in propria persona

Dated:

                                        14177

32  21 June 1958