SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154



IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1247-SD-C |
| vs. | ) | ANSWER OF DEFENDANT ANNE B. HALL, as surviving Joint Tenant of Anne B. & E. Gordon Hall. |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | ) ) ) | |
| Defendants. | ) | |

Defendants ANNE B. HALL, as surviving Joint Tenant of Anne B. and E. Gordon Hall,

answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

INDEXED

- 1 -

COPY RECEIVED

14173

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

14179

The lands of defendant do not abut upon and are not riparian to any stream. The lands of defendant are improved with commercial and business property in the community of Fallbrook. The said lands overlie percolating ground waters not a part of any stream and defendant asserts full correlative rights to the use of such ground waters in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by [signature]
Attorneys for defendant
ANNE B. HALL as surviving Joint Tenant of Anne B. and
E. Gordon Hall.

DATED: JUNE 30, 1958

- 3 -

14180

1  **EXHIBIT A**

2  Defendant is the widow and surviving joint tenant of

3  E. Gordon Hall and as such the owner of the following described

4  real property situated in the County of San Diego, State of

5  California:

**Parcel #1**

That portion of the Southwest Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880, described as follows:

Beginning at the Northwest Corner of the Southwest Quarter of the Southeast Quarter of Section 24; thence South 89°07'45" East along the North line of said Southwest Quarter a distance of 551.14 feet to a point on said North line which is distant North 89°07'45" West a distance of 120 feet from the center line of County Highway Commission Highway #1-C, said point being the true point of beginning; thence continuing along said North line South 89°07'45" East a distance of 120 feet to said center line of said Highway 1-C; thence South 0°36' West along said center line of said Highway 1-C a distance of 100 feet; thence West and parallel to said North line 120 feet; thence North and parallel to said center line 10 feet, more or less, to the true point of beginning.
Known as 701 South Main Street, Fallbrook, California

18  Containing one-third (1/3) acre more or less.

**Parcel #2**

That portion of the Southeast Quarter of the Northwest Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880, described as follows:

Beginning at the Southwest corner of said Southeast Quarter of Northwest Quarter of Southeast Quarter; thence along the South line of said Southeast Quarter of Northwest Quarter of Southeast Quarter South 89°06'45" East 188.61 feet to the Southwest corner of the tract of land conveyed to J. Petri, et ux, by deed recorded May 10, 1948 as Document No. 46770 in Book 2793, page 13 of Official Records; thence along the West line of said land of Petri, North 0°22'45" East 460.69 feet to the Easterly prolongation of the South line of the Tract of Land conveyed to Placido Mora by deed recorded August 17, 1949 in Book 3290, page 332 of Official Records as Document No. 75429; thence along said Easterly prolongation and along the South line of said land of Mora, North 89°07'30" West 188.07 feet to the West line of said Southeast Quarter of Northwest Quarter of Southeast Quarter; thence thereon South 0°26'45" West 460.65 feet to the point of beginning. EXCEPTING therefrom the North 90 feet thereof.
Portion of property occupied by Buy and Save Market, Fallbrook, California.

EXHIBIT A

- 4 -

14181

EXHIBIT A (page 2)

Parcel 4

A. That portion of North Half of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880, described as follows:

Beginning at the Southeast corner of the Southwest Quarter of the Northeast Quarter of the Southeast Quarter of said Section 24; thence along the South line of said North Half of the Southeast Quarter, North 89°06'45" West 1139.59 feet to the Southwest corner of the tract of land conveyed to J. Petri, et ux, by deed recorded on May 10, 1948 in Book 2790, page 43 of Official Records and the true point of beginning; thence along the West line of said land of Petri North 0°22'45" East 340 feet to the Southwest corner of the land conveyed to Alvin B. Matteson and Dorothy Matteson, husband and wife, by deed recorded June 2, 1953 as Instrument No. 75624; thence along the South line of said Matteson land South 89°06'45" East 121.37 feet to the Northwest corner of the land conveyed to Rosa Harmon by deed recorded September 27, 1951 in Book 4246, page 429, of Official Records; thence South along the West line of said Harmon's land 340 feet to the South line of the Southeast Quarter of the Northwest quarter of the Southeast Quarter; thence West along said South line 121.37 feet to the true point of beginning.

EXCEPTING THAT PORTION of the Southeast Quarter of the Northwest Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian. In the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880 described as follows:

Beginning at the Southeast corner of West Half of the Northeast Quarter of said Southeast Quarter of Section 24; thence along the South line of the North Half of Southeast Quarter North 89°06'45" West 1139.59 feet to the Southwest corner of the tract of land conveyed to J. Petri, et ux, by deed recorded May 10, 1948 in Book 2790, page 43 of Official Records and the true point of beginning; thence along the West line of said land of Petri, being parallel with the East line of said West Half of the Northeast Quarter of Southeast Quarter, North 0°22'45" East 120.00 feet; thence parallel with said South line of North Half of Southeast Quarter South 89°06'45" East 121.37 to the Westerly line of said Harmon's land; thence Southerly along the said Westerly line 120 feet to the said South line of the North Half of Southeast Quarter; thence North 89°06'45" West 121.37 feet to the true point of beginning.

- 5 -

EXHIBIT A page 2.

14182

STATE OF CALIFORNIA,
County of San Diego } ss. 1247 SD C

Franz R. Sachse _____ being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of San Diego; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is 1092 South Main St., Fallbrook, California

that on the 1st day of July, 19 58, affiant served the within Answer of Defendant Anne B. Hall, and Request for Admissions

on the plaintiff _____ in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said plaintiff _____ at the office address of said attorney, as follows:

Hon. J. Lee Rankin, Rm 332, 325 West F. St., San Diego 1, Calif.,

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at Fallbrook, San Diego County, California, where is located the office of the attorney S for the person by and for whom said service was made.

That there is delivery service by the United States mail at the place so addressed or there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 1st day of July, 19 58.

Notary Public in and for the County of San Diego, State of California.
(SEAL) My Commission expires May 25, 1961.

* Here quote from envelope name and address of addressee.
** If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office."
*** When the letter is addressed to a post office other than city in which letter is mailed strike out "and"; when addressed to city in which letter is mailed strike out "or."

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 6-54

14182A