```
SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154
```



FILED JUN 30 1958
JOHN M. CRANSTON
SPECIAL MASTER
BY _____ CLERK

FILED JUL 7 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
          Plaintiff, )   No. 1247-SD-C
vs. )   ANSWER OF DEFENDANTS
   )   JAMES R. CHESS and
FALLBROOK PUBLIC UTILITY DISTRICT, )   KATHLEEN P. CHESS
a public service corporation of the )
State of California, et al., )
          Defendants. )

    Defendants JAMES R. CHESS and KATHLEEN P. CHESS, husband and wife, answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

    Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

    Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

INDEXED   - 1 -

COPY RECEIVED                   14183

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

The lands of defendants are not riparian to and do not abut upon any stream. The said lands overlie percolating ground waters not a part of any stream. Defendants assert that approximately forty (40) acres of their lands are arable and irrigable, and defendants assert the full right to the use of waters derived from wells or springs upon their property.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by _____
Attorneys for defendants
JAMES R. CHESS and
KATHLEEN P. CHESS.

DATED: JUNE 30, 1958.

- 3 -

14185

1                        **EXHIBIT A**

Exhibit A

The Southwest Quarter of the Northeast Quarter and Northwest Quarter of the Southeast Quarter and South Half of Southeast Quarter of Section 2, Township 9 South, Range 3 West, S. B. B. & M., in the County of San Diego, State of California, according to the United States Government Survey approved September 11, 1879.

ALSO an easement 15 feet following the old Trail through Northwest Quarter of Northeast Quarter of Northeast Quarter and the North 20 rods of the Northeast Quarter of Northeast Quarter of Northeast Quarter of Section 11, Township 9 South, Range 3 West, in the County of San Diego, State of California, according to the United States Government Survey approved April 21, 1890.

EXCEPTING therefrom all that portion of the Southeast Quarter of the Southeast Quarter of Section 2, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to the United States Government Survey approved September 11, 1879, described as follows:

Beginning at the Southeast corner of said Section 2; thence along the South line thereof 440 feet; thence North, parallel with the East line of said Section 990 feet; thence East, parallel with said South line 440 feet to the East line of said Section 2; thence South, along said East line 990 feet to the point of beginning.



**Containing one hundred and fifty (150) acres more or less.**

                                                         **EXHIBIT A**

14186

STATE OF CALIFORNIA,
County of __San Diego__ } ss.   1247 SD C

Franz R. Sachse
_is employed in_ being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of __San Diego__; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's ~~residence~~ business address is __1092 South Main Street, Fallbrook, California__

that on the __30th__ day of __June__, 19__58__, affiant served the within __Answer of defendants JAMES R. CHESS and KATHLEEN P. CHESS and Request for Admissions__

on the __plaintiff__ ____ in said action, by placing a true copy thereof in an envelope addressed to the attorney____ of record for said __plaintiff__ ~~residence~~ at the office address of said attorney____, as follows:

Hon. J. Lee Rankin, Room 332, 325 West F Street, San Diego 1, Calif.,

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at __Fallbrook, San Diego County__, California, where is located the office of the attorney__s__ for the person__s__ by and for whom said service was made.

That there is delivery service by the United States mail at the place so addressed or there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __30th__ day of __June__, 19__58__.

_Ora B Bergstrom_                    _Franz R Sachse_
Notary Public in and for the County of __San Diego__, State of California.
(SEAL)  My commission expires May 25, 1961

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 8-54

14166A