SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154



IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
        Plaintiff,  )
    vs.  )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al.,  )
        Defendants.  )

No. 1247-SD-C

ANSWER OF DEFENDANT
SAMUEL V. KOSTICH

Defendants SAMUEL V. KOSTICH

answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

INDEXED

- 1 -

14187

COPY RECEIVED

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

Parcel One of the lands described in EXHIBIT A attached to defendant's answer herein is a town lot improved with a building. This parcel derives its entire water supply from the water system of the Fallbrook Public Utility District; however defendant asserts that it overlies percolating ground waters not a part of any stream to which he asserts full correlative rights.

Parcel Two consists of two and one half acres improved with a dwelling, one acre of which is planted to avocado trees. It derives its entire water supply from the water system of the Fallbrook Public Utility District. However defendant asserts that it overlies percolating ground waters not a part of any stream. Defendant asserts full correlative rights to the use of said percolating ground waters.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by *[signature]*
Attorneys for defendant
SAMUEL V. KOSTICH

DATED: JUNE 30, 1958.

- 3 -

14130

EXHIBIT A

PARCEL ONE: The north thirty feet of Lot Four in Block Twenty three of West Fallbrook Townsite, in the County of San Diego, State of California, according to Map thereof No. 824, filed in the office of the County Recorder of San Diego County, November 17, 1896.

PARCEL TWO :

All that portion of the Northwest Quarter of the Northwest Quarter of Section 25, Township 9 South, Range 4 West, S. B. M., in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880, described as follows:

Beginning at a point on the South line of said Northwest Quarter of the Northwest Quarter of Section 25, distant North 89° 12' 30" West 550.80 feet from the Southeast corner of said Northwest Quarter of the Northwest Quarter, said point of beginning being the Northwesterly line of the right of way of the Atchison, Topeka and Santa Fe Railway Company; thence along said South line North 89° 12' 30" West 171.82 feet to the center line of the 100 foot highway conveyed to the State of California by deed recorded in Book 1353, page 38 of Official Records; thence along said center line North 34° 13' 45" East 240.70 feet to the beginning of a curve concave to the Southeast having a radius of 1000 feet; thence Northeasterly along said curve 517.71 feet to said Northwesterly line of the right of way of the Atchison, Topeka and Santa Fe Railway Company; thence along said Northwesterly line South 33° 30' 30" West 641.02 feet to the point of beginning.

- 4 -

EXHIBIT A

14191

STATE OF CALIFORNIA,
County of **San Diego**  } ss.  1247 SD C

**Franz R. Sachse** being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of **San Diego**; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is **1092 South Main Street, Fallbrook, California**

that on the **30th** day of **June**, 19**58** affiant served the within **Answer of defendant SAMUEL V. KOSTICH and Request for Admissions**

on the **plaintiff** in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said **plaintiff** at the office address of said attorney, as follows:

**John. J. Lee Rankin, Rm 332, 325 West F Street, San Diego 1, California**

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at **Fallbrook, San Diego County,** California, where is located the office of the attorneys for the person by and for whom said service was made.

That there is delivery service by the United States mail at the place so addressed or there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this **30th** day of **June**, 19**58**

Notary Public in and for the County of **San Diego**, State of California.
(SEAL) My Commission expires May 25, 1961

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146-REV. 8-54

14191A