FILED

JUL 7 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

1  Defendants in propria persona.  A S Averill
2  Cecelia V Averill
3  RT-2 Box 1A   Husband & wife
4  ELSINORE, CAL.   IN THE UNITED STATES DISTRICT COURT   Joint tenants.
5                    SOUTHERN DISTRICT OF CALIFORNIA
6                              SOUTHERN DIVISION
7
8  UNITED STATES OF AMERICA,        )
                                    )   CIVIL NO. 1247- SD - C
9           Plaintiff,              )
                                    )   ANSWER OF DEFENDANTS
10       v.                         )   A S Averill
                                    )   & Cecelia V Averill
11 FALLBROOK PUBLIC UTILITY         )
   DISTRICT, ET AL,                 )
12                                  )
            Defendants.             )
13      The defendants, A S Averill & Cecelia V Averill husband &
                                wife joint tenants.
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                            AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
                    AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own  4.0 lots  acres of land in  Riverside
27
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.  INDEXED
32                                                      14192

COPY RECEIVED

We Claim Ownership of all mineral and water under and on said lots. We use domestic water for restaurant and Service Station from well

18    WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*[signatures]*

Defendants in propria persona

Dated: June 16-58

14193

**A. S. AVERILL**
*Distributor of*
GENERAL PETROLEUM PRODUCTS

Route 2, Box 1-A
ELSINORE, CALIFORNIA

Exhibit A

Legal description of property belonging to A S Averill & Cecelia V. Averill husband and wife joint tenants.

All that certain real property in Temecula County of Riverside, State of California to wit, Lots 8-9-10-11, in block 28 of the town of Temecula as shown by maps on file in book 15, page 126 of maps. San Diego County Records.

14194