MURREL C. JENSEN and VICTORIA JENSEN,

1   Defendants in propria persona

2   P. O. Box 37, Murrieta, Calif.

3

F I L E D

JUL 7 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

4           IN THE UNITED STATES DISTRICT COURT

5           SOUTHERN DISTRICT OF CALIFORNIA

6                  SOUTHERN DIVISION

7

8   UNITED STATES OF AMERICA,        )        CIVIL NO. 1247- SD - C
                                     )
9              Plaintiff,            )        ANSWER OF DEFENDANTS
                                     )
10      v.                           )
                                     )
11   FALLBROOK PUBLIC UTILITY        )     MURREL C. JENSEN and VICTORIA JENSEN
     DISTRICT, ET AL,                )     husband and wife, as joint tenants.
                                     )
12              Defendants.          )

13   Murrel C. Jensen and Victoria Jensen
                The defendants,

14   each severing from their co-defendants and each for himself or her-

15   self alone, in answer to the Complaint and Supplementary and Amenda-

16   tory Complaint on file herein, admit, deny, and allege:

17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT

18

19           These answering defendants hereby incorporate by reference

20   all of the allegations contained in the answer to said Complaint and

21   Supplementary and Amendatory Complaint filed in this case by Newton

22   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23   of the portion thereof entitled "Affirmative Statement of Rights")

24   and make each and all of said allegations a part of this answer

25   the same as if herein set forth at length.

26

27           AFFIRMATIVE STATEMENT OF RIGHTS

28           These defendants own 1 lot    acres of land in Riverside County

29   County, California, and within the watershed of the Santa Margarita

30   River, more particularly described in the document attached hereto,

31   marked Exhibit A, which is hereby incorporated by reference as a

     part of this statement.    INDEXED                        14195

32

COPY RECEIVED

1  Lot 12 in Block 2 of Murrieta Townsite, as shown by map of the

2  Temecula Land and Water Company showing the subdivision of a portion

3  of the Temecula Ranch, on file in Book 8 page 359 of Maps, San Diego

4  County Records.

5

6  We claim our water rights are paramount to all other rights or
   claims of the right of Plaintiff in and to said water.  We claim
7  all water rights under our land for the beneficial use thereon.

8

9

10

11

12

13

14

15

16

17

18  WHEREFORE, these defendants pray that plaintiff take

19  nothing against them by reason of the Complaint and Supplementary

20  and Amendatory Complaint on file herein; that said Complaint be

21  dismissed as against these defendants; that defendants' right to

22  water, as hereinabove set forth, be quieted as against the plain-

23  tiff and against all other defendants in this action; and for such

24  other and further relief as the Court may deem proper.

25

26  x _Murrel C Jensen_

27

28  x _Victoria Jensen_

29  Defendants in propria persona

30

31

32  X Dated: June 25/58

14196