Alfred Morris and Julia V. Morris
John Cianfrini and Carol Joan Cianfrini
Defendants in propria persona
Rt. 2 Box 202A
Fallbrook, California

**FILED**

JUL 7 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, <br><br> Defendants, | CIVIL NO. 1247 - SD - C <br><br> ANSWER OF DEFENDANTS <br> Alfred Morris and <br> Julia V. Morris <br> John Cianfrini and <br> Carol Joan Cianfrini |

The defendants Alfred Morris and Julia V. Morris, John Cianfrini and Carol Joan Cianfrini each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 80 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

14197

We the defendents have just purchased this land and as yet have not had the opportunity of looking it over, so do not have the slightest idea of where or what it looks like. It is our intention of cultivating this land in the near future for such purposes as we see fit, and do want to protect our water rights for it. However if the United States of America wishes to survey this land and give us a fiar share of water for this land we will be happy to comply. This land was purchased with the assumption of all water rights, regardless of where or how. If there was water there, and we wished to drill a well for it, we could do so, or use run off, it there was any. But at this time do not know what there is on it.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*[Signatures]*
Defendants in propria persona

Dated: 6-26-58

14198

Parcel 1
The West half of the Northeast quarter and the Southeast quarter of the Northeast quarter and the West half of the Southeast quarter of Section 9, all in Township 9 South, Range 2 West, San Bernardino Meridian, In County of San Diego, State of Calif. according to U.S. government Survey, approved Jan 15, 1892.

Parcel 2
The South half of the Southwest quarter of Sec. 4 Township 9 South, Range 2 West San Bernardino Meridian, in County of San Diego, State Calif.  U.S. government survey Jan 15, 1892.

Parcel 3
The West half of the Southeast quarter of Sec. 4 Township 9 South, Range 2 W. San Bernardino Meridian in County of San Diego State Calif.  U.S.A. survey Nov. 1, 1913.

Parcel 4
The Southeast quarter of Sec. 8 Township 9 South Range 2 W. S.B. meridian in County of San Diego State Calif.  U.S.A. survey Jan 15, 1892

Parcel 5
The Southwest quarter of the Southwest of Sec 9 Township 9 South, Range 2 West San Bernardino Meridian, in County of San Diego — Calif. U.S.A. survey April 17, 1894.

Parcel 6
The Northwest quarter of Sec. 9, Township 9 South, Range 2 West, San Bernardino Meridian and the North half of the Southwest quarter of Sec. 9 Township 9 South, Range 2 West, San Bernardino Meridian, and Southwest quarter of Southwest quarter of Sec 9 Township 9 South, Range 2 West. San Bernardino Meridian, in the County of San Diego State Calif.  U.S.A. survey Jan 15, 1892.

14199