Elizabeth Larson and Ray Larson
Defendants in propria persona
Carson Wash.

FILED
JUL 7 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
　　　　Plaintiff, ) ANSWER OF DEFENDANTS
　v. ) Elizabeth Larson
FALLBROOK PUBLIC UTILITY ) Ray Larson.
DISTRICT, ET AL, )
　　　　Defendants, )

The defendants, Elizabeth Larson & Ray Larson each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 10 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

RECEIVED

14200

1  Defendants claim the right to drill a
2  well in the future for domestic use.

18    WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Elizabeth Larson.*
*Ray Larson*
Defendants in propria persona

32  Dated: June 24, 1958.

14201

EXHIBIT A

The East one-half (E½) of the East one-half (E½) of
Lot One (1), in Section Nine (9), Township Seven (7),
South Range Three (3) East S. B. M., according to
United States Government Plat of the Re-Survey of said
Section, approved the 27th day of April 1905, being
Ten (10) acres, more or less.

14202