Robert A. Oswald and Edythe A. Oswald
Defendants in propria persona
315 North Vine St., Fallbrook, California

FILED
JUL 7 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
          Plaintiff, )   CIVIL NO. 1247- SD - C
v. )   ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY )   Robert A. Oswald and Edythe A. Oswald
DISTRICT, ET AL, )
          Defendants. )

The defendants, Robert A. Oswald and Edythe A. Oswald each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own   no   acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

14203

COPY RECEIVED

1  Defendants claim all the right of overlying land owners and to water which may originate in or may be found on or under or which may cross their land.

2  

3  Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

4  Defendants hereby incorporate, the same as throgh set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

5  

6  Defendants claim all the above for all lands in which they have any financial interest whatsoever.

7  

18  WHEREFORE, these defendants pray that plaintiff take

19  nothing against them by reason of the Complaint and Supplementary

20  and Amendatory Complaint on file herein; that said Complaint be

21  dismissed as against these defendants; that defendants' right to

22  water, as hereinabove set forth, be quieted as against the plain-

23  tiff and against all other defendants in this action; and for such

24  other and further relief as the Court may deem proper.

*Robert A. Oswald*

*Edythe A. Oswald*

Defendants in propria persona

Dated:
    June 23, 1958

14204A

*Edythe Q. Osward*

"EXHIBIT A".

All that Real Property situated in the Twon of West Fallbrook, County of San Diego, State of California, bounded and described as follows:

Lot 7, Block 41 of the Townsite of West Fallbrook, according to the map thereof filed in the office of the County Recorder of said County.

14204