```
 1  JOHN L. ROBERTS
    Attorney at Law
 2  Suite 305 Lewis Building
    3972 Main Street - P.O.Box 507
 3  Riverside, California

 4  Telephone OVerland 3-5631

 5  Attorney for Defendant Lewis Rawson
```

FILED

JUL 7 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

   Defendants.

CIVIL NO. 1247-SD-C

ANSWER OF DEFENDANT
LEWIS RAWSON

The defendant, LEWIS RAWSON, severing from his co-defendants and for himself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admits, denies and alleges:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

This answering defendant hereby incorporates by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

This defendant owns approximately 2,000 acres of land

INDEXED

14205

COPY RECEIVED

and claims an undivided one-half interest in approximately 15,000 acres of land standing in the name of Tommy Rawson, now deceased, in Riverside County, all of which plaintiff claims is within the watershed of the Santa Margarita River, but which this answering defendant denies. The property owned by defendant, Lewis Rawson, is located in the County of Riverside, State of California and is more particularly described as follows:

PARCEL 1: West 1/2 of Southeast 1/4, Lots 3 and 4 of Section 4, Township 7 South, Range 1 West.

PARCEL 2: East 1/2 of Northeast 1/4 of Section 8, Township 7 South, Range 1 West.

PARCEL 3: East 1/2 of Northeast 1/4 of Section 34, Township 6, Range 1 West.

PARCEL 4: Northwest 1/4 of NW 1/4; North 1/2 of Southwest 1/4; Southwest 1/4 of Southwest 1/4 all of Section 28, Township 6 South, Range 1 West.

PARCEL 5: Southeast 1/4 of Northeast 1/4 of Section 26, Township 6 South, Range 2 West.

PARCEL 6: South 1/2 of Northeast 1/4 of Section 8, Township 6 South, Range 1 West.

PARCEL 7: Southwest 1/4 of Northwest 1/4 of Section 8, Township 6 South, Range 1 West.

PARCEL 8: North 1/2 of Southwest 1/4 of Section 8, Township 6 South, Range 1 West.

PARCEL 9: North 1/2 of Southeast 1/4 of Section 8, Township 6 South, Range 1 West.

PARCEL 10: Lot 1 of Section 8, Township 7 South, Range 1 West.

PARCEL 11: Northeast 1/4 of Section 10, Township 7 South, Range 1 West.

PARCEL 12: Lots 1, 2, 3 and 4; Southeast 1/4 of Southwest 1/4; North 1/2 of Northeast 1/4; South 1/2 of Southeast 1/4; Southwest 1/4 of Northeast 1/4; Northwest 1/4 of Southeast 1/4; of Section 28, Township 7 South, Range 1 West.

PARCEL 13: North 1/2 of Northeast 1/4 of Section 34, Township 7 South, Range 1 West.

The property in which defendant, Lewis Rawson, claims an undivided one-half interest is located in the County of Riverside, State of California and is more particularly described as follows:

JOHN L. ROBERTS
ATTORNEY AT LAW
RIVERSIDE, CALIFORNIA

-2-

14206

|    |    |
|----|----|
| 1  |          PARCEL A:  Lots 1 and 2 and the East half of the Southeast quarter of Section 4, Township 7 South Range 1 West. |
| 2  |    |
| 3  |          PARCEL B:  Southwest 1/4 of the Section 4, Township 7 South, Range 1 West. |
| 4  |    |

          PARCEL A:  Lots 1 and 2 and the East half of the Southeast quarter of Section 4, Township 7 South Range 1 West.

          PARCEL B:  Southwest 1/4 of the Section 4, Township 7 South, Range 1 West.

          PARCEL C:  Lots 1, 2, 3, 4 and the South half of Section 5, Township 7 South, Range 1 West.

          PARCEL D:  Lots 4, 5, 6, 8, 9, 10 and the East half of the Southwest quarter of Section 6, Township 7 South, Range 1 West.

          PARCEL E:  Northwest quarter of the Northwest 1/4; Southwest 1/4 of Northeast 1/4; East half of the Northwest 1/4 of Section 8, Township 7 South, Range 1 West.

          PARCEL F:  Northwest 1/4 of Section 10, Township 7 South, Range 1 West.

          PARCEL G:  Lots 1, 2, 3 of Section 10, Township 7 South, Range 1 West.

          PARCEL H:  Lots 3 and 4 of Section 18, Township 7 South, Range 1 West.

          PARCEL I:  Lots 2, 1, 3, 4 and East 1/2 of Southeast 1/4 of Section 21, Township 7 South, Range 1 West.

          PARCEL J:  North 1/2 of the North 1/2 of Section 8, Township 6 South, Range 1 West.

          PARCEL K:  Southeast 1/4 of Northwest 1/4 of Section 8, Township 6 South, Range 1 West.

          PARCEL L:  South 1/2 of South half of Section 8, Township 6 South, Range 1 West.

          PARCEL M:  Northwest quarter of Section 9, Township 6 South, Range 1 West.

          PARCEL N:  Southwest 1/4 of Section 9, Township 6 South, Range 1 West.

          PARCEL O:  West half of Northwest 1/4 of Section 16, Township 6 South, Range 1 West.

          PARCEL P:  South 1/2 of Section 16, Township 6 South, Range 1 West.

          PARCEL Q:  All of Section 17, Township 6 South Range 1 West.

          PARCEL R:  North 1/2 of Northeast 1/4 of Section 18, Township 6 South, Range 1 West.

          PARCEL S:  Southwest quarter of Northeast 1/4 of Section 18, Township 6 South, Range 1 West.

JOHN L. ROBERTS
ATTORNEY AT LAW
RIVERSIDE, CALIFORNIA

-3-

14207

PARCEL U: Southeast 1/4 of Northeast 1/4 of Section 18, Township 6 South, Range 1 West.

PARCEL V: East 1/2 of Northwest 1/4 and Lot 1 of Section 18, Township 6 South, Range 1 West.

PARCEL W: Lot 2 of Section 18, Township 6 South, Range 1 West.

PARCEL X: Lot 3 and Northeast 1/4 of Southwest 1/4 of Section 18, Township 6 South, Range 1 West.

PARCEL Y: Lot 4 and Southeast 1/4 of Southwest 1/4 of Section 18, Township 6 South Range 1 West.

PARCEL Z: East half of Southeast 1/4 of Section 18, Township 6 South, Range 1 West.

PARCEL AA: Northwest 1/4 of Southeast 1/4 of Section 18, Township 6 South, Range 1 West.

PARCEL BB: Southwest 1/4 of Southeast 1/4 of Section 18, Township 6 South, Range 1 West.

PARCEL CC: East 1/2 of East 1/2 of Section 19, Township 6 South, Range 1 West.

PARCEL DD: West 1/2 of Northeast 1/4 of Section 19, Township 6 South, Range 1 West.

PARCEL EE: West 1/2 of Southeast 1/4 of Section 19, Township 6 South, Range 1 West.

PARCEL FF: Lot 1 except parcel 33 feet by 214.5 feet in Southwest corner; Northeast quarter of Northwest quarter of Section 19, Township 6 South, Range 1 West.

PARCEL GG: Lot 2 and Southeast quarter of Northwest quarter of Section 19, Township 6 South, Range 1 West.

PARCEL HH: Beginning at the Southwest corner of Lot 1, East 33 feet by North 214.5 feet; Section 19, Township 6 South, Range 1 West.

PARCEL II: Lots 3 and 4 of Section 19, Township 6 South, Range 1 West.

PARCEL JJ: East 1/2 of Southwest 1/4 of Section 19, Township 6 South, Range 1 West.

PARCEL KK: North 1/2 of Northeast 1/4 of Section 20, Township 6 South, Range 1 West.

PARCEL LL: South 1/2 of Northeast 1/4 of Section 20, Township 6 South, Range 1 West.

PARCEL MM: Northeast 1/4 of Northwest 1/4 of Section 20, Township 6 South, Range 1 West.

PARCEL NN: West 1/2 of Northwest 1/4 of Section 20, Township 6 South, Range 1 West.

JOHN L. ROBERTS
ATTORNEY AT LAW
RIVERSIDE, CALIFORNIA

14208

1
2         PARCEL OO:  Southeast 1/4 of Northwest 1/4 of Section 20, Township 6 South, Range 1 West.

3         PARCEL PP:  Northeast 1/4 of Southwest 1/4 of Section 20, Township 6 South, Range 1 West.

4
          PARCEL QQ:  Northwest 1/4 of Southwest 1/4 of Section 20, Township 6 South, Range 1 West.
5
          PARCEL RR:  South 1/2 of Southwest 1/4 of Section 20, Township 6 South, Range 1 West.
6

7         PARCEL SS:  Southeast 1/4 of Section 20, Township 6 South, Range 1 West.
8
          PARCEL TT:  All of Section 21, Township 6 South, Range 1 West.
9

10        PARCEL UU:  South half of South 1/2 of Section 22, Township 6 South, Range 1 West.
11
          PARCEL VV:  All of Section 27, Township 6 South, Range 1 West.
12

13        PARCEL WW:  West 1/2 Northeast quarter and North 1/2 of Northwest 1/4 of Section 34, Township 6 South,
14        Range 1 West.

15        PARCEL XX:  South 1/2 of Northwest 1/4 of Section 34, Township 6 South, Range 1 West.
16
          PARCEL YY:  North 1/2 of the Southwest 1/4 of Section 34, Township 6 South, Range 1 West.
17

18        PARCEL ZZ:  South 1/2 of Southwest 1/4 of Section 34, Township 6 South, Range 1 West.
19
          PARCEL a:   West 1/2 of Southeast 1/4 of Section 34, Township 6 South, Range 1 West.
20

21        PARCEL b:   West 15 acres of North 1/2 of the North 1/2 of Southwest 1/4 of Section 35, Township 6 South,
22        Range 1 West.

23        PARCEL c:   East 1/2 and Southeast 1/4 of Southwest 1/4 of Section 28, Township 6 South, Range 1 West.
24
          PARCEL d:   East 1/2 of Northwest 1/4 and Southwest 1/4 of Northwest 1/4 of Section 28, Township 6 South,
25        Range 1 West.
26
          PARCEL e:   All of Section 29, Township 6 South,
27        Range 1 West.

28        PARCEL f:   Northeast 1/4 of Section 30, Township 6 South, Range 1 West.
29
          PARCEL g:   Northeast 1/4 of Northwest 1/4 and Lot 1
30        of Section 30, Township 6 South, Range 1 West.

31        PARCEL h:   Southeast 1/4 of Northwest 1/4 and Northeast 1/4 of Southwest 1/4 of Section 30, Township 6 South,
32        Range 1 West.

JOHN L. ROBERTS
ATTORNEY AT LAW
RIVERSIDE, CALIFORNIA

14209

PARCEL i: East 1/2 of Southeast 1/4 of Section 30, Township 6 South, Range 1 West.

PARCEL j: West 1/2 of Southeast 1/4 of Section 30, Township 6 South, Range 1 West.

PARCEL k: East 1/2 of East 1/2 of Northwest 1/4; East 1/2 of Lots 9 and 14; Lots 5, 6, 7, 8, 10, 11, 12, and 13 of Section 31, Township 6 South, Range 1 West.

PARCEL l: North half of Section 33, Township 6 South, Range 1 West.

PARCEL m: Southwest 1/4 of Section 33, Township 6 South, Range 1 West.

PARCEL n: Southeast 1/4 of Section 33, Township 6 South, Range 1 West.

PARCEL o: South 1/2 of Southwest 1/4, except mine, Section 13, Township 6 South, Range 2 West.

PARCEL p: All of Section 23, Township 6 South, Range 2 West.

PARCEL q: North 1/2 of Northeast 1/4 of Section 24, Township 6 South, Range 2 West.

PARCEL r: Southwest 1/4 of Northeast 1/4 of Section 24, Township 6 South, Range 2 West.

PARCEL s: Southeast 1/4 of Northeast 1/4 of Section 24, Township 6 South, Range 2 West.

PARCEL t: Northeast 1/4 of Northwest 1/4 of Section 24, Township 6 South, Range 2 West.

PARCEL u: South 1/2 of Northwest 1/4; East 1/2 of Southwest 1/4 of Section 24 Township 6 South, Range 2 West.

PARCEL v: Northwest 1/4 of Southwest 1/4 of Section 24, Township 6 South, Range 2 West.

PARCEL w: East 1/2 of Southeast 1/4 of Section 24, Township 6 South, Range 2 West.

PARCEL x: Southwest 1/4 of Southeast 1/4 of Section 24, Township 6 South, Range 2 West.

PARCEL y: All of Section 25, Township 6 South, Range 2 West.

PARCEL z: All of Section 36, Township 6 South, Range 2 West.

Said defendant, Lewis Rawson, has been in possession, and has made use of the water on, flowing through, arising from and under said land at all times since 1890 and his predecessors

-6-

JOHN L. ROBERTS
ATTORNEY AT LAW
RIVERSIDE, CALIFORNIA

14210

1  in interest have used said water for many years prior thereto;
2  said water has been used for husbandry, irrigation, consump-
3  tion and all useful purposes during all of said times.
4  　　　　WHEREFORE, this defendant prays that plaintiff take
5  nothing against him by reason of the Complaint and Supplemen-
6  tary and Amendatory Complaint on file herein; that said Com-
7  plaint be dismissed as against this defendant; that defendant's
8  right to water, as hereinabove set forth, be quieted as against
9  the plaintiff and against all other defendants in this action;
10 and for such other and further relief as the Court may deem
11 proper.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN L. ROBERTS
　　　　　　　　　　　　　　　Attorney for Defendant, Lewis Rawson

JOHN L. ROBERTS
ATTORNEY AT LAW
RIVERSIDE, CALIFORNIA

14211

```
1  STATE OF CALIFORNIA )
                       ) ss.
2  COUNTY OF RIVERSIDE )

3          LEWIS RAWSON, being first duly sworn, deposes and
4  says:
5          That he is the defendant in the above entitled ac-
6  tion; that he has read the foregoing Answer and knows the
7  contents thereof; that the same is true of his own knowledge,
8  except as to the matters which are therein stated on his
9  information or belief and as to those matters that he believes
10 it to be true.
```

*Lewis Rawson*
LEWIS RAWSON

Subscribed and sworn to before
me this 23rd day of ~~February~~ June, 1958.

*Margaret E. Welsh*
Notary Public in and for said
County and State

-8-

JOHN L. ROBERTS
ATTORNEY AT LAW
RIVERSIDE, CALIFORNIA

14212