LAWRENCE A. ROSS and GLADYS L. ROSS
Defendants in propria persona
19105 East Fifth Ave., La Puente, California

FILED
JUL 7 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | LAWRENCE A. ROSS |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | and GLADYS L. ROSS |
| Defendants, | |

The defendants, LAWRENCE A. ROSS and GLADYS L. ROSS each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 120 acres of land in RIVERSIDE County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

14213

This land is not riparian land. Approximately 100 acres are tillable, and have been in grain for several years, with livestock grazing stubble off, after grain is harvested. In the future, the defendants wish to develop this farm into a diversified farm with row crops, alfalfa, permanent pasture, and livestock (cattle, sheep chickens, etc.) .

At present there is a domestic and stock well.

II

Defendants claim the right to the use of the existing domestic and stock well, all the water therefrom. Defendants claim the right to drill a well in the future, and reserve the right to the use of 420 acre feet of water from such a well, per year for irrigation purposes, or other uses defendants may deem beneficial

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Lawrence A. Ross*
*Gladys L. Ross*
Defendants in propria persona

Dated: 21 June 1958

14214

EXHIBIT "A"

LEGAL DESCRIPTION OF PROPERTY BELONGING TO

DEFENDANTS, LAWRENCE A. ROSS and GLADYS L. ROSS, husband and wife

------------------------

Government lots - 1,2, and 7, in fractional section 24 township 7 - ~~range~~ south range 1, west San Bernardino base and meridian, as shown by United States Government Survey. Excepting therefrom an easement in favor of the public over any portion thereof included in public roads.

-----

Recorded in Book 2125, Page 171, Riverside County.

14215