SAMUEL R. WILSON
RT. 1, BOX 866,
HEMET, CALIFORNIA.



1  Defendants in propria persona

4           IN THE UNITED STATES DISTRICT COURT
5             SOUTHERN DISTRICT OF CALIFORNIA
6                    SOUTHERN DIVISION

8  UNITED STATES OF AMERICA,        )
                                    )   CIVIL NO. 1247- SD - C
9              Plaintiff,           )
                                    )   ANSWER OF DEFENDANTS
       v.                           )
10                                  )
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )
                                    )
12             Defendants.          )

13         The defendants,
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:

17            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                         AMENDATORY COMPLAINT

19         These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by
22 SAMUEL R. WILSON.         (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.

26              AFFIRMATIVE STATEMENT OF RIGHTS
27     These defendants owns  *No*  acres of land in *Riverside Co.*
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 ~~part~~ of this statement.
32     Property contains 3.75 acres, and is occupied by
       MRS. HAROLD SEWELL, P.O. WINCHESTER, CALIFORNIA.

14216

COPY RECEIVED

1  In the County of Riverside, State of California:

2  That portion of the East half of Fractional Section 3, Township 7 South, Range
   2 West, San Bernardino Base and Meridian, as shown by United States Government
3  Survey, described as follows:

4  Beginning at a point in the East half of said Section, from which the West quarter
   section corner of said Section bears South 89° 52' West, 3592.20 feet; thence
5  North 89° 52' East, 450.40 feet; thence South, 402.40 feet; thence South 76° 02'
   West, 101.62 feet; thence North 74° 05' West, 90.10 feet; thence North 64° 59' West
6  275.85 feet; thence North 03° 03' West, 284.92 feet, to the point of beginning.

7  Said property is also shown on Record of Survey on file in Book 11 page 28 of
   Records of Survey, Riverside County Records.

8

9  The signer hereon merely owns a contingent beneficiaries interest in the above described
   property, being the holder of a Trust Deed on same.

18  WHEREFORE, these defendants pray that plaintiff take

19  nothing against them by reason of the Complaint and Supplementary

20  and Amendatory Complaint on file herein; that said Complaint be

21  dismissed as against these defendants; that defendants' right to

22  water, as hereinabove set forth, be quieted as against the plain-

23  tiff and against all other defendants in this action; and for such

24  other and further relief as the Court may deem proper.

*Samuel R. Wilson*

Defendants in propria persona

Dated: *June 20, 1958*

14217