ROSCOE McDANIEL and LILLIE C. McDANIEL

1 Defendants in propria persona.
  Box 67
2 Murrieta
  California
3

F I L E D

JUL 7 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

4                IN THE UNITED STATES DISTRICT COURT
5                   SOUTHERN DISTRICT OF CALIFORNIA
6                          SOUTHERN DIVISION
7
8   UNITED STATES OF AMERICA,        )   CIVIL NO. 1247- SD - C
                Plaintiff,           )
9                                    )   ANSWER OF DEFENDANTS
        v.                           )
10                                   )
    FALLBROOK PUBLIC UTILITY         )   ROSCOE McDANIEL and LILLIE C.
11  DISTRICT, ET AL,                 )       McDANIEL, husband and wife
                                     )       as joint tenants
12              Defendants.          )

13      The defendants, ROSCOE McDANIEL and LILLIE C. McDANIEL

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                           AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
all of the allegations contained in the answer to said Complaint and
20
Supplementary and Amendatory Complaint filed in this case by Newton
21
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
of the portion thereof entitled "Affirmative Statement of Rights")
23
and make each and all of said allegations a part of this answer
24
the same as if herein set forth at length.
25

26              AFFIRMATIVE STATEMENT OF RIGHTS
        These defendants own   four   acres of land in   Riverside
27
28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.

32

INDEXED
COPY RECEIVED

14218

County of Riverside, State of California;

The Northeast half ofthe Southeast half of Farm Lot 70 of the lands of the Temecula Land and Water Company, as shown by map on file in Book 8 page 359 of Maps, San Diego County Records;

EXCEPTING therefrom the Northwesterly rectangular 396 feet thereof.

We claim our water rights are paramount to all other rights or claims ofright of Plaintiff in and to said water. We claim all water rights under our land for the beneficial use thereon. We claim four acre feet of water per acre for four acres, and to drill another well if necessary.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Dwane McDaniel

Lillie C. McDaniel

Defendants in propria persona

Dated: 6-26-58

14219