Franklin L. Barnes and Alice G. Barnes
Chaffee Young and Lois M. Young
Ray E. Badger and Ruth C. Badger

**Defendants in propria persona**

P. O. Box 926

Rancho Santa Fe, Calif.

**F I L E D**

JUL 7 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,       )       CIVIL NO. 1247 - SD - C

        Plaintiff,       )       ANSWER OF DEFENDANTS

        v.       )   Franklin L. Barnes and Alice G. Barnes

FALLBROOK PUBLIC UTILITY       )   Chaffee Young and Lois M. Young

DISTRICT, ET AL,       )   Ray E. Badger and Ruth C. Badger

        Defendants,       )

The defendants, Franklin L. Barnes and Alice G. Barnes
Chaffee Young and Lois M. Young
Ray E. Badger and Ruth C. Badger
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 160 acres of land in  San Diego
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

INDEXED

COPY RECEIVED

14220

Exhibit A


The Southwest Quarter of Section 3, Township 9 South, Range 3 West,

San Bernardino Meridian, according to United States Government Survey.

14221

These defendants claim all water that can be developed on, in, or under the above described real property, and that said water is local percolating waters contained in the disintegrated granite and from fractures and fissures in the granite underlying the surface of the above described property.  It is impossible to determine in what direction said water seeps or moves and that any water that could be developed in or under the above described real property is not supported by nor does it support the flow of the Santa Margarita River or any tributary thereof.

These defendants claim correlative rights in any water that can be developed from direct diversion from the unnamed intermittant stream that traverses the above described property and is a part of the Santa Margarita River system.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Franklin L. Barnes*

*Alice J. Barnes*

*Chaffee Young*

*Lois M. Young*

Defendants in propria persona

*Roy E. Badger*

*Ruth G. Badger*

Dated: 6-27-58

14222