**FILED**
JUL 7 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

1  Colgar L. Becker & Gloria C. Becker
   Defendants in propria persona
2  841 N. Orange ave.         mailing address
3  Fallbrook Calif.           359 E. Sonora St.
                              San Bernardino, calif.

4           IN THE UNITED STATES DISTRICT COURT
5              SOUTHERN DISTRICT OF CALIFORNIA
6                     SOUTHERN DIVISION

7  UNITED STATES OF AMERICA,    )  CIVIL NO. 1247 - SD - C
8              Plaintiff,        )  ANSWER OF DEFENDANTS
9        v.                      )  Colgar L. Becker &
10 FALLBROOK PUBLIC UTILITY     )  Gloria C. Becker
11 DISTRICT, ET AL,              )
12             Defendants,       )

13       The defendants, Colgar L. Becker & Gloria C. Becker
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17       ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                 AMENDATORY COMPLAINT
18
19       These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.
26            AFFIRMATIVE STATEMENT OF RIGHTS
27       These defendants own _____ acres of land in
   a lot 55.85' by 100' in San Diego County
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32
                    INDEXED
               COPY RECEIVED
                                                  14223

We need enough water to live in the house & water our lawn. Our average water bill a month states we use 158 thousand to 168 thousand gallons. The most we ever used is about 300 thousand gallons in one month.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Colgan L. Becker

Gloria C. Becker

Defendants in propria persona

Dated: June 26, 1958

14224

"Description of the Land

Lot 1 of Pruett and Short's Subdivision of Block 65 of West Fallbrook, according to map thereof No. 490, filed in the office of the County Recorder of San Diego County, February 20, 1888, together with that portion of the West Half of Deacon Street adjoining said Lot 1 on the East, said portion of Deacon Street being now vacated, and

14225

