SAM BOURIS, GEORGE BOURIS
AND MARY BOURIS

**FILED**

JUL 7 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

1   Defendants in propria persona
2   Route, 1 Box 154
    Romoland, California.

3

4                    IN THE UNITED STATES DISTRICT COURT

5                    SOUTHERN DISTRICT OF CALIFORNIA

6                          SOUTHERN DIVISION

7

8   UNITED STATES OF AMERICA,        )
                                     )   CIVIL NO. 1247- SD - C
9              Plaintiff,            )
                                     )   ANSWER OF DEFENDANTS
            v.                       )
10                                   )
    FALLBROOK PUBLIC UTILITY         )
11  DISTRICT, ET AL,                 )   SAM BOURIS, GEORGE BOURIS
                                     )   AND MARY BOURIS
12              Defendants.          )

13      The defendants,  SAM BOURIS, GEORGE BOURIS AND MARY BOURIS

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT

18

19      These answering defendants hereby incorporate by reference

20  all of the allegations contained in the answer to said Complaint and

21  Supplementary and Amendatory Complaint filed in this case by Newton

22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23  of the portion thereof entitled "Affirmative Statement of Rights")

24  and make each and all of said allegations a part of this answer

25  the same as if herein set forth at length.

26          AFFIRMATIVE STATEMENT OF RIGHTS

27      These defendants own  640   acres of land in  Riverside

28  County, California, and within the watershed of the Santa Margarita
    of which approximately 320 acres are
    The said 640 acres are                                   INDEXED

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a   COPY RECEIVED

31  part of this statement. The portion of said 640 acres lying within

EXHIBIT "A"

That certain land in the County of Riverside,
State of California, described as follows:

Section 27, Township 6 South, Range 3 West, S.B.B&M

Exhibit A, comprising approximately 320 acres.
This land is riparian to an unnamed stream which
flows during rainy weather, mostly during the
spring of each year. No part of said land is now
used for agricultural purposes. However, approximately
60 to 70 acres are suitable for development into
tillable land, suitable for agricultural purposes,
and capable of raising all crops common to the
general area. In addition there are numerous places
along said stream suitable for cabin sites.

II

Defendants claim the right to develop said 60 to
70 acres for agricultural purposes and to that end to sink
such wells upon the land and draw water therefrom and to
use such water from said stream as will yield 4.2 acre
feet of water per acre per year upon that portion of said land
which may be made tillable, together with such water as may be
necessary for domestic use.

WHEREFORE, these defendants pray that plaintiff take

nothing against them by reason of the Complaint and Supplementary

and Amendatory Complaint on file herein; that said Complaint be

dismissed as against these defendants; that defendants' right to

water, as hereinabove set forth, be quieted as against the plain-

tiff and against all other defendants in this action; and for such

other and further relief as the Court may deem proper.

*Sam Bouris*

*George Bouris*

*Mary Bouris*

Defendants in propria persona

Dated: June 26, 1958

14223