FILED

JUL 7 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

1  Margaret Lindall BUCK, A Widow
   Defendants in propria persona
2  845 E Porter Street
   Fallbrook, California

3

4              IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

5                    SOUTHERN DIVISION

7

8  UNITED STATES OF AMERICA,        )
                                     )   CIVIL NO. 1247- SD - C
                     Plaintiff,      )
9                                    )   ANSWER OF DEFENDANTS
      v.                             )
10                                   )   Margaret Lindall BUCK
   FALLBROOK PUBLIC UTILITY          )   a Widow
11 DISTRICT, ET AL,                  )
                                     )
12                  Defendants.      )

13        The defendants,

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT

18

19        These answering defendants hereby incorporate by reference

20 all of the allegations contained in the answer to said Complaint and

21 Supplementary and Amendatory Complaint filed in this case by Newton

22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23 of the portion thereof entitled "Affirmative Statement of Rights")

24 and make each and all of said allegations a part of this answer

25 the same as if herein set forth at length.

26           AFFIRMATIVE STATEMENT OF RIGHTS

27        These defendants own   one(1) acres of land in

28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.

32

INDEXED

14229

COPY RECEIVED

1  My source of water is from the Fallbrook  Public Utility District

2  I reserve the right to provide and use water, at a future date,

3  yet unknown to me at this time for a Duplex, Apartment buildings,

4  or homes of any kind, by claiming the right to percolating

5  water of any kind, or by claiming the right to dig or drill

6  a well, or any other means  available at that time.   I

7  claim all the rights of overlying land owners and to water

8  which may originate in or may be found on or under or which may

9  cross our land.

10  I hereby incorporate, the same as though set forth herein in full

11  all the  affirmative defenses of the Fallbrook Public Utility

12  District set on file in the preceedings.

13  Furthermore I pray the courts to award me adequate damages to

14  reimburse me for the cost of preparing and prosecuting my

15  defense, to alleviate the greivious physical, moral and

16  intellectual suffering inflicted upon my by this  attempted

17  usurpation of property rights, instituted against my by the

18  agencies of the United States Government.
     **WHEREFORE, these defendants pray that plaintiff take**

19  **nothing against them by reason of the Complaint and Supplementary**

20  **and Amendatory Complaint on file herein; that said Complaint be**

21  **dismissed as against these defendants; that defendants' right to**

22  **water, as hereinabove set forth, be quieted as against the plain-**

23  **tiff and against all other defendants in this action; and for such**

24  **other and further relief as the Court may deem proper.**

25

26

27                          *Margaret Lindall Buck*

28                          _____

29                          **Defendants in propria persona**

30

31  **Dated:**  20 JUNE 1958

32                          *Ralph C Noble*                14230
                            *as Trustee*

EXHIBIT "A"

Description of land in the State of California, County of San Diego

All that portion of Lot 1, (Southwest Quarter of the Southwest Quarter) of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, according to United States Government Survey approved September 11, 1879 described as follows:

Beginning at the Southeast corner of said Lot 1;  thence along the South line of said Lot 1, South 89°48' West 90 feet to the West line of the Atchison, Topeka and Santa Fe Railway right of way;  thence along said West line of said right of way, North 0°05' East 643.69 feet to the intersection of the Easterly prolongation of the North line of the parcel of land conveyed to Thor Hansen by deed recorded in Book 751 page 158 of Official Records, being the true point of beginning;  thence along said Easterly prolongation of the North line of said Hansen's parcel,  South 89°32'30" West 169.83 feet to a point, distant North 89°32'30" East 120 feet from the Northeast corner of said Hansen parcel;  thence parallel to the East line of said Hansen parcel and its Southerly prolongation South 0°04' East 257.30 feet;  thence parallel to said Easterly prolongation of the North line of said Hansen parcel North 89°32'30" East 169.16 feet to said West line of the Atchison, Topeka and Santa Fe Railway, thence along said West line North 0°05' East 257.30 feet to the true point of beginning.

14231

