W.E. DAVIS and KATHLEEN DAVIS
Defendants in propria persona
P.O. Box 163
Fallbrook, California

**FILED**

JUL 7 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| vs. | ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | W.E. DAVIS AND KATHLEEN DAVIS |
| Defendants, | |

The defendants, W.E. DAVIS and KATHLEEN DAVIS each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 3/4 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

14232

INDEXED

COPY RECEIVED

**Def**endants claim all rights to waters percolating on or through their land whether for domestic, industrial, business or irrigation purposes. They have a home and family fruit trees.

The defendants herin neither waive or relinquish their right or rights to the present use or future development and use of water, including the r ght to store water in, render or upon any and all such rights. They further deny each and every allegation as contained in the complaint against them.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*W. E. Davis*

*Kathleen Davis*

Defendants in propria persona
W.E. DAVIS
KATHLEEN DAVIS
P.O. Box 163
Fallbrook, California

Dated: May 26, 1958

14233

Exhibit A

That portion of Lots 4, 5, and 8 in Block "J", a portion of Lots 4 and 5 in Block "Q" and a portion of Block "K", all in Bartlett's Addition to West Fallbrook No. 1, in the County of San Diego State of California, according to the Map thereof No. 470, and that portion of those certain streets in said Barlett's Addition to West Fallbrook No. 1 that were closed to public use on February 15, 1893, by an order of the Board of Supervisors of San Diego County made on that date, and which said order was recorded in Book 15, page 310 of the Records of said Board, described as a whole as follows:

Beginning at a point in the East line of said Block "Q", distance South 0° 40' 30" West 78.93 feet from the Northeast corner of said Block "Q"; thence continuing along the East line of said Block "Q", South 0° 40' 30" West, 84 feet; thence parallel with the center line of View Street, as shown on said Map of Bartlett's Addition, and its Westerly prolongation North 89° 22' West, 249 feet to the East line of the parcel of land conveyed by Alfred L. Finley, et us, to Esther Phillips by deed recorded in Book 1295, page 391 of Official Records; thence along said East line of the land of Phillips, North 0° 43' 15" East, 84 feet; thence South 89° 22' East, 248.93 feet to the point of beginning.

14234