F I L E D

JUL 7 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Defendants in propria persona
Robert E Hale for Linnea H Hale (deceased)
1431 Acacia St.
San Bernardino, Calif

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
              Plaintiff,         )
                                 )   ANSWER OF DEFENDANTS
     v.                          )   Robert E Hale
                                 )   Linnea H. Hale (deceased)
FALLBROOK PUBLIC UTILITY         )
DISTRICT, ET AL,                 )
              Defendants,        )

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 3 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

Three (3) acres of land on which there is now located one well, and all rights are reserved to locate as many wells as may be deemed necessary in the future for business, domestic use, for stock or for irrigation.

INDEXED

14235

COPY RECEIVED

That certain real property in the County of Riverside, State of California, described as:

That portion of the Easterly 32 acres of the Southeast Quarter of the Northeast Quarter of Section 18, Township 8 South, Range 1 East, San Bernardino Base and Meridian, as shown by United States Government Survey approved October 11, 1895, lying Easterly of the following described line:

BEGINNING at a point on the Southerly line of the Southeast Quarter of the Northeast Quarter of said Section, which bears North 89° 07' 10" West, 526.03 feet from the Southeast corner of said Southeast Quarter of the Northeast Quarter;

Thence North 27° 56' 30" East 291.55 feet to the beginning of a curve concave to the West, having a radius of 700 feet; thence continuing on said curve, through an arc distance of 245.36 feet;

Thence North 04° 51' 30" East, 344.94 feet to the beginning of a curve concave to the West, having a radius of 500 feet; thence continuing on said curve, through an arc distance of 133.66 feet; thence North 10° 27' 30" West, 341.87 feet, to the Northerly line of the Southeast Quarter of the Northeast Quarter of said Section 18.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Robert E. Hale*

For himself and for Linnea H. Hale, Deceased,

Defendants in propria persona

Dated: June 26, 1958.

14236