

FILED
JUL 7 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By
DEPUTY CLERK

STEVEN C. MYERS AND MYRTIS C. MYERS
Defendants in propria persona
1133 East Mission Road (P.O. Box 702)
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>Defendants, | ) | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>STEVEN C. MYERS and MYRTIS C. MYERS. |

The defendants, STEVEN C. MYERS AND MYRTIS C. MYERS? each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 7.75 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement, and herin-after refered to as parcels #1 and #2.

INDEXED

COPY RECEIVED 14237

Exhibit A

Parcel #1

All that portion of the West half of the Northeast quarter of the Northwest quarter of Section 19, Township 9 South, Range 3 West, S.B.M. in the County of San Diego, State of California, described as follows:

Beginning at the Northeast corner of said West half of the Northeast quarter of the Northwest quarter of said Section 19; thence South 0 degrees 08 minutes East along the East line of said West half, a distance of 618 feet; thence at right angles South 89 degrees 52 minutes West, a distance of 281.9 feet to the Southeast corner of a parcel of land conveyed to Charles E. Leeming, by deed dated June 20, 1932 and recorder in Book 140, page 45 of the Official Records of San Diego County; thence North 0 degrees 08 minutes West along the East line of said parcel, a distance of 618 feet to the Northeast corner thereof, being a point on the North line of said Section 19; thence East along said North line of said section, a distance of 281.9 feet to the point of beginning.

Parcel #2

All that portion of the W½ of the NE¼ of the NW¼ of Section 19, Township 9 South, Range 3 West S.B.M. in the County of San Diego, State of California, according to the United States Government Survey approved September 11, 1879 described as follows:

Commencing at the Northeast corner of said W½ of the NE¼ of the NW¼ of said Section 19, thence South 00 degrees 08 minutes East along the east line of said W½ of the NE¼ of the NW¼ 618 feet to a point, thence at right angles South 89 degrees 52 minutes West being parallel with North line of said Section 19, for a distance of 281.9 feet, to the true point of beginning; thence continuing South 89 degrees 52 minutes West a distance of 57.1 feet to a point on the Easterly line of right-of-way of Atchison, Topeka and Santa Fe Railway right-of-way, thence along said right-of-way line Northwesterly on a curve concave to the Northeast and having a radius of 666.8 feet for a distance of 611.6 feet, thence Northerly on a curve concave to the East and having a radius of 892.3 feet a distance of 94.7 feet, thence on a tangent North 00 degrees 06 minutes East a distance of 36.82 feet to a point on the North line of Section 19; thence Easterly along said North line a distance of 356.3 feet to a point, thence South 00 degrees 08 minutes a distance of 618 feet to the true point of beginning.

Parcel #3

Lots 4&5 of Block 38 in the County of San Diego, State of California in the town of West Fallbrook, in accordance with map number 743.

14238

Parcel #4

East 110 feet of the North half of Block One Hundred Two of West Fallbrook, in the County of San Diego, State of California, according to the Map thereof No. 567, filed in the office of the Recorder of said San Diego County, October 9, 1888.

Parcel #5

North half, Excepting therefrom the Westerly 100 feet and Excepting therefrom the Easterly 110 feet, of Block One Hundred Two of West Fallbrook, in the County of San Diego, State of California according to the Map thereof No. 567, filed in the office of the Recorder of Sadi San Diego County, October 9, 1888.

Parcel #2 has a well on it which was there when defendants family purchased the property in 1937. At that time it was furnishing water for about 20 acres of citrus, including parcels #1 and #2. Defendants are now pumping 20 gallons per minute for irrigation purposes on both parcels #1 and #2, as well as for domestic use. This land is suitable for growing fruit trees, avocados, flowers, truck farming, grain, alfalfa, or permanent pasture.

II

Defendants claim the right to use 36 acre feet of water per year from said well on this land. Defendants do not claim any riparian, prescriptive, or appropriative rights for this land.

Parcels #3, #4, and #5 are in San Diego County, California and are city lots. Defendants therefore do not claim any riparian, prescriptive, or appropriative rights for this land either.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

S. C. Myers

Myrtis C. Myers

Defendants in propria persona
1133 East Mission Road (P.O. Box 702)
Fallbrook, California

Dated: June 25, 1958