FILED

JUL 7 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK

THOMAS L. SHELD and JACQUELINE K. SHELD
Defendants in propria persona
P. O. Box 35
Murrieta, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )   CIVIL NO. 1247- SD - C
                Plaintiff,          )
                                    )   ANSWER OF DEFENDANTS
        v.                          )
                                    )   THOMAS L. SHELD and
FALLBROOK PUBLIC UTILITY            )   JACQUELINE K. SHELD
DISTRICT, ET AL,                    )
                                    )
                Defendants.         )

        The defendants,    THOMAS L. SHELD and JACQUELINE K. SHELD

each severing from their co-defendants and each for himself or her-

self alone, in answer to the Complaint and Supplementary and Amenda-

tory Complaint on file herein, admit, deny, and allege:

        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                 AMENDATORY COMPLAINT

        These answering defendants hereby incorporate by reference

all of the allegations contained in the answer to said Complaint and

Supplementary and Amendatory Complaint filed in this case by Newton

T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

of the portion thereof entitled "Affirmative Statement of Rights")

and make each and all of said allegations a part of this answer

the same as if herein set forth at length.

        AFFIRMATIVE STATEMENT OF RIGHTS

        These defendants own one (1)  acres of land in  Riverside

County, California, and within the watershed of the Santa Margarita

River, more particularly described in the document attached hereto,

marked Exhibit A, which is hereby incorporated by reference as a

part of this statement.

INDEXED

COPY RECEIVED          14240

1    These defendants allege:

2         At present, water is pumped from a well on the premises for domestic
use, vegetable garden, lawn and fruit and shade trees.

3

4         Said defendants land is suitable for irrigated permanent pasture.
We plan to use water pumped from underground sources on the premises
to irrigate this land in the future.

5

6         We have always used our land and water rights freely and exclusively
in the past and hope to do so in the future.

7         That the said land was a part of the Temecula Rancho Land Grant,
which carried with it full and complete rights to all minerals and
8    water from the Mexican Government.

9         That by the Treaty of Guadalupe Hidalgo in 1848, these rights to
minerals and water were given absolutely and forever to the owners
10   and their successors in interest to said land grant, or any part
thereof, including the said land owned by these defendants.

11

12        Said Treaty of Guadalupe Hidalgo operated as a confirmation in
praesenti of all perfect titles to lands in California held under
13   Mexican Grants.

14        The plaintiff, United States of America, is in legal duty bound
to carry into effect the stipulations contained in said treaty and
therefore has no claim or right to any water or minerals rights in, on,
15   or under these defendants' said land.

16        Defendants claim exclusive and sole right to use all underground
water, all water above ground, all water that falls on, or runs on
17   from rainfall and all water that can be contained on said land by means
of reservoirs or other means with respect to their said land.

18        **WHEREFORE, these defendants pray that plaintiff take**

19   **nothing against them by reason of the Complaint and Supplementary**

20   **and Amendatory Complaint on file herein; that said Complaint be**

21   **dismissed as against these defendants; that defendants' right to**

22   **water, as hereinabove set forth, be quieted as against the plain-**

23   **tiff and against all other defendants in this action; and for such**

24   **other and further relief as the Court may deem proper.**

25

26

27                        *Thomas S. Shield*

28                        *Jacqueline K. Shield*

29                        **Defendants in propria persona**
                          P. O. Box 35
30                        Murrieta, California

Dated:  June 25, 1958

31

32                                                    14241

"Exhibit A"

That portion of Lot 66 of the Murrieta Portion of the Temecula Rancho, as shown by map of the Temecula Land and Water Company showing the subdivision of a portion of the Temecula Ranch, on file in Book 8 page 359 of Maps, San Diego County Records, described as follows:

Beginning at the Northeasterly corner of said Lot 66, which said corner is in the center of Jefferson Street, as shown on said Map; thence Northwesterly, on the center line of Jefferson Street, 208 feet; thence at right angles Southwesterly 208 feet; thence at right angles Southeasterly 208 feet, to the Southeasterly line of said Lot 66; thence Northeasterly, on the Southeasterly line of said Lot, 208 feet, to the point of beginning.

14242