LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

FILED

JUL 7 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,

      Defendants.

No. 1247- SD - C

AMENDED ANSWER OF
RICHARD F. MATTHEWS
and
ROSABEL L. MATTHEWS

    Defendants Richard F. Matthews and Rosabel L. Matthews, pursuant to leave of the Special Master, file their Amended Answer herein.

I

    Repeat and re-allege, the same as though set forth herein in full all of the allegations contained in their Answer on file herein.

II

    The lands of defendants located in Section 21, Township 8 South, Range 4 West, San Bernardino Meridian, and located in the Southeast quarter of the Northeast Quarter of Section 20, Township 8 South, Range 4 West, San Bernardinoa Meridian overlie percolating ground waters, not a part of any stream. Defendants have developed numerous springs on said lands, and assert absolute rights to the use of the waters of said springs.

- 1 -

INDEXED

14243

COPY RECEIVED

1  DATED: JULY 5, 1958.

SACHSE and PRICE,

By /s/ Franz R Sachse
Franz R Sachse
Attorneys for Defendants
Richard F. Matthews and
Rosabel L. Matthews

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-1154

- 2 -

14244

**STATE OF CALIFORNIA,**
**COUNTY OF** San Diego } ss.    1247 - SD - C

Franz R. Sachse, _____, being first duly sworn, says: That affiant, whose address is

1092 South Main St., Fallbrook, California

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached __Amended Answer of Defendants Richard F. Matthews__

__and Rosabel L. Matthews__
(Copy title of paper served)

on the __plaintiff__ in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

Mr. Wm. H. Veeder, 325 F Stree, San Diego, California

(Name and address as shown on the envelope)

sealed and deposited on the __5th__ day of __July__, 195_8_, in the United States Mail at

__Fallbrook, San Diego County, California__
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __5th__
day of __July__, 195_8_.

_Curtis K. Price_
Notary Public in and for said County and State

(SEAL)

Stuart's FORM 23

My Commission expires __Oct 14, 1961__

14244-A