1965 Olive Avenue
Long Beach 6, Calif.
24    June    1958

**FILED**
JUL 7 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____ DEPUTY CLERK

Mr. J.L. Rankin:

    We have purchased the home of Dr. Hunter from his son, in Wildomar, Calif. (Darby Street).

    William McLean, Jr.

    Minerva McLean

We will use this water for domestic purposes and irrigating the small garden.    We don't know when we will move up, we will go up at least a few days a month.

**INDEXED**

**COPY RECEIVED**

14245