PARKER, MILLIKEN & KOHLMEIER
650 South Spring Street
Los Angeles 14 California
Madison 4 1451

Attorneys for Defendants

FILED

JUL 7 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 1247-SD-C |
| vs. ) | CERTIFICATE OF SERVICE |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) ET AL., INCLUDING GORDON SPENCER, ) | |
| Defendants ) | |

CERTIFICATE OF SERVICE OF ANSWER, etc.
OF DEFENDANT GORDON SPENCER

I, HARRISON HARKINS, a member of the bar of the Court, certify that I served a copy of the "Answer Counterclaim and Cross-Claim of Gordon Spencer to Complaint and Supplementary and Amendatory Complaint" in the above styled action on J. Lee Rankin, the attorney for the plaintiff. Said service was made on June 20, 1958 by me by depositing a copy of said answer, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, County of Los Angeles, California, said envelope being addressed to the person and address stated in the summons, namely,

J. LEE RANKIN, SOLICITOR GENERAL,
ROOM 332, 325 West F Street, San Diego, California.

DATED: July 7 1958.

Harrison Harkins

4038