```
1   SACHSE and PRICE
    Attorneys at Law
2   1092 South Main St.,
    Fallbrook, California
3   Phone: RAndolph 8 1154.
```



```
            IN THE UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF CALIFORNIA
                       SOUTHERN DIVISION

UNITED STATES OF AMERICA,         )
                                  )
            Plaintiff,            )
                                  )   No. 1247 SD C
       vs                         )
                                  )   REQUEST FOR
FALLBROOK PUBLIC UTILITY DISTRICT,)   ADMISSIONS UNDER
a public service corporation of the)  RULE 36
State of California, et al.,      )   ANNE B. HALL, as surviving
                                  )   Joint Tenant of Anne B. &
            Defendants,           )   E. Gordon Hall
```

Defendants ANNE B. HALL, as surviving Joint Tenant of Anne B. and E. Gordon Hall, request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

1. Defendants are the owners of the lands described in their answer herein.

2. The lands described in the answer of defendants include one third (1/3) acres of irrigable land.

3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

4. The lands of defendant do not abut upon and are not riparian to any stream.

- 1 -

4036

5. The lands of defendant overlie percolating ground waters not a part of any stream.

DATED : JUNE 30, 1958.

SACHSE and PRICE

BY _____
Franz R. Sachse
Attorneys for defendant
ANNE B. HALL, as surviving joint tenant of Anne B. and E. Gordon Hall.

- 2 -

4037