SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154



FILED JUN 30 1958
JOHN M. CRANSTON
SPECIAL MASTER
BY _____ CLERK

FILED JUL 7 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,)
            Plaintiff,    )
                          )   No. 1247-SD-C
    vs.                   )
                          )   REQUEST FOR
FALLBROOK PUBLIC UTILITY DISTRICT, )  ADMISSIONS UNDER
a public service corporation of the )  RULE 36
State of California, et al.,       )  JAMES R. CHESS and
                          )           KATHLEEN P. CHESS
            Defendants.   )

Defendants JAMES R. CHESS and KATHLEEN P. CHESS, Husband and Wife,

request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

1. Defendants are the owners of the lands described in their answer herein.

2. The lands described in the answer of defendants include forty (40) acres of irrigable land.

3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

4. The lands of defendants do not abut upon and are not riparian to any stream.

- 1 -

4007

         The lands of defendants overlie percolating ground
waters not a part of any stream.

DATED: JUNE 30, 1958/

                                SACHSE and PRICE,

                                By /s/ Franz R. Sachse
                                   Franz R. Sachse
                                Attorneys for Defendants
                                JAMES R. CHESS and
                                KATHLEEN P. CHESS

- 2 -

4008