FILED
JUL 7- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

NO. 1247-SD-C

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

FALLBROOK PUBLIC UTILITY DISTRICT, et al,

    Defendants.

ACKNOWLEDGEMENT OF RECEIPT

I hereby acknowledge receipt of copies of the Answers in the above entitled case of the following named defendants:

    MINNIE BARELL

    HOBART A. BROWN

    MARY S. CHANDLER

    JULIAN C. GODDARD and ANELLA C. GODDARD

    JOSEPH ANTHONY GRUNER and JUNE BARBARA GRUNER

    W. B. HANEY

    J. L. KENDRICK and ALICE R. KENDRICK

    ADOLPH L. LESSEL and FAE J. LESSEL

    WILLIAM F. HOLCOMB, PAUL J. HARTLEY, JR., CHARLOTTE M. HARLEY, WILLIAM R. HARTLEY, JOAN M. HARTLEY, KENNETH H. HARTLEY, EVELYN B. HARTLEY, DONALD J. HARTLEY, LOIS K. HARTLEY, JOHN HOLCOMB BONE, PEGGY SUE BONE, HARRY R. WILKINSON and BARBARA LUCILE WILKINSON

    ETHEL L. RUSSELL

    H. C. WOODROW and LILLIAN L. WOODROW

DATED: 2 July 1958.

                                                                       [signature]

4011