FILED

JUL 7 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

CIVIL NO. 1247-SD-C

UNITED STATES OF AMERICA,         )
          Plaintiff,              )
     v.                           )   ACKNOWLEDGMENT OF RECEIPT
FALLBROOK PUBLIC UTILITY          )
DISTRICT, ET AL,                  )
          Defendants.             )

I hereby acknowledge receipt of copies of the Answers in the above entitled case of the following named defendants:

    A. S. AVERILL and CECELIA V. AVERILL

    MURREL C. JENSEN and VICTORIA JENSEN

    ALFRED MORRIS and JULIA V. MORRIS,
    JOHN CIANFRINI and CAROL JOAN CIANFRINI

    ELIZABETH LARSON and RAY LARSON

    ROBERT A. OSWALD and EDYTHE A. OSWALD

    LEWIS RAWSON

    LAWRENCE A. ROSS and GLADYS L. ROSS

    SAMUEL R. WILSON

    ROSCOE McDANIEL and LILLIE C. McDANIEL

    FRANKLIN L. BARNES and ALICE G. BARNES;
    CHAFFEE YOUNG and LOIS M. YOUNG;
    RAY E. BADGER and RUTH C. BADGER

    EDGAR L. BECKER and GLORIA E. BECKER

    SAM BOURIS, GEORGE BOURIS and MARY BOURIS

    MARGARET LINDALL BUCK (Ralph C. Noble, as Trustee)

    DAVIS, W. E. and KATHLEEN DAVIS

1 ROBERT E. HALE, for LINNEA H. HALE, DECEASED
2 STEVEN C. MYERS and MYRTIS C. MYERS
3 THOMAS L. SHELD and JACQUELINE K. SHELD

5 DATED: 30 June 1958

2.