JACK L. EARP  PLATEAU 3-3163

BEST ELECTRIC CO.
P. O. BOX 351
CARDIFF, CALIFORNIA



FILED
JUL 7 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

June 23, 1958

J. Lee Rankin
Solicitor General
Room 332  325 West F. St.
San Diego, Calif.

Dear Sir:

      We answered this summons on June 1, 1958 with a letter to your office. We Sold this property 3 years ago and its just now gone thru Escrow in the name of Earl & Lois Conway.

      We feel the water rights are very important to our Fallbrook property in order to live there. Mr. & Mrs. Conway use more than the minimum water amount.

      The more water Fallbrook has the more it will grow in population. There will also be more Citrus Fruits and agriculture produce grown which will help our country. To bring more people into the area will benefit everyone.

      If there is any way to bring more water into the Fallbrook Public Utility District, we feel every effort should be made to do it.

      Very truly Yours,

      Jack L. & Phyllis C. Earp.

*Jack L. by Phyllis C. Earp.*

INDEXED

COPY RECEIVED

14248