## Verdi Development Company
— URANIUM AND GOLD MINING —
2623 HYPERION AVENUE
LOS ANGELES 27, CALIFORNIA

FILED
JUL 8 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

United States District Court
J Lee Rankin, Solicitor General
R 332, 325 West "F" Street
San Diego Calif.

Dear Sir;

Re # 1247-SD-C
Summons.

On Page 72, Exhibit "H", of the above summons "Verdi" is named as user of water in the watershed.

These items may be pertinent.

(1) Verdi is almost extinct by being broke.
(2) The leases are tungsten, which has had no market for over 2 yrs.
(3) Hence, Verdi has not operated the leases during this time.
(4) Verdi is trying to quitclaim the property & have nothing to do with it, as soon as it evacuates some of its equipment.
(5) Verdi can not afford a lawyer nor

14246

to appear in person to fight this case.

6) Vende will abide by any decisions that will be arrived for mining leases in a public domain.

7) Have fun & please don't disturb us.

Sincerely,

M. Kovalenko
pres.