FILED

JUL 8- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By William W. Luddy

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                           )
           Plaintiff,      )
                           )
       v.                  )   NO. 1247-SD-C
                           )
FALLBROOK PUBLIC UTILITY DISTRICT, )
et al.,                    )
                           )
           Defendants.     )

EX PARTE APPLICATION FOR ORDER ENLARGING TIME

AFFIDAVIT

and

ORDER ON EX PARTE APPLICATION ENLARGING TIME

HONORABLE JAMES M. CARTER
United States District Judge
Presiding

HONORABLE JOHN M. CRANSTON
Special Master

E. E. WILES
305 Royal Hawaiian Avenue
Honolulu, Hawaii

Attorney for Defendant
GLADYS W. WALKER, formerly known
as GLADYS K. WILLIAMS.

J. LEE RANKIN, Solicitor
        General
Room 332
325 West "F" Street
San Diego, California

Attorney for the Plaintiff.

4039

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | NO. 1247-SD-C |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) et al., ) | |
| Defendants, ) | |

EX PARTE APPLICATION FOR ORDER ENLARGING TIME

GLADYS K. WILLIAMS now known as GLADYS W. WALKER, a defendant in the above entitled action by her attorney, E. E. WILES, applies ex parte to the court for an order enlarging the time to serve her responsive pleading to the court plaintiff's complaint from 6th of July to 26th of July, 1958. This application is made before the expiration of the period orginally prescribed, and is based upon the grounds set forth in the affidavit of defendant, GLADYS W. WALKER, hereto annexed as Exhibit A.

Dated: June 30, 1958

*E. E. Wiles*
E. E. Wiles
Attorney for Defendant
Address: 355 Royal Hawaiian Avenue
Honolulu, Hawaii

4040

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
)
                      Plaintiff, )
)
    v. )
)
FALLBROOK PUBLIC UTILITY DISTRICT, )
et al., )
)
                    Defendants, )

### AFFIDAVIT

TERRITORY OF HAWAII      )
                                   ) SS
CITY AND COUNTY OF HONOLULU )

    GLADYS W. WALKER, formerly known as GLADYS K. WILLIAMS, being first duly sworn on oath, deposes and says as follows:

    That she is one of the defendants in the above entitled matter; that the pleading on file in the above entitled matter are complex and that making a proper answer thereto will require the services of an attorney who is familiar with the water rights litigation in California; that she has been unable to determine which California attorney will represent her in this matter, and needs and additional twenty days within which to do so.

                                                           /s/ Gladys W. Walker
                                                               GLADYS W. WALKER

Subscribed and sworn to before me
this 30 day of June, 1958.

/s/ Ernest Edward Wile
Notary Public, First Judicial
Circuit, Territory of Hawaii
My commission expires: August 1, 1958.

4041


IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
               Plaintiff,  )
      v.  )   NO. 1247-SD-C
FALLBROOK PUBLIC UTILITY DISTRICT, )
et al.,  )
               Defendants,  )

ORDER ON EX PARTE APPLICATION ENLARGING TIME

This matter having been presented to the court on the es parte application of the defendant, GLADYS W. WALKER, formerly known as GLADYS K. WILLIAMS, for an order enlarging the time to answer or otherwise plead to the plaintiff's complaint from 6th of July, 1958, to the 26th of July, 1958 and good cause having been shown:

It is ordered, that the time within which the defendant GLADYS W. WALKER must serve her answer or otherwise plead to the plaintiff's complaint be enlarged from 6th of July, 1958, to the 26th of July, 1958.

Dated: 7/7/58, 1958         /s/ James M. Carter
                                      District Judge.

4042