```
 1              IN THE UNITED STATES DISTRICT COURT         F I L E D
 2                 SOUTHERN DISTRICT OF CALIFORNIA
 3                       SOUTHERN DIVISION                   JUL 8 - 1958
                                                          CLERK, U.S. DISTRICT COURT
 4   UNITED STATES OF AMERICA,    )                       SOUTHERN DISTRICT OF CALIFORNIA
                                  )                       By_____
 5              Plaintiff,        )      No. 1247-SD-C
                                  )
 6       v.                       )      AFFIDAVIT OF SERVICE BY MAIL
                                  )
 7   FALLBROOK PUBLIC UTILITY DISTRICT, )
     et al.,                      )
 8                                )
                Defendants.       )
 9
10   STATE OF CALIFORNIA  )
                          )  ss.
11   COUNTY OF SAN DIEGO  )
12           CALVIN J. CRUZ               , being first duly sworn, deposes and
13   says:  That he is a citizen of the United States and a resident of San Diego
14   County, California; that his business address is Office of Ground Water Re-
15   sources, Marine Corps Base, Camp Pendleton, California; that he is over the
16   age of eighteen years and is not a party to the above entitled action.
17           That, in the above entitled action, on    July 3, 1958    , he
18   deposited in the United States mail at Oceanside, California, in envelopes
19   bearing the requisite postage, at which places there is a delivery service
20   by United States mails from said post offices, a copy of
21     MEMORANDUM IN SUPPORT OF PETITION TO REMOVE CASE INITIATED BY
       SANTA MARGARITA MUTUAL WATER COMPANY IN SUPERIOR COURT OF SAN
22     DIEGO COUNTY, CALIFORNIA, and
23     MEMORANDUM RESPECTING THE JURISDICTION, POWER AND RESPONSIBILITY OF
       THIS HONORABLE COURT TO RENDER THE FULL AND COMPLETE RELIEF FOR WHICH
24     THE UNITED STATES OF AMERICA AND THE PARTIES HAVE PRAYED,
25   addressed to the last known addresses of the persons listed in Exhibit A,
     attached hereto and made a part hereof.
26                                               _____
27                                                       Calvin J. Cruz
     Subscribed and sworn to before me
28   this  7   day of   July, 1958
29
     _____
30   Notary Public in and for said
          County and State
31   (SEAL)
32   My Commission Expires  June 3, 1958
```

4043

| | | |
|---|---|---|
| 1 | Florence A. Anderson<br>Room 918<br>756 South Broadway<br>Los Angeles, California | Charles H. Carter<br>1025 Main Street<br>Corona, California |
| | Anderson & Anderson<br>Room 817<br>606 South Hill Street<br>Los Angeles 14, California | Howard E. Crandall<br>127 West Anaheim Boulevard<br>Wilmington, California |
| | Ashton, Drohan and Marchetti<br>3345 Newport Boulevard<br>Newport Beach, California<br>Attention: Harry Ashton | Crider, Tilson & Ruppe<br>548 South Spring Street<br>Los Angeles 13, California<br>Attention: Tom Halde |
| | Office of Attorney General<br>Library and Courts Building<br>Sacramento, California<br>Attention: Adolphus Moskovits,<br>Deputy Attorney General | William J. Cusack<br>Room 814<br>307 West 8th Street<br>Los Angeles, California |
| | Bates Booth & Gray, Binkley & Pfaelzer<br>458 South Spring Street<br>Los Angeles 13, California | Davidson & Russ<br>16405 South New Hampshire Ave<br>Gardena, California |
| | Bauder, Gilbert, Thompson & Kelly<br>Suite 939<br>458 South Spring Street<br>Los Angeles, California | Charles B. DeLong<br>507 Harbor Insurance Building<br>San Diego 1, California |
| | Best, Best & Krieger<br>Evans Building<br>Riverside, California | W. B. Dennis<br>365 Broadway<br>Vista, California |
| | A. A. Bianchi<br>Room 901<br>400 Montgomery Street<br>San Francisco, California | Leonard J. Difani<br>220 Loring Building<br>Riverside, California |
| | Thomas J. Burke<br>504 Granger Building<br>San Diego 1, California | Emmett E. Doherty<br>612 Flower Street<br>Los Angeles, California |
| | Busch & Maroney<br>367 North 2nd Avenue<br>Upland, California | J. A. Donnelley & Richard P. MacNulty<br>2655 4th Avenue<br>San Diego, California |
| | Bert Buzzini<br>2233 Fulton Street<br>Berkeley 4, California | Devor & Dorfman<br>924 Van Nuys Building<br>Los Angeles 14, California |
| | Cannon & Callister<br>650 South Spring Street<br>Los Angeles 14, California | Lawrence E. Drumm<br>Suite 820<br>458 South Spring Street<br>Los Angeles 14, California |
| | Mabel Clausen<br>320 First Trust Building<br>Pasadena, California | Ray C. Eberhard<br>Room 1231<br>215 West 7th Street<br>Los Angeles 14, California |
| | Clayson, Stark & Rothrock<br>Security Bank Building<br>Corona, California<br>Attention: George G. Grover<br>& Owen Strange | Estudillo & Bucciarelli<br>3900 Market Street<br>Riverside, California |
| | | Fendler, Weber & Lerner<br>333 South Beverly Drive<br>Beverly Hills, California |

4044

-1-

EXHIBIT A

| | | |
|---|---|---|
| 1 | Daniel W. Gage | Higgs, Fletcher & Mack |
| | Room 740 | 2250 Third Avenue |
| 2 | 458 South Spring Street | San Diego 1, California |
| | Los Angeles 13, California | |
| 3 | | William Murray Hill |
| | Garver & Garver | 620-621 First National Bank Bldg |
| 4 | Camas, Washington | San Diego 1, California |
| 5 | Arthur M. Gediman | Howland & Prindle |
| | 119 South Main Street | 639 South Spring Street |
| 6 | Elsinore, California | Los Angeles 14, California |
| 7 | Leo Goodman | G. Norman Kennedy |
| | 629 South Hill Street | Room 415 |
| 8 | Los Angeles 14, California | 234 East Colorado Street |
| | | Pasadena, California |
| 9 | Gold & Gold | |
| | Suite 304, Bay Cities Building | James H. Kindel, Jr. |
| 10 | Santa Monica, California | Suite 405, Rowan Building |
| | | Los Angeles 13, California |
| 11 | Abraham Gottfried | |
| | 424 South Beverly Drive | Courtney Lacey |
| 12 | Beverly Hills, California | 408 East Florida Avenue |
| | | Hemet, California |
| 13 | Frank E. Gray | |
| | 202 South Hamilton Drive | Launer, Chaffee & Launer |
| 14 | Beverly Hills, California | Bank of America Building |
| | | Fullerton, California |
| 15 | Samuel A. Greenburg | |
| | 1014 West Valley Boulevard | Walter Gould Lincoln |
| 16 | Alhambra, California | Suite 1113 |
| | | 742 South Hill Street |
| 17 | Alvin G. Greenwald | Los Angeles 14, California |
| | Suite 303 | |
| 18 | 6505 Wilshire Boulevard | Lindley, Lazar & Scales |
| | Los Angeles 42, California | 825 Bank of America Building |
| 19 | | San Diego 1, California |
| | Hahn, Ross & Saunders | |
| 20 | Suite 611 | Luce, Forward, Kunsel & Scripps |
| | 608 South Hill Street | 1220 San Diego Trust & Savings Bldg |
| 21 | Los Angeles 14, California | San Diego 1, California |
| 22 | Frank S. Hamburger | William H. Macomber |
| | 1031 Mills Tower | 1114 San Diego Trust & Savings Bldg |
| 23 | San Francisco, California | San Diego 1, California |
| 24 | Halverson & Halverson | Earl Malmrose |
| | Suite 611 | Room 651 |
| 25 | 704 South Spring Street | 1206 Maple Avenue |
| | Los Angeles 14, California | Los Angeles 15, California |
| 26 | | |
| | Leslie B. Hanson | Richard M. Marsh |
| 27 | 4412 York Boulevard | 54-262 Jackson Street |
| | Los Angeles, California | Indio, California |
| 28 | | |
| | Hash & Bernstein | Thomas P. Menzies |
| 29 | 31 South First Avenue | Room 803 |
| | Phoenix, Arizona | 458 South Spring Street |
| 30 | | Los Angeles 13, California |
| | J. E. Hemmi | |
| 31 | 220 North Nevada Street | Henry M. Moffatt |
| | Oceanside, California | 121 East 6th Street |
| 32 | | Los Angeles 14, California |

4045

-2-

EXHIBIT A

| | | |
|---|---|---|
| 1 | Neblett, Walker & Sullivan<br>3742 10th Street | Slaughter, Schlesinger & Schlecht<br>250 East Palm Canyon Drive |
| 2 | Riverside, California<br>Attention: John Neblett | Palm Springs, California |
| 3 | | Snyder & Snyder<br>215 South La Cienega Boulevard |
| 4 | A. J. O'Connor<br>639 South Spring Street | Beverly Hills, California |
| | Los Angeles 14, California | |
| 5 | | George Stahlman<br>Route 1, Box 235 |
| 6 | O'Melveny & Myers & George Stahlman<br>433 South Spring Street | Fallbrook, California |
| | Los Angeles 13, California | |
| 7 | | W. E. Starke<br>1130 Bank of America Building |
| 8 | Orrick, Dahlquist, Herrington & Sutcliffe<br>405 Montgomery Street | San Diego 1, California |
| | San Francisco 4, California | |
| 9 | Attention: Christopher M. Jenks | Hugo A. Steinmyer & Winfield Jones<br>650 South Spring Street |
| 10 | George M. Pierson | Los Angeles 14, California |
| | 816 Continental Building | |
| 11 | Los Angeles 13, California | Stone & Moran<br>880 East Colorado Street |
| 12 | Postel & Postel | Pasadena, California |
| | 400 Montgomery Street | |
| 13 | San Francisco 4, California | Swanwick, Donnelly & Proudfit<br>Suite 912 |
| 14 | Richardson & Henderson | 626 South Spring Street |
| | 174 North Palm Canyon Drive | Los Angeles 14, California |
| 15 | Palm Springs, California | |
| | | Swing & Swing |
| 16 | Riedman, Dalessi, Shelton & Beyer | 313 Central Building |
| | Suite 426 | San Bernardino, California |
| 17 | 110 West Ocean Boulevard | |
| | Long Beach 2, California | Swing, Scharnikow & Staniforth |
| 18 | Attention: Fred M. Riedman | Suite 604 |
| | | 530 Broadway |
| 19 | Office of Riverside County Counsel | San Diego 1, California |
| | County Court House | Attention: Phil D. Swing |
| 20 | Riverside, California | HANSON |
| | Attention: Wilburn J. Murry, Deputy | Tanner, ~~Thorton~~ & Myers |
| 21 | James H. Angell, Deputy | 215 West 7th Street |
| | | Los Angeles 14, California |
| 22 | Sachse & Price | |
| | 1092 South Main Street | Harry E. Teasdall |
| 23 | Fallbrook, California | 114 North Main Street |
| | | Fallbrook, California |
| 24 | Office of San Diego County District Attorney | |
| | 302 Civic Center | Teschke, Rowe & Cramer |
| 25 | San Diego 1, California | 359 North Cannon Drive |
| | Attention: Robert G. Berrey, | Beverly Hills, California |
| 26 | Deputy District Attorney | |
| | | Thompson & Colegate |
| 27 | Sarau, Adams, Neblett & Sarau | 405 Citizens Bank Building |
| | Suite 308 | Riverside, California |
| 28 | 3972 Main Street, | |
| | Riverside, California | Triney & Mirich |
| 29 | | 565 West 5th Street |
| | Gary W. Sawtelle | San Pedro, California |
| 30 | 650 South Spring Street | |
| | Los Angeles 14, California | Van Dyke, Dellenback & McGoodwin |
| 31 | | 110 East 6th Street |
| | J. D. Skeen | Medford, Oregon |
| 32 | ~~802~~ Utah Oil Building | |
| | Salt Lake City, Utah | |

4046

-3-

EXHIBIT A

| | |
|---|---|
| 1 | Watson, Hart & Mieras |
|   | 5939 Monterey Road |
| 2 | Los Angeles 42, California |
|   | |
| 3 | G. E. Weikert |
|   | 918 Oviatt Building |
| 4 | Los Angeles 14, California |
|   | |
| 5 | Weyl, Dunnaway & Weyl |
|   | 6331 Hollywood Boulevard |
| 6 | Los Angeles 38, California |
|   | |
| 7 | Whitney & Friedlander |
|   | 8736 Sunset Boulevard |
| 8 | Los Angeles 46, California |
|   | |
| 9 | Wyckoff, Parker, Boyle & Pope |
|   | P. O. Box 960 |
| 10 | Watsonville, California |
|   | |
| 11 | Dennett Withington |
|   | 1317 E Street |
| 12 | San Bernardino, California |
|   | |
| 13 | Cornelius T. Waldo |
|   | 10742 Nassau Avenue |
| 14 | Sunland, California |
|   | |
| 15 | Robert W. Walker, Henry M. Moffatt, |
|   | Robert S. Curtiss |
| 16 | 448 Santa Fe Building |
|   | Los Angeles, California |
| 17 | |
| 18 | F. W. Willett |
|   | P.O. Box 103 |
| 19 | Fallbrook, California |
|   | |
| 20 | Stark & Champlin |
|   | Financial Center Building |
| 21 | Oakland 12, California |
|   | |
| 22 | Hammack & Pugh |
|   | Room 1015 |
| 23 | 541 So Spring Street |
|   | Los Angeles 13, California |
| 24 | |
|   | Samuel Hurwitz |
| 25 | 100 West Chapman |
|   | Orange, California |
| 26 | |
| 27 | Raymond Choate |
|   | 127 West Anaheim Blvd |
| 28 | Wilmington, California |
| 29 | |
| 30 | |
| 31 | |
| 32 | |

-4-    4047    EXHIBIT A