```
Patricia W. Pierce
Defendant in propria persona
753 West Elder Street
Fallbrook, California
```

FILED
JUL 8 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>    v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al,<br><br>               Defendants. | No. 1247-SD-C<br><br>RELEASE OF<br>ATTORNEYS OF RECORD<br>BY THE DEFENDANT,<br>PATRICIA W. PIERCE |

    P. W. Willett and William H. Macomber having appeared in the above entitled action as attorneys of record for the defendant, Patricia W. Pierce; and said defendant being desirous of appearing in propria persona; said defendant hereby releases said attorneys from all responsibility as her attorneys of record and asks that the records of the above entitled Court show that said P. W. Willett and William H Macomber are no longer the attorneys of record for the defendant, Patricia W. Pierce.

    Dated: June 19, 1958.

                                                                         (Patricia W. Pierce)

    I hereby accept said release as attorney of record for said defendant, Patricia W. Pierce.

    Dated: June 26, 1958.

                                                                          (P. W. Willett)

    I hereby accept said release as attorney of record for said defendant, Patricia W. Pierce.

    Dated: June 25, 1958.

                                                               (William H. Macomber)

# AFFIDAVIT OF SERVICE BY MAIL (C.C.P. 1013a)
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO } ss.
STATE OF CALIFORNIA

No. 1247-SD-C

Fayette Willett ................ being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's ~~residence~~ business address is P. O. Box 103, Fallbrook, California.

That affiant served the attached (Release of Attorneys of Record by the defendant, (Patricia W. Pierce). the original and 3 true copies

by placing /~~a copy~~ thereof in an envelope addressed to J. Lee Rankin, Solicitor General,

at his ~~residence~~ address, which is Room 332, 325 West F Street, ~~office~~ San Diego, California.

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on

June 28............., 195 8..., deposited in the United States Mail at Fallbrook, California. That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me
June 28........., 195 8

Fayette Willett

Notary Public in and for the County of San Diego State of California
(SEAL)
MY COMMISSION EXPIRES SEPT. 17, 1958

**AFFIDAVIT OF SERVICE BY MAIL**

Form 9A Co. Clk. 10-56 20M PP

2049