```
                                                F I L E D

 1  SYLVA BLANCHE SUTTON                         JUL 8 - 1958
    (aka Sylva Blanche Baker)
 2  Defendant in Propria Persona              CLERK, U.S. DISTRICT COURT
    P. O. Box 285                            SOUTHERN DISTRICT OF CALIFORNIA
 3  Fallbrook, California                    By /s/ William W. Luddy

 4

 5               IN THE UNITED STATES DISTRICT COURT

 6                SOUTHERN DISTRICT OF CALIFORNIA

 7                      SOUTHERN DIVISION

 8  UNITED STATES OF AMERICA,       )
                                    )         No. 1247-SD-C
 9                Plaintiff,        )
           v.                       )         RELEASE OF
10                                  )         ATTORNEYS OF RECORD
    FALLBROOK PUBLIC UTILITY        )         BY THE DEFENDANT,
11  DISTRICT, et al,                )         SYLVA BLANCHE SUTTON,
                                    )         (aka Sylva Blanche Baker)
12                Defendants.       )
    _____ )
13
```

14    P. W. Willett and William H. Macomber having appeared in the
15 above entitled action as attorneys of record for the defendant,
16 Sylva Blanche Sutton, aka Sylva Blanche Baker; and said defendant
17 being desirous of appearing in propria persona; said defendant
18 hereby releases said attorneys from all responsibility as her
19 attorneys of record and asks that the records of the above entitled
20 Court show that said P. W. Willett and William H. Macomber are no
21 longer the attorneys of record for said defendant.

22    Dated: June 12, 1958.

23
24                              /s/ Sylva Blanche Sutton
                                   Sylva Blanche Sutton
25                              (formerly Sylva Blanche Baker)

26    I hereby accept said release as attorney of record for said
   defendant, Sylva Blanche Sutton, formerly Sylva Blanche Baker.
27    Dated: June 26, 1958.
28                              /s/ P. W. Willett
                                   (P. W. Willett)
29
      I hereby accept said release as attorney of record for said
30 defendant, Sylva Blanche Sutton, formerly Sylva Blanche Baker.
31    Dated: June 25, 1958.
32                              /s/ William H. Macomber
                                   (William H. Macomber)

4054

## AFFIDAVIT OF SERVICE BY MAIL (C. C. P. 1013a)
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO } ss.
STATE OF CALIFORNIA }

No. 1247-SD-C

**Fayette Willett** being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's business address is **P. O. Box 103, Fallbrook, California.**

That affiant served the attached **Release of Attorneys of Record by the defendant, Sylva Blanche Sutton, aka Sylva Blanche Baker,** by placing original and 3 true copies thereof in an envelope addressed to

**J. Lee Rankin, Solicitor General,**

at his office address, which is **Room 332, 325 West F Street,**

**San Diego, California,**

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on **June 28,** 195**8**, deposited in the United States Mail at **Fallbrook, California,** That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me

**June 28**, 195 **8**    *Fayette Willett*

Notary Public in and for the County of San Diego, State of California
(SEAL)

**AFFIDAVIT OF SERVICE BY MAIL**    Form 9A Co. Clk. 10-56 20M PP

MY COMMISSION EXPIRES SEPT. 17, 1959

4055