```
P. W. WILLETT
Attorney at Law
P. O. Box 103
Fallbrook, California
Telephone: RA 8-7150
```

FILED JUL 8 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> )  <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FALLBROOK PUBLIC UTILITY ) <br> DISTRICT, et al, ) <br> ) <br> Defendants. ) <br> _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ ) | No. 1247-SD-C <br><br> SUBSTITUTION <br> OF ATTORNEYS <br> BY THE DEFENDANTS, <br> EUGENE NEAL SWEARINGEN <br> AND <br> ARDYTH LOUISE LATTIMER. |

The defendants, Eugene Neal Swearingen and Ardyth Louise Lattimer, hereby substitute P. W. Willett as their attorney of record, in place of P. W. Willett and William H. Macomber.

Dated: June 19, 1958.

_____
(Eugene Neal Swearingen)

_____
(Ardyth Louise Lattimer)

I hereby consent to the above substitution.

Dated: June 25, 1958.

_____
(William H. Macomber)

Above substitution accepted.

Dated: June 26, 1958.

_____
(P. W. Willett)

4060

### AFFIDAVIT OF SERVICE BY MAIL (C. C. P. 1013a)
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO } ss.
STATE OF CALIFORNIA }

No. 1247-SD-C

**Fayette Willett** being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's business address is **P. O. Box 103, Fallbrook, California.**

That affiant served the attached **(Substitution of Attorneys by defendants, Eugene Neal Swearingen and Ardyth Louise Lattimer, the original and 3 true copies**

by placing thereof in an envelope addressed to

**J. Lee Rankin, Solicitor General,**

at his office address, which is **Room 332, 325 West F Street, San Diego, California,**

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on

**June 28, 1958**, 195......, deposited in the United States Mail at **Fallbrook, California.** That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me

**June 28, 1958**, 195......   *Fayette Willett*

Notary Public in and for the County of San Diego, State of California
(SEAL)

MY COMMISSION EXPIRES SEPT. 17, 1958

**AFFIDAVIT OF SERVICE BY MAIL**   Form 9A Co. Clk. 10-56 20M PP

4061