

FILED

JUL 8 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

CURTIS A. DONATH
Defendant in propria persona
753 West Elder Street
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )      No. 1247-SD-C
      v.                   )
                           )      RELEASE OF
FALLBROOK PUBLIC UTILITY   )   ATTORNEYS OF RECORD
DISTRICT, et al.,          )    BY THE DEFENDANT,
                           )    CURTIS A. DONATH.
            Defendants.    )
- - - - - - - - - - - - - - - - )

P. W. Willett and William H. Macomber having appeared in the
above entitled action as attorneys of record for the defendant,
Curtis A. Donath; and said defendant being desirous of appearing in
propria persona; said defendant hereby releases said attorneys from
all responsibility as his attorneys of record and asks that the
records of the above entitled Court show that said P. W. Willett and
William H  Macomber are no longer the attorneys of record for the
defendant, Curtis A. Donath.

Dated:   June  19 , 1958.

_____
            (Curtis A. Donath)

I hereby accept said release as attorney of record for said
defendant, Curtis A. Donath.

Dated:   June  26 , 1958.

_____
            (P. W. Willett)

I hereby accept said release as attorney of record for said
defendant, Curtis A. Donath.

Dated:   June  25 , 1958.

_____
            (William H. Macomber)

4062

## AFFIDAVIT OF SERVICE BY MAIL (C. C. P. 1013a)
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO } ss.
STATE OF CALIFORNIA }

No. 1247-SD-C

**Fayette Willett** being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's ~~residence~~ business address is **P. O. Box 103, Fallbrook, California.**

**(Release of Attorneys of Record by the defendant,**
That affiant served the attached **(Curtis A. Donath.**
**the original and 3 true copies**
by placing ~~a true copy~~ thereof in an envelope addressed to

**J. Lee Rankin, Solicitor General,**

at ~~his~~ ~~their~~ ~~XXX~~ ~~her~~ ~~residence~~ office address, which is **Room 332, 325 West F Street,**

**San Diego, California,**

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on

**June 28**, 195**8**; deposited in the United States Mail at **Fallbrook,**

**California.** That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me

**June 28**, 195**8** _Fayette Willett_

Notary Public in and for the County of San Diego, State of California
(SEAL)

4063

## AFFIDAVIT OF SERVICE BY MAIL

Form 9A Co. Clk. 10-56 20M PP

MY COMMISSION EXPIRES SEPT. 17, 1958