

**FILED**

JUL 8 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

P. W. WILLETT
Attorney at Law
P. O. Box 103
Fallbrook, California
Telephone: RA 8-7150

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1247-SD-C |
| Plaintiff, ) | SUBSTITUTION OF ATTORNEYS |
| v. ) | BY THE DEFENDANTS, HARLAND L. STRYSON |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al, ) | and DORIS G. STRYSON. |
| Defendants. ) | |

The defendants, Harland L. Stryson and Doris G. Stryson, hereby substitute P. W. Willett as their attorney of record, in place of P. W. Willett and William H. Macomber.

Dated: May 27, 1958.

_____     _____
(Harland L. Stryson)              (Doris G. Stryson)

I hereby consent to the above substitution.

Dated: ____June 25, 1958____

_____
(William H. Macomber)

Above substitution accepted.
Dated: June 26-58

_____
(P. W. Willett)

4064

## AFFIDAVIT OF SERVICE BY MAIL (C. C. P. 1013a)
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO } ss.
STATE OF CALIFORNIA }

No. 1247-SD-C

Fayette Willett ......being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's business address is P. O. Box 103, Fallbrook, California

That affiant served the attached (Substitution of Attorneys by the defendants, (Harland L. and Doris G. Stryson, the original and 3 true copies

by placing thereof in an envelope addressed to

J. Lee Rankin, Solicitor General,

at his office address, which is Room 332, 325 West F Street,

San Diego, California,

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on

June 28, 1958, deposited in the United States Mail at Fallbrook,

California. That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me

June 28, 1958, 195......

Fayette Willett

Notary Public in and for the County of San Diego, State of California
(SEAL)

**AFFIDAVIT OF SERVICE BY MAIL**

Form 9A Co. Clk. 10-56 20M PP

MY COMMISSION EXPIRES SEPT. 17, 1958

4065