

# FILED

JUL 8 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

1  P. W. WILLETT
   Attorney at Law
2  P. O. Box 103
   Fallbrook, California
3  Telephone: RA 8-7150

4              IN THE UNITED STATES DISTRICT COURT

5                 SOUTHERN DISTRICT OF CALIFORNIA

6                      SOUTHERN DIVISION

7

8  UNITED STATES OF AMERICA,        )        No. 1247-SD-C
                                    )
9              Plaintiff,           )        SUBSTITUTION
                                    )        OF ATTORNEYS
10     v.                           )        BY THE DEFENDANTS,
                                    )        HARLAND L. STRYSON
11 FALLBROOK PUBLIC UTILITY         )        and
   DISTRICT, et al,                 )        DORIS G. STRYSON.
12                                  )
               Defendants.          )
13 - - - - - - - - - - - - - - - -  )

14         The defendants, Harland L. Stryson and Doris G. Stryson,

15 hereby substitute P. W. Willett as their attorney of record, in

16 place of P. W. Willett and William H. Macomber.

17         Dated:  May 27, 1958.

18 _____          _____
19     (Harland L. Stryson)            (Doris G. Stryson)

20

21         I hereby consent to the above substitution.

22         Dated:    June 25, 1958

23                              _____
24                                 (William H. Macomber)

25

26 Above substitution accepted.

27 Dated:   June 16-58

28
                              _____
29                                 (P. W. Willett)

30

31

32

                                              4064

## AFFIDAVIT OF SERVICE BY MAIL (C. C. P. 1013a)

(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO }
STATE OF CALIFORNIA } ss.

### No. 1247-SD-C

Fayette Willett ....................................being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's ~~residence~~ business address is... P. O. Box 103, Fallbrook, California ..........

That affiant served the attached... (Substitution of Attorneys by the defendants, (Harland L. and Doris G. Stryson, ....................

the original and 3 true copies

by placing/~~a true copy~~ thereof in an envelope addressed to..................................................................

J. Lee Rankin, Solicitor General, ...........

at ~~the~~ his ~~residence~~ office address, which is.............Room 332, 325 West F Street, ...............

San Diego, California, ..............................

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on.....................................

......... June 28 ........., 195 8., deposited in the United States Mail at..Fallbrook, .........

........ California, .........................That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me

......... June 28, 1958, 195.......          Fayette Willett ..............

................................................................                                          4065
Notary Public in and for the County of San Diego, State of California
(SEAL)

### AFFIDAVIT OF SERVICE BY MAIL

Form 9A Co. Clk. 10-56 20M PP

MY COMMISSION EXPIRES SEPT. 17, 1958