UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.　　　　　　　　　　　　　　　No. 1247-SD-C　　　　　　Civil

vs.　　　　　　　　　　　　　　　　MINUTES OF THE COURT

FALLBROOK, etc., et al　　　　　　DATE: July 8, 1958

　　　　　　　　　　　　　　　　　　AT: San Diego, California

PRESENT: Hon. JAMES M. CARTER　　　　District Judge;

　Deputy Clerk: WILLIAM W. LUDDY　Reporter: NONE

　Counsel for Plaintiff　NONE

　Counsel for Defendant　NONE

PROCEEDINGS:

　　　IT IS ORDERED that the release of Attorneys P. W. Willett and William H. Macomber by the following defendants are each approved: Patricia W. Pierce; Luetta M. Graffin; Howard W. and Alla M. Robinson; Sylva Blanche Sutton, aka Sylva Blanche Baker; G. R. and Jean M. Reynolds; Donath & Pierce Inc.; Curtis A. Donath; Eugene Neal Swearingen; Ardyth Louise Lattimer;

　　　IT IS ORDERED that the substitution of attorneys, substituting P. W. Willett in place of P. W. Willett and William H. Macomber by the following defendants are each approved:
Harland L. and Doris G. Stryson; Josephine H. Reader.

JOHN A. CHILDRESS, Clerk
By _____
　　　　　　Deputy

4068