


FILED
JUL 8 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
          DEPUTY CLERK

ROBERT B. MAKIN
Defendants in propria person
ROUTE 2 BOX 570
ELSINORE, CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ) | ANSWER OF DEFENDANTS |
| v. | ) | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | ) | ROBERT B. MAKIN |
| Defendants, | ) | |

The defendants, ROBERT B. MAKIN each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own about 5 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED
COPY RECEIVED

14249

EXHIBIT A

The description of property I own in the County of Riverside, State of California is as follows:

That portion of the Depot Grounds, as shown by map of the Temecula Land and Water Company on file in Book 8 page 359 of Maps, San Diego County Records, lying between the Northwesterly line of "C" Street and the Northwesterly line of "B" Street extended, as shown on said map.

Lots 18, 19, 20, 21, 22 and 23 in Block 8 in J. C. Austin's First Addition to Wildomar, according to plat and survey made by Cronel and Pearson in October 1887. Said addition being a subdivision of Lot 30 in Block K of La Laguna Rancho, Elsinore, California.

14250

EXHIBIT B

I claim that I own or have an interest to the land described in Exhibit A. One piece is in the Laguna Rancho and the other is in the Temecula Ranch. I believe both said ranches to be Mexican Grants, I have heard that the Titles to both were confirmed by the Treaty of Guadalupe Hidalgo to be the same under American Law as they were under Mexican Law. I understand that the Temecula Ranch is patented land.

Because of the above belief, I claim water rights that are of a permanent nature and rely upon said Treaty and Patent for my protection.

14251

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Robert B. Mahrin*
*Rt. 2 Box 570*
*Elsinore Cal.*

Dated: 6/30/58

14252