EXHIBIT A

**FILED**

JUL 8 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

Defendants in propria persona
Murrieta, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 1247 - SD- C |
| Plaintiff, | ) | ANSWER OF DEFENDANTS |
| v. | ) | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | ) | |
| Defendants, | ) | |

The Defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2½ acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

14259

COPY RECEIVED

EXHIBIT A

14260

EXHIBIT B

I own 2½ acres of land all in the Murrieta portion of the Temecula Rancho, which I believe to be one of those grants of land made by Mexico, the hill to which was confirmed by the Treaty of Guadulupe Hidalgo. I have heard that President James Buchanan gave a patent to this grant in 1860 to Locus Vejnes.

Therefore, I rely upon the Treaty of Guadalupe Hidalgo, and the Patent from the U.S. Government for my protection.

I have always used my land and water rights freely in the past and I expect and hope to do so in the future.

14261

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Sarah le Guzzardo*
*James Guzzardo*
Defendants in propria persone

Dated:

14262