1  Defendants in propria persona  *Janie C. Haines*
2  4 Williamsburg Lane
3  Rolling Hills, Calif

**FILED**
JUL 8 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
  v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
        Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
*Janie C. Haines*

The defendants, *Janie C. Haines* each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own  /  acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED  14263

COPY RECEIVED

Exhibit A

Description of property

That portion of lot 178 of the Murietta portion of the Temecula Rancho, as shown on map entitled "Map of Temecula Land and Water Company," said map being on file in the office of the County Recorder of San Diego County, California, in book 8 of maps at page 359 thereof, bounded and described as follows:

Beginning at the west corner of the most easterly rectangular one quarter of said lot 178, thence south westerly along a line paralleling the center line of Date Street 396 feet to a point which is the true point of beginning; thence south easterly along a line paralleling the center line of John Jay Avenue 330 feet to a point, thence south westerly along a line paralleling the center line of Date Street 132 feet to a point, thence north westerly along a line paralleling the center line of John Jay Avenue 330 feet to a point, thence north easterly in a straight line to the point of beginning, containing one acre.

14264

I have heard the same I own as on the Santa Margarita Watershed. I have also heard that the land I own is in the Temecula Rancho — and that the Temecula Rancho is protected by a Treaty with Mexico and by a U.S. patent signed by James Buchanan, President of the U.S. Because of that belief, I feel that I have water rights to said land. Such rights as I have, I want to keep; and I rely on said Treaty and Patent for my protection.

Jaurie C. Haines

14264A