CLIFF H. HASELWOOD and
RENA D. HASELWOOD
Defendants in propria persona
P. O. Box 122
1427½ E. Alvarado St.
Fallbrook, California

FILED
JUL 8 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,         )
                                  )   CIVIL NO. 1247- SD - C
              Plaintiff,          )
                                  )   ANSWER OF DEFENDANTS
     v.                           )
                                  )
FALLBROOK PUBLIC UTILITY          )
DISTRICT, ET AL,                  )
                                  )
              Defendants.         )   CLIFF H. HASELWOOD and
                                      RENA D. HASELWOOD

The defendants, CLIFF H. HASELWOOD and RENA D. HASELWOOD each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own approx. 3¼ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED              14265

COPY RECEIVED

1    Defendants claim all rights of overlying landowners and to water
2 which may originate or cross their land.

3    Defendants claim the right to dig or drill wells and exercise
water reclamation and conservation practices as are now or may be known.

4    Defendants hereby incorporate the same as though set forth herein
5 in full all of the Affirmative Defenses of the Fallbrook Public Utility
District on file in these proceedings.

6    Defendants claim all the above for all lands in which they have
7 any financial interest whatsoever.

18    WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*Cliff H. Haselwood*
Cliff H. Haselwood

*Rena D. Haselwood*
Rena D. Haselwood
    Defendants in propria persona

Dated:

14265A

EXHIBIT A

That portion of the North 9 Acres of the Southwest Quarter of the Southeast Quarter of the Northeast Quarter of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to U. S. Government Survey approved September 11, 1879, described as follows:

Beginning at the Northeast corner of said Southwest Quarter of the Southeast Quarter of the Northeast Quarter; thence along the East line of said Southwest Quarter of the Southeast Quarter of the Northeast Quarter South 0° 05' 15" East 124.86 feet to the Northeast corner of land conveyed to Blanton W. Jones et ux by deed recorded in Book 5266, page 483 of Official Records; thence along the Northerly line thereof South 89° 49' 15" West 174.48 feet to the Easterly line of land conveyed to Cornelia M. Sauple by deed recorded in Book 2414, page 149 of Official Records; thence North 0° 02' 45" West along said Easterly line 124.86 feet to the Northerly line of said Southwest Quarter of the Southeast Quarter of the Northeast Quarter; thence along said line North 89° 49' 15" East 174.39 feet to the point of beginning.

An easement for road purposes over the West 357 feet of the North 10 feet of the Southeast Quarter of the Southeast Quarter of the Northeast Quarter of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879.

EXHIBIT B

Lot 9 and the South 1.00 foot of Lot 10 in Block 24 of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 824, filed in the office of the County Recorder of San Diego County November 17, 1896.

EXHIBIT C

The East Half of the East Half of Northwest Quarter of Southeast Quarter of Northeast Quarter of Section Nineteen, Township Nine South, Range Three West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879.

14266