*Paul H. Helen F Perry*

1   Defendants in propria persona
2   *[handwritten address]*
3

FILED
JUL 8 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

4              IN THE UNITED STATES DISTRICT COURT
5                 SOUTHERN DISTRICT OF CALIFORNIA
6                       SOUTHERN DIVISION

7
8   UNITED STATES OF AMERICA,        )   CIVIL NO. 1247- SD - C
              Plaintiff,              )
9                                     )   ANSWER OF DEFENDANTS
         v.                           )   *Paul H Perry*
10  FALLBROOK PUBLIC UTILITY          )   *Helen F Perry*
11  DISTRICT, ET AL,                  )
                                      )
12            Defendants.             )

13       The defendants, *Paul H Perry, Helen F Perry*
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:
17              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                           AMENDATORY COMPLAINT
18
             These answering defendants hereby incorporate by reference
19
    all of the allegations contained in the answer to said Complaint and
20
    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25
26                    AFFIRMATIVE STATEMENT OF RIGHTS
27       These defendants own  *80*  acres of land in *Riverside*
28  County, California, and within the watershed of the Santa Margarita
29  River, more particularly described in the document attached hereto,
30  marked Exhibit A, which is hereby incorporated by reference as a
31  part of this statement.
32

INDEXED 14267
COPY RECEIVED

Government Lots 3 and 8 Fractional Section 22, Township 6 South, Range 1 East, San Bernardino Base and Meridian

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Paul H. Perry

Helen F. Perry

Defendants in propria persona

Dated: June 7, 1958

14268