1  Defendants in propria persona. *Arnold Glindset*
2  *10631 Snyder Rd. La Mesa Cal.*
3
4              IN THE UNITED STATES DISTRICT COURT      **FILED**
5              SOUTHERN DISTRICT OF CALIFORNIA
6                      SOUTHERN DIVISION                JUL 8 - 1958
                                                        CLERK, U.S. DISTRICT COURT
7                                                       SOUTHERN DISTRICT OF CALIFORNIA
   UNITED STATES OF AMERICA,      )                     By _____
8                                 )   CIVIL NO. 1247- SD - C
              Plaintiff,          )
9                                 )   ANSWER OF DEFENDANTS
        v.                        )   *Arnold Glindset*
10                                )
   FALLBROOK PUBLIC UTILITY       )
11 DISTRICT, ET AL,               )
                                  )
12            Defendants.         )
13      The defendants, *Arnold Glindset*
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                        AMENDATORY COMPLAINT
18
            These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
26            AFFIRMATIVE STATEMENT OF RIGHTS
27      These defendants own *275* acres of land in *San Diego*
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32                                           INDEXED
                                                    14256
                                             COPY RECEIVED

1  This land was homesteaded many years ago,
2  water having been continually used out of
3  Rainbow Creek ever since. Over ten years
4  ago a dam was built impounding
5  about 40 acre feet and water is used
6  on 25 acres of avocados. This now
7  represents a great amount of work
8  and money invested. This dam
9  is of great value to property owners
10 in Rainbow Valley as a flood control
11 Without this dam Rainbow Creek this past
12 winter would have overflowed causing
13 property damage. The 40 acre feet
14 stored is a small fraction of water
15 passing down Rainbow Creek. Three small
16 wells are also on Creek. Dam was
17 built in 1948 in Co-operation with U.S. Soil Conservation.

18       WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

Arnold Glindset

Defendants in propria persona
10631 Snyder Rd.
La Mesa, Cal.

Dated: July 4th 1958.

14257

EXHIBIT A

The SE 1/4 and the East 1/2 of the SW 1/4 of Sec 6 Township 9 South, Range 82 West SBM in County of San Diego, State of Calif, according to US Gov't survey approved Jan 15, 1892, excepting from the south 1/2 of the SW 1/4 of said Sec 6, that portion thereof described in deed to Albert J. Huber and wife recorded in Book 4092 page 233 and Book 6447 Page 229 of Official Records.

14258

(A. Glindsets)