Defendants in propria persona *Arnold Glindset*
1063 Snyder Rd La Mesa, Cal

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FILED
JUL 8 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CIVIL NO. 1247- SD - C |
| v. | ) ANSWER OF DEFENDANTS |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | ) *Arnold Glindset* |
| Defendants. | ) |

The defendants, *Arnold Glindset*
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 40 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

14253

COPY RECEIVED

1  This 40 acres is all or nearly all tillable
2  being free of rock and level. It is not used
3  at present. I bought it for a
4  few months ago and intend to plant
5  it to Carob trees mainly with some
6  avocados and deciduous trees. A few
7  good wells would be needed. It
8  is not in Rainbow Water Dist.

18      WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

Arnold Glindset

Defendants in propria persona
10631 Snyder
La Mesa, Cal. 14254

Dated: July 4 1958

Exhibit "A"

The SE 1/4 of the NW 1/4 of Sec 5 Township 9 South, Range 2 west of the SBM further more as described in US Patent issued to Louis J. Culling 23rd of November 1931 and as recorded in San Diego County records in document 181681 Book 6393 Page 398.

(A. Glindset)

14255