COPY RE



1  SACHSE and PRICE
   Attorneys at Law
2  1092 South Main Street
   Fallbrook, California
3  RAndolph 8-1154

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                  SOUTHERN DIVISION

11  UNITED STATES OF AMERICA,        )

12              Plaintiff,           )        No. 1247-SD-C

13          vs.                      )        ANSWER OF DEFENDANTS,
                                     )        RICHARD W. CALLAWAY
14  FALLBROOK PUBLIC UTILITY DISTRICT, )              and
    a public service corporation of the)     MILDRED C. CALLAWAY.
15  State of California, et al.,     )

16              Defendants.          )

17          Defendants, Richard W. CALLAWAY and MILDRED C.

18  CALLAWAY, Husband and Wife;

19  answering plaintiff's Complaint and Supplement to Complaint for

20  themselves alone and not for any other defendant, admit, deny

21  and allege as follows:

22              FIRST DEFENSE

23                  I

24          Defendants have no knowledge or information

25  sufficient to form a belief as to the allegations contained

26  in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's

27  Original Complaint herein, and therefore deny all of said

28  allegations for want of information or belief.

29                  II

30          Answering paragraph V of plaintiff's Original

31  Complaint herein, defendants admit the litigation

32  INDEXED

                      - 1 -

COPY RECEIVED

                                          14269

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A.  Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows: (1) The lands of defendants are riparian to two intermittent streams tributary

- 2 -

14270

to the Santa Margarita River which flows through said lands in a generally northeasterly to southwesterly direction.  Defendants claim full correlative rights to the use of the waters of said streams.

(2)  The lands of defendants overlie percolating ground waters not a part of any stream, and defendants claim full correlative rights to the use of such percolating ground waters.

WHEREFORE, defendants pray judgment as follows:

1.  That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2.  That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3.  That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4.  That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5.  For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by _____
Attorneys for defendants
RICHARD W. CALLAWAY and
MILDRED C. CALLAWAY.

DATED: JULY 7, 1958

- 3 -

14271

EXHIBIT A

The South half of the Southeast quarter of Section 6; the North half of the Northeast quarter of Section 7, and the East half of the Northeast quarter of the Northwest quarter of Section 7, all in Township 9 South, Range 3 West, San Bernardinoa Meridian, in the County of San Diego, State of California.

EXCEPTING from said South half of the Southeast quarter of Section 6 that portion described as follows:

Beginning at a point in the North line of Said South half of the Southeast quarter of Section 6 distant Westerly thereon 120 feet from the Northeast corner of the Southwest quarter of the Southeast quarter of Section 6; thence Southwesterly along a straight line to a point distant Westerly 510 feet, measured parallel with said North line, from a point in the East line of said Southwest quarter at the Southeast quarter of Section 6, distant Southerly thereon 350 feet from said Northeast corner; thence Westerly parallel with said North line 290 feet; thence Northerly parallel with said East line 350 feet to a point on said North line;  thence Easterly along said North line 680 feet to the point of beginning.

EXCEPTING that portion of said lands conveyed to the Fallbrook Public Utility District by Grant Deed recorded in Book 5967 at Page 47, Official Records of San Diego County, copy of which description is hereunto attached marked Exhibit B.

EXHIBIT A

14272

1                                 EXHIBIT B

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

RICHARD W. CALLAWAY and MILDRED C. CALLAWAY, husband and wife,

do ...... hereby GRANT to

FALLBROOK PUBLIC UTILITY DISTRICT, a Municipal corporation

all that real property situated in the                                    County of           San Diego
State of California, described as follows:        (description attached)

PARCEL 1:
     All that portion of the West 30 acres of the Southwest Quarter of the Southeast
Quarter of Section 6, all in Township 9 South, Range 3 West, San Bernardino Meridian,
in the County of San Diego, State of California, according to United States Government
Survey thereof, described as follows:
     Beginning at a point on the Southerly line of said Section 6, distant thereon
South 88° 44' 10" West, 1782.60 feet from the Southeast corner thereof; thence North
37° 28' 15" West 137.11 feet; thence North 5° 40' 15" East, 364.85 feet; thence North
30° 30' 45" East, 198.14 feet; thence North 47° 02' 10" West, 370.15 feet; thence
North 30° 24' 45" East, 111.41 feet; thence South 89° 08' 14" West, 147.44 feet; thence
North 1° 20' East, 350 feet to the North line of said Southwest Quarter of Southeast
Quarter; thence along the North line South 89° 08' 14" West, 501.93 feet to the North-
west corner thereof; thence along the West line of said Southwest Quarter of South-
east Quarter, South 1° 47' 27" West, 1350.36 feet to the Southwest corner thereof;
thence along the Southerly line of said Southwest Quarter of Southeast Quarter; North
88° 44' 10" East, 844.80 feet to the point of beginning.
PARCEL 2:
     The Northwest Quarter of the Northeast Quarter and the East Half of the Northeast
Quarter of the Northwest Quarter of Section 7, Township 9 South, Range 3 West, San Ber-
nardino Meridian, in the County of San Diego, State of California , according to United
States Government Survey approved, April 21, 1890;  EXCEPTING therefrom that portion
described as follows:
     Beginning at the Northeast corner of said Northwest Quarter of Northeast Quarter;
thence South 88° 44' 10" West 468.90 feet; thence  South 37° 28' 15" East 22.88 feet;
thence South 58° 48' 50" West 590.30 feet; thence South 20° 59' East 376.39 feet;
thence South 82° 47' 35" East 165.71 feet; thence North 59° 25' 20" East 249.38 feet;
thence North 38° 07' 30" East 296.14 feet; thence South 23° 01' 40" East 520.54 feet;
thence North 88° 52' West 166.14 feet; thence South 40° 11' West 214.51 feet; thence
South 26° 11' 40" East 221.83 feet; thence South 34° 29' West 202.80 feet to the South
line of said Northwest Quarter of Northeast Quarter; thence along said South line North
88° 17' East 77.05 feet; thence North 43° 14' East 204.20 feet; thence North 84° 32' 30"
East 168.26 feet to the East line of said Northwest Quarter of Northeast  Quarter; thence
thereon North 0° 10' 30" West 1121.89 feet to the point of beginning.
PARCEL 3:
     That portion of the Northeast Quarter of the Northeast Quarter, Section 7, Township
9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of
California, according to United States Government Survey thereof described as follows:
     Beginning at the Southeast corner of said Northeast Quarter of Northeast Quarter;
thence along the Easterly line thereof North 0° 40' 30" West 210.17 feet; thence North
77° 23' 35" West 645.00 feet; thence South 34° 01' West 296.80 feet; thence  North
30° 31' 30" West 199.71 feet; thence South 66° 36' 30" West 389.96 feet; thence South
84° 32' 30" East 68.50 feet to the West line of said Northeast Quarter of Northeast
Quarter; thence along said West line South 0° 10' 30" East 155.33 feet to the South line
of said Northeast Quarter of Northeast Quarter; thence along said South line North 88° 17'
East 1325.62 feet to the point of beginning.

31

32                                                          EXHIBIT B.

                                  - 5 -

                                                      14273

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss. 1247 - SD - C

Franz R. Sachse _____, being first duly sworn, says: That affiant, whose address is

1092 South Main St., Fallbrook, California
is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Answer of Defendants RICHARD W. CALLAWAY and MILDRED C.

CALLAWAY
(Copy title of paper served)

on the Plaintiff _____ in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

Hon. J. Lee Rankin, Rm 332, 325 West F Street, San Diego 1, Calif.

(Name and address as shown on the envelope)

sealed and deposited on the 7th day of July , 195 8 , in the United States Mail at

Fallbrook, San Diego County, California
(Place of mailing, name of county)
with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 7th

day of July , 195 8

_____
Notary Public in and for said County and State

(SEAL)
Stuart FORM 23

My Commission expires October 14, 1961.

14273A