Elwyn C. Pollock and Edith M. Pollock

1   Defendants in propria persona

FILED

JUL 10 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br><br>        Defendants. | CIVIL NO. 1247- SD - C<br><br>ANSWER OF DEFENDANTS<br>Elwyn C. Pollock<br>Edith M. Pollock |

The defendants,  Elwyn C. Pollock and Edith M. Pollock each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own  no  acres of land in _____ County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

14274

COPY RECEIVED

18        WHEREFORE, these defendants pray that plaintiff take
19   nothing against them by reason of the Complaint and Supplementary
20   and Amendatory Complaint on file herein; that said Complaint be
21   dismissed as against these defendants; that defendants' right to
22   water, as hereinabove set forth, be quieted as against the plain-
23   tiff and against all other defendants in this action; and for such
24   other and further relief as the Court may deem proper.

*[signature]*
*[signature] Edith M. Pollock*

Defendants in propria persona

Dated:

July 1, 1958

14275