THELMA E. McCASH
1007 N. East Gilwood Ave.;
La Puente, California

# FILED

JUL 10 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.              )
                    )
vs.                 )     No. 1247-SD-C
                    )
FALLBROOK, etc., et al  )

            Answer

INDEXED

COPY RECEIVED

14276

I no longer own the property in Anza it was sold, The people there tell me they are taking care of this Thurselves.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Mrs Thelma E McCash*

*Roy B McCash (Deceased)*

Defendants in propria persona

Dated:

14277