ARTHUR AND BEULAH THOMPSON,
15462 TEMPLE AVE.,
LA PUENTE, CALIFORNIA

**FILED**

JUL 10 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
AT
SAN DIEGO, CALIFORNIA

UNITED STATES OF AMERICA   )
                           )   NO. 1247-SD-C
vs.                        )
                           )
FALLBROOK, etc., et al     )

ANSWER

INDEXED

COPY RECEIVED

14278

*we no longer own this property in Anza. the new owners are Taking Care of Claims*

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Beulah & Arthur Thompson,*

Defendants in propria persona

Dated:

14279