FILED

JUL 11 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

1  SACHSE and PRICE
   Attorneys at Law
2  1092 South Main Street
   Fallbrook, California
3  RAndolph 8-1154

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                   SOUTHERN DIVISION

11  UNITED STATES OF AMERICA,        )

12                  Plaintiff,       )        No. 1247-SD-C

13             vs.                   )     ANSWER OF DEFENDANTS

14  FALLBROOK PUBLIC UTILITY DISTRICT, )      JAMES C. SCHULTZ
    a public service corporation of the)            and
15  State of California, et al.,     )       DELTA A. SCHULTZ

16                  Defendants.      )

17          Defendants, JAMES C. SCHULTZ and DELTA A. SCHULTZ,

18  Husband and Wife,

19  answering plaintiff's Complaint and Supplement to Complaint for

20  themselves alone and not for any other defendant, admit, deny

21  and allege as follows:

22                      FIRST DEFENSE

23                          I

24          Defendants have no knowledge or information

25  sufficient to form a belief as to the allegations contained

26  in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's

27  Original Complaint herein, and therefore deny all of said

28  allegations for want of information or belief.

29                         II

30          Answering paragraph V of plaintiff's Original

31  Complaint herein, defendants admit the litigation

32



                        - 1 -                        14280

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A.  Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS
ALLEGE:

I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

All of the lands of defendants are arable and irrigable,

- 2 -

14281

but none of said lands are presently planted.  Parcel One consists of approximately 8 acres; Parcel Two of approximately 7.5 acres;  Parcel Three of approximately 6 acres; and Parcel Four of approximately 2/3 acres.

None of said lands are riparian to any stream.  The only water supply presently serving said lands is through the system of the Fallbrook Public Utility District.  Defendants assert that all of said lands overlie percolating ground waters not a part of any stream and claim full correlative rights to the use of said ground waters.

— 2 A —

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by _____
Attorneys for defendants
JAMES C. SCHULTZ and
DELTA A. SCHULTZ

DATED; JULY 9, 1958.

- 3 -

14283

1
2

EXHIBIT A.

PARCEL 1

The N½ of the S½ of the SE¼ of the NW¼ of Section 25, T.9S, R.4W, S.B.M., according to United States Government Survey approved June 11, 1880.

EXCEPTING therefrom that portion lying Northerly of a line described as follows:

Beginning at a point on the North line of the above described property distant thereon S.89°16'15"E. 57.50 feet from the center of the SE¼ of the NW¼ of said Section 25; thence S.59°53'30"E. 189.60 feet, thence S.19°45'E. 139.70 feet; thence N.79°23'E. 109.30 feet; thence N.62°43'E. 150.11 feet to the North line of said above described property.

EXCEPTING ALSO therefrom that portion thereof described as follows:

Beginning at the S.E. Corner of the N½ of the SE¼ of the SE¼ of the NW¼ of said Section 25, thence along the East line of the NW¼ of said Section 25, N. 0°00'30"E. 304.95feet, thence S.62°43'W. 168.79 feet; thence S.0°00'30"W. 225.92 feet to the South line of said N½ of the SE¼ of the SE¼ of the NW¼ of said Section 25; thence along said South line, S.89°18'10"E 150.00 feet to the point of beginning.

20
21
22
23      <u>PARCEL TWO:</u>  The South Half of the South Half of the
24   Southeast Quarter of the Northwest Quarter of Section 25,
25   Township 9 South, Range 4 West, San Bernardino Meridian, according
26   to United States Government Survey approved June 11, 1880.
27          Excepting therefrom that portion lying Easterly of the
28   following described line.
29          Beginning at a point on the South line of said Northwest
30   Quarter, distant thereon North 89 degrees 20' West 422 feet;
31   thence parallel to the East line of Said Northwest Quarter North
32   0°01'30" East 243 feet; thence parallel to the South line of said

– 4 –

14284

Northwest Quarter South 89°20' East 272 feet; thence parallel
to the East line of said Northwest Quarter North 0°01'30" East
90.23 feet to the North line of the South Half of the South
Half of said Southeast Quarter of the Northwest Quarter, in
the County of San Diego, State of California.

PARCEL THREE:

That portion of Lot 2 (Southwest Quarter of the Northwest Quarter),
Section 25, Township 9 South, Range 4 West, San Bernardino Meridian,
according to the United States Government Survey approved June
11, 1880, described as follows:

Beginning at the Northeast corner of Said Lot 2, thence
along the north line of said Lot 2 North 89°12'30" West 432.46
feet to the southeasterly line of the right-of-way of the
Atchison, Topeka and Santa Fe Railway Company; thence along said
southeasterly line South 33°07'30" West 380 feet; thence South
58°40'20" East 748.25 feet to the east line of said Lot 2;
thence thereon North 0°04'50" West 701.30 feet to the point of
beginning.

PARCEL FOUR.

The East 10 feet of the North 267.41 feet of the Northwest Quarter
of the Southeast Quarter of the Northwest Quarter; and the West
130 feet of the North 267.41 feet of the Northeast Quarter of the
Southeast Quarter of the Northwest Quarter, Section 25, Township
9 South, Range 4 West, San Bernardino Meridian, according to
Government Survey, approved.

EXHIBIT A

- 5 -

14285

STATE OF CALIFORNIA,
COUNTY OF __San Diego__ } ss.  1248 SD C

Franz R. Sachse _____, being first duly sworn, says: That affiant, whose address is

1092 South Main Street, Fallbrook, California
is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached __Answer of Defendants James C. and Delta A. Schultz__

and Request for Admissions
(Copy title of paper served)

on the __plaintiff__ _____ in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

Hon J. Lee Rankin, Rm 332, 325 West F Street, San Diego 1, California

(Name and address as shown on the envelope)

sealed and deposited on the __9th__ day of __July__ _____, 195_8_, in the United States Mail at

Fallbrook, San Diego County, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __9th__

day of __July__ _____, 195_8_

_____
Notary Public in and for said County and State

(SEAL)

Stewart FORM 23

My Commission expires __October 14, 1951.__

14285 A