SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154



FILED

JUL 11 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )    No. 1247-SD-C
vs. ) ANSWER OF DEFENDANT
FALLBROOK PUBLIC UTILITY DISTRICT, ) JOHN M. HORNBECK
a public service corporation of the )
State of California, et al., )
        Defendants. )

Defendants JOHN M. HORNBECK, a married man as his sole and separate property,

answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

INDEXED

COPY RECEIVED

14286

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

14287

All of the lands of the defendant are arable and irrigable. The said lands do not abut upon and are not riparian to any stream. The lands of said defendant overlie percolating ground waters not a part of any stream, and defendant asserts full correlative rights to the use of said ground waters in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by /s/ _____
Attorneys for defendant

DATED: JULY 9th, 1958

- 3 -

14288

EXHIBIT A

"All that portion of the East Half of the West Half of Section 4, Township 9 South, Range 3 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey, approved April 21, 1890, described as follows:

Beginning at the Southeast corner of the Northeast Quarter of the Southwest Quarter of said Section 4; thence along the East line of said Northeast Quarter of the Southwest Quarter, North 1° 18' 40" East 902.72 feet to the Northeast corner of the Tract of land conveyed to Herbert Rex Woodward, et ux, by deed recorded in Book 1650, page 461 of Official Records; thence along the North line of said land of Woodward, North 87° 19' 30" West 255.51 feet to an angle point therein being the TRUE POINT OF BEGINNING; thence continuing along the Northerly line of said land of Woodward, North 65° 42' West 380.55 feet; thence along the Easterly line of said land of Woodward, North 39° 18' East 335.00 feet; thence South 65° 17' 50" East 417.85 feet to a line which bears North 39° 36' East from the TRUE POINT OF BEGINNING; thence South 39° 36' West 340.00 feet to the TRUE POINT OF BEGINNING."

Containing 3.2 acres more or less.

EXHIBIT A

14289

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.     1247 SD C

Franz R. Sachse _____, being first duly sworn, says: That affiant, whose address is

1092 South Main Street, Fallbrook, California

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached   Answer of Defendant John M. Hornbeck and Request for

Admissions
(Copy title of paper served)

on the plaintiff _____ in said action, by placing a true copy thereof in an envelope addressed
    (Name of party served)
as follows:

Hon J. Lee Rankin, Rm 332, 325 West F Street, San Diego 1, California

(Name and address as shown on the envelope)

sealed and deposited on the 9th day of July, 195 8, in the United States Mail at

Fallbrook, San Diego, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 9th

day of July, 195 8.

_____                    _____
Notary Public in and for said County and State

(SEAL)
Stuarti FORM 23

My Commission expires October 14, 1961.

14289A