SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154



FILED

JUL 11 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
   Plaintiff, )
  vs. )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al., )
   Defendants. )

No. 1247-SD-C

ANSWER OF DEFENDANTS
SHERMAN C. LOUDERMILK
and
DOROTHY L. LOUDERMILK

Defendants SHERMAN C. LOUDERMILK and DOROTHY L. LOUDERMILK, Husband and Wife, answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

INDEXED

- 1 -

COPY RECEIVED

14290

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendants comprise six (6) acres of

- 2 -

14291

arable and irrigable land, approximately five (5) acres of which are presently planted to avocados. The entire water supply of said lands is provided from the water system of the Fallbrook Public Utility District; however defendants assert that said lands overlie percolating ground waters not a part of any stream, and defendants assert full correlative rights to said ground waters.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by [signature]
Attorneys for defendants
Sherman C. Loudermilk and
Dorothy L. Loudermilk

DATED: July 9th, 1958

- 3 -

14252

1

EXHIBIT A

The real property in the State of California, described as: County of San Diego,

That portion of the Northeast Quarter of the Southeast Quarter of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Commencing at the Southeast corner of said Northeast Quarter of Southeast Quarter, thence along the East line of said Northeast Quarter of Southeast Quarter, North 0°42'40" West 315.00 feet to the true point of beginning; thence North 83°22'20" West 143.30 feet; thence South 88°13'10" West 590.70 feet to the East line of the West 244.50 feet of the East Half of the West Half of said Northeast Quarter of Southeast Quarter; thence along said East line of the West 244.50 feet of the East Half of the West Half of said Northeast Quarter of Southeast Quarter, North 0°29'02" West 434.56 feet; thence North 89°30'58" East 179.79 feet; thence South 74°24'30" East 574.30 feet to said East line of Northeast Quarter of Southeast Quarter; thence along said East line of Northeast Quarter of Southeast Quarter, South 0°42'40" East 279.91 feet to the true point of beginning.

RESERVING THEREFROM an easement and right of way for ingress and egress for road and utility purposes over the Westerly 15 feet thereof.

ALSO RESERVING THEREFROM the right to convey similar easement over said Westerly 15 feet to others.



EXHIBIT A

- 4 -

14293

STATE OF CALIFORNIA,
COUNTY OF **San Diego** } ss.   1247 SD C

**Franz R. Sachse**, being first duly sworn, says: That affiant, whose address is

**1092 South Main Street, San Diego County, Fallbrook, California**

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached **Answer of Defendants Sherman C. Loudermilk and Dorothy L. Loudermilk and Request for Admissions**
(Copy title of paper served)

on the **Plaintiff** in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

**Hon. J. Lee Rankin, Rm. 332, 325 West F Street, San Diego 1, Calif.**

(Name and address as shown on the envelope)

sealed and deposited on the **9th** day of **July**, 195**8**, in the United States Mail at

**Fallbrook, San Diego County, California**
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this **9th**
day of **July**, 195**8**.

_____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires **October 14, 1961**

14293A