SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

FILED
JUL 11 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
    Plaintiff, )
vs. )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al., )
    Defendants. )

No. 1247-SD-C

REQUEST FOR
ADMISSIONS UNDER
RULE 36
JAMES C. SCHULTZ
and
DELTA A. SCHULTZ

Defendants, JAMES C. SCHULTZ and DELTA A. SCHULTZ, Husband and Wife, request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

1. Defendants are the owners of the lands described in their answer herein.

2. The lands described in the answer of defendants include twenty two acres of irrigable land.

3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

4. The lands of defendants do not abut upon and are not riparian to any stream.

- 1 -

4103

5. The waters underlying the lands of defendants are percolating ground waters not a part of any stream.

DATED; JULY Ninth, 1958.

                          SACHSE and PRICE

                          by *[signature]*
                              Franz R. Sachse
                          Attorneys for defendants
                          JAMES C. SCHULTZ and
                          DELTA A. SCHULTZ.