SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

FILED
JUL 11 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,             )
                                      )
              Plaintiff,              )    No. 1247-SD-C
                                      )
        vs.                           )    REQUEST FOR
                                      )    ADMISSIONS UNDER
FALLBROOK PUBLIC UTILITY DISTRICT,    )    RULE 36
a public service corporation of the   )
State of California, et al.,          )    JOHN M. HORNBECK
                                      )
              Defendants.             )

Defendants JOHN M. HORNBECK, a married man as his sole and separate property, request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

   1. Defendant is the owner of the lands described in his answer herein.

   2. The lands described in the answer of defendant include 3.2 acres of irrigable land.

   3. A reasonable water duty for the irrigable lands of defendant is 4.2 acre feet per acre per year.

   4. The lands of defendant are not riparian to and do not abut upon any stream.

- 1 -

4105

1         5. The lands of defendant overlie percolating ground
2 waters not a part of any stream.

    DATED: <u>JULY 9th, 1958</u>

                              SACHSE and PRICE

                              by _/s/ Franz R. Sachse_
                                 Franz R. Sachse
                                 Attorneys for Defendant
                                 John M. Hornbeck

4106