SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

FILED
JUL 11 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br>    Defendants. | No. 1247-SD-C<br>REQUEST FOR<br>ADMISSIONS UNDER<br>RULE 36<br>SHERMAN C. LOUDERMILK<br>and<br>DOROTHY L. LOUDERMILK |

Defendants, SHERMAN C. LOUDERMILK and DOROTHY L. LOUDERMILK, Husband and Wife, request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

1. Defendants are the owners of the lands described in their answer herein.

2. The lands described in the answer of defendants include Six (6)    acres of irrigable land.

3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

4. The lands of defendants are not riparian to any stream.

- 1 - -

5. The lands of defendants overlie percolating ground waters not a part of any stream.

DATED: July 9th, 1958.

SACHSE and PRICE

by _____
Franz R. Sachse
Attorneys for defendants
Sherman C. Loudermilk and
Dorothy L. Lousermilk.

4108