

FILED

JUL 14 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

1  EDMUND G. BROWN, Attorney General
       of the State of California
2  ADOLPHUS MOSKOVITZ, Deputy Attorney General
   Library and Courts Building
3  Sacramento 14, California
   Telephone: HIckory 5-4711, Ext. 4574
4
   Attorneys for Defendants
5  In Intervention

6

7

8             IN THE UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                    SOUTHERN DIVISION

11

12  UNITED STATES OF AMERICA,           )   No. 1247-SD-C
                                        )
13              Plaintiff,              )
                                        )
14       v.                             )   AFFIDAVIT OF SERVICE
                                        )        BY MAIL
15  FALLBROOK PUBLIC UTILITY DISTRICT,  )
    a public service corporation of the )
16  State of California; et al.,        )
                                        )
17              Defendants,             )
                                        )
18  PEOPLE OF THE STATE OF CALIFORNIA,  )
                                        )
19              Defendants in           )
                Intervention.           )
20  _____)

21  STATE OF CALIFORNIA   )
                          ) ss.
22  COUNTY OF SACRAMENTO  )

23         ZELLA MACK, being duly sworn, deposes and says: That

24  affiant is a citizen of the United States, over the age of 18

25  years, and not a party to the within action; that affiant's place

26  of employment and business address is Library and Courts Building,

27  Sacramento 14, California; that on the 11th day of July, 1958,

28  affiant enclosed a true copy of the

29         MEMORANDUM OF STATE OF CALIFORNIA IN RESPONSE TO
           "MEMORANDUM RESPECTING THE JURISDICTION, POWER AND
30         RESPONSIBILITY OF THIS HONORABLE COURT TO RENDER THE
           FULL AND COMPLETE RELIEF FOR WHICH THE UNITED STATES
31         OF AMERICA AND THE PARTIES HAVE PRAYED" FILED BY THE
           UNITED STATES, and

COPY RECEIVED

4150

MEMORANDUM OF STATE OF CALIFORNIA URGING REMAND OF MANDATE ACTION REMOVED BY THE UNITED STATES FROM THE SUPERIOR COURT OF THE STATE OF CALIFORNIA IN SAN DIEGO COUNTY

heretofore filed in the above-entitled action in an envelope for each of the persons named below, addressed to each of them at the address set out immediately below each respective name, sealed said envelope, and deposited the same in the United States Mail at the City of Sacramento, County of Sacramento, State of California, with postage thereon fully prepaid; that there is delivery service by United States Mail at each of the places so addressed, or there is regular communication by mail between the said place of mailing and each of the places so addressed:

Bert Buzzini
2223 Fulton Street
Berkeley 4, California

Allard, Brownsberger,
 Shelton & O'Connor
313 First National Building
Pomona, California

Florence A. Anderson
918 C. C. Chapman Building
756 South Broadway
Los Angeles, California

Henry Ashton, Esq.
408 East Central Avenue
Balboa, California

A. A. Bianchi
901 Kohl Building
400 Montgomery Street
San Francisco, California

Thomas J. Burke
504 Granger Building
San Diego 1, California

Howard E. Crandall
127 West Anaheim Building
Wilmington, California

Wm. J. Cusack, Esq.
Room 814 Merritt Building
307 West 8th Street
Los Angeles, California

Devor & Dorfman
924 Van Nuys Building
Los Angeles 14, California

Leonard J. Difani
200 Loring Building
Riverside, California

J. A. Donnelley &
Richard P. MacNulty
2655 - 4th Avenue
San Diego 1, California

Lawrence E. Drumm
458 South Spring Street
Suite 820
Los Angeles 14, California

Ray C. Eberhard
Room 1231 Bartlette Building
215 West 7th Street
Los Angeles 14, California

Estudillo & Bucciarelli
3900 Market Street
Riverside, California

Fendler, Weber & Lerner
333 South Beverly Drive
Beverly Hills, California

-2-

4151

| | | |
|---|---|---|
| 1 | Daniel W. Gage | William O. Mackey, |
| 2 | 740 Rowan Building | Wilburn J. Murray, |
| | 458 South Spring Street | James H. Angell, |
| 3 | Los Angeles 13, California | Leo A. Deegan |
| | | County of Riverside |
| 4 | Arthur M. Gediman | Courthouse |
| | 119 South Main Street | Riverside, California |
| 5 | Elsinore, California | |
| | | William H. Macomber |
| 6 | Abraham Gottfried | 1114 San Diego Trust & Savings Bldg. |
| | 424 South Beverly Drive | San Diego 1, California |
| 7 | Beverly Hills, California | |
| | | Richard M. Marsh |
| 8 | Frank E. Gray | 45-262 Jackson St. |
| | 202 South Hamilton Drive | Indio, California |
| 9 | Beverly Hills, California | |
| | | J. U. Memmi |
| 10 | Hahn, Ross & Saunders | 220 North Nevada Street |
| | Suite 611, 608 South Hill St. | Oceanside, California |
| 11 | Los Angeles 14, California | |
| | | Lt. David W. Miller, USN |
| 12 | Tom Halde | Office of Ground Water Resources |
| | 417 South Hill Street | Marine Corps Base |
| 13 | Suite 520 | Camp Pendleton, California |
| | Los Angeles 13, California | |
| 14 | | John Neblett |
| | Frank S. Hamburger | 500 Mission Inn Rotunda |
| 15 | 1031 Mills Tower | Riverside, California |
| | San Francisco, California | |
| 16 | | A. J. O'Connor |
| | Leslie B. Hanson | 639 South Spring Street |
| 17 | 4412 York Boulevard | Los Angeles 14, California |
| | Los Angeles, California | |
| 18 | | Henry M. Moffatt |
| | James Don Keller & | 121 East 6th Street |
| 19 | Robert G. Berrey | Los Angeles 14, California |
| | 302 Civic Center | |
| 20 | San Diego 1, California | O'Melveny & Myers |
| | | 433 South Spring Street |
| 21 | Courtney Lacey | Los Angeles 13, California |
| | 408 East Florida Avenue | |
| 22 | Hemet, California | Benjamin S. Parks |
| | | Room 916 |
| 23 | Launder, Chaffee & Launer | 210 West 7th Street |
| | Bank of America Building | Los Angeles 14, California |
| 24 | Fullerton, California | |
| | | George M. Pierson |
| 25 | Walter Gould Lincoln | 816 Continental Building |
| | 7505 Pepita Way | Los Angeles 13, California |
| 26 | La Jolla, California | |
| | | J. Lee Rankin |
| 27 | Lindley, Lazar & Scales | Solicitor General |
| | 825 Bank of America Building | Department of Justice |
| 28 | San Diego 1, California | Washington, D. C. |
| 29 | Luce, Forward, Kunzel & | |
| | Scripps | |
| 30 | 1220 San Diego Trust & | |
| | Savings Bldg. | |
| 31 | San Diego 1, California | |

| | |
|---|---|
| Sarau, Adams, Neblett & Sarau<br>Suite 500, Mission Inn Rotunda<br>Riverside, California | Thompson & Colgate<br>405 Citizens Bank Building<br>Riverside, California |
| Shatford & Shatford<br>5920 Temple City Boulevard<br>Temple City, California | Cornelius T. Waldo<br>10742 Nassau Avenue<br>Sunland, California |
| W. E. Starke<br>1130 Bank of America Bldg.<br>San Diego 1, California | Robert W. Walker,<br>Henry M. Moffat,<br>Robert S. Curtiss<br>448 Santa Fe Building<br>Los Angeles 14, California |
| J. D. Skeen<br>802 Utah Oil Building<br>Salt Lake City, Utah | G. V. Weikert<br>918 Oviatt Building<br>Los Angeles 14, California |
| Hugo A. Steinmyer &<br>Winfield Jones<br>650 South Spring St.<br>Los Angeles 14, Calif. | P. W. Willett<br>P. O. Box 103<br>Fallbrook, California |
| William Stinehart<br>5045 Wilshire Blvd.<br>Los Angeles 36, Calif. | Dennett Withington<br>1317 E Street<br>San Bernardino, California |
| Tanner, Thornton & Myers<br>215 West 7th Street<br>Los Angeles 14, California | |

_Zella Mack_

Subscribed and sworn to
before me this 11th day
of July, 1958.

_Laura M. Middleton_
Notary Public in and for the
  County of Sacramento,
  State of California.