1    IN THE UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF CALIFORNIA

3    SOUTHERN DIVISION

**FILED**

JUL 1 1 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William Hofgy_
DEPUTY CLERK

4    UNITED STATES OF AMERICA,                 )

5                      Plaintiff,              )          No. 1247-SD-C

6         v.                                   )          AFFIDAVIT OF SERVICE BY MAIL

7    FALLBROOK PUBLIC UTILITY DISTRICT,        )
     et al.,                                   )

8                                              )

9                      Defendants.             )

10   STATE OF CALIFORNIA          )

                                  )   ss.

11   COUNTY OF SAN DIEGO.         )

12              _____CALVIN J. CRUZ_____, being first duly sworn, deposes and

13   says:  That he is a citizen of the United States and a resident of San Diego

14   County, California; that his business address is Office of Ground Water Re-

15   sources, Marine Corps Base, Camp Pendleton, California; that he is over the

16   age of eighteen years and is not a party to the above entitled action.

17              That, in the above entitled action, on ___July 10, 1958___, he

18   deposited in the United States mail at Oceanside, California, in envelopes

19   bearing the requisite postage, at which places there is a delivery service

20   by United States mails from said post offices, a copy of

21              RESPONSE TO THE MOTIONS OF THE FALLBROOK PUBLIC UTILITY
                DISTRICT AND STATE OF CALIFORNIA TO DISMISS IN REGARD
22              TO THE AFFIDAVITS OF THE STATE WATER RIGHTS BOARD, dated
                June 16, 1958,
23

24   addressed to the last known addresses of the persons listed in Exhibit A,

     attached hereto and made a part hereof.
25

26

27                                                    _Calvin J Cruz_

28   Subscribed and sworn to before me
     this __10__ day of __July__, 1958

29

30   ___Margaret B. Cooker___
     Notary Public in and for said
           County and State
31   (SEAL)

32   My Commission Expires _June 3, 1962_

4154

| | |
|---|---|
| 1 | Florence A. Anderson<br>Room 918<br>756 South Broadway<br>Los Angeles, California | Charles H. Carter<br>1025 Main Street<br>Corona, California |

1   Florence A. Anderson
    Room 918
2   756 South Broadway
    Los Angeles, California
3
    Anderson & Anderson
4   Room 817
    606 South Hill Street
5   Los Angeles 14, California

6   Ashton, Drohan and Marchetti
    3345 Newport Boulevard
7   Newport Beach, California
    Attention:  Henry Ashton
8                    Harry

    Office of Attorney General
9   Library and Courts Building
    Sacramento, California
10  Attention:  Adolphus Moskovits,
       Deputy Attorney General
11
    Bates Booth & Gray, Binkley & Pfaelzer
12  458 South Spring Street
    Los Angeles 13, California
13
    Bauder, Gilbert, Thompson & Kelly
14  Suite 939
    458 South Spring Street
15  Los Angeles, California

16  Best, Best & Krieger
    Evans Building
17  Riverside, California

18  A. A. Bianchi
    Room 901
19  400 Montgomery Street
    San Francisco, California
20
    Thomas J. Burke
21  504 Granger Building
    San Diego 1, California
22
    Busch & Maroney
23  367 North 2nd Avenue
    Upland, California
24
    Bert Buzzini
25  2233 Fulton Street
    Berkeley 4, California
26
    Cannon & Callister
27  650 South Spring Street
    Los Angeles 14, California
28
    Mabel Clausen
29  320 First Trust Building
    Pasadena, California
30
    Clayson, Stark & Rothrock
31  Security Bank Building
    Corona, California
32  Attention:  George G. Grover
       & Owen Strange

Charles H. Carter
   1025 Main Street
   Corona, California

Howard E. Crandall
   127 West Anaheim Boulevard
   Wilmington, California

Crider, Tilson & Ruppe
   548 South Spring Street
   Los Angeles 13, California
   Attention:  Tom Halde

William J. Cusack
   Room 814
   307 West 8th Street
   Los Angeles, California

Davidson & Russ
   16405 South New Hampshire Ave
   Gardena, California

Charles B. DeLong
   507 Harbor Insurance Building
   San Diego 1, California

W. B. Dennis
   365 Broadway
   Vista, California

Leonard J. Difani
   220 Loring Building
   Riverside, California

Emmett E. Doherty
   612 Flower Street
   Los Angeles, California

J. A. Donnelley & Richard P. MacNulty
   2655 4th Avenue
   San Diego, California

Devor & Dorfman
   924 Van Nuys Building
   Los Angeles 14, California

Lawrence E. Drumm
   Suite 820
   458 South Spring Street
   Los Angeles 14, California

Ray C. Eberhard
   Room 1231
   215 West 7th Street
   Los Angeles 14, California

Estudillo & Bucciarelli
   3900 Market Street
   Riverside, California

Fendler, Weber & Lerner
   333 South Beverly Drive
   Beverly Hills, California

4155

-1-                                    EXHIBIT A

| | | |
|---|---|---|
| 1 | Daniel W. Gage | Higgs, Fletcher & Mack |
| | Room 740 | 2250 Third Avenue |
| 2 | 458 South Spring Street | San Diego 1, California |
| | Los Angeles 13, California | |
| 3 | | William Murray Hill |
| | Garver & Garver | 620-621 First National Bank Bldg |
| 4 | Camas, Washington | San Diego 1, California |
| 5 | Arthur M. Gediman | Howland & Prindle |
| | 119 South Main Street | 639 South Spring Street |
| 6 | Elsinore, California | Los Angeles 14, California |
| 7 | Leo Goodman | G. Norman Kennedy |
| | 629 South Hill Street | Room 415 |
| 8 | Los Angeles 14, California | 234 East Colorado Street |
| | | Pasadena, California |
| 9 | Gold & Gold | |
| | Suite 304, Bay Cities Building | James H. Kindel, Jr. |
| 10 | Santa Monica, California | Suite 405, Rowan Building |
| | | Los Angeles 13, California |
| 11 | Abraham Gottfried | |
| | 424 South Beverly Drive | Courtney Lacey |
| 12 | Beverly Hills, California | 408 East Florida Avenue |
| | | Hemet, California |
| 13 | Frank E. Gray | |
| | 202 South Hamilton Drive | Launer, Chaffee & Launer |
| 14 | Beverly Hills, California | Bank of America Building |
| | | Fullerton, California |
| 15 | Samuel A. Greenburg | |
| | 1014 West Valley Boulevard | Walter Gould Lincoln |
| 16 | Alhambra, California | Suite 1113 |
| | | 742 South Hill Street |
| 17 | Alvin G. Greenwald | Los Angeles 14, California |
| | Suite 303 | |
| 18 | 6505 Wilshire Boulevard | Lindley, Lazar & Scales |
| | Los Angeles 42, California | 825 Bank of America Building |
| 19 | | San Diego 1, California |
| | Hahn, Ross & Saunders | |
| 20 | Suite 611 | Luce, Forward, Kunsel & Scripps |
| | 608 South Hill Street | 1220 San Diego Trust & Savings Bldg |
| 21 | Los Angeles  14, California | San Diego 1, California |
| 22 | Frank S. Hamburger | William H. Macomber |
| | 1031 Mills Tower | 1114 San Diego Trust & Savings Bldg |
| 23 | San Francisco, California | San Diego 1, California |
| 24 | Halverson & Halverson | Earl Malmrose |
| | Suite 611 | Room 651 |
| 25 | 704 South Spring Street | 1206 Maple Avenue |
| | Los Angeles 14, California | Los Angeles 15, California |
| 26 | | |
| | Leslie B. Hanson | Richard M. Marsh |
| 27 | 4412 York Boulevard | 54-262 Jackson Street |
| | Los Angeles, California | Indio, California |
| 28 | | |
| | Hash & Bernstein | Thomas P. Menzies |
| 29 | 31 South First Avenue | Room 803 |
| | Phoenix, Arizona | 458 South Spring Street |
| 30 | | Los Angeles 13, California |
| | J. E. Hemmi | |
| 31 | 220 North Nevada Street | Henry M. Moffatt |
| | Oceanside, California | 121 East 6th Street |
| 32 | | Los Angeles 14, California |

4156

-2-

EXHIBIT A

| | |
|---|---|
| 1 | Neblett, Walker & Sullivan |
| | 3742 10th Street |
| 2 | Riverside, California |
| | Attention:  John Neblett |
| 3 | |
| | A. J. O'Connor |
| 4 | 639 South Spring Street |
| | Los Angeles 14, California |
| 5 | |
| | O'Melveny & Myers & George Stahlman |
| 6 | 433 South Spring Street |
| | Los Angeles 13, California |
| 7 | Christopher M. Jenks and |
| | Orrick, Dahlquist, Herrington & Sutcliffe |
| 8 | 405 Montgomery Street |
| | San Francisco 4, California |
| 9 | Attention:  Christopher M. Jenks |
| 10 | George M. Pierson |
| | 816 Continental Building |
| 11 | Los Angeles 13, California |
| 12 | Postel & Postel |
| | 400 Montgomery Street |
| 13 | San Francisco 4, California |
| 14 | Richardson & Henderson |
| | 174 North Palm Canyon Drive |
| 15 | Palm Springs, California |
| 16 | Riedman, Dalessi, Shelton & Beyer |
| | Suite 426 |
| 17 | 110 West Ocean Boulevard |
| | Long Beach 2, California |
| 18 | Attention:  Fred M. Riedman |
| 19 | Office of Riverside County Counsel |
| | County Court House |
| 20 | Riverside, California |
| | Attention:  Wilburn J. Murry, Deputy |
| 21 | James H. Angell, Deputy |
| 22 | Sachse & Price |
| | 1092 South Main Street |
| 23 | Fallbrook, California |
| 24 | Office of San Diego County District Attorney |
| | 302 Civic Center |
| 25 | San Diego 1, California |
| | Attention:  Robert G. Berrey, |
| 26 | Deputy District Attorney |
| 27 | Sarau, Adams, Neblett & Sarau |
| | Suite 308 |
| 28 | 3972 Main Street, |
| | Riverside, California |
| 29 | |
| | Gary W. Sawtelle |
| 30 | 650 South Spring Street |
| | Los Angeles 14, California |
| 31 | |
| | J. D. Skeen |
| 32 | 802 ~~Utah Oil Building~~ |
| | Salt Lake City Utah |
| | 522 Newhouse Building |

Slaughter, Schlesinger & Schlecht
250 East Palm Canyon Drive
Palm Springs, California

Snyder & Snyder
215 South La Cienega Boulevard
Beverly Hills, California

George Stahlman
Route 1, Box 235
Fallbrook, California

W. E. Starke
1130 Bank of America Building
San Diego 1, California

Hugo A. Steinmyer & Winfield Jones
650 South Spring Street
Los Angeles 14, California

Stone & Moran
880 East Colorado Street
Pasadena, California

Swanwick, Donnelly & Proudfit
Suite 912
629 South Spring Street
Los Angeles 14, California

Swing & Swing
313 Central Building
San Bernardino, California

Swing, Scharnikow & Staniforth
Suite 604, San Diego Trust & Savings Bank
530 Broadway                    Bldg
San Diego 1, California
Attention:  Phil D. Swing

Tanner, Thorton & Myers
215 West 7th Street
Los Angeles 14, California

Harry E. Teasdall
114 North Main Street
Fallbrook, California

Teschke, Rowe & Cramer
359 North Cannon Drive
Beverly Hills, California

Thompson & Colegate
405 Citizens Bank Building
Riverside, California

Trihey & Mirich
565 West 5th Street
San Pedro, California

Van Dyke, Dellenback & McGoodwin
110 East 6th Street
Medford, Oregon

4157

-3-                                    EXHIBIT A

```
 1    Watson, Hart & Mieras
         5939 Monterey Road
 2       Los Angeles 42, California

 3    G. E. Weikert
         918 Oviatt Building
 4       Los Angeles 14, California

 5    Weyl, Dunnaway & Weyl
         6331 Hollywood Boulevard
 6       Los Angeles 38, California

 7    Whitney & Friedlander
         8736 Sunset Boulevard
 8       Los Angeles 46, California

 9    Wyckoff, Parker, Boyle & Pope
         P. O. Box 960
10       Watsonville, California

11    Dennett Withington
         1317 E Street
12       San Bernardino, California

13    Cornelius T. Waldo
         10742 Nassau Avenue
14       Sunland, California

15    Robert W. Walker, Henry M. Moffatt,
         Robert S. Curtiss
16          448 Santa Fe Building
            Los Angeles, California

17

18    P. W. Willett
         P.O. Box 107
19       Fallbrook, California

20
      Stark & Champlin
21       Financial Center Building
         Oakland 12, California
22
      Hammack & Pugh
23       Room 1015
         541 So Spring Street
24       Los Angeles 13, California

25    Raymond Choate
         127 West Anaheim Boulevard
26       Anaheim Wilmington, California

27    Samuel Hurwitz
         100 West Chapman
28       Orange, California

29

30

31

32
```

-4-                                        EXHIBIT A   4158