SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

FILED

JUL 14 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
    Plaintiff, ) No. 1247-SD-C
  vs. ) ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY DISTRICT, ) WILLIAM A. BUCKLEY and
a public service corporation of the)
State of California, et al., ) EILEEN S. BUCKLEY
    Defendants. )

  Defendants WILLIAM A. BUCKLEY and EILEEN S. BUCKLEY answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

## FIRST DEFENSE

I

  Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

  Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

INDEXED

- 1 -

COPY RECEIVED

14294

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendants do not abut upon and are not

- 2 -

14295

riparian to any stream. The said lands contain approximately 35 acres of irrigable and arable lands. The said lands overlie percolating ground waters not a part of any stream, and the defendants assert full correlative rights to the use of said ground waters in an amount not to exceed 4.2 acre feet per care per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

July 4, 1958

by *[signature]*
Attorneys for defendant

- 3 -

14296

Northeast Quarter of the Northwest Quarter of Section 8, T9S, R3W, SBM, containing 40 acres more or less.



-4-                    EXHIBIT A

14296A

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.   1247 SD C

Franz R. Sachse _____, being first duly sworn, says: That affiant, whose address is

1092 South Main St., Fallbrook, California

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Answer of Defendants William A and Eileen S. Buckley, and request for Admissions,
_____
(Copy title of paper served)

on the __plaintiff__ _____ in said action, by placing a true copy thereof in an envelope addressed
        (Name of party served)
as follows:

Hon. J. Lee Ranking, Rm 332, 325 West F St., Fallbrook, California

_____
(Name and address as shown on the envelope)

sealed and deposited on the __10th__ day of __July__, 195__8__, in the United States Mail at

Fallbrook, San Diego County, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __10th__

day of __July__, 195__8__

_____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires __October 14, 1961__

14296B