SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154
FILED

JUL 14 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 1247-SD-C |
| vs. ) | ANSWER OF DEFENDANTS |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) a public service corporation of the ) State of California, et al., ) | EDITH L. BURLINGHAM, EILEEN T. QUINN, and MAY M. |
| Defendants. ) | ZIMMERMAN |

Defendants EDITH L. BURLINGHAM, EILEEN T. QUINN, MAY M. ZIMMERMAN answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

INDEXED

- 1 -

COPY RE

14297

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

14298

Approximately 200 acres of the lands of defendants are arable and irrigable. All of the said lands are riparian to Temecula Creek, and intermittent stream flowing through the northerly portion of the lands of defendants. The lands of defendants also overlie percolating ground waters not a part of any stream. The defendants have also developed a spring in the southeasterly corner of their property, which spring is not a part of any stream. Defendants assert correlative rights to the use of the waters of Temecula Creek and the percolating ground waters underlying said lands in an amount not to exceed 4.2 acre feet per acre per year. Defendants assert absolute rights to the use of the waters of said spring.

- 2A -

14299

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

July 4, 1958

by *[signature]*
Attorneys for defendant

- 3 -

14300

Defendants are each the owner of an undivided one-third interest in the following real property situated in the County of San Diego, State of California:

    Lots 1, 2, 7 and 8 of Section 12, T9S, R1E, S. B. M. containing 240 acre more or less.

- 4 -    EXHIBIT A

14301

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.       1247 SD C

Franz R. Sachse _____, being first duly sworn, says: That affiant, whose address is

1092 South Main Street, Fallbrook, California
is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached  Answer of Defendants Burlingham, Quinn and Zimmerman

and Request for Admissions
(Copy title of paper served)

on the plaintiff _____ in said action, by placing a true copy thereof in an envelope addressed
       (Name of party served)
as follows:

Hon. J. Lee Rankin, Rm 332, 325 West F Street, San Diego 1, Calif.

(Name and address as shown on the envelope)

sealed and deposited on the 10th day of July, 195 8, in the United States Mail at

Fallbrook, San Diego County, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 10th day of July, 195 8

_____
Notary Public in and for said County and State

(SEAL)

Stuart's FORM 23                                  My Commission expires  Oct. 14, 1961

14301A