SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154



FILED

JUL 14 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,

        Defendants.

No. 1247-SD-C

REQUEST FOR
ADMISSIONS UNDER
RULE 36

DEFENDANTS

WILLIAM A. and EILEEN S.
BUCKLEY

Defendants WILLIAM A. and EILEEN S. BUCKLEY

request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1. Defendants are the owners of the lands described in their answer herein.

    2. The lands described in the answer of defendants include   35   acres of irrigable land.

    3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

- 1 -

4144

4. The lands of defendants are not riparian to any stream.

5. The lands of defendants overlie percolating ground waters not a part of any stream.

July 4, 1958

SACHSE and PRICE

by *[signature]*
Attorneys for defendant

- 2 -

4145