SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

FILED

JUL 14 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By 

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br>vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br>     Defendants. | No. 1247-SD-C<br>REQUEST FOR<br>ADMISSIONS UNDER<br>RULE 36<br>DEFENDANTS<br>EDITH L. BURLINGHAM, EILEEN<br>T. QUINN, MAY M. ZIMMERMAN |

Defendants

EDITH L. BURLINGHAM, EILEEN T. QUINN, MAY M. ZIMMERMAN

request plaintiff within ten (10) days after the service of

this request to admit that the following statements are true,

for the purposes of this action only, and subject to all

pertinent objections to admissibility which may be interposed

at the trial:

    1.  Defendants are the owners of the lands described in
their answer herein.

    2.  The lands described in the answer of defendants
include   200   acres of irrigable land.

    3.  A reasonable water duty for the irrigable lands of
defendants is 4.2 acre feet per acre per year.

- 1 -

4146

4. The lands described in Exhibit A are riparian to Temecula Creek.

5. The lands described in Exhibit A overlie percolating ground waters not a part of any stream.

6. The Spring developed by defendants on the southeasterly corner of their lands produces local water not a part of any stream.

SACHSE and PRICE

July 4, 1958

by _____
Attorneys for defendant

- 2 -

4147