FILED
JUL 14 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,)
)
       Plaintiff,)  No. 1247-SD-C
)
vs.)  REQUEST FOR
)  ADMISSIONS UNDER
FALLBROOK PUBLIC UTILITY DISTRICT,)  RULE 36
a public service corporation of the)  EDITH L. BURLINGHAM;
State of California, et al.,)  EILEEN T. QUINN and
)  MAY M. ZIMMERMAN
       Defendants.)

    Defendants EDITH L. BURLINGHAM: EILEEN T. QUINN and MAY M. ZIMMERMAN,
Defendant/ail Company
request xxxxxxxxx within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1.  Defendants are the owners of the lands described in their answer herein.

    2.  The lands described in the answer of defendants include   200   acres of irrigable land.

    3.  A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

- 1 -

4148

4. The lands described in Exhibit A are riparian to Temecula Creek.

5. The lands described in Exhibit A overlie percolating ground waters not a part of any stream.

6. The Spring developed by defendants on the southeasterly corner of their lands produces local water not a part of any stream.

                                      SACHSE and PRICE

                                      by _____
                                          Franz R. Sachse
DATED : July 4, 1958            Attorneys for defendants