*Seattle Wash*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

FILED
JUL 15 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff

v.

FALLBROOK PUBLIC UTILITY DISTRICT
and those defendants listed on
Exhibit "A" which is attached to
this summons and made a part of it
by reference,

    Defendants.

No. 1247-SD-C

SUMMONS

To:    J. Lee Rankin
    Solicitor General
    Plaintiff's Attorney
    Room 332 at 325 West "F" Street
    San Diego, California

Reply to Summons
No. 1247-SD-C

1. This is to advise you and inform you that Ila L. Moore (page 36, column 1, line 30) is the wife of James Leslie Moore (Page 36, column 1, line 31) Chief Builder, U.S. Navy, on active military service in the United States at the remote and inaccessable location of Adak Island in the Aleutian Chain in Alaska and that she now resides on the Island of Adak in the capacity of wife and military dependant.

2. Under existing conditions she requests an indefinite postponement in answering or replying to the complaint received by her on 24 June 1958.

3. That she does not knowingly or intentionally waive any claim or right or defense available to her as related in this complaint.

              *Ila L. Moore*
              ILA L. MOORE
              ADAK, ALASKA

INDEXED

COPY RECEIVED

14302