*Box 230, Box 10*
*Seattle Washington*

# FILED

JUL 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT
and those defendants listed on
Exhibit "A" which is attached to
this summons and made a part of it
by reference,

           Defendants.

No. 1247-SD-C

SUMMONS

To: J. Lee Rankin
Solicitor General
Plaintiff's Attorney
Room 332 at 325 West "F" Street
San Diego, California

           Reply to Summons
           No. 1247-SD-C.

1. This is to advise you and inform you that James Leslie Moore (page 36 column 1, line 30) is a Chief Builder, U.S. Navy, on active military service in the United States at the remote and inaccessible location of Adak Island in the Aleutian Chain in Alaska.

2. That since he is outside the jurisdiction of the court, he requests an indefinite postponement in answering or replying to the compliant received by him on 24 June 1958, under the Soldier's and Sailor's Civil Relief Act.

3. That he does not knowingly or intentionally waive any cliam or right or defense available to him as related in this complaint.

                *James L. Moore*
                JAMES L. MOORE
                BUC,     USN
                ADAK, ALASKA

INDEXED
COPY RECEIVED

14303