FILED

JUL 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

CHARLES D. POTTER and ESTA MAE POTTER

Defendants in propria persona
Route 2, Box 21, Murrieta, California.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

 v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

   Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS

CHARLES D. POTTER and ESTA MAE POTTER

  The defendants, Charles D. Potter and Esta Mae Potter each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

  These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

  These defendants own 7/8 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

14304

COPY RECEIVED

1  Defendants reort approximately (7/8) acre of land on whichis one (1)
2  house and one (1) garage. One (1) one hundred twenty two(1220) foot
3  well is supplying domestic water and irrigating four hundred and
4  twenty five (425) feet of hedge, twenty two(22) trees, many shrubs,
5  one(1) kitchen garden, and approximately twenty five hundred (2500)
6  square feet of lawns. Defendants expect to sand Well,, or deepen if
7  necessary. Defendants expect to plant more Fruit Trees, and Melons on
8  said property. Defendants ask privalige to reserve right to put well
9  down onproperty described in paragraph(2) exhibit(A).
10 The defendants therefore claim five(5) acre feet of water forthis
11 property.

18         WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

                                    *Charles D. Potter*
                                    *Esta Mae Potter*
                                    Defendants in propria persona

Dated: July 8, 1958                                    14305

EXHIBIT 'A'

(1) That portion of Lot 16 of Murrieta Portion of Temecula Rancho, as shown by Map on file in Book 8 page 395 of Maps, San Diego County Records, by metes and bounds; Commencing at the most Southerly corner of said Lot 16, being the point of intersection of the Northeasterly line of Washington Street with the center line of Lemon Street; thence Northeasterly on said center line of Lemon Street, 660 feet more or less to a point 660 feet Southwesterly from the intersection of said center line of Lemon Street with the center line of Adams Avenue, the true point of beginning; thence at a right angle Northwesterly 180 feet; thence at a right angle Southwesterly 100 feet; thence at a right angle Southeasterly 180 feet to the center line of Lemon Street; thence Northeasterly on said center line of Lemon Street 100 feet to the point of beginning.

(2) That portion of Lot 16 of Murrieta portion Of Temecula Rancho, as shown by map on file in Book 8 Page 359 of Mpo Maps, San Diego County Records, by metes and bounds; Commencing at the most Southerly corner of said Lot 16, being the point of intersection of the northeasterly line of Washington Street with the center line of Lemon Street; thence Northeasterly on said center line of Lemon STreet 660 feet more or less, ta a point 660 feet Southwesterly from the intersection of said center line of Lemon Street with the center line of Adams Avenue: thence at right angles Northwesterly, 180 feet to the true point of beginning: thence at right angles Southwesterly, 100 feet; thence at right angles Southeasterly, 180 feet to the center line of Lemon Street: thence Southwesterly on the center line of Lemon Street, 25 feet: thence at right angles Northwesterly 330 feet, more or less, to the Northwesterly line of that certain parcel of land convayed to Erwin E. Rasch and Mary L. Rasch, his wife, by deed recorded October 1, 1943, Riverside County Records: thence at right angles Northeasterly on said Northwesterly line, 125 feet to a point distant 660 feet, measured at right angles, from the center line of Adams Avenue: thence at right angles, Southeasterly 150 feet to point of beginning.

      EXCEPTING therefrom yhat portion thereof iccluded in Lemon Street.

14306