CLAYTON W. ROUSE AND
MARGARET E. ROUSE
201 WEST HILLCREST BOULEVARD
INGLEWOOD, CALIFORNIA

Defendants in propria persona

**FILED**

JUL 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DIVISION OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> Vs. <br> FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, <br> Defendants, | NO. 1247-SD-C <br><br> ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT |

COME NOW the Defendants, CLAYTON W. ROUSE AND MARGARET E. ROUSE and severing themselves from their co-defendants and answering for themselves alone, by way of answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny and allege as follows:

I

These answering defendants hereby incorporate by reference, all of the allegations contained in the Answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I to V, inclusive, of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

FOR A SECOND SEPARATE AND AFFIRMATIVE DEFENSE AND A STATEMENT OF RIGHTS THESE DEFENDANTS ALLEGE:

INDEXED

COPY RECEIVED

-1-

14307

I

1. That said defendants own approximately **five (5)** acres of land northwest of Murrieta, California, in Riverside County, as described in EXHIBIT "A" attached hereto and made a part hereof by this reference.

II

2. Said defendants' land is suitable for and used as a ranch for the production of gamebirds, chickens and feed crops necessary for the sustenance of gamebirds and chickens. That water necessary for irrigation is pumped from underground sources, and used as a domestic well on the premises.

III

3. That the said land was a part of the Temecula Rancho Land Grant, which carried with it full and complete rights to all minerals and water from the Mexican Government.

That by the Treaty of Guadalupe Hidalgo in 1848, these rights to minerals and water were given absolutely and forever to the owners and their successors in interest to said land grant, or any part thereof, including the said land owned by these defendants.

Said Treaty of Guadalupe Hidalgo operated as a confirmation in praesenti of all perfect titles to lands in California held under Spanish or Mexican Grants.

IV

4. The plaintiff, UNITED STATES OF AMERICA, is in legal duty bound to carry into effect the stipulations contained in said treaty and therefore has no claim or rights to any water or mineral rights in, on, or under these defendants' said land.

V

5. Defendants claim exclusive and sole right and ownership of all underground water, all water above ground, all water that falls on, or runs on from rainfall and all water that can be contained on said land by means of dams, reservoirs or other means with respect to their said land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants' right to water, as hereinabove set forth, be quited as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Clayton W. Rouse*
CLAYTON W. ROUSE

*Margaret E. Rouse*
MARGARET E. ROUSE

DATED July 1, 1958

-3-

14309

EXHIBIT "A"

The Southeast one-half of the Northwest one-half of the Southwest one-half of Lot 66 of Temecula Land and Water Company, as shown by map on file in Book 8 page 359 of Maps, San Diego County Records, in the County of Riverside, State of California

14310