Charles Tingler
Defendants in propria persona
10312 Bowman Avenue, South Gate, California
FILED
JUL 15 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
         Plaintiff, ) CIVIL NO. 1247 - SD - C
   v. ) ANSWER OF DEFENDANTS
) Charles Tingler
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
         Defendants, )

The defendants, Charles Tingler each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 24 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.



14311

1  This land is Riparian land; approximately fourteen acres are
2  tillable and the balance can be used for grazing cattle and for
3  raising turkeys, fowl, and chickens. Defendant has no water wells on
4  said property now; but at later date will drill a well for domestic
5  and irrigation water. If the domestic water well or wells go dry,
6  defendant wishes to reserve the right to drill a well deep enough
7  to reach water for domestic and irrigation purposes. Defendant
8  claims the right to use thirty five acre feet of water per year
9  from said wells to be drilled on this land. Defendant does not
10 claim any prescriptive rights nor any appropriative rights.

17  WHEREFORE, these defendants pray that plaintiff take
18  nothing against them by reason of the Complaint and Supplementary
19  and Amendatory Complaint on file herein; that
20  said Complaint be dismissed as against these defendants; that
21  defendants' right to water, as hereinabove set forth, be ~~quited~~ quieted
22  as against the plaintiff and against all other defendants in this
23  action; and for such other and further relief as the Court may deem
24  proper.

*Charles Tingler*
Defendants in ~~propia~~ propria persona

32 Dated: July 3, 1958

14312

EXHIBIT A

Property Description:

The Northerly rectangular 396 feet of the
Northeast Quarter of Section 18,
Township 7 South, Range 1 East,
S. B. B. & M.

14313