

FILED

JUL 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

WALKER M. WARE and ALTHEA O. WARE
Defendants in propria persona
1115 25th Street
Santa Monica, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )  CIVIL NO. 1247 - SD - C
        Plaintiff,  )  ANSWER OF DEFENDANTS
vs.  )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, ET AL,  )
        Defendants,  )

    The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                 AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

    AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 440 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.



14314

## AFFIRMATIVE STATEMENT OF RIGHTS

### I.

These answering defendants own 440 (four hundred and forty) acres of land situated in San Diego County, more particularly described as follows:

> The East Half of the East Half of the Northeast Quarter of Section 7; the North Half of the Southwest Quarter and the North Half of Section 8, Township 9 South, Range 2 West, San Bernardino Meridian.

Approximately 250 acres of this land is tillable and the balance can be used for grazing livestock, poultry, and for recreational use.

Water from wells and springs and reservoirs located on this property has been used for an unknown number of years to irrigate part of this land. Water from a creek, the name of which, if any, is unknown to me, has been used for an unknown number of years to irrigate part of this land.

### II.

Defendants claim the right to use all the water from the wells, streams, reservoirs and springs now on this property or which may hereafter be developed on this property for use on this land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Walker M Ware_

_Althea O. Ware_

Defendants in propria persona

Dated:

14315