CARL T. OLSON AND
DONNA M. OLSON

Defendants in propria persona

3768 Eureka Drive
Studio City, Calif.

FILED
JUL 16 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br><br>    Defendants. | CIVIL NO. 1247- SD - C<br><br>ANSWER OF DEFENDANTS<br>CARL T. OLSON<br>AND<br>DONNA M. OLSON |

The defendants, CARL T. OLSON AND DONNA M. OLSON each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 81.8 Eighty-one and Eight Tenths acres of land in RIVERSIDE, County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

14316

Government Lot 1 and the Northeast quarter of the Northwest quarter of Fractional Section 19, Township 6 South, Range 2 West, San Bernardino Base and Meridian;

EXCEPTING therefrom the Northerly 20 feet and the Westerly 30 feet of the herein described property, conveyed to the County of Riverside by Deed filed for record September 13, 1949 as Instrument No. 1487.

14317

1  Approximately sixty two acres of our land is rich agricultural land suitable for potatoes, vegetables, melons, mils beet and alf-
2  alfa seed, permanent pasture, grain, grapes, and some is suitable for citrus. The remaining twenty acres is suitable for buildings,
3  raising turkey and chickens, and some grazing.
   The land is particularily desirable for subdivision as it fr-
4  onts for over half a mile on Scott Road and is only 2 miles from the 395 freeway which runs from Riverside to San Diego. Land both east
5  and west has been readily disposed of in ten acre parcels this year. These defendants intend to subdivide their land at a later date and
6  expressly claim the right for themselves or their heirs or their purchasers to drill or dig domestic stock or irrigation wells as there
7  use becomes desireable as a necessary factor in the development and resale of this land. Said defendants claim that the granting of the
8  request to develop said wells on defendants land will in no wise affect plaitiffs adversly as along with other new buyers they are
9  making application to come into the metropolitan water district to get Colorado River water to use on said land whereas the former own-
10 ers were indifferent or adverse to such use. Engineers in the M W District are making a study bringing water down Scott road from the
11 new aqueduct now under construction to Elsinore Valley which would also serve defendants land, and supply much more water on the land
12 than defendents could take from the shallow wells they might drill or dig in the meantime. Whereas to place restrictions on such drill-
13 ings or digging would impair the saleability of defendants land as they would have no water at all pending delivery of said imported
14 Colorado River Water and therefore great and irresponsible damage would be done to said defendants.

15
16
17
18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

25
26          *Earl T. Olson*
27
28          *Donna M. Olson*
29                      Defendants in propria persona
30
    Dated:

14318