Gilbert M. Culton  Gera Davis Culton
Defendants in propria persona
P. O. Box 864, Blythe, California

FILED

JUL 17 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

    Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS

Supplementary and Amendatory
Complaint of
Gilbert M. Culton and
Gera Davis Culton

The defendants, Gilbert M. Culton and Gera Davis Culton each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own _____ acres of land in _____ County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

14380

1   This land is not riparian land. It is rolling land some of it used for dry farming, the rest used for grazing.

2   There are two wells and four springs on the property.

3   Defendant claim the right to use any water above or below the surface, by the right of the deed.

4

5   All rights, privileges and appurtenances thereunto belonging or in any wise appertaining.

6

7   As the original deed was issued by the United States government to challenge this deed would challenge rights of the Government to issue such deeds.

8

9   Defendants claim the rights to use water for domestic use and the watering of stock and all other rights granted in deed.

10  Whereas, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants.

11

12

18          WHEREFORE, these defendants pray that plaintiff take

19  nothing against them by reason of the Complaint and Supplementary

20  and Amendatory Complaint on file herein; that said Complaint be

21  dismissed as against these defendants; that defendants' right to

22  water, as hereinabove set forth, be quieted as against the plain-

23  tiff and against all other defendants in this action; and for such

24  other and further relief as the Court may deem proper.

*Gilbert M. Culton*

*Gene Davis Culton*

Defendants in propria persona

Dated:

14382

EXHIBIT ( A )

United States of America

    Plaintiff

      vs

Fallbrook Public Utility　　　　　　　Civil No. 1247.-SD-C
District ET AL,　　　　　　　　　　　Answer of Defendants

    Defendants　　　　　　　　　　Gilbert M. Culton and
　　　　　　　　　　　　　　　　　　　Gera Davis Culton

Copy of original Deed:

We own 1359 Acres Viz:　3 spperate pieces:

1 - All of Section 27 township 7 South Range 1 West 640 Acres, San Bernardino, Base Meridian.

2 - ( $NE\frac{1}{4}$ ), Northeast Quarter of Northwest Quarter ($NE\frac{1}{4}$ of $NW\frac{1}{4}$). Lot one (1), South Half of Northwest Quarter ($S\frac{1}{2}$ of $NW\frac{1}{4}$) and South Half, Section 33 Township 7 Range 1 West. 639.17 Acres. San Bernardino Base Meridan.

3 - South Half of Northeast Quarter  ($S\frac{1}{2}$ of $NE\frac{1}{4}$), Section 34 Township 7 S. Range 1 West., 80 Acres, San Bernardino Base Meridian.

Together with all rights, privileges and appurtenances thereunto belonging or in any wise appertaining. This would pertain to deeds one (1) and two (2). Deed number (3) reserves mineral rights to the government.

                                          *Gilbert M. Culton*
                                          Gilbert M. Culton

                                          *Gera Davis Culton*
                                          Gera Davis Culton

14381