Garey W. Carr and Alice Harmon Carr
P.O. Box 41
Murrieta, California.
Defendants in propria persona

**FILED**
JUL 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,
vs.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
   Defendants

No. 1247-SD-C

Answer to Complaint and
SUPPLEMENTARY AND AMENDATORY COMPLAINT.

COME NOW the Defendants, Garey W. Carr and Alice Harmon Carr and severing themselves from their co-defendants and answering for themselves alone, by way of answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege as follows:

I

These answering defendants hereby incorporate by reference, all of the allegations contained in the Answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I to V, inclusive, of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this Answer the same as if herein set forth at length.

FOR A SECOND SEPARATE AND AFFIRMATIVE DEFENSE AND A STATEMENT OF RIGHTS THESE DEFENDANTS ALLEGE:

That said defendants own approximately 47.49 acres of land in Murrieta, Riverside County, California, as described in Exhibit "A" attached hereto and made a part hereof by this reference.

II

Said defendants' land is suitable for and used as a ranch for the production of livestock, feed crops necessary for the sustenance of livestock, fruit, vegetables and flowers for market. That water necessary for irrigation is pumped from underground sources plus a domestic well on the premises.

III

That the said land was a part of the Temecula Rancho Land Grant, which carried with it full and complete rights to all minerals and water from the Mexican Government.
That by the Treaty of Guadalupe Hidalgo in 1848, these rights to minerals and water were given absolutely and forever to the owners and their successors in interest to said land grant, or any part thereof, including the said land owned by these defendants.

INDEXED

COPY RECEIVED

14339

1  Said Treaty of Guadalupe Hidalgo operated as a confirmation in
2  praesenti of all perfect titles to lands in California held under Spanish or Mexican Grants.

3                                   IV

4   The plaintiff, UNITED STATES OF AMERICA, is in legal duty
5  bound to carry into effect the stipulations contained in said Treaty and therefore has no claim or right to any water or mineral rights
6  in, on, or under these defendants' said land.

7                                   V

8   Defendants claim exclusive and sole right to the use of all
9  underground water, all water above ground, all water that falls on, or runs on from rainfall and all water that can be contained on
10 said land by means of dams, reservoirs or other means with respect to their said land.
11

12                                  VI

13  Defendants claim further that their said property is outside
    the watershed of the Santa Margarita river and that the wells on
14 said property are percolating in nature.

15                                  VII

16  Defendants offer as Exhibit B a blue print of a proposed
17 reservoir, prepared by the Soil Conservation Commission in 1956.
    The purpose of this reservoir was to capture and impound run off
18 water to be used for irrigating purposes and as a safety measure
    against fire which is extremely hazardous in this particular area.
19 As a result of the said Commission's recommendation the defendants
20 drilled an additional well in order to supplement the runoff water.
    Further work on the project was brought to a stop as a result of
21 this law suit.

22  WHEREFORE, these defendants pray that plaintiff take
    nothing against them by reason of the Complaint and Supplementary
23 and Amendatory Complaint on file herein; that said Complaint be
24 dismissed as against these defendants; that defendants' right to
    water, as hereinabove set forth, be quieted as against the
25 plaintiff and against all other defendants in this action; and
    for such other and further relief as the Court may deem proper.
26

27                                            *Garey W. Carr*

28
                                              *Alice Harmon Carr*
29                                             Alice Harmon Carr

                                    Defendants in propria persona.
30 July 10, 1958
31                          EXHIBIT A
32 In the County of Riverside, State of California:
   The Southwesterly 47.49 acres of Lot 49 of the Temecula Land and
   Water Company, as shown by Map on file in Book 8 page 359 of Maps,
   San Diego County Records.
   Said property is also shown as Lot 207 on Map filed for record March
   22, 1945 as Instrument No. 2327; the original of which is filed in the
   office of the County Surveyor of the County of Riverside, California.