Claude H. Graham  Sr.

Claude H. Graham  Jr.
Defendants in propria persona

1706- 9th. St. Manhattan Beach Calif.

FILED

JUL 17 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

       Defendants.

CIVIL NO. 1247- SD - C
AMENDED
ANSWER OF DEFENDANTS

Claude H. Graham  SR.

Claude H. Graham  JR.

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own  40   acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.                INDEXED                                14336

COPY RECEIVED

1   I have one well of 2 inch capacity, it will be necessary
2   to drill for water as no streams or springs exist.
3   I am on the extreme east limit of the water shed supply-
4   ing the under ground source the plaintiff contends exists,
5   and in no way detrimental to any under ground source.
6   I see no reason or answer to how much water it will
7   take for 40 acres, but I will not develope more than is
8   necessary to produce a living on the 40 acres.
9   It is my intentions to drill suffcent wells for the
10  development of the 40 acres with no restrictions.

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Claude H Graham Jr*
*Claude H Graham Jr.*
Defendants in propria persona

Dated: July 7, 1958

14338

Exhibit ( A )

Claude H. Graham   Sr. &

Claude H. Graham   Jr.

Description of property.

County of Riverside, State of California and described as follows:

The Northwest quarter of Northwest quarter of fractional Section 9, Township 7 South, Range 3 East, San Bernardino Base and Meridian, as shown by United States Government Survey.

14337