

1  ROY C. JACKSON and LOUISE JACKSON
   Defendants in propria persona
2  Aguanga, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )  CIVIL NO. 1247 - SD - C
                           )
          Plaintiff,       )  ANSWER OF DEFENDANTS
                           )  ROY C. JACKSON and
     v.                    )
                           )  LOUISE JACKSON
FALLBROOK PUBLIC UTILITY   )
DISTRICT, ET AL,           )
                           )
          Defendants,      )

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 160 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, ########×######## which is hereby incorporated by reference as a part of this statement.

INDEXED
COPY R

14334

LEGAL DISCRIPTION OF LAND

That certain land located in San Diego County known as the Northeast half of the Northeast Quarter and the Southeast half of the Southeast Quarter of Section 16, Township 9, Range 3 East.

This land is located in Chihuahua Valley in a mountainous area at 4200 feet of elevation. About 90 acres are suitable for agriculture and is being used for cattle raising. The land produces pasture for grazing and hay for winter feeding.

ANSWER TO COMPLAINT AND SUPLIMENTARY AND AMENDATORY COMPLAINT

These answering defendants deny all allegations contained in Complaint and Suplimentary and Amendatory Complaint.

These answering defendants have no information regarding volume and dirrection of flow of underground water in this area.

Defendants do not interfere with flow of surface water during flood season.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Ray C. Jackson*

*Louise Jackson*

Defendants in propria persona

Dated: July 9, 1958

14335