FILED

JUL 17 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ―――――――――――

GRANT OVERBY and ELLEN C. OVERBY
Defendants in propria persona
271 N. Hamilton,
Hemet, California.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
             Plaintiff,  ) CIVIL NO. 1247- SD - C
      v.  ) ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY  ) GRANT OVERBY And
DISTRICT, ET AL,  ) ELLEN C. OVERBY
             Defendants.  )

The defendants, GRANT OVERBY And ELLEN C. OVERBY, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 320 (~~360~~) acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.    INDEXED

14331

COPY RECEIVED

1  Approximately fifty (50) acres are tillable and the balance
2  can be used for grazing cattle and for raising turkeys, chickens and fowl. Defendants have never irrigated any portions of
3  this land.

              11

6  Defendants claim the right to drill well and use fifty (50) acre feet of water per year.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Grant Overby*
*Ellen C. Overby*
                           Defendants in propria persona

Dated:

14332

Northeast quarter, and the Northwest quarter of Section 30, Township 6, South, Range 1 East, San Bernardino Base and Meridian;

EXCEPTING AND RESERVING from said Northwest quarter, pursuant to the provisions of the Act of August 1, 1946, all uranium, thorium or any other material which is or may be determined to be peculiarly essential to the production of fissionable materials, whether or not of commercial value; together with the right of the United States through its authorized agents or representatives at any time to enter upon the land and prospect for and mine and remove the same, as reserved in Patent from the United States of America to Felix Anthony; filed for record February 8, 1951.

14333

