VINSON W. SCOTT and LOIS SCOTT

Defendants in propria persona

ROMOLAND, CALIFORNIA

**FILED**

JUL 17 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | ANSWER OF DEFENDANTS |
| v. ) | |
| FALLBROOK PUBLIC UTILITY ) | VINSON W. SCOTT and |
| DISTRICT, ET AL, ) | LOIS SCOTT |
| Defendants. ) | |

The defendants, VINSON W. SCOTT and LOIS SCOTT, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 20 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

14327

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Vinson W. Scott*

*Lois A. Scott*

Defendants in propria persona

Dated: July 16 1958

14330

EXHIBIT A

Description of land we own in Riverside County is as follows: The South One-half ($\frac{1}{2}$) of the Southeast One-quarter ($\frac{1}{4}$) of the Northeast One-quarter ($\frac{1}{4}$) of Section Thirty-four (34), Township 6S Range 3W--Twenty (20) acres in all.

*Vinson W. Scott*

14328

EXHIBIT B

    I am unable to state at the present time what water rights I may possess on property described in Exhibit A. Whatever rights I may have I wish to keep. As all of this land is in Section 34 I believe it is a government homestead.

    I have used my land and water rights freely and exclusively and as suited me. I hope to do so in the future.

    I rely on all matter of Record in the United States which I may later produce.

*Vinson W. Scott*

14329