CLIVE E. LeVOIR & HARRY MACRES

1    Defendants in propria persona
2    911 WEST TENTH ST. SANTA ANA, CALIFORNIA

FILED
JUL 18 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

4    IN THE UNITED STATES DISTRICT COURT
5    SOUTHERN DISTRICT OF CALIFORNIA
6    SOUTHERN DIVISION

7
8    UNITED STATES OF AMERICA, )
                Plaintiff, )
9    v. )
10    FALLBROOK PUBLIC UTILITY )
11    DISTRICT, ET AL, )
                Defendants. )

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS

CLIVE E. LeVOIR & HARRY MACRES

13    The defendants, CLIVE E. LeVOIR & HARRY MACRES
14    each severing from their co-defendants and each for himself or her-
15    self alone, in answer to the Complaint and Supplementary and Amenda-
16    tory Complaint on file herein, admit, deny, and allege:

17            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT

19    These answering defendants hereby incorporate by reference
20    all of the allegations contained in the answer to said Complaint and
21    Supplementary and Amendatory Complaint filed in this case by Newton
22    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23    of the portion thereof entitled "Affirmative Statement of Rights")
24    and make each and all of said allegations a part of this answer
25    the same as if herein set forth at length.

26                  AFFIRMATIVE STATEMENT OF RIGHTS

27    These defendants own 120 acres of land in SAN DIEGO
28    County, California, and within the watershed of the Santa Margarita
29    River, more particularly described in the document attached hereto,
30    marked Exhibit A, which is hereby incorporated by reference as a
31    part of this statement.

INDEXED

14343

COPY RECEIVED

THIS LAND IS RIPARIAN LAND;APPROXIMATELY 80 ACRES ARE SUITABLE FOR PLANTING,NO IRRIGATING HAS BEEN DONE AS YET BUT PLANS FOR DOING THIS ARE BEING MADE IN THE NEAR FUTURE,WE AS DEFENDENTS CLAIM THE RIGHT TO USE AS MUCH WATER PER YEAR AS DEEM NECESSARY TO FILL OUR DESIRED PLANS,HOWEVER AT THIS TIME AN EXACT AMOUNT IS IMPOSSIBLE TO PREDICT.THE NAME OF STREAM OR STREAMS RUNNING THRU SAID PROPERTY ARE UNKNOWN AT THIS TIME.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

CLIVE E. LeVOIR

HARRY MACRES

Defendants in propria persona

Dated: JUNE 16,1958

14344

PAGE #3

## EXHIBIT A

ONE HUNDRED TWENTY (120 )ACRES OF LAND SITUATED AT OAK GROVE IN
THE COUNTY OF SAN DIEGO,STATE OF CALIFORNIA DESCREBED AS FOLLOWS:

    THE SW $\frac{1}{4}$ OF THE NE $\frac{1}{4}$,& THE NW $\frac{1}{4}$ OF THE SE $\frac{1}{4}$,AND THE NE $\frac{1}{4}$

    OF THE SW $\frac{1}{4}$,ALL IN SECTION #20,TOWNSHIP #9 SOUTH,RANGE #2EAST,

    SAN BERNARDINO BASE AND MERIDIAN.

THE ABOVE PROPERTY CO-OWNED BY CLIVE E.LeVOIR & HARRY MACRES
911 WEST TENTH ST.SANTA ANA,CALIFORNIA

14345