EXHIBIT "A"

1

2

3

4

5

6

7

8

F I L E D

JUL 18 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
by _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

10

11

12

13

14

15

16

17

18

19

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

FALLBROOK PUBLIC UTILITY DISTRICT,
ET AL.,

        Defendants.

NO. 1247-SD-C

XXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXX

Lawrence A. Wallace and Helen L. Wallace

The undersigned defendant(s), whose address is Rt. 4 Box 58
Vista, California

for (himself) (themselves), (his) (their) executors, administrators, successors
refuse and reject the "OFFER OF SETTLEMENT" in this
case and assigns, agree to limit (his) XXXXXXXXXXXXXXXXXXXXXXXXXX & append
hereto the following claims in

connection with the following described lands: All that portion of the South
Half of the Southeast Quarter of the Southeast Quarter of Section 18,
Township 9 South, Range 3 West, San Bernardino Meridian, in the County of
San Diego, State of California, according to United States Government
Survey described as follows:

    Beginning at a point in the North line of said South Half of the
Southeast Quarter of the Southeast Quarter, distant North 89° 32' 30"
East, 311.33 feet from the Northwest corner of said South Half; thence
along said North line, North 89° 32' 30" East, 431.65 feet to the North-
east corner of the tract of land conveyed to Ernest T. McDonald by
deed recorded in Book 2853, Page 59 of Official Records; thence along
the Southeasterly line of said McDonald land South 33° 28' 40" West,
227.94 feet; thence South 77° 20' West, 104.12 feet; thence South 58°
04' West, 238.08 feet to a point in the East line of the West 311.33
feet of said South Half of the Southeast Quarter of the Southeast
Quarter, distant South 0° 24' 30" East, 336.03 feet from the point of
beginning; thence North 0° 24' 30" West, 336.03 feet to the point of
beginning.

    ALSO an easement for pipe line and road purposes over the East 30
feet of the West 326.33 feet of said South Half of Southeast Quarter of
Southeast Quarter of said Section 18.

31

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

32

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

"defendants claim all the right of overlying land owners and to water which may originate in or may be found, on, or under, or which may cross their land.

"Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

"Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

"Defendants claim all the above for all lands in which they have any financial interest whatsoever."

In closing, I wish to state that if a mandamus or writ of prohibition or other legal means cannot be had to stop this Suit, the defendants should incorporate in their answer the following demand for damages:

Furthermore, we pray the court to award us, the afore-mentioned defendants, adequate damages to reimburse us for the cost of preparing and prosecuting our defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon us by this attempted acrimonious, confiscatory usurpation of property rights, instituted against us by the agencies of the United States Government.

14341

1  quantity of water which will be reasonably required for domestic uses.  It is

2  further agreed that "domestic use" as used in connection with the above described

3  lands limits the use of water to a single house and outbuildings or to a single

4  farmstead; and that the domestic use will also be limited to those common to

5  homes including the incidental watering of domestic livestock for family

6  sustenance and the irrigation of not to exceed one-half acre in lawn,

7  ornamental shrubbery, garden, and truck.

8      It is further agreed by the defendant(s) that the court may enter a

9  decree limiting the rights to the use of water in connection with the above

10  described lands to those required for domestic purposes as above defined, by the

11  defendant(s), (his) (their) administrators, executors, successors and assigns

12  and that based upon this stipulation the defendant(s) will not be required to

13  file responsive pleadings to the complaint and supplementary and amendatory

14  complaint served upon (him) (them) or to otherwise participate in this

15  litigation.  This stipulation when executed by the undersigned constitutes

16  an acceptance of the Offer of Settlement by the United States of America,

17  a copy of which is attached.

18

19                                          _Lawrence A. Wallace_
                                            Husband

20

21  Dated: _____              _Helen L. Wallace_
                                            Wife

22

23      NOTE.  This form is being used because no other government form is
        now available to these defendants.

24

25  Reviewed and approved:

26

27  _____
    Officer in Charge of the

28     Office of Ground Water Resources
       Camp Pendleton, California

29

30

31

32

14342