1  BATES BOOTH
   Attorney at Law
2  458 South Spring Street
   Los Angeles 13, California
3
   Michigan 6262
4
   Attorney for Defendants SOUTHERN COUNTIES GAS COMPANY
5                          OF CALIFORNIA and AMERICAN TRUST
                           COMPANY
6

**FILED**

JUL 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

7

8              IN THE UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10                      SOUTHERN DIVISION

11  UNITED STATES OF AMERICA,          )
                                       )   No. 1247-SD-C
12                  Plaintiff,         )
                                       )   AMENDED ANSWER OF
13          vs.                        )   SOUTHERN COUNTIES GAS COMPANY OF
                                       )   CALIFORNIA AND
14  FALLBROOK PUBLIC UTILITY           )   AMERICAN TRUST COMPANY
    DISTRICT, et al.,                  )
15                                     )
                    Defendants.        )
16  _____)

17          The defendants SOUTHERN COUNTIES GAS COMPANY OF CALIF-

18  ORNIA, a corporation, and AMERICAN TRUST COMPANY, answering for

19  themselves alone admit, deny and allege as follows:

20                       FIRST DEFENSE

21                            I

22          Defendant SOUTHERN COUNTIES GAS COMPANY OF CALIFORNIA

23  is the owner of that certain real property (herein called "the

24  property") described as follows:

25          That portion of the North 45.30 feet of Lot 1

26      of Section 1, Township 9 South Range 3 West, S. B. B. &

27      M., lying Northwesterly of the Northwesterly right of

28      way line of State Highway No. 395, 60.00 feet wide, as

29      said right of way line is shown on Record of Survey Map

30      No. 1008 filed in the office of the County Recorder of

31      said San Diego County and lying Southeasterly of the

32      following described line:

                          - 1 -

BATES BOOTH
ATTORNEY AT LAW
LOS ANGELES

INDEXED

COPY RECEIVED

14373

1    Beginning at a point on the North line of said
2    Lot 1, distant thereon North 89° 50' 40" East 827.02
3    feet from the Northwest corner of said Lot 1, said point
4    being also distant along said North line North 89° 50'
5    40" East 145.68 feet from Engineer's Station 753/68.73
6    on the center line of the Department of Public Works'
7    Survey from Moosa Canyon to the Riverside County Line,
8    Road XI-SD-77-G; thence from a tangent which bears South
9    39° 00' 18" West along a curve to the right having a
10   radius of 3100 feet through an angle of 1° 05' 17" a
11   distance of 58.87 feet to the South line of said North
12   45.30 feet of Lot 1, distant along said South line North
13   89° 50' 40" East 148.42 feet from Engineer's Station
14   753/08.08 on the center line of said survey.

II

15
16   The defendant AMERICAN TRUST COMPANY is the trustee of
17   certain mortgage Indentures executed by the defendant SOUTHERN
18   COUNTIES GAS COMPANY OF CALIFORNIA on October 1, 1951, and
19   August 1, 1955.  The property and the water rights owned by the
20   defendant SOUTHERN COUNTIES GAS COMPANY OF CALIFORNIA as set forth
21   in this Answer are subject to the mortgage Indentures referred to
22   in this paragraph.

III

23
24   The property described herein is within the watershed
25   of the Santa Margarita River and the defendant SOUTHERN COUNTIES
26   GAS COMPANY OF CALIFORNIA is vested with the right to use so much
27   of the water accummulating in the Santa Margarita River watershed
28   and in the Santa Margarita River as may be required for reasonable
29   and beneficial purposes on its property.

IV

30
31   Defendant SOUTHERN COUNTIES GAS COMPANY OF CALIFORNIA is
32   informed and believes, and upon such information and belief alleges,

- 2 -

BATES BOOTH
ATTORNEY AT LAW
LOS ANGELES

14374

1  that the property described herein overlies percolating ground

2  water. This defendant is vested with the right to use such per-

3  colating ground water for reasonable and beneficial purposes on

4  the property described herein and is entitled to an equitable

5  apportionment of such waters if the court should find the supply

6  of such water to be insufficient to meet the needs of the plain-

7  tiff, this defendant and the other parties to this action.

8                                V

9         The defendant SOUTHERN COUNTIES GAS COMPANY OF CALIFORNIA,

10  as the owner of the property described herein, is vested with the

11  rights which are appurtenant to said property to use so much of

12  the waters described in the Complaint and Supplementary and Amenda-

13  tory Complaint as may be required for reasonable and beneficial

14  purposes on its property.

15                               VI

16         The defendant SOUTHERN COUNTIES GAS COMPANY OF CALIFORNIA

17  denies that the United States or any other party to this action

18  has any riparian, overlying or any rights at all to the waters

19  described in the Complaint and Supplementary and Amendatory Com-

20  plaint which are paramount or prior to the rights of this defendant.

21                              VII

22         These defendants have not used, diverted or encroached

23  upon any rights the United States or any other party has, or claims

24  to have, in the waters from the Santa Margarita River, or any

25  other waters, described in the Complaint and Supplementary and

26  Amendatory Complaint.

27                      SECOND DEFENSE

28                             I

29         The defendant SOUTHERN COUNTIES GAS COMPANY OF CALIFORNIA

30  is the owner of an easement for a right of way for the installation,

31  operation and maintenance of a pipe line for the high-pressure

32  transmission of gas under, over and across a portion of the

33  lands which are referred to in the Complaint

BATES BOOTH
ATTORNEY AT LAW
LOS ANGELES

- 3 -

14375

1    and Supplementary and Amendatory Complaint as Camp Joseph H.
2    Pendleton.
3        The grant of said easement for a right of way is con-
4    tained in a series of instruments, each of which is recorded in
5    Official Records of San Diego County.  Said instruments, the par-
6    ties to them, the dates thereof and the places of record, are as
7    follows:
8        Agreement between Rancho Santa Margarita and Southern
9    Counties Gas Company of California, dated April 19, 1934, recorded
10   in Book 292 at Page 357.
11       Agreement between Rancho Santa Margarita and Southern
12   Counties Gas Company of California, dated March 30, 1937, recorded
13   in Book 765 at Page 127.
14       Agreement between Rancho Santa Margarita and Southern
15   Counties Gas Company of California, dated May 26, 1941, recorded
16   in Book 1221 at Page 441.
17       Agreement between United States of America and Southern
18   Counties Gas Company of California, dated April 21, 1943, recorded
19   in Book 1500 at Page 129.
20       Grant of easement by United States of America to Southern
21   Counties Gas Company of California, dated January 10, 1951,
22   recorded in Book 3987 at Page 321.
23       Grant of easement by United States of America to Southern
24   Counties Gas Company of California, dated December 15, 1953,
25   recorded in Book 5890 at Page 235.
26       Grant of easement by United States of America to Southern
27   Counties Gas Company of California, dated April 12, 1956, recorded
28   in Book 6145 at Page 236.
29       Each of said instruments is hereby incorporated as if it
30   were fully set forth in this Answer.
31                               II
32       The defendant AMERICAN TRUST COMPANY is the trustee of

1  certain mortgage indentures executed by the defendant SOUTHERN

2  COUNTIES GAS COMPANY OF CALIFORNIA on October 1, 1951, and August 1,

3  1955.  Said easement owned by defendant SOUTHERN COUNTIES GAS

4  COMPANY OF CALIFORNIA and described in paragraph I herein is sub-

5  ject to the mortgage indentures referred to in this paragraph.

III

7  Said easement for a right of way described and set forth

8  in Paragraph I is but a portion of a major distribution gas line

9  of the defendant SOUTHERN COUNTIES GAS COMPANY OF CALIFORNIA

10  through which it, as a public utility operating in the State of

11  California, delivers gas to the San Diego Gas and Electric Company,

12  which has no other source of obtaining gas.  The San Diego Gas and

13  Electric Company furnishes the gas obtained from this defendant

14  to consumers in San Diego County, including the United States

15  facilities described in the Complaint and Supplementary and

16  Amendatory Complaint.

IV

18  The rights of these defendants in this litigation are as

19  just set forth in the first and second defenses alleged in this

20  Amended Answer.

21  WHEREFORE, these defendants demand:

22  1.  That this court decree the defendant SOUTHERN COUNTIES

23  GAS COMPANY OF CALIFORNIA to be the owner of the easement for a

24  right of way described in this Amended Answer;

25  2.  That if the plaintiff desires to take the defendant

26  SOUTHERN COUNTIES GAS COMPANY OF CALIFORNIA's easement for a right

27  of way described and set forth in this Amended Answer, that this

28  court order the plaintiff furnish to this defendant a substituted

29  easement for a right of way in lieu thereof;

30  3.  That if the plaintiff desires to take the defendant

31  SOUTHERN COUNTIES GAS COMPANY OF CALIFORNIA's easement for a right

32  of way as described and set forth in this Amended Answer, that just

BATES BOOTH
ATTORNEY AT LAW
LOS ANGELES

- 5 -

14377

1  compensation be awarded this defendant for the taking of such

2  rights as are taken from by the plaintiff;

3      4.  That the court decree the easement for right of way

4  described in this Amended Answer to be subject to the mortgage

5  indentures referred to herein;

6      5.  That this court find, declare and fix the nature and

7  extent of the water rights of these defendants in the premises;

8      6.  For such other and further relief as the court may

9  deem just and proper.

10      Dated this 18th day of July, 1958.

11

12

13                 BATES BOOTH

14            Attorney for Defendants
      SOUTHERN COUNTIES GAS COMPANY
          OF CALIFORNIA and
        AMERICAN TRUST COMPANY

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

BATES BOOTH
ATTORNEY AT LAW

- 6 -