IN THE UNITED STATES DISTRICT COURT
Southern District of California
Southern Division

Bonnie Lee and Wm. Howard Emery Jr.
name
9310 Orange Street
address
Pico, California
city and state

Defendant

FILED

JUL 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
                         )
            Plaintiff    )
                         )
    vs                   )   No. 1247
                         )
FALLBROOK PUBLIC UTILITY )
DISTRICT etal.,          )
                         )
            Defendant    )

Comes now the defendant(s) Bonnie Lee and Wm. Howard Emery Jr.

and for himself or themselves alone and answering plaintiff's complaint on file, herein denies(deny) each and every material allegation contained therein.

*Bonnie Lee Emery*

*William H. Emery Jr*

14383