JOE OLIVERA and *Josie Olivera*

Defendants in propria persona

42 TERRACE DRIVE
PASADENA, CALIFORNIA

F I L E D

JUL 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | JOE OLIVERA and *Josie Olivera* |
| Defendants, | |

The defendants, each severing from their co-defendants and each for himself or herself alone in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 5/6 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

*Copy rec'd*

-1-

14384

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Joseph L. Olivera*

*Josie H. Olivera*

Defendants in propria persona

-4-

14387

EXHIBIT A

We own
   Lots 8 (eight) and 7 (seven) in Block 15 (fifteen), also 12 (twelve), 10 (ten) and 11 (eleven) in Block 14 (fourteen) all in the Murrieta Townsite, which is a part of the Murrieta Portion of the Temecula Rancho. For a more particular description reference is hereby made to a map on file in Book 8 page 359 San Diego County Records.

14385

- 2 -

EXHIBIT B

We claim our land is in the Temecula Rancho. We believe the Temecula Rancho to be one of the grants of land made by Mexico, the title to which we believe was confirmed by the Treaty of Guadalupe Hidalgo. We have always used the water appurtenant to said land freely and exclusively for domestic uses, garden and livestock and we expect to use it freely and exclusively according to said Mexican Grant.

We have understood that this Grant was also patented by Louis Vigness, the owner when it was under Mexican law, there we claim the protection of the Treaty, and the Patent and all matters of record since that time.

14386

- 3 -

Mrs Josie Olivera
sign this paper under
Joe's name.
~~Josie~~ H Olivera
Mail to

J L Rankin
~~325~~ 325 West F ST
Room ~~325~~ 332
San Diego
Calif

14398