W. K. Whitney

Defendants in propria persona
R2 Elsinore



FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
W. K. Whitney

The defendants, W. K. Whitney
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1/1+ acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED        INDEXED        14486

acres of this farm I claim riparian rights therein. The wash has been dry for 8 years til last winter. I claim a right to flood waters therein & a percentage of flowing surface waters also a right to drill or dig a well right in the wash.

There are 5 potentially active known springs on the farm, 2 or 3 flowed hot water in the wet years. I claim rights to develop & use any water from springs here.

I claim right to develop & use any percolating water on the farm where ever & when ever I can locate any well sites

I claim right to impound & use surface run off from the higher land north & east of this farm since no one uses the adjoining land or its water.

I claim a proportionate share on an acreage basis in snow or rain or precipitation over this land from any water bearing clouds passing over this community.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

W.K. Whitman

Defendants in propria persona

Dated: July 5, 1958

14487

I have no water on lot 178 in Sedco tract no. 1 Book 10 I've hauled my personal & stock water since Aug. 1952

EXIBIT A

W. K. Whitney, July 5, 1958.

14487A