Defendants in propria persona

FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>Defendants. | CIVIL NO. 1247- SD - C<br>ANSWER OF DEFENDANTS<br>ORIE A. USSERY. AND<br>EDITH M. USSERY.<br>P.O. BOX 12<br>MURRIETA |

The defendants, Orie A. and Edith M Ussery each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 18.89 acres of land in County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED   14483

COPY RECEIVED

Dated: JUNE 30 1958

EXHIBIT A,   AS REQUESTED 

DESCRIPTION OF LAND IS AS FOLLOWS

LOT 3 OF MURRIETA PORTION OF THE TEMECULA RANCHO, AS SHOWN BY MAP ON file IN BOOK 8 PAGE 359 OF MAPS, SANDEIGO COURT RECORDS: EXCEPTING THERE FROM THE WESTERLY FIVE ACRES OF SAID LOT 3, DISCRIBED AS FOLLOWS: BEGINING AT THE INTERSECTION OF THE CENTER LINES OF WASHINGTON AVE- AND ELM STREET, AS SHOWEN ON SAID MAP; THENCE FORTH SOUTH FORTY TWO DREEGES 15' EAST, 968 FEET ALONG THE CENTER LINE OF WASHINGTON AVE-, EXTEDED SOUTHERLY; THENCE NORTH 17 DEGREES 19' WEST, 1067.48 FEET TO THE INTERSECTION WITH THE CENTER LINE OF ELM STREET; THENCE SOUTH 47 DEGREES 45' WEST, 450 FEET ALONG THE CENTER LINE OF ELM STREET TO THE POINT OF BEGINING; ALSO EXCEPTING FROM LOT 3, THAT PORTION THERE OF DESCRIBED AS FOLLOWS: BEGINING AT THE INTERSECTION OF THE CENTER LINES OF ADAMS AVE- AND ELM STREET; THENCE SOUTH 42 DEGREES 15' EAST 660 FEET ALONG THE CENTER LINES OF ADAMS AVE-; THENCE SOUTH 47 DEGREES 45' WEST, 1216.83 FEET, MORE OR LESS, TO THE LINE THAT BEARS NORTH 17 DEGREES 19' WEST FROM A POINT IN THE CENTER LINE OF WASHINGTON AVE- THAT IS SOUTH 42 DEGREES 15' EAST, 968 FEET FROM THE INTERSECTION OF SAID CENTER LINE OF WASHINGTON AVE- WITH THE CENTER LINE OF ELM STREET; THENCE NORTH 17 DEGREES 19' WEST, 727.83 FEET, MORE OR LESS, TO THE CENTER LINE OF ELM STREET; THENCE NORTH 47 DEGREES 45' EAST, 910 FEET ALONG THE CENTER LINE OF ELM STREET, TO THE POINT OF BEGINING.

---

THE SOUTH EASTERLY LINE OF OUR PROPERTY RUNS NEAR THE CENTER OF A CREEK, I BELIEVE TO BE KNOWN AS MURRIETA CREEK. THIS CREEK CARYS CONSIDERABLE WATER DURING HEAVEY RAINS.
THE NORTH EASTERLY LINE RUNS NEAR THE CENTER OF A CREEK KNOWN AS HOT SPRINGS CREEK, IT LIKE WISE CARRYS CONSIDERBLE WATER IN HEAVY RAINS.
BOTH OF THESE CREEKS ARE TRIBUTARYS OF THE SAN MARGARITA RIVER
THERE IS A DRY LAKE NEAR BY THAT FILLS DURING HEAVY RAINS AND OVER FLOWS ACROSS OUR LAND CARRING MANY HUNDREDS OF ACRE FEET OF WATER.
WE BELIEVE THERE IS A LARGE RESERVOIR OF WATER UNDERNEETH OUR LAND IF TAKEN TO A DEBTH OF 900 FEET WOULD EQUAL 50 OR MORE ACRE FEET FOR EACH ACRE OF LAND. WE DENY THAT ANY OF THIS WATER EVER REACHES CAMP PENDLETON OR BELONGS TO CAMP PENDLETON OR ANY ONE ELSE. ONLY TO THE OWNER OF THIS LAND. OWNERS OF LAND AS DESCRIBED IN THE DICTIONARY. (QUOTE) SIGNIFIES ANY GROUND FORMING PART OF THE EARTHS SURFACE WHICH CAN BE HELD AS INDIVIDUAL PROPERTY WHETHER SOIL OR ROCK OR WATER COVERED. AND EVERY THING ANEXTED TO IT WHETHER BY NATURE, AS TREES WATER ECT- OR BY THE HAND OF MAN AS BUILDINGS FENCES ECT- IN CONTEMPLATION OF LAW THE FEE SIMPLE IN LAND INCLUDES A RIGHT OF AN INDEFINITE UPWARD AS WELL AS DOWNWARD TOWARD THE CENTER OF THE EARTH. (END OF QUOTE)

WE OWN 18.89 ACRES OF LAND, THIS LAND HAS BEEN IRRIGATED FROM A WELL BY THE PRESENT OWNER SINCE 1950 AND IS BEING IRRIGATED AT THE PRESENT TIME FROM A WELL. THERE IS ABOUT 18 ACRES THAT CAN BE IRRIGATED TO CROPS. OUR INTENTIONS WERE AT THE TIME OF PURCHASE TO BUILD A SMALL RESERVIOR COVERING FROM 3 TO 5 ACRES AS A COMMERICAL FISH INTERPRISE ALTHO THERE WOULD ACTUALY BE LITTLE WATER USED, EVENTUALLY IT WOULD RETURN FROM HENCE IT CAME.

EXHIBIT B.

ANSWERS AS REQUESTED, LINE 2 TO 27

1  WE CLAIM RIPARIAN RIGHTS, ALSO THE RIGHT TO TAKE WATER FROM A WELL OR
2  WELLS. WE CLAIM THE RIGHTS TO ANY PERCOLATING WATERS UNDERNEATH THE LAND
3  DESCRIBED IN EXHIBIT A.
4       FOR THE FOLLOWING REASON AS SET FORTH BELOW
5  FROM THE TREATY WITH MEXICO OF GUADALUPE HIDALGO. TO THE LAND AND WATER
6  UNDER THE ORIGNAL UPPER CALIFORNIA MEXICAN TITLE, ABOUT THE YEAR 1846
7  TO DON FELDIZ. VALDEZ. AND AS PATIENTED IN THE UNITED STATES TO
8  LOUIS VIGNES. IN THE YEAR 1860, AND AS SUBDIVIDED BY THE TEMECULA
9  LAND AND WATER CO. IN 1886 AND 1887. SAID DEEDS STATING, (QUOTE) AND
10 ALL WATER RIGHTS (END OF QUOTE) AND BY ANY GRANTS DEEDS OR TRANSFERS
11 PIOR TO OR AFTER SAID DATES. AND ACCORDING TO THE CONSTITUTION OF
12 THE UNITED STATES OF AMERICA, ALOWING ITS PEOPLE TO OWN LAND AND
13 PROPERTY. LAND AS DEFINED IN THE DICTIONARY. WE ELIEVE THAT WE ARE
14 NOT SUBJECT TO MANY OF THE PRESENT LAWS AND REGULATIONS, AS THE
15 TITLES PRECEDING THESE LAWS AND REGULATION PLAINLY STATE OUR RIGHTS.
16 AND TAKE PRECEDENCE OVER THESE LAWS AND REGULATIONS.
17 WE WILL FURNISH THE COURT WITH A PHOTOSTATIC COPY OF ANY TITLES
   SPOKE OF ABOVE, ON REQUEST
18       WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.
25
26
27        *Orie A Ussery*
28        *Edith M Ussery*
29              Defendants in propria persona
30
   Dated: JUNE 30 1958
31
32

14435