*Henry H. Scott and Lois Scott*
Defendants in propria persona
*Aguanga, California*

FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *nsk* Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br>　　　　Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>*Henry H. Scott and*<br>*Lois Scott* |

The defendants, *Henry H. Scott and Lois Scott* each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own *40* acres of land in *San Diego* County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED    　　　　　　　　　　　　　　　　　　　11460

Defendants have one (1) well which is presently used for domestic purposes. Defendants expect to irrigate thirty (30) acres of land which is expected to be planted with apple trees. Defendants expect to raise rabbits on approximately two (2) acres and will require water for this purpose.

Defendants reserve the right to drill one more well.

Defendants claim the right to use one hundred and twenty (120) acre feet of water per year from the wells on this land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Henry V. Scott_
_Lois Scott_
Defendants in propria persona
Aguanga, California

Dated: July 1, 1958

14461

"Exhibit A"

The Northwest quarter of the Northwest quarter of Section 15, Township 9 South, Range 3 East, San Bernardino Base and Meridian, San Diego County, State of California.

14462