PAUL L. DAVIS AND MARY DAVIS
Defendants in propria persona

410 East Elder Street
Fallbrook, California


FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ___mtk___ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,　　　)
　　　　　　　　　　　　　　　　)　CIVIL NO. 1247- SD - C
　　　　　　　Plaintiff,　　　　 )
　　　　　　　　　　　　　　　　)　ANSWER OF DEFENDANTS
　　v.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)　PAUL L. DAVIS AND MARY DAVIS
FALLBROOK PUBLIC UTILITY　　　 )
DISTRICT, ET AL,　　　　　　　 )
　　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　 )

The defendants, PAUL L. DAVIS AND MARY DAVIS each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own  1/2  acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED　　　　　　　　　　　　　　　　INDEXED
　　　　　　　　　　　　　　　　　　　　　　　14463

1    At the present time this hilltop property is a personal residence
2    on approximately one-half (1/2) acre of land, for this purpose I claim
3    360,000 gallons of water per annum. This property, however, has commercial
4    aspects for restaurant purposes and for that I reserve the rights to
5    600,000 gallons of water per annum.

18    WHEREFORE, these defendants pray that plaintiff take
19    nothing against them by reason of the Complaint and Supplementary
20    and Amendatory Complaint on file herein; that said Complaint be
21    dismissed as against these defendants; that defendants' right to
22    water, as hereinabove set forth, be quieted as against the plain-
23    tiff and against all other defendants in this action; and for such
24    other and further relief as the Court may deem proper.

                                                        PAUL L. DAVIS

                                                        MARY DAVIS

                                              Defendants in propria persona

Dated:  1 July 1958

14464

All those portions of Lots 3, 4 and 5 in Block 46 of West Fallbrook, in the County of San Diego, State of California according to Map thereof No. 567, filed in the office of the County Recorder of San Diego County October 9, 1888, and a portion of the East Half of the Northeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, described as a whole as follows:

Beginning at a point in the South line of said Lot 5, distant South $89°21'$ East 258 feet from the Southwest corner of Lot 6 of said Block 46; thence North $0°33'$ East 125 feet; thence North $77°12'30"$ East 127.89 feet to the Westerly line of the tract of land conveyed by deed from F. W. Bartlett et al, to Lucy A. Root, recorded in Book 553, page 356 of Deeds, records of said County; thence along said Westerly line of the land of Root South $9°54'10"$ East (record $59°50'$ East) 157.40 feet to an intersection with the easterly prolongation of the Northerly line of Elder Street; thence along said Easterly prolongation of the Northerly line of Elder Street North $89°21'$West, 153.00 feet to the point of beginning.

Exhibit A

14465