*Herman B. Bergman, Deceased,*
*By Mrs. Eleanor Furie.*

Defendants in propria persona
2773 Willow Pl. South Gate. Calif.

FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ msk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, ) CIVIL NO. 1247- SD - C
   v. ) ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY ) *Herman B. Bergman,*
DISTRICT, ET AL, ) *By. Eleanor Furie.*
        Defendants. )

    The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own *29* acres of land in *Riverside* County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED 14466

Approximately 15 acres are tillable and the balance can be used for grazing or raising chickens or turkeys. Defendants have irrigated portions of land in the past, and water for this purpose, has been obtained by pumping water directly from a well on this property, also used for family use. Defendants claim the right to use 60 acre ft. of water per year from the well on this land. Defendants do not claim any prescriptive rights or any appropriative rights.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Herman B. Bergman Deceased*
*By Eleanor Furie Executrix*

Defendants in propria persona

2773 Willow Pl, South Gate, Calif.

Dated: June 30- 1958

14466-A

EXHIBIT A

The North half of the Northwest quarter of section 25. Township 6 south.

Range 4 west San Bernardino Base and meridian lying southerly of the center line of Bundy Canyon Road.

Excepting therefrom the westerly 990ft. and Easterly 495ft. as measured along the Southerly line of the North half of the Northwest quarter of said section.

14467