ELMER P. BIECK and GRACE E. BIECK
Defendants in propria persona

1520 - Comstock Ave.,
Los Angeles, 24, California

FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br><br>　　　　Defendants. | CIVIL NO. 1247- SD - C<br><br>ANSWER OF DEFENDANTS<br><br>ELMER P. BIECK and<br>GRACE E. BIECK |

The defendants, ELMER P. BIECK and GRACE E. BIECK each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 9.45 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

1   This land is riparian land; the 9.45 acres are tillable,
2   and can also be used for grazing cattle, and for raising
3   turkeys, chickens and fowl. Defendants plan to irrigate
4   portions of this land, by pumping directly from a creek
5   which runs through the property, as well as eventually
6   securing water from an appropriate well.

                                11.

8   Defendants claim the right to use eighty (80) acre feet
9   of water per year from the creek which runs through this
10  land. Defendants also wish to reserve the right to drill
11  a well on this property at some future date.

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

_____
ELMER P. BIECK

_____
GRACE E. BIECK
Defendants in propria persona
1520 - Comstock Ave.,
Los Angeles, 24, California

31  Dated: June 25, 1958

14470

EXHIBIT "A"

Legal Description:

The Northwest 9.45 acres, more or less, of Lot 3, in Section 31, T8S R3W - also known as:

The Northwest 9.45 acres of the NE¼ of the NW¼ of Section 31, T8S R3W, in Riverside County, California

14469