```
                                                          F I L E D
                                                          JUL 22 1958
 1   Jimmie B. Allmon                                     CLERK, U.S. DISTRICT COURT
     Defendants in propria persona                        SOUTHERN DISTRICT OF CALIFORNIA
 2   P.O. Box 682, Fallbrook, Calif.                      By _____
                                                                 DEPUTY CLERK
 3
```

 4           IN THE UNITED STATES DISTRICT COURT
 5              SOUTHERN DISTRICT OF CALIFORNIA
 6                    SOUTHERN DIVISION

```
 7
 8   UNITED STATES OF AMERICA,      )
                                    )    CIVIL NO. 1247- SD - C
 9              Plaintiff,          )
                                    )    ANSWER OF DEFENDANTS
10        v.                        )
                                    )    Jimmie B. Allmon
11   FALLBROOK PUBLIC UTILITY       )
     DISTRICT, ET AL,               )
12                                  )
                Defendants.         )
```

13        The defendants, Jimmie B. Allmon
14   each severing from their co-defendants and each for himself or her-
15   self alone, in answer to the Complaint and Supplementary and Amenda-
16   tory Complaint on file herein, admit, deny, and allege:

                ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                          AMENDATORY COMPLAINT

18        These answering defendants hereby incorporate by reference
19   all of the allegations contained in the answer to said Complaint and
20   Supplementary and Amendatory Complaint filed in this case by Newton
21   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22   of the portion thereof entitled "Affirmative Statement of Rights")
23   and make each and all of said allegations a part of this answer
24   the same as if herein set forth at length.

                      AFFIRMATIVE STATEMENT OF RIGHTS

27        These defendants own 6 lots acres of land in San Diego
28   County, California, and within the watershed of the Santa Margarita
29   River, more particularly described in the document attached hereto,
30   marked Exhibit A, which is hereby incorporated by reference as a
31   part of this statement.

COPY RECEIVED                                              INDEXED
                                                           14471

Defendants claim all the right of overlying land owners and to water which may originate in or may be found on or under or which may cross their land.

Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendants hereby incorporate, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these procedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Mrs. Jimmie B. Allman*

Defendants in propria persona

Dated: 6-26-58

14472

Exhibit A.

Lots 1,2,38,9,10 of Block 62 of West Fallbrook, in the
County of San Diego, State of California, according to the
Map thereof No.567, filed in the office of the Recorder of said
San Diego County, October 9, 1888.
Also all that said lot lots 8, 9, and 10 of the East Half of Vine
Avenue lying West of and adjoining said lots 8, 9, 10 of said
Block 62; and all that portion of the South half of the unnamed
Street lying North of and adjoining said East Half of Vine
Avenue and lying North of and adjoining said Block 62 and said
alley having been vacated and closed to public use on September
6, 1912 by an order of the Board of Supervisors of said San Diego
County and filed in Book 32 page 119 of Supervisors records.

14473