Earl Adams
2031 Summerland Avenue
San Pedro, California
Telephone: Terminal 3-6887

In Propria Personam



IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL NO. 1247-SD-C |
| -vs- | ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF EARL C. ADAMS |
| EARL C. ADAMS, ET AL, | |
| Defendants. | |

The defendant, EARL C. ADAMS, severing from his co-defendants and for himself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admits, denies, and alleges:

### ANSWER TO ORIGINAL COMPLAINT

I

The answering defendant has no information or belief sufficient to enable him to answer the allegations of Paragraphs II and VII of the original Complaint and basing his denial upon that ground, denies all allegations in said paragraphs contained.

II

Answering the allegations of Paragraph IV, defendant denies that any conduct of the answering defendant threatens the destruction of the basin referred to in said paragraph or damages the plaintiff in any manner.

III

Answering the allegations of Paragraphs V and VI, denies the litigation and/or the stipulated judgment referred to in said

-1-

14474

paragraphs are binding upon or in any manner affect the rights of the answering defendant, and denies that the plaintiff is entitled to any rights, titles, interests, or privileges as against the answering defendant by reason thereof.

IV

Answering the allegations of Paragraph VII, admits that the plaintiff makes the claims and assertions specified in said paragraph; the answering defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph and basing his denial on that ground, denies all of said allegations.

V

Answering the allegations of Paragraph IX, denies that any action or conduct of the answering defendant has caused the plaintiff any damage or has contributed to any of the injuries alleged in said paragraph; the answering defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph and basing his denial on that ground, denies all of said allegations.

ANSWER TO SUPPLEMENT TO COMPLAINT

Answer to Counts Nos. I to XIV. Inclusive

I

In answer to Counts I to XIV, inclusive, of the Supplement to plaintiff's Complaint, this answering defendant hereby incorporates by reference Paragraphs I to V, inclusive, of the above Answer to plaintiff's original Complaint.

II

This answering defendant admits that the plaintiff makes the contentions set forth in said counts; denies that any actions of this answering defendant has injured plaintiff; and has no information or belief sufficient to enable him to answer any of the

-2-

14475

remaining allegations in any of said counts contained and basing his denial on that ground, denies all of said allegations not hereinabove expressly admitted or denied.

### Answer to Counts Nos. XV-XXI, inclusive

I

This answering defendant hereby incorporates by reference Paragraphs I and II of his Answer to Counts I to XIV, inclusive.

II

This answering defendant denies each and every allegation contained in Paragraphs II and III of Count XXI.

III

The defendant admits that plaintiff owns certain tracts of land comprising the Cleveland and San Bernardino National Forests which are administered by the Bureau of Land Management of the Department of the Interior, which tracts are within the watershed of the Santa Margarita River; admits the allegations with reference to the flow of Temecula Creek and its tributaries; admits that the exhibits mentioned in said Counts are attached to the Complaint; admits that the United States of America makes the contentions set forth in Counts XVIII, XIX, and XX; this answering defendant has no information or belief sufficient to enable him to answer the remaining allegations in said Counts XV to XXI, inclusive, and basing his denial on that ground, denies all of said allegations.

### ANSWER TO AMENDMENT TO COMPLAINT
### Answer to Counts Nos. XXII to XXV, Inclusive

This answering defendant hereby incorporates by reference Paragraphs I, II and III of his Answer to Counts XV to XXI, inclusive.

II

This answering defendant denies the allegations of Paragraphs

-3-

14476

I and II of Count XXII.

### III

This answering defendant admits that plaintiff makes the contentions set forth in Paragraph III of Count XXII; denies each and every allegation in said paragraph contained except as hereinabove admitted.

### IV

This answering defendant admits that plaintiff makes the contentions set forth in Counts XXII to XXV, inclusive; admits that the application referred to in Paragraph II of Count XXIV was filed and in this connection alleges that said application was rejected and denied by the State Board of Water Rights of the State of California on April 10, 1958; admits that this answering defendant claims the right to the use of water specified in the Affirmative Statement of Rights hereinbelow set forth; denies that any claim of this defendant invades any rights of the United States of America; denies the allegations of Count XXI except as hereinabove expressly admitted.

### V

This answering defendant has no information or belief sufficient to enable him to answer the remaining allegations contained in said counts and basing his denial upon that ground, denies all of the allegations not hereinabove expressly admitted or denied.

### AFFIRMATIVE STATEMENT OF RIGHTS

### I

This answering defendant owns eighty-seven (87) acres of land, located in Riverside County, and situated within the watershed of the Santa Margarita River, more particularly described as follows:

> The Southerly 800 feet of the Southeast quarter of the Northeast quarter of Section 18, Township 8 South, Range 1 East, San Bernardino Base and Meridian lying

-4-

14477

Easterly of the following described line; Beginning at a point on the Southerly line of the Southeast quarter of the Northeast quarter which bears North 89° 07' 10" West, 526.03 feet from the Southeast corner of the Southeast quarter of the Northeast quarter; thence North 24° 56' 30" East, 291.55 feet to the beginning of a curve concave to the West, having a radius of 700 feet; thence continuing along said curve through an arc distance of 245.36 feet; thence North 04° 51' 30" East, 344.94 feet to the beginning of a curve concave to the West, having a radius of 500 feet; thence continuing along said curve through an arc distance of 133.66 feet; thence North 10° 27' 30" West 341.87 feet to the Northerly line of the Southeast quarter of the Northeast quarter; EXCEPTING therefrom an easement for road purposes over the Westerly 40 feet thereof.  Said property is also shown on the Record of Survey, Riverside County Records; and

The West one-half of the Southeast one quarter of the Southwest one quarter and the Northeast one quarter of the Southwest one quarter, or more particularly sixty acres of Section 17, Township 8 South, Range 1 East, San Bernardino Base and Meridian; and

The East one-half of the Northwest one quarter of the Southwest one quarter, or more particularly 20 acres of Section 17, Township 8 South, Range 1 East, San Bernardino Base and Meridian.

Of this land, approximately sixty acres are tillable and the balance can be used for grazing cattle, raising turkeys, chickens, and other fowl, and avocados and citrus fruits. Defendant contemplated in the purchase of the above-described land the availability of water to be obtained from the drilling of wells into the subterranean water table lying immediately beneath the aforesaid described property.

II

Defendant claims the right to use all that water lying beneath his land in the subterranean water table area to which he is entitled as owner of the surface land. Defendant does not claim any prescriptive rights or appropriative rights specifically reserved from him in those grant deeds by which he holds title to said lands.

WHEREFORE, this defendant prays that plaintiff take nothing

-5-

14478

against him by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against this defendant; that defendant's right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Earl C. Adams*

14479