J REX WARREN AND BONNIE R. WARREN
Defendants in propria persona
857 HAMILTON LANE
FALLBROOK, CALIFORNIA.

FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA
By _____ 7n9K
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br><br>    Defendants, | CIVIL NO. 1247 - SD - C<br><br>ANSWER OF DEFENDANTS<br>J REX WARREN<br>AND<br>BONNIE R. WARREN |

The defendants, J REX WARREN & BONNIE R WARREN each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
    AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

    AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 5 acres of land in SAN DIEGO County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

14488
INDEX

COPY RECEIVED

THIS 5 ACRES OF LAND IS TILLABLE AND PRESENTLY PLANTED TO AVOCADO TREES.
DEFENDANTS IRRIGATE ALL THE LAND FROM WATER PURCHASED FROM FALLBROOK PUBLIC UTILITY DISTRICT.
THERE ARE NO SPRINGS, WELLS OR DAMS.

DEFENDANTS CLAIM THE RIGHT TO BUY 4,000,000 GALS. OF WATER IN EACH CALANDER YEAR, THRU THE FACILITIES OF THE FALLBROOK PUBLIC UTILITY DISTRICT

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*J Rex Warren*

*Bonnie R. Warren*

Defendants in propria persona

Dated: July 7, 1958

14488 A

EXHIBIT -A-

BOOK, 2647   PAGE, 360

J. Rex WARREN AND BONNIE R. WARREN, husband AND WIFE, AS JOINT TENANTS.

COUNTY of SAN DIEGO - STATE of CALIFORNIA

THAT PORTION of THE EAST HALF of THE SOUTH EAST QUARTER of SECTION 17, TOWNSHIP 9 SOUTH, RANGE 3 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY of SAN DIEGO, STATE of CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHWEST CORNER of THE SOUTH EAST QUARTER of SAID SOUTH EAST QUARTER of SECTION 17; THENCE ALONG THE WEST LINE of SAID EAST HALF NORTH 0° 52' 20" EAST 917.83 FEET TO THE TRUE POINT of BEGINNING; THENCE SOUTH 89° 55' EAST, 457.31 FEET TO THE EASTERLY LINE of THE TRACT of LAND CONVEYED TO ETTA HAMILTON BY DEED RECORDED IN BOOK 1983, PAGE 382 of OFFICIAL RECORDS; THENCE ALONG SAID EASTERLY LINE of LAND of HAMILTON NORTH 9° 19' EAST 508.11 FEET TO THE CENTER LINE of COUNTY HIGHWAY COMMISSION ROAD NO. 1-C; THENCE ALONG SAID CENTER LINE SOUTH 63° 57' WEST 37.48 FEET TO THE BEGINNING of A CURVE CONCAVE NORTHERLY HAVING A RADIUS of 500 FEET; THENCE WESTERLY ALONG SAID CENTER LINE 228.35 FEET TO THE END THEREOF; THENCE ON A TANGENT TO SAID CURVE NORTH 89° 53' WEST 278.69 FEET TO SAID WEST LINE of EAST HALF of SOUTH EAST QUARTER; THENCE ALONG SAID WEST LINE SOUTH 0° 52' 20" WEST 434.10 FEET TO THE TRUE POINT of BEGINNING.

14489