George M. Pugel and Donna Deralene Pugel
Defendants in propria persona
P.O. Box 622 . East Highlands, California

FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ *nork*
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
        Defendants,

CIVIL NO. 1247 - SD - C
ANSWER OF DEFENDANTS
GEORGE M. PUGEL AND DONNA DERALENE PUGEL

The defendants, GEORGE M. PUGEL AND DONNA DERALENE PUGEL, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

      ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
              AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

           AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 514.68 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

14490

COPY RECEIVED                                       INDEXED

the North half of the Southeast quarter and the North half of Section 2, Township 8 South, Range 1 West, San Bernadino Base and Meridian, containing 514.68 acres, a little more or less.

This land is riparian land by virtue of an unnamed creek traversing it; approximately 160 acres are tillable and the balance can be used for grazing cattle and for raising Turkeys, Chickens and fowl. Defendants have irrigated portions of the land and water for this purpose has been obtained from wells drilled near the above mentioned creek.

2.

Defendants claime the right to use 150 acre feet of water per year from the creek on this land and from wells sunk into the ground.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*George M. Puge*

*Donna Derslene Pugel*

Defendants in propria persona

Dated: Hemet, California. July 5, 1958.

14431