NED H McDANIEL
Defendants in propria persona
437 Roads End Glendale 5, Calif

F I L E D

JUL 22 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
               Plaintiff, ) ANSWER OF DEFENDANTS
    vs. ) NED H McDANIEL
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
               Defendants, )

     The defendants, NED H McDANIEL each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

     ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
              AMENDATORY COMPLAINT

     These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

              AFFIRMATIVE STATEMENT OF RIGHTS

     These defendants own 10 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

1  This land is riparian land; approximately (5) acers are tillable and
2  the balance can be used for orchard and the raising of turkeys,
3  chickins and fowl. Defendants have never used water on this property
4  but claim the right to take water from a well and to store water from
5  a tributary of (Tucalota Creek) which flows through the property.
6  Claim is also reserved for the rights to drill a well at some later
7  date.

II.

8  Defendants claim the right to use twenty (20) acer feet
9  of water per year from the tributaries of Tucalota Creek on this land.
10 Defendants any prescriptive or any appropriativerights.
    /do not claim

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Ted H McDaniel*

Defendants in propria persona
437 Roads End
Glendale 5, California

Dated: July 7, 1958

14493

The South One-half (S½) of the North One-half (N½) of the South-East Quarter (SE¼) of the North-West Quarter (NW¼) of Section 27 Township 6 South Range I East San Bernardino Meridian (S27T6SR1E SBM) Riverside County, California.

Exhibit "A"

14494