1 *Hector R. Hecock & Vivian G. Hecock*

2 Defendants in propria persona

3 *115 N. Main St. Fallbrook, Calf.*

FILED

JUL 22 1958

4

5 IN THE UNITED STATES DISTRICT COURT

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

6 SOUTHERN DISTRICT OF CALIFORNIA

By _____ DEPUTY CLERK

7 SOUTHERN DIVISION

8 UNITED STATES OF AMERICA ) CIVIL NO. 1247 - SD - C

9          Plaintiff, ) ANSWER OF DEFENDANTS

10     v. ) *Hector Hecock*

11 FALLBROOK PUBLIC UTILITY ) *Vivian Hecock*

DISTRICT, ET AL,

12         Defendants, )

13     The defendants, *Hector Hecock Vivian Hecock*

14 each severing from their co-defendants and each for himself or herself

15 alone, in answer to the Complaint and Supplementary and Amendatory Com-

16 plaint on file herein, admit, deny, and allege:

17                 ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                   AMENDATORY COMPLAINT

18

19       These answering defendants hereby incorporate by reference all

of the allegations contained in the answer to said Complaint and Supple-

20 mentary and Amendatory Complaint filed in this case by Newton T. Bryant

21 and Willie Mae Bryant (excepting only Paragraphs I and II of the portion

22 thereof entitled "Affirmative Statement of Rights") and make each and all

23 of said allegations a part of this answer the same as if herein set forth

24 at length.

25                 AFFIRMATIVE STATEMENT OF RIGHTS

26       These defendants own  / *Lot* ~~acres~~ of land in *San Diego County*

27 County, California, and within the watershed of the Santa Margarita River,

28 more particularly described in the document attached hereto, marked Exhibit

29 A, which is hereby incorporated by reference as a part of this statement.

30

31

32

COPY RECEIVED

INDEXED

14499

All WATEr we ARE ENTiLeTed To

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

WHEREFORE, these defendants pray that plaintiff take nothing
18
against them by reason of the Complaint and Supplementary and Amenda-
19
tory Complaint on file herein; that said Complaint be dismissed as
20
against these defendants; that defendants' right to water, as hereinabove
21
set forth, be quieted as against the plaintiff and against all other de-
22
fendants in this action; and for such other and further relief as the
23
Court may deem proper.
24

25

**26**

**27**

28                                        Defendants in propria persona

29

30

31

32 Dated: 7-8-58

14500

North 21 feet of Lot 8 & Block 35
of West Fallbrook, County San Diego
Calif. Map 567        EXIBIT A

14500A