*Armand Boffa*
Defendants in propria persona
P.O. Box 315 Wildomar, Calif.
FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br>*Armand Boffa* |

The defendants, *Armand Boffa* each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants owns 1½ acres of land in *Riverside* County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

*That certain land situated in Riverside County, State of California known as the Southeast 300 feet of Lot 16 of the Town of Wildomar, as shown on map on file in Book 6 page 294 of maps, San Diego County Records*

COPY RECEIVED                                    INDEXED 14501

The piece of land consisting of 14 acres and a dwelling — which the alleged defendant lives in owned by him by right of purchase and claims full subterranean water rights and/or rainwater which might fall on or accumulate thereon.

Water is now pumped from a well and has been for many years without notice to cease and desist from any quarter.

The alleged defendant grows fruit trees, shrubbery, flowers and garden produce (vegetables) and the amount of water necessary varies with the seasons and climate, some years less, some years more.

The alleged defendant claims full water rights so as not to impair the salability of the land at any time in the future.

WHEREFORE, these defendants prays that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Armand Boffa
P.O. Box 315
Wildomar, Calif.

Defendants in propria persona

Dated: July 5, 1958

14502

EXHIBIT "A"

That certain land situated in Riverside County, State of California, known as The Southeast 300 feet of Block 16 of the Town of Wildomar, as shown on map on file in Book 6 page 294 of maps, San Diego County Records.

14503