

FILED

JUL 2 2 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
by _____ mark
DEPUTY CLERK

1  SACHSE and PRICE
2  Attorneys at Law
   1092 South Main Street
3  Fallbrook, California
   RAndolph 8-1154

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10                  SOUTHERN DIVISION

11  UNITED STATES OF AMERICA,        )
12              Plaintiff,           )        No. 1247-SD-C
13        vs.                        )        ANSWER OF DEFENDANT S
14                                   )        JOHN M. WALKER and
    FALLBROOK PUBLIC UTILITY DISTRICT, )      ANNE E. WALKER' Husband
15  a public service corporation of the)      and Wife.
    State of California, et al.,      )
16                                   )
              Defendants.            )
17
            Defendants   JOHN M. WALKER and ANNE E. WALKER,
18
     Husband and Wife,
19
    answering plaintiff's Complaint and Supplement to Complaint for
20
    themselves alone and not for any other defendant, admit, deny
21
    and allege as follows:
22
                        FIRST DEFENSE
23
                             I
24
            Defendants have no knowledge or information
25
    sufficient to form a belief as to the allegations contained
26
    in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's
27
    Original Complaint herein, and therefore deny all of said
28
    allegations for want of information or belief.
29
                            II
30
            Answering paragraph V of plaintiff's Original
31
    Complaint herein, defendants admit the litigation
32

                            - 1 -

COPY RECEIVED

14504

INDEXED

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A.  Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

14505

The lands of defendants described in Exhibit A hereunto attached contain four (4) acres of irrigable and arable land. Said lands are improved with a home and outbuilding and approximately two (2) acres of said lands are planted to avocado trees. The entire water supply of said lands is derived from the system of the Fallbrook Public Utility District, but defendants assert that said lands overlie percolating ground waters not a part of any stream.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by _____
Attorneys for defendant (Franz E. Sachse)
JOHN M. WALKER and ANNE E. WALKER

DATED: JULY 17, 1958.

- 3 -

14506

1

exhibit a

the real property in the
State of California, described

County of San Diego

The North 550 feet of the West 396 feet of the Southwest
Quarter of the Northeast Quarter of the Northeast Quarter
of Section 19, Township 9 South, Range 2 West, San Bernardino
Meridian; TOGETHER WITH an easement for road purposes over a
strip of land 20 feet in width described as follows: The
Easterly 20 feet of the Westerly 416 feet of the Northerly
724.56 feet of the Northeast Quarter of the Northeast Quarter
of said Section 19.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

EXHIBIT A

- 4 -

14507

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss. 1247 SD C

Franz R. Sachse, being first duly sworn, says: That affiant, whose address is

1092 South Main Street, Fallbrook, California

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Answer of Defendants John M. and Anne E. Walker, and request for Admissions
(Copy title of paper served)

on the plaintff in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

Hon. J. Lee Rankin, Rm 332, 325 West F Street, San Diego 1, California
(Name and address as shown on the envelope)

sealed and deposited on the 17th day of July, 1958, in the United States Mail at

Fallbrook, San Diego County, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 17th

day of July, 1958.

Ernest L. Bergstrom (signature)
Notary Public in and for said County and State

Franz R. Sachse (signature)

(SEAL)

My Commission expires May 25, 1961.

Stuart FORM 33

14507A