SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154




FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ *mk*
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>   Defendants. | No. 1247-SD-C<br><br>ANSWER OF DEFENDANT<br>RANCHER'S TRACTOR AND<br>IMPLEMENT CORP.,<br>A California Corporation. |

Defendants RANCHER'S TRACTOR AND IMPLEMENT CORP., A California Corporation,

answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

COPY RECEIVED

- 1 -

INDEXED        14508

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

The lands of defendant are town lots presently used for commercial and industrial purposes and do not abut upon and are not riparian to any stream. The said lands overlie percolating ground waters not a part of any stream, which said ground waters are extracted by defendant through wells and are used for commercial and industrial purposes.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by *[signature]*
Attorneys for defendant (Franz R. Sachs)
RANCHER'S TRACTOR AND IMPLEMENT CORP., a California Corporation

DATED : JULY 17, 1958.

- 3 -

14510

|  |  |
|---|---|
| 1 | EXHIBIT A |
| 2 | The following described real property located in the |
| 3 | town of Murrieta, Riverside County, State of California; |

EXHIBIT A

The following described real property located in the town of Murrieta, Riverside County, State of California;

Beginning at the intersection of the Southwest line of Plum Street and the Northwest line of Ivy Street, thence northwesterly along Plum Street one hundred forty eight (148) feet; thence southwesterly and parallel to Ivy Street two hundred and fifty (250) feet; thence southeasterly one hundre forty eight (148) feet to Ivy Street; thence two hundred and fifty (250) feet northeasterly along Ivy Street to the point of beginning.

EXHIBIT A

14511

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.    1247 SD C

Franz R. Sachse , being first duly sworn, says: That affiant, whose address is

1092 South Main St., Fallbrook, California

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Answer of Defendant Rancher's Tractor and Implement Corp., a× California Corporation,
(Copy title of paper served)

on the plaintiff in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

Hon U. Lee Ranking, Rm 332, 325 West F St., San Diego 1, California

(Name and address as shown on the envelope)

sealed and deposited on the 17th day of July , 195 8 , in the United States Mail at

Fallbrook, San Diego County, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 17th

day of July , 195 8

_____
Notary Public In and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires May 25, 1961

14511A