SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154



FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
  )
            Plaintiff, ) No. 1247-SD-C
  )
   vs. ) ANSWER OF DEFENDANTS
  ) LINDEN H. SIEVERS and
FALLBROOK PUBLIC UTILITY DISTRICT, ) BETTY ANN SIEVERS
a public service corporation of the )
State of California, et al., )
  )
            Defendants. )

Defendants LINDEN H. SIEVERS and BETTY ANN SIEVERS,
Husband and Wife,
answering plaintiff's Complaint and Supplement to Complaint for
themselves alone and not for any other defendant, admit, deny
and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information
sufficient to form a belief as to the allegations contained
in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's
Original Complaint herein, and therefore deny all of said
allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original
Complaint herein, defendants admit the litigation

COPY RECEIVED            - 1 -

INDEXED 14512

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

14513

1
2   **PARCEL ONE** of the lands described in defendants' answer herein
3   is improved with a Medical-Dental Commercial Building. It
4   derives its entire water supply from the works of the Fallbrook
5   Public Utility District, but defendants assert that it overlies
6   percolating ground waters not a part of any stream.
7   **PARCEL TWO** of the lands of defendants is improved with a home and
8   garage and its entire water supply is derived from the works of
9   the Fallbrook Public Utility District, but defendants assert
10  that it overlies percolating ground waters not a part of any
11  stream.
12  **PARCEL THREE** of the lands of defendants comprises 1.89 acres of
13  land, improved with a dwelling and garage and planted to
14  approximately fifty (50) avocado, citrus and family fruit trees.
15  its entire water supply is derived from the system of the
16  Fallbrook Public Utility District but defendants assert that it
17  overlies percolating ground waters not a part of any stream.

EXHIBIT A

**PARCEL ONE:** Lots 6 and 7, Block 51 of West Fallbrook according to Map 567, filed October 9, 1888, County Recorder of San Diego County, State of California.

**PARCEL TWO:**

the real property in the County of San Diego, State of California, described as:

All those portions of Lots 3, 4, 5 and 6 of Block "J" in Bartlett's Addition to West Fallbrook No. 1 in the County of San Diego, State of California, according to Map thereof No. 470, described as a whole as follows:

Beginning at a point in the North line of said Lot 6 distant South 89°13'30" East 82.50 feet from the Northwest corner of said Lot 6; thence parallel with the West line of said Block "J" South 0°43'15" West 164 feet thence parallel with said North line of Lot 6 South 89°13'30" East 107.50 feet to the East line of the tract of land conveyed to O. P. Heald, et ux, by deed recorded in Book 3466, page 237 of Official Records; thence along said East line North 0°43'15" East 164 feet to the North line of said Lot 6; thence along said North line North 89°13'30" West 107.50 feet to the point of beginning.

Also an easement for road purposes over a strip of land 15 feet in width, lying West of and adjacent to the West line of the above described property.

Subject to two deeds of trust now of record which the Grantees assume and agree to pay.

**PARCEL THREE:**



All that portion of the Southwest Quarter of the Southwest Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Commencing at a point 30 feet East and 1336.80 feet North of the Southwest corner of said Section 17; thence South 88° 52' East 502.60 feet; thence South 4° 44' East 146.20 feet to the Northeast corner of a parcel of land conveyed to H. A. Croonquist and wife by deed December 30, 1949 and recorded in Book 3435, page 417 of Official Records of said San Diego County, said point being the true point of beginning; thence continuing South 4° 44' East, along the Easterly line of said land 127.66 feet to the Easterly prolongation of the Northerly line of a parcel of land conveyed to William R. Woody by deed dated February 6, 1951 and recorded in Book 3973, page 100 of Official Records of said San Diego County; thence North 89° 50' 30" West along said Easterly prolongation and said Northerly line 526.47 feet to the Westerly line of said Croonquist's land; thence North along the Westerly line of said land 127 feet to the Northwest corner of said land; thence South 88° 52' East along the Northerly line of said land 515.14 feet to the true point of beginning.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by /s/ _____
Attorneys for defendants
Linden H. Seivers and
Betty Ann Sievers.

DATED : July 17, 1958

- 3 -

**STATE OF CALIFORNIA,**
**COUNTY OF** San Diego  } ss.    1247 SD C

Franz R. Sachse _____, being first duly sworn, says: That affiant, whose address is

1092 South Main St., Fallbrook, California

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached  Answer of Defendants Linden H and Betty Ann Sievers

and Request for Admissions

(Copy title of paper served)

on the  plaintiff  _____ in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

Hon J. Lee Rankin, Rm 332, 325 West F Street, San Diego 1, California

(Name and address as shown on the envelope)

sealed and deposited on the  17th  day of  July , 195 8 , in the United States Mail at

Fallbrook, San Diego County, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this  17th  day of  July , 195 8 .

Lois C. Bergstrom
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires  May 25, 1961

14516A