SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154



FILED

JUL 22 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _222 o 7C_
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
            )
        Plaintiff, )     No. 1247-SD-C
            )
    vs.     )     ANSWER OF DEFENDANTS
            )     Eugene Wolfe
FALLBROOK PUBLIC UTILITY DISTRICT, )     and
a public service corporation of the)     Lillian Wolfe
State of California, et al., )
            )
        Defendants. )

Defendants EUGENE WOLFE AND LILLIAN WOLFE, Husband and Wife, answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

COPY RECEIVED                          INDEXED
                                        14517

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

14519

The lands of defendants are planted to approximately 40 avocado and family fruit trees and are improved with a dwelling. The entire water supply of said lands is supplied from the water system of the Fallbrook Public Utility District, but defendants assert that said lands overlie percolating ground waters not a part of any stream, and defendants assert full correlative rights to the use of said percolating ground waters.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by /s/ Jenny R. Phacker
Attorneys for defendant
EUGENE WOLFE and LILLIAN WOLFE

DATED: JULY 17, 1958

- 3 -

14519

1

EXHIBIT A

all that real property situated in the ............................................. County of ................... San Diego
State of California, described as follows:

That portion of the Northeast Quarter of the Northeast Quarter of Section 25,
Township 9 South, Range 4 West, San Bernardino Meridian, in the County of
San Diego, State of California, according to United States Government Survey
approved June 11,1880, described as follows:

Beginning at a point in the West line of said Northeast Quarter of Northeast
Quarter, distant North 660 feet from the Southwest corner of said Northeast
Quarter of Northeast Quarter; thence East parallel with the South line of said
Northeast Quarter, 254 feet; thence North parallel with said West line of
Northeast Quarter of Northeast Quarter, 125 feet; thence West parallel with
said South line of Northeast Quarter of Northeast Quarter, 254 feet to said
West line of Northeast Quarter of Northeast Quarter; thence South thereon
125 feet to the point of beginning.

13
14
15
16     Containing 3/4 acres more or less.
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32                                                                EXHIBIT A

- 4 -

14520

DOCUMENT SERVICE BY MAIL (1013a, C.C.P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.    1247 SD C

Franz R. Sachse, being first duly sworn, says: That affiant, whose address is

1092 South Main St., Fallbrook, California

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Answer of Defendants Eugene and Lillian Wolfe and Request for admissions,
(Copy title of paper served)

on the plaintiff
(Name of party served)
in said action, by placing a true copy thereof in an envelope addressed as follows:

HON. J. LEE RANKIN, Rm. 332, 325 West F Street, Fallbrook, California

(Name and address as shown on the envelope)

sealed and deposited on the 17th day of JULY, 1958, in the United States Mail at

FALLBROOK, SAN DIEGO COUNTY, CALIFORNIA
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 17th day of July, 1958

_____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires May 25, 1961

14520 A