SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154



FILED

JUL 22 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
　　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1247-SD-C |
| vs. | ) | ANSWER OF DEFENDANTS MERLE C. ADKINS and JUANITA L. ADKINS as succesors in interest to William L. Beck and Marjorie Beck. |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | ) ) ) ) | |
| Defendants. | ) | |

Defendants, MERCLE C. ADKINS and JUANITA L. ADKINS as successors in interest to WILLIAM L. BECK and MARJORIE BECK.

answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

All of the lands of defendants are arable and irrigable.

- 2 -

14526

The lands of defendants are not riparian to any stream but are improved with a well which draws its water supply from percolating inderground waters not a part of any stream. Defendants assert full correlative rights to the use of said percolating ground waters in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

DATED : <u>July 12, 1958</u>

SACHSE and PRICE

by _____
Attorneys for defendants
Merle C. Adkins and Juanita L. Adkins as successors in interest to William L. Beck and Marjorie Beck.

- 3 -

14527

EXHIBIT A

The Southerly 106 feet, measured at right angle to the Southerly line of the following described property:

That portion of the Southeast Quarter of the Southeast Quarter of Section 36, Township 8 South, Range 3 West, San Bernardino Meridian, described as follows: Beginning at a point on the East line of said Southeast Quarter of the Southeast Quarter, 800 feet South of the Northeast corner of said Southeast Quarter of the Southeast Quarter; thence North 70°15' West 1386.15 feet, to a point on the West line of said Southeast Quarter of the Southeast Quarter 350 feet South of the Northwest corner of said Southeast Quarter of the Southeast Quarter; thence South, on said West line, to a point distant at right angles 330 feet from said course, "North 70°15' West 1386.15 feet;" thence Southeasterly, in a straight line, to a point in the East line of said Southeast Quarter of the Southeast Quarter, distant at right angles 330 feet from said course, "North 70°15' West 1386.15 feet", produced; thence North, on said East line, to the point of beginning;

EXCEPTING therefrom that portion of said Southerly 106 feet which lies East of the following described line: Beginning at a point on the Southerly line of of the herein described property, distant thereon 281.06 feet Southeasterly from the Southwest corner thereof; thence Northerly, on a curve concave to the East, and having a radius of 448 feet, the radial line of which bears 14°27' Northerly of said Southerly line 107.19 feet, to the Northerly line of said Southerly 106 feet;

ALSO EXCEPTING therefrom that portion conveyed to the State of California by deed recorded April 6, 1948 in Book 905 Page 197 of Official Records, Riverside County Records. (March 12   58)

Containing One Acre more or less.

EXHIBIT A

- 4 -

14528

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.   1247 SD C

Franz R. Sachse _____, being first duly sworn, says: That affiant, whose address is

1092 South Main Street, Fallbrook, California
is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached __Answer of Defendants Merle C. and Juanita L. Adkins,__
And Request for Admissions
(Copy title of paper served)

on the __plaintiff_____ in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

HON J. LEE RANKIN, Rm 332, 325 West F Street, San Diego 1, California

(Name and address as shown on the envelope)

sealed and deposited on the __17th__ day of __July_____, 195__58__, in the United States Mail at

Fallbrook, San Diego County, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __17th__

day of __July_____, 195__8__

_____
Notary Public in and for said County and State

(SEAL)

Stuartś FORM 23

My Commission expires __May 25, 1961__

14528 A