```
SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154
```



FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _mDTC_
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
          Plaintiff,       )
                           )   No. 1247-SD-C
     vs.                   )
                           )   ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY   )   LEONARD L. WILLIAMSON
DISTRICT, a public service )           and
corporation of the State   )   SARAH WILLIAMSON.
of California, et al.,     )
                           )
          Defendants.      )

Defendants, LEONARD L. WILLIAMSON and SARAH WILLIAMSON, Husband and Wife;

answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

COPY RECEIVED                                    INDEXED

- 1 -

14529

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendants are all irrigable and arable.

- 2 -

14530

Said lands abut upon an un-named intermittent stream tributary to Temecula Creek which crosses the northwesterly corner thereof and approximately 20 acres of said lands are riparian to said un-named intermittent stream. Defendants claim full correlative rights to the use of the waters of said stream in an amount not to exceed 4.2 acre feet per acre of riparian land per year.

The remainder of defendants lands do not abut upon any stream and are not riparian to any stream, but said lands are located upon a bench ranging in elevation from 30 to 200 feet above the bed of Temecula Creek. Said lands are underlain with percolating ground waters not a part of any stream, and defendants assert full correlative rights to the use of said percolating ground waters in an amount not to exceed 4.2 acre feet per acre per year.

Defendants are also the owners of License For Diversion and Use of Water, Number 5090, of the State of California, dated October 8, 1951 with a priority date of October 7, 1937, authorizing the diversion for domestic purposes of 400 gallons per day from an un-named spring located North 1600 feet and West 3000 feet from the SE corner of Section 12, T9S, R1E, SBM, San Diego County, California. Defendants assert that said License is a vested domestic right and as such is prior and paramount to any rights of Plaintiffs herin.

- 2A -

14531

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by *[signature]*
Attorneys for defendant

- 3 -

14532

## EXHIBIT A

The West one half of the Northeast Quarter of Section 12, Township 9 South, Range 1 East, San Bernardino meridian, County of San Diego, State of California, containing eighty (80) acres more or less.

EXHIBIT A

- 4 -

14533

**AFFIDAVIT OF SERVICE BY MAIL—(1013a, C.C.P.)**

STATE OF CALIFORNIA,
COUNTY OF **San Diego** } ss.    1247 SD C

Franz R. Sachse _____, being first duly sworn, says: That affiant, whose address is

**1092 South Main St., Fallbrook, California**
is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached **Answer of Defendants Leonard L and Sarah Williamson**

_____
(Copy title of paper served)

on the **plaintiff** _____ in said action, by placing a true copy thereof in an envelope addressed
        (Name of party served)
as follows:

**Hon. J. Lee Rankin, Room 332, 325 W. F Street, San Diego, California**
_____
(Name and address as shown on the envelope)

sealed and deposited on the **10th** day of **July**, 195**8**, in the United States Mail at

**Fallbrook, San Diego County, California**
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this **10th**

day of **July**, 195**8**

_Curtis R. Price_
Notary Public in and for said County and State

(SEAL)

Stuarti FORM 23

My Commission expires **May 25, 1961**

14533A