SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ???????
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1247-SD-C |
| vs. | ) | ANSWER OF DEFENDANT |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | ) ) ) | JACK L. AUSTIN |
| Defendants. | ) | |

Defendants JACK L. AUSTIN, a single man,

answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

COPY RECEIVED

- 1 -

INDEXED

14534

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

14535

None of the lands of defendants are riparian to any stream, but all of said lands overlie percolating ground waters not a part of any stream. The said lands are all arable and irrigable and are planted to avocado and lemon groves and improved with dwelling houses. Defendant asserts full correlative rights to the use of said percolating ground waters.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by  *(signature)*
Attorneys for defendant
Jack L. Austin, a single man.

DATED: July 15, 1958.

- 3 -

14536

EXHIBIT A

PARCEL 1.

Lot 1 of SHIPLEY TRACT, West Fallbrook, according to the Map thereof No. 132, filed in the office of the Recorder of said San Diego County, August 22, 1887.

ALSO the West 40 feet of the East 96.29 feet of the South 40 feet of the North 421.69 feet of Lot 6, of SHIPLEY TRACT, West Fallbrook, according to the Map thereof No. 132, filed in the office of the Recorder of said San Diego County August 22, 1887, for a well site as excepted and reserved in Deed recorded December 29, 1945, in Book 2020, Page 125 of Official Records.

ALSO an easement for an electrical power line and for the construction and maintenance of a pipe line for the transportation of water over the West 14 feet of the East 96.29 feet of the North 391.69 feet of said Lot 6, with the right to extend laterals or tunnels for a distance of not more than 300 feet from the above described well site.

DRN:JLW
5-29-57
128951-I

ALSO an easement for road purposes over the North 391.69 feet of the East 156 feet of said Lot 6.

PARCEL 2

Lot 2 of Shipley Tract of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 132, filed in the office of the County Recorder of San Diego County August 22, 1887.

EXCEPTING THEREFROM that portion described as follows:

DR:JCWeeks
CK:FBD
8/26/57
ME-9/23/57
Amended
131818-A

Commencing at the intersection of the Southerly prolongation of the East line of said Lot 2 with the center line of Alvarado Street as shown on said Map No. 132; thence along said center line, South 89°52'30" West, 160.61 feet to the TRUE POINT OF BEGINNING; thence continuing along said center line, South 89°52'30" West, 145.49 feet; thence North 1°06'30" West, 487.89 feet; thence parallel with said center line of Alvarado Street, North 89°52'30" East, 145.49 feet; thence South 1°06'30" East, 487.89 feet to the TRUE POINT OF BEGINNING.

PARCEL 2:

An easement and right of way for the installation, operation, and maintenance of a water pipeline over, under, along and across the Southerly 6 feet of Lot 2 of Shipley Tract of West Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 132, filed in the office of the County Recorder of San Diego County August 22, 1887.

EXHIBIT A

- 4 -

14537

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF CALIFORNIA,
COUNTY OF __San Diego__ } ss.     No. 1247-SD-C

FRANZ R. SACHSE _____, being first duly sworn, says: That affiant, whose address is

__1092 S. Main St., Fallbrook, Calif.__
is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached __Request for Admissions and Answer of Defendant - Jack L. Austin__
(Copy title of paper served)

on the __Plaintiff__ in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

__Mr. William H. Veeder, Department of Justice, Washington, D. C.__

(Name and address as shown on the envelope)

sealed and deposited on the __17th__ day of __July__, 195__8__, in the United States Mail at

__Fallbrook, San Diego County, California__
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __17th__ day of __July__, 195__8__.

_Doris C. Bergstrom_
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires __May 25, 1961__

14537A