1  Hazel A. Martel (Mrs.)
2  Defendant in propria persona
3  2402 North Charlotte Street
   South San Gabriel, California
4

FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M L Kingsbury
        DEPUTY CLERK

5           IN THE UNITED STATES DISTRICT COURT
6              SOUTHERN DISTRICT OF CALIFORNIA
7                   SOUTHERN DIVISION

8  UNITED STATES OF AMERICA        )   CIVIL NO. 1247 - SD - C
9               Plaintiff,         )   ANSWER OF DEFENDANTS
10       v.                        )   Hazel A. Martel (Mrs.)
11 FALLBROOK PUBLIC UTILITY        )
   DISTRICT, ET AL,                )
12              Defendants,        )

13      The defendants, Hazel A. Martel
14 each severing from their co-defendants and each for himself or herself
15 alone, in answer to the Complaint and Supplementary and Amendatory Com-
16 plaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
                    AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own 80 acres of land in Riverside
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30
31
32

                                                        INDEX

Copy recd

                                                        14538

1    I, Hereby, claim the rights to all waters beneath and upon
2 the surface, all subsurface, percolating waters, basin, ponds,
3 and water flowing beneath the ground for each and every acre of
4 land described in Exhibit "A" for the well present at this time and
5 for wells needed to supply water for commercial irrigated crops
6 suited to this land and climate and/or domestic use now, and for
7 future needs if the land is subdivided for residential purposes.
8 The well located on Section 15 is inadequate to supply these
9 needs.
10    The land is this area is capable of growing seed crops of alfalfa,
11 sugar beets, potatoes, as well as hay and grain crops and I plan to
12 use this land in the future for irrigated crops adaptable to this
13 land and climate. I applied for a soil survey by the Water resources
14 Board at Rainbow Office and request the right to ammend this answer
15 at such time as this survey is available. All this land is tillable,
16 as well as suitable for pasturing livestock, and raising fowl.

17
18    WHEREFORE, these defendants pray that plaintiff take nothing
19 against them by reason of the Complaint and Supplementary and Amenda-
20 tory Complaint on file herein; that said Complaint be dismissed as
21 against these defendants; that defendants' right to water, as hereinabove
22 set forth, be quieted as against the plaintiff and against all other de-
23 fendants in this action; and for such other and further relief as the
24 Court may deem proper.

*Hazel A. Martel*

Hazel A. Martel (Mrs.)

Defendant in propria persona

32 Dated:    JUL 7 1958

14539

EXHIBIT "A"

In the County of Riverside, State of California:
40 Acres

The Northwest quarter of the Northwest quarter of Section 14, Township 7 South, Range 3 East, San Bernardino Base and Meridian, according to United States Government Survey.

In the County of Riverside, State of California:
40 Acres.

The Northeast quarter of the Southeast quarter of section 15, Township 7 South, Range 3 East, San Bernardino Base and Meridian, according to United States Government Survey.

14540