SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154



FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. b Kingfm
     Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,

        Defendants.

No. 1247-SD-C

ANSWER OF DEFENDANTS
BRUCE GENTRY, CELONA GENTRY,
EVE GENTRY, HOWARD S. GENTRY,
SHERMAN O. GENTRY and HELEN
GENTRY

Defendants BRUCE GENTRY, CELONA GENTRY, EVE GENTRY, HOWARD S. GENTRY, SHERMAN O. GENTRY and HELEN GENTRY, also known as HELEN GREENWOOD answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

COPY RECEIVED

- 1 -

INDEXED
14541

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

I

Defendants are the owners of real property situated in the County of ~~San Diego~~ *Riverside*, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendants are all arable and irrigable.

- 2 -

14542

1  The lands of defendants do not abut upon and are not riparian
2  to any stream. Defendants assert that the said lands overlie
3  percolating ground waters not a part of any stream, and
4  defendants assert full correlative rights to the use of said
5  percolating ground waters in an amount not to exceed 4.2 acre
6  feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

July 8, 1958

by _____
Attorneys for defendant

- 3 -

14543

In the County of Riverside, State of California, East one half of Lot 1 in Northeast Quarter and North one half Southeast Quarter and Southwest Quarter Southeast Quarter, Section 2, Township 7 South, Range 3 West, San Bernardino Meridian.

Containing 160 acres more or less.

EXHIBIT A

- 4 -

14544

AFFIDAVIT OF SERVICE BY MAIL (1013a C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.   1247 SD C

Franz R. Sachse, being first duly sworn, says: That affiant, whose address is

1092 South Main St., Fallbrook, California

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Answer of Defendats Bruce & Celona Gentry, Eve & Howard S Gentry and Sherman O and Helen Gentry and Request for Admissions
(Copy title of paper served)

on the XXXXXXX plaintiff in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

HON. J. LEE RANKIN, Rm 332, 325 West F St., San Diego, California

(Name and address as shown on the envelope)

sealed and deposited on the 17 day of July, 195 8, in the United States Mail at

Fallbrook, San Diego County, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 17th
day of JULY, 195 8

Doris C. Bergstrom
Notary Public In and for said County and State

(SEAL)

Stuart FORM 23

Franz R Sachse

May. 25, 1961
My Commission expires

14544A