```
    Ruth Barre                    Annie E. Barre
    Ruth E. Barre    One Person,  Benjamin a Barre
 1  Ruth Poindexter
                                              FILED
 2  Defendants in propria persona
                                              JUL 22 1958
 3  AGUANGA, CALIFORNIA
                                         CLERK, U.S. DISTRICT COURT
 4                                       SOUTHERN DISTRICT OF CALIFORNIA
                                         By _____ms/c_____
 5              IN THE UNITED STATES DISTRICT COURT   DEPUTY CLERK

 6                SOUTHERN DISTRICT OF CALIFORNIA

 7                        SOUTHERN DIVISION

 8  UNITED STATES OF AMERICA    )    CIVIL NO. 1247 - SD - C
                                )
 9              Plaintiff,      )    ANSWER OF DEFENDANTS
                                )    RUTH E BARRE,     ANNIE E. BARRE
10       v.                     )    RUTH BARRE        BENJAMIN BARRE
                                )    RUTH POINDEXTER
11  FALLBROOK PUBLIC UTILITY    )
    DISTRICT, ET AL,            )
12              Defendants,     )
```

13        The defendants, RUTH E. BARRE, ANNIE E. BARRE, & BENJAMIN BARRE.

14   each severing from their co-defendants and each for himself or herself

15   alone, in answer to the Complaint and Supplementary and Amendatory Com-

16   plaint on file herein, admit, deny, and allege:

17              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                            AMENDATORY COMPLAINT
18
          These answering defendants hereby incorporate by reference all
19
     of the allegations contained in the answer to said Complaint and Supple-
20
     mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
     and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
     thereof entitled "Affirmative Statement of Rights") and make each and all
23
     of said allegations a part of this answer the same as if herein set forth
24
     at length.
25
                    AFFIRMATIVE STATEMENT OF RIGHTS
26
          These defendants own  70  acres of land in  San Diego
27
     County, California, and within the watershed of the Santa Margarita River,
28
     more particularly described in the document attached hereto, marked Exhibit
29
     A, which is hereby incorporated by reference as a part of this statement.
30   Real property located ib the counth of San Diego, State of Calif.

31   more properly described as follows;  Ruth E Barre, owner, Aguanga,

32   Calif.         See Exhibit A

                 COPY RECEIVED                                       14545

3/4 inch, riperian, diverted from stream at a point approximately 3/4 mile above dwelling, and conducted by pipe line into tank for domestic purposes. This right was filed in 1932 in San Diego. We claim all other water that can be developed above and below ground for use of the above property.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Ruth E Barre (Snow)

Defendants in propria persona
Aguanga Calif
Benjamin Barre
Antonia E Barre

Dated: 6/19/58

14546

EXHIBIT "A"

Real property located in the County of San Diego, State of California, more particularly described as follows; Ruth E Barre owner, Aguanga, Calif.

West Half of the Northwest quarter of the Northeast quarter, Southwest Quarter of the Northeast Quarter, and Southwest Quarter of the Southeast Quarter of the Northeast Quarter of Section three, in Township 9, South of Range one East of the San Bernardino Meridian, California, Containing Seventy acres, according to the official Flat of the survey of said land, returned to the General Land Office by the surbeyor General.

14547