C. C. Johnson  Vilma Johnson

F I L E D

JUL 22 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Defendants in propria persona

604 West 3rd st. San Bernardino Cal. No. 15.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )      CIVIL NO. 1247 - SD - C
                        Plaintiff,  )      ANSWER OF DEFENDANTS
          vs.                       )      C. C. Johnson
FALLBROOK PUBLIC UTILITY            )      Vilma Johnson
DISTRICT, ET AL,                    )
                        Defendants, )

          The defendants,

each severing from their co-defendants and each for himself or her-

self alone, in answer to the Complaint and Supplementary and Amenda-

tory Complaint on file herein, admit, deny, and allege:

          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT

          These answering defendants hereby incorporate by reference

all of the allegations contained in the answer to said Complaint and

Supplementary and Amendatory Complaint filed in this case by Newton

T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

of the portion thereof entitled "Affirmative Statement of Rights")

and make each and all of said allegations a part of this answer

the same as if herein set forth at length.

          AFFIRMATIVE STATEMENT OF RIGHTS

          These defendants own 1 1/5 acres of land in Riverside

County, California, and within the watershed of the Santa Margarita

River, more particularly described in the document attached hereto,

marked Exhibit A, which is hereby incorporated by reference as a

part of this statement.

INDEXED        14405

COPY RECEIVED

we claim the right to drill a well as we plan to
build a home there soone. we claim the right
to all percolating water of any kind we also
claim the right to 4 ½ feet of water for
irrigation

WHEREFORE, these defendants pray that plaintiff take
nothing against them by reason of the Complaint and Supplementary
and Amendatory Complaint on file herein; that said Complaint be
dismissed as against these defendants; that defendants' right to
water, as hereinabove set forth, be quieted as against the plain-
tiff and against all other defendants in this action; and for such
other and further relief as the Court may deem proper.

Velma Johnson

**Defendants in propria persona**

Dated: July 7. 1958

14496

Exhibit A. page 1

I want Deed from W.M. Brown; does here by grant to C.C. Johnson and Velma Johnson as joint Tenants, all the real property situated in the County of Riverside, State of California discribed as follows

That portions of Monroe avenue and lot 105 of that certain tract of land in Temecula Rancho, Riverside Co. Calif. and as shown by maps entitled "map of Temecula Land and Water Co". Said map being on file in the office of the County recorder of San Diego Co. Cal. in map book 8 page 359, founded and discribed as follows:

Beginning at a point in the center line of Monroe ave., and point of beginning being distant North Westerly 924 feet from the intersection of the center line of Monroe ave. with the center line of Fig street; thence Northwesterly along the center line of Monroe ave. 132 ft. to a point; thence Southwesterly along a line paralleling the center line of Fig st 330 feet to a point; thence Southeasterly along a line paralleling the center line of Monroe ave. 132 ft to a point; thence Northeasterly along a line paralleling the center line of Fig st. 330 ft. to a point of beginning, Containing one acre more or less.

This was signed Nov. 6th 1928 by W.M. Brown

14497

Exhibit A. page 2

Fidelity Realty Corporation, a Corporation existing under and by Virtue of the laws of the State of California, Does hereby grant to C.C. Johnson all the real property situated in the County of Riverside, state of California described as follows.

True portion of Lot 176 as per map entitled "Map of Temecula Land and Water Company" recorded in the office of San Diego County in book 8 of maps, page 359, described as follows:

Beginning at the intersection of the center line of John Jay avenue with the center line of Elm st.; thence Northwesterly along the center line of John Jay avenue 250 ft; thence North easterly along a line paralleling the center line of Elm st. 25 ft. to a point which is the true point of beginning; thence Northeasterly along a line paralleling the center line of Elm st. 70 ft; thence Southeasterly along a line paralleling the center line of John Jay ave. 120 ft; thence Southwesterly along a line paralleling the center line of Elm st. 70 ft; thence Northwesterly along a line paralleling the center line of John Jay ave. to the true point of beginning. Reserving an easement for road purposes over and across the most Northwesterly 10 ft. there of. This was signed by S. K. Boyde president and G. M. Brown secretary of the Fidelity Realty corporation. F-6 26 1930.

14498