G. Eldon Knott and Vera E. Knott
Defendants in propria persona
P.O. Box 896
Fallbrook, California

FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants.

CIVIL NO. 1247- SD - C
ANSWER OF DEFENDANTS
G. Eldon Knott and Vera E. Knott

The defendants, G. Eldon Knott and Vera E. Knott each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

I

These defendants own 8.23 acres of land in Riverside County & San Diego County, more or less in County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED
14447

1  Parcel 1 consists of 2.98 acres which is used at present for residential purposes,
2  poultry raising, garden, fruit trees and other agricultural purposes. This tract
3  is suitable for use as industrial property and for a subdivision.
4  Parcel 2 consists of a house and lot in the town of Fallbrook.
5  At present Defendants purchase from Fallbrook Public Utility District all water
6  used on Parcels 1 and 2.
7  Parcel 3 is unimproved land. At present there is no well on any of the parcels
8  of land owned by Defendants.
9  Defendants claim and hereby reserve the right at any time to drill one or more
10 wells upon any of the aforesaid parcels of land owned by them. Defendants also
11 claim and hereby reserve the right and privilege to use available water from
   underground streams
12 said wells in any quantity desired for the aforesaid parcels of land owned by
13 them.

18      WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

_____
G. Eldon Knott

_____
Vera E. Knott
Defendants in propria persona
P. O. Box 896
Fallbrook, California

Dated: June 27, 1958

14449

"EXHIBIT A"

### Parcel 1.

That portion of the Northwest Quarter of the Northwest Quarter of Section 19, Township 9 South, Range 3 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Beginning at a point in the Southerly line of said Northwest Quarter of the Northwest quarter, distant thereon, South 89° 51' West 874.61 feet from the Southeast corner of the West Half of the Northeast Quarter of the Northwest Quarter of said Section 19; thence North 16° 56' 40" West 67.90 feet; thence North 0° 09' West 248.50 feet; thence North 88° 42' West 271.30 feet to a point in the arc of a 714.50 feet radius curve concave Southeasterly in the Southeasterly line of the right of way described in Deed of Atchison, Topeka and Santa Fe Railway Company. Recorded May 12, 1917, as Document No. 8719, in Book 734, page 365 of Deeds, a radial line of said curve bearing North 42° 59' 49" West to said point; thence Southwesterly along said curve and along said southeasterly right of way line, 117.68 feet; thence tangent to said curve South 37° 34' West (record South 37° 31' West) along said Southeasterly right of way line, 263.01 feet to the West line of the East 45.50 rods of said Northwest Quarter of the Northwest Quarter; thence South 0° 10' 30" West along said West Line, 25.56 feet to a point in the Southerly line of said Northwest Quarter of the Northwest Quarter; thence North 89° 51' East along said Southerly line, 531.18 feet to the point of beginning.

### Parcel 2.

Lot 8, Block 52 of Cheatham's Assition to West Fallbrook, as per map recorded in the office of the County Recorder of San Diego County.

### Parcel 3.

Beginning on the center line of Hamilton Street South 57° 10' East, 330 feet from the most Northerly corner of Lot 9, Block "A" of Murrieta Eucalyptus Company's tract, as shown by Map thereof on file in Book 6, Page 73 of Maps, Records of Riverside County, California; thence South 33° 11' West parallel to Westerly line of said Lot 9, Block "A", 1320 feet to the center line of John Jay Street; thence South 57° 10' East along the center line of John Jay Street, 165 feet; thence North 33° 11' East, 1320 feet to the center line of Hamilton Street; thence North 57° 10' West 165 feet to the point of beginning. Subject to Easement for road purposes over portions thereof included in Hamilton Street and John Jay Street.

14448