

FILED

JUL 22 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By 
     DEPUTY CLERK

MICHAEL KALINCZOK AND LYNDA KALINCZOK
Defendants in propria persona
586 - 17th Street
San Pedro, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247 - SD - C
                          )
            Plaintiff,    ) ANSWER OF DEFENDANTS
                          )
      v.                  )
                          ) MICHAEL KALINCZOK AND
FALLBROOK PUBLIC UTILITY  ) LYNDA KALINCZOK
DISTRICT, ET AL,          )
                          )
            Defendants,   )

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 5/6 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED           14450

1  N 220' of E 165' of E½ of SE¼ of NW¼ of SW ¼
2  Lot of Sec. 28, Block or Twn. 6S, Range 1E

3  This land is not riparian land; 5/6th acres are tillable.
   I intend to drill a well in the future and claim water
4  rights for domestic and irrigation use. Approximately
   ½ acre can be irrigated. A vegetable garden can be grown
5  on this land. Defendants do not claim any prescriptive
   rights or any appropriative rights.
6

Exhibit - A

Lot of Section 28, Block or Town 6 S
Range 1-E

N-220 of E-165 of E-½ of SE-¼ of NW-¼
of SW-¼

16
17         WHEREFORE, these defendants pray that plaintiff take
18  nothing against them by reason of the Complaint and Supplementary
19  and Amendatory Complaint on file herein; that said Complaint be
20  dismissed as against these defendants; that defendants' right to
21  water, as hereinabove set forth, be quieted as against the plain-
22  tiff and against all other defendants in this action; and for such
23  other and further relief as the Court may deem proper.
24
25
26         *Michael Kalinczok*
27
28         *Linda Kalinczok*
29              Defendants in propria persona
                586 - 17th Street
30              San Pedro, Calif.
31
32  Dated: July 2, 1958

14451