Arthur W. Johnson & Melena M. Johnson
Defendants in propria persona.
2041 E. Mission Rd
Fallbrook Calif.

FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants.

CIVIL NO. 1247- SD - C
ANSWER OF DEFENDANTS
Arthur W. Johnson
Melena M. Johnson

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 9 7/10 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

14452

*I claim all the water on and under my property. And I claim enough water to irrigate all of my property. And I claim the right to dig a well. And I claim the right to subdivide and enough water for the subdivision.*

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Arthur W. Johnson*
*Melena M. Johnson*
Defendants in propria persona

Dated: June 30, 1958

14452A

Exhibit A

All that portion of the southeast Quarter of the southwest Quarter and of the southwest Quarter of the southeast Quarter of Section 17 Township 9 South Range 3 west, San Bernardino Meridian.

Arthur W. Johnson
Melena M. Johnson

14453