GEORGE GRAHAM and
SARAH JANE GRAHAM
Defendants in propria persona
1104 E. Alvarado
Fallbrook, California

FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,　　)
　　　　　Plaintiff,　　　　　　) CIVIL NO. 1247- SD - C
　　v.　　　　　　　　　　　　　) ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY　　　) GEORGE GRAHAM and
DISTRICT, ET AL,　　　　　　　) SARAH JANE GRAHAM
　　　　　Defendants.　　　　　 )

　　　　The defendants, GEORGE GRAHAM and SARAH JANE GRAHAM each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

　　　　　ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
　　　　　　　　　　　AMENDATORY COMPLAINT

　　　　These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

　　　　　　　　　AFFIRMATIVE STATEMENT OF RIGHTS

　　　　These defendants own approx. 5 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

14454

1  Defendants claim all rights of overlying landowners and to water which may originate or cross their land.

2  Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

3  Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

4  Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*George Graham*
George Graham

*Sarah Jane Graham*
Sarah Jane Graham
Defendants in propria persona

Dated: July 3, 1958

14455

EXHIBIT A

PARCEL A:

The West six hundred sixty feet of the South three hundred thirty feet of the Northwest Quarter of the Northeast Quarter of Section Nineteen, Township Nine South, Range Three West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1897.

14456