ROBERT K. BROSS and FRANCES K. BROSS
Defendants in propria persona
1831 Monte Vista Drive
Vista, California

FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
ROBERT K. BROSS and
FRANCES K. BROSS

The defendants, ROBERT K. BROSS and FRANCES K. BROSS each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own/ approximately 20 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

1   This land is not riparian land. Pending an investigation
2   and report by the Ground Water Resources, the defendants wish to
3   reserve the right to state the amount of water they will use in the
4   future. The defendants wish to claim full water rights although
5   undeveloped at the present time, in order to plant trees.

18   WHEREFORE, these defendants pray that plaintiff take
19   nothing against them by reason of the Complaint and Supplementary
20   and Amendatory Complaint on file herein; that said Complaint be
21   dismissed as against these defendants; that defendants' right to
22   water, as hereinabove set forth, be quieted as against the plain-
23   tiff and against all other defendants in this action; and for such
24   other and further relief as the Court may deem proper.

*Robert K. Bross*

*Frances K. Bross*

Defendants in propria persona
1831 Monte Vista Drive
Vista, California

Dated:   July 2, 1958

14458

"EXHIBIT A"

ROBERT K. BROSS and
FRANCES K. BROSS

That portion of the East Half of the Southeast Quarter of the Southwest Quarter of Section 33 that lies in the watershed of the Santa Marguarita River.

14459