Andrew R. Schaffer
Defendants in propria persona
305 Brandon Road
Fallbrook, California

FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
    Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS

Andrew R. Schaffer
305 Brandon Road
Fallbrook, California

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own eight (8) acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED  14438

INDEXED

1  Parcel one (1) consists of eight (8) acres, which is used for
2  residential purposes, garden and about six (6) acres of commercial
   fruit trees, consisting of lemon and avocado trees. The balance
3  of acreage was formerly in aged lemon trees. This could be re-
   planted to fruit trees or planted to permanent pasture. This
4  tract suitable for use as industrial property and for a subdivision.

5  Parcel two (2) consists of a plot of ground used primarily for a
   well. At present Defendant depends entirely on the well for all
6  irrigating and domestic purposes. Said well has been the sole
   source of supply of water for this land, (which is all irrigatable)
7  for approximately the past thirty-five (35) years and has in the
   past supplied additional acreage. Defendant claims and hereby
8  reserves the right at any time to drill one or more wells upon
   aforesaid land, owned by him.

18         WHEREFORE, these defendants pray that plaintiff take

19  nothing against them by reason of the Complaint and Supplementary

20  and Amendatory Complaint on file herein; that said Complaint be

21  dismissed as against these defendants; that defendants' right to

22  water, as hereinabove set forth, be quieted as against the plain-

23  tiff and against all other defendants in this action; and for such

24  other and further relief as the Court may deem proper.

                                        _____
                                         /s/ Andrew R. Schaffer
                                        _____
                                         Defendants in propria persona

Dated: July 2, 1958

14439

That portion of the West Half of the Northeast Quarter of the Northwest Quarter and that portion of the East 49 rods of the Northwest Quarter of the Northwest Quarter of Section 19, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

PARCEL 1:

Beginning at the Southeast corner of said West Half of the Northeast Quarter of Northwest Quarter; thence along the South line of said West Half and along the South line of said Northwest Quarter of Northwest Quarter South 89°51' West 874.61 feet; thence North 16°56'40" West 67.90 feet; thence North 0°09' West 181.29 feet to the South line of the tract of land conveyed to the Calavo Growers of California by deed recorded in Book 4331, page 472 of Official Records; thence along said South line North 89°28'40" East 442.91 feet to the Southeast corner of said land of Calavo Growers of California; thence along the East line of said land of Calavo Growers of California North 0°06'25" East 259.33 feet to the Southerly line of the right of way conveyed by Ralph A. Hawley, et ux, to the Atchison, Topeka and Santa Fe Railway Company, by deed dated May 1, 1917, and recorded in Book 734, page 365 of Deeds; thence along said Southerly line South 89°35' East 452.55 feet to the East line of said West Half of Northeast Quarter of Northwest Quarter; thence along said East line South 0°06'25" West 503.90 feet to the point of beginning.

PARCEL 2:

Beginning at the Northwesterly corner of the tract of land conveyed to Thomas F. Nelson and Sinda J. Nelson, dated February 11, 1926, and recorded in Book 1154, page 444 of Deeds, being a point on the Easterly line of the County Highway known as San Diego County Highway Commission Route 4, Division 4 according to Map on file in the office of the County Surveyor, said point being distant 183 feet Southwesterly from the point in said Easterly line of said Highway where same is intersected by the South line of a tract of land conveyed by Ralph A. Hawley, et ux, to Will Williams, by deed dated April 14, 1914, and recorded in Book 644, page 378 of Deeds; thence Southeasterly in a straight line along the Northerly line of said land of Nelson and the prolongation thereof 189 feet to a point on the Westerly right of way line of said Atchison, Topeka and Santa Fe Railway Company, and said point being distant 340 feet Southwesterly measured along said Westerly right of way line and along the Westerly right of way line of the Wye Leg of the Wye track of said railway from the rail monument of the South line of said above mentioned tract conveyed to Will Williams, being the true point of beginning; thence Northwesterly along said prolongation of the North line of the land of Nelson 89 feet; thence at right angles Southerly 40 feet; thence Southeasterly parallel with said prolongation of the Northerly line of said land of Nelson 49.63 feet to said Westerly right of way of said Atchison, Topeka and Santa Fe Railway Company; thence Northeasterly along said right of way line to the true point of beginning.