1 JAMES. L. PRUITT, AND, ADA. E. PRUITT
Defendants in propria persona
2 11306. E. MAGNOLIA. ST. EL MONTE CALIF.



FILED
JUL 22 1958

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )   CIVIL NO. 1247 - SD - C
                                    )
            Plaintiff,              )   ANSWER OF DEFENDANTS
                                    )   James L. Pruitt
      v.                            )   Ada E. Pruitt
                                    )
FALLBROOK PUBLIC UTILITY            )
DISTRICT, ET AL,                    )
                                    )
            Defendants,             )

The defendants, JAMES L. PRUITT, AND, ADA. E. PRUITT each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own approxly 7 acres of land in RIVERSIDE COUNTY County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED        14442

1 WE DON'T HAVE WATER ON THE PROPERTY NOW
2 WE HOPE TO PUT A WELL DOWN SOME TIME IN THE
3 NEAR FUTURE. WE WOULD WANT WATER FOR THE
4 HOUSE A GARDEN. AND A FAMILY ORCHARD OF
5 MIXED FRUIT A FEW GRAPE VINES
6 WE HAVE ABOUT SEVEN ACRES HALF OF IT
7 COULD BE CULTIVATED

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*James L. Pruitt*

*Ada E. Pruitt*

Defendants in propria persona

Dated: JULY 3 - 1958

14443

"EXHIBIT A"

LOT 3 SECTION 20 TOWNSHIP
8 SOUTH - RANGE 1 WEST
RIVERSIDE COUNTY CALIF

FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
            DEPUTY CLERK

14441