Fernon Le Fevre and Melissa M. Le Fevre
Defendants in propria persona

P.O. 81
Murrieta, California

FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )   CIVIL NO. 1247- SD - C
            Plaintiff,               )
                                     )   ANSWER OF DEFENDANTS
    v.                               )
                                     )   Fernon Le Fevre and Melissa M. LeFevre
FALLBROOK PUBLIC UTILITY             )
DISTRICT, ET AL,                     )
                                     )
            Defendants.              )

The defendants, Fernon Le Fevre and Melissa M. Le Fevre each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own   3   acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED        14444

**These defendants allege:**

Water is pumped from underground sources on said defendants' land for domestic use, irrigating 30 fruit trees, several shade trees, lawn, and vegetable garden. This land is suitable for and has been used in the past for the raising of poultry. A portion of the land has produced a crop of hay every year for approximately 10 years.

We claim that our land is in the Temecula Ranch. We believe this is one of the Grants of land in the Territories ceded by Mexico to the United States by the Treaty of Guadalupe Hidalgo. Said Treaty, we believe, confirms the Title under American Law to be the same as under Mexican law and the Treaty also gives the Grantee the right to cause their legitimate titles to be acknowledged before American Tribunal. Therefore, we rely on said Treaty and on all other matters of record relating there to for our protection.

We have been told that Louis Vignes, the first owner under American law applied to President Buchanan for a patent to said Grant. Which was granted in 1860. Therefore we also rely upon the Federal Statute governing Land Patents for our protection.

We have used the well on this property freely and exclusively in the past and expect and hope to do so in the future.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Fernon Le Fevre*
*Melissa M Le Fevre*

Defendants in propria persona

Dated: **June 23, 1958**

14445

**EXHIBIT A   DESCRIPTION OF LE FEVRE LAND**

The Southwesterly 385 feet of the following described property:
The Southeast half of the Southwest quarter of Lot 16 of Murrieta
Portion of Temecula Rancho, as shown by map on file in Book 8 page
359 of Maps, San Diego County Records, said Southwest quarter being
described as follows: Beginning at the most Southerly corner of said
Lot 16, being the point of intersection of the Northeasterly line of
Washington Avenue with the center line of Lemon Street; thence North-
easterly, along said center line of Lemon Street, 660 feet; more or less
to a point 660 feet Southwesterly from the intersection of said
center line of Lemon Street with the center line of Adams Avenue;
thence at right angles Northwesterly 660 feet; thence at right angles
Southwesterly 660 feet, more or less, to the Northeasterly line of
Washington Avenue; thence Southeasterly, along said Northeasterly line
Of Washington Avenue, 660 feet, to the point of beginning;

Excepting therefrom that portion included in Lemon Street;

Also excepting therefrom one-half of all oil and mineral rights
in and to said property.

14446