ERNEST F. STREETER, HELEN M. STREETER,
VELMA F. JAMES, REINBOLD R. JAMES,
Rt. 2, Box 564,
Elsinore, Calif.



F I L E D

JUL 25 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ WK _____
DEPUTY CLERK

Answer to Summons No. 1247-SD-C

We the undersigned defendants whose address is Rt 2 Box 564, Elsinore, California, for themselves, their executors, administrators, successors, and assigns, do hereby proclaim that they are the sole owner of the described property.

1. Santa Rosa Add MB 15/699 SD Lot 35 Block O — 1.79 AC.
2. Santa Rosa ADD MB 15/699 SD Lot 29 Block O — 1.34 AC
3. Santa Rosa ADD MB 15/699 SD Lot 32 Block O — 2.46 AC
4. Santa Rosa ADD MB 15/699 SD Lot 33 Block O — 1.32 AC
5. Santa Rosa ADD MB 15/699 SD Lot 34 Block O — 1.34 AC
6. Ro LA Laguna MB 4/174 SD Lot 26 Block K — 7.93 AC

said property in Riverside County State of California

14426

and that we own and retain all water, oil and mineral rights over, under

COPY RECEIVED      INDEXED

and in the above described property.

We hereby protest and disclaim all or any part thereof of the claim of the United States Government to any and all water rights and other rights thereof in the above summons.

Date June 26, 1958

Ernest F. Streeter
Helen M. Streeter
Velma F. James
Reinhold P. James

14427