

1  GERALD MURRAY WATSON HUMMEL and IDA WINIFRED HUMMEL
   **Defendants in propria persona**
2  1252 Beach Drive,
   VICTORIA. B.C., CANADA
3
4           IN THE UNITED STATES DISTRICT COURT
5             SOUTHERN DISTRICT OF CALIFORNIA
6                    SOUTHERN DIVISION
7
8  UNITED STATES OF AMERICA,        )  CIVIL NO. 1247 - SD - C
                                    )
9              Plaintiff,           )  ANSWER OF DEFENDANTS
                                    )  GERALD MURRAY WATSON HUMMEL and
10      vs.                         )
                                    )  IDA WINIFRED HUMMEL
11 FALLBROOK PUBLIC UTILITY         )
   DISTRICT, ET AL,                 )
12                                  )
               Defendants,          )

13      The defendants, GERALD MURRAY WATSON HUMMEL and IDA WINIFRED HUMMEL,
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17      ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
            AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
            AFFIRMATIVE STATEMENT OF RIGHTS
26
        These defendants own three acres of land in RIVERSIDE
27
   County, California, and within the watershed of the Santa Margarita
28
   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31
32                                          COPY RECEIVED

EXHIBIT "A"

3 Acres, being a portion of Lot 134, "Temecula Rancho", Murrieta (Map "Temecula Land and Water Company" County Recorder of San Diego County, California, U.S.A., Book 8, Page 359 of Maps").

The Defendants own three (3) acres of land in RIVERSIDE County, California, more particularly described in a Grant Deed (joint tenancy) dated 7th May 1948 as follows:-

"All that Real Property situated in the County of RIVERSIDE, State of California, described as follows: That portion of Lot 134 of the Murrieta portion of the "TEMECULA RANCHO" as shown by map of the lands of the "TEMECULA LAND AND WATER COMPANY", on file in Book 8, page 359 of Maps in the office of the County Recorder of San Diego, State of California, more particularly described as follows:- Beginning at the point of intersection between the Southwesterly prolongation of the Easterly boundary line of said Lot 134 with the Southeasterly prolongation of the Southerly boundary line of said Lot: thence Northwesterly along the Southerly boundary line 792 feet to a point, which is the true point of beginning: thence Northeasterly and parallel to the Easterly boundary line 660 feet to a point: thence Northwesterly and parallel to the Southern boundary line 198 feet to a point: thence Southwesterly and parallel to the Easterly boundary line 660 feet to a point in the Southerly boundary line: thence Southeasterly along said Southerly boundary line 198 feet to the true point of beginning, containing by admeasurement THREE (3) ACRES, more or less."

registered in the names of Mr. Gerald Murray Watson Hummel and his wife, Mrs. Ida Winifred Hummel, both of 1252 Beach Drive, Victoria, B.C., Canada.

"Order No. 3202. Received for Record June 23rd 1948, copied in Book No. 988 of Official Records, page 37 et seq. Records of Riverside County, California, Jack A. Ross (Recorder)."

1  This land has been used for growing grain.
2  Defendants do not claim any prescriptive or appropriative rights.
3  Defendants claim the right to divert and pump any and all waters which may be
4  developed on the property and to put the same to beneficial use upon the
5  property.

17       WHEREFORE, these defendants pray that plaintiff take
18  nothing against them by reason of the Complaint and Supplementary
19  and Amendatory Complaint on file herein; that said Complaint be
20  dismissed as against these defendants; that defendants' right to
21  water, as hereinabove set forth, be quieted as against the plain-
22  tiff and against all other defendants in this action; and for such
23  other and further relief as the Court may deem proper.

*Gerald Murray Watson Hummel*

*Ida Winifred Hummel*
             Defendants in propria persona

32  Dated: 7th July 1958