LEWIS L. WRIGHT, JR. and
GLORIA A. WRIGHT


FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

1   Defendants in propria persona
2   14661 East La Palma
    Anaheim, Calif.
3
4               IN THE UNITED STATES DISTRICT COURT
5                SOUTHERN DISTRICT OF CALIFORNIA
6                       SOUTHERN DIVISION
7
8   UNITED STATES OF AMERICA,      )
                                   )   CIVIL NO. 1247- SD - C
            Plaintiff,             )
9                                  )   ANSWER OF DEFENDANTS
       v.                          )
10                                 )   LEWIS L. WRIGHT, JR. and
    FALLBROOK PUBLIC UTILITY       )   GLORIA A. WRIGHT
11  DISTRICT, ET AL,               )
                                   )   Husband and wife, as joint
12          Defendants.            )     tenants.

13      The defendants, LEWIS L. WRIGHT, JR. and GLORIA A. WRIGHT
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:
17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                        AMENDATORY COMPLAINT
18
19      These answering defendants hereby incorporate by reference
20  all of the allegations contained in the answer to said Complaint and
21  Supplementary and Amendatory Complaint filed in this case by Newton
22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23  of the portion thereof entitled "Affirmative Statement of Rights")
24  and make each and all of said allegations a part of this answer
25  the same as if herein set forth at length.

26              AFFIRMATIVE STATEMENT OF RIGHTS
27      These defendants own  67  acres of land in
28  _____ County, California, and within the watershed of the Santa Margarita
29  River, more particularly described in the document attached hereto,
30  marked Exhibit A, which is hereby incorporated by reference as a
31  part of this statement.
32                          COPY RECEIVED     INDEXED

14431

LEWIS L. WRIGHT, JR. and GLORIA A. WRIGHT
14661 East La Palma
Anaheim, Calif.

I

PARCEL 1:
Lot 48 of the Lands of the Temecula Land and Water Company, as shown by map on file in Book 8, Page 359 of Maps, Records of San Diego County, California.
EXCEPTING therefrom the Northeasterly 40 acres thereof.
ALSO EXCEPTING therefrom the following described parcel:
Beginning at the intersection of the Northwesterly line of Ivy Street as shown on said map and the Southwesterly line of the said Northeasterly 40 acres, thence Northwesterly along the Southwesterly line of said Northeasterly 40 acres, 350 feet; thence Southwesterly and parallel with the Northwesterly line of Ivy Street, 550 feet; thence Southeasterly and parallel with the the Southwesterly line of said Northeasterly 40 acres, 350 feet to the Northwesterly line of Ivy Street; thence Northeasterly along the Northwesterly line of Ivy Street to the point of beginning.

Excepting and reserving to the Grantor herein, 25% of all crude oil, petroleum, gas, brea, asphaltum and all kindred substances and other minerals under and in said land, without right of surface entry, for a period of ten years from date hereof.

PARCEL 2:
That portion of Lot 48 of the Lands of the Temecula Land and Water Company as shown by map on file in Book 8, Page 359 of Maps, Records of San Diego County, California, Excepting the Northeasterly 40 acres thereof, described as follows:

Beginning at the intersection of the Northwesterly line of Ivy Street as shown on said map and the Southwesterly line of the said Northeasterly 40 acres, thence Northwesterly along the S Southwesterly line of said Northeasterly 40 acres, 350 feet; thence Southwesterly and parallel with the Northwesterly line of Ivy Street, 550 feet; thence Southeasterly and parallel with the Southwesterly line of the said Northeasterly 40 acres, 350 feet to the Northwesterly line of Ivy Street; thence Northeasterly along the Northwesterly line of Ivy Street to the point of beginning.

II

We claim our water rights are paramount to all other rights or claims of right of plaintiff in and to said water. We claim all water rights under our land for the beneficial use thereon.

We also claim all riparian rights to the creek in the mouth of Miller Canyon where it passes through our property.

14432

18    WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*Lewis L. Wright*
*Marie C. Wright*
Defendants in propria persona

Dated: July 3, 1958.

14433