1  *Laura Howell Traylor and Wilfred Traylor*
Defendants in propria persona,
2  *7247 Blackton Dr.*
3  *La Mesa, Calif.*

F I L E D

JUL 22 1958

4  IN THE UNITED STATES DISTRICT COURT CLERK, U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA
5  SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

6  SOUTHERN DIVISION

7
8  UNITED STATES OF AMERICA,                    CIVIL NO. 1247 - SD - C

                         Plaintiff,             ANSWER OF DEFENDANTS
9
10      vs.                                      *Answer to complaint & sup-*
                                                 *plementary & Amendatory*
11  FALLBROOK PUBLIC UTILITY                     *Complaint of*
    DISTRICT, ET AL,                             *Laura H. Traylor*
12                                               *Wilfred P. Traylor*
                         Defendants,

13      The defendants, *Laura H. Traylor & Wilfred Traylor*

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
19          These answering defendants hereby incorporate by reference

20  all of the allegations contained in the answer to said Complaint and

21  Supplementary and Amendatory Complaint filed in this case by Newton

22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23  of the portion thereof entitled "Affirmative Statement of Rights")

24  and make each and all of said allegations a part of this answer

    the same as if herein set forth at length.
25
26          AFFIRMATIVE STATEMENT OF RIGHTS

27          These defendants own *13.83* acres of land in *San Diego*

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

    part of this statement.
31
32                                                  14434

                                    COPY RECEIVED
                                          INDEXED

This land described as follows. That certain land situated in San Diego Co. known as follows: Par. 93 w-9-10 Beginning at N.W. cor. of S.W. ¼ of N.E. ¼ 21 E 20 CH TH S 20 CH. TH W 6:33 C. TH TH N. 18° E 13 CH TH N. 66 ¾° W 19. 25 C. H To Beg. of Section 8-9-3 w. This land is riparian land with Santa Margarita and Rainbow creek. This land is suitable for 8 acres Avocados and 4 acres other fruit trees, truck gardening. Due to various suits the land has been idle several years for fear of losing money on trees etc. In the past water has been pumped from a well on property. If the law suits are settled at a latter date a new well will be drilled and planting continued

    WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Laura Howell Traylor_

_Wilfred L. Traylor_

Defendants in propria persona

Dated: _July 2, 1958_

14435