Mack Stone and Hazel Stone
Defendants in propria persona
P.O. Box 104
Murrieta, California

FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　　　) CIVIL NO. 1247- SD - C
　　　　Plaintiff,　　　　　　　 )
　　　　　　　　　　　　　　　　) ANSWER OF DEFENDANTS
　v.　　　　　　　　　　　　　　) Mack Stone and
　　　　　　　　　　　　　　　　) Hazel Stone
FALLBROOK PUBLIC UTILITY　　　 )
DISTRICT, ET AL,　　　　　　　 )
　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　)

　　　　The defendants,　Mack Stone and Hazel Stone each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

　　　　These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

　　　　These defendants own　10　acres of land in　Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

14436
COPY RECEIVED
INDEXED

Property description (10) ten acres "Exhibit A".

1  Three dwellings are situated on the acreage and approximately nine (9) acres
2  are tillable. Defendants in the past have used water for domestic purposes
3  and the watering of lawns, trees and shrubs obtained by pumping water from
4  a well. Defendants at a later date anticipate the drilling of a well that
5  will proudce sufficient water to irrigate the nine (9) acres for permanent
6  pasture.
7
8
9
10
11
12
13
14
15
16
17
18         WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.
25
26
27          *Mack Stone*
28          *Hazel Stone*
29                  Defendants in propria persona
30
31  Dated: June 24, 1958
32

14435-A

The Southwest one-half of the Northwest one-half of Farm Lot 71 of the Murrieta Portion of the Temecula Rancho, as shown by map on file in the office of the Recorder of San Diego County, in Book 8 page 359 of Maps.

14437