Frieda W. Severns
Defendants in propria persona.
204 N. Yale, Fullerton, California

FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )   CIVIL NO. 1247- SD - C
v. )   ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY )   Frieda W. Severns
DISTRICT, ET AL, )
        Defendants. )

The defendants, Frieda W. Severns
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 80 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED   14417
INDEXED

EXHIBIT A

Legal Description of property to which Frieda W. Severns holds the first Trust Deed.

West ½ of the Southeast Quarter of Section 20, Township 7 South, Range 1 East, S.B.B. and M., Riverside County, California

14418

## EXHIBIT B

Approximately 70 acres of this land as described in Exhibit A is under cultivation at the present time and the balance is used for livestock grazing and has been used for poultry raising and the farm stead.

Parts of this land have been under irrigation in the past and water for this purpose has been pumped from a well on the property. Crops grown range from grain through the legumes to truck crops.

### II

The defendant claims that they have used the water produced by this well since their purchase of the property and therefore they claim establishment of a right prior to this suit. Defendant claims the right to continue using the water as in the past.

### III

Defendants claim that this well is one of the oldest producing wells in the Lewis Valley section of the Santa Margarita watershed, having been drilled and put into use in 1925 or 1926. Defendant claims the age of the well further establishes a prior right to produce water for use on the land owned by the defendants.

### IV

Defendants claim the right to use any and all of the water produced by aforesaid well to the amount of 20 miners' inches or 180 gallons per minute.

### V

Defendant claims the right to replace the present well at any future time by drilling another well, or wells, to insure the continued production of a flow of 20 miners' inches or 180 gallons per minute.

### VI

Defendant claims the right to produce further evidence at any future time.

14419

18    WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*Frieda W. Severns*

Defendants in propria persona

Dated: 7-14-58

14420