MARY FRANCES MOORE
Defendants in propria persona
854 Island Court
San Diego 8, California



JUL 22 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )   CIVIL NO. 1247 - SD - C
             Plaintiff,    )   ANSWER OF DEFENDANTS
     v.                    )   MARY FRANCES MOORE
FALLBROOK PUBLIC UTILITY   )
DISTRICT, ET AL,           )
             Defendants,   )

The defendants MARY FRANCES MOORE each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 161 acres of land in RIVERSIDE County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

## I.

Of the said acreage, a total of approximately 150 acres are tillable. The balance can be used for grazing cattle and for raising turkeys, chickens and fowls, except 2 acres for buildings. During the rainy season, one unnamed stream runs through. There are 2 wells on said acreage and defendants have pumped and expect to continue to pump water from each of the said wells for agricultural and domestic purposes. There are percolating waters within the land described Exhibit A hereto and defendants claim the right to sink such additional wells for the purpose of capturing said waters as may be necessary for the full and proper development of their lands.

## II.

Defendants claim the right to use 4.2 acre feet per acre per year of water on the tillable acreage hereto referred to above. Defendants do not claim any prescriptive rights or any appropriative rights.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Mary Frances Boose*

Defendants in propria persona

Dated: July 8, 1958

14422

EXHIBIT "A"

The South half of the Northwest quarter and the East half of the Southwest quarter of Section 30, Township 6 South, Range 2 West, San Bernardino Base and Meridian.

14423