EDWIN G. SANDQUIST and
HAZEL C. SANDQUIST
Defendants in propria persona
1545 E. Mission Rd.
Fallbrook, California

FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ illegible
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
             Plaintiff,   )   CIVIL NO. 1247- SD - C
                          )
   v.                     )   ANSWER OF DEFENDANTS
                          )
FALLBROOK PUBLIC UTILITY  )   EDWIN G. SANDQUIST and
DISTRICT, ET AL,          )   HAZEL C. SANDQUIST
             Defendants.  )

The defendants, EDWIN G. SANDQUIST and HAZEL C. SANDQUIST each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own approx. 5½ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

14424

1   Defendants claim all rights of overlying landowners and to water which may originate or cross their land.

2

3   Defendants claim the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

4   Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

5

6   Defendants claim all the above for all lands in which they have any financial interest whatsoever.

7

18   WHEREFORE, these defendants pray that plaintiff take

19   nothing against them by reason of the Complaint and Supplementary

20   and Amendatory Complaint on file herein; that said Complaint be

21   dismissed as against these defendants; that defendants' right to

22   water, as hereinabove set forth, be quieted as against the plain-

23   tiff and against all other defendants in this action; and for such

24   other and further relief as the Court may deem proper.

*Edwin G. Sandquist*
Edwin G. Sandquist

*Hazel C. Sandquist*
Hazel C. Sandquist
Defendants in propria persona

Dated: July 9-1958

14424A

## EXHIBIT A

That portion of the Northeast Quarter of the Northeast Quarter of Section 19, Township 9 South, Range 3 West San Bernardino Meridian, in the County of San Diego, State of California, and described as follows:

BEGINNING at the Northeast corner of said Section 19; thence along the East line of said Section 19, South 0° 07' 45" East 515.93 feet to the Southeast corner of the Tract of land conveyed to James L. Sims, et ux, by deed recorded in Book 1812, page 464 of Official Records; thence along the South line of said land of Sims and along the South line of the tract of land conveyed to John M. Faeth, et ux, by deed recorded in Book 3403, page 392 of Official Records, South 89° 39' 45" West, 645.78 feet to the true point of beginning; thence parallel with the West line of said Northeast Quarter of Northeast Quarter, South 0° 02' 45" East 749.21 feet to the Southeasterly line of the tract of land conveyed to Tommie Bibb, et ux, by deed recorded in Book 1627, page 209 of Official Records; thence along said Southeasterly line South 51° 05' 10" West 106.16 feet to the South line of said Northeast Quarter of the Northeast Quarter; thence along said South line South 89° 44' 30" West 188.02 feet to the East line of the West 396 feet of said Northeast Quarter of the Northeast Quarter; thence along said East line North 0° 02' 45" West 814.65 feet to the Southwest corner of said Tract of land conveyed to Faeth; thence along the South line of said land of Faeth, North 89° 39' 45" East 270.68 feet to the true point of beginning.

14425