

KARL G. HOUTZ and MARGARET A. HOUTZ
Defendants in propria persona
5385 Cudahy Street
Huntington Park, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, ) CIVIL NO. 1247- SD - C
              Plaintiff,    )
                            ) ANSWER OF DEFENDANTS
    v.                      )
                            )
FALLBROOK PUBLIC UTILITY    )
DISTRICT, ET AL,            )
                            )
              Defendants.   )

The defendants, KARL G. HOUTZ and MARGARET A. HOUTZ, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 3-1/3 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED
COPY RECEIVED

14405

Exhibit A

## Description of Land Located at 2150 Mission Road, Fallbrook

That portion of the Northwest Quarter of the Southeast Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey, described as follows:

Beginning at the Southwest corner of said Northwest Quarter of Southeast Quarter; thence along the South line of said Northwest Quarter of Southeast Quarter, South 89°55' East, 433.22 feet to the center line of County Highway Commission Mission Road 1-C; thence along said center line, North 38°19'30" East, 98.61 feet to the beginning of a tangent 200.00 foot radius curve, concave Southeasterly; thence Northeasterly along said curve through an angle of 3°24'15" a distance of 11.88 feet to a point herein designated as Point "A"; thence leaving said center line, North 57°27'40" West, 176.75 feet to the beginning of a tangent 200.00 foot radius curve, concave Southwesterly; thence Northwesterly along said curve through an angle of 28°42' a distance of 99.13 feet; thence tangent to said curve, North 65°51'40" West, 338.14 feet to a point being designated herein as Point "B", said point being in the West line of said Northwest Quarter of the Southeast Quarter; thence along said West line, South 1°12'40" West, 425.37 feet to the point of beginning.

ALSO an easement and right of way for ingress and egress for road purposes over a strip of land 10.00 feet in width lying Northeasterly of and adjacent to the boundary of the above described land between said Points "A" and "B".

14406

This land is in the Santa Margarita River watershed, approximately 3-1/3 acres are irrigable, and about one-half of the area is planted in avocados. Defendants have irrigated this land with water furnished by the Fallbrook Public Utility District since purchase in November, 1957.

Defendants claim the right to use twelve (12) acre feet of water a year from percolating water should they desire to drill a well. Defendants do not claim any prescriptive or any appropriative rights.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Karl G. Houtz*
*Margaret R. Houtz*
Defendants in propria persona

Dated: July 15, 1958

14497