DENNIS DUANE GARDNER and MARIONETTA GARDNER

1   Defendants in propria persona

2     218 E. Aviation Drive
      Fallbrook, California

FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. Kuesling
      DEPUTY CLERK

4       IN THE UNITED STATES DISTRICT COURT

5         SOUTHERN DISTRICT OF CALIFORNIA

6           SOUTHERN DIVISION

7

8  UNITED STATES OF AMERICA,

        Plaintiff,

9

10     v.

11  FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

12         Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF DENNIS DUANE GARDNER AND MARIONETTA GARDNER

13       The defendants, Dennis Duane Gardner and Marionetta Gardner

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
              AMENDATORY COMPLAINT

18

19       These answering defendants hereby incorporate by reference

20  all of the allegations contained in the answer to said Complaint and

21  Supplementary and Amendatory Complaint filed in this case by Newton

22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23  of the portion thereof entitled "Affirmative Statement of Rights")

24  and make each and all of said allegations a part of this answer

25  the same as if herein set forth at length.

26            AFFIRMATIVE STATEMENT OF RIGHTS

27       These defendants own  2  acres of land in  San Diego

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as  INDEXED

31  part of this statement.                            COPY RECEIVED

32

14408

1  Defendants own approximately 2 acres of land on which are 50 Avocado trees, 20 years old; also a Home and a separate Rental, with garden
2  and Family Fruit trees. Defendants plan to build additional commercial houses on this property. Defendants are now buying water from the
3  Fallbrook Public Utility District, and claim the right to use as much water as they consider necessary for the upkeep of the above-mentioned.
4
   Defendants further claim all riparian rights to all waters that may
5  percolate through their land, whether from the Santa Margarita River and its tributaries, whether from springs, streams, or wells, etc.,
6  and to take water from their land, whether for domestic, industrial, business or irrigation purposes.
7
   In addition to the claim and uses as herein made, defendants claim all
8  rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill
9  and to dig wells, and to exercise water reclamation and conservation practices as now or may be known in the future.
10
   Defendants hereby incorporate the same as though set forth herein
11 in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.
12
   Defendants claim all the above for all lands in which they have any
13 financial interest whatsoever.
14
15
16
17
18         WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.
25
26                             Dennis Duane Gardner
27
28                             Marionetta Gardner
29                                  Defendants in propria persona
30                                  218 E. Aviation Drive
   Dated:
31                                  Fallbrook, California
   July 8 - 58
32

14403

**EXHIBIT A**

PAR. 94W-24-155  E 180 FT OF W 1125 FT OF N 470.69 FT OF S S 815.29 FT OF SW 1/4 OF SE 1/4 IN

SEC. 24-9-4W

14408A

