1  Defendants in propria persona
2  HARRY M. DAVIS  and  FLEDA B. DAVIS
   Route 2, Box 466, Elsinore, California  and
3  426 East Spruce Avenue, Inglewood 1, California

4          IN THE UNITED STATES DISTRICT COURT
5            SOUTHERN DISTRICT OF CALIFORNIA
6                   SOUTHERN DIVISION

7  UNITED STATES OF AMERICA,       )
8                                  )  CIVIL NO. 1247- SD - C
              Plaintiff,            )
9                                  )  ANSWER OF DEFENDANTS
      v.                            )
10                                 )  SUPPLEMENTARY AND AMENDATORY
   FALLBROOK PUBLIC UTILITY         )  COMPLAINT OF
11 DISTRICT, ET AL,                 )  HARRY M. DAVIS  and
                                    )  FLEDA B. DAVIS
12            Defendants.           )

13      The defendants, HARRY M. DAVIS  and  FLEDA B. DAVIS
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
26            AFFIRMATIVE STATEMENT OF RIGHTS
27      These defendants own   10    acres of land in
                   without
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
                                                COPY RECEIVED     14410
32
                                                   INDEXED

FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

These answering defendants own ten (10) acres of land situated <u>WITHOUT</u> the watershed of the Santa Margarita River, more particularly described as follows:

Lot Twenty-two (22) of Sedco Tract No. 1, as per Map recorded in the office of the County Recorder, County of Riverside, State of California, in Map Book 10, pages 58 to 75 thereof.

This land is situated within the Water District of the South Elsinore Mutual Water Company of Sedco, being the Northeast quarter of that portion bounded on the North by Canyon Drive. On the East by Cherry Street. On the South by Walnut Street and on the West by Orange Street.

At one time there was a loan from The Federal Land Bank of Berkeley, as Agent of the Land Bank Commissioner, to HARRY M. DAVIS and FLEDA B. DAVIS, and on the 7th day of April, 1934 at 8:30 A. M. the Federal Land Bank issued the following:

"HARRY M. DAVIS and FLEDA B. DAVIS, husband and wife, as joint tenants. All that certain real property situated in the Road District Improvement No. 21, County of Riverside, State of California, and particularly described as follows, to-wit:

Lot 22 of Sedco Tract No. 1, as shown by map on file in Book 10, pages 58 to 75 inclusive, Riverside County Records: excepting therefrom all of the undergroung waters, SAVE ONLY the right of the owner or owners of the whole or any part of said property to sink wells and develop and use all water necessary to be used on said land by him or them."

14411

A Map of the Sedco District, of Riverside County, California made by Mr. Porter Albright, Engineer, in December 1925 shows the Surface Water Divide to be a considerable distance to the East of Lot 22 of Sedco Tract No. 1, owned by HARRY M. DAVIS and FLEDA B. DAVIS. From this Divide all land slopes to the bed of Lake Elsinore and all rain water flows in the direction of Lake Elsinore and across Lot 22 of Sedco Tract No. 1

Mr. Porter Albright, Engineer, surveyed and laid out the Sedco District and drew map of same in which Lot 22 of Sedco Tract No. 1 is included.

In view of the above statement of facts, we, HARRY M. DAVIS and FLEDA B. DAVIS, request that our property, Lot 22 of Sedco Tract No. 1 be excluded from the Santa Margarita River suit between the United States of America and the Fallbrook Public Utility District, et al.

Lot 22 of Sedco Tract No. 1 is ten (10) acres in extent and is planted entirely to oranges, now 27 years old. There is a well on the property used for irrigating said plot as well as for domestic uses. We, HARRY M. DAVIS and FLEDA B. DAVIS, owners, hereby claim all water from the well is necessary to irrigate said orange grove, and supply domestic uses, and that said water has been used continually for these purposes, with no supplementary water being purchased from the South Elsinore Mutual Water Company of Sedco, or elsewhere, since said well was put on production at 12:25 noon of June 26, 1947

We, HARRY M. DAVIS and FLEDA B. DAVIS, claim our water rights are paramount to all other rights or claims of Plaintiff in and to said water. We claim all water rights under our land for the beneficial use thereon.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18      WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.
25
26
27        *Harry M. Davis*
28        *Fleda R. Davis*
29              Defendants in propria persona
30
   Dated:
31
32 July 11-1958

14412