R. L. Egger and Laura L. Egger
Defendants in propria persona
149 So. Palm Ave.
Hemet, California

FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,
    Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS

R. L. Egger and Laura L. Egger

The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own _____ acres of land in _____ County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

14413

COPY RECEIVED

INDEXED

1  Riverside County- - Government Lot 1 in Section 19, Township 7 South,
2  Range 4 East, San Bernardino Base and Meridian. Excepting 80 foot strip conveyed to the Co. of Riverside.
3  These defendants own thirty six and 58-100 Acres of land situated with-
4  in the watershed of the Santa Margarita River.
5  Defendants are waiting results of survey to be made by Ground Water
6  Resources.
7  Approximately 20 acres are tillable. Parts have been irrigated
8  by pumping from shallow well. There are seasonal springs and
9  creek on the land. Defendants wish to retain necessary water to
10 care for needs found by the survey.

18        WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

            R. L. Egger
            Laura L. Egger
            Defendants in propria persona

Dated: 7-11-58

14414