

FILED

CHESTER B. NEISWENDER
404 S. Stagecoach Lane
Fallbrook, Calif.

JUL 2 4 1958

Defendants in propria persona

FILED
JUL 1 4 1958
JOHN M. CRANSTON
SPECIAL MASTER
BY_____CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,      )      CIVIL NO. 1247 - SD - C
                               )
                Plaintiff,     )      ANSWER OF DEFENDANT
                               )
        v.                     )      CHESTER B. NEISWENDER
                               )
FALLBROOK PUBLIC UTILITY       )
DISTRICT, ET AL,               )
                               )
                Defendants,    )

        The defendant,   Chester B. Neiswender

each severing from their co-defendants and each for himself or her-

self alone, in answer to the Complaint and Supplementary and Amenda-

tory Complaint on file herein, admit, deny, and allege:

        ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT

        These answering defendants hereby incorporate by reference

all of the allegations contained in the answer to said Complaint and

Supplementary and Amendatory Complaint filed in this case by Newton

T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

of the portion thereof entitled "Affirmative Statement of Rights")

and make each and all of said allegations a part of this answer

the same as if herein set forth at length.

        AFFIRMATIVE STATEMENT OF RIGHTS
        This                4.73
    These defendant owns      acres of land in   San Diego

County, California, and within the watershed of the Santa Margarita

River, more particularly described in the document attached hereto,

marked Exhibit A, which is hereby incorporated by reference as a

part of this statement.

                                INDEXED

                        COPY RECEIVED        14415

<u>EXHIBIT A</u>

That portion of Lot 2 (Northwest Quarter of Southwest Quarter) of Section 18, Township 9 South, Range 3 West, San Bernardino Meridian, according to United States Government Survey approved September 11, 1879, described as follows:

Beginning at a point on the Easterly line of said Lot 2, distant thereon South 0° 01' 20" East, 1007.66 feet from the Northeast corner of said lot, said point being also the Southeasterly corner of the land conveyed to Ralph K. Enander and wife, by deed recorded February 9, 1951, in Book 3970, page 299 of Official Records; thence continuing South 0° 01' 20" East along the Easterly line of said Lot 2 a distance of 319.70 feet to the Southeast corner thereof; then South 89° 32' 30" West along the Southerly line of said Lot 2 a distance of 645.55 feet to the Southeast corner of land conveyed to Andrew Schmitt, a widower, by deed recorded December 6, 1950, in Book 3887, page 445 of Official Records; thence North 0° 02' 20" East along the Easterly line of said Schmitt's land a distance of 818.37 feet to the Southwest corner of said land conveyed to Enander; thence North 89° 25' 20" East along the Southerly line of said Enander's land, a distance of 645.21 feet to the East line of said Lot 2 and the point of beginning, EXCEPTING therefrom the Easterly 40 feet of the Southerly 40 feet thereof.

ALSO an easement for road purposes over, along and across the South 10 feet of that portion of said Lot 2 lying Westerly of the Westerly line of the land above described.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant also claims all the right of overlying landowners and to water which may originate in or may be found on or under, or which may cross his land.

Defendant claims the right to dig or drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendant hereby incorporates, the same as though set forth herein in full, all the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

WHEREFORE, this defendants prays that plaintiff take nothing against him by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against this defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Chester B. Neiswender*
_____

_____

Defendants in propria persona

Dated:   June 23, 1958

14416