


FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

GOLDA JANDA and EARL JANDA
Defendants in propria persona
731 West 113th Street
Los Angeles 44, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>vs.<br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br>        Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br><br>GOLDA JANDA and<br>EARL JANDA |

The defendants, GOLDA JANDA and EARL JANDA each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 5 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

1   Defendants claim the right to drill a well and the use of
2  water sufficient for domestic purposes, one thousand square feet
3  of garden and five head of cattle.

17   WHEREFORE, these defendants pray that plaintiff take
18  nothing against them by reason of the Complaint and Supplementary
19  and Amendatory Complaint on file herein; that said Complaint be
20  dismissed as against these defendants; that defendants' right to
21  water, as hereinabove set forth, be quieted as against the plain-
22  tiff and against all other defendants in this action; and for such
23  other and further relief as the Court may deem proper.

_____
_____
Defendants in propria persona

Dated: July 17, 1958

14390

"Exhibit A"

That portion of Lot 5 in Section 26, Township 9 South, Range 2 East, San Bernardino Meridian, in the County of San Diego, State of California, according to the United States Government Survey approved January 31, 1895, described as follows:

Beginning at the Northwest corner of said Lot 5; thence South 1° 25' East along the Westerly line of said Lot a distance of 326.16 feet to the Northwest corner of land conveyed to Herman H. Silveria by Deed dated April 19, 1947 and recorded in Book 2373, page 429 of Official Records; thence North 88° 46' East along the Northerly line of said land 508.45 feet to the Westerly line of land conveyed to Ralph Buzard et ux by Deed dated January 16, 1947 and recorded in Book 2493, page 307 of Official Records; thence North 1° 25' West along the Westerly line of said land 328.73 feet to the Northerly line of said Lot 5; thence South 88° 28' 30" West along said Northerly line 508.45 feet to the point of beginning.

Drawn by: Batt
typed by: Ocampo
Compared by: GB:bo

D-3522
May 10, 1957