FERRELL E. WHITTEN and MARY F. WHITTEN

Defendants in propria persona

11907 So. Denver Avenue
LOS ANGELES 44,
California

FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,    )    CIVIL NO. 1247 - SD - C
        Plaintiff,    )    ANSWER OF DEFENDANTS
  v.    )    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,    )    FERRELL E. WHITTEN and MARY F. WHITTEN
        Defendants,    )

The defendants Ferrell E. Whitten and Mary F. Whitten, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXE

COPY RECEIVED    14392

Defendants own approximately 2 acres of land containing a Home, with Garden and Family Fruit trees. On this property, defendants plan, in the future, to build additional residences designed for rentals or other businesses. Defendants are now buying water from the Fallbrook Public Utility District, and claim the right to use as much water as they consider necessary for the upkeep of the above-mentioned.

Defendants further claim all riparian rights to all waters that may percolate through their land, whether from the Santa Margerita River and its tributaries, whether from springs, streams or wells, etc., and to take water from their land, whether for domestic, industrial, business or irrigation purposes.

In addition to the claim and uses as herein made, defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill and to dig wells, and to exercise water reclamation and conservation practices as now or may be known in the future.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Ferrell E. Whitten*
Ferrell E. Whitten

*Mary F. Whitten*
Mary F. Whitten

Defendants in propria persona
11907 So. Denver Avenue
LOS ANGELES, 44
California

Dated: July 7th-1958

14394

EXHIBIT A.

ALL THAT portion of the Northeast Quarter of the Northeast Quarter of Section 25, Township 9 South, Range 4 West, S.B.M., in the County of San Diego, State of California, described as follows:

BEGINNING at a point on the West line of said Northeast Quarter of the Northeast Quarter, 660 feet North of the Southwest corner thereof, said point of beginning being the Southwest corner of a parcel of land conveyed to J. W. Watkins by deed dated May 4, 1925 and recorded in Book 1099, page 159 of Deeds, records of San Diego County; thence East along the South line of said parcel conveyed to Watkins, 528 feet to the Southeast corner thereof; thence South parallel with said West line of said Northeast Quarter of the Northeast Quarter of said Section, 165 feet to the Northeast corner of a parcel of land conveyed to Samuel B. Neeter and wife, by deed dated January 16, 1926 and recorded in Book 1151, page 361 of deeds, records of San Diego County; thence West along the North line of said parcel conveyed to Neeter, 528 feet to the Northwest corner thereof, being a point on said West line of said Northeast Quarter of the Northeast Quarter of Section 25; thence North along said West line, 165 feet to the point of beginning. ----------------------------------------------------------------

14393