Irene J. Shirley & Winton Shirley

Defendants in propria persona
P.O.Box    Temecula Calif

**FILED**
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                         Plaintiff, )
    v. )
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
                        Defendants. )

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
Irene J. Shirley
Winton Shirley

The defendants, Irene J. Shirley, Winton Shirley each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own    No   acres of land in County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

14395

18   WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Irene J Shirley*

*Dr H Shirley*

Defendants in propria persona

Dated: 7-18-58

14396

EXHIBIT A.

Lots we own.

Lots number 5, 6, 7, 8, 9, 10, 11, and 12 in Block number Twenty-two

The South East 70 feet of lots number 1, 2, 3, 4, in Block number Twenty-two, Situated in the Town of Temecula Riverside County, California

We have one well that furnishes water for a small rooming House and which is our home.

14397