```
         JOE CANTACESSI and                    F I L E D
         TERESA CANTACESSI
                                                JUL 22 1958
 1
         Defendants in propria persona        CLERK, U.S. DISTRICT COURT
 2       Route 2, Box 453                   SOUTHERN DISTRICT OF CALIFORNIA
         Elsinore, Calif.                   By _____
 3                                                   DEPUTY CLERK

 4              IN THE UNITED STATES DISTRICT COURT

 5                 SOUTHERN DISTRICT OF CALIFORNIA

 6                        SOUTHERN DIVISION

 7
         UNITED STATES OF AMERICA,    )   CIVIL NO. 1247 - SD - C
 8                                    )
                      Plaintiff,      )   ANSWER OF DEFENDANTS
 9                                    )
            v.                        )
10                                    )
         FALLBROOK PUBLIC UTILITY     )   JOE CANTACESSI and
11       DISTRICT, ET AL,             )   TERESA CANTACESSI
                                      )
12                    Defendants,     )   Joint Tenants
```

13     The defendants, JOE CANTACESSI & TERESA CANTACESSI
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17     ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
               AMENDATORY COMPLAINT
18
19     These answering defendants hereby incorporate by reference
20 all of the allegations contained in the answer to said Complaint and
21 Supplementary and Amendatory Complaint filed in this case by Newton
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23 of the portion thereof entitled "Affirmative Statement of Rights")
24 and make each and all of said allegations a part of this answer
25 the same as if herein set forth at length.
26          AFFIRMATIVE STATEMENT OF RIGHTS
27     These defendants own 22 acres of land in Riverside
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.

                                       INDEXED
                                    COPY RECEIVED
                                              14398

I

That portion of Lot 99 of Temecula Land and Water Company, together with the Northwesterly half of Ivy Street and the Southeasterly 30 feet of the Southeasterly half of Juniper Street adjoining said Lot 99, as shown by map on file in Book 8 page 359 of Maps, San Diego County Records, lying Southwesterly of that certain parcel conveyed to the State of California by Deed filed for record March 10, 1953 as Instrument No. 11216 and August 20, 1954 as Instrument No. 42571.

II

We claim our water rights are paramount to all other rights or claims of right of Plaintiff in and to said water. We claim all water rights under our land for the beneficial use thereon.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Joe Cantrecessi*

*Theresa Cantrecessi*

Defendants in propria persona

Dated:
7/16/58

14399