Merle W. James
Defendants in propria persona
P. O. Box 1194 Hemet, Calif.

FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br><br>　　　　Defendants, | CIVIL NO. 1247 - SD - C<br><br>ANSWER OF DEFENDANTS<br>Merle W. James |

The defendants, Merle W. James each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 4 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED
COPY RECEIVED

14400

at the present time I am using water from a surface well and wish to reserve the right to drill a well at a later date. I claim the right to use one acre foot of water per year. It is my intention to plant fruit trees and a vegetable garden.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_____
Merle W. James
Defendants in propria persona

Dated: 10 July 1958

Exhibit "A"

The north four acres of:
T. 6 S, R 1 E., S.B.M., Calif. Sec 28; E½ NW¼ NE¼, SW¼

14402