CLIFFORD T. GOSSMAN AND HILDA I. GOSSMAN
Defendants in propria persona
% TIM'S TINY ACRES RESTAURANT,
RT. 2, BOX 194, FALLBROOK, Calif.



FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _nok_
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS ANSWER TO COMPLAINT AND |
| v. | SUPPLEMENTORY AND AMENDATORY |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | COMPLAINT OF |
| Defendants, | CLIFFORD T. GOSSMAN AND HILDA I. GOSSMAN |

The defendants CLIFFORD T. GOSSMAN AND HILDA I. GOSSMAN each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
        AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

    AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 8.9 acres of land in RIVERSIDE County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

14403

1 THIS 8.9 ACRES IS COMMERICAL PROPERTY TAKING WATER FROM A WELL .
2 WE THE DEFENDANTS CLAIM RIPARIAN RIGHTS AND PERCOLATING WATER RIGHTS.
3 WE ALSO CLAIM RIGHTS TO THE WATER FROM RAINBOW CREEK THAT FLOWS THR
4 OUGH THIS PROPERTY.
5 IN THE NEAR FUTURE ANOTHER WELL WILL HAVE TO BE DRILLED TO SUPPLY
6 MORE WATER FOR THE RESTAURANT, DBA TIMS TINY ACRES RESTAURANT,
7 AND SWIMMING POOL. OUR NEEDS AT PRESENT FOR DOMESTIC USE AND FOR
8 IRRAGATION IS APPROXAMATELY 1,55 GALLONS TO 2,000 GALLONS DAILY.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*[signature: Clifford T. Susen]*
*[signature: Hilda J. Goseman]*

            Defendants in propria persona
               ROUTE 2   BOX 194
               FALLBROOK, CALIFORNIA

Dated: JULY 16, 1958

14404

EXHIBIT "A"

Property description

Portion of the South 150 ft of the North 410 ft and the North 200 ft of the South 250 ft of the South Half of the Southeast Quarter of the Northeast Quarter of Section 36, Township 8 South, Range 3 West, San Bernardino Base and Meridian - Riverside County California -

14403A