1  SACHSE and PRICE
   Attorneys at Law
2  1092 S. Main Street
   Fallbrook, California
3  Phone: RAndolph 8-1154



FILED
JUL 22 1958

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                          )
              Plaintiff,  )   No. 1247-SD-C
                          )
         vs.              )   REQUEST FOR
                          )   ADMISSIONS UNDER
FALLBROOK PUBLIC UTILITY DISTRICT, )  RULE 36 of
a public service corporation of the )  JOHN M. WALKER and
State of California, et al., )  ANNE E. WALKER
                          )
              Defendants. )

Defendants JOHN M. WALKER and ANNE E. WALKER, Husband and wife, request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

1. Defendants are the owners of the lands described in their answer herein.

2. The lands described in the answer of defendants include    four    acres of irrigable land.

3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

4. The lands of defendants do not abut upon and are not riparian to any stream.

5. The lands of defendants overlie percolating ground waters not a part of any stream.

                                                SACHSE AND PRICE

                                                By *[signature]*
                                                   Franz R. Sachse
                                             Attorneys for defendants
                                             John M. Walker and Anne E. Walker.

DATED:   <u>JULY 17, 1958.</u>