1  SACHSE and PRICE
   Attorneys at Law
2  1092 S. Main Street
   Fallbrook, California
3  Phone: RAndolph 8-1154

F I L E
JUL 22 1958

M L Keagan

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )   No. 1247-SD-C
                                    )
     vs.                            )   REQUEST FOR
                                    )   ADMISSIONS UNDER
FALLBROOK PUBLIC UTILITY DISTRICT,  )   RULE 36  of
a public service corporation of the )   LINDEN H SIEVERS and
State of California, et al.,        )   BETTY ANN SIEVERS
                                    )
          Defendants.               )

        Defendants LINDEN H. SIEVERS and BETTY ANN SIEVERS, Husband and Wife,

request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1. Defendants are the owners of the lands described in their answer herein.

    2. The lands described in the answer of defendants include   2.5   acres of irrigable land.

    3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

- 1 -

COPY RECEIVED                                          4195

4. The lands of defendants do not abut upon and are not riparian to any stream.

The Lands of defendants overlie percolating ground waters not a part of any stream.

SACHSE and PRICE

BY *[signature]*
Attorneys for defendants
Linden H. Sievers and
Betty Ann Sievers

DATED : JULY 17, 1958

- 4 -

4196