SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

FILE

JUL 22 1958

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. Kiesling
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )
     vs. )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al., )
        Defendants. )

No. 1247-SD-C

REQUEST FOR
ADMISSIONS UNDER
RULE 36 OF DEFENDANTS
EUGENE WOLFE and
LILLIAN WOLFE

Defendants EUGENE WOLFE and LILLIAN WOLFE, Husband and Wife, request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1. Defendants are the owners of the lands described in their answer herein.

    2. The lands described in the answer of defendants include 3/4 acres of irrigable land.

    3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

    4. The lands of Defendants do not abut upon and are not riparian to any stream.

COPY RECEIVED

- 1 -

4197

5. The lands of defendants overlie percolating ground waters not a part of any stream.

SACHSE and PRICE

BY _Franz R. Sachse_
Franz R. Sachse
Attorneys for defendants
Eugene Wolfe and Lillian Wolfe

DATED: JULY 17, 1958

- 2 -

4198