SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154



FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. L. Kiesling
    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 1247-SD-C |
| vs. ) | REQUEST FOR ADMISSIONS UNDER RULE 36, of |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., ) | ALEXANDER DE AROCHA CHICA |
| Defendants. ) | |

Defendants ALEXANDER DE AROCHA CHICA, a married woman as her separate property,

request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

1.  Defendants are the owners of the lands described in their answer herein.

2.  The lands described in the answer of defendants include Two (2)    acres of irrigable land.

3.  A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

4.  That portion of the lands of defendant located within the watershed of the Santa Margarita River does not abut upon and is not riparian to any stream.

11199

1      The said lands overlie vagrant percolating ground waters
2 not a part of any stream.

                            SACHSE and PRICE

                            BY _____
                                Franz R. Sachse
                            Attorneys for Defendant

DATED: JULY 17, 1958.     Alexander De Arocha Ghica

-2-

4200