```
 1 │ SACHSE and PRICE
   │ Attorneys at Law
 2 │ 1092 S. Main Street
   │ Fallbrook, California
 3 │ Phone:  RAndolph 8-1154
```



FILED
JUL 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
by M.O. Kingsley
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 1247-SD-C |
| vs. | ) | REQUEST FOR ADMISSIONS UNDER RULE 36 |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | ) ) ) | MERLE C. ADKINS and JUANITA L. ADKINS as successors in interest to William L. Beck and Marjorie Beck. |
| Defendants. | ) | |

Defendants MERLE C. ADKINS and JUANITA L. ADKINS as successors in interest to William L. Beck and Marjorie Beck, request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

1. Defendants are the owners of the lands described in their answer herein.

2. The lands described in the answer of defendants include   One (1)   acres of irrigable land.

3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

- 1 -

COPY RECEIVED

4201

4. The lands of defendants are not riparian to any stream.

5. The lands of defendants overlie percolating ground waters not a part of any stream.

DATED: July 17, 1958.

                SACHSE and PRICE

              by *[signature]*
                Franz R. Sachse
                Attorneys for Defendants
                MERLE C. ADKINS and
                JUANITA L. ADKINS

- 2 -

4202