SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154



FILED
JUL 22 1958

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>    Defendants. | No. 1247-SD-C<br><br>REQUEST FOR<br>ADMISSIONS UNDER<br>RULE 36<br><br>DEFENDANTS<br>LEONARD L. WILLIAMSON and<br>SARAH WILLIAMSON |

Defendants

LEONARD L. WILLIAMSON and SARAH WILLIAMSON request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1. Defendants are the owners of the lands described in their answer herein.

    2. The lands described in the answer of defendants include 80 acres of irrigable land.

    3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

- 1 -

4203

    4. Defendants are the owners of License Number 5090 of the State of California with a priority date of October 7, 1937, to divert 400 gallons per day for domestic purposes from un-named spring described in their Answer herein.

    5. The lands of defendants overlie percolating ground waters not a part of any stream.

    6. The northwesterly 20 acres of the lands of defendants are riparian to an un-named intermittent tributary of Temecula Creek which flows through said lands in a generally southwesterly to northeasterly direction.

SACHSE and PRICE

July 8, 1958

by _[signature]_
Attorneys for defendant

- 2 -

4204