```
1  SACHSE and PRICE
   Attorneys at Law
2  1092 S. Main Street
   Fallbrook, California
3  Phone: RAndolph 8-1154
```




IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 1247-SD-C |
| vs. | ) | REQUEST FOR ADMISSIONS UNDER RULE 36 |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | ) ) ) ) | LEONARD L. WILLIAMSON and SARAH WILLIAMSON |
| Defendants. | ) | |

Defendants, LEONARD L. WILLIAMSON and SARAH Williamson, Husband and Wife,
     Defendant Vail Company
request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

1.  Defendants are the owners of the lands described in their answer herein.

2.  The lands described in the answer of defendants include Eighty (80) acres of irrigable land.

3.  A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

-1-

COPY RECEIVED

4205

1   Defendants are the owners of License Number 5090 of
2 the State of California with a priority date of October 7, 1937,
3 to divert 400 gallons per day for domestic purposes from an
4 unnamed spring described in their Answer herein.
5       5.  The lands of defendants overlie percolating ground
6 waters not a part of any stream.
7       6.  The northwesterly 20 acres of the lands of defendants
8 are riparian to an un-named intermittent tributary of Temecula
9 Creek which flows through said lands in a generally southwesterly
10 to northeasterly direction.
11      DATED : July 8, 1958.

SACHSE and PRICE

by *(signature)*
Franz R. Sachse
Attorneys for defendants
Leonard L. Williamson and
Sarah Williamson

4206

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.     1247 SD C

Franz R. Sachse
_____, being first duly sworn, says: That affiant, whose address is

1092 South Main Street, Fallbrook, California
is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached  Request for Admissions of LEONARD L. WILLIAMSON AND SARAH WILLIAMSON
(Copy title of paper served)

on the  Defendant Vail Company  in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

Mr. George Stahlman, Route 1, Box 235, Fallbrook, California

(Name and address as shown on the envelope)

sealed and deposited on the 11th day of July, 1958, in the United States Mail at

Fallbrook, San Diego County, California
(Place of mailing, name of county)
with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 17th

day of July, 1958

_____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires 5-25-61

4207