1  SACHSE and PRICE
2  Attorneys at Law
   1092 S. Main Street
3  Fallbrook, California
   Phone: RAndolph 8-1154
4  Attorneys for



5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                    SOUTHERN DIVISION

11 UNITED STATES OF AMERICA,            )
12                Plaintiff,            )
13                                      )    No. 1247-SD-C
      vs.                               )
14                                      )    REQUEST FOR
   FALLBROOK PUBLIC UTILITY DISTRICT,   )    ADMISSIONS UNDER
15 a public service corporation of the  )    RULE 36
   State of California, et al.,         )
16                                      )
                Defendants.             )
17 ─────────────────────────────────────)

18          Defendant   JACK L. AUSTIN, a single man,

19

20 requests plaintiff within twenty (20) days after the service

21 of this request to admit that the following statements are

22 true, for the purposes of this action only, and subject to all

23 pertinent objections to admissibility which may be interposed

24 at the trial:

25       1.  The lands described in the answer of defendant

26 JACK L. AUSTIN, a single man,

27 includes   18        acres of irrigable land.

28       2.  A reasonable water duty for the irrigable lands of

29 defendant    is 4.2 acre feet per acre per year.

30       3.  The lands described in answer of defendants are not

31 riparian to the Santa Margarita River or any of its tributaries.

32       4.  The lands described in answer of defendants overlie

1  percolating ground waters and defendants are entitled to a

2  reasonable correlative use of said percolating ground waters.

3

4  July 15, 1958                    SACHSE and PRICE

5

6                                   by

7                                   Attorneys for Defendant
                                    Jack L. Austin

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32