SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154



FILED
JUL 22 1958

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,         )
                                  )
            Plaintiff,            )     No. 1247-SD-C
                                  )
      vs.                         )     REQUEST FOR
                                  )     ADMISSIONS UNDER
FALLBROOK PUBLIC UTILITY DISTRICT,)     RULE 36
a public service corporation of the)
State of California, et al.,      )     DEFENDANTS
                                  )
            Defendants.           )     BRUCE GENTRY, CELONA GENTRY,

Defendants: EVE GENTRY, HOWARD S. GENTRY, SHERMAN O. GENTRY and HELEN GENTRY, also known as HELEN GREENWOOD

Defendant, Vail Company request ~~xxxxxxxx~~ within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

1. Defendants are the owners of the lands described in their answer herein.

2. The lands described in the answer of defendants include   160   acres of irrigable land.

3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

- 1 -

COPY RECEIVED

4212

    4. The lands of defendants do not abut upon and are not riparian to any stream.

    5. The lands of defendants overlie percolating ground waters not a part of any stream.

                               SACHSE and PRICE

July 8, 1958                        by [signature]
                                 Attorneys for defendant

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego } 1247 SD C

Franz R. Sachse , being first duly sworn, says: That affiant, whose address is
1092 South Main Street, Fallbrook, California
is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Request for Admissions of Bruce & Celona Gentry, Eve & Howard S. Gentry and Sherman O. and Helen Gentry
(Copy title of paper served)

on the plaintiff in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:
MR. GEORGE STAHLMAN, Route 1, Box 235, Fallbrook, California

(Name and address as shown on the envelope)
sealed and deposited on the 17 day of July , 195 8 , in the United States Mail at
Fallbrook, San Diego County, California
(Place of mailing, name of county)
with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 17th

day of July , 195 8 .

_____
Notary Public in and for said County and State
(SEAL)

Stuart FORM 23

My Commission expires May 25, 1961    4214