FILED
JUL 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. K_____
  DEPUTY CLERK

July 21, 1958

Mr. John A. Childress, Clerk
United States District Court
Southern District of California

Re: SUMMONS NO. 1247-SD-C

We, the undersigned, Alberta P. Welch and Achilles Angeloty, own the following described property in fee simple joint tenancy:

> County of Riverside, State of California
> The southeast quarter of the northeast quarter of Section 11, Township 7 south, Range 3 west, San Bernardino base and meridian.

All allegations in complaint do not alter our water rights. Our irrigatable land is between 3 and 7 acres.

Alberta P. Welch
———————————
Alberta P. Welch

Achilles Angeloty
———————————
Achilles Angeloty

INDEXED

14388-A