ORIGINAL

1  MINTON, MINTON & FARRELL
   Attorneys at Law
2  111 North Harvard Street

3  Hemet, California

4  OLive 8-2157

5  Attorneys for Defendants



FILED
JUL 25 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|   Plaintiff, | ) CIVIL NO. 1247-SD-C |
| -vs- | ) ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF AUGUST J. AND ANNA F. BENDLER, Husband and wife; and CHARLES G. AND MABLE F. BENDLER |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | ) |
|   Defendants. | ) |

The defendants, August J. and Anna F. Bendler and Charles G. and Mable F. Bendler, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO ORIGINAL COMPLAINT

I

These answering defendants have no information or belief sufficient to enable them to answer the allegations of Paragraphs II and VII of the original complaint and basing their denial upon that ground, deny all allegations in said paragraphs contained.

II

Answering the allegations of Paragraph IV, defendants deny that any conduct of these answering defendants threatens the destruction of the basin referred to in said paragraph or damages

COPY RECEIVED
/s/ _____

-1-

14548

1 the plaintiff in any manner.

2 III

3 Answering the allegations of Paragraphs V and VI, deny that the litigation and/or the stipulated judgment referred to in said paragraphs are binding upon or in any manner affect the rights of these answering defendants, and deny that the plaintiff is entitled to any rights, titles, interest, or privileges as against any of the answering defendants by reason thereof.

IV

Answering the allegations of Paragraph VIII, admit that the plaintiff makes the claims and assertions specified in said paragraph; these answering defendants have no information or belief sufficient to enable them to answer the remaining allegations of said paragraph and basing their denial on that ground, deny all of said allegations.

V

Answering the allegations of Paragraph IX, deny that any action or conduct of any of these answering defendants has caused the plaintiff any damage or has contributed to any of the injuries alleged in said paragraph; these answering defendants have no information or belief sufficient to enable them to answer the remaining allegations of said paragraph and basing their denial on that ground, deny all of said allegations.

VI

That the real property herein referred to and the subject matter of this answer is described on exhibit "A" attached hereto.

ANSWER TO SUPPLEMENT TO COMPLAINT

Answer to Counts Nos. I to XIV, Inclusive

I

In answer to Counts I to XIV, inclusive, of the Supplement to plaintiff's Complaint, these answering defendants hereby incor-

-2-

14549

porate by reference Paragraphs I to V, inclusive, of the above Answer to plaintiff's original Complaint.

II

These answering defendants admit that the plaintiff makes the contentions set forth in said counts; deny that any actions of these answering defendants have injured plaintiff; and have no information or belief sufficient to enable them to answer any of the remaining allegations in any of said counts contained and basing their denial on that ground, deny all of said allegations not hereinabove expressly admitted or denied.

III

That the real property herein referred to and the subject matter of this answer is described on exhibit "A", attached hereto.

Answer to Counts Nos. XV-XXI, Inclusive

I.

These answering defendants hereby incorporate by reference Paragraphs I and II of their Answer to Counts I to XIV, inclusive.

II

These answering defendants deny each and every allegation contained in Paragraphs II and III of Count XXI.

III

The defendants admit that plaintiff owns certain tracts of land comprising the Cleveland and San Bernardino National Forrests which are administered by the Bureau of Land Management of the Department of the Interior, which tracts are within the watershed of the Santa Margarita River; admit the allegations with reference to the flow of Temecula Creek and its tributaries; admit that the exhibits mentioned in said Courts are attached to the Complaint; admit that the United States of America makes the contentions set forth in Counts XVIII, XIX, and XX; these answering defendants have no information or belief sufficient to enable them to answer

-3-

14550

1  the remaining allegations in said Counts XV to XXI, inclusive, and
2  basing their denial on that ground, deny all of said allegations.

### IV

That the real property herein referred to and the subject matter of this answer is described on exhibit "A", attached hereto.

### ANSWER TO AMENDMENT TO COMPLAINT

#### Answer to Counts No.s XXII to XXV, Inclusive

### I

These answering defendants hereby incorporate by reference Paragraphs I, II and III of their Answer to Counts XV to XXI, inclusive.

### II

These defendants deny the allegations of Paragraphs I and II of Count XXII.

### III

These answering defendants admit that plaintiff makes the contentions set forth in Paragraph III of Count XXII; deny each and every allegation in said paragraph contained except as hereinabove admitted.

### IV

These answering defendants admit that plaintiff makes the contentions set forth in Counts XXII, to XXV, inclusive; admit that the application referred to in Paragraph II of Count XXIV was filed and in this connection allege that said application was rejected and denied by the State Board of Water Rights of the State of California on April 10, 1958; admit that these answering defendants claim the right to the use of water specified in the Affirmative Statement of Rights hereinbelow set forth; deny that any claim of these defendants invades any rights of the United States of America; deny the allegations of Count XXI except as hereinabove expressly admitted.

-4-

14551

V

These answering defendants have no information or belief sufficient to enable them to answer the remaining allegations contained in said counts and basing their denial upon that ground, deny all of the allegations not hereinabove expressly admitted or denied.

VI

That the real property herein referred to and the subject matter of this answer is described on exhibit "A", attached hereto.

AFFIRMATIVE STATEMENT OF RIGHTS

These answering defendants own one section of land hereinafter described on exhibit "A" hereof. The same comprising approximately six hundred and forty (640) acres; that approximately two hundred and sixty (260) acres of said land can be used as general agricultural land in the raising of various and sundry crops, the balance can be used for raising of cattle, turkeys, chickens and fowl; that defendants have used certain portions of the land for the purposes hereinabove mentioned and feel that they are entitled to 4.7 cubic feet per acre of water on the said two hundred and sixty (260) acres and the rights to explore, perfect and use domestic and agricultural water on the balance of said land.

WHEREFORE, these answering defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said complaint be dismissed as against these defendants; that defendants right to water as hereinabove set forth be quieted as against the plaintiff and against all of the defendants in this action; and for such other and further relief as to the Court may deem proper.

Dated: July 22, 1958

MINTON, MINTON & FARRELL

By *[signature]* Geo. W. Minton
Attorneys for August J. and Anna F. Bendler, Husband and wife; and Charles G. and Mable F. Bendler, Husband and wife.

-5-

14552

Description of Real Property:

"Section 31, Township 7 South
Range 1 East, San Bernardino
Base and Meridian."

EXHIBIT "A"

14553

```
STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF RIVERSIDE )
```

Charles G. Bendler, for himself and these other answering defendants having read the Answer in the foregoing proceeding, deposes and says that the same is true of his own knowledge, except as to such matters as are therein stated on information and belief, and as to those matters affiant believes the same to be true.

*Charles G. Bendler*
Charles G. Bendler

Subscribed and sworn to
before me July 22, 1958
*Carl W. Minton*
Carl W. Minton

14554