SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154



FILED

JUL 25 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M B Kunning_
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
     Plaintiff, )
  vs. )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al., )
     Defendants. )

No. 1247-SD-C

ANSWER OF DEFENDANT

PAULSON MANUFACTURING
CORPORATION
A California Corporation

Defendants PAULSON MANUFACTURING CORPORATION, A

California Corporation,

answering plaintiff's Complaint and Supplement to Complaint for

themselves alone and not for any other defendant, admit, deny

and allege as follows:

<u>FIRST DEFENSE</u>

I

Defendants have no knowledge or information

sufficient to form a belief as to the allegations contained

in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's

Original Complaint herein, and therefore deny all of said

allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original

Complaint herein, defendants admit the litigation

COPY RECEIVED

Indefine

- 1 -

14555

referred to and admit that a stipulated judgment was entered
into therein, a copy of which is attached to plaintiff's
Complaint marked Exhibit A.  Defendants deny that they are
parties to said litigation or in any way bound thereby; and
deny that said stipulated judgment determines the rights of
plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's
Original Complaint.

IV

Defendants have no knowledge or information sufficient
to form a belief as to the allegations contained in Counts II,
III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI,
XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to
Complaint, and therefore deny all of said allegations for want
of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of
plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS
ALLEGE:

I

Defendants are the owners of real property situated
in the County of San Diego, State of California, as described
in Exhibit A attached hereto and made a part hereof by
reference.

II

Defendants claim water rights appurtenant to the
real property described in Exhibit A, as follows:

- 2 -

14556

The lands of defendants do not abut upon and are not riparian to any stream. The said lands overlie percolating ground waters not a part of any stream. The said lands are improved with a dwelling and commercial buildings and defendant asserts full correlative rights to the use of said percolating ground waters for domestic and commercial purposes.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by _____
Attorneys for defendant
PAULSON MANUFACTURING CORPORATION
A California Corporation.

DATED : July 17, 1958.

- 3 -

14557

## EXHIBIT A

That portion of the Southeast Quarter of the Southwest Quarter of Section 3 0, Township 8 South, Range 2 West, San Bernardino Meridian, in the County of Riverside, State of California described as follows:

Beginning at a point in the North line of said Southeast Quarter of Southwest Quarter distant South 35° 19' 50" East 13 7 feet from the Northwest corner of said Southeast Quarter of Southwest Quarter; thence South 37° 30' 30" West 59.51 feet; thence parallel with said North line of Southeast Quarter of Southwest Quarter South 35° 19' 50" East 887.34 feet; thence North 4° 40' 10" East 50 feet to said North line of Southeast Quarter of Southwest Quarter; thence along said North line North 85° 19' 50" West 855.06 feet to the point of beginning;

EXCEPTING :

That portion of the Southeast Quarter of the Southwest Quarter of Section 30, Township 8 South, Range 2 West, San Bernardino Base and Meridian, in the County of Riverside, State of California, according to the United States Government Survey thereof, described as follows:

Beginning at the Northwest corner of said Southeast Quarter of the Southwest Quarter; thence South 85° 19' 50" East along the Northerly line of said Southeast Quarter of the Southwest Quarter 352.59 feet; to the true point of beginning; thence from said true point of beginning continuing South 85° 19' 50" East along the Northerly line of said Southeast Quarter of the Southwest Quarter 225.60 feet; thence leaving said line South 18° 59' West 51.60 feet to a point that is 50.00 feet measured at right angles from said Northerly line of the Southeast Quarter of the Southwest Quarter; thence North 85° 19' 50" West parallel with said Northerly line 222.01 feet; thence North 14° 56' East 50.79 feet to the true point of beginning.

EXHIBIT A

- 4 -

14558

STATE OF CALIFORNIA,

COUNTY OF __San Diego__ } ss.    1247 SD C

__Franz R. Sachse,__ _____, being first duly sworn, says: That affiant, whose address is

__1092 South Main Street, Fallbrook, California__

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached __Answer of Defendant Paulson Manufacturing Corporation__

_____

(Copy title of paper served)

on the __plaintiff__ _____ in said action, by placing a true copy thereof in an envelope addressed

(Name of party served)

as follows:

__Hon. J. Lee Rankin, Rm. 332, 325 West F St., San Diego 1, California__

_____

(Name and address as shown on the envelope)

sealed and deposited on the __21st__ day of _____July_____, 195_8_, in the United States Mail at

__Fallbrook, San Diego County, California__

(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __23st__

day of _____July_____, 195_8_

_____    _____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires __May 25, 1961__

14558A