SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8 1154



FILED
JUL 25 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. D. Kingler
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of<br>the State of California, et al.,<br><br>               Defendants. | No. 1247 SD C<br><br>MEMORANDUM CONCERNING<br><br>FINDINGS OF FACT<br><br>RUDOLPH C. FOSS |

    Defendant Rudolph C. Foss respectfully submits that the evidence adduced at the hearings before the Special Master establishes the following facts:

    1. Defendant is the owner of the lands described in his answer herein.

    2. All of the lands of defendant are riparian to Cottonwood Creek.

        (See Santa Margarita vs Vail, 11 C. (2d) 501, 531;
        Holmes vs Nay, 186 C. 231, 240-241. As against lower
        riparian owners located below the confluence of a
        main stream and tributaries thereof, the watersheds
        of the main stream and the tributaries constitute
        parts of a single watershed.)

    3. The ground waters underlying the lands of defendant are vagrant, local, percolating ground waters not a part of any stream.

    (Testimony of Lt. Col. A. C. Bowen).

COPY RECEIVED         - 1 -         4215

4. There are no alluvial deposits underlieing the streams flowing through the lands of defendant.

5. The tributaries of Cottonwood Creek flowing through the lands of defendant are intermittent streams flowing only during and immediately after periods of heavy precipitation and run-off.

DATED: JULY 22nd, 1958.

SACHSE and PRICE

BY *(signature)*
Franz R. Sachse
Attorneys for Defendant
Rudolph C. Foss.

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.   1247 SD C

Franz R. Sachse _____, being first duly sworn, says: That affiant, whose address is

1092 South Main Street, Fallbrook, California

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Memorandum concerning Findings of Fact in case of

Defendant Rudolph C. Foss
(Copy title of paper served)

on the Plaintiff _____ in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

Hon. J. Lee Ranking, Rm 332, 325 West F Street, San Diego 1, California

(Name and address as shown on the envelope)

sealed and deposited on the 22nd day of July, 195 8, in the United States Mail at

Fallbrook, San Diego County, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 22nd

day of July, 19 58

Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires May 25, 1961

4217