SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8 1154



FILED
JUL 25 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. [signature]
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1247 SD C |
| vs. | ) | MEMORANDUM CONCERNING |
| FALLBROOK PUBLIC UTILITY DISTRICT, | ) | FINDINGS OF FACT |
| a public service corporation of the State of California, et al., | ) | RICHARD F. MATTHEWS and ROSABEL L. MATTHEWS |
| Defendants. | ) | |

    Defendants Richard F. Matthews and Rosabel L. Matthews respectfully submit that the evidence adduced at the hearings before the Special Master establishes the following facts:

    1.  Defendants are the owners of the lands described in their answer herein.

    2.  The lands of defendants located in Section 20, Township 8 South, Range 4 West, San Bernardino Meridian, are riparian to De Luz Creek (West Fork of De Luz Creek.)

    3.  The remainder of the lands of defendants are not riparian to any stream.

    4.  The ground waters percolating beneath the lands of defendants, excepting those ground waters found in the alluvium of De Luz Creek, are vagrant, percolating, local ground waters not a part of any stream.

- 1 -

COPY RECEIVED

4218

     5. Defendants have diverted from De Luz Creek for storage in reservoirs located on an un-named canyon in the Northeast Quarter of the Northeast Quarter of Section 20, Township 8 South, Range 4 West, San Bernardino Meridian waters in an amount of 50 acre feet per year sinze January 1, 1953. Said waters have been impounded and used for recreational purposes and for irrigation of the lands of defendants. Said diversion has been open, notorious and adverse to all riparian owners located downstream from the lands of defendants, and defendants have a prescriptive right to divert and store waters of De Luz Creek as herein set forth.

     6. The well of defendants located in the bed of De Luz Creek is drawing water from a depth of 100 feet, below the bedrock that forms the bed of De Luz Creek, and from water sources not a part of De Luz Creek.

     (See Transcript 2007-2008, Testimony of Lt. Col. A. C. Bowen.)

DATED: JULY 22, 1958.

SACHSE and PRICE

BY *Franz R. Sachse*
Franz R. Sachse
Attorneys for Defendants
Richard F. Matthews and
Rosabel L. Matthews.

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss. 1247 SD C

Franz R. Sachse, being first duly sworn, says: That affiant, whose address is 1092 South Main St., Fallbrook, Calif., is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Memorandum Concerning Findings of Fact - case of Richard F. and Rosabel L. Matthews,
(Copy title of paper served)

on the plaintiff (Name of party served) in said action, by placing a true copy thereof in an envelope addressed as follows:

Hon. J. Lee Ranking, Rm. 332, 325 West F St., San Diego 1, California

(Name and address as shown on the envelope)

sealed and deposited on the 22nd day of July, 1958, in the United States Mail at Fallbrook, San Diego County, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 22nd day of July, 1958

_____
Notary Public in and for said County and State

(SEAL)
Stuart FORM 23

My Commission expires May 25, 1961

4220