BARTOLOMEO SIMONELLI
CLARA H. SIMONELLI
PAULINE K. SIMONELLI

1 Defendants in propria persona

2 P.O. Box 103
Temecula, Calif.

3


FILED
JUL 28 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. Kiesburg
        DEPUTY CLERK

4           IN THE UNITED STATES DISTRICT COURT
5             SOUTHERN DISTRICT OF CALIFORNIA
6                    SOUTHERN DIVISION

7  UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
8                                   )
           Plaintiff,               )   ANSWER OF DEFENDANTS
9                                   )
       v.                           )
10                                  )
   FALLBROOK PUBLIC UTILITY         )   BARTOLOMEO SIMONELLI
11 DISTRICT, ET AL,                 )   CLARA H. SIMONELLI
                                    )     Husband and wife as
12          Defendants,             )     Joint tenants
                                        PAULINE K. SIMONELLI (WOLFF)
13       The defendants,                    A married woman

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
          These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25

26              AFFIRMATIVE STATEMENT OF RIGHTS

27        These defendants own  30   acres of land in  Riverside

28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.

32

                                                          14559

I

That portion of Lot F of LITTLE TEMECULA RANCHO, as set apart in Decree of Partition recorded June 28, 1898 in Book 199 page 454 of Deeds, records of San Diego County, California, in action entitled "William Wolf vs. Ramona Wolf, et al", and particularly shown on partition map referred to in said Decree, on file in the office of the County Clerk of San Diego County, and described as follows:
Beginning at the most Westerly corner of said Lot F;
Thence Southeasterly along the Southwesterly line of said Lot F, 1151.15 feet;
Thence Northeasterly, parallel with the Northwesterly line of said Lot, 1176.00 feet;
Thence Northwesterly, parallel with the Southwesterly line of said Lot, 1151.15 feet to the Northwesterly line of said Lot;
Thence Southwesterly along the Northwesterly line of said Lot, 1176.00 feet to the point of beginning.

II

We claim our water rights are paramount to all other rights ar claims of right of Plaintill in and to said water. We claim all water rights under our land for the beneficial use thereon.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Bartolomeo Simonelli*
*Clara H. Simonelli*

*Pauline K. Simonelli Wolff*
Defendants in propria persona

Dated: July 18, 1958.

14560