Margaret Roripaugh RAMSAY
Defendants in propria persona
607 Gretchen Road, Chula Vista, California

FILED
JUL 28 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M D Kingsley
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                          )   CIVIL NO. 1247- SD - C
           Plaintiff,     )
                          )   ANSWER OF DEFENDANTS
    v.                    )
                          )
FALLBROOK PUBLIC UTILITY  )
DISTRICT, ET AL,          )   Margaret Roripaugh RAMSAY
                          )
           Defendants.    )

The defendants, Margaret Roripaugh RAMSAY each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own    23    acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

Copy recd
McLeod

14561

AFFIRMATIVE STATEMENT OF RIGHTS

I.

The property described in Exhibit "A" has at present an 8" domestic well powered by a one HP pump which furnishes domestic water to the two dwellings situated thereon. The land has been under constant irrigation since 1911, being bordered and planted to alfalfa, permanent pasture grasses and other farm crops. The entire 23 acres is piped for irrigation. Water for irrigation has been supplied, and is being supplied, by the well of J. E. Roripaugh, the defendants father, from whom the property was purchased, this being the same well that has furnished water for the land since 1931.

II

The defendant claims riparian rights to the Santa Gertrudis Creek based on the fact that the land described above is a parcel of the Murrieta Portion of the Temecula Rancho through which the creek flowed.

The defendant claims correlative rights to the percolating water supply that her land overlies.

The defendant claims correlative and riparian rights to that amount of water underlying her land that can be benificially used upon that land for domestic purposes, the raising of farm products and farm animals.

III

The defendant reserves the right to put down a well in the future to replace the water now being purchased from the well of John E. Roripaugh explained above.

IV

The defendant does not, through omission, abandon any rights, water or other, that may exist under the Treaty of Hidalgo which is hereby incorporated by reference.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that the defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and

-2-

14562

1  for such other and further relief as the Court may deem proper.

*Margaret Rosipaugh Ramsay*
Defendant in propria persona

Dated: July 16, 1958

-3-

14563

"EXHIBIT A"

That portion of Lot 116 of the Murrieta portion of the Temecula Rancho, as shown by the Map of the Temecula Land and Water Company on file in Book 8, page 359 of Maps, Records of San Diego County, California.

This portion of Lot 116 is bounded on the north by Banana Street, the East by Freeway, U.S. #395, on the south by Appricot Street, and on west by Garfield Avenue.

-4-

14564