WALTER S. COOPER and LEONA M. COOPER

**Defendants in propria persona**

Rt. 2, Box 26A
Murrieta, California

FILED

JUL 28 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. O. Kearney_
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247- SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | WALTER S. COOPER and LEONA M. COOPER Husband and wife, as Joint Tenants |
| Defendants. | |

The defendants, WALTER S. COOPER and LEONA M. COOPER

each severing from their co-defendants and each for himself or her-

self alone, in answer to the Complaint and Supplementary and Amenda-

tory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference

all of the allegations contained in the answer to said Complaint and

Supplementary and Amendatory Complaint filed in this case by Newton

T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

of the portion thereof entitled "Affirmative Statement of Rights")

and make each and all of said allegations a part of this answer

the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own /63.4/ acres of land in Riverside

County, California, and within the watershed of the Santa Margarita

River, more particularly described in the document attached hereto,

marked Exhibit A, which is hereby incorporated by reference as a

part of this statement.

Copy recd

14565

EXHIBIT 'A'

County of Riverside, State of California;

PARCEL
1:

All that portion of Block M, as shown by map of
Blocks K, L and M of Elsinore, on file in Book
4 page 174 of Mpas, San Diego County Records,
described as follows:

Beginning at the Southeasterly corner of Lot 7;
thence Northeasterly a distance of 712.27 feet;
thence Northwesterly a distance of 209 feet;
thence Southwesterly a distance of 712.27 feet;
thence Southeasterly, a distance of 209 feet, to
the point of beginning, being 3.41 acres, more
or less.
TOGETHER with a right of ingress and egress
Northeasterly on the Easterly line of Lot 7,
being a 15 foot road, to Palomar Street.

We claim our water rights
are paramount to all other rights
or claims of right of Plaintiff
in and to said water.  We claim
all water rights under our land
for the beneficial use thereon.

PARCEL
2:

County of Riverside, State of California;
Township 6 South, Range 3 West, Southwest
Quarter of Section 34.
Same claim as above.

WHEREFORE, these defendants pray that plaintiff take

nothing against them by reason of the Complaint and Supplementary

and Amendatory Complaint on file herein; that said Complaint be

dismissed as against these defendants; that defendants' right to

water, as hereinabove set forth, be quieted as against the plain-

tiff and against all other defendants in this action; and for such

other and further relief as the Court may deem proper.

*Walter S. Cooper*

*Leora M Cooper*

**Defendants in propria persona**

Dated: *July, 19, 1958.*

14566