```
1  SACHSE and PRICE
   Attorneys at Law
2  1092 South Main Street
   Fallbrook, California
3  RAndolph 8-1154
```



FILED
JUL 28 1958
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br>　　　　Defendants. | No. 1247-SD-C<br>ANSWER OF DEFENDANT<br>THOMAS V. PAULSON |

Defendants, THOMAS V. PAULSON

answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

14567

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

The lands of defendant do not abut upon and are not riparian to any stream. The said lands overlie percolating ground waters not a part of any stream and there a number of undeveloped springs on said lands.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by *[signature]*
Attorneys for defendant
THOMAS V. PAULSON

DATED : JULY 17, 1958.

- 3 -

14569

1    EXHIBIT A

the real property in the State of California, described as:    County of Riverside

That portion of the Southeast Quarter of the Southwest Quarter and the Southwest Quarter of the Southeast Quarter of Section 30, Township 8 South, Range 2 West, San Bernardino Meridian in the County of Riverside, State of California, according to United States Government Survey, described as a whole as follows:

Commencing at the Northwest corner of said Southeast Quarter of the Southwest Quarter; thence South 85 degrees 19' 50" East, along the North line of said Southeast Quarter of the Southwest Quarter 992.06 feet to the True Point of Beginning; thence South 4 degrees 40' 10" West 50.00 feet; thence North 85 degrees 19' 50" West, parallel to the North line of said Southeast Quarter of the Southwest Quarter, 426.63 feet; thence South 18 degrees 59' West 291.01 feet; thence South 85 degrees 19' 50" East, parallel to the North line of said Southwest Quarter of the Southeast Quarter 2188.88 feet to the East line of said Southwest Quarter of the Southeast Quarter; thence along said East line North 0 degrees 02' 50" West 333.81 feet to the Northeast corner of said Southwest Quarter of the Southeast Quarter; thence along the North line thereof North 85 degrees 21' 40" West 1339.38 feet to the Northeast corner of said Southeast Quarter of the Southwest Quarter; thence along the North line of said Southeast Quarter of the Southwest Quarter of Section 30, North 85 degrees 19' 50" West 323.48 feet to the True Point of Beginning.

16    Containing 15 Acres more or less.

18    PARCEL TWO :

19         The Northwest Quarter of the Southeast Quarter of
20    Section 30, Township 8 South, Range 3 West, San Bernardino
21    Meridian, containing 40 acres more or less.

EXHIBIT A

14570

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.    1247 SD C

Franz R. Sachse, _____, being first duly sworn, says: That affiant, whose address is

1092 South Main Street, Fallbrook, California,

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached __Answer of Defendant Thomas V. Paulson and Request for Admissions__
(Copy title of paper served)

on the __plaintiff__ in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

Hon. J. Lee Rankin, Rm 332, 325 West F Street, San Diego 1, California

(Name and address as shown on the envelope)

sealed and deposited on the __24__ day of __July__, 195__8__, in the United States Mail at

Fallbrook, San Diego County, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __24__

day of __July__, 195__8__

_____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires __May 25, 1961__

145570A