SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

JUL 28 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
           Plaintiff,      )  No. 1247-SD-C
    vs.                    )  REQUEST FOR
                           )  ADMISSIONS UNDER
FALLBROOK PUBLIC UTILITY DISTRICT, )  RULE 36
a public service corporation of the )  DEFENDANTS
State of California, et al.,        )
                           )  THOMAS B. RODGERS III and
           Defendants.     )  JANET KALKER RODGERS

Defendants
THOMAS B. RODGERS III and JANET KALKER RODGERS
request plaintiff within ten (10) days after the service of
this request to admit that the following statements are true,
for the purposes of this action only, and subject to all
pertinent objections to admissibility which may be interposed
at the trial:

   1.  Defendants are the owners of the lands described in
their answer herein.

   2.  The lands described in the answer of defendants
include    50    acres of irrigable land.

   3.  A reasonable water duty for the irrigable lands of
defendants is 4.2 acre feet per acre per year.

- 1 -

*Copy rec'd*

4223

    4.  The lands of defendants are riparian to Fallbrook Creek.

    5.  The easterly portion of the lands of defendants overlie percolating ground waters not a part of any stream.

    6.  Defendants are the owners of the right to extract not to exceed 150 acre feet of water per year from the sewage affluent spreading basins of the Fallbrook Sanitary District for use upon said lands, which right is appurtenant to said lands.

SACHSE and PRICE

July 8, 1958

by _____
Attorneys for defendant