```
 1  J. LEE RANKIN
    Solicitor General
 2  Department of Justice
    Washington, D. C.
 3
    Attorney for United States
 4    of America
```

F I L E D

JUL 28 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br><br>    Defendants. | No. 1247-SD-C<br><br>MOTION FOR ORDER PURSUANT TO<br><br>TITLE 28, SECTION 1655,<br><br>U. S. CODE |

COMES NOW THE UNITED STATES OF AMERICA, acting by and through David W. Miller, attorney for the plaintiff, and in support of this motion respectfully brings the following to the attention of this Honorable Court:

Subsequent to the issuance by the Clerk of this Court of the summonses dated April 9, 1958, and May 23, 1958, in the above entitled cause a diligent effort has been made to find and serve a copy of the aforesaid summonses, as appropriate in each case, together with a copy of the COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT filed by the United States in the above entitled cause on those defendants listed on Exhibit A of this motion. Even though such an effort, which is fully outlined in the affidavit attached hereto as Exhibit B, has been made, the plaintiff has been unable to locate the aforesaid defendants within this State or to ascertain the whereabouts of said defendants, or has determined the defendants to be located outside the territorial limits of the United States. The purpose of this action is to declare the respective rights of the plaintiff and the named defendants

4249

in Exhibit A, together with the other defendants to this action, to the use of water in the Santa Margarita River and its tributaries, and for such additional relief as may be proper. The defendants listed on Exhibit A either own or have an interest in property within the Santa Margarita River watershed within San Diego County, California.

In view of this fact the United States of America respectfully moves this Honorable Court to enter an order pursuant to Title 28, Section 1655, U. S. Code that the defendants listed on Exhibit A appear or plead to the aforesaid COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT on or before September 30, 1958. Furthermore, since personal service is not practicable as to these defendants, it is moved that the Court order the publication of this order in The Daily Transcript which is published in San Diego, California, once a week for six consecutive weeks, the first date of publication to be on or before July 31, 1958.

Dated: July 28, 1958

                                        */s/ David W. Miller*
                                        DAVID W. MILLER
                                        Attorney for Plaintiff

Exhibit A

| | | | |
|---|---|---|---|
| 1 | ADAMS, DANIEL E. | | CLINE, THELMA B. |
| 2 | ADAMS, IVA J. | BLOOME, E. | COAST SURETY CORPORATION |
| 3 | AINSWORTH, HARRY | BLOOME, RUTH E. | COLE, LOUISE C. |
| 4 | ALFORD, GARY STANLEY | BOHN, CARL WILLIAM | CONNER, PHYLLIS |
| 5 | | BOHN, PEARL M. | CONNER, WILLIAM F. |
| 6 | ANDERSON, W. A. | BOLTZ, CHESTER RAYMOND | |
| 7 | APPEL, A. W. | BRANDENBERG, ARTHUR PAUL | |
| 8 | APPLEFORD, BASIL BRUNSDEN | BRANDENBERG, PEGGY L. | COPE, JACK J. |
| 9 | | | |
| 10 | APPLEFORD, ERNEST JAMES WILLIAM | BROWN, HELEN L. | COPE, OCTOVAN P. |
| 11 | APPLEFORD, JOHN HENRY | BROWN, KENNETH O. | COURTNEY, R. C. |
| 12 | APPLEFORD, PETER HUGH | BRUCE, CECIL D. | COUTY, JOSEPH |
| 13 | ARMSTRONG, DOROTHY R. | BRUCE, HELEN V. | COUTS, SHIRLENE |
| 14 | ARMSTRONG, GLENN F. | BRUNWIN, MARY H. | COY, GLENN W. |
| 15 | BAIRD, GEORGE W. | BUSBY, JAMES C., SR. | COY, JESSIE M. |
| 16 | BAIRD, ROBERT W. | BUSBY, LOUISE G. | CULLING, HERBERT H. |
| 17 | BAKER, JOHN L. | BUZARD, FRANCES | CULVER, MERRILL M. |
| 18 | BALECZAK, HENRIETTA H. | BUZARD, RALPH | CUMMINS, GEORGE R. |
| 19 | BALECZAK, STANLEY W. | BYER, A. C. | CUMMINS, H. H. |
| 20 | BARBUSCIA, HELEN L. | CAINE, GARLAND E. | CUMMINS, NAOMI |
| 21 | BARBUSCIA, JOSEPH | CAMPBELL, FRANCIS | DAEL, ROSEL T. |
| 22 | BARKELL, MAURINE NASH | CAMPBELL, THOMAS M. | DARGAN, RUBY HOOPER |
| 23 | BARNARD, MARYLINE | CARPER, ALAN RAY | DAVIS, CONSTANCE |
| 24 | BARRETT, WALTER E. | CARTWRIGHT, C. FINDLAY | DAVIS, WILLIAM N. |
| 25 | BARTLETT, FRANCIS W. | CATON, EDITH M. | DAVIS, W. M. |
| 26 | BECK, NELLIE E. | CATON, VERSAL H. | DAYWALT, CHLORIS R. |
| 27 | BECKER, ALBERT W. | CHABBOTT, JULIUS | DAYWALT, JOHN H. |
| 28 | BECKER, PEGGY J. | CHANDLER, GLEN M. | DELANO, PAULA |
| 29 | BESSE, WALTER J., JR. | CHRISTINO, MARGARET | DICKERSON, A. W. |
| 30 | BIDDLE, GRACE ELOISE | CLARKSON, GEOFFREY | DICKERSON, IRA M. |
| 31 | | CLAYPOOL, DORA | DICKEY, ETHEL L. |
| 32 | | CLAYPOOL, RAY L. | DINGWALL, STUART M. |
| | | CLUCAGE, IRA L. | |

-1-

4251

Exhibit A

Exhibit A

| | | | |
|---|---|---|---|
| 1 | DOBSON, JOHN R | GAYNOR, JAMES T. | HANSEN, BLAYE |
| 2 | DONATO, BROOKLYN | GILES, LAWRENCE | HANSEN, CARL A. |
| 3 | DONATO, JEAN | GILLILAND, GRACE I. | HAYES, HARRIET B. |
| 4 | DOMINGUEZ, CELEDONIO | GILLILAND, WILLIAM T. | HAYES, OLIVER B. |
| 5 | DUNLAP, FRANK E. | GOOCH, JAMES ROLAND | HEUREN, ALFRED C. |
| 6 | DUNLAP, RUTH | GOOCH, VIRGINIA | HEITT, IRENE F. |
| 7 | DURNING, HERBERT R. | | HELVEY, K. F. |
| 8 | DURNING, MARY K. | | HICKS, ELEANOR ANN |
| 9 | EBERLEIN, HELEN M. | GRAHAM, ANNA H. | HICKS, LORRAINE I. |
| 10 | EBERLEIN, JACK B. | GRAHAM, W. A. | HICKS, NORMAN L. |
| 11 | EDDY, BELLE J. | GRAVES, DARRELL L. | HICKS, OLIVER T., JR. |
| 12 | EDDY, M. J. | GRAY, JANE P. | HOFFMAN, LINCOLN J. M. |
| 13 | EDWARDS, MARIE E. | GREAT WESTERN SALES CORPORATION | HOGE, ETHA B. |
| 14 | | | |
| 15 | EDWARDS, WILLIAM D. | GREEN, ALICE M. | HOLLEY, MAUD |
| 16 | EVERETT, ROSE AMELIA | GROVER, BESSIE B. | HOLLOWELL, D. L. |
| 17 | FIELD, NORMA A. | GROVER, BUFORD D. | HOLLOWELL, EVA |
| 18 | FIX, HALLIE MEYERS | GRIFFITH, HENRY C. | HOLEMAN, LAWRENCE |
| 19 | FOSTER, GEORGE N. | GROOVER, ANNIE M. | HOOD, ROBERT G. |
| 20 | FRANCIS, MABEL SEDELL | HALBIN, ALFRED P. | HOOD, RUBY LEE |
| 21 | FRANCIS, SEQUOYAH | HALEN, HOWARD T. | HOOVER, AGNES M. |
| 22 | FRAXES, SAMUEL F. | HALEN, IRMA | HOUSTON, ELIZABETH |
| 23 | FREEMAN, MARGARET W. | HALL, HARRY E. | HOWELL, IDA E. |
| 24 | FRITZ, GILBERT E. | HALL, LENNIE B. | HUGHES, BOBBIE JEAN |
| 25 | FULLER, EARL B. | HALLORAN, ARTHUR F. | HUSCHER, GLADYS T. |
| 26 | GARBINI, ROCCO | HALLORAN, AUDREY G. | INGRIG, CLAYTON S. |
| 27 | GARLINGHOUSE, JENNINGS W. | HAMBERGER, ARNOLD C. | IRWIN, GRACE F. |
| 28 | GARLINGHOUSE, MARY ELIZABETH | HAMILTON, CHARLES G. | JACKSON, J. P. |
| 29 | | | JACKSON, JUNE A. |
| 30 | GATES, FAITH M. | HAMILTON, LILLIAN M. | JAECKEL, ALBERT F., TRUSTEE |
| 31 | GATES, WALTER S. | HAMILTON, VIOLA V. | |
| 32 | GAYNOR, BETTY A. | HANN, SADIE A. | JAMES, HERBERT |
| | | HANSEN, ALEX F., AKA ALEXANDER F. HANSEN, Deceased, heirs or devisees of, | |

-2-

4252

Exhibit A

Exhibit A

| | | | |
|---|---|---|---|
| 1 | JAMES, [illegible] | HOLD, LELAND CLAUD | [illegible], NYLA J. |
| 2 | JAMESON, D. | HOLD, THEODOSIA I. | [illegible], GRACE |
| 3 | JOHNSON, ANNIE | HOLL, WALTER A. | LUKER, ALFRED E. |
| 4 | JOHNSON, CLYDE | KONYHA, ANDREW FRANCIS | LUKER, SADIE C. |
| 5 | JOHNSON, ELMER A. | KONYHA, HILDA E. | MC CLAIN, BERYL H. |
| 6 | JOHNSON, FREDERIQUE C. | KORB, LEORA N. | MC CLAIN, T. D. |
| 7 | JOHNSON, HAROLD E. | LAMB, RALPH W. | MC CLURE, DOUGLAS G. |
| 8 | JOHNSON, MARGARET B. | LARSEN, FRANCES B. | MC CLURE, RUTH C. |
| 9 | JOHNSON, VERA LEWIS | LARSEN, ISABELLE ZORA | MC DONALD, D. MORSE, JR. |
| 10 | JOHNSON, VIOLET G. | LARSEN, THEODORE N. | MC DONNELL, CLARK T. |
| 11 | JOHNSON, WALFORD E. | LASH, CHARLOTTE KIRK | MC FARLANE, MILDRED MORRIS |
| 12 | JORGENSON, MERLE E. | | |
| 13 | JORGENSON, PATRICIA | LASH, SAMUEL R. | |
| 14 | KAUFMAN, LENA | LAUGHLIN, ALVIN | |
| 15 | KAY, DOROTHY E. | LAUGHLIN, LA VERNE A. | MC KEITHAN, GEDDIE W. |
| 16 | KAY, JACK E. | LAVENTHAL, ISADORE | MC MILLAN, CORA B. |
| 17 | KELLISON, CLARA BELLE | LAVERY, JOHN N., SR. | MAC DONALD, FAY |
| 18 | KELLISON, M. OWEN | LAVERY, MYRTLE P. | MAC DONALD, LYMAN A. |
| 19 | KENNEDY, MARGARET M. | LAMLER, EUGENE JR. | MACK, BRICE E. |
| 20 | KENYON, EMMA C. | LAMLER, NYLA B. | MACK, HARRIET P. |
| 21 | KENWORTHY, FAITH W. | LAWTON, FEARNS R. | MAC PHERSON, JANET W. |
| 22 | KENWORTHY, LIONEL C. | LAWTON, JOHN III | MAILEY, KATHERINE |
| 23 | KILLGAARD, R. J. | LAWTON, MARTHA | MAILEY, WILLIAM C. |
| 24 | KINGSTON, KATHERINE V. | LEEPERS, LAWRENCE A. | MAGOWAN, ROBERT A., TRUSTEE |
| 25 | KIPP, BYRON S. | | |
| 26 | KIPP, DELIA S. | LEWIS, HARRY A., JR. | MALEACHER, RICHARD |
| 27 | KIPP, MARGARET | LEWIS, LAEL S. | MARTIN, C. T. |
| 28 | KIPP, SOLON S. | LIGON, PATSY | MARTIN, GENE R. |
| 29 | KIRK, EUGICE A. | LINCOLN, LAURA JEAN | MARTIN, JOLINE A. |
| 30 | KIRK, WILLIAM E. | LOMA RANCH CO. | MARTIN, WINNA F. |
| 31 | KNAPP, ETHEL | LONGO, DANTE F. | MARTINEZ, BERNARD |
| 32 | KNAPP, LESTER W. | LONGO, V. J. | MARTINEZ, STEPHEN |
| | | LUDGATE, LEON P. | MAR VISTA INVESTMENT COMPANY |
| | | LUDGATE, TACY W. | |

-3-

4253

Exhibit A

Exhibit A

| | | |
|---|---|---|
| 1 | MARRECCO, FREDERICK BENJAMIN | BEAGLEY, CLINTON R. |
| 2 | MARRECCO, JACK ARTHUR | BEAGLEY, IRMA C. |
| 3 | MAUCK, ANNIE L. | NEIDERNEIDER, AMY |
| 4 | MAZE, GILBERT T. | NEWELL, HATTIE E. |
| 5 | MILES, CLARISSA S. | NEWELL, LLOYD |
| 6 | MILLER, D. J. | NICHOLAS, W. H. |
| 7 | MILLER, LILLIE M. | NICHOLS, RALPH F. |
| 8 | MILLER, VICTOR H. | NIELSON, JACK W. |
| 9 | MILNE, MINA | NIELSON, MAE P. |
| 10 | MILNE, ROBERT | NIGHOROSSIAN, ANITA JUANITA |
| 11 | MINER, LAURA K. | NIGHOROSSIAN, ARDASHES |
| 12 | MITCHELL, RUBY J. | NIX, MATTIE T. |
| 13 | MOLLER, R. LEE | NOBLE, DOROTHY F. |
| 14 | MOONEY, HOLLIS L. | NOBLE, RALPH C. |
| 15 | MOONEY, NILLA M. | NOWECK, FRED V. |
| 16 | MORA, EUGENIA | NOWECK, VERONICA |
| 17 | MORA, L. S. aka LUIGI S. MORA | O'LAUGHLIN, JANET A. |
| 18 | | |
| 19 | MORA, PLACIDO | O'LAUGHLIN, JOSEPH F. |
| 20 | MORGAN, JAMES C. | OLSON, CLYDE L. |
| 21 | MORGAN, MILDRED A. | OLSON, LYDIA J. |
| 22 | MORRIS & COMPANY | O'NEILL, ORENA |
| 23 | MORRIS, S. D., JR. | ORMSBY, ROBERT TAUSER |
| 24 | MORRIS, PATRICIA O'R. | OWEN ELECTRIC COMPANY INC. |
| 25 | MUNRO, JULIA D. | |
| 26 | MURPHY, EDNA A. | |
| 27 | MURPHY, HATTIE L. | |
| 28 | MURPHY, ROBERT G. | |
| 29 | NASH, EVELYN | |
| 30 | NASH, TED | |
| 31 | NATIONAL LIFE INSURANCE CO. | |
| 32 | | |

Exhibit A

4254

Exhibit A

| | | | |
|---|---|---|---|
| 1 | PAGE, LAVERNE MAE COUNTY | REAL DISCOVERIES, INC. | SIMPSON, CHARLES C. |
| 2 | PAHL, CHARLES | REID, DIANA | SIMPSON, CLARA D. |
| 3 | PALMER, OSBURN T. | REPPERT, FRANCES E. | SIMPSON, HETTIE M. |
| 4 | PALMER, MARJORIE H. | REPPERT, SIERRA N. | SIMS, GLADYS W. |
| 5 | PARKINSON, ADELE | REYES, DOMITILA | SIMS, JAMES L. |
| 6 | PARKS, DAVID W. | RIEGMAN, IRENE | SKIVER, JESSE C. |
| 7 | PATTERSON, JOHN H. | RIEGMAN, MAURICE | SMITH, CAROLINE E. |
| 8 | PATTERSON, LETITIA | ROBERSON, BAXTER | SMITH, ELLA JANE |
| 9 | PEARSON, CHARLES A. | ROBERSON, MARY | SMITH, HAROLD IRVING |
| 10 | PEARSON, EARL E. | ROBERTS, FRANK | SMITH, HARRY V. |
| 11 | PEARSON, MILDRED | ROSS, ALMA W. | SMITH, LEO E. |
| 12 | PEARSON, WILLIAM | ROSS, RICHARD C. | SMITH, MYRTLE |
| 13 | PERDUE, IRA | | SMITH, DANIEL K. |
| 14 | PERKINS, JOHN V. | RUSS, FRANK J. | SOUPERE, FLORENCE L. |
| 15 | PERKINS, LEOTA A. | MURRELL, ALBERT L. | STANGNESS, MARIE PEARSON |
| 16 | PIERSON, HILDA | SAMPSON, PAUL L. | STAPLES, OSWALD H. |
| 17 | PIERSON, MARY | SAMPSON, PEARL M. | STANGE, CECILIA C. |
| 18 | PLANTS, EMILIENNE | SAN DIEGO COUNTY BERRIES INVESTMENT CO. | STANKE, WILLIAM E. |
| 19 | | | |
| 20 | PORTER, ANNA C. | SARANO, JOSE, Estate of | |
| 21 | POTTER, JAMES E. | SCOTT, BERTHA N. | STITES, GEORGE ARTHUR |
| 22 | POWER, BARBARA E. | SCOTT, MARTHA | STITES, KATHERINE JEAN |
| 23 | POWER, ROSCOE M. | SEATON, NAN F. | STONE, MARY B. |
| 24 | POXON, JAMES JOSEPH as trustee of estate of JAMES J. FURLONG, minor | SEMANS, EVA H. | STONE, CLARENCE M. |
| 25 | | | |
| 26 | PRUDDEN, ADELAIDE S. | SEMANS, JOHN L. | STURGESS, LOUIS H. |
| 27 | PRUDDEN, EARL D. | SHAMEL, BERT A. | STURGESS, RUTH S. |
| 28 | RADCLIFFE, JONATHAN STICKNEY | SHEFFIELD, LEO K. | STURGIS, LIZZETTE as administratrix of estate of WALTER PRIVETTE, deceased |
| 29 | | | |
| 30 | | | |
| 31 | RAHTGE, GEYER | SHEFFIELD, MARJORIE K. | SUBIC, GLADYS J. |
| 32 | RAYMOND, JOHN B. | SHIDEL, JAMES BRYAN | SUGGITT, LOTTIE |
| | RAYMOND, ROBERT W. | SHIDEL, JUNE EVELYN | SUNDELL, CHARLES G. |
| | RAYMOND, VIOLA M. | SIEL, CARL REINHARDT | SUNDELL, IRENE J. |

-5-

Exhibit A

4255

Exhibit A

| | | | |
|---|---|---|---|
| 1 | SUTTON, MARTHA L. | VOORHEES, RUTH A. | YOUNG, ANNA C. |
| 2 | SUTTON, MORGAN LEROY | WALKER, ALBERT L. | YOUNG, GARRARD D. |
| 3 | TANANA, MARJORIE LOUISE | WALKER, JANE | YOUNG, HARRY N. |
| 4 | TAYLOR, MINNIE A. | WALTZ, HILDEGARD | YOUNG, LAWRENCE M. |
| 5 | TAYLOR, WILLIAM M. | WALTZ, WILLIAM J. | ZINN, GEORGE H. |
| 6 | TEEL, GERTRUDE J. | WASHBURN, IRA B. | ZINN, MAUDE M. |
| 7 | TEMPLETON, ARTHUR A. | WEBER, MRS. GUS | ZAPF, BOB |
| 8 | THANING, IRIS MARGARET | WEHMEYER, FRED F. | ZMORSKI, LILLIAN FOX |
| 9 | THANING, WALTER E. | WEHMEYER, VERA L. | ZMORSKI, VICTOR JOHN |
| 10 | THOMPSON, ROBERT E. | WERNICKE, FLORENCE H. | ZWICKER, BERTHA D. |
| 11 | THOMPSON, VIRGINIA D. | WERNICKE, LEONARD S. | ZWICKER, J. WARD |
| 12 | THORKILDSEN, IDA M. | WHITE, OLIVER M. | |
| 13 | THURMAN, HELEN E. | WHITING, MELVENA F. | |
| 14 | THURMAN, LESLIE C. | WILLIAMS, J. FRANK | |
| 15 | TIBBETT, DELSIA P. | WILLIAMS, LYNN P. | |
| 16 | TITLE INVESTMENT SERVICE | WILLIAMS, MAMIE J. | |
| 17 | TITTLE, MARJORIE | WILLIAMS, SUSIE MARIE | |
| 18 | TOMASZEWSKI, MIRANDA | WILLIAMS, W. H. | |
| 19 | TOMLINSON, BETTY J. | WILLOUGHBY, LUTHER A. | |
| 20 | TROTTER, EDNA LEE | WILLOUGHBY, PATRICIA A. | |
| 21 | TURK, WILLIAM JOSEPH | WILSON, BENJAMIN D. | |
| 22 | TURK, RUTH ETHELRENE | WITT, MARGARET V. | |
| 23 | TURNER, VERNA H. | WITT, WILLIAM S. | |
| 24 | TYNER, HARRY F. | WITZELL, HERMAN JR. | |
| 25 | TYNER, MAE A. | WITZELL, VIRGINIA L. | |
| 26 | UHL, GLADYS W. | WOJCIK, CHARLOTTE | |
| 27 | UMINO, ALBERT | WOJCIK, VICTOR F. | |
| 28 | VAN LANDUYT, IRENE | WOMACK, BRITTIE I. | |
| 29 | VARNEY, FRED W. | WOMACK, EARL G. | |
| 30 | VARNEY, LUCILLE | WOODBURY, ROBERT A. | |
| 31 | VICKERS, GLADYS SULLIVAN | WOODREY, FLOYD D. | |
| 32 | VICKERS, RUSSELL G. | WOODREY, LUCILLE K. | |

-6-

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br>    v.<br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br>               Defendants. | AFFIDAVIT |

STATE OF CALIFORNIA,  )
                          ) ss.
COUNTY OF SAN DIEGO.  )

     ROBERT E. NAGLE, being first duly sworn, says that he is one of the attorneys for the plaintiff in the above entitled cause; that he is informed and believes that after a diligent effort the defendants named on Exhibit A of the Motion For Order Pursuant To Title 28, Section 1655, U. S. Code, to which this affidavit is attached and made a part thereof as Exhibit B, have not been located in the State of California, or their whereabouts ascertained, or that the defendants are located outside the territorial limits of the United States. This information and belief is based upon an examination of Returns of Non-Service of Process made by the United States Marshals and of official records of San Diego County.

     Further, that he is informed and believes that the aforesaid defendants

are either owners of, or have an interest in, property within the Santa Margarita River watershed within San Diego County, California.

Robert E. Nagle

Subscribed and sworn to before me this 28 day of July, 1958.

Margaret B. Tooker
Notary Public in and for said County and State

(SEAL)

My Commission Expires June 3, 1962.

-2-

4258