```
J. LEE RANKIN
Solicitor General
Department of Justice
Washington, D. C.

Attorney for United States
   of America
```



FILED
JUL 28 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
           Plaintiff,  )   No. 1247-SD-C
     v.  )   MOTION FOR ORDER PURSUANT TO
FALLBROOK PUBLIC UTILITY DISTRICT,  )   TITLE 28, SECTION 1655,
et al.,  )   U. S. CODE
           Defendants.  )

    COMES NOW THE UNITED STATES OF AMERICA, acting by and through David W. Miller, attorney for the plaintiff, and in support of this motion respectfully brings the following to the attention of this Honorable Court:

    Subsequent to the issuance by the Clerk of this Court of the summonses dated April 9, 1958, and May 23, 1958, in the above entitled cause a diligent effort has been made to find and serve a copy of the aforesaid summonses, as appropriate in each case, together with a copy of the COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT filed by the United States in the above entitled cause on those defendants listed on Exhibit A of this motion. Even though such an effort, which is fully outlined in the affidavit attached hereto as Exhibit B, has been made, the plaintiff has been unable to locate the aforesaid defendants within this State or to ascertain the whereabouts of said defendants, or has determined the defendants to be located outside the territorial limits of the United States. The purpose of this action is to declare the respective rights of the plaintiff and the named defendants

-1-

4225

in Exhibit A, together with the other defendants to this action, to the use of water in the Santa Margarita River and its tributaries, and for such additional relief as may be proper. The defendants listed on Exhibit A either own or have an interest in property within the Santa Margarita River watershed within Riverside County, California.

In view of this fact the United States of America respectfully moves this Honorable Court to enter an order pursuant to Title 28, Section 1655, U. S. Code that the defendants listed on Exhibit A appear or plead to the aforesaid COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT on or before September 30, 1958. Furthermore, since personal service is not practicable as to these defendants, it is moved that the Court order the publication of this order in The Daily Enterprise which is published in Riverside County, California, once a week for six consecutive weeks, the first date of publication to be on or before July 31, 1958.

Dated: July 28, 1958

                              David W. Miller
                              DAVID W. MILLER
                              Attorney for Plaintiff

Exhibit A

| # | | | |
|---|---|---|---|
| 1 | ACOSTA, BELL | BANTLE, CLAIRE PIERCE | BERGMAN, NATHAN |
| 2 | AITKEN, JACK S. | BARBOUR, EDNA M. | BERGMAN, O. A. |
| 3 | ALDERSON, DOUGLAS | BARNES, ETHEL I. | BERNARD, WILLIAM R. |
| 4 | ALDERSON, THEODORO | BARNES, FINNIS SAMUEL | BERRIDGE, V. W. |
| 5 | ALLEMAN, CARL V. | BARNES, KATE | BERRIDGE, WALLACE WEAVER |
| 6 | ALLEMAN, LEAH | BARNETT, DOROTHY | BERRY, H. A. |
| 7 | ALLEN, CHESTER B. | BARNETT, WM. V. | BERTHOLD, GEORGE H. |
| 8 | ALLEN, FRANCES R. | BARNETT, FRED S. | BETOCCHART, JOE F. |
| 9 | ALLEN, LOFTUS H. | BARNETT, MARY T. | BIGGS, CHAUNCEY P. |
| 10 | ALLEN, SCOTT E. | BARTH, L. V. | BIGGS, SUSAN C. |
| 11 | ALMARAZ, DOMINGO | BARTLET, HENRY JAMES | BIRNETT, MARTHA E. |
| 12 | ALMARAZ, MARY N. | BARTLET, ISABELLA MARGARET | BLACK, EVERELDA C. |
| 13 | AMBRIOLA, EVELYN | BASSETT, ARTHUR H., SR. | BLACK, LORAINE L. |
| 14 | ANDERSON, ARTHUR N. | BASTIAN, GLENN | BLITCH, WILLIAM J. |
| 15 | ANDERSON, HENRY ALBERT | BATSON, NATHANIAL P. | BOGART, GUY |
| 16 | ANDERSON, KARL | BAWDEN, N. J. also known as EDWIN J. | BOGGEMAN, ROBERT J. |
| 17 | ANDERSON, MYRTLE A. | BAWDEN, MARIETTA ELEANOR | BOHLEN, JOHN H. |
| 18 | ANDERSON, OLAF | BEALL, ELIZABETH A. | BOLANDER, RALPH S. |
| 19 | ANDERSON, OSSIAN | BEALL, RALPH K. | BOND, BARRY MURRAY |
| 20 | ANZA ELECTRIC COOPER- ATIVE, INCORP. | BEATTY, VANCE | BONNAR, MARYELLEN |
| 21 | | | BOOTH, ALBERTA EVANDELL |
| 22 | APPEL, A. W. | BEAUMONT, LEROY | BORENSTEIN, BELLA |
| 23 | ARGETSINGER, FREEMAN H. | BEAUMONT, LOIS C. | BORENSTEIN, JULIUS |
| 24 | ARGETSINGER, NELL E. | BEAUMONT, ROY C. | BOWE, JOHN B. |
| 25 | ARNOLD, FLORIS | BECK, JUSTINA R. | BRADLEY, FRANCES E. |
| 26 | AUBERT, ERNEST | BEHRENS, FLORENCE A. | BRADLEY, ROY |
| 27 | AULD, BARBARA ANN | BEHRENS, SAMUEL D. | BRANDT, CHARLES R. |
| 28 | AUNE, ARNUF | BELLA, MAYO G. | BRANDT, HELEN R. |
| 29 | BACHER, FREDERICK A. | BELLA, NICHOLAS G. | BREEDEN, KATHRYN K. |
| 30 | BACHER, VIRGINIA ROGERS | BELLE, HELEN G. | BROWN, BLANCH C. |
| 31 | BACON, BERTRAND A. | BENDLER, AUGUST J. | BROWN, FRED |
| 32 | BANCROFT, W. I. S. | BERGMAN, ANN | |

-1-

Exhibit A    4227

Exhibit A

| # | | | |
|---|---|---|---|
| 1 | BROWN, JOHN S. | CHRISTIAN, LEWIS CHARLES | CUNNINGHAM, R. J. |
| 2 | BROWN, ROBERT J. | CHRISTOPHER, LLEWELLYN F. | CURTIS, ALICE K. |
| 3 | BROWN, RUDOLPH J. | CHRISTOPHER, EDNA E. | CURTIS, CLYDE C. |
| 4 | BROWN, VITA ELLIOTT | COCKERLINE, MATTHEW J. | CURTIS, PHYLLIS |
| 5 | BRYAN, A. L. | COCKERLINE, NETTIE | CURTIS, VAL |
| 6 | BRYAN, FLORENCE | COHEN, MAX | DAVIDSON, EDITH PEARL |
| 7 | BRYAN, MIRIAM R. | COLEMAN, CLARA | DAVIS, DAVID A. |
| 8 | BUCHANAN, CORA ANN | COLEMAN, LEWIS | DAVIS, IDA MARIE |
| 9 | BUGGERE, WILLIAM H. | COLEMAN, NANNIE MAY | DAVIS, JACK A. C. |
| 10 | BUGGERE, ESTHER V. | COLEMAN, WILLIAM B. | DE BORDE, GEORGE H. |
| 11 | BURCH, FRANK J. | CONLEY, JAMES E. | DE KEERLOUGH, MINERVA A. |
| 12 | BURDIN, H. T. | CONTRERAS, CLARA MARIE | DE LAITE, DOROTHY K. |
| 13 | BURNEY, GEORGE M. | CONTRERAS, CLARENCE S. | DE LAITE, JOHN E. |
| 14 | BURNEY, INEZ E. | COO, W. J. | DE LEON, R. |
| 15 | BUTTON, JESSIE D. | COOK, LOIS E. | DELLACQUA, JOHN |
| 16 | CALLAN, BRIDGIE E. | COOK, RAYMOND B. | DENGLER, ERNEST |
| 17 | CALLAN, THOMAS J. | COSTELIC, JOSEPH | DENGLER, PHYLLIS M. |
| 18 | CARGILE, DELLAMORE DAVID | | DE PAULY, LEOPOLDINE |
| 19 | CARGILE, MARGUERITE C. | COSTELIC, MAGGIE | DE VANA, EULA |
| 20 | CARILLO, REFUGIA | COZINE, EDNA ETHEL | DEW, ISABELLE |
| 21 | CARR, DAVID | CRABB, MARIAN GRACE | DIETZ, HENRY EDWARD |
| 22 | CARSON, MARY JANE | CRABB, WILLIAM | DIMMEL, JOANNE W. |
| 23 | CARSON, ROBERT | CRABTREE, ORICE | DIMMEL, ROBERT A. |
| 24 | CARTER, CHARLES C. | CROSS, HAROLD C. | DINSMORE, JAMES A. |
| 25 | CASTELLANO, GAETANO | CROSSLEY, H. L. | DAVIES, HARRY J. |
| 26 | CAZAS, JOSEPH | CROSSLEY, MARGARET ELEANOR | DIXON, IDA L. |
| 27 | CHAFFEY, ANDREW ELSWOOD STEWART | | DOLD, EMIL M. |
| 28 | | CROWE, CORNELIA A. | DORR, JOHN R. |
| 29 | CHANDLER, EDNA G. | CROWE, STANLEY B. | DRAKE, ALDEN T. |
| 30 | CHARNOCK, ROBERT M. | CULTON, GERA DAVIS | DRAKE, BERT |
| 31 | CHARNOCK, WILLIAM H. | CULTON, GILBERT M. | DUKER, MARGARET |
| 32 | CHESTER, JOB S. | | |

Exhibit A

| # | | | |
|---|---|---|---|
| 1 | DULANEY, HELEN M. | FISHER, JACK M. | GODFREY, JOHN P. |
| 2 | DUNHAM, ELMO A. | FITZPATRICK, FRIEDA | GAMMONAY, L. EZRA |
| 3 | DUNHAM, ETHEL MARIE | FITZPATRICK, JOHN | GANTLER, STANLEY |
| 4 | DUNHAM, SARAH A. | FLAHERTY, PAULINE E. | GAULDING, KARL J., JR. |
| 5 | DUNLAP, ANDY E. | FONTANA, JOSEPHINE | GAVIN, FRANK |
| 6 | DUNN, M. THELMA | FONTANA, TONY E. | GIBBEL, LINNIE B. |
| 7 | EHLERS, FRED | FOSTER, PHYLLIS C. | GILBERT, F. C. |
| 8 | HEDCKE, CASPER | FOSTER, RICHARD A. | GILBERT, MAUDE C. |
| 9 | ELIASEN, HJALMAR H. | FREEMAN, EDWARD MARTIN | GILES, HARRY W. |
| 10 | ELLISON, CAROLYN E. | FREEMAN, ED | GLATT, FANNY |
| 11 | ELLITHORPE, ESTHER M. | FREEMAN, ESTEFANA | GLATT, HARRY |
| 12 | ELLITHORPE, PHILIP M. | FREEMAN, HARVEY | GLEASON, CHARLES A. |
| 13 | ELLIS, ANNIE ELIZABETH | FREEMAN, JAMES L. | GLEASON, LENA L. |
| 14 | ELLIS, FRED | FREEMAN, PHILLIP C. | GOLDBERGE, GEORGE W. |
| 15 | EMERY, ALICE D. | FREEMAN, VERNA | GOLDBERGE, LELA P. |
| 16 | EMERY, FRANK H. | FREITAG, RUFUS | GOOD, E. ELIZABETH |
| 17 | EMERY, HARRY LOCKWOOD | FRIEDMAN, B. CHRISTINE | GOOD, VICTOR L. |
| 18 | EPPARD, NANCY N. | FROHLICH, ELBERT S. | GOODAIR, ENOCH |
| 19 | EPPARD, WILLIAM T. | FROST, PERCIVAL HOWARD | GOODWIN, MARY JANE / GRANAM, MILDRED E. |
| 20 | EVANS, GEORGE D. | FRULEIGH, MARGARET E. | GOODWIN, WALTER THOMAS / GRANA, GEORGE |
| 21 | EVANS, LETA E. | FRYKLAND, BASIL N. | GRANA, JENNIE |
| 22 | FARGER, DORIS HAYWOOD | FRYKLAND, HAZEL B. | GRAVER, ROGER L. |
| 23 | FARR, WALTER L. | FULK, RAY E. | GRAVER, ROSE A. |
| 24 | FAUGHN, GEORGE L. | GAGE, ROBERT K. | GRAY, MATTHEW |
| 25 | FAUGHN, PAULINE | GANCARSKI, BELLA | GRAY, VIRGINIA M. |
| 26 | FEGSTAD, SAM | GANCARSKI, LEON | GREEN, PRUDENCE V. |
| 27 | FEICKERT, HARRY E. | GARDNER, BESSIE MYER | GRIFFIN, FRANCES A. |
| 28 | FERGUSON, MALVERN | GARDNER, E. J. | GRIFFIN, OTIS L. |
| 29 | FIDELITY REALTY CORPORATION, LTD. | GARDNER, J. O. | GRIFFITH, DORA A. |
| 30 | | GARNER, COSETTE S. | GRIFFITH, WALTON J. |
| 31 | FILMER, JAMES W. | GARNER, JACK | GRYDE, HERBERT |
| 32 | FISHER, FRANCES | GARRETT, DOROTHY O. | GUSTAFSON, DAVID G. |

-3-

4229

Exhibit A

Exhibit A

| # | Column 1 | Column 2 | Column 3 |
|---|---|---|---|
| 1 | GWINN, LOUISE | HINMAN, VENETA G. | INNIS, STANLEY A. |
| 2 | GWINN, W. A. | HOAGLAND, MARY | IRVINE, B. G. |
| 3 | HAFNER, GWENDOLYN VIRGINIA | HOWALDT, EARL W. | IRVING, CHARLES H. |
| 4 | HAGLAND, PHYLLIS LOUISE | HOFMEISTER, FRANK | JACK, EVA J. |
| 5 | HALSEY, FRANCES L. | HOLOMAK, NOMA P. | JACK, JAMES F. |
| 6 | HANKS, MARGARET AMELIA | HOLOMAK, VICTOR A. | JAMES, ANDREW R. |
| 7 | HEIRS OF | HOLMES, LEA | JAMES, ESTER I. |
| 8 | HANSEN, KATHERINE E. | HOLMES, SERVERIN J. | JAMES, IRMA |
| 9 | HANSEN, RALPH A. | HOLT, HAROLD | JAMES, WILLIAM C. |
| 10 | HAPPE, CARRIE | HOLT, WILLIAM | JENKINS, H. P. |
| 11 | HARRSON, DOROTHY | HOLT, FREDA | JENKINS, PAULINE M. |
| 12 | HARRISON, DELIA | HONBERGER, AGNES F. | JOHNSON, ELMER A. |
| 13 | HARRISON, RICHARD | HOWELL, RUTH | JOHNSON, FILLMORE A. |
| 14 | HARRISON, WILLIAM H., JR. | HUDSPETH, JAMES L. | JOHNSON, FREDERIQUE C. |
| 15 | HARVEY, LEONARD H. | HUDSPETH, LETTIE JANE | JONES, CHARLES A. |
| 16 | HASSELQUIST, GUSTAV H. | HUNT, EDITH M. | JONES, ANNA M. |
| 17 | HASSELQUIST, JEANNE B. | HUNT, EDWARD T. | JONES, KENNETH |
| 18 | HASTINGS, CHARLES EARL | HUNT, M. | JONES, FRANCES B. |
| 19 | HAWKEY, HARRY W. | HUNTER, ANNA | JONES, GEORGE L. |
| 20 | HAWKINSON, WILLIAM D. | HUNTER, VICTORIA | JONES, NORMA MAE |
| 21 | HAZELWOOD, HELEN ADELAIDE | HUTSON, ROSE C. | JONES, SIDNEY B. |
| 22 | HEALD, CHARLES H. | HUTSON, WAYNE O. | JUAREZ, CARMEN |
| 23 | HEATH, JAMES B. | | KASHER, ELIZABETH M. |
| 24 | HEMET INVESTMENT CO. | | KASHER, FRANK L. |
| 25 | HEWITT, D. G. | INGLIS, HERBERT | KATZ, ESTHER |
| 26 | HIBBERSON, ALICE M. | INGRAM, HARRIETT N. | KATZ, LOUIS |
| 27 | HIBBERSON, AMY | INGRAM, JAMES E. | KEANE, MARJORIE A. |
| 28 | HIBBERSON, MABEL | INGRAM, JOHN B. | KEANE, REGINALD A. |
| 29 | HIBBERSON, ROBERT JOHN | INGSTER, EDWARD BURTON | KERR, A. J. |
| 30 | HICKS, CLEVELAND H. | INGSTER, LEONE | KERR, ELSWOOD CHAVVEY |
| 31 | HILL, ROY C. | INLAND MORTGAGE CO. | KERR, HATTIE J. |
| 32 | HINMAN, ARTHUR J. | INNIS, ALEXANDER | KEVENEY, DELIA |

-4-

Exhibit A   4230

Exhibit A

| # | | | |
|---|---|---|---|
| 1 | KEVERLY, JOHN T. | LAREVA, PHYLLIS A. | LUNES, ALFRED E. |
| 2 | KIMBALL, CAROLYN | LAWLER, HELEN M. | LUPER, SADIE C. |
| 3 | KING, CHARLES | LAWLER, ODELL W. | LUX, CHARLES A. |
| 4 | KING, CLIFTON J. | LAWSON, MABLE | MC ASH, CHARLOTTE |
| 5 | KING, GEORGE F. B. | LAYBOURN, GEORGE R. | MC CALMANT, R. M. |
| 6 | KING, MARJORIE HOLT | LAYER, HELEN ELIZABETH | MC CARRELL, FRANCES |
| 7 | KING, MAE E. | LEAK, GENNELL M. | MC CASH, ROY B. |
| 8 | KING, MINNIE B. | LEAK, HERBERT J. | MC CLINTOCK, CHARLES H. |
| 9 | KING, ROLLO WARD | LEIDBERG, EDWIN R. | MC CLINTOCK, RUTH |
| 10 | KLUENIKEN, HAZEL M. also known as HOGL, HAZEL M. | LEIDBERG, LYDIA E. | MC DANIEL, CYRUS J. |
| 11 | | HELYNGREN, ROBERT | MC DONALD, WILLIAM |
| 12 | KNIGHT, HELENA | LEONARD, ALICE L. | MC HENRY, TROY L. |
| 13 | KNIGHT, M. W. | LEONARD, CLAUDE | MC NEILL, JOHN |
| 14 | KNIGHT, W. B. | LESLIE, CHARLES E. | MC NEILL, KATE |
| 15 | KNOTT, VERN E. | LESLIE, FAYE R. | MC NICHOLS, JOHN |
| 16 | KONKLE, BARBARA | LEWIS, CAROL | MAC ADAM, EDWARD H. |
| 17 | KONKLE, CHARLES F. | LEWIS, HOMER S. | MAC ADAM, RHEA F. |
| 18 | KRENZ, FRED | LEWIS, OLCHA | MAC DONALD, ALLAN W. C. |
| 19 | KRENZ, HELEN | LEWIS, SHERMAN O. | MAC DONALD, ELIZABETH |
| 20 | KROMPOLS, VICTOR | LEWIS, WALTER K. | MAC GILLIVRAY, INDIA LAURA |
| 21 | KRUPKA, AUGUST J. | LILLY REALTY CORPORATION | |
| 22 | KURNIK, FRANK | LLOYD, HAROLD C. | MAC GILLIVRAY, STEWART HILD |
| 23 | LA FURGEY, L. B. | LOCKMAN, RUTH | MACHADO, M. |
| 24 | LA FURGEY, ALICE J. | LOCKWOOD, ARLYNE O. | MACY, MARGARET |
| 25 | LAND ESCROW AND SAFE DEPOSIT COMPANY | LOCKWOOD, PAUL V. | MACY, R. R. |
| 26 | LANDGREN, JOHN A. | LOGAN, F. M. T. | MADEORFF, JOHN |
| 27 | LANE, LUCY B. | LOTT, JESSIE | MADEORFF, MARDEROS |
| 28 | LANGSTRAAT, HENRY P. | LOTT, WOODROW W. | MAGEES, CHARLES LORENZO |
| 29 | LANNAN, HARRY M. | LONG, C. R. | MAHER, JOSEPH D., SR. as guardian of estate of JOSEPH D. MAHER, JR., and RICHARD C. MAHER, minors |
| 30 | LANNING, C. C. | LOVEBERG, A. GODFREY | |
| 31 | LAPPIN, PAULINE H. | LUCIER, DAVE O. | |
| 32 | LAREVA, JOHN G. | LUCIER, ELLA J. | |

-5-

Exhibit A

| | | | |
|---|---|---|---|
| 1 | MAHER, JOSEPH D., JR. | MILES, JOHN A. | GARDNER, KATHRYN |
| 2 | MALLONEE, BEN J. | MOBLEY, ELIZABETH F. | OWEN, DOUGLAS E. |
| 3 | MANSFIELD, MOLLIE | MOERSCH, JOSEPH | OWENS, MAXINE |
| 4 | MARCH, ROSE MARY | MONTENEGRO, ELENA | OXLEY, ABNER S. |
| 5 | MARCY, ANNIE J. | MONTENEGRO, ESTHER P. | |
| 6 | MARKLEY, ROBERT EARL | MONTENEGRO, SEVILLE | |
| 7 | MARKS, ADA D. | MOON, CHARLES | |
| 8 | MARQUIS, MINERVA | MOON, EARL L. | |
| 9 | MARQUIS, RAOUL | MORALES, HELENA | |
| 10 | MARTENSON, NILS | MORALES, SANTO | |
| 11 | MARTIN, JOHN E. | MOSBY, HARRY D. | |
| 12 | MARTIN, MARY A. | MOSBY, LEAH I. | |
| 13 | MARTIN, WILLIAM SEEDS | MULVEY, ANNIE L. | |
| 14 | MARTINEZ, MARIA | MULVEY, CLARENCE K., SR. | |
| 15 | MARTINEZ, MARIE J. | MUNOA, LENA C. | |
| 16 | MASON, JOHN WILLIAM | MURPHY, BERTHA | |
| 17 | MASON, MALIA K. | MURPHY, EDWARD | |
| 18 | MATHESON, LOTTA M. | MURRAY, LENORA HENRY | |
| 19 | MATTHIAS, ELSIE M. | MYERS, W. D. | |
| 20 | MATTHIAS, NORMA E. | NATHAN, ESTHER | |
| 21 | MAZACRO, FILANGERA | NATIONAL TITLE INSURANCE CO. | |
| 22 | MEIER, ADA E. | | |
| 23 | MELLON, MARY M. | NEIMI, ETHEL, also known as NIEMI, | |
| 24 | MELLON, MARY M. | NEIMI, OSCAR, also known as NIEMI, | |
| 25 | MERRICK, MYRAH | | |
| 26 | MESSER, NICHOLAS | NILSON, DOROTHY STOCKMAR | |
| 27 | MILHOLLAND, GEORGE W. | NISSMER, PETER J. | |
| 28 | MILICH, FREDERICK | NORMAN, LEW G. | |
| 29 | MILLER, FLORENCE H. | OAKLEY, MICHAEL J. | |
| 30 | MILLER, LULA I. | OAKLEY, MONICA V. | |
| 31 | MILLER, M. M. | OLDHAM, HENRIETTA B. E. | |
| 32 | MILLS, ELLEN A. | OLDHAM, WILLIAM G. | |

-6-

Exhibit A   4232

Exhibit A

| | | | |
|---|---|---|---|
| 1 | PADDOCK, GEORGE E. | POOL, EDWIN D. | ROGERS, GINA |
| 2 | PAGE, BERTHA D. | POOL, RUTH | ROGERS, ROY |
| 3 | PAGE, SAMUEL C. | PORTER, CRYSTAL WELLS | ROSS, IVA |
| 4 | PALMER, O. J. | POSCHMAN HENRIETTA E. | ROUDEN EUNICE L. |
| 5 | PARIS, TOM | PREBUS, ADOLINE E. | ROUDEN, E. W. |
| 6 | PARIZEK, FRANCES | RABAGO, EDNA | ROWE, BEATRICE |
| 7 | PARIZEK, HENRY | RABAGO, FRED | RUBBERT, LORETTA E. |
| 8 | PARKER, DOROTHY F. | RAIL, CLARENCE HAROLD | RUBBERT, MARTIN H. |
| 9 | PARKS, AMY | RAND, MARIA THERESE | RUSH, MARY C. |
| 10 | PARKS, WILLIAM R. | RANDOLPH, BARBARA | RUST, RICHMOND A. |
| 11 | PARRIS, IDA E. | RANDOLPH, RANDY | SALCEDO, HENRY |
| 12 | PARRIS, JOHN F. | RASH, MARY C. | SALCEDO, JOSEPHINE |
| 13 | PATERSON, MARGARET SMITH | | SALLADIN, PAUL N. |
| 14 | PATZNER, JOHN | | SALMON, ERNEST |
| 15 | PAYNE, J. M., TRUSTEE | REDMAN, WALTER H. | SALMON, MURIEL C. |
| 16 | PEARCE, WILLIAM JOHN | REED, ABRAHAM L. | SANDERS, HENRY |
| 17 | PETERSON, JACK L. | REED, ANNA P. | SAPERO, KALMEN C. |
| 18 | PHELAN, OLIVIA | REGISTER, WILLIAM W. | SAUNDERS, EDWARD C. |
| 19 | PHILLIAN, ALEXANDER JOHN | RESSLER, EDWIN F. | SAUNDERS, IDA L. |
| 20 | PHILLIPS, CAROLINE E. | RESSLER, MILDRED H. | SAUNDERS, MARY |
| 21 | PHILLIPS, JOHN WILLIAM | REVILL, LILY | SAYER, STANLEY |
| 22 | PHILLIPS, MARJORIE C. | REVILL, PERCIVAL | SCEARS, HUBERT J. |
| 23 | PIERCE, MARY NEWTON | RICKERT, OTTO G. | SCHERK, CECILIA E. |
| 24 | PINKHAM, ANNIE E. | RICHMOND, JAMES A. | SCHERK, EMIL |
| 25 | PINKHAM, CLARENCE I. | RIOS, NICHOLAS | SCHIEBE, J. H. |
| 26 | PITTAM, FRANK WILL | RITTER, BLANCHE P. | SCHMIDT, RUBEN S. |
| 27 | PITTAM, HAZEL EUNICE | RITTER, C. P. | SCHMITZ, JAMES H. |
| 28 | PLUMLEY, ELIZABETH A. | RIZZO, MARY | SCHMITZ, JOSEPHINE |
| 29 | POLLARD, ARTHUR V. | ROBBINS, GENEVIEVE | SCHNEIDER, CHARLES A. |
| 30 | POLLARD, CLARENCE O. | ROBERTS, MARJORIE | SCHNEIDER, JOSEPH |
| 31 | POLLARD, FLORENCE H. | ROGERS, ADDIE A. | SCHNEIDER, LOUISE LA FEVE |
| 32 | POLLARD, HILDA | ROGERS, FRANK P., JR. | SCHROEDER, ANNA P. |

Exhibit A

4233

Exhibit A

| | | |
|---|---|---|
| 1  | SCHROEDER, W. A. | SOUTHERN CALIFORNIA DISTRICT ADVISORY BOARD |
| 2  | SCHUMAN, DOROTHY | |
| 3  | SCHUMAN, THOMAS S. | SPRAGUE, EVELYN K. |
| 4  | SCOTT, JESSIE K. | SPRAGUE, MARVA MAAREN |
| 5  | SEWELL, HAROLD | SPRAGUE, ISOBEL TANYA |
| 6  | SHANE, KLECK | SPRAGUE, SAM O. |
| 7  | SHANE, GUSSIE | STAPP, BILLIE J. |
| 8  | SHARP, MILDRED A. | STAPP, DERALD R. |
| 9  | SHAVER, ROLAND P. | STARK, DIXIE |
| 10 | SHAW, LUTHER U. | STAUFFER, IVAN |
| 11 | SHAW, VERA C. | STEELE, ELIZABETH A. |
| 12 | SHELTON, JAMES H. | STEELE, J. C. |
| 13 | SHIELD, WALWAJIAN | STEINHARDT, LEO A. |
| 14 | SHOEMAKER, CARL R. | STELLINO, A., AKA ANTONIO STELLINO |
| 15 | SIERIAN, JOSEPHINE M. | |
| 16 | SIGUAT, AGNES VIRGINIE | STELLINO, ROSA |
| 17 | SIGUAT, WINNING | STEVENSON, GOLYDA<br>STEWART, ADELAIDE |
| 18 | SILVERIA, MARGARET A. | STEWART, STANLEY |
| 19 | SIMMONS, MARGARET | STYLES, GEORGE ARTHUR |
| 20 | SIMMONS, MONICA B. | STITES, KATHERINE JEAN |
| 21 | SIMONICH, DOROTHY A. | ST. DENIS, RUTH |
| 22 | SIMONICH, JOEY | STOCKMAR, ROBERT A. |
| 23 | SKELLENGER, SEVILLA J. | STOMBAUGH, GLADYS B. |
| 24 | SLAGLE, MYRON | STONEBREAKER, FLORENCE M. |
| 25 | SMILEY, EDNA M. | STORY, BYRON<br>STORY, IDA MAY |
| 26 | SMITH, CLARYLIN G. | STULAS, ALLAN C., JR.<br>STOUT, MARIE |
| 27 | SMITH, HERBERT M. | STULAS, HELEN D.<br>STOUT, RALPH |
| 28 | SMITH, JULIA T. | SUMARLIDASON, HENRY M.<br>STRADER, THOMAS P. |
| 29 | SMITH, LE ROY O. | SVEINSSON, M. ELEANOR<br>STROBEL, RUTH JOHNSON |
| 30 | SMITH, LOUISE C. | SWAIN, ALICE A.<br>STRUDER, BERNARD E. |
| 31 | SMITH, SIDNEY G. | SWAIN, REX |
| 32 | SMITH, STUART | SWARTHOUT, ADA |

| | |
|---|---|
| STRUBBINGS, BASIL T. |
| TALBOT, GRACE |
| TALCOTT, LOLA |
| TANNWAY, ALICE E. |
| TARMATER, BENJAMIN W. |
| TARMATER, CLARA I. |
| TAYLER, CLARA L. |
| TAYLOR, B. V. |
| TAYLOR, BLANCHE E. |
| TAYLOR, HOWARD A. |
| TAYLOR, WILLIAM M. |
| THARP, ALVIN S. |
| THARP, MILDRED E. LEE |
| THOMAS, FRANK |
| THOMAS, GLADYS |
| THOMAS, RALPH R. II |
| THOMPSON, ALLIE J. |
| THOMPSON, C. J. |
| THOMPSON, H. C. |
| THOMPSON, M. WALTER |
| THOMPSON, MATTIE |
| THOMPSON, MAX D. |
| THOMPSON, MILES WILLIAM |
| THOMPSON, OWEN C. |
| TINSLER, OPAL |
| TINSLER, WILLIAM R. |
| TOMPKINS, FRANC B. |
| TONGWAY, JOHN M. |
| TOY, FLORENCE P. |
| TRENT, CHARLES E. |
| TRENT, JONI J. |

-8-

Exhibit A  4234

Exhibit A

| | | | |
|---|---|---|---|
| 1 | TRENTHUNY, L. | WEBB, GERALD B. | WEBB, MILDRED BELLAMY |
| 2 | TRIMER, FRANK A. | WEBSTER, HELEN B. | WOODS, ANNA K. |
| 3 | TRIMER, MARTIN | WEEDS, LYDIA M. | WRIGHT, MARIE |
| 4 | TRIPP, ALBERT D. | WELLER, LUCILE DAVENPORT | WROBWOWSKI, A. C. |
| 5 | TRIPP, CHARLES H. | WELLS, DANIEL M. | WROBWOWSKI, DELOYES |
| 6 | TRIPP, CHRISTINE H. | WELLS, EDNA ARGELIA | YAGLE, EDWARD R. |
| 7 | TRIPP, MARY ALICE | WELLS, LEONA W. | YAGLE, JEANNE M. |
| 8 | TRIPP, NETTIE C. | WELLS, ORVERS | YORK, EDITH DAVENPORT |
| 9 | TROBGER, RICHARD HENRY | WHEELER, ELLA | YOUNG, R. G. |
| 10 | TURNER, ADA M. | WHITE, DOROTHY AYERS | YRISARRI, CATHERINE MITCHELL |
| 11 | TURNER, JAMES | WHITLOCK, FLORENCE M. | ZAGORC, ANNA |
| 12 | UPP, FLORENCE G. | WHITLOCK, JOHN H. | ZAGORC, FRANK |
| 13 | VAIL, N. R. | WILKINS, HILDA | |
| 14 | VAN HOOSE, LAURA K. | WILKS, CHARLES EDWARD | |
| 15 | VIAL, JOSEPH | WILKS, RICHARD, JR. | |
| 16 | VIAL, OLGA | WILLIAMS, H. E. | |
| 17 | VOGEL, KARL | WILLIAMS, MARIE CLARE | |
| 18 | WADE, RALPH W. | WILLIAMS, MILTON A. | |
| 19 | WAGGONER, T. E. | WILLIS, ADA | |
| 20 | WAGNER, ALICE | WILLIS, ARTHUR | |
| 21 | WAGNER, RAYMOND M., JR. | WILLIS, BARBARA | |
| 22 | WAGNON, PATRICIA RUTH | WILLIS, FLOSSIE F. | |
| 23 | WALKER, FRANK R. | WILLIS, RICHARD | |
| 24 | WALKER, WILLIAM D. | WILLIS, WILLIAM W. | |
| 25 | WALLACE, ELSIE JEAN | WILSON, CHRISTINE | |
| 26 | WALTERS, MARGUERITE | WILSON, JOHN E. | |
| 27 | WALTON, RALPH E. | WILSON, PAULINE C. | |
| 28 | WATSON, ROY DODDS | WILSON, ROBERT JOHN | |
| 29 | WATT DEVELOPMENT CORP. | WILSON, WALTER D. | |
| 30 | WATTS, REBA | WINTER, MARY A. | |
| 31 | WEAVER, ADRIAN F. | WIRE, CHARLEY C. | |
| 32 | WEAVER, CORA P. | WITCHER, CORA MAY | |

-9-

Exhibit A

4235

1 | EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | AFFIDAVIT |
| ) | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

STATE OF CALIFORNIA,  )
                      ) ss.
COUNTY OF SAN DIEGO.  )

ROBERT E. NAGLE, being first duly sworn, says that he is one of the attorneys for the plaintiff in the above entitled cause; that he is informed and believes that after a diligent effort the defendants named on Exhibit A of the Motion For Order Pursuant To Title 28, Section 1655, U. S. Code, to which this affidavit is attached and made a part thereof as Exhibit B, have not been located in the State of California, or their whereabouts ascertained, or that the defendants are located outside the territorial limits of the United States. This information and belief is based upon an examination of Returns of Non-Service of Process made by the United States Marshals and of official records of Riverside County.

Further, that he is informed and believes that the aforesaid defendants

-1-

EXHIBIT B

4236

are either owners of, or have an interest in, property within the Santa Margarita River watershed within Riverside County, California.

*Robert E Nagle*

Subscribed and sworn to before me this __28__ day of July, 1958

*Margaret B. Tooker*
Notary Public in and for said County and State

(SEAL)

My Commission Expires June 3, 1962

-2-

4237