FILED

JUL 28 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

by M P K_____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )   No. 1247-SD-C
            Plaintiff,               )
                                     )
      v.                             )
                                     )   ORDER
FALLBROOK PUBLIC UTILITY DISTRICT,   )
et al.,                              )
                                     )
            Defendants.              )

    The United States of America, having, on July 28, 1958, by motion to this Court stated that a diligent effort has been made to serve a copy of the Summons and a copy of the Complaint and Supplementary and Amendatory Complaint, in the above entitled action, upon those defendants named in Exhibit A of this Order, and that the plaintiff has been unable to locate within the State of California or to determine the present whereabouts of these defendants, or that the defendants are located outside the territorial limits of the United States, and further having stated that personal service is not practicable, and further having stated that the purpose of this action is to declare the respective rights of the plaintiff and the named defendants in Exhibit A, together with the other defendants to this action, to the use of water in the Santa Margarita River and its tributaries, and for such additional relief as may be proper, and good cause having been shown:

    IT IS HEREBY ORDERED, pursuant to Title 28, Section 1655, United States Code, that the defendants named in Exhibit A appear, plead, answer or otherwise

4259

move with respect to the aforesaid COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT, by appropriate filing with the Clerk of the United States District Court, Southern District of California, 325 West "F" Street, San Diego, California, on or before September 30, 1958, or in default thereof this Court will proceed to the hearing and adjudication of this suit, and IT IS FURTHER ORDERED that this Order and Exhibit A hereof be published in The Daily Transcript, San Diego, California, once a week for six consecutive weeks, the first date of publication to be on or before July 31, 1958.

Dated: July 28 1958

_____
JAMES M. CARTER
Judge of the United States District
Court, Southern District of California

Exhibit A

| # | | | |
|---|---|---|---|
| 1 | ADAMS, HOWELL H. | | CLYDE, THELMA B. |
| 2 | ADAMS, IDA J. | BLOUNT, E. | COAST SURETY CORPORATION |
| 3 | AINSWORTH, HARRY | BLOUNT, RUTH E. | COLE, LOUISE C. |
| 4 | ALFORD, GARY STANLEY | BOHN, CARL WILLIAM | COMER, PHYLLIS |
| 5 | | BOHN, PEARL M. | COMER, WILLIAM F. |
| 6 | ANDERSON, W. A. | BOLTZ, CHESTER RAYMOND | |
| 7 | APPEL, A. W. | BRANDENBERG, ARTHUR PAUL | |
| 8 | APPLEFORD, BASIL BRUNSDEN | BRANDENBERG, PEGGY L. | COPE, JACK J. |
| 9 | | | |
| 10 | APPLEFORD, ERNEST JAMES WILLIAM | BROWN, HELEN L. | COPE, OCTOVAN P. |
| 11 | APPLEFORD, JOHN HENRY | BROWN, KENNETH O. | COURTNEY, R. C. |
| 12 | APPLEFORD, PETER HUGH | BRUCE, CECIL D. | COUTY, JOSEPH |
| 13 | ARMSTRONG, DOROTHY R. | BRUCE, HELEN V. | COUTY, SHIRLENE |
| 14 | ARMSTRONG, GLENN F. | BRUNWIN, MARY H. | COY, GLENN W. |
| 15 | BAIRD, GEORGE W. | BUSBY, JAMES C., SR. | COY, JESSIE M. |
| 16 | BAIRD, ROBERT W. | BUSBY, LOUISE G. | CULLING, HERBERT H. |
| 17 | BAKER, JOHN L. | BUZARD, FRANCES | CULVER, MERRILL M. |
| 18 | BALECZAK, HENRIETTA H. | BUZARD, RALPH | CUMMINS, GEORGE ■ |
| 19 | BALECZAK, STANLEY W. | BYER, A. C. | CUMMINS, H. H. |
| 20 | BARBUSCIA, HELEN L. | CAINE, GARLAND E. | CUMMINS, NAOMI |
| 21 | BARBUSCIA, JOSEPH | CAMPBELL, FRANCIS | DAHL, ROMEL T. |
| 22 | BARKEIJ, MAURINE NASH | CAMPBELL, THOMAS M. | DARGAN, RUBY HOOPER |
| 23 | BARNARD, MARYLINE | CARTER, ALAN RAY | DAVIS, CONSTANCE |
| 24 | BARRETT, WALTER E. | CARTWRIGHT, C. FINDLAY | DAVIS, WILLIAM N. |
| 25 | BARTLETT, FRANCIS W. | CATON, EDITH M. | DAVIS, W. M. |
| 26 | BECK, NELLIE E. | CATON, VERSAL H. | DAYWALT, CHLORIS R. |
| 27 | BECKER, ALBERT W. | CHABBOTT, JULIUS | DAYWALT, JOHN H. |
| 28 | BECKER, PEGGY J. | CHANDLER, GLEN M. | DELANG, PAULA |
| 29 | BESSE, WALTER J., JR. | CHRISTINO, MARGARET | DICKENSON, A. W. |
| 30 | BIDDLE, GRACE ELOISE | CLARKSON, GEOFFREY | DICKENSON, INA M. |
| 31 | | CLAYPOOL, DORA | DICKEY, ETHEL L. |
| 32 | | CLAYPOOL, RAY L. | DINGWALL, STUART M. |
| | | CLUGAGE, INA L. | |

-1-  Exhibit A  4261

Exhibit A

| # | | | |
|---|---|---|---|
| 1 | DODSON, JOHN R | GAYNOR, JAMES T. | HANSEN, ELSIE |
| 2 | DONATO, HERCULES | GILES, LAWRENCE | HARMER, CARL A. |
| 3 | DONATO, JEAN | GILLILAND, GRACE I. | HAYES, HARRIET B. |
| 4 | DOMINGUEZ, CELEDONIO | GILLILAND, WILLIAM T. | HAYES, OLIVER B. |
| 5 | DUNLAP, FRANK E. | GOOCH, JAMES ROLAND | HEDEEN, ALFRED C. |
| 6 | DUNLAP, RUTH | GOOCH, VIRGINIA | HEITT, IRENE F. |
| 7 | DUNNING, HERBERT R. | | HELVEY, K. F. |
| 8 | DUNNING, MARY K. | | HICKS, ELEANOR ANN |
| 9 | EBERLEIN, HELEN M. | GRAHAM, ANNA H. | HICKS, LORRAINE I. |
| 10 | EBERLEIN, JACK B. | GRAHAM, W. A. | HICKS, NORMAN L. |
| 11 | EDDY, BELLE J. | GRAVES, DARRELL L. | HICKS, OLIVER T., JR. |
| 12 | EDDY, M. J. | GRAY, JANE P. | HOFFMAN, LINCOLN J. M. |
| 13 | EDWARDS, MARIE E. | GREAT WESTERN SALES CORPORATION | HOGE, ERMA B. |
| 14 | | | |
| 15 | EDWARDS, WILLIAM D. | GREEN, ALICE M. | HOLLEY, MAUD |
| 16 | EVERETT, ROSE AMELIA | GREER, BESSIE B. | HOLLOWELL, D. L. |
| 17 | FIELD, MOINA A. | GREER, BUFORD D. | HOLLOWELL, EVA |
| 18 | FIX, HALLIE ESTES | GRIFFITH, HENRY C. | HOLZMAN, LAWRENCE |
| 19 | FOSTER, GEORGE N. | GROOVER, ANNIE M. | HOOD, ROBERT G. |
| 20 | FRANCIS, MABEL SEDELL | HALBIN, ALFRED P. | HOOD, RUBY LEE |
| 21 | FRANCIS, SEQUOYAH | HALEN, HOWARD T. | HOOVER, AGNES M. |
| 22 | FRAKES, SAMUEL F. | HALEN, IRMA | HOUSTON, ELIZABETH |
| 23 | FREEMAN, MARGARET W. | HALL, HARRY E. | HOWELL, IDA E. |
| 24 | FRITZ, GILBERT E. | HALL, LENNIE B. | HUGHES, BOBBIE JEAN |
| 25 | FULLER, EARL B. | HALLORAN, ARTHUR F. | HUSCHER, GLADYS T. |
| 26 | GARBINI, RUCCO | HALLORAN, AUDREY G. | ISGRIG, CLAYTON S. |
| 27 | GARLINGHOUSE, JENNINGS W. | HAMBERGER, ARNOLD C. | ISGRIG, GRACE F. |
| 28 | GARLINGHOUSE, MARY ELIZABETH | HAMILTON, CHARLES G. | JACKSON, J. P. |
| 29 | | | JACKSON, JUNE A. |
| 30 | GATES, FAITH M. | HAMILTON, LILLIAN M. | JAECKEL, ALBERT F., TRUSTEE |
| 31 | GATES, WALTER S. | HAMILTON, VIOLA V. | |
| 32 | GAYNOR, BETTY A. | HAMM, SADIE A. | JAMES, HERBERT |
| | | HANSEN, ALEX F., AKA ALEXANDER F. HANSEN, Deceased heirs or devisees of, | |

-2-     Exhibit A

4262

Exhibit A

| # | | | |
|---|---|---|---|
| 1 | JAMES, MINNIE | KOLB, LELAND CLAUD | LUCIER, ELLA J. |
| 2 | JAMESON, D. | KOLB, THEODOSIA I. | LUNDGREN, GRACE |
| 3 | JOHNSON, ANNIE | KOLL, WALTER A. | LUTZE, ALFRED E. |
| 4 | JOHNSON, CLYDE | KONYHA, ANDREW FRANCIS | LUTZE, SADIE C. |
| 5 | JOHNSON, ELMER A. | KONYHA, HILDA E. | MC CLAIN, BERYL H. |
| 6 | JOHNSON, FREDERIQUE C. | KORB, LEORA N. | MC CLAIN, T. D. |
| 7 | JOHNSON, HAROLD E. | LANE, RALPH W. | MC CLURE, DOUGLAS G. |
| 8 | JOHNSON, MARGARET B. | LARSEN, FRANCES B. | MC CLURE, RUTH C. |
| 9 | JOHNSON, VERA LEWIS | LARSEN, ISABELLE ZORA | MC DONALD, B. MORSE, JR. |
| 10 | JOHNSON, VIOLET G. | LARSEN, THEODORE E. | MC DONNELL, CLARK T. |
| 11 | JOHNSON, WALFORD E. | LASH, CHARLOTTE KIRK | MC FARLANE, MILDRED KONTZIE |
| 12 | JORGENSON, MERLE E. | LASH, SAMUEL R. | |
| 13 | JORGENSON, PATRICIA | LAUGHLIN, ALVIN | |
| 14 | KAUFMAN, LENA | LAUGHLIN, LA VERNE A. | MC KETHAN, GEDDIE W. |
| 15 | KAY, DOROTHY E. | LAVENTHAL, ISADORE | MC MILLAN, CORA B. |
| 16 | KAY, JACK E. | LAVERY, JOHN N., SR. | MAC DONALD, FAY |
| 17 | KELLISON, CLARA BELLE | LAVERY, MYRTLE P. | MAC DONALD, LYMAN A. |
| 18 | KELLISON, M. OWEN | | |
| 19 | KENNEDY, MARGARET M. | LAWLER, EUGENE JR. | MACK, BRICE H. |
| 20 | KENTON, EMMA C. | LAWLER, NYLA B. | MACK, HARRIET P. |
| 21 | KENWORTHY, FAITH W. | LAWTON, FEARNS R. | MAC PHERSON, JANET W. |
| 22 | KENWORTHY, LIONEL C. | LAWTON, JOHN III | MADLEY, KATHERINE |
| 23 | KILTGAARD, R. J. | LAWTON, MARTHA | MADLEY, WILLIAM C. |
| 24 | KINGSTON, KATHERINE V. | LENFERS, LAWRENCE A. | MAGOWAN, ROBERT A., TRUSTEE |
| 25 | KIPP, BYRON S. | LEWIS, HARRY A., JR. | MALZACHER, RICHARD |
| 26 | KIPP, DELIA S. | LEWIS, LAEL S. | MARTIN, C. T. |
| 27 | KIPP, MARGARET | LIGON, PATSY | MARTIN, GENE R. |
| 28 | KIPP, SOLON S. | LINCOLN, LAURA JEAN | MARTIN, JOLINE A. |
| 29 | KIRK, EUNICE A. | LOMA RANCH CO. | MARTIN, WINNA P. |
| 30 | KIRK, WILLIAM E. | LONGO, DANTE F. | MARTINEZ, BERNARD |
| 31 | KNAPP, ETHEL | LONGO, V. J. | MARTINEZ, STEPHEN |
| 32 | KNAPP, LESTER W. | LUDGATE, LEON P. | MAR VISTA INVESTMENT COMPANY |
| | | LUDGATE, TACY W. | |

4263

-3-   Exhibit A

Exhibit A

| | | |
|---|---|---|
| 1 | MASHEECO, FREDERICK BENJAMIN | NEAGLEY, CLINTON R. |
| 2 | MASHEECO, JACK ARTHUR | NEAGLEY, IRMA C. |
| 3 | MAUCK, ANNIE L. | NEISWENDER, AMY |
| 4 | MAZE, GILBERT T. | NEWELL, HATTIE E. |
| 5 | MILES, CLARISSA S. | NEWELL, LLOYD |
| 6 | MILLER, D. J. | NICHOLAS, W. H. |
| 7 | MILLER, LILLIE M. | NICHOLS, RALPH F. |
| 8 | MILLER, VICTOR H. | NIELSON, JACK W. |
| 9 | MILNE, MINA | NIELSON, MAE P. |
| 10 | MILNE, ROBERT | NIGHOHOSSIAN, ANITA JUANITA |
| 11 | MINER, LAURA K. | NIGHOHOSSIAN, ARDASHES |
| 12 | MITCHELL, RUBY J. | NIX, MATHIS T. |
| 13 | MOLLER, R. LEE | NOBLE, DOROTHY F. |
| 14 | MOONEY, HOLLIS L. | NOBLE, RALPH C. |
| 15 | MOONEY, RILLA M. | NOWECK, FRED W. |
| 16 | MORA, ERNESTA | NOWECK, VERONICA |
| 17 | MORA, L. S. aka LUIGI S. MORA | O'LAUGHLIN, JANET A. |
| 18 | | |
| 19 | MORA, PLACIDO | O'LAUGHLIN, JOSEPH F. |
| 20 | MORGAN, JAMES C. | OLSON, CLYDE L. |
| 21 | MORGAN, MILDRED A. | OLSON, LYDIA J. |
| 22 | MORRIS & COMPANY | O'NEILL, ORENA |
| 23 | MORRIS, B. D., JR. | ORMSBY, ROBERT TAUNER |
| 24 | MORRIS, PATRICIA O'R. | OWEN ELECTRIC COMPANY INC. |
| 25 | MUNRO, JULIA D. | |
| 26 | MURPHY, EDNA A. | |
| 27 | MURPHY, BETTIE L. | |
| 28 | MURPHY, ROBERT G. | |
| 29 | NASH, EVELYNE | |
| 30 | NASH, TED | |
| 31 | NATIONAL LIFE INSURANCE CO. | |
| 32 | | |

Exhibit A

| # | | | |
|---|---|---|---|
| 1 | PAGE, LORETTA MAE ORMSBY | REGAL DISTRIBUTORS, INC. | SIMPSON, CHARLES C. |
| 2 | PAHL, CHARLES | REID, DIANA | SIMPSON, CLARA D. |
| 3 | PALMER, COBURN T. | REPPERT, FRANCES E. | SIMPSON, EDYTHE M. |
| 4 | PALMER, MARJORIE H. | REPPERT, SIERRA N. | SIMS, GLADYS W. |
| 5 | PARKINSON, ADELE | REYES, DOMINTILA | SIMS, JAMES L. |
| 6 | PARKS, DAVIS W. | RISSMAN, IRENE | SKIVER, JESSE C. |
| 7 | PATTERSON, JOHN H. | RISSMAN, MAURICE | SMITH, CAROLINE E. |
| 8 | PATTERSON, LETITIA | ROBERSON, BUSTER | SMITH, ELLA JANE |
| 9 | PEARSON, CHARLES A. | ROBERSON, MARY | SMITH, HAROLD IRVING |
| 10 | PEARSON, EARL E. | ROBERTS, FRANK | SMITH, HARRY V. |
| 11 | PEARSON, MILDRED | ROSS, ALMA W. | SMITH, LEO E. |
| 12 | PEARSON, WILLIAM | ROSS, RICHARD G. | SMITH, MYRTLE |
| 13 | PERIGO, IRA | | SMYTH, DANIEL K. |
| 14 | PERKINS, JOHN W. | RUSS, FRANK J. | SOUPENE, FLORENCE L. |
| 15 | PERKINS, LEOTA A. | RUSSELL, ALBERT L. | STAMNESS, MARIE PEARSON |
| 16 | PIERSON, HILDA | SAMPSON, PAUL L. | STAPLES, OSWALD H. |
| 17 | PIERSON, MARY | SAMPSON, PEARL M. | STARKE, CECILIA G. |
| 18 | PLANTE, EMILIENNE | SAN DIEGO COUNTY BERRIES INVESTMENT CO. | STARKE, WILLIAM E. |
| 19 | | | |
| 20 | PORTER, ANNA G. | SARANO, JOSE, Estate of | |
| 21 | POTTER, JAMES E. | SCOTT, BERTHA M. | STITES, GEORGE ARTHUR |
| 22 | POWER, BARBARA E. | SCOTT, MARTHA | STITES, KATHERINE JEAN |
| 23 | POWER, ROSCOE M. | SEATON, NAN F. | STONE, MARY B. |
| 24 | POXON, JAMES JOSEPH as trustee of estate of JAMES J. FURLONG, minor | SEMANS, EVA M. | STONE, CLARENCE M. |
| 25 | | | |
| 26 | PRUDDEN, ADELAIDE S. | SEMANS, JOHN L. | STUERMER, LOUIS H. |
| 27 | PRUDDEN, EARL D. | SHAMEL BERT A. | STUERMER, RUTH S. |
| 28 | RADCLIFFE, JONATHAN STICKNEY | SHEFFIELD, LEO K. | STURGIS, LIZZETTE as administratrix of estate of WALTER PRIVETTE, deceased |
| 29 | | | |
| 30 | RARICK, GEYER | SHEFFIELD, MARJORIE K. | SUBIC, GLADYS J. |
| 31 | RAYMOND, JOHN B. | SHIMEL, JAMES BRYAN | SUMMIT, LOTTIE |
| 32 | RAYMOND, ROBERT W. | SHIMEL, JUNE EVELYN | SUNDELL, CHARLES G. |
| | RAYMOND, VIOLA M. | SIEL, CARL REINHARDT | SUNDELL, IRENE J. |

Exhibit A

| # | | | |
|---|---|---|---|
| 1 | SUTTON, MARTHA L. | VOORHEES, RUTH A. | YOUNG, ANNA C. |
| 2 | SUTTON, NORMAN LEROY | WALKER, ALBERT L. | YOUNG, GAETANE D. |
| 3 | TANANA, MARJORIE LOUISE | WALKER, JANE | YOUNG, HARRY H. |
| 4 | TAYLOR, MINNIE A. | WALTZ, HILDERGARD | YOUNG, LAWRENCE M. |
| 5 | TAYLOR, WILLIAM M. | WALTZ, WILLIAM J. | ZINN, GEORGE H. |
| 6 | TEEL, GERTRUDE J. | WASHBURN, IRA B. | ZINN, MAUDE M. |
| 7 | TEMPLETON, ARTHUR A. | WEBER, MRS. GUS | ZAPF, BOB |
| 8 | THANING, IRIS MARGARET | WEHMEYER, FRED F. | ZNORSKI, LILLIAN FOX |
| 9 | THANING, WALTER E. | WEHMEYER, VERA L. | ZNORSKI, VICTOR JOHN |
| 10 | THOMPSON, ROBERT E. | WERNICKE, FLORENCE H. | ZWICKER, BERTHA D. |
| 11 | THOMPSON, VIRGINIA D. | WERNICKE, LEONARD S. | ZWICKER, J. WARD |
| 12 | THORKILDSEN, IDA M. | WHITE, OLIVER M. | |
| 13 | THURMAN, HELEN E. | WHITING, MELVENA F. | |
| 14 | THURMAN, LESLIE C. | WILLIAMS, J. FRANK | |
| 15 | TIBBETT, DELSIA P. | WILLIAMS, LYNN P. | |
| 16 | TITLE INVESTMENT SERVICE | WILLIAMS, MAMIE J. | |
| 17 | TITTLE, MARJORIE | WILLIAMS, SUSIE MARIE | |
| 18 | TOMASEWSKI, MIRANDA | WILLIAMS, W. H. | |
| 19 | TOMLINSON, BETTY J. | WILLOUGHBY, LUTHER A. | |
| 20 | TROTTER, EDNA LEE | WILLOUGHBY, PATRICIA A. | |
| 21 | TURK, WILLIAM JOSEPH | WILSON, BENJAMIN D. | |
| 22 | TURK, RUTH ETHELENE | WITT, MARGARET V. | |
| 23 | TURNER, VERNA H. | WITT, WILLIAM S. | |
| 24 | TYNER, HARRY F. | WITZELL, HERMAN JR. | |
| 25 | TYNER, MAE A. | WITZELL, VIRGINIA L. | |
| 26 | UHL, GLADYS W. | WOJCIK, CHARLOTTE | |
| 27 | UMINO, ALBERT | WOJCIK, VICTOR F. | |
| 28 | VAN LANDUYT, IRENE | WOMACK, BRITTIE I. | |
| 29 | VARNEY, FRED W. | WOMACK, EARL G. | |
| 30 | VARNEY, LUCILLE | WOODBURY, ROBERT A. | |
| 31 | VICKERS, GLADYS SULLIVAN | WOODREY, FLOYD D. | |
| 32 | VICKERS, RUSSELL G. | WOODREY, LUCILLE K. | |