FILED
JUL 28 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|   Plaintiff, ) | No. 1247-SD-C |
| v. ) | ORDER |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) et al., ) | |
|   Defendants. ) | |

The United States of America, having, on July 28, 1958, by motion to this Court stated that a diligent effort has been made to serve a copy of the Summons and a copy of the Complaint and Supplementary and Amendatory Complaint, in the above entitled action, upon those defendants named in Exhibit A of this Order, and that the plaintiff has been unable to locate within the State of California or to determine the present whereabouts of these defendants, or that the defendants are located outside the territorial limits of the United States, and further having stated that personal service is not practicable, and further having stated that the purpose of this action is to declare the respective rights of the plaintiff and the named defendants in Exhibit A, together with the other defendants to this action, to the use of water in the Santa Margarita River and its tributaries, and for such additional relief as may be proper, and good cause having been shown:

IT IS HEREBY ORDERED, pursuant to Title 28, Section 1655, United States Code, that the defendants named in Exhibit A appear, plead, answer or otherwise

-1-

4238

1  move with respect to the aforesaid COMPLAINT AND SUPPLEMENTARY AND AMENDATORY
2  COMPLAINT, by appropriate filing with the Clerk of the United States District
3  Court, Southern District of California, 325 West "F" Street, San Diego, Cali-
4  fornia, on or before September 30, 1958, or in default thereof this Court
5  will proceed to the hearing and adjudication of this suit, and IT IS FURTHER
6  ORDERED that this Order and Exhibit A hereof be published in The Daily
7  Enterprise, Riverside, California, once a week for six consecutive weeks,
8  the first date of publication to be on or before July 31, 1958.

Dated: July 28 1958

JAMES M. CARTER
Judge of the United States District
Court, Southern District of California

Exhibit A

| # | Column 1 | Column 2 | Column 3 |
|---|---|---|---|
| 1 | ACKMAN, DELL | BANTLE, CLAIRE PIERCE | BERGMAN, NATHAN |
| 2 | AITKEN, JACK S. | BARBOUR, EMMA M. | BERGMAN, O. A. |
| 3 | ALDERSON, DOUGLAS | BARNES, ETHEL I. | BERNARD, WILLIAM R. |
| 4 | ALDERSON, INGEGERD | BARNES, FINNIS SAMUEL | BERRIDGE, W. W. |
| 5 | ALLEMAN, CARL W. | BARNES, KATE | BERRIDGE, WALLACE WEAVER |
| 6 | ALLEMAN, LEAH | BARNETT, DOROTHY | BERRY, H. A. |
| 7 | ALLEN, CHESTER B. | BARNETT, WM. V. | BERTHOLD, GEORGE H. |
| 8 | ALLEN, FRANCES R. | BARRETT, FRED S. | BETSCHART, JOE F. |
| 9 | ALLEN, LOFTUS H. | BARRETT, MARY T. | BIGGS, CHAUNCEY P. |
| 10 | ALLEN, SCOTT E. | BARTH, L. V. | BIGGS, SUSAN C. |
| 11 | ALMARAZ, DOMINGO | BARTLET, HENRY JAMES | BISSETT, MARTHA E. |
| 12 | ALMARAZ, MARY N. | BARTLET, ISABELLA MARGARET | BLACK, EVERELDA C. |
| 13 | AMBRIOLA, EVELYN | BASSETT, ARTHUR H., SR. | BLACK, LORAINE L. |
| 14 | ANDERSON, ARTHUR N. | BASTIAN, GLENN | BLITCH, WILLIAM J. |
| 15 | ANDERSON, HENRY ALBERT | BATSON, NATHANIAL P. | BOGART, GUY |
| 16 | ANDERSON, KARL | BAWDEN, E. J. also known as EDWIN J. | BOGGEMAN, ROBERT J. |
| 17 | ANDERSON, MYRTLE A. | | BOHLEN, JOHN H. |
| 18 | ANDERSON, OLAF | BAWDEN, MARIETTA ELEANOR | BOLANDER, RALPH S. |
| 19 | ANDERSON, OSSIAN | BEALL, ELIZABETH A. | BOND, BARRY MURRAY |
| 20 | ANZA ELECTRIC COOPER- | BEALL, RALPH K. | BONNAR, MARIELLEN |
| 21 | ATIVE, INCORP. | BEATTY, VANCE | BOOTH, ALBERTA EVANSELL |
| 22 | APPEL, A. W. | BEAUMONT, LEROY | BORENSTEIN, BELLA |
| 23 | ARGETSINGER, FREEMAN H. | BEAUMONT, LOIS G. | BORENSTEIN, JULIUS |
| 24 | ARGETSINGER, NELL E. | BEAUMONT, ROY C. | BOWE, JOHN E. |
| 25 | ARNOLD, FLORIS | BECK, JUSTINA R. | BRADLEY, FRANCES E. |
| 26 | AUBERT, ERNEST | BEHRENS, FLORENCE A. | BRADLEY, ROY |
| 27 | AULD, BARBARA ANN | BEHRENS, SAMUEL D. | BRANDT, CHARLES R. |
| 28 | AUNE, ARNUF | BELLA, MAYO G. | BRANDT, HELEN R. |
| 29 | BACHER, FREDERICK A. | BELLA, NICHOLAS G. | BREEDEN, KATHRYN K. |
| 30 | BACHER, VIRGINIA ROGERS | BELLE, HELEN G. | BROWN, BLANCH C. |
| 31 | BACON, BERTRAND A. | BENDLER, AUGUST J. | BROWN, FRED |
| 32 | BANCROFT, W. I. S. | BERGMAN, ANN | |

-1-

Exhibit A

4240

Exhibit A

| # | | | |
|---|---|---|---|
| 1 | BROWN, JOHN G. | CHRISTIAN, LEWIS CHARLES | CUNNINGHAM, R. J. |
| 2 | BROWN, ROBERT J. | CHRISTOPHER, LLEWELLYN F. | CURTIS, ALICE K. |
| 3 | BROWN, RUDOLPH J. | CLOUSE, EDNA E. | CURTIS, CLYDE C. |
| 4 | BROWN, VITA ELLIOTT | COCKERLINE, MATTHEW J. | CURTIS, PHYLLIS |
| 5 | BRYAN, A. L. | COCKERLINE, NETTIE | CURTIS, VAL |
| 6 | BRYAN, FLORENCE | COHEN, MAX | DAVIDSON, EDITH PEARL |
| 7 | BRYAN, MIRIAM R. | COLEMAN, CLARA | DAVIS, DAVID A. |
| 8 | BUCHANAN, CORA ANN | COLEMAN, LEWIS | DAVIS, IDA MARIE |
| 9 | BUGGERE, WILLIAM H. | COLEMAN, NANNIE MAY | DAVIS, JACK A. C. |
| 10 | BUGGERE, ESTHER V. | COLEMAN, WILLIAM B. | DE BORDE, GEORGE H. |
| 11 | BURCH, FRANK J. | CONLEY, JAMES E. | DE KNOBLOUGH, MINERVA A. |
| 12 | BURGIN, H. T. | CONTRERAS, CLARA MARIE | DE LAITE, DOROTHY K. |
| 13 | BURNEY, GEORGE M. | CONTRERAS, CLARENCE S. | DE LAITE, JOHN E. |
| 14 | BURNEY, INEZ E. | COO, W. J. | DE LEON, R. |
| 15 | BUTTON, JESSIE D. | COOK, LOIS E. | DELLACQUA, JOHN |
| 16 | CALLAN, BRIDGIE E. | COOK, RAYMOND B. | DEMLER, ERNEST |
| 17 | CALLAN, THOMAS J. | COSTELIC, JOSEPH | DEMLER, PHYLLIS M. |
| 18 | CARGILE, DELLAMORE DAVID | | DE PAULY, LEOPOLDINE |
| 19 | CARGILE, MARGUERITE C. | COSTELIC, MAGGIE | DE VANA, EULA |
| 20 | CARILLO, REFUGIA | COZINE, EDNA ETHEL | DEW, ISABELLE |
| 21 | CARR, DAVE | CRABB, MARIAN GRACE | DIETZ, HENRY EDWARD |
| 22 | CARSON, MARY JANE | CRABB, WILLIAM | DINNEL, JOANNE W. |
| 23 | CARSON, ROBERT | CRABTREE, ORICE | DINNEL, ROBERT A. |
| 24 | CARTER, CHARLES C. | CROSS, HAROLD C. | DINSMORE, JAMES A. |
| 25 | CASTELLANO, GAETANO | CROSSLEY, H. L. | DIVINE, HARRY J. |
| 26 | CAZAS, JOSEPH | CROSSLEY, MARGARET ELEANOR | DIXON, IDA L. |
| 27 | CHAFFEY, ANDREW ELSWOOD STEWART | | DOLD, EMIL M. |
| 28 | | CROWE, CORNELIA A. | DORR, JOHN R. |
| 29 | CHANDLER, EDNA G. | CROWE, STANLEY B. | DRAKE, ALDEN T. |
| 30 | CHARNOCK, ROBERT M. | CULTON, GERA DAVIS | DRAKE, BERT |
| 31 | CHARNOCK, WILLIAM H. | CULTON, GILBERT M. | DUKER, MARGARET |
| 32 | CHESTER, JOB S. | | |

-2-                                                  Exhibit A

4241

Exhibit A

| | | | |
|---|---|---|---|
| 1 | DULANEY, ELLEN M. | FISHER, JACK M. | GARRETT, JOHN P. |
| 2 | DUNHAM, ELMO A. | FITZPATRICK, FRIEDA | GARROWAY, L. REBA |
| 3 | DUNHAM, ETHEL MARIE | FITZPATRICK, JOHN | GARTLER, STANLEY |
| 4 | DUNHAM, SARAH A. | FLAHERTY, PAULINE E. | GAULDING, KARL J., JR. |
| 5 | DUNLAP, ANDY E. | FONTANA, JOSEPHINE | GAVIN, FRANK |
| 6 | DUNN, M. THELMA | FONTANA, TONY E. | GIBBEL, LINNIE B. |
| 7 | EHLERS, FRED | FOSTER, PHYLLIS C. | GILBERT, F. C. |
| 8 | EHMCKE, CASPER | FOSTER, RICHARD A. | GILBERT, MAUDE C. |
| 9 | ELIASEN, HJALMAR H. | FREEMAN, EDWARD MARTIN | GILES, HARRY W. |
| 10 | ELLISON, CAROLYN E. | FREEMAN, ED | GLATT, FANNY |
| 11 | ELLITHORPE, ESTHER M. | FREEMAN, ESTEFANA | GLATT, HARRY |
| 12 | ELLITHORPE, PHILIP M. | FREEMAN, HARVEY | GLEASON, CHARLES A. |
| 13 | ELLIS, ANNIE ELIZABETH | FREEMAN, JAMES L. | GLEASON, LENA L. |
| 14 | ELLIS, FRED | FREEMAN, PHILLIP C. | GOLDENBEE, GEORGE W. |
| 15 | EMERY, ALICE D. | FREEMAN, VERNA | GOLDENBEE, LELA P. |
| 16 | EMERY, FRANK H. | FREITAG, RUFUS | GOOD, E. ELIZABETH |
| 17 | EMERY, HARRY LOCKWOOD | FRIEDMAN, E. CHRISTINE | GOOD, VICTOR L. |
| 18 | EPPARD, NANCY N. | FROHLICK, ELBERT S. | GOODAIR, ENOCH |
| 19 | EPPARD, WILLIAM T. | FROST, PERCIVAL HOWARD | GOODWIN, MARY JANE |
| | | | GRAHAM, MILDRED E. |
| 20 | EVANS, GEORGE D. | FRULEIGH, MARGARET E. | GOODWIN, WALTER THOMAS |
| | | | GRANA, GEORGE |
| 21 | EVANS, LETA E. | FRYKLAND, BASIL N. | GRANA, JENNIE |
| 22 | FARMER, DORIS HAYWOOD | FRYKLAND, HAZEL B. | GRAVER, HOMER L. |
| 23 | FARR, WALTER L. | FULK, RAY E. | GRAVER, ROSE A. |
| 24 | FAUGHN, GEORGE L. | GAGE, ROBERT K. | GRAY, MATTHEW |
| 25 | FAUGHN, PAULINE | GANCARSKI, BELLA | GRAY, VIRGINIA M. |
| 26 | FEGSTAD, SAM | GANCARSKI, LEON | GREEN, PRUDENCE V. |
| 27 | FEICKERT, HARRY E. | GARDNER, BESSIE MIZE | GRIFFIN, FRANCES A. |
| 28 | FERGUSON, MALVERN | GARDNER, E. J. | GRIFFIN, OTIS L. |
| 29 | FIDELITY REALTY COR- | GARDNER, J. O. | GRIFFITH, DORA A. |
| 30 | PORATION, LTD. | GARNER, COSETTE S. | GRIFFITH, WALTON J. |
| 31 | FILMER, JAMES W. | GARNER, JACK | GRYDE, HERBERT |
| 32 | FISHER, FRANCES | GARRETT, DOROTHY O. | GUSTASON, DAVID G. |

Exhibit A

| | | | |
|---|---|---|---|
| 1 | GWINN, LOUISE | HINMAN, VENETA G. | INRIG, STANLEY A. |
| 2 | GWINN, W. A. | HOAGLAND, MARY | IRVINE, B. G. |
| 3 | HAFNER, GWENDOLYN VIRGINIA | HOFELDT, EARL W. | IRVING, CHARLES H. |
| 4 | HAGLAND, PHYLLIS LOUISE | HOFREITER, FRANK | JACK, EVA J. |
| 5 | HALSEY, FRANCES L. | HOLCHAK, NOMA P. | JACK, JAMES F. |
| 6 | HANKS, MARGARET AMELIA HEIRS OF | HOLCHAK, VICTOR A. | JAMES, ANDREW R. |
| 7 | | HOLMES, LEA | JAMES, ESTER I. |
| 8 | HANSEN, KATHERINE E. | HOLMES, SERVERIN J. | JAMES, IRMA |
| 9 | HANSEN, RALPH A. | HOLT, HAROLD | JAMES, WILLIAM C. |
| 10 | HAPPE, CARRIE | HOLT, WILLIAM | JENKINS, H. P. |
| 11 | HARMON, DOROTHY | HOLT, FREDA | JENKINS, PAULINE M. |
| 12 | HARRISON, DELIA | HONBERGER, AGNES F. | JOHNSON, ELMER A. |
| 13 | HARRISON, RICHARD | HOWELL, RUTH | JOHNSON, FILLMORE A. |
| 14 | HARRISON, WILLIAM H., JR. | HUDSPETH, JAMES L. | JOHNSON, FREDERIQUE C. |
| 15 | HARVEY, LEONARD N. | HUDSPETH, LETTIE JANE | JONES, CHARLES A. |
| 16 | HASSELQUIST, GUSTAV H. | HUNT, EDITH N. | JONES, ANNA M. |
| 17 | HASSELQUIST, JEANNE B. | HUNT, EDWARD T. | JONES, KENNETH |
| 18 | HASTINGS, CHARLES EARL | HUNT, M. | JONES, FRANCES B. |
| 19 | HAWKEY, HARRY W. | HUNTER, ANNA | JONES, GEORGE L. |
| 20 | HAWKINSON, WILLIAM D. | HUNTER, VICTORIA | JONES, NORMA MAE |
| 21 | HAZELWOOD, HELEN ADELAIDE | HUTSON, ROSE C. | JONES, SIDNEY B. |
| 22 | HEALD, CHARLES H. | HUTSON, WAYNE O. | JUAREZ, CARMEN |
| 23 | HEATH, JAMES B. | | KASER, ELIZABETH M. |
| 24 | HEMET INVESTMENT CO. | | KASER, FRANK L. |
| 25 | HEWITT, D. G. | INGLIS, HERBERT | KATZ, ESTHER |
| 26 | HIBBERSON, ALICE M. | INGRAM, HARRIETT N. | KATZ, LOUIS |
| 27 | HIBBERSON, AMY | INGRAM, JAMES E. | KEANS, MARJORIE A. |
| 28 | HIBBERSON, MABEL | INGRAM, JOHN B. | KEANS, REGINALD A. |
| 29 | HIBBERSON, ROBERT JOHN | INKSTER, EDWARD BURTON | KERR, A. J. |
| 30 | HICKS, CLEVELAND H. | INKSTER, LEONE | KERR, ELSWOOD CHAFFEY |
| 31 | HILL, ROY C. | INLAND MORTGAGE CO. | KERR, HATTIE J. |
| 32 | HINMAN, ARTHUR J. | INRIG, ALEXANDER | KEVENEY, DELIA |

Exhibit A

| # | | | |
|---|---|---|---|
| 1 | KEVENEY, JOHN T. | LAREVA, PHYLLIS A. | LUTZE, ALFRED E. |
| 2 | KIMBALL, CAROLYN | LAWLER, HELEN M. | LUTZE, SADIE C. |
| 3 | KING, CHARLES | LAWLER, ODELL W. | LUX, CHARLES A. |
| 4 | KING, CLIFTON J. | LAWSON, MABLE | MC ASH, CHARLOTTE |
| 5 | KING, GEORGE F. B. | LAYBOURN, GEORGE R. | MC CALMANT, R. M. |
| 6 | KING, MARJORIE HOLT | LAYER, HELEN ELIZABETH | MC CARRELL, FRANCES |
| 7 | KING, MAE E. | LEAK, GENNELL M. | MC CASH, ROY B. |
| 8 | KING, MINNIE B. | LEAK, HERBERT J. | MC CLINTOCK, CHARLES H. |
| 9 | KING, ROLLO WARD | LEIDBERG, EDWIN R. | MC CLINTOCK, RUTH |
| 10 | KLUBNIKEN, HAZEL M. also known as HOGL, HAZEL M. | LEIDBERG, LYDIA E. | MC DANIEL, CYRUS J. |
| 11 | | LELYEGREN, ROBERT | MC DONALD, WILLIAM |
| 12 | KNIGHT, HELENA | LEONARD, ALICE L. | MC HENRY, TROY L. |
| 13 | KNIGHT, M. W. | LEONARD, CLAUDE | MC NEILL, JOHN |
| 14 | KNIGHT, W. E. | LESLIE, CHARLES E. | MC NEILL, KATE |
| 15 | KNOTT, VERN E. | LESLIE, FAYE R. | MC NICHOLS, JOHN |
| 16 | KONKLE, BARBARA | LEWIS, CAROL | MAC ADAM, EDWARD H. |
| 17 | KONKLE, CHARLES F. | LEWIS, HOMER S. | MAC ADAM, RHEA F. |
| 18 | KRENZ, FRED | LEWIS, OLOHA | MAC DONALD, ALLAN W. C. |
| 19 | KRENZ, HELEN | LEWIS, SHERMAN O. | MAC DONALD, ELIZABETH |
| 20 | KROMFOLS, VICTOR | LEWIS, WALTER K. | MAC GILLIVRAY, INDIA LAURA |
| 21 | KRUPKA, AUGUST J. | LILLY REALTY CORPORATION | |
| 22 | KURNIK, FRANK | LLOYD, HAROLD C. | MAC GILLIVRAY, STEWART HILD |
| 23 | LA FURGEY, L. B. | LOCKMAN, RUTH | MACHADO, M. |
| 24 | LA FURGEY, ALICE J. | LOCKWOOD, ARLYNE G. | MACY, MARGARET |
| 25 | LAND ESCROW AND SAFE DEPOSIT COMPANY | LOCKWOOD, PAUL V. | MACY, R. R. |
| 26 | LANDGREN, JOHN A. | LOGAN, F. M. T. | MADZOEFF, JOHN |
| 27 | LANE, LUCY B. | LOIT, JESSIE | MADZOEFF, MARDEROS |
| 28 | LANGSTRAAT, HENRY P. | LOIT, WOODROW W. | MAGNES, CHARLES LORENZO |
| 29 | LANNAN, HARRY M. | LONG, C. R. | MAHER, JOSEPH D., SR. as guardian of estate of JOSEPH D. MAHER, JR., and RICHARD C. MAHER, minors |
| 30 | LANNING, C. G. | LOVEBERG, A. GODFREY | |
| 31 | LAPPIN, PAULINE H. | LUCIER, DAVE O. | |
| 32 | LAREVA, JOHN G. | LUCIER, ELLA J. | |

Exhibit A

| # | | | |
|---|---|---|---|
| 1 | MAHER, JOSEPH D., JR. | MILLS, JOHN A. | OLINGER, KATHRYN |
| 2 | MALLONEE, BEN J. | MOBLEY, ELIZABETH F. | OWEN, DOUGLAS E. |
| 3 | MANSFIELD, MOLLIE | MOERSCH, JOSEPH | OWENS, MAXINE |
| 4 | MARCH, ROSE MARY | MONTENEGRO, ELENA | OXLEY, ABNER S. |
| 5 | MARCY, ANNIE J. | MONTENEGRO, ESTHER P. | |
| 6 | MARKLEY, ROBERT EARL | MONTENEGRO, SEVILLE | |
| 7 | MARKS, ADA D. | MOON, CHARLES | |
| 8 | MARQUIS, MINERVA | MOON, EARL L. | |
| 9 | MARQUIS, RAOUL | MORALES, HELENA | |
| 10 | MARTENSON, NILS | MORALES, SANTO | |
| 11 | MARTIN, JOHN E. | MOSBY, HARRY D. | |
| 12 | MARTIN, MARY A. | MOSBY, LEAH I. | |
| 13 | MARTIN, WILLIAM SEEDS | MULVEY, ANNE L. | |
| 14 | MARTINEZ, MARIA | MULVEY, CLARENCE K., SR. | |
| 15 | MARTINEZ, MARIE J. | MUNOA, LENA C. | |
| 16 | MASON, JOHN WILLIAM | MURPHY, BERTHA | |
| 17 | MASON, ZALIA K. | MURPHY, EDWARD | |
| 18 | MATTESON, LOTTA M. | MURRAY, LENORA HENRY | |
| 19 | MATTHIAS, ELSIE M. | MYERS, W. D. | |
| 20 | MATTHIAS, NORMA E. | NATHAN, ESTHER | |
| 21 | MAZACRO, FILAMENA | NATIONAL TITLE INSURANCE CO. | |
| 22 | MEIER, ADA E. | NEIMI, ETHEL, also known as NIEMI, | |
| 23 | MELLON, MARY M. | | |
| 24 | MELTON, MARY M. | NEIMI, OSCAR, also known as NIEMI, | |
| 25 | MERRICK, MYRAH | NELSON, DOROTHY STOCKMAR | |
| 26 | MESSER, NICHOLAS | NIEDER, PETER J. | |
| 27 | MILHOLLAND, GEORGE W. | NORMAN, LEW G. | |
| 28 | MILICH, FREDERICK | OAKLEY, MICHAEL J. | |
| 29 | MILLER, FLORENCE H. | OAKLEY, MONICA V. | |
| 30 | MILLER, LULA I. | OLDHAM, HENRIETTA B. E. | |
| 31 | MILLER, M. M. | OLDHAM, WILLIAM G. | |
| 32 | MILLS, ELLEN A. | | |

Exhibit A

| # | | | |
|---|---|---|---|
| 1 | PADDOCK, GEORGE H. | POOL, EDWIN D. | ROGERS, GINA |
| 2 | PAGE, BERTHA D. | POOL, RUTH | ROGERS, ROY |
| 3 | PAGE, SAMUEL C. | PORTER, CRYSTAL WELLS | ROSS, IVA |
| 4 | PALMER, O. J. | POSCHEN HENRIETTA E. | ROWDEN EUNICE L. |
| 5 | PARIS, TOM | PREBUS, ADOLINE E. | ROWDEN, E. W. |
| 6 | PARIZEK, FRANCES | RABAGO, EDNA | ROWE, BEATRICE |
| 7 | PARIZEK, HENRY | RABAGO, FRED | RUBBERT, LORETTA E. |
| 8 | PARKER, DOROTHY F. | RAIL, CLARENCE HAROLD | RUBBERT, MARTIN H. |
| 9 | PARKS, AMY | RAND, MARIA TERESE | RUSH, MARY C. |
| 10 | PARKS, WILLIAM R. | RANDOLPH, BARBARA | RUST, RICHMOND A. |
| 11 | PARRIS, EDA E. | RANDOLPH, RANDY | SALCEDO, HENRY |
| 12 | PARRIS, JOHN F. | RASH, MARY C. | SALCEDO, JOSEPHINE |
| 13 | PATERSON, MARGARET SMITH | ███████████████ | SALLADIN, PAUL M. |
| 14 | PATZNER, JOHN | ███████████ | SALMON, ERNEST |
| 15 | PAYNE, J. M., TRUSTEE | REDMAN, WALTER H. | SALMON, MURIEL C. |
| 16 | PEARCE, WILLIAM JOHN | REED, ABRAHAM L. | SANDERS, HENRY |
| 17 | PETERSON, JACK L. | REED, ANNA P. | SAPERO, KALMEN C. |
| 18 | PHELAN, OLIVIA | REGISTER, WILLIAM W. | SAUNDERS, EDWARD C. |
| 19 | PHILLIAN, ALEXANDER JOHN | RENSLER, EDWIN F. | SAUNDERS, IDA L. |
| 20 | PHILLIPS, CAROLINE E. | RENSLER, MILDRED H. | SAUNDERS, MARY |
| 21 | PHILLIPS, JOHN WILLIAM | REVILL, LILY | SAYER, STANLEY |
| 22 | PHILLIPS, MARJORIE C. | REVILL, PERCIVAL | SCEATS, HUBERT J. |
| 23 | PIERCE, MARY NEWTON | RICKERT, OTTO G. | SCHENK, CECILIA E. |
| 24 | PINKHAM, ANNIE E. | RICHMOND, JAMES A. | SCHENK, EMIL |
| 25 | PINKHAM, CLARENCE I. | RIOS, NICHOLAS | SCHIERZ, J. H. |
| 26 | PITTAM, FRANK WILL | RITTER, BLANCHE P. | SCHMIDT, RUBEN S. |
| 27 | PITTAM, HAZEL EUNICE | RITTER, C. P. | SCHMITZ, JAMES N. |
| 28 | PLUMLEY, ELIZABETH A. | RIZZO, MARY | SCHMITZ, JOSEPHINE |
| 29 | POLLARD, ARTHUR V. | ROBBINS, GENEVIEVE | SCHNEIDER, CHARLES A. |
| 30 | POLLARD, CLARENCE O. | ROBERTS, MARJORIE | SCHNEIDER, JOSEPH |
| 31 | POLLARD, FLORENCE H. | ROGERS, ADDIE A. | SCHNEIDER, LOUISE LA FEVER |
| 32 | POLLARD, HILDA | ROGERS, FRANK P., JR. | SCHROEDER, ANNA P. |

Exhibit A

4246

Exhibit A

| | | |
|---|---|---|
| 1 | SCHROEDER, W. A. | SOUTHERN CALIFORNIA DISTRICT ADVISORY BOARD | SYNADINOS, BASIL T. |
| 2 | SCHUMAN, DOROTHY | | TALBOT, GRACE |
| 3 | SCHUMAN, THOMAS S. | SPRAGER, EVELYN K. | TALCOTT, LOLA |
| 4 | SCOTT, JESSIE K. | SPRAGER, HARVA KAAREN | TANGWAY, ALICE E. |
| 5 | SEWELL, HAROLD | SPRAGER, ISOBEL TANYA | TARWATER, BENJAMIN W. |
| 6 | SHANE, ELECK | SPRAGER, SAM O. | TARWATER, CLARA I. |
| 7 | SHANE, GUSSIE | STAPP, BILLIE J. | TAYLER, CLARA L. |
| 8 | SHARP, MILDRED A. | STAPP, DERALD R. | TAYLOR, B. F. |
| 9 | SHAVER, ROLAND P. | STARK, DIXIE | TAYLOR, ELINORE E. |
| 10 | SHAW, LUTHER U. | STAUFFER, IVAN | TAYLOR, HOWARD A. |
| 11 | SHAW, VERA C. | STEELE, ELIZABETH A. | TAYLOR, WILLIAM M. |
| 12 | SHELTON, JAMES H. | STEELE, J. C. | THARP, ALVIN S. |
| 13 | SHIELD, HALVAJIAN | STEINHARDT, LEO A. | THARP, MILDRED E. LEE |
| 14 | SHOEMAKER, CARL R. | STELLINO, A., AKA ANTONIO STELLINO | THOMAS, FRANK |
| 15 | SIBRIAN, JOSEPHINE M. | | THOMAS, GLADYS |
| 16 | SIGUAT, AGNES VIRGINIE | STELLINO, ROSA | THOMAS, RALPH R. H. |
| 17 | SIGUAT, ETIENNE | STEVINSON, SOLIDA STEWART, ADELAIDE | THOMPSON, ALLIE J. |
| 18 | SILVERIA, MARGARET A. | STEWART, STANLEY | THOMPSON, C. J. |
| 19 | SIMMONS, MARGARET | STITES, GEORGE ARTHUR | THOMPSON, H. C. |
| 20 | SIMMONS, MONICA B. | STITES, KATHERINE JEAN | THOMPSON, M. WALTER |
| 21 | SIMONICH, DOROTHY A. | ST. DENIS, RUTH | THOMPSON, MATTIE |
| 22 | SIMONICH, JOSEF | STOCKMAR, ROBERT A. | THOMPSON, MAX D. |
| 23 | SKELLENGER, SEVILLA J. | STOMBAUGH, GLADYS B. | THOMPSON, MILES WILLIAM |
| 24 | SLAGLE, MYRON | STONEBREAKER, FLORENCE M. | THOMPSON, OWEN C. |
| 25 | SMILEY, EMMA M. | STORY, BYRON STORY, IDA MAY STULTS, ALLAN C., JR. | TINGLER, OPAL |
| 26 | SMITH, CLARYLIN G. | STOUT, MARIE STULTS, HELEN D. | TINGLER, WILLIAM R. |
| 27 | SMITH, HERBERT M. | STOUT, RALPH SUMARLIDASON, HENRY M. | TOMPKINS, FRANC B. |
| 28 | SMITH, JULIA T. | STRADER, THOMAS P. SVEINSON, M. ELEANOR | TONGWAY, JOHN M. |
| 29 | SMITH, LE ROY O. | STROBEL, RUTH JOHNSON SWAIM, ALICE A. | TOY, FLORENCE P. |
| 30 | SMITH, LOUISE C. | STRUDER, BERNARD E. SWAIN, REX | TRENT, CHARLES E. |
| 31 | SMITH, SIDNEY G. | SWARTHOUT, ADA | TRENT, JONI J. |
| 32 | SMITH, STUART | | |

Exhibit A

| | | | |
|---|---|---|---|
| 1 | TRETHEWEY, L. | WEBB, GERALD B. | WOOD, MILDRED BELLAMY |
| 2 | TRINDL, FRANK A. | WEBSTER, HELEN B. | WOODS, ANNA K. |
| 3 | TRINDL, MARGIE | WEISZ, LYDIA M. | WRIGHT, MARIE |
| 4 | TRIPP, ALBERT D. | WELLER, LUCILE DAVENPORT | WROTNOWSKI, A. C. |
| 5 | TRIPP, CHARLES H. | WELLS, DANIEL M. | WROTNOWSKI, DELCINE |
| 6 | TRIPP, CHRISTINE H. | WELLS, EDNA ARMELIA | YAGLE, EDWARD R. |
| 7 | TRIPP, MARY ALICE | WELLS, LEONA W. | YAGLE, JEANNE M. |
| 8 | TRIPP, NETTIE C. | WELLS, ORVENE | YORK, EDITH DAVENPORT |
| 9 | TROEGER, RICHARD HENRY | WHEELER, ELLA | YOUNG, R. G. |
| 10 | TURNER, ADA M. | WHITE, DOROTHY AYERS | YRISARRI, CATHERINE MITCHELL |
| 11 | TURNER, JAMES | WHITLOCK, FLORENCE M. | ZAGORC, ANNA |
| 12 | UTT, FLORENCE G. | WHITLOCK, JOHN H. | ZAGORC, FRANK |
| 13 | VAIL, N. R. | WILKINS, HILDA | |
| 14 | VAN HOOSE, LAURA K. | WILKS, CHARLES EDWARD | |
| 15 | VIAL, JOSEPH | WILKS, RICHARD, JR. | |
| 16 | VIAL, OLGA | WILLIAMS, H. E. | |
| 17 | VOGEL, KARL | WILLIAMS, MARIE CLARE | |
| 18 | WADE, RALPH W. | WILLIAMS, MILTON A. | |
| 19 | WAGGONER, T. E. | WILLIS, ADA | |
| 20 | WAGNER, ALICE | WILLIS, ARTHUR | |
| 21 | WAGNER, RAYMOND M., JR. | WILLIS, BARBARA | |
| 22 | WAGNON, PATRICIA RUTH | WILLIS, FLOSSIE F. | |
| 23 | WALKER, FRANK R. | WILLIS, RICHARD | |
| 24 | WALKER, WILLIAM D. | WILLIS, WILLIAM W. | |
| 25 | WALLACE, ELSIE JEAN | WILSON, CHRISTINE | |
| 26 | WALTERS, MARGUERITE | WILSON, JOHN E. | |
| 27 | WALTON, RALPH E. | WILSON, PAULINE C. | |
| 28 | WATSON, ROY DODDS | WILSON, ROBERT JOHN | |
| 29 | WATT DEVELOPMENT CORP. | WILSON, WALTER D. | |
| 30 | WATTS, RENA | WINTER, MARY A. | |
| 31 | WEAVER, ADRIAN F. | WISE, CHARLEY C. | |
| 32 | WEAVER, CORA P. | WITCHER, CORA MAY | |