SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8 1154



IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
          Plaintiff,  ) No. 1247 SD C
   vs.  ) MEMORANDUM CONCERNING
FALLBROOK PUBLIC UTILITY DISTRICT, ) FINDINGS OF FACT
a public service corporation of ) DEFENDANTS
the State of California, et al., )
          Defendants.  ) GEORGE W. TOWNE and
                     ) ROSE G. TOWNE

    GEORGE W. TOWNE and ROSE G. TOWNE respectfully submit that the evidence adduced at the hearings before the Special Master establishes the following facts:

    1. Defendants are the owners of the lands described in their answer herein.

    2. The lands of defendants are riparian to the west fork of De Luz Creek which flows through the northwesterly corner of said lands.

    3. The lands of defendant include approximately 8 acres of arable and irrigable land as set forth in plaintiff's Exhibit M-49.

                              SACHSE and PRICE

July 13, 1958                     by /s/ [signature]
                              Attorneys for defendants

COPY RECEIVED           - 1 -