

SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8 1154

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of<br>the State of California, et al.,<br><br>　　　　Defendants. | No. 1247 SD C<br><br>MEMORANDUM CONCERNING<br>FINDINGS OF FACT<br>DEFENDANTS<br>HERBERT E. SHAVER and<br>JOAN B. SHAVER |

　　　Defendants HERBERT E. SHAVER and JOAN B. SHAVER respectfully submit that the evidence adduced before the Special Master establishes the following facts:

　　　1. Defendants are the owners of the lands described in their answer herein.

　　　2. The lands of defendants are riparian to the West Fork of De Luz Creek.

　　　3. The lands of defendants contain approximately 27.5 acres of irrigable and arable land. This figure is based upon the fact that approximately 5 acres found by the United States to be non-irrigable is in fact planted to avocados.

- 1 -

COPY RECEIVED

4. The southerly ten acres of the lands of defendants overlies vargrant, local, percolating ground waters not a part of any stream.

July 13, 1958

SACHSE and PRICE

by *[signature]*
Attorneys for defendants
HERBERT E. SHAVER and
JOAN B. SHAVER

- 2 -