SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8 1154



FILED

JUL 2 3 1958

JOHN M. CRANSTON
SPECIAL MASTER

FILED

JUL 3 1 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )      No. 1247 SD C
                                )
        vs.                     )      MEMORANDUM CONCERNING
                                )
FALLBROOK PUBLIC UTILITY DISTRICT,)      FINDINGS OF FACT
a public service corporation of   )
the State of California, et al.,  )   DEFENDANT
                                )
                Defendants.     )      CORA B. MYERS
                                )

        Defendant CORA B. MYERS respectfully submits that the

evidence adduced at the hearings before the Special Master es-

tablishes the following facts:

        1.  Defendant is the owner of the lands described in

her answer herein, containing 4.9 acres more or less.

        2.  The lands of defendant are all arable and irrigable.

        3.  A portion of the lands of defendant overlie all-

uvial formations containing ground waters which a part of the

waters of the East Fork of De Luz Creek, which stream flows

past the extreme southerly corner of the property of defendant.

        4.  Defendant has a correlative right with all other

owners whose lands overlie such alluvial basin to the use of

- 1 -

the waters found therein.

SACHSE and PRICE

July 13, 1958

by *[signature]*
Attorneys for defendant
CORA B. MYERS

- 2 -