SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8 1154



IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of<br>the State of California, et al.,<br>          Defendants. | No. 1247 SD C<br>MEMORANDUM CONCERNING<br>FINDINGS OF FACT<br>DEFENDANTS<br>FRANK E. COUCH and<br>ANNA J. COUCH |

    Defendants FRANK E. COUCH and ANNA J. COUCH respectfully submit that the evidence adduced before the Special Master establishes the following facts:

    1. Defendants are the owners of the lands described in their answer herein.

    2. Parcel Two of the lands of defendants is riparian to Camps Creek which flows through the extreme northeasterly corner thereof in a generally northwesterly to southeasterly direction.

    3. Parcel Two of the lands of defendants is also riparian to an un-named intermittent stream flowing through said parcel in a generally westerly to southeasterly direction.

- 1 -

COPY RECEIVED

1  The said stream flows only during and immediately after periods
2  of precipitation.
3      4.  Parcel One of said lands is riparian to the same
4  un-named intermittent stream mentioned in paragraph 3 above.
5      5.  The waters underlying Parcel One of said lands are
6  vagrant, percolating, local ground waters not a part of any
7  stream.
8      6.  Approximately 25 acres of the lands contained in
9  Parcel Two are arable and irrigable.

SACHSE and PRICE

July 13, 1958                   by /s/ [signature]
                                Attorneys for defendants
                                FRANK E. COUCH and ANNA
                                J. COUCH

- 2 -