FILED
JUL 31 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8 1154



FILED
JUL 23 1958
JOHN M. CRANSTON
SPECIAL MASTER
By _____ CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of<br>the State of California, et al.,<br>　　　　Defendants. | No. 1247 SD C<br>MEMORANDUM CONCERNING<br>FINDINGS OF FACT<br>DEFENDANTS<br>WILLIAM A. GOODCHAP and<br>ROBERTA L. GOODCHAP |

　　　　WILLIAM A. GOODCHAP and ROBERTA L. GOODCHAP respectfully submit that the evidence adduced at the hearings before the Special Master establishes the followings facts:

　　　　1. Defendants are the owners of the lands described in their answer therein.

　　　　2. The lands of defendants are riparian to and overlie the alluvial basin on the West Fork of De Luz Creek.

　　　　3. The lands of defendants contain approximately 4.4 acres of arable and irrigable land.

　　　　　　　　　　　　　　　　　　SACHSE and PRICE

July 13, 1958　　　　　　　　　　　by _____
　　　　　　　　　　　　　　　　　　Attorneys for defendants
　　　　　　　　　　　　　　　　　　WILLIAM A. GOODCHAP and
　　　　　　　　　　　　　　　　　　ROBERTA L. GOODCHAP

COPY RECEIVED

- 1 -

4295