SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8 1154



FILED
JUL 31 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. L. Kunzl
      Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of<br>the State of California, et al.,<br><br>    Defendants. | No. 1247 SD C<br><br>MEMORANDUM CONCERNING<br>FINDINGS OF FACT<br>DEFENDANTS<br>MART J. LE VACK and<br>ROSAMOND LE VACK |

    MART J. LE VACK and ROSAMOND LE VACK respectfully submit that the evidence adduced at the hearings before the Special Master establishes he following facts:

    1. Defendants are the owners of the lands described in their answer herein.

    2. The lands of defendants abut upon and are riparian to the East Fork of De Luz Creek, which flows through said lands in a northeasterly to southwesterly direction.

    3. The lands of defendants contain approximately 90 acres of arable and irrigable land, as set forth in Exhibit M-80 Engineering Report.

    4. The westerly portion of said lands contains an old mine shaft which draws water from vagrant, percolating, local

COPY RECEIVED

- 1 -

4293

1  ground waters not a part of any stream.

2      5. The higher portions of the lands of defendants
3  overlie vagrant, percolating, local ground waters not a part
4  of any stream.

5      6. Substantial acres of the lands of defendants overlie
6  the alluvial basin of the East Fork of De Luz Creek, and the
7  waters thereunder are a part of said stream.

                              SACHSE and PRICE

July 13, 1958                 by /s/ [signature]
                              Attorneys for defendants
                              MART J. LE VACK and
                              ROSAMOND LE VACK