FILED
JUL 31 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8 1154



FILED
JUL 23 1958
JOHN M. CRANSTON
SPECIAL MASTER
BY _____ CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　)　　No. 1247 SD C
　　　　　　　　　　　　　　　　　　)
　　vs.　　　　　　　　　　　　　　 )　　MEMORANDUM CONCERNING
　　　　　　　　　　　　　　　　　　)
FALLBROOK PUBLIC UTILITY DISTRICT,)　　FINDINGS OF FACT
a public service corporation of　 )
the State of California, et al.,　)　　DEFENDANTS
　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　 )　　FRANK J. CHESTMOLOVICH

and

PATRICIA A. CHESTMOLOVICH

　　　　Defendants FRANK J. CHESTMOLOVICH and PATRICIA ANN
CHESTMOLOVICH respectfully submit that the evidence adduced
at the hearings before the Special Master establishes the
following facts:

　　　　1.　Defendants are the owners of the lands described
in their answer herein.

　　　　2.　The lands of defendants are riparian to an un-named
tributary of DeLuz Creek which flows through said lands in a
generally westerly to easterly direction.

　　　　3.　The said stream flows only during and immediately
after periods of precipitation.

- 1 -

    4. The waters underlying the lands of defendants are vagrant, percolating, local ground waters not a part of any stream.

    5. It is the contention of defendants that since the only waters available to defendants are either vagrant, local percolating ground waters, or run-off that may be impounded following a rain, there are therefor no riparian uses presently involved and no determination of irrigable acreage is required at this time.

july 11, 1958

SACHSE and PRICE

by *[signature]*
Attorneys for defendants
FRANK J. and PATRICIA A.
CHESTMOLOVICH

- 2 -