SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8 1154



FILED
JUL 23 1958
JOHN M. CRANSTON
SPECIAL MASTER
BY _____ CLERK



FILED
JUL 31 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of<br>the State of California, et al.,<br>　　　　　Defendants. | No. 1247 SD C<br>MEMORANDUM CONCERNING<br>FINDINGS OF FACT<br>MERCY ANDERSON, sued herein<br>as MERCY PYEATT |

Defendant MERCY ADNERSON, sued herein as MERCY PYEATT, respectfully submits that the evidence adduced at the hearings before the Special Master establishes the following facts:

　　1.　Defendant is the owner of the lands described in her answer herein.

　　2.　The lands of defendant are riparian to an un-named tributary of Camps Creek which flows through the southeasterly corner of said property in a generally southwesterly to north-easterly direction.

　　3.　The said stream flows only during and immediately after periods of precipitation.

　　4.　The waters underlying the lands of defendant are vagrant, local, percolating ground waters not a part of any stream.

- 1 -

COPY RECEIVED

4289

5. It is the contention of defendant that since the only waters involved are either vagrant, local percolating ground waters or run-off that may be impounded during and after rains, there are no riparian uses presently involved and no determination of irrigable acreage is required at this time.

SACHSE and PRICE

July 11, 1958

by /s/ [signature]
Attorneys for Defendant
Mercy Anderson

- 2 -

4290