SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8 1154





IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of<br>the State of California, et al.,<br><br>    Defendants. | No. 1247 SD C<br><br>MEMORANDUM CONCERNING<br>FINDINGS OF FACT<br>DEFENDANT<br><br>JOHN KUHNIS |

    Defendant JOHN KUHNIS respectfully submits that the evidence adduced at the hearings before the Special Master establishes the following facts:

    1.  Defendant is the owner of the lands described in his answer herein.

    2.  The lands of defendant abut upon and are riparian to the East Fork of De Luz Creek.

    3.  Substantial portions of the lands of defendant overlie older and recent alluvium which serves as a water-holding basin, the waters of which are a part of the East Fork of De Luz Creek.

- 1 -

    4. The lands of defendant include approximately 40 acres of arable and irrigable land.

    5. The lands of defendant located in the northeast quarter of the southeast quarter of Section 28, T8S, R4W, SBM, overlie vagrant, percolating local ground waters not a part of any stream.

SACHSE and PRICE

July 11, 1958

by *[signature]*
Attorneys for defendant
JOHN KUHNIS