SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8 1154





IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of<br>the State of California, et al.,<br><br>  Defendants. | No. 1247 SD C<br><br>MEMORANDUM CONCERNING<br>FINDINGS OF FACT<br>DEFENDANTS<br>  ALFRED HOLSWORTH and<br>  HELEN E. HOLSWORTH |

Defendants ALFRED HOLSWORTH and HELEN E. HOLSWORTH respectfully submit that the evidence adduced at the hearings before the Special Master establishes the following facts:

1. That the defendants are the owners of the lands described in their answer herein.

2. That the lands of defendants do not abut upon and are not riparian to any stream.

3. That the waters underlying the lands of defendants are vagrant, percolating, local ground waters not a part of any stream.

- 1 -

COPY RECEIVED

4285

4. It is he contention of defendants that since only vagrant, percolating, local ground waters are involved in this parcel no determination of irrigable acreage is required.

SACHSE and PRICE

July 11, 1958

by *[signature]*
Attorneys for defendants
ALFRED and HELEN HOLSWORTH

- 2 -

4286