```
SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8 1154
```



FILED
JUL 2 3 1958
JOHN M. CRANSTON
SPECIAL MASTER
By /s/ _____ CLERK



FILED
JUL 31 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1247 SD C |
| vs. | ) | MEMORANDUM CONCERNING |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | ) ) ) ) | FINDINGS OF FACT DEFENDANT |
| Defendants. | ) | ROBERT B. BLEECKER |

Defendant ROBERT B. BLEECKER respectfully submits that the evidence adduced at the hearings before the Special Master establishes the following facts:

1. Defendant is the owner of the lands described in his answer herein.

2. The lands of defendant abut upon and are riparian to the following streams:

   a. The Northeast Quarter of the Southwest Quarter of Section 29, T8S, R4W, SBM, is riparian to the West Fork of De Luz Creek, indicated on the U.S. G. S. Map of the Fallbrook Quadrangle as "De Luz Creek", referred to by the defendant as the "All Year" Creek.

   b. The remainder of the lands of defendant are riparian to the East Fork of De Luz Creek, and to an un-named

COPY RECEIVED

- 1 -

4283

intermittent stream flowing through said lands in a generally north to south direction to a juncture with the East fork of De Luz Creek off the lands of defendant.

3. Substantial portions of the lands of defendant overlie older and recent alluvium which serves as a water-holding basin, and the waters of which are a part of the streams running through said alluvium.

4. The lands of defendant include approximately 287.4 acres of irrigable land as stated in Plaintiff's Exhibit M-47.

5. The lands of defendant located in the Northwest $\frac{1}{4}$ of the Northwest $\frac{1}{4}$ of Section 28, T8S, R4W, SBM overlie percolating ground waters not a part of any stream.

SACHSE and PRICE

July 11, 1958

by _____
Attorneys for defendant
ROBERT B. BLEECKER

- 2 -

4284