SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8 1154



FILED
JUL 31 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. 1247 SD C |
| vs. | MEMORANDUM CONCERNING |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | FINDINGS OF FACT DEFENDANT |
| Defendants. | GEORGIA P. WALLING |

    Defendant GEORGIA P. WALLING respectfully submits that the evidence adduced at the hearings before the Special Master establishes the following facts:

    1. The defendant is the owner of the lands described in her answer on file herein.

    2. The lands of defendant located in the South ½ of Section 25, T8S, R4W, SBM, are riparian to the upper reaches of Camps Creek.

    3. Camps Creek, as it flows through the said lands is an intermittent stream, flowing only during and after periods of precipitation.

    4. There are not alluvial desposits underlying Camps Creek as it flows through the lands of defendant.

- 1 -

COPY RECEIVED

4281

    <u>5</u>.  The remainder of the lands of defendant overlie vagrant, percolating, local ground waters not a part of any stream.

    <u>6</u>.  It is the contention of defendant that since the only waters involved are local, percolating ground waters, or waters that may be impounded during and after periods of rain, there are no riparian uses presently involved and no determination of irriagble acreage is required at this time.

                                                  SACHSE and PRICE

July 11, 1958                    by _[signature]_
                                          Attorneys for defendant
                                            GEORGIA P. WALLING

- 2 -

4282