J. LEE RANKIN
Solicitor General
Department of Justice
Washington, D. C.

Attorney for United States
  of America




IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 1247-SD-C |
| v. ) | REPLY TO REQUEST FOR ADMISSIONS |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) et al., ) | OF |
| Defendants. ) | HELEN GATES |

    HELEN GATES, defendant in the above entitled action, has filed an Answer, dated June 23, 1958, to the Complaint and Supplementary and Amendatory Complaint. In the Answer no claim to the right to the use of water of the Santa Margarita River and its tributaries is made. Under the circumstances the defendant, in fact, is disclaiming any right, title and interest to the water of the Santa Margarita River and its tributaries. It is understood, however, from the directions of the Court that it is desirable to have entered in the decree by the Court, certain data in regard to lands of this defendant.

    The defendant requests by a Request for Admissions, dated June 23, 1958, that the plaintiff admit that the following statements are true: (1) Defendants are the owners of the lands described in their answer herein; (2) the lands described in the answer of defendants include 4.63 acres of irrigable land; (3) a reasonable water duty for the irrigable lands of defendant is 4.2 acre feet per acre per year; (4) the lands of defendant are not riparian

COPY RECEIVED

4303

to and do not abut upon any stream; (5) the waters underlying the lands of defendant are percolating ground waters not a part of any stream.

The plaintiff admits that insofar as is known at the present time the defendant is the owner of the land described in the answer. On July 8, 1958, the defendant indicated to representatives of the United States the boundary limits of the property described in the aforesaid answer and a reconnaissance survey was made of the property. Based upon this survey the United States of America admits that all of the land described in the answer is irrigable and that in the event the irrigable lands are devoted to the raising of permanent pasture, a project duty of 4.2 acre feet per year would be required. However, a smaller quantity of water per acre per year would be adequate with the adoption of a more practical and profitable agricultural development. Project duty is the water which must be applied to the crop plus the sum of those losses which occur between the point of supply and the point of use.

The reconnaissance survey further showed that the lands described in the answer do not abut on the Santa Margarita River or its tributaries; moreover, that the lands probably overlie percolating ground waters. In using the term "overlie" it is not to be ascribed the legal significance given the term in Pasadena v. Alhambra, 33 Calif (2d) 908, 207 Pac (2d) 17 (1949). These ground waters are not a part of any surface or subsurface stream or subsurface basin of the Santa Margarita River or its tributaries.

UNITED STATES OF AMERICA

J. LEE RANKIN, Solicitor General

WILLIAM H. VEEDER
Attorney, Department of Justice

Dated: July 15, 1958

WILLIEM E. BURBY
Attorney, Department of Justice

-2-

4304

```
1  STATE OF            )
                       )  ss.
2  COUNTY OF           )
```

3      WILLIAM H. VEEDER, Attorney, Department of Justice, being duly sworn,
4  upon oath deposes and says: That he signed on behalf of the United States
5  of America, the foregoing answer to Request For Admissions of Helen Gates,
6  filed June 23, 1958; that he has read the foregoing answers; that he is
7  authorized to sign it on behalf of the United States of America; and that
8  the statements contained in those answers are true except insofar as the
9  statements are based upon information and belief and those statements he
10 believes to be true.

                                    _____
                                         WILLIAM H. VEEDER
                                    Attorney, Department of Justice

Subscribed and sworn to before me
this  15th  day of  July  , 1958.

Thomas Granger
U. S. Commissioner
at Yakima, Wash.

-3-

4305