F I L E D

JUL 31 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *M. D. _____*
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

CIVIL No. 1247-SD-C

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL;

    Defendants.

ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of copies of the Answers in the above entitled case of the following named defendants:

MARY FRANCES MOORE

FRIEDA W. SEVERNS

CHESTER B. NEISWENDER

HARRY M. DAVIS and FLEDA B. DAVIS

DENNIS DUANE GARDNER and MARIONETTA BARDNER

KARL G. HOUTZ and MARGARET A. HOUTZ

HAZEL A. MARTEL

GOSSMAN, Clifford P. and Hilda I.

MERLE W. JAMES

JOE CANTACESSI and THERESA CANTACESSI

IRENE J. SHIRLEY and WINTON SHIRLEY

FERRELL E. WHITTEN and MARY F. WHITTEN

GOLDA JANDA and EARL JANDA

ROBERT M. and PEARL D. CUMMINS

HELYN S. ALLEN

DATED: 24 July 1957

W A Weaver
AUSA San Diego

4306