F I L E D

JUL 31 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

CIVIL NO. 1247-SD-C

UNITED STATES OF AMERICA,  )
                           )
         Plaintiff,        )
                           )
     v.                    )   ACKNOWLEDGMENT OF RECEIPT
                           )
FALLBROOK PUBLIC UTILITY   )
DISTRICT, ET AL,           )
                           )
         Defendants        )

    I hereby acknowledge receipt of copies of the Answers in the above entitled case of the following named defendants:

    RUTH E. BARRE, aka RUTH BARRE, aka RUTH POINDEXTER; ANNIE E. BARRE and BENJAMIN BARRE

    ORIE A. and EDITH M. USSERY

    BERTRAND O. WILLIAMS

    EARL C. ADAMS

    JIMMIE B. ALLMON

    ELMER P. BIECK and GRACE E. BIECK

    HERMAN B. BERGMAN, DECEASED, by Mrs. Eleanor Furie, Executrix

    PAUL L. DAVIS and MARY DAVIS

    HENRY H. SCOTT and LOIS SCOTT

    ROBERT K. BROSS and FRANCES K. BROSS

    GEORGE GRAHAM and SARAH JANE GRAHAM

    ARTHUR W. JOHNSON and MELANO M. JOHNSON

    MICHAEL KALINCZOK and LYNDA KALINCZOK

    G. ELDON KNOTT and VERA E. KNOTT

    FERNON LeFEVRE and MELISSA M. LeFEVRE

1  JAMES L. PRUITT and ADA E. PRUITT
2  ANDREW R. SCHAFFER
3  MACK STONE and HAZEL STONE
4  LAURA HOWELL TRAYLOR and WILFRED L. TRAYLOR
5  LEWIS L. WRIGHT, JR. and GLORIA A. WRIGHT

DATED: July 14, 1958.

*[signature]*

4308