IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

CIVIL NO. 1247-SD-C

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants.

ACKNOWLEDGMENT OF RECEIPT

ARMAND BOFFA

HECTOR R. HECOCK and VIVIAN G. HECOCK

C. C. JOHNSON and VELMA JOHNSON

NED H. McDANIEL

GEORGE M. PUGEL and DONNA DERALENE PUGEL

J. REX WARREN and BONNIE R. WARREN

W. K. WHITNEY

HUMMELL, Gerald Murray Watson and Ida Winifred

HAZEL C. SANDQUIST and EDWIN G. SANDQUIST

R. L. EGGER and LAURA L. EGGER

DATED: July 14, 1958.

                        _____

4309