FILED
JUL 31 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William M. Judge
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br><br>　　　　Defendants. | No. 1247-SD-C<br><br>MOTION FOR ORDER PURSUANT<br>TO TITLE 28, SECTION 1655,<br>U. S. CODE |

　　　　COMES NOW THE UNITED STATES OF AMERICA, acting by and through Robert E. Nagle, attorney for the plaintiff, and moves this Honorable Court for an Order directing the defendants named on Exhibit A to appear, plead or answer the COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT in this action, in accordance with Section 1655 of Title 28 of the United States Code. The purpose of the above entitled action is to have declared the respective rights of the plaintiff and the defendants named in Exhibit A, together with the other defendants in this action, to the use of water in the Santa Margarita River and its tributaries, and for such additional relief as may be proper. The defendants named in Exhibit A either own or have an interest in property within the Santa Margarita River watershed.

　　　　The defendants named in Exhibit A are not inhabitants of this state and cannot be found therein, but are inhabitants of and residing at the places shown following their names on Exhibit A, and have been served with a copy of the Summons and COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT at such places. The aforesaid defendants have not voluntarily appeared in this action.

4267

1     The affidavit of David W. Miller is attached as Exhibit B in support
2 of this motion.

3
4 Dated: *July 30, 1958*         *Robert E Nagle*
5                                       ROBERT E. NAGLE
                                      Attorney for Plaintiff

**EXHIBIT A**

| | | |
|---|---|---|
| 1 | ADAMS, Pearl B. | COMPTON, Jack K. |
| | 809 Valencia | 1125 North Randolph |
| 2 | Walla Walla, Wash. | Arlington, Va. |
| 3 | AMERICAN NATIONAL INSURANCE | COMPTON, Ruth |
| | COMPANY | 1125 North Randolph |
| 4 | Med. Arts Bldg. | Arlington, Va. |
| | Moody & Market | |
| 5 | Galveston, Texas | DAY, John W. |
| | | Room 1390 Dexter Horton Bldg. |
| 6 | ANDERSON, Edward | 710 - 2nd Ave. |
| | 704 W. Bay Drive | Seattle 4, Washington |
| 7 | Olympia, Wash. | |
| 8 | BANKS, Gertrude D. | DILTZ, Joseph Francis |
| | 1412 E. 24th St. | 2 S. State St. |
| 9 | Minneapolis, Minn. | Emporia, Kansas |
| 10 | BARTLETT, Francis W. | FARGIE, Kaweloleilani J. |
| | 1000 Board of Trade Bldg. | FARGIE, Oscar Smith, Jr. |
| 11 | Kansas City, Mo. | 9 Jib Green, S.W. |
| | | Washington, D. C. |
| 12 | BARTLETT, Julia | |
| | 5930 Overhill Road | GILBERT, George Robert |
| 13 | Kansas City 15, Mo. | 2575 Hudson St. |
| | | Denver, Colo. |
| 14 | BARTLETT, Paul D. | |
| | c/o Francis Bartlett | |
| 15 | 1000 Board of Trade Bldg. | GILBERT, Margaret T. |
| | Kansas City, Mo. | 214 E. San Raphael |
| 16 | | Colorado Springs, Colo. |
| 17 | BRITTON, Christina W. | HAMMER, C. E. |
| | BRITTON, William J., Jr. | Route 2, Box 246 |
| 18 | 154 Brevard Court | Eugene, Oregon |
| | Charlotte, N. C. | |
| 19 | | HAVENS, Ida Emma |
| | | 2511 Birch St. |
| 20 | BROWN, John E. | Denver, Colo. |
| | 2257 Clinton | |
| 21 | Las Vegas, Nev. | HEASTON, Magdalene |
| | | N. 18 - 8th St. |
| 22 | BURGIN, Winona Elizabeth | Cheny, Washington |
| | 537 N. Hassayampa Drive | |
| 23 | Prescott, Ariz. | HIBBARD, Judy |
| | | HIBBARD, Royal |
| 24 | CALKINS, Leon Clifton | Route 4, Box 511 |
| | Clovis, N. M. | Salem, Oregon |
| 25 | | |
| | | HETRICH, Jean E. |
| 26 | CHURCHILL, Frank A. | HETRICH, Laurence W. |
| | 403 Grand St. | 139 Crest Drive |
| 27 | Ligonier, Indiana | Garfield Estates |
| | | Woodbridge, Va. |
| 28 | CARLSON, Conrad H. | |
| | Route 2, Box 198A | |
| 29 | Santa Fe, New Mexico | HOLCOMB, Cathryn L. |
| | | c/o MRS. JOHN VINSANT |
| 30 | CLARK, Allen B. | Route 2, Box 36 |
| | CLARK, M. Virginia | Winslow, Arkansas |
| 31 | U.S. Court House Office | |
| | Nashville, Tenn. | |
| 32 | | |

- 1 -

4269

EXHIBIT A

**EXHIBIT A**

| | | |
|---|---|---|
| 1 | INTERNATIONAL TRUST CO. | MEYER, Amelia |
| 2 | P.O. Box 480, 635 - 17th St. Denver, Colo. | MEYER, David 6620 E. 72nd Place Derby, Colo. |
| 3 | JAMES, Della | |
| 4 | JAMES, William Wm. James Ranch | MILLER, Mrs. R. Lee c/o H. C. Warner 239 Atlantic |
| 5 | Paradise Valley Winnemucca, Nev. | Henderson, Nev. |
| 6 | LANGSTRAAT, Henry P. | MITCHARD, Bessie |
| 7 | LANGSTRAAT, Margaret E. Twin Echo Farm | MITCHARD, Herbert Twin Lakes, Wisconsin |
| 8 | High Hill, Mo. | MOON, Jane P. |
| 9 | LENTZ, Earl B. Jasper, Oregon | MOON, Theodore L. 1318 Louisiana Ave. Lake Charles, La. |
| 10 | | NICKLE, June M. |
| 11 | LILLIE, Harry F. Route 1, Box 143 | Box 52 Keene, Texas |
| 12 | Olalla, Washington | PERRY, Mitchell |
| 13 | LIND, Eva K. LIND, Robert | 132 W. Missouri Tucson, Ariz. |
| 14 | 3007 - 2nd Avenue East Hibbing, Minn. | PHOENIX MUTUAL LIFE INSURANCE CO. 79 Elm Street |
| 15 | MC GILVRA, Hattie G. | Hartford, Conn. |
| 16 | 2041 S. Palmetto St. Sioux City, Iowa | POWELL, Evelyn H. |
| 17 | | POWELL, Thomas J. Naval Amphibious Base |
| 18 | MC KENNA, Mollie 1465 Pinkney St. | Little Creek, Va. |
| 19 | Omaha, Nebraska | RAGLAND, Dorsey W. RAGLAND, Jack R. |
| 20 | MAC DONALD, F. S. MAC DONALD, Pearl A. | 330 W. La Mirada Phoenix, Ariz. |
| 21 | Route 1, Washoe Valley Carson City, Nev. | RANDALL, Erma B. |
| 22 | | RANDALL, Kermit E. |
| 23 | MARINEAU, Charlotte M. MARINEAU, Edmund | 1459 Binforce, Hill Air Base Ogden, Utah |
| 24 | 8th Ave. East & Pearl St. Eugene, Oregon | ROBINSON, Paul L. |
| 25 | | ROBINSON, Juanita 472 Carolwood Lane |
| 26 | MARSHALL, Drian M. 4824 Alger | Atlanta, Ga. |
| 27 | Everett, Washington | SEVIER, John A. 214 E. San Rafael St. |
| 28 | MEINKE, Florence M. MEINKE, Theodore | Broadmore Hotel Colorado Springs, Colo. |
| 29 | 230 Rutgers Ave. Swarthmore, Pa. | SNODGRASS, Lorene |
| 30 | | SNODGRASS, T. C. 1237 E. Georgia |
| 31 | MERWAN CORPORATION, a Delaware Corporation | Phoenix, Ariz. |
| 32 | 79 Pine St. Room 705 New York, N. Y. | |

- 2 -

4270

**EXHIBIT A**

EXHIBIT A

1  STEIFEL, Charles J.
   STEIFEL, Grace L.
2  63 Dale Ave.
   Hempstead, L.I., N. Y.
3
   STONE, Frank
4  STONE, Bee
   6972 North Clark St.
5  Chicago, Ill.

6  STURTEVANT, Charles A.
   STURTEVANT, Doris
7  916 S. Erie
   Tulsa, Okla.
8
   SYKES, Joyce E.
9  SYKES, Margie
   East 5104 Commerce
10 Spokane, Wash.

11 THOMAS, M. C.
   214 E. San Rafael St.
12 Colorado Springs, Colo.

13 TRAYNOR, Harold J.
   Station KQV
14 CoC Bldg., 8th Floor
   Pittsburgh, Pa.
15

16 TREMBLAY, Leo G.
   TREMBLAY, Maryon
17 16615 Norbourne
   Detroit 4, Mich.
18

19 TRUMBO, Charles Lloyd
   619 Columbia Avve.
   Springfield, Ill.
20

21 WALKER, Doris I.
   WALKER, Glenn G.
22 Branson, Missouri

23 WATCHTOWER BIBLE & TRACT
   SOCIETY OF NEW YORK, INC.
   124 Columbia Heights
24 Brooklyn, N. Y.

25
26 WEBB, Gerald B.
   WEBB, Joel A. H.
   214 E. San Raphael St.
27 Colorado Springs, Colo.

28
29 WEBSTER, Edward L.
   WEBSTER, Helen B.
   111 S. 15th St., Room 1302
30 Philadelphia, Pa.

31
32

WELCH, Laura
626½ Julian
Parkersburg, West Va.

WEEKS, Arthur Benson
901 - 23rd St., N.W.
Washington, D. C.

WHELDEN, Charles M.
WHELDEN, Grace
Royal Oaks Trailer Court
Medford, Oregon

WILEY, Eleanore
c/o Lillard Woodworth Furniture
1607 S. Tamiami Trail
Sarasota, Florida

WITT, William S.
WITT, Margaret V.
N. College Street
Oxford, Ohio

- 3 -

1  EXHIBIT B

7           IN THE UNITED STATES DISTRICT COURT
8             SOUTHERN DISTRICT OF CALIFORNIA
9                   SOUTHERN DIVISION

10 UNITED STATES OF AMERICA,        )
11              Plaintiff,          )
12     v.                           )
13 FALLBROOK PUBLIC UTILITY DISTRICT,)       AFFIDAVIT
   et al.,                          )
14                                  )
15              Defendants.         )

16 STATE OF CALIFORNIA,    )
                           ) ss.
17 COUNTY OF SAN DIEGO.    )

18         David W. Miller, being first duly sworn, says that he is one of the
19 attorneys for the plaintiff in the above entitled cause; that he is informed
20 and believes that the defendants named in Exhibit A. of the Motion for Order
21 Pursuant To Title 28, Section 1655, U. S. Code, to which this affidavit is
22 attached and made a part thereof as Exhibit B, are not inhabitants of, nor
23 residing in, the State of California, but are residing at the addresses below
24 their names on the aforementioned Exhibit A, and further that they have been
25 served with a copy of the appropriate summons and a copy of the Complaint and
26 Supplementary and Amendatory Complaint in this action.  This information and
27 belief is based upon an examination of Returns of Service of Process made by
28 the United States Marshals.
29         Further, that he is informed and believes that the aforesaid defend-
30 ants are either owners of, or have an interest in, property within the Santa
31 Margarita River watershed within Riverside County, California.

                                            /s/ David W. Miller

                                                                    4272

1  Subscribed and sworn to before me
   this 30 day of July, 1958.
2
3  Margaret B. Looker
   Notary Public in and for said
4        County and State
5  (SEAL)
6  My Commission Expires June 3, 1962.