F I L E D

JUL 3 1 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,               )
                                        )
                Plaintiff,              )        No. 1247-SD-C
                                        )
        v.                              )           ORDER
                                        )
FALLBROOK PUBLIC UTILITY DISTRICT,      )
et al.,                                 )
                                        )
                Defendants.             )

        Upon motion of the plaintiff for an Order directing the defendants

named in Exhibit A hereof, to appear, plead, or answer the COMPLAINT AND

SUPPLEMENTARY AND AMENDATORY COMPLAINT in this action, in accordance with

Section 1655 of Title 28 of the United States Code, and it appearing to the

Court that the defendants named in Exhibit A either own or have an interest in

property within the Santa Margarita River watershed; that the purpose of the

above entitled action is to have declared the respective rights of the plaintiff

and the defendants named in Exhibit A, together with the other defendants in

the action, to the use of water in the Santa Margarita River and its tributaries,

and for such additional relief as may be proper; that the defendants named in

Exhibit A are not inhabitants of this state and cannot be found therein but are

inhabitants of and residing in those places shown following their names on

Exhibit A and have been served with a copy of the Summons and COMPLAINT AND

SUPPLEMENTARY AND AMENDATORY COMPLAINT at such places; and that such defendants

have not voluntarily appeared,

        IT IS ORDERED:

copy sent

4274

1.  That the defendants named in Exhibit A are hereby directed to appear, plead, answer or otherwise move with respect to the COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT previously served upon them on or before the 30th day of September 1958 or in default thereof the Court will proceed to the hearing and adjudication of this suit.

2.  That a copy of this Order be served on the defendants named in Exhibit A on or before August 31, 1958 by the United States Marshals for the respective districts in which the defendants reside as shown by the addresses in Exhibit A, or wherever the defendant may be found.

3.  That a copy of this Order be served by the United States Marshal for this District upon the person in possession or in charge, if any, of such property that each of the said defendants owns or has an interest in within the Santa Margarita River watershed, on or before August 31, 1958.

Dated: _July 31, 1958_

_James M. Carter_
JAMES M. CARTER
Judge of the United States District
Court, Southern District of California

-2-

4275

EXHIBIT A

| | |
|---|---|
| ADAMS, Pearl B.<br>809 Valcacia<br>Walla Walla, Wash. | COMPTON, Jack K.<br>1125 North Randolph<br>Arlington, Va. |
| AMERICAN NATIONAL INSURANCE<br>COMPANY<br>Med. Arts Bldg.<br>Moody & Market<br>Galveston, Texas | COMPTON, Ruth<br>1125 North Randolph<br>Arlington, Va.<br><br>DAY, John W.<br>Room 1390 Dexter Horton Bldg.<br>710 - 2nd Ave.<br>Seattle 4, Washington |
| ANDERSON, Edward<br>704 W. Bay Drive<br>Olympia, Wash. | |
| BANKS, Gertrude D.<br>1412 E. 24th St.<br>Minneapolis, Minn. | DILTZ, Joseph Francis<br>2 S. State St.<br>Emporia, Kansas |
| BARTLETT, Francis W.<br>1000 Board of Trade Bldg.<br>Kansas City, Mo. | FARGIE, Kaweloieilani J.<br>FARGIE, Oscar Smith, Jr.<br>9 Jib Green, S.W.<br>Washington, D. C. |
| BARTLETT, Julia<br>5930 Overhill Road<br>Kansas City 15, Mo. | GILBERT, George Robert<br>2575 Hudson St.<br>Denver, Colo. |
| BARTLETT, Paul D.<br>c/o Francis Bartlett<br>1000 Board of Trade Bldg.<br>Kansas City, Mo. | GILBERT, Margaret T.<br>214 E. San Raphael<br>Colorado Springs, Colo. |
| BRITTON, Christina W.<br>BRITTON, William J., Jr.<br>154 Brevard Court<br>Charlotte, N. C. | HAMMER, C. E.<br>Route 2, Box 246<br>Eugene, Oregon<br><br>HAVENS, Ida Emma<br>2511 Birch St.<br>Denver, Colo. |
| BROWN, John E.<br>2257 Clinton<br>Las Vegas, Nev. | HEASTON, Magdalene<br>N. 18 - 8th St.<br>Cheny, Washington |
| BURGIN, Winona Elizabeth<br>537 N. Hassayampa Drive<br>Prescott, Ariz. | HIBBARD, Judy<br>HIBBARD, Royal<br>Route 4, Box 511<br>Salem, Oregon |
| CALKINS, Leon Clifton<br>Clovis, N. M. | HETRICH, Jean E.<br>HETRICH, Laurence W.<br>139 Crest Drive<br>Garfield Estates<br>Woodbridge, Va. |
| CHURCHILL, Frank A.<br>403 Grand St.<br>Ligonier, Indiana | |
| CARLSON, Conrad H.<br>Route 2, Box 198A<br>Santa Fe, New Mexico | HOLCOMB, Cathryn L.<br>c/o MRS. JOHN VINSANT<br>Route 2, Box 36<br>Winslow, Arkansas |
| CLARK, Allen B.<br>CLARK, M. Virginia<br>U.S. Court House Office<br>Nashville, Tenn. | |

- 1 -

4276

## EXHIBIT A

| | |
|---|---|
| 1   INTERNATIONAL TRUST CO.<br>P.O.Box 480, 635 - 17th St.<br>2   Denver, Colo. | MEYER, Amelia<br>MEYER, David<br>6620 E. 72nd Place<br>Derby, Colo. |

1 | INTERNATIONAL TRUST CO.
2 | P.O.Box 480, 635 - 17th St.
Denver, Colo.

MEYER, Amelia
MEYER, David
6620 E. 72nd Place
Derby, Colo.

3 | JAMES, Della
JAMES, William
4 | Wm. James Ranch
Paradise Valley
5 | Winnemuca, Nev.

MILLER, Mrs. R. Lee
c/o H. C. Warner
239 Atlantic
Henderson, Nev.

6 | LANGSTRAAT, Henry P.
LANGSTRAAT, Margaret E.
7 | Twin Echo Farm
High Hill, Mo.

MITCHARD, Bessie
MITCHARD, Herbert
Twin Lakes, Wisconsin

8 |

MOON, Jane P.
MOON, Theodore L.
9 | LENTZ, Earl B.
Jasper, Oregon
1318 Louisiana Ave.
Lake Charles, La.

10 |

NICKLE, June M.
11 | LILLIE, Harry F.
Route 1, Box 143
Box 52
Keene, Texas
12 | Olalla, Washington

13 | LIND, Eva K.
LIND, Robert
PERRY, Mitchell
132 W. Missouri
Tucson, Ariz.
14 | 3007 - 2nd Avenue East
Hibbing, Minn.

15 |
PHOENIX MUTUAL LIFE INSURANCE CO.
79 Elm Street
16 | MC GILVRA, Hattie G.
2041 S. Palmetto St.
Hartford, Conn.
17 | Sioux City, Iowa

POWELL, Evelyn H.
POWELL, Thomas J.
18 | MC KENNA, Mollie
1465 Pinkney St.
Naval Amphibious Base
Little Creek, Va.
19 | Omaha, Nebraska

RAGLAND, Dorsey W.
20 | MAC DONALD, F. S.
MAC DONALD, Pearl A.
RAGLAND, Jack R.
330 W. La Mirada
21 | Route 1, Washoe Valley
Carson City, Nev.
Phoenix, Ariz.

22 |
RANDALL, Erma B.
RANDALL, Kermit E.
23 | MARINEAU, Charlotte M.
MARINEAU, Edmund
1459 Binforce, Hill Air Base
Ogden, Utah
24 | 8th Ave. East & Pearl St.
Eugene, Oregon

25 |
ROBINSON, Paul L.
ROBINSON, Juanita
472 Carolwood Lane
26 | MARSHALL, Drian M.
4824 Alger
Atlanta, Ga.
27 | Everett, Washington

SEVIER, John A.
28 | MEINKE, Florence M.
MEINKE, Theodore
214 E. San Rafael St.
Broadmore Hotel
29 | 230 Rutgers Ave.
Swarthmore, Pa.
Colorado Springs, Colo.

30 |
SNODGRASS, Lorene
SNODGRASS, T. C.
1237 E. Georgia
31 | MERWAN CORPORATION, a
Delaware Corporation
Phoenix, Ariz.
32 | 79 Pine St. Room 705
New York, N. Y.

4277

- 2 -

EXHIBIT A

## EXHIBIT A

| | |
|---|---|
| STEIFEL, Charles J.<br>STEIFEL, Grace L.<br>63 Dale Ave.<br>Hempstead, L.I., N. Y. | WELCH, Laura<br>626½ Julian<br>Parkersburg, West Va. |
| STONE, Frank<br>STONE, Bee<br>6972 North Clark St.<br>Chicago, Ill. | WEEKS, Arthur Benson<br>901 - 23rd St., N.W.<br>Washington, D. C. |
| STURTEVANT, Charles A.<br>STURTEVANT, Doris<br>916 S. Erie<br>Tulsa, Okla. | WHELDEN, Charles M.<br>WHELDEN, Grace<br>Royal Oaks Trailer Court<br>Medford, Oregon |
| SYKES, Joyce E.<br>SYKES, Margie<br>East 5104 Commerce<br>Spokane, Wash. | WILEY, Eleanore<br>c/o Lillard Woodworth Furniture<br>1607 S. Tamiami Trail<br>Sarasota, Florida |
| THOMAS, M. C.<br>214 E. San Rafael St.<br>Colorado Springs, Colo. | WITT, William S.<br>WITT, Margaret V.<br>N. College Street<br>Oxford, Ohio |

TRAYNOR, Harold J.
Station KQV
CoC Bldg., 8th Floor
Pittsburgh, Pa.

TREMBLAY, Leo G.
TREMBLAY, Maryon
16615 Norbourne
Detroit 4, Mich.

TRUMBO, Charles Lloyd
619 Columbia Avve.
Springfield, Ill.

WALKER, Doris I.
WALKER, Glenn G.
Branson, Missouri

WATCHTOWER BIBLE & TRACT
SOCIETY OF NEW YORK, INC.
124 Columbia Heights
Brooklyn, N. Y.

WEBB, Gerald B.
WEBB, Joel A. H.
214 E. San Raphael St.
Colorado Springs, Colo.

WEBSTER, Edward L.
WEBSTER, Helen B.
111 S. 15th St., Room 1302
Philadelphia, Pa.

- 3 -

4278