FILED
JUL 31 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William W. Luddy_
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br>  Defendants | No. 1247-SD-C<br>MOTION FOR ORDER PURSUANT<br>TO TITLE 28, SECTION 1655,<br>U. S. CODE |

    COMES NOW THE UNITED STATES OF AMERICA, acting by and through Robert E. Nagle, attorney for the plaintiff, and states as follows:

    On July 28, 1958 this Honorable Court issued an Order pertaining to certain defendants owning or having an interest in property located in Riverside County and lying within the Santa Margarita River watershed, that such defendants in the above entitled action appear, plead, answer or otherwise move this Court with respect to the COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT in this action on or before September 30, 1958, or that in default thereof the Court would proceed to hear and adjudicate the above entitled action; and providing further that the said Order be published in The Daily Enterprise, Riverside, California, a newspaper of general circulation, once a week for six consecutive weeks.

    Also on July 28, 1958, this Honorable Court issued a similar Order pertaining to certain defendants owning or having an interest in property located in San Diego County and lying within the Santa Margarita River watershed, and providing that such Order be published in the Daily Transcript,

Copy recd

4279

San Diego, California, a newspaper of general circulation, once a week for six consecutive weeks. These Orders were based on the Motions of the United States of America and the supporting Affidavits thereof stating that those defendants, after diligent effort, had not been located within the State of California or their whereabouts ascertained, or that the defendants were located outside the territorial limits of the United States. Inasmuch as Section 1655 of Title 28, United States Code, provides that a copy of such an Order should be served upon the custodian or person in charge of the property of these defendants, if there be such person, it is hereby moved that the Court order the United States Marshal to serve a copy of this Order, and the appropriate Order dated July 28, 1958, in each case, upon the person in charge or in possession of the property of these defendants, if such person can be located.

Dated: July 30, 1958

_____
ROBERT E. NAGLE
Attorney for Plaintiff

IT IS SO ORDERED.

Dated: July 31, 1958

_____
JAMES M. CARTER
Judge of the United States District Court, Southern District of California

4280