
FILED
JUL 31 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ........................
      DEPUTY CLERK

HARRY E. TEASDALL
Attorney at Law
114 North Main Street
Fallbrook, California
Phone: RAndolph 8-2331
Attorney for Defendant
Martha Fleckenstein

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,

   Defendants.

No. 1247-SD-C

REQUEST FOR ADMISSIONS UNDER RULE 36

  Defendant, MARTHA FLECKENSTEIN, requests plaintiff within twenty (20) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

  1. The lands described in the answer of defendant, Martha Fleckenstein, are comprised of a parcel of arable and irrigable land 65 feet in width, 112 feet in depth on one side, 123 feet in depth on the opposite side.

  2. A reasonable water duty for the irrigable lands of defendant is 4.2 acre feet per acre per year.

           *Harry E. Teasdall*
           HARRY E. TEASDALL

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

Copy recd

4310