HARRY E. TEASDALL
Attorney at Law
114 North Main Street
Fallbrook, California
Phone: RAndolph 8-2331

Attorney for Defendant
Martha Fleckenstein

F I L E D

JUL 31 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _McKinley_
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>　　　　Defendants. | No. 1247-SD-C<br><br>ANSWER OF DEFENDANT<br>MARTHA FLECKENSTEIN |

　　　　Defendant, MARTHA FLECKENSTEIN, answering plaintiff's Complaint and Supplement to Complaint for herself alone and not for any other defendant, admits, denies and alleges as follows:

### FIRST DEFENSE

I

　　　　Defendant has no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore denies all of said allegations for want of information or belief.

II

　　　　Answering paragraph V of plaintiff's Original Complaint herein, defendant admits the litigation referred to and admits that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A.

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-2331

-1-

INDEXED

14582

1  Defendant denies that she is a party to said litigation or in any
2  way bound thereby; and denies that said stipulated judgment
3  determines the rights of plaintiff against defendant.

                                III

5       Denies the allegations of paragraph IX of plaintiff's
6  Original Complaint.

                                IV

8       Defendant has no knowledge or information sufficient to
9  form a belief as to the allegations contained in Counts II, III,
10 IV, V, VI, VII, VIII, IX, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII,
11 XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and
12 therefore denies all of said allegations for want of information
13 or belief.

                                V

15      Denies the allegations of Count XXI, XXII and XXV of
16 plaintiff's Supplement to Complaint.
17 AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT ALLEGES:

                                I

19      Defendant is the owner of real property situated in the
20 County of San Diego, State of California, described as follows:
21      West 65' of S. 123' of lots one through three, Block 55,
22 Cheatham's addition to Town of West Fallbrook, in the County of
23 San Diego, State of California.

                                II

25      Defendant claims water rights appurtenant to the real
26 property herein described as follows:
27      The lands of defendant aforedescribed are not riparian
28 to the Santa Margarita River or to any of its tributaries. All
29 of said lands are arable and irrigable and overlie percolating
30 ground waters which are not a part of any stream. Defendant
31 claims full correlative rights to the use of said percolating
32 ground waters in an amount not to exceed 4.2 acre feet per acre

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-2331

-2-

14583

1  per year.
2           WHEREFORE, defendant prays judgment as follows:
3           1.  That plaintiff take nothing by its
4  Complaint and Supplement to Complaint herein.
5           2.  That this Honorable Court adjudge and
6  decree that defendant is the owner of water rights appurtenant
7  to the lands described herein as described in this Answer.
8           3.  That this Honorable Court adjudge and
9  decree that the water rights of defendant are prior and paramount
10 to all of the claimed water rights of plaintiff herein.
11          4.  That this Honorable Court quiet the title
12 of defendant in and to her rights to the use of water as set
13 forth herein as against all adverse claims of plaintiff or other
14 defendants herein.
15          5.  For costs of suit and for such other
16 relief as seems just.

                                    /s/ Harry E. Teasdall
                                    Attorney for defendant

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

14584

1 HARRY E. TEASDALL
114 North Main Street
2 Fallbrook, California
RAndolph 8-2331
3
4 Attorney for Defendant

8            IN THE UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10                      SOUTHERN DIVISION

11 UNITED STATES OF AMERICA,            )
12          Plaintiff,                  )
                                        )     No. 1247-SD-C
13     vs.                              )
                                        )     CERTIFICATE OF SERVICE
14 FALLBROOK PUBLIC UTILITY DISTRICT,   )     BY MAIL
   a public service corporation of the )
15 State of California, et al.,         )
                                        )
16          Defendants.                 )
17 ─────────────────────────────────────)

18    Harry E. Teasdall certifies that he is and was, at all times
19 mentioned, an active member of the State Bar of California and not
20 a party to the within action or proceeding; that his business
21 address is 114 North Main Street, Fallbrook, California, that on
22 July 30, 1958, he served the within Answer and Request for Admissions
23 Under Rule 36 on the plaintiff in said action or proceeding by
24 depositing a true copy thereof, inclosed in a sealed envelope with
25 postage thereon fully prepaid in a mail-box regularly maintained by
26 the Government of the United States at Main St. and Alvarado St.,
27 Fallbrook, California, addressed to the attorney of record of said
28 plaintiff at the office address of said attorney, as follows: "J.
29 Lee Rankin, Solicitor General, Room 332, 325 West "F" Street, San
30 Diego, California."

                                          *Harry E. Teasdall* (signature)

32 Dated July 30, 1958

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-2331

14585