```
 1  WALLACE AND WALLACE
    ALFRED S. CHAPMAN
 2  702 Hollingsworth Bldg.
    606 South Hill Street
 3  Los Angeles 14, Calif.
    MAdison 7-2536
 4
    Attorneys for Defendant,
 5      Margaret Ellen Gilliland
```

FILED
JUL 31 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CIVIL NO. 1247-SD-C |
| vs. | ANSWER OF DEFENDANT |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | MARGARET ELLEN GILLILAND. |
| Defendants. | |

The Defendant, Margaret Ellen Gilliland, severing from her co-defendants and for herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admits, denies, and alleges:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT:

This answering defendant hereby incorporates by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and makes each and all of said allegations a part of this Answer the same as if herein set forth at length.

INDEXED            -1-

14586

AFFIRMATIVE STATEMENT OF RIGHTS:

This defendant owns 40 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described as follows, to-wit:

The Southwest Quarter of the Southeast Quarter of
Section 27, Township 8s, Range 3 West, S.B.B. & M.

That said land is riparian land and by reason of its location in relation to said river is desirable for recreational, domestic and limited farming purposes and can otherwise be used for the purpose of raising turkeys, chicken and foul. That said lands have been owned by the same family interests for over sixty years and are retained for their natural beauty and usefulness otherwise and the deprivation of its proper rights to the water incident to said ownership will result in a loss to said defendant of the sum of $750. per acre.

WHEREFORE, this defendant prays that plaintiff take nothing against her by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against this defendant; that defendant's right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; that if plaintiff takes and condemns the water rights of defendant herein that defendant be awarded $30,000. ; and for such other and further relief as the Court may deem proper.

DATED: July 23rd, 1958.

WALLACE AND WALLACE
ALFRED S. CHAPMAN

By *Alfred S. Chapman*
Attorneys for Defendant,
Margaret Ellen Gilliland

14587

(VERIFICATION — 446 and 2015.5 C.C.P.)

STATE OF CALIFORNIA,
County of Los Angeles } ss.

I, the undersigned, say: I am ~~a~~ one of the defendants _____

_____

in the above entitled action; I have read the foregoing ANSWER OF DEFENDANT MARGARET ELLEN

GILLILAND

and know the contents thereof; and that the same is true of my own knowledge, except as to the matters which are therein stated upon my information or belief, and as to those matters that I believe it to be true.

_____

I certify (or declare) under penalty of perjury, that the foregoing is true and correct.

Executed on July 23, 1958 at Los Angeles, California.
           (date)                            (place)

_Margaret Ellen Gilliland_
(Signature)

Received copy of the within _____ this _____ day of _____, 19___

_____
Attorney for

Received copy of the within _____ this _____ day of _____, 19___