Scott W. Richardson and Helen H. Richardson

1   Defendants in propria persona
2   1636 McDonald Road
    Fallbrook, California
3

FILED
JUL 31 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. C. Kuesler
      DEPUTY CLERK

4           IN THE UNITED STATES DISTRICT COURT

5             SOUTHERN DISTRICT OF CALIFORNIA

6                  SOUTHERN DIVISION

7
8   UNITED STATES OF AMERICA,          )
                                       )    CIVIL NO. 1247- SD - C
            Plaintiff,                 )
9                                      )    ANSWER OF DEFENDANTS
        v.                             )    Scott W. Richardson and
10                                     )    Helen H. Richardson
    FALLBROOK PUBLIC UTILITY           )
11  DISTRICT, ET AL,                   )
                                       )
12          Defendants.                )

13      The defendants, Scott W. Richardson and Helen H. Richardson

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT
18
19      These answering defendants hereby incorporate by reference

20  all of the allegations contained in the answer to said Complaint and

21  Supplementary and Amendatory Complaint filed in this case by Newton

22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23  of the portion thereof entitled "Affirmative Statement of Rights")

24  and make each and all of said allegations a part of this answer

25  the same as if herein set forth at length.

26              AFFIRMATIVE STATEMENT OF RIGHTS

27      These defendants own Lot    acres of land in San Diego

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

31  part of this statement.

32
            INDEXED                                    14588

EXHIBIT A                    (543519)

BOOK 5203
PAGE 89

GRANT DEED        also known as Anne Burgess Hall
    E. GORDON HALL and ANNE B. HALL, husband & wife,

GRANT to
SCOTT W. RICHARDSON AND HELEN H. RICHARDSON, husband and wife,
                                    as joint tenants,

the real property in the
State of California, described as:

That portion of the Southeast Quarter of the Northwest
Quarter of the Southeast Quarter of Section 24, Township 9 South,
Range 4 West, San Bernardino Meridian, in the County of San Diego,
State of California, according to the United States Government
Survey approved June 11 1880 as follows:

Beginning at the Southwest corner of said Southeast Quarter
of the Northwest Quarter of the Southeast Quarter; thence along the
South line of said Southeast Quarter of the Northwest Quarter of
the Southeast Quarter, South 89° 06' 45" East 188.61 feet to the
Southwest corner of the tract of land conveyed to J. Petri, et ux, by
Deed recorded May 10, 1948, as Document No. 46770, in book 2793,
page 13 of Official Records; thence along the West line of said
land of Petri, North 0° 22' 45" East 370.69 feet to a point in a
line which is parallel with and 90 feet Southerly at right angles
from the Easterly prolongation of the Southerly line of a tract of
land conveyed to Placido Mora by Deed recorded August 17, 1949,
in Book 3290, page 332 of Official Records, as Document
No. 75429, being the true point of beginning; thence continuing
North 0° 22' 45" East 90.00 feet to said Easterly prolongation of the
Southerly line of Mora's land; thence along said Easterly prolongation
and said Southerly line, North 89° 07' 30" West 188.07 feet to the West
line of said Southeast Quarter of the Northwest Quarter of the Southeast
Quarter; thence along said West line, South 0° 26' 45" West 90.00 feet
to the Westerly prolongation of said parallel line; thence along said
Westerly prolongation and said parallel line, South 89° 07' 30" East
118.18 feet, more or less, to the true point of beginning.
        April 13, 1954        Document No. 48218    14589

1  *[handwritten text, illegible]*
2
3
4
5
6

7
8
9
10
11
12
13
14
15
16
17
18          WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.
25
26                          *[signature]*
27
28                          Helen H. Richardson
29                          Defendants in propria persona
30
      Dated:
31
32  July 3, 1958                                        14590