Phone: Main 2014                                                   Route 1, Box 256

# HUAPALA RANCH
### CHARLES B. WITHROW

Elsinore, California
July 21, 1958



FILED

JUL 3 1 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

J.Lee Rankin
Solicitor General
Rm. 5527, 325 West "F" St.
San Diego, Calif.

Dear Sir:

    In answer to your summons regarding the San Margarita
River water situation I wish to state that I own approximately
sixty acres of farm land laying about fifteen miles in a west-
erly direction frm the above named river.

    Within the past ten years I have had a well dug, installed
a pumping plant and an irrigation system, and set out forty
acres of walnut trees which are now starting their fifth year.
To accomplish this it required a lot of work and about $15,000.00
of hard earned money.  I believe that I am entitled to every
drop of water my well will produce and that the U.S. govern-
ment or any one else will have one 'H' of a time proving that
water two hundred feet below my property, fifteen miles away
from the San Margarita river is even heading in that direction.
Therefore I intend to continue to use as much of my water and
as often as I feel is necessary. to efficiently care for my
ranch until it istaken by armed force.

    I still have enough faith in the U.S.A. to feel that time
will never come.  However, if it should come to pass we might
just as well be in Russia.

                          Yours very truly,

                                  *Chas. B. Withrow*

                                  *Lola F. Withrow*

**INDEXED**

14591