

FILED
JUL 31 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M D Kiesling
      DEPUTY CLERK

1  Defendants in propria persona

4           IN THE UNITED STATES DISTRICT COURT
5             SOUTHERN DISTRICT OF CALIFORNIA
6                    SOUTHERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )   CIVIL NO. 1247- SD - C
            Plaintiff,           )
                                 )   ANSWER OF DEFENDANTS
       v.                        )
                                 )
FALLBROOK PUBLIC UTILITY         )   ARTHUR E. SCHOLER
DISTRICT, ET AL,                 )
                                 )
            Defendants.          )

The defendants, Arthur E. Scholer each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants hold mortgage on 3 lots ~~own~~ ~~acres~~ of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

14592

1         Lots 8, 9, and 10 in Block 12
of Murrieta, as shown by map
2         thereof on file in Book 8, page
359 of Maps, San Diego Records.
3

4   This property has one well and water from it is used

5 for domestic purposes only.

18     WHEREFORE, these defendants pray that plaintiff take

19 nothing against them by reason of the Complaint and Supplementary

20 and Amendatory Complaint on file herein; that said Complaint be

21 dismissed as against these defendants; that defendants' right to

22 water, as hereinabove set forth, be quieted as against the plain-

23 tiff and against all other defendants in this action; and for such

24 other and further relief as the Court may deem proper.

*[Signature: Arthur E Scholz]*

Defendants in propria persona
5877 Compton Ave.
Los Angeles 1, Calif.

Dated: July 22, 1958