JOSEPH S. GARWOOD AND JOAN M. GARWOOD
Defendants in propria persona
331 E. COLLEGE STREET
FALLBROOK, CALIFORNIA

F I L E D

JUL 31 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. O. Tracy_
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
)
Plaintiff,
)
v.
)
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
)
Defendants,
)

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
JOSEPH S. GARWOOD AND
JOAN M. GARWOOD

The defendants, JOSEPH S. GARWOOD AND JOAN M. GARWOOD each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 60'x200' ~~acres~~ of land in SAN DIEGO County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

14594

THE DEFENDANTS CLAIM THE RIGHT TO WATER FOR IRRIGATING TREES, GARDEN, AND LAWN, AND FOR RAISING FOWL OR CATTLE.

DEFENDENTS CLAIM THE RIGHT TO TO DRILL A WELL AT A LATER DATE IF DESIRED.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*[signature: Joseph S. Harwood]*

*[signature]*

Defendants in propria persona
551 EAST COLLEGE ST.
FALLBROOK, CALIFORNIA

Dated: JULY 10, 1958

14595

## EXHIBIT A

PROPERTY DESCRIPTION FROM GRANT DEED PURCHASED FROM
J. ASTON JETTON AND MARGE H. JETTON, HUSBAND AND WIFE.

BOOK 3498 PAGE 348, OFFICIAL RECORDS, CTY OF SAN DIEGO
BANK OF AMERICA                                FEB. 15, 1950

LOT 22, OF COLLEGE STREET TRACT OF FALLBROOK, IN
THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA,
ACCORDING TO MAP THEREOF NO. 2593, FILED IN THE
OFFICE OF THE RECORDER OF SAID SAN DIEGO COUNTY,
OCTOBER 24, 1949.

14596