FRANCIS O. BAKER and CHALACE U. BAKER
Defendants in propria persona
2468 ST. PIERRE AVE. - ALTADENA, CALIFORNIA

**FILED**
JUL 31 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. Kuenzlen
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS
FRANCIS O. BAKER
and
CHALACE U. BAKER

The defendants, FRANCIS O. BAKER and CHALACE U. BAKER each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

    ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
               AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

            AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 12.5 acres of land in SAN DIEGO County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

14597

1  This land abuts Temecula Creek, and defendants claim
2  riparian rights thereto. Approximately seven (7) acres are
3  tillable, suitable for raising alfalfa, grains, fruit and
4  vegetables, and the remainder can be used for raising
5  turkeys, chickens, and fowl. Defendants are irrigating a
6  portion of the land from water rising in a spring on
7  defendants' land. Defendants claim sole right to this
8  spring. Defendants claim right to drill a well for
9  percolating water under said land, and hereby state
10 intention and reserve the right to drill a well in
11 the near future.
12 Defendants claim the right to use twenty-eight (28)
13 acre feet of water per year from sources stated above,
14 for the purpose of irrigating the seven (7) tillable acres.
15 Defendants claim no appropriative rights or
16 prescriptive rights.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Francis O. Baker*

*Chalace H. Baker*

Defendants in propria persona

Dated: 7-29-58

14598

Government Lot 1 described as follows:

Exhibit A

## Property Description.

The Southwest Quarter of the Southeast Quarter of Government Lot 2;

Also, the East Half of the Southeast Quarter of Government Lot 2;

Also, that portion of the Southwest Quarter of Government Lot 1 described as follows: Commencing at the Southwest corner of said Government Lot 1; thence East on the South line of said Lot 357 feet; thence Northwesterly in a straight line to the Northwest corner of the Southwest Quarter of said Lot; thence South on the West line of said Lot to the point of beginning. All in Section 20, Township 9 South, Range 2 East, San Bernardino Base & Meridian according to United States Government Survey approved January 31, 1895.

Also, the Northwest Quarter of the Southeast Quarter of Lot 2, Section 20, Township 9 South, Range 2 East, San Bernardino Meridian in County of San Diego, State of California, according to U. S. Government Survey

14599