ALVIN H. LUITJENS and DORIS R. LUITJENS (Former owners) ALSO

JUSTUS S. STONER and ERMA STONER (Present owners)

Deed not yet recorded.

Defendants in propria persona.
Rt. 2 - Box 109
   Escondido, California

F I L E D

JUL 31 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
by M. O'Keaghan
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

       Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
ANSWER TO COMPLAINT AND
SUPPLEMENTARY AND AMENDATORY
COMPLAINT OF
ALVIN H. LUITJENS & DORIS R. LUITJENS
ALSO
JUSTUS S. STONER & ERMA STONER.

The defendants, Alvin H. Luitjens & Doris R. Luitjens, ALSO Justus S. Stoner & Erma Stoner, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1 acre of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

14600

1  Defendants own approximately 1 acre of land in Fallbrook, which has been used for agricultural purposes. Defendants plan to subdivide this property for residences which will probably be used by the Navy
2  personnel. Defendants buy all their water from the Fallbrook Public Utility District, and claim the right to use as much water as they
3  consider adequate for the upkeep of the above-mentioned.

4  Defendants further claim all riparian rights to all waters that may percolate through their land, whether from the Santa Margarita River
5  and its tributaries, whether from springs, streams or wells, etc., and to take water from their land, whether for domestic, industrial,
6  business or irrigation purposes.

7  In addition to the claim and uses as herein made, defendants claim all rights of overlying landowners to any water which may originate in,
8  or under, or cross their land. Defendants claim the right to drill and to dig wells, and to exercise water reclamation and conservation
9  practices as now or may be known in the future.

10 Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility
11 District on file in these proceedings.

12 Defendants claim all the above for all lands in which they have any financial interest whatsoever.
13

14

15

16

17

18            WHEREFORE, these defendants pray that plaintiff take

19 nothing against them by reason of the Complaint and Supplementary

20 and Amendatory Complaint on file herein; that said Complaint be

21 dismissed as against these defendants; that defendants' right to

22 water, as hereinabove set forth, be quieted as against the plain-

23 tiff and against all other defendants in this action; and for such

24 other and further relief as the Court may deem proper.

25

26                                      *Alvin H. Luitjens*  *Doris R. Luitjens*
27       Former owners:             ALVIN H. LUITJENS and DORIS R. LUITJENS.

                                      *Justus S. Stoner*   *Erma Stoner*
28       Present owners:            JUSTUS S. STONER and ERMA STONER

29  (Deed not yet recorded)             Defendants in propria persona

30                                           Rt. 2 - Box 109
     Dated: July 24-1958                    Escondido, California
31

32                                                              14601

## EXHIBIT A

That portion of the West Half of the Northwest Quarter of the Southeast Quarter of the Northwest Quarter of Section 25, Township 9 South, Range 4 West, S.B.M. in the County of San Diego, State of California, lying Northerly of the Southerly line of Road Survey No. 387 and Easterly of the Easterly line of Old Survey No. 165 according to said Road Survey Maps thereof on file in the office of the County Surveyor of said San Diego County. --------------------------------------------------------------

Former owners: Alvin H. Luitjens and Doris R. Luitjens, husband and wife.

Present owners: Justus S. Stoner and Erma Stoner, husband and wife.
(Deed not yet recorded.)

14600A