FILED
JUL 31 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M D Kissling
    DEPUTY CLERK

1  Roy C. Chappell and Pauline L.
   Defendants in propria persona
2  Route 1, Box 164
   Romoland, California
3
4              IN THE UNITED STATES DISTRICT COURT
5               SOUTHERN DISTRICT OF CALIFORNIA
6                      SOUTHERN DIVISION
7
8  UNITED STATES OF AMERICA,         )
                                     )   CIVIL NO. 1247- SD - C
              Plaintiff,             )
9                                    )   ANSWER OF DEFENDANTS
       v.                            )     ROY C. CHAPPELL and
10                                   )     PAULINE L. CHAPPELL
   FALLBROOK PUBLIC UTILITY          )
11 DISTRICT, ET AL,                  )
                                     )
12            Defendants.            )

13        The defendants,   ROY C. CHAPPELL and PAULINE L. CHAPPELL
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
20 all of the allegations contained in the answer to said Complaint and
   Supplementary and Amendatory Complaint filed in this case by Newton
21
22 T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
   of the portion thereof entitled "Affirmative Statement of Rights")
23
24 and make each and all of said allegations a part of this answer
   the same as if herein set forth at length.
25
26             AFFIRMATIVE STATEMENT OF RIGHTS
27      These defendants own /three hundred ten point ninty seven
                              (310.97)acres of land in Riverside
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32    COPY RECEIVED    INDEXED                              14602

1  This land, three hundred ten acres, has two hundred acres cleared
2  and fifty acres to be cleared in the future, all to have suffic-
3  ient water for splinkler irrigation.
4  Forty acres at ranch headquarters include water for domestic use,
5  stock, fruit trees and fifteen thousand gallon storage reservoir
6  for fire pressure and irrigation.
7  Balance of acreage, forty, to be used for lake, hunting, to be
8  filled by seasonal water.
9  One we 11 of one minors inch per minute for each five acres for
10 future subdivision, if that need may exist.

18      WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*Roy L. Chappell*

*Pauline L. Chappell*

                                Defendants in propria persona

Dated: July 23, 1958

14604

*Roy C. Chappell*

## EXHIBIT A

The southeast quarter the south half of the north east quarter and the south half of the southwest quarter of section 26 in township 6 south, range 3 west, San Bernardino Base and mainchain

Excepting therefrom all that portion of the south half of the south west quarter of section 26 as convayed to County of Riverside for road.

Excepting the south half of the south west quarter of the south west quarter of the south west quarter of section 26.

14603