FILED
JUL 31 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O. Kiesling
    DEPUTY CLERK

**Claudia J. Burnett and W.C. Burnett**
Defendants in propria persona
700 W. 118th St.
Hawthorne, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                           )   CIVIL NO. 1247- SD - C
           Plaintiff,      )
                           )   ANSWER OF DEFENDANTS
    v.                     )
                           )
FALLBROOK PUBLIC UTILITY   )   Claudia J. Burnett and W.C. Burnett
DISTRICT, ET AL,           )
                           )
           Defendants.     )

The defendants, Claudia J. Burnett and W.C. Burnett each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 23 lots ~~acres~~ of land in **Riverside** County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

**Scottie E. Houston and Marjorie T. Houston are purchasing this property. We hold Trust Deed.**

14605
COPY RECEIVED

1  We claim our land described in Exhibit A is in the Temecula
2  Rancho, one of the Grants of land made by Mexico in the territories
   ceded to the United States by the Treaty of Guadalupe Hidalgo,
3  in 1848, and confirmed by the Protocol of said Treaty, to be the
   same Title under U.S. law as it was under Mexican law, and also
4  giving the Grantees the priviledge of causing said title to be
   acknowledged before American Tribunals. We have a well on said
5  property which we have always used freely in the past and we
   expect according to said title to use it freely and exchhsively
6  in the future. We rely upon the Treaty and other Matters of
   Record relating thereto our protection.

18      WHEREFORE, these defendants pray that plaintiff take

19 nothing against them by reason of the Complaint and Supplementary

20 and Amendatory Complaint on file herein; that said Complaint be

21 dismissed as against these defendants; that defendants' right to

22 water, as hereinabove set forth, be quieted as against the plain-

23 tiff and against all other defendants in this action; and for such

24 other and further relief as the Court may deem proper.       7-25-58

*Claudia J Burnett*
*W C Burnett*

Defendants in propria persona

Dated:

14606

**EXHIBIT A   Description of Burnett's property**

All of Block 11; Lots 1 to 5 inclusive, and Lots 16 to 20 inclusive in Block 12 of Murrieta Townsite, as shown by map of the Temecula Land and Water Company on file in Book 8 page 359 of Maps, San Diego County Records.

Together with that vacated portion of "D" Street lying between said Blocks 11 and 12, as vacated by Board of Supervisors of Riverside County on August 4, 1924, a certified copy of Resolution having been recorded in Book 18 page 400 of Supervisors Minutes.

14607