WILLIAM A. MINNICK
NELLIE P. MINNICK

Defendants in propria persona

660 Redondo Avenue
Long Beach, California.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,
        Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS

WILLIAM A. MINNICK &
NELLIE P. MINNICK,
   Husband and wife,
   as Joint Tenants

The defendants, WILLIAM A. MINNICK & NELLIE P. MINNICK each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 69 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED        INDEXED        14608

WILLIAM A. MINNICK &
NELLIE P. MINNICK

660 Redondo Ave.
Long Beach, Calif.

Parcel 1--- The East Six-hundred-sixty (660) feet of the North Three-hundred-ninety-six (396) feet, of the South-west quarter of the North-west quarter of Section Thirty-five, Township Six South, Range Three West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

Parcel 2--- All that portion of Southwest Quarter of Northwest Quarter of Section 35, Township 6 South, Range 3 West, San Bernardino Base and Meridian, described as follows:-
 Beginning on West line of said Southwest quarter of the Northwest quarter, 66 feet south of the Northwest corner;
 Thence South along West line of said Section 35, 330 feet;
 Thence East and parallel with North line of Southwest Quarter of Northwest Quarter of said Section 660 feet;
 Thence North and parallel with West line of said Section 330 feet;
 Thence West and parallel with North line of Southwest Quarter of Northwest Quarter of said Section 35, 660 feet to point of beginning;
 EXCEPTING THEREFROM an easement in favor of public over any portion included in public roads.

Parcel 3--- The South half (S½) of the Northwest quarter (NW¼) of Section Thirty-five (35), Township Six (6) South, Range Three (3) West, San Bernardino Base and Meridian, as shown by United States Government Survey;

 EXCEPTING THEREFROM the South half (S½) of the South half (S½) of the South half (S½) of the South half (S½) of the Northwest quarter (NW¼) of said Section 35;

 ALSO EXCEPTING THEREFROM the Northerly 396 feet of the Southwest quarter (SW¼) of the Northwest quarter (NW¼) of said Section 35;

 EXCEPTING ALSO THEREFROM as easement in fovor of the public over any portion thereof included in public roads.

S    SUBJECT TO:- Conditions, restrictions, reservations and rights of way now of record.

14609

WILLIAM A. MINNICK
NELLIE P. MINNICK

660 Redondo Ave.
Long Beach, Calif.

We claim our water rights are paramount to all other rights or claims of right of Plaintiff in and to said water. We claim all water rights under our land for the beneficial use thereon.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*William A. Minnick*
*Nellie P. Minnick*
                    Defendants in propria persona

Dated: 7-25-58

14610