```
 1  LORIN D. SMITH and LORRAINE M. SMITH; also JOHN CHRISTMAN & MARY
      Defendants in propria persona              CHRISTMAN
 2  321 Woodcrest Drive                          FILED
      Fallbrook, California
 3                                               JUL 31 1958
 4              IN THE UNITED STATES DISTRICT COURT
                                                 CLERK, U.S. DISTRICT COURT
 5              SOUTHERN DISTRICT OF CALIFORNIA  SOUTHERN DISTRICT OF CALIFORNIA
                                                 By M. D. Kuechny
 6                        SOUTHERN DIVISION              DEPUTY CLERK
```

|   |   |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | LORIN D. SMITH & LORRAINE M. SMITH (Sellers) |
| Defendants, | AND JOHN CHRISTMAN & MARY CHRISTMAN (Buyers) |

The defendants, Lorin D. Smith & Lorraine M. Smith; also John Christman & Mary Christman each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1/3 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED    INDEXED

14611

Defendants own approximately 1/3 acre of land on which is an Avocado Grove, 8 years old, a Home, Garden and Family Fruit trees. They are now buying their water from the Fallbrook Public Utility District, and reserve the right to use as much water as they think sufficient to maintain the above in a satisfactory condition. Should defendants choose to build additional residences on this property, they claim the right to use sufficient water to maintain them in a satisfactory condition.

Nevertheless, defendants claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries, whether from springs, streams or wells, etc., and to take water from their land, whether for domestic, industrial, business or irrigation purposes.

In addition to the claim and uses as herein made, the defendants claim all rights of overlying landowners to any water which my originate in, or under, or cross their land. Defendants claim the right to drill and to dig wells, and exercise water reclamation and conservation practices as now or may to known in the future.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings. Defendants claim all the above for all lands in which they have any financial interest whatsoever.

FURTHERMORE, Defendants pray the court to award them adequate damages to reimburse them for the cost of preparing and prosecuting their defense, to alleviate the grievous physical, moral and intellectual suffering inflicted upon them by this attempted acrimonious, confiscatory usurpation of property rights, instituted against them by the agencies of the United States Government.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Lorin D. Smith and Lorraine M. Smith
(Sellers)

John F. Christman and Mary Christman
(Buyers)
Defendants in propria persona

Dated: June 9, 1958

14613

EXHIBIT A

The East 97 feet of the West 190 feet of the North Half of the
North Half of the


EXHIBIT A

The East 97 feet of the West 190 feet of the North Half of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880, described as follows:

Commencing at the Southeast corner of the West Half of the Northeast Quarter of the Southeast Quarter of said Section 24; thence along the Easterly line of said West Half, North 0° 22'45" East, 480 feet to the Northeast corner of the land conveyed to Dayton M. Plank, et ux, by deed dated April 10, 1950 and recorded in Book 3600 Page 180 of Official Records; thence along the North line of said land of Plank, North 89° 06'45" West, 290 feet to the Northwest corner of said land of Plant and the true point of beginning; thence along the West line of said land of Plank, South 0° 22'45" West, 140 feet; thence North 89° 06'45" West, 365.48 feet to the Southeast corner of land conveyed to Alvin B. Matteson, et ux, by deed dated June 22, 1953 and recorded in Book 4929 Page 129 of Official Records; thence along the East line of said land of Matteson, North 0° 22'45" East, 140 feet; thence South 89° 06'45"East, 365.48 feet to the true point of beginning------------------------------------

14612