```
                                              FILED
                                              JUL 31 1958

  Nick Bettendorf and Katherine Bettendorf    CLERK, U.S. DISTRICT COURT
1 Moses Perry and Annette L. Perry            SOUTHERN DISTRICT OF CALIFORNIA
     Defendants in propria persona            By M E _____
2 P.O. Box 75                                           DEPUTY CLERK
  Murrieta, California
3
```

4           IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                     SOUTHERN DIVISION

7
  UNITED STATES OF AMERICA,           CIVIL NO. 1247 - SD - C
8
              Plaintiff,              ANSWER OF DEFENDANTS
9
       vs.                            Nick Bettendorf and Katherine
10                                    Bettendorf
  FALLBROOK PUBLIC UTILITY            Moses Perry and Annette L. Perry
11 DISTRICT, ET AL,

12            Defendants,
                   Nick Bettendorf and Katherine Bettendorf
13     The defendants, Moses Perry and Annette L. Perry

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17     ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                 AMENDATORY COMPLAINT
18
           AFFIRMATIVE STATEMENT OF RIGHTS
19
       These defendants own  3   acres of land in Riverside
20
 County, California, and within the watershed of the Santa Margarita
21
 River, more particularly described in the document attached hereto,
22
 marked Exhibit A, which is hereby incorporated by reference as a
23
 part of this statement.
24

25

26

27

28

29

30

31

32

33  COPY RECEIVED        INDEXED                              14614

1
2
      Water pumped from beneath our land is used for the
3 raising of livestock and feed for livestock as well as
domestic use.
4       We claim our land described in Exhibit A is in the Temecula
Rancho, one of the Grants of Land made by Mexico in the territories
5 ceded to the United States by the Treaty of Guadalupe Hidalgo, in
1848, and confirmed by the Protocal of Said Treaty, to be the
6 same Title under U.S. law as it was under Mexican law, and also
giving the Grantees the priviledge of causing said title to be
7 acknowledged before American Tribunals. As well as a Patent
granted to Louis Vignes, last owner under Mexican Law and first
8 owner under American Law, granted by U.S. President Buchanan in
1860.
9       We have a well on said property which we have always used
freely and exclusively in the past and we expect according to
10 said Title to use it freely and exclusively in the future.
      We rely upon the Treaty and other Matters of Record
11 relating thereto for our protection.

12
13
14
15
16
17
      WHEREFORE, these defendants pray that plaintiff take
18
nothing against them by reason of the Complaint and Supplementary
19
and Amendatory Complaint on file Herein; that said Complaint be
20
dismissed as against these defendants; that defendants' right to
21
water, as hereinabove set forth, be quieted as against the plain-
22
tiff and against all other defendants in this action; and for such
23
other and further relief as the Court may deem proper.
24
25                               *Moses E. Perry*
26                               *Annette L. Perry*
27                               *Nick Bettendorf*
28                               *Katharine Bettendorf*
29                               Defendants in propria persona
30
31
32 Dated 7-24-58

EXHIBIT A   DESCRIPTION OF BETTENDORF AND PERRY PROPERTY

PARCEL 1: That portion of the Northwest half of the Northeast half of Lot 11 of the lands of the Temecula Land and Water Company, as shown by map on file in Book 8 page 359 of Maps, San Diego County Records, described as follows:

Beginning at a point on the center line of Adams Avenue, South 42°15' East, 475 feet from the center line of Ivy Street; thence South 42°15' East on the center line of Adams Avenue, 185 feet, more or less, to the Southeasterly line of the Northwest half of said Lot 11; thence South 47° 45' West on said Southeasterly line, 660 feet, more or less, to the Southwesterly line of the Northeasterly half of said Lot 11; thence North 42°15' West on the Southwesterly line of the Northeasterly half of said Lot 11, 185 feet more or less, to a point 475 feet Southeasterly from the center line of Ivy Street and measured at right angles thereto; thence North 47°45' East, 660 feet to the point of beginning.

14616