


F I L E D

JUL 31 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. O'Kusky
       DEPUTY CLERK

Helyn S. Allen
Defendants in propria persona
c/o F. H. Hayward
Aguanga, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Helyn S. Allen |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | |
| Defendants, | |

The defendants, Helyn S. Allen each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part\of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 10 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

14617

I

This land has been in the defendant's family since 1866 and the defendant inherited it in 1947, and intends to construct and operate a twelve unit motel with a service station and residence.

The land is of no value unless water can be developed from its riparian or percolating rights by drilling a well and storing water in a tank. All of the 10 acres, except approximately $2\frac{1}{2}$ acres taken up by county and state highways, can be used for the intended purpose.

II

The defendant claims the right to use five million (5,000,000) gallons of water a year in order to keep the motel, service station, and residence operating.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Helyne L. Allen*

Defendants in propria persona

Dated: July 21, 1958

14618

## EXHIBIT A

Description of property owned by Helyn S. Allen

That certain land situated in Riverside County known as the Southeast quarter of the Southwest quarter of the Southeast quarter, Section 27, Township 8 South, Range 1 east, San Bernardino Base and Meridian.

## EXHIBIT B

Map of land described above:



14617-A