ROBERT M. AND PEARL D. CUMMINS
WINCHESTER,
RIVERSIDE COUNTY, CALIFORNIA

FILED
JUL 31 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. C. Kuesling
              DEPUTY CLERK

1  Defendants in propria persona
2
3
4                IN THE UNITED STATES DISTRICT COURT
5                SOUTHERN DISTRICT OF CALIFORNIA
6                       SOUTHERN DIVISION
7
8  UNITED STATES OF AMERICA,      )
                                   )   CIVIL NO. 1247- SD - C
         Plaintiff,                )
9                                  )   ANSWER OF DEFENDANTS
      v.                           )   Robert M. Cummins
10                                 )   Pearl D. Cummins
   FALLBROOK PUBLIC UTILITY        )
11 DISTRICT, ET AL,                )
                                   )
12       Defendants.               )

13       The defendants, Robert M. Cummins & Pearl D. Cummins
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:
17              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                         AMENDATORY COMPLAINT
18
            These answering defendants hereby incorporate by reference
19
    all of the allegations contained in the answer to said Complaint and
20
    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25
26              AFFIRMATIVE STATEMENT OF RIGHTS
27       These defendants own 1128.68 acres of land in
28  County, California, and within the watershed of the Santa Margarita
29  River, more particularly described in the document attached hereto,
30  marked Exhibit A, which is hereby incorporated by reference as a
31  part of this statement.
32  COPY RECEIVED                                         14619
         INDEXED

//

1  Having 1128.68 acres of land defendants
2  consider that they should have a water right
3  of 400 acre feet per year.
4  Defendants claim the right to drill wells
5  in the future and take water from wells always.
6  21 acres of land are irrigated now, and
7  defendants expect to irrigate 100 acres in the
8  future, either in permanent pasture, alfalfa
9  or row crops.
10 Defendants do not claim any prescriptive
11 rights or appropriative rights
12 Defendants have owned and paid taxes on
13 the land for 52 years and consider they have
14 prior and sole rights to all water they can
15 get from it

18   WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

Robert M. Cummins

Pearl D. Cummins

Defendants in propria persona

Dated: June 16, 1958

14620

Exhibit A. Lands owned by defendants

S½ of N.W¼ & S½ of NE¼ Sec 4 T7S R2W SBBrM.

NE¼ Sec. 5 T7S R2W SBBrM.

E½ of SE¼ Sec 20 T6 R2W SBBrM.

NE¼ Sec 29 T6 R2W SBBrM.

E½ and NW¼ Sec 31 T6S R2W SBBrM.

E½ of SW¼ Sec 18 T6S R2W. SBBrM.

Riverside County.

14619-A