SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8 1154

FILED
AUG - 1 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                      Plaintiff, )  No. 1247 SD C
vs. )  MEMORANDUM CONCERNING
FALLBROOK PUBLIC UTILITY DISTRICT, )  FINDINGS OF FACT
a public service corporation of )
the State of California, et al., )  DON J. ANDERSON
                              )  and
                 Defendants. )  CARROL ANDERSON.

    Defendants Don J. Anderson and Carroll Anderson respectfully submit that the evidence adduced at the hearings before the Special Master establishes the following facts:

    1. Defendants are the owners of the lands set forth in their answer herein, being parcels 21 and 23 as shown on Plaintiff's Exhibit M-68.

    2. The lands of defendants are not riparian to any stream, but the said lands overlie vagrant, local, percolating ground waters not a part of any stream, which waters defendants have developed for use upon their overlying lands by means of wells.

    The lands of defendants include 89.4 acres of irrigable land.

DATED: JULY 28, 1958.

SACHSE and PRICE
BY _____
    Franz R. Sachse
Attorneys for Defendants
  Don J. Anderson and
  Carroll Anderson.

COPY RECEIVED

4311

- 1 -