1    SACHSE and PRICE
      Attorneys at Law
2    1092 S. Main Street
      Fallbrook, California
3    Phone: RAndolph 8-1154

FILED

AUG - 1 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

8           IN THE UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10                SOUTHERN DIVISION

11   UNITED STATES OF AMERICA,

12              Plaintiff,        No. 1247-SD-C

13         vs.             REQUEST FOR
                               ADMISSIONS UNDER
14   FALLBROOK PUBLIC UTILITY DISTRICT,   RULE 36
      a public service corporation of the   E. W. HAMILTON AND
15   State of California, et al.,         NELLIE M. HAMILTON
16             Defendants.

17        Defendants, E. W. HAMILTON and NELLIE M. HAMILTON,

18   Husband and Wife,

19   request plaintiff within ten (10) days after the service of

20   this request to admit that the following statements are true,

21   for the purposes of this action only, and subject to all

22   pertinent objections to admissibility which may be interposed

23   at the trial:

24       1. Defendants are the owners of the lands described in

25   their answer herein.

26       2. The lands described in the answer of defendants

27   include Seventeen   acres of irrigable land.

28       3. A reasonable water duty for the irrigable lands of

29   defendants is 4.2 acre feet per acre per year.

31       4. The lands of defendants are not riparian to and do

32   not abut upon any stream.

COPY RECEIVED            - 1 -

4312

5.   The waters underlieing the lands of defendants are vagrant, local, percolating ground waters not a part of any stream.

SACHSE and PRICE

BY _____
Franz R. Sachse
Attorneys for Defendants
E. W. HAMILTON and
NELLIE M. HAMILTON

DATED: JULY 28, 1958.

- 2 -

4313