1  SACHSE and PRICE
   Attorneys at Law
2  1092 South Main Street
   Fallbrook, California
3  Phone: Randolph 8-1154

**FILED**

AUG - 1 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. C. Lewafuson_
Deputy Clerk

8            IN THE UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10                 SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 1247-SD-C |
| vs. ) | REQUEST FOR |
| ) | ADMISSIONS UNDER |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) | RULE 36 |
| a public service corporation of the ) | FRASER V. McCRACKEN |
| State of California, et al., ) | and |
| ) | JESSIE McCRACKEN |
| Defendants. ) | |

17       Defendants FRASER V. McCRACKEN and JESSIE McCRACKEN,

18  husband and wife, request plaintiff within ten (10) days after

19  the service of this request to admit that the following statements

20  are true, for the purposes of this action only, and subject to all

21  pertinent objections to admissibility which may be interposed at

22  the trial:

23       1.  Defendants are the owners of the lands described in the

24  answer herein.

25       2.  The lands of Defendants described as "Parcel One" are

26  riparian to Rainbow Creek.

27       3.  The lands of Defendants described as "Parcel One"

28  contain 50 acres of irrigable land.

29       4.  The lands of Defendants described as "Parcel Two" are not

30  riparian to any stream.

31       5.  The lands of Defendants described as "Parcel Two" overlie

32  vagrant, percolating ground waters not a part of any stream.

Dated:  July 31, 1958                SACHSE and PRICE

COPY RECEIVED.                       by _____

                                     Attorneys for Defendants

4314