1  | SACHSE and PRICE
2  | Attorneys at Law
   | 1092 South Main Street
3  | Fallbrook, California
   | RAndolph 8-1154

**FILED**

AUG - 1 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
                 Plaintiff,     )      No. 1247-SD-C
                                )
        vs.                     )      ANSWER OF DEFENDANTS
                                )
FALLBROOK PUBLIC UTILITY DISTRICT, )   DON J. ANDERSON
a public service corporation of the)          and
State of California, et al.,    )      CARROLL ANDERSON
                                )
                 Defendants.    )

        Defendants, DON J. ANDERSON and CARROLL ANDERSON,

Husband and Wife,

answering plaintiff's Complaint and Supplement to Complaint for

themselves alone and not for any other defendant, admit, deny

and allege as follows:

                         FIRST DEFENSE

                               I

        Defendants have no knowledge or information

sufficient to form a belief as to the allegations contained

in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's

Original Complaint herein, and therefore deny all of said

allegations for want of information or belief.

                              II

        Answering paragraph V of plaintiff's Original

Complaint herein, defendants admit the litigation

                            - 1 -

COPY RECEIVED

INDEXED

14633

1    referred to and admit that a stipulated judgment was entered

2    into therein, a copy of which is attached to plaintiff's

3    Complaint marked Exhibit A.  Defendants deny that they are

4    parties to said litigation or in any way bound thereby; and

5    deny that said stipulated judgment determines the rights of

6    plaintiff against defendants.

7                                III

8          Deny the allegations of paragraph IX of plaintiff's

9    Original Complaint.

10                               IV

11         Defendants have no knowledge or information sufficient

12   to form a belief as to the allegations contained in Counts II,

13   III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI,

14   XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to

15   Complaint, and therefore deny all of said allegations for want

16   of information or belief.

17                                V

18         Deny the allegations of Count XXI, XXII and XXV of

19   plaintiff's Supplement to Complaint.

20       AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS

21                             ALLEGE:

22                                I

23         Defendants are the owners of real property situated

24   in the County of San Diego, State of California, as described

25   in Exhibit A attached hereto and made a part hereof by

26   reference.

27                               II

28         Defendants claim water rights appurtenant to the

29   real property described in Exhibit A, as follows:

30

31                             - 2 -

32

14634

The lands of defendants are not riparian to any stream, but overlie vagrant, percolating, local ground waters which defendants have developed by wrlls, and which waters are not a part of any stream.  Defendants assert the right to the correlative use of said ground waters in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1.  That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2.  That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3.  That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4.  That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5.  For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by _____
Attorneys for defendants
Don J. Anderson and
Carroll Anderson.

DATED: JULY 28, 1958

- 3 -

14635

# EXHIBIT A

PARCEL ONE:   The South half of the Northwest Quarter and the North half of the Southwest Quarter of Section 26, Township 8 South, Range 4 West, San Bernardino Merdidian, contining 160 acres more or less.

PARCEL TWO:   Lot one, Section 22;  Lots Three and Four, Section 26; Lot 1, Section 27, all in Township 8 South, Range 4 West, San Bernardino Meridian.

Containing 88 acres more or less.

EXHIBIT A

- 4 -

14636

AFFIDAVIT OF SERVICE BY MAIL

STATE OF CALIFORNIA,
COUNTY OF __San Diego__ } ss.          1247 SD C

Franz R. Sachse, _____, being first duly sworn, says: That affiant, whose address is

1092 South Main Street, Fallbrook, California

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached__Answer of Defendants Don J. and Carroll Anderson_____

_____
(Copy title of paper served)

on the__Plaintiff_____in said action, by placing a true copy thereof in an envelope addressed
             (Name of party served)
as follows:

The Hon. J. Lee Rankin, Rm 332, 325 West F Street, San Diego 1, Calif.

_____
(Name and address as shown on the envelope)

sealed and deposited on the __3d__ day of_____July_____, 195 8__, in the United States Mail at

Fallbrook, San Diego County, California
             (Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this__3d____

day of_____July_____, 195 8

_____          _____
    Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires__May 25, 1961____

14636A