SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

**FILED**

AUG -1 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>      Defendants. | No. 1247-SD-C<br><br>ANSWER OF DEFENDANTS<br>FRASER V. McCRACKEN<br>and<br>JESSIE MC CRACKEN. |

Defendants, FRASER V. McCRACKEN and JESSIE McCRACKEN, Husband and Wife, answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

COPY RECEIVED

INDEXED

- 1 -

14629

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows: Parcel One consists of ninety (90) acres of land, approximately fifty (50)

- 2 -

acres of which are arable and irrigable. Said Parcel is riparian to Rainbow Creek, which flows through said Parcel in a generally easterly to westerly direction. Defendants assert full correlative riparian rights to the use of the waters of said stream, and also assert full correlative rights to the use of the percolating ground waters beneath said lands, which waters are not yet a part of any stream. Parcel Two is not riparian to any stream but overlies vagrant percolating ground waters not a part of any stream.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

July 31, 1958

by _____
Attorneys for defendant

- 3 -

14631

EXHIBIT A

**PARCEL ONE:** Defendant Fraswer V. McCracken is the heir at law of Frank C. McCracken, deceased, whose estate has not yet been probated, and therefor said defendant asserts ownership of this parcel:

The Northwest Quarter of Southeast Quarter, Northeast Quarter of Southeast Quarter and the Southeast Quart of Southeast Quarter, excepting the S 30 acres of Section 10, Township 9 South, Range 3 West, San Bernardino Meridian, County of San Diego, State of California.

**PARCEL TWO:** Defendants Fraser V. and Jessie McCracken are the owners of this Parcel:

The South Sixty feet of that portion of the Southwest Quarter of the Southeast Quarter of Section 24, Township 9 South, Range 4 West, S.B.M. in the County of San Diego, State of California, described as follows:

Co mmencing at a point which is South 88° 56' East 670 feet and North 00° 31' East 508.3 feet from the South Quarter corner of Section 24, Township 9 South, Range 4 West, S.B.M.; thence North 00° 31' East 253 feet; thence South 89° 15' East 275 feet; thence South 00° 31' West 253 feet; thence North 89° 15' West 275 feet to point of commencement.

(PROOF OF SERVICE BY MAIL — 1013a. and 2015.5 C.C.P.)

STATE OF CALIFORNIA,  
County of __San Diego__  } ss.   1247 SD C

I, the undersigned, say: I am and was at all times herein mentioned, a citizen of the United States and a resident of the County of __San Diego__, over the age of eighteen years and not a party to the within action or proceeding; that employed in My business address is __1092 South Main Street, Fallbrook, California__

that on __the 31st of July__, 19__58__ I served the within __Request for Amissions of Fraser V. and Jessie McCracken__

on the __Plaintiff__ in said action or proceeding by depositing a true copy thereof, inclosed in a sealed envelope with postage thereon fully prepaid, in a regularly maintained by the Government of the United States at __In the United States Postoffice__ in the City of __Fallbrook__, California addressed to the attorney __s__ of record for said __Plaintiff__ at the office address of said attorney, as follows:

Hon. J. Lee Rankin, Rm 332, 325 West F St., San Diego 1, Calif

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Executed on __July 31, 1958__ at __Fallbrook, San Diego County,__ California  
(date)    (place)    (Signature)

¹If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office". ²Here quote from envelope name and address of addressee.

PROOF OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REVISED 5-58

14632A  66981