SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

FILED

AUG -1 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>    Defendants. | No. 1247-SD-C<br><br>ANSWER OF DEFENDANTS<br><br>E. W. HAMILTON<br>    and<br>NELLIE M. HAMILTON |

Defendants, E. W. HAMILTON and NELLIE M. HAMILTON, Husband and Wife,

answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

COPY RECEIVED
INDEXED

14625

1 referred to and admit that a stipulated judgment was entered
2 into therein, a copy of which is attached to plaintiff's
3 Complaint marked Exhibit A. Defendants deny that they are
4 parties to said litigation or in any way bound thereby; and
5 deny that said stipulated judgment determines the rights of
6 plaintiff against defendants.

### III

8 Deny the allegations of paragraph IX of plaintiff's
9 Original Complaint.

### IV

11 Defendants have no knowledge or information sufficient
12 to form a belief as to the allegations contained in Counts II,
13 III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI,
14 XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to
15 Complaint, and therefore deny all of said allegations for want
16 of information or belief.

### V

18 Deny the allegations of Count XXI, XXII and XXV of
19 plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS
ALLEGE:

### I

Defendants are the owners of real property situated
in the County of San Diego, State of California, as described
in Exhibit A attached hereto and made a part hereof by
reference.

### II

Defendants claim water rights appurtenant to the
real property described in Exhibit A, as follows:

- 2 -

The lands of defendants contain 17 acres of arable and irrigable land, approximately 9 acres of which are presently planted to bearing avocado trees. The said lands are not riparian to any stream, and derive their entire water supply from the public water system of the Fallbrook Public Utility District. Defendants assert however, that said lands overlie vagrant local percolating ground waters not a part of any stream.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by *[signature]*
Attorneys for defendants

DATED: JULY 28, 1958,   E. W. HAMILTON and
NELLIE M. HAMILTON

- 3 -

14627

EXHIBIT A

PARCEL 2: The North 15 acres of South 20 acres of West 30 acres of Southeast Quarter of Northeast Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved April 21, 1890.

PARCEL 3: That portion of the Southwest Quarter of the Northeast Quarter of Section 17, Township 9 South, Range 3 West, San Bernardion Meridian, in the County of San Diego, State of California, according to United States Government Survey approved April 21, 1890, lying South of the Westerly prolongation of the North line of Parcel 2 above described, North of the West prolongation of the South line of Parcel 2 above described and East of the center line of Road Survey 954 as shown on Map on file in the office of the County Surveyor of San Diego County, said center line being described as follows: Beginning at a point on the South line of the Southwest Quarter of the Northeast Quarter of Section 17, from which the Southeast corner of said Quarter Quarter Section bears South 89° 45' 45" East 18.20 feet, said point of beginning being on a curve concave Easterly the center of which bears North 61° 26' 51" East 500 feet from said point; thence Northerly along said curve through a central angle of 28° 14' 39" a distance of 246.48 feet; thence tangent to said curve North 0° 18' 30" West 9.17 feet to the beginning of a curve to the left having a radius of 300 feet; thence along said curve through a central angle of 11° 20' a distance of 59.34 feet; thence North 11° 38' 30" West 654.31 feet to the beginning of a curve to the left having a radius of 300 feet; thence along said curve through a central angle of 34° 12' a distance of 179.07 feet; thence North 45° 50' 30" West 311.39 feet to a point on the North line of said Southwest Quarter of Northeast Quarter of Section 17 from which the Northeast corner of said Quarter Quarter Section bears South 89° 56' 15" East 546.76 feet.

EXHIBIT A

- 4 -

14628

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C.C.P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.        1247 SD C

Franz R. Sachse _____, being first duly sworn, says: That affiant, whose address is

1092 South Main Street, ⊠⊠⊠⊠ Fallbrook, California,
is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Answer of Defendants E. W. and Nellie M. Hamilton and

Request for Admissions
(Copy title of paper served)

on the Plaintiff _____ in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

Hon. J. LEE RANKIN' Rm 332, 325 West F Street, San Diego 1, California

_____
(Name and address as shown on the envelope)

sealed and deposited on the 3rd day of July, 195 8, in the United States Mail at

Fallbrook, San Diego County, Fallbrook, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 3rd

day of July, 195 8

_____                    _____
Notary Public in and for said County and State

(SEAL)
Stuart FORM 23                              My Commission expires May 25, 1961

14628A