F I L E D

AUG - 1 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *M. D. Keesling*

SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
                Plaintiff,     )      No. 1247-SD-C
                               )
        vs.                    )      ANSWER OF DEFENDANT
                               )
FALLBROOK PUBLIC UTILITY DISTRICT, )  GEORGE W. GAGNON
a public service corporation of the)
State of California, et al.,   )
                               )
                Defendants.    )

        Defendants GEORGE W. GAGNON,

answering plaintiff's Complaint and Supplement to Complaint for

themselves alone and not for any other defendant, admit, deny

and allege as follows:

                    FIRST DEFENSE

                         I

        Defendants have no knowledge or information

sufficient to form a belief as to the allegations contained

in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's

Original Complaint herein, and therefore deny all of said

allegations for want of information or belief.

                        II

        Answering paragraph V of plaintiff's Original

Complaint herein, defendants admit the litigation

COPY RECEIVED

INDEXED

                    - 1 -

                                        14621

1   referred to and admit that a stipulated judgment was entered

2   into therein, a copy of which is attached to plaintiff's

3   Complaint marked Exhibit A.  Defendants deny that they are

4   parties to said litigation or in any way bound thereby; and

5   deny that said stipulated judgment determines the rights of

6   plaintiff against defendants.

III

8       Deny the allegations of paragraph IX of plaintiff's

9   Original Complaint.

IV

11      Defendants have no knowledge or information sufficient

12  to form a belief as to the allegations contained in Counts II,

13  III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI,

14  XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to

15  Complaint, and therefore deny all of said allegations for want

16  of information or belief.

V

18      Deny the allegations of Count XXI, XXII and XXV of

19  plaintiff's Supplement to Complaint.

20      AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS

21                        ALLEGE:

22                          I

23      Defendants are the owners of real property situated

24  in the County of Riverside, State of California, as described

25  in Exhibit A attached hereto and made a part hereof by

26  reference.

27                         II

28      Defendants claim water rights appurtenant to the

29  real property described in Exhibit A, as follows:

- 2 -

14622

1    The lands of defendant contain approximately sixty
2 (60) acres of arable and irrigable land.  The said lands abut
   upon and are riparian to Warm Springs Creek, and defendants
3 assert full correlative riparian rights to the use of the
   waters of said stream in an amount not to exceed 4.2 acre feet
4 per acre per year.

5    The lands of defendant also contain a running spring,
6 which spring is of percolating ground waters not a part of any
   stream and defendants assert absolute ownership of the waters
7 of said Spring.

8

9    WHEREFORE, defendants pray judgment as follows:

10    1.  That plaintiff take nothing by its

11 Complaint and Supplement to Complaint herein.

12    2.  That this Honorable Court adjudge and

13 decree that defendants are the owners of water rights

14 appurtenant to the lands described herein as described in

15 this Answer.

16    3.  That this Honorable Court adjudge and

17 decree that the water rights of defendant are prior and

18 paramount to all of the claimed water rights of plaintiff

19 herein.

20    4.  That this Honorable Court quiet the

21 title of defendants in and to their rights to the use of

22 water as set forth herein as against all adverse claims of

23 plaintiff or other defendants herein.

24    5.  For costs of suit and for such other

25 relief as seems just.

26                        SACHSE and PRICE

27
                        by
28                        Attorneys for defendant
                        GEORGE W. GAGNON
29 DATED: JULY 28, 1958

30
                            - 3 -
31

32

                                            14623

EXHIBIT A

PARCEL 1:    That portion of the East half of the Southwest quarter of Fractional Section 11, Township 7 South, Range 3 West, San Bernardino Base and Meridian, as shown by United States Government Survey approved November 30, 1883, lying Northeasterly of the Rancho Temecula Line running through said Section 11; EXCEPTING therefrom the Northerly 13.93 acres.

PARCEL 2:    The Southwest quarter of the Southeast quarter of Fractional Section 11, Township 7 South, Range 3 West, San Bernardino Base and Meridian, as shown by United States Government Survey approved November 30, 1883, lying Northeasterly of the Rancho Temecula Line running through said Section 11; EXCEPTING therefrom the Easterly 10 acres, (said 10 acres being also described as the East half of the East half of the Southwest quarter of the Southeast quarter of said Section 11.)

PARCEL 3.    he Northeast quarter of the Southwest quarter of the Northeast quarter;  The South half of the Southwest quarter of the Northeast quarter, and the North half of the Northwest quarter of the Southeast quarter of Section 11, Township 7 South, Range 3 West, San Bernardino Base and Meridian, as shown by United States Government Survey, approved November 30, 1883.

Said Parcels 1, 2 and 3 herein described are also shown on Record of Survey on file in Book 11 Page 69 of Records of Survey, Riverside County Records.

 Containing One Hundred and Twelve (112) acres more or less.

EXHIBIT A

14624

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.          1247 SD C

Franz R. Sachse _____, being first duly sworn, says: That affiant, whose address is

1092 South Main Street, Fallbrook, California

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached   Answer of Defendant George W. Gagnon

_____
(Copy title of paper served)

on the   Plaintiff _____ in said action, by placing a true copy thereof in an envelope addressed
         (Name of party served)
as follows:

Hon. J. Lee Rankin, Rm 332, 325 West F St., San Diego 1, Calif

_____
(Name and address as shown on the envelope)

sealed and deposited on the   3rd   day of          July          , 195 58 , in the United States Mail at

Fallbrook, San Diego County, California
                    (Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this   3rd

day of      July      , 195 58

_Louis C Bergstrom_
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

_Franz R. Sachse_

My Commission expires   May 25, 1961

14624A