SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
           Plaintiff,  )  No. 1247-SD-C
      vs.  )  REQUEST FOR ADMISSIONS UNDER RULE 36
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al.,  )  FRED. R. STEPHENSON
           Defendants.  )

Defendant FRED. R. STEPHENSON

    Defendant Vail Company
request ~~plaintiff~~ within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1. Defendants are the owners of the lands described in their answer herein.

    2. The lands described in the answer of defendants include   100   acres of irrigable land.

    3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

    4. The lands of defendant are riparian to Temecula Creek.

SACHSE and PRICE
BY _____
Franz R. Sachse
Attorneys for Defendant
Fred. R. Stephenson

DATED: JULY 31, 1958

RECEIVED

- 1 -

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF **San Diego** } ss.  1247 SD C

**Franz R. Sachse**, being first duly sworn, says: That affiant, whose address is

**1092 South Main Street, Fallbrook, California**

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached **Request for Admissions of Fred. R. Stephenson**

(Copy title of paper served)

on the **Defendant Vail Company** in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

**Hon. J. Lee Rankin, Rm 332, 325 West F. Street, San Diego, California**

(Name and address as shown on the envelope)

sealed and deposited on the _____ day of **August**, 195**8**, in the United States Mail at

**Fallbrook, San Diego County, California**
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this _____

day of **August**, 195 **8**

_____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires **May 25, 1961**

#4354A

1  SACHSE and PRICE
   Attorneys at Law
2  1092 S. Main Street
   Fallbrook, California
3  Phone: RAndolph 8-1154

F I L E D

AUG 4 - 1958



CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
            Plaintiff,     )   No. 1247-SD-C
      vs.                  )   REQUEST FOR
                           )   ADMISSIONS UNDER
FALLBROOK PUBLIC UTILITY DISTRICT, )  RULE 36
a public service corporation of the )  FRED. R. STEPHENSON
State of California, et al.,        )
                           )
            Defendants.    )

Defendants FRED . R. STEPHENSON,

request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

1.  Defendants are the owners of the lands described in their answer herein.

2.  The lands described in the answer of defendants include   100       acres of irrigable land.

3.  A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

4.  **The lands of defendant are riparian to Temecula Creek.**

SACHSE and PRICE

by _____
   Franz R. Sachse