```
 1  J. LEE RANKIN
    Solicitor General
 2  Department of Justice
    Washington, D. C.
 3
    Attorney for United States
 4    of America
```



FILED
AUG 4 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                    Plaintiff,       )<br>         v.                          )<br>FALLBROOK PUBLIC UTILITY DISTRICT,   )<br>et al.,                              )<br>                    Defendants.     ) | No. 1247-SD-C<br><br>REPLY TO REQUEST FOR ADMISSIONS<br><br>OF<br><br>C. W. CARDON and JEAN CARDON |

C. W. CARDON and JEAN CARDON, defendants in the above entitled action, have filed an Answer, dated June 8, 1958, to the Complaint and Supplementary and Amendatory Complaint. In the Answer no claim to the right to the use of water of the Santa Margarita River and its tributaries is made. Under the circumstances the defendants, in fact, are disclaiming any right, title and interest to the water of the Santa Margarita River and its tributaries. It is understood, however, from the directions of the Court that it is desirable to have entered in the decree by the Court, certain data in regard to lands of these defendants.

The defendants request by a Request for Admissions, dated June 7, 1958, that the plaintiff admit that the following statements are true:

(1) Defendants are the owners of the lands described in their answer herein;

(2) the lands of defendants do not abut upon and are not riparian to any stream; and (3) the lands of defendants overlie percolating ground waters that are not a part of any stream.

4339

COPY RECEIVED

The plaintiff admits that insofar as is known at the present time the defendant is the owner of the land described in the answer. On July 8, 1958, the defendant C. W. Cardon indicated to representatives of the United States the boundary limits of the property described in the aforesaid answer and a reconnaissance survey was made of the property.

Based upon the reconnaissance survey, the lands described in the answer do not abut on the Santa Margarita River or its tributaries; moreover, that the lands probably overlie percolating ground waters. In using the term "overlie" it is not to be ascribed the legal significance given the term in Pasadena v. Alhambra, 33 Calif (2d) 908, 207 Pac (2d) 17 (1959). These ground waters are not a part of any surface or subsurface stream or subsurface basin of the Santa Margarita River or its tributaries.

Dated: August 2, 1958

/s/ David W. Miller
DAVID W. MILLER
Attorney for Plaintiff

1  STATE OF CALIFORNIA  )
                       ) ss.
2  COUNTY OF SAN DIEGO )

3       DAVID W. MILLER, Attorney for the Plaintiff, being duly sworn,

4  upon oath deposes and says: That he signed on behalf of the United

5  States of America, the foregoing answer to Request For Admissions of

6
   C. W. CARDON and JEAN CARDON
7

8  that he has read the foregoing answers; that he is authorized to sign

9  it on behalf of the United States of America; and that the statements

10 contained in those answers are true except insofar as the statements

11 are based upon information and belief and those statements he believes

12 to be true.

                                        _____David W. Miller_____

14
   Subscribed and sworn to before me
15 this  2nd   day of  August  , 1958.

16   _____Margaret B. Tooker_____
17 Notary Public in and for said
        County and State
18
   (SEAL)
19
   My Commission Expires June 3, 1962.
20