J. LEE RANKIN
Solicitor General
Department of Justice
Washington, D. C.

Attorney for United States
 of America

FILED

AUG 4 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br><br>               Defendants. | No. 1247-SD-C<br><br>REPLY TO REQUEST FOR ADMISSIONS<br><br>OF<br><br>FALLBROOK ASSEMBLY OF GOD,<br><br>A CORPORATION. |

     FALLBROOK ASSEMBLY OF GOD, a Corporation, defendant in the above entitled action, has filed an Answer, dated June 7, 1958, to the Complaint and Supplementary and Amendatory Complaint. In the Answer no claim to the right to the use of water of the Santa Margarita River and its tributaries is made. Under the circumstances the defendant, in fact, is disclaiming any right, title and interest to the water of the Santa Margarita River and its tributaries. It is understood, however, from the directions of the Court that it is desirable to have entered in the decree by the Court, certain data in regard to lands of this defendant.

     The defendant requests by a Request for Admissions, dated June 7, 1958, that the plaintiff admit that the following statements are true: (1) Defendant is the owner of the lands described in its answer herein; (2) the lands of defendant do not abut upon and are not riparian to any stream; and (3) the lands of defendant overlie percolating ground waters that are not a part of any stream.

COPY RECEIVED

4336

     The plaintiff admits that insofar as is known at the present time the defendant is the owner of the land described in the answer.

     On July 8, 1958, representatives of the United States made a reconnaissance survey of the property. Based upon this survey it was determined that the lands described in the answer do not abut on the Santa Margarita River or its tributaries; moreover, that the lands probably overlie percolating ground waters. In using the term "overlie" it is not to be ascribed the legal significance given the term in Pasadena v. Alhambra, 33 Calif (2) 908, 207 Pac (2d) 17 (1949). These ground waters are not a part of any surface or subsurface stream or subsurface basin of the Santa Margarita River or its tributaries.

                                               /s/ David W. Miller

Dated: August 2, 1958                         DAVID W. MILLER
                                                  Attorney for Plaintiff

```
1    STATE OF CALIFORNIA    )
                            ) ss.
2    COUNTY OF SAN DIEGO    )
```

3       DAVID W. MILLER, Attorney for the Plaintiff, being duly sworn,
4  upon oath deposes and says: That he signed on behalf of the United
5  States of America, the foregoing answer to Request For Admissions of

6       FALLBROOK ASSEMBLY OF GOD, A CORPORATION,

8  that he has read the foregoing answers; that he is authorized to sign
9  it on behalf of the United States of America; and that the statements
10 contained in those answers are true except insofar as the statements
11 are based upon information and belief and those statements he believes
12 to be true.

                                     _____David W. Miller_____

Subscribed and sworn to before me
this  2nd  day of  August  , 1958.

_____Margaret B. Tooker_____
Notary Public in and for said
    County and State

(SEAL)

My Commission Expires June 3, 1962.

4338

-3-