


1  J. LEE RANKIN
   Solicitor General
2  Department of Justice
   Washington, D. C.
3
   Attorney for United States
4     of America
5
6

7          IN THE UNITED STATES DISTRICT COURT

8            SOUTHERN DISTRICT OF CALIFORNIA

9                  SOUTHERN DIVISION

10

11  UNITED STATES OF AMERICA,          )
                                        )   No. 1247-SD-C
12              Plaintiff,              )
                                        )   REPLY TO REQUEST FOR ADMISSIONS
13       v.                             )
                                        )   OF
14  FALLBROOK PUBLIC UTILITY DISTRICT,  )
    et al.,                             )   EDWARD E. BRAGG and GLENITA BRAGG
15                                      )
                Defendants.             )
16

17  EDWARD E. BRAGG and GLENITA BRAGG, defendants in the above entitled action,

18  have filed an Answer to the Complaint and Supplementary and Amendatory Com-

19  plaint.  In the Answer no claim to the right to the use of water of the

20  Santa Margarita River and its tributaries is made.  Under the circumstances

21  the defendants, in fact, are disclaiming any right, title and interest to

22  the water of the Santa Margarita River and its tributaries.  It is under-

23  stood, however, from the directions of the Court, that it is desirable to

24  have entered in the decree by the Court, certain data in regard to lands

25  of these defendants.

26       The defendants request by a Request for Admissions that the plaintiff

27  admit that the following statements are true:  (1)  Lands described in the

28  answer of defendants include .75 acres of irrigable land; (2) a reasonable

29  water duty for the irrigable lands of defendants is 4.2 acre feet per acre

30  per year; (3) defendants are owners of the lands described in their answer

31  herein; (4)  the lands of defendants are not riparian to any stream; and

32

                              -1-

                                            4321
COPY RECEIVED

1   (5) the waters underlying the lands of defendants are percolating ground

2   waters, not a part of any stream.

3       The plaintiff admits that insofar as is known at the present time

4   the defendant is the owner of the land described in the answer.  On July 9,

5   1958, the defendant Edward E. Bragg indicated to representatives of the

6   United States the boundary limits of the property described in the aforesaid

7   answer and a reconnaissance survey was made of the property.  Based upon

8   this survey the United States of America admits that all of the land described

9   in the answer, approximately 0.95 acres, is irrigable and that in the event

10  the irrigable lands are devoted to the raising of permanent pasture, a pro-

11  ject duty of 4.2 acre feet per year would be required.  However, a smaller

12  quantity of water per acre per year would be adequate with the adoption of

13  a more practical and profitable agricultural development.  Project duty is

14  the water which must be applied to the crop plus the sum of those losses

15  which occur between the point of supply and the point of use.

16      The reconnaissance survey further showed that the lands described

17  in the answer do not abut on the Santa Margarita River or its tributaries;

18  moreover, that the lands probably overlie percolating ground waters.  In

19  using the term "overlie" it is not to be ascribed the legal significance

20  given the term in Pasadena v. Alhambra, 33 Calif (2d) 908, 207 Pac (2d) 17

21  (1949).  These ground waters are not a part of any surface or subsurface

22  stream or subsurface basin of the Santa Margarita River or its tributaries.

25  Dated:  July 25, 1958

            DAVID W. MILLER,
            Attorney for Plaintiff

4322

-2-

```
1    STATE OF CALIFORNIA    )
                            ) ss.
2    COUNTY OF SAN DIEGO    )

3           DAVID W. MILLER, Attorney for the Plaintiff, being duly sworn,

4    upon oath deposes and says:  That he signed on behalf of the United

5    States of America, the foregoing answer to Request For Admissions of

6

7           EDWARD E. BRAGG and GLENITA BRAGG;

8    that he has read the foregoing answers; that he is authorized to sign

9    it on behalf of the United States of America; and that the statements

10   contained in those answers are true except insofar as the statements

11   are based upon information and belief and those statements he believes

12   to be true.
```

David W. Miller

Subscribed and sworn to before me
this 25th day of July, 1958.

Margaret B. Moore
Notary Public in and for said
        County and State

(SEAL)

My Commission Expires June 3, 1962.

4323