1  J. LEE RANKIN
   Solicitor General
2  Department of Justice
   Washington, D. C.
3
   Attorney for United States
4    of America



F I L E D

AUG 4 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | No. 1247-SD-C |
|---|---|---|
| Plaintiff, | ) | REPLY TO REQUEST FOR ADMISSIONS |
| v. | ) | OF |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) | JACK L. AUSTIN |
| Defendants. | ) | |

JACK L. AUSTIN, defendant in the above entitled action, has filed an Answer, dated July 15, 1958, to the Complaint and Supplementary and Amendatory Complaint. In the Answer no claim to the right to the use of water of the Santa Margarita River and its tributaries is made. Under the circumstances the defendant, in fact, is disclaiming any right, title and interest to the water of the Santa Margarita River and its tributaries. It is understood, however, from the directions of the Court that it is desirable to have entered in the decree by the Court, certain data in regard to lands of this defendant.

The defendant requests by a Request for Admissions, dated July 15, 1958, that the plaintiff admit that the following statements are true (1) the lands described in the answer of defendant includes 18 acres of irrigable land; (2) a reasonable water duty for the irrigable lands of defendant is 4.2 acre feet per acre per year; (3) the lands described in answer of defendants are not riparian to the Santa Margarita River or any of its trib-

-1-

COPY RECEIVED

4324

1  utaries; and (4) the lands described in answer of defendant overlie percolat-
2  ing ground waters and defendants are entitled to a reasonable correlative
3  use of said percolating ground waters.
4      The plaintiff admits that insofar as is known at the present time
5  the defendant is the owner of the land described in the answer. On July 25,
6  1958, a representative of the defendant indicated to representatives of the
7  United States the boundary limits of the property described in the aforesaid
8  answer and a reconnaissance survey was made of the property. Based upon this
9  survey the United States of America admits that all of the land described
10 in the answer, approximately 17.5 acres, is irrigable and that in the event
11 the irrigable lands are devoted to the raising of permanent pasture, a pro-
12 ject duty of 4.2 acre feet per year would be required. However, a smaller
13 quantity of water per acre per year would be adequate with the adoption of
14 a more practical and profitable agricultural development. Project duty is
15 the water which must be applied to the crop plus the sum of those losses
16 which occur between the point of supply and the point of use.
17     The reconnaissance survey further showed that the lands described
18 in the answer do not abut on the Santa Margarita River or its tributaries;
19 moreover, that the lands probably overlie percolating ground waters. In
20 using the term "overlie" it is not to be ascribed the legal significance
21 given the term in Pasadena v. Alhambra, 33 Calif (2d) 908, 207 Pac (2d) 17
22 (1949). These ground waters are not a part of any surface or subsurface
23 stream or subsurface basin of the Santa Margarita River or its tributaries.

*/s/ David W. Miller*
DAVID W. MILLER
Attorney for Plaintiff

Dated: August 1, 1928

-2-

4325

```
1  STATE OF CALIFORNIA    )
                          ) ss.
2  COUNTY OF SAN DIEGO    )

3         DAVID W. MILLER, Attorney for the Plaintiff, being duly sworn,
4  upon oath deposes and says:  That he signed on behalf of the United
5  States of America, the foregoing answer to Request For Admissions of
6         JACK L. AUSTIN;

8  that he has read the foregoing answers; that he is authorized to sign
9  it on behalf of the United States of America; and that the statements
10 contained in those answers are true except insofar as the statements
11 are based upon information and belief and those statements he believes
12 to be true.
```

*David W. Miller*

Subscribed and sworn to before me
this ___1st___ day of ___August___, 1958.

*Margaret B. Tooker*
Notary Public in and for said
County and State

(SEAL)

My Commission Expires June 3, 1962.

4326