```
1   SACHSE and PRICE
    Attorneys at Law
2   1092 South Main Street
    Fallbrook, California
3   RAndolph 8-1154
```



FILED
AUG 4 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *illegible*
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                           )
        Plaintiff,          )    No. 1247-SD-C
                           )
    vs.                     )    ANSWER OF DEFENDANT
                           )
FALLBROOK PUBLIC UTILITY DISTRICT, )   FRED. R. STEPHENSON
a public service corporation of the)
State of California, et al., )
                           )
        Defendants.         )

Defendants, FRED R. STEPHENSON,

answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

COPY RECEIVED
INDEXED

14637

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

. The lands of defendant are all riparian to Temecula Creek which flows through said lands in a generally southeasterly to northwesterly direction. The said lands are all arable and irrigable. Defendant asserts full correlative rights to the use of the waters of Temecula Creek, and also asserts that there are vagrant, local, percolating ground waters under said lands, which waters are not a part of any stream.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by *[signature]*
Attorneys for defendant
FRED. R. STEPHENSON

DATED: JULY 31, 1958.

- 3 -

14639

RECEIVED
APR 0 - 1937
Los Angeles, 048318 and 048795
U. S. LAND OFFICE
LOS ANGELES, CALIF.

4—1937.

# The United States of America,

## To all to whom these presents shall come, Greeting:

WHEREAS, a Certificate of the Register of the Land Office at Los Angeles, California, has been deposited in the General Land Office, whereby it appears that, pursuant to the Act of Congress of May 20, 1862, "To Secure Homesteads to Actual Settlers on the Public Domain," and the acts supplemental thereto, the claim of Fred Reginal Stephenson has been established and duly consummated, in conformity to law, for the southeast quarter of the northeast quarter of Section twelve in Township nine south of Range one east and the Lots twelve and thirteen of Section seven in Township nine south of Range two east of the San Bernardino Meridian, California, containing one hundred acres and five hundredths of an acre,

according to the Official Plat of the Survey of the said Land, on file in the GENERAL LAND OFFICE:

NOW KNOW YE, That there is, therefore, granted by the UNITED STATES unto the said claimant the tract of Land above described; TO HAVE AND TO HOLD the said tract of Land, with the appurtenances thereof, unto the said claimant and to the heirs and assigns of the said claimant forever; subject to any vested and accrued water rights for mining, agricultural, manufacturing, or other purposes, and rights to ditches and reservoirs used in connection with such water rights, as may be recognized and acknowledged by the local customs, laws, and decisions of courts; and there is reserved from the lands hereby granted, a right of way thereon for ditches or canals constructed by the authority of the United States. Excepting and reserving, however, to the United States all the coal and other minerals in the lands so entered and patented, together with the right to prospect for, mine, and remove the same pursuant to the provisions and limitations of the Act of December 29, 1916 (39 Stat., 862).

IN TESTIMONY WHEREOF, I, Franklin D. Roosevelt, President of the United States of America, have caused these letters to be made Patent, and the seal of the General Land Office to be hereunto affixed.

GIVEN under my hand, at the City of Washington, the TWENTY-SIXTH day of MARCH in the year of our Lord one thousand nine hundred and THIRTY-SEVEN and of the Independence of the United States the one hundred and SIXTY-FIRST.

By the President: Franklin D. Roosevelt

By Louise Pell Wilson, Secretary.

R H Clinton
Acting Recorder of the General Land Office.

RECORDED: Patent Number 1089180

AFFIDAVIT OF SERVICE BY MAIL

STATE OF CALIFORNIA,
COUNTY OF **San Diego** } ss.   1247 SD C

**Franz R. Sachse**, being first duly sworn, says: That affiant, whose address is

**1092 South Main Street, Fallbrook, California**

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached **Answer of Defendant Fred. R. Stephenson and Request for Admissions**
(Copy title of paper served)

on the **Plaintiff** in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

**Hon. J. Lee Ranking, Rm 332, 325 West F Street, San Diego 1, California**

(Name and address as shown on the envelope)

sealed and deposited on the **1st** day of **August**, 195 **8**, in the United States Mail at

**Fallbrook, San Diego County California**
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this **1st**

day of **August**, 195 **8**

_Notary Public in and for said County and State_

(SEAL)

Stuarti FORM 23

My Commission expires **May 25, 1961**

14640A