HIF:bcw 8/4/58

**LOEB AND LOEB**
523 W. SIXTH ST. - LOS ANGELES 14, CALIF.
TELEPHONE: TRINITY 4241

Attorneys for Defendant Cedars of
Lebanon Hospital



FILED

AUG 5 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,

    Defendants.

No. 1247-SD-C

STIPULATION EXTENDING TIME
FOR DEFENDANT CEDARS OF
LEBANON HOSPITAL TO ANSWER
OR OTHERWISE PLEAD

    IT IS HEREBY STIPULATED by and between the plaintiff and defendant CEDARS OF LEBANON HOSPITAL through their respective attorneys that defendant CEDARS OF LEBANON HOSPITAL may have to and including September 25, 1958 within which to answer or otherwise plead with respect to the complaint and supplementary and amendatory complaint filed herein.

    This stipulation is made by reason of the necessity of ascertaining the extent, if any, to which defendant CEDARS OF LEBANON HOSPITAL has an interest in said action. Defendant CEDARS OF LEBANON HOSPITAL has been served herein as an heir or devisee of defendant ALEXANDER F. HANSEN. Summons and complaint were

4357

served on defendant CEDARS OF LEBANON HOSPITAL on July 14, 1958.

Dated: August 1, 1958.

*[signature: David W. Miller]*
Attorney for plaintiff United
States of America

LOEB AND LOEB

By: *[signature]*
Attorneys for Defendant
Cedars of Lebanon Hospital

IT IS ORDERED that time be extended to September 25, 1958. this 5th day of August, 1958.

*[signature: James M. Carter]*
Judge,
United States District Court