F I L E D

AUG 7 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. C. Kerley_
DEPUTY CLERK

F I L E D

JUN 24 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By
DEPUTY CLERK

R. R. WICKERD and NANCY LEE SMITH

Defendants in propria persona

MURRIETA, CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | ANSWER OF DEFENDANTS |
| Plaintiff, | ) | R. R. WICKERD and |
| | ) | NANCY LEE SMITH |
| v. | ) | |
| FALLBROOK PUBLIC UTILITY | ) | |
| DISTRICT, ET AL, | ) | |
| Defendants. | ) | |

The defendants, R. R. Wickerd and Nancy Lee Smith

each severing from their co-defendants and each for himself or her-

self alone, in answer to the Complaint and Supplementary and Amenda-

tory Complaint on file herein, admit, deny, and allege:

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 5 acres of land in Riverside

County, California, and within the watershed of the Santa Margarita

River, more particularly described in the document attached hereto,

marked Exhibit A, which is hereby incorporated by reference as a

part of this statement.

14641

EXHIBIT A

Starting at the junction of the center lines of Ivy Street and Plum Avenue, thence along the center line of Plum Avenue in a Northwesterly direction four hundred and seventy one (471) feet, thence at a right angle in a Northeasterly direction seven hundred and five (705) feet to the center line of Adams avenue, thence at right angles in a Southeasterly direction along the center line of Adams Avenue four hundred and seventy one (471) feet to the center line of Ivy Street, thence at right angle in a Southwesterly direction along the center line of Ivy Street, seven hundred and five (705) feet to joint of beginning containing seven (7) acres more or less and being in Southeasterly corner of Lot No. Twelve (12) of the Murrieta portion of the Temecula Rancho.  For a more particular description of said premises reference is hereby made to a Map made by O. N. Sanford surveyor of Murrieta portion of the Temecula Rancho now on file in the office of the County Recorder of San Diego County, State of California.

Except the portion sold to Beverly Hawes being a rectangular Two (2) acre piece leaves about Five (5) acres we own.

14642

EXHIBIT B

We claim that our land is in the Temecula Ranch, one of the grants of land made by Mexico, the Title to which was confirmed by the Treaty of Guadalupe Hidalgo in 1848, between Mexico and the U. S., to be the same under U. S. law as it was under Mexican law.  I, R. R. Wickerd, have seen a copy of the original U. S. Survey and of the Patent signed by President James Buchanan to said Grant.  Because we believe that Federal Statutes and Treaties of the United States rank above any state law, we believe we are not subject to the Doctrine of Reasonable Use or any other State law that conflicts with said Patent or Treaty.

We have always used our land and water rights freely and exclusively in the past and we expect and hope to do the same in the future.

14643

WHEREFORE, These defendants pray that plaintiff take
nothing against them by reason of the Complaint and Supplementary
and Amendatory Complaint on file herein; that said Complaint be
dismissed as against these defendants; that defendants' right to
water, as hereinabove set forth, be quieted as against the plain-
tiff and against all other defendants in this action; and for such
other and further relief as the Court may deem proper.

_R R Whickard_

_Nancy Lee Smith_

Defendants in propria persona

Dated:

14644