FILED

AUG 8 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M.B. [signature] DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

Defendants.

No. 1247-SD-C

AFFIDAVIT OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) ss.
COUNTY OF SAN DIEGO )

ROBERT E. NAGLE, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

That, in the above entitled action, on August 6, 1958, he deposited in the United States mail at Oceanside, California, in envelopes bearing the requisite postage, at which places there is a delivery service by United States mails from said post offices, a copy of MOTION FOR ORDER PURSUANT TO TITLE 28, SECTION 1655, U. S. CODE and ORDER (Publication-Riverside County); MOTION FOR ORDER PURSUANT TO TITLE 28, SECTION 1655, U.S. CODE and ORDER (Publication-San Diego County); MOTION FOR ORDER PURSUANT TO TITLE 28, SECTION 1655, U.S. CODE and ORDER ( Out of State); and MOTION FOR ORDER PURSUANT TO TITLE 28, SECTION 1655, U.S.CODE and ORDER (Directed to U.S. Marshal);

addressed to last known addresses of the persons listed in Exhibit A, attached hereto and made a part hereof.

Robert E. Nagle

Subscribed and sworn to before me this 6th day of August, 1958

Margaret B. Tooker
Notary Public in and for said County and State
(SEAL)

My Commission Expires June 3, 1962

4359

Florence A. Anderson
Room 918
756 South Broadway
Los Angeles, California

Anderson & Anderson
Room 817
606 South Hill Street
Los Angeles 14, California

Ashton, Drohan and Marchetti
3345 Newport Boulevard
Newport Beach, California
Attention: ~~Henry~~ Harry Ashton

Office of Attorney General
Library and Courts Building
Sacramento, California
Attention: Adolphus Moskovitz, Deputy Attorney General

Bates Booth & Gray, Binkley & Pfaelzer
458 South Spring Street
Los Angeles 13, California

Bauder, Gilbert, Thompson & Kelly
Suite 939
458 South Spring Street
Los Angeles, California

Best, Best & Krieger
Evans Building
Riverside, California

A. A. Bianchi
Room 901
400 Montgomery Street
San Francisco, California

Thomas J. Burke
504 Granger Building
San Diego 1, California

Busch & Maroney
367 North 2nd Avenue
Upland, California

Bert Buzzini
2233 Fulton Street
Berkeley 4, California

Cannon & Callister
650 South Spring Street
Los Angeles 14, California

Mabel Clausen
320 First Trust Building
Pasadena, California

Clayson, Stark & Rothrock
Security Bank Building
Corona, California
Attention: George G. Grover & Owen Strange

Charles H. Carter
1025 Main Street
Corona, California

Howard E. Crandall
127 West Anaheim Boulevard
Wilmington, California

Crider, Tilson & Ruppe
548 South Spring Street
Los Angeles 13, California
Attention: Tom Halde

William J. Cusack
Room 814
307 West 8th Street
Los Angeles, California

Davidson & Russ
16405 South New Hampshire Ave
Gardena, California

Charles B. DeLong
507 Harbor Insurance Building
San Diego 1, California

W. B. Dennis
365 Broadway
Vista, California

Leonard J. Difani
220 Loring Building
Riverside, California

Emmett E. Doherty
612 Flower Street
Los Angeles, California

J. A. Donnelley & Richard P. MacNulty
2655 4th Avenue
San Diego, California

Devor & Dorfman
924 Van Nuys Building
Los Angeles 14, California

Lawrence E. Drumm
Suite 820
458 South Spring Street
Los Angeles 14, California

Ray C. Eberhard
Room 1231
215 West 7th Street
Los Angeles 14, California

Estudillo & Bucciarelli
3900 Market Street
Riverside, California

Fendler, Weber & Lerner
333 South Beverly Drive
Beverly Hills, California

4360



EXHIBIT A

Daniel W. Gage
Room 740
458 South Spring Street
Los Angeles 13, California

Garver & Garver
Camas, Washington

Arthur M. Gediman
119 South Main Street
Elsinore, California

Leo Goodman
629 South Hill Street
Los Angeles 14, California

Gold & Gold
Suite 304, Bay Cities Building
Santa Monica, California

Abraham Gottfried
424 South Beverly Drive
Beverly Hills, California

Frank E. Gray
202 South Hamilton Drive
Beverly Hills, California

Samuel A. Greenburg
1014 West Valley Boulevard
Alhambra, California

Alvin G. Greenwald
Suite 303
6505 Wilshire Boulevard
Los Angeles 42, California

Hahn, Ross & Saunders
Suite 611
608 South Hill Street
Los Angeles 14, California

Frank S. Hamburger
1031 Mills Tower
San Francisco, California

Halverson & Halverson
Suite 611
704 South Spring Street
Los Angeles 14, California

Leslie B. Hanson
4412 York Boulevard
Los Angeles, California

Hash & Bernstein
31 South First Avenue
Phoenix, Arizona

J. E. Hemmi
220 North Nevada Street
Oceanside, California

Higgs, Fletcher & Mack
2250 Third Avenue
San Diego 1, California

William Murray Hill
620-621 First National Bank Bldg
San Diego 1, California

Howland & Prindle
639 South Spring Street
Los Angeles 14, California

G. Norman Kennedy
Room 415
234 East Colorado Street
Pasadena, California

James H. Kindel, Jr.
Suite 405, Rowan Building
Los Angeles 13, California

Courtney Lacey
408 East Florida Avenue
Hemet, California

Launer, Chaffee & Launer
Bank of America Building
Fullerton, California

Walter Gould Lincoln
Suite 1113
742 South Hill Street
Los Angeles 14, California

Lindley, Lazar & Scales
825 Bank of America Building
San Diego 1, California

Luce, Forward, Kunsel & Scripps
1220 San Diego Trust & Savings Bldg
San Diego 1, California

William H. Macomber
1114 San Diego Trust & Savings Bldg
San Diego 1, California

Earl Malmrose
Room 651
1206 Maple Avenue
Los Angeles 15, California

Richard M. Marsh
54-262 Jackson Street
Indio, California

Thomas P. Menzies
Room 803
458 South Spring Street
Los Angeles 13, California

Henry M. Moffatt
121 East 6th Street
Los Angeles 14, California

4361



EXHIBIT A

Neblett, Walker & Sullivan
3742 10th Street
Riverside, California
Attention: John Neblett

A. J. O'Connor
639 South Spring Street
Los Angeles 14, California

O'Melveny & Myers & George Stahlman
433 South Spring Street
Los Angeles 13, California

Christopher M. Jenks
Orrick, Dahlquist, Herrington & Sutcliffe
405 Montgomery Street
San Francisco 4, California
Attention: Christopher M. Jenks

George M. Pierson
816 Continental Building
Los Angeles 13, California

Postel & Postel
400 Montgomery Street
San Francisco 4, California

Richardson & Henderson
174 North Palm Canyon Drive
Palm Springs, California

Riedman, Dalessi, Shelton & Beyer
Suite 426
110 West Ocean Boulevard
Long Beach 2, California
Attention: Fred M. Riedman

Office of Riverside County Counsel
County Court House
Riverside, California
Attention: Wilburn J. Murry, Deputy
James H. Angell, Deputy

Sachse & Price
1092 South Main Street
Fallbrook, California

Office of San Diego County District Attorney
302 Civic Center
San Diego 1, California
Attention: Robert G. Berrey, Deputy District Attorney

Sarau, Adams, Neblett & Sarau
Suite 308
3972 Main Street,
Riverside, California

Gary W. Sawtelle
650 South Spring Street
Los Angeles 14, California

J. D. Skeen 522 Newhouse
~~802 Utah Oil~~ Building
Salt Lake City, Utah

Slaughter, Schlesinger & Schlecht
250 East Palm Canyon Drive
Palm Springs, California

Snyder & Snyder
215 South La Cienega Boulevard
Beverly Hills, California

George Stahlman
Route 1, Box 235
Fallbrock, California

W. E. Starke
1130 Bank of America Building
San Diego 1, California

Hugo A. Steinmyer & Winfield Jones
650 South Spring Street
Los Angeles 14, California

Stone & Moran
880 East Colorado Street
Pasadena, California

Swanwick, Donnelly & Proudfit
Suite 912
629 South Spring Street
Los Angeles 14, California

Swing & Swing
313 Central Building
San Bernardino, California

Swing, Scharnikow & Staniforth
Suite 604, San Diego Trust & Savings Bank Building
~~530 Broadway~~
San Diego 1, California
Attention: Phil D. Swing

Tanner, Hanson ~~Thorton~~ & Myers
215 West 7th Street
Los Angeles 14, California

Harry E. Teasdall
114 North Main Street
Fallbrook, California

Teschke, Rowe & Cramer
359 North Cannon Drive
Beverly Hills, California

Thompson & Colegate
405 Citizens Bank Building
Riverside, California

Triney & Mirich
565 West 5th Street
San Pedro, California

Van Dyke, Dellenback & McGoodwin
110 East 6th Street
Medford, Oregon

4362



EXHIBIT A

Robert W. Walker, Henry M. Moffatt,
Robert S. Curtiss
448 Santa Fe Building
Los Angeles, California

Watson, Hart & Nieras
5939 Monterey Road
Los Angeles 42, California

G. E. Weikert
918 Oviatt Building
Los Angeles 14, California

Weyl, Dunnaway & Weyl
6331 Hollywood Boulevard
Los Angeles 38, California

Whitney & Friedlander
8736 Sunset Boulevard
Los Angeles 46, California

E. E. Wiles
305 Royal Hawaiian Avenue
Honolulu, T. H.

F. W. Willett
P. O. Box 103
Fallbrook, California

Dennett Withington
1317 "E" Street
San Bernardino, California

Wyckoff, Parker, Boyle & Pope
P. O. Box 960
Watsonville, California

Raymond Choate
127 West Anaheim Boulevard
Wilmington, California

Hammack & Pugh
541 South Spring St, Room 1015
Los Angeles 13, California

Samuel Hurwitz
100 West Chapman Street
Orange, California

Randolph Karr, Roy Jerome and
Harold S. Lentz
65 Market Street
San Francisco 5, California

Kindell & Anderson
1016 North Broadway
Santa Ana, California

Robert Kingsley
3518 University Avenue
Los Angeles 7, California

Ernest L. Messner
5429 Crenshaw Boulevard
Los Angeles 43, California

Parker, Milliken & Kohlmeier
650 South Spring Street
Los Angeles 14, California

John L. Roberts
P. O. Box 507
Riverside, California

Shatford & Shatford
5920 North Temple City Blvd
Temple City, California

Stark & Champlin
Financial Center Building
Oakland 12, California

Cornelius T. Waldo
10742 Nassau Avenue
Sunland, California

Loeb & Loeb
523 West 6th Street
Los Angeles 14 California
Attention: Howard D. Friedman

4363



EXHIBIT A