Case 3:51-cv-01247-JO-SBC   Document 3607   Filed 08/13/58   PageID.12294   Page 1 of 1

CARTER
8-13-58

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.  
vs.  
FALLBROOK, etc., et al  

NO. _ _1247-SD-C_ _ _ CIVIL  
MINUTES OF THE COURT  
DATE: _August 13, 1958_ _  
AT: San Diego, California

PRESENT: Hon. _ _ _ _JAMES M. CARTER_ _ _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY _ Reporter _ _NONE APPEARING_ _ _ _

COUNSEL FOR PLAINTIFF: _ _NONE APPEARING_ _ _ _ _ _ _ _ _ _ _ _ _

COUNSEL FOR DEFENDANT: _ _ NONE APPEARING_ _ _ _ _ _ _ _ _ _ _ _ _

PROCEEDINGS: The Court rules as follows on the various motions heretofore submitted:

GOVERNMENTS MOTION TO RECONSIDER ORDER OF FEB. 11, 1958:
The court granted the motion to take testimony concerning the surrounding circumstances and the intentions of the parties at the time of the stipulation of Nov. 29, 1951, was entered into.  IT IS NOW ORDERED that the Governments motion to reconsider its rulings of Feb. 11, 1958, as amended by its order of April 8, 1958, is DENIED.

IT IS ORDERED that Governments motion and motion of Ed and Doris Suderman for a Summary Judgment are each denied.

IT IS ORDERED that Motion of Fallbrook to dismiss count II is granted.

IT IS ORDERED that motion of Fallbrook to dismiss count III is granted.

IT IS ORDERED that motion of Fallbrook to strike paragraph V of count IV is granted, and motion to dismiss count IV is denied.

IT IS ORDERED that motion of Fallbrook and State of California to dismiss count V is denied, and motion of Fallbrook to strike paragraphs VI and VII is granted.

IT IS ORDERED that State of California motion to dismiss count VI is granted.

IT IS ORDERED that motions of State of California and Fallbrook to dismiss count VII are granted.

IT IS ORDERED that motions of State of California and Fallbrook to dismiss count X are granted.

IT IS ORDERED that motion of Fallbrook to strike paragraph VI of count XIII is granted.

IT IS ORDERED that motion of Fallbrook to strike count XIV is granted.

IT IS ORDERED that motions of Fallbrook, State of California, Gibbon, Cottle and Halde to dismiss count XXI are denied, and the court on its own motion strikes par. II of said count,

IT IS ORDERED that motions of Fallbrook, State of California, Gibbon, Cottle and Halde to dismiss count XXII are denied.

JOHN A. CHILDRESS, Clerk

4520