FILED

AUG 13 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
     DEPUTY CLERK

1  JANE HEATH
   Defendants in propria persona
2  750 INDIAN HILL
   CLAREMONT, CALIFORNIA

3

4              IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                     SOUTHERN DIVISION

7

8  UNITED STATES OF AMERICA,        )
                                    )   CIVIL NO. 1247- SD - C
            Plaintiff,              )
9                                   )   ANSWER OF DEFENDANTS
        v.                          )
10                                  )   JANE HEATH
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )
                                    )
12          Defendants.             )

13         The defendants, JANE HEATH,

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT
18
           These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25

26               AFFIRMATIVE STATEMENT OF RIGHTS

27         These defendants own 37.6    acres of land in

28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.

1   AT THE PRESENT TIME THIS LAND IS USED FOR DRY FARMING. AT ONE
2   TIME THIS LAND HAD A WELL WITH A WINDMILL PUMP. THE WELL WAS ABANDONED
3   WHEN THE WELL CASING RUSTED OUT.
4   THE DEFENDENT CLAIMS RIGHTS OF UNDERGROUND WATER FOR DOMESTIC
5   AND STOCK PURPOSES. THE DEFENDENT HOPES TO DRILL A WELL FOR THAT PURPOSE
6   IN THE FUTURE.

18   WHEREFORE, these defendants pray that plaintiff take
19   nothing against them by reason of the Complaint and Supplementary
20   and Amendatory Complaint on file herein; that said Complaint be
21   dismissed as against these defendants; that defendants' right to
22   water, as hereinabove set forth, be quieted as against the plain-
23   tiff and against all other defendants in this action; and for such
24   other and further relief as the Court may deem proper.

*Jane Heath*

Defendants in propria persona

Dated: August 6, 1958

EXHIBIT "A"

THE DESCRIPTION OF THE LAND OF THE DEFENDENT IS AS FOLLOWS:

THE SOUTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 36, TOWNSHIP 6 SOUTH, RANGE 4 WEST, SAN BERNARDINO BASE AND MERIDIAN; EXCEPTING THEREFROM, THE NORTHEAST CORNER DEEDED TO CALIFORNIA STATE HIGHWAY.

14647