H. A. McKAY and THELMA McKAY
Defendants in propria persona
1137 East 3rd Street,
National City, California

FILED

AUG 13 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

    Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
H. A. McKAY and
THELMA McKAY

The defendants, H. A. McKAY and THELMA McKAY each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own residence-210 E. College St., Fallbrook ~~acres~~ of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

14653

COPY RECEIVED
INDEXED

1  It has been almost three years since we the defendants
2  have resided at this address in Fallbrook, consequently we
3  have no idea how much water is being used here at the present
4  time. During the period of our residence at herein named
5  address in Fallbrook, (September 1946 until September 1955)
6  would say that ₍approximately₎ 30,000 gallons would represent an average figure
7  for water we used each month.
8  As this is strictly residential property, we the
9  defendants claim the right to whatever amount of water that
10 is deemed necessary for domestic household purposes, also
11 irrigating of lawn, shrubbery and a few family fruit trees.
12 Water for this purpose is obtained from Fallbrook Public
13 Utility District, through their meter located on said property.

18  WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*H. A. McKay*
*Thelma McKay*
Defendants in propria persona

Dated: August 11, 1958

14654

"EXHIBIT A"

For reference please note:

    DEED OF TRUST made on 29th day of March 1956, between THOMAS M. CAMPBELL and FRANCIS CAMPBELL, husband and wife, in the City of Fallbrook, County of San Diego, State of California, herein called TRUSTOR, BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSOCIATION, herein called TRUSTEE, and H. A. McKAY and THELMA McKAY, husband and wife, as joint tenants, herein called BENEFICIARY.
That TRUSTOR irrevocably Grants, Transfers and Assigns to TRUSTEE IN TRUST, WITH POWER OF SALE, that property in San Diego County, California, described as:

    Lot 30 of College Street Tract of Fallbrook, in the County of San Diego, State of California, according to Map thereof No. 2593, filed in the office of the County Recorder of said San Diego County on October 24, 1949.

    This deed of trust is second and subsequent in lien to a deed of trust in favor of La Jolla Federal Savings and Loan Association and recorded concurrently herewith.

    This deed of trust is given to secure a portion of the purchase price of the property as described herein.

    This deed of trust recorded as document No. 48092, at request of UNION TITLE INSURANCE & TRUST COMPANY, April 9, 1956 at 9:00 a.m. official records, County of San Diego, California, Book 6050, Page 506. Policy of Title Insurance No. 586432 issued accordingly.

*[signature: H. A. McKay]*
*[signature: Thelma McKay]*
Defendants in propria persona

AUG. 11, 1958

14655