HARRIETT N. INGRAM
Defendants in propria persona
P.O. BOX 6694
LONG BEACH, CALIFORNIA

F I L E D

AUG 13 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

    Defendants,

CIVIL NO. 1247 - SD - C

ANSWER OF DEFENDANTS

HARRIETT N. INGRAM

The defendants, HARRIETT N. INGRAM each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 246.04 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

14656

COPY RECEIVED
INDEXED

1  WE CLAIM THE RIGHT TO USE WATER FROM WELLS OR SPRINGS ON OUR
2  LAND, WHICH WE HAVE OWNED FOR 41 YEARS. WE HAVE NEVER
3  DEVELOPED THE WATER FOR IRRIGATION BUT WE FEEL THAT WE
4  SHOULD HAVE THE RIGHT IF WE DECIDED TO DO SO IN THE FUTURE.

   WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

_Harriett N. Ingram_
Defendants in propria persona

Dated: 8-12-58

14657

DESCRIPTION OF PROPERTY:

Riverside County...North West ¼- Lots 1,2, 3,4,5,...

Section 17- Township 7-South, Range 1-West- San Bernardino Meridian.

246.04 acres.

*Harriett N. Duggan*

14658