FLOYD E. WADE
Defendants in propria persona.
P.O. Box 125,
Fallbrook, California

FILED
AUG 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
      Plaintiff, )
v. ) CIVIL NO. 1247- SD - C
FALLBROOK PUBLIC UTILITY ) ANSWER OF DEFENDANTS
DISTRICT, ET AL, ) ANSWER TO COMPLAINT AND
      Defendants. ) SUPPLEMENTARY AND AMENDATORY COMPLAINT OF FLOYD E. WADE

The defendants, Floyd E. Wade, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 40 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

14865

COPY RECEIVED
INDEXED

# EXHIBIT A

DESCRIPTION:

W 1/2 OF E 1/2 OF NE 1/4

SEC. 7-9-2W.

14665A

1  Defendant owns 40 acres of bare land which drains into the San Luis Rey river. It is intended for agricultural of other developments.
2  Defendant hereby claims the right to use as much water as he considers necessary for the above mentioned purposes.
3
4  Defendant further claims all riparian rights to all waters that may percolate through his land, whether from the Santa Margarita River and its tributaries, whether from springs, streams or wells, etc.,
5  and to take water from his land, whether for domestic, industrial, business or irrigation purposes.
6
7  In addition to the claim and uses as herein made, defendant claims all rights of overlying landowners to any water which may originate in, or under, or cross his land. Defendant claims the right to drill
8  and to dig wells, and to exercise water reclamation and conservation practices as now or may be known in the future.
9
10 Defendant hereby incorporates the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.
11
12 Defendant claims all the above for all lands in which he has any financial interest whatsoever.

13

14

15

16

17

18      WHEREFORE, these defendants pray that plaintiff take

19 nothing against them by reason of the Complaint and Supplementary

20 and Amendatory Complaint on file herein; that said Complaint be

21 dismissed as against these defendants; that defendants' right to

22 water, as hereinabove set forth, be quieted as against the plain-

23 tiff and against all other defendants in this action; and for such

24 other and further relief as the Court may deem proper.

25
                                *Floyd E. Wade*
26
                                Floyd E. Wade
27                              _____

28                              _____

29                              Defendants in propria persona

30  Dated: 8/1/58              P.O. Box 125
31                                  Fallbrook, California

32                                              14666