Mamie J. Williams and Lynn P. Williams, Deceased
56 Chumalia St.
San Leandro, California

**FILED**

AUG 13 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
   DEPUTY CLERK

1  Defendants in propria persona.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
              Plaintiff,  )   CIVIL NO. 1247- SD - C
         v.               )   ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY  )   Mamie J. Williams and
DISTRICT, ET AL,          )   Lynn P. Williams, Deceased
              Defendants. )   56 Chumalia St.
                          )   San Leandro, California

The defendants, Mamie J. Williams and Lynn P. Williams Deceased each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own Two Lots ~~acres~~ of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

14662

COPY RECEIVED
INDEXED

1  Defendants claim all the right of overlying land owners and to water which may
2  originate in or may be found on, or under, or which may cross their land.
3      Defendants claim the right to dig or drill wells and exercise water
4  reclamation and conservation practices as are now or may be known.
5      Defendants hereby incorporate, the same as though set forth herein in
6  full, all the Affirmative Defenses of the Fallbrook Public Utility District
7  on file in these proceedings.
8      Defendants claim all the above for all lands in which they have any
9  financial interest whatsoever.

18      WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

_____
                        *Nannie L William*
                        Defendants in propria persona

Dated: August 4, 1958                                14663

EXHIBIT A

ALL THAT REAL PROPERTY situated in the County of San Diego, State of California, bounded and described as follows:

PARCEL 1: The West 100 feet of the North half of Block 102 of West Fallbrook, according to Map thereof No. 567, filed in the office of the County Recorder of said San Diego County, October 9, 1888.

PARCEL 2: All that portion of the South Half of Block 102 of West Fallbrook, according to the Map thereof No. 743, filed in the office of the County Recorder of said San Diego County, March 6, 1893, described as follows:

Commencing at the Southwest Corner of said Block 102;; thence North along the West line of said Block, 104.78 feet to the true point of beginning; thence East along a line parallel with the South line of said Block, 100 feet; thence North parallel with said West line 30 feet, more or less, to the East and West center line of said Block; thence West along said center line, 100 feet to the West line of said Block; thence South along said West line, 30 feet, more or less, to the true point of beginning.

Subject to covenants, conditions, restrictions, reservations, rights, rights of way and easements of record.

14664