F I L E D

AUG 13 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY CLERK

1  ALVIN L. STOHLMAN and THELMA F. STOHLMAN
2  Defendants in propria persona
   Star Route, Box 53
3  Hemet, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| vs. | ALVIN L. STOHLMAN |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | and THELMA F. STOHLMAN |
| Defendants, | |

The defendants, ALVIN L. STOHLMAN and THELMA F. STOHLMAN, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 240 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

14659

COPY RECEIVED

INDEXED

Defendants claim Riparian Rights and rights to all springs (developement of same) and the rights to drill any wells to any depth to acquire the amounts of water they deem necessary for their use and to store any such waters in any amounts required for their needs. They also demand the rights to dam any and all canyons or gullies on the land for the purpose of holding and storing water for irrigation and livestock drinking.

Approximately 80 acres are now being farmed...the additional land is now being used for cattle and horse grazing. There is approximately and additional 125 acres of land suitable for farming and is so planned to be put into service as soon as the brush can be removed.

The defendants water needs (approx. 4.2 acre ft. per acre per year) will be determined by the number of acres of land they can prpare for cultivation for agriculture and support of cattle and other livestock. All crops gow well in this soil and at this elevation.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Alvin L. Stahlman*

*Thelma F. Stahlman*

Defendants in propria persona
Star Route, Box 53
Hemet, Calif.

Dated:   August 1, 1958                                14660

Stohlman

## EXHIBIT "A"

$NW\frac{1}{4}$ of $NW\frac{1}{4}$ and $NE\frac{1}{4}$ of $NW\frac{1}{4}$ of Section 31, Township 6 S - Range 1E - SBBM
and
$SW\frac{1}{4}$ of Section 29, Township 6 S - Range 1E - SBBM

14661