JOSEPH COSTELIC AND MAGGIE COSTELIC

Defendants in propria persona
3167 Wallace Street,
RIVERSIDE, California

FILED
AUG 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br><br>       Defendants, | CIVIL NO. 1247 - SD - C<br><br>ANSWER OF DEFENDANTS<br>ANSWER TO COMPLAINT AND<br>SUPPLEMENTARY AND AMENDATORY<br>COMPLAINT OF<br>JOSEPH COSTELIC AND<br>MAGGIE COSTELIC |

The defendants, Joseph Costelic and Maggie Costelic, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 128.14 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

INDEXED

14648

EXHIBIT A

PARCEL 1: HOMESTEAD PATENT NO. 1030866

LOT THREE, THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER, AND THE NORTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION EIGHTEEN IN TOWNSHIP EIGHT SOUTH OF RANGE ONE EAST OF THE SAN BERNARDINO MERIDIAN, CALIFORNIA, CONTAINING ONE HUNDRED TWENTY-THREE ACRES AND FOURTEEN HUNDREDTHS OF AN ACRE.

PARCEL 2:

SOUTH 5 ACRES OF NE $\frac{1}{4}$ OF SE $\frac{1}{4}$ WEST OF ROAD SECTION 18. TOWNSHIP 8, SOUTH RANGE 1.E. RIVERSIDE COUNTY, CALIFORNIA

14649A

1  Defendants own 2 Parcels of land in Riverside County, approximately 188.14 acres in all. Parcel 1 contains a Home and well. Parcel 2 is as yet undeveloped. Defendants plan to sell both the above properties for irrigated pasture and agricultural purposes, in the future; and defendants claim the right to use as much water as they consider necessary for the above mentioned.

Defendants further claim all riparian rights to all waters percolating through their land, whether from the Santa Margarita River and its tributaries; whether from springs, streams, creeks or wells, etc.; and to take water from their land whether for domestic, industrial, business or irrigation purposes.

In addition to the claim and uses as herein made, defendants claim all rights of overlying landowners to any water which may originate in, or under, or cross their land. Defendants claim the right to drill and to dig wells and to exercise water reclamation and conservation practices as now or may be known in the future.

Defendants hereby incorporate the same as though set forth herein in full all of the Affirmative Defenses of the Fallbrook Public Utility District on file in these proceedings.

Defendants claim all the above for all lands in which they have any financial interest whatsoever.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

Joseph Costello  *Joseph Costello*

Maggie Costello  *Maggie Costello*

Defendants in propria persona
3167 Wallace Street
RIVERSIDE, California

Dated: 8-8-58

14649