**F I L E D**

AUG 13 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *M D Kieseling*
DEPUTY CLERK

1    Defendants in propria persona
2    *Elizabeth  SZABO  AND  Nicholas  SZABO*
     *905  S.  NormANdie  Ave .  Los  ANgeles. 6  Calif*
3
4                    IN THE UNITED STATES DISTRICT COURT
5                    SOUTHERN DISTRICT OF CALIFORNIA
6                    SOUTHERN DIVISION
7
8    UNITED STATES OF AMERICA,          )
                                        )    CIVIL NO. 1247- SD - C
9              Plaintiff,               )
                                        )    ANSWER OF DEFENDANTS
10        v.                            )    *ELIZABETH & NicHOLAS SZABO*
                                        )
11   FALLBROOK PUBLIC UTILITY           )
     DISTRICT, ET AL,                   )
12                                      )
               Defendants.             )
13        The defendants, *ELIZABETH & NicHOLAS   SZABO*
14   each severing from their co-defendants and each for himself or her-
15   self alone, in answer to the Complaint and Supplementary and Amenda-
16   tory Complaint on file herein, admit, deny, and allege:
17              ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18
19        These answering defendants hereby incorporate by reference
20   all of the allegations contained in the answer to said Complaint and
21   Supplementary and Amendatory Complaint filed in this case by Newton
22   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23   of the portion thereof entitled "Affirmative Statement of Rights")
24   and make each and all of said allegations a part of this answer
25   the same as if herein set forth at length.
26              AFFIRMATIVE STATEMENT OF RIGHTS
27        These defendants own    *10*    acres of land in *RIVERSIDE*
28   County, California, and within the watershed of the Santa Margarita
29   River, more particularly described in the document attached hereto,
30   marked Exhibit A, which is hereby incorporated by reference as a
31   part of this statement.
32      COPY RECEIVED                                    14650

         INDEXED

1  I claim all water rights the same as majority of people
2  Plus 275 ft well on property. claim the right to
3  take water from this above wells.
4  Wish to reserve the right to drill another well.
5  Expect and irrigate 10 acres of land now for vegetables
6  Fruit trees - Potatoes Alfalfa Milo etc
7  This land will grow anything and everything as
8      long as there is water to irrigate it with.

18        **WHEREFORE,** these defendants pray that plaintiff take

19  nothing against them by reason of the Complaint and Supplementary

20  and Amendatory Complaint on file herein; that said Complaint be

21  dismissed as against these defendants; that defendants' right to

22  water, as hereinabove set forth, be quieted as against the plain-

23  tiff and against all other defendants in this action; and for such

24  other and further relief as the Court may deem proper.

Elizabeth Sabo

Nicholas S. Sabo

        Defendants in propria persona

Dated: Aug 5. 58

14852

EXIBIT. 4

RIVERSIDE

NICHOLAS & ELIXABETH SZABO

JOINT TENANTS.

Lot 46 of SEDCO TRACT No 1.
As shown by map on file
in Book 10. pages. 58 to. 75 inclusive
of Maps. RIVERSIDE County Record.

Elizabeth Szabo

14651