F I L E D

AUG 13 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

1  Georgia E. Kerr, Regina Rae Kerr, Robert Ross Kerr, Jr., & William David Kerr
   Defendants in propria persona
2  10925 Lewis Road
3  Lynwood, California

4              IN THE UNITED STATES DISTRICT COURT
5                SOUTHERN DISTRICT OF CALIFORNIA
6                      SOUTHERN DIVISION

7
8  UNITED STATES OF AMERICA,          )  CIVIL NO. 1247 - SD - C
                                      )
9              Plaintiff,             )  ANSWER OF DEFENDANTS
                                      )  Georgia E. Kerr, Regina Rae Kerr,
10       v.                           )  Robert Ross Kerr, Jr., and William
                                      )  David Kerr.
11 FALLBROOK PUBLIC UTILITY           )
   DISTRICT, ET AL,                   )
12                                    )
               Defendants,            )

13     The defendants, Georgia E. Kerr, Regina Rae Kerr, Robert Ross Kerr,
14 each severing from their co-defendants Jr. and William David Kerr and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17         ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                   AMENDATORY COMPLAINT
18
       These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
              AFFIRMATIVE STATEMENT OF RIGHTS
26
       These defendants own 1162.9 acres of land in Riverside County
27
   County, California, and within the watershed of the Santa Margarita
28
   River, more particularly described in the document attached hereto,
29
   marked Exhibit A, which is hereby incorporated by reference as a
30
   part of this statement.
31
32

       COPY RECEIVED                                    14680

   INDEXED

I

We, the defendents, have used all creek water flowing into a resevoir for livestock, irrigation of crops, domestic garden, fruit trees, chickens and turkeys. Domestic water use is from a spring on the property. We plan to live there again, and will need the above mentioned water for the same porposes. And plan to drill a well, or wells, for the same needs, or more, to accomodate expansion in livestock and crops.

II

We, the defendents, claim the right to the use of riparian water flowing on the property, and claim all percolating and filteration water on the property. Also, the right to develop any and all springs on the property, as well as the right to drill water wells where feasible on the property and whenever needed.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Georgia E. Kerr, William David Kerr*

*Regina Rae Kerr, Robert Ross Kerr Jr*

Defendants in propria persona

Dated: 8-7-58

14670

"EXHIBIT A"

I

Parcel L. Government Lot 3, Southeast Quarter of Northwest Quarter, North-half of Southwest Quarter and Southeast Quarter of Fractional Section 2, Township 8 South, Range 1 East:
EXCEPTING therefrom an easement in favor of the public over any portion thereof included in public roads.
A portion of said Section 2 is also shown on Record of Survey on file in Book 11 Page 65 of Records of Survey, Records of Riverside County, California.

PARCEL 2. The East-half of Northwest Quarter and Southwest Quarter of North-west Quarter of Section 35, all in Township 7 South, Range 1 East, San Bernardino Base and Meridian, as shown by United States Government Survey:
EXCEPTING therefrom an easement in favor of the public over any portion thereof included in public roads.

PARCEL 3. The South-half of Southwest Quarter of Section 26, Township 7 South, Range 1 East, San Bernardino Base and Meridian, as shown by United States Government Survey:
EXCEPTING therefrom an easement in favor of the public over any portion thereof included in public roads.
RESERVING unto the grantors herein an easement in and over the South-half of Southwest Quarter of Section 26, Township 7 South, Range 1 East San Bernardino Base and Meridian, as shown by United States Government Survey, for the purpose of taking water from Wilson Creek and for right of ingress and egress to the Northwest Quarter of North-half of the Southwest Quarter of Section 26, Township 7 South, Range 1 East, San Bernardino Base and Meridian, now belonging to the grantor herein.

The Southeast Quarter (SE¼) of Section 34 and the Southwest Quarter (SW¼) of Section 35, in Township 7 South, Range 1 East of the San Bernardino Base and Meridian, California, containing 320 acres according to the offivial Plat of the Survey of the said Land, returned to the General Land Office by the Survey-General.

Subject to: Conditions, restrictions, reservations, rights, rights of way and easements of record.

Together with assignment of water rights.

The North-half of Section 25, Township 7 South, Range 1 East, San Bernardino Base and Meridian as shown by United States Government Survey.

Subject to: Rights of Way, Reservations and Restrictions of record.

14671