PHILIP L. ELLITHORPE
ESTHER M. ELLITHORPE

Defendants in propria persona

144 Rivo Alto Canal
Long Beach 3, Calif.

FILED
AUG 13 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
           Plaintiff, )
   v. )
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
           Defendants. )

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS

PHILIP L. ELLITHORPE
ESTHER M. ELLITHORPE,
Husband & wife, Joint Tenants

The defendants, PHILIP L. and ESTHER M. ELLITHORPE each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1507 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED
INDEXED

14672

PHILIP L. ELLITHORPE
ESTHER M. ELLITHORPE

144 Rivo Alto Canal
Long Beach 3, Calif.

EXHIBIT "A"

That certain land situated in Riverside County, State of California, as shown in :-

PARCEL 1-- That certain land as shown in Book 19, page 11, lines 01-27, and known as Section 19 (627.11 acres) of T6S, R3W, SBBM, with no appertenances EXCEPT easement along North boundary to California Electric Power Co., and that portion of the Electric Copper & Gold Mine (Patent 4703) which overlaps the Southwest Corner.

PARCEL 2-- That certain land situated in Riverside County, State of California, as shown in Book 19, Page 16, Lines 00-21 and known as Section 29 (640 acres) of T6S, R3W, SBBM with no easements of any kind.

PARCEL 3-- That certain land situated in Riverside County, State of California, as shown in Book 19, Page 16, Lines 00-27 and known as the NE¼ and the E½ of the NW¼ of Section 30 (240 acres) of T6S, R3W, SBBM with no restrictions EXCEPT where the Electric Copper & Gold Mine (Patent 4703) slightly overlaps the West edge.

II

We claim our water rights are paramount to all other rights or claims of right of the Plaintiff in and to said water. We claim all water rights under our land for the beneficial use thereon.
We find our soil to be of class II in character, all 1507 acres are irrigable and we are developing citrus and avocado groves which will demand at least 4.2 acre feet of water per acre per year. We claim the right to drill the number of wells necessary to beneficially water cattle, livestock, and irrigate as necessary.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Philip L. Ellithorpe*

*Esther M. Ellithorpe*

Defendants in propria persona

Dated: July 29, 1958

14673