SAM SIEGEL

Defendants in propria persona
1339½ North Las Palmas Ave.
Hollywood 28, California
**FILED**

AUG 13 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>         Plaintiff, <br> v. <br> FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, <br>         Defendants, | CIVIL NO. 1247 - SD - C <br> ANSWER OF DEFENDANTS <br><br> SAM SIEGEL |

The defendants, SAM SIEGEL
each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own /0 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

14674

COPY RECEIVED

INDEXED

18  WHEREFORE, these defendants pray that plaintiff take
19 nothing against them by reason of the Complaint and Supplementary
20 and Amendatory Complaint on file herein; that said Complaint be
21 dismissed as against these defendants; that defendants' right to
22 water, as hereinabove set forth, be quieted as against the plain-
23 tiff and against all other defendants in this action; and for such
24 other and further relief as the Court may deem proper.

*Sam Siegel*

Defendants in propria persona

Dated: July 29 - 1958

14675

-3-

EXHIBIT "A"

    SIEGEL, SAM

    1339½ N LAS PALMAS AVE
    LOS ANGELES 28, CALIF.

LEGAL DESCRIPTION OF PROPERTY                      BLOCK OR TWN

RO LA LAGUNA MB 4/174 SD                            M
POR OF NW 53 AC NE OF PALOMAR ST BEG W COR
NE 581.94' X SE 750', 10 AC

SIGNED _Sam Siegel_

14676