**FILED**

AUG 13 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

1   MARGIE R. TROBAT and EDWARD H. TROBAT
    Defendants in propria persona
2   P.O. Box 783
    Fallbrook, California
3
4             IN THE UNITED STATES DISTRICT COURT
5             SOUTHERN DISTRICT OF CALIFORNIA
6                     SOUTHERN DIVISION
7
8   UNITED STATES OF AMERICA,        )
                                     )   CIVIL NO. 1247- SD - C
9              Plaintiff,            )
                                     )   ANSWER OF DEFENDANTS
    v.                               )
10                                   )   ANSWER TO COMPLAINT AND
    FALLBROOK PUBLIC UTILITY         )   SUPPLEMENTARY AND AMENDATORY
11  DISTRICT, ET AL,                 )   COMPLAINT OF
                                     )   MARGIE R. TROBAT AND
12             Defendants.           )   EDWARD H. TROBAT

13       The defendants, Margie R. Trobat and Edward H. Trobat,
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:
17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18
19       These answering defendants hereby incorporate by reference
20  all of the allegations contained in the answer to said Complaint and
21  Supplementary and Amendatory Complaint filed in this case by Newton
22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23  of the portion thereof entitled "Affirmative Statement of Rights")
24  and make each and all of said allegations a part of this answer
25  the same as if herein set forth at length.
26              AFFIRMATIVE STATEMENT OF RIGHTS
27       These defendants own    7    acres of land in    San Diego
28  County, California, and within the watershed of the Santa Margarita
29  River, more particularly described in the document attached hereto,
30  marked Exhibit A, which is hereby incorporated by reference as a
31  part of this statement.

14612

32  COPY RECEIVED
    INDEXED

# EXHIBIT A

PARCEL 1.
That portion of the Southeast Quarter of the Southeast Quarter of Section 7, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows:

Commencing at the Southeast corner of said Section 7; thence along the South line of said Section 7, North 89 49'20" West 200 feet; thence North 330 feet to the true point of beginning; thence continuing North 390 feet; thence South 89 49'20" East 158.68 feet, more or less, to the West line of that tract of land conveyed to the Fallbrook Public Utility District by deed recorded in Book 6021, page 285 of Official Records; thence along said West line, South 14 33'20" West 160.01 feet (Record South 14 26'30" West 160.11 feet); thence South 64 55' East 237.66 feet to a point which bears South 89 49'20" East from the true point of beginning; thence leaving said West line, North 89 49'20" West 171.47 feet, more or less, to the true point of beginning.

ALSO granting an easement for road purposes over and across a portion of the Southeast Quarter of the Southeast Quarter of Section 7, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego State of California, said easement being described as follows:

Beginning at the Southwesterly corner of the land described in the deed Margie A. Trobat, a married woman, recorded April 3, 1958, in Book 7021, page 267 of Official Records; thence Northerly along the Westerly line of said Trobat's land 99.80 feet; thence Westerly at right angles 10 feet; thence Southerly and parallel with the said Westerly line and its Southe prolongation 129.80 feet; thence Easterly 10 feet to an intersection wit the said Southerly prolongation; thence Northerly along the said Souther prolongation 30 feet to the point of beginning.

PARCEL 2.

PAR. 93W-7-33
E 1/2 OF NE 1/4 OF SW 1/4 OF
SE 1/4 IN                SEC. 7-9-3W

14683

1  Defendants own approximately 7 acres of land in 2 Parcels.
   Parcel 1 consists of 2 acres on which is a Home, also Family Fruit trees.
2  Parcel 2 consists of 5 acres of bare land.
   Defendants plan to develop both these properties in the future, and
3  claim the right to use as much water as they consider necessary for
   the above mentioned purposes.
4
   Defendants further claim all riparian rights to all waters that may
5  percolate through their land, whether from the Santa Margarita River
   and its tributaries, whether from springs, streams or wells, etc.,
6  and to take water from their land, whether for domestic, industrial,
   business or irrigation purposes.
7
   In addition to the claim and uses as herein made, defendants claim
8  all rights of overlying landowners to any water which may originate
   in, or under, or cross their land. Defendants claim the right to drill
9  and to dig wells, and to exercise water reclamation and conservation
   practices as now or may be known in the future.
10
   Defendants hereby incorporate the same as though set forth herein
11 in full all of the Affirmative Defenses of the Fallbrook Public
   Utility District on file in these proceedings.
12
   Defendants claim all the above for all lands in which they have any
13 financial interest whatsoever.

14

15

16

17

18         WHEREFORE, these defendants pray that plaintiff take

19  nothing against them by reason of the Complaint and Supplementary

20  and Amendatory Complaint on file herein; that said Complaint be

21  dismissed as against these defendants; that defendants' right to

22  water, as hereinabove set forth, be quieted as against the plain-

23  tiff and against all other defendants in this action; and for such

24  other and further relief as the Court may deem proper.

25
                                        *Margie R Trobat*
26                                      Margie R. Trobat

27
                                        *Edward H Trobat*
28                                      Edward H. Trobat

29
                                        Defendants in propria persona
30  Dated: 8/2/58                       P.O. Box 783
31                                      Fallbrook, California

32
                                                        14684