FILED

AUG 14 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
  DEPUTY CLERK

1  Defendants in propria persona
2  529 Orange St.
3  Beaumont, Calif.
4              IN THE UNITED STATES DISTRICT COURT
5                SOUTHERN DISTRICT OF CALIFORNIA
6                     SOUTHERN DIVISION
7
8  UNITED STATES OF AMERICA,        )
                                    )   CIVIL NO. 1247- SD - C
         Plaintiff,                 )
9                                   )   ANSWER OF DEFENDANTS
      v.                            )
10                                  )
   FALLBROOK PUBLIC UTILITY         )
11 DISTRICT, ET AL,                 )
                                    )
12       Defendants.                )

13       The defendants,
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:
17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT
18
19       These answering defendants hereby incorporate by reference
20  all of the allegations contained in the answer to said Complaint and
21  Supplementary and Amendatory Complaint filed in this case by Newton
22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23  of the portion thereof entitled "Affirmative Statement of Rights")
24  and make each and all of said allegations a part of this answer
25  the same as if herein set forth at length.

26              AFFIRMATIVE STATEMENT OF RIGHTS
27       These defendants own 10.55 acres of land in San Diego
28  County, California, and within the watershed of the Santa Margarita
29  River, more particularly described in the document attached hereto,
30  marked Exhibit A, which is hereby incorporated by reference as a
31  part of this statement.
32
    INDEXED                                            14685

1  I claim the water Rights from a
2  Spring which supplies water to the
3  house. I don't Intend to drill a
4  well later on, also there is a
5  
6  Creek running through the Property
7  No water is use to irrigate
8  only rocks & brush grow there.

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Omitila Reyes*
By *C. E. Reyes*

Defendants in propria persona

Dated:

14626

Exhibit A

The Southwest Quarter of the Southeast Quarter of Gov't lot 2, also the east half of the Southeast Quarter of Gov't lot 2, also that portion of the Southwest Corner of said Gov't Lot 1 described as follows:

Commencing at the Southwest corner of said Gov't Lot 1, thence East on the South line of said lot 359 ft., thence Northwesterly in a straight line to the Northwest corner of the Southwest Corner of said lot, thence South on the West line of said lot to the point of beginning. All in Sec. 20, Township 9 South Range 2 East San Bernardino Base & Meridian, according to U.S. Gov't Survey.

(over)

14685A

Approved January 31, 1895

14685 B

Approved January 31, 1895