Defendients claim all the rights of overlying landowners amd to water which may originate or cross thier land.

Defendients claim the right to drill wells and exercise water reclamation and conservation practices as are now or may be known.

Defendents hereby incorporate the same as though set forth herein full all of the affirmative defenses of the Fallbrook Public Utilities District on file in these proceedings.

Defendients claim all the above for all lands in which they have any financial interest whatever.

Legal description of parcel ;

The north 5 feet of Lot 2, all of Lots 3 and 4 (Excepting the North-51.10 feet of said Lot 4) in Block "P" of Bartletts Addition to West Fallbrook No.1, in the County of San Diego, State of California, according to Map thereof No.470, filed in the County Recorders Office January 4 1888, together with that portion of the East Half of Kansas Street, as vacated and closed to public use immediatly adjoining the above described land on the West.

July 28 1958

Dewie N Turner and Doris M Turner
522 Minnesota Street
Fallbrook, California

Doris M. Turner
Dewie N Turner

FILED

AUG 14 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M Stingley DEPUTY CLERK

INDEXED

COPY RECEIVED

14687