WILLIAM C. POWELL and FRANCES L. POWELL
Defendents in propria persona
Route 2 Box 4
Fall Brook, California

FILED

AUG 14 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
         Plaintiff,
   v.
FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL.,
         Defendants

CIVIL NO. 1247-SD-C

ANSWER TO COMPLAINT AND
SUPPLEMENTARY AND AMENDATORY
COMPLAINT OF
WILLIAM C. POWELL AND
FRANCES L. POWELL

Comes now the Defendantss WILLIAM C. POWELL and FRANCES L. POWELL,, answering for themselves alone and for none of the other Defendants, admit, deny and allege in answer to paragraphs 1 through 1X of Plaintiff's original Complaint, as follows:

1

Admit that there is an actual controversy between the Plaintiff and these answering Defendants. Deny that these answering Defendants are in any way unlawfully interfering with the Plaintiff's rights relative to the use of water from the Santa Margarita River.

11

These answering Defendants admit the allegations contained in Paragraph 11 excepting wherin it is alleged that there is no other site in the entire West Coast providing the facilities of Camp Pendleton, in that these answering Defendants have neither information or belief regarding said allegations and for lack of

INDEXED

COPY RECEIVED

14628

such information or belief, deny same.

### III

These answering Defendants admit the allegations contained in Paragraph III.

### IV

Deny that these answering Defendants have in any way encroached upon the Santa Margarita River Basin. Deny upon lack of information or belief the threatened destruction of said Basin and the reduction of surface and subterranean water sources. These answering Defendants admit the other allegations contained in said Paragraph IV.

### V

Admit the allegations contained in Paragraph V but affirmatively allege that the findings and stipulated judgemnt referred to in said Paragraph are in any way binding upon the rights of these answering Defendants, and further affirmatively allege that these answering Defendants were at no time parties to said action.

### VI

These answering Defendants have neither information nor belief concerning the allegations contained in Paragraph VI of Plaintiff's Complaint and based upon such lack of information and belief deny each and every allegation therein contained.

### VII

These answering Defendants admit the allegations contained in Paragraph VII of Plaintiff's Complaint.

### VIII

These answering Defendants deny generally and specifically each and every allegation contained in Paragraph VIII.

### IX

Deny each and every allegation contained in Paragraph IX of Plaintiff's Complaint.

-2-

14689

1  Comes now these answering Defendants and with reference
2  to count I through count XXV of the pleading entitled supplement
3  to complaint, admit, deny and allege as follows:

## COUNT 1

### 1

In answer to count 1 these answering Defendants incorporate by reference Paragraphs 1 through IX of this Answer as though the same were fully set forth.

## COUNT II

### I

These answering Defendants reallege Paragraph I of answer to Count II as though the same were fully set forth.

### II

These answering Defendants with reference to Paragraph II and III of Count II, have neither information or belief regarding same and based upon such lack of information or belief deny generally and specifically each and every allegation therein contained.

## COUNT III

### I

These answering Defendants reallege and reaffirm each and every allegation contained in Counts I and II hereof.

### II

In answer to Paragraphs II through V of Count III, these answering Defendants deny generally and specifically the allegations therein contained based upon lack of sufficient information and belief regarding same.

## COUNT IV

### I

These answering Defendants reallege each and every allegation contained in Counts I through III of this Answer.

### II

In answer to Paragraph II through V of Count IV these

-3-

14690

Defendants have neither information nor belief regarding same and based upon such lack of information and belief deny generally and specifically each and every allegation therein contained.

## COUNT V

### I

These answering Defendants reallege each and every Paragraph heretofore set forth in Counts I through IV of this Answer.

### II

These answering Defendants have neither information or belief regarding the allegations contained in Paragraphs II through VII of Count V and for lack of such information or belief deny generally and specifically each and every allegation therin contained.

## COUNT VI

### I

These answering Defendants reallege each and every Paragraph heretofore alleged answering Counts I through V of Plaintiff's Supplemental Complaint as are contained in Counts I through V of this Answer.

### II

In answer to Paragraphs II through V of said Count VI these answering Defendants have neither information nor belief and upon such lack of information or belief deny generally and specifically each of the allegations contained in said Paragraphs II through V of said Count VI of Plaintiff's Supplemental Complaint.

## COUNT VII

### I

These answering Defendants in answer to Paragraph I of Count VI reallege their answer to Count I through VI of Plaintiff's Supplemental Complaint as though the same were fully set forth herein.

-4-

14691

1    These answering Defendants have neither information nor
2 belief regarding the allegations contained in Paragraphs II and III
3 of said Count VII and based upon such lack of information or belief
4 deny generally and specifically each and every allegation therein
5 contained.

COUNT VII

I

8    These answering Defendants incorporate by reference each
9 and every paragraph of their answer to Counts I through VII to
10 Plaintiff's Supplemental Complaint as though the sane were fully
11 set out herein.

II

13    In answer to Paragraphs II through IV of said Count VIII
14 these answering Defendants have neither information or belief and
15 based upon such lack of information or belief, deny generally and
16 specifically each and every allegation therein contained.

COUNT IX

I

19    These answering Defendants reallege each and every Para-
20 graph contained in each Count of this answer heretofore alleged
21 as though the same were fully set forth, to Plaintiff's Supplemen-
22 tal Complaint.

II

24    With reference to Paragraphs II through IV of Count IX of
25 Plaintiff's Supplemental Complaint, these answering Defendants
26 have neith information or belief and upon such lack of information
27 or belief deny each and every allegation therein contained.

COUNT X

I

30    These answering Defendants reallege each and every allega-
31 tion contained in their answer to Counts I through IX of Plaintiff's

14652

1  Supplement to Complaint, and incorporate the same by reference
2  herein as though the same were fully set forth.

### II

4  These answering Defendants have neither information nor
5  belief regarding the allegations contained in Paragraphs II through
6  V of Plaintiff's Count X and based upon such lack of information
7  and belief deny generally and specifically each and every allega-
8  tion therein contained.

### COUNT XI

### I

11 These answering Defendants reallege and reaffirm each and
12 every allegation contained in their answer to Counts I through X
13 of this answer to Plaintiff's Supplement to Complaint, and incorp-
14 orate the same herein as though fully set forth.

### II

16 Deny generally and specifically each and every allegation
17 contained in Paragraph II of Plaintiff's Count XI.

### COUNT XII

### I

20 These answering Defendants reallege and reaffirm each and
21 every allegation contained in their answer to Plaintiff's Counts I
22 through XI herein contained as though the same were fully set forth
23 herein.

### II

25 These answering Defendants have neither information or
26 belief regarding the allegations contained in Paragraphs II through
27 IX of Plaintiff's Count XII and based upon such lack of information
28 or belief deny generally and specifically each and every allegation
29 therein contained.

### COUNT XIII

### I

32 These answering Defendants reallege and reaffirm their

Answer herein contained to Counts I through XII of Plaintiff's Supplement to Complaint and incorporate the same by reference herein as though the same were fully set forth.

II

These answering dependants deny generally and specifically the allegations contained in Paragraphs II through VI of Plaintiff's Count XIII based upon lack of information or belief regarding the truth or falsity of the allegations contained therein.

COUNT XIV

I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XIII of Plaintiff's Supplement to Complaint and incorporate the same by reference herein as though the same were fully set forth.

II

These answering Defendants have neither information or belief regarding the allegations contained in Paragraph II of Plaintiff's Count XIV and based upon such lack of information and belief deny generally and specifically each and every allegation therein contained.

COUNT XV

I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XIV of Plaintiff's Supplement to Complaint as hereinbefore set forth, and incorporate the same by reference herein as though fully set forth.

II

These answering Defendants deny generally and specifically each and every allegation contained in Paragraphs II through VI of Count XV of Plaintiff's Supplement to Complaint based upon lack of information or belief regarding same.

## COUNT XVI

### I

**These answering Defendants reallege and reaffirm each and** every allegation contained in their answer to Counts I through IV of Plaintiff's Supplement to Complaint and incorporate the same by reference herein as though the same were fully set forth.

### II

These answering Defendants have neither information nor belief regarding the allegations contained in Paragraphs II through V of Count XVI of Plaintiff's Supplement to Complaint and based upon such lack of information or belief deny generally and specifically each and every allegation therein contained.

## COUNT XVII

### I

These answering Defendants reallege and **reaffirm** each and every allegation contained in their answer to Counts I through XVI of Plaintiff's Supplement to Complaint and incorporate the same by reference herein as though the same were fully set forth.

### II

With reference to Paragraphs II through VI of Plaintiff's Count XVII, these answering Defendants have neither information or belief regarding same and upon such lack of information or belief deny each and every allegation therein contained.

## COUNT XVIII

### I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XVII of Plaintiff's Supplement to Complaint, and incorporate the same herein as though fully set forth.

### II

In answer to Paragraphs II through XI of Count XVIII, these answering Defendants deny generally and specifically the allegations

therein contained based upon lack of information and belief regarding same.

### COUNT XIX

#### I

These answering defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XVIII of Plaintiff's Supplement to Complaint and incorporate the same by reference herein as though the same were fully set forth.

#### II

These answering Defendants have neither information or belief regarding Paragraphs II through V of Count XIX of Plaintiff's Supplement to Complaint and based upon such lack of information or belief deny generally and specifically each and every allegation therein contained.

### COUNT XX

#### I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XIX of Plaintiff's Supplement to Complaint and incorporate the same by reference herein as though the same were fully set forth.

#### II

These answering Defendants with reference to Paragraph II of Count XX, have neither information or belief regarding same and based upon such lack of information or belief deny generally and specifically each and every allegation therein contained.

### COUNT XXI

#### I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XX of Plaintiff's Supplement to Complaint and incorporate the same by reference herein as though the same were fully set forth.

14696

II

These answering Defendants with reference to Paragraph II and III of Count XXI have neither information nor belief and upon such lack of information or belief deny generally and specifically each of the allegations contained in said Paragraphs.

COUNT XXII

I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XXI of Plaintiff's Supplement to Complaint and incorporate the same by reference herein as though the same were fully set forth.

II

These answering Defendants deny generally and specifically each and every allegation contained in Paragraphs I, II and III of Count XXII of Plaintiff's Supplement to Complaint upon lack of information or belief regarding same.

COUNT XXIII

I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XXII of Plaintiff's Supplement to Complaint and incorporate the same by reference herein as though the same were fully set forth.

II

In answer to Paragraphs II and III of Count XXIII these answering Defendants have neither information nor belief regarding same and upon such lack of information or belief deny generally and specifically each and every allegation contained therein.

COUNT XXIV

I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XXIII of Plaintiff's Supplement to Complaint and incorporate the

same by reference herein as though the same were fully set forth.

II

In answer to Paragraph II of Count XXIV of Plaintiff's Supplement to Complaint, these answering Defendants have neither information or belief regarding same and upon such lack of information or belief deny generally and specifically each and every allegation contained therein.

COUNT XXV

I

These answering Defendants reallege and reaffirm each and every allegation contained in their answer to Counts I through XXIV and incorporate the same by reference herein as though the same were fully set forth.

II

These answering Defendants have neither information or belief regarding the allegations contained in Paragraph II of Count XXV of Plaintiff's Supplement to Complaint and based upon such lack of information or belief deny generally and specifically each and every obligation contained therein.

AFFIRMATIVE STATEMENT OF RIGHTS

I

These answering Defendants are the owners of thirty (30) acres of land situated in the County of San Diego and more particularly described as:

That portion of Lot 1 (Northeast Quarter of the Northeast Quarter) of Section 10, Township 9 South, Range 4 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey approved January 15, 1892, described as follows:

Beginning at the Southeasterly corner of said Lot 1; thence along the Southerly line of said Lot, North 87°55'19" West 484.81 feet; thence leaving said Southerly lot line, North

50°33'10" West 65.75 feet to the beginning of a tangent 300.00 foot radius curve concave Southwesterly; thence Northwesterly along said curve 83.43 feet; thence tangent to said curve North 66°29'10" West 88.08 feet to the beginning of a tangent 150.00 foot radius curve concave Northeasterly; thence Northwesterly along said curve 76.67 feet; thence tangent to said curve North 39° 29'40" West 80.91 feet to the beginning of a tangent 200.00 foot radius curve concave Southwesterly; thence along said curve 176.22 feet; thence tangent to said curve North 89°59'40" West 31.31 feet; thence North 5°21'10" East 1114.78 feet to a point in the North line of said Lot 1 distant thereon South 87°55'19" East 316 feet from the Northwest corner thereof; thence Easterly along said North line to the Northeast corner thereof and Southerly along the East line of said Lot 1 to the point of beginning.

This land is riparian land; approximately ~~thirty~~ TWENTY (20) acres of same is susceptible to agricultural use, and the balance of same for the grazing of livestock. These answering Defendants ontend to irrigate not less than twenty (20) acres of said land for agricultural purposes and anticipate obtaining said water by pumping from a well which is presently located on said land. These Defendants further anticipate that they will in the future drill such additional wells as may be necessary, on such portions of land as may be necessary, to irrigate for agricultural purposes, not less than twenty (20) acres of same. Further, it is the intention of these answering Defendants to improve said land with one or more residences.

II

These answering Defendants claim a right to use not less than three (3) acres per year from a well or wells located on their land. It is further the intention of these answering Defendants to build such storage facilities as may be necessary to

1  properly utilize the land herein, described for agricultural
2  purposes. These Defendants, however, make no claim of any prescriptive
3  right.
4      WHEREFORE, these answering Defendants, WILLIAM C. POWELL
5  and FRANCES L. POWELL, respectfully pray:
6      1. That this Honorable Court determine and decree the
7  respective rights of the Plaintiff and these answering Defendants
8  as they relate one to the other in the use of water from the Santa
9  Margarita River or from the subterranean basin or basins which
10 underly same.
11     2. That specifically this Honorable Court determine the
12 rights of these answering Defendants to the use of any water which
13 may underline their respective properties or which may flow through
14 their respective properties, and the rights of the Plaintiff,
15 UNITED STATES OF AMERICA, if any, in and to said water.
16     3. These answering Defendants further pray that the
17 Plaintiff take nothing against them by reason of the Complaint and
18 Supplementary and Amendatory Complaint on file herein; that said
19 Complaint be dismissed as against these Defendants and that further
20 these Defendants' right to water as hereinabove set forth be
21 quieted agaisnt the Defendants and each and every of the other
22 Defendants in thsi action.
23     4. For such other releif as to the Court may seem just
24 and proper.

Dated : July 31, 1958

*William C. Powell*
WILLIAM C. POWELL

*Frances L. Powell*
FRANCES L. POWELL

14700