NETTIE M. LLOYD

    Defendants in propria persona

MURRIETA, CALIFORNIA

F I L E D

AUG 14 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,<br>    Defendants, | CIVIL NO. 1247 - SD - C<br>ANSWER OF DEFENDANTS<br><br>NETTIE M. LLOYD |

The defendants, NETTIE M. LLOYD each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 15 2/6 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED

COPY RECEIVED

14701

EXHIBIT A

I own in the Santa Margarita water shed, all in the Murrieta portion of the Temecula Rancho, the following described property:

    Lots five (5) and six (6) in Block Ten (10) in the Townsite of Murrieta.

    The most Easterly quarter of farm Lot Seventy-two (72) at the intersection of Guava and Jefferson Street.

Also = Five acres in the Murrieta Eucalyptus Company's Tract, described as follows: Murrieta Eucalyptus Co Tract M B 6173, East 165 ft of the W 330 ft, Torrens Title No 331, Lot 76 Block 13.

All of the above property is within the Boundary lines of the Murrieta portion of the Temecula Ranch, particularly described in Book 8 of Maps page 359 thereof, San Diego County Records.

14702

EXHIBIT B

I ~~own- 16~~ and 2/6 acres of land in the Murrieta Portion of the Temecula Rancho. I have heard that the Temecula Ranch is one of the Grants of Land made by Mexico, the Title to which was confirmed by the Treaty of Guadalupe Hidalgo between the United States and Mexico. I have also heard that President James Buchanan issued a patent for said grant, founding the patent on the Mexican Title.

Therefor I claim the protection of the Treaty of Guadalupe Hidalgo and the United States Patent referred to above. I believe that my private right to the water appurtenant to my property in this Grant is derived from the Federal Constitution laws and treaties and as such are not subject to conflicting state laws. I have always used my water rights freely and exclusively in the past and I expect and hope to do so in the future.

14703

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

July 28 1958        *Nettie M. Lloyd*

Defendants in propria persona

14704