```
                                                    F I L E D

 1   Kenneth A. Hunter and Elaine M. Hunter          AUG 14 1958
     Defendants in propria persona
 2   1901 Pacific Ave.                          CLERK, U.S. DISTRICT COURT
     Manhattan Beach, Calif.                   SOUTHERN DISTRICT OF CALIFORNIA
                                               By _____
 3                                                      DEPUTY CLERK

 4                IN THE UNITED STATES DISTRICT COURT

 5                 SOUTHERN DISTRICT OF CALIFORNIA

 6                        SOUTHERN DIVISION

 7
     UNITED STATES OF AMERICA,      )
 8                                  )   CIVIL NO. 1247- SD - C
                 Plaintiff,         )
 9                                  )   ANSWER OF DEFENDANTS
         v.                         )
10                                  )   Kenneth A. Hunter
     FALLBROOK PUBLIC UTILITY       )
11   DISTRICT, ET AL,               )         And
                                    )
12               Defendants.        )   Elaine M. Hunter
```

The defendants, Kenneth A. Hunter and Elaine M. Hunter each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1½ acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

14705

COPY RECEIVED    INDEXED

All of said lands are arable and irrigable. Said lands are not riparian to any stream. The waters underlying said lands are percolating ground water not a part of any stream and defendants claim full correlative rights to the use of said ground water.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Kenneth A. Hunter*
Kenneth A. Hunter

*Elaine M. Hunter*
Elaine M. Hunter
   Defendants in propria persona

Dated: July 25, 1958

14706

BOOK 6925 PAGE 98

PLACE INTERNAL REVENUE STAMPS IN THIS SPACE

# Joint Tenancy Grant Deed
(Individual)

I.R.S. $ 1.65

Doris C. Chrisman, a widow, also known as Doris Cuffe Chrisman

(GRANTOR - GRANTORS)

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Do......Hereby Grant To  Kenneth A. Hunter and Elaine M. Hunter

Husband and wife ................................, As Joint Tenants

the real property in the........................................................

County of............ San Diego ................, State of California, described as follows:

PARCEL 1: The Northerly 200 feet of the Westerly 330 feet of the Southeast quarter of Lot 1 Section 20, Township 9 South, Range 2 East, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved January 31, 1895.

EXCEPTING THEREFROM that portion of Parcel 1, by Metes and Bounds as follows:

Beginning at the Northeast corner of said Parcel 1; thence Southerly along the Easterly line 100 feet; thence Westerly 120 feet; thence Northerly 100 feet to the Northerly line of said Parcel 1; thence Easterly along the Northerly line of said Parcel 1, 120 feet to the point of beginning.

PARCEL 2: An easement and right of way for ingress and egress for road purposes to be used in common with others over the Easterly 20 feet of the Northeast quarter the Easterly 30 feet of the Westerly 360 feet of the Southeast quarter and the Northerly 30 feet of said Southeast quarter, all in Lot 1 of Section 20, Township 9 South, Range 2 East, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved January 31, 1895, together with the right to grant similar easements over said strip to others.

EXCEPTING from said Northerly 30 feet of said Southeast quarter, the Westerly 360 feet thereof.

Dated... January 3 ............... 19 58 .

*Doris C Chrisman*
*Doris Cuffe Chrisman*

STATE OF CALIFORNIA
COUNTY OF
Riverside } SS.

On  January 3, 1958
before me,  S. Lillian Tate
a Notary Public in and for said County and State, personally appeared  Doris C. Chrisman AKA Doris Cuffe Chrisman

known to me to be the person...... whose name........is subscribed to the within instrument and acknowledged that she ............executed the same.

WITNESS my hand and official seal.

(Seal) *Lillian Tate*
Notary Public in and for said County and State.

My Commission Expires  June 6, 1961

WHEN RECORDED, PLEASE MAIL THIS INSTRUMENT TO
Kenneth A. Hunter
1901 Pacific Ave., Manhattan Beach, California
ORDER No................ ESCROW No................

SPACE BELOW FOR RECORDER'S USE ONLY

14306
DOCUMENT
RECORDED AT REQUEST OF
SECURITY TITLE INSURANCE COMPANY

JAN 28 1958
at 9:00 A.M.
BOOK 6925 PAGE 98
OFFICIAL RECORDS
County of San Diego, California
Fee $ 2.00  Folios
ROGER N. HOWE, County Recorder
By ................ Deputy