FILED

AUG 14 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. Otten
            DEPUTY CLERK

1  DICK G. EVANS and AUDREY EVANS
   Defendants in propria persona
   P. O. Box 54
2  Temecula, California

3

4              IN THE UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6                    SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,        )    CIVIL NO. 1247 - SD - C
8                                   )
            Plaintiff,              )    ANSWER OF DEFENDANTS
9                                   )
      v.                            )    DICK G. EVANS and
10                                  )
   FALLBROOK PUBLIC UTILITY         )    AUDREY EVANS
11 DISTRICT, ET AL,                 )
                                    )
12         Defendants,              )

13       The defendants, DICK G. EVANS and AUDREY EVANS

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17       ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                   AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25

26            AFFIRMATIVE STATEMENT OF RIGHTS

27       These defendants own 8.16 acres of land in Riverside

28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.

32       COPY RECEIVED    INDEXED                              14708

"EXHIBIT A"

Description of property

      Lots 10 and 11 in Block 32 of the Town of Temecula, as shown by map on file in Book 15, page 726 of maps, San Diego County Records; in the County of Riverside, State of California.

14709

      We claim our water rights are paramount to all other rights or claims of right of Plaintiff in and to said water. We claim all water rights under our land for the beneficial use thereon.

      WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Dick G. Suares*

*Audrey [Suares]*

      Defendants in propria persona

Dated: August 2, 1958

14710