FINNIS SAMUEL BARNES &
ETHEL I. BARNES
Defendants in propria persona
P. O. Box 61
Murrieta, Calif.

FILED
AUG 14 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

    Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
FINNIS SAMUEL BARNES &
ETHEL I. BARNES,
Husband and Wife,
as Joint Tenants

The defendants, FINNIS SAMUEL BARNES & ETHEL I. BARNES each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own ONE acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED
COPY RECEIVED

14711

FINNIS SAMUEL BARNES &
ETHEL I. BARNES

P. O. Box 61
Murrieta, Calif.

1                    EXHIBIT "A"

2   PARCEL 1-- Lot 8 and the Easterly one-half of Lot 7 in
    Block 6 of the Town of Murrieta, County of Riverside,
3   State of California.

4   PARCEL 2-- Lots Six (6), Fifteen (15) and the Westerly One
    Half (½) of Lots Seven (7), and Fourteen (14) in block Six,
5   of Murrieta, Townsite, Riverside, County, California.

6

7
                              II
8
        We claim our water rights are paramount to all
9   other rights or claims of right of Plaintiff
    in and to said water. We claim all water rights
10  under our land for the beneficial use thereon.

11

12

13

14

15

16

17

18          WHEREFORE, these defendants pray that plaintiff take

19  nothing against them by reason of the Complaint and Supplementary

20  and Amendatory Complaint on file herein; that said Complaint be

21  dismissed as against these defendants; that defendants' right to

22  water, as hereinabove set forth, be quieted as against the plain-

23  tiff and against all other defendants in this action; and for such

24  other and further relief as the Court may deem proper.

25

26
                                    *Finnis Samuel Barnes*
27
                                    *Ethel I. Barnes*
28
29                                  Defendants in propria persona

30
    Dated: *August 7, 1958*
31
                                                    14712