FILED

AUG 14 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
           DEPUTY CLERK

Andrew G. Arnold and Cherokee Arnold
Defendants in propria persona

P.C. Box 52, 340 E. Hoffer Street, Banning, California.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247- SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | Andrew G. Arnold and |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | Cherokee Arnold |
| Defendants. | |

The defendants, Andrew G. Arnold and Cherokee Arnold each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own  80  acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

INDEXED
COPY RECEIVED

14713

EXHIBIT A

Legal Description of Property owned by Andrew G. Arnold and Cherokee Arnold:

The East half of the Southeast Quarter of Section 20 in Township 7 South, Range 1 East, San Bernardino Base and Meridian.

14714

## EXHIBIT B

Appeximately 65 acres of this land as discribed in Exhibit A is at one time are another under cultivation and the balance is used for livestock grazing. Last year it was planted in oats.

### II

The defendants claim that this land has a well on it that has been used since it was homesteaded in the year of 1898 and therefore they claim establishment of a right prior to this suit. Defendants claim the right to continue using the water as in the past.

### III

The defendants further claim that as the original date of the drilling of this well is unknown, due to the many years it was first homesteaded in the Lewis Valley section of the Santa Margarita watershed, age of the well further establishes a prior right to produce water for use on the land now owned by the defendants.

### IV

We the defendants purchased the property last year 1957 with the intentions of improving the land, some time in the future, by not only growing grain but putting part of the land in legumes to truck crops. In so doing it will call for a larger well then that at present on the property. We figure that out of the 80 acres approximately 55 acres could be planted in legumes.

### V

Defendants claim any water that will be pumped above the surface from this land will not be diverted to any other land except the land it originally came from, in this case our 80 acres. We claim the same amount of water the United States Of America is claiming for irrigation which is four and two - tenths (4.2) acres - feet per acre per year. We claim this on a basis of 55 acres for future irrigation.

### VI

Defendants further claim the right to replace the present well at any future time by drilling another well, or wells, to insure the production of the four and two - tenths (4.2) acres - feet per acre per year.

14715

### VII

EXHIBIT B

VII

Defendants claim the right to produce further evidence at any future time.

14716

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Andrew G. Arnold*
*Christine Arnold*
Defendants in propria persona

Dated:

14717