J. LEE RANKIN
Solicitor General
Department of Justice
Washington, D. C.

Attorney for United States
  of America

**FILED**

AUG 18 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                             )
          Plaintiff,   )
                             )
    v.                           )
                             )
FALLBROOK PUBLIC UTILITY DISTRICT,  )
et al.,                      )
                             )
          Defendants.  )

No. 1247-SD-C

REPLY TO REQUEST FOR ADMISSIONS

OF

SAMUEL V. KOSTICH

        SAMUEL V. KOSTICH, defendant in the above entitled action, has filed an Answer, Dated June 30, 1958, to the Complaint and Supplementary and Amendatory Complaint. In the Answer no claim to the right to the use of water of the Santa Margarita River and its tributaries is made. Under the circumstances the defendant, in fact, is disclaiming any right, title and interest to the water of the Santa Margarita River and its tributaries. It is understood, however, from the directions of the Court that it is desirable to have entered in the decree by the Court, certain data in regard to lands of this defendant.

        The defendant requests by a Request for Admissions, dated June 30, 1958, that the plaintiff admit that the following statements are true; (1) Defendant is the owner of the lands described in his answer herein; (2) the lands described in the answer of defendant include 2.50 acres of irrigable land; (3) a reasonable water duty for the irrigable lands of defendant is 4.2 acre feet per acre per year; (4) the lands of defendant are not riparian

-1-

4506

1  to and do not abut upon any stream; and (5) the waters underlying the lands
2  of defendant are percolating ground waters not a part of any stream.
3        The plaintiff admits that insofar as is known at the present time
4  the defendant is the owner of the land described in the answer. On July 28,
5  1958, the defendant indicated to representatives of the United States the
6  boundary limits of the property described in the aforesaid answer and a
7  reconnaissance survey was made of the property. Based upon this survey, the
8  United States of America admits that all of the land described in the answer,
9  approximately 0.90 acres, is irrigable and that in the event the irrigable
10 lands are devoted to the raising of permanent pasture, a project duty of
11 4.2 acre feet per year would be required. However, a smaller quantity of
12 water per acre per year would be adequate with the adoption of a more practical
13 and profitable agricultural development. Project duty is the water which must
14 be applied to the crop plus the sum of those losses which occur between the
15 point of supply and the point of use.
16       The reconnaissance survey further showed that the lands described
17 in the answer do not abut on the Santa Margarita River or its tributaries;
18 moreover, that the lands probably overlie percolating ground waters. In
19 using the term "overlie" it is not to be ascribed the legal significance
20 given the term in Pasadena v. Alhambra, 33 Calif (2d) 908, 207 Pac (2d) 17
21 (1949). These ground waters are not a part of any surface or subsurface
22 stream or subsurface basin of the Santa Margarita River or its tributaries.

Dated: August 12, 1958

/s/ David W. Miller
DAVID W. MILLER
Attorney for Plaintiff

```
1   STATE OF CALIFORNIA  )
                         ) ss.
2   COUNTY OF SAN DIEGO  )

3          DAVID W. MILLER, Attorney for the Plaintiff, being duly sworn,
4   upon oath deposes and says:  That he signed on behalf of the United
5   States of America, the foregoing answer to Request For Admissions of
6          SAMUEL V. KOSTICH;
7
8   that he has read the foregoing answers; that he is authorized to sign
9   it on behalf of the United States of America; and that the statements
10  contained in those answers are true except insofar as the statements
11  are based upon information and belief and those statements he believes
12  to be true.
                                        David W Miller
13
14
    Subscribed and sworn to before me
15  this 12th day of August, 1958.
16
        Margaret B. Jooker
17  Notary Public in and for said
         County and State
18
    (SEAL)
19
    My Commission Expires June 3, 1962.
20
```

4508