J. LEE RANKIN
Solicitor General
Department of Justice
Washington, D. C.

Attorney for United States
 of America

FILED
AUG 18 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br><br>　　　　　　Defendants. | No. 1247-SD-C<br><br>REPLY TO REQUEST FOR ADMISSIONS<br><br>OF<br><br>MERLE C. and JUANITA L. ADKINS<br>as successors in interest to<br>William L. Beck and Marjorie Beck |

　　　　MERLE C. and JUANITA L. ADKINS, defendants in the above entitled action, have filed an Answer, dated July 12, 1958, to the Complaint and Supplementary and Amendatory Complaint. In the Answer no claim to the right to the use of water of the Santa Margarita River and its tributaries is made. Under the circumstances the defendants, in fact, are disclaiming any right, title and interest to the water of the Santa Margarita River and its tributaries. It is understood, however, from the directions of the Court that it is desirable to have entered in the decree by the Court, certain data in regard to lands of these defendants.

　　　　The defendants request by a Request for Admissions, dated July 17, 1958, that the plaintiffs admit that the following statements are true: (1) Defendants are the owners of the lands described in their answer herein; (2) the lands described in the answer of defendants include One (1) acre of irrigable land; (3) a reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year; (4) the lands of defendants

-1-

4500

1    are not riparian to any stream; and (5) the lands of defendants overlie
2    percolating ground waters not a part of any stream.
3          The plaintiffs admit that insofar as is known at the present time
4    the defendants are the owners of the land described in the answer.  On
5    July 30, 1958, Jimmy Adkins, a representative of the defendants, indicated
6    to representatives of the United States the boundary limits of the property
7    described in the aforesaid answer and a reconnaissance survey was made of
8    the property.  Based upon this survey the United States of America admits
9    that all of the land described in the answer, approximately 0.60 acres, is
10   irrigable and that in the event the irrigable lands are devoted to the
11   raising of permanent pasture, a project duty of 4.2 acre feet per year would
12   be required.  However, a smaller quantity of water per acre per year would
13   be adequate with the adoption of a more practical and profitable agricul-
14   tural development.  Project duty is the water which must be applied to the
15   crop plus the sum of those losses which occur between the point of supply
16   and the point of use.
17         The reconnaissance survey further showed that the lands described
18   in the answer do not abut on the Santa Margarita River or its tributaries;
19   moreover, that the lands probably overlie percolating ground waters.  In
20   using the term "overlie" it is not to be ascribed the legal significance
21   given the term in Pasadena v. Alhambra, 33 Calif (2d) 908, 207 Pac (2d) 17
22   (1949).  These ground waters are not a part of any surface or subsurface
23   stream or subsurface basin of the Santa Margarita River or its tributaries.

                                                */s/ David W. Miller*
                                                DAVID W. MILLER
Dated: August 6, 1958                    Attorney for Plaintiff

```
1   STATE OF CALIFORNIA    )
                           ) ss.
2   COUNTY OF SAN DIEGO    )

3           DAVID W. MILLER, Attorney for the Plaintiff, being duly sworn,
4   upon oath deposes and says:  That he signed on behalf of the United
5   States of America, the foregoing answer to Request For Admissions of
6           MERLE C. ADKINS and JUANITA L. ADKINS;
7
8   that he has read the foregoing answers; that he is authorized to sign
9   it on behalf of the United States of America; and that the statements
10  contained in those answers are true except insofar as the statements
11  are based upon information and belief and those statements he believes
12  to be true.
                                /s/ David W. Miller
13
14
    Subscribed and sworn to before me
15  this  7th   day of   August    , 1958.
16
        /s/ Margaret B. Tooker
17  Notary Public in and for said
            County and State
18
    (SEAL)
19
    My Commission Expires June 3, 1962.
20
```

-3-

4502