IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
)
)
Plaintiff,
)      No. 1247-SD-C
)
v.
)      AFFIDAVIT OF SERVICE BY MAIL
)
FALLBROOK PUBLIC UTILITY DISTRICT,
)
et al.,
)
)
Defendants.
)

STATE OF CALIFORNIA ) ss.
COUNTY OF SAN DIEGO )

     DAVID W. MILLER, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

     That, in the above entitled action, on August 14, 1958, he deposited in the United States mail at Oceanside, California, in envelopes bearing the requisite postage, at which places there is a delivery service by United States mails from said post offices, a copy of

REPLY TO REQUEST FOR ADMISSION OF DEFENDANTS MERLE C. and JUANITA L. ADKINS, AS SUCCESSORS IN INTEREST TO WILLIAM L. BECK and MARJORIE BECK; PAUL K. and JEAN S. ALGERT; SAMUEL V. KOSTICH; Linden H. SIEVERS and BETTY ANN SIEVERS; and TOM TURNER:

To: Sachse & Price, 1092 South Main Street, Fallbrook, California.

                                                       David W. Miller

Subscribed and sworn to before me this 14th day of August, 1958

Margaret B. Tooker
Notary Public in and for said County and State
(SEAL)

My Commission Expires   June 3, 1958

4493