FILED

AUG 19 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

CIVIL NO. 1247-SD-C

UNITED STATES OF AMERICA, )
        Plaintiff, )
        v. ) ACKNOWLEDGMENT OF RECEIPT
FALLBROOK PUBLIC UTILITY )
DISTRICT, ET AL, )
        Defendants. )

I hereby acknowledge receipt of copies of the Answers in the above entitled case of the following named defendants:

    NICK BETTENDORF and KATHERINE BETTENDORF;
    MOSES PERRY and ANNETTE L. PERRY

    LORIN D. SMITH and LORRAINE M. SMITH;
    JOHN CHRISTMAN and MARY CHRISTMAN

    MINNICK, William A. and Nellie P.

    CLAUDIA J. BURNETT and W. C. BURNETT

    ROY C. CHAPPELL and PAULINE L. CHAPPELL

    ALVIN H. LUITJENS and DORIS R. LUITJENS,
    JUSTUS S. STONER and ERMA STONER

    FRANCIS O. BAKER and CHALACE U. BAKER

    ROBERT E. DORLAND and ELLEN B. DORLAND

    PHILIP L. ELLITHORPE and ESTHER M. ELLITHORPE

    SAM SIEGEL

    FLOYD E. WADE

    MARGIE R. TORBAT and EDWARD H. TROBAT

Dated August 19, 1958.

W A Weaver
Ausa San Diego.

4509