**FILED**

AUG 19 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

CIVIL NO. 1247-SD-C

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

FALLBROOK PUBLIC UTILITY DISTRICT, ET AL,

    Defendants

ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of copies of the Answers in the above entitled case of the following named defendants:

GEORGIA E. KERR, REGINA RAE KERR, ROBERT ROSS KERR, JR., and WILLIAM DAVID KERR

ELIZABETH SZABO and NICHOLAS SZABO

JOSEPH COSTELIC and MAGGIE COSTELIC

JAMES L. DAMERI and ROBERT L. DAMERI

JANE HEATH

MAMIE J. WILLIAMS and LYNN P. WILLIAMS, DECEASED

ALVIN L. STOHLMAN and THELMA F. STOHLMAN

HARRIETT N. INGRAM

H. A. McKAY and THELMA McKAY

DATED: August 19, 1958.

_____
Ausa, San Diego

4510