SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

FILED

AUG 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )
   vs. )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al., )
        Defendants. )

No. 1247-SD-C

REQUEST FOR ADMISSIONS UNDER RULE 36

DEFENDANT

VICTOR J. PAULSON

    Defendants
  VICTOR J. PAULSON

request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1.  Defendants are the owners of the lands described in their answer herein.

    2.  The lands described in the answer of defendants include   22   acres of irrigable land.

    3.  A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

- 1 -

COPY RECEIVED

4513

4. The lands of defendants do not abut upon and are not riparian to any stream.

5. The lands of defendants overlie percolating ground waters not a part of any stream.

SACHSE and PRICE

August 11, 1958

by _____
Attorneys for defendant

- 2 -

4514