1  SACHSE and PRICE
   Attorneys at Law
2  1092 South Main Street,
   Fallbrook, California
3  RAndolph 8-1154

FILED

AUG 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>Defendants. | No. 1247-SD-C<br><br>ANSWER OF DEFENDANTS<br>O. B. WILLIAMSON, as Executor<br>of the Estate of Maurine<br>Nash BARKEIJ, also known as<br>MAURINE NASH BARKEY,<br>deceased. |

Defendant, O. B. WILLIAMSON as Executor of the Estate of Maurine Nash BARKEIJ, also known as MAURINE NASH BARKEY, deceased, answering plaintiff's complaint and supplement to complaint admits, denies and alleges as follows:

FIRST DEFENSE

I

This answering defendant is the duly appointed and acting Executor of the Estate of Maurine Nash Barkeij, deceased.

II

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraph I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

III

Answering paragraph V of plaintiff's Original

COPY RECEIVED
INDEXED

- 1 -

14729

1 Complaint herein, defendants admit the litigation referred to and
2 admit that a stipulated judgment was entered into therein, a copy
3 of which is attached to plaintiff's Complaint marked Exhibit A.
4 Defendants deny that they are parties to said litigation or in any
5 way bound thereby; and deny that said stipulated judgment deter-
6 mines the rights of plaintiff against defendants.

IV

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

V

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

VI

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE

I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part here of by reference.

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendant do not abut upon any stream and are not riparian to any stream. The lands of defendant are all arable and irrigable and overlie vagrant percolating ground

waters are not a part of any stream.

  WHEREFORE, defendants pray judgment as follows:

    1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

    2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

    3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

    4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

    5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

BY *[signature]*
Franz R. Sachse
Attorneys for Defendant

DATED: AUGUST 15, 1958.

## EXHIBIT A

Real property situated in County of San Diego, State of California, described as follows :

The North Half of Lot Three in Block "B" of VILLINGER'S SUBDIVISION of Block 66 of WEST FALLBROOK, according to Map thereof No. 333, filed in the office of the County Recorder of San Diego County, August 17, 1887;  ALSO the West Half of the alley adjoining the North Half of said Lot on the East as vacated.

EXHIBIT A

- 4 -

14732

**AFFIDAVIT OF SERVICE BY MAIL** — (1013a, C.C.P.)

STATE OF CALIFORNIA, } ss.
COUNTY OF San Diego

1247 SD-C

Franz R. Sachse _____, being first duly sworn, says: That affiant, whose address is

1092 South Main Street, Fallbrook, California

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached ANSWER OF DEFENDANT O.B. WILLIAMS as Executor of the Estate of Maurine Nawh BARKEIG, aka Maurine Nash Barkey, deceased, and Request for Admissions,
(Copy title of paper served)

on the Plaintiff _____ in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

Hon. J. Lee Rankin, Rm. 332, 325 West F St., San Diego 1, California

(Name and address as shown on the envelope)

sealed and deposited on the 19 day of August, 1958, in the United States Mail at

Fallbrook, San Diego County, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 19 day of August, 1958.

_Lois C. Bergstrom_
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires May 25, 1961

14732A