SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

FILED
AUG 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, ) No. 1247-SD-C
    vs. ) ANSWER OF DEFENDANT
FALLBROOK PUBLIC UTILITY DISTRICT, ) VICTOR J. PAULSON
a public service corporation of the )
State of California, et al., )
        Defendants. )

    Defendants
  VICTOR J. PAULSON
answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

FIRST DEFENSE

I

    Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

    Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

COPY RECEIVED
INDEXED

14733

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of XXXXXXXXXX RIVERSIDE, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendants do not abut upon and are not

- 2 -

riparian to any stream. The said lands overlie percolating ground waters not a part of any stream, and contain many undeveloped springs.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

August 11, 1958

by [signature]
Attorneys for defendant

- 3 -

EXHIBIT A

PARCEL ONE:

County of Riverside

That portion of the Southwest Quarter of Section 30, Township 8 South, Range 2 West, San Bernardino Meridian, in the County of Riverside, State of California, according to United States Government Survey, described as follows:

Commencing at the Southwest corner of said Section 30; thence along the South line of said Section 30, South 85 degrees 11' East 1630.46 feet to the Southwest corner of said Southeast Quarter of the Southwest Quarter of Section 30; thence along the West line of said Southeast Quarter of the Southwest Quarter, North 0 degrees 09' 40" East 1159.84 feet to the True Point of Beginning; thence South 57 degrees 51' East 613.30 feet; thence South 85 degrees 28' East 2134.56 feet to the East line of said Southwest Quarter of the Southeast Quarter of said Section 30; thence along said East line, North 0 degrees 02' 50" West 151.19 feet; thence North 85 degrees 19' 50" West 2188.88 feet; thence North 36 degrees 53' West 251.08 feet; thence North 14 degrees 46' East 95.56 feet; thence North 85 degrees 19' 50" East 238.70 feet; thence North 37 degrees 30' 30" East 59.51 feet to the North line of the Southeast Quarter of the Southwest Quarter of said Section 30; thence along the North line, North 85 degrees 19' 50" West 137.00 feet to the West line of said Southeast Quarter of Southwest Quarter; thence along said West line, South 0 degrees 09' 40" West 205.38 feet to the True Point of Beginning.

Containing 12 acres more or less.

PARCEL TWO:

The Southeast Quarter of the Southeast Quarter of Section 30, Township 8 South, Range 2 West, San Bernardino Meridian, containing 40 acres more or less.

EXHIBIT A

- 4 -

14736

AFFIDAVIT OF SERVICE BY MAIL

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss. 1247 SD-C

Franz R. Sachse _____, being first duly sworn, says: That affiant, whose address is

1092 South Main St., Fallbrook, California

is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Answer of Defendant Victor J. Paulson and Request for Admissions

(Copy title of paper served)

on the Plaintiff _____ in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

Hon. J. Lee Rankin, Rm 332, 325 West F Street, San Diego 1, California

(Name and address as shown on the envelope)

sealed and deposited on the 20 day of August, 195 8, in the United States Mail at

Fallbrook, San Diego County, California

(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 20

day of August, 195 8

_____
Notary Public in and for said County and State

(SEAL)
Stuart FORM 23

My Commission expires May 25, 1961

14-736A