BENJAMIN WYLIE TARWATER & CLARA IRENE TARWATER
(URBAN K. TARWATER & ROSE C. TARWATER)

Defendants in propria persona

MURRIETA, CALIFORNIA

FILED

AUG 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 1247 - SD - C |
| Plaintiff, | ) | ANSWER OF DEFENDANTS Supplemental to Documents Mailed May 12, 1958 |
| vs. | ) | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | ) | BENJAMIN WYLIE TARWATER & CLARA IRENE TARWATER (URBAN K. & ROSE C. TARWATER) |
| Defendants, | ) | |

The defendants,

each severing from their co-defendants and each for himself or herself alone, in additional answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:



14737

We the above named defendants are enclosing herewith for the convenience of the Court for use in support of our claim that we do not believe we are subject to state law which conflicts with private Rights derived from the United States Constitution, its laws and Treaties, two additional documents--one certified to by G. E. Morton, deputy for Roger N. Howe, County recorder of San Diego County, the other one is a photostatic copy of a photostatic copy and later said photostatic copy was certified to by Barbara Peterson, Deputy for R. B. James, County Clerk and Clerk of the Superior Court of the State of California in and for the County of San Diego, June 6, 1958.

The first Document cited above is evidence that a United States patent to the Temecula Ranch was issued by President Buchanan in 1860 to Louis Vigness (the last owner under Mexican law and the first owner under U. S. Law).

Said First Document confirmed the Mexican Title to said Grant, in the following words quote "--and it is further ordered, adjudged and decreed, that the Claim of the appellant be confirmed to the place known by the name of Temecula, being the land described in the Grant from the Governor Micheltorena to Feliz Valdez under date 14th December 1844, copy of which Grant is of file in the records of this case----.

The second document described above is confirmation, that the Superior Court for San Diego County in 1926 denied a motion by Vail Company to bring upstream, certain, owners of water rights (other than Vail Company into the action caused by the complaint of the Santa Margarita Ranch interests) into the suit for adjudication. (I Urban Tarwater was one of the owners named by Vail Company). We believe that now as then we have not by our use of water on our land wronged the plaintiff in any manner because we believe that we have the protection of the Federal Patent and the treaty with Mexico concerning the Mexican Title to said Ranch, and water rights that go with it.

14738

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Benjamin Wylie Tarwater and Cladrene Tarwater*
*by Urban Tarwater*

Defendants in propria persona

Date 8-11-1958