SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

FILED
AUG 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
vs.
FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,
    Defendants.

No. 1247-SD-C
AMENDED
ANSWER OF DEFENDANTS
JAMES C. SCHULTZ
and
DELTA A. SCHULTZ

Defendants JAMES C. SCHULTZ and DELTA A. SCHULTZ, Husband and Wife, answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

14748

Case 3:51-cv-01247-JO-SBC   Document 3645   Filed 08/21/58   PageID.12368   Page 3 of 7

1  Parcel One consists of approximately 8 acres, of which
2  4 acres are planted; Parcel Two of approximately 7.5 acres of
3  which 3-1/2 acres are planted; Parcel Three of approximately
4  6 acres; and Parcel Four of approximately 2/3 acres.
5  None of said lands are riparian to any stream. The
6  only water supply presently serving said lands is through the
7  system of the Fallbrook Public Utility District. Defendants
8  assert that all of said lands overlie percolating ground waters
9  not a part of any stream and claim full correlative rights to
10 the use of said ground waters.

- 2 A -

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by _____
Attorneys for defendant
JAMES C. SCHULTZ and DELTA A. SCHULTZ.

DATED : AUGUST 19, 1958.

- 3 -

14749

EXHIBIT A

*Parcel 1*

The N½ of the S½ of the SE¼ of the NW¼ of Section 25, T.9S., R.4W., S.B.M., according to United States Government Survey approved June 11, 1880.

EXCEPTING therefrom that portion lying Northerly of a line described as follows:

Beginning at a point on the North line of the above described property distant thereon S.89°16'15"E. 57.50 feet from the center of the SE¼ of the NW¼ of said Section 25; thence S.59°53'30"E. 182.60 feet; thence S.19°45'E. 189.70 feet; thence N.79°23'E. 109.30 feet; thence N.62°43'E. 150.11 feet to the North line of said above described property.

EXCEPTING ALSO therefrom that portion thereof described as follows:

Beginning at the S.E. Corner of the N½ of the SE¼ of the SE¼ of the NW¼ of said Section 25; thence along the East line of the NW¼ of said Section 25, N.0°00'30"E. 304.95 feet; thence S.62°48'W. 168.77 feet; thence S.0°00'30"W. 225.02 feet to the South line of said N½ of the SE¼ of the SE¼ of the NW¼ of said Section 25; thence along said South line easterly to the point of beginning.

PARCEL TWO: The South Half of the South Half of the Southeast Quarter of the Northwest Quarter of Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, according to United States Government Survey approved June 11, 1880.

Excepting therefrom that portion lying Easterly of the following described line.

Beginning at a point on the South line of Said Northwest Quarter, distant thereon North 89 degrees 20' West 422 feet; thence parallel to the East line of said Northwest Quarter North 0°01'30" East 243 feet; thence parallel to the South line of said Northwest Quarter South 89°20' East 272 feet; thence parallel

- 4 -

14750

to the East line of said Northwest Quarter North 0°01'30" East 90.23 feet to the North line of the South Half of the South Half of said Southeast Quarter of the Northwest Quarter, in the County of San Diego, State of California.

PARCEL THREE: That portion of Lot 2 (Southwest Quarter of the Northwest Quarter), Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, according to the United States Government Survey approved June 11, 1880, described as follows:

Beginning at the Northeast corner of Said Lot 2, thence along the North line of said Lot 2 North 89°12'30" West 432.46 feet to the southeasterly line of the right-of-way of the Atchison, Topeka and Santa Fe Railway Company; thence along said southeasterly line South 33°07'30" West 380 feet; thence South 58°40'20" East 748.25 feet to the east line of said Lot 2; thence thereon North 0°04'50" West 701.30 feet to the point of beginning.

PARCEL FOUR: The East 10 feet of the North 267.41 feet of the Northwest Quarter of the Southeast Quarter of the Northwest Quarter; and the West 130 feet of the North 267.41 feet of the Northeast Quarter of the Southeast Quarter of the Northwest Quarter, Section 25, Township 9 South, Range 4 West, San Bernardino Meridian, according to Government survey, approved.

EXHIBIT A

- 5 -

14751

AFFIDAVIT OF SERVICE BY MAIL—FORM 23

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.  1247 SD-C

Franz R. Sachse, being first duly sworn, says: That affiant, whose address is 1092 South Main St/, Fallbrook, California is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Answer of Defendants James C and Delta A. Schultz
(Copy title of paper served)

on the Plaintiff (Name of party served) in said action, by placing a true copy thereof in an envelope addressed as follows:

Hon. J. Lee Rankin, Rm 332, 325 West F Street, San Diego 1, California
(Name and address as shown on the envelope)

sealed and deposited on the 20 day of August, 1958, in the United States Mail at Fallbrook, San Diego County, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 20 day of August, 1958

_____
Notary Public in and for said County and State

(SEAL)

Stuart FORM 23

My Commission expires May 25, 1961

14751A