JESSE M. VAIL &
HARRIET M. VAIL

**FILED**
AUG 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

1  Defendants in propria persona
2  P. O. Box 10
   Murrieta, Calif.
3
4              IN THE UNITED STATES DISTRICT COURT
5              SOUTHERN DISTRICT OF CALIFORNIA
6                    SOUTHERN DIVISION
7
8  UNITED STATES OF AMERICA,         )
                                      )  CIVIL NO. 1247- SD - C
           Plaintiff,                 )
9                                     )  ANSWER OF DEFENDANTS
       v.                             )
10                                    )  JESSE M. VAIL and
   FALLBROOK PUBLIC UTILITY           )  HARRIET M. VAIL, husband & wife,
11 DISTRICT, ET AL,                   )         as joint tenants
                                      )
12         Defendants.                )

13      The defendants, JESSE M. VAIL & HARRIET M. VAIL
14 each severing from their co-defendants and each for himself or her-
15 self alone, in answer to the Complaint and Supplementary and Amenda-
16 tory Complaint on file herein, admit, deny, and allege:
17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25
26              AFFIRMATIVE STATEMENT OF RIGHTS
27      These defendants own 1 Lot ~~acres~~ of land in Riverside
28 County, California, and within the watershed of the Santa Margarita
29 River, more particularly described in the document attached hereto,
30 marked Exhibit A, which is hereby incorporated by reference as a
31 part of this statement.
32  COPY RECEIVED  INDEXED

14752

JESSE M. VAIL &
HARRIET M. VAIL

P. O. Box 10
Murrieta, Calif.

"EXHIBIT A"

We claim our water rights are paramount to all other rights or claims of right of Plaintiff in and to said water. We claim all water rights under our land for the beneficial use thereon.

I am asking for a minimum of 1 (one) acre foot per year for my land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Harriet M Vail*

*Jesse M Vail*

Defendants in propria persona

Dated:

14752A

JESSE M. VAIL &
HARRIET M. VAIL

P. O. Box 10
Murrieta, Calif.

"EXHIBIT A"

That portion of Lot 12 of the Lands of the Temecula Land and Water Company, as shown by map on file in Book 8 page 359 of Maps, San Diego County Records, by metes and bounds:

Commencing at a point on the Northeasterly boundary line of Washington Avenue, which is 150 feet Northwesterly from the intersection of the Northeasterly boundary line of Washington Avenue With the Northwesterly boundary line of Ivy Street; thence at right angles Northeasterly and parallel with Ivy Street, 150 feet; thence at right angles Northwesterly and parallel with Washington Avenue, 50 feet; thence at right angles Southwesterly and parallel to Ivy Street, 150 feet to the Northeasterly boundary line of Washington Avenue; thence along the Northeasterly boundary line of Washington Avenue, Southeasterly to the point of beginning.

Said property is also shown on Amended Map No. 2, Doolittle's Addition to Murrieta, on file in Book 14 page 663 of Maps, San Diego County Records.

14753