CHARLES E. LESLIE &
FAYE R. LESLIE
Defendants in propria persona

730 West Olive St.
San Bernardino, Calif.

F I L E D

AUG 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
    Plaintiff, )   CIVIL NO. 1247- SD - C
 v. ) ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY ) CHARLES E. LESLIE &
DISTRICT, ET AL, ) FAYE R. LESLIE?
    Defendants. ) Husband & Wife, as Joint Tenants

  The defendants, CHARLES E. LESLIE & FAYE R. LESLIE each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

  These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

  These defendants own   19   acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED   INDEXED

14754

CHARLES E. LESLIE &
FAYE R. LESLIE

730 West Olive
San Bernardino, Calif.     EXHIBIT 13

1   We claim this land is all in the Temecula Rancho, one
    of the Grants of land ceded to the U. S. by the Treaty
2   of Guadalupe Hidalgo, the title to which was confirmed
    to be the same under the American law as it was under
3   Mexican law.

4   We have seen documents which lead us to believe that
    President James Buchanan issued a patent for said Grant,
5   founding the patent on the Mexican Title.

6   As such, we do not believe that we are subject to any
    state law that conflicts with said treaty or patent.
7   We rely upon said treaty and patent for our protection.

8   We have a well on our land which we use freely and hope
    to do so in the future.

18          WHEREFORE, these defendants pray that plaintiff take

19  nothing against them by reason of the Complaint and Supplementary

20  and Amendatory Complaint on file herein; that said Complaint be

21  dismissed as against these defendants; that defendants' right to

22  water, as hereinabove set forth, be quieted as against the plain-

23  tiff and against all other defendants in this action; and for such

24  other and further relief as the Court may deem proper.

                                        /s/ Charles E. Leslie
                                        /s/ Faye R. Leslie
                                            Defendants in propria persona

Dated:

14754A

CHARLES E. LESLIE &
FAYE R. LESLIE

EXHIBIT "A"

That portion of Lot 49 of the lands of the Temecula Land and Water Company, as shown by map on file in Book 8 page 359 of Maps, San Diego County Records, described as follows:

Commencing at the intersection of the center lines of Juniper Street and Hayes Avenue, as shown on said map; thence Northwesterly, on the center line of Hayes Avenue, 257 feet, to the true point of beginning; thence Northwesterly, on the center line of Hayes Avenue, 403 feet; thence Southwesterly, parallel with the Southeasterly line of said Lot, 1980 feet; thence at right angles Southeasterly 403 feet; thence Northeasterly, parallel with the Southeasterly line of said Lot, 1980 feet, to the true point of beginning;

EXCEPTING therefrom that portion in Hayes Avenue;

ALSO EXCEPTING therefrom a one-fourth interest in all oil rights, as reserved in Deed from Joyce E. Sykes and Margie Sykes, his wife, to Charles E. Leslie and Faye R. Leslie, husband and wife, dated May 31, 1956 and filed for record July 20, 1956.

14755