```
                                              F I L E D

    CHARLES H. McCLINTOCK and RUTH F. McCLINTOCK     AUG 21 1958
1   Defendants in propria persona
    212 South Pacific Street                    CLERK, U.S. DISTRICT COURT
2   Oceanside, California                    SOUTHERN DISTRICT OF CALIFORNIA
                                              By _____
3                                                     DEPUTY CLERK

4              IN THE UNITED STATES DISTRICT COURT

5                SOUTHERN DISTRICT OF CALIFORNIA

6                       SOUTHERN DIVISION

7
    UNITED STATES OF AMERICA,       )   CIVIL NO. 1247 - SD - C
8                                   )
               Plaintiff,           )   ANSWER OF DEFENDANTS
9                                   )
       v.                           )
10                                  )   CHARLES H. McCLINTOCK and
    FALLBROOK PUBLIC UTILITY        )        RUTH F. McCLINTOCK
11  DISTRICT, ET AL,                )
                                    )
12             Defendants,          )
```

13       The defendants, CHARLES H. McCLINTOCK and RUTH F. McCLINTOCK

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference
19
    all of the allegations contained in the answer to said Complaint and
20
    Supplementary and Amendatory Complaint filed in this case by Newton
21
    T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
    of the portion thereof entitled "Affirmative Statement of Rights")
23
    and make each and all of said allegations a part of this answer
24
    the same as if herein set forth at length.
25

26              AFFIRMATIVE STATEMENT OF RIGHTS

27       These defendants own   one  acres of land in   Riverside

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

31  part of this statement.

32  COPY RECEIVED                                          14756
         INDEXED

Legal Description

All that certain real property situated in the County of Riverside, State of California, and particularly described as follows: to-wit:

One (1) Acre in Square Form in the Southeast Corner of Lot One Hundred Fourteen (114) of the Murietta Portion of the Temecula Rancho, as shown by map of the Temecula Land and Water Company on file in Book 8, page 359 of Maps, San Diego County Records.

We claim our water rights are paramount to all other rights or claims of right of Plaintiff in and to said water. We claim all water rights under our land for the beneficial use thereon.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Charles H. McClintock*

*Ruth F. McClintock*

Defendants in propria persona

Dated:

14756A