FILED

AUG 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ M C Kusel
     DEPUTY CLERK

1 GORDON GOODWIN and ANNE C. GOODWIN
  Defendants in propria persona

2 Route 2, Box 159
  Fallbrook, California

3

4           IN THE UNITED STATES DISTRICT COURT

5            SOUTHERN DISTRICT OF CALIFORNIA

6                   SOUTHERN DIVISION

7
8  UNITED STATES OF AMERICA,           )
                                       )   CIVIL NO. 1247- SD - C
           Plaintiff,                  )
9                                      )   ANSWER OF DEFENDANTS
      v.                               )
10                                     )   GORDON GOODWIN and ANNE C. GOODWIN
   FALLBROOK PUBLIC UTILITY            )
11 DISTRICT, ET AL,                    )
                                       )
12         Defendants.                 )

13      The defendants, GORDON GOODWIN and ANNE C. GOODWIN

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25

26              AFFIRMATIVE STATEMENT OF RIGHTS
                   to the best of their knowledge
27      These defendants own five (5) acres of land in San Diego

28 County, California, and within the watershed of the Santa Margarita
   The boundary of said watershed traverses Parcel 1 of the property of 17 1/2 acres
29 River./more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.

32 COPY RECEIVED INDEXED

14757

1    Defendants claim all the rights of overlying land owners and to all water which
2    may originate in, or may be found on or under, or which may cross their
3    land.
4    Defendants claim the right to dig or drill wells and exercise
5    water reclamation and conservation practices as are now or may be
6    known.
7    Because of lack of information to assist in preparing this
8    answer, defendants claim the right to amend this answer at a later
9    date if they so desire.

18    WHEREFORE, these defendants pray that plaintiff take
19    nothing against them by reason of the Complaint and Supplementary
20    and Amendatory Complaint on file herein; that said Complaint be
21    dismissed as against these defendants; that defendants' right to
22    water, as hereinabove set forth, be quieted as against the plain-
23    tiff and against all other defendants in this action; and for such
24    other and further relief as the Court may deem proper.

                                              *Gordon Goodwin*

                                              *Anne C. Goodwin*

                                                Defendants in propria persona

Dated: August 13, 1958

14758

EXHIBIT A

PARCEL 1:

All that portion of the Northeast Quarter of the Northeast Quarter of the Southeast Quarter of Section 12, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Beginning at a point on the North line of the Southeast Quarter of said Section 12, distant 90 feet East of the Northwest corner of the Northeast Quarter of the Northeast Quarter of the Southeast Quarter, said point being the point of beginning; thence Southwesterly in a straight line 535.6 feet to a point on the West line of said portion of Section 12, distant 528 feet South of said Northwest corner thereof; thence South along said West line 132 feet more or less to the Southwest corner of said portion of Section 12; thence East along the South line thereof 660 feet more or less to the Southeast corner of said Northeast Quarter of the Northeast Quarter of the Southeast Quarter; thence North along the East line thereof, 660 feet more or less to the Northeast corner of said Southeast Quarter; thence West along the North line of said Southeast Quarter 570 feet to the point of beginning.

PARCEL 2:

The Southwest Quarter of the Northeast Quarter of the Southeast Quarter of Section 12, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, EXCEPTING therefrom that certain portion conveyed to Ben G. Martin and wife by deed dated December 20, 1937 and recorded in Book 738, page 41 of Official Records, being more particularly described as follows:

Beginning at the Northwest corner of said Southwest Quarter of the Northeast Quarter of the Southeast Quarter, said corner being also the Northeast corner of Lot 16 of Rainbow, according to the Map thereof No. 477, filed in the office of the Recorder of San Diego County, January 10, 1888; thence Southerly along common line between said Lot 16 of Rainbow and above mentioned portion of said Section, 429.25 feet; thence at right angles Easterly, 226 feet; thence at right angles Northerly, 429.25 feet to the Northerly line of said Southwest Quarter of the Northeast Quarter of the Southeast Quarter of said Section; thence Westerly along said Northerly line, 226 feet to the point of beginning.

PARCEL 3:

All that portion of the Northwest Quarter of the Northeast Quarter of the Southeast Quarter of Section 12, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

14759

EXHIBIT A – Continued

Beginning at the Southeast corner of said Northwest Quarter of the Northeast Quarter of the Southeast Quarter of said Section 12, being the Northeast corner of a parcel of land conveyed to Elmer G. Burns and wife, by deed dated May 8, 1939 and recorded in Book 945, page 375 of Official Records; thence Westerly along the South line of said Northwest Quarter of the Northeast Quarter of the Southeast Quarter, being along the North line of said land conveyed to Burns, a distance of 100 feet; thence Northeasterly in a straight line a distance of 141 feet, more or less, to a point on the East line of said Northwest Quarter of the Northeast Quarter of the Southeast Quarter, which is distant thereon 100 feet Northerly from the point of beginning; thence Southerly along said East line of said portion of said Section, 100 feet to said point of beginning.

14760