Murrieta, Calif.
Aug. 15, 1958.

J. Lee Rankin,
Solicitor General,
Room 320--325 W. F Street,
San Diego, Calif.

Dear Sir:

    I am writing this to correct an error in typing (copying) the the words farm lot("122 and 78") should be scratched from the answer mailed by me for Benjamin Wylie Tarwater and Clara Irene Tarwater on Aug. 11, 1958, Register #52.

    Please scratch those farm lots for me.

                          Yours respectfully,
                          *Urban R. Tarwater*
                          Murrieta, Calif.

FILED

AUG 21 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
            DEPUTY CLERK

14746A