SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

FILED
AUG 21 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,

    Defendants.

No. 1247-SD-C

REQUEST FOR ADMISSIONS UNDER RULE 36

O. B. WILLIAMSON, as Executor of the Estate of Maurine Nash BARKEIJ, also known as MAURINE NASH BARKEY, deceased.

Defendants O. B. WILLIAMSON, as Exexutor of the Estate of Maurine Nash BARKEIJ, AKA as MAURINE NASH BARKEY, deceased, requests plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1.  Defendants are the owners of the lands described in their answer herein.

    2.  The lands described in the answer of defendants include **one-third** acres of irrigable land.

    3.  A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

    4.  The lands described in defendant's answer herein do not abut upon any stream and are not riparian to any stream; but said lands overlie vagrant, local percolating ground water

- 1 -

4511

COPY RECEIVED

not a part of any stream.

5. Defendant O. B. WILLIAMSON was appointed Executor of the Estate of Maurine Nash BARKEIJ and Letters Testamentary were issued to him by order of the Superior Court of the State of California in and for the County of San Diego, dated August 1, 1958, said Estate being case number 60188 in the files of said Court.

SACHSE and PRICE

by *Franz R. Sachse*
Attorneys for Defendant
O. B. WILLIAMSON, as Executor
of the Estate of Maurine Nash
BARKEIJ, AKA MAURINE NASH BARKEY,
deceased.

DATED: AUGUST 15, 1958.