BUSCH & MARONEY
ATTORNEYS AT LAW
357 NORTH 2ND AVE. · PHONE YUKON 2-1562
UPLAND, CALIFORNIA

(SPACE BELOW FOR FILING STAMP ONLY)



F I L E D

AUG 22 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ................................
   Deputy Clerk

Attorneys for___Defendants___

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) CIVIL NO. 1247 -SD-C |
|---|---|
| Plaintiff, | ) ANSWER OF DEFENDANTS, |
| vs. | ) H. H. CUMMINS AND NAOMI |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | ) CUMMINS |
| Defendants. | ) |

The defendants, H. H. Cummins and Naomi Cummins, each severing from their co-defendants and each for himself and herself alone, in answer to the complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY
AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer, the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own five acres of land in San Diego County, California, more particularly described in the description

BUSCH & MARONEY
ATTORNEYS AT LAW
367 NORTH 2ND AVE.
PHONE YUKON 2-1562
UPLAND, CALIFORNIA

COPY RECEIVED   INDEXED

14761

thereof attached hereto, marked Exhibit "A", which is hereby incorporated by reference as a part of this statement.

II.

That said property is unimproved in the sense that it is not at this time being put to beneficial use or have constructed thereon any dwelling. However, defendants predecessors in title have farmed said property and there is now and has been dug more than ten years ago, a water well approximately 60 feet in depth which was used by defendant's predecessors in title for domestic and irrigation purposes; that said property to the extent of three acres thereof is suitable for the growing of Avocados and/or citrus and other tree crops as well as gardens and row crops; that the balance of said land, to wit, two acres is suitable for certain types of tree culture and profitable for the growing of row crops, permanent pasture and truck gardening; that said defendants intend to and will within the very near future improve said property as aforesaid; that defendants require for the uses aforesaid and to put said property to beneficial use require a minimum of 4.2 acre feet of water per annum, which said amount will be put to beneficial use upon said property; that defendant's predecessors in title have extracted from the well aforesaid the whole of the water percolating and underlying the said tract of land.

FOR A FURTHER, OTHER AND SEPARATE DEFENSE TO PLAINTIFF'S SUPPLEMENTARY AND AMENDATORY COMPLAINT THESE ANSWERING DEFENDANTS ALLEGE:

I.

Reallege and reaver each and every allegation contained in paragraph I of these answering defendant's first affirmative statement of rights above, as completely as though set forth in full herein.

II.

BUSCH & MARONEY
ATTORNEYS-AT-LAW
267 NORTH 2ND AVE.
PHONE YUKON 2-1562
UPLAND, CALIFORNIA

14762

1  That these defendants are informed and believe and upon
2  such information and belief allege that their said real property
3  does not, nor any part thereof, lie within the watershed of the
4  Santa Margarita, but does in truth and in fact lie within the
5  watershed of the San Luis Rey or its tributary.

6  FOR A FURTHER, OTHER AND SEPARATE DEFENSE AND AFFIRMATIVE
7  STATEMENT OF RIGHTS TO PLAINTIFF'S SUPPLEMENTARY AND AMENDATORY
8  COMPLAINT THESE ANSWERING DEFENDANTS ALLEGE:

I.

Reallege and reaver each and every allegation contained in paragraph I of these answering defendants' first affirmative statement of rights above, as completely as though set forth in full herein.

II.

That these answering defendants claim that by reason of the extraction of the percolating waters underlying their said land by their predecessors in title openly and adversely, that they have obtained and now are the possessors of a prescriptive right to take 21.0 acre feet of water from the percolating waters underlying their said real property.

FOR A FURTHER, OTHER AND SEPARATE DEFENSE AND AFFIRMATIVE STATEMENT OF RIGHTS TO PLAINTIFF'S SUPPLEMENTARY AND AMENDATORY COMPLAINT THESE ANSWERING DEFENDANTS ALLEGE:

I.

Reallege and reaver each and every allegation contained in paragraph I of these answering defendants' first affirmative statement of rights above, as completely as though set forth in full herein.

II.

That these answering defendants, as overlying owners of land described in Exhibit "A" hereto attached have a paramount right to the percolating waters underlying their said real property to

BUSCH & MARONEY
ATTORNEYS-AT-LAW
267 NORTH 2ND AVE.
PHONE YUKON 2-1562
UPLAND, CALIFORNIA

14760

1  the extent of the water reasonably necessary for use on their
2  overlying land, which these answering defendants allege to be
3  21.0 acre feet per annum.
4    WHEREFORE, these answering defendants pray that plaintiff
5  take nothing against them by reason of the Complaint and
6  Supplementary and Amendatory Complaint on file herein; that said
7  Complaint be dismissed as against these defendants; that defendants'
8  right to water, as hereinabove set forth, be quieted as against
9  the plaintiff and against all other defendants in this action;
10 and for such other and further relief as the court may deem
11 proper.

/s/ H. H. Cummins
/s/ Naomi Cummins
                                             DEFENDANTS

BUSCH & MARONEY
BY /s/ Henry McBusch
   Attorney for Defendants

STATE OF CALIFORNIA      )
COUNTY OF Los Angeles    ) ss.

H. H. Cummins and Naomi Cummins, being sworn says: That they are the defendants in the above entitled action; that they have read the foregoing ANSWER TO COMPLAINT, and know the contents thereof; that the same is true of their own knowledge, except as to the matters which are therein stated on their information or belief and as to those matters that they believe it to be true.

/s/ H. H. Cummins
/s/ Naomi Cummins

Subscribed and sworn to before me this 15 day of August, 1958.

/s/ Winifred Kusley
Notary Public in and for said County and State.

BUSCH & MARONEY
ATTORNEYS-AT-LAW
807 NORTH 2ND AVE.
PHONE YUKON 2-1562
UPLAND, CALIFORNIA

14764

EXHIBIT "A"

Lot 5, except the West 330 feet of said Lot 5, Rainbow, according to Map thereof No. 477, filed in the office of the County Recorder of said San Diego County, January 10, 1888.

BUSCH & MARONEY
ATTORNEYS-AT-LAW
267 NORTH 2ND AVE.
PHONE YUKON 2-1562
UPLAND, CALIFORNIA

14785