Luther U. Shaw and Vera C. Shaw
Defendants in propria persona
2914 Canada Blvd.
Glendale 8, California

FILED

AUG 22 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
        Plaintiff,        )   CIVIL NO. 1247- SD - C
   v.                           )   ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY     )   Luther U. Shaw and Vera C. Shaw
DISTRICT, ET AL,             )
        Defendants.       )

The defendants, Luther U. Shaw and Vera C. Shaw each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 75 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

14766

1  **These defendants allege:**

2      Said defendants' land is suitable for and used as a ranch
3  for the production of livestock, and feed crops, both permanent
   pasture and grain under irrigation. That water necessary for
4  watering the stock and for irrigating the feed crops is pumped
   from underground sources, plus a domestic well on the premises.
5      The said land was a part of the Temecula Rancho Land Grant,
   which carried with it full and complete rights to all minerals
6  and water from the Mexican Government.
    By the Treaty of Guadalupe Hildalgo in 1848, these rights
7  to minerals and water were given absolutely and forever to the
   owners and their successors in interest to said land grant, or aany
8  part thereof, including the said land owned by these defendants.
    Said Treaty of Guadalupe Hidalgo operated as a confirmation
9  in praesenti of all perfect titles to lands in CALIFORNIA HELD
   UNDER MEXICAN GRANTS.
10     THE PLAINTIFF, UNITED STATES OF AMERICA, IS IN LEGAL DUTY
   BOUND TO CARRY INTO EFFECT THE STIPULATIONS CONTAINED IN SAID
11 TREATY AND THEREFORE HAS NO CLAIM OR RIGHT TO ANY WATER OR MINERALS
   RIGHTS IN, ON, OR UNDER THESE DEFENDANTS' SAID LAND.
12     DEFENDANTS CLAIM EXCLUSIVE AND SOLE RIGHT AND USE OF ALL
   UNDERGROUND WATER, ALL WATER ABOVE GROUND, ALL WATER THAT FALLS
13 ON, OR RUNS ON FROM RAINFALL AND ALL WATER THAT CAN BE CONTAINED
   ON SAID LAND BY MEANS OF RESERVOIRS OR OTHER MEANS WITH RESPECT
14 TO THEIR SAID LAND.
    THE WATER RIGHTS TO ALL WATER ON DEFENDANTS LAND ARE
15 GUARANTEED BY THE DEED (SEE EXHIBIT A) WHICH THE DEFENDANTS
   RECEIVED WHEN SAID DEFENDANTS PURCHASED THE LAND.

18     WHEREFORE, these defendants pray that plaintiff take

19 nothing against them by reason of the Complaint and Supplementary

20 and Amendatory Complaint on file herein; that said Complaint be

21 dismissed as against these defendants; that defendants' right to

22 water, as hereinabove set forth, be quieted as against the plain-

23 tiff and against all other defendants in this action; and for such

24 other and further relief as the Court may deem proper.

*Luther U. Shaw*
*Horace ?. ?*

                          Defendants in propria persona

Dated: 8-20-58

14767

EXHIBIT A DESCRIPTION OF SHAW LAND

In the County of Riverside, State of California

PARCEL 1. Farm Lot 53 of the lands of the Temecula Land and Water Company, as shown by Map on file in Book 8 page 359 of Maps, San Diego County Records.

PARCEL 2. All water and water rights acquired under and by virtue of that certain water claim made by Mrs. E.K. Small, dated January 1, 1899 and recorded in Book 1 page 249 of Waterclaims, Riverside County Records.

14768