FILED

AUG 22 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

CIVIL NO. 1247-SD-C

UNITED STATES OF AMERICA )
            Plaintiff,    )
       v.                 )   ACKNOWLEDGMENT OF RECEIPT
FALLBROOK PUBLIC UTILITY  )
DISTRICT, ET AL,          )
            Defendants    )

I hereby acknowledge receipt of copies of the Answers in the above entitled case of the following named defendants:

   WALTER GOULD LINCOLN, S. A. SHEPARD,
   W. M. BEALE, FRED HESSERT, FRED S.
   REINHOLD, ROBERT DELUCE, OTTO WITCHNER,
   AXEL EMIL GIBSON, LEAH P. LOVELL, and
   VERA W. RICHTER, as Trustees of the
   MURRAY SCHLOSS FOUNDATION FOR HOTHAN
   PIONEERING

   LUTHER U. SHAW and VERA C. SHAW

   H. H. CUMMINS and NAOMI CUMMINS

DATED: AUGUST 22, 1958.

William H. Veeder

4515