IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

**FILED**
AUG 25 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
          Plaintiff, )
v.s. ) NO. 1247-SD-C
FALLBROOK PUBLIC UTILITY DIST. ) ANSWER TO SUMMONS
ET AL: )
          Defendants. )

    The undersigned defendant whose address is: Baxter Road, Wildomar, P.O. Box 53, for himself, his executors, administrators, successors and assigns, do hereby proclaim that he and she as joint tenants are the sole owners of the following described property; the northwest quarter of the northeast quarter of section 36, township 6 south, range 4 west, San Bernardino base and meridian, as shown by United States Government Survey. Excepting therefrom the east half of the east half of the northwest quarter of the northwest quarter of the northeast quarter of said section 36, and that I own and retain all water beneficial to the land and all oil and mineral rights over, under and in the above described property.

    Cognizant of the rights of the U.S. Government on the land purchased by the same and assured that our rights and needs in no way conflict with same, I hereby protest and disclaim all or any part thereof of the claim of the United States Government to any and all water rights and other rights in the above summons.

Dated Aug. 16, 1958      Defendants Charles E. Rosenfeld
                                    Ruth E. Rosenfeld

COPY RECEIVED

14779

STATE OF CALIFORNIA,
County of Riverside } ss.

On August 16, 1958, before me the undersigned, a Notary Public in and for said County and State, personally appeared Charles E. Skinfield and Ruth E. Skinfield _____, known to me, to be the person_s_ whose name_s_ _____ subscribed to the within Instrument, and acknowledged to me that _they_ executed the same.

WITNESS my hand and official seal.

Magdeline Cavanaugh
Notary Public in and for said County and State.
In and for the County of Riverside, State of California
My Commission Expires June 27, 1961
108 Olive St., Elsinore, Calif.

ACKNOWLEDGMENT -- GENERAL -- WOLCOTTS FORM 233

INDEXED
CPY RECEIVED