Barbara E. Power and Roscoe M. Power
Defendants in propria persona
14515 La Mesa Drive
La Mirada, California

**FILED**

AUG 25 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL.,<br>  Defendants | CIVIL NO. 1247-SD-C<br><br>ANSWER TO COMPLAINT AND<br>SUPPLEMENTARY AND AMENDATORY<br>COMPLAINT OF<br>BARBARA E. POWER<br>ROSCOE M. POWER |

   The defendants, BARBARA E. POWER and ROSCOE M. POWER, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny and allege.

### ANSWER TO ORIGINAL COMPLAINT

#### I.

   These answering defendants have no information or belief sufficient to enable them to answer the allegations of Paragraphs II and VII of the original Complaint and basing their denial upon that ground, deny all allegations in said paragraphs contained.

#### II.

   Answering the allegations of paragraph IV, defendants deny that any conduct of these answering defendants threatens the destruction of the basin referred to in said paragraph or damages the plaintiff in any manner.

#### III.

   Answering the allegations of Paragraphs V and VI, deny that the litigation and/or the stipulated judgement referred to in

COPY RECEIVED    INDEXED                                14790

said paragraphs are binding upon or in any manner affect the rights of these answering defendants, and deny that the plaintiff is entitled to any rights, titles, interests, or privileges as against any of the answering defendants by reason thereof.

### IV.

Answering the allegations of Paragraph VIII, admit that the plaintiff makes the claims and assertions specified in said paragraph; these answering defendants have no information or belief sufficient to enable them to answer the remaining allegations of said paragraph and basing their denial on that ground, deny all of said allegations.

### V.

Answering the allegations of Paragraph IX, deny that any action or conduct of any of these answering defendants has caused the plaintiff any damage or has contributed to any of the injuries alleged in said paragraph; these answering defendants have no information or belief sufficient to enable them to answer the remaining allegations of said paragraph and basing their denial on that ground, deny all of said allegations.

### ANSWER TO SUPPLEMENT TO COMPLAINT

#### Answer to Counts No. I to XIV, Inclusive

### I.

In answer to Counts I to XIV, inclusive, of the Supplement to plaintiff's Complaint, these answering defendants hereby incorporate by reference Paragraphs I to V, inclusive, of the above Answer to plaintiff's original Complaint.

### II.

These answering defendants admit that the plaintiff makes the contentions set forth in said counts; deny that any actions of these answering defendants have injured plaintiff; and have no information or belief sufficient to enable them to answer any of

the remaining allegations in any of said counts contained and basing their denial on that groung, deny all of said allegations not hereinabove expressly admitted or denied.

### Answer to Counts Nos. XV-XXI, Inclusive

#### I.

These answering defendants hereby incorporate by reference Paragraphs I and II of their Answer to Counts I to XIV, inclusive.

#### II.

These answering defendants deny each and every allegation contained in Paragraphs II and III of Count XXI.

#### III.

The defendants admit that plaintiff owns certain tracts of land comprising the Cleveland and San Bernardino National Forests which are administered by the Bureau of Land Management of the Department of the Interior, which tracts are within the watershed of the Santa Margarita River; admit the allegations with reference to the flow of Temecula Creek and its tributaties; admit that the exhibits mentioned in said Counts are attached to the Complaint; admit that the United States Of America makes the contentions set forth in Counts XVLLL, and XX; these answering defendants have no information or belief sufficient to enable them to answer the remaining allegations in said Counts XV to XXI, inclusive, and basing their denial on that ground, deny all of said allegations.

### ANSWER TO AMENDMENT TO COMPLAINT
### Answer to Counts Nos. XXII to XXV, Inclusive

#### I.

These answering defendants hereby incorporate by reference Paragraphs I, II and III of their Answer to Counts XV to XXI, inclusive.

-3-

14732

II.

These answering defendants deny the allegations of Paragraphs I and II of Count XXII.

III.

These answering defendants admitt that plaintiff makes the contentions set forth in Paragraph III of Count XXII, deny each and every allegation in said paragraph contained except as hereinabove admitted.

IV.

These answering defendants admit that plaintiff makes the contentions set forth in Counts XXII to XXV, inclusive; admit that the application referred to in Paragraph II of Count XXII was filed and in this connection allege that said application was rejected and denied by the State Board of Water Rights of the State of California on April 10, 1958; admit that these answering defendants claim the right to the use of water specified in the Affirmative Statement of Rights hereinbelow set forth; deny that any claim of these defendants invades any rights of the United States of America; deny the allegations of Count XXI except as hereinabove expressly admitted.

V.

These answering defendants have no information or belief sufficient to enable them to answer the remaining allegations contained in said counts and basing their denial upon that ground, deny all of the allegations not hereinabove expressly admitted or denied.

AFFIRMATIVE STATEMENT OF RIGHTS

I

These answering defendants own fifteen (15) acres of land situated within the watershead of the Santa Margarita River, more particularly described as follows:

All of Lot 4 (Southeast Quarter of Northeast Quarter) of Section 10, Township 9 South, Range 4 West, San Bernardino Meridian

(4)

14783

in the County of San Diego, State of California, and that portion of Lot I (Northeast Quarter of Northeast Quarter) of said Section 10 lying Southerly of the following described line:

Beginning at the Southeasterly corner of said Lot I; thence along the Southerly line of said Lot, North 87 55'19" West 484.81 feet; thence leaving said Southerly lot line, North 50 33'10" West 65.75 feet to the beginning of a tangent 300 foot radius corve concave Southwesterly; thence Northwesterly along said corve 83.43 feet; thence tangent to said corve North 66 29' 10" West 88.08 feet to the beginning of a tangent 150 foot radius curve concave Northeasterly; thence Northwesterly along said curve 76.67 feet; thence tangent to said curve North 39 29'40" West 80.91 feet to the beginning of a tangent 200 foot radius curve concave Southwesterly; thence along said curve 176.22 feet thence tangent to said curve North 89 59'40" West 136.19 feet to the beginning of a tangent 500 foot radius curve concave South- easterly; thence Southwesterly along said curve 133.44 feet to the Westerly line of Lot 1; thence to said curve South 74 43'50" West 86.52 feet to the Westerly line of Lot 1.

Reserving therefrom an easement and right of way for ingress and egress for road purposes over the Northerly 550 feet of the Easterly 33 feet of said Lot 4.

This land is riparian land; approximately ten (10) acres are tillable and the balance can be used for raising turkeys, chickens and fowl. Defendants have irrigated potions of this land in the past and water for this purpose has been obtained from a well located on said land. This is from percolating waters.

II.

Defendants claim the right to use forty (40) acre feet of water per year from the well or wells on this land. Defendants do not claim any prescriptive rights.

-5-

14704

1  WHEREFORE, these defendants pray that plaintiff take
2 nothing against them by reason of the Complaint and Supplementary
3 amd Amendatory Complaint on file herein; that said Complaint be dis-
4 missed as against these defendants; that defendants' right to water
5 as hereinabove set forth, be quieted as against the plaintiff and
6 against all other defendants in this action; and for such other and
7 further relief as the court deem proper.

*Roscoe M. Power*

*Barbara E. Power*

Defendants in propria persona
14515 La Mesa Drive
La Mirada, California

Dated: August 15, 1958

14784A