SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

FILED
AUG 25 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
       Plaintiff,  ) No. 1247-SD-C
vs.  ) ANSWER OF DEFENDANT
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the ) MILDRED STILES GAGNON
State of California, et al.,  )
       Defendants.  )

Defendants

MILDRED STILES GAGNON

answering plaintiff's Complaint and Supplement to Complaint for

themselves alone and not for any other defendant, admit, deny

and allege as follows:

FIRST DEFENSE

I

Defendants have no knowledge or information

sufficient to form a belief as to the allegations contained

in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's

Original Complaint herein, and therefore deny all of said

allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original

Complaint herein, defendants admit the litigation

- 1 -

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of Riverside, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

PARCEL 1: This parcel consists of approximately 2/3 acre improved with a dwelling house and outbuildings. It does

- 2 -

14792

not abut upon and is not riparian to any stream, but overlies percolating ground waters not a part of any stream.

PARCEL 2: This parcel contains 25 acres more or less and is improved with commercial buildings. It does not abut upon and is not riparian to any stream but overlies percolating ground waters not a part of any stream.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

August 11, 1958

by _____
Attorneys for defendant

- 3 -

14763

EXHIBIT A

PARCEL ONE:

particularly described as follows, to-wit: Parcel 1: That portion of the Southeast Quarter of the Southwest Quarter of Section 30, Township 8 South, Range 2 West, San Bernardino Meridian, in the County of Riverside, State of California, as shown by United States Government Survey, described as follows: Commencing at the Northwest Corner of said Southeast Quarter of the Southwest Quarter; thence South 85° 19' 50" East, along the Northerly line of said Southeast Quarter of the Southwest Quarter 352.59 feet; thence South 14° 46' West 50.79 feet, to the true point of beginning; thence South 14° 46' West 95.56 feet; thence South 36° 53' East 251.08 feet; thence North 18° 59' East 291.01 feet, to a point of 50 feet, measured at right angles, from the Northerly line of said Southeast Quarter of the Southwest Quarter; thence North 85° 19' 50" West, parallel with the said Northerly line of the Southeast Quarter of the Southwest Quarter, 222.01 feet, to the true point of beginning. Parcel 2: That portion of the Southeast Quarter of Section 30, Township 8 South, Range 2 West, San Bernardino Meridian, in the County of Riverside, State of California, as shown by United States Government Survey, described as follows: Commencing at the Northwest corner of said Southeast Quarter of the Southwest Quarter; thence South 85° 19' 50" East, along the Northerly line of said Southeast Quarter of the Southwest Quarter, 352.29 feet, to the true point of beginning; thence South 85° 19' 50" East, along the Northerly line of said Southeast Quarter of the Southwest Quarter 225.60 feet; thence South 18° 59' West 51.60 feet, to a point 50 feet, measured at right angles, from said Northerly line of the Southeast Quarter of the Southwest Quarter; thence North 85° 19' 50" West, parallel with said Northerly line 222.01 feet; thence North 14° 46' East 50.79 feet, to the true point of beginning.

PARCEL TWO :

In the County of Riverside, State of California;
Government Lot 3, and that portion of Government Lot 4 in Fractional Section 30, Township 8 South, Range 2 West, San Bernardino Base and Meridian, as shown by United States Government Survey approved April 16, 1886, lying Easterly of that certain easement and right of way described as Parcel 83 in the Final Judgement and Decree in Condemnation in Case No. 5019-W Civil, United States District Court in and for the Southern District of California, Central Division, United States of America -vs- 27 parcels of land in Riverside County, California et al, a certified copy of which was recorded October 27, 1949 in Book 1118 page 369 of Official Records, Riverside County Records;

EXCEPTING from said Lot 3 all uranium, thorium, or any other mineral which is or may be determined to be peculiarly essential to the production of fissionable materials, whether or not of commercial value, together with the right of the United States through it's authorized agents or representatives at any time to enter upon the land and prospect for, mine, and remove same, as reserved in Patent from The United States of America to Lawrence R. Carter, recorded December 22, 1949 in Book 1133 page 468 of Official Records, Riverside County Records.

EXHIBIT A

- 4 -

14764

STATE OF CALIFORNIA,
County of San Diego } ss. 1247 SD-C

Franz R. Sachse being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of San Diego; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is 1092 South Main Street, Fallbrook, California.

that on the _____ day of August, 19 58, affiant served the within Answer of Defendant and Request for Admissions of Mildred Stiles Gagnon,

on the plaintiff in said action, by placing a true copy thereof in an envelope addressed to the attorneys of record for said Plaintiff at the office address of said attorneys as follows:

Hon. J. Lee Rankin, Rm 332, 325 West F Street, San Diego, California,

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a United States post office, regularly maintained by the Government of the United States at** Fallbrook, San Diego County, California, where is located the office of the attorneys for the person by and for whom said service was made.

That there is delivery service by the United States mail at the place so addressed or *** there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 22 day of August, 19 58

Notary Public in and for the County of San Diego, State of California.
(SEAL) My Commission Expires May 25, 1961.

* Here quote from envelope name and address of addressee.
** If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office."
*** When the letter is addressed to a post office other than city in which letter is mailed strike out "and"; when addressed to city in which letter is mailed strike out "or."

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146-REV. 8-54

14794-A