FILED

AUG 25 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ⟨signature⟩
DEPUTY CLERK

1   LINUS W. MILLER and HELEN M. MILLER
    **Defendants in propria persona**
2   26954 Buckskin Lane
    26954
3   Rolling Hills, Calif.

4           IN THE UNITED STATES DISTRICT COURT

5               SOUTHERN DISTRICT OF CALIFORNIA

6                   SOUTHERN DIVISION

7
   UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
8                                    )
                   Plaintiff,        )   ANSWER OF DEFENDANTS
9                                    )   LINUS W. MILLER
          v.                         )       AND
10                                   )   HELEN M. MILLER
   FALLBROOK PUBLIC UTILITY          )
11  DISTRICT, ET AL,                 )
                                     )
12                 Defendants,       )

13      The defendants, LINUS W. MILLER AND HELEN M. MILLER

14  each severing from their co-defendants and each for himself or her-

15  self alone, in answer to the Complaint and Supplementary and Amenda-

16  tory Complaint on file herein, admit, deny, and allege:

17      ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                AMENDATORY COMPLAINT
18
19      These answering defendants hereby incorporate by reference

20  all of the allegations contained in the answer to said Complaint and

21  Supplementary and Amendatory Complaint filed in this case by Newton

22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23  of the portion thereof entitled "Affirmative Statement of Rights")

24  and make each and all of said allegations a part of this answer

25  the same as if herein set forth at length.

26              AFFIRMATIVE STATEMENT OF RIGHTS

27      These defendants own 160 acres of land in RIVERSIDE

28  County, California, and within the watershed of the Santa Margarita

29  River, more particularly described in the document attached hereto,

30  marked Exhibit A, which is hereby incorporated by reference as a

31  part of this statement.

32

                    INDEXED                          14738
COPY RECEIVED

1  Defendants claim the right to four(4) feet of well xxxxxxxx

2  water per acre. None of the land is presently under irrigation.

3  This land will grow the best beet and alfalfa seed in the U. S.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18  WHEREFORE, these defendants pray that plaintiff take

19  nothing against them by reason of the Complaint and Supplementary

20  and Amendatory Complaint on file herein; that said Complaint be

21  dismissed as against these defendants; that defendants' right to

22  water, as hereinabove set forth, be quieted as against the plain-

23  tiff and against all other defendants in this action; and for such

24  other and further relief as the Court may deem proper.

25  *Linus W. Miller*

26

27  *Helen M. Miller*

28

29                    Defendants in propria persona

30

31

32  Dated: *Aug. 19, 1958*

                                          14789

EXHIBIT "A"

The Southeast quarter of Section 17, Township 7,
Range 3, East, San Bernardino Base and Meridian.

14790