Hercules Donato and Jean Donato

Defendants in propria persona

15224½ Dichens St., Sherman Oaks, California

FILED
AUG 25 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ M. _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247-SD- C |
| PLAINTIFF | ANSWER OF DEFENDANTS |
| v. | Hercules Donato |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | Jean Donato |
| Defendants, | |

The defendants, Hercules Donato And Jean Donato each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

### ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT

These answering defendants hereby incorporate be reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

### AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 78 acres of land in San Diego County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED   INDEXED

14785

I.

This land has 78 acres, mostly on the SAN LUIS REY water shed. We have 2 wells to supply our Fish Pond. We need every gallon of water these wells produce for our business. Therefore, we protest any claim on our own water.

2.

Defendants claim all percolating and filtrating water on this land and claims the right to put down wells and develope water for all agricultural and commercial purposes.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Jean Donato*
*Hercules Donato*
Defendants in propria persona

Dated: 8/19/58

14786

PROPERTY DESCRIPTION

EXHIBIT A

Lot 4, portion of Lot 5, and portion of Lot 12 in Section 36, Township 9 South, Range 2 East, San Bernardino Base and Meridian in the county of San Diego, State of California.

14787

