SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

**FILED**

AUG 25 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
          Plaintiff,       )   No. 1247-SD-C
                           )
    vs.                    )   ANSWER OF DEFENDANT
                           )   THE ROMAN CATHOLIC BISHOP
FALLBROOK PUBLIC UTILITY DISTRICT, ) OF SAN DIEGO,
a public service corporation of the) CHARLES FRANCIS BUDDY,
State of California, et al., ) Incumbent
                           )
          Defendants.      )

Defendants  THE ROMAN CATHOLIC BISHOP OF SAN DIEGO, CHARLES FRANCIS BUDDY, Incumbent, answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

14795

COPY RECEIVED INDEXED

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

14786

The lands described in the Answer of defendant do not abut upon and are not riparian to any stream. The said lands are improved with a Church building, recreation hall and dwelling. All of said lands are arable and irrigable. The waters underlying said lands are vagrant percolating local ground waters not a part of any stream.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

Dated: August 22, 1958

by *[signature]*
Attorneys for defendant
The Roman Catholic Bishop of San Diego, Charles Francis Buddy, Incumbent.

- 3 -

14797

EXHIBIT A

A portion of the E 1/2 of the South 1/2 of Block 112, West Fallbrook, as described in Grant Deed recorded 24 March 1945 in Book 1847, at page 168, Official Records of San Diego County.
14768

EXHIBIT A

STATE OF CALIFORNIA,
County of **San Diego** } ss. No. 1247 SD C

I, the undersigned, say: I am and was at all times herein mentioned, a citizen of the United States and a resident of the County of **San Diego**, employed in over the age of eighteen years and not a party to the within action or proceeding; that My business address is **1092 S. Main Street, Fallbrook, California**

that on **August 22,** 19**58**, I served the within **Answer and Request for Admissions** on the **plaintiff** in said action or proceeding by depositing a true copy thereof, inclosed in a sealed envelope with postage thereon fully prepaid, in a mailbox, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at¹ **Fallbrook, California** in the City of _____, California addressed to the attorney **s** of record for said **plaintiff** at the office address of said attorney_____, as follows:²

Hon. J. Lee Rankin
Room 335, 325 W. F. Street, San Diego 1, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Executed on **August 22, 1958** at **Fallbrook**, California
(date) (place) (Signature)

¹If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office". ²Here quote from envelope name and address of addressee.

PROOF OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REVISED 5-58

14198A