SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

F I L E D

AUG 25 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ................................
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                         )
              Plaintiff, )   No. 1247-SD-C
                         )
        vs.              )   REQUEST FOR
                         )   ADMISSIONS UNDER
FALLBROOK PUBLIC UTILITY DISTRICT, )   RULE 36
a public service corporation of the )
State of California, et al., )   DEFENDANT
                         )
              Defendants. )   MILDRED STILES GAGNON

Defendants
MILDRED STILES GAGNON

request plaintiff within ten (10) days after the service of

this request to admit that the following statements are true,

for the purposes of this action only, and subject to all

pertinent objections to admissibility which may be interposed

at the trial:

   1. Defendants are the owners of the lands described in
their answer herein.

   2. The lands described in the answer of defendants
include     25     acres of irrigable land.

   3. A reasonable water duty for the irrigable lands of
defendants is 4.2 acre feet per acre per year.

- 1 -

4518

COPY RECEIVED

4. The lands of defendants do not abut upon and are not riparian to any stream.

5. The lands of defendants overlie percolating ground waters not a part of any stream.

SACHSE and PRICE

August 11, 1958

by /s/ _____
Attorneys for defendant