SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

FILED

AUG 25 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>    Defendants. | No. 1247-SD-C<br><br>REQUEST FOR<br>ADMISSIONS UNDER<br>RULE 36<br><br>THE ROMAN CATHOLIC BISHOP<br>OF SAN DIEGO,<br>CHARLES FRANCIS BUDDY,<br>Incumbent |

    Defendants THE ROMAN CATHOLIC BISHOP OF SAN DIEGO, CHARLES FRANCIS BUDDY, Incumbent, request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1. Defendants are the owners of the lands described in their answer herein.

    2. The lands described in the answer of defendants include 1/4 acres of irrigable land.

    3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

    4. The lands of defendan are not riparian to and do not abut upon any stream.

COPY RECEIVED

5. The lands of defendant overlie vagrant, local, percolating ground waters not a part of any stream.

DATED: August 22, 1958.

        SACHSE and PRICE

        by *[signature]*
        Attorneys for Defendant
        The Roman Catholic Bishop of San Diego,
        Charles Francis Buddy, Incumbent.