UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.                                      NO. __1247-SD-C__ CIVIL

vs.                                         MINUTES OF THE COURT

FALLBROOK, etc., et al                      DATE: _August 26, 1958_ _

                                            AT: San Diego, California

PRESENT: Hon. _ _ _ _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY _ Reporter _ _ JOHN SWADER _ _ _ _ _

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, WILLIAM BURBY, COL. ELLIOTT ROBERTSON, COL A. C. BOWEN, AND LT. COMDR. DONALD W. REDD.

COUNSEL FOR DEFENDANTS: George Stahlman, Adolphus Moskovitz, Carl Boronkay, Phil Swing, Franz Sachse, and Arthur Littleworth.

PROCEEDINGS:   HEARING on objections of deft. Fallbrook to Interrogs. and HEARING on issues.

     At 10:05 A.M. re convene herein.
     Court and counsel discuss objections to interrogs.
     At 10:55 A.M. recess, and at 11:25 A.M. reconvene.
     Attorney Veeder makes statement re interrogs.
     Ent ord and Fld Nunc Pro Tunc, April 22, 1958, Interrogs. to be answered by Fallbrook.
     IT IS ORDERED that Attorney Sachse file statement of claimed rei rights, etc of Fallbrook within 2 weeks.
     IT IS ORDERED that objection of Fallbrook to interrogs. 3, 4, 5, 6, 13 thru 20, 24, and 33 thru 45 is sustained without prejudice to renewal at later time if and when they become material.
     At 12:10 A.M. recess to 2 P.M.
     At 2:05 P.M. reconvene.
     Further discussion is held on objections to interrogs. and the court rules as follows: 46 i -sustained; 46 ii and iii overruled; 47 - overruled; 49 - sustained; 50 - overruled; 51 - overruled; 52 - overruled; 53 - overruled; 54 - overruled; 55 - overruled; 56 - sustained; 57 - sustained; 58 - sustained; 59 - sustained; 60 - sustained; 61 - sustained; 62 thru 67 - sustained; 74 - overruled; 75 - overruled; 76 - overruled; - and 77 - overruled.
     IT IS ORDERED that Attorney Moskovitz draw proposed pre trial order containing ruling of court in memo, various matters for decision at time of trial, issues in this case, and list of documentary evidence.
     Court and counsel discuss issues.
     IT IS ORDERED that case is set for September 22, 1958, at 10 A.M. for further pre trial hearing and hearing on proposed p/t order.
     At 4:00 P.M. recess.

4522

JOHN A. CHILDRESS, Clerk