BORENSTEIN  JULIUS

BORENSTEIN  BELLA

Defendants in propria persona

MURRIETA Calif.

FILED

AUG 26 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, ET AL,<br><br>             Defendants, | CIVIL NO. 1247-SD-C<br><br>ANSWER OF DEFENDANTS<br><br>BORENSTEIN JULIUS<br>BORENSTEIN   BELLA<br>RT 2 BOX 15<br>MURRIETA CALIFORNIA. |

The defendants ,

Each severing from their co-defendants and each for himself or herself alone, in answer to the Coplaint and Suppementary and Amendatory Cpmplaint on file herein , admit, deny, and allege:

ANSWER  TO  COMPLAINT  AND  SUPPLEMENTARY  AND
AMENDATORY  COMPLAINT .

AFFIRMATIVE  STATEMENT  OF  RIGHTS

These defendants own 160 acres of land in Riverside County , California and within the watershed of the SANTA MARGARITA RIVER, more particularly described in the document attached hereto, marked Exhibit A, wihich is hereby incorporated by reference as a part of this statement .

INDEXED

14799

## EXHIBIT A 1.

**Description Of Property Owned By Defendants :
Herewith;**

    MURRIETA  EUCALYPTUS  COS TRACT  MB 6/73

    LOTS 24 TO 27  160 ACRES.

## EXIBIT B

We the defendants in thisysuit state , that we claim the 160 Acres we own and described IN EXHIBIT A is a part of the OF THE TEMECULA RANCHO One of the LAND GRANTS , We therefore believe we are EXEMTED FROM THIS SUIT, asit was A MEXICAN GRANT which was CONFIRMED BY THE TRATY OF GUADALUPE HIDALGO IN February 1849 And it was again Confirmed By a Patent isued we believe BY PRESIDENT JAMES BUCHANAN IN 1860.

    We have wells on this property , which we have used FREELY IN THE PAST and exclusively ,We further hope to continue do so in the future ACCORDING TO THE ORIGINAL MEXICAN TITLE.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint as on file hrein ; that said Complaint be dismissed as against these defendants ; that defendants' right to water, as hereinabove set forth , be quieted as against the plaintiff and against all other defendents in this action ; and for such other and further relef as the Court may deem proper.

*Julius Brewster*

*Bella Borenstein*

Defendants in propria persona

14802