FILED

AUG 27 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William M. Ludd
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,                )
                                         )    No. 1247-SD-C
                Plaintiff,               )
                                         )
     v.                                  )    AFFIDAVIT
                                         )
FALLBROOK PUBLIC UTILITY DISTRICT,       )
et al.,                                  )
                                         )
                Defendants.              )

      DONALD W. REDD, being first duly sworn, says: That he is one of the attorneys for the plaintiff in the above entitled cause; that he is informed and believes that there are certain aerial photographs and negatives of properties in Northern San Diego County which include the area that is now Camp Pendleton, and the adjoining areas within the Santa Margarita watershed, that were made in 1928 and 1929 by Tax Factors, Inc. for the County of San Diego; that these records show the development and irrigation of the lands in Camp Pendleton and the adjoining areas within the Santa Margarita River watershed at that time; that the examination and copying of these aerial photographs and negatives are essential to the United States of America in the preparation and proof of their case in the above entitled action; that he has been advised by the appropriate officials of San Diego County and the San Diego County Assessor's Office that these

4525

-1-

records will be available for examination and copy only upon order of the Court; that if such records are made available, they will not be altered or damaged in any manner while in the possession of the United States.

                                            /s/ Donald W. Redd
                                               DONALD W. REDD

Subscribed and sworn to before me this 26th day of August, 1958.

/s/ Margaret B. Jooker
Notary Public in and for said County and State.

My Commission expires June 3, 1960.

-2-

4526