**FILED**
AUG 27 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ William M. [illegible]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

    Defendants

No. 1247-SD-C

ORDER

Good cause having been shown,

IT IS HEREBY ORDERED that the County Assessor of the County of San Diego, San Diego California, make available to the United States and their duly authorized attorneys and agents in the foregoing action, the aerial photographs and negatives of properties in Northern San Diego County made on flights in 1928-29 by Tax Factors, Inc for examination and copying.

Dated: 8/27/58

JAMES M. CARTER
Judge of the United States District
Court, Southern District of California

4524