Emmett E. Doherty
727 West 7th Street, R. 333
Los Angeles 17, California
MA 5-1371

Attorney for Certain Defendants

**FILED**

AUG 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                    )
       Plaintiff    )
                    )
     vs          )
                    )
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al. )
                    )
       Defendants  )

NO. 1247-SD-C

AMENDED ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF CERTAIN DEFENDANTS

Come now the following named defendants and answering the Complaint and Supplementary and Amendatory Complaint in this action, allege, admit and deny as follows:

I

The following named defendants are parties to this Answer.  The names of the defendants answering herein are alphabetically set forth in this paragraph together with a numerical reference to the legal description of the parcel of property in which each of the defendants claims an interest.

| DEFENDANTS | PARCEL |
|---|---|
| NAN BOHLEN | 1 and 2 |
| HAROLD G. BROWN | 3 |
| LOLA I. BROWN | 3 |
| OLIVER B. CAMPBELL | 4 |
| ETTA B. CAMPBELL | 4 |

-1-

EMMETT E. DOHERTY
LOS ANGELES

14807

| | | |
|---|---|---|
| 1 | COY R. CARLTON | 5 |
| 2 | RUBY LOU CARLTON | 5 |
| 3 | DAVID F. CANTARANO | 6 and 7 |
| 4 | J. E. CARTIER | 8 |
| 5 | BEULAH CARTIER | 8 |
| 6 | ELMER E. EVERETT | 9, 10, 11, 12, 13 |
| 7 | OLGA C. EVERETT | 9, 10, 11, 12, 13 |
| 8 | GROVER E. DAVIS | 5 |
| 9 | KATHLEEN J. DAVIS | 5 |
| 10 | MORGAN M. DAVIS | 5 |
| 11 | MADDALENA G. DAVIS | 5 |
| 12 | FLORENCE DELOUGHERY | 14 and 15 |
| 13 | LINCOLN J. HAMILTON | 16 and 17 |
| 14 | LOUISE HAMILTON | 16 and 17 |
| 15 | E. E. HEACOCK | 18 |
| 16 | RUTH B. HEACOCK | 18 |
| 17 | EDMUND G. HERRING | 19 |
| 18 | LAURA M. HERRING | 19 |
| 19 | MRS. GLADYS HUBBELL | 20 |
| 20 | WALTER A. LEICHTFUSS | 21 |
| 21 | HELENE LEICHTFUSS | 21 |
| 22 | H. R. LICHTWALD | 22, 23, 24 |
| 23 | JAMES MINOR | 25 |
| 24 | JESSIE FAYNE MINOR | 25 |
| 25 | HOWARD MOORE | 26 |
| 26 | PALM RANCH CO. (TONY LAPPOS) | 27, 28, 29, 30 |
| 27 | HARRY A. PURSCHE | 31 and 32 |
| 28 | HELEN B. PURSCHE | 31 and 32 |
| 29 | LUTHER VAN WINKLE | 33 |
| 30 | IGNACIO VENEGAS | 34 and 35 |
| 31 | CARMELITA VENEGAS | 34 and 35 |
| 32 | | |

EMMETT E. DOHERTY
LOS ANGELES

14808

| | | |
|---|---|---|
| 1 | HUGO WESTPHALEN | 36 and 37 |
| 2 | VERA B. WESTPHALEN | 36 and 37 |

3                                        II

4           The legal descriptions of the parcel or parcels of real property in

5   which each of the defendants named in paragraph I of this Answer claims as

6   interest are hereinafter fully described and referred to by a designated parcel

7   number, which number corresponds with the parcel number appearing in

8   paragraph I of this Answer opposite the name of each defendant.

9           The legal description of the parcels in which the answering defendants

10  claim an interest follows:

11          PARCEL # 1        Legal Owner -    Nan Bohlen

12  Lot four (4) of Section nine (9), the lots one and two (1 and 2)
    of Section ten (10), and the Northeast quarter (NE 1/4) of the
13  Northeast quarter (NE 1/4) of Section Sixteen (16) in Township
    7, South of Range 3, East of San Bernardino Meridian,
14  California, containing 165.24 acres, excepting Southeast one-
    quarter of the Southeast one-quarter of the Southwest one-
15  quarter of Section 10, T 7 S, R. 3-E. S.B.B.M. Anza, County
    of Riverside.

16

17          PARCEL # 2        Legal Owner -    Nan Bohlen

18  The South half (S 1/2) of the Southeast quarter (S.E. 1/4) and
    the Southeast quarter (SE 1/4) of the Southwest quarter (SW 1/4)
19  of Section 15, in Township 7 South, Range 3, East, San Bernar-
    dino Base and Meridian, estimated 120 acres.

20          PARCEL # 3        Legal Owners -   Harold G. Brown and Lola I. Brown

21  The Southerly 87 acres of the Northwest quarter of Section 16,
    Township 7 South, Range 3 East, San Bernardino Base and Meridian.
22

23          PARCEL # 4        Legal Owners -   Oliver B. Campbell and Etta B.
                                               Campbell

24  The West 1/2 of NE 1/4, Except West 30 feet for County Road in
    Section 10, Township 7 South, Range 3 East, S.B.B.M. in
25  Riverside County, California, being 80 acres.

26
            PARCEL #5         Legal Owners -   Coy R. Carlton and Ruby Lou Carlton
27                                             as Joint Tenants

28                                             Grover E. Davis and Kathleen J. Davis
                                               as Joint Tenants
29
                                               Morgan M. Davis and Maddalena G.
30                                             Davis as Joint Tenants

31  The Northwest 1/4 of the Southeast 1/4 of the Northeast 1/4 of the
    Southwest 1/4 of Section 15, Township 7 South, Range 3 East, San
32

-3-

EMMETT E. DOHERTY
LOS ANGELES

14800

Bernardino Base and Meridian, together with easement for ingress and egress to above described land as follows: Beginning at the Southeast corner of the Southeast 1/4 of the Northeast 1/4 thence West along the South line of said South 1/2 of the Northeast 1/4, 82 rods; thence North 30 feet; thence East 82 rods to the East line of said Section 15; thence South 30 feet to beginning.

PARCEL # 6          Legal Owner - David F. Cantarano

That portion of Section 16, Township 7 South, Range 3 East, S. B. B. M. described as follows:  Beginning at a point on the South line of said Section 16, 230 feet West of the South East Corner at the West line of Southwest quarter of the South- west quarter of said Section 16, thence continuing West along the South line of Section 16, 200 feet; thence North parallel with the West line of Section 16, 435 feet; thence East parallel with the South line of Section 16, 200 feet; thence South parallel with the West line of Section 16, 435 feet to the point of beginning, excepting therefrom the Southerly rectangular 30 feet thereof for road purposes, as conveyed to County of Riverside by Deed recorded November 20, 1928, in Book 789, Page 327 of Deeds records of Riverside County, California; also excepting therefrom an easement for public highway and public utility purposes over the Northerly rectangular 10 feet of Southerly rectangular 40 feet thereof, as conveyed to County of Riverside by Deed recorded May 12, 1936, in Book 280, page 319 of Official Records of said Riverside County; also excepting therefrom an easement in favor of the public over any portion thereof included in public roads.

PARCEL # 7          Legal Owner - David F. Cantarano

The Southwest quarter of the Northwest quarter of Fractional Section 9, Township 7 South, Range 3 East, San Bernardino Base and Meridian, as shown by United States Government survey.  Exception therefrom an easement in favor of the public over any portion thereof included in public roads; re- serving to the owner or owners of record of the Northwest quarter of Section 9, Township 7 South, Range 3 East, S. B. B. and M., a right of egress and ingress in a North and South direction for road purposes only over the herein described property.

PARCEL # 8          Legal Owners - Jacques E. Cartier and Beulah Cartier

The Southwest 1/4 of the Northeast 1/4 and the North 1/2 Section 4 (120 acres). North 1/2 of Southeast 1/4 of Section 4 (20 acres) all in Township 7 South, Range 3 East, S. B. B. and M. Riverside County, California.

PARCEL # 9          Legal Owners - Elmer E. Everett and Olga C. Everett, Joint Tenants

The Northwest quarter, Northwest quarter of the Southwest quarter, North half of the Northeast quarter of the Southwest quarter, Northwest quarter of the Southwest quarter, South half of the Northeast quarter, and the North half of the South half of the Southeast quarter of Section 13, in Township 7 South, Range 3 East, San Bernardino Base and Meridian, as shown by United States Government survey; excepting therefrom an easement in favor of the public, over any portion thereof included in public roads.

EMMETT E. DOHERTY
LOS ANGELES

12481.0

PARCEL # 10     Legal Owners - Elmer E. Everett and Olga C.
Everett, as Joint Tenants.

The East half of Section 14, Township 7 South, Range 3 East, San
Bernardino Base and Meridian, as shown by United States Govern-
ment survey; excepting therefrom that portion thereof particular-
ly described as follows: Beginning at the Southwest corner of the
East half of the East half of said Section 14; thence West, along
the South line of said Section, 132 feet; thence North, 495 feet;
thence East 792 feet; thence South 495 feet; thence West to the
point of beginning: excepting also from the West half of said pro-
perty, the South 30 feet thereof; also excepting therefrom an
easement in favor of the public over any portion thereof included
in public roads.

PARCEL # 11     Legal Owners - Elmer E. Everett and Olga C.
Everett, as Joint Tenants

The East Half of the Northeast quarter; the North half of the
Southeast quarter, and all of that portion of the West half of the
Northeast quarter of Section 22, Township 7 South, Range 3 East,
San Bernardino Base and Meridian, as shown by United States
Government Survey, particularly described as follows: Beginning
at the Southeast corner of the West half of the Northeast quarter
of said Section; Thence Northerly, along the Easterly line of the
West half of the Northeast quarter of said Section, 792 feet; thence
Westerly, and parallel with the South line of said Section, 660 feet;
thence Southerly, and parallel with the East line of the Northeast
quarter of said Section, 792 feet, to the South line thereof; thence
Easterly, along the South line of said West half of the Northeast
quarter of said Section, 660 feet, to the point of beginning; except-
ing from said East half of the Northeast quarter of said Section,
the Northerly rectangular 30 feet thereof, as conveyed to the
County of Riverside, by Deed recorded September 6, 1928, in
Book 780, page 88 of Deeds, records of Riverside County,
California; also excepting therefrom an easement in favor of the
public over any portion thereof included in public roads.

PARCEL # 12     Legal Owners - Elmer E. Everett and Olga C.
Everett, as Joint Tenants

The Northeast quarter; North half of the Northeast quarter;
Southeast quarter of the Northeast quarter, and Northeast quarter
of the Southeast quarter of Section 28, in Township 7 South,
Range 3 East, San Bernardino Base and Meridian, as shown by
United States Government Survey; excepting therefrom an ease-
ment in favor of the public over any portion thereof included in
public roads.

PARCEL # 13     Legal Owners - Elmer E. Everett and Olga C.
Everett, as Joint Tenants.

The Northwest quarter; Northwest quarter of the Northeast
quarter; the South half of the Northeast quarter, and the South-
east quarter of Section 24, Township 7 South, Range 3 East, San
Bernardino Base and Meridian, as shown by United States Govern-
ment Survey; excepting therefrom an easement in favor of the
public, over any portion thereof included in public roads.

PARCEL # 14     Legal Owner - Florence DeLoughery

The West half of the West half of the Southwest quarter of the

EMMETT E. DOHERTY
LOS ANGELES

4811

Southeast quarter of Section 23, Township 7 South, Range 3 East, S.B.B. and M. in the County of Riverside, State of California, 10 acres more or less.

PARCEL # 15        Legal Owner - Florence DeLoughery

West 5 acres of the West 25 acres of the East 70 acres of the South 1/2 of the South East 1/4 of Section 23, Township 7 South, Range 3 East, S.B.B. and M. in the County of Riverside, State of California, excepting South 60 feet to County Road.

PARCEL # 16        Legal Owners - Lincoln J. Hamilton and Louise
                                  Phebe Hamilton

South West 1/4, 160 acres, Section 21, Township 7 South, Range 3 East.

PARCEL # 17        Legal Owners - Lincoln J. Hamilton and Louise
                                  Phebe Hamilton

East 1/2 of North West 1/4, excepting North 40 feet and West 1/2 of North East 1/4, excepting North 40 feet, and excepting beginning South East corner SD West 1/2 of North East 1/4, North 792 feet x West 660 feet, 144.94 acres, Section 22, Township 7 South, Range 3 East.

PARCEL # 18        Legal Owners - Edwin E. Heacock and Ruth B. Heacock

South West 1/4, Section 17, Township 7 South, Range 3 East, S.B.B. and M., containing 160 acres more or less of which 50 acres is cultivated.

PARCEL # 19        Legal Owners - Edmund G. Herring and Lauro M.
                                  Herring

The Southeast quarter of the Northeast quarter of Section 4, Township 7 South, Range 3 East, San Bernardino Base and Meridian (40 acres) and Township 7 South, Range 3 East, Section 4; Lot 3, San Bernardino Meridian, California (45.41 acres) total 85.41 acres.

PARCEL # 20        Legal Owner - Gladys Hubbell

The West 40 acres of Government Lot 10 and the West 40 acres of Government Lot 11 in Section 8, Township 7 South, Range 3, East, San Bernardino Base and Meridian.

PARCEL # 21        Legal Owner - Walter A. Leichtfuss and Helene
                                  Leichtfuss

That portion of Government Lot 4 in the Southeast 1/4 of Section 10, Township 7 South, Range 3 East, S.B.B. and M. Riverside County described as follows: Commencing at the Southeast corner of said Lot 4; thence Northerly on the Easterly line of said Lot, to the Northeast corner thereof; thence Westerly on the Northerly line of said Lot 640.2 feet to the true point of beginning; thence Southerly parallel with the Easterly line of said Lot, 1362.98 feet to the Southerly line of said Lot 4; thence Westerly on the Southern line of said Lot 486.03 to a point located 208.7 feet easterly from the Southwest corner of said Lot; thence at right angles Northerly 1364.2 feet to the North line of said Lot 4; thence Easterly on the North line of said Lot, 489.8 feet to the true point of beginning.

EMMETT E. DOHERTY
LOS ANGELES

14812

PARCEL # 22      Legal Owner - H. R. Lichtwald

Southeast 1/4 Section 16, Township 7 South, Range 3 East, S. B. B. and M., except South 40 feet to County; and except beginning 40 feet North and 30 feet East from Southwest corner, thence North 242 feet x East 180 feet, and except beginning 40 feet North and 760 feet East of Southwest corner, thence North 242 feet x East 180 feet. (158 acres)

PARCEL # 23      Legal Owner - H. R. Lichtwald

Northwest 1/4 of Northwest 1/4, Section 22, Township 7 South, Range 3 East, S. B. B. and M. except beginning 329.83 feet West of Northeast corner, thence West 300 feet x South 185 feet, except North 40 feet to County Road. (37.80 acres)

PARCEL # 24      Legal Owner - H. R. Lichtwald

Northwest 1/4 of Northeast 1/4, and South 1/2 of Northeast 1/4 Section 16, Township 7 South, Range 3 East. (120 acres)

PARCEL # 25      Legal Owner - James Minor

West one-half of Southeast quarter of Section 21, Township 7 South, Range 3 East. (80 acres)

PARCEL # 26      Legal Owner - Howard Moore

That portion of Section 16, Township 7 South, Range 3 East, S. B. B. and M. beginning at a point on the South line of the Southwest 1/4 of said Section 180 feet West of Southeast corner of the West 1/2 of the Southeast 1/4; thence continuing West on South line of said 1/4 Section 100 feet; thence North parallel with East line of West 1/2 of Southeast 1/4 of said Section 16, 475 feet; thence East parallel with South line of said Section 100 feet; thence parallel with East line of West 1/2 of Southeast 1/4, 475 feet to the point of beginning; excepting therefrom the Souther-ly rectangular 30 feet for road purposes as conveyed to the County of Riverside by Deed recorded November 20, 1928, Book 789, Page 327 of Riverside County Records.

PARCEL # 27      Legal Owner - Anthony Lappos (Palm Ranch Co.)

Beginning at the Southwest corner of East 45 acres of South 1/2 of the Southeast 1/4 of the East 165 feet x North 528 feet except 60 feet to County Road, (1.85 acres) In Section 23, Township 7, Range 3 East, S. B. B. and M. Riverside County, California.

PARCEL # 28      Legal Owner - Anthony Lappos (Palm Ranch Co.)

West 20 acres of East 65 acres of South 1/2 of Southeast 1/4, except 50 feet to County Road. (19.11 acres more or less). In Section 23, Township 7 South, Range 3 East, S. B. B. and M. Riverside County, California.

PARCEL # 29      Legal Owner - Anthony Lappos (Palm Ranch Co.)

The Southwest 1/4, except South 30 feet and except County Road and except beginning at intersection of East line of Southwest 1/4 and Northwest line of County Road, North 410 feet, West 210 feet, South to County Road, Northeast to beginning, Section 14, Town-ship 7 South, Range 3 East, in Riverside County, California. (151.55 acres)

-7-

14813

PARCEL # 30      Legal Owner - Anthony Lappos (Palm Ranch Co. )

Southwest 1/4 of Northwest 1/4 of Section 14, Township 7 South,
Range 3 East, S. B. B. and M., Riverside, California. (40 acres)

PARCEL # 31      Legal Owners - Harry A. Pursche and Helen B. Pursche

The Southeast quarter, the Southeast quarter of the Northwest quarter,
the Southwest quarter of the Northeast quarter, and the East half of
the Southwest quarter of Section 20, Township 7 South, Range 3 East,
San Bernardino Base and Meridian, as shown by United States Govern-
ment Survey.

PARCEL # 32      Legal Owners - Harry A. Pursche and Helen B. Pursche

That portion of the East half of the Northeast quarter of Section 20,
Township 7 South, Range 3 East, San Bernardino Base and Meridian,
described as follows: Beginning at a point on the East line of said
Section 20, from which point the Northeast corner of said Section
bears North $00^{\circ} 16'$ East, 1083. 37 feet; thence North $59^{\circ} 44'$ West,
350 feet; thence South $00^{\circ} 16'$ West, 230 feet; thence South $65^{\circ} 11'$
East, 385 feet to a point on the Easterly line of said Section 20;
thence North $00^{\circ} 16'$ East, along said Section line to the point of
beginning.

PARCEL # 33      Legal Owner - Luther Van Winkle

Lot 3, Section 9, Township 7 South, Range 3 East (41.77 acres)
Recorded Book 23, Map 44, Page 01, Line 49, Code Area 70-01

PARCEL # 34      Legal Owners - Ignacio M. Venegas and Carmelita
                                 Venegas

The West one-half of the Northwest quarter of the Northwest quarter
of Section 15, Township 7 South, Range 3 East, San Bernardino Base
and Meridian.

PARCEL # 35      Legal Owners - Ignacio M. Venegas and Carmelita
                                 Venegas

North 1/2 of West 1/2 of Northwest 1/4 of Northwest 1/4, except
North 30 feet, Lot or Section 15, Anza, California (9.55 acres)

PARCEL # 36      Legal Owners - Hugo G. Westphalen and Vera B.
                                 Westphalen

The North one-half (N1/2) of the Northeast one-quarter (NE 1/4),
Section Twenty-one (21), Tosnwhip 7 South, Range 3 East, S. B. B.
and M., as shown by United States Government Survey.

PARCEL # 37      Legal Owners - Hugo G. Westphalen and Vera B.
                                 Westphalen

The Southwest quarter (SW 1/4) of the Northeast quarter (NE 1/4)
of Section Twenty-one (21), Township 7 South, Range 3 East,
S. B. B. and M.

III

Answering paragraph II, the defendants, and each of them, have no

knowledge of the facts set forth therein and for that reason deny each and every

-8-

EMMETT E. DOHERTY
LOS ANGELES

12481

1   all and singular, the material allegations alleged in that paragraph.

2                                    IV

3        Answering paragraph III, the allegations set forth therein are admitted.

4                                    V

5        Answering paragraph IV, the defendants deny that the source of water

6   supply for Camp Joseph H. Pendleton, the Naval Ammunition Depot and the

7   United States Naval Hospital, is the Santa Margerita River. In this connection

8   the defendants allege that the Colorado River Water from Metropolitan Water

9   District is available for the use of government installations referred to in

10  paragraph IV of the Complaint. Such water is legally available to the United

11  States at reasonable cost by reason of the sovereignty of the United States and

12  the right to acquire such water can be exercised by the United States in lieu

13  and instead of the attempt being made by the United States to acquire vested

14  water rights of the defendants appearing in this Answer. Defendants further

15  allege that the economic value of their lands and the economic existence of each

16  and every defendant appearing in this Answer depends wholly upon the unimpaired

17  preservation and future existence of their established water rights.

18       The defendants deny all the material allegations in paragraph IV.

19                                   VI

20       Answering paragraph VI, the defendants and each of them have no

21  knowledge of the facts set forth therein and for that reason deny each and every,

22  all and singular, the material allegations in that paragraph.

23                                   VII

24       Answering paragraph VI, the defendants and each of them have no

25  knowledge of the facts therein set forth and for that reason deny each and every,

26  all and singular, the material allegations in that paragraph.

27                                   VIII

28       Answering paragraph VII, the defendants deny that the United States

29  Marine Corps is engaged in warfare in the Far East.

30                                   IX

31       Answering paragraph VIII, the defendants deny that the United States

32  has a paramount right to any subsurface water underlying the lands owned by the

EMMETT E. DOHERTY
LOS ANGELES

14815

**X**

Answering paragraph IX, the defendants deny that they diverted any water from the Santa Margarita River upstream from Camp Pendleton. In this respect the defendants deny that the United States has any right whatsoever to subsurface water underlying the lands owned by the defendants.

**XI**

Answering Supplement to Complaint, Count No. I, Count No. II, Count No. III, Count No. IV, Count No. V, Count No. VI and Count No. VII, the defendants allege that they have no interest whatsoever in the dispute between Fallbrook Public Utility District and the United States.

**XII**

Answering Supplement to Complaint, Count No. VIII, Count No. IX and Count No. X, the defendants allege that they have no information regarding the allegations therein set forth and for that reason the said defendants deny all material allegations recited in said Counts.

**XIII**

Answering paragraph XI, the defendants and each of them have no knowledge of the facts therein set forth and for that reason deny each and every, all and singular, the material allegations in that paragraph.

**XIV**

Answering Count No. XII, commencing on page 20, the defendants allege that they are not parties to the issues recited therein.

**XV**

Answering Count No. XIII, page 23, the defendants allege that the matters recited therein are immaterial to the judicial determination of their water rights as against the claims of the United States.

**XVI**

Answering Count No. XIV, page 24, the allegations recited therein are admitted.

**XVII**

Answering Count No. XV, the defendants and each of them have no knowledge of the facts therein set forth and for that reason deny each and every,

EMMETT E. DOHERTY
LOS ANGELES

14816

1    all and singular, the material allegations in that paragraph.

2                                    XVIII

3          Answering Count No. XVI, the defendants and each of them have no

4    knowledge of the facts therein set forth, and for that reason deny each and

5    every, all and singular, the material allegations in that paragraph.

6                                     XIX

7          Answering Count No. XVII, the defendants and each of them have no

8    knowledge of the facts therein set forth, and for that reason deny each and

9    every, all and singular, the material allegations in that paragraph.

10                                    XX

11         Answering Count No. XVIII, the defendants and each of them have no

12   knowledge of the facts therein set forth, and for that reason deny each and

13   every, all and singular, the material allegations in that paragraph.

14                                   XXI

15         Answering Count No. XIX, the defendants and each of them have no

16   knowledge of the facts therein set forth, and for that reason deny each and

17   every, all and singular, the material allegations in that paragraph.

18                                   XXII

19         Answering Count No. XX, the defendants and each of them have no

20   knowledge of the facts therein set forth, and for that reason deny each and

21   every, all and singular, the material allegations in that paragraph.

22                                  XXIII

23         Answering Count No. XXI, the defendants and each of them have no

24   knowledge of the facts therein set forth, and for that reason deny each and

25   every, all and singular, the material allegations in that paragraph.

26                                   XXIV

27         Answering Count No. XXII, the defendants and each of them have no

28   knowledge of the facts therein set forth, and for that reason deny each and

29   every, all and singular, the material allegations in that paragraph.

30                                   XXV

31         Answering Count No. XXIII, the defendants and each of them have no

32   knowledge of the facts therein set forth, and for that reason deny each and

EMMETT E. DOHERTY
LOS ANGELES

14817

1   every, all and singular, the material allegations in that paragraph.

2   XXVI

3   Answering Count No. XXIV, the defendants and each of them have no

4   knowledge of the facts therein set forth and for that reason deny each and every,

5   all and singular, the material allegations in that paragraph.

6   XXVII

7   Answering Count No. XXV, the defendants and each of them have no

8   knowledge of the facts therein set forth and for that reason deny each and every,

9   all and singular, the material allegations therein set forth.

11   NEW, SEPARATE AND AFFIRMATIVE DEFENSE #I

12   I

13   The lands described in Parcels #1 to #37 inclusive are situated in Anza

14   Valley where the post office of Anza, California is established.   Anza Valley is

15   70 miles upstream from Camp Pendleton in the Santa Margarita watershed at the

16   extreme headwaters of the Santa Margarita River.

17   II

18   Anza Valley is a comparatively tiny area divided into small ranches

19   occupied by owners who farm their lands or graze livestock thereon.   Water is

20   the life blood of the economic existence of the landowners.

21   III

22   Flood waters flow across Anza Valley into Santa Margarita watershed.

23   IV

24   Subsurface water underlying lands described in Parcels #1 to #37

25   inclusive of this Answer flow into Terwilliger Valley which is not correlative to

26   Santa Margarita watershed.   Such subsurface water flows into the Palm Springs

27   watershed.

28   NEW, SEPARATE AND AFFIRMATIVE DEFENSE # II

29   Camp Pendleton has no need for Santa Margarita watershed water for

30   the reason that a permanent, abundant supply of Metropolitan Water District Water

31   is available for all purposes at Camp Pendleton, for the reasonable cost of such

32   water as is paid by all other Metropolitan Water District users.

-12-

EMMETT E. DOHERTY
LOS ANGELES

14818

WHEREFORE, the defendants appearing in this Answer pray for a judgment in this action.

Emmett E. Doherty
Attorney for Answering Defendants

-13-

14919