HARRY E. TEASDALL
Attorney at Law
114 North Main Street
Fallbrook, California
Phone: RAndolph 8-2331

**FILED**

AUG 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,

        Defendants.

No. 1247-SD-C

ANSWER OF DEFENDANT
FALLBROOK WOMAN'S CLUB

    Defendant, FALLBROOK WOMAN'S CLUB, a corporation, answering plaintiff's Complaint and Supplement to Complaint for itself alone and not for any other defendant, admits, denies and alleges as follows:

### FIRST DEFENSE

#### I

    Defendant has no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore denies all of said allegations for want of information or belief.

#### II

    Answering paragraph V of plaintiff's Original Complaint herein, defendant admits the litigation referred to and admits that a stipulated judgment was entered into therein, a copy of

-1-

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

INDEXED

14803

which is attached to plaintiff's Complaint marked Exhibit A. Defendant denies that it is a party to said litigation or in any way bound thereby; and denies that said stipulated judgment determines the rights of plaintiff against defendant.

III

Denies the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendant has no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore denies all of said allegations for want of information or belief.

V

Denies the allegations of Counts XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT ALLEGES:

I

Defendant is the owner of real property situated in the County of San Diego, State of California, described as Lots 1 and 2, except the easterly 55.98 feet; the westerly 20 feet of Lot 3 and all of Lots 8, 9 and 10; all in Block 9 of the West Fallbrook Sub-Division, per map No. 567 filed in the Office of the Recorder of said County, October 9, 1888, Improved.

II

Defendant claims water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendant herein described are not riparian to the Santa Margarita River or to any of its tributaries. All of said lands are arable and irrigable and overlie percolating ground water which is not a part of any stream. Defendant claims full

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

-2-

14804

correlative rights to the use of said percolating ground waters in an amount not to exceed 4.2 acre feet per acre per annum.

WHEREFORE, defendant prays judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendant is the owner of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendant in and to its rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

*Harry E. Teasdall*
Attorney for defendant

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-2331

-3-

14805

```
HARRY E. TEASDALL
114 North Main Street
Fallbrook, California
Tele:  RAndolph 8-2331

Attorney for Defendant
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       PLAINTIFF,<br><br>  VS.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>       DEFENDANT. | No. 1247-SD-C<br><br>CERTIFICATE OF SERVICE<br>BY MAIL |

Harry E. Teasdall certifies that he is and was, at all times mentioned, an active member of the State Bar of California and not a party to the within action or proceeding; that his business address is 114 North Main Street, Fallbrook, California; that on August 28, 1958, he served the within Answer and Request for Admissions Under Rule 36 on the plaintiff in said action or proceeding by depositing a true copy thereof, inclosed in a sealed envelope with postage thereon fully prepaid in a mail-box regularly maintained by the Government of the United States at Main St. and Alvarado St., Fallbrook, California, addressed to the attorney of record of said plaintiff at the office address of said attorney, as follows: "J. Lee Rankin, Solicitor General, Room 332, 325 West "F" Street, San Diego, California."

                                                    /s/ Harry E. Teasdall

Dated August 28, 1958

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

14806