SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8 1154

F I L E D

SEP 2 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
              Plaintiff, )
    vs.                    )
FALLBROOK PUBLIC UTILITY DISTRICT,)
a public service corporation of   )
the State of California, et al.,  )
             Defendants.  )

No. 1247 SD C

MEMORANDUM CONCERNING

FINDINGS OF FACT

FELIX R. GARNSEY

Defendants FELIX R. GARNSEY and THEODORA L. GARNSEY respectfully submit that the evidence adduced at the hearings before the Special Master establishes the following facts:

1. Defendants are the owners of the lands described in their Answer herein.

2. The lands of defendants located in Section 19, and in the north half of Section 30, Township 8 South, Range 4 West, San Bernardino Meridian, are all riparian to Cottonwood Creek, which flows through said lands in a generally north-westerly to southeasterly direction.

3. The lands of defendants located in the northwest quarter of Section 29, Township 8 South, Range 4 West, San Bernadino Meridian, are riparian to Cottonwood Creek, which flows through said lands in a generally westerly to easterly direction. The said lands are also riparian to De Luz Creek

- 1 -

4538

1. (West Fork of De Luz Creek), which flows through said lands in a generally northerly to southerly direction. The confluence of the two streams mentioned is located near the southeast corner of the Southwest Quarter (SW¼) of the Northwest Quarter (NW¼) of Section 29, Township 8 South, Range 4 West, San Bernardino Meridian, and the waters of the two streams merge upon and beneath the lands of defendants.

4. The lands of defendants located in the north half of the Southeast Quarter (SE¼) of Section 30, and the Northwest Quarter (NW¼) of the Southwest Quarter (SW¼) of Section 29, Township 8 South, Range 4 West, San Bernardino Meridian, are riparian to an un-named intermittent stream which flows through said lands in a generally westerly to easterly direction to a confluence with De Luz Creek immediately east of the easterly boundary of defendants' lands. The said stream flows only during and immediately after periods of heavy precipitation and run-off.

5. Large areas of the lands of defendants overlie alluvial ground water basins, which basins form a part of the streams above mentioned. Neither the area, the boundaries nor the depth of these ground water basins has been determined.

6. Said defendants are the owners of Permit number 5505, dated 8 March 1940, issued by the State of California, Department of Public Works, State Engineer, having a priority date of December 6, 1939, which Permit authorizes the diversion from Cottonwood Creek of one (1) cubic foot per second of water for irrigation purposes upon the lands of defendants, during the period March 1 to December 15 annually, the total amount of said diversions not to exceed 200 acre feet per annum.

7. Defendants are the owners of Permit number 8166, dated 31 October 1950, issued by the State of California, Department of Public Works, State Engineer, having a priority date of December 12, 1949, which Permit authorizes:

a. Diversion without storage from Cottonwood Creek of 3/4 cubic foot per second of water for irrigation purposes upon the lands of defendants during the period January 1 to December 31 annually, the total amount of said diversions not to exceed 158 acre feet per annum.

b. Diversion for storage to be later applied to beneficial use upon the lands of defendants of 42 acre feet per year, to be impounded from about November 1 of each year through about April 30 of each succeeding year.

8. The Permits described in 6 and 7 above are both subject to all vested rights in the waters of Cotton wood Creek.

9. The lands of defendants include 171 acres of irrigable and arable land.

10. Portions of the lands of defendants located in the North Half (N ½) of Section 30, the Southeast Quarter (SE¼) of the Southeast Quarter (SE¼) of Section 30 and the Southwest Quarter (SW¼) of the Southwest Quarter (SW¼) of Section 29, Township 8 South, Range 4 West, San Bernardino Meridian, overlie vagrant, local percolating ground waters not a part of any stream.

SWING, SCHANIKOW and STANIFORTH
SACHSE and PRICE

by /s/ Franz R. Sachse
Franz R. Sachse
Attorneys for Defendants

DATED: AUGUST 29, 1958

- 3 -

4540

```
                IN THE UNITED STATES DISTRICT COURT

                  SOUTHERN DISTRICT OF CALIFORNIA

                         SOUTHERN DIVISION
```

UNITED STATES OF AMERICA,    )
                             )
                  Plaintiff, )    No. 1247-SD-C
                             )
     v.                      )    AFFIDAVIT OF SERVICE BY MAIL
                             )
FALLBROOK PUBLIC UTILITY DISTRICT, )
et al.,                      )
                             )
                  Defendants.)

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF SAN DIEGO   )

       DONALD W. REDD, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

       That, in the above entitled action, on August 29, 1958, he deposited in the United States mail at Oceanside, California, in envelopes bearing the requisite postage, at which places there is a delivery service by United States mails from said post offices, a copy of

REPLY TO REQUEST FOR ADMISSIONS OF DEFENDANTS: LOUIS D. GAGNON and KATHERINE I. GAGNON; O. LESTER RIGGLE and MAUDE A. RIGGLE and GEORGE ELMORE SHOUDY and DOROTHY L. SHOUDY; CLARENCE O. WOODS, also known as Clarence Woods, also known as Clarence I. Woods; ROBERT R. GAGNON and ELAINE GAGNON; and J. D. ROBINSON and LAURA A. ROBINSON;

addressed to:  Sachse & Price, 1092 South Main Street, Fallbrook, California.

                                                            *Donald W. Redd*

Subscribed and sworn to before me this 29th day of August, 1958

*Margaret B. Looker*
Notary Public in and for said
     County and State
(SEAL)

My Commission Expires  June 3, 1960

FILED
SEP 2 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By *William Murray*
       Deputy Clerk

4541