J. LEE RANKIN
Solicitor General
Department of Justice
Washington, D. C.

Attorney for United States
  of America

**FILED**

SEP 2 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By William ...

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1247-SD-C |
| Plaintiff, ) | REPLY TO REQUEST FOR ADMISSIONS |
| v. ) | OF |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) et al., ) | J. D. and LAURA A. ROBINSON |
| Defendants. ) | |

     J. D. ROBINSON and LAURA A. ROBINSON, defendants in the above entitled action, have filed an Answer, dated June 13, 1958, to the Complaint and Supplementary and Amendatory Complaint. In the Answer no claim to the right to the use of water of the Santa Margarita River and its tributaries is made. Under the circumstances the defendants, in fact, are disclaiming any right, title and interest to the water of the Santa Margarita River and its tributaries. It is understood, however, from the directions of the Court that it is desirable to have entered in the decree by the Court, certain data in regard to lands of this defendant.

     The defendants request by a Request for Admissions, dated June 13, 1958, that the plaintiff admit that the following statements are true: (1) Defendants are the owners of the lands described in their answer herein; (2) the lands described in the answer of defendants include 2.10 acres of irrigable land; (3) a reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year; (4) the lands of defendants are not riparian

-1-

4554

1  to the Santa Margarita River or any of its tributaries; and (5) the waters
2  underlying the lands of defendants are percolating ground waters, not a
3  part of any stream.

4  The plaintiff admits that insofar as is known at the present time
5  the defendants are the owners of the land described in the answer.  On
6  August 21, 1958, the defendant J. D. Robinson indicated to representatives
7  of the United States the boundary limits of the property described in the
8  aforesaid answer and a reconnaissance survey was made of the property.  Based
9  upon this survey the United States of America admits that all of the land
10 described in the answer, approximately 2.10 acres, is irrigable and that in
11 the event the irrigable lands are devoted to the raising of permanent pasture,
12 a project duty of 4.2 acre feet per year would be required.  However, a smaller
13 quantity of water per acre per year would be adequate with the adoption of a
14 more practical and profitable agricultural development.  Project duty is the
15 water which must be applied to the crop plus the sum of those losses which
16 occur between the point of supply and the point of use.

17 The reconnaissance survey further showed that the lands described
18 in the answer do not abut on the Santa Margarita River or its tributaries;
19 moreover, that the lands probably overlie percolating ground waters.  In
20 using the term "overlie" it is not to be ascribed the legal significance
21 given the term in Pasadena v. Alhambra, 33 Calif (2d) 908, 207 Pac (2d) 17
22 (1949).  These ground waters are not a part of any surface or subsurface
23 stream or subsurface basin of the Santa Margarita River or its tributaries.

Dated:  29, 1958

*Donald W Redd*
DONALD W. REDD
Attorney for Plaintiff

```
 1   STATE OF CALIFORNIA    )
                            ) ss.
 2   COUNTY OF SAN DIEGO    )
             DONALD W. REDD,
 3           ~~DAVID R. MILLER~~, Attorney for the Plaintiff, being duly sworn,

 4   upon oath deposes and says:  That he signed on behalf of the United

 5   States of America, the foregoing answer to Request For Admissions of

 6
        J. D. ROBINSON and LAURA A. ROBINSON;
 7

 8   that he has read the foregoing answers; that he is authorized to sign

 9   it on behalf of the United States of America; and that the statements

10   contained in those answers are true except insofar as the statements

11   are based upon information and belief and those statements he believes

12   to be true.
                                          Donald W Redd
13                                       _____

14
     Subscribed and sworn to before me
15   this  29th  day of  August , 1958.

16            Margaret B. Tooker
     _____
17   Notary Public in and for said
            County and State
18
     (SEAL)
19
     My Commission Expires June 3, 1962.
20
```

-3-

4556