1  J. LEE RANKIN
   Solicitor General
2  Department of Justice
   Washington, D. C.
3
   Attorney for United States
4     of America



SEP 2 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ......................................

7           IN THE UNITED STATES DISTRICT COURT

8             SOUTHERN DISTRICT OF CALIFORNIA

9                   SOUTHERN DIVISION

11  UNITED STATES OF AMERICA,        )
                                     )        No. 1247-SD-C
12                    Plaintiff,     )
                                     )   REPLY TO REQUEST FOR ADMISSIONS
13         v.                        )
                                     )                OF
14  FALLBROOK PUBLIC UTILITY DISTRICT, )
    et al.,                          )
15                                   )     ROBERT R. and ELAINE GAGNON
                      Defendants.    )
16

17          ROBERT R. GAGNON and ELAINE GAGNON, defendants in the above entitled

18  action, have filed an Answer, dated June 16, 1958, to the Complaint and Supple-

19  mentary and Amendatory Complaint.  In the Answer no claim to the right to the

20  use of water of the Santa Margarita River and its tributaries is made.  Under

21  the circumstances the defendants, in fact, are disclaiming any right, title

22  and interest to the water of the Santa Margarita River and its tributaries.

23  It is understood, however, from the directions of the Court that it is de-

24  sirable to have entered in the decree by the Court, certain data in regard to

25  lands of these defendants.

26          The defendants request by a Request for Admissions, dated June 16,

27  1958, that the plaintiff admit that the following statements are true:  (1)

28  Defendants are the owners of the lands described in their answer herein; (2)

29  the lands described in the answer of defendants include one (1) acre of ir-

30  rigable land; (3)  a reasonable water duty for the irrigable lands of defendants

31  is 4.2 acre feet per acre per year; (4) the lands of defendants do not abut

32

                            -1-

                                              4548

1  upon and are not riparian to any stream; and (5) the lands of defendants

2  overlie percolating ground waters not a part of any stream.

3      The plaintiff admits that insofar as is known at the present time

4  the defendants are the owners of the land described in the answer.  On

5  August 18, 1958, the defendant Elaine Gagnon indicated to representatives of

6  the United States the boundary limits of the property described in the afore-

7  said answer and a reconnaissance survey was made of the property.  Based upon

8  this survey the United States of America admits that all of the land described

9  in the answer, approximately one (1) acre, is irrigable and that in the event

10  the irrigable lands are devoted to the raising of permanent pasture, a project

11  duty of 4.2 acre feet per year would be required.  However, a smaller quantity

12  of water per acre per year would be adequate with the adoption of a more

13  practical and profitable agricultural development.  Project duty is the water

14  which must be applied to the crop plus the sum of those losses which occur

15  between the point of supply and the point of use.

16      The reconnaissance survey further showed that the lands described

17  in the answer do not abut on the Santa Margarita River or its tributaries;

18  moreover, that the lands probably overlie percolating ground waters.  In

19  using the term "overlie" it is not to be ascribed the legal significance

20  given the term in Pasadena v. Alhambra, 33 Calif (2d) 908, 207 Pac (2d) 17

21  (1949).  These ground waters are not a part of any surface or subsurface

22  stream or subsurface basin of the Santa Margarita River or its tributaries.

23

24

25  Dated:  August 29, 1958

DONALD W. REDD
Attorney for Plaintiff

26

27

28

29

30

31

32

-2-

4549

1  STATE OF CALIFORNIA      )
                            )  ss.
2  COUNTY OF SAN DIEGO      )

3          DONALD W. REDD,
        ~~ATTORNEY FOR PLAINTIFF~~ Attorney for the Plaintiff, being duly sworn,

4  upon oath deposes and says:  That he signed on behalf of the United

5  States of America, the foregoing answer to Request For Admissions of

6      ROBERT R. GAGNON and ELAINE GAGNON;

7

8  that he has read the foregoing answers; that he is authorized to sign

9  it on behalf of the United States of America; and that the statements

10 contained in those answers are true except insofar as the statements

11 are based upon information and belief and those statements he believes

12 to be true.

13                      *Donald W Redd*

14

15 Subscribed and sworn to before me
   this 26th day of August , 1958.

16

17 *Margaret B. looker*
   Notary Public in and for said
18      County and State

19 (SEAL)

20 My Commission Expires June 3, 1962.

21

22

23

24

25

26

27

28

29

30

31

32

4550