J. LEE RANKIN
Solicitor General
Department of Justice
Washington, D. C.

Attorney for United States
of America

FILED

SEP 2 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
      Plaintiff,
  v.
FALLBROOK PUBLIC UTILITY DISTRICT,
et al.,
      Defendants.

No. 1247-SD-C

REPLY TO REQUEST FOR ADMISSIONS

OF

O. LESTER RIGGLE and MAUDE A. RIGGLE
and
GEORGE ELMORE SHOUDY and DOROTHY L. SHOUDY

    O. LESTER RIGGLE and MAUDE A. RIGGLE, and GEORGE ELMORE SHOUDY and DOROTHY L. SHOUDY, defendants in the above entitled action, have filed an Answer to the Complaint and Supplementary and Amendatory Complaint. In the Answer no claim to the right to the use of water of the Santa Margarita River and its tributaries is made. Under the circumstances the defendants, in fact, are disclaiming any right, title and interest to the water of the Santa Margarita River and its tributaries. It is understood, however, from the directions of the Court that it is desirable to have entered in the decree by the Court, certain data in regard to lands of this defendant.

    The defendants request by a Request for Admissions that the plaintiff admit that the following statements are true: (1) The lands described in the Answer of defendants include 12 acres of irrigable land; (2) a reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year; (3) defendants are the owners of the lands described in Exhibit A

-1-

4545

1  attached to their Answer; (4) the lands of defendants are not riparian to any
2  stream; and (5) the waters underlying the lands of defendants are percolating
3  ground waters not a part of any stream.
4    The plaintiff admits that insofar as is known at the present time
5  the defendant is the owner of the land described in the answer.  On July 30,
6  1958, the defendant Dorothy L. Shoudy indicated to representatives of the
7  United States the boundary limits of the property described in the aforesaid
8  answer and a reconnaissance survey was made of the property.  Based upon this
9  survey the United States of America admits that all of the land described in
10 the Answer, approximately 12 acres, is irrigable and that in the event the
11 irrigable lands are devoted to the raising of permanent pasture, a project
12 duty of 4.2 acre feet per year would be required.  However, a smaller quantity
13 of water per acre per year would be adequate with the adoption of a more
14 practical and profitable agricultural development.  Project duty is the water
15 which must be applied to the crop plus the sum of those losses which occur
16 between the point of supply and the point of use.
17   The reconnaissance survey further showed that the lands described
18 in the Answer do not abut on the Santa Margarita River or its tributaries;
19 moreover, that the lands probably overlie percolating ground waters.  In
20 using the term "overlie" it is not to be ascribed the legal significance
21 given the term in Pasadena v. Alhambra, 33 Calif (2d) 908, 207 Pac (2d) 17
22 (1949).  These ground waters are not a part of any surface or subsurface
23 stream or subsurface basin of the Santa Margarita River or its tributaries.

Dated:  August 29, 1958

            *Donald W Redd*
            DONALD W. REDD
            Attorney for Plaintiff

4546

1   STATE OF CALIFORNIA   )
                          ) ss.
2   COUNTY OF SAN DIEGO   )
       DONALD W. REDD
3       ~~DAVID W. MILLER~~, Attorney for the Plaintiff, being duly sworn,

4   upon oath deposes and says: That he signed on behalf of the United

5   States of America, the foregoing answer to Request For Admissions of

6   O. LESTER RIGGLE and MAUDE A. RIGGLE and GEORGE ELMORE SHOUDY and

7   DOROTHY L. SHOUDY;

8   that he has read the foregoing answers; that he is authorized to sign

9   it on behalf of the United States of America; and that the statements

10  contained in those answers are true except insofar as the statements

11  are based upon information and belief and those statements he believes

12  to be true.

                                    *Donald W Redd*

14  Subscribed and sworn to before me
15  this 29th day of August, 1958.

        *Margaret B. Tooker*
17  Notary Public in and for said
        County and State

18  (SEAL)

19  My Commission Expires June 3, 1962.

4547

-3-