```
              IN THE UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF CALIFORNIA
                       SOUTHERN DIVISION
```

UNITED STATES OF AMERICA,  )
           Plaintiff,      )   No. 1247-SD-C
      v.                   )   AFFIDAVIT OF SERVICE BY MAIL
FALLBROOK PUBLIC UTILITY DISTRICT, )
et al.,                    )
           Defendants.     )

STATE OF CALIFORNIA ) ss.
COUNTY OF SAN DIEGO )

      DONALD W. REDD, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

      That, in the above entitled action, on August 29, 1958, he deposited in the United States mail at Oceanside, California, in envelopes bearing the requisite postage, at which places there is a delivery service by United States mails from said post offices, a copy of

REPLY TO REQUEST FOR ADMISSIONS OF DEFENDANTS: LOUIS D. GAGNON and KATHERINE I. GAGNON; O. LESTER RIGGLE and MAUDE A. RIGGLE and GEORGE ELMORE SHOUDY and DOROTHY L. SHOUDY; CLARENCE O. WOODS, also known as Clarence Woods, also known as Clarence I. Woods; ROBERT R. GAGNON and ELAINE GAGNON; and J. D. ROBINSON and LAURA A. ROBINSON;

addressed to: Sachse & Price, 1092 South Main Street, Fallbrook, California.

                                                  /s/ Donald W. Redd

Subscribed and sworn to before me this 29th day of August, 1958

/s/ Margaret B. Booker
Notary Public in and for said
      County and State
(SEAL)

My Commission Expires   June 3, 1960

FILED
SEP 2 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

12541