Oxnard Calif.
8-29-58

Honorable J W Carter
Judge ] United States District Court

Dear Sir

I am writing in regards to #1247-SD
Mr Louis Waite and My self are
denying any and all alligations to
all numbers.

Sincerly
Mrs Louis a Waite
Louis a Waite

# 1247-SD

**FILED**

SEP 3 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

14820

INDEXED