1  SACHSE and PRICE
   Attorneys at Law
2  1092 South Main Street
   Fallbrook, California
3  RAndolph 8-1154

**FILED**

SEP 4 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                           )
              Plaintiff,   )   No. 1247-SD-C
                           )
     vs.                   )   ANSWER OF DEFENDANTS
                           )
FALLBROOK PUBLIC UTILITY DISTRICT, )   LEONARD S. WERNICKE
a public service corporation of the)          and
State of California, et al.,       )   FLORENCE WERNICKE
                           )
              Defendants.  )

Defendants LEONARD S. WERNICKE and FLORENCE WERNICKE,

answering plaintiff's Complaint and Supplement to Complaint for

themselves alone and not for any other defendant, admit, deny

and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information

sufficient to form a belief as to the allegations contained

in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's

Original Complaint herein, and therefore deny all of said

allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original

Complaint herein, defendants admit the litigation

- 1 -

INDEXED

14821

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

14822

The lands of defendants are all arable and irrigable, but are not presently planted. They are improved with a commercial building and a well. The said lands do not abut upon and are not riparian to any stream. The waters beneath said lands are vagrant, local percolating ground waters not a part of any stream.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by/ _____
Attorneys for defendants
Leonard S. Wernicke and
Florence Wernicke.

DATED: AUGUST 29, 1958

- 3 -

14820

EXHIBIT A

PARCEL #1:

All of Lot 8 and por. of Lot 7, Abbots Addition to West Fallbrook and por. of SW¼ of SE¼ of Sec.24, 9S4W d.a.f.: Beg. at NW cor of sd SW¼ of SE¼ of Sec 24; then along N. line of sd SW¼ S89°07'45" E671.14 ft to center line of County Highway No. 1-C; then along sd center line S0°36'W408.90 ft to true p.o.b; then North 89°24'W291.70 ft to W line of sd Lot 7; then along West line of sd Lots 7 & 8 S0°32'45" W56.32 to SW cor of sd Lot 8; then along S ll of sd Abbotts Addition to West Fallbrook, N89°07'45" W180.85 ft to Ely ll of r/w of AT&SF RR; then along sd Ely ll 46.92 ft to NW cor of tract of/ld conv to WERNICKE, 1895/301 OR; th alg N ll of sd WERNICKE ld S89°24' E487.30 ft to sd center line of County Highway No.1-C; th thereon N 0°36'E100 ft to true p.o.b.

PARCEL #2.

Beg. at NW cor of SW¼ of SE¼ of Sec 24, 9S4W; th alg N ll of said SW¼ S89°07'45" E671.14 ft to center line of County Highway No.1-C; th alg sd center line S0°36'W 408.90 ft; th N89°24' W 291.70' to W ll Lot 7, Abbotts Addition to West Fallbrook; th S0°32'45" W56.32'; th alg S ll of Abbotts Addition N89°07'45" W180.85" to Ely ll of r/w of AT&SF RR; th SWly alg said Ely ll 46.92 ff to true p.o.b; th S89°24' E487.30'; th S0°36'W100'; th N89°24'W 521.16' to Ely ll of AT&SF RR r/w; th NE alg said Ely ll to true p.o.b.

Containing 2.3 acres more or less

EXHIBIT A

- 4 -

14824

STATE OF CALIFORNIA,
County of San Diego } ss.   1247 SD-C

Franz R. Sachse being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of San Diego; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is 1092 South Main Street, Fallbrook, California - - -

that on the ___ day of September, 19 58, affiant served the within Answer of Defendants and Request for Admission of Leonard S Wernicke and Florence Wernicke

on the Plaintiff _____ in said action, by placing a true copy thereof in an envelope addressed to the attorney S of record for said plaintiff at the office address of said attorney S, as follows:

Hon J. Lee Rankin, Rm 332, 325 West F Street, San Diego 1, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail box, sub-post office, substation or mail chute (or other like facility), regularly maintained by the Government of the United States at Fallbrook, San Diego County, California, where is located the office of the attorney S for the person S by and for whom said service was made.

That there is delivery service by the United States mail at the place so addressed or there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 3 day of September, 19 58.

Notary Public in and for the County of San Diego, State of California.
(SEAL) My commissions expires May 25, 1961.

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 8-54

14824A