```
                                                    FILED
 1   DAVID H. BURT and HAZEL I. BURT
     Defendants in propria persona                  SEP 4 - 1958
 2   11475 Sunburst St.
     San Fernando, Calif.                      CLERK, U.S. DISTRICT COURT
                                             SOUTHERN DISTRICT OF CALIFORNIA
 3                                           By _____
                                                        DEPUTY CLERK
 4              IN THE UNITED STATES DISTRICT COURT

 5                 SOUTHERN DISTRICT OF CALIFORNIA

 6                        SOUTHERN DIVISION

 7
     UNITED STATES OF AMERICA,       )
 8                                   )   CIVIL NO. 1247- SD - C
                 Plaintiff,          )
 9                                   )   ANSWER OF DEFENDANTS
         v.                          )
10                                   )   DAVID H. BURT and
     FALLBROOK PUBLIC UTILITY        )   HAZEL I. BURT
11   DISTRICT, ET AL,                )
                                     )
12               Defendants.         )
```

13      The defendants, DAVID H. BURT AND HAZEL I. BURT

14 each severing from their co-defendants and each for himself or her-

15 self alone, in answer to the Complaint and Supplementary and Amenda-

16 tory Complaint on file herein, admit, deny, and allege:

17             ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                         AMENDATORY COMPLAINT
18
        These answering defendants hereby incorporate by reference
19
   all of the allegations contained in the answer to said Complaint and
20
   Supplementary and Amendatory Complaint filed in this case by Newton
21
   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
   of the portion thereof entitled "Affirmative Statement of Rights")
23
   and make each and all of said allegations a part of this answer
24
   the same as if herein set forth at length.
25

26             AFFIRMATIVE STATEMENT OF RIGHTS

27      These defendants own  10    acres of land in  RIVERSIDE

28 County, California, and within the watershed of the Santa Margarita

29 River, more particularly described in the document attached hereto,

30 marked Exhibit A, which is hereby incorporated by reference as a

31 part of this statement.

32   INDEXED                                              14825

We claim our water rights are paramount to all other rights or claims of right of Plaintiff (or any other person) in and to said water. We claim all water rights under our land, to use freely and exclusively for necessary and beneficial purposes.

Our land is suitable for and has been used as a ranch for the production of row-type truck crops; scecifically, lettuce, romaine, watermelons, banana squash, and permanent pasturage. That water necessary for irrigation and domestic use has been pumped from a well which has been in continuous use since approximately 1923.

We further allege that the said land was a part of the Temecula Land & Water Company Rancho Land Grant, which carried with it full and complete rights to all minerals and water, from the Mexican Government.

That by the Treaty of Guadalupe Hidalgo in 1848, these rights to minerals and water were given absolutely and forever to the owners and their successors in interest to said Land Grant, or any part thereof, including the said land owned by these defendants. Said Treaty of Guadalupe Hidalgo operated as a confirmation in praesenti of all perfect titles to lands of California held under Mexican Grants.

The Plaintiff, The United States of America, is in legal duty bound to carry into effect the stipulations contained in said Treaty, and therefore has no claim or right to any water or minerals rights in, on, or under these defendants' said land.

Defendants claim exclusive and sole right to use all underground water, all water above ground, all water that falls on, or runs on from rainfall, and all water that can be contained on said land by means of reservoirs or other means, with respect to their said land.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*David W. Burt*

*Hazel I. Burt*

Defendants in propria persona

Dated: at San Fernando, California
August 25, 1958

14826

## EXHIBIT A

That portion of Lot 16 of Temecula Land and Water Company's Subdivision of the Temecula Rancho, as shown by Map on file in Book 8 page 359 of Maps, San Diego County Records, described as follows:

Beginning at the intersection of the center line of Lemon Street with the center line of Adams Avenue; thence Northwesterly, along the center line of Adams Avenue, 660 feet; thence ar right angles Southwesterly 660 feet; thence at right angles Southeasterly 660 feet, to a point in the center line of Lemon Street; thence at right angles Northeasterly, along the center line of Lemon Street, 660 feet to the point of beginning;

EXCEPTING therefrom the portion thereof included in said Lemon Street and Adams Avenue.

14827