```
                                                F I L E D

                                                SEP 4 - 1958
```

1  John H Patterson and Letitia M Patterson        CLERK, U.S. DISTRICT COURT
   Defendants in propria persona                   SOUTHERN DISTRICT OF CALIFORNIA
2  Post Office Box 48, Fallbrook, Calif            By _____ DEPUTY CLERK

3

4                    IN THE UNITED STATES DISTRICT COURT

5                   SOUTHERN DISTRICT OF CALIFORNIA

6                           SOUTHERN DIVISION

7
     UNITED STATES OF AMERICA,         )
8                                      )     CIVIL NO. 1247- SD - C
                 Plaintiff,            )
9                                      )     ANSWER OF DEFENDANTS
         v.                            )
10                                     )     John H Patterson and
     FALLBROOK PUBLIC UTILITY          )     Letitia M Patterson
11   DISTRICT, ET AL,                  )
                                       )
12               Defendants.           )

13       The defendants, John H Patterson Letitia M Patterson

14   each severing from their co-defendants and each for himself or her-

15   self alone, in answer to the Complaint and Supplementary and Amenda-

16   tory Complaint on file herein, admit, deny, and allege:

17             ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                         AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference
19
     all of the allegations contained in the answer to said Complaint and
20
     Supplementary and Amendatory Complaint filed in this case by Newton
21
     T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
22
     of the portion thereof entitled "Affirmative Statement of Rights")
23
     and make each and all of said allegations a part of this answer
24
     the same as if herein set forth at length.
25

26               AFFIRMATIVE STATEMENT OF RIGHTS

27       These defendants own 2 Lots    acres of land in
                 1 lot 56' by 170'    1 lot 56' by 190'
28   County, California, and within the watershed of the Santa Margarita

29   River, more particularly described in the document attached hereto,

30   marked Exhibit A, which is hereby incorporated by reference as a

31   part of this statement.                                    14828

32

         INDEXED

1  Defendants claim the right to use enough water for our
2  House, ~~Large~~ Lawn, and 15 fruit trees.

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Letitia M. Patterson*
*John N. Patt——*
Defendants in propria persona
139 East College Avenue
Fallbrook, California

Dated: 23August1958,

14829

"EXHIBIT A"

Discription of Property   John H  and Letitia M Patterson

NO 1. Lot 13# of College Street Tract of Fallbrook, in the County of San Diego, State of California, according to Map thereof, No. 2593, filed in the office of the county Recorder of said San Diego County, on October 24, 1949.

No. 2. All that portion of the Southwest Quarter of the Southeast Quarter of Section 24, Twonship 9 South, According to United States Goverment Survey approved June 11th. 1880, Described as fallowes:

    Commencing at the Northwest corner of said Sowthwest Quarter ofthe Southeast Quarter; Thence along the North line of said Southwest Quater of the Southeast Quarter, Souht 89o 07' 45" East 617.14 feet to the center line of the County Highway as same was locatedon September 6th. 1912 by degree of Condemnation recorded in Book 500, page 105 of Deeds; thence along said center line, South 0o 36' Weast, 824.16 feet to an angle point in the Easterly boundary of land conveyed to Lawrence E. Ware and by Deed dated September 5th. 1947 and recorded in Book 2519, page 87 of the official Records; thence North 87o 28' West along the Southerly bounry of said Ware's land, 272.16 feet more or less to a point on said boundry line which is distance thereon 56.03 feet Easterly from the Northeast corner of land conveyed to Eduardo Albarran and wife by deed dated November 12th.1948 and recorded in Book 3046, page 459 Of official Recordes, said point being the true point of beginning; thence Southerly in a straight line 171.70 feet more or less to a point on the North line of land conveyed to Herman W. Leich's land from by deed dated  January 14th. 1887 and recorded in Book 78, page 161 of deed, which is 56 feet Easterly along the Northly line of said Leich's land from the Southeast corner of said land conveyed  to Albarran; thence Northly in a straight line, 169.54 feet more or lees to a point in aforementioned Southerly boundary of said Ware's land  which bears South 87o 28' East, 56.03 feet from the true point of begining; thence North 87o 28' West along the Southerly boundary of said Ware's land, 56.03 feet to the true point of begining

"Exhibit A"

14830