FILED

SEP 4 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

John H Patterson and Letitia M Patterson
Defendants in propria persona
Post Office Box 48, Fallbrook, Calif

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
John H Patterson and
Letitia M Patterson

The defendants, John H Patterson and Letitia M Patterson each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 2 Lots ~~acres~~ of land in San Diego
1 lot 568 by 170    1 lot 56' by 190'
County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

14831

INDEXED

1  Defendants claim the right to use enough water for our
2  House, XXXXX Lawn, and 15 fruit trees.

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*Letitia M. Patterson*
*John N Patterson*
Defendants in propria persona
139 East College Avenue
Fallbrook, California

Dated: 23August1958,

14832

"EXHIBIT A"

Discription of Property   John B  and Letitia M Patterson

NO 1. Lot 134 of College Street Tract of Fallbrook, in the County of San Diego, State of California, according to Map thereof, No. 2593, filed in the office of the county Recorder of said San Diego County, on October 24, 1949.

No. 2.  All that portion of the Southwest Quarter of the Southeast Quarter of Section 24, Twonship 9 South, According to United States Goverment Survey approved June 11th. 1880, Described as fallowes:

Commencing at the Northwest corner of said Southwest Quarter of the Southeast Quarter; Thence along the North line of said Southwest Quater of the Southeast Quarter, Souht 89o 07' 45" East 617.14 feet to the center line of the County Highway as same was locatedon September 6th. 1912 by degree of Condemnation recorded in Book 500, page 105 of Deeds; thence along said center line, South 0o 36' Weast, 824.16 feet to an angle point in the Easterly boundary of land conveyed to Lawrence E. Ware and by Deed dated September 5th. 1947 and recorded in Book 2519, page 87 of the official Records; thence North 87o 28' West along the Southerly bounry of said Ware's land, 272.16 feet more or less to a point on said boundry line which is distance thereon 56.03 feet Easterly from the Northeast corner of land conveyed to Eduardo Albarran and wife by deed dated November 12th.1948 and recorded in Book 3046, page 452 of official Recordes, said point being the true point of sug- to a point on the North line of land conveyed to Adraan E. Leich's land from by deed dated January 14th. 1867 and recorded in Book 78, page 161 of deed, which is 56 feet Easterly along the Northly line of said Leich's land from the Southeast corner of said land conveyed to Albarran; thence Northly in a straight line, 169.54 feet more or less to a point in aforementioned Southerly boundary of said Ware's land  which bears South 87o 28' East, 56.03 feet from the true point of begining; thence North 87o 28' West along the Southerly boundary of said Ware's land, 56.03 feet to the true point of begining

"Exhibit A"

14833