SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

F I L E D

SEP 4- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>    Defendants. | No. 1247-SD-C<br><br>REQUEST FOR<br>ADMISSIONS UNDER<br>RULE 36<br><br>LEONARD S. WERNICKE<br>and<br>FLORENCE WERNICKE |

Defendants LEONARD S. WERNICKE and FLORENCE WERNICKE, request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1. Defendants are the owners of the lands described in their answer herein.

    2. The lands described in the answer of defendants include 2.3 acres of irrigable land.

    3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

    4. The lands of defendant do not abut upon and are not riparian to any stream.

- 1 -

4557

5. The lands of defendants overlie vagrant, local percolating ground waters not a part of any stream.

SACHSE and PRICE

by *(signature)*
Franz R. Sachse
Attorneys for Defendants

DATED: AUGUST 29, 1958

```
            IN THE UNITED STATES DISTRICT COURT       F I L E D

              SOUTHERN DISTRICT OF CALIFORNIA          SEP 4 - 1958

                      SOUTHERN DIVISION           CLERK, U.S. DISTRICT COURT
                                                  SOUTHERN DISTRICT OF CALIFORNIA
UNITED STATES OF AMERICA,       )                 By _____
                                )                              DEPUTY CLERK
          Plaintiff,            )
                                )      No. 1247-SD-C
     v.                         )
                                )      AFFIDAVIT OF SERVICE BY MAIL
FALLBROOK PUBLIC UTILITY DISTRICT, )
et al.,                         )
                                )
          Defendants.           )
```

STATE OF CALIFORNIA  )
                     ) ss.
COUNTY OF SAN DIEGO  )

          DONALD W. REDD, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

          That, in the above entitled action, on September 3, he deposited in the United States mail at Oceanside, California, in envelopes bearing the requisite postage, at which places there is a delivery service by United States mails from said post offices, a copy of REPLY TO REQUEST FOR ADMISSIONS OF DEFENDANTS: MILTON M. HARVEY and THELMA D. HARVEY; and MARTHA FLECKENSTEIN; AMENDED REPLY TO REQUEST FOR ADMISSIONS OF JAMES DUNCAN and EDITH F. DUNCAN; and IRVING B. REDER and JULIA C. REDER;

addressed to: Harry Ervin Teasdall, 217 North Main Street, Fallbrook, California.

                                                *Donald W Redd*

Subscribed and sworn to before me
this 3rd day of September, 1958

*Margaret B. Tooker*
Notary Public in and for said
    County and State
(SEAL)

My Commission Expires   June 3, 1960

4559