J. LEE RANKIN
Solicitor General
Department of Justice
Washington, D. C.

Attorney for United States
of America

**FILED**

SEP 4- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br><br>    Defendants. | No. 1247-SD-C<br><br>REPLY TO REQUEST FOR ADMISSIONS<br><br>OF<br><br>MARTHA FLECKENSTEIN |

    MARTHA FLECKENSTEIN, defendant in the above entitled action, has filed an Answer to the Complaint and Supplementary and Amendatory Complaint. In the Answer no claim to the right to the use of water of the Santa Margarita River and its tributaries is made. Under the circumstances the defendant, in fact, is disclaiming any right, title and interest to the water of the Santa Margarita River and its tributaries. It is understood, however, from the directions of the Court, that it is desirable to have entered in the decree by the Court, certain data in regard to lands of this defendant.

    The defendant requests by a Request for Admissions that the plaintiff admit that the following statements are true: (1) That the lands described in the Answer of defendants comprise of a parcel of arable and irrigable land consisting of 65 feet in width, 112 feet in depth on one side, 123 feet in depth on the opposite side; (2) that a reaonsable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

1    On August 18, 1958, the defendant indicated to representatives
2 of the United States the boundary limits of the property described in the
3 aforesaid answer and a reconnaissance survey was made of the property.
4 Based upon this survey, the United States of America admits that all of the
5 land described in the answer, approximately 65 feet in width, 112 feet in
6 depth on one side, 123 feet in depth on the opposite side, is irrigable and
7 that in the event the irrigable lands are devoted to the raising of permanent
8 pasture, a project duty of 4.2 acre feet per year would be required. How-
9 ever, a smaller quantity of water per acre per year would be adequate with
10 the adoption of a more practical and profitable agricultural development.
11 Project duty is the water which must be applied to the crop plus the sum
12 of those losses which occur between the point of supply and the point of
13 use.

Dated: September 2, 1958

/s/ Donald W. Redd
DONALD W. REDD
Attorney for Plaintiff

-2-

4564

```
1   STATE OF CALIFORNIA   )
                          ) ss.
2   COUNTY OF SAN DIEGO   )
         DONALD W. REDD,
3        XXXXXXXXXXXXXXX, Attorney for the Plaintiff, being duly sworn,
4   upon oath deposes and says:  That he signed on behalf of the United
5   States of America, the foregoing answer to Request For Admissions of
6       MARTHA FLECKENSTEIN;
7
8   that he has read the foregoing answers; that he is authorized to sign
9   it on behalf of the United States of America; and that the statements
10  contained in those answers are true except insofar as the statements
11  are based upon information and belief and those statements he believes
12  to be true.
                                            Donald W Redd
13
14
    Subscribed and sworn to before me
15  this 2nd  day of September , 1958.
16
        Margaret B. Tooker
17  Notary Public in and for said
        County and State
18
    (SEAL)
19
    My Commission Expires June 3, 1962.
20
```

-3-

4565