

FILED
SEP 5- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

1  Defendants in propria persona    Perry E. Loer and Corinne M. Loer,
2                                    husband and wife as joint tenants

4            IN THE UNITED STATES DISTRICT COURT
5               SOUTHERN DISTRICT OF CALIFORNIA
6                     SOUTHERN DIVISION

UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
                                 )
         Plaintiff,              )   ANSWER OF DEFENDANTS
                                 )
    v.                           )
                                 )
FALLBROOK PUBLIC UTILITY         )   Perry E. Loer
DISTRICT, ET AL,                 )   Corinne M. Loer
                                 )
         Defendants,             )

    The defendants, PERRY E and CORINNE M. LOER
    1505 N. STAGE Coach LANE —Fallbrook, Calif.
each severing from their co-defendants and each for himself or her-
self alone, in answer to the Complaint and Supplementary and Amenda-
tory Complaint on file herein, admit, deny, and allege:

            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                       AMENDATORY COMPLAINT

    These answering defendants hereby incorporate by reference
all of the allegations contained in the answer to said Complaint and
Supplementary and Amendatory Complaint filed in this case by Newton
T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
of the portion thereof entitled "Affirmative Statement of Rights")
and make each and all of said allegations a part of this answer
the same as if herein set forth at length.

            AFFIRMATIVE STATEMENT OF RIGHTS

    These defendants own 72.45 acres of land in
County, California, and within the watershed of the Santa Margarita
River, more particularly described in the document attached hereto,
marked Exhibit A, which is hereby incorporated by reference as a
part of this statement.

COPY RECEIVED
   INDEXED

14841

Our property is Riparian to the Santa Margarita river. We are not members of Fallbrook Utility District. Copy of property description attached.

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Carmine M. Loer*

*Perry E. Loer*

Defendants in propria persona

Dated:

14842

PERRY E. LOER and CORINNE M. LOER, husband and wife as joint tenants
County of San Diego, BOOK 5450 PAGE 383

1. All that portion of the Southwest Quarter of the Southwest Quarter of
2. Section 8, Township 9 South, Range 3 West, San Bernardino Meridian,
3. in the County of San Diego, State of California, according to the
4. United States Government Survey, described as follows:
5. Beginning at a point on the North line of said Southwest Quarter of
the Southwest Quarter of said Section distant thereon East 660.0
6. feet from the Northwest corner thereof, being the Northeast corner
of a parcel of land conveyed to Daniel K. Smyth and wife by deed
7. dated December 7, 1934, and recorded in Book 355, page 338 of Official
Records; thence South along the Easterly line of land so conveyed
8. 170.0 feet to an angle point; thence South 47°27'32" West along
said Easterly line 781.0 feet to an anglepoint; thence South along
9. said Easterly line and the Easterly line of a parcel of land con-
veyed to the aforesaid Smyth and wife by deed dated December 20,
10. 1929, and recorded in Book 1724, page 487 of Deeds, 628.0 feet to the
Southeast corner of said last mentioned parcel conveyed to Smyth,
11. being a point on the South line of the Southwest Quarter of the
Southwest Quarter of said Section distant thereon East 65.0 feet from
12. the Southwest corner thereof; thence East along the South line of
said Southwest Quarter of the Southwest Quarter of said Section to
13. the Southwest corner of a parcel of land conveyed to Ross Allen
Harris by deed dated May 31, 1929 and recorded in Book 1651, page
14. 442 of Deeds; thence North along the West line of land so conveyed,
being the West line of the East 443.8 feet of the Southwest Quarter
15. of the Southwest Quarter of said Section a Distance of 1320.0 feet,
more or less, to the Northwest corner thereof, being a point on the
16. North line of said Southwest Quarter of the Southwest Quarter of said
Section; thence West along said North Line to the point of beginning.

*Perry E. Loer*
*22.45 acres*

14843