LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RAndolph 8-1154

(SPACE BELOW FOR FILING STAMP ONLY)

**FILED**

SEP 8 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
    DEPUTY CLERK

Attorneys for_____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
           Plaintiff, ) No. 1247 SD-C
    vs. ) SUBSTITUTION OF
FALLBROOK PUBLIC UTILITY DISTRICT, ) ATTORNEYS.
a public service corporation of the )
State of California, et al., )
           Defendants. )

Defendant Fred R. Stephenson hereby substitutes himself, in his proper person, as Attorney in place and stead of SACHSE and PRICE.

DATED: SEPTEMBER 4, 1958

              /s/ Fred R. Stephenson
              Fred R. Stephenson

We accept the above substitution.

DATED: SEPTEMBER 4, 1958    SACHSE and PRICE

              BY /s/ Franz R. Sachse
                 Franz R. Sachse

- 1 -

4572

COPY RECEIVED

STATE OF CALIFORNIA,
County of **San Diego** } ss.   1247 SD-C

**Franz R. Sachse** _____ being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of **San Diego**; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's ~~residence~~ business address is **1092 South Main Street, Fallbrook, California**
that on the **5th** day of **September**, 19**58**, affiant served the within **Substitution of Attorneys for Fred. R. Stephenson**

on the **Plaintiff** in said action, by placing a true copy thereof in an envelope addressed to the attorney**s** of record for said **Plaintiff** at the ~~residence~~ office address of said attorney, as follows:
MR. Wm. H. Veeder, 325 West F Street, San Diego 1, California
M**R**. George Stahlman, Rt 1. Box 235, Fallbrook, California
and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a ~~mail box~~ ~~sub-post office, sub-station of sub-branch post office (or official mail facility)~~, regularly maintained by the Government of the United States at **Fallbrook, San Diego County,** California, where is located the office of the attorney**s** for the person by and for whom said service was made.
That there is delivery service by the United States mail at the place so addressed or there is a regular communication by mail between the place of mailing and the place so addressed.
Subscribed and sworn to before me this **5th** day of **September,** 19**58**

_signature_
Notary Public in and for the County of **San Diego**, State of California.
(SEAL) My Commission expires May 25, 1961.

Franz R. Sachse

* Here quote from envelope name and address of addressee.
** If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office."
*** When the letter is addressed to a post office other than city in which letter is mailed strike out "and"; when addressed to city in which letter is mailed strike out "or."

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 8-54   60335

4573