FILED

SEP 8 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

1 | SACHSE and PRICE
2 | Attorneys at Law
    1092 S. Main Street
3 | Fallbrook, California
    Phone:  RAndolph 8-1154

4

5

6

7

8 |              IN THE UNITED STATES DISTRICT COURT

9 |                 SOUTHERN DISTRICT OF CALIFORNIA

10 |                        SOUTHERN DIVISION

11 | UNITED STATES OF AMERICA,              )
12 |                     Plaintiff,         )
                                            )        No. 1247-SD-C
13 |           vs.                          )
                                            )        REQUEST FOR
14 |                                        )        ADMISSIONS UNDER
     FALLBROOK PUBLIC UTILITY DISTRICT,     )        RULE 36
15 | a public service corporation of the )   DEFENDANTS
     State of California, et al.,          ) FRANK R. LINDSAY and VIRGINIA
16 |                                        )
                     Defendants.           )     LINDSAY
17 |            Defendants

18 | FRANK R. LINDSAY and VIRGINIA LINDSAY

19 | request plaintiff within ten (10) days after the service of

20 | this request to admit that the following statements are true,

21 | for the purposes of this action only, and subject to all

22 | pertinent objections to admissibility which may be interposed

23 | at the trial:

24 |        1.  Defendants are the owners of the lands described in

25 | their answer herein.

26 |        2.  The lands described in the answer of defendants

27 | include     40        acres of irrigable land.

28 |        3.  A reasonable water duty for the irrigable lands of

29 | defendants is 4.2 acre feet per acre per year.

30

31 |                             - 1 -

32

COPY RECEIVED

4574

1          4.   The lands of defendants are not riparian to and do

2    not abut upon any stream.

3          5.   The lands of defendants overlie vagrant local

4    percolating ground waters not a part of any stream.

5

6                                          SACHSE and PRICE

7

8    August 31, 1958                    by _____
                                           Attorneys for defendants
9

- 2 -

4575