F I L E D

SEP 8 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ───────────
        DEPUTY

SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
             Plaintiff, ) No. 1247-SD-C
     vs. ) REQUEST FOR
FALLBROOK PUBLIC UTILITY DISTRICT, ) ADMISSIONS UNDER
a public service corporation of the ) RULE 36
State of California, et al., ) DEFENDANT
             Defendants. ) W. H. IVEY, also known
                                                as Weimer H. Ivey

Defendants

W. H. IVEY

request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1. Defendants are the owners of the lands described in their answer herein.

    2. The lands described in the answer of defendants include     5     acres of irrigable land.

    3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

- 1 -

4578

COPY RECEIVED

4. The lands of defendant do not abut upon and are not riparian to any stream.

5. The lands of defendant overlie vagrant percolating ground waters not a part of any stream.

SACHSE and PRICE

August 31, 1958

by _____
Attorneys for defendant

- 2 -

4577