# FILED

SEP 8 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William W. Dudly_
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,              )
                                       )     No. 1247-SD-C
                    Plaintiff,         )
                                       )
        v.                             )     AFFIDAVIT
                                       )
FALLBROOK PUBLIC UTILITY DISTRICT,     )
et al.,                                )
                                       )
                    Defendants.        )

DONALD W. REDD, being first duly sworn, says:  That he is one of the
attorneys for the plaintiff in the above entitled cause;  that he is informed
and believes that there are certain aerial photographs of properties in San
Diego County which include the area that is now Camp Pendleton and the adjoin-
ing areas within the Santa Margarita River watershed that were made in 1928 and
1929 by Tax Factors, Inc. for the County of San Diego, California;  that these
photographs show the development and irrigation of the lands within Camp
Pendleton and the adjoining areas within the Santa Margarita River watershed at
that time;  that detailed examination with a stereoscope and planimeter of these
aerial photographs are essential to the United States of America in the prepara-
tion and proof of their case in the above entitled action;  that for such examin-
ation of these records it will be necessary for the agents of the United States
preparing the United States' case in the above entitled action to have posses-
sion of these photographs in their offices at Camp Pendleton, California;  that
the specific photographs desired and needed are those covering the following
described property:

4581

1
2
3
4
5          Township 8 South, 4 West, San Bernardino Base and Meridian
6          Township 8 South, 5 West, San Bernardino Base and Meridian
7          Township 8 South, 6 West, San Bernardino Base and Meridian
8          Township 9 South, 1 East, San Bernardino Base and Meridian
9          Township 9 South, 2 East, San Bernardino Base and Meridian
10         Township 9 South, 1 West, San Bernardino Base and Meridian
11         Township 9 South, 2 West, San Bernardino Base and Meridian
12         Township 9 South, 3 West, San Bernardino Base and Meridian
13         Township 9 South, 4 West, San Bernardino Base and Meridian
14         Township 9 South, 5 West, San Bernardino Base and Meridian
15         Township 9 South, 6 West, San Bernardino Base and Meridian
16         Township 10 South, 2 West, San Bernardino Base and Meridian
17         Township 10 South, 3 West, San Bernardino Base and Meridian
18         Township 10 South, 4 West, San Bernardino Base and Meridian
19         Township 10 South, 5 West, San Bernardino Base and Meridian
20         Township 10 South, 6 West, San Bernardino Base and Meridian
21         Township 11 South, 3 West, San Bernardino Base and Meridian
22         Township 11 South, 4 West, San Bernardino Base and Meridian
23         Township 11 South, 5 West, San Bernardino Base and Meridian
24  that these photographs are now in the possession and custody of the San Diego
25  County Surveyor and Road Commissioner;  that the affiant has been advised by
26  the appropriate officials of San Diego County that these records can be
27  delivered for examination and study only upon order of the Court;  that if such
28
29
30
31
32
                                                              4582

1
2
3
4
5  records are made available they will not be altered or damaged in any manner
6  while in the possession of the United States.
7
8
9                                              _Donald W Redd_
                                               DONALD W. REDD
10
11 Subscribed and sworn to before me
12 this 8th day of September, 1958.
13
14    _Margaret B Feore_
   Notary Public in and for said
15      County and State.
16 (SEAL)
17 My commission expires June 3, 1960.
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32