```
SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154
```

FILED

SEP 8 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 1247-SD-C |
| vs. ) | ANSWER OF DEFENDANT |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) a public service corporation of the ) State of California, et al., ) | W. H. IVEY, also known as WEIMER H. IVEY |
| Defendants. ) | |

Defendants W. H. IVEY, ALSO known as WEIMER H. IVEY answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

14848

COPY RECEIVED
INDEXED

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendant contain approximately 5 acres of

- 2 -

14849

irrigable and arable lands. The lands of defendant do not abut upon and are not riparian to any stream, but the said lands overlie vagrant local percolating ground waters not a part of any stream. Defendant asserts full correlative rights to the use of said ground waters in an amount not to exceed 4.2 acre feet per acre per annum.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

September 1, 1958

by *[signature]*
Attorneys for defendant

- 3 -

14850

(Riverside County)

The NE$\frac{1}{4}$ of the NE$\frac{1}{4}$ of the NW$\frac{1}{4}$ of Section 31, T8S, R3W, S. B. M. containing 10 acres more or less

- 4 -        EXHIBIT

14851

STATE OF CALIFORNIA,
County of __San Diego__ } ss.   1247 SD-C

__Franz R. Sachse__ being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of __San Diego__; that affiant is over the age of eighteen years and is *is employed in* ~~business~~ not a party to the within above entitled action; that affiant's residence address is __1092 South Main Street, Fallbrook, California__

that on the __5th__ day of __September__, 19__58__, affiant served the within __Answer of Defendant and Request for Admissions of W. H. Ivey - - -__

on the __Plaintiff__ in said action, by placing a true copy thereof in an envelope addressed to the attorney __S__ of record for said __Plaintiff__ at the ~~residence~~ office address of said attorney __S__, as follows*

The Hon J. Lee Rankin, Rm 332, 325 West F Street, San Diego, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-box, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at** __Fallbrook, San Diego County__, California, where is located the office of the attorney __S__ for the person __S__ by and for whom said service was made.

That there is delivery service by the United States mail at the place so addressed or *** there is a regular communication by mail between the place of mailing and the place so addressed.    *and*

Subscribed and sworn to before me this __5th__ day of __September__, 19__58__

Notary Public in and for the County of __San Diego__, State of California,
(SEAL)    My Commission expires May 25, 1961

* Here quote from envelope name and address of addressee.
** If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office."
*** When the letter is addressed to a post office other than city in which letter is mailed strike out "and"; when addressed to city in which letter is mailed strike out "or."

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 8-54

60335

14851 A