**FILED**

SEP 8 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _William W. Ludy_
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.<br><br>    Defendants | No. 1247-SD-C<br><br>ORDER |

Good cause having been shown,

IT IS HEREBY ORDERED that the County Surveyor and Road Commissioner of the County of San Diego, San Diego, California, deliver to the custody of Donald W. Reed, a duly authorized attorney of the United States in the above entitled action, prints of the aerial photographs made on flights in 1928 and 1929 by Tax Factors, Inc. for the County of San Diego of the following described areas, for examination and study:

    Township 8 South, 4 West, San Bernardino Base and Meridian
    Township 8 South, 5 West, San Bernardino Base and Meridian
    Township 8 South, 6 West, San Bernardino Base and Meridian
    Township 9 South, 1 East, San Bernardino Base and Meridian
    Township 9 South, 2 East, San Bernardino Base and Meridian
    Township 9 South, 1 West, San Bernardino Base and Meridian
    Township 9 South, 2 West, San Bernardino Base and Meridian

4579

1. Township 9 South, 3 West, San Bernardino Base and Meridian
2. Township 9 South, 4 West, San Bernardino Base and Meridian
3. Township 9 South, 5 West, San Bernardino Base and Meridian
4. Township 9 South, 6 West, San Bernardino Base and Meridian
5. Township 10 South, 2 West, San Bernardino Base and Meridian
6. Township 10 South, 3 West, San Bernardino Base and Meridian
7. Township 10 South, 4 West, San Bernardino Base and Meridian
8. Township 10 South, 5 West, San Bernardino Base and Meridian
9. Township 10 South, 6 West, San Bernardino Base and Meridian
10. Township 11 South, 3 West, San Bernardino Base and Meridian
11. Township 11 South, 4 West, San Bernardino Base and Meridian
12. Township 11 South, 5 West, San Bernardino Base and Meridian

Dated: 9/8/58

JAMES M. CARTER
Judge of the United States District
Court, Southern District of California

4580