FILED
WEINBERGER
9-k10-58

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                                  No. 1247-SD-C           Civil

vs.                                     MINUTES OF THE COURT

FALLBROOK, etc., et al                  DATE:   September 10, 1958

                                        AT:   San Diego, California

PRESENT: Hon.         JACOB WEINBERGER              District Judge;

   Deputy Clerk: WILLIAM W. LUDDY    Reporter:  NONE APPEARING

   Counsel for Plaintiff      NONE APPEARING

   Counsel for Defendant      NONE APPEARING

PROCEEDINGS:

   IT IS ORDERED that the following exhibits herein may be released
to Cmdr. David W. Redd for copying:
MMS  MDAA, MA 72, MDBB, MB 55, MA 49, MDU, MDS, MDI, MDJ, MDK, MDN, MDO,
MDR, M-120, MDG, MDH, MA 26, MDT, MDY, MDZ, MDL, MDP, MDM, MDQ.

JOHN A. CHILDRESS, Clerk
By _____
           Deputy                    4578