FILED

SEP 10 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

Bert Buzzini,
   2223 Fulton Street
   Berkeley 4, California
   Telephone: THornwall 3-9600

Attorney for Defendants
   Carl G. Daving
   Mildred L. Daving

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 1247-SD-C |
| Plaintiff | |
| vs. | Answer of Carl G. Daving and Mildred L. Daving to Complaint and Supplementary and Amendatory Complaint |
| FALLBROOK PUBLIC UTILITIES DISTRICT, et al. | |
| Defendants | |

Now come the defendants, CARL G. DAVING and MILDRED L. DAVING, each severing

from their co-defendants and each for himself or herself alone, answering

the Complaint and Supplementary and Amendatory Complaint herein, admit,

deny and allege as follows:

I.

All of the allegations contained in the Answer to said Complaint and

Supplementary and Amendatory Complaint filed in this proceeding by

Charlotte Flo Faulkner and Raymond C. Faulkner are hereby incorporated by

reference and answering defendants hereby make each and all of said

allegations a part of this answer to same as if said allegations were set

forth here at length.

AFFIRMATIVE STATEMENT OF RIGHTS

I.

These answering defendants own eleven (11) acres of land in San Diego

County, California, within the watershed of the Santa Margarita River,

1
2  more particularly described in the document attached hereto marked EXHIBIT A,
3  which is hereby incorporated by reference as a part of this statement.
4                                    II.
5  The answering defendants own and maintain two wells located within the
6  boundaries of all that land described in EXHIBIT A from which they pump
7  water which is used beneficially in the irrigation of ten acres of said land
8  planted in sub-tropical agricultural crops.  To the extent that the waters
9  underlying the land described in EXHIBIT A are known to flow in a subterranean
10 watercourse and form the body of any definite stream or river flowing in a
11 definite channel, the answering defendants claim a riparian right.  In
12 addition and by way of further affirmative statement, the answering
13 defendants are entitled to a fixed amount of 25 acre feet per irrigation
14 season of said ground water by reason of open, visible notorious use by
15 themselves and their predecessors in title of said amount continuously for
16 more than five years prior to the commencement of this action, which use
17 may or may not be adverse to the claims of any other parties to this
18 litigation.
19                                   III.
20 To the extent that the waters underlying the land described in EXHIBIT A
21 are known to be percolating waters which form a mass contained within the
22 bounds of a basin, the answering defendants claim a right to said water as
23 overlying landowners and by way of further entitlement assert a claim to
24 25 acre feet per irrigation season by reason of the same open, visible
25 notorious, continuous use as set forth in Paragraph II.
26                                    IV.
27 To the extent that the waters underlying the land described in EXHIBIT A
28 are neither within a definite stream nor contained within the bounds of a
29 basin, the answering defendants as landowners claim the percolating ground
30 waters as a part of their interest in the real property.
31
32 WHEREFORE, these defendants pray that plaintiff take nothing against them

                                   - 2 -                        14853

by reason of the Complaint and Supplementary and Amendatory Complaint on file herein;  that the Complaint be dismissed as against these defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action;  and for such other and further relief as the Court may deem proper.

Bert Buzzini
Attorney for Defendants
Carl G. Daving
Mildred L. Daving

August 19, 1958

- 3 -

14854

EXHIBIT A

... of the Southeast Quarter of the Southwest Quarter of
... South, Range 3 West, San Bernardino Meridian, in the County of
... ornia.

... State of ...

The well ... et from the center of the well casing of said well, all being located
... ng plant and reservoir, together with all of the land lying within
... radius of ... land described as follows: All that portion of the North 618 feet of
on a parce... ods of the Northwest Quarter of the Northwest Quarter of Section 19,
the East, South, Range 3 West, San Bernardino Meridian, in the County of San Diego,
Townshi... California, described as follows: Commencing at the Northwest corner of
said Section 19; thence North 89° 53' East along the North line of said Section,
120.5 feet to the Westerly boundary of the land described in the Atchison, Topeka and
santa Fe Railway Company in the action of said Railway Company vs. Will Williams, et al.,
(Case No. 26902, Superior Court of San Diego County) a certified copy of which decree
was recorded May 11, 1917 in Book 730, page 401 of Deeds; thence South 0° 06' West
along said Westerly boundary line 310.81 feet to the true point of beginning; thence Southerly and Southwesterly along
Northwesterly boundary line a radius of 523.7 feet; thence Southerly and Southwesterly along
said curve having a radius of 523.7 feet; thence to the beginning of a tangent curve
618 feet South of and parallel with the North line of said Section 19, thence West
Railway Company, 322.4 feet to a point on the center line of San Diego County Highway
along said parallel line to a point on the North line of said Section 19 County line; thence
Commission Route 4, Division 4, from Fallbrook to its intersection with the South line and from
Northeasterly along said center line to its intersection with a line drawn parallel
with and 66.31 feet South from the Westerly extension of the South line of California,
said South line of a parcel of land conveyed to the Union Oil Company of California,
by deed dated June 3, 1921, and recorded in Book 853, page 184 of Deeds; thence
South 81° 28' East, 279.61 feet to the West line of land conveyed to Fallbrook Public
Utility District by deed dated September 17, 1927, and recorded in Book 1268, page 300
of Deeds, said point being distant along said West line, North 0° 06' East, 156 feet
from the true point of beginning; thence South 0° 06' West along said line 156 feet
to the true point of beginning.

PARCEL 2:
That portion of the Northwest Quarter of Section 19, Township 9 South, Range 3
West, San Bernardino Meridian, in the County of San Diego, State of California,
described as follows:
Beginning at the Northwest corner of said Section 19; thence Easterly along the
North line of said Section 19 a distance of 1208.7 feet to the Westerly line of the
right-of-way of the Atchison, Topeka and Santa Fe Railway; thence Southerly along th
Westerly line of said right-of-way to the Southeast corner of a tract of land convey
by Louis Williams to the Union Oil Company, by deed dated June 3, 1921 and recorded
June 14, 1921 in Book 853, page 184 of Deeds, records of San Diego County, this poi
being the point of beginning; thence West along the South line of the property so
conveyed 101.2 feet; thence South 265.25 feet to an intersection with the Westerl
right-of-way line of the Atchison, Topeka and Santa Fe Railway; thence Northerly
along said line to the point of beginning.

PARCEL 4:
An easement for road and pipeline purposes over a strip of land 12 feet in
through a portion of the Northwest Quarter of the Northwest Quarter of Section
Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San
State of California, the center line of which is described as follows: Begin
a point in the East line of the land conveyed to Raymond C. Faulkner, by deed
in Book 3104, page 392 of Official Records, distant thereon North 0° 06' Eas
feet from the Southeast corner thereof; thence North 68° 19' West to the c
of San Diego County Highway Commission Route 4, Division 4.

1

2  STATE OF CALIFORNIA   )
                         )        SS.
3  COUNTY OF ALAMEDA     )

4  BERT BUZZINI, being duly sworn, says that he is an attorney at law, and is

5  the attorney of record for Carl G. Daving and Mildred L. Daving, defendants

6  in the within-entitled cause, and that he has his office in the City of

7  Berkeley, County of Alameda, State of California;  that the parties named

8  hereinafter are attorneys of record for the plaintiff and other defendants

9  in said cause and have their offices outside of the County of Alameda,

10  State of California;  that in the said City of Berkeley and in each of the

11  places which said attorneys have their offices there is a United States

12  Post Office, and between said City of Berkeley and said other places

13  there is a regular daily communication by United States mail;  that on

14  the 19th day of August, 1958, affiant served a true copy of the answer of

15  Carl G. Daving and Mildred L. Daving herein on the following named attorneys:

16                    William H. Veeder, Esq.
17                    Special Assistant to the Attorney General
                       Department of Justice
18                    Washington, D.C.

19                    J. Lee Rankin, Esq.  (4 copies)
                       Solicitor General
20                    Room 332 - 325 West F Street
                       San Diego, California

21                    Adolphus Moskovitz, Esq.
22                    Deputy Attorney General
                       Library and Courts Bldg.
23                    Sacramento, California

24                    George G. Grover, Esq.
                       Attorney at Law
25                    First National Bldg.
                       Corona, California

26                    W. B. Dennis, Esq.
27                    Attorney at Law
                       365 Broadway
28                    Vista, California

29                    George Stahlman, Esq.
                       Attorney at Law
30                    Box 235
                       Fallbrook, California

31

32                                                    14856

1

2        Phil D. Swing, Esq.
       Attorney at Law
3        Suite 604, 530 Broadway
       San Diego 1, California
4
       Messrs. Sachse & Price
5        Attorneys at Law
       217 North Main St.
6        Fallbrook, California

7        John M. Cranston, Esq.
       Attorney at Law
8        1410 Bank of America Bldg.
       San Diego, California
9

10 by depositing copies of said answer on said date in the Post Office at

11 Berkeley, said County of Alameda, State of California, properly enclosed

12 in sealed envelopes separately addressed to the said attorneys at their

13 respective addresses shown and prepaying the postage therein.

14

15                         BERT BUZZINI

16

17 Subscribed and sworn to before me this 19th day of August, 1958.

18

19                       CAROL J. SODERBERG
20                    Notary Public in and for the
                   County of Alameda, State of California
21                      My Commission Expires February 5, 1962

22 (SEAL)

23

24

25

26

27

28

29

30

31                                     14857

32

Exhibit A.

40 Acres. SE 1/4 of SE 1/4, Sec 12,
T.7 So. R.1 W. San Bernardino
Base Meridian.

78.24 Acres. E 1/2 of No. E 1/4, Sec 13,
T 7 So. R.1 W. & Lots 1-8
San Bernardino Base Meridian

Have sold the ranch and we
hold trust deed against it.
Sold to George & Marjie Iperson.

14858