FILED

SEP 11 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____
              DEPUTY CLERK

September 5, 1958

AIR MAIL
SPECIAL DELIVERY

Honorable Edmund G. Brown
Attorney General
State of California
Library and Courts Building
Sacramento 14, California

Attention: Adolphus Moskovitz, Esquire
           Deputy Attorney General

Dear Mr. Brown:

      This will refer to the case of the United States of America v. Fallbrook Public Utility District, et al., in the United States District Court for the Southern District of California, Southern Division, No. 1247-SD-C.

      As directed by the court, there are formulated in this letter certain of the issues to be resolved at the trial on the merits. They are as follows:

### ISSUE NO. 1

**Ultra Vires Claims of the Fallbrook Public Utility District of Rights to the Use of Water for Purposes of Irrigation**

      Ripe for determination is the question of whether the Fallbrook Public Utility District is invested with power to:

    a. Undertake the construction of and levy assessments to finance an irrigation project of the kind and type for which it is claiming rights to the use of water in the Santa Margarita River;

    b. Claim rights to the use of water for purposes of irrigation;

4584

- 2 -

    c. Impound, divert or utilize water for other than domestic and municipal purposes as distinguished from water to be used for irrigation purposes as those terms are defined by California law.

Based upon Judge Carter's opinion of August 8, 1958, these claimed rights of Fallbrook come within the purview of the issue alluded to above:

    a. Application No. 11,587; Permit No. 8511 dated April 23, 1951, to appropriate ten thousand (10,000) acre-feet per annum.

    b. Application No. 11,586; Permit No. 7033 and License No. 4906 dated December 31, 1957, for two and five-tenths (2.5) cubic feet per second to be diverted for irrigation.

    c. A claimed prescriptive right for ten (10) miner's inches in the Santa Margarita River.

### ISSUE NO. 2

Effect of Stipulated Judgment Among the United States of America, the Vail Company and others Upon the Rights of the Respective Parties to it, and Upon the Rights of Claimants in the Santa Margarita River Who are Not Parties to that Stipulated Judgment

At issue before the court is:

    a. The binding effect of the Stipulated Judgment among the parties;

    b. Its effect upon other claimants to rights to the use of water.

It is asserted by the United States of America that since the execution of the Stipulated Judgment, the Vail Company or its predecessor has delivered to the National Government or its predecessor in interest, at the head of Temecula Canyon, during each irrigation season, from May 1 to October 31, three (3) cubic feet per second of water. Delivery of the water at the point mentioned, above the

4585

- 3 -

Fallbrook Public Utility District and all other appropriative claimants, has been far in excess of the prescriptive period. That water thus delivered, it is further asserted, would not have been in the stream were it not for the Stipulated Judgment, for the Vail Company has riparian rights according to it a yield far in excess of the available supply. As a consequence, diversion by the Fallbrook Public Utility District or others not parties to the Judgment of any part of the three cubic feet per second in question constitutes an invasion of rights of the United States of America.

In addition to the agreement respecting the delivery of the three cubic feet of water alluded to above, the Stipulated Judgment apportions the waters of the stream as follows:

> Sixty-six and two-thirds per cent (66 2/3%) of the waters of the Santa Margarita River to the United States of America
>
> Thirty-three and one-third per cent (33 1/3%) of the waters of the Santa Margarita River to the Vail Company.

As riparian rights of the Vail Company and its demands for water far exceed the available supply in the Santa Margarita River, except on rare occasions, waters entering Temecula Canyon, but for the exceptions noted, would not be there were it not for the Stipulated Judgment. Thus to a marked degree by reason of it waters enter Temecula Canyon at times and under circumstances which would not occur if the Vail Company were not restrained by the Judgment from taking a larger share of the yield of the stream. It is elementary, based on well established precepts of the law, that the bed of the stream may be utilized to deliver water pursuant to contract or other arrangements. Waters thus delivered are, of course, as free from conversion by those who are not entitled to them as any other species of property. Proof will be introduced in support of the assertions set forth in regard to this issue. Similarly evidence will be adduced relative to the effect of encroachment by the Fallbrook Public Utility District and others under the circumstances.

4586

Accompanying this letter is a list of exhibits of the United States of America, exclusive of exhibits introduced in the Special Master's proceedings.

Sincerely,

s/ J. Lee Rankin

J. Lee Rankin
Solicitor General

Enclosure

UNITED STATES v. FALLBROOK PUBLIC UTILITY DISTRICT * * *
STATE OF CALIFORNIA, ET AL., U.S.D.C. CAL. S.D. No. 1247-SD-C
List of Exhibits of United States of America, Exclusive of Exhibits
Introduced in Special Master's Proceedings.

| | |
|---|---|
| U.S.A.-Pl. Exhibit No. 1 | Santa Margarita River Watershed Within Camp Pendleton Geologic Map |
| U.S.A.-Pl. Exhibit No. 2 | Geologic Section E-E' Through the Lower Santa Margarita River Valley, Showing Unconsolidated Deposits and Water-level Profiles |
| U.S.A.-Pl. Exhibit No. 3 | Santa Margarita River Watershed Within Camp Pendleton Isopach Map of Alluvial Deposits |
| U.S.A.-Pl. Exhibit No. 4 | Santa Margarita River Watershed Within Camp Pendleton Ground-water Basin, Storage Units, and Well Locations |
| U.S.A.-Pl. Exhibit No. 5 | Bar Graph Showing Specific Yield of Materials in Wells in Upper, Chappo and Ysidora Subbasins |
| U.S.A.-Pl. Exhibit No. 6 | Estimated Ground-water Storage Capacities for Upper, Chappo, and Ysidora Subbasins, Camp Pendleton |
| U.S.A.-Pl. Exhibit No. 7 | Estimated Ground-water Storage Capacity of the Alluvium and Terrace Deposits, Lower Santa Margarita River Basin, Camp Pendleton, California |
| U.S.A.-Pl. Exhibit No. 8 | Santa Margarita River Watershed Within Camp Pendleton Water-level Contours, November 1951 |

FILED

SEP 11 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By

4588    DEPUTY CLERK

- 2 -

| | |
|---|---|
| U.S.A.-Pl. Exhibit No. 9 | Santa Margarita River Watershed Within Camp Pendleton Water-level Contours, October 1957 |
| U.S.A.-Pl. Exhibit No. 10 | Hydrographs of Paired Shallow and Deep Wells in Ysidora Subbasin, Camp Pendleton |
| U.S.A.-Pl. Exhibit No. 11 | Pumpage of Ground Water from Upper, Chappo, and Ysidora Subbasins, Camp Pendleton, 1925-57 |
| U.S.A.-Pl. Exhibit No. 12 | Camp Pumpage and Sewage Effluent Returned to Basin, 1942-57 |
| U.S.A.-Pl. Exhibit No. 13 | Ground-water Recharge and Discharge, Lower Santa Margarita River Basin, 1942-57 |
| U.S.A.-Pl. Exhibit No. 14 | Ground-water Storage Changes, Camp Pendleton, 1942-57 |
| U.S.A.-Pl. Exhibit No. 15 | Fluctuations of Water Levels in Ten Wells in the Lower Santa Margarita River Basin |
| U.S.A.-Pl. Exhibit No. 16 | Effect of Pumping 23,000 Acre-feet Per Year From Ground Water, Camp Pendleton, During Two Critical Dry Periods, 1948-51 and 1955-57 |
| U.S.A.-Pl. Exhibit No. 17 | Maximum Annual Pumpage During Droughts of 3 to 10 Years Duration, Based on 1955-57 Drought Conditions, Lower Santa Margarita Basin |

4589

- 3 -

| | |
|---|---|
| U.S.A.-Pl. Exhibit No. 18 | Graph Showing Chloride Content of Well Waters in Ysidora Subbasin |
| U.S.A.-Pl. Exhibit No. 19 | Chemical Character of Native and Contaminated Waters Downstream from Chappo Subbasin, Camp Pendleton |
| U.S.A.-Pl. Exhibit No. 20 | Comparison of Chemical Character of Well Water and Sewage Effluent, Camp Pendleton, 1955-58 |
| U.S.A.-Pl. Exhibit No. 21 | Santa Margarita River Watershed Geologic and Hydrologic Map |
| U.S.A.-Pl. Exhibit No. 22 | Geologic Sections Along the Santa Margarita - Temecula River and Murrieta Creek Valleys |
| U.S.A.-Pl. Exhibit No. 23 | Santa Margarita River Watershed showing Ground-water Storage Units |
| U.S.A.-Pl. Exhibit No. 24 | Estimated ground-water Storage Capacity of the Alluvial Deposits, Upper Santa Margarita River Basin, Calif. |
| U.S.A.-Pl. Exhibit No. 25 | DeLuz Creek Watershed Geology |
| U.S.A.-Pl. Exhibit No. 26 | Geologic Section DeLuz Creek Valley |
| U.S.A.-Pl. Exhibit No. 27 | Sandia Creek Watershed Geology |
| U.S.A.-Pl. Exhibit No. 28 | Rainbow Creek Watershed Geology |
| U.S.A.-Pl. Exhibit No. 29 | Fallbrook Creek Watershed Geology |

4590

- 4 -

| | |
|---|---|
| U.S.A.-Pl. Exhibit No. 30 | Santa Margarita River Minor Affluent Watershed Geology, Elsinore Fault - DeLuz Creek Confluence |
| U.S.A.-Pl. Exhibit No. 31 | Santa Margarita River Watershed Isohyetal Map |
| U.S.A.-Pl. Exhibit No. 32 | Wet and Dry Periods in Southern California |
| U.S.A.-Pl. Exhibit No. 33 | Hydrograph of Monthly Runoff of Temecula Creek at Vail Dam Hydrograph of Monthly Runoff of O'Neill Ditch Near Ysidora, California |
| U.S.A.-Pl. Exhibit No. 34 | Hydrograph of Monthly Runoff of the Santa Margarita River Near Temecula |
| U.S.A.-Pl. Exhibit No. 35 | Hydrograph of Monthly Runoff of Murrieta Creek at Temecula Hydrograph of Monthly Runoff of DeLuz Creek |
| U.S.A.-Pl. Exhibit No. 36 | Hydrograph of Monthly Runoff of the Santa Margarita River Near Fallbrook |
| U.S.A.-Pl. Exhibit No. 37 | Hydrograph of Monthly Runoff of the Santa Margarita River at Ysidora |
| U.S.A.-Pl. Exhibit No. 38 | Santa Margarita River Coastal Area Watershed Natural and Present Conditions |
| U.S.A.-Pl. Exhibit No. 39 | Military Use of Water Within & Without the Santa Margarita River Watershed (Natural) |
| U.S.A.-Pl. Exhibit No. 40 | Military Use of Water Within & Without the Santa Margarita River Watershed (Present) |

4591

- 5 -

U.S.A.-Pl. Exhibit No. 41    Water Used for Irrigation Within & Without the Santa Margarita River Watershed (Natural)

U.S.A.-Pl. Exhibit No. 42    Water Used for Irrigation Within & Without the Santa Margarita River Watershed (Present)

U.S.A.-Pl. Exhibit No. 43    Total of All Uses Both Within and Without the Watershed of the Santa Margarita River

U.S.A.-Pl. Exhibit No. 44    Aerial Photographs of Northwestern San Diego County, 1929 Flight

U.S.A.-Pl. Exhibit No. 45    Tabulation Total Irrigated Acreage Within Rancho Santa Margarita 1929

U.S.A.-Pl. Exhibit No. 46    Aerial Photographs of Northwestern San Diego County, 1939

U.S.A.-Pl. Exhibit No. 47    Total Irrigated Acreage within Rancho Santa Margarita 1939

U.S.A.-Pl. Exhibit No. 48    Map Rancho Santa Margarita y Las Flores 1939

U.S.A.-Pl. Exhibit No. 49    Photographs of water uses on Rancho Santa Margarita y Las Flores prior to Acquisition by United States of America

U.S.A.-Pl. Exhibit No. 50    "Irrigation in Southern California" Bulletin Office of State Engineer 1888

U.S.A.-Pl. Exhibit No. 51    Panoramic photograph of Lake O'Neill and Vicinity and planimetric Drawing

U.S.A.-Pl. Exhibit No. 52    Sketch of Lake O'Neill and Vicinity.

- 6 -

| | |
|---|---|
| U.S.A.-Pl. Exhibit No. 53 | Area Capacity Curve Lake O'Neill, 1957 |
| U.S.A.-Pl. Exhibit No. 54 | Series of Photographs Showing Places of Present Water Use |
| U.S.A.-Pl. Exhibit No. 55 | Photographs of Development of Naval Enclave |
| U.S.A.-Pl. Exhibit No. 56 | Photographs, location maps, and Utility Layouts Showing Places of Water Use in Period Down to Date |
| U.S.A.-Pl. Exhibit No. 57 | Vertical Area Photographs in Color Santa Margarita River Watershed within the Naval Reservation |
| U.S.A.-Pl. Exhibit No. 58 | Pechanga Indian Reservation, Soil Survey Field Sheets, Vertical Aerial Photo Base |
| U.S.A.-Pl. Exhibit No. 59 | Pechanga Indian Reservation, Tabulation of Land Classification |
| U.S.A.-Pl. Exhibit No. 60 | Ramona Indian Reservation, Soil Survey Field Sheets, Vertical Aerial Photo Base |
| U.S.A.-Pl. Exhibit No. 61 | Ramona Indian Reservation, Tabulation of Land Classification |
| U.S.A.-Pl. Exhibit No. 62 | Coahuila Indian Reservation, Soil Survey Field Sheets, Vertical Aerial Photo Base |
| U.S.A.-Pl. Exhibit No. 63 | Coahuila Indian Reservation, Tabulation of Land Classification |

4593

| | |
|---|---|
| U.S.A.-Pl. Exhibit No. 64 | Public Domain, Soil Survey Field Sheets, Vertical Aerial Photo Base |
| U.S.A.-Pl. Exhibit No. 65 | Public Domain, Tabulation of Land Classification |
| U.S.A.-Pl. Exhibit No. 66 | Cleveland National Forest, Trabuco Unit, Soil Survey Field Sheets, Vertical Aerial Photo Base |
| U.S.A.-Pl. Exhibit No. 67 | Cleveland National Forest, Trabuco Unit, Tabulation of Land Classification |
| U.S.A.-Pl. Exhibit No. 68 | Cleveland National Forest, Palomar Unit, Soil Survey Field Sheets, Vertical Aerial Photo Base |
| U.S.A.-Pl. Exhibit No. 69 | Cleveland National Forest, Palomar Unit, Tabulation of Land Classification |
| U.S.A.-Pl. Exhibit No. 70 | San Bernardino National Forest, Soil Survey Field Sheets, Vertical Aerial Photo Base |
| U.S.A.-Pl. Exhibit No. 71 | San Bernardino National Forest, Tabulation of Land Classification |
| U.S.A.-Pl. Exhibit No. 72 | Aerial Photographs of Entire Santa Margarita River Watershed, 1955 Flight |
| U.S.A.-Pl. Exhibit No. 73 | Photographs showing Stream Flow Depletion Main Stem of Santa Margarita River |
| U.S.A.-Pl. Exhibit No. 74 | Sketch and Photographs of Delivery System for Naval Ammunition Depot |
| U.S.A.-Pl. Exhibit No. 75 | Population and Industrial Trends in Santa Margarita River Watershed |

4594

- 8 -

This list of exhibits is subject to revision based upon the disclosure by defendants of the exhibits which they intend to offer at the trial.