FILED
SEP 17 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _m mckinny_

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
           Plaintiff,
    v.
FALLBROOK PUBLIC UTILITY DISTRICT, et al.,
           Defendants.

No. 1247-SD-C

AFFIDAVIT OF SERVICE BY MAIL

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF SAN DIEGO   )

THOMAS STRENTZ, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

That, in the above entitled action, on September 9, 1958, he deposited in the United States mail at Oceanside, California, in envelopes bearing the requisite postage, at which places there is a delivery service by United States mails from said post offices, a copy of

Letter to Honorable Edmund G. Brown, Attorney General, State of California, from J. Lee Rankin, Solicitor General, and List of Exhibits of United States of America, Exclusive of Exhibits Introduced in Special Master's Proceedings;

addressed to last known addresses of the persons listed in Exhibit A, attached hereto and made a part hereof.

_Thomas Strentz_

Subscribed and sworn to before me
this 15th day of September, 1958

_____
Notary Public in and for said
    County and State
(SEAL)

My Commission Expires   June 3, 1958

4598

| | | |
|---|---|---|
| 1 | Florence A. Anderson | Charles H. Carter |
|   | Room 918 | 1025 Main Street |
| 2 | 756 South Broadway | Corona, California |
|   | Los Angeles, California | |
| 3 | | Howard E. Crandall |
|   | Anderson & Anderson | 127 West Anaheim Boulevard |
| 4 | Room 817 | Wilmington, California |
|   | 606 South Hill Street | |
| 5 | Los Angeles 14, California | Crider, Tilson & Ruppe |
|   | | 548 South Spring Street |
| 6 | Ashton, Drohan and Marchetti | Los Angeles 13, California |
|   | 3345 Newport Boulevard | Attention: Tom Halde |
| 7 | Newport Beach, California | |
|   | Attention: Harry Ashton | William J. Cusack |
| 8 | | Room 814 |
|   | Office of Attorney General | 307 West 8th Street |
| 9 | Library and Courts Building | Los Angeles, California |
|   | Sacramento, California | |
| 10 | Attention: Adolphus Moskovits, | Davidson & Russ |
|   | Deputy Attorney General | 16405 South New Hampshire Ave |
| 11 | | Gardena, California |
|   | Bates Booth & Gray, Binkley & Pfaelzer | |
| 12 | 458 South Spring Street | Charles B. DeLong |
|   | Los Angeles 13, California | 507 Harbor Insurance Building |
| 13 | | San Diego 1, California |
|   | Bauder, Gilbert, Thompson & Kelly | |
| 14 | Suite 939 | W. B. Dennis |
|   | 458 South Spring Street | 365 Broadway |
| 15 | Los Angeles, California | Vista, California |
| 16 | Best, Best & Krieger | Leonard J. Difani |
|   | Evans Building | 220 Loring Building |
| 17 | Riverside, California | Riverside, California |
| 18 | A. A. Bianchi | Emmett E. Doherty |
|   | Room 901 | 612 Flower Street |
| 19 | 400 Montgomery Street | Los Angeles, California |
|   | San Francisco, California | |
| 20 | | J. A. Donnelley & Richard P. MacNulty |
|   | Thomas J. Burke | 2655 4th Avenue |
| 21 | 504 Granger Building | San Diego, California |
|   | San Diego 1, California | |
| 22 | | Devor & Dorfman |
|   | Busch & Maroney | 924 Van Nuys Building |
| 23 | 367 North 2nd Avenue | Los Angeles 14, California |
|   | Upland, California | |
| 24 | | Lawrence E. Drumm |
|   | Bert Buzzini | Suite 820 |
| 25 | 2233 Fulton Street | 458 South Spring Street |
|   | Berkeley 4, California | Los Angeles 14, California |
| 26 | | |
|   | Cannon & Callister | Ray C. Eberhard |
| 27 | 650 South Spring Street | Room 1231 |
|   | Los Angeles 14, California | 215 West 7th Street |
| 28 | | Los Angeles 14, California |
|   | Mabel Clausen | |
| 29 | 320 First Trust Building | Estudillo & Bucciarelli |
|   | Pasadena, California | 3900 Market Street |
| 30 | | Riverside, California |
|   | Clayson, Stark & Rothrock | |
| 31 | Security Bank Building | Fendler, Weber & Lerner |
|   | Corona, California | 333 South Beverly Drive |
| 32 | Attention: George G. Grover | Beverly Hills, California |
|   | & Owen Strange | |

-1-

4599

EXHIBIT A

| | | |
|---|---|---|
| 1 | Daniel W. Gage | Higgs, Fletcher & Mack |
| | Room 740 | 2250 Third Avenue |
| 2 | 458 South Spring Street | San Diego 1, California |
| | Los Angeles 13, California | |
| 3 | | William Murray Hill |
| | Garver & Garver | 620-621 First National Bank Bldg |
| 4 | Camas, Washington | San Diego 1, California |
| 5 | Arthur M. Gediman | Howland & Prindle |
| | 119 South Main Street | 639 South Spring Street |
| 6 | Elsinore, California | Los Angeles 14, California |
| 7 | Leo Goodman | G. Norman Kennedy |
| | 629 South Hill Street | Room 415 |
| 8 | Los Angeles 14, California | 234 East Colorado Street |
| | | Pasadena, California |
| 9 | Gold & Gold | |
| | Suite 304, Bay Cities Building | James H. Kindel, Jr. |
| 10 | Santa Monica, California | Suite 405, Rowan Building |
| | | Los Angeles 13, California |
| 11 | Abraham Gottfried | |
| | 424 South Beverly Drive | Courtney Lacey |
| 12 | Beverly Hills, California | 408 East Florida Avenue |
| | | Hemet, California |
| 13 | Frank E. Gray | |
| | 202 South Hamilton Drive | Launer, Chaffee & Launer |
| 14 | Beverly Hills, California | Bank of America Building |
| | | Fullerton, California |
| 15 | Samuel A. Greenburg | |
| | 1014 West Valley Boulevard | ~~Walter Gould Lincoln~~ |
| 16 | Alhambra, California | ~~Suite 1113~~ |
| | | ~~746 South Hill Street~~ |
| 17 | Alvin G. Greenwald | ~~Los Angeles 14, California~~ |
| | Suite 303 | |
| 18 | 6505 Wilshire Boulevard | Lindley, Lazar & Scales |
| | Los Angeles 42, California | 825 Bank of America Building |
| 19 | | San Diego 1, California |
| | Hahn, Ross & Saunders | |
| 20 | Suite 611 | Luce, Forward, Kunsel & Scripps |
| | 608 South Hill Street | 1220 San Diego Trust & Savings Bldg |
| 21 | Los Angeles 14, California | San Diego 1, California |
| 22 | Frank S. Hamburger | William H. Macomber |
| | 1031 Mills Tower | 1114 San Diego Trust & Savings Bldg |
| 23 | San Francisco, California | San Diego 1, California |
| 24 | Halverson & Halverson | Earl Malmrose |
| | Suite 611 | Room 651 |
| 25 | 704 South Spring Street | 1206 Maple Avenue |
| | Los Angeles 14, California | Los Angeles 15, California |
| 26 | | |
| | Leslie B. Hanson | Richard M. Marsh |
| 27 | 4412 York Boulevard | 54-262 Jackson Street |
| | Los Angeles, California | Indio, California |
| 28 | | |
| | Hash & Bernstein | Thomas P. Menzies |
| 29 | 31 South First Avenue | Room 803 |
| | Phoenix, Arizona | 458 South Spring Street |
| 30 | | Los Angeles 13, California |
| | J. E. Hemmi | |
| 31 | 220 North Nevada Street | Henry M. Moffatt |
| | Oceanside, California | 121 East 6th Street |
| 32 | | Los Angeles 14, California |

4600

-2-

EXHIBIT A

| | | |
|---|---|---|
| 1 | Neblett, Walker & Sullivan<br>3742 10th Street | Slaughter, Schlesinger & Schlecht<br>250 East Palm Canyon Drive |
| 2 | Riverside, California<br>Attention: John Neblett | Palm Springs, California |
| 3 | | Snyder & Snyder |
| 4 | A. J. O'Connor<br>639 South Spring Street | 215 South La Cienega Boulevard<br>Beverly Hills, California |
| 5 | Los Angeles 14, California | George Stahlman |
| 6 | O'Melveny & Myers & George Stahlman<br>433 South Spring Street | Route 1, Box 235<br>Fallbrook, California |
| 7 | Los Angeles 13, California<br>Christopher M. Jenks and | W. E. Starke |
| 8 | Orrick, Dahlquist, Herrington & Sutcliffe<br>405 Montgomery Street | 1130 Bank of America Building<br>San Diego 1, California |
| 9 | San Francisco 4, California<br>Attention: Christopher M. Jenks | Hugo A. Steinmyer & Winfield Jones<br>650 South Spring Street |
| 10 | George M. Pierson<br>816 Continental Building | Los Angeles 14, California |
| 11 | Los Angeles 13, California | Stone & Moran<br>880 East Colorado Street |
| 12 | Postel & Postel<br>400 Montgomery Street | Pasadena, California |
| 13 | San Francisco 4, California | Swanwick, Donnelly & Proudfit<br>Suite 912 |
| 14 | Richardson & Henderson<br>174 North Palm Canyon Drive | 629 South Spring Street<br>Los Angeles 14, California |
| 15 | Palm Springs, California | Swing & Swing |
| 16 | Riedman, Dalessi, Shelton & Beyer<br>Suite 426 | 313 Central Building<br>San Bernardino, California |
| 17 | 110 West Ocean Boulevard<br>Long Beach 2, California | Swing, Scharnikow & Staniforth<br>Suite 604, San Diego Trust & Savings |
| 18 | Attention: Fred M. Riedman | Bank Building<br>San Diego 1, California |
| 19 | Office of Riverside County Counsel<br>County Court House | Attention: Phil D. Swing |
| 20 | Riverside, California<br>Attention: Wilburn J. Murry, Deputy | Tanner, Thurston & Myers |
| 21 | James H. Angell, Deputy | 215 West 7th Street<br>Los Angeles 14, California |
| 22 | Sachse & Price<br>1092 South Main Street | Harry E. Teasdall |
| 23 | Fallbrook, California | 114 North Main Street<br>Fallbrook, California |
| 24 | Office of San Diego County District Attorney<br>302 Civic Center | Teschke, Rowe & Cramer |
| 25 | San Diego 1, California<br>Attention: Robert G. Berrey, | 359 North Cannon Drive<br>Beverly Hills, California |
| 26 | Deputy District Attorney | Thompson & Colegate |
| 27 | Sarau, Adams, Neblett & Sarau<br>Suite 308 | 405 Citizens Bank Building<br>Riverside, California |
| 28 | 3972 Main Street,<br>Riverside, California | Trihey & Mirich |
| 29 | | 565 West 5th Street<br>San Pedro, California |
| 30 | Gary W. Sawtelle<br>650 South Spring Street | |
| 31 | Los Angeles 14, California | Van Dyke, Dellenback & McGoodwin<br>110 East 6th Street |
| 32 | J. D. Skeen<br>802 Utah Oil Building<br>Salt Lake City, Utah | Medford, Oregon |

4601

-3-                                                                   EXHIBIT A

| | | |
|---|---|---|
| 1 | Robert W. Walker, Henry M. Moffatt, Robert S. Curtiss | Ernest L. Messner |
| 2 | 448 Santa Fe Building | 5429 Crenshaw Boulevard |
| | Los Angeles, California | Los Angeles 43, California |
| 3 | | |
| | Watson, Hart & Nieras | Parker, Milliken & Kohlmeier |
| 4 | 5939 Monterey Road | 650 South Spring Street |
| | Los Angeles 42, California | Los Angeles 14, California |
| 5 | | |
| | G. E. Weikert | John L. Roberts |
| 6 | 918 Oviatt Building | P. O. Box 507 |
| | Los Angeles 14, California | Riverside, California |
| 7 | | |
| | Weyl, Dunnaway & Weyl | Shatford & Shatford |
| 8 | 6331 Hollywood Boulevard | 5920 North Temple City Blvd |
| | Los Angeles 38, California | Temple City, California |
| 9 | | |
| | Whitney & Friedlander | Stark & Champlin |
| 10 | 8736 Sunset Boulevard | Financial Center Building |
| | Los Angeles 46, California | Oakland 12, California |
| 11 | | |
| | E. E. Wiles | Cornelius T. Waldo |
| 12 | 305 Royal Hawaiian Avenue | 10742 Nassau Avenue |
| | Honolulu, T. H. | Sunland, California |
| 13 | | |
| | P. W. Willett | Loeb and Loeb |
| 14 | P. O. Box 103 | 523 West 6th Street |
| | Fallbrook, California | Los Angeles 14, California |
| | | Attention: Howard I. Friedman |
| 15 | | |
| | Dennett Withington | Alfred S. Chapman |
| 16 | 1317 "E" Street | Room 702, 606 South Hill St |
| | San Bernardino, California | Los Angeles 14, California |
| 17 | | |
| | Wyckoff, Parker, Boyle & Pope | Walter Gould Lincoln |
| 18 | P. O. Box 960 | 7130 Olivetas Avenue |
| | Watsonville, California | La Jolla, California |
| 19 | | |
| | Raymond Choate | Minton, Minton & Farrell |
| 20 | 127 West Anaheim Boulevard | 111 North Harvard Street |
| | Wilmington, California | Hemet, California |
| 21 | | Attention: Carl W. Minton |
| | Hammack & Pugh | |
| 22 | 541 South Spring St, Room 1015 | Beardsley, Hufstedler & Kemble |
| | Los Angeles 13, California | 610 Rowan Building |
| 23 | | Los Angeles 13, California |
| | Samuel Hurwitz | |
| 24 | 100 West Chapman Street | |
| | Orange, California | |
| 25 | | |
| | Randolph Karr, Roy Jerome and | |
| 26 | Harold S. Lentz | |
| | 65 Market Street | |
| 27 | San Francisco 5, California | |
| 28 | Kindell & Anderson | |
| | 1016 North Broadway | |
| 29 | Santa Ana, California | |
| 30 | Robert Kingsley | |
| | 3518 University Avenue | |
| 31 | Los Angeles 7, California | |
| 32 | | |

-4-

4602

EXHIBIT A