HARVEY BLACKMORE &
BETTY JEAN BLACKMORE

Defendants in propria persona
P. O. Box 122
Murrieta, California.

FILED

SEP 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1247- SD - C |
| Plaintiff, | ANSWER OF DEFENDANTS |
| v. | HARVEY BLACKMORE & |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL, | BETTY JEAN BLACKMORE, |
| Defendants. | Husband and wife, as Joint Tenants |

The defendants, HARVEY BLACKMORE & BETTY JEAN BLACKMORE each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 1297 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

14874

COPY RECEIVED
INDEXED

HARVEY BLACKMORE &
BETTY JEAN BLACKMORE

P. O. Box 122
Murrieta, Calif.

I

PARCEL 1 -- All that portion of Lots 1, 2, 6 and 97 of San Francisco Savings Union Subdivision of the MURRIETA PORTION OF THE TEMECULA RANCH, as shown by map on file in Book 1, page 16 of Maps, records of Riverside County, California, which lies Westerly of the center line of Antelope Road, as said road is shown on record of Survey on file in Book 14, page 44 of Records of Riverside County, EXCEPTING THEREFROM AN easement in favor of the public over any portion thereof included in public roads.
Said Lot 97 is also shown on Map of Temecula Land and Water Company on file in Book 8 page 359 of Maps, records of San Diego County, California.

PARCEL 2 -- Lots 95 and 96 of LANDS OF THE TEMECULA LAND AND WATER COMPANY, as shown by map on file in Book 8 page 359 of Maps, records of San Diego County, California.

PARCEL 3 -- The Northeasterly triangular portion of Lot 5 of the Lands in the San Francisco Savings Union's Subdivision of a portion of the Temecula Rancho, as shown by maps thereof on file in Book 1 page 18 of Maps, records of Riverside County, California. Said Lot 5 being divided by a diagonal line running from the most Northerly to the most Southerly corner of said Lot.
RESERVING ½ INTEREST IN ALL MINERAL RIGHTS EXCEPTING WATER
   SUBJECT TO:
            (1) Taxes for the fiscal year 1950-51, payable in November, 1950.
            (2) Conditions, restrictions, reservations, easements, rights and rights of way of record.
            (3) A Trust Deed of record in favor of the Federal Land Bank of Berkeley.

PARCEL 4 -- Lots 15 and 16 in Block A and Lots 23, 28, 29 and 30 in Block B of MURRIETA EUCALYPTUS CO'S TRACT, as shown by Map on file in Book 6 page 73 of Maps, records of Riverside County, California;

EXCEPTING therefrom an easement in favor of the public over any portion thereof included in public roads.
SUBJECT TO:
         Rights of Way, Reservations and Restrictions of record.

PARCEL 5 -- Lots 3, 4, 7 and 8 of San Francisco Savings Union, as shown by Map of the Murrieta Portion of the Temecula Ranch, as subdivided by the Temecula Land and Water Company recorded in Book 1 page 16 of Maps, Riverside County Records; excepting from said Lot 4 the Southeasterly one-half of the Northeasterly one-half thereof; in the County of Riverside, State of California.

14875

```
HARVEY BLACKMORE &
BETTY JEAN BLACKMORE
P. O. Box 122
Murrieta, Calif.
```

      We claim our water rights are paramount to all other rights or claims of right of Plaintiff in and to said water. We claim all water rights under our land for the beneficial use thereon.

      WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Harvey Blackmore*
*Betty Jean Blackmore*
Defendants in propria persona

Dated:

14876