Daisy E. Abernethy
P.O. Box 66
Murrieta
California
In Propia Personam

FILED

SEP 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff

   v.

Daisy E. Abernethy

ANSWER

I own ten acres of land at the corner (Southwest) of Jefferson and Ivy streets in the town of Murrieta, in the Murrieta portion of Temecula Rancho. I have seen a document stating that The Temecula Rancho is one of the Grants of Land made by Mexico, title to which was confirmed by the Treaty of Guadelupe Hidalgo between the United States Of America and Mexico. Further, I have also seen a document that leads me to believe that James Buchanan,

14877

COPY RECEIVED
INDEXED

Daisy E. Abernethy

Daisy E. Abernethy
P.O. Box 66
Murrieta
California
In Propia Personam

2

former President Of The United States Of America, issued a Patent for said Land Grant founding the patent on Mexican Title.

Therefore, I claim the protection of the Treaty Of Guadelupe Hidalgo and the United States Land Patent referred to above.

I believe that my private right to the water appurtenant to my property in this Grant is derived from the Federal Constitution's Laws and Treaties and as such is not subject to conflicting State Laws.

I have always used my water rights freely and exclusively in the past and, in good faith, I expect to do so in the future.

I have a well on my property which is used for domestic as well as irrigation purposes.

Signed,

*Daisy E. Abernethy*
Daisy E. Abernethy

14878