1    Defendants in propria persona  Duane H. DAWES and Janice A. DAWES
                                    P.O. Box 123, Fallbrook, Calif.
2

3

4            IN THE UNITED STATES DISTRICT COURT        F I L E D

5               SOUTHERN DISTRICT OF CALIFORNIA

6                    SOUTHERN DIVISION                    SEP 15 1958

7                                                    CLERK, U.S. DISTRICT COURT
                                                  SOUTHERN DISTRICT OF CALIFORNIA
     UNITED STATES OF AMERICA,         )          By _____
8                                      )                        DEPUTY CLERK
               Plaintiff,              )          CIVIL NO. 1247- SD - C
9                                      )
          v.                           )          ANSWER OF DEFENDANTS
10                                     )
     FALLBROOK PUBLIC UTILITY          )          Duane H. DAWES  and
11   DISTRICT, ET AL,                  )          Janice A. DAWES
                                       )
12             Defendants.             )

13        The defendants,   Duane H. Dawes and Janice A. Dawes

14   each severing from their co-defendants and each for himself or her-

15   self alone, in answer to the Complaint and Supplementary and Amenda-

16   tory Complaint on file herein, admit, deny, and allege:

17            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                         AMENDATORY COMPLAINT
18

19        These answering defendants hereby incorporate by reference

20   all of the allegations contained in the answer to said Complaint and

21   Supplementary and Amendatory Complaint filed in this case by Newton

22   T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

23   of the portion thereof entitled "Affirmative Statement of Rights")

24   and make each and all of said allegations a part of this answer

25   the same as if herein set forth at length.

26            AFFIRMATIVE STATEMENT OF RIGHTS

27        These defendants own 2.48    acres of land in San Diego

28   County, California, and within the watershed of the Santa Margarita

29   River, more particularly described in the document attached hereto,

30   marked Exhibit A, which is hereby incorporated by reference as a

31   part of this statement.

32   COPY RECEIVED                                              14979

     INDEXED

1   This land is now used for domestic use and irrigation

2   of Avacado, Lemon, Oranges, Grapefruit, Tangerines, Peach, Apple,

3   Olive. Persimon, Fig, Apricot, Pear, Plum, Grape, Berries, row

4   crops and grain and nuts.  Land can be used for grazing cattle and for

5   raising turkeys, chickens, fowl and nursery use.

6   Defendants claim the right to use land for future Sub-

7   division of all 2.48 acres into city lots.  Defendants claim the

8   right to percolating water and the right to drill and and all wells

9   which   may be needed to maintain domestice use, and irrigation

10  as listed above.

11  Defendants claim the right to the existing well which

12  does not at present have a pump on it but claim the right to

13  place a pump on it at some future date; and also claim the right

14  to any existing water which may be developed at any future date for

15  any purpose.

16

17

18   WHEREFORE, these defendants pray that plaintiff take

19  nothing against them by reason of the Complaint and Supplementary

20  and Amendatory Complaint on file herein; that said Complaint be

21  dismissed as against these defendants; that defendants' right to

22  water, as hereinabove set forth, be quieted as against the plain-

23  tiff and against all other defendants in this action; and for such

24  other and further relief as the Court may deem proper.

25

26

27  _Duane H. Dawes_
    Duane H. DAWES

28  _Janice A. Dawes_
    Janice A. DAWES
            Defendants in propria persona

29

30

31  Dated:    August 31, 1958

32

"EXHIBIT A"

PROPERTY DESCRIPTION

Of Defendants

Duane H. and Janice A. DAWES
P.O. Box 123, Fallbrook, Calif.


The Southwest One-Quarter of Lot Twelve (12) of the
Shipley Tract, in West Fallbrook, in the County of San Diego,
State of California, according to Map thereof No. 132, filed in
the office of the Recorder of said County on August 22, 1887;
SUBJECT TO:  Contitions, restrictions, reservations, rights,
rights of way, and easements of record, if any; described as follows:


Beginning at the Southwest Corner of said Lot 12; thence
along the West line of said Lot 12 North 6°2o'15"E. 330.55 feet;
thence along South line of said Lot 12 North 89°57'E.180.00 Feet;
thence along West line of said Lot 12 South 0°17!50"West 330.69 Feet;
thence South 89°57'West, 326.10 Feet to the point of beginning.

14880