Copy: Proof of service attached

(Mrs.) Gladys B. Culyhouse
Defendant
Home Address: 115 Siena Drive, Long Beach 3, Calif.
Business Address:

**FILED**
SEP 15 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,
v.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,
    Defendants.

CIVIL NO. 1247 - SD - C

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT OF

Gladys B. Culyhouse

The defendant, Gladys B. Culyhouse, severing from her co-defendants in the Summons and Answer but claiming a joinder with the additional parties defendant as evidence, defense, and decisions of the Court may be applicable to answering defendant herein, in answer to the Complaint and Supplementary and Amendatory Complaint on file and referred to herein, admits, denies, and alleges:

I

Answering defendant denies any unlawful interference with the rights of the plaintiff in the Santa Margarita River and/or its tributaries.

14881

Copy recd INDEXED

## II

Answering all other allegations of plaintiff, defendant admits that plaintiff makes claims and assertions in said original Complaint and Supplementary and Amendatory Complaint; defendant alleges she has no information or belief sufficient to enable her to answer all allegations therein; and, basing her denial on that ground, denies all of said allegations, claims and assertions of plaintiff.

### AFFIRMATIVE STATEMENT OF RIGHTS

Answering defendant admits that she owns 28.40 acres of land in Riverside County, California, more particularly described as: Portion of NW quarter of N.W quarter of Section 25 Township 6 South, Range 4 W, San Bernardino Base Meridian

## I

Answering defendant claims:

1. Upper riparian rights to any surface streams or ponds upon her land and to any underflowing water under her land, as a right acquired by acquiring title to the land;
2. Any water that rises or will rise on her land;
3. Any and all water that falls on her land, as long as it remains thereon;

14822

4. Any and all water that lies under her land in any subterranean basin;

5. Any and all water that may be developed in any manner whatsoever and brought to the surface of her land.

II

Answering defendant alleges:

1. "The water right is a property right. It is a valuable right. And it is real estate."

    (California Agricultural Division,
    <u>Irrigation Rights in California</u>,
    University of California Circular 452)

2. That plaintiff, as a governmental agency, does not have the right to take private property.

    (<u>Felton Water Co.</u> vs. <u>Superior Court</u>
     <u>of Santa Cruz</u>    82 CA 382

    <u>Curran vs. Shattuck</u>  24 C 427

    Newburry vs. Evans  97 CA 120)

3. That plaintiff, as a downstream landowner, has no right to hamper answering defendant in the development of her land.

    (California Amendment, submitted by
     Senator Dilworth and passed 1953 )

4. That plaintiff, as a private party purchasing a rancho,

(Paragraph II, Stipulation dated November 29, 1951, quoted in Paragraph IV, A., 1, in Order of United States District Judge James M. Carter, dated February 11, 1958.)

cannot claim any downstream water from defendant's land

14883

till answering defendant uses all the water she needs.

(Merced County Farmers vs.
Bernard Arbelbide,
Third District Court of Appeals,
Sacramento, December 5, 1957)

WHEREFORE, answering defendant prays that plaintiff take nothing against her by reason of the Complaint and Supplementary and Amendatory Complaint on file by reference herein; that said Complaint be dismissed against this defendant; that defendant's right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

                                    _____
                                                Defendant

STATE OF CALIFORNIA   )
                                          ) SS.
COUNTY OF LOS ANGELES )

Subscribed and sworn to before me this _____ day of September, 1958

                                    _____
                                    Notary Public in and for the
                                    County of Los Angeles and the
                                    State of California

14884