SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAnoldph 9-1154

FILED
SEP 15 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,

    Defendants.

NO. 1247 SD-C

ANSWER OF DEFENDANT
GENEVA B. NICHOLAS

Defendant GENEVA B. NICHOLAS, as distributee under the Decree of Distribution in the Estate of William H. NICHOLAS, deceased, being number 56932 in the Superior Court of the State of California in and for the County of San Diego, admits, denies and alleges as follows:

FIRST DEFENSE

I

Defendant is the surviving widow of William H. Nicholas, deceased, and is distributee under the Decree of Distribution in the Estate of William H. Nicholas, deceased, being case number 56932 in the files of the Superior Court of the State of California in and for the County of San Diego, and as such distributee is the owner of the real property described in Exhibit A hereunto attached and made a part hereof by reference.

II

Defendants have no knowledge or information sufficient

- 1 -

COPY RECEIVED

INDEXED

14885

to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

### III

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation referred to and admit that a stipulated judgement was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### IV

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### V

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### VI

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

- 2 -

14886

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendant do not abut upon and are not riparian to any stream. Approximately 12.5 acres of said lands are arable and irrigable and are presently planted to avocados. The said lands overlie vagrant local percolating ground waters not a part of any stream.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prioer and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by /s/ Franz R. Sachse
Franz R. Sachse
Attorneys for Defendant
Geneva B. Nicholas

DATED: SEPTEMBER 13, 1958.

- 3 -

14887

EXHIBIT A

All that portion of the Northeast Quarter of the Southeast Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Meridian, in the County of San Diego, State of California, described as follows: Beginning at the Northeast corner of said Southeast Quarter; thence along the North line of said Southeast Quarter North 89° 45' 45" West 395.03 feet to the Northeast corner of the tract of land conveyed to W. H. Nicholas, et ux, by deed recorded July 12, 1949 in Book 3254, page 152 of Official Records; thence along the Easterly boundary line of said Nicholas land South 9° 23' 10" West 197.26 feet, and South 35° 48' West 136.62 feet, and South 26° 30' West 200 feet, and South 23° 01' 30" West 71.24 feet to the Southeast corner of said Nicholas land; thence South 72° 33' 30" East 86.65 feet; thence South 88° 03' 30" East 78.75 feet; thence South 79° 50' 30" East 51.70 feet; thence South 40° 58' East 72.75 feet; thence South 58° 30' 30" East 44.20 feet; thence South 49° 03' East 149.70 feet to the center line of Mission Road No. 1-c, being a point on a curve concave Northwesterly having a radius of 800 feet, the radial line through said point bears South 62° 08' East; thence Northeasterly along said curve 21.18 feet to the end thereof; thence continuing along said center line on a tangent to said curve North 26° 21' East 311.48 feet to the beginning of a curve concave Southeasterly having a radius of 200 feet; thence Northeasterly along said curve 98.47 feet to the East line of said Section 17; thence along said East line 391.47 feet to the point of beginning.

In the State of California, County of San —
All that portion of the Northeast Quarter of the Southeast Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Base and Meridian, described as follows:

Beginning at the Northwest corner of said Northeast Quarter of Southeast Quarter; thence along the North line of said Southeast Quarter North 89° 45'45" West 18.20 feet to the center line of Road Survey No. 574, according to Map thereof on file in the office of the Surveyor of said San Diego County, being a point in a curve concave Northeasterly having a radius of 500 feet, the radial line through said point bears South 61° 26'50" West; thence Southeasterly along said curve 38.81 feet to the end thereof; thence continuing along said center line, tangent to said curve South 33°0' East 300.09 feet to the most Southerly corner of the tract of land conveyed to William Inhelder, et ux, by deed recorded in Book 3075, page 182 of Official Records, being the true point of beginning; thence continuing along said center line South 33°0' East 360.00 feet; thence North 40°14'30" East 122.50 feet; thence North 77°32'30" East 62.76 feet; thence South 81°31'30" East 115.65 feet; thence South 61°34'30" East 105.62 feet; thence North 23°0'30" East 71.24 feet; thence North 26°30' East 200 feet; thence North 35°48' East 136.62 feet; thence North 9°23'10" East 197.26 feet to the North line of said Southeast Quarter; thence along said North line North 89°45'45" West 428.82 feet to the most Easterly corner of said land of Inhelder; thence along the Southeasterly line of said land of Inhelder South 50°55'30" West 448.65 feet to the true point of beginning.

Containing 14 acres more or less.

- 4 -

14888

STATE OF CALIFORNIA,
County of San Diego } ss.    1247 SD-C

Franz R. Sachse _____ being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of San Diego ; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is 1092 South Main Street, Fallbrook, San Diego, California,

that on the 13th day of September, 19 58, affiant served the within Answer of Defendant and Request for Admissions of GENEVA B. NICHOLAS

on the Plaintiff _____ in said action, by placing a true copy thereof in an envelope addressed to the attorneys of record for said plaintiff _____ at the office address of said attorney, as follows:

Hon. J. Lee Rankin, 325 West F Street, San Diego 1, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a sub-post office, sub-station (or branch post office, or other like facility) regularly maintained by the Government of the United States at Fallbrook, San Diego County, California, where is located the office of the attorneys for the person by and for whom said service was made. That there is delivery service by the United States mail at the place so addressed or there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 13th day of September, 19 58

Notary Public in and for the County of _____, State of California.
(SEAL)

* Here quote from envelope name and address of addressee.
** If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office."
*** When the letter is addressed to a post office other than city in which letter is mailed strike out "and"; when addressed to city in which letter is mailed strike out "or."

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 8-54

60335

14886 A