L.S. Brown
Murrieta
California
In Propia Personam

FILED

SEP 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                  Plaintiff

v.

L.S. Brown,

                  Defendant

ANSWER

I own 4 plus acres of land in the Murrieta Portion of the Temecula Rancho. I have seen a document stating the Temecula Rancho is one Grants of Land made by Mexico, the Title to which was confirmed by the Treaty Of Guadalupe Hidalgo between the United States and Mexico. I have also seen a document that led me to believe that James Buchanan, former President Of The United States Of America, issued a patent for said land grant, founding the patent on the Mexican Title.

      Therefore, I claim the protection of the Treaty Of Guadalupe Hidalgo and the U.S. land patent referred to above. I believe that my private right to

L.S.Brown
Murrieta
California


the water appurtenant to my property in this Grant is derived from the Federal Constitution's Laws and Treaties and as such is not subject to conflicting State Laws. I have always used my water rights freely and exclusively in the past and I expect, in good faith, to do so in the future. I have a well on my property which is used for domestic and other purposes.

### Exhibit A

On Map 20-7 of Riverside County, my property lies in Section 124 of the Temecula Rancho, Murrieta Portion, Riverside County, California.

Signed,

L.S. Brown

by T.L. Brown agent