GEORGE C. CONTRERAS and AVENI M. CONTRERAS

Defendants in propria persona

MURRIETA, CALIFORNIA

**FILED**

SEP 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | CIVIL NO. 1247 - SD - C |
|                    Plaintiff,      ) | ANSWER OF DEFENDANTS |
|           vs.                      ) | GOERGE C. CONTRERAS and |
| FALLBROOK PUBLIC UTILITY           ) | AVENI M. CONTRERAS |
| DISTRICT, ET AL,                   ) | |
|                    Defendants,     ) | |

The defendants,

each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own 86 5/10 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

14868

COPY RECEIVED

EXHIBIT A

Description of property:

Farm Lot 28 containing 40 acres in the Murrieta portion of the Temecula Ranch also the Northeast ½ Railroad right of way adjoining.

Farm Lot 44 containing 46 5/10 acres in the Murrieta portion of the Temecula Ranch. Both Farm Lots are shown, and more particularly described by a Map on file in Book 8 Page 359 San Diego County Records.

14869

EXHIBIT B

My land above described is all in the Temecula Land Grant, I believe was one of the Mexican California Grants of land, which was approved by both the government of Mexico and the government of the United States, when they signed the Treaty of Guadalupe Hidalgo; as such I believe I can use it freely and exclusively without dividing my water rights with anyone else, and I believe that I am not subject to adverse law of the State of California.

I rely upon the original Mexican Title or with the Federal Patent signed by President Buchanan and records of the State of Upper California. I rely on the Treaty of Guadalupe Hidalgo. I rely on matters of record in the United States and California, relating to my land.

14870

WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*George C. Contreras*

*Aneni M Contreras*

Defendants in propria persona

Dated:
9-3-58

14871