1  FRANK WILL and HAZEL EUNICE PITTAM
2  Defendants in propria persona
3  3268 SNOWY BUTTE ROAD, CENTRAL POINT, ORE.

FILED
SEP 15 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By /s/ _____ DEPUTY

5              IN THE UNITED STATES DISTRICT COURT
6                SOUTHERN DISTRICT OF CALIFORNIA
7                      SOUTHERN DIVISION

8  UNITED STATES OF AMERICA,      )  CIVIL NO. 1247 - SD - C
9              Plaintiff,          )  ANSWER OF DEFENDANTS
10      v.                         )
11 FALLBROOK PUBLIC UTILITY        )  FRANK WILL PITTAM
   DISTRICT, ET AL,                )       AND
12             Defendants.         )  HAZEL EUNICE PITTAM

13      The defendants, FRANK WILL and HAZEL EUNICE PITTAM
14 each severing from their co-defendants and each for himself or herself
15 alone, in answer to the Complaint and Supplementary and Amendatory Com-
16 plaint on file herein, admit, deny, and allege:

17          ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference all
19
   of the allegations contained in the answer to said Complaint and Supple-
20
   mentary and Amendatory Complaint filed in this case by Newton T. Bryant
21
   and Willie Mae Bryant (excepting only Paragraphs I and II of the portion
22
   thereof entitled "Affirmative Statement of Rights") and make each and all
23
   of said allegations a part of this answer the same as if herein set forth
24
   at length.
25
              AFFIRMATIVE STATEMENT OF RIGHTS
26
         These defendants own 118.24 acres of land in RIVERSIDE
27
   County, California, and within the watershed of the Santa Margarita River,
28
   more particularly described in the document attached hereto, marked Exhibit
29
   A, which is hereby incorporated by reference as a part of this statement.
30
31
32

1 USEING WATER FROM WELLS AND CLAIM RIGHT to DEVELOP
2 MORE WATER.

     WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Frank orvill Pittum*

*Hazel Eunice Pittum*
Defendants in propria persona

Dated: Sept 11- 1958

14860