SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

F I L E D

SEP 15 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )
        vs. )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al., )
        Defendants. )

No. 1247-SD-C

REQUEST FOR
ADMISSIONS UNDER
RULE 36

GENEVA B. NICHOLAS

Defendants GENEVA B. NICHOLAS as distributee under the Decree of Distribution in the Estate of William H. Nicholas, deceased, being number 56932 in the Superior Court of the County of San Diego and State of California; requests plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

1. Defendants are the owners of the lands described in their answer herein.

2. The lands described in the answer of defendants include 12-1/2 acres of irrigable land.

3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

4. The lands of Defendant do not abut upon or are not riparian to any stream. Said lands overlie vagrant local

COPY RECEIVED

- 1 -

4596

1  percolating ground waters not a part of any stream.
2  DATED : SEPTEMBER 13, 1958

                                      SACHSE and PRICE

                                      BY _____
                                           Franz R. Sachse
                                      Attorney for Defendant
                                      Geneva B. Nicholas