LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

(SPACE BELOW FOR FILING STAMP ONLY)

F I L E D

SEP 17 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

Attorneys for  Defendants.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,

        Defendants

No. 1247-SD-C

INTERROGATORIES
TO BE ANSWERED BY
VAIL COMPANY

     Defendant FALLBROOK PUBLIC UTILITY DISTRICT requests Defendant VAIL COMPANY to answer under oath the following Interrogatories in accordance with Rule 33, Federal Rules of Civil Procedure.

     1. Please state the amount of water impounded in the Vail Reservoir since its construction, using the most frequent intervals of measurement, i.e., weekly, monthly, etc. for which records are available.

     2. Please state the metered discharges from the Vail Dam into Temecula Creek since construction of the dam using the most frequent intervals of measurement, i.e., daily, weekly, etc. for which records are available.

     3. Please state the estimated diversions from Temecula Creek below the Vail Dam into the Vail Company irrigation system since the construction of the dam, using the most frequent intervals of measurements, i.e., daily, weekly, etc. for which

1 records are available.
2     4. Please state the measured daily run-off of the Santa
3 Margarita River for the calendar year 1958, at the following
4 U.S.G.S. Gauging Stations:
5         a. Temecula Creek (Nigger Canyon).
6         b. Santa Margarita River (Near Temecula).

8 DATED: September 15, 1958.

                      SWING, SCHARNIKOW & STANIFORTH
                      SACHSE and PRICE

                      BY _____
                          Franz R. Sachse

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 2 -

4604

(PROOF OF SERVICE BY MAIL — 1013a. and 2015.5 C.C.P.)

STATE OF CALIFORNIA,
County of __San Diego__ } ss.    No. 1247 SD C

I, the undersigned, say: I am and was at all times herein mentioned, a citizen of the United States and a resident of the County of __San Diego__, over the age of eighteen years and not a party to the within action or proceeding; that My business address is __1092 South Main Street, Fallbrook, California__

that on __September 15,__ 19__58__, I served the within __Interrogatories to be Answered by Vail Company__

on the __plaintiff__ in said action or proceeding by depositing a true copy thereof, inclosed in a sealed envelope with postage thereon fully prepaid, in a mailbox, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at¹ __Fallbrook__

in the City of _____, California addressed to the attorney ____ of record for said __plaintiff__ at the office address of said attorney ____, as follows:² "

    Hon. J. Lee Rankin
    Room 332, 325 West F Street, San Diego 1, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Executed on __September 15, 1958__  __Fallbrook__ , California
                  (date)                    (place)
                                          (Signature)

¹If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office". ²Here quote from envelope name and address of addressee.

4605

PROOF OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REVISED 5-58    66981