P. W. Willett  
Attorney at Law  
P. O. Box 103  
Fallbrook, California  
Telephone: RA 8-7150

**FILED**  
SEP 18 1958  
CLERK, U.S. DISTRICT COURT  
SOUTHERN DISTRICT OF CALIFORNIA  
By _____  
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al,<br><br>         Defendants. | No. 1247-SD-C<br><br>SUBSTITUTION<br>OF ATTORNEYS<br>BY THE DEFENDANTS,<br>ROBERTA L. CULPEPPER<br>and<br>LEORA M. BUCK. |

Defendants, Roberta L. Culpepper and Leora M. Buck, hereby substitute P. W. Willett as their attorney of record, in place of P. W. Willett and William H. Macomber.

Dated: June 10th, 1958.

_____         _____
(Roberta L. Culpepper)              (Leora M. Buck)

I hereby consent to the above substitution.

Dated: ~~June~~ Sept. 2nd, 1958.

_____
(William H. Macomber)

Above substitution accepted.

Dated: ~~June~~ Sept. 4, 1958.

_____
(P. W. Willett)

4606

COPY RECEIVED

**AFFIDAVIT OF SERVICE BY MAIL (C.C.P., 1013a)**
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO }
STATE OF CALIFORNIA } ss.    No. 1247-SD-C

F. D. Davis .............being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's residence address is 823 E. Alvarado St., Fallbrook, California.

That affiant served the attached Substitution of Attorney
the original and 3 true copies
by placing thereof in an envelope addressed to

J. Lee Rankin, Solicitor General.

at his office address, which is Room 332, 325 F Street,

San Diego, California.

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on

Sept. 10, 1958, deposited in the United States Mail at Fallbrook,

California. That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me

Sept. 10, 1958.    F. D. Davis

Notary Public in and for the County of San Diego, State of California
(SEAL)
MY COMMISSION EXPIRES SEPT. 17, 1959

**AFFIDAVIT OF SERVICE BY MAIL**

Form 9A Co. Clk. 10-56 20M PP

4607