P. W. WILLETT
Attorney at Law
P. O. Box 103
Fallbrook, California
Telephone: RA 8-7150

**FILED**
SEP 18 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v: ) <br> ) <br> FALLBROOK PUBLIC UTILITY ) <br> DISTRICT, et al, ) <br> ) <br> Defendants. ) | No. 1247-SD-C <br><br> SUBSTITUTION <br> OF ATTORNEYS <br> BY THE DEFENDANTS, <br> BEN G. MARTIN <br> and <br> BLANCHE E. MARTIN. |

Defendants, Ben G. Martin and Blanche E. Martin, hereby substitute P. W. Willett as their attorney of record, in place of P. W. Willett and William H. Macomber.

Dated: June 20, 1958.

_____  _____
(Ben G. Martin)                (Blanche E. Martin)

I hereby consent to the above substitution.
Dated: ~~June~~ Sept. 2nd, 1958.

_____
(William H. Macomber)

Above substitution accepted.
Dated: ~~June~~ Sept. 4, 1958.

_____
(P. W. Willett)

4608

COPY RECEIVED

## AFFIDAVIT OF SERVICE BY MAIL (C. C. P. 1013a)
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO } ss.  No. 1247-SD-C
STATE OF CALIFORNIA

F. D. Davis ........being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's residence address is 823 E. Alvarado St., Fallbrook, California.

That affiant served the attached Substitution of Attorneys the original and 3 true copies by placing thereof in an envelope addressed to

J. Lee Rankin, Solicitor General,

at his office address, which is Room 332, 325 West F Street,

San Diego, California,

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on

September 10, 1958, 195......, deposited in the United States Mail at Fallbrook,

California. That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me
Sept. 10, 1958, 195......

F. D. Davis

Notary Public in and for the County of San Diego, State of California
(SEAL)

**AFFIDAVIT OF SERVICE BY MAIL**

MY COMMISSION EXPIRES SEPT. 17, 1958

4609

Form 9A Co. Clk. 10-56 20M PP