LESTER E. SONES and
LOIS M. SONES,
Defendants in Propria Persona
409 East Fallbrook Street
Fallbrook, California

FILED
SEP 18 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1247-SD-C |
| Plaintiff, ) | RELEASE OF ATTORNEYS OF RECORD |
| v. ) | BY THE DEFENDANTS, |
| FALLBROOK PUBLIC UTILITY ) | LESTER E. SONES |
| DISTRICT, et al, ) | and |
| Defendants. ) | LOIS M. SONES |

P. W. Willett and William H. Macomber having appeared in the above-entitled action as attorneys of record for the defendants, Lester E. Sones and Lois M. Sones; and said defendants being desirous of appearing in propria persona; said defendants hereby release said above-named attorneys from all responsibility as their attorneys of record and ask that the records of the above-entitled Court show that said P. W. Willett and William H. Macomber are no longer the attorneys of record for said defendants.

Dated: June 24, 1958.

_____                _____
(Lester E. Sones)                       (Lois M. Sones)

I hereby accept said release as attorney of record for said defendants, Lester E. Sones and Lois M. Sones.

Dated: June 24th, 1958.

_____
(P. W. Willett)

I hereby accept said release as attorney of record for said defendants, Lester E. Sones and Lois M. Sones.

Dated: ~~June~~ Sept. 2nd, 1958.

_____
(William H. Macomber)

4610

COPY RECEIVED

# AFFIDAVIT OF SERVICE BY MAIL (C. C. P. 1013a)
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO } ss.   No. 1247-SD-C
STATE OF CALIFORNIA

F. D. Davis, being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's residence address is 823 E. Alvarado St., Fallbrook, California.

That affiant served the attached Release of Attorneys of Record

by placing the original and 3 true copies thereof in an envelope addressed to

J. Lee Rankin, Solicitor General,

at his office address, which is Room 332, 325 West F Street,

San Diego, California.

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on

Sept. 10, 1958, deposited in the United States Mail at Fallbrook,

California. That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me

Sept. 10, 1958   F. D. Davis

Notary Public in and for the County of San Diego, State of California
(SEAL)

MY COMMISSION EXPIRES SEPT. 17, 1958

## AFFIDAVIT OF SERVICE BY MAIL

Form 9A Co. Clk. 10-56 20M PP

4611