MILTON P. MARTIN and
MAGGIE E. MARTIN,
Defendants in Propria Persona
P. O. Box 188
Fallbrook, California

FILED
SEP 18 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1247-SD-C |
| Plaintiff, ) | |
| v. ) | RELEASE OF ATTORNEYS OF RECORD |
| FALLBROOK PUBLIC UTILITY ) | BY THE DEFENDANTS, |
| DISTRICT, et al, ) | MILTON P. MARTIN |
| ) | and |
| Defendants. ) | MAGGIE E. MARTIN |

P. W. Willett and William H. Macomber having appeared in the above-entitled action as attorneys of record for the defendants, Milton P. Martin and Maggie E. Martin; and said defendants being desirous of appearing in propria persona; said defendants hereby release said above-named attorneys from all responsibility as their attorneys of record and ask that the records of the above-entitled Court show that said P. W. Willett and William H. Macomber are no longer the attorneys of record for said defendants.

Dated: June 20, 1958.

_____        _____
(Milton P. Martin)               (Maggie E. Martin)

I hereby accept said release as attorney of record for said defendants, Milton P. Martin and Maggie E. Martin.

Dated: ~~June~~ Sept. 4, 1958.

_____
(P. W. Willett)

I hereby accept said release as attorney of record for said defendants, Milton P. Martin and Maggie E. Martin.

Dated: ~~June~~ Sept. 2nd, 1958.

_____
(William H. Macomber)

4612

COPY RECEIVED

COUNTY OF SAN DIEGO } ss.
STATE OF CALIFORNIA

**AFFIDAVIT OF SERVICE BY MAIL (C. C. P. 1013a)**
(Must be attached to original or a true copy of paper served)

No. 1247-SD-C

F. D. Davis, being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's residence address is 823 E. Alvarado St., Fallbrook, California.

That affiant served the attached Release of Attorneys of Record
the original and 3 true copies

by placing ~~a true copy~~ thereof in an envelope addressed to J. Lee Rankin, Solicitor General,

at his ~~residence~~ office address, which is Room 332, 325 West F Street,

San Diego, California.

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on

Sept. 10, 1958, deposited in the United States Mail at Fallbrook,

California. That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me

Sept. 10, 1958.   F. D. Davis

[signature]
Notary Public in and for the County of San Diego, State of California
(SEAL)

MY COMMISSION EXPIRES SEPT. 17, 1959

**AFFIDAVIT OF SERVICE BY MAIL**

Form 9A Co. Clk. 10-56 20M PP

4613