P. W. WILLETT
Attorney at Law
P. O. Box 103
Fallbrook, California
Telephone: RAndolph 8-7150

**FILED**
SEP 18 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al,<br><br>　　　　　　　Defendants. | No. 1247-SD-C<br><br>RELEASE OF<br>WILLIAM H. MACOMBER<br>AS ONE OF THE ATTORNEYS<br>OF RECORD FOR THE<br>DEFENDANTS, P. W. WILLETT<br>AND FAYETTE D. WILLETT. |

William H. Macomber and P. W. Willett having appeared in the above-entitled action as attorneys of record for said defendants, said defendants hereby release said William H. Macomber from all responsibility as one of their attorneys of record and ask that the records of the above-entitled Court show that said William H. Macomber is no longer one of the attorneys of record for said defendants.

Dated: May 19, 1958.

_____
(P. W. Willett)

_____
(Fayette D. Willett)

I hereby accept said release as one of the attorneys of record for said defendants.

Dated: Sept. 2, 1958.

_____
(William H. Macomber)

COPY RECEIVED

4614

# AFFIDAVIT OF SERVICE BY MAIL (C. C. P. 1013a)
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO } ss.
STATE OF CALIFORNIA

No. 1247-SD-C

F. D. Davis _____, being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's residence address is ____Fallbrook, California.____

That affiant served the attached ____Substitution of Attorneys____

the original and 3 true copies

by placing /~~a true copy~~ thereof in an envelope addressed to

____J. Lee Rankin, Solicitor General,____

at ~~their~~ his ~~residence~~ office address, which is ____Room 332, 325 West F Street,____

____San Diego, California.____

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on

____September 10____, 195_8_, deposited in the United States Mail at ____Fallbrook,____

____California.____ That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me

____Sept. 10____, 195_8_.    _F. B. Downs_

_[signature]_
Notary Public in and for the County of San Diego, State of California
(SEAL)

MY COMMISSION EXPIRES SEPT. 17, 1959

**AFFIDAVIT OF SERVICE BY MAIL**

Form 9A Co. Clk. 10-56 20M ↳615