J. LEE RANKIN
Solicitor General
Department of Justice
Washington, D. C.

Attorney for United States
    of America

# FILED

### SEP 18 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. D. Teec__
                              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1247-SD-C |
| Plaintiff, ) | |
| ) | REPLY TO REQUEST FOR ADMISSIONS |
| v. ) | OF |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) et al., ) | MILTON P. MARTIN and MAGGIE E. MARTIN |
| Defendants. ) | |

MILTON P. MARTIN and MAGGIE E. MARTIN, defendants in the above en-
titled action, have filed an Answer, dated June 16, 1958, to the Complaint
and Supplementary and Amendatory Complaint.  In the Answer no claim to the
right to the use of water of the Santa Margarita River and its tributaries
is made.  Under the circumstances the defendant, in fact, is disclaiming
any right, title and interest to the water of the Santa Margarita River and
its tributaries.  It is understood, however, from the directions of the Court
that it is desirable to have entered in the decree by the Court, certain
data in regard to lands of these defendants.

The defendants request by a Request for Admissions, dated June 16,
1958, that the plaintiff admit that the following statements are true:  (1)
Defendants are the owners of the lands described in their answer herein; (2)
the lands described in the answer of defendants include 10 acres of irrigable
land; (3) a reasonable water duty for the irrigable lands of defendants is
4.2 acre feet per acre per year; (4) the lands of defendants are not riparian

-1-

4622

to and do not abut upon any stream; (5) the waters underlying the lands of defendants are percolating ground waters not a part of any stream.

The plaintiff admits that insofar as is known at the present time the defendants are the owners of the land described in the answer.  On August 27, 1958, the defendant indicated to representatives of the United States the boundary limits of the property described in the aforesaid answer and a reconnaissance survey was made of the property.  Based upon this survey the United States of America admits that all of the lands described in the answer, approximately 10 acres, is irrigable and that in the event the irrigable lands are devoted to the raising of permanent pasture, a project duty of 4.2 acre feet per year would be required.  However, a smaller quantity of water per acre per year would be adequate with the adoption of a more practical and profitable agricultural development.  Project duty is the water which must be applied to the crop plus the sum of those losses which occur between the point of supply and the point of use.

The reconnaissance survey further showed that the lands described in the answer do not abut on the Santa Margarita River or its tributaries; moreover, that the lands probably overlie percolating ground waters.  In using the term "overlie" it is not to be ascribed the legal significance given the term in Pasadena v. Alhambra, 33 Calif (2d) 908, 207 Pac (2d) 17 (1949).  These ground waters are not a part of any surface or subsurface stream or subsurface basin of the Santa Margarita River or its tributaries.

Dated:  September 15, 1958.

*Donald W Redd*

ATTORNEY FOR PLAINTIFF

-2-

4623

1   STATE OF CALIFORNIA      )
                              )  ss.
2   COUNTY OF SAN DIEGO       )
            DONALD W. REDD
3           ~~RANIE~WXXXMIKKKK~, Attorney for the Plaintiff, being duly sworn,

4   upon oath deposes and says:  That he signed on behalf of the United

5   States of America, the foregoing answer to Request For Admissions of

6   Milton P. Martin and Maggie E. Martin;

7

8   that he has read the foregoing answers; that he is authorized to sign

9   it on behalf of the United States of America; and that the statements

10  contained in those answers are true except insofar as the statements

11  are based upon information and belief and those statements he believes

12  to be true.

13                      *Donald W Redd*

14

15  Subscribed and sworn to before me
    this  16th   day of  September  , 1958.

16

17  *Margaret B. Tooker*
    Notary Public in and for said
18          County and State

19  (SEAL)

20  My Commission Expires June 3, 1962.

21

22

23

24

25

26

27

28

29

30

31

32

                        -3-                          4624