1  J. LEE RANKIN
   Solicitor General
2  Department of Justice
   Washington, D. C.
3
   Attorney for United States
4    of America

FILED

SEP 18 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                           )   No. 1247-SD-C
            Plaintiff,     )
                           )   REPLY TO REQUEST FOR ADMISSIONS
     v.                    )
                           )   OF
FALLBROOK PUBLIC UTILITY DISTRICT, )
et al.,                    )   O. B. WILLIAMSON, AS EXECUTOR OF THE
                           )   ESTATE OF MAURINE NASH BARKEIJ, ALSO
            Defendants.    )   KNOWN AS MAURINE NASH BARKEY, DECEASED

O. B. WILLIAMSON, AS EXECUTOR OF THE ESTATE OF MAURINE NASH BARKEIJ, ALSO KNOWN AS MAURINE NASH BARKEY, DECEASED, defendant in the above entitled action, has filed an Answer, dated August 15, 1958, to the Complaint and Supplementary and Amendatory Complaint. In the Answer no claim to the right to the use of water of the Santa Margarita River and its tributaries is made. Under the circumstances the defendant, in fact, is disclaiming any right, title and interest to the water of the Santa Margarita River and its tributaries. It is understood, however, from the directions of the Court that it is desirable to have entered in the decree by the Court, certain data in regard to lands of this defendant.

The defendant requests by a Request for Admissions, dated August 15, 1958, that the plaintiff admit that the following statements are true; (1) defendant is the owner of the lands described in their answer herein; (2) the lands described in the answer of defendant includes one-third acre of irrigable land; (3) a reasonable water duty for the irrigable lands of de-

-1-

4625

fendant is 4.2 acre feet per acre per year; (4) the lands of defendant are not riparian to and do not abut upon any stream; (5) the waters underlying the lands of defendant are percolating ground waters not a part of any stream.

The plaintiff admits that insofar as is known at the present time the defendant is the owner of the land described in the answer. On August 27, 1958, the representative of the defendant indicated to representatives of the United States the boundary limits of the property described in the aforesaid answer and a reconnaissance survey was made of the property. Based upon the survey the United States of America admits that all of the land described in the answer, approximately one-third acre, is irrigable and that in the event the irrigable lands are devoted to the raising of permanent pasture, a project duty of 4.2 acre feet per year would be required. However, a smaller quantity of water per acre per year would be adequate with the adoption of a more practical and profitable agricultural development. Project duty is the water which must be applied to the crop plus the sum of those losses which occur between the point of supply and the point of use.

The reconnaissance survey further showed that the lands described in the answer do not abut on the Santa Margarita River or its tributaries; moreover, that the lands probably overlie percolating ground waters. In using the term "overlie it is not to be ascribed the legal significance given the term in Pasadena v. Alhambra, 33 Calif (2d) 908, 207 Pac (2d) 17 (1949). These ground waters are not a part of any surface or subsurface stream or subsurface basin of the Santa Margarita River or its tributaries.

Dated: September 15, 1958.

*Donald W Redd*
Attorney for Plaintiff

1   STATE OF CALIFORNIA  )
                         ) ss.
2   COUNTY OF SAN DIEGO  )
         DONALD W. REDD
3        ~~XXXXXXXXXXXXX~~, Attorney for the Plaintiff, being duly sworn,

4   upon oath deposes and says: That he signed on behalf of the United

5   States of America, the foregoing answer to Request For Admissions of

6   O. B. WILLIAMSON, AS EXECUTOR OF THE ESTATE OF MAURINE NASH BARKEIJ,

7   ALSO KNOWN AS MAURINE NASH BARKEY, DECEASED:

8   that he has read the foregoing answers; that he is authorized to sign

9   it on behalf of the United States of America; and that the statements

10  contained in those answers are true except insofar as the statements

11  are based upon information and belief and those statements he believes

12  to be true.

                                              *Donald W Redd*

14
    Subscribed and sworn to before me
15  this ___16th___ day of __September__, 1958.

16        *Margaret B. Tooker*
17  Notary Public in and for said
         County and State
18
    (SEAL)
19
    My Commission Expires June 3, 1962.
20

-3-

4627

```
                    IN THE UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF CALIFORNIA
                             SOUTHERN DIVISION
```

UNITED STATES OF AMERICA,  )
          Plaintiff, ) No. 1247-SD-C
   v. ) AFFIDAVIT OF SERVICE BY MAIL
FALLBROOK PUBLIC UTILITY DISTRICT, )
et al., )
         Defendants. )

STATE OF CALIFORNIA )
                 ) ss.
COUNTY OF SAN DIEGO )

      DONALD W. REDD, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

      That, in the above entitled action, on September 16, 1958, he deposited in the United States mail at Oceanside, California, in envelopes bearing the requisite postage, at which places there is a delivery service by United States mails from said post offices, a copy of

REPLY TO REQUEST FOR ADMISSIONS OF DEFENDANTS: O. B. WILLIAMSON, AS EXECUTOR OF THE ESTATE OF MAURINE NASH BARKEIJ, ALSO KNOWN AS MAURINE NASH BARKEY, DECEASED: MILTON P and MAGGIE E. MARTIN; and THE ROMAN CATHOLIC BISHOP OF SAN DIEGO, CHARLES FRANCIS BUDDY, INCUMBENT; AMENDED REPLY TO REQUEST FOR ADMISSIONS OF DEFENDANTS DONALD K. OSBORNE and MAXINE K. OSBORNE;

addressed to: Sachse & Price, 1092 South Main Street, Fallbrook, California

                                                              Donald W Redd

Subscribed and sworn to before me this 16th day of September, 1958

Margaret B. Tooker
Notary Public in and for said
   County and State
(SEAL)

My Commission Expires  June 3, 1958

FILED
SEP 18 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

FILED
SEP 18 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

4628