FILED
SEP 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. *[signature]*
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT, SOUTHERN
DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
)
　　　　　Plaintiff,　　) No. 1247 SD-C
)
)　NOTICE OF APPEARANCE
vs.　　　　　　　　　　　　)
)
FALLBROOK PUBLIC UTILITY DISTRICT, )
et al,　　　　　　　　　　)
)
　　　　　Defendants. )

TO THE PLAINTIFF ABOVE-NAMED, and to the UNITED STATES ATTORNEY:

　　　　　YOU ARE HEREBY NOTIFIED that the undersigned hereby appears in the above-entitled action.

　　　　　Dated this 18th day of September, 1958.

*[signature: Robert Weinstein]*
ROBERT WEINSTEIN
706 Spokane & Eastern Bldg.
Spokane, Washington

14889

ROBERT WEINSTEIN
LAWYER
SPOKANE AND EASTERN BUILDING
SPOKANE 8, WASHINGTON

September 18, 1958

Clerk of the United States Court
Southern District of California
325 West "F" Street
San Diego, California

       RE:  UNITED STATES vs. FALLBROOK PUBLIC
            UTILITY DISTRICT, ET AL,
            NO. 1247 SD-C

Dear Sir:

       On November 1, 1956, I purchased the following described property from Frederick A. Bacher and Virginia Rogers Bacher, his wife:

> Parcel 1: That portion of Murrieta Portion of the Temecula Rancho, as shown by Map of Temecula Land & Water Co. on file in Book 8, page 359 of Maps, San Diego County Records, etc.
>
> and
>
> Parcel 2: That portion of described property lying Southwesterly of the property conveyed to the State of California for freeway purposes by Deed from Jesse W. Powers and Evelyn B. Powers, his wife, filed for record January 25, 1954 as Instrument No. 3855; that portion of the Murrieta Portion of the Temecula Rancho, as shown by Map of Temecula Land & Water Co. on file in Book 8, page 359 of Maps, San Diego County Records, etc.

which said deed from Mr. and Mr. Bacher to me was filed for record on November 21, 1956, as Instrument No. 79423, and was recorded in Book 2001, Page 447, Records of Riverside County.

14889 A

Page 2
Clerk of the United States Court

      The title policy which I received did not show that an action had been instituted by the Government in reference to this matter.

      No service has been had on me, but service was had by publication on the Bachers. I have never received a copy of the Complaint and Supplementary and Amendatory Complaint. I am, therefore, making a general appearance in this matter which I would appreciate your filing in the action. If further pleadings are necessary please advise me.

      Yours very truly,

      ROBERT WEINSTEIN

RW:S
enc

14889 B