ANNA P. SCHROEDER
1101 DAVIS STREET
JACKSONVILLE, N. C.

SEP 19 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By [signature] DEPUTY CLERK

JACKSONVILLE, N. C.
SEPTEMBER 17, 1958

CLERK OF THE UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 WEST "F" STREET
SAN DIEGO, CALIFORNIA

DEAR SIR:

AS A DEFENDANT IN THE CASE OF THE UNITED STATES OF AMERICA vs FALLBROOK PUBLIC UTILITY DISTRICT, ET AL., I WISH TO STATE THAT, IN THIS REGARD, I AM IN COMPLETE ACCORD WITH THE INTERESTS OF THE UNITED STATES OF AMERICA AND WILL BE WILLING TO ABIDE BY THE DECISION MADE BY THE COURT.

I, THEREFORE, FEEL THAT A PERSONAL APPEARANCE OR REPRESENTATION IN MY BEHALF ARE UNNECESSARY.

SINCERELY YOURS,

Anna P. Schroeder
ANNA P. SCHROEDER

INDEXED
Copy made

14890