UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

NO. 1247-SD-C CIVIL

MINUTES OF THE COURT

DATE: September 22, 1958

AT: San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge;

Deputy Clerk: WILLIAM W. LUDDY   Reporter: JOHN SWADER

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, WILLIAM BURBY, LT. COL A. C. BOWEN, LT. COL. ELLIOTT ROBERTSON, LT. CMDR. DONALD W. REDD.

COUNSEL FOR DEFENDANT: FRANZ SACHSE, ADOLPHUS MOSKOVITZ, CARL BORONKAY, GEORGE STAHLMAN, GEORGE GROVER, WILLIAM DENNIS, JAMES H KRIEGER, ARTHUR L. LITTLEWORTH, AND ROBERT MCGINNIS.

PROCEEDINGS: HEARING ON PRE TRIAL STIP.

At 10:00 A.M. both sides ready.

Attorney Moskovitz presents proposed P/T stipulation.
Attorney Stahlman makes statement.
Vail Ex. No. A is marked for Identification.
Court and counsel discuss proposed P/T stip.
    At 11:10 A.M. recess.
    At 11:25 A.M. reconvene.
    Court and counsel discuss further proposed P/T stip.
    At 11:50 A.M. recess to 3 P.M.
    At 3:30 P.M. reconvene
    Attorney Moskovitz makes statement, and IT IS ORDERED that cause is continued to September 23, 1958, at 2 P.M. for further hearing