```
LUCE, FORWARD, KUNZEL & SCRIPPS
1220 San Diego Trust & Savings Bldg.
San Diego 1, California
BElmont 9-9244

Attorneys for Defendants
```



FILED

SEP 22 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,

    Defendants.

No. 1247-SD-C

REQUEST FOR ADMISSIONS

  Come now the defendants, Ewart W. Goodwin, Mary Alice Goodwin, Charles F. Sawday, Ruth Cornell Sawday, Arthur W. Carey, Inez Carey, Paul D. Bradshaw and Margaret Bradshaw, and the Connecticut Mutual Life Insurance Company, a corporation, and request plaintiff within twenty days after the service of this request to admit that the following statements are true for the purposes of this action only and subject to all pertinent objections to admissibility which may be interposed at the trial:

I

  The following described parcel of property is contiguous to the Santa Margarita river:

> Lot 1 (NW¼ of NW¼ of Section 7, Township 9 South, Range 3 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, EXCEPTING therefrom that portion described as follows: Beginning at the Northwest corner of said Section 7, thence Eastward along the North line of said Section 7 for a distance of 1152 feet to a point; thence at right angles and South to the South line of the

NW¼ of NW¼ of said Section 7; thence at right angles and Westward along said South line to the West line of said Section 7, which point is the Southwest corner of the NW¼ of NW¼; thence at right angles and northward along said West line of said Section 7 to point of beginning.

II

The parcel described in Number I is the smallest tract held under one title in the chain of title leading to the present owner since and including the original grant from the government.

III

The parcel referred to in Number I above is within the water shed of the Santa Margarita river.

IV

The following described parcel of property is contiguous to Brians Creek:

    Southeast Quarter of Northwest Quarter of Section 31, Township 8 South, Range 3 West, San Bernardino Base and Meridian, in the County of Riverside, State of California, as shown by United States Government Survey.

V

The parcel described in Number IV is the smallest tract held under one title in the chain of title leading to the present owner since and including the original grant from the government.

VI

The parcel referred to in Number IV is within the water shed of the Brians Creek.

VII

The following described parcel of property is contiguous to Brians Creek:

    West Half of Southeast Quarter; South Half of Southwest Quarter and the Northeast Quarter of Southwest Quarter of Section 31, Township 8 South, Range 3 West, San Bernardino Base and Meridian in the County of Riverside, State of California, EXCEPTING therefrom a five (5) acre tract bounded and described as follows: Beginning at the Northwest corner of the Northeast Quarter of the Southwest Quarter of

said Section 31; thence East along the North line of said Northeast Quarter of the Southwest Quarter, 165 feet; thence South and parallel with the West line of said Northeast Quarter of the Southwest Quarter 1320 feet; thence West along the South line of said Northeast Quarter of the Southwest Quarter, 165 feet; thence North along the West line of said Northeast Quarter of the Southwest Quarter, 1320 feet to the point of beginning.

### VIII

The parcel described in Number VII with the exception of that portion thereof described as the South 188 feet of the West 1155 feet of the Northeast $\frac{1}{4}$ of the Southwest $\frac{1}{4}$ of Section 31 is the smallest tract held under one title in the chain of title leading to the present owner since and including the original grant from the government.

### IX

The parcel described in Number VII is within the water shed of Brians Creek, with the exception of approximately 30 acres located in the Southeasterly portion of the parcel.

### X

The property described in Number I above is all irrigable land.

### XI

The property described in Number IV and Number VII above contains at least 120 acres of irrigable land.

### XII

The following described property contains at least 191 acres of irrigable land:

    Lots 2, 3, 5, 6, 7 and Southeast Quarter of Northwest Quarter of Section 6, all in Township 9 South, Range 3 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey approved April 21, 1890.

### XIII

A reasonable water duty for the portions of the above

4631

described lands which are irrigable is 4.2 acre feet per acre per year.

### XIV

There are waters underlying the land described in Number I above which are not in contact with any stream or basin or do not augment any stream or basin.

### XV

There are waters underlying the lands described in Number I above which are percolating waters.

### XVI

There are waters underlying the land described in Number IV above which are not in contact with any stream or basin or do not augment any stream or basin.

### XVII

There are waters underlying the lands described in Number IV above which are percolating waters.

### XVIII

There are waters underlying the land described in Number VII above which are not in contact with any stream or basin or do not augment any stream or basin.

### XIX

There are waters underlying the land described in Number VII above which are percolating ground waters.

### XX

There are waters underlying the land described in Number XII which are not in contact with any stream or basin or do not augment any stream or basin.

### XXI

There are waters underlying the land described in Number XII which are percolating ground waters.

### XXII

The following described parcel of property is contiguous to

Brians Creek:

    The South 188 feet of the West 1155 feet of the Northeast Quarter of the Southwest Quarter of Section 31, Township 8 South, Range 3 West, San Bernardino Base and Meridian, in the County of Riverside, State of California.

### XXIII

The parcel described in Number XXII above is the smallest tract of land held under one title in the chain of title leading to the present owner since and including the original grant from the government.

### XXIV

The parcel described in Number XXII above is within the water shed of the Brians Creek.

### XXV

The property described in Number XXII above is all irrigable land.

### XXVI

A reasonable water duty for the portions of the land described in Number XXII above which are irrigable is 4.2 acre feet per acre per annum.

### XXVII

There are waters underlying the land described in Number XXII above which are not in contact with any stream or basin or do not augment any stream or basin.

### XXVIII

There are waters underlying the lands described in Number XXII above which are percolating waters.

The foregoing Requests for Admission are submitted without prejudice to the right of these defendants to submit additional Requests under the provisions of Rule 36.

DATED: September 19, 1958.   LUCE, FORWARD, KUNZEL & SCRIPPS,
Attorneys for Defendants,

By *Robert E. McGinnis*
Robert E. McGinnis

4633

-5-

# AFFIDAVIT OF SERVICE BY MAIL (C.C.P. 1013a)
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO } ss.
STATE OF CALIFORNIA }

U.S. DISTRICT COURT --- No. 1247-SD-C

Jacquelyn M. Glick being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's ~~residence~~ business address is 1220 San Diego Trust & Savings Bldg., San Diego 1, California

That affiant served the attached Request for Admissions

by placing a true copy thereof in an envelope addressed to J. Lee Rankin, Solicitor General, Department of Justice

at ~~his~~ ~~their~~ ~~her~~ ~~residence~~ office address, which is Washington, D.C. and c/o U.S. Attorney, 325 West "F" Street, San Diego, California.

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on Sept. 19, 1958, deposited in the United States Mail at San Diego, California That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me

Sept. 19, 1958

Jacquelyn M. Glick

Theresa Naylor
Notary Public in and for the County of San Diego, State of California
(SEAL) My Commission Expires October 17, 1961

AFFIDAVIT OF SERVICE BY MAIL          Form 9A Co. Clk. 10-56 20M PP    4634