LUCE, FORWARD, KUNZEL & SCRIPPS
1220 San Diego Trust & Savings Bldg.
San Diego 1, California
BElmont 9-9244

Attorneys for Defendants


FILED
SEP 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al,

    Defendants.

No. 1247-SD-C

INTERROGATORIES UNDER RULE 33

    Defendants, Ewart W. Goodwin, Mary Alice Goodwin, Charles F. Sawday, Ruth Cornell Sawday, Arthur W. Carey, Inez Carey, Paul D. Bradshaw and Margaret Bradshaw, and the Connecticut Mutual Life Insurance Company, a corporation, request plaintiff within twenty days after the service of this request to answer the following Interrogatories submitted pursuant to Rule 33 of the Federal Rules of Civil Procedure:

    1) What is the average annual stream flow of Brians Creek, a tributary of Sandia Creek which in turn is a tributary of Santa Margarita River in terms of acre feet?

    2) What is the average stream flow of the said Brians Creek for each of the twelve months of the year in the terms of acre feet?

    The foregoing Interrogatories are submitted without prejudice to the right of these defendants to submit additional such

4635

1 | requests under the provisions of Rule 33.

2 | DATED: September 19, 1958.

LUCE, FORWARD, KUNZEL & SCRIPPS,
Attorneys for Defendants,

By _____
Robert E. McGinnis

4636

## AFFIDAVIT OF SERVICE BY MAIL (C.C.P. 1013a)
(Must be attached to original or a true copy of paper served)

COUNTY OF SAN DIEGO } ss.
STATE OF CALIFORNIA }

U. S. DISTRICT COURT -------- No. 1247-SD-C

Jacquelyn M. Glick being duly sworn, says, that affiant is a citizen of the United States, over 18 years of age, a resident of, or employed in, San Diego County and not a party to the within action

That affiant's ~~residence~~ business address is 1220 San Diego Trust & Savings Bldg., San Diego 1, California

That affiant served the attached Interrogatories Under Rule 33

by placing a true copy thereof in an envelope addressed to J. Lee Rankin,

Solicitor General

at ~~their~~ his ~~residence~~ office address, which is Department of Justice, Washington, D.C., and c/o U.S. Attorney, 325 West "F" Street, San Diego, California,

which envelope was then sealed and postage fully prepaid thereon, and thereafter was on Sept. 19, 1958, deposited in the United States Mail at San Diego, California

That there is delivery service by the United States mail at the place so addressed, or regular communication by United States mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me

September 19, 1958

*Jacquelyn M. Glick*

*Theresa Naylor*
Notary Public in and for the County of San Diego, State of California
(SEAL) My Commission Expires October 17, 1961

**AFFIDAVIT OF SERVICE BY MAIL**    Form 9A Co. Clk. 10-56 20M PP

4637