BEST, BEST AND KRIEGER
P.O. Box 1028
Riverside, California.

OVerland 6-1450

**FILED**

SEP 22 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>-vs-<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et. al.,<br><br>  Defendants. | Civil No. 1247-SD-C<br><br>SUBSTITUTION OF ATTORNEYS |

    Defendants Earnest M. Lincoln and Julia K. Lincoln, also known as Julia Wieke, and Rhina Hamilton hereby substitute Best, Best and Krieger as their attorneys of record in place of Swing, Scharnikow & Staniforth.

    DATED: This 23 day of August, 1958.

_____
Earnest M. Lincoln

_____
Julia K. Lincoln

1.

4642

*Rhina K. Hamilton*
Rhina Hamilton

We consent to the above substitution.

DATED: This 11th day of Sept, 1958.

SWING, SCHARNIKOW & STANIFORTH

By: *Phil D. Swing*

We consent to the above substitution.

DATED: This 12th day of September, 1958.

BEST, BEST AND KRIEGER

By: *Arthur L. Littleworth*

*So ordered
James M. Carter
U.S. Dist. Judge*

2.

4643

U.S. v. FALLBROOK PUBLIC UTILITY DISTRICT, et al.,
Lincoln,              AFFIDAVIT OF MAILING

State of California,  } ss.
County of Riverside,  

Case No. Civil No. 1247-SD-C

THE UNDERSIGNED, being duly sworn, says: that affiant is a citizen of the United States and a resident or employed in the County of Riverside, over the age of eighteen years and not a party to the cause herein, that affiant's residence or business address is ___4200 Orange Street, Riverside___, California.

That on the __17th__ day of __September__ 19_58_, affiant served a copy of the attached paper, to-wit: __SUBSTITUTION OF ATTORNEYS__

by depositing said copy enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States postoffice mail box at the City of ___Riverside___, California, addressed as follows:

J. Lee Rankin, Esq.,
Solicitor General
Room 332
325 West "F" Street, San Diego, California.

That there is either delivery service by United States mail at the place so addressed, or regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __17th__ day of __September__, 19_58_.

_William L. Linkenworth_
Notary Public in and for the County of Riverside,
State of California

_____
Signature of Affiant

G. A. PEQUEGNAT, County Clerk

By _____, Deputy

AFFIDAVIT OF MAILING

FORM NO. 125

4644