September 11, 1958

**AIR MAIL**
**SPECIAL DELIVERY**

Honorable James M. Carter
United States District Judge
Federal Building
San Diego, California

Dear Judge Carter:

      This will refer to the case of the United States of America v. Fallbrook Public Utility District, et al., in the United States District Court for the Southern District of California, Southern Division, No. 1247-SD-C.

      At the hearing on August 26, 1958, you stated that at the September 22, 1958, hearing there would be reviewed, among other things, the kind and type of decree which should be entered in this cause. There is submitted as a basis for review and comment, a proposed format of a page in the decree. Though prepared with special reference to DeLuz Creek, it would, of course, be appropriate for use on the other tributaries and the main stem of the Santa Margarita River.

      This general form of page has been used in other cases and it is believed can constitute a guide in this case. A review by the parties of it prior to September 22, 1958, would undoubtedly facilitate the discussion of it. Accordingly it is being submitted to all counsel of record.

      Domestic and stockwatering uses, it is believed, should be provided for in a separate paragraph declaring that water should be available to meet reasonable demands of that nature. Similarly factors such as the duty of water, methods of distribution, and related aspects requiring explanation can be provided for by introductory paragraphs.

Sincerely,

s/ J. Lee Rankin

J. Lee Rankin
Solicitor General

Enclosure

4638

FILED
SEP 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

FILED
SEP 22 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By
DEPUTY CLERK

## TABULATION OF WATER RIGHTS
## SANTA MARGARITA RIVER AND TRIBUTARIES
### DeLUZ CREEK

| Ditches, wells and reservoirs; their locations and/or points of diversion | Owner | Reserved rights of United States of America; Riparian Rights; Priority date | Irrigated Acres | Irrigable Acreage | Place of Use by Subdivisions ¼ of ¼ of Sec., unless otherwise specified | Sec. | Twp. N. | R. E. | Total Ac.-Ft. Del. Land | Av. Flow Sec. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

4639