FILED
SEP 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

John A. Caloia and Ennis V. Caloia
Defendants in propria persona
Route 2 Box 440, Elsinore, Calif.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| United States of America, Plaintiff, v. Fallbrook Public Utility District, Et Al, Defendants, | CIVIL NO. 1247 - SD - C<br>Amended and Supplemental Answer of Defendants<br>John A. Caloia and Ennis V. Caloia |

The defendants John A. Caloia and Ennis V. Caloia each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit deny and allege:

Amended and Supplemtal Answer to Complaint and Supplementary and amendatory complaint

1. In supplementation of our answer dated June 4, 1958, and filed June 6, 1958 there is attached photostatic copies of water development of record mentioned in above answer.

2. In amendment of our above answer, Riparian water rights are claimed to any and all gullies and washes which drain from or through our property and which might be construed to be "tributaries of the Santa Margarita River."

In all other respects our original answer is to stand as originally set forth.

John A. Caloia
Ennis V. Caloia

Defendants in propria persona
Route 2 Box 440 (Bundy Canyon Rd.)
Elsinore, California

Dated: September 22, 1958

14891

copy rcd

[Page is almost entirely black/illegible due to scanning artifact.]