```
                                           FILED

 1  SACHSE and PRICE
    Attorneys at Law                       SEP 23 1958
 2  1092 S. Main Street
    Fallbrook, California                 CLERK, U.S. DISTRICT COURT
 3  Phone: RAndolph 8-1154              SOUTHERN DISTRICT OF CALIFORNIA
                                        By _____
 4                                                 DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 1247-SD-C |
| vs. ) | REQUEST FOR ADMISSIONS UNDER RULE 36 |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) a public service corporation of the ) State of California, et al., ) | SYLVESTER J. UHL and GLADYS W. UHL. |
| Defendants. ) | |

Defendants **Sylvester J. Uhl and Gladys W. Uhl,** request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

1. Defendants are the owners of the lands described in their answer herein.

2. The lands described in the answer of defendants include **Ten (10)** acres of irrigable land.

3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

4. The said lands do not abut upon and are not riparian to any stream but the said lands overlie vagrant, local

- 1 -

4640

1  percolating ground waters not a part of any stream.

            SACHSE and PRICE

            By *Franz R. Sachse*
              Franz R. Sachse
            Attorneys for Defendants
            Sylvester J. Uhl and
            Gladys W. Uhl.

DATED: SEPTEMBER 22, 1958