**FILED**

SEP 23 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. C. Ruey?ling_
                    DEPUTY CLERK

1   SACHSE and PRICE
    Attorneys at Law
2   1092 South Main Street
    Fallbrook, California
3   RAndolph 8-1154

4

5

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                          SOUTHERN DIVISION

11  UNITED STATES OF AMERICA,            )
                                         )
12                  Plaintiff,           )        No. 1247-SD-C
                                         )
13          vs.                          )        ANSWER OF DEFENDANTS
                                         )
14  FALLBROOK PUBLIC UTILITY DISTRICT,   )        SYLVESTER J. UHL and
    a public service corporation of the  )
15  State of California, et al.,         )        GLADYS W. UHL
                                         )
16                  Defendants.          )

17          Defendants SYLVESTER J. UHL and GLADYS W. UHL,

18

19  answering plaintiff's Complaint and Supplement to Complaint for

20  themselves alone and not for any other defendant, admit, deny

21  and allege as follows:

22                          FIRST DEFENSE

23                               I

24          Defendants have no knowledge or information

25  sufficient to form a belief as to the allegations contained

26  in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's

27  Original Complaint herein, and therefore deny all of said

28  allegations for want of information or belief.

29                              II

30          Answering paragraph V of plaintiff's Original

31  Complaint herein, defendants admit the litigation

32

                             - 1 -

                                                  14893

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

14894

All of the lands of defendants are arable and irrigable. The said lands do not abut upon and are not riparian to any stream, but are presently planted to approximately 600 avocado trees and are improved with a dwelling.  The said lands derive their entire water supply from the system of the Fallbrook Public Utility District.  The said lands overlie vagrant local percolating ground waters not a part of any stream.

WHEREFORE, defendants pray judgment as follows:

1.   That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2.   That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3.   That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4.   That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5.   For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by _____
Attorneys for defendants
Sylvester J. Uhl and
Gladys W. Uhl

DATED: SEPTEMBER 22m 1958.

- 3 -

14885

1

## EXHIBIT A

2          The South half of the West 10 acres of the Northwest
3    Quarter of the Southeast Quarter.
4          The West 10 acres of the Northwest Quarter of the
5    Southeast Quarter of Section 18, Township 9 South, Range 3 West,
6    San Bernardino Meridian, containing 10 acres more or less.

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

EXHIBIT A

- 4 -

14896

STATE OF CALIFORNIA,                    } ss.   1247 SD-C

County of   San Diego

Franz R. Sachse _____ being first duly sworn, says: That affiant is a citizen of the
                    is employed in
United States and a resident of the County of   San Diego   ; that affiant is over the age of eighteen years and is
                                                    business
not a party to the within above entitled action; that affiant's residence address is   1092 South Main Street,
   Fallbrook, San Diego County, California

that on the   22nd   day of   September , 19 58 affiant served the within   Answer of Defendants
   and Request for Admissions of Sylvester J. and  Gladys W. Uhl,

on the   plaintiff _____   in said action, by placing a true copy thereof in an envelope
addressed to the attorney S   of record for said   plaintiff _____   at the
office      address of said attorney S, as follows:

      Hon. J. Lee Rankins, 325 West F. Street, San Diego 1, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a [illegible] post office, [illegible]
[illegible], regularly maintained by the Government of the United States at
   Fallbrook, San Diego County   , California, where is located the office of the attorney
for the person   by and for whom said service was made.
      That there is delivery service by the United States mail at the place so addressed [illegible] there is a regular communication by
mail between the place of mailing and the place so addressed.   and

   Subscribed and sworn to before me this   22nd
day of  September _____ , 19  58

_____
Notary Public in and for the County of   San Diego   , State of California.
(SEAL)      My Commission expires May 25, 1961
* Here quote from envelope name and address of addressee.
** If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office."
*** When the letter is addressed to a post office other than city in which letter is mailed strike out "and"; when addressed to city
in which letter is mailed strike out "or."

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 8-54

60335

14896 A