```
                    IN THE UNITED STATES DISTRICT COURT

                       SOUTHERN DISTRICT OF CALIFORNIA

                              SOUTHERN DIVISION
```

**FILED**
SEP 23 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 1247-SD-C |
| v. ) | AFFIDAVIT OF SERVICE BY MAIL |
| FALLBROOK PUBLIC UTILITY DISTRICT, ) et al., ) | |
| Defendants. ) | |

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF SAN DIEGO )

        THOMAS STRENTZ, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

        That, in the above entitled action, on September 18, 1958 he deposited in the United States mail at Oceanside, California, in envelopes bearing the requisite postage, at which places there is a delivery service by United States mails from said post offices, a copy of

        Letter to Honorable James M. Carter from J. Lee Rankin, Solicitor General, dated September 11, 1958, together with copy of proposed format "Tabulation of Water Rights"

addressed to the last known addresses of the persons listed in Exhibit A, attached hereto and made a part hereof.

                                                      /s/ Thomas Strentz

Subscribed and sworn to before me this 19th day of September, 1958

/s/ Margaret B. Cooper
Notary Public in and for said
    County and State
(SEAL)

My Commission Expires

4648

| | | |
|---|---|---|
| 1 | Florence A. Anderson | Charles H. Carter |
|   | Room 918 | 1025 Main Street |
| 2 | 756 South Broadway | Corona, California |
|   | Los Angeles, California | |
| 3 | | Howard E. Crandall |
|   | Anderson & Anderson | 127 West Anaheim Boulevard |
| 4 | Room 817 | Wilmington, California |
|   | 606 South Hill Street | |
| 5 | Los Angeles 14, California | Crider, Tilson & Ruppe |
|   | | 548 South Spring Street |
| 6 | Ashton, Drohan and Marchetti | Los Angeles 13, California |
|   | 3345 Newport Boulevard | Attention: Tom Halde |
| 7 | Newport Beach, California | |
|   | Attention: Henry Ashton / Harry | William J. Cusack |
| 8 | | Room 814 |
|   | Office of Attorney General | 307 West 8th Street |
| 9 | Library and Courts Building | Los Angeles, California |
|   | Sacramento, California | |
| 10 | Attention: Adolphus Moskovits, | Davidson & Russ |
|   |     Deputy Attorney General | 16405 South New Hampshire Ave |
| 11 | | Gardena, California |
|   | Bates Booth & Gray, Binkley & Pfaelzer | |
| 12 | 458 South Spring Street | Charles B. DeLong |
|   | Los Angeles 13, California | 507 Harbor Insurance Building |
| 13 | | San Diego 1, California |
|   | Bauder, Gilbert, Thompson & Kelly | |
| 14 | Suite 939 | W. B. Dennis |
|   | 458 South Spring Street | 365 Broadway |
| 15 | Los Angeles, California | Vista, California |
| 16 | Best, Best & Krieger | Leonard J. Difani |
|   | Evans Building | 220 Loring Building |
| 17 | Riverside, California | Riverside, California |
| 18 | A. A. Bianchi | Emmett E. Doherty |
|   | Room 901 | 612 Flower Street |
| 19 | 400 Montgomery Street | Los Angeles, California |
|   | San Francisco, California | |
| 20 | | J. A. Donnelley & Richard P. MacNulty |
|   | Thomas J. Burke | 2655 4th Avenue |
| 21 | 504 Granger Building | San Diego, California |
|   | San Diego 1, California | |
| 22 | | Devor & Dorfman |
|   | Busch & Maroney | 924 Van Nuys Building |
| 23 | 367 North 2nd Avenue | Los Angeles 14, California |
|   | Upland, California | |
| 24 | | Lawrence E. Drumm |
|   | Bert Buzzini | Suite 820 |
| 25 | 2233 Fulton Street | 458 South Spring Street |
|   | Berkeley 4, California | Los Angeles 14, California |
| 26 | | |
|   | Cannon & Callister | Ray C. Eberhard |
| 27 | 650 South Spring Street | Room 1231 |
|   | Los Angeles 14, California | 215 West 7th Street |
| 28 | | Los Angeles 14, California |
|   | Mabel Clausen | |
| 29 | 320 First Trust Building | Estudillo & Bucciarelli |
|   | Pasadena, California | 3900 Market Street |
| 30 | | Riverside, California |
|   | Clayson, Stark & Rothrock | |
| 31 | Security Bank Building | Fendler, Weber & Lerner |
|   | Corona, California | 333 South Beverly Drive |
| 32 | Attention: George G. Grover | Beverly Hills, California |
|   |     & Owen Strange | |

-1-

4649

EXHIBIT A

| | | |
|---|---|---|
| 1 | Daniel W. Gage | Higgs, Fletcher & Mack |
| | Room 740 | 2250 Third Avenue |
| 2 | 458 South Spring Street | San Diego 1, California |
| | Los Angeles 13, California | |
| 3 | | William Murray Hill |
| | Garver & Garver | 620-621 First National Bank Bldg |
| 4 | Camas, Washington | San Diego 1, California |
| 5 | Arthur M. Gediman | Howland & Prindle |
| | 119 South Main Street | 639 South Spring Street |
| 6 | Elsinore, California | Los Angeles 14, California |
| 7 | Leo Goodman | G. Norman Kennedy |
| | 629 South Hill Street | Room 415 |
| 8 | Los Angeles 14, California | 234 East Colorado Street |
| | | Pasadena, California |
| 9 | Gold & Gold | |
| | Suite 304, Bay Cities Building | James H. Kindel, Jr. |
| 10 | Santa Monica, California | Suite 405, Rowan Building |
| | | Los Angeles 13, California |
| 11 | Abraham Gottfried | |
| | 424 South Beverly Drive | Courtney Lacey |
| 12 | Beverly Hills, California | 408 East Florida Avenue |
| | | Hemet, California |
| 13 | Frank E. Gray | |
| | 202 South Hamilton Drive | Launer, Chaffee & Launer |
| 14 | Beverly Hills, California | Bank of America Building |
| | | Fullerton, California |
| 15 | Samuel A. Greenburg | |
| | 1014 West Valley Boulevard | ~~Walter Gould Lincoln~~ |
| 16 | Alhambra, California | ~~Suite 1113~~ |
| | | ~~742 South Hill Street~~ |
| 17 | Alvin G. Greenwald | ~~Los Angeles 14, California~~ |
| | Suite 303 | |
| 18 | 6505 Wilshire Boulevard | Lindley, Lazar & Scales |
| | Los Angeles 42, California | 625 Bank of America Building |
| 19 | | San Diego 1, California |
| | Hahn, Ross & Saunders | |
| 20 | Suite 611 | Luce, Forward, Kunsel & Scripps |
| | 608 South Hill Street | 1220 San Diego Trust & Savings Bldg |
| 21 | Los Angeles 14, California | San Diego 1, California |
| 22 | Frank S. Hamburger | William H. Macomber |
| | 1031 Mills Tower | 1114 San Diego Trust & Savings Bldg |
| 23 | San Francisco, California | San Diego 1, California |
| 24 | Halverson & Halverson | Earl Malmrose |
| | Suite 611 | Room 651 |
| 25 | 704 South Spring Street | 1206 Maple Avenue |
| | Los Angeles 14, California | Los Angeles 15, California |
| 26 | | |
| | Leslie B. Hanson | Richard M. Marsh |
| 27 | 4412 York Boulevard | 54-262 Jackson Street |
| | Los Angeles, California | Indio, California |
| 28 | | |
| | Hash & Bernstein | Thomas P. Menzies |
| 29 | 31 South First Avenue | Room 803 |
| | Phoenix, Arizona | 458 South Spring Street |
| 30 | | Los Angeles 13, California |
| | J. E. Hemmi | |
| 31 | 220 North Nevada Street | Henry M. Moffatt |
| | Oceanside, California | 121 East 6th Street |
| 32 | | Los Angeles 14, California |

4650

-2-                                                                                         EXHIBIT A

| | | |
|---|---|---|
| 1 | Neblett, Walker & Sullivan | Slaughter, Schlesinger & Schlecht |
|   | 3742 10th Street | 250 East Palm Canyon Drive |
| 2 | Riverside, California | Palm Springs, California |
|   | Attention: John Neblett | |
| 3 | | Snyder & Snyder |
|   | A. J. O'Connor | 215 South La Cienega Boulevard |
| 4 | 639 South Spring Street | Beverly Hills, California |
|   | Los Angeles 14, California | |
| 5 | | George Stahlman |
|   | O'Melveny & Myers & George Stahlman | Route 1, Box 235 |
| 6 | 433 South Spring Street | Fallbrook, California |
|   | Los Angeles 13, California | |
| 7 | Christopher M. Jenks and | W. E. Starke |
|   | Orrick, Dahlquist, Herrington & Sutcliffe | 1130 Bank of America Building |
| 8 | 405 Montgomery Street | San Diego 1, California |
|   | San Francisco 4, California | |
| 9 | Attention: Christopher M. Jenks | Hugo A. Steinmeyer & Winfield Jones |
|   | | 650 South Spring Street |
| 10 | George M. Pierson | Los Angeles 14, California |
|   | 816 Continental Building | |
| 11 | Los Angeles 13, California | Stone & Moran |
|   | | 880 East Colorado Street |
| 12 | Postel & Postel | Pasadena, California |
|   | 400 Montgomery Street | |
| 13 | San Francisco 4, California | Swanwick, Donnelly & Proudfit |
|   | | Suite 912 |
| 14 | Richardson & Henderson | 629 South Spring Street |
|   | 174 North Palm Canyon Drive | Los Angeles 14, California |
| 15 | Palm Springs, California | |
|   | | Swing & Swing |
| 16 | Riedman, Dalessi, Shelton & Beyer | 313 Central Building |
|   | Suite 426 | San Bernardino, California |
| 17 | 110 West Ocean Boulevard | |
|   | Long Beach 2, California | Swing, Scharnikow & Staniforth |
| 18 | Attention: Fred M. Riedman | Suite 604, San Diego Trust & Savings |
|   | | ~~530 Broadway Bank Building~~ |
| 19 | Office of Riverside County Counsel | San Diego 1, California |
|   | County Court House | Attention: Phil D. Swing |
| 20 | Riverside, California | |
|   | Attention: Wilburn J. Murry, Deputy | Tanner, ~~Thorton~~ Hanson & Myers |
| 21 | James H. Angell, Deputy | 215 West 7th Street |
|   | | Los Angeles 14, California |
| 22 | Sachse & Price | |
|   | 1092 South Main Street | Harry E. Teasdall |
| 23 | Fallbrook, California | 114 North Main Street |
|   | | Fallbrook, California |
| 24 | Office of San Diego County District Attorney | |
|   | 302 Civic Center | Teschke, Rowe & Cramer |
| 25 | San Diego 1, California | 359 North Cannon Drive |
|   | Attention: ~~Robert G. Berrey~~ William Miller, | Beverly Hills, California |
| 26 | Deputy District Attorney | |
|   | | Thompson & Colegate |
| 27 | Sarau, Adams, Neblett & Sarau | 405 Citizens Bank Building |
|   | Suite 308 | Riverside, California |
| 28 | 3972 Main Street, | |
|   | Riverside, California | Triney & Mirich |
| 29 | | 565 West 5th Street |
|   | Gary W. Sawtelle | San Pedro, California |
| 30 | 650 South Spring Street | |
|   | Los Angeles 14, California | Van Dyke, Dellenback & McGoodwin |
| 31 | | 110 East 6th Street |
|   | J. D. Skeen, 522 Newhouse | Medford, Oregon |
| 32 | ~~802 Utah Oil~~ Building | |
|   | Salt Lake City, Utah | |

```
 1    Robert W. Walker, Henry M. Moffatt,        Ernest L. Messner
        Robert S. Curtiss                          5429 Crenshaw Boulevard
 2       448 Santa Fe Building                     Los Angeles 43, California
         Los Angeles, California
 3                                               Parker, Milliken & Kohlmeier
      Watson, Hart & Nieras                        650 South Spring Street
 4     5939 Monterey Road                          Los Angeles 14, California
       Los Angeles 42, California
 5                                               John L. Roberts
      G. E. Weikert                                P. O. Box 507
 6      918 Oviatt Building                        Riverside, California
        Los Angeles 14, California
 7                                               Shatford & Shatford
      Weyl, Dunnaway & Weyl                        5920 North Temple City Blvd
 8      6331 Hollywood Boulevard                   Temple City, California
        Los Angeles 38, California
 9                                               Stark & Champlin
      Whitney & Friedlander                        Financial Center Building
10      8736 Sunset Boulevard                      Oakland 12, California
        Los Angeles 46, California
11                                               Cornelius T. Waldo
      E. E. Wiles                                  10742 Nassau Avenue
12      305 Royal Hawaiian Avenue                  Sunland, California
        Honolulu, T. H.
13
      P. W. Willett                              Loeb and Loeb
14      P. O. Box 103                            523 West 6th Street
        Fallbrook, California                    Los Angeles 14, California
15                                               Attention: Howard I. Friedman
      Dennett Withington
16      1317 "E" Street                          Alfred S. Chapman
        San Bernardino, California               Room 702, 606 South Hill St
17                                               Los Angeles 14, California
      Wyckoff, Parker, Boyle & Pope
18      P. O. Box 960                            Walter Gould Lincoln
        Watsonville, California                  7130 Olivetas Avenue
19                                               La Jolla, California
      Raymond Choate
20      127 West Anaheim Boulevard               Minton, Minton & Farrell
        Wilmington, California                   111 North Harvard Street
21                                               Hemet, California
      Hammack & Pugh                             Attention: Carl W. Minton
22      541 South Spring St, Room 1015
        Los Angeles 13, California               Beardsley, Hufstedler & Kemble
23                                               610 Rowan Building
      Samuel Hurwitz                             Los Angeles 13, California
24      100 West Chapman Street
        Orange, California
25
      Randolph Karr, Roy Jerome and
26    Harold S. Lentz
        65 Market Street
27      San Francisco 5, California

28    Kindell & Anderson
        1016 North Broadway
29      Santa Ana, California

30    Robert Kingsley
        3518 University Avenue
31      Los Angeles 7, California

32
```

-4-

4652

EXHIBIT A