CARTER
9-23-58

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.                                       NO. _ _ _ 1247-SD-C _ CIVIL

vs.                                          MINUTES OF THE COURT

FALLBROOK, etc., et al                       DATE: _ September 23, 1958

                                             AT: San Diego, California

PRESENT: Hon. _ _ _ _JAMES M. CARTER_ _ _ _ _ _ _ _ _ District Judge;

   Deputy Clerk: WILLIAM W. LUDDY_  Reporter JOHN SWADER

   COUNSEL FOR PLAINTIFF: WILLIAM BURBY, WILLIAM VEEDER, LT. COL.
ELLIOTT ROBERTSON, LT. CMDR. DONALD W. REDD.

   COUNSEL FOR DEFENDANT: GEORGE STAHLMAN, BOB. MCGINNIS, W. B.
DENNIS, FRANZ SACHSE, AND CARL BORONKAY.

PROCEEDINGS:

       At 2:10 P.M. convene herein.
       Court and counsel each make statements.
       IT IS ORDERED that cause is continued to September 25, 1958, at
9:30 A.M. for further pre trial hearing.

JOHN A. CHILDRESS, Clerk                     4646