CARTER
9-23-58

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                                NO. _ _ _1247-SD-C_ CIVIL

vs.                                   MINUTES OF THE COURT

FALLBROOK, etc., et al                DATE: _ September 23, 1958

                                      AT: San Diego, California

PRESENT: Hon. _ _ _ _ _JAMES M. CARTER_ _ _ _ _ _ _ District Judge;

   Deputy Clerk: WILLIAM W. LUDDY_ Reporter NONE APPEARING

   COUNSEL FOR PLAINTIFF: _ _ NONE APPEARING


   COUNSEL FOR DEFENDANT: _ _ NONE APPEARING


PROCEEDINGS:

    It appearing the court and counsel require the exhibits herein presently stored in Reche School, near Fallbrook, California,

    IT IS ORDERED that William W. Luddy, Deputy Clerk, travel to Reche School, Near Fallbrook, California, and return with said exhibits forthwith, at government expense.

                                                            4647

                              JOHN A. CHILDRESS, Clerk