Attorney.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA,
SOUTHERN DIVISION NO. 1247-SD-C

**FILED**

SEP 24 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

## AFFIDAVIT OF PUBLICATION

In the Matter of
UNITED STATES OF AMERICA, PLAINTIFF
VS.
FALLBROOK PUBLIC UTILITY DISTRICT, ET AL
DEFENDANTS

STATE OF CALIFORNIA } ss.
County of San Diego.

DARLENE WALSH, of said County and State, being duly sworn, says that she is a citizen of the United States, over eighteen years of age, and not interested as a party or otherwise in the above named matter. That she is, and at all times hereinafter mentioned was, principal clerk of the printers and publishers of **THE DAILY TRANSCRIPT**, a newspaper of general circulation, printed and published daily, Saturdays and Sundays excepted, at the City of San Diego, in the above named County and State; that as such principal clerk of the printers and publishers she has, and at all times herein mentioned has had, charge of all the advertisements published in said newspaper. That the

ORDER

of which the annexed clipping is a printed copy, has been published......SIX......consecutive times in said newspaper for a period of
SIX WEEKS
inclusive, to-wit: upon

JULY 30, AUGUST 6, 13, 20, 27, and SEPT. 3, 1958

and that said publication was made in the newspaper proper, and not in a supplement.

*Darlene Walsh*

Subscribed and sworn to before me,

this ....3rd.... day of ....SEPTEMBER...... 19..58..

_____
Notary Public in and for said County.

4659

ORDER—In the United States District Court, Southern District of California, Southern Division. No. 1247-SD-C. United States of America, Plaintiff, v. Fallbrook Public Utility District, et al., Defendants. The United States of America, having, on July 28, 1958, by motion to this Court stated that a diligent effort has been made to serve a copy of the Summons and a copy of the Complaint and Supplementary and Amendatory Complaint, in the above entitled action, upon those defendants named in Exhibit A of this Order, and that the plaintiff has been unable to locate within the State of California, or to determine the present whereabouts of these defendants, or that the defendants are located outside the territorial limits of the United States, and further having stated that personal service is not practicable and further having stated that the purpose of this action is to declare the respective rights of the plaintiff and the named defendants in Exhibit A, together with the other defendants to this action, to the use of water in the Santa Margarita River and its tributaries, and for such additional relief as may be proper, and good cause having been shown: It is hereby ordered, pursuant to Title 28, Section 1655, United States Code, that the defendants named in Exhibit A appear, plead, answer or otherwise move with respect to the aforesaid COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT, by appropriate filing with the Clerk of the United States District Court, Southern District of California, 325 West "F" Street, San Diego, California, on or before September 30, 1958, or in default thereof, this Court will proceed to the hearing and adjudication of this suit, and IT IS FURTHER ORDERED that this Order and Exhibit A hereof be published in The Daily Transcript, San Diego, California, once a week for six consecutive weeks, the first date of publication to be on or before July 31, 1958. Dated: July 28, 1958. JAMES M. CARTER, Judge of the United States District Court, Southern District of California. Exhibit A—Adams, Howell H.; Adams, Ida J.; Ainsworth, Harry; Alford, Gary Stanley; Anderson, W. A.; Appel, A. W.; Appleford, Basil Brunsden; Appleford, Ernest James William; Appleford, John Henry; Appleford, Peter Hugh; Armstrong, Dorothy R.; Armstrong, Glenn F.; Baird, George W.; Baird, Robert W.; Baker, John L.; Baleczak, Henrietta H.; Baleczak, Stanley W.; Barbuscia, Helen L.; Barbuscia, Joseph; Barkeij, Maurine Nash; Barnard, Maryline; Barrett, Walter E.; Bartlett, Francis W.; Beck, Nellie E.; Becker, Albert W.; Becker, Peggy J.; Besse, Walter J. Jr.; Biddle, Grace Eloise; Blount, E.; Blount, Ruth E.; Bohn, Carl William; Bohn, Pearl M.; Boltz, Chester Raymond; Brandenberg, Arthur Paul; Brandenberg, Peggy L.; Brown, Helen L.; Brown, Kenneth O.; Bruce, Cecil D.; Bruce, Helen V.; Brunwin, Mary H.; Busby, James C., Sr.; Busby, Louise G.; Buzard, Frances; Buzard, Ralph; Byer, A. C.; Caine, Garland E.; Campbell, Francis; Campbell, Thomas M.; Carter, Alan Ray; Cartwright, C. Findlay; Caton, Edith M.; Caton, Versal H.; Chabbott, Julius; Chandler, Glen M.; Christino, Margaret; Clarkson, Geoffrey; Claypool, Dora; Claypool, Ray L.; Clugage, Ina L.; Clyde, Thelma B.; Coast Surety Corporation; Cole, Louise C.; Comer, Phyllis; Comer, William F.; Cope, Jack J.; Cope, Octovan P.; Courtney, R. C.; Couty, Joseph; Couty, Shirlene; Coy, Glenn W.; Coy, Jessie M.; Culling, Herbert H.; Culver, Merrill M.; Cummins, George; Cummins, H. H.; Cummins, Naomi; Dahl, Romel T.; Dargan, Ruby Hooper; Davis, Constance; Davis, William M.; Davis, W. M.; Daywalt, Chloris R.; Daywalt, John H.; Delang, Paula; Dickinson, Ina M.; Dickey, Ethel L.; Dingwall, Stuart M.; Dodson, John R.; Donato, Hercules; Donato, Jean; Dominguez, Celedonio; Dunlap, Frank E.; Dunlap, Ruth; Dunning, Herbert R.; Dunning, Mary K.; Eberlein, Helen M.; Eberlein, Jack B.; Eddy, Belle J.; Eddy, M. J.; Edwards, Marie E.; Edwards, William D.; Everett, Rose Amelia; Field, Moina A.; Fix, Hallie Estes; Foster, George N.; Francis, Mabel Sedell; Francis, Sequoyah; Frakes, Samuel F.; Freeman, Margaret W.; Fritz, Gilbert E.; Fuller, Earl B.; Garbini, Rucco; Garlinghouse, Jennings W.; Garlinghouse, Mary Elizabeth; Gates, Faith M.; Gates, Walter S.; Gaynor, Betty A.; Gaynor, James T.; Giles, Lawrence; Gilliland, Pearson, Mildred; Pearson, William; Perigo, Ira; Perkins, John W.; Perkins, Leota A.; Pierson, Hilda; Pierson, Mary; Plante, Emillenne; Porter, Anna G.; Potter, James E.; Power, Barbara E.; Power, Roscoe M.; Poxon, James Joseph, as trustee of estate of James J. Furlong, minor; Prudden, Adelaide S.; Prudden, Earl D.; Radcliffe, Jonathan; Stickney; Rarick, Geyer, Raymond, John B.; Raymond, Robert W.; Raymond, Viola M.; Regal Distributors, Inc.; Reid, Diana; Reppert, Frances E.; Reppert, Sierra N.; Reyes, Domintila; Rissman, Irene; Rissman, Maurice; Roberson, Buster; Roberson, Mary; Roberts, Frank; Ross, Alma W.; Ross, Richard G.; Russ, Frank J.; Russell, Albert L.; Sampson, Paul L.; Sampson, Pearl M.; San Diego County Berries Investment Co.; Sarano, Jose, Estate of; Scott, Bertha M.; Scott, Martha; Seaton, Nan F.; Semans, Eva M.; Semans, John L.; Shamel, Bert A.; Sheffield, Leo K.; Sheffield, Marjorie K.; Shimel, James Bryan; Shimel, June Evelyn; Siel, Carl Reinhardt; Simpson, Charles C.; Simpson, Clara D.; Simpson, Edithe M.; Sims, Gladys W.; Sims, James L.; Skiver, Jesse C.; Smith, Caroline E.; Smith, Ella Jane; Smith, Harold Irving; Smith, Harry V.; Smith, Leo E.; Smith, Myrtle; Smyth, Daniel K.; Soupene, Florence L.; Stamness, Marie Pearson; Staples, Oswald H.; Starke, Cecilia G.; Starke, William E.; Stites, George Arthur; Stites, Katherine Jean; Stone, Mary B.; Stone, Clarence M.; Stuermer, Louis H.; Stuermer, Ruth S.; Sturgis, Lizzette, as administratrix of estate of Walter Privette, deceased; Subic, Gladys J.; Summit, Lottie; Sundell, Charles G.; Sundell, Irene J.; Sutton, Martha L.; Sutton; Norman Leroy; Tanana, Marjorie Louise; Taylor, Minnie A.; Taylor, William M.; Teel, Gertrude J.; Templeton, Arthur A.; Thaning, Iris Margaret; Thaning, Walter E.; Thompson, Robert E.; Thompson, Virginia D.; Thorkildsen, Ida M.; Thurman, Helen E.; Thurman, Leslie C.; Tibbett, Delsia P.; Title Investment Service; Tittle, Marjorie; Tomasewski, Miranda; Tomlinson, Betty J.; Trotter, Edna Lee; Turk, William Joseph; Turk, Ruth Ethelene; Turner, Verna H.; Tyner, Harry F.; Tyner, Mae A.; Uhl, Gladys W.; Umino, Albert; Van Landuyt, Irene; Varney, Fred W.; Varney, Lucille; Vickers, Gladys Sullivan; Vickers, Russell G.; Voorhees, Ruth A.; Walker, Albert L.; Walker, Jane; Waltz, Hildergard; Waltz, William J.; Washburn, Ira B.; Weber, Mrs. Gus; Wehmeyer, Fred F.; Wehmeyer, Vera L.; Wernicke, Florence H.; Wernicke, Leonard S.; White, Oliver M.; Whiting, Melvena F.; Williams, J. Frank; Williams, Lynn P.; Williams, Mamie J.; Williams, Susie Marie; Williams, W. H.; Willoughby, Luther A.; Willoughby, Patricia A.; Wilson, Benjamin D.; Witt, Margaret V.; Witt, William S.; Witzell, Herman Jr.; Witzell, Virginia L.; Wojcik, Charlotte; Wojcik, Victor F.; Womack, Brittie I.; Womack, Earl G.; Woodbury, Robert A.; Woodrey, Floyd D.; Woodrey, Lucille K.; Young, Anna C.; Young, Gaetane D.; Young, Harry H.; Young, Lawrence M.; Zinn, George H.; Zinn, Maude M.; Zapf, Bob; Znorski, Lillian Fox; Znorski, Victor John; Zwicker, Bertha D.; Zwicker, J. Ward.

1st publication July 30, 1958. n-11-3

Elizabeth; Gates, Faith A.; Gates, Walter S.; Gaynor, Betty A.; Gaynor, James L.; Gilliland, William T.; Gooch, Grace L.; Gooch, Virginia; Graham, Anna H.; Graham, W. A.; Graves, Darrell L.; Gray, Jane P.; Great Western Sales Corporation; Green, Alice M.; Greer, Bessie B.; Greer, Buford D.; Griffith, Henry C.; Groover, Annie M.; Halbin, Alfred P.; Halen, Howard T.; Halen, Irma; Hall, Harry E.; Hall, Lennie B.; Halloran, Arthur F.; Halloran, Audrey G.; Hamberger, Arnold C.; Hamilton, Charles G.; Hamilton, Lillian M.; Hamilton, Viola V.; Hamm, Sadie A.; Hansen, Alex F., aka Alexander F. Hansen; Deceased heirs or devisees of: Hansen, Elsie; Harmer, Carl A.; Hayes, Harriet B.; Hayes, Oliver B.; Hedeen, Alfred C.; Heitt, Irene F.; Helvey, K. F.; Hicks, Eleanor Ann; Hicks, Lorraine I.; Hicks, Norman L.; Hicks, Oliver T., Jr.; Hoffman, Lincoln J. M.; Hoge, Erma B.; Holley, Maud; Hollowell, D. L.; Hollowell, Eva; Holzman, Lawrence; Hood, Robert G.; Hood, Ruby Lee; Hoover, Agnes M.; Houston, Elizabeth; Howell, Ida E.; Hughes, Bobbie Jean; Huscher, Gladys T.; Isgrig, Clayton S.; Isgrig, Grace F.; Jackson, J. P.; Jackson, June A.; Jaeckel, Albert F., trustee; James, Herbert; James, Minnie; Jameson, D.; Johnson, Annie; Johnson, Clyde; Johnson, Elmer A.; Johnson, Frederique C.; Johnson, Harold E.; Johnson, Margaret B.; Johnson, Vera Lewis; Johnson, Violet G.; Johnson, Walford E.; Jorgenson, Merle E.; Jorgenson, Patricia; Kaufman, Lena Kay, Dorothy E.; Kay, Jack E.; Kellison, Clara Belle; Kellison, M. Owen; Kennedy, Margaret M.; Kenton, Emma C.; Kenworthy, Faith W.; Kenworthy, Lionel C.; Kilgaard, R. J.; Kingston, Katherine V.; Kipp, Byron S.; Kipp, Della S.; Kipp, Margaret; Kipp, Solon S.; Kirk, Eunice A.; Kirk, William E.; Knapp, Ethel; Knapp, Lester W.; Kolb, Leland Claud; Kolb, Theodosia I.; Koll, Walter A.; Konyha, Andrew Francis; Konyha, Hilda E.; Korb, Leora N.; Lane, Ralph W.; Larsen, Frances B.; Larsen, Isabelle Zora; Larsen, Theodore E.; Lash, Charlotte Kirk; Lash, Samuel R.; Laughlin, Alvin; Laughlin, La Verne A.; Laventhal, Isadore; Lavery, John N., Sr.; Lavery, Myrtle P.; Lawler, Eugene, Jr.; Lawler, Nyla B.; Lawton, Fearns R.; Lawton, John III; Lawton, Martha; Lenfers, Lawrence A.; Lewis, Harry A., Jr.; Lewis, Lael S.; Ligon, Patsy; Lincoln, Laura Jean; Loma Ranch Co.; Longo, Dante F.; Longo, V. J.; Ludgate, Leon P.; Ludgate, Tacy W.; Lucier, Ella J.; Lundgren, Grace; Lutze, Alfred E.; Lutze, Sadie C.; McClain, Beryl H.; McClain, T. D.; McClure, Douglas G.; McClure, Ruth C.; McDonald, B. Morse, Jr.; McDonnell, Clark T.; McFarlane, Mildred Kontzie; McKethan, Geddie W.; McMillan, Cora B.; MacDonald, Fay; MacDonald, Lyman A.; Mack, Brice H.; Mack, Harriet P.; MacPherson, Janet W.; Madley, Katherine; Madley, William C.; Magowan, Robert A., trustee; Malzacher, Richard; Martin, C. T.; Martin, Gene R.; Martin, Joline A.; Martin, Winna P.; Martinez, Bernard; Martinez, Stephen; Mar Vista Investment Company; Mashecco, Frederick Benjamin; Mashecco, Jack Arthur; Mauck, Annie L.; Maze, Gilbert T.; Miles, Clarissa S.; Miller, D. J.; Miller, Lillie M.; Miller, Victor H.; Milne, Mina; Milne, Robert; Milner, Laura K.; Mitchell, Ruby J.; Moller, R. Lee; Mooney, Hollis L.; Mooney, Rilla M.; Mora, Ernesta; Mora, L. S., aka Luigi S. Mora; Mora, Placido; Morgan, James C.; Morgan, Mildred A.; Morris & Company; Morpis, B. D., Jr.; Morris, Patricia O'R.; Munro, Julia D.; Murphy, Edna A.; Murphy, Bettie L.; Murphy, Robert G.; Nash, Evelyne; Nash, Ted; National Life Insurance Co.; Neagley, Clinton R.; Neagley, Irma C.; Neiswender, Amy; Newell, Hattie E.; Newell, Lloyd; Nicholas, W. H.; Nichols, Ralph F.; Nielson, Jack W.; Nielson, Mae P.; Nighohossian, Anita Juanita; Nighohossian, Ardashes; Nix, Mathis T.; Noble, Dorothy F.; Noble, Ralph C.; Noweck, Fred W.; Noweck, Veronica; O'Laughlin, Janet A.; O'Laughlin, Joseph F.; Olson, Clyde L.; Olson, Lydia J.; O'Neill, Orena; Armsby, Robert Tauner; Owen Electric Company Inc.; Page, Loretta Mac Ormsby; Pahl, Charles; Palmer, Coburn T.; Palmer, Marjorie H.; Parkinson, Adele; Parks, Davis W.; Patterson, John H.; Patterson, Letitia; Pearson, Charles A.; Pearson, Earl E.;