(SPACE BELOW FOR FILING STAMP ONLY)

LAW OFFICES
SACHSE AND PRICE
1092 SOUTH MAIN STREET
FALLBROOK, CALIFORNIA
RANDOLPH 8-1154

**FILED**

SEP 25 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _M. C. Kinley_
    DEPUTY CLERK

Attorneys for __Defendants__

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 1247-SD-C |
| vs. ) | ANSWER OF DEFENDANT FALLBROOK |
| FALLBROOK PUBLIC UTILITY ) | PUBLIC UTILITY DISTRICT TO |
| DISTRICT, et al., ) | INTERROGATORIES |
| Defendants. ) | OF THE UNITED STATES |

United States Interrogatory 46

46. What acreage within the service area of the Fall-brook Public Utility District is presently planted to:

   a. Avocados     b. Citrus Fruit    c. Other crops

   (1) Of those acreages, what percentage is in mature trees (5 years or older) now producing?

   (2) Of those acreages, what percentage is in trees not yet producing?

Answer to United States Interrogatory 46

   46.  Avocados       1,150 acres, trees over 5 years

                               1,850 acres, trees under 5 years

         Citrus Fruit     500 acres, trees over 5 years

                               600 acres, trees under 5 years

         Other crops     1,300 acres

The foregoing figures are estimates made by the Chief Engineer and General Manager of the District after consultation with officials

Copy rec'd

- 1 -

4553

of Calavo Growers of California, Fallbrook Citrus Association, the California State Agricultural Inspector for the Fallbrook Area, United States Soil Conservation Service and others.

United States Interrogatory 47

47. What acreage with mature trees within the Fallbrook Public Utility District receives no water from the Fallbrook Public Utility District? What is the source of that water?

Answer to United States Interrogatory 47

47. According to District Records all lands within present District Boundaries which have any source of water receive District water, except 300 acres which receive their entire supply from private wells. There are in addition of course lands within the District which are not connected to District Lines and have no developed private source at this time, and are thus presently "dry". All lands within the District boundaries are entitled to receive District water.

United States Interrogatory 48

48. Answer the same questions as set forth in Interrogatory No. 47 as to lands upon which trees are planted but not yet matured. Lands being prepared for planting?

Answer to United States Interrogatory 48

48. The acreage stated in the Answer to Interrogatory 47 is planted as follows:

    Approximately 50 acres, avocado trees over 5 years

    Approximately 50 acres, avocado trees under 5 years

There are estimated to be

        100 acres, citrus trees over 5 years

        50 acres, citrus trees under 5 years.

There are estimated to be

    Approximately 50 acres of other crops.

United States Interrogatory 50

50. How many acres of land within the service area of

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 2 -

12654

the Fallbrook Public Utility District will actually receive water from the alleged dam?

Answer to United States Interrogatory 50

50. All lands within the area of the District are entitled to receive water from all sources available to the District. The District estimates that approximately 500 acres of its present area of 8,200 acres are of a character such as ravines, rocks, streets, etc., that the water use on which is negligible.

United States Interrogatory 51

51. Answer the same questions set forth in Interrogatories 46, 47 and 48 in regard to the 3000 acres of land allegedly to be annexed.

Answer to United States Interrogatory 51

51. The District estimates that there are 300 acres of avocados planted within the proposed annexation area over five years; 40 acres of avocados under five years; 100 acres of citrus over five years; 20 acres of citrus under five years. It is estimated that 80 acres of other crops have been planted. The foregoing figures are estimates made by the Chief Engineer and General Manager of the District after consultation with officials of Calavo Growers of California, Fallbrook Citrus Association, the California State Agricultural Inspector for the Fallbrook Area, United States Soil Conservation Service and others.

United States Interrogatory 54

54. Has the Fallbrook Public Utility District done any actual work of construction on the dam? If so, describe it in detail and the plans pursuant to which the work was done.

Answer to United States Interrogatory 54

54. The Fallbrook Dam and Reservoir Project is considered as one project, as parts of it are inseparable.

Actual work done so far includes test borings of the dam site; surveying of the lands required for the project;

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-1154

- 3 -

installation of permanent steel post markers for angle points on boundary lines; patrol road construction on lands purchased; removal of trees and improvements in the reservoir area; and pioneer road opening and clearing of treatment and booster area. This and engineering research have required no plans beyond those approved by the District Board for use in connection with water rights applications and hearings and for land condemnation.

United States Interrogatory 55

55. Describe the work which the Fallbrook Public Utility District will commence "within a matter days". Where will this work be done, describing the land by smallest legal subdivision.

Answer to United States Interrogatory 55

55. Just as soon as the few remaining parcels of land are obtained, the District will strip the dam site and adjacent areas; strip and test borrow areas; clear reservoir area of debris and proceed with final plans based on data obtained. This work will start in the East 1/2 of Northeast 1/4 of Section 12, Township 9 South, Range 4 West; the Northwest 1/4 Section 7, Township 9 South, Range 3 West; Northeast 1/4 of Southwest 1/4 Section 7 and North 1/2 of Southeast 1/4 of Section 7 and South 1/2 of Northeast 1/4 of Section 7 and then to balance of Dam and Reservoir area.

United States Interrogatory 74

74. What is the present entitlement of the Fallbrook Public Utility District to Colorado River water?

Answer to United States Interrogatory 74

74. The present entitlement is 0.75 % of aqueduct flow, based on 196 c.f.s. capacity delivered on a constant flow basis, which amounts to a flow of approximately 1.47 c.f.s., or 1,064 acre feet per year.

United States Interrogatory 75

75. Is it possible for the Fallbrook Public Utility District

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 4 -

4656

to receive a supply of water from the Colorado River which will meet its needs? What steps have been taken in that regard?

Answer to United States Interrogatory 75

75. The entitlement of all member agencies of the San Diego County Water Authority is established by statute and is roughly equivalent to the percentage of assessed value of the agency to the total assessed value of the Authority. Fallbrook's entitlement is utterly inadequate for its needs. From time to time surplus water is available for re-distribution to member agencies in excess of their entitlement. Since November 1954, Fallbrook has had a standing order for all such water it could get.

United States Interrogatory 76

76. What are the estimated costs per acre foot to the Fallbrook Public Utility District of water:

a. From the Colorado River.

b. From the Santa Margarita River, taking into consideration the costs of construction, operation and maintenance of the project required to impound and divert that water.

Answer to United States Interrogatory 76

76. a. The total cost of Colorado River Water delivered to Fallbrook for the calendar year 1957 averaged $83.60 per acre foot.

b. The total cost of Santa Margarita River water, taking into consideration costs of construction and operation and maintenance of the proposed Reservoir Project are estimated at $29.10 per acre foot (State of California Bulletin #57, Vol. I, P. 217). These figures would require substantial adjustment to reflect increases in cost of construction since the date of the estimate.

United States Interrogatory 77

77. How do the costs of delivering Colorado River

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-1154

- 5 -

4657

water compare with the costs of delivering Santa Margarita River water from the alleged dam the Fallbrook Public Utility District asserts it intends to build?

Answer to United States Interrogatory 77

77. While theoretically all Colorado Riverwater is available by gravity under pressure to the District, actually much of it must be placed in terminal storage and thereafter re-distributed at approximately the same cost of delivery as is required for Santa Margarita River water. It is estimated that the cost of pumping Santa Margarita River water from the Reservoir will run between $8.00 and $11.00 per acre foot.

Dated: September 18, 1958

*[signature: George D. Yackey]*
Chief Engineer and General Manager
of the Fallbrook Public Utility
District

STATE OF CALIFORNIA ) 
County of San Diego  ) ss.

GEORGE F. YACKEY being duly sworn, deposes and says:

That he is one of the defendants in the within and above entitled action; that he has read the within and foregoing Answer of the Fallbrook Public Utility District to Interrogatories of the United States and knows the contents thereof; that the same is true of his own knowledge, except as to the matters which are therein stated on his information and belief, and as to those matters that he believes it to be true.

*[signature: George D. Yackey]*

Subscribed and sworn to before me
*[signature: Eloise G. Bergstrom]*
this 24th day of September, 1958
Notary Public in and for said County
and State
My commission expires May 25, 1961

- 6 -

4658

(PROOF OF SERVICE BY MAIL — 1013a. and 2015.5 C.C.P.)

STATE OF CALIFORNIA,
County of **San Diego** } ss.    No. **1247-SD-C**

I, the undersigned, say: I am and was at all times herein mentioned, a citizen of the United States and a resident of the County of **San Diego**, over the age of eighteen years and not a party to the within action or proceeding; that ~~residence~~ employed in
My business address is **1092 S. Main Street, Fallbrook, California**

that on **September 19,** 19**58**, I served the within **Answer of Defendant Fallbrook Public Utility District to Interrogatories of the United States** on the **Plaintiff** in said action or proceeding by depositing a true copy thereof, inclosed in a sealed envelope with postage thereon fully prepaid, in a mailbox, sub-post office, substation, or mail chute (or other like facility), regularly maintained by the Government of the United States at¹ _____ in the City of **Fallbrook**, California addressed to the attorney of record for said **plaintiff** at the ~~office~~ address of said attorney, as follows:²  "
office
   **Hon. J. Lee Rankin**
   **Room 332, 325 West F Street, San Diego 1, California**

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Executed on **September 19, 1958** at **Fallbrook** _____, California
                  (date)                                  (place)
                                           _____/s/_____
                                               (Signature)

¹If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office". ²Here quote from envelope name and address of addressee.

PROOF OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REVISED 5-58

66981
4658A