UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.                      NO. 1247-SD-C CIVIL

vs.                        MINUTES OF THE COURT

FALLBROOK, etc., et al      DATE: September 25, 1958

                                  AT: San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge;

Deputy Clerk: WILLIAM W. LUDDY Reporter JOHN SWADER

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, WILLIAM BURBY, LT. COL ELLIOTT ROBERTSON, LT. CMDR. DONALD W. REDD,

COUNSEL FOR DEFENDANT: GEORGE STAHLMAN, FRANZ SACHSE, ARTHUR LITTLEWORTH ROBERT MCGINNIS, WILLIAM DENNIS.

PROCEEDINGS:     FURTHER PRE TRIAL HEARING -

     At 9:35 A.M. convene herein.
     Attorney Veeder presents proposed P/T statement of facts and issues.
     Both court and counsel each make statements.
     IT IS ORDERED that cause is continued to September 26, 1958, at 10 A.M. for further pre trial hearing.

     LATER: Charles Sawday, et al, dba Rock Mountain Ranch by attorney Robert McGinnis signed pre trial Stipulation of May 8, 1958.

4660

JOHN A. CHILDRESS, Clerk