UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

U.S.A.  
vs.  
FALLBROOK, etc., et al

NO. _1247-SD-C_ _ _ CIVIL  
MINUTES OF THE COURT  
DATE: _ September 26, 1958_  
AT: San Diego, California

PRESENT: Hon. _ _ _ _JAMES M. CARTER_ _ _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY  Reporter JOHN SWADER

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, LT. CDR. DONALD W. REDD, LT. COL. ELLIOTT ROBERTSON,

COUNSEL FOR DEFENDANT: ADOLPHUS MOSKOVITZ,, W. B. DENNIS, ARTHUR L. LITTLEWORTH, ROBERT MCGINNIA

PROCEEDINGS: FURTHER PRE TRIAL HEARING

At 10:05 A.M. reconvene
Court and counsel each make statements.
IT IS ORDERED that counsel continue on preparation of pre trial stipulation.

JOHN A. CHILDRESS, Clerk    4661
By _____