SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

FILED
SEP 26 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
)
      Plaintiff, )
) No. 1247-SD-C
    vs. ) ANSWER OF DEFENDANTS
)
FALLBROOK PUBLIC UTILITY DISTRICT, ) LYLE W. DOORE and
a public service corporation of the)
State of California, et al., ) EMMA E. DOORE.
)
      Defendants. )

      Defendants Lyle W. Doore and Emma E. Doore, answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

      Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

      Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

14905

COPY RECEIVED

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

All of the lands described in Exhibit A are arable and

- 2 -

irrigable and all of said lands are planted to avocado trees. The said lands do not abut upon and are not riparian to any stream. The lands are presently irrigated solely from the water system of the Fallbrook Public Utility District, however defendant asserts that there are percolating ground waters underlying said lands which waters are not a part of any stream, and defendant asserts full correlative rights to the use of such percolating ground waters in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by [signature]
Attorneys for defendants
Lyle W. Doore and Emma E. Doore.

DATED: SEPTEMBER 24, 1958.

- 3 -

EXHIBIT A

PARCEL 1:

    The North 155.56 feet of the South 305.56 feet, measured along the East line of Block 125 of West Fallbrook, in the County of San Diego, State of California, as per Map and Survey made by O. N. Sanford in January, 1897, now on file and of record in the County Recorder's office of San Diego County; also that portion of the West 10 feet of Summit Avenue adjacent to said North 155.56 feet of the South 305.56 feet of Block 125 of West Fallbrook, as closed to public use on February 1, 1943 by order of the Board of Supervisors of San Diego County, a certified copy of said order being recorded in Book 1462, page 99 of Official Records.

PARCEL 2:

    All that portion of Rancho Santa Margarita y Las Flores, in the County of San Diego, State of California as delineated upon a Map in Book 7 of Patents, Page 39, and as shown by records of Survey Map Nos. 794 and 831, records of San Diego County, described as follows:

    Beginning at a point on the East boundary line of said Rancho Santa Margarita y Las Flores, distant thereon South 7°04', 52.98" West 8924.08 feet from corner No. 1 of said Rancho, said point being on the Westerly prolongation of the Center line of Alvarado Street as same is shown on Map of West Fallbrook no. 567; thence continuing along said Easterly boundary line South 7°04', 52.98" West 653.94 feet; thence North 89° 23' 47" West 127.82 feet to a 5/8 inch iron pin; thence North 6° 52' 50" East 655.03 feet to a 1½ inch iron pipe marked "R.S.M.-Alvarado"; thence South 88° 48' East 129.97 feet to the point of beginning.

    EXCEPTING THEREFROM that portion thereof lying South of the Westerly prolongation of the South line of Parcel 1 above described.

    ALSO EXCEPTING THEREFROM that portion thereof lying

- 4 -

14908

EXHIBIT A

## EXHIBIT A- continued

North of the Westerly prolongation of the North line of Parcel 1 above described.

EXHIBIT A

- 5 -

STATE OF CALIFORNIA,
County of __San Diego__ } ss. 1247 SD - C

__Franz R. Sachse__ being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of __San Diego__; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is __1092 South Main Street, Fallbrook, San Diego County, California__

that on the __24th__ day of __September__, 19__58__, affiant served the within __Answer of Defendants Lyle W. and Emma E. Doore,__

on the __Plaintiff__ in said action, by placing a true copy thereof in an envelope addressed to the attorney__S__ of record for said __plaintiff__ at the office address of said attorney__S__, as follows:

Hon. J. Lee Rankin, Rm 332, 325 West F Street, San Diego 1, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in a mail-post office, regularly maintained by the Government of the United States at __Fallbrook, San Diego County,__ California, where is located the office of the attorney__S__ for the person__S__ by and for whom said service was made.

That there is delivery service by the United States mail at the place so addressed or there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __24th__ day of __September__, 19__58__

_Horst C Bergstrom_
Notary Public in and for the County of __San Diego__, State of California.
(SEAL) My Commission expires May 25, 1961.

* Here quote from envelope name and address of addressees.
** If deposited in the United States Post Office, cross out appropriate words and insert "in the United States Post Office."
*** When the letter is addressed to a post office other than city in which letter is mailed strike out "and"; when addressed to city in which letter is mailed strike out "or."

AFFIDAVIT OF SERVICE—ANY PAPER BY MAIL—WOLCOTTS FORM 146—REV. 6-54

60335

14909 A