FILED

SEP 30 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By William W. Luddy
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,   )
                            )
         Plaintiff,         )   No. 1247-SD-C
                            )
   v.                       )   AFFIDAVIT OF SERVICE
                            )   BY MAIL
FALLBROOK PUBLIC UTILITY DISTRICT, )
et al.,                     )
                            )
         Defendants.        )

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF SAN DIEGO   )

   WILLIAM W. LUDDY, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Deputy Clerk, United States District Court, 325 West "F" St., San Diego, California; that he is over the age of eighteen years and is not a party to the above entitled action.

   That, in the above entitled action, on September 27, 1958, he deposited in the United States mail collection box at 325 West "F", San Diego, California, in franked envelopes, a copy of

   PRE TRIAL ORDER, RE: Ground Rules for Trial; Sequence of Presentation; Absence of Attorneys, Parties, Exhibits, etc. addressed to attorneys as set forth on the attached list, at which place there is a delivery service by United States mails.

                                        William W. Luddy
                                        WILLIAM W. LUDDY

Subscribed and sworn to before me this date
of _____ 30, 1958
CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy.

FILED

AUG 18 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

| # | | |
|---|---|---|
| 1 | Florence A. Anderson<br>Room 918<br>756 South Broadway<br>Los Angeles, California | Charles H. Carter<br>1025 Main Street<br>Corona, California |
| | Anderson & Anderson<br>Room 817<br>606 South Hill Street<br>Los Angeles 14, California | Howard E. Crandall<br>127 West Anaheim Boulevard<br>Wilmington, California |
| | Ashton, Drohan and Marchetti<br>3345 Newport Boulevard<br>Newport Beach, California<br>Attention: Henry Ashton | Crider, Tilson & Ruppe<br>548 South Spring Street<br>Los Angeles 13, California<br>Attention: Tom Halde |
| | Office of Attorney General<br>Library and Courts Building<br>Sacramento, California<br>Attention: Adolphus Moskovits,<br>Deputy Attorney General | William J. Cusack<br>Room 814<br>307 West 8th Street<br>Los Angeles, California |
| | Bates Booth & Gray, Binkley & Pfaelzer<br>458 South Spring Street<br>Los Angeles 13, California | Davidson & Russ<br>16405 South New Hampshire Ave<br>Gardena, California |
| | Bauder, Gilbert, Thompson & Kelly<br>Suite 939<br>458 South Spring Street<br>Los Angeles, California | Charles B. DeLong<br>507 Harbor Insurance Building<br>San Diego 1, California |
| | Best, Best & Krieger<br>Evans Building<br>Riverside, California | W. B. Dennis<br>365 Broadway<br>Vista, California |
| | A. A. Bianchi<br>Room 901<br>400 Montgomery Street<br>San Francisco, California | Leonard J. Difani<br>220 Loring Building<br>Riverside, California |
| | Thomas J. Burke<br>504 Granger Building<br>San Diego 1, California | Emmett E. Doherty<br>612 Flower Street<br>Los Angeles, California |
| | Busch & Maroney<br>367 North 2nd Avenue<br>Upland, California | J. A. Donnelley & Richard P. MacNulty<br>2655 4th Avenue<br>San Diego, California |
| | Bert Buszini<br>2233 Fulton Street<br>Berkeley 4, California | Dever & Dorfman<br>924 Van Nuys Building<br>Los Angeles 14, California |
| | Cannon & Callister<br>650 South Spring Street<br>Los Angeles 14, California | Lawrence E Drumm<br>Suite 820<br>458 South Spring Street<br>Los Angeles 14, California |
| | Mabel Clausen<br>320 First Trust Building<br>Pasadena, California | Ray C. Eberhard<br>Room 1131<br>215 West 7th Street<br>Los Angeles 14, California |
| | Clayson, Stark & Rothrock<br>Security Bank Building<br>Corona, California<br>Attention: George G. Grover<br>& Owen Strange | Estudillo & Bucciarelli<br>3900 Market Street<br>Riverside, California |
| | | Fendler, Weber & Lerner<br>353 South Beverly Drive<br>Beverly Hills, California |

-1-

4682

EXHIBIT A

| | | |
|---|---|---|
| 1 | Daniel W. Gage<br>Room 740<br>458 South Spring Street<br>Los Angeles 13, California | Higgs, Fletcher & Mack<br>2250 Third Avenue<br>San Diego 1, California |
| 2 | | |
| 3 | Garver & Garver<br>Camas, Washington | William Murray Hill<br>620-621 First National Bank Bldg<br>San Diego 1, California |
| 4 | | |
| 5 | Arthur M. Gediman<br>119 South Main Street<br>Elsinore, California | Howland & Prindle<br>639 South Spring Street<br>Los Angeles 14, California |
| 6 | | |
| 7 | Leo Goodman<br>629 South Hill Street<br>Los Angeles 14, California | G. Norman Kennedy<br>Room 415<br>234 East Colorado Street<br>Pasadena, California |
| 8 | | |
| 9 | Gold & Gold<br>Suite 304, Bay Cities Building<br>Santa Monica, California | James H. Kindel, Jr.<br>Suite 405, Rowan Building<br>Los Angeles 13, California |
| 10 | | |
| 11 | Abraham Gottfried<br>424 South Beverly Drive<br>Beverly Hills, California | Courtney Lacey<br>408 East Florida Avenue<br>Hemet, California |
| 12 | | |
| 13 | Frank E. Gray<br>202 South Hamilton Drive<br>Beverly Hills, California | Launer, Chaffee & Launer<br>Bank of America Building<br>Fullerton, California |
| 14 | | |
| 15 | Samuel A. Greenburg<br>1014 West Valley Boulevard<br>Alhambra, California | Walter Gould Lincoln<br>Suite 1113<br>742 South Hill Street<br>Los Angeles 14, California |
| 16 | | |
| 17 | Alvin G. Greenwald<br>Suite 303<br>6505 Wilshire Boulevard<br>Los Angeles 42, California | Lindley, Lazar & Scales<br>825 Bank of America Building<br>San Diego 1, California |
| 18 | | |
| 19 | Hahn, Ross & Saunders<br>Suite 611<br>608 South Hill Street<br>Los Angeles 14, California | Luce, Forward, Kunzel & Scripps<br>1220 San Diego Trust & Savings Bldg<br>San Diego 1, California |
| 20 | | |
| 21 | | |
| 22 | Frank S. Hamburger<br>1031 Mills Tower<br>San Francisco, California | William H. Macomber<br>1114 San Diego Trust & Savings Bldg<br>San Diego 1, California |
| 23 | | |
| 24 | Halverson & Halverson<br>Suite 611<br>704 South Spring Street<br>Los Angeles 14, California | Earl Malmrose<br>Room 651<br>1206 Maple Avenue<br>Los Angeles 15, California |
| 25 | | |
| 26 | Leslie B. Hanson<br>4412 York Boulevard<br>Los Angeles, California | Richard M. Marsh<br>54-262 Jackson Street<br>Indio, California |
| 27 | | |
| 28 | Hash & Bernstein<br>31 South First Avenue<br>Phoenix, Arizona | Thomas P. Menzies<br>Room 803<br>458 South Spring Street<br>Los Angeles 13, California |
| 29 | | |
| 30 | J. E. Hemmi<br>220 North Nevada Street<br>Oceanside, California | Henry M. Moffatt<br>121 East 6th Street<br>Los Angeles 14, California |
| 31 | | |
| 32 | | |

4683

-2-

EXHIBIT A

| | | |
|---|---|---|
| 1 | Neblett, Walker & Sullivan<br>3742 10th Street<br>Riverside, California<br>Attention: John Neblett | Slaughter, Schlesinger & Schlecht<br>250 East Palm Canyon Drive<br>Palm Springs, California |
| 2 | | |
| 3 | | Snyder & Snyder<br>215 South La Cienega Boulevard<br>Beverly Hills, California |
| 4 | A. J. O'Connor<br>639 South Spring Street<br>Los Angeles 14, California | |
| 5 | | George Stahlman<br>Route 1, Box 235<br>Fallbrook, California |
| 6 | O'Melveny & Myers & George Stahlman<br>433 South Spring Street<br>Los Angeles 13, California | |
| 7 | Christopher M. Jenks and<br>Orrick, Dahlquist, Herrington & Sutcliffe | W. E. Starke<br>1130 Bank of America Building<br>San Diego 1, California |
| 8 | 405 Montgomery Street<br>San Francisco 4, California | |
| 9 | Attention: Christopher M. Jenks | Hugo A. Steinmeyer & Winfield Jones<br>650 South Spring Street<br>Los Angeles 14, California |
| 10 | George M. Pierson<br>816 Continental Building | |
| 11 | Los Angeles 13, California | Stone & Moran<br>880 East Colorado Street<br>Pasadena, California |
| 12 | Postel & Postel<br>400 Montgomery Street | |
| 13 | San Francisco 4, California | Swanwick, Donnelly & Proudfit<br>Suite 912<br>626 South Spring Street<br>Los Angeles 14, California |
| 14 | Richardson & Henderson<br>174 North Palm Canyon Drive | |
| 15 | Palm Springs, California | |
| 16 | Riedman, Dalessi, Snelton & Beyer<br>Suite 426 | Swing & Swing<br>313 Central Building<br>San Bernardino, California |
| 17 | 110 West Ocean Boulevard<br>Long Beach 2, California | |
| 18 | Attention: Fred M. Riedman | Swing, Scharnikow & Staniforth<br>Suite 604, San Diego Trust & Savings Bldg.<br>San Diego 1, California<br>Attention: Phil D. Swing |
| 19 | Office of Riverside County Counsel<br>County Court House | |
| 20 | Riverside, California<br>Attention: Wilburn J. Murry, Deputy | Tanner, Thompson & Myers<br>215 West 7th Street<br>Los Angeles 14, California |
| 21 | James H Angell, Deputy | |
| 22 | Sachse & Price<br>1092 South Main Street | Harry E. Teasdale<br>114 North Main Street<br>Fallbrook, California |
| 23 | Fallbrook, California | |
| 24 | Office of San Diego County District Attorney<br>302 Civic Center | Tearnke, Rowe & Cramer<br>369 North Cannon Drive<br>Beverly Hills, California |
| 25 | San Diego 1, California<br>Attention: Robert G. Berrey, Milton Milkes | |
| 26 | Deputy District Attorney | Thompson & Colegate<br>405 Citizens Bank Building<br>Riverside, California |
| 27 | Sarau, Adams, Neblett & Sarau<br>Suite 308 | |
| 28 | 3972 Main Street,<br>Riverside, California | Triney & Mirich<br>505 West 5th Street<br>San Pedro, California |
| 29 | | |
| 30 | Gary W. Sawtelle<br>650 South Spring Street<br>Los Angeles 14, California | Van Dyke, Dellenback & McGoodwin<br>110 East 6th Street<br>Medford, Oregon |
| 31 | | |
| 32 | J. D. Skeen  Jay Newton<br>800 Utah Oil Building<br>Salt Lake City Utah | |

-3-

4684

EXHIBIT A

| | | |
|---|---|---|
| 1 | Robert W. Walker, Henry M. Moffatt, Robert S. Curtiss | Ernest L. Messner |
| | 448 Santa Fe Building | 5429 Crenshaw Boulevard |
| 2 | Los Angeles, California | Los Angeles 43, California |
| 3 | | |
| | Watson, Hart & Nieras | Parker, Milliken & Kohlmeier |
| 4 | 5939 Monterey Road | 650 South Spring Street |
| | Los Angeles 42, California | Los Angeles 14, California |
| 5 | | |
| | G. E. Weikert | John L. Roberts |
| 6 | 918 Oviatt Building | P. O. Box 507 |
| | Los Angeles 14, California | Riverside, California |
| 7 | | |
| | Weyl, Dunnaway & Weyl | Shatford & Shatford |
| 8 | 6331 Hollywood Boulevard | 5920 North Temple City Blvd |
| | Los Angeles 38, California | Temple City, California |
| 9 | | |
| | Whitney & Friedlander | Stark & Champlin |
| 10 | 8736 Sunset Boulevard | Financial Center Building |
| | Los Angeles 46, California | Oakland 12, California |
| 11 | | |
| | E. E. Wiles | Cornelius T. Waldo |
| 12 | 305 Royal Hawaiian Avenue | 10742 Nassau Avenue |
| | Honolulu, T. H. | Tujunga, California |
| 13 | | |
| | P. W. Willett | *Loeb & Loeb* |
| 14 | P. O. Box 103 | *523 West 6th St* |
| | Fallbrook, California | *Los Angeles 14 Calif* |
| 15 | | *Attention: Howard I. Friedman* |
| | Dennett Withington | |
| 16 | 1317 "E" Street | |
| | San Bernardino, California | |
| 17 | | |
| | Wyckoff, Parker, Boyle & Pope | |
| 18 | P. O. Box 960 | |
| | Watsonville, California | |
| 19 | | |
| | Raymond Choate | |
| 20 | 127 West Anaheim Boulevard | |
| | Wilmington, California | |
| 21 | | |
| | Hammack & Pugh | |
| 22 | 541 South Spring St, Room 1015 | |
| | Los Angeles 13, California | |
| 23 | | |
| | Samuel Hurwitz | |
| 24 | 100 West Chapman Street | |
| | Orange, California | |
| 25 | | |
| | Randolph Karr, Roy Jerome and | |
| 26 | Harold S. Lentz | |
| | 65 Market Street | |
| 27 | San Francisco 5, California | |
| 28 | Kindell & Anderson | |
| | 1016 North Broadway | |
| 29 | Santa Ana, California | |
| 30 | Robert Kingsley | |
| | 3518 University Avenue | |
| 31 | Los Angeles 7, California | |
| 32 | | |

-4-

4685
EXHIBIT A