```
 1  HARRY E. TEASDALL
    Attorney at Law
 2  114 North Main Street
    Fallbrook, California
 3  Phone:  RAndolph 8-2331
    Attorney for Defendants
```

**FILED**
SEP 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.;<br><br>　　　　Defendants. | No. 1247-SD-C<br><br>REQUEST FOR ADMISSIONS<br>UNDER RULE 36 |

　　Defendants ROLAND G. MASON and MARIAN R. MASON request plaintiff within twenty (20) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

　　1.  The lands described in the answer of defendants ROLAND G. MASON and MARIAN R. MASON include 40 acres of irrigable land.

　　2.  A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

　　　　　　　　　　　　　　　　　　　　　　_/s/ Harry E. Teasdall_
　　　　　　　　　　　　　　　　　　　　　　　HARRY E. TEASDALL

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

COPY RECEIVED

12672

```
 1  HARRY E. TEASDALL
    114 North Main Street
 2  Fallbrook, California
    Phone:  RAndolph 8-2331
 3
    Attorney for Defendants
 4
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                        Plaintiff,  )<br>       vs.                           )<br>FALLBROOK PUBLIC UTILITY DISTRICT,   )<br>a public service corporation of the  )<br>State of California, et. al.,        )<br>                        Defendants.  )<br>_____) | No. 1247-SD-C<br><br>CERTIFICATE OF SERVICE<br>BY MAIL |

Harry E. Teasdall certifies that he is and was, at all times mentioned, an active member of the State Bar of California and not a party to the within action or proceeding; that his business address is 114 North Main St., Fallbrook, California; that on September 26, 1958, he served the within Answer and Request for Admissions Under Rule 36 on the plaintiff in said action or proceeding by depositing a true copy thereof, inclosed in a sealed envelope with postage thereon fully prepaid in a mail-box regularly maintained by the Government of the United States at Main St. and Alvarado St., Fallbrook, California, addressed to the attorney of record of said plaintiff at the office address of said attorney, as follows: "J. Lee Rankin, Solicitor General, Room 332, 325 West "F" Street, San Diego, California".

Dated September 26, 1958

*Harry E Teasdall*

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

4673