```
HARRY E. TEASDALL
Attorney at Law
114 North Main Street
Fallbrook, California
Phone: RAndolph 8-2331
```

FILED
SEP 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,

    Defendants.

No. 1247-SD-C

ANSWER OF DEFENDANTS ROLAND G. MASON and MARIAN R. MASON

    Defendants ROLAND G. MASON and MARIAN R. MASON answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

    Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

    Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation referred to and admit that a stipulated judgment was entered into therein, a copy of which is

-1-

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

COPY RECEIVED

14910

attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendants described in Exhibit "A" hereunto attached comprise approximately 47 acres, and are traversed by a tributary of the Santa Margarita River, known as Brian Creek, which creek flows about six months per year and runs in a generally easterly to westerly direction. Approximately forty acres of said lands are arable and irrigable and overlie percolating ground waters which are not a part of any stream. Of the aforesaid arable

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

-2-

14911

and irrigable acres, approximately 10 acres are now planted in avocado and lemon trees.

Said lands of defendants are traversed by a barranca through which flash run-off water flows during heavy rain fall. A soil conservation check dam of approximately 28 acre-feet capacity has been recommended by the United States Soil Conservation Service for erection across the said barranca.

Defendants claim full correlative riparian rights to the use of the water of said Brian Creek, and full correlative rights to the use of said ground waters in an amount not to exceed 4.2 acre feet per acre per annum. Defendants also assert the right to erect and maintain, and the need of, a check dam of the stated size at the stated location, and claim the right to the use of the waters captured thereby.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendants are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

*Harry E. Teasdall*
Attorney for defendants

HARRY ERVIN TEASDALL

## EXHIBIT A

1.     Lot 4 (Northwest Quarter of the Northwest Quarter)
2. of Section 6, Township 9 South, Range 3 West, San Bernardino
3. Meridian, in the County of San Diego, State of California,
4. according to United States Government Survey approved April 21,
5. 1890.

-4-