Case 3:51-cv-01247-JO-SBC   Document 3746   Filed 09/29/58   PageID.12726   Page 1 of 4

HARRY E. TEASDALL
Attorney at Law
114 North Main Street
Fallbrook, California
Phone: RAndolph 8-2331

Attorney for defendant

FILED
SEP 29 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
vs.
FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,
        Defendants.

No. 1247-SD-C

ANSWER OF DEFENDANT
MARGARET LAURETTE GALLACHER,
as trustee of the estate of
MARGARET LAURA EACHEL,
deceased.

Defendant MARGARET LAURETTE GALLACHER, as trustee of the estate of MARGARET LAURA EACHEL, deceased, answering plaintiff's Complaint and Supplement to Complaint for and on behalf of the said estate and not for any other defendant, admits, denies and alleges as follows:

FIRST DEFENSE

I

Defendant has no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore denies all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendant admits the litigation referred to and admits

-1-

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

COPY RECEIVED

14914

that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendant denies that she is a party to said litigation or in any way bound thereby; and denies that said stipulated judgment determines the rights of plaintiff against defendant.

III

Denies the allegations of paragraph IX of plaintiff's Original Complaint.

IV

Defendant has no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore denies all of said allegations for want of information or belief.

V

Denies the allegations of Counts XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANT ALLEGES:

I

Defendant is trustee and beneficiary of the estate of MARGARET LAURA EACHEL, deceased, and the owner thereof, which estate includes real property situate in the County of San Diego, State of California, as described in Exhibit "A" attached hereto and made a part hereof by reference.

II

Defendant claims water rights appurtenant to the real property described in Exhibit A, as follows:

The lands of defendant described in Exhibit "A" hereunto attached is comprised of 7 acres, more or less, and are traversed by an un-named tributary of the Santa Margarita River, flowing through the said lands in a generally southerly to northerly

direction.

All of said lands are arable and irrigable and overlie percolating ground waters which are not a part of any stream.

Defendant claims full correlative riparian rights to the use of the waters of said tributary and full correlative rights to the use of said percolating ground waters in an amount not to exceed 4.2 acre feet per acre per annum.

WHEREFORE, defendant prays judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendant MARGARET LAURETTE GALLACHER is the owner of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant is prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendant in and to her rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

*Harry E. Teasdall*
Attorney for defendant

HARRY ERVIN TEASDALL

-3-

EXHIBIT "A"

That portion of the Northeast Quarter of the Northeast Quarter of Section 17, Township 9 South, Range 3 West, San Bernardino Meridian in the County of San Diego, State of California, according to United States Government Survey approved April 21, 1890, more particularly described as follows:

Beginning at a point which is 250 feet North of the South line of said Northeast Quarter of the Northeast Quarter of said Section 17; and 1320 feet West of the East line of said Section; thence East a distance of 648.7 feet; thence North a distance of 435.00 feet; thence West a distance of 352.25 feet; thence South 34°16' West, a distance of 526.51 feet, more or less, to the point of beginning.