THOMAS P. MENZIES
803 Rowan Building
458 South Spring Street
Los Angeles 13, California

MAdison 8-6223

Attorney for defendants
Andrew Elswood Stewart Chaffey
and Elswood Chaffey Kerr

FILED

SEP 29 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | NO. 1247-SD-C |
|---|---|
| Plaintiff, | |
| vs. | ANSWER OF DEFENDANTS ANDREW ELSWOOD STEWART CHAFFEY AND ELSWOOD CHAFFEY KERR TO COMPLAINT AND SUPPLEMENTARY AND AMENDATORY COMPLAINT |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | |

COME NOW Andrew Elswood Stewart Chaffey and Elswood Chaffey Kerr, two of the defendants in the above entitled action and appearing for themselves alone and for no other defendant, and by way of answer admit, deny and allege as follows:

I

These answering defendants have no information, knowledge or belief of any of the matters alleged in said complaint and supplementary and amendatory complaint, and therefore deny each and every and all and singular of the allegations contained in said complaint and supplementary and amendatory complaint, save and except that these answering defendants admit the ownership and each possess an undivided one-third interest, totalling 960 acres, in the following described property:

Parcel I: Section 33, Township 6 South, Range 1 East, SBBM
in the County of Riverside, State of California.

1.

14918

<u>Parcel II</u>: The South 1/2 of South 1/2, of Section 28, Township 6 South, Range 1 East, SBBM in the County of Riverside, State of California.

<u>Parcel III</u>: The West 1/2 of Southwest 1/4, South 1/2 of Northwest 1/4 of Section 34, Township 6 South, Range 1 East, SBBM, in the County of Riverside, State of California.

II

That the land described in paragraph I hereof in which these answering defendants have an interest in situated many miles north and east of plaintiff's land, and these answering defendants allege that if the plaintiff has any right to the use of water as alleged in plaintiff's complaint, such use is only that of a lower riparian owner.

III

That plaintiff's complaint and supplementary and amendatory complaint does not state sufficient facts upon which judicial relief may be granted as to these answering defendants.

WHEREFORE, defendants pray:

1) That the court determine, declare and adjudge that the plaintiff has no right to the use of water upon or underneath the lands of these answering defendants.

2) That the court determine, declare and adjudge the rights of defendants to the use of water in and upon the lands of these answering defendants and enjoin plaintiff from asserting any rights whatsoever to the use of water upon or under property of these answering defendants.

3) That these answering defendants have and recover costs of suit herein incurred and for such other and further

relief that may be fit and proper in the premises.

*Thomas P. Menzies*
THOMAS P. MENZIES, Attorney for defendants Andrew Elswood Stewart Chaffey and Elswood Chaffey Kerr

3.

14920

**(AFFIDAVIT OF SERVICE BY MAIL—1013a, C. C. P.)**

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES. } ss.

............Esther M. Sherwood............, being first duly sworn, says: That affiant is a citizen of the United States and a resident of the County of Los Angeles; that affiant is over the age of eighteen years and is not a party to the within and above entitled action; that affiant's business/~~residence~~ address is:........803 Rowan Building,........ ........458 South Spring Street, Los Angeles 13, California........

that on the........26th........day of........September........, 19.58., affiant served a true copy of the within....Answer of defendants Andrew Elswood Stewart Chaffey and Elswood Chaffey Kerr to complaint and supplementary and amendatory complaint in said action, by placing said copy in an envelope addressed to the following persons at their ~~residence~~/office address to-wit:

........J. LEE RANKIN, Solicitor General of the United States, Washington 25, D.C.........

which envelope was then sealed and postage fully prepaid thereon and deposited in the United States mail at Los Angeles, California.

That there is delivery service by United States mail at the place so addressed or/and there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this....26th....
day of........September........, 19.58.

*Matie G. Kerr*
Notary Public in and for the County of Los Angeles,
State of California.
(SEAL)

*Esther M Sherwood*

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES. } ss.

............................................................................................................................................

being by me first duly sworn, deposes and says: that........he........is the........................................................................................

in the foregoing and above entitled action; that........he........has read the foregoing........................................................................

and knows the contents thereof; and that the same is true of........................own knowledge, except as to the matters which are therein stated upon........................information or belief, and as to those matters that........he........believes it to be true.

Subscribed and sworn to before me this
............day of........................, 19........

NOTARY PUBLIC IN AND FOR THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA.
{ NOTARIAL SEAL }

14921