SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

**FILED**

SEP 30 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>        Defendants. | No. 1247-SD-C<br><br>ANSWER OF DEFENDANTs<br>GORDON W. MONFORT,<br>HOUSTON H. BOUSLOG and<br>ROBERT W. KELLER. |

Defendants GORDON W. MONFORT, HOUSTON H. BOUSLOG and ROBERT W. KELLER, answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

### FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

COPY RECEIVED

- 1 -

14927

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows: By Grant Deed dated September 3, 1957, copy of which is attached hereto marked

- 2 -

1  Exhibit B and made a part hereof by reference, defendants
2  conveyed to the Fallbrook Public Utility District the real
3  property therein described, the same being a portion of the
4  real property described in Exhibit A, reserving however to the
5  remainder of their lands the full riparian rights of the whole
6  thereof as described in Exhibit A. All of said lands are
7  riparian to the Santa Margarita River and contain approximately
8  148 acres of irrigable land. Defendants claim full riparian
9  rights in the waters of said stream in an amount not to exceed
10 4.2 acre feet per acre per annum.

11     The lands of defendants described as "Parcel 1 of
12 Exhibit A" are also riparian to an un-named intermittent stream
13 which flows through said parcel in a generally northeasterly to
14 southwesterly direction.

15     The said lands described as Parcel One of Exhibit A
16 also overlie vagrant local percolating ground waters not a part
17 of any stream.

- 2 A -

14929

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by [signature]
Attorneys for defendants.

DATED : SEPTEMBER 25, 1958.

- 3 -

14930

# GRANT DEED

THIS FORM FURNISHED BY UNION TITLE INSURANCE AND TRUST COMPANY

WILLIAM F. HANES and BETTIE D. HANES, ~~husband and wife~~

GRANT to HUSTON H. BOUSLOG, a married man, as his separate property; ROBERT H. KELLER, A MARRIED MAN, as his separate property and GORDON G. NEWPORT, a married man, as his separate property

FOR A VALUABLE CONSIDERATION, do hereby

the real property in the County of San Diego, State of California, described as:

## PARCEL 1:

The South Half of the Southeast Quarter of Section 4; the Northwest Quarter of the Northeast Quarter and the Northeast Quarter of the Northwest Quarter of Section 9; Township 9 South, Range 3 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey approved April 21, 1890.

## PARCEL 2:

The South Half of the North Half of the Northeast Quarter of Section 8, Township 9 South, Range 3 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879.

EXCEPTING therefrom the South 30.00 feet of the West 300.00 feet of the Northeast Quarter of said Northeast quarter.

ALSO EXCEPTING the South 30.00 feet of the East 300.00 feet of the Northwest Quarter of said Northeast Quarter of said Section 8.

AND ALSO EXCEPTING that portion of said South Half of the North Half of the Northeast Quarter of Section 8 described as follows:

Beginning at the Northwest corner of said South Half of the North Half of the Northeast Quarter; thence along the North line of said South Half of the North Half of the Northeast Quarter North 88° 40' East 1414.00 feet; thence South 50° 38' 40" West 153.12 feet; thence South 19°04'40" West 560.27 feet to the North line of the South 30.00 feet of said North Half of the Northeast Quarter; thence along said North line South 89° 04' 40" West 26.70 feet to the West line of the East 300.00 feet of the Northwest Quarter of said Northeast Quarter; thence along said West line South 0° 43' 50" East 30.00 feet to the South line of said North Half of the Northeast Quarter; thence along said South line South 89° 04' 40" West 1070.70 feet to the West line of said Northeast quarter; thence North 1° 21' West along said West line 641.54 feet to the POINT OF BEGINNING.

114930A

A strip of...

Northwest Quarter...
Township 9 South,...
Meridian, in the County of San Diego, State of California
according to United States Government Survey, approved
April 21, 1890, the Southerly line of which is described
as follows:

Beginning at a point on the West line of said
Northwest Quarter of the Northwest Quarter, distant thereon
... 0° 00' 10" West 155.07 feet from the Southwest
corner thereof; thence North 85° 30' East 351.34 feet;
thence North 42° 38' East 164.83 feet; thence
... 71° 21' East 227.28 feet; thence North 54° 09' East
... feet; thence North 80° 16' 30" East 372.49 feet
to the East line of said Northwest Quarter of the Northwest
Quarter, said 20.00 foot strip beginning in the Westerly
line of said Northwest Quarter of the Northwest Quarter
ending in said Easterly line thereof.

EXCEPTING an easement and right of way for road
... over the above described 20.00 foot strip.

May 3, 1957

William F. Hanes
Bertie B. Hanes

State of CALIFORNIA } ss.
County of SAN DIEGO }

September ... 19 57

... the undersigned a Notary Public in and for said
... personally appeared
William F. Hanes and Bertie B. Hanes

... whose name 8 are
... instrument and acknowledged that
they executed the same
... and ... official seal

Margaret G. Rutherford
Notary Public in and for said County and State.
MY COMMISSION EXPIRES MAY 14, ...

After recording, mail to:
Mr. Huston H. Douglas
2155 Dogwood, Anaheim, California

SPACE BELOW FOR RECORDER'S USE ONLY

DOCUMENT No. 141509
RECORDED AT REQUEST OF
...
SEP 17 1957
at 9:00 A.M.
BOOK 6751 PAGE 223
OFFICIAL RECORDS
County of San Diego, California
...
14930B

"Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN DIEGO

HOUSTON H. BOUSLOG, ROBERT )
W. KELLER and GORDON W. MONFORT, )
                                            Plaintiffs,)   No.
                                                  )   224 781
    vs.                                       )
FALLBROOK PUBLIC UTILITY DISTRICT, )   JUDGMENT
a public utility district, )
                                    Defendant. )

The above entitled matter having come on for hearing in Department 5 of the above entitled Court, Honorable J. N. Durrentine, Judge, presiding, and it appearing to the satisfaction of the Court that this action was duly commenced by the plaintiff, and defendant Fallbrook Public Utility District having filed its Appearance and Consent to Judgment herein, it is therefore ORDERED, ADJUDGED AND DECREED:

    1. That certain grant deed from Houston H. Bouslog, Robert W. Keller and Gordon W. Monfort to Fallbrook Public Utility District dated September 17, 1957 and recorded in Book 6751 at Page 220, Official Records of said County, be and the same is hereby reformed and corrected to reflect the intent of the parties by adding thereto the following language:

    "Save and except all riparian rights which are retained and reserved for Owner's use upon the remainder of his said lands."

Dated: May 16, 1958

                                                   J. N. Durrentine
                                              Judge of the Superior Court

14931A

# GRANT DEED

THIS FORM FURNISHED BY UNION TITLE INSURANCE AND TRUST COMPANY

HOUSTON H. BOUSLOG, a married man, as his separate property; ROBERT W. KELLER, a married man, as his separate property and GORDON W. MONFORT, a married man, as his separate property

FOR A VALUABLE CONSIDERATION, do hereby

GRANT to FALLBROOK PUBLIC UTILITY DISTRICT

County of San Diego

That portion of the South Half of the North Half of the Northeast Quarter of Section 8, Township 9 South, Range 3 West, San Bernardino Base and Meridian, in the County of San Diego, State of California, according to United States Government Survey approved September 11, 1879, described as follows:

Commencing at the Northwest corner of said South Half of the North Half of the Northeast Quarter; thence along the North line of said South Half of the North Half of the Northeast Quarter North 88° 40' East 1414.00 feet to the TRUE POINT OF BEGINNING; thence South 50° 38' 40" West 153.12 feet; thence South 19° 04' 40" West 560.27 feet to the North line of the South 30.00 feet of said North Half of the Northeast Quarter; thence along said North line North 89° 05' East 573.51 feet to the East line of the West 300.00 feet of the Northeast Quarter of the Northeast Quarter; thence South 0° 45' 40" East along said line 30.00 feet to the South line of said North Half of the Northeast Quarter; thence along said South line North 89° 05' East 196.18 feet; thence North 30° 09' East 633.93 feet; thence North 50° 51' East 184.72 feet, more or less, to the North line of said South Half of the Northeast Quarter; thence Westerly along said line 930.53 feet, more or less, to the TRUE POINT OF BEGINNING.

State of CALIFORNIA  } ss.
County of SAN DIEGO

On September 12, 1957 before me, the undersigned, a Notary Public in and for said County and State, personally appeared
Houston H. Bouslog
Robert W. Keller
Gordon W. Monfort
known to me to be the persons whose names are subscribed to the within instrument and acknowledged that they executed the same.
WITNESS my hand and official seal.

Notary Public in and for said County and State.
My Commission Expires January 30, 1960

After recording, mail to:
FALLBROOK PUBLIC UTILITY DISTRICT
P.O. BOX 427, Fallbrook, California

SPACE BELOW FOR RECORDER'S USE ONLY

DOCUMENT No. 141507
RECORDED AT REQUEST OF
UNION TITLE INSURANCE & TRUST COMPANY
SEP 17 1957
at 9:00 A.M.
BOOK 6751 PAGE 220
OFFICIAL RECORDS
County of San Diego, California
ROGER N. HOWE, County Recorder
By ___ Deputy

AFFIDAVIT OF SERVICE BY MAIL—(1013a, C.C.P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss. 1247 SD-C

Franz R. Sachse, being first duly sworn, says: That affiant, whose address is 1092 South Main St., Fallbrook (San Diego County) California is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Answer of Defendants Gordon W. Monfort, Houston H. Bouslog and Robert W. Keller,
(Copy title of paper served)

on the Plaintiff
(Name of party served)
in said action, by placing a true copy thereof in an envelope addressed as follows:

Hon J. Lee Rankin, Rm. 332, 325 West F St., San Diego 1, California

(Name and address as shown on the envelope)

sealed and deposited on the 26th day of September, 1958, in the United States Mail at Fallbrook, San Diego County, California,
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 26th day of September, 1958.

Notary Public in and for said County and State
(SEAL) My Commission Expires May 25, 1961

My Commission expires May 25, 1961

14932A