FILED

SEP 30 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

SACHSE and PRICE
Attorneys at Law
1092 S. Main Street
Fallbrook, California
Phone: RAndolph 8-1154

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,

    Defendants.

No. 1247-SD-C
AMENDED
REQUEST FOR
ADMISSIONS UNDER
RULE 36
DEFENDANT
DOLORES COSTELLO BARRYMORE

Defendants Dolores Costello Barrymore,

request plaintiff within ten (10) days after the service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1. Defendants are the owners of the lands described in their answer herein.

    2. The lands described in the answer of defendants include 35 acres of irrigable land.

    3. A reasonable water duty for the irrigable lands of defendants is 4.2 acre feet per acre per year.

    4. The lands of defendant are not riparian to and do not abut upon any stream.

- 1 -

COPY RECEIVED

4679

5. The waters underlying the lands of defendant are percolating ground waters not a part of any stream.

                                  SACHSE and PRICE

                                  BY *[signature]*
                                      Franz R. Sachse
                                    Attorneys for Defendant

DATED: SEPTEMBER 24, 1958

4680