SACHSE and PRICE
Attorneys at Law
1092 South Main Street
Fallbrook, California
RAndolph 8-1154

**FILED**

SEP 30 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )
    vs. )
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al., )
        Defendants. )

No. 1247-SD-C
AMENDED
ANSWER OF DEFENDANT

DOLORES COSTELLO
BARRYMORE.

Defendants Dolores Costello Barrymore,

answering plaintiff's Complaint and Supplement to Complaint for themselves alone and not for any other defendant, admit, deny and allege as follows:

FIRST DEFENSE

I

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in paragraphs I, II, III, IV, VI, VII and VIII of plaintiff's Original Complaint herein, and therefore deny all of said allegations for want of information or belief.

II

Answering paragraph V of plaintiff's Original Complaint herein, defendants admit the litigation

- 1 -

COPY RECEIVED

14933

referred to and admit that a stipulated judgment was entered into therein, a copy of which is attached to plaintiff's Complaint marked Exhibit A. Defendants deny that they are parties to said litigation or in any way bound thereby; and deny that said stipulated judgment determines the rights of plaintiff against defendants.

### III

Deny the allegations of paragraph IX of plaintiff's Original Complaint.

### IV

Defendants have no knowledge or information sufficient to form a belief as to the allegations contained in Counts II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XXIII, and XXIV of plaintiff's Supplement to Complaint, and therefore deny all of said allegations for want of information or belief.

### V

Deny the allegations of Count XXI, XXII and XXV of plaintiff's Supplement to Complaint.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE:

### I

Defendants are the owners of real property situated in the County of San Diego, State of California, as described in Exhibit A attached hereto and made a part hereof by reference.

### II

Defendants claim water rights appurtenant to the real property described in Exhibit A, as follows:

- 2 -

14934

Approximately thirty five (35) acres of the lands of Defendant are arable and irrigable.

The said lands do not abut upon and are not riparian to any stream; however, defendant asserts that there are percolating ground waters underlying said lands which waters are not a part of any stream, and defendant asserts full correlative rights to the use of such percolating ground waters in an amount not to exceed 4.2 acre feet per acre per year.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by its Complaint and Supplement to Complaint herein.

2. That this Honorable Court adjudge and decree that defendants are the owners of water rights appurtenant to the lands described herein as described in this Answer.

3. That this Honorable Court adjudge and decree that the water rights of defendant are prior and paramount to all of the claimed water rights of plaintiff herein.

4. That this Honorable Court quiet the title of defendants in and to their rights to the use of water as set forth herein as against all adverse claims of plaintiff or other defendants herein.

5. For costs of suit and for such other relief as seems just.

SACHSE and PRICE

by *[signature]*
Attorneys for defendant
Dolores Costello Barrymore

DATED: SEPTEMBER 24, 1958.

- 3 -

14935

EXHIBIT A

PARCEL 1:
    Lot 3 of Section Thirteen, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880.

PARCEL 2:
    All that portion of Rancho Santa Margarita y Las Flores, as delineated upon a map in Book 7 of Patents, page 39 and as shown by records of survey maps No. 794 and 831, Records of the County of San Diego, State of California, described as follows:
    Beginning at a point on the East boundary line of said Rancho Santa Margarita y Las Flores, distant thereon South 7° 04' 52.98" West 4,237.94 feet from Corner No. 1 of said Rancho; thence continuing along said Easterly boundary line South 7° 04' 52.98" West 1186.78 feet; thence North 88° 23' West 145.90 feet to a ½" iron pin; thence North 6° 51' 55" East 1186.63 feet to a 5/8" iron pin with white redwood witness stake; thence South 88° 17' East 150.36 feet to the point of beginning.

    That portion of the Northwest Quarter of the Southeast Quarter of Section Thirteen, Township 9 South, Range 4 West, San Bernardino Meridian, in the County of San Diego, State of California, according to United States Government Survey approved June 11, 1880, lying Westerly of the following described line:
    Beginning at a point in the Southerly line of said Northwest Quarter of said Southeast Quarter of said Section 13, distant South 89° 56' 10" East 222.97 feet from the Southwest corner of said Northwest Quarter of said Southeast Quarter, said point being the beginning of a 250 foot radius curve concave Southwesterly a radial line to said point bearing North 70° 03' 58" East; thence Northwesterly along said curve 74.79 feet; thence tangent to said curve North 37° 04' 30" West 92.15 feet to the beginning of a tangent 150 foot radius curve concave Northeasterly; thence Northerly along said curve 93.72 feet; thence tangent to said curve North 1° 16' 30" West 216.83 feet to the beginning of a tangent 200 foot radius curve concave Southeasterly; thence Northeasterly along said curve 145.88 feet; thence tangent to said curve North 40° 31' East 87.09 feet to the beginning of a tangent 150 foot radius curve concave Westerly; thence Northerly along said curve 2.42 feet; thence North 46° 00' West 68.36 feet; thence North 44° 00' East 100 feet thence South 46° 00' East 19.09 feet to that point in said above mentioned 150 foot radius curve, having a radial bearing of North 85° 57' 40" East; thence Northerly along said curve 16.13 feet; thence tangent to said curve North 10° 12' West 61.85 feet to the beginning of a tangent 300 foot radius curve concave Easterly; thence Northerly along said curve 171.09 feet; thence tangent to said curve North 22° 28' 30" East 82.48 feet to the beginning of a tangent 800 foot radius curve concave Northwesterly; thence Northeasterly along said curve 206.41 feet; thence tangent to said curve North 7° 41' 30" East 56.00 feet to the North line of said Northwest Quarter of said Southeast Quarter of said Section 13.

Containing 40 acres more or less.

EXHIBIT A.

- 4 -

14936

**AFFIDAVIT OF SERVICE BY MAIL**—(1013a, C. C. P.)

STATE OF CALIFORNIA,
COUNTY OF San Diego } ss.    1247 SD - C

Franz R. Sachse _____, being first duly sworn, says: That affiant, whose address is

1092 South Main St., Fallbrook, (San Diego County) California
is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached Answer of Defendant and Request for Admissions of Dolores Costello Barrymore
(Copy title of paper served)

on the plaintiff _____ in said action, by placing a true copy thereof in an envelope addressed
(Name of party served)
as follows:

Hon. J. Lee Rankin, Rm 332, 325 West F St., Fallbrook, 1, California

(Name and address as shown on the envelope)

sealed and deposited on the 26th day of September, 1958, in the United States Mail at
Fallbrook, Can Diego County, California
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 26th day of September, 1958.

_____
Notary Public in and for said County and State
My Commission Expires May 25, 1961
(SEAL)

Stuart FORM 23

_____
My Commission expires May 25, 1961

14936A