UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA  NO. _ _1247-SD-C_ _ _ CIVIL

vs.  MINUTES OF THE COURT

FALLBROOK, etc., et al  DATE: _ October 1, 1958_ _

AT: San Diego, California

PRESENT: Hon. _ _ _ _ _ _ JAMES M. CARTER _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY_ Reporter _ _ JOHN SWADER AND ALEX STEWART

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, WILLIAM BURBY, LT. CDR. DONALD W. REDD, LT. COL ELLIOTT ROBERTSON, LT. COL. A. G. BOWEN.

COUNSEL FOR DEFENDANTS: FRANZ SACHSE, for Fallbrook Public Utility Bank District; ADOLPHUS MOSKOVITZ AND CARL BORANKAY for State of California; GEORGE GROVER for Cottle and Gibbon; GEORGE STAHLMAN for Vail; W. B. DENNIS for Santa Margarita; JAMES KRIEGER for Oviatt; TOM MENZIES for Chaffee, Kerr and Murray; LEO GOODMAN for Publix Title and General Title Clearing; Ray C. Eberhard for Wilson; John B. Myers for Butler; Robert McGinnis of LUCE, FORWARD, KUNZEL AND SCRIPP for Sawday; HARRY M. DOUGHERTY for Garbani; HARRY M. DOUGHERTY AND THOMPSON AND COLGATE BY HARRY M. DOUGHERTY FOR SEARLE BROS, etc.

PROCEEDINGS.   COURT TRIAL.

At 10:10 A.M. all parties ready.
Alex Stewart is sworn as pro tem reporter.
No objections by parties appearing to the appointment of the Special Master.
Court and counsel discuss procedure.
Attorney Veeder presents pre trial stipulation of issues, and list of exhibits.
Court and counsel discuss pre trial stipulation.
At 11 A.M. recess is declared by the Court.
At 11:15 A.M. reconvene, appearing as before, and IT IS ORDERED trial proceed.
Attorney Veeder makes short opening statement.
IT IS ORDERED that all plaintiffs exhibits ready at this time for make marked for Identification.
Plaintiffs exhibits 1 thru 57 are marked for Identification.
Fred Kunkel is called, sworn, and testifies for Government.
Plaintiffs Ex. No. 1 is received.
At 12:00 o'clock, noon, a recess is declared to 2 P.M.
At 2:05 P.M. reconvene with appearances as before.
Witness Kunkel resumes stand and testifies further.
Plaintiff Exs. Nos. 2, 3, 4, 5, 6, 7, 8, 9, and 15 are received.
At 3:15 P.M. recess, and at 3:40 P.M.reconvene.
Witness Kunkel resumes stand and testifies further.
Plaintiffs Exs. Nos. 58-2,3,4,5,6,8,9,11,12,13,14,15,16,17,18 are marked for Identification, and received.
At 4:30 P.M. a recess is declared to 9 10 A.M. 10-2-58 for further court trial.

JOHN A. CHILDRESS, Clerk

4686