Kate D. Philo
Box 73, Murrieta, Calif.

1    Defendants in propria persona

**FILED**

OCT 1 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _m._____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                Plaintiff, )  CIVIL NO. 1247- SD - C
    v. ) ANSWER OF DEFENDANTS
FALLBROOK PUBLIC UTILITY ) Kate L. Philo
DISTRICT, ET AL, )
                Defendants. )

       The defendants, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

             ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT

       These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

                   AFFIRMATIVE STATEMENT OF RIGHTS

       These defendants own 40 acres of land in Riverside County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

14937

Exhibit "A"

I own farm lot #75 which is in the Murrieta portion of the
Temecula Rancho.
For a more particular description, please refer to map on file
in book Eight of maps, page 359, San Diego County Records.

14938

Exhibit "B"

Farm Lot 75 - which is all in the Murrieta Portion of the Temecula Rancho.
This is one of the grants of land which I Believe to be confirmed by the treaty of Guadalupe Hidalgo between the United States and Mexico in 1948 or 1849.
I also believe that patent covering the Temecula Rancho was granted by President James Buchanan in 1860.
My land has always been used freely and exclusively in the past, and I expect and hope to do so in the future.
I rely on the said patent and said treaty for my protection.

14939

18          WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

*/s/ Kate D. P___*

Defendants in propria persona

Dated:

14940