**FILED**

**OCT 1 - 1958**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

Sidney Triggs,
Shirley R. Shippee,
Kathryn E. Shippee,
Defendants in propria persona
Route 2, Box 3-A,
Fallbrook, California

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,         )
                                  )
                Plaintiff,        )      CIVIL NO. 1247- SD - C
                                  )
        v.                        )      ANSWER OF DEFENDANTS,
                                  )      Sidney Triggs,
FALLBROOK PUBLIC UTILITY          )      Shirley R. Shippee,
DISTRICT, ET AL,                  )      Kathryn E. Shippee.
                                  )
                Defendants.       )

        The defendants, Sidney Triggs, Shirley R. Shippee, and
        Kathryn E. Shippee,
each severing from their co-defendants and each for himself or her-

self alone, in answer to the Complaint and Supplementary and Amenda-

tory Complaint on file herein, admit, deny, and allege:

            ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                    AMENDATORY COMPLAINT

        These answering defendants hereby incorporate by reference

all of the allegations contained in the answer to said Complaint and

Supplementary and Amendatory Complaint filed in this case by Newton

T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II

of the portion thereof entitled "Affirmative Statement of Rights")

and make each and all of said allegations a part of this answer

the same as if herein set forth at length.


                AFFIRMATIVE STATEMENT OF RIGHTS

        These defendants own    45    acres of land in Riverside

County, California, and within the watershed of the Santa Margarita

River, more particularly described in the document attached hereto,

marked Exhibit A, which is hereby incorporated by reference as a

part of this statement.

14941

COPY RECEIVED

                                1.

1  This is riparian land. Defendants are irrigating portions of this land

2  and water for this purpose is obtained by pumping directly from Fall-

3  brook Creek which runs through the property. Two houses are on said

4  property and 3 acres are planted; remaining acreage is for future

5  planting, more houses and more wells. A 40-foot well was dug at the

6  edge of the creek; there is a 3-HP electric pump producing 1800 GPH,

7  with irrigation lines running from the pump to a reservoir holding

8  15000 gallons. Defendants are the owners of the right to the use of the

9  waters to meet domestic and irrigation requirements. In addition, there

10  is a sub-surface flow which percolates in underground channels passing

11  under and through said land, which said water can be obtained therefrom

12  by sinking wells therein and pumping water therefrom. Defendants claim

13  all the rights of overlying landowners and to water which may originate

14  in or may be found on, or under, or which may cross their lands; the

15  right to dig or drill wells and exercise water reclamation and conser-

16  vation practices/are now or may be known, and the riparian rights
           appurtenant to said land. Defendants claim the right to use 180 acre-

17  feet of water per year on said land.

18          WHEREFORE, these defendants pray that plaintiff take

19  nothing against them by reason of the Complaint and Supplementary

20  and Amendatory Complaint on file herein; that said Complaint be

21  dismissed as against these defendants; that defendants' right to

22  water, as hereinabove set forth, be quieted as against the plain-

23  tiff and against all other defendants in this action; and for such

24  other and further relief as the Court may deem proper.

25  *Sidney Trigg*

26

27  *Kathryn E. Shipper*

28  *Shirley R. Shipper*

29  Defendants in propria persona,
    Route 2, Box 3-A

30  Fallbrook, California

  Dated: September __12__, 1958.

31  14942

32

2.

## DESCRIPTION

All the real property in the County of RIVERSIDE, State of California, described as follows:

PARCEL #1:   Government Lot 6, in Section 31, Township 8 South, Range 3 West, San Bernardino Base and Meridian.

PARCEL #2:   That portion of the Northeast Quarter of the Southwest Quarter of Section 31, Township 8 South, Range 3 West, San Bernardino Base and Meridian, by metes and bounds, beginning at the Northeast corner of Government Lot 6 in said Section 31; thence Easterly on the Northerly line of the Northeast Quarter of the Southwest Quarter of said Section, 165 feet; thence Southerly parallel with the Easterly line of said Government Lot 6, 1320 feet, more or less, to the Southerly line of the Northeast Quarter of the Southwest Quarter of said Section; thence Westerly on said Southerly line of said Northeast Quarter of the Southwest Quarter of said Section, 165 feet to the Southeasterly corner of said Government Lot 6; thence Northerly on the Easterly line of said Government Lot 6, 1320 feet to the point of beginning.

EXHIBIT "A"

14943

3.