10-2-58

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.  NO. 1247-SD-C _ _ _ CIVIL

vs.  MINUTES OF THE COURT

FAILBROOK, etc., et al  DATE: _ _October 2, 1958 _

AT: San Diego, California

PRESENT: Hon. _ _ _JAMES M. CARTER_ _ _ _ _ _ _ _ _ _ District Judge;

Deputy Clerk: WILLIAM W. LUDDY _ Reporter JOHN SWADER AND ALEX STEWART

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, ELLIOTT ROBERTSON, DONALD W. REDD AND A. C. BOWEN.

COUNSEL FOR DEFENDANT: FRANZ SACHSE, ADOLPHUS MOSKOVITZ, JAMES KRIEGER, BERT BUZZINI, W. B. DENNIS, GEORGE STAHLMAN, ROBERT MCGINNIS, AND CARL BORONKAY.

PROCEEDINGS:    FURTHER COURT TRIAL

At 10 A.M. convene herein.
Attorney Veeder offers Plaintiffs Exs. 29 series, and six said exhibits are received in evidence.
Fred Kunkel heretofore sworn, resumes stand and testifies further.
Plaintiffs exhibits 58-19, 20, 21, 22, 23, 24, 25, 27, 31, 32, and 33 are marked for Identification, and received.
At 11:25 A.M. a recess is declared by the court, and at 11:45 A.M. reconvene.
Witness Kunkel resumes stand and testifies further.
At 12:02 P.M. a recess is declared by the court to 2:00 o'clock P.M.
At 2:02 P.M. reconvene herein.
Attorney Veeder reports on progress of the preparation of Pre trial stipulation of issues.
Witness Kunkel resumes stand and testifies further.
At 3:20 P.M. a recess is declared by the court, and at 3:40 P.M. reconvene.
Additional sheets are added to Exs. Nos. 20, 21, 22, and 23.
Plaintiffs Ex. No. 34 is substituted.
Witness Kunkel resumes stand and testifies further.
At 4:35 P.M. a recess is declared by the court, and the further trial herein, continued to October 3, 1958, at 10 A.M.

4687

JOHN A. CHILDRESS, Clerk