**F I L E D**

OCT 2- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK

1   IONE B. STRADER
2   Defendant in Propria Persona
    930 Cotton Street
3   San Diego 2, California

4

5

6           IN THE UNITED STATES DISTRICT COURT

7               SOUTHERN DISTRICT OF CALIFORNIA

8                   SOUTHERN DIVISION

9

10  UNITED STATES OF AMERICA,    )    CIVIL NO. 1247-SD-C
                                 )
11                Plaintiff,     )
                                 )
12       -vs-                    )        A F F I D A V I T
                                 )
13  FALLBROOK PUBLIC UTILITY     )
    DISTRICT, ET AL.,            )
14                               )
15                Defendants.    )
                                 )

16  STATE OF CALIFORNIA,)
17                      ) SS
    COUNTY OF SAN DIEGO.)

18

19          IONE B. STRADER, being first duly sworn, deposes and

20  says:  That she is one of the defendants above named.  That she

21  is the wodow of Thomas Preston Strader, Deceased, who is also

22  one of the above named defendants.  That Thomas Preston Strader

23  died on or about the 13th day of February, 1957.  That attached

24  hereto is a certified copy of a Decree of the Superior Court of

25  the State of California in and for the County of San Diego in

26  the Matter of the Estate of THOMAS PRESTON STRADER, Deceased,

27  No. 58057, which is a Decree of Distribution of the Estate of

28  said Thomas Preston Strader, Deceased.  That the said Decree

29  incorporated by reference and made a part hereof.  That by the

30  terms of the said Decree all of the interest of said Thomas

31

32

WILLIAM MURRAY HILL
ATTORNEY AT LAW
620-621 FIRST NAT'L
BANK BUILDING
SAN DIEGO 1, CALIF.
BELMONT 9-1297

COPY RECEIVED

4730

Preston Strader, Deceased in the following described real property passed to affiant, to wit:  Ione B. Strader, also known as Mary Ione Strader:

The Southwest Quarter of the Northwest Quarter of Section 10, Township 7 South, Range 3 East in Riverside County, California, being forty acres, more or less.

That the said land is the land involved in the above entitled action in which affiant and Thomas Preston Strader are named as defendants.

WHEREFORE, by reason of the said decease of the said Thomas Preston Strader and the vesting by order of the said Decree of Distribution of the Estate of said decedent in the said land in affiant, affiant prays that this Court make its Order dismissing the above entitled action as against Thomas Preston Strader, Deceased.

DATED:  This 30th day of September, 1958.

_Ione B. Strader_
IONE B. STRADER

Subscribed and sworn to before me this 30th day of September, 1958.

_William M. Hile_
Notary Public in and for said
County and State.

-2-

WILLIAM MURRAY HILL
ATTORNEY AT LAW
660-661 FIRST NAT'L
BANK BUILDING
SAN DIEGO 1, CALIF.
BELMONT 9-1297

4731

WILLIAM M. HILL
Attorney at Law
620 First National Bank Bldg.
San Diego 1, California

Telephone: BElmont 9-1297

Attorney for Petitioner

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN DIEGO

| In the Matter of the Estate of | | No. 58057 |
|---|---|---|
| THOMAS PRESTON STRADER, | | DECREE SETTLING ACCOUNT AND REPORT OF EXECUTRIX AND |
| Deceased. | | FINAL DISTRIBUTION |

SHIRLEY IONE DOUTHIT, executrix of the Last Will and Testament
of THOMAS PRESTON STRADER, deceased, having on the 12th day of
March, 1958, rendered and filed herein a full account and re-
port of her administration of said estate, which said account
was for a final settlement, and having with said account filed
a petition for the final distribution of said estate, and said
account and petition this day coming on regularly to be heard,
and proof having been made to the satisfaction of the Court that
the clerk had given notice of the settlement of said account
and the hearing of said petition, in the manner and for the
time required by law, the Court finds:

That said account is true and correct; that due and legal
notice to creditors of said estate has been given in the manner
and for the time required by law.

That all claims and debts against said decedent and against
said estate, all expenses and charges of administration and all
taxes due have been paid and that said estate is ready for
distribution and now is a condition to be closed.

-1-

4732

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Final account of said Executrix be, and the same is hereby finally settled, allowed, and approved.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the residue of said estate of THOMAS PRESTON STRADER, deceased, hereinafter particularly described, and now remaining in the hands of said Executrix and any other property which may belong to said estate, or in which said estate may have any interest, be, and the same is hereby, distributed as follows, to wit:

All of the assets of said estate are distributed to and vested in MARY IONE STRADER as her sole and separate property including all property now known to said Executrix and MARY IONE STRADER and any such property as may be hereafter discovered and properly distributable under said Will.

The following is a description of the real property referred to in this decree and of which distribution is now ordered:

Parcel One:  Lot 10, in Block B of Garden Grove according to Map No. 1572 filed in the Office of the County Recorder San Diego County on May 21, 1913.

Parcel Two:  The Southwest Quarter of the Northwest Quarter of Section 10, Township 7 South, Range 3 East in Riverside County, California, being forty acres, more or less.

Parcel Three:  Lot 12 Haley's Addition in the County of San Diego, State of California according to Map No. 1286 filed in the Office Of the County Recorder San Diego County on September 22, 1910.

DATED:  This 28th day of March, 1958.

/s/ BONSALL NOON
Judge of the Superior Court

4733