```
                                          F I L E D

                                          OCT 2- 1958
 1  IONE B. STRADER                       CLERK, U.S. DISTRICT COURT
    Defendant in Propria Persona          SOUTHERN DISTRICT OF CALIFORNIA
 2  930 Cotton Street                     By _____
    San Diego 2, California                      DEPUTY CLERK
 3
 4                                              ENTERED

 5                                              OCT 10 1958

 6               IN THE UNITED STATES DISTRICT COURT   CLERK, U.S. DISTRICT COURT
                                                       SOUTHERN DISTRICT OF CALIFORNIA
 7                 SOUTHERN DISTRICT OF CALIFORNIA     By _____
                                                            DEPUTY CLERK
 8                         SOUTHERN DIVISION
 9
    UNITED STATES OF AMERICA,   )     CIVIL NO. 1247-SD-C
10                              )
                Plaintiff,      )
11                              )
              -vs-              )     ORDER DISMISSING ACTION
12                              )
                                )
13  FALLBROOK PUBLIC UTILITY    )
    DISTRICT, ET AL.,           )
14                              )
                Defendants.     )
15  _____)
16
17          It appearing to the Court from the Affidavit of IONE B.
18  STRADER, also known as, MARY IONE STRADER, one of the above named
19  defendants herein, and it further appearing from the attached
20  Decree of Final Distribution of the Estate of THOMAS PRESTON
21  STRADER, Deceased, one of the defendants above named, whereby the
22  estate of said Thomas Preston Strader, Deceased, is vested in
23  IONE B. STRADER, aka MARY IONE STRADER, in that parcel of land
24  hereinafter described:
25
    The Southwest Quarter of the Northwest Quarter of Section 10,
26  Township 7, South, Range 3 East in Riverside County, California,
    being forty acres, more or less;
27
28          And the Court being satisfied that the said defendant
    Thomas Preston Strader is now deceased and good cause appearing
29  therefore;
30          IT IS HEREBY ORDERED that the above entitled action
31  is dismissed as against the said Thomas Preston Strader, Deceased.
32          DATED: This ___2___ day of October, 1958.

                                     _____
                                       JAMES M. CARTER        4729
                                       Judge of the United States
                                       District Court
```

WILLIAM MURRAY HILL
ATTORNEY AT LAW
620-621 FIRST NAT'L
BANK BUILDING
SAN DIEGO 1, CALIF.
BELMONT 9-1297

COPY RECEIVED