Case 3:51-cv-01247-JO-SBC Document 3759 Filed 10/03/58 PageID.12772 Page 1 of 1

CARTER
10-3-58

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

U.S.A.

vs.

FALLBROOK, etc., et al

NO. 1247-SD-C CIVIL

MINUTES OF THE COURT

DATE: October 3, 1958

AT: San Diego, California

PRESENT: Hon. JAMES M. CARTER District Judge;

Deputy Clerk: WILLIAM W. LUDDY Reporter JOHN SWADER AND CHAS. FIVECOAT

COUNSEL FOR PLAINTIFF: WILLIAM VEEDER, ELLIOTT ROBERTSON, DONALD W. REDD,

COUNSEL FOR DEFENDANT: FRANZ SACHSE, ADOLPHUS MOSKOVITZ, JAMES KRIEGER GEORGE STAHLMAN, W. B. DENNIS, CARL BORONKAY.

PROCEEDINGS: FURTHER COURT TRIAL

At 10:10 A.M. convene herein.
Charles Fivecoat is sworn as reporter pro tem.
- Fld agreement by defendants represented by Attorney Sachse to order on pre trial as to facts.
Fld list of plaintiffs exhibits.
Plaintiffs exhibits 59 to 79 are marked for identification.
Plaintiffs exhibit no. 16 is offered, objection, objection withdrawn, and said exhibit is received in evidence.
Witness Fred Kunkel resumes stand and testifies further.
At 11:05 A.M. recess, and at 11:15 A.M. reconvene herein
Witness Kunkel resumes stand and testifies further.
Plaintiffs Ex. No. 17 is offered, and received in evidence.
At 12, noon, a recess is declared to 2 P.M.
At 2 P.M. reconvene herein.
Witness Kunkel resumes stand and testifies further.
At 3:20 P.M. recess, and at 3:40 P.M. reconvene.
Witness Kunkel resumes stand and testifies further.
Ex. No. 18 is received in evidence.
At 4:10 P.M. a recess is declared by the court, and the further court trial herein continued to October 7, 1958, at 10 A.M.