WALTER T. GOODWIN and MARY JANE GOODWIN
Defendants in propria persona

124 West 234th Street
Wilmington, California

FILED
OCT 3- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, ET AL,

    Defendants.

CIVIL NO. 1247- SD - C

ANSWER OF DEFENDANTS
WALTER T. GOODWIN and
MARY JANE GOODWIN

The defendants, WALTER T. GOODWIN and MARY JANE GOODWIN, each severing from their co-defendants and each for himself or herself alone, in answer to the Complaint and Supplementary and Amendatory Complaint on file herein, admit, deny, and allege:

ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
AMENDATORY COMPLAINT

These answering defendants hereby incorporate by reference all of the allegations contained in the answer to said Complaint and Supplementary and Amendatory Complaint filed in this case by Newton T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II of the portion thereof entitled "Affirmative Statement of Rights") and make each and all of said allegations a part of this answer the same as if herein set forth at length.

AFFIRMATIVE STATEMENT OF RIGHTS

These defendants own **four** acres of land in **Riverside** County, California, and within the watershed of the Santa Margarita River, more particularly described in the document attached hereto, marked Exhibit A, which is hereby incorporated by reference as a part of this statement.

COPY RECEIVED

14944

1  That portion of Lot 16 of Temecula Ranche, as shown by map entitled Map of Temecula Land and Water Company on file in Book 8 Page 359
2  of Maps, Records of San Diego County, California; described as follows:
3  Commencing at the Westerly corner of said Lot; Thence Southeasterly on the Southwesterly line of said Lot, 330 feet to the true point
4  of beginning; Thence continuing Southeasterly, on the Southwesterly line of said Lot, 255 feet; Thence Northeasterly, at right angles,
5  660 feet; Thence Northwesterly, at right angles, 255 feet to a point, said point being 330 feet from the Northwesterly line of
6  said Lot; Thence Southwesterly, on a line parallel with the Northwesterly line of said Lot, 660 feet to the point of beginning.

7
8  We claim our water rights are paramount to all other rights or claims of right of Plaintiff in and to said water. We claim all water rights
9  under our land for the beneficial use thereon.

18  WHEREFORE, these defendants pray that plaintiff take
19  nothing against them by reason of the Complaint and Supplementary
20  and Amendatory Complaint on file herein; that said Complaint be
21  dismissed as against these defendants; that defendants' right to
22  water, as hereinabove set forth, be quieted as against the plain-
23  tiff and against all other defendants in this action; and for such
24  other and further relief as the Court may deem proper.

26      *Walter S. Gordon*
28      *Mary Jane Gordon*
29           Defendants in propria persona

30  Dated:

14945