1  J. LEE RANKIN
   Solicitor General
2  Department of Justice
   Washington, D. C.
3
   Attorney for United States
4     of America

**FILED**

OCT 3- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                    DEPUTY CLERK

5

6

7              IN THE UNITED STATES DISTRICT COURT

8                 SOUTHERN DISTRICT OF CALIFORNIA

9                        SOUTHERN DIVISION

10

11  UNITED STATES OF AMERICA,        )
                                     )          No. 1247-SD-C
12                    Plaintiff,     )
                                     )   REPLY TO REQUEST FOR ADMISSIONS
13        v.                         )
                                     )                  OF
14  FALLBROOK PUBLIC UTILITY DISTRICT,)
    et al.,                          )        ALEXANDRA DE AROCHA GHIKA
15                                   )
                      Defendants.    )
16

17          ALEXANDRA DE AROCHA GHIKA, defendant in the above entitled action,

18  has filed an Answer, dated July 17, 1958, to the Complaint and Supplementary

19  and Amendatory Complaint.  In the Answer no claim to the right to the use

20  of water of the Santa Margarita River and its tributaries is made.  Under

21  the circumstances the defendant, in fact, is disclaiming any right, title

22  and interest to the water of the Santa Margarita River and its tributaries.

23  It is understood, however, from the directions of the Court that it is

24  desirable to have entered in the decree by the Court, certain data in

25  regard to lands of this defendant.

26          The defendant requests by a Request for Admissions, dated July 17,

27  1958, that the plaintiff admit that the following statements are true:  (1)

28  Defendant is the owner of the lands described in her answer herein; (2) the

29  lands described in the answer of defendant includes two (2) acres of

30  irrigable land; (3) a reasonable water duty for the irrigable lands of

31  defendant is 4.2 acre feet per acre per year; (4) the lands of defendant are

32

                                      -1-

                                                              4630

1   not riparian and do not abut upon any stream; (5) the water underlying the

2   lands of defendant are vagrant percolating ground waters not a part of any

3   stream.

4        The plaintiff admits that insofar as is known at the present

5   time the defendant is the owner of the land described in the answer.  On

6   August 18, 1958, a representative of the defendant indicated to representatives

7   of the United States the boundary limits of the property described in the

8   aforesaid answer and a reconnaissance survey was made of the property.  Based

9   upon this survey the United States of America denies that the land described

10  in the answer, approximately two acres, is irrigable.

11       The reconnaissance survey further showed that the lands described

12  in the answer do not abut on the Santa Margarita River or its tributaries;

13  moreover, that the lands probably overlie percolating ground waters.  In using

14  the term "overlie" it is not to be ascribed the legal significance given the

15  term in Pasadena v. Alhambra, 33 Calif (2d) 908, 207 Pac (2d) 17 (1949).  These

16  ground waters are not a part of any surface or subsurface stream or subsurface

17  basin of the Santa Margarita River or its tributaries.

18

19

20  Dated:  October 1, 1958.

                                          DONALD W. REDD

                                    Attorney for Plaintiff

21

22

23

24

25

26

27

28

29

30

31

32

4691

STATE OF CALIFORNIA )
) ss.
COUNTY OF SAN DIEGO )

DONALD W. REDD, Attorney for the Plaintiff, being duly sworn, upon oath, deposes and says: That he signed on behalf of the United States of America, the foregoing answer to Request For Admissions of ALEXANDRA DE AROCHA GHIKA;

that he has read the foregoing answer; that he is authorized to sign said answer on behalf of the United States of America; and that the statements contained in said answer are true except insofar as the statements are based upon information and belief and those statements he believes to be true.

*Donald W. Redd*

Subscribed and sworn to before me
this 2nd day of October , 1958.

*Margaret B. Cooker* Tooker
Notary Public in and for said
County and State

(SEAL)
My Commission Expires June 3, 1962.

-3-