IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FILED
OCT 3- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

 v.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

    Defendants.

No. 1247-SD-C

AFFIDAVIT OF SERVICE BY MAIL

STATE OF CALIFORNIA )
         ) ss.
COUNTY OF SAN DIEGO )

   R. E. NAGLE, being first duly sworn, deposes and says: That he is a citizen of the United States and a resident of San Diego County, California; that his business address is Office of Ground Water Resources, Marine Corps Base, Camp Pendleton, California; that he is over the age of eighteen years and is not a party to the above entitled action.

   That, in the above entitled action, on October 2, 1958, he deposited in the United States mail at Oceanside, California, in envelopes bearing the requisite postage, at which places there is a delivery service by United States mails from said post offices, a copy of

   REPLY TO REQUEST FOR ADMISSIONS OF ALEXANDRA DE AROCHA GHIKA;

addressed to Sachse & Price, 1092 South Main Street, Fallbrook, California.

                *R. E. Nagle*

Subscribed and sworn to before me this 2nd day of October, 1958

*Margaret B. Crocker*
Notary Public in and for said
 County and State
(SEAL)

My Commission Expires June 3, 1960.

4688