HARRY E. TEASDALL
Attorney at Law
114 North Main St.
Fallbrook, Calif.
RAndolph 8-2331

FILED
OCT 3- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
vs
FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,
        Defendants.

NO. 1247-SD-C

REQUEST FOR ADMISSIONS UNDER RULE 36

Defendants, HARLEY C. PYRON and ROBERTA L. PYRON, request plaintiff within twenty (20) days after service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

1. The irrigable lands of defendants, which include 45 acres of their lands, all overlie vagrant percolating ground waters which are not a part of any stream.

                                                            Harry E. Teasdall
                                                            Attorney for defendants

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

COPY RECEIVED

4696

```
 1  HARRY E. TEASDALL
    Attorney at Law
 2  114 North Main St.,
    Fallbrook, Calif.
 3  RAndolph 8-2331
 4
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9                SOUTHERN DISTRICT OF CALIFORNIA
10                      SOUTHERN DIVISION
11  UNITED STATES OF AMERICA      )
12                  Plaintiff     )   NO. 1247-SD-C
13           vs                   )   CERTIFICATE OF SERVICE
                                  )   BY MAIL
14  FALLBROOK PUBLIC UTILITY DISTRICT,)
    a public service corporation of the)
15  State of California, et al.,  )
16              Defendants.       )
17
18      Harry E. Teasdall certifies that he is and was, at all times
    mentioned, an active member of the State Bar of California and not
19  a party to the within action or proceeding; that his business
    address is 114 No. Main St., Fallbrook, California; that on
20  October 1, 1958, he served the within Requests for Admissions
    under Rule 36 by defendants James Duncan and Edith F. Duncan,
21  Fallbrook Woman's Club, Martha Fleckenstein, Margaret Laurette
    Gallacher, Howard J. Glass, Elsie J. Glass, Mark Gallacher
22  and Margaret Laurette Gallacher, Gavilan Development Corporation,
    Milton M. Harvey and Thelma D. Harvey, Roland G. Mason and Marian
23  R. Mason, Gerald R. Patton and Blanche Patton, Harley C. Pyron
    and Roberta L. Pyron, Irving B. Reder and Julia G. Reder, William
24  A. Sim and Dorothy A. Sim, on the plaintiff in said action or
    proceeding by depositing a true copy thereof, inclosed in a sealed
25  envelope with postage thereon fully prepaid in a mail-box regularly
    maintained by the Government of the United States at Main St. and
26  Alvarado St., Fallbrook, California, addressed to the attorney of
    record of said plaintiff at the office address of said attorney,
27  as follows: "J. Lee Rankin, Solicitor General, Room 332,
    325 West "F" St., San Diego, California."
28
29  Dated October 1, 1958
                                          Harry E. Teasdall
30                                        HARRY E. TEASDALL
31
32
```

4697