1  HARRY E. TEASDALL
   Attorney at Law
2  114 North Main St.
   Fallbrook, Calif.
3  RAndolph 8-2331

**FILED**

OCT 3 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
                        DEPUTY CLERK

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10                SOUTHERN DIVISION

11  UNITED STATES OF AMERICA,            )
12            Plaintiff,                 )   NO. 1247-SD-C
13         vs                            )   REQUEST FOR ADMISSIONS
                                         )   UNDER RULE 36
14  FALLBROOK PUBLIC UTILITY DISTRICT,   )
    a public service corporation of the  )
15  State of California, et al.,         )
16            Defendants.                )
                                         )
17  ──────────────────────────────────────

18         Defendants ROLAND G. MASON and MARIAN R. MASON, request

19  plaintiff within twenty (20) days after service of this request

20  to admit that the following statements are true, for the purposes

21  of this action only, and subject to all pertinent objections to

22  admissibility which may be interposed at the trial:

23         1.  The irrigable lands of defendants, which include

24  approximately 40 acres, all overlie vagrant percolating ground

25  waters which are not a part of any stream.

26

27                           *Harry E. Teasdall*
                          Attorney for defendants

28

29

30

31

32

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

COPY RECEIVED

4698

```
 1   HARRY E. TEASDALL
     Attorney at Law
 2   114 North Main St.,
     Fallbrook, Calif.
 3   RAndolph 8-2331

 4

 5

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              SOUTHERN DISTRICT OF CALIFORNIA

10                    SOUTHERN DIVISION

11   UNITED STATES OF AMERICA          )
12                  Plaintiff          )    NO.  1247-SD-C
13              vs                     )    CERTIFICATE OF SERVICE
                                       )    BY MAIL
14   FALLBROOK PUBLIC UTILITY DISTRICT,)
15   a public service corporation of the)
     State of California, et al.,      )
16                                     )
                Defendants.            )
17

18        Harry E. Teasdall certifies that he is and was, at all times
19   mentioned, an active member of the State Bar of California and not
     a party to the within action or proceeding; that his business
20   address is 114 No. Main St., Fallbrook, California; that on
     October 1, 1958, he served the within Requests for Admissions
21   under Rule 36 by defendants James Duncan and Edith F. Duncan,
     Fallbrook Woman's Club, Martha Fleckenstein, Margaret Laurette
22   Gallacher, Howard J. Glass, Elsie J. Glass, Mark Gallacher
     and Margaret Laurette Gallacher, Gavilan Development Corporation,
23   Milton M. Harvey and Thelma D. Harvey, Roland C. Mason and Marian
     R. Mason, Gerald R. Patton and Blanche Patton, Harley C. Pyron
24   and Roberta L. Pyron, Irving B. Reder and Julia C. Reder, William
     A. Sim and Dorothy A. Sim, on the plaintiff in said action or
25   proceeding by depositing a true copy thereof, inclosed in a sealed
     envelope with postage thereon fully prepaid in a mail-box regularly
26   maintained by the Government of the United States at Main St. and
     Alvarado St., Fallbrook, California, addressed to the attorney of
27   record of said plaintiff at the office address of said attorney,
     as follows: "J. Lee Rankin, Solicitor General, Room 332,
28   325 West "F" St., San Diego, California."

29   Dated October 1, 1958

30                                    Harry E. Teasdall
                                      HARRY E. TEASDALL
31

32
```