HARRY E. TEASDALL
Attorney at Law
114 North Main St.
Fallbrook, California
RAndolph 8-2331

FILED
OCT 3 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs

FALLBROOK PUBLIC UTILITY DISTRICT,
a public service corporation of the
State of California, et al.,

    Defendants.

NO. 1247-SD-C

REQUEST FOR ADMISSIONS
UNDER RULE 36

    Defendant GAVILAN DEVELOPMENT CORPORATION, requests plaintiff within twenty (20) days to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

    1. The lands of defendant which are arable and irrigable, which includes approximately 100 acres of said lands, overlie percolating ground waters which are not a part of any stream.

                                                    /s/ Harry E. Teasdall
                                                    Attorney for defendant

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

COPY RECEIVED

4702

```
HARRY E. TEASDALL
Attorney at Law
114 North Main St.,
Fallbrook, Calif.
RAndolph 8-2331
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>vs<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>a public service corporation of the<br>State of California, et al.,<br><br>　　　　Defendants. | NO. 1247-SD-C<br><br>CERTIFICATE OF SERVICE<br>BY MAIL |

　　　　Harry E. Teasdall certifies that he is and was, at all times mentioned, an active member of the State Bar of California and not a party to the within action or proceeding; that his business address is 114 No. Main St., Fallbrook, California; that on October 1, 1958, he served the within Requests for Admissions under Rule 36 by defendants James Duncan and Edith F. Duncan, Fallbrook Woman's Club, Martha Fleckenstein, Margaret Laurette Gallacher, Howard J. Glass, Elsie J. Glass, Mark Gallacher and Margaret Laurette Gallacher, Gavilan Development Corporation, Milton M. Harvey and Thelma D. Harvey, Roland G. Mason and Marian R. Mason, Gerald R. Patton and Blanche Patton, Harley C. Pyron and Roberta L. Pyron, Irving B. Reder and Julia C. Reder, William A. Sim and Dorothy A. Sim, on the plaintiff in said action or proceeding by depositing a true copy thereof, inclosed in a sealed envelope with postage thereon fully prepaid in a mail-box regularly maintained by the Government of the United States at Main St. and Alvarado St., Fallbrook, California, addressed to the attorney of record of said plaintiff at the office address of said attorney, as follows: "J. Lee Rankin, Solicitor General, Room 332, 325 West "F" St., San Diego, California."

Dated October 1, 1958

　　　　　　　　　　　　　　　　　　　　/s/ Harry E. Teasdall
　　　　　　　　　　　　　　　　　　　　HARRY E. TEASDALL

　　　　　　　　　　　　　　　　　　　　　　　　　4703