FILED

OCT 3- 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

1  HARRY E. TEASDALL
   Attorney at Law
2  114 North Main St.
   Fallbrook, California
3  RAndolph 8-2331

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10                     SOUTHERN DIVISION

11 UNITED STATES OF AMERICA,        )
                                    )
12               Plaintiff,         )      NO. 1247-SD-C
                                    )
13         vs.                      )      REQUEST FOR ADMISSIONS
                                    )      UNDER RULE 36
14 FALLBROOK PUBLIC UTILITY DISTRICT, )
   a public service corporation of the )
15 State of California, et al.,     )
                                    )
16               Defendants.        )
                                    )
17 _____

18         Defendant, FALLBROOK WOMAN'S CLUB, a corporation,

19 requests plaintiff within twenty (20) days after the service of

20 this request to admit that the following statements are true, for

21 the purposes of this action only, and subject to all pertinent

22 objections to admissibility which may be interposed at the trial:

23         1.  The lands of defendant do not abut upon and are not

24 riparian to the Santa Margarita River or any of its tributaries.

25         2.  The lands of defendants overlie vagrant percolating

26 ground waters which are not a part of any stream.

27

28                              _Harry E Teasdall_
                               Attorney for defendants

29

30

31

32

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

COPY RECEIVED

4704

```
1  HARRY E. TEASDALL
   Attorney at Law
2  114 North Main St.
   Fallbrook, Calif.
3  RAndolph 8-2331
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9                 SOUTHERN DISTRICT OF CALIFORNIA
10                      SOUTHERN DIVISION
11 UNITED STATES OF AMERICA,        )
12              Plaintiff           )    NO. 1247-SD-C
                                    )
13                                  )    CERTIFICATE OF SERVICE
              vs                    )    BY MAIL
14                                  )
   FALLBROOK PUBLIC UTILITY DISTRICT,)
15 a public service corporation of the)
   State of California, et al.,     )
16                                  )
              Defendants.           )
17                                  )
18
19     Harry E. Teasdall certifies that he is and was, at all times
   mentioned, an active member of the State Bar of California and not
20 a party to the within action or proceeding; that his business
   address is 114 No. Main St., Fallbrook, California; that on
21 October 1, 1958, he served the within Requests for Admissions under
   Rule 36 by defendants James Duncan and Edith F. Duncan, Fallbrook
22 Woman's Club, Martha Fleckenstein, Margaret Laurette Gallacher,
   Howard J. Glass, Elsie J. Glass, Mark Gallacher and Margaret
23 Laurette Gallacher, Gavilan Development Corporation, Milton M.
   Harvey and Thelma D. Harvey, Roland G. Mason and Marian R. Mason,
24 Gerald R. Patton and Blanche Patton, Harley C. Pyron and Roberta
   L. Pyron, Irving B. Reder and Julia C. Reder, William A.Sim and
25 Dorothy A. Sim, on the plaintiff in said action or proceeding by
   depositing a true copy thereof, inclosed in a sealed envelope
26 with postage thereon fully prepaid in a mail-box regularly main-
   tained by the Government of the United States at Main St. and
27 Alvarado St., Fallbrook, California, addressed to the attorney of
   record of said plaintiff at the office address of said attorney,
28 as follows: "J. Lee Rankin, Solicitor General, Room 332, 325 West
   "F" St., San Diego, California."
29
   Dated October 1, 1958
30                                   Harry E. Teasdall
31
32
                                                        4705
```