HARRY E. TEASDALL
Attorney at Law
114 North Main St.
Fallbrook, Calif.
RAndolph 8-2331

FILED
OCT 3- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,             )
                                      )
                Plaintiff             )   NO. 1247-SD-C
                                      )
         vs                           )   REQUEST FOR ADMISSIONS
                                      )   UNDER RULE 36
FALLBROOK PUBLIC UTILITY DISTRICT,    )
a public service corporation of the   )
State of California, et al.,          )
                                      )
                Defendants.           )

Defendants, JAMES DUNCAN AND EDITH F. DUNCAN, request plaintiff within twenty (20) days after service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

1. The lands of defendants do not abut upon and are not riparian to the Santa Margarita River or any of its tributaries.

2. The lands of defendants overlie vagrant percolating ground waters which are not a part of any stream.

*Harry E. Teasdall*
Attorney for defendants

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RAndolph 8-2331

COPY RECEIVED                                                 4706

```
 1  HARRY E. TEASDALL
    Attorney at Law
 2  114 North Main St.
    Fallbrook, Calif.
 3  RAndolph 8-2331
 4
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT
 9             SOUTHERN DISTRICT OF CALIFORNIA
10                    SOUTHERN DIVISION
11  UNITED STATES OF AMERICA,      )
12            Plaintiff            )   NO. 1247-SD-C
                                   )
13                                 )   CERTIFICATE OF SERVICE
         vs                        )   BY MAIL
14                                 )
    FALLBROOK PUBLIC UTILITY DISTRICT,)
15  a public service corporation of the)
    State of California, et al.,    )
16                                  )
            Defendants.             )
17                                  )
                                    )
18
19       Harry E. Teasdall certifies that he is and was, at all times
    mentioned, an active member of the State Bar of California and not
20  a party to the within action or proceeding; that his business
    address is 114 No. Main St., Fallbrook, California; that on
21  October 1, 1958, he served the within Requests for Admissions
    under Rule 36 by defendants James Duncan and Edith F. Duncan,
22  Fallbrook Woman's Club, Martha Fleckenstein, Margaret Laurette
    Gallacher, Howard J. Glass, Elsie J. Glass, Mark Gallacher and Mar-
23  garet Laurette Gallacher, Gavilan Development Corporation, Milton
    M. Harvey and Thelma D. Harvey, Roland G. Mason and Marian R.
24  Mason, Gerald R. Patton and Blanche Patton, Harley C. Pyron and
    Roberta L. Pyron, Irving B. Reder and Julia C. Reder, William A.
25  Sim and Dorothy A. Sim, on the plaintiff in said action or pro-
    ceeding by depositing a true copy thereof, inclosed in a sealed
26  envelope with postage thereon fully prepaid in a mail-box
    regularly maintained by the Government of the United States at
27  Main St. and Alvarado St., Fallbrook, California, addressed to
    the attorney of record of said plaintiff at the office address
28  of said attorney, as follows: "J. Lee Rankin, Solicitor General,
    Room 332, 325 West "F" St., San Diego, California."
29
    Dated October 1, 1958
30                                          /s/ Harry E. Teasdall
31
32
```