HARRY E. TEASDALL
Attorney at Law
114 North Main St.
Fallbrook, California
RAndolph 8-2331

FILED
OCT 3- 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,
)
             Plaintiff          ) NO. 1247-SD-C
)
       vs                       ) REQUEST FOR ADMISSIONS
)  UNDER RULE 36
FALLBROOK PUBLIC UTILITY DISTRICT, )
a public service corporation of the )
State of California, et al.,    )
)
             Defendants.        )

Defendant, MARTHA FLECKENSTEIN, requests plaintiff within twenty (20) days after service of this request to admit that the following statements are true, for the purposes of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial:

1. The lands described in the answer of defendant, MARTHA FLECKENSTEIN, are not riparian to the Santa Margarita River or any of its tributaries.

2. The lands of defendant overlie vagrant percolating ground waters which are not a part of any stream.

*Harry E. Teasdall*
Attorney for defendant

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331

COPY RECEIVED

4708

1  HARRY E. TEASDALL
   Attorney at Law
2  114 North Main St.
   Fallbrook, Calif.
3  RAndolph 8-2331

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                   SOUTHERN DIVISION

11 UNITED STATES OF AMERICA,         )
                                     )
12             Plaintiff             )  NO. 1247-SD-C
                                     )
13      vs                           )  CERTIFICATE OF SERVICE
                                     )  BY MAIL
14 FALLBROOK PUBLIC UTILITY DISTRICT )
   a public service corporation of the )
15 State of California, et al.,      )
                                     )
16             Defendants.           )
                                     )
17 ─────────────────────────────────

18
        Harry E. Teasdall certifies that he is and was, at all times
19 mentioned, an active member of the State Bar of California and not
   a party to the within action or proceeding; that his business
20 address is 114 No. Main Street, Fallbrook, California; that on
   October 1, 1958, he served the within Requests for Admissions
21 under Rule 36 by defendants James Duncan and Edith F. Duncan,
   Fallbrook Woman's Club, Martha Fleckenstein, Margaret Laurette
22 Gallacher, Howard J. Glass, Elsie J. Glass, Mark Gallacher and
   Margaret Laurette Gallacher, Gavilan Development Corporation,
23 Milton M. Harvey and Thelma D. Harvey, Roland G. Mason and
   Marian R. Mason, Gerald R. Patton and Blanche Patton, Harley C.
24 Pyron and Roberta L. Pyron, Irving B. Reder and Julia C. Reder,
   William A. Sim and Dorothy A. Sim, on the plaintiff in said
25 action or proceeding by depositing a true copy thereof, inclosed
   in a sealed envelope with postage thereon fully prepaid in a
26 mail-box regularly maintained by the Government of the United
   States at Main St. and Alvarado St., Fallbrook, California,
27 addressed to the attorney of record of said plaintiff at the office
   address of said attorney, as follows: "J. Lee Rankin, Solicitor
28 General, Room 332, 325 West "F" St., San Diego, California."

29 Dated October 1, 1958

30                                            Harry E. Teasdall
31

32