FILED

OCT 3 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

1  HARRY E. TEASDALL
   Attorney at Law
2  114 North Main Street
   Fallbrook, California
3  RAndolph 8-2331

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10                      SOUTHERN DIVISION

11 UNITED STATES OF AMERICA,            )
                                        )
12              Plaintiff,              )     NO. 1247-SD-C
                                        )
13         vs                           )     REQUEST FOR ADMISSIONS
                                        )     UNDER RULE 36
14 FALLBROOK PUBLIC UTILITY DISTRICT,   )
   a public service corporation of the  )
15 State of California, et al.,         )
                                        )
16              Defendants.             )
                                        )
17 ─────────────────────────────────────

18      Defendants, HOWARD L. GLASS, ELSIE J. GLASS, MARK

19 GALLACHER, and MARGARET LAURETTE GALLACHER, request plaintiff

20 within twenty (20) days after the service of this request to

21 admit that the following statements are true, for the purposes of

22 this action only, and subject to all pertinent objections to

23 admissibility which may be interposed at the trial:

24      1.  The lands of defendants do not abut upon and are not

25          riparian to the Santa Margarita River or any of its

26          tributaries or any stream.

27      2.  The irrigable lands of defendants, amounting to approximate-

28          ly 28 acres, all over vagrant percolating ground waters

29          which are not a part of any stream.

30

31                            _____
                              Attorney for Defendants
32

HARRY ERVIN TEASDALL
ATTORNEY AT LAW
217 N. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-2331  COPY RECEIVED

4714

1  HARRY E. TEASDALL
   Attorney at Law
2  114 North Main St.,
   Fallbrook, Calif.
3  RAndolph 8-2331

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10                   SOUTHERN DIVISION

11  UNITED STATES OF AMERICA

12                  Plaintiff                NO.  1247-SD-C

13          vs                               CERTIFICATE OF SERVICE
                                             BY MAIL
14  FALLBROOK PUBLIC UTILITY DISTRICT,
    a public service corporation of the
15  State of California, et al.,

16                  Defendants.

17

18        Harry E. Teasdall certifies that he is and was, at all times
    mentioned, an active member of the State Bar of California and not
19  a party to the within action or proceeding; that his business
    address is 114 No. Main St., Fallbrook, California; that on
20  October 1, 1958, he served the within Requests for Admissions
    under Rule 36 by defendants James Duncan and Edith F. Duncan,
21  Fallbrook Woman's Club, Martha Fleckenstein, Margaret Laurette
    Gallacher, Howard J. Glass, Elsie J. Glass, Mark Gallacher
22  and Margaret Laurette Gallacher, Gavilan Development Corporation,
    Milton M. Harvey and Thelma D. Harvey, Roland G. Mason and Marian
23  R. Mason, Gerald R. Patton and Blanche Patton, Harley C. Pyron
    and Roberta L. Pyron, Irving B. Reder and Julia C. Reder, William
24  A. Sim and Dorothy A. Sim, on the plaintiff in said action or
    proceeding by depositing a true copy thereof, inclosed in a sealed
25  envelope with postage thereon fully prepaid in a mail-box regularly
    maintained by the Government of the United States at Main St. and
26  Alvarado St., Fallbrook, California, addressed to the attorney of
    record of said plaintiff at the office address of said attorney,
27  as follows: "J. Lee Rankin, Solicitor General, Room 332,
    325 West "F" St., San Diego, California."
28

29  Dated October 1, 1958

30                                     Harry E. Teasdall
                                       HARRY E. TEASDALL
31

32

                                                        4715