(SPACE BELOW FOR FILING STAMP ONLY)

1
2   LAW OFFICES
    SACHSE AND PRICE
    1092 South Main Street
3   FALLBROOK, CALIFORNIA
    RANDOLPH 8-1154
4

5   Attorneys for____Defendants____

FILED

OCT 3 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
               DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
             Plaintiff,             )   No. 1247-SD-C
                                    )
        vs.                         )   AGREEMENT AS TO
                                    )   ORDER ON PRETRIAL
FALLBROOK PUBLIC UTILITY DISTRICT,  )   as to facts
et al.,                             )
                                    )
             Defendants.            )

   I, Franz R. Sachse, of the firm of Sachse and Price, appearing for and acting on behalf of the hereafter named defendants, agree to be bound by the order on pre-trial stipulation dated May 8, 1958 and the stipulation on pre-trial to which the last mentioned order pertains:

   Mercy Anderson, sued herein as Mercy Pyeatt
   Don J. Anderson and Carroll Anderson
   Robert B. Bleeker
   Frank E. Couch and Anna J. Couch
   Frank J. Chestmolovich and Patricia A. Chestmolovich
   David R. Foss; Mary Olia Foss, sued herein as Olia Foss; Marion
           Foss Elledge; Herbert C. Foss; R. E. Foss;
           Florence Foss Roberts; Harry Seares; Laura Foss
           Seares; Lila Foss Krause and Howard A. Krause
   Rudolph C. Foss
   Felix R. Garnsey

- 1 -

4717

1. William A. Goodchap and Roberta L. Goodchap
2. Alfred Holsworth and Helen E. Holsworth
3. Edith H. King
4. John Kuhnis
5. Mart J. Le Vack and Rosamond Le Vack
6. Richard F. Matthews and Rosabel L. Matthews
7. Cora H. Myers
8. W. J. Ross and Eula Ross
9. Truman C. Rowley and Beatrix Rowley
10. Gaius Ray Shaver and Stella C. Shaver
11. Herbert E. Shaver and Joan B. Shaver
12. Burton Lewis and Michael Taylor
13. George W. Towne and Rose C. Towne
14. Georgia P. Walling
15. Paul K. Algert and Jean S. Algert
16. Merle C. Adkins and Juanita L. Adkins
17. Jack L. Austin
18. O. B. Williamson as Executor of the Estate of Maurine Nash
19.     Barkeij, also known as Maurine Nash Barkey,
20.     Deceased
21. Dolores Costello Barrymore
22. The Roman Catholic Bishop of San Diego, Charles Francis Buddy,
23.     Incumbent
24. Edward E. Bragg and Glenita Bragg
25. William A. and Eileen S. Buckley
26. D. H. Bullock, Glenn C. Bullock and Evelyn C. Bullock
27. Edith L. Burlingham, Eileen T. Quinn and May E. Zimmerman
28. Calavo Growers of California, a California non-profit
29.     cooperative association
30. C. W. Cardon and Jean Cardon
31. Marian L. Cartwright
32. Chester Cassel and Dorothy A. Cassel

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 2 -

4718

1. Harry A. Chapman and Sybil E. Chapman
2. James R. Chess and Kathleen P. Chess
3. James F. Clemons and Dorothy B. Clemons
4. Roy H. Costello and Flora H. Costello
5. Gertrude Crabtree; Thomas Gale Knight; Annie Hostetter; Mattie
6.     Stanley, sued herein as Mattie Thompson;
7.     Emma Perry (nee Bateman); Katherine Speed;
8.     Raymond C. Knight
9. Lyle W. Doore and Emma E. Doore
10. Arno H. and Data M. Ehrig
11. Fallbrook Assembly of God
12. Louis D. Gagnon and Katherine I. Gagnon
13. George W. Gagnon
14. Mildred Stiles Gagnon
15. Robert R. and Elaine Gagnon
16. Helen Gates
17. Bruce Gentry, Celona Gentry, Eve Gentry, Howard S. Gentry,
18.     Sherman O. Gentry and Helen Gentry also
19.     known as Helen Greenwood
20. Alexander De Arocha Ghica
21. Harold W. Griffith and Mary E. Griffith
22. Anne B. Hall, as Surviving Joint Tenant of Anne B. & E. Gordon
23.     Hall
24. E. W. Hamilton and Nellie M. Hamilton
25. Horace W. Hanson and Bernadean Hanson
26. Leighton L. Harrison and Florine D. Harrison
27. Richard L. Hayes and Grace E. Hayes
28. Paul A. Hernley
29. William D. Hayes and Erna G. Hayes
30. Melvin K. Hess and Margaret Z. Hess
31. L. Neal Hook and Frances G. Hook
32. Alonzo V. Hoover

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 3 -

11719

1. John M. Hornbeck
2. W. H. Ivey also known as Weimer H. Ivey
3. Theodore F. Jennings and Janice B. Jennings
4. Frances H. Johnson
5. John B. Kentis and Penelope C. Kentis
6. Harry Kohn and Naomi Kohn
7. Samuel V. Kostich
8. Harvey N. and Mildred Laughlin
9. Frank R. Lindsay and Virginia Lindsay
10. Sherman C. Loudermilk and Dorothy L. Loudermilk
11. Fraser V. McCracken and Jessie McCracken
12. John A. Marchant and Mignon C. Marchant
13. John W. Marshall
14. Kenneth V. Martin and Esperance S. Martin
15. Milton P. Martin and Maggie E. Martin
16. Gordon W. Monfort, Houston H. Bouslog and Robert W. Keller
17. Milton Mott and Edith Mott; William R. Hilbert and Lucille M. Hilbert
18. 
19. Geneva B. Nicholas
20. Robert Nash Ogden and Rose Marie Ogden
21. Donald K. Osborne and Maxine K. Osborne
22. Thomas V. Paulson
23. Paulson Manufacturing Corporation, a California Corporation
24. Victor J. Paulson
25. Ray G. Peters and Gladys P. Peters
26. Walter G. Peterson and Alma B. Peterson
27. Wallace C. Qua and Dorothy C. Qua; Lyndol E. Chandler and Margaret H. Chandler, Tenants in common
28. 
29. Rancher's Tractor and Implement Corp., a California Corporation
30. A. W. Ray and Matt Barr
31. O. Lester Riggle and Maude A. Riggle and George Elmore Shoudy and Dorothy L. Shoudy

LAW OFFICES
SACHSE AND PRICE
1092 S. MAIN STREET
FALLBROOK, CALIF.
RANDOLPH 8-1154

- 4 -

4720

1. and J. D./Laura Robinson
2. Thomas B. Rodgers III and Janet Walker Rodgers
3. Vernon James Rowley II and Margaret Helen Rowley
4. Calvin G. Sheld and Cora E. Sheld
5. Franz R. Sachse and Rowena Sachse
6. Charles F. Sill and Pauline H. Sill
7. James C. Schultz and Delta A. Schultz
8. Emil A. and Gladys F. Schigurt
9. Dr. Linden H. Sievers and Betty Ann Sievers
10. Fred J. Stenton and Florence M. Stenton
11. ~~Ed M. Suderman and Doris Lucille Suderman~~ JRB
12. Frank R. Capra and Lucille W. Capra
13. Tom Turner
14. Sylvester J. Uhl and Gladys W. Uhl
15. John M. Walker and Anne E. Walker
16. Grace B. Warren
17. Leonard S. Wernicke and Florence Wernicke
18. Leonard L. and Sarah Williamson
19. Eugene Wolfe and Lillian Wolfe
20. Clarence O. Woods, also known as Clarence Woods, also known as
21. Clarence I. Woods
22. Harold D. Yaple and Nellie E. Yaple

Dated: October 2, 1958.

SACHSE and PRICE
ATTORNEYS AT LAW

by _[signature]_
Franz R. Sachse

_[signature] U.S. District Judge_

- 5 -

4721

### AFFIDAVIT OF SERVICE BY MAIL—(1013a, C. C. P.)

STATE OF CALIFORNIA, } ss.    1247-SD-C
COUNTY OF __San Diego__

__FRANZ R. SACHSE_____, being first duly sworn, says: That affiant, whose address is

__1092 S. Main Street, Fallbrook, California__
is a citizen of the United States, a resident of the county where the herein described mailing took place; over the age of 18 years and not a party to the above entitled action.

That affiant served the attached_____ __Agreement as to Order on Pre-Trial__
(Copy title of paper served)

on the ____plaintiff_____ in said action, by placing a true copy thereof in an envelope addressed
       (Name of party served)
as follows:

__Hon. J. Lee Rankin, Room 332, 325 West F Street, San Diego 1, Calif.__

(Name and address as shown on the envelope)

sealed and deposited on the __3__ day of ____October____, 195__8__, in the United States Mail at

__Fallbrook, California__
(Place of mailing, name of county)

with postage fully prepaid thereon, and that there is regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this __2nd__

day of __October__, 195__8__

_____
Notary Public in and for said County and State

(SEAL)

Stuart's FORM 23

My Commission expires __May 25, 1961__

4722