FILED
OCT 6 - 1958
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By M. Kresn
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
                     Plaintiff, )
                             ) No. 1247-SD-C
vs. )
                             ) ORDER OF SUBSTITUTION
FALLBROOK PUBLIC UTILITY )
DISTRICT, et al., )     OF ATTORNEYS
                    Defendants. )

It appearing to the satisfaction of the Court that William O. Mackey and Wilburn J. Murry have ceased to act for the County of Riverside herein, it is ordered that the duly appointed and acting County Counsel of the County of Riverside, Ray T. Sullivan, Jr., and his deputy, Alex. B. Yakutis, be substituted as attorneys therefor.

Dated: 10-6-58

James M. Carter
Judge of the United States
District Court, Southern District
of California

RAY T. SULLIVAN, JR.
COUNTY COUNSEL
COURT HOUSE
RIVERSIDE, CALIFORNIA

Copy recd

4723