ALVIN G. GREENWALD
6505 Wilshire Boulevard
Los Angeles 48, California

Telephone: OLive 3-3973

Attorney for Defendants

FILED

OCT 6 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY /s/ illegible

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

- vs -

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

    Defendants.

No. 1247-SD-C

ANSWER OF DEFENDANTS ALVIN G. GREENWALD, DIANA SMOLIER and SAMUEL M. SMOLIER.

COMES NOW the defendants above-named and by way of answer to plaintiff's complaint admits, denies and alleges as follows:

I

Defendants deny each and every material allegation of the complaint, generally and specifically.

II

Defendants allege and assert that the real property standing in their names is both irrigable and irrigated real property and that in connection with each, each is served by ditches, wells and installations for the use of water thereon in connection with the general and specific use by the defendants, their agents, tenants, employees et al of the real property for domestic, riparian, crops, livestock, farm land and all other purposes and incidence of real property ownership and possession.

AS A SECOND, SEPARATE AND FURTHER DEFENSE DEFENDANTS ALLEGE:

14963

I

That plaintiff's action is barred by laches.

AS A THIRD, SEPARATE AND FURTHER DEFENSE:

I

That there is no adequate need shown for an order; that the area involved is too remote to form any material part of the subject matter of planitiff's cause of action; that this honorable court is without jurisdiction in the premises; that plaintiffs are estopped to assert the claims set forth in their complaint; that plaintiff's complaint fails to state a cause of action against these responding defendants.

AS A FOURTH, SEPARATE AND DISTINCT DEFENSE DEFENDANTS ALLEGE:

I

By this reference defendants incorporate herein as if set forth herein in full each of the motions and defenses on file in the above-entitled case by the property owners located within that general area commonly described as Anza Valley with the same force and affect as if such motions, defenses and allegations were set forth herein in full, said incorporation being made by this reference.

WHEREFORE, defendants pray that plaintiff take nothing by their cause of action, that this honorable court affirm defendants rights in and to their real property and such other and further relief as to the Court seems just and equitable in the premises together with costs of suit incurred herein.

Dated: 9-30-58

BY ALVIN G. GREENWALD,
Attorney for Defendants

-2-

14964

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

ALVIN G. GREENWALD being by me first duly sworn, deposes and says: that he is the One of the defendants

in the above entitled action; that he has read the foregoing ANSWER

and knows the contents thereof; and that the same is true of his own knowledge, except as to the matters which are therein stated upon his information or belief, and as to those matters he believes it to be true.

Subscribed and sworn to before me this 3rd day of October 1958.

_Arthur Jacobson_
Notary Public in and for said County and State of California
(SEAL)

Received copy of the within _____ this _____ day of _____ 19__
Attorney for _____

Received copy of the within _____ this _____ day of _____ 19__
Attorney for _____

(AFFIDAVIT OF SERVICE BY MAIL — 1013a C.C.P.)

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

MARGARET GRIFFITH being duly sworn says: That affiant is a citizen of the United States and a resident of the county aforesaid; that affiant is over the age of eighteen years and is not a party to the within above entitled action; that affiant's business address is: 6505 Wilshire Boulevard, Los Angeles 48, California

that on October 3, 1958 affiant served the within ANSWER on the Plaintiff in said action, by placing a true copy thereof in an envelope addressed to the attorney of record for said plaintiff at the office address of said attorney, as follows:

J. Lee Rankin, Solicitor General
Navy Department
Office of Ground Water Resources
Marine Corps Base, Camp Pendleton, California

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the United States mail at the city where is located the office of the attorney for the person by and for whom said service was made.

That there is a delivery service by United States mail at the place so addressed or there is a regular communication by mail between the place of mailing and the place so addressed.

Subscribed and sworn to before me this 3rd day of October 1958.

_Arthur Jacobson_                _Margaret Griffith_
Notary Public in and for said County and State of California
(SEAL)

14965

INDEXED