CORA MAY WITCHER

1  Defendants in propria persona
2  Murrieta, Calif.

**FILED**

OCT 6 - 1958

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

3
4           IN THE UNITED STATES DISTRICT COURT
5              SOUTHERN DISTRICT OF CALIFORNIA
6                    SOUTHERN DIVISION
7
8  UNITED STATES OF AMERICA,        )   CIVIL NO. 1247 - SD - C
                                    )
             Plaintiff,             )   ANSWER OF DEFENDANTS
9                                   )
       v.                           )
10                                  )
   FALLBROOK PUBLIC UTILITY         )   CORA MAY WITCHER
11 DISTRICT, ET AL,                 )
                                    )
12           Defendants,            )

13       The defendants, CORA MAY WITCHER,
14  each severing from their co-defendants and each for himself or her-
15  self alone, in answer to the Complaint and Supplementary and Amenda-
16  tory Complaint on file herein, admit, deny, and allege:
17           ANSWER TO COMPLAINT AND SUPPLEMENTARY AND
                      AMENDATORY COMPLAINT
18
         These answering defendants hereby incorporate by reference
19
20  all of the allegations contained in the answer to said Complaint and
21  Supplementary and Amendatory Complaint filed in this case by Newton
22  T. Bryant and Willie Mae Bryant (excepting only Paragraphs I and II
23  of the portion thereof entitled "Affirmative Statement of Rights")
24  and make each and all of said allegations a part of this answer
25  the same as if herein set forth at length.
26           AFFIRMATIVE STATEMENT OF RIGHTS
                              LOTS
27       These defendants own    4    ~~acres~~ of land in
28  County, California, and within the watershed of the Santa Margarita
29  River, more particularly described in the document attached hereto,
30  marked Exhibit A, which is hereby incorporated by reference as a
31  part of this statement.
32

COPY RECEIVED
INDEXED

14952

CORA MAY WITCHER
MURRIETA, CALIF.

      We claim our water rights are paramount to all other rights or claims of right of Plaintiff in and to said water. We claim all water rights under our land for the beneficial use thereon.

### EXHIBIT "A"

(The Deed to the property of the above named Defendant is in the name of MRS. NETTIE ANNETTE MARTIN. The Deed is a Quitclaim Deed, giving the Defendant a lifetime lease.)

The property description follows:

      The property in the County of Riverside, Townsite of Murrieta, Lots seven (7), eight (8), nine (9), and ten (10) in Block Eight (8) thereof.

      WHEREFORE, these defendants pray that plaintiff take nothing against them by reason of the Complaint and Supplementary and Amendatory Complaint on file herein; that said Complaint be dismissed as against these defendants; that defendants' right to water, as hereinabove set forth, be quieted as against the plaintiff and against all other defendants in this action; and for such other and further relief as the Court may deem proper.

*Mrs. Nettie Annette Martin*

Defendants in propria persona

Dated: *Sept- 18-1958*

14953